# SIGN-IN-SHEET

**CASE NAME:** W.R. Grace & Co.
**COURTROOM LOCATION:** Multi-Purpose
**CASE NO.:** 01-1139 (JKF)
**DATE:** 6/23/08 @ 1:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Klauder | UST | UST |
| Roger Frankel | Orrick Herrington | FCR |
| Lewis Kruger | Stroock Stroock & Lavan | Official Unsecured Creditors Cmte |
| James Carignan | Pepper | Longacre Master Fund |
| Tiffany Strelow Cobb | Vorys Sater Seymour & Pease LLP | The Scotts Company |
| David Bar | Kirkland & Ellis | Grace |
| Theodore Taconelli | Ferry Joseph & Pearce PA | PD Committee |
| Daniel Hogan | The Hogan Firm | Cuyahoga? / ZAI |
| Andrew Rosen??? | K&L Gates, R.S.M.? Wheeler & Wilson | Bank Debt Holders |
| Glenn Landis | Landis Rath & Cobb | JP Morgan Agent and Bank Debt Holders |
| Richard Cobb | " | " |
| Steven T. Mindelseig? | Hahn & Hessen LLP | State of California (DGS) |
| Warren Pratt | Drinker Biddle & Reath LLP | OneBeacon and Seaton Ins. Co. |
| Mark T. Hurford | Campbell & Levine | ACC |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# SIGN-IN-SHEET

**CASE NAME**  W.R. Grace & Co.  **COURTROOM LOCATION:** Multi-Purpose

**CASE NO.:**  01-1139 (JKF)  **DATE:** 6/23/08 @ 1:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James O'Neill | PSZJ | Debtors |
| Noel C. Burnham | Montgomery McCracken Walker & Rhoads | Gene CCC |
| William Sparks | W.R. Grace & Co. | Grace |
| Christina Thompson | Connolly Bove Lodge & Hutz | City of Charleston |
| Peter Van N. Lockwood | Caplin & Drysdale | Asbestos PI Committee |
| Jeffrey Wisler | Connolly Bove | Maryland Casualty |
| Richard Riley | Duane Morris | Committee |

PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Judith Fitzgerald (Visiting) Courtroom

Calendar Date: 06/23/2008
Calendar Time: 01:00 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2263317 | David M. Bernick | 312-861-2248 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2262894 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2262758 | Matthew Kramer | 305-350-7246 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2263149 | Amanda Basta | 202-879-8533 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2263692 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2263142 | Scott McMillin | 312-861-2366 | Kirkland & Ellis | Debtor, W.R. Grace & Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2263261 | Barbara Harding | 202-879-5081 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2241240 | Ari Berman | 212-237-0228 | Vinson & Elkins LLP | Interested Party, Vinson & Elkins LLP / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2262628 | Lindsey Hoelzle | 484-567-5735 | Burns, White & Hickton | Interested Party, Burlington Northern & Santa Fe Railroads / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2262699 | Anne Marie Aaronson | 215-981-4065 ext. 00 | Pepper Hamilton, LLP | Creditor, BNSF Railway Company / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2262875 | Daniel Speights | 803-943-4444 | Speights & Runyan | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2265997 | Elizabeth J. Cabraser | 415-956-1000 | Lieff, Cabraser, Heimann & Bernstein | Interested Party, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2262747 | Alan Madian | 202-973-9878 | LECG | Creditor, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |

| Debtor | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 2262750 | Terence D. Edwards | 415-989-1800 | The Brandi Law Firm | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2262753 | Jay Sakalo | 305-375-6156 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2263619 | Stephen Telro | 312-876-7656 | Latham & Watkins | Interested Party, Ernst & Young / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2262762 | Martin Dies | 512-476-4394 | Dies & Hile LLP | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2264322 | John D. Mattey | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, | Interested Party, Everest Reinsurance Company, et al / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2265223 | Brian Mukherjee | 617-570-1477 | Goodwin Procter LLP | Interested Party, CNA / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2262632 | Peg Brickley | 302-778-5398 | Dow Jones News Wires | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2264235 | Jonathan L. Brownstein | 212-284-9576 | Piper Jaffray & Co. | Other Prof., David T. Austern / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2264241 | Jason Solganick | 212-284-9586 | Piper Jaffray & Co. | Other Prof., David T. Austern / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2267166 | Andrew Chan | 212-526-4503 | Lehman Brothers | Creditor, Lehman Brothers / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2265045 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2265047 | David Siegel | 802-253-9264 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2263290 | Theodore Freedman | 212-446-4800 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2038949 | Robert Guttmann | 212-826-5322 | Zeichner Ellman & Krause, LLP | Interested Party, National Union Fire Insurance Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2004711 | Douglas H. Mannal | 212-715-9313 | Kramer Levin Naftalis & Frankel, LLP | Creditor, Official Committee of Equity Security Holders / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2262709 | Gerald George | 415-983-7263 | Pillsbury Winthrop Shaw Pittman LLP | Creditor, Macerich Freson Limited Partners / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2262856 | John C. Phillips, Jr. | 302-655-4200 | Phillips, Goldman & Spence, P.A. | Other Prof., David T. Austern / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2264333 | Leslie A. Davis | 202-624-2500 | Crowell & Moring LLP | Interested Party, Everest Reinsurance Company, et al / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2263366 | Robert Phillips | 618-259-2222 | Simmons Cooper, LLC | Claimant, Certain Asbestos Claimants / LISTEN ONLY |

| Debtor | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 2264466 | Jennifer Whitener | 212-259-7106 | Dewey & LeBoeuf LLP | Creditor, Ad Hoc Committee of Equity Security Holders / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2262869 | Darrell Scott | 509-455-3966 | Scott Law Group | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2243524 | Douglas E. Cameron | 412-288-4104 | Reed, Smith, Shaw & McClay | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2245612 | Rita Tobin | 212-319-7125 | Caplin & Drysdale | Creditor, Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2264229 | Debra Felder | 202-339-8567 | Orrick Herrington & Sutcliffe | Other Prof., David T. Austern / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2267425 | Warren H. Smith | 214-698-3868 ext. 3 | Warren H. Smith & Associates, P.C. | Fee Auditor, Warren H. Smith / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2263337 | Janet Baer | 212-446-4800 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2243525 | James J. Restivo | 412-822-3122 | Reed, Smith, Shaw & McClay | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2262741 | Scott L. Baena | 305-350-2403 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2254866 | Andrew K. Craig | 973-734-3200 | Cuyler Burk, LLP | Creditor, Allstate Insurance Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2262674 | Tara Nauful | 803-779-3080 | Haynsworth Sinkler Boyd, P.A. | Interested Party, City of Charleston, South Carolina / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2264329 | Mark Plevin | 202-624-2801 | Crowell & Moring LLP | Interested Party, Everest Reinsurance Company, et al / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2266276 | Melanie Schmid | 212-230-8819 | WilmerHale | Interested Party, Hartford Financial Service Group, Inc. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2038909 | Michael Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | Interested Party, National Union Fire Insurance Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2161253 | Robert M. Horkovich | 212-278-1000 | Anderson Kill & Olick | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2247549 | Steven Mandelsberg | 212-478-7360 | Hahn & Hessen | Creditor, State of California, Department of General Services / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2266000 | Richard Levy | 212-326-0886 | Pryor Cashman LLP | Interested Party, Asbestos Property Damage Claimants represented by Dies & Hile, LLP / LISTEN ONLY |

| Debtor | Case # | Type | CC# | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 2267169 | Alex Mueller | 212-261-8296 | Mendes & Mount | Interested Party, London Market Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2264233 | Richard H. Wyron | 202-339-8514 ext. 00 | Orrick Herrington & Sutcliffe | Other Prof., David T. Austern / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2259598 | Arlene Krieger | 212-806-5544 | Stroock & Stroock & Lavan, LLP (New | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2265051 | Jacob C. Cohn | 215-665-2147 | Cozen O'Connor | Creditor, Federal Insurance Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2265985 | Marion Fairey | 803-943-4444 | Speights & Runyan | Interested Party, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2256968 | Jacqueline Dais-Visca | 416-952-7911 | Office of the Attorney General | Interested Party, Her Majesty the Queen in Right of Canada / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2257641 | Peter Lockwood | 202-862-5000 | Caplin & Drysdale | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2264316 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, | Interested Party, Everest Reinsurance Company, el al / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2265049 | Paul J. Norris | 410-531-4362 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2265986 | Carl Pernicone | 212-490-3000 ext. 2656 | Wilson, Elser, Moskowitz, Edelman & | Creditor, Royal Indemnity Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2264257 | Joseph Radecki | 203-359-5646 | Tre Angeli LLC | Interested Party, David T. Austern, Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2262766 | Elizabeth Devine | 202-973-9374 | LECG | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2262864 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2265872 | Christopher Kelly | 610-478-2034 | Stevens & Lee, P.C. | Interested Party, Fireman's Fund Insurance Company / LIVE |