# Exhibit A

W.R. Grace - 27th Interim (October - December 2007)
Fee and Expense Chart with Recommendations
Exhibit A

### ANDERSON KILL & OLICK, P.C.

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| #18059 | TOTAL: | $136,058.50 | $69.88 | $136,058.50 | $69.88 |

### DAVID T. AUSTERN

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| #18632 | TOTAL: | $20,500.00 | $1,557.27 | $20,500.00 | $1,268.27 |

### BAKER DONELSON

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| #17813 | TOTAL: | $90,000.00 | $30,187.11 | $90,000.00 | $14,828.54 |

### BEVERIDGE & DIAMOND, P.C.

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| #18884 | TOTAL: | $21,087.50 | $1,045.60 | $21,087.50 | $1,045.60 |

### BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| #18178 | TOTAL: | $191,792.00 | $119,796.53 | $191,792.00 | $114,681.33 |

### BLACKSTONE ADVISORY SERVICES L.P.

| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
|---|---|---|---|---|---|
| #18290 | TOTAL: | $225,000.00 | $2,031.02 | $225,000.00 | $2,031.02 |

| BMC GROUP |||||
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18133    TOTAL: | $111,468.50 | $7,317.77 | $111,468.50 | $7,317.77 |

| BUCHANAN INGERSOLL & ROONEY PC |||||
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18027    TOTAL: | $44,499.00 | $4,462.05 | $44,499.00 | $4,462.05 |

| CAMPBELL & LEVINE, LLC |||||
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18057    TOTAL: | $129,621.00 | $19,145.87 | $129,335.50 | $19,127.87 |

| CAPLIN & DRYSDALE, CHARTERED |||||
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18056    TOTAL: | $1,873,452.50 | $430,540.03 | $1,865,831.75 | $424,121.90 |

| CAPSTONE ADVISORY GROUP, LLC |||||
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18196    TOTAL: | $188,115.00 | $1,009.70 | $188,115.00 | $1,009.70 |

| CASNER & EDWARDS LLP |||||
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18050    TOTAL: | $41,915.00 | $36,708.32 | $41,915.00 | $36,708.32 |

| CHARTER OAK FINANCIAL CONSULTING LLC |||||
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18060    TOTAL: | $44,379.84 | $12.50 | $44,379.84 | $12.50 |

| DAY PITNEY | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17902    TOTAL: | $58,754.50 | $261.25 | $58,754.50 | $261.25 |

| DELOITTE FAS | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18047    TOTAL: | $100,000.00 | $3,375.55 | $100,000.00 | $3,375.55 |

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17971    TOTAL: | $107,363.50 | $4,610.51 | $105,659.50 | $4,180.57 |

| FERRY JOSEPH & PEARCE, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18103    TOTAL: | $60,791.00 | $2,670.17 | $60,791.00 | $2,670.17 |

| FOLEY HOAG LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18048    TOTAL: | $46,412.00 | $6,155.71 | $46,412.00 | $6,155.71 |

| FRAGOMEN, DEL RAY, BERNSEN & LOEWY, LLP (25th, 26th and 27th Interim Periods) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| (25th and 26th periods) #18070 | TOTAL: | $129,280.76 | $34,383.60 | $85,029.33[1] | $23,926.96[2] |
| (27th period) #18542 | TOTAL: | $18,681.25 | $1,959.00 | $18,681.25 | $1,959.00 |

| HAMILTON, RABINOVITZ & ALSCHULER, INC. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18167 | TOTAL: | $15,025.00 | $177.81 | $15,025.00 | $177.81 |

| HOLME ROBERTS & OWEN, LLP (26TH Interim Period) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18350 | TOTAL: | $3,165.50 | $2,771.36 | $3,165.50 | $2,771.36 |

| KIRKLAND & ELLIS, LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18049 | TOTAL: | $7,183,739.50 | $4,071,771.01 | $7,179,358.50 | $4,071,035.37 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18020 | TOTAL: | $398,236.50 | $76,834.62 | $396,339.00 | $75,483.43 |

---

[1] This amount excludes $44,251.43 in fees billed by Fragomen as an Ordinary Course Professional ("OCP"), prior to its retention on April 2, 2007.

[2] This amount excludes $10,456.64 in expenses billed by Fragomen as an OCP, prior to its retention on April 2, 2007.

| LATHAM & WATKINS LLP (26TH and 27th Interim Periods) | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| (26th Period)  #18842 | TOTAL: | $4,998.00 | $0.00 | $4,998.00 | $0.00 |
| (27th Period)  #18843 | TOTAL: | $31,147.50 | $0.00 | $31,147.50 | $0.00 |

| LAWSON LUNDELL LLP (26TH Interim Period)[3] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18788 | TOTAL: | $98,603.83 USD | $9,949.27 USD | $98,603.83 USD | $9,949.27 USD |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18058 | TOTAL: | $514,527.50 | $574.38 | $514,527.50 | $574.38 |

| LEXECON LLC | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #17889 | TOTAL: | $274,974.93 | $1,843.69 | $255,003.50 | $1,843.69 |

| NELSON MULLINS RILEY & SCARBOROUGH, LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18806 | TOTAL: | $918.00 | $44.60 | $918.00 | $44.60 |

| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18061 | TOTAL: | $0.00 | $1,560.45 | $0.00 | $1,560.45 |

---

[3] Included in Lawson Lundell's expenses are $6,902.27 in British Columbia Social Services Taxes.

| OGILVY RENAULT LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18071 | TOTAL: | $ 173,396.00 CDN | $6,754.82 CDN | $ 171,316.00 CDN | $6,754.82 CDN |

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18631 | TOTAL: | $2,577,801.25 | $276,906.50 | $2,577,801.25 | $271,707.53 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18021 | TOTAL: | $127,026.50 | $141,525.69 | $126,304.50 | $141,525.69 |

| PHILLIPS GOLDMAN & SPENCE, P.A. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18019 | TOTAL: | $39,915.50 | $2,256.33 | $39,915.50 | $2,256.33 |

| PIPER JAFFREY & CO. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18633 | TOTAL: | $300,000.00 | $972.48 | $300,000.00 | $972.48 |

| PRICEWATERHOUSECOOPERS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18041 | TOTAL: | $609,820.26 | $22,551.19 | $602,362.04 | $22,551.19 |

| REED SMITH LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18018  TOTAL: | $1,101,601.50 | $91,839.69 | $1,101,601.50 | $91,839.69 |

| SCOTT LAW GROUP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18214  TOTAL: | $805.00 | $0.00 | $805.00 | $0.00 |

| WARREN H. SMITH & ASSOCIATES, P.C. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18925  TOTAL: | $55,169.50 | $1.76 | $55,169.50 | $1.76 |

| STEPTOE & JOHNSON LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18516  TOTAL: | $30,298.50 | $276.56 | $30,298.50 | $276.56 |

| STROOCK & STROOCK & LAVAN LLP[4] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18222  TOTAL: | $654,871.50 | $648,171.89 | $654,871.50 | $647,999.84 |

| WILLIAM D. SULLIVAN LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18213  TOTAL: | $3,258.00 | $993.21 | $3,258.00 | $993.21 |

---

[4] Stroock & Stroock & Lavan LLP's expense request and award include $535,348.99 for the fees and expenses of Navigant Consulting, Inc. ("Navigant"), which are excluded from the scope of the Fee Auditor's review, pursuant to the Court's Order Authorizing the Retention of Experts (Docket No. 564) dated June 22, 2001, and Paragraph 3 of the Order Appointing Fee Auditor in Accordance with the Court's Direction (Docket No. 1676) dated March 18, 2002.

| TOWERS PERRIN TILLINGHAST ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18634 | TOTAL: | $505,836.00 | $6,110.25 | $505,836.00 | $6,110.25 |

| WOODCOCK WASHBURN LLP ||||||
|---|---|---|---|---|---|
| Fee Application Docket No. || Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| #18084 | TOTAL: | $35,181.00 | $2,661.75 | $35,181.00 | $2,661.75 |

8