UNITED STATES BANKRUPCTY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co | ) | Case Number 01-01139 (JFK) |
| | ) | (Jointly Administered) |
| Debtor | ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR CESSATION OF SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that Enron Energy Services Operations, Inc., hereby withdraws its appearance in the above-captioned case and requests that the following addresses be removed from all service lists in this case.

| | |
|---|---|
| Counsel to Enron Corp., et al. | Counsel to Enron Corp., et al. |
| General Counsel | General Counsel |
| Enron Energy Services Operations, Inc. | Enron Energy Services Operations, Inc. |
| Four Houston Center | P.O. Box 1188, Suite 1600 |
| 1331 Lamar, Suite 1600 | Houston, Texas  77251 |
| Houston, Texas  77251-1188 | |

-and-

Togut Segal & Segal, LLP
One Penn Plaza, Suite 3335
New York, New York  10119
neilberger@teamtogut.com

Dated:  New York, New York
        June 24, 2008

/s/Neil Berger
NEIL BERGER (NB-3599)
FRANK A. OSWALD (FAO-1223)
Members of the Firm
One Penn Plaza, Suite 3335
New York, New York  10119
(212) 594-5000