UNITED STATES BANKRUPCTY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co | ) | Case Number 01-01139 (JFK) |
| | ) | (Jointly Administered) |
| Debtor | ) | |

**AFFIDAVIT OF SERVICE OF NOTICE OF WITHDRAWAL OF APPEARANCE
AND REQUEST FOR CESSATION OF SERVICE OF PAPERS**

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK )

      MADELINE SAINT-CYR, being duly sworn, deposes and says: deponent is not a party to the action, is over 18 years of age and resides at Bayside, New York.

      On June 24, 2008, deponent served a copy of the Notice of Withdrawal of Appearance and Request for Cessation of Service of Papers upon all parties set forth on the service list annexed hereto, by depositing a true copy of same enclosed in pre-paid, properly addressed wrappers, in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York.

      /s/Madeline Saint-Cyr
      MADELINE SAINT-CYR

Sworn to before me this
24th day of June, 2008

/s/Cynthia Juliano
Notary Public

**SERVICE LIST FOR**
**NOTICE OF WITHDRAWAL OF APPEARANCE**
**AND REQUEST FOR CESSATION OF SERVICE OF PAPERS**

**Office of the United States Trustee**
District of Delaware
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE  19801
Attn: Frank J. Perch III

**Co-Counsel for the Debtors and Debtors in Possession:**
**Kirkland & Ellis LLP**
200 East Randolph Drive
Chicago, Illinois  60601
Attn: David M. Bernick, P.C.

**Pachulski, Stang, Ziehl & Jones LLP**
919 North Market Street, 17th Floor
Wilmington, DE  19899-8705
Attn: Laura Davis Jones