# EASTERN MICROFILM CORPORATION

6400 Baltimore National Pike, #964, Catonsville, Maryland 21228-3915
Telephone (410)-247-3438

FILED

2008 JUN 24 AM 8: 36

US BANKRUPTCY COURT
DISTRICT OF DELAWARE

June 19, 2008

David D. Bird, Clerk of Court
United States Bankruptcy Court
  for the District of Delaware
824 Market Street
3rd Floor
Wilmington, Delaware 19801

Ref: Chapter 11 Bankruptcy Case #01-01139(JFK) W. R. Grace & Co.

Dear Mr. Bird,

The above referenced bankruptcy case has been progressing since April 2, 2001 without a payment resolution on our part. To my knowledge our claim for $2909.56 (page 328 of 1263 of the debtor schedule) is undisputed and was rendered long before the bankrupcy was filed.

We are a very small company and find ourselves at this time in needfull straights and would appreciate anything that the Court could do to speed up the payment of our claim.

Thank you for your consideration,

James F. Armstrong
President