## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2008 THROUGH MARCH 31, 2008 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 05/21/08 | 01/01/08 – 01/31/08 | $3,490.00 | $37.11 | $2,792.00 | $37.11 | $ 698.00 |
| 05/21/08 | 02/01/08 – 02/29/08 | $1,324.00 | $16.35 | $1,059.20 | $16.35 | $ 264.80 |
| 05/21/08 | 03/01/08 – 03/31/08 | $6,972.50 | $88.98 | $5,578.00 | $88.98 | $1,394.50 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 8.20 | $ 4,674.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 10.70 | $ 7,112.50 |
| 42 | Travel (1/2 total hours billed) |  | $ 0 |
|  | Total | 18.90 | $11,786.50 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone | $ 15.89 |
| Copies – Matter 32 (Fee Applications) | $ 19.20 |
| Copies – Matter 46 (Tax Litigation) | $ 57.15 |
| Computer Database Research | $ 0 |
| Duplicating Supplies | $ 0 |
| Federal Express/Overnight Messenger | $ 8.73 |
| Facsimile | $ 0 |
| Postage | $ 2.35 |
| Meals | $ 0 |
| Hotel | $ 0 |
| Local Transportation | $ 39.12 |
| Tax Court Filing Fee | $ 0 |
| Total | $ 142.44 |

8