STEPTOE & JOHNSON
Project Category Summary Report
Through 28th Interim Period
WR GRACE

| Category | 1st Qtr. (April, May, June 2001) | Cumulative 1st Qtr. (Through June, 2001[1]) | 2nd Qtr. (July, August, Sept. 2002) | Cumulative 2nd Qtr. (Through Sept., 2001) | 3rd Qtr. (Oct., Nov., Dec., 2001) | Cumulative 3rd Qtr. (Through Dec. 2001) | 4th Qtr. (Jan., Feb., Mar., 2002) | Cumulative 4th Qtr. (Through March, 2002) |
|---|---|---|---|---|---|---|---|---|
| Tax Litigation | 0 | 0 | $117,948.00 | $ 117,948.00 | $67,208.00 | $185,156 | $79,290 | $264,446.00 |
| Travel Non-Working | 0 | 0 | 13,310.00 | 13,310.00 | 0 | 13,310 | 3,640 | 16,950.00 |
| Fee Applications, Applicant (S&J Fees) | 0 | 0 | 1,995.00 | 1,995.00 |  | 3,500 | 11,480 | 14,980.00 |
| Expenses | 0 | 0 | 7,109.29 | 7,109.29 | 966.72 | 8,076.01 | 8,274.48 | 16,350.49 |
| Total |  |  | $140,362.29 | $140,362.29 | 69,679.72 | $210,042.01 | $102,684.48 | $312,726.49 |

---

[1] Steptoe & Johnson LLP was only required to file applications with the Bankruptcy Court beginning July 1, 2001. See Order dated January 1, 2002, effective July 1, 2001.

STEPTOE & JOHNSON
Project Category Summary Report
Through 28th Interim Period
WR GRACE
(Page 2)

| Category | 5th Qtr. April-June, 2002 | Cumulative (through June, 2002) | 6th Qtr. July-Sept. 2002 | Cumulative through Sept. 2002 | 7th Qtr. Oct-Dec. 2002 | Cumulative through Dec. 2002 | Cumulative through June 2003 |
|---|---|---|---|---|---|---|---|
| Tax Litigation | $93,410.00 | $357,856.00 | $48,312.50 | $406,168.50 | $64,025.00 | $470,193.50 | $602,253.00 |
| Travel Non-working | 0 | 16,950.00 | 0 | 16,950.00 | 0 | 16,950.00 | 22,098.00 |
| Fee Applications, Applicant (S&J's fees) | 15,412.50 | 30,392.50 | 4,137.50 | 34,530.00 | 3,562.50 | 38,092.50 | 45,795.00 |
| Expenses | 7,433.20 | 23,783.69 | 5,416.67 | 29,200.36 | 1,382.34 | 30,582.70 | 36,910.86 |
| | | | | | | | |
| Total | $116,255.70 | $428,982.19 | $57,866.67 | $486,848.86 | $68,969.84 | $555,770.70 | $707,056.86 |

13

STEPTOE & JOHNSON
Project Category Summary Report
Through 28th Interim Period
WR GRACE
(Page 3)

| Category | 8th Qtr. Jan.-Mar 2003 | Cumulative through Mar. 2003 | 9th Qtr. April-June 2003 | Cumulative through June 2003 | 10 Qtr. July-Sept. 2003 | Cumulative through Sept. 2003 | 11th Qtr. Oct.-December 2003 |
|---|---|---|---|---|---|---|---|
| Tax Litigation | $71,253.00 | $541,446.50 | $60,806.50 | $602,253.00 | $13,680.50 | $615,933.50 | $11,900 |
| Travel Non-working | 2,475.00 | 19,425.00 | 2,673.00 | 22.098.00 | 0 | 22,098.00 | 0 |
| Fee Applications, Applicant (S&J's fees) | 5,016.50 | 43,109.00 | 2,686.00 | 45,795.00 | 6,289.50 | 52,084.50 | 4,779.50 |
| Expenses | 2,822.27 | 33,404.97 | 3,505.89 | 36,910.86 | 247.19 | 37,158.05 | 93.31 |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Total | $81,566.77 | $637,385.47 | $69,671.39 | $707,056.86 | $20,217.19 | $727,274.05 | $16,772.81 |

14

STEPTOE & JOHNSON
Project Category Summary Report
Through 28th Interim Period
WR GRACE
(Page 4)

| Category | Cumulative through December 2003 | 12th Qtr. Jan.-Mar. 2004 | Cumulative through March 2004 | 13th Qtr. April-June 2004 | Cumulative through June 2004 | 14th Qtr. July-Sept 2004 | Cumulative through Sept. 2004 |
|---|---|---|---|---|---|---|---|
| Tax Litigation | $627,833.50 | $7,523.00 | $635,356.50 | $36,642.00 | $671,998.50 | $10,863.50 | $682,862.00 |
| Travel Non-working | 22,098.00 | 0 | 22,098.00 | 3,638.00 | 25,736.00 | 3,210 | 28,946.00 |
| Fee Applications, Applicant (S&J's fees) | 56,864 | 3,741.00 | 60,605.00 | 2,827.50 | 63,432.50 | 3,610.50 | 67,043 |
| Expenses | 37,251.36 | 135.21 | 37,386.57 | 2,614.44 | 40,001.01 | 1,638.75 | 41,639.76 |
| | | | | | | | |
| Total | $744,046.86 | $11,399.21 | $755,446.07 | 45,721.94 | 801,168.01 | 19,322.75 | 820,490.76 |

15

STEPTOE & JOHNSON
Project Category Summary Report
Through 28th Interim Period
WR GRACE
(Page 5)

| Category | 15th Qtr. Oct.-Dec. 2004 | Cumulative through December 2004 | 16th Qtr. Jan-Mar. 2005 | Cumulative through March 2005 | 17th Qtr. Apr.-June 2005 | Cumulative through June 2005 | 18th Qtr. July-Sept. 2005 | Cumulative through Sept. 2005 |
|---|---|---|---|---|---|---|---|---|
| Tax Litigation | $56,555.00 | $739,416.00 | $ 0 | $ 739,416.00 | $ 0 | $739,416.00 | $22,500 | $761,916.00 |
| Travel Non-working | 0 | 28,946.00 | 0 | 28,946 | 0 | 28,946.00 | 0 | 28,946.00 |
| Fee Applications, Applicant (S&J's fees) | 4,524.00 | 71,567 | 3,227.50 | 74,844.50 | 1,472.50 | 76,317.00 | 570.00 | 76,887.00 |
| Expenses | 1,943.15 | 43,582.91 | 46.91 | 43,629.82 | 17.85 | 43,647.67 | 222.31 | 43,869.98 |
| Total | $63,021.15 | $883,511.91 | $3,324.41 | $886,836.32 | 1,490.35 | 888,326.67 | 23,292.31 | 911,618.98 |

16

STEPTOE & JOHNSON
Project Category Summary Report
Through 28th Interim Period
WR GRACE
(Page 6)

| Category | 19th Qtr. Oct-Dec. 2005 | Cumulative through Dec. 2005 | 20th Qtr. Jan-March 2006 | Cumulative through March 2006 | 21st Qtr. April-June 2006 | Cumulative through May 2006 | 22nd Qtr July-September 2006 | Cumulative through September 2006 |
|---|---|---|---|---|---|---|---|---|
| Tax Litigation | $8,866.00 | $ 770,782 | $112,038 | $882,820.00 | $152,272 | $1,035.92.00 | $61,900.50 | $1,096,992.50 |
| Travel Non-working | 0 | 28,946.00 | 0 | 28,946.00 | 0 | 28,946.00 | 0 | 28,946.00 |
| Fee Applications, Applicant (S&J's fees) | 4,275.00 | 81,162 | 9,702.00 | 90,864.00 | 5,544 | 96,408 | $5,544.00 | 101,952.00 |
| Expenses | 102.90 | 43,972.88 | 9,362.36 | 53,335.24 | 1,142.23 | 54,477.65 | 169.89 | 54,647.54 |
| | | | | | | | | |
| Total | 13,243.90 | 924,862.88 | 131,102.36 | 1,055,965.24 | 158,958.23 | 1,214,923.65 | 67,614.39 | 1,282,538.04 |

17

STEPTOE & JOHNSON
Project Category Summary Report
Through 28th Interim Period
WR GRACE
(Page 7)

| Category | 23rd Qtr Oct.-Dec. 2006 | Cumulative through Dec. 2006 | 24th Qtr. Jan.-March 2007 | Cumulative through March 2007 | 25th Qtr. Apr..- June 2007 | Cumulative through June 2007 | 26th Qtr. July-Sept. 2007 | Cumulative Through Sept. 2007 |
|---|---|---|---|---|---|---|---|---|
| Tax Litigation | $47,286.00 | $1,144,278.50 | $156,507 | $1,300,785.50 | $127,698.50 | $1,428,484.00 | $12,878.50 | $1,441,362.50 |
| Travel Non-working | $0 | $28,946.00 | $0 | $28,946.00 | 0 | $28,946.00 | 0 | $28,946.00 |
| Fee Applications, Applicant (S&J's fees) | $3,811.50 | $105,763.50 | $3,517.50 | $109,281 | $5,145.00 | $114,426.00 | $2,415.00 | $116,841.00 |
| Expenses | $114.76 | $54,762.30 | $859.49 | $55,621.46 | $439.54 | $56,061 | $102.55 | $56,163.55 |
| Total | $51,212.26 | $1,333,750.30 | $160,883.99 | $1,494,633.96 | $133,283.04 | $1,627,917.10 | $15,396.05 | $1,643,313.05 |

18

STEPTOE & JOHNSON
Project Category Summary Report
Through 28th Interim Period
WR GRACE
(Page 8)

| Category | 27th Qtr Oct.-Dec. 2007 | Cumulative through Dec. 2007 | 28th Qtr Jan. – March 2008 | Cumulative through March 2008 |
|---|---|---|---|---|
| Tax Litigation | $26,676.00 | $1,468,038.50 | $7,112.50 | $1,475,151.00 |
| Travel Non-working | 0 | $28,946.00 | 0 | $28,946.00 |
| Fee Applications, Applicant (S&J's fees) | $3,622.50 | $120,463.50 | $4,674.00 | $125,137.50 |
| Expenses | $276.56 | $56,440.11 | $142.44 | $56,582.65 |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |
| Total | $30,575.06 | $1,673,888.11 | $11,928.94 | $1,685,817.05 |

19