**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u> | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: July 17, 2008 at 4:00 p.m |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO AMENDED THIRTY-FOURTH MONTHLY APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>MARCH 1, 2008 THROUGH MARCH 31, 2008</u>**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered February 21, 2004) |
| Period for which compensation is sought: | March 1, 2008 through March 31, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $145,701.00 |
| 80% of fees to be paid: | $116,560.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 6,122.39 |
| Total Fees @ 80% and 100% Expenses: | $122,683.19 |

This is an: ___ interim   _X_ monthly   ___ final application.

**COMPENSATION SUMMARY**
**March 2008**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (23 years) FCAS | $650 | 82.00 | $53,300.00 |
| Julianne Callaway | Analyst (4 years) ACAS | $325 | 8.60 | $2,795.00 |
| Bryan Gillespie | Consulting Actuary (2 years) FCAS | $410 | 21.50 | $8,815.00 |
| Jeffrey Kimble | Consulting Actuary (7 years) ACAS | $400 | 158.90 | $63,560.00 |
| Steve Lin | Consulting Actuary (11 years) | $475 | 13.70 | $6,507.50 |
| Adam Luechtefeld | Analyst (5 years) | $250 | 7.20 | $1,800.00 |
| Alicia Oliver | Analyst (1 year) | $175 | 6.50 | $1,137.50 |
| Brent Petzoldt | Analyst (1 year) | $240 | 7.50 | $1,800.00 |
| Dave Powell | Consulting Actuary (23 years) ACAS | $700 | 2.80 | $1,960.00 |
| Rhamonda Riggins | Analyst (6 years) | $305 | 0.70 | $213.50 |
| Jennifer Teter | Analyst (8 years) | $305 | 12.50 | $3,812.50 |
| **Total Blended Rate: $452.63** | | | **321.90** | **$145,701.00** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 321.90 | $145,701.00 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| Airfare | $4,695.07 |
| Hotel | $865.13 |
| Parking | $162.02 |
| Taxi | $239.00 |
| Meals | $62.87 |
| Use of Own Car | $30.30 |
| Other: SpringerLink article | $32.00 |
| Other: HighWire Press article | $36.00 |
| **Total Expenses** | **$6,122.39** |

| **March 2008 – Grand Total** | **$151,823.39** |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: /S/ JENNIFER L. BIGGS
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: June 24, 2008

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., <u>et al.</u> ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | |
| ) | |

## **<u>VERIFICATION</u>**

**STATE OF MISSOURI**

**COUNTY OF ST. LOUIS, TO WIT:**

Jennifer L. Biggs, after being duly sworn according to law, deposes and says:

1. I am an actuarial consultant of the applicant consulting firm Towers Perrin Tillinghast.

2. I am familiar with the services rendered by Towers Perrin Tillinghast, actuarial consultants to David T. Austern as Future Claimants' Representative ("FCR"). The work performed on behalf of the FCR by professionals of the firm is described in the invoices attached as Exhibit A hereto.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

*/S/ JENNIFER L. BIGGS*
JENNIFER L. BIGGS

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 24TH DAY OF JUNE, 2008

<u>*TONI R. BOWMAN*</u>
Notary Public

My commission expires: June 21, 2011