# EXHIBIT A

# TOWERS PERRIN TILLINGHAST FEES FOR THE TIME PERIOD MARCH 1-31, 2008

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | **Mar-08** | |
| Jenni Biggs | 3/3/2008 | 8.00 | $650 | $5,200.00 | Support for settlement negotiations |
| Jenni Biggs | 3/4/2008 | 8.00 | $650 | $5,200.00 | Support for settlement negotiations |
| Jenni Biggs | 3/5/2008 | 6.20 | $650 | $4,030.00 | Preparation and meeting with Orrick |
| Jenni Biggs | 3/5/2008 | 1.80 | $650 | $1,170.00 | 50% non-working travel |
| Jenni Biggs | 3/6/2008 | 4.00 | $650 | $2,600.00 | Meeting preparation and follow-up |
| Jenni Biggs | 3/6/2008 | 5.50 | $650 | $3,575.00 | Meeting with Orrick / ACC / Grace |
| Jenni Biggs | 3/7/2008 | 2.20 | $650 | $1,430.00 | Support for settlement negotiations |
| Jenni Biggs | 3/10/2008 | 2.80 | $650 | $1,820.00 | Support for settlement negotiations |
| Jenni Biggs | 3/11/2008 | 6.00 | $650 | $3,900.00 | Support for settlement negotiations |
| Jenni Biggs | 3/12/2008 | 4.00 | $650 | $2,600.00 | 50% non-working travel and preparation for meeting |
| Jenni Biggs | 3/12/2008 | 5.00 | $650 | $3,250.00 | Meet with Orrick / ACC / Grace and follow-up |
| Jenni Biggs | 3/13/2008 | 2.50 | $650 | $1,625.00 | Support for settlement negotiations (run-off patterns) |
| Jenni Biggs | 3/14/2008 | 0.50 | $650 | $325.00 | Trial preparation |
| Jenni Biggs | 3/24/2008 | 0.80 | $650 | $520.00 | Trial preparation |
| Jenni Biggs | 3/25/2008 | 0.50 | $650 | $325.00 | Trial preparation |
| Jenni Biggs | 3/26/2008 | 0.70 | $650 | $455.00 | Trial preparation |
| Jenni Biggs | 3/27/2008 | 1.00 | $650 | $650.00 | Trial preparation |
| Jenni Biggs | 3/28/2008 | 6.50 | $650 | $4,225.00 | Trial preparation |
| Jenni Biggs | 3/29/2008 | 0.50 | $650 | $325.00 | Trial preparation |
| Jenni Biggs | 3/30/2008 | 4.00 | $650 | $2,600.00 | Meeting with Orrick / trial preparation |
| Jenni Biggs | 3/31/2008 | 11.50 | $650 | $7,475.00 | Attend trial plus 50% non-working travel time |
| | | 82.00 | | $53,300.00 | |
| | | | | | |
| Julianne Calllaway | 3/13/2008 | 0.10 | $325 | $32.50 | PIQ data request |
| Julianne Calllaway | 3/14/2008 | 0.50 | $325 | $162.50 | PIQ data request and other data requests |
| Julianne Calllaway | 3/21/2008 | 4.20 | $325 | $1,365.00 | Data Requests |
| Julianne Calllaway | 3/28/2008 | 3.80 | $325 | $1,235.00 | Data Requests |
| | | 8.60 | | $2,795.00 | |
| | | | | | |
| Bryan Gillespie | 3/4/2008 | 9.20 | $410 | $3,772.00 | Settlement negotiations |
| Bryan Gillespie | 3/5/2008 | 0.30 | $410 | $123.00 | Settlement negotiations |
| Bryan Gillespie | 3/10/2008 | 2.80 | $410 | $1,148.00 | settlement negotiations |
| Bryan Gillespie | 3/11/2008 | 0.40 | $410 | $164.00 | settlement negotiations |
| Bryan Gillespie | 3/14/2008 | 0.20 | $410 | $82.00 | settlement negotiations |
| Bryan Gillespie | 3/17/2008 | 1.70 | $410 | $697.00 | settlement negotiations |
| Bryan Gillespie | 3/18/2008 | 0.40 | $410 | $164.00 | settlement negotiations |
| Bryan Gillespie | 3/19/2008 | 1.80 | $410 | $738.00 | settlement negotiations |
| Bryan Gillespie | 3/20/2008 | 1.20 | $410 | $492.00 | Trial prep and settlement negotiations |
| Bryan Gillespie | 3/21/2008 | 2.90 | $410 | $1,189.00 | Trial prep and settlement negotiations |
| Bryan Gillespie | 3/24/2008 | 0.60 | $410 | $246.00 | Trial prep |
| | | 21.50 | | $8,815.00 | |
| | | | | | |
| Jeff Kimble | 3/3/2008 | 4.00 | $400 | $1,600.00 | Call with Dr Roggli. Work on settlement negotiation exhibits |
| Jeff Kimble | 3/4/2008 | 6.80 | $400 | $2,720.00 | Review TDP information. Call with LAS. Work on settlement negotiation exhibits/slides |
| Jeff Kimble | 3/5/2008 | 7.70 | $400 | $3,080.00 | 50% non-working travel time. Preparing for meeting with Orrick |
| Jeff Kimble | 3/5/2008 | 2.00 | $400 | $800.00 | Meet with Orrick |
| Jeff Kimble | 3/6/2008 | 4.10 | $400 | $1,640.00 | Working on settlement negotiation exhibits |
| Jeff Kimble | 3/6/2008 | 5.50 | $400 | $2,200.00 | Meeting with Orrick / ACC / Grace |
| Jeff Kimble | 3/7/2008 | 4.00 | $400 | $1,600.00 | Working on settlement negotiation exhibits |
| Jeff Kimble | 3/10/2008 | 8.60 | $400 | $3,440.00 | Preparing exhibits for settlement negotiations |
| Jeff Kimble | 3/11/2008 | 9.00 | $400 | $3,600.00 | Preparing exhibits for settlement negotiations and the 3/12 meeting |
| Jeff Kimble | 3/12/2008 | 3.40 | $400 | $1,360.00 | Non-working travel time. Analysis for settlement negotiations |
| Jeff Kimble | 3/12/2008 | 4.50 | $400 | $1,800.00 | Meet with Orrick / ACC / Grace |
| Jeff Kimble | 3/13/2008 | 4.20 | $400 | $1,680.00 | Call with Professor Stallard. Analysis regarding run-off patterns |
| Jeff Kimble | 3/14/2008 | 9.50 | $400 | $3,800.00 | Trial preparation |
| Jeff Kimble | 3/15/2008 | 8.10 | $400 | $3,240.00 | Reviewing ARPC reliance materials |
| Jeff Kimble | 3/16/2008 | 2.50 | $400 | $1,000.00 | Reviewing ARPC reliance materials |
| Jeff Kimble | 3/17/2008 | 4.50 | $400 | $1,800.00 | Reviewing ARPC reliance materials |
| Jeff Kimble | 3/18/2008 | 8.20 | $400 | $3,280.00 | Reviewing ARPC reliance materials. Call with Orrick. Prepare cash flow exhibits for Orrick |
| Jeff Kimble | 3/19/2008 | 7.00 | $400 | $2,800.00 | Reviewing ARPC reliance materials. Prepare cash flow exhibits for Orrick |
| Jeff Kimble | 3/20/2008 | 9.80 | $400 | $3,920.00 | Reviewing ARPC reliance materials. Prepare cash flow exhibits for Orrick |
| Jeff Kimble | 3/21/2008 | 7.70 | $400 | $3,080.00 | Reviewing ARPC reliance materials. Prepare cash flow exhibits for Orrick |
| Jeff Kimble | 3/22/2008 | 1.20 | $400 | $480.00 | Prepare cash flow exhibits for Orrick |
| Jeff Kimble | 3/23/2008 | 1.00 | $400 | $400.00 | Discuss cash flow exhibits with Orrick |
| Jeff Kimble | 3/24/2008 | 2.00 | $400 | $800.00 | Prepare and send exhibits to Z-Axis |
| Jeff Kimble | 3/27/2008 | 9.00 | $400 | $3,600.00 | Working on exhibits to send to Z-Axis for demonstratives |
| Jeff Kimble | 3/28/2008 | 7.10 | $400 | $2,840.00 | Working on exhibits to send to Z-Axis for demonstratives |
| Jeff Kimble | 3/30/2008 | 2.50 | $400 | $1,000.00 | Non-working travel time. Prep for meeting with Orrick |
| Jeff Kimble | 3/30/2008 | 3.00 | $400 | $1,200.00 | Meeting with Orrick |
| Jeff Kimble | 3/31/2008 | 5.50 | $400 | $2,200.00 | Non-working travel time |
| Jeff Kimble | 3/31/2008 | 6.50 | $400 | $2,600.00 | Attend trial |
| | | 158.90 | | $63,560.00 | |

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| Steve Lin | 3/6/2008 | 5.00 | $475 | $2,375.00 | Comparing NPCR, SEER, and USCS incidence mortality ratios |
| Steve Lin | 3/10/2008 | 5.70 | $475 | $2,707.50 | Comparing NPCR, SEER, and USCS incidence mortality ratios |
| Steve Lin | 3/11/2008 | 3.00 | $475 | $1,425.00 | Comparing NPCR, SEER, and USCS incidence mortality ratios |
| | | 13.70 | | $6,507.50 | |
| Adam Luechtefeld | 3/3/2008 | 1.00 | $250 | $250.00 | TDP and Trust Agreement future projections |
| Adam Luechtefeld | 3/4/2008 | 4.00 | $250 | $1,000.00 | TDP and Trust Agreement future projections |
| Adam Luechtefeld | 3/7/2008 | 1.00 | $250 | $250.00 | TDP and Trust Agreement future projections |
| Adam Luechtefeld | 3/13/2008 | 0.20 | $250 | $50.00 | TDP and Trust Agreement future projections |
| Adam Luechtefeld | 3/17/2008 | 1.00 | $250 | $250.00 | Calculating PVs of Future payments |
| | | 7.20 | | $1,800.00 | |
| Alicia Oliver | 3/3/2008 | 2.50 | $175 | $437.50 | Creating files for Orrick |
| Alicia Oliver | 3/14/2008 | 3.50 | $175 | $612.50 | Creating files for Orrick |
| Alicia Oliver | 3/19/2008 | 0.50 | $175 | $87.50 | Creating files for Orrick |
| | | 6.50 | | $1,137.50 | |
| Brent Petzold | 3/17/2008 | 3.50 | $240 | $840.00 | Tech reviewed spss testing spreadsheets |
| Brent Petzold | 3/20/2008 | 2.20 | $240 | $528.00 | Tech reviewed spss testing spreadsheets |
| Brent Petzold | 3/21/2008 | 1.80 | $240 | $432.00 | Tech reviewed cash flow exhibits |
| | | 7.50 | | $1,800.00 | |
| Dave Powell | 3/20/2008 | 0.50 | $700 | $350.00 | Peer review cash flow work |
| Dave Powell | 3/21/2008 | 1.50 | $700 | $1,050.00 | Peer review cash flow work |
| Dave Powell | 3/22/2008 | 0.50 | $700 | $350.00 | Peer review cash flow work |
| Dave Powell | 3/23/2008 | 0.30 | $700 | $210.00 | Peer review cash flow work |
| | | 2.80 | | $1,960.00 | |
| Rhamonda Riggins | 3/10/2008 | 0.50 | $305 | $152.50 | Tech review cash flow exhibits |
| Rhamonda Riggins | 3/28/2008 | 0.20 | $305 | $61.00 | Tech review cash flow exhibits |
| | | 0.70 | | $213.50 | |
| Jennifer Teter | 3/10/2008 | 1.50 | $305 | $457.50 | Tech review files for settlement discussion |
| Jennifer Teter | 3/11/2008 | 5.00 | $305 | $1,525.00 | Tech review files for settlement discussion |
| Jennifer Teter | 3/13/2008 | 6.00 | $305 | $1,830.00 | Tech review files for settlement discussion |
| | | 12.50 | | $3,812.50 | |
| | | **321.90** | | **$145,701.00** | |