# EXHIBIT B

# TOWERS PERRIN TILLINGHAST EXPENSES FOR THE TIME PERIOD MARCH 1-31, 2008

| | Expenses - March 2008 | | | |
|---|---|---|---|---|
| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
| Jenni Biggs | 3/5/2008 | $719.50 | Airfare for 3/5/08 trip to NYC | Yes |
| Jenni Biggs | 3/5/2008 | $13.13 | Lunch 3/5/08 | Yes |
| Jenni Biggs | 3/5/2008 | $21.68 | Parking at STL airport | Yes |
| Jenni Biggs | 3/5/2008 | $40.00 | Taxi to Orrick | Yes |
| Jenni Biggs | 3/5/2008 | $10.10 | Toll from airport for 3/5/08 trip to NY re: WR Grace | No |
| Jenni Biggs | 3/6/2008 | $427.59 | Hotel in NYC for mtg re: WR Grace - $539 room less $189 = $350 recommended maximum | Yes |
| Jenni Biggs | 3/6/2008 | $2.67 | Lunch 3/6/08 | Yes |
| Jenni Biggs | 3/6/2008 | $15.00 | Amex fee for 3/5/08 flight to NY for meeting re: WR Grace | Yes |
| Jenni Biggs | 3/12/2008 | $261.00 | Airfare for 3/12/08 trip to Chicago | Yes |
| Jenni Biggs | 3/12/2008 | $5.96 | Dinner 3/12/08 | Yes |
| Jenni Biggs | 3/12/2008 | $45.00 | Amex fee for 3/12/08 flight to CHI for meeting re: WR Grace | Yes |
| Jenni Biggs | 3/12/2008 | $33.00 | Taxi to K&E | Yes |
| Jenni Biggs | 3/12/2008 | $20.00 | Parking at STL airport | Yes |
| Jenni Biggs | 3/12/2008 | $34.00 | Taxi to Midway | Yes |
| Jenni Biggs | 3/12/2008 | $10.10 | Toll from airport for 3/12/08 trip to CHI re: WR Grace | No |
| Jenni Biggs | 3/26/2008 | $100.00 | $100 change fee for cancelled 4/10/08 trip to DC | No |
| Jenni Biggs | 3/30/2008 | $10.10 | Use of own car to/from airport for 3/31/08 meeting | Yes |
| Jenni Biggs | 3/31/2008 | $802.96 | Estimated portion of airfare allocated to WR Grace for 3/30-3/31 mtg in Pittsburgh | Yes |
| Jenni Biggs | 3/31/2008 | $10.07 | Dinner 3/31/08 | Yes |
| Jenni Biggs | 3/31/2008 | $4.32 | Dinner 3/31/08 | Yes |
| Jenni Biggs | 3/31/2008 | $2.09 | Dinner 3/31/08 | Yes |
| Jenni Biggs | 3/31/2008 | $7.50 | 1/2 of Amex fee for estimated portion of airfare allocated to WR Grace for 3/30-3/31 mtg in Pittsburgh | Yes |
| Jenni Biggs | 3/31/2008 | $42.00 | Cab to airport | Yes |
| Jenni Biggs | 3/31/2008 | $24.34 | 2/3 of $36.51 Parking at Airport | Yes |
| | | $2,662.11 | | |
| | | | | |
| Jeff Kimble | 3/5/2008 | $1,454.00 | Air fare for trip to New York | Yes |
| Jeff Kimble | 3/5/2008 | $437.54 | Hotel in NYC for mtg re: WR Grace: $539 room less $189 = $350 recommended maximum | Yes |
| Jeff Kimble | 3/5/2008 | $9.85 | Lunch on 3/5 | Yes |
| Jeff Kimble | 3/5/2008 | $36.00 | Parking at airport | Yes |
| Jeff Kimble | 3/12/2008 | $306.00 | Air fare for 3/12 trip to Chicago | Yes |
| Jeff Kimble | 3/12/2008 | $20.00 | Parking at airport | Yes |
| Jeff Kimble | 3/30/2008 | $969.11 | Air fare for 3/31 trip to Pittsburgh | Yes |
| Jeff Kimble | 3/30/2008 | $15.00 | Amex fee for 3/30 trip to Pittsburgh | Yes |
| Jeff Kimble | 3/30/2008 | $45.00 | Trip from airport to hotel | Yes |
| Jeff Kimble | 3/31/2008 | $14.78 | Dinner at airport | Yes |
| Jeff Kimble | 3/31/2008 | $45.00 | Trip from hotel to airport | Yes |
| Jeff Kimble | 3/31/2008 | $40.00 | Parking at airport | Yes |
| | | $3,392.28 | | |
| | | | | |
| Other | 3/13/2008 | $32.00 | SpringerLink article | |
| Other | 3/13/2008 | $36.00 | HighWire Press article | |
| | | $68.00 | | |
| | | | | |
| | | $6,122.39 | | |

Note: It is Towers Perrin's policy that expenses under $25 do not require receipts to be submitted for reimbursement.



AMERICAN EXPRESS ® **BUSINESS TRAVEL**

# Travel Arrangements for  JENNIFER L BIGGS

| | |
|---|---|
| **Record Locator** | **JOLSDX** |
| **Trip ID** | **11190184693** |
| | JENNIFER BIGGS/314-719-5843 |
| | TOWERS PERRIN |

**Agent ID : ZB**

Phone:  (800) 522-4111

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 001 | Ticket Date | 3/3/08 |
| Ticket Number | 7116186169 | Invoice | 0014999 |
| Check Digit | 5 | Electronic | Yes |
| **Billing Code** | **WN820127** | | |

### Charges

| | |
|---|---|
| Ticket Base Fare | 659.53 |
| Ticket Tax Fare | 59.97 |
| Total (USD) Ticket Amount | 719.50 |
| | |
| Airfare charged to American Express | |
| **Total** | **719.50** |

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY

## Travel Details                    Wednesday March  5, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 25 minutes |
| Flight | 1030 | Distance | 888 Miles |
| Origin | St Louis Intl, MO | Meal Service | Food for purchase |
| Destination | New York Lga, NY | Plane | Md-80 |
| Departing | 12:10 PM | | |
| Arriving | 3:35 PM | | |
| | | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | CENTRAL TERMINAL | | |
| Seat | 24A | | |
| Class | Economy | | |

### Hotel Information

| | | | |
|---|---|---|---|
| Hotel | OMNI HOTELS | | |
| | 2 OMNI BERKSHIRE PLACE | | |
| Hotel Address | 21 EAST 52ND STREET | Phone Number | E 1-212-753-5800 |
| | NEW YORK NY 10022 | Fax Number | 1-212-754-5018 |
| Confirmation Number | 2010327789- | | |
| Check in Date | 3/5/08 | | |
| Check out Date | 3/6/08 | | |
| | | | |
| Hotel Rate | 539.00 USD per night | | |



Late Arrival Guarantee - Credit Card

Special Info       RQ NON SMK RM.KING BD

CANCEL 24 HOURS BEFORE ARRIVAL

# Travel Details                    Monday September 1, 2008

AMERICAN EXPRESS INTERACTIVE

## Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| AMERICAN AIRLINES | 9M88Y36 | JENNIFER L BIGGS |

## Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| JOLSDX | AMERICAN AIRLINES |

## Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES.  ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.



OMNI BERKSHIRE PLACE HOTEL
21 EAST 52ND STREET
NEW YORK CITY    NY    10022
**Tele-** 212-753-5800      **Fax-** 212-754-5020

412
539
KNMAD
1 / 0

BIGGS, JENNIFER L

03/05/08    03/06/08                              EVENT          EVENT         11700814747

| 03/05/08 | 412 | ROOM CHARGE | #412 BIGGS, JENNIFER L | $539.00 |
| 03/05/08 | 412 | CITY TAX 5% | CITY TAX 5% | $26.95 |
| 03/05/08 | 412 | OCC TAX/JAVITS CTR EXPANSION | OCC TAX/JAVITS CTR EXPANSION | $5.50 |
| 03/05/08 | 412 | SALES TAX 8.375% | SALES TAX 8.375% | $45.14 |
| 03/06/08 | 412 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($616.59) |

**TOTAL DUE:**              $0.00

3/5-6

 NEW YORK

```
MED #        5C13
DATE: 03/05/2008
START TIME 16:03
END TIME  16:41
TRIP #     7312
RATE No.      1
STAND. CITY RATE
MILES R1  10.52
FARE1 $   29.70
SURCHARGE  1.00
TOTAL $   30.70
Tri.Br.    4.00
GR.TOT.   34.70
```

Contact TLC Dial
3-1-1

+ tip = $40

HMSHOST
WOLFGANG PUCK EXPRESS
ST. LOUIS LAMBERT AIRPORT

5160 Nichole
------------------------------------
CHK 6740 MAR05'08 11:27AM
------------------------------------
          EAT IN

1 CHIX CAESAR SLD        9.99
1 WATR PRRIER 24         2.39

  SUBTOTAL              12.38
  TAX                    0.75
  AMOUNT           13.13
  CASH                  20.00
  CHANGE                 6.87

        THANK YOU
        HMS HOST
       WOLFGANG PUCK
   ST.LOUIS LAMBERT AIRPORT
    QUESTIONS & COMMENTS
    314-429-3400    EXT 105
   STEVE.DAY@HMSHOST.COM
```

AVISTAR- SUNPARK ST LOU
4607 AIRFLIGHT DR
ST LOUIS MO 63134

```
TERMINAL I.D.:
MERCHANT #:             203600
                 98890340000010

AMEX
xxxxxxxxxx5002
SALE
BATCH: 000002
DATE: MAR 06, 08      TRACE: 449366
RRN: 10100067          TIME: 19:22
                     AUTH NO: 503666

TOTAL           $21.68
```

X_____
JL BIGGS

I AGREE TO PAY ABOVE TOTAL AMOUNT
ACCORDING TO CARD ISSUER AGREEMENT
(MERCHANT AGREEMENT IF CREDIT VOUCHER)

## Au Bon Pain
### JFK Airport Cart

Office Catering Specialists 800-765-4227

          STORE #718

```
    QUESTIONS - CONCERNS?
  Call us at 1 800 TALK ABP
   Visit us at our web site:
   http://WWW.AUBONPAIN.COM
```

### Ticket #901
```
03-06                      2:25 PM
        718 2 14 901
```
_____

```
 q. Au Bon Pain Coff       1.99
 esh Fruit                  .99

                           2.98
 5% DISCOUNT               -.45
                            .14
Amount Due                 2.67

CASH                       3.00
Change                      .33
```

        DISCOUNTED

TAXI & AUTO SUN
773-736-3883

Lost & Found:
(773) 736-2990
Office:
(773) 736-3883

Date_____Time_____

From_____

To_____

Cab No._____Driver_____

Cab Fare_____ $34

**Lost & Found:** ChicagoDispatcher.com

# TOSHIBA
## Leading Innovation >>>

Visit us at the ACC

Exhibit 8001

medical.toshiba.com

**Receipt Advertising:** ChicagoDispatcher.com

3/18
to Chicago

SUPER PARK EAST TERMINAL
LAMBERT-ST. LOUIS
INTERNATIONAL AIRPORT

Rcpt# 61267
03/12/08 18:21   L# 4 A#100   Txn#113755
03/12/08 07:12 In   03/12/08 18:21 Out
SHORT TERM      $ 20.00
Total Fee       $ 20.00
AMERICAN EXP    $ 20.00-
XXXXXXXXXXX5002
Approval No.:581986
Reference No.:00000132
Change Due      $ 0.00
THANK YOU ANY QUESTIONS OR
COMMENTS CALL 314-890-2900

Manny's Deli
Chicago's Midway Airport
Thank You
3/12/2008              16:14
====================================
Manny's Deli
Check: 3080842
Server: AeshaMuhammad
Terminal: 308
====================================
          Regular
1 Fresh Fruit          1.29
  Orange-
1 Yogurt               2.29
1 Bottled Water        1.84
  Disposal Fee [0.05]

      Subtotal         5.42
          Tax          0.54
        Total          5.96

Cash                   6.00
Change                 0.04

GRAND TOTAL            5.96

====================================
07 3/12/2008 16:15
== ====================================
st ns or Comments?
  Please Call
 773) 582-4450

# CHICAGO CARRIAGE CAB CO.

DATE                              DRIVER

TIME                              PASSENGER

FROM                              CAB NO.

TO                                $33
                                  FARE AMOUNT.

CHICAGO CARRIAGE CAB CO.

CAB1
VISA  MasterCard  **PHONE: 312-326-2221   TOLL FREE: 866-440-TAXI**
ONLINE RESERVATIONS FOR LOCAL & NATIONWIDE SERVICE:  www.chicagocarriagecab.com



To ·Kathy Boeger/Towers Perrin@TP

cc

"Kathleen X Benton"                          bcc
<kathleen.x.benton@aexp
.com>                                        Subject  Fw: WN - KIQ2VU - BIGGS/JENNIFERL -

03/20/2008 12:29 PM


Kathleen Benton
Counselor-Corporate Travel
American Express Corporate Travel
E-mail: Kathleen.X.Benton@aexp.com
----- Forwarded by Kathleen X Benton/AMER/TRS/AEXP on 03/20/2008 01:28 PM
-----

                    "Southwest Airlines"
                    <SouthwestAirlines@mail.sou       To:
ABESharedServices/AMER/TRS/AEXP@AMEX
                    thwest.com>                       cc:
                                                      Subject:  WN - KIQ2VU

- BIGGS/JENNIFERL -
                    03/11/2008 04:20 PM
                    Please respond to
                    "Southwest Airlines"


   Southwest Airlines Receipt and Itinerary

   Receipt and Itinerary as of 03/11/08 3:20 PM

                    Confirmation Number KIQ2VU

   Confirmation Date: 03/11/08
   ARC no: 39531111

    Passenger Information
                              Passenger Name
                                 Account Number
                                    Ticket#
                                        Expiration1
                    BIGGS/JENNIFERL
                              - None Entered -
                                    526-2369323453-4
                                        11/15/08


   1 All travel involving funds from this Confirmation Number must be
   completed by the expiration date.

    Itinerary
                              Date
                                 Flight
                    Routing Details

                         Wed Mar 12
                              1854
                    Depart ST LOUIS MO (STL) at 8:30 AM
                    Arrive in CHICAGO-MIDWAY (MDW) at 9:30 AM


                         Wed Mar 12
                              3681
                    Depart CHICAGO-MIDWAY (MDW) at 3:55 PM
                    Arrive in ST LOUIS MO (STL) at 5:00 PM


   Cost and Payment Summary

   Air            $ 223.26
   Tax            $ 23.74
   PFC Fee        $ 9.00
   Security Fee   $ 5.00
   Total Payment: $261.00

Prior payment(s) --- Refunded or Applied from another Confirmation (if remaining)
$170.80

Current payment(s)
    03/11/08 AMER EXPRESS xxxxxxxxxx5002 Ref 526-2369323453-4 $90.20

Exchange Detail (For travel agency use only):
03/11/08 526-23472377195/1, $85.40, Exchanged for 52623693234534
03/11/08 526-23472377195/2, $85.40, Exchanged for 52623693234534

Fare Rule(s)
Valid only on Southwest Airlines. All travel involving funds from this
Confirmation Number must be completed by the expiration date. Any
change to this itinerary may result in a fare increase.

Fare Calculation:

ADT- 1 STLWNMDW YL 120.00 MDWWNSTL YL 120.00 $240.00 ZP7.00 XFSTL4.50
MDW4.50 AYSTL2.50 MDW2.50 $261.00

Southwest Airlines Co. Notice of Incorporated Terms
Air transportation by Southwest Airlines is subject to Southwest
Airlines' Passenger Contract of Carriage, the terms of which are
incorporated by reference.

We can notify you of flight departure or arrival status via text
messages on your cell phone, pager, personal digital assistant (PDA),
or e-mail account. Or, use our automated phone service by calling
1-888-SWA-TRIP.

American Express made the following annotations on Thu Mar 20 2008 10:29:52
--------------------------------------------------------------------------
"This message and any attachments are solely for the intended recipient and
may contain confidential or privileged information. If you are not the
intended recipient, any disclosure, copying, use, or distribution of the
information included in this message and any attachments is prohibited. If you
have received this communication in error, please notify us by reply e-mail
and immediately and permanently delete this message and any attachments. Thank
you."

American Express a ajouté le commentaire suivant le Thu Mar 20 2008 10:29:52

Ce courrier et toute pièce jointe qu'il contient sont réservés au seul
destinataire indiqué et peuvent renfermer des renseignements confidentiels et
privilégiés. Si vous n'êtes pas le destinataire prévu, toute divulgation,
duplication, utilisation ou distribution du courrier ou de toute pièce jointe
est interdite. Si vous avez reçu cette communication par erreur, veuillez nous
en aviser par courrier et détruire immédiatement le courrier et les pièces
jointes. Merci.
**********************************************************************************
--------------------------------------------------------------------------
-

AMERICAN EXPRESS ® **BUSINESS TRAVEL**

## Travel Arrangements for  JENNIFER L BIGGS

| | |
|---|---|
| **Record Locator** | **MFUGTB** |
| **Trip ID** | **11356871583** |
| | JENNIFER BIGGS/314-719-5843 |
| | TOWERS PERRIN |

**Agent ID : BM**

7535 Windsor Dr. - Suite 104A - Allentown, PA  18195
Phone:  (800) 522-4111 / Fax:  (610) 706-3070

## Invoice Details

**Billing Code**    WN820127

### Invoices

0069067

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY

*$45.00*
*Amex fee*
*(called directly)*

## Travel Details

**Wednesday March 12, 2008**

SOUTHWEST AIRLINESTICKETLESS-A

### Flight Information

| | | | |
|---|---|---|---|
| Airline | SOUTHWEST AIRLINES | Estimated time | 1 hour  0 minutes |
| Flight | 1854 | Distance | 251 Miles |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Chicago Midway, IL | Plane | Boeing 737-700 |
| Departing | 8:30 AM | | |
| Arriving | 9:30 AM | | |
| | | | |
| Departure Terminal | EAST TERMINAL | | |
| Seat | Unassigned | | |
| Class | Economy | | |

### Flight Information

| | | | |
|---|---|---|---|
| Airline | SOUTHWEST AIRLINES | Estimated time | 1 hour  5 minutes |
| Flight | 3681 | Distance | 251 Miles |
| Origin | Chicago Midway, IL | Meal Service | No Meal Service |
| Destination | St Louis Intl, MO | Plane | Boeing 737-300 |
| Departing | 3:55 PM | | |
| Arriving | 5:00 PM | | |
| | | | |
| Arrival Terminal | EAST TERMINAL | | |
| Seat | Unassigned | | |
| Class | Economy | | |

## Record Locators

| Reference | Carrier |
| --- | --- |
| 42VU | SOUTHWEST AIRLINES |

## Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES.  ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.



AMERICAN EXPRESS ® **BUSINESS TRAVEL**

Page 1 of 3
Generated: March 26, 2008 02:30 PM

## Travel Arrangements for JENNIFER L BIGGS

| | | |
|---|---|---|
| Record Locator | **KJFCJZ** | |
| Trip ID | **11241952335** | |
| | JENNIFER BIGGS/314-719-5843 | |
| | TOWERS PERRIN | |

Agent ID : ZF

Phone:  (800) 522-4111

## Invoice Details

### Ticket Information

| | | | | |
|---|---|---|---|---|
| Airline Code | 001 | Ticket Date | 3/26/08 |
| Ticket Number | 7123404613 | Invoice | 0016097 |
| Check Digit | 0 | Electronic | Yes |
| **Billing Code** | WN820127 | | |

### Charges

| | |
|---|---|
| Ticket Base Fare | 373.96 |
| Ticket Tax Fare | 49.04 |
| Total (USD) Ticket Amount | 423.00 |
| | |
| Transaction Fee | 15.00 |
| Airfare charged to American Express | |
| **Total** | 438.00 |

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY
THIS TICKET IS NONREFUNDABLE. CHANGES OR CANCELLATIONS
MUST BE MADE PRIOR TO SCHEDULED FLIGHT DEPARTURE
ALL CHANGES MUST BE MADE ON SAME CARRIER AND WILL BE
SUBJECT TO SERVICE FEE AND DIFFERENCE IN AIRFARE

*Cancelled*
*Change fee = $100*

## Travel Details

**Thursday April 10, 2008**

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 50 minutes |
| Flight | 884 | Distance | 719 Miles |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Washington Reagan, DC | Plane | Md-80 |
| Departing | 7:10 AM | | |
| Arriving | 10:00 AM | | |
| | | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | TERMINAL B | | |
| Seat | 12A | | |
| Class | Economy | | |

### Hotel Information

| | | | |
|---|---|---|---|
| Hotel | HILTON HOTELS | | |
| | 6 HILTON CAPITAL | | |
| Hotel Address | 1001 16TH ST NW | Phone Number | E 202 393-1000 |
| | WASHINGTON DC 20036 | Fax Number | 202 639-5784 |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS ™



| | |
|---|---|
| Confirmation Number | 3313082781- |
| Check in Date | 4/10/08 |
| Check out Date | 4/11/08 |
| | |
| Hotel Rate | 399.00 USD per night |
| | Late Arrival Guarantee - Credit Card |
| Special Info | RQNON SMK RM.KING BD |

CANCEL 01 DAYS BEFORE ARRIVAL

Corporate Discount - 1365840

## Travel Details                    Friday April 11, 2008

### Flight Information

| | | | | |
|---|---|---|---|---|
| Airline | AMERICAN AIRLINES | | Estimated time | 2 hours  5 minutes |
| Flight | 531 | | Distance | 719 Miles |
| Origin | Washington Reagan, DC | | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | | Plane | Md-80 |
| Departing | 2:55 PM | | | |
| Arriving | 4:00 PM | | | |
| | | | | |
| Departure Terminal | TERMINAL B | | | |
| Arrival Terminal | MAIN TERMINAL | | | |
| Seat | 31E | | | |
| Class | Economy | | | |

## Travel Details                    Wednesday October  8, 2008

AMERICAN EXPRESS INTERACTIVE

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| AMERICAN AIRLINES | 9M88Y36 | JENNIFER L BIGGS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| KJFCJZ | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES.  ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.

AMERICAN EXPRESS ® **BUSINESS TRAVEL**

## Travel Arrangements for  JENNIFER L BIGGS

| | | | |
|---|---|---|---|
| **Record Locator** | MDDRFC | | |
| **Trip ID** | 11352732952 | | |
| | JENNIFER BIGGS/314-719-5843 | | |
| | TOWERS PERRIN | | |

**Agent ID : ZC**

Phone: (800) 522-4111

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 001 | Ticket Date | 3/26/08 |
| Ticket Number | 7123404619 | Invoice | 0016103 |
| Check Digit | 6 | Electronic | Yes |

**Charges**

| | |
|---|---|
| Ticket Base Fare | 363.72 |
| Ticket Tax Fare | 36.28 |
| Total (USD) Ticket Amount | 400.00 |

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 016 | Ticket Date | 3/26/08 |
| Ticket Number | 7123404618 | Invoice | 0016102 |
| Check Digit | 2 | Electronic | Yes |

**Billing Code**   WN820127

**Charges**

| | |
|---|---|
| Ticket Base Fare | 960.89 |
| Ticket Tax Fare | 93.07 |
| Total (USD) Ticket Amount | 1,053.96 |

| | |
|---|---|
| Transaction Fee | 15.00 |
| Airfare charged to American Express | |
| **Total** | 1,468.96 |

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY
THIS TICKET IS NONREFUNDABLE. CHANGES OR CANCELLATIONS
MUST BE MADE PRIOR TO SCHEDULED FLIGHT DEPARTURE
ALL CHANGES MUST BE MADE ON SAME CARRIER AND WILL BE
SUBJECT TO SERVICE FEE AND DIFFERENCE IN AIRFARE

*[handwritten:]*
1468.96
− 658.60    Estimated cost if went
                     STL-CLT-STL
810.46
− 7.50    1/2 of Amex fee
802.96  → 121526-05.07

658.60
− 7.50    1/2 Amex fee
651.10  →

## Travel Details

**Sunday March 30, 2008**

### Flight Information

| | | | |
|---|---|---|---|
| Airline | UNITED AIRLINES | Estimated time | 1 hour 46 minutes |
| Flight | 3401 | Distance | 553 Miles |
| | OPERATED BY  US AIRWAYS EXPRESS-TRANSSTATES AIRL | | |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Pittsburgh, PA | Plane | Embraer 145 jet |
| Departing | 3:14 PM | | |
| Arriving | 6:00 PM | | |

| | |
|---|---|
| Departure Terminal | MAIN TERMINAL; CHECK-IN WITH US AIRWAYS |
| Seat | 16F |
| Class | Economy |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™



## Travel Details                          Monday March 31, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | UNITED AIRLINES | Estimated time | 1 hour 29 minutes |
| Flight | 1756 | Distance | 366 Miles |
| | OPERATED BY  US AIRWAYS | | |
| Origin | Pittsburgh, PA | Meal Service | No Meal Service |
| Destination | Charlotte, NC | Plane | Airbus a319 |
| Departing | 7:05 PM | | |
| Arriving | 8:34 PM | | |
| | | | |
| Departure Terminal | CHECK-IN WITH US AIRWAYS | | |
| Seat | 14F | | |
| Class | Economy | | |

## Travel Details                          Tuesday April  1, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 10 minutes |
| Flight | 5544 | Distance | 575 Miles |
| | OPERATED BY  AMERICAN CONNECTION/TRANS STATES | | |
| Origin | Charlotte, NC | Meal Service | No Meal Service |
| Destination | St Louis Intl, MO | Plane | Embraer 145 jet |
| Departing | 5:20 PM | | |
| Arriving | 6:30 PM | | |
| | | | |
| Arrival Terminal | MAIN TERMINAL | | |
| Seat | 4C | | |
| Class | Economy | | |

## Travel Details                          Sunday September 28, 2008

AMERICAN EXPRESS INTERACTIVE

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| AMERICAN AIRLINES | 9M88Y36 | JENNIFER L BIGGS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| MDDRFC | AMERICAN AIRLINES |
| R8VLZ8 | UNITED AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111±0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES.  ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.



## Review and Continue

### 1 Review your selections

**Flight: 1 Round-Trip Ticket**                                              Change Flight

**Mon, Mar 31, 2008**          **St Louis Lambert International Airport (STL) to Charlotte (CLT)**
Depart: 02:00pm               St Louis, MO (STL) to
Arrive: 04:55pm               Charlotte, NC (CLT)                  ✈ **American Airlines**
                                                                  Flight 5543 operated by
                                                                  AMERICAN
                                                                  CONNECTION/TRANS STATES
                                                                  (on Embraer RJ145 Amazon)
                                                                  Adult fare rules

                              Class of Service: Economy
                              Total Travel Time: 1 hr 55 mins

**Tue, Apr 1, 2008**           **Charlotte (CLT) to  St Louis Lambert International Airport (STL)**
Depart: 05:20pm               Charlotte, NC (CLT) to
Arrive: 06:30pm               St Louis, MO (STL)                  ✈ **American Airlines**
                                                                  Flight 5544 operated by
                                                                  AMERICAN
                                                                  CONNECTION/TRANS STATES
                                                                  (on Embraer RJ145 Amazon)
                                                                  Adult fare rules

                              Class of Service: Economy
                              Total Travel Time: 2 hrs 10 mins

**Travel Protection**

**Protect Yourself and Your Trip**
Select an option before you continue.

◯ **Yes!** I want to purchase Flight Protection for only $15.95 per person.
(Available to U.S. residents only)

◉ No, thanks. I do not wish to purchase Flight Protection for this trip.

The Travel Protection Plan includes:

■ Trip Cancellation: You may be eligible to receive a refund of your air ticket up to a maximum of $500 per person for covered reasons.
■ Trip Interruption: You may be eligible to receive a refund of your air ticket up to a maximum of $500 per person for covered reasons.
■ Up to $100,000 of Flight Accident Protection

Please see the Description of Coverage for further information.

### 2 Review the price
(All prices are in US dollars.)

1 Adult:          $587.90
Taxes & Fees:      $70.60

*It would have gone STL-CLT-STL*

Total:            $658.50*

* Please remember that prices are not guaranteed until flights are ticketed.

### 3  Review the policies

**General Policies**

- Once the ticket has been issued the name on the ticket cannot be changed.
- Ticket is non-refundable.
- Ticket changes may incur penalties and/or increased fares.

► **Change Policies**
► **Cancellation Policies**
► **Domestic Flight Notice**
► **International Flight (Warsaw Convention) Notice**

### 4  Continue with your reservation

How to book travel for someone else

For help with your reservation, call Travelocity toll-free: **1-888-872-8356**

5252887

Cab from Omni
to Pitts airport

CUSTOMER COPY

| QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

DATE 3-31-08   AUTHORIZATION

SUB TOTAL

REFERENCE NO.   REG./DEPT.

TAX

FOLIO/CHECK NO.   SERVER   CLERK   TIPS MISC.

**SALES SLIP**   **TOTAL**   42 00

PURCHASER SIGN HERE
X
Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the
obligations set forth in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

5852-503

---

```
       FRESH ATTRACTIONS
CHARLOTTE-DOUGLAS INT'L AIRPORT
        CHARLOTTE, NC

7593 FARHAD                    ✓
- - - - - - - - - - - - - - - -
CHK 7034 MAR31'08  8:46PM
- - - - - - - - - - - - - - - -

1 PARFAIT              3.99
   NO CHOICE

  Subtotal             3.99
  Tax                  0.33
  Amt Paid            4.32
  Cash                 5.00
  Change Due           0.68

   THANK YOU, HMSHOST
COMMENTS, CONCERNS OR QUESTIONS?
PLEASE CONTACT 704-359-4316 OR
  CLTCUSTOMER@HMSHOST.COM
```

```
             Garden Gazebo
           Pittsburgh Airport
Server: KENNETH        03/31/2008        ✓
Fast Close/1              6:19 PM
Guests: 1                  10185

Bottled Water              1.69
Vegetarian Vegetable Soup  3.49
Garden Salad               4.29
   Roasted Red Peppers
   Broccoli                0.75

Subtotal                  10.22
Tax                        0.61
Sec County-1%              0.10

Total                     10.93

Cash                      21.00
Change                    10.07


            Thank You

        --- Check Closed ---
```

```
        Mayorga
   Coffee Roasters
      Concourse Core
    Phone: 412-472-5299

10025 Cashier
------------------------------
Check: 1115           Guests: 1
      03/31/2008 06:31PM
------------------------------
1   Lg. Coffe of the Day    1.95
    Cash                    2.09

    Sub-Total               1.95
    Tax                     0.14
    Payment                 2.09
Change Due               $0.00

--------- Check Closed ---------
    03/31/2008 06:32:10PM

  Please visit our website
  www.mayorgacoffee.com
  Thank you for joining us!
```



```
FASTTRACK Airport Parking
4607 Airflight Drive
St Louis, MO  63134


User ID                      1741
Date              04/01/08 18:56

Ticket #                  1000568
Open Date         03/30/08 17:03
Close Date        04/01/08 18:56

Grand Total            $ 36.51

Payments
AX _5002 Auth:586224
                       $ 36.51

X_____
```

$$2/3 \rightarrow 24.34 = 121526\text{-}05.07$$
$$1/3 \rightarrow \underline{12.17}$$
$$36.51$$

## Confirmation Information

| | |
|---|---|
| Record Locator (PNR): | JPYIGF |
| New Ticket Number: | 0017116186171 |
| Airfare Payment: | American Express<br>XXXXXXXXXXX3000<br>01/11 |
| Airline Confirmation: | American Airlines: JPYIGF |
| Hotel Confirmation: | OMNI BERKSHIRE PLACE: 2010327825 |
| Deliver To: | Jeffrey Kimble<br>101 S. Hanley Road, Suite 900 Interco Corporate Tower<br>St. Louis, MO 63105<br>USA |

## Traveler Information

**Traveler 1: Jeffrey D Kimble**

| | |
|---|---|
| Name: | Jeffrey D Kimble |
| Special Requests: | standard |

## Flight Details | Oneway

STL to LGA - Non-stop

**Wed, Mar 05**    12:10 PM - 3:35 PM    St Louis, MO (STL) to
New York, NY (LGA)

Modify this flight | Remove this flight

American Airlines
Flight 1030
Seat 24B
Class: *Coach*

Base Airfare: $659.53
Taxes and Fees:  $59.97
Flight Total: **$719.50**

## Seat Assignment

Add or modify your flight seat assignments.

*handwritten: 7.19.50 / +719.50 / 1439.00 / +15.00 Am Ex Fee / 1454.00*

Select/Modify Seats

## Hotel Details

New York, NY

**Check-in:** 3:00 PM, Wed, Mar 05
**Check-out:** 12:00 PM, Thu, Mar 06

**Total Hotel Stay:** 1 night

On Request - RATE TO BE CONFIRMED
RACK RATE, BUSINESS EXECUTIVE ROOM 1 KING BED

Modify this hotel | Remove this hotel

OMNI HOTELS

**OMNI BERKSHIRE PLACE**
21 EAST 52ND STREET
New York, NY 10022

Telephone: 1-212-753-5800
Fax Phone: 1-212-754-5018

Rate Per Room:  $539.00

Sum of Nightly Rates:    $539.00

Taxes and Fees:  unavailable
Estimated Hotel Total:    **$539.00**

**Travel Agency Information**

|  |  |
|---|---|
| **Address:** | American Express |
| | 15100 NW 67th Ave ste 300 |
| | Miami Lakes , FL 33014 |
| | USA |
| **Telephone #:** | 1-800-522-4111 |
| **Hours of Operation:** | 24 hours a day 7 days a week |

## Confirmation Information

| | |
|---|---|
| Record Locator (PNR): | KCFGVQ |
| New Ticket Number: | 0017116186173 |
| Airfare Payment: | American Express<br>XXXXXXXXXXX3000<br>01/11 |
| Airline Confirmation: | American Airlines: KCFGVQ |
| Deliver To: | Jeffrey Kimble<br>101 S. Hanley Road, Suite 900 Interco Corporate Tower<br>St. Louis, MO 63105<br>USA |

## Traveler Information

**Traveler 1: Jeffrey D Kimble**

| | |
|---|---|
| Name: | Jeffrey D Kimble |
| Special Requests: | standard |

## Flight Details | Oneway

JFK to STL - Non-stop

Modify this flight | Remove this flight

| **Thu, Mar 06** | **4:05 PM - 6:05 PM** | New York, NY (JFK) to<br>St Louis, MO (STL) | American Airlines Operated by<br>American Eagle<br>Flight 4731<br>Seat 12B<br>Class: *Coach* |
|---|---|---|---|

Base Airfare: $659.53
Taxes and Fees:   $59.97
Flight Total: **$719.50**

## Seat Assignment

Add or modify your flight seat assignments.

Select/Modify Seats

## Travel Agency Information

| | |
|---|---|
| Address: | American Express<br>15100 NW 67th Ave ste 300<br>Miami Lakes , FL 33014<br>USA |
| Telephone #: | 1-800-522-4111 |
| Hours of Operation: | 24 hours a day 7 days a week |



**OMNI BERKSHIRE PLACE HOTEL**
21 EAST 52ND STREET
NEW YORK CITY    NY    10022
**Tele-** 212-753-5800      **Fax-** 212-754-5020

KIMBLE, JEFFREY D

Room Number: 1512
Daily Rate: 539
Room Type: KNMAD
No. of Guests: 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | | RATE CODE | MKT GROUP | ACCOUNT |
|---------|-----------|-------------|--|-----------|-----------|---------|
| 03/05/08 | 03/06/08 | | | EVENT | EVENT | 11700814749 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 03/05/08 | 1512 | WIFI INTERNET ACCESS | 1512/213020/43 | $9.95 |
| 03/05/08 | 1512 | ROOM CHARGE | #1512 KIMBLE, JEFFREY D | $539.00 |
| 03/05/08 | 1512 | CITY TAX 5% | CITY TAX 5% | $26.95 |
| 03/05/08 | 1512 | OCC TAX/JAVITS CTR EXPANSION | OCC TAX/JAVITS CTR EXPANSION | $5.50 |
| 03/05/08 | 1512 | SALES TAX 8.375% | SALES TAX 8.375% | $45.14 |
| 03/06/08 | 1512 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($626.54) |

TOTAL DUE:      $0.00

ASH   3-6563

SUPER PARK INTERMEDIATE
LAMBERT-ST. LOUIS
INTERNATIONAL AIRPORT
ST.LOUIS, MO.

Rcpt# 4056
03/06/08 18:19   L# 3 A#127   Txn# 8968
03/05/08 10:56 In   03/06/08 18:19 Out
SHORT TERM      $ 36.00
Total Fee       $ 36.00
AMERICAN EXP    $ 36.00-
XXXXXXXXXXXX3000
Approval No.:544406
Reference No.:00000325
Change Due      $ 0.00
THANK YOU ANY QUESTIONS OR
COMMENTS CALL 314-890-2000

```
            HMSHOST
   WOLFGANG PUCK EXPRESS
  ST. LOUIS LAMBERT AIRPORT

5160 Nichole
-----------------------------------
CHK 6723        JEFF
        MAR05'08 11:18AM
-----------------------------------
          E A T   I N

 1 CHSE PIZZA            9.29

   SUBTOTAL              9.29
   TAX                   0.56
   AMOUNT              9.85
   CASH                 20.00
   CHANGE               10.15

        THANK YOU
         HMS HOST
       WOLFGANG PUCK
   ST.LOUIS LAMBERT AIRPORT
     QUESTIONS & COMMENTS
     314-429-3400   EXT 105
   STEVE.DAY@HMSHOST.COM
```

**TOWERS PERRIN**

Kathy Boeger
03/12/2008 10:44 AM

To    Jeffrey Kimble/Towers Perrin@TP
cc
bcc
Subject    Fw: WN - KY22UU - KIMBLE/JEFF -DO NOT REPLY TO THIS EMAIL

----- Forwarded by Kathy Boeger/Towers Perrin on 03/12/2008 10:24 AM -----



"Antonia I Lopez"
<antonia.i.lopez@aexp.com>
03/12/2008 10:19 AM

To    Kathy Boeger/Towers Perrin@TP
cc
Subject    Fw: WN - KY22UU - KIMBLE/JEFF -DO NOT REPLY TO THIS EMAIL

Antonia Lopez
American Express
Global Corporate Services
antonia.i.lopez@aexp.com

----- Forwarded by Antonia I Lopez/AMER/TRS/AEXP on 03/12/2008 11:18 AM -----

"Southwest Airlines"  <SouthwestAirlines@mail.southwest.com>
To:      ABESharedServices/AMER/TRS/AEXP@AMEX
Subject:  WN - KY22UU - KIMBLE/JEFF -
03/12/2008 11:11 AM

    Receipt and Itinerary as of 03/12/08 10:11 AM

                        Confirmation Number
                             KY22UU

    Confirmation Date: 03/11/08
    ARC no: 39531111

    Passenger Information

Passenger Name: KIMBLE/JEFF
Account Number: - None Entered
Ticket # 526-2369495912-4
Expiration:  03/11/09

    Itinerary
                          Wed Mar 12
                             1854
              Depart ST LOUIS MO (STL) at 8:30 AM
              Arrive in CHICAGO-MIDWAY (MDW) at 9:30 AM


                          Wed Mar 12
                             3681
              Depart CHICAGO-MIDWAY (MDW) at 3:55 PM
              Arrive in ST LOUIS MO (STL) at 5:00 PM


Cost and Payment Summary
  Air  $ 223.26
  Tax  $ 23.74
  PFC Fee  $ 9.00
  Security Fee  $ 5.00
Total Payment:  $261.00    + 45.00 for AmEx fee
                           306.00  total
    Prior payment(s)
      03/11/08 AMER EXPRESS xxxxxxxxxxx3000 Ref 526-2369328140-1 $261.00

Exchange Detail (For travel agency use only):
03/12/08 526-23693281401/2, $130.50, Exchanged for 52623694959124

 Fare Rule(s)
Valid only on Southwest Airlines. All travel involving funds from this
Confirmation Number must be completed by the expiration date. Any
change to this itinerary may result in a fare increase.

Fare Calculation:

ADT- 1 STLWNMDW YL 120.00 MDWWNSTL YL 120.00 $240.00 ZP7.00 XFSTL4.50
MDW4.50 AYSTL2.50 MDW2.50 $261.00

 Important Checkin Requirement
Passengers who do not obtain a boarding pass and are not present and
available for boarding in the departure gate area at least ten minutes
prior to scheduled departure time may have their reserved space
cancelled and will not be eligible for denied boarding compensation.

 Southwest Airlines Co. Notice of Incorporated Terms
Air transportation by Southwest Airlines is subject to Southwest
Airlines' Passenger Contract of Carriage, the terms of which are
incorporated by reference.

Notice of Incorporated Terms


 We can notify you of flight departure or arrival status via text
 messages on your cell phone, pager, personal digital assistant (PDA),
 or e-mail account. Or, use our automated phone service by calling
 1-888-SWA-TRIP.

American Express made the following annotations on Wed Mar 12 2008 08:19:35

```
LAMBERT ST. LOUIS
INTERNATIONAL AIRPORT
ST.LOUIS, MO.


Rcpt# 67451
03/12/08 18:21  L# 3 A# 35   Txn#196105
03/12/08 07:11 In   03/12/08 18:21 Out
SHORT TERM     $ 20.00
Total Fee      $ 20.00
AMERICAN EXP   $ 20.00-
XXXXXXXXXXX3000
Approval No.:525248
Reference No.:00000130
Change Due     $ 0.00
THANK YOU ANY QUESTIONS OR
COMMENTS CALL CENTRAL PARKING 890-2800
```

AMERICAN EXPRESS ® **BUSINESS TRAVEL**

Page 1 of 3
Generated: March 26, 2008 02:56 PM

## Travel Arrangements for  JEFFREY D KIMBLE

| | | | |
|---|---|---|---|
| **Record Locator** | CKWXUP | **Agent ID : ZB** | |
| **Trip ID** | 10760723297 | Phone:  (800) 522-4111 | |
| | JEFFREY KIMBLE/314-719-5836 | | |
| | TOWERS PERRIN | | |

## Invoice Details

### Ticket Information

| Airline Code | 016 | Ticket Date | 3/26/08 |
|---|---|---|---|
| Ticket Number | 7123404622 | Invoice | 0016106 |
| Check Digit | 6 | Electronic | Yes |
| **Billing Code** | WN844411 | | |

### Charges

| | |
|---|---|
| Ticket Base Fare | 881.96 |
| Ticket Tax Fare | 87.15 |
| Total (USD) Ticket Amount | 969.11 |
| | |
| Transaction Fee | 15.00 |
| Airfare charged to American Express | |
| **Total** | 984.11 |

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY

## Travel Details                    **Sunday March 30, 2008**

### Flight Information

| | | | |
|---|---|---|---|
| Airline | UNITED AIRLINES | Estimated time | 1 hour 46 minutes |
| Flight | 3401 | Distance | 553 Miles |
| | OPERATED BY  US AIRWAYS EXPRESS-TRANSSTATES AIRL | | |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Pittsburgh, PA | Plane | Embraer 145 jet |
| Departing | 3:14 PM | | |
| Arriving | 6:00 PM | | |
| | | | |
| Departure Terminal | MAIN TERMINAL; CHECK-IN WITH US AIRWAYS | | |
| Seat | 17F | | |
| Class | Economy | | |

## Travel Details                    **Monday March 31, 2008**

### Flight Information

| | | | |
|---|---|---|---|
| Airline | UNITED AIRLINES | Estimated time | 1 hour 53 minutes |
| Flight | 3372 | Distance | 553 Miles |
| | OPERATED BY  US AIRWAYS EXPRESS-TRANSSTATES AIRL | | |
| Origin | Pittsburgh, PA | Meal Service | No Meal Service |
| Destination | St Louis Intl, MO | Plane | Embraer 145 jet |
| Departing | 6:15 PM | | |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™



| | |
|---|---|
| Arriving | 7:08 PM |
| Departure Terminal | CHECK-IN WITH US AIRWAYS |
| Arrival Terminal | MAIN TERMINAL |
| Seat | 11F |
| Class | Economy |

## Travel Details                    Saturday September 27, 2008

AMERICAN EXPRESS INTERACTIVE

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| RBM0T6 | UNITED AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111±0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES.  ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.



## YELLOW CAB COMPANY

1101 Beaver Avenue • Pittsburgh, PA 15233
www.pghtrans.com

*Call for a Yellow Cab or hail one anywhere!*

## 412-321-8100

Date ___ 3/30/08 ___
Amount 40 ___ Tip 5 ___ Total 45. ___
Cab# ___ Driver # ___

*Thank You!*

For Lost & Found: 412-323-4722 Ext. 375

---

FAT TUESDAY PITTSBURGH
PO BOX 12271
G.P.I.A
PIITSBURGH, PA 15231

C  O  P  Y
04/01/2008  01:33

= Sale =

Transaction #    32
Card Type:       AMEX
Acc:      ***********3000
Entry:           Swiped
Spur #           2
Invoice #        44
Bse Amt :        14.78

Tip Amount .... $     3.—

Total Amt. .... $    17.78

Respon. 589459
Auth.Code:   589459
Reference No.: 12125171 0
APPROVAL 589459

JEFF KIMPLE
TOWERS PERRIN

---

Rcpt# 101157       L# 3 A# 89       Txn# 20791
04/01/08 01:25    03/30/08 01:25 In  04/01/08 01:25 Out
03/30/08 13:55 In
SHORT TERM
Total Fee              $  40.00
                       $  40.00
AMERICAN EXP           $  40.00-
XXXXXXXXXXX3000
Approval No.:529065
Reference No.:0000715
Change Due             $   0.00
THANK YOU ANY QUESTIONS OR
COMENTS CALL 314-890-2800

SUPER PARK INTERMEDIATE
LAMBERT-ST. LOUIS
INTERNATIONAL AIRPORT
ST.LOUIS, MO.