REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W.R. Grace & Co. | Invoice Number | 1716968 |
| One Town Center Road | Invoice Date | 06/25/08 |
| Boca Raton, FL   33486 | Client Number | 172573 |

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 2,293.50 |
| Expenses | 0.00 |
| TOTAL BALANCE DUE UPON RECEIPT | $2,293.50 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | |
| One Town Center Road | |
| Boca Raton, FL   33486 | |

| | |
|---|---|
| Invoice Number | 1716968 |
| Invoice Date | 06/25/08 |
| Client Number | 172573 |
| Matter Number | 60026 |

========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 05/19/08 | Ament | Review agenda for 6/2/08 hearing. | .10 |
| 05/27/08 | Ament | Review agenda for 6/2/08 hearing (.10); circulate same to working group (.10). | .20 |
| 05/28/08 | Ament | Two telephone calls from K. Love re: 6/2/08 hearing (.20); various telephone calls and e-mails to assist Kirkland & Ellis with hearing preparation (.40); follow-up e-mail to K. Love re: same (.10). | .70 |
| 05/29/08 | Ament | Various e-mails and telephone calls to assist Kirkland & Ellis with various issues relating to hearing preparation for 6/2/08 hearing. | .60 |
| 05/30/08 | Ament | Various e-mails and telephone calls to continue to assist Kirkland & Ellis with hearing preparation for 6/2/08. | .60 |
| 05/31/08 | Ament | Various e-mails and telephone calls to assist Kirkland & Ellis with hearing preparation. | .50 |
| 06/05/08 | Muha | Continue preparation of application and related materials to seek court approval to expand scope of RS retention, including e-mails to/from local counsel and | 4.80 |

```
172573 W. R. Grace & Co.                        Invoice Number  1716968
60026  Litigation and Litigation Consulting     Page    2
       June 25, 2008


    Date   Name                                      Hours
    ------ ----------                                -----

                        M. Lowenstein re: information for
                        use in the application.
                                                         ------
                                  TOTAL HOURS             7.50


TIME SUMMARY                Hours       Rate          Value
------------------------    ---------------------     -------
Andrew J. Muha              4.80  at  $  385.00  =   1,848.00
Sharon A. Ament            2.70  at  $  165.00  =     445.50

                           CURRENT FEES                        2,293.50


                                                       ------------
                      TOTAL BALANCE DUE UPON RECEIPT      $2,293.50
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1716969
5400 Broken Sound Blvd., N.W.        Invoice Date        06/25/08
Boca Raton, FL 33487                 Client Number        172573


==============================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

      Fees                           7,696.50
      Expenses                           0.00

               TOTAL BALANCE DUE UPON RECEIPT        $7,696.50
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1716969 |
| Invoice Date | 06/25/08 |
| Client Number | 172573 |
| Matter Number | 60027 |

===============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 05/12/08 | Cameron | Travel to and from Philadelphia for mediation session (one-half time). | 3.00 |
| 05/12/08 | Rea | Travel to and from ZAI mediation in Philadelphia (one-half time). | 3.00 |
| 05/12/08 | Restivo | Travel to and from Philadelphia for mediation session (one-half time). | 3.00 |
| 05/28/08 | Cameron | Travel to Toronto for settlement meetings in Toronto (one-half time). | 2.20 |
| 05/29/08 | Cameron | Return to Pittsburgh from settlement meetings in Toronto (one-half time). | 1.90 |

```
                                                        ------
                                     TOTAL HOURS   13.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 7.10 | at $ | 615.00 | = | 4,366.50 |
| James J. Restivo Jr. | 3.00 | at $ | 675.00 | = | 2,025.00 |
| Traci Sands Rea | 3.00 | at $ | 435.00 | = | 1,305.00 |

CURRENT FEES                      7,696.50

```
                                        ------------
TOTAL BALANCE DUE UPON RECEIPT          $7,696.50
                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number    1716970
5400 Broken Sound Blvd., N.W.            Invoice Date      06/25/08
Boca Raton, FL 33487                     Client Number      172573

======================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

        Fees                          96,281.50
        Expenses                           0.00

               TOTAL BALANCE DUE UPON RECEIPT        $96,281.50
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | | |
|---|---|---|
| W. R. Grace | Invoice Number | 1716970 |
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 06/25/08 |
| Boca Raton, FL 33487 | Client Number | 172573 |
| | Matter Number | 60028 |

===========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 05/01/08 | Cameron | Multiple e-mails regarding ZAI mediation issues (0.8); review mediation materials (0.6). | 1.40 |
| 05/01/08 | Restivo | Correspondence with Monaco and Hogan, et al. | .50 |
| 05/02/08 | Cameron | Meeting with J. Restivo and T. Rea and e-mails regarding ZAI mediation and follow-up. | 1.20 |
| 05/03/08 | Cameron | Review materials for mediation. | .80 |
| 05/04/08 | Cameron | Prepare for meeting regarding mediation. | 1.10 |
| 05/05/08 | Cameron | Prepare for and participate in meeting with J. Restivo and T. Rea regarding mediation preparation (0.8); review ZAI materials for mediation (1.8); e-mails regarding same (0.7). | 3.30 |
| 05/05/08 | Rea | Analyze and review materials to prepare for ZAI mediation. | 6.00 |
| 05/05/08 | Restivo | Telephone calls with F. Monaco and E. Westbrook, et al.(2.7); mediation planning meeting (0.8); telephone conference with R. Finke, et al. re: same (0.7) ; correspondence with K&E (0.8). | 5.00 |

172573 W. R. Grace & Co.                      Invoice Number  1716970
60028 ZAI Science Trial                       Page   2
      June 25, 2008

| Date | Name | | Hours |
|------|------|------|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/06/08 | Cameron | Prepare for (0.7) and participate in call with J. Restivo, T. Rea, B. Beber and R. Finke regarding mediation preparation (0.9); multiple e-mails regarding same (0.8); participate in call with T. Freedman, T. Rea and R. Finke regarding same (0.8); e-mail follow-ups (0.7); prepare for mediation (1.4). | 5.30 |
| 05/06/08 | Rea | Preparation for ZAI mediation. | 7.90 |
| 05/06/08 | Restivo | Memo re:  options (2.8); telephone conference with R. Finke, R. Beber, et al. (0.6); telephone conference with D. Boll, et al. re: Canadian notice (0.6). | 4.00 |
| 05/07/08 | Cameron | Review and revise draft mediation statement (1.8); multiple calls and e-mails regarding same (0.7); review materials for mediation (0.8). | 3.30 |
| 05/07/08 | Jackson | Phone conference with T. Rea re: coordination of the delivery of mediation statement. | .10 |
| 05/07/08 | Rea | Work on materials in preparation for mediation. | 5.00 |
| 05/07/08 | Restivo | Correspondence with K&E attorneys (0.5); telephone conferences with E. Westbrook (0.5). | 1.00 |
| 05/08/08 | Cameron | Additional review and revisions to mediation statement (0.6); multiple calls and e-mails regarding mediation (0.8); meet with J. Restivo regarding same (0.6); telephone call with R. Finke regarding same (0.3). | 2.30 |
| 05/08/08 | Jackson | Attention to final details re: filing mediation statement. | .40 |
| 05/08/08 | Rea | Continue to review materials in preparation for ZAI mediation. | 4.90 |

172573  W. R. Grace & Co.                    Invoice Number  1716970
60028   ZAI Science Trial                    Page    3
        June 25, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 05/08/08 | Restivo | Prepare for mediation. | 2.00 |
| 05/09/08 | Cameron | Review materials for mediation and e-mails regarding same. | 1.20 |
| 05/09/08 | Rea | Continue to prepare for mediation. | 1.30 |
| 05/11/08 | Cameron | Prepare for mediation. | 1.50 |
| 05/12/08 | Cameron | Prepare for (1.0) and participate in ZAI mediation session in Wilmington before Judge Gross (7.5); follow-up from mediation (0.7). | 9.20 |
| 05/12/08 | Jackson | Arrange for transportation to Philadelphia airport from mediation. | .30 |
| 05/12/08 | Rea | ZAI mediation (7.5); preparation for ZAI mediation (1.0); follow-up from mediation (.5). | 9.00 |
| 05/12/08 | Restivo | Prepare for and mediation before Judge Gross in Wilmington (8.5); post-mediation strategy discussions (0.5). | 9.00 |
| 05/13/08 | Cameron | Follow-up to 5/12 mediation (0.9); telephone call with R. Finke regarding ZAI status (0.7); meet with J. Restivo regarding same (0.3). | 1.90 |
| 05/13/08 | Rea | Research to prepare materials re: ZAI claims. | 1.10 |
| 05/13/08 | Restivo | Telephone conference with D. Cameron and R. Finke. | 1.50 |
| 05/14/08 | Cameron | Review materials relating to Plan treatment of ZAI. | .90 |
| 05/14/08 | Rea | Continue research re:  ZAI claims. | 1.20 |
| 05/15/08 | Cameron | Attention to mediation and follow-up issues. | .80 |
| 05/15/08 | Rea | Continue research re: ZAI claims. | 1.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1716970
60028  ZAI Science Trial                    Page   4
       June 25, 2008
```

| Date | Name | | Hours |
|------|------|------|-------|
| 05/15/08 | Restivo | Preparation for and strategy planning meeting. | 1.00 |
| 05/16/08 | Cameron | Telephone call with R. Finke regarding ZAI claims (0.5); e-mails regarding same (0.3). | .80 |
| 05/16/08 | Rea | Review and analyze research materials re: ZAI claims. | 3.90 |
| 05/17/08 | Cameron | Follow-up from calls regarding ZAI. | .40 |
| 05/19/08 | Cameron | Telephone call with J. Restivo regarding ZAI claims (0.2); review materials from mediation (0.4); telephone call with R. Finke regarding same (0.2). | .80 |
| 05/20/08 | Cameron | Attention to mediation issues (0.8); attend to Canadian ZAI issues (0.9). | 1.70 |
| 05/20/08 | Rea | Correspondence re: mediation (.5); research re: ZAI claims (.9). | 1.40 |
| 05/21/08 | Cameron | Prepare for and participate in conference call with K&E and Grace re:  ZAI Mediation (1.20); multiple e-mails and telephone calls re:  same (.80); communications with Mediator (.40). | 2.40 |
| 05/21/08 | Rea | E-mails and calls re: settlement. | 1.00 |
| 05/21/08 | Restivo | Telephone calls, conferences and emails re: mediation. | 2.00 |
| 05/22/08 | Cameron | Prepare for (0.2) and participate in call with Mediator (0.4); multiple e-mails regarding same (0.4); multiple e-mails and calls regarding Canadian ZAI claims mediation issues (0.7); review ZAI claimant motions in Canada (1.8); participate in conference call regarding same (0.5); telephone call with J. Restivo regarding status (0.3). | 4.30 |

```
172573  W. R. Grace & Co.                    Invoice Number  1716970
60028   ZAI Science Trial                    Page    5
        June 25, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 05/22/08 | Rea | Additional research re: ZAI claim (4.7); conferences re: settlement (.5). | 5.20 |
| 05/22/08 | Restivo | Prepare for and telephone conference with D. Cameron and R. Finke (1.0); telephone conference with Judge Gross (0.5). | 1.50 |
| 05/23/08 | Cameron | Multiple e-mails regarding ZAI mediation (0.8); telephone calls regarding same (0.5); review Canadian ZAI materials (1.3). | 2.60 |
| 05/23/08 | Rea | Continue research and analysis re: ZAI claims. | 4.50 |
| 05/26/08 | Cameron | Multiple e-mails regarding Canadian ZAI claims and mediation issues (0.7); review materials in preparation for mediation (0.8); review bar date notice materials and motions filed by Canadian claimants (1.9). | 3.40 |
| 05/27/08 | Cameron | Prepare for (0.8) and participate in call with R. Finke, J. Restivo and Ogilvy lawyers regarding upcoming settlement meeting in Canada (1.3); review Canadian ZAI claimant filings in US and Canada (1.3); prepare for settlement meeting (0.7); follow-up from conference call (0.3). | 4.40 |
| 05/27/08 | Rea | Continue research and analysis re: ZAI claims. | 2.30 |
| 05/27/08 | Restivo | Review Canadian pleadings (1.5); review bankruptcy pleadings by Canadian ZAI and Grace responses (1.8); telephone conference with R. Finke and D. Tay, et al (1.7). | 5.00 |
| 05/28/08 | Cameron | Prepare for settlement meetings in Toronto, including multiple e-mails and calls (2.8); attention to pleadings filed by Canadian ZAI claimants (1.1). | 3.90 |

```
172573 W. R. Grace & Co.                    Invoice Number  1716970
60028  ZAI Science Trial                    Page   6
       June 25, 2008
```

| Date | Name | | Hours |
|------|------|------|-------|
| 05/28/08 | Rea | Review ZAI pleadings. | .20 |
| 05/28/08 | Restivo | Update Status Report (0.5); preparation for D. Cameron and R. Finke Canadian negotiations (0.5); preparation for June 2 Omnibus Hearing (1.0). | 2.00 |
| 05/29/08 | Cameron | Prepare for (2.1) and attend settlement meetings in Toronto (5.2); follow-up from settlement meeting with R. Finke and Orestes Pasparakis (0.9). | 8.20 |
| 05/29/08 | Rea | Call re: settlement negotiations. | .30 |
| 05/29/08 | Restivo | Telephone calls, meetings and correspondence re: Canadian negotiations and preparation for Omnibus Hearing (1.9); correspondence with K&E (0.6). | 2.50 |
| 05/30/08 | Cameron | Review revised draft of Minutes of Settlement (1.8); multiple e-mails regarding same (0.7); prepare for and participate in conference calls regarding same (1.7); follow-up calls with claimants' counsel and counsel for Crown regarding Agreement in Principle (0.6); e-mails and telephone call summaries regarding same (0.8). | 5.60 |
| 05/30/08 | Restivo | Telephone conferences re: Canadian ZAI. | 1.50 |
| 05/31/08 | Cameron | Review minutes and related materials relating to Canadian ZAI settlement. | 1.40 |

```
                                          ------
                             TOTAL HOURS  169.70
```

| TIME SUMMARY | Hours | Rate | | Value |
|--------------|-------|------|---|-------|
| Douglas E. Cameron | 74.10 | at $ 615.00 | = | 45,571.50 |
| James J. Restivo Jr. | 38.50 | at $ 675.00 | = | 25,987.50 |
| Traci Sands Rea | 56.30 | at $ 435.00 | = | 24,490.50 |
| Katharine V. Jackson | 0.80 | at $ 290.00 | = | 232.00 |

172573  W. R. Grace & Co.
60028   ZAI Science Trial
        June 25, 2008

Invoice Number   1716970
Page    7


                    CURRENT FEES                    96,281.50


                                                 ------------
                    TOTAL BALANCE DUE UPON RECEIPT    $96,281.50
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1716971
5400 Broken Sound Blvd., N.W.            Invoice Date        06/25/08
Boca Raton, FL 33487                     Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                            5,030.00
    Expenses                            0.00

              TOTAL BALANCE DUE UPON RECEIPT        $5,030.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1716971
5400 Broken Sound Blvd., N.W.           Invoice Date       06/25/08
Boca Raton, FL 33487                    Client Number        172573
                                        Matter Number         60029


==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2008

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 05/01/08 | Ament | Continue calculating fees and expenses for quarterly fee application. | .50 |
| 05/02/08 | Ament | Continue calculating fees and expenses for quarterly fee application (1.50); continue preparing spreadsheets re: same (.50); revisions to summary and narrative re: same (.30); provide 28th quarterly fee application to A. Muha (.10); e-mails with J. Lord re: DE filing (.10). | 2.50 |
| 05/02/08 | Lord | E-mails with S. Ament re: Reed Smith quarterly. | .10 |
| 05/05/08 | Lord | E-mails re: Reed Smith quarterly fee application (.1); revise and prepare same for e-filing and service (1.3). | 1.40 |
| 05/05/08 | Muha | Review and revise Quarterly Application for 27th Interim Period and e-mails/meetings with T. Martin re: filing of same. | 1.60 |
| 05/06/08 | Lord | Finalize Reed Smith's quarterly fee application for e-filing and service. | .80 |

172573  W. R. Grace & Co.                          Invoice Number  1716971
60029  Fee Applications-Applicant                  Page    2
       June 25, 2008


    Date    Name                                                    Hours
    ------- ----------                                              -----

05/06/08 Lord             Research docket and update of 2002         .40
                          list for service of quarterly
                          application.

05/07/08 Lord             E-file and perfect service of Reed         .80
                          Smith quarterly fee application.

05/13/08 Ament            E-mails and meetings with D.               .30
                          Cameron and A. Muha re: April
                          monthly fee application and
                          quarterly fee application (.20);
                          attend to billing matters relating
                          to Environ (.10).

05/13/08 Muha             Begin review and revisions to            1.10
                          April 2008 monthly fee and expense
                          details for fee application.

05/14/08 Ament            E-mails re: April monthly fee             .20
                          application.

05/14/08 Muha             Continue review of/revisions to          1.80
                          April 2008 fee and expense detail,
                          and research into attorney expense
                          reports to provide additional
                          detail on certain expense entries
                          per Fee Auditor guidelines.

05/15/08 Muha             Review and make additional changes        .50
                          to monthly fee application
                          materials.

05/20/08 Ament            E-mails with A. Muha re: April            .10
                          monthly fee application.

05/21/08 Ament            E-mails re: April monthly fee             .20
                          application (.10); e-mails re:
                          consultant fee (.10).

05/21/08 Muha             Work on monthly fee application           .70
                          materials for April 2008 monthly
                          fee application.

05/22/08 Ament            Review invoices relating to April        2.00
                          fees and expenses and begin
                          drafting monthly fee application
                          re: same (.50); calculate fees and
                          expenses re: April monthly fee
                          application (1.0); prepare
                          spreadsheet re: same (.50).

```
172573 W. R. Grace & Co.                    Invoice Number  1716971
60029  Fee Applications-Applicant           Page    3
       June 25, 2008
```

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/22/08 | Lord | Research docket and draft CNO for Reed Smith March fee application. | .40 |
| 05/23/08 | Ament | Continue calculating fees and expenses re: April monthly fee application (.20); revisions to said fee application (.20); e-mail same to A. Muha for review (.10). | .50 |
| 05/27/08 | Ament | E-mails re: 27th quarterly fee application (.10); meet with A. Muha re: 82nd monthly fee application (.10); finalize said monthly fee application and fee and expense details (.20); e-mail same to J. Lord for DE filing (.10). | .50 |
| 05/27/08 | Lord | Revise and prepare Reed Smith April monthly fee application for e-filing and service (.8); e-file and perfect service of CNO to Reed Smith's March monthly CNO (.3); correspondence to R.Finke re: same (.2). | 1.30 |
| 05/27/08 | Muha | Make final review of and revisions to April 2008 monthly fee application materials. | .70 |
| 05/28/08 | Ament | E-mails re: 81st and 82nd monthly fee applications (.10); meet with D. Cameron re: same (.10). | .20 |
| 05/28/08 | Lord | E-file and perfect service of RS April monthly fee application (.6). | .60 |
| 05/28/08 | Muha | Attend to issue re: billing of new matter to debtor's estate. | .20 |

```
                                            ------
                                TOTAL HOURS   19.40
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Andrew J. Muha | 6.60 | at $ | 385.00 | = | 2,541.00 |
| John B. Lord | 5.80 | at $ | 230.00 | = | 1,334.00 |
| Sharon A. Ament | 7.00 | at $ | 165.00 | = | 1,155.00 |

```
                    CURRENT FEES                      5,030.00
                                                   ------------
                    TOTAL BALANCE DUE UPON RECEIPT    $5,030.00
                                                   ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1716972
One Town Center Road                      Invoice Date        06/25/08
Boca Raton, FL   33486                    Client Number        172573

==============================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

    Fees                        2,829.00
    Expenses                        0.00

              TOTAL BALANCE DUE UPON RECEIPT        $2,829.00
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number    1716972<br>Invoice Date    06/25/08<br>Client Number    172573<br>Matter Number     60030 |

================================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 05/16/08 | Cameron | Review and comment on agenda. | .30 |
| 05/18/08 | Cameron | Review hearing agenda. | .30 |
| 05/24/08 | Cameron | Review agenda and materials for hearing. | .80 |
| 05/27/08 | Cameron | Review agenda and materials for June 2 hearing. | .70 |
| 05/28/08 | Cameron | Review materials for June 2 meeting. | .70 |
| 05/30/08 | Cameron | Review agenda from local counsel (0.2); review materials for report to Court (0.6). | .80 |
| 05/31/08 | Cameron | Prepare for hearing. | 1.00 |

```
                                                     ------
                                TOTAL HOURS    4.60
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 4.60 at $ 615.00 = | | 2,829.00 |

CURRENT FEES                                     2,829.00

```
                                               ------------
        TOTAL BALANCE DUE UPON RECEIPT          $2,829.00
                                               ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1716973
One Town Center Road                      Invoice Date      06/25/08
Boca Raton, FL   33486                    Client Number       172573

===============================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                              44,636.50
    Expenses                               0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $44,636.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                            Invoice Number     1716973
One Town Center Road                        Invoice Date      06/25/08
Boca Raton, FL   33486                      Client Number       172573
                                            Matter Number        60033


=========================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2008

| Date | Name | | Hours |
|------|------|------|------|
| 05/01/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 05/01/08 | Cameron | E-mails regarding mediation issues. | .60 |
| 05/01/08 | Rea | E-mails re: mediation. | .10 |
| 05/01/08 | Restivo | Correspondence with clients and Krieger, et al. | .50 |
| 05/02/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 05/02/08 | Cameron | Telephone call with R. Finke regarding mediation issues. | .30 |
| 05/03/08 | Cameron | Attention to e-mails relating to mediation issues. | .30 |
| 05/04/08 | Cameron | Review status of PD claims, including mediation, discovery, etc. | 1.20 |
| 05/05/08 | Aten | Team meeting re: mediations. | .90 |
| 05/05/08 | Cameron | Prepare for (0.4) and meet with J. Restivo and T. Rea regarding status of mediation (0.4); telephone call with B. Beber regarding same (0.3); review Speights' claims materials from R. Finke (0.5). | 1.60 |

172573 W. R. Grace & Co.                          Invoice Number   1716973
60033  Claim Analysis Objection Resolution &      Page    2
       Estimation (Asbestos)
       June 25, 2008


| Date | Name | | Hours |
|------|------|--|-------|
| 05/05/08 | Garlitz | Assist team with various issues re: PD claims. | .20 |
| 05/05/08 | Rea | Attend team meeting. | 1.00 |
| 05/05/08 | Restivo | Mediation and Boca meeting review (0.6); telephone call with D. Speights (0.3); telephone call with R. Beber (0.4); report to R. Finke (0.7); weekly planning meeting (0.5). | 2.50 |
| 05/06/08 | Cameron | Review materials relating to PD claims mediation. | .70 |
| 05/06/08 | Garlitz | Assist team with various issues re: PD claims. | .30 |
| 05/07/08 | Garlitz | Assist team with various issues re: PD Claims. | .50 |
| 05/08/08 | Cameron | Meet with J. Restivo regarding status of PD claims mediation (0.3); telephone call with R. Finke regarding same (0.2); review claims materials (0.5). | 1.00 |
| 05/08/08 | Garlitz | Assist team with various issues re: PD claims. | .20 |
| 05/08/08 | Rea | Draft settlement papers for property damage claims. | 2.10 |
| 05/08/08 | Restivo | Negotiations with D. Speights (0.8); reports to client and D. Cameron (0.4). | 1.20 |
| 05/09/08 | Cameron | Review materials relating to Speights mediation (1.2); telephone call with J. Restivo regarding same (0.4). | 1.60 |
| 05/09/08 | Garlitz | Assist team with various issues re: PD claims. | .20 |
| 05/09/08 | Rea | Draft settlement agreements for property damage claims. | 4.20 |

172573  W. R. Grace & Co.
60033   Claim Analysis Objection Resolution &
        Estimation (Asbestos)
        June 25, 2008

Invoice Number   1716973
Page    3

| Date | Name | | Hours |
|------|------|--|-------|
| 05/09/08 | Restivo | Conference calls with clients and D. Cameron re: Speights' newest proposals. | 1.00 |
| 05/10/08 | Cameron | Review draft settlement agreement. | .90 |
| 05/13/08 | Ament | Access database and assist D. Cameron with various issues relating to PD claims (1.50); e-mails and meet with D. Cameron re: same (.20). | 1.70 |
| 05/13/08 | Cameron | Review materials relating to Speights Canadian claims (1.3); review draft settlement agreements (0.7); review status of remaining cases (0.4); meet with T. Rea and J. Restivo and telephone call with R. Finke regarding same (0.6); review 44 lack of authority claims (0.8). | 3.80 |
| 05/13/08 | Rea | Analysis of remaining claims. | 3.60 |
| 05/13/08 | Restivo | Correspondence and telephone calls with D. Speights, Judge Welsh, clients, D. Cameron, and T. Rea, et al. | 2.00 |
| 05/14/08 | Ament | Assist D. Cameron and T. Rea with various issues relating to PD claims (3.60); meet with D. Cameron re: same (.10). | 3.70 |
| 05/14/08 | Cameron | Review draft settlement agreements from T. Rea (0.8); attention to Canadian claims (0.8). | 1.60 |
| 05/14/08 | Rea | Revisions to Settlement Agreements. | 4.00 |
| 05/14/08 | Restivo | Emails, correspondences and telephone calls re: Solow (0.6); Speights' settlements (0.3). | .90 |
| 05/15/08 | Ament | Assist D. Cameron with various issues relating to PD claims (2.90); meet with D. Cameron re: same (.10). | 3.00 |

172573 W. R. Grace & Co.                            Invoice Number  1716973
60033  Claim Analysis Objection Resolution &        Page    4
       Estimation (Asbestos)
       June 25, 2008


| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 05/15/08 | Cameron | Meet with J. Restivo and T. Rea regarding mediation and settlement discussions (0.7); attention to settlement agreements (0.9); attention to Speights' claims (0.8). | 2.40 |
| 05/15/08 | Rea | Attend team meeting (1.0); revisions to Settlement Agreements (3.8); calls with opposing counsel re: settlements (.5); review of agenda for 6/2 omnibus (.1). | 5.40 |
| 05/15/08 | Restivo | Preparation for and strategy planning meeting. | 1.00 |
| 05/16/08 | Ament | Assist team with various issues relating to PD claims. | .50 |
| 05/16/08 | Cameron | Review settlement agreement materials (0.9); review Canadian claims (0.8). | 1.70 |
| 05/16/08 | Rea | Review of agenda (.3); e-mails re: settlements (.2). | .50 |
| 05/17/08 | Cameron | Review Speights claims materials. | .80 |
| 05/19/08 | Ament | Assist team with various issues relating to PD claims (1.0); e-mail to team re: same (.10); meet with D. Cameron re: Canadian claims (.20). | 1.30 |
| 05/19/08 | Cameron | Telephone call with J. Restivo regarding status of negotiations (0.4); follow-up e-mails and calls (0.4); review materials relating to Canadian and South Carolina claims (1.1). | 1.90 |
| 05/19/08 | Rea | E-mails re: remaining claims and settlements (1.0); review of Third Circuit briefing re: lack of authority (1.8). | 2.80 |
| 05/19/08 | Restivo | Negotiations with D. Speights (0.7); telephone calls with D. Cameron, et al. re:  same (0.3). | 1.00 |

172573 W. R. Grace & Co.                          Invoice Number  1716973
60033  Claim Analysis Objection Resolution &      Page   5
       Estimation (Asbestos)
       June 25, 2008


| Date | Name | | Hours |
|------|------|---|------|

| Date | Name | | Hours |
|------|------|---|-------|
| 05/20/08 | Ament | Assist team with various issues relating to PD claims. | .40 |
| 05/20/08 | Cameron | Review appeal papers (0.9); attention to mediation and settlement issues (0.9). | 1.80 |
| 05/21/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 05/22/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 05/23/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 05/23/08 | Restivo | Various telephone calls and emails re:  Omnibus Hearing. | 1.00 |
| 05/26/08 | Cameron | Review materials for weekly meeting regarding status of PD negotiations. | .90 |
| 05/27/08 | Ament | Assist team with various issues relating to PD claims (.40); e-mail to team re: same (.10); meet with J. Restivo and T. Rea re: status (.20). | .70 |
| 05/27/08 | Cameron | Prepare for and participate in meeting with J. Restivo and T. Rea regarding status of PD claims (0.9): review materials relating to Speights claims and settlement agreements (0.9). | 1.80 |
| 05/27/08 | Rea | Team meeting (1.5); follow-up from team meeting (.9). | 2.40 |
| 05/27/08 | Restivo | File review re:  D. Speights (0.8); settlement agreements (0.8); Canada; strategy meeting (0.4). | 2.00 |
| 05/28/08 | Ament | Assist team with various issues relating to PD claims (.50); e-mail to team re: same (.10); review status report received from J. Restivo (.10). | .70 |

172573  W. R. Grace & Co.                                    Invoice Number   1716973
 60033  Claim Analysis Objection Resolution &               Page    6
        Estimation (Asbestos)
        June 25, 2008


| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 05/28/08 | Cameron | Review proposed release in Settlement Agreements. | .90 |
| 05/28/08 | Rea | Reviewed to do memo and planning correspondence. | .50 |
| 05/28/08 | Restivo | Update Status Report (0.5); research bar orders for release (0.8); correspondence with D. Speights (0.7); preparation for June 2 Omnibus Hearing (1.0). | 3.00 |
| 05/29/08 | Ament | Assist team with various issues relating to PD claims (.40); e-mail to team re: same (.10). | .50 |
| 05/29/08 | Cameron | Review Court opinion regarding Anderson Memorial (0.4); telephone call and e-mails regarding same (0.4). | .90 |
| 05/29/08 | Rea | Review of class certification opinion (.3); e-mail re: settlement negotiation (.1). | .40 |
| 05/29/08 | Restivo | Preparation for and negotiations with D. Speights re:  South Carolina State class action and Canada. | 2.00 |
| 05/30/08 | Ament | Assist team with various issues relating to PD claims (.40); e-mail to team re: same (.10). | .50 |
| 05/30/08 | Cameron | Telephone call with J. Restivo regarding status of negotiations and report to Court regarding PD claims (0.5); review Court ruling regarding Anderson Memorial (0.9). | 1.40 |
| 05/30/08 | Rea | Preparation for Omnibus hearing. | 1.00 |

                                                   TOTAL HOURS    90.90

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 28.10 | at $ | 615.00 | = | 17,281.50 |
| James J. Restivo Jr. | 18.10 | at $ | 675.00 | = | 12,217.50 |
| Traci Sands Rea | 28.00 | at $ | 435.00 | = | 12,180.00 |
| Rebecca E. Aten | 0.90 | at $ | 335.00 | = | 301.50 |
| Sharon A. Ament | 14.40 | at $ | 165.00 | = | 2,376.00 |
| Margaret A. Garlitz | 1.40 | at $ | 200.00 | = | 280.00 |

CURRENT FEES                        44,636.50

                                  ------------
TOTAL BALANCE DUE UPON RECEIPT      $44,636.50
                                  ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1716974 |
| Invoice Date | 06/25/08 |
| Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

| | |
|---|---|
| Fees | 39,541.50 |
| Expenses | 0.00 |

TOTAL BALANCE DUE UPON RECEIPT        $39,541.50
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1716974 |
| Invoice Date | 06/25/08 |
| Client Number | 172573 |
| Matter Number | 60035 |

============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH MAY 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 05/01/08 | Burns | Collect and organize key documents for attorney review. | 1.80 |
| 05/02/08 | Burns | Collect and organize key documents for attorney review (2.2); create index for key docs for attorney review (2.6). | 4.80 |
| 05/05/08 | Burns | Prepare and send email to attorney regarding status of key documents for review. | .20 |
| 05/05/08 | Cameron | Review expert work. | .90 |
| 05/05/08 | Jones | Collect and organize key documents for attorney review. | 4.00 |
| 05/06/08 | Jones | Collect and organize key documents for attorney review. | 7.00 |
| 05/07/08 | Burns | Discuss the collecting and organizing of key documents with attorney (0.2); review key documents and organization in preparation for attorney review (1.2). | 1.20 |
| 05/07/08 | Jones | Collect and organize key documents for attorney review. | 5.00 |
| 05/08/08 | Burns | Review key documents in preparation for attorney review. | 1.60 |

172573  W. R. Grace & Co.
60035   Grand Jury Investigation
        June 25, 2008

Invoice Number  1716974
Page    2

| Date | Name | | Hours |
|------|------|------|------|
| 05/08/08 | Jones | Collect and organize key documents for attorney review. | 6.00 |
| 05/09/08 | Jones | Collect and organize key documents for attorney review. | 6.00 |
| 05/10/08 | Cameron | Review additional materials from R.J. Lee Group. | .90 |
| 05/12/08 | Jones | Collect and organize key documents for attorney review. | 5.00 |
| 05/13/08 | Burns | Review and organize key documents in preparation for attorney review. | 1.10 |
| 05/13/08 | Jones | Collect and organize key documents for attorney review. | 6.20 |
| 05/14/08 | Jones | Collect and organize key documents for attorney review. | 4.00 |
| 05/15/08 | Jones | Collect and organize key documents for attorney review. | 3.50 |
| 05/16/08 | Burns | Review and organize key documents in preparation for attorney review. | .20 |
| 05/16/08 | Cameron | Review materials relating to expert work (0.9); e-mails regarding same (0.3). | 1.10 |
| 05/16/08 | Jones | Collect and organize key documents for attorney review. | 4.00 |
| 05/18/08 | Cameron | Review expert materials for conference call. | 2.00 |
| 05/18/08 | Jones | Collect and organize key documents for attorney review. | 6.00 |
| 05/19/08 | Burns | Review and organize key documents for attorney review. | 5.60 |
| 05/19/08 | Cameron | Prepare for (0.7) and participate in calls with expert witnesses regarding work for criminal trial (0.9); review reports from RJ Lee Group and comments regarding same (1.9). | 3.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1716974
60035  Grand Jury Investigation             Page   3
       June 25, 2008
```

| Date | Name | | Hours |
|------|------|------|-------|
| 05/19/08 | Jones | Collect and organize key documents for attorney review. | 4.00 |
| 05/20/08 | Burns | Review and organize key documents for attorney review. | 2.30 |
| 05/20/08 | Jones | Collect and organize key documents for attorney review. | 4.00 |
| 05/21/08 | Burns | Review indices of key documents (1.2); review and revise binders of key documents for attorney review (2.4). | 3.60 |
| 05/21/08 | Cameron | Review revised expert materials. | 1.70 |
| 05/21/08 | Jones | Collect and organize key documents for attorney review. | 4.20 |
| 05/21/08 | Klapper | Continue review of key historical documents and reliance material recently received from the Government. | 5.40 |
| 05/22/08 | Burns | Review and revise binder and index of key documents for attorney review. | 5.10 |
| 05/22/08 | Cameron | Review expert materials. | 1.20 |
| 05/23/08 | Burns | Review and revise binder and index of key documents for attorney review. | 4.80 |
| 05/23/08 | Cameron | Attention to expert work for criminal trial. | 1.80 |
| 05/24/08 | Cameron | Review expert witness reliance materials. | 1.90 |
| 05/26/08 | Cameron | Review expert reports. | .90 |
| 05/27/08 | Cameron | Review expert materials. | .80 |
| 05/28/08 | Burns | Review and revise index of key documents for attorney review. | 1.80 |
| 05/28/08 | Cameron | Attention to criminal trial materials. | 1.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1716974
60035  Grand Jury Investigation             Page   4
       June 25, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 05/29/08 | Burns | Review and revise binder and index of key documents for attorney review (5.2); confer with attorney regarding the same (.2). | 5.40 |
| 05/29/08 | Klapper | Participate in counsel strategy meetings. | 6.20 |
| 05/30/08 | Burns | Revise binders and index to key documents for attorney review. | 5.40 |
| 05/30/08 | Klapper | Continue review of key historical documents and reliance material recently received from the Government. | 3.20 |
| 05/31/08 | Burns | Revise index to key documents for attorney review. | 1.00 |
| 05/31/08 | Cameron | Review criminal case expert materials. | 1.30 |

```
                                  TOTAL HOURS   148.70
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 19.10 | at $ | 615.00 | = | 11,746.50 |
| Antony B. Klapper | 14.80 | at $ | 575.00 | = | 8,510.00 |
| Yovana A. Burns | 45.90 | at $ | 210.00 | = | 9,639.00 |
| Jacquis Jones | 68.90 | at $ | 140.00 | = | 9,646.00 |

```
                 CURRENT FEES                      39,541.50


                 TOTAL BALANCE DUE UPON RECEIPT    $39,541.50
```