```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number    1716979<br>Invoice Date      06/25/08<br>Client Number      172573 |

==========================================================================

Re: W. R. Grace & Co.

(60026)   Litigation and Litigation Consulting

```
     Fees                                0.00
     Expenses                        1,480.94

                TOTAL BALANCE DUE UPON RECEIPT         $1,480.94
                                                      ============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1716979 |
| One Town Center Road | Invoice Date      06/25/08 |
| Boca Raton, FL   33486 | Client Number      172573 |
| | Matter Number       60026 |

========================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| IKON Copy Services | 1,033.17 |
| PACER | 6.00 |
| Duplicating/Printing/Scanning | 71.00 |
| Express Mail Service | 7.77 |
| Courier Service - Outside | 363.00 |
| CURRENT EXPENSES | 1,480.94 |
| | -------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $1,480.94 |
| | ============== |

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number    1716979<br>Invoice Date     06/25/08<br>Client Number      172573<br>Matter Number       60026 |

===========================================================================

Re: (60026)   Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 04/07/08 | Express Mail Service | 7.77 |
| 04/11/08 | PACER | 6.00 |
| 05/02/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 10 COPIES | 1.00 |
| 05/02/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .10 |
| 05/02/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .50 |
| 05/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 05/05/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 14 COPIES | 1.40 |
| 05/06/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 48 COPIES | 4.80 |
| 05/07/08 | IKON Copy Services - - Copying for service of<br>CNO for monthly fee app. | 26.80 |
| 05/08/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 145 COPIES | 14.50 |
| 05/08/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 63 COPIES | 6.30 |
| 05/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |

```
172573  W. R. Grace & Co.                          Invoice Number   1716979
60026   Litigation and Litigation Consulting       Page     2
        June 25, 2008
```

| Date | Description | Amount |
|---|---|---:|
| 05/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 05/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 78 COPIES | 7.80 |
| 05/22/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .10 |
| 05/27/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 7 COPIES | .70 |
| 05/28/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 276 COPIES | 27.60 |
| 05/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 05/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 05/31/08 | Courier Service - Outside - - VENDOR: PARCELS, INC. HAND DELIVERIES - - Hand service of quarterly fee application materials. | 60.00 |
| 05/31/08 | Courier Service - Outside - - VENDOR: PARCELS, INC. HAND DELIVERY - - Hand service of quarterly fee application materials. | 105.00 |
| 05/31/08 | Courier Service - Outside - - VENDOR: PARCELS, INC. HAND DELIVERY - - Hand service of quarterly fee application materials. | 198.00 |
| 05/31/08 | IKON Copy Services - - Copying/prep of envelopes for quarterly notice and app to be hand delivered. | 231.17 |
| 05/31/08 | IKON Copy Services - - Copying and service (by mail) of quarterly application and notice. | 378.60 |
| 05/31/08 | IKON Copy Services - - Copying of quarterly application for service on CNO parties. | 396.60 |
| | CURRENT EXPENSES | 1,480.94 |
| | TOTAL BALANCE DUE UPON RECEIPT | $1,480.94 |

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1716980
5400 Broken Sound Blvd., N.W.            Invoice Date        06/25/08
Boca Raton, FL 33487                     Client Number        172573
```

===========================================================================

Re: W. R. Grace & Co.

(60028)   ZAI Science Trial

```
    Fees                                    0.00
    Expenses                            2,753.85

              TOTAL BALANCE DUE UPON RECEIPT       $2,753.85
                                                 =============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                                 Invoice Number      1716980
5400 Broken Sound Blvd., N.W.               Invoice Date       06/25/08
Boca Raton, FL 33487                        Client Number       172573
                                            Matter Number        60028
```

==========================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Binding Charge | 3.00 |
| Telephone Expense | 117.55 |
| Duplicating/Printing/Scanning | 30.50 |
| Westlaw | 347.52 |
| Courier Service - Outside | 7.50 |
| Drawings Expense | 206.50 |
| Lodging | 798.00 |
| Parking/Tolls/Other Transportation | 57.00 |
| Air Travel Expense | 1,020.00 |
| Taxi Expense | 42.00 |
| Mileage Expense | 24.24 |
| Meal Expense | 39.54 |
| Telephone - Outside | 36.50 |
| General Expense | 24.00 |

            CURRENT EXPENSES                              2,753.85
                                                    --------------

            TOTAL BALANCE DUE UPON RECEIPT              $2,753.85
                                                    ==============

```
                         REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1716980
5400 Broken Sound Blvd., N.W.            Invoice Date       06/25/08
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60028

==========================================================================

Re: (60028)   ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

04/28/08   Westlaw - - Legal research re: ZAI claims.          212.93

05/05/08   Telephone Expense                                      .30
           919-755-8141/RALEIGH, NC/6

05/06/08   Duplicating/Printing/Scanning                          .30
           ATTY # 000349: 3 COPIES

05/06/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000349: 1 COPIES

05/06/08   Duplicating/Printing/Scanning                          .40
           ATTY # 000349: 4 COPIES

05/06/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000349: 1 COPIES

05/06/08   Duplicating/Printing/Scanning                          .30
           ATTY # 000349: 3 COPIES

05/07/08   Telephone Expense                                      .20
           843-727-6513/CHARLESTON, SC/5

05/07/08   Telephone Expense                                      .10
           302-652-4100/WILMINGTON, DE/2

05/07/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000349: 1 COPIES

05/08/08   Telephone Expense                                      .20
           302-252-2913/WILMINGTON, DE/4

05/08/08   Telephone Expense                                      .20
           410-531-4355/COLUMBIA, MD/5
```

```
172573  W. R. Grace & Co.                          Invoice Number   1716980
60028   ZAI Science Trial                          Page    2
        June 25, 2008
```

| Date | Description | Amount |
|---|---|---|
| 05/13/08 | Telephone Expense<br>215-246-9494/PHILA, PA/3 | .15 |
| 05/14/08 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO PHILADELPHIA, PA FOR ZAI MEDIATION - - Lunch for 3 during mediation. | 25.99 |
| 05/14/08 | Air Travel Expense - - VENDOR: DOUGLAS E. CAMERON  TRIP TO PHILADELPHIA, PA FOR ZAI MEDIATION - - Round trip coach class ticket between PIT and PHL. | 324.00 |
| 05/14/08 | Mileage Expense - - VENDOR: DOUGLAS E. CAMERON (48 MILES)  TRIP TO PHILADELPHIA, PA FOR ZAI MEDIATION - - Travel to/from PIT airport. | 24.24 |
| 05/14/08 | Parking/Tolls/Other Transportation - - VENDOR: DOUGLAS E. CAMERON  TRIP TO PHILADELPHIA, PA FOR ZAI MEDIATION - - Parking at PIT airport during trip to PHL. | 19.00 |
| 05/14/08 | General Expense - - VENDOR: DOUGLAS E. CAMERON TRIP TO PHILADELPHIA, PA FOR ZAI MEDIATION - TRAVEL AGENT TICKETING FEE | 24.00 |
| 05/14/08 | Lodging - - VENDOR: JAMES J. RESTIVO, JR.  W. R. GRACE MEDIATION IN PHILADELPHIA (4/23-4/24/08) - -Two nights' stay at Westin PHL ($350 plus tax per night.) | 798.00 |
| 05/14/08 | Binding Charge | 3.00 |
| 05/14/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 188 COPIES | 18.80 |
| 05/14/08 | Westlaw - - Legal research relating to issues in ZAI mediation. | 20.21 |
| 05/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPIES | .10 |
| 05/20/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 16 COPIES | 1.60 |
| 05/21/08 | Air Travel Expense - - VENDOR: JAMES J. RESTIVO, JR.  TRIP TO PHILADELPHIA FOR ZAI MEDIATION - - Round trip coach class ticket between PIT and PHL. | 348.00 |

| | | |
|---|---|---:|
| 172573 W. R. Grace & Co. | | Invoice Number  1716980 |
| 60028  ZAI Science Trial | | Page   3 |
| June 25, 2008 | | |

| | | |
|---|---|---:|
| 05/21/08 | Taxi Expense - - VENDOR: JAMES J. RESTIVO, JR. TRIP TO PHILADELPHIA FOR ZAI MEDIATION - - Travel to/from PHL airport before/after mediation. | 42.00 |
| 05/21/08 | Parking/Tolls/Other Transportation - - VENDOR: JAMES J. RESTIVO, JR.  TRIP TO PHILADELPHIA FOR ZAI MEDIATION - -  Parking at PIT airport during trip to PHL. | 19.00 |
| 05/23/08 | Westlaw - - Legal research relating to issues in ZAI mediation. | 36.38 |
| 05/23/08 | Westlaw - - Legal research relating to issues in ZAI mediation. | 75.00 |
| 05/27/08 | Telephone Expense 561-362-1533/BOCA RATON, FL/90 | 4.50 |
| 05/27/08 | Telephone Expense 416-216-4815/TORONTO, ON/89 | 8.90 |
| 05/27/08 | Westlaw- - Legal research relating to issues in ZAI mediation. | 3.00 |
| 05/28/08 | Meal Expense - - URBAN CAFE - Meeting on 5/12/08 - - Breakfast for 3 during mediation. | 13.55 |
| 05/28/08 | Duplicating/Printing/Scanning ATTY # 000349: 14 COPIES | 1.40 |
| 05/28/08 | Duplicating/Printing/Scanning ATTY # 000349: 16 COPIES | 1.60 |
| 05/30/08 | Telephone - Outside - - VENDOR: JAMES J. RESTIVO, JR. CELL PHONE CHARGES | 36.50 |
| 05/30/08 | Air Travel Expense - - VENDOR: TRACI L SANDS REA WR GRACE/ZAI MEDIATION 5/12/08  - - Round trip coach class ticket between PIT and PHL. | 348.00 |
| 05/30/08 | Parking/Tolls/Other Transportation - - VENDOR: TRACI L SANDS REA WR GRACE/ZAI MEDIATION 5/12/08 - -  Parking at PIT airport during trip to PHL. | 19.00 |
| 05/30/08 | Telephone Expense 416-216-4815/TORONTO, ON/5 | .50 |
| 05/30/08 | Telephone Expense 410-531-4355/COLUMBIA, MD/10 | .50 |

```
172573  W. R. Grace & Co.                           Invoice Number  1716980
60028   ZAI Science Trial                           Page    4
        June 25, 2008
```

| Date | Description | Amount |
|---|---|---|
| 05/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 12 COPIES | 1.20 |
| 05/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 05/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 05/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 14 COPIES | 1.40 |
| 05/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 15 COPIES | 1.50 |
| 05/30/08 | Telephone Expense - Restivo - Calls for mediation 4/23-4/24/08. | 102.00 |
| 05/31/08 | Courier Service - Outside - - VENDOR: PARCELS, INC.   HAND DELIVERY | 7.50 |
| 05/31/08 | Drawings Expense - -  PRECISE LITIGATION TECHNOLOGIES  - CUSTOM VISUAL AIDS FOR MEDIATION. | 206.50 |
|  | CURRENT EXPENSES | 2,753.85 |
|  | TOTAL BALANCE DUE UPON RECEIPT | $2,753.85 |

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1716981 |
| One Town Center Road | Invoice Date      06/25/08 |
| Boca Raton, FL   33486 | Client Number      172573 |

===============================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                                                    0.00
    Expenses                                      1,643.33

                      TOTAL BALANCE DUE UPON RECEIPT          $1,643.33

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number      1716981
One Town Center Road                    Invoice Date       06/25/08
Boca Raton, FL   33486                  Client Number       172573
                                        Matter Number        60033
```

================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Binding Charge | 3.00 |
| Telephone Expense | 13.90 |
| PACER | 48.96 |
| Duplicating/Printing/Scanning | 143.20 |
| Westlaw | 140.60 |
| Postage Expense | 5.34 |
| Courier Service - Outside | 80.05 |
| Parking/Tolls/Other Transportation | 57.00 |
| Air Travel Expense | 295.00 |
| Taxi Expense | 68.00 |
| Meal Expense | 602.75 |
| Telephone - Outside | 42.45 |
| General Expense | 143.08 |

              CURRENT EXPENSES                           1,643.33
                                                     --------------

              TOTAL BALANCE DUE UPON RECEIPT           $1,643.33
                                                     ==============

```
                         REED SMITH LLP
                        PO Box 360074M
                     Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number    1716981<br>Invoice Date      06/25/08<br>Client Number      172573<br>Matter Number       60033 |

===========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 04/17/08 | Courier Service - - UPS - Shipped from Traci Rea, Reed Smith LLP - Pittsburgh to Jean Riffe, JAMS PHILADELPHIA (PHILADELPHIA PA 19103). | 14.33 |
| 04/18/08 | Courier Service - UPS - Shipped from Traci Rea, Reed Smith LLP - Pittsburgh to RICHARD C. FINKE,  W.R. GRACE & CO (COLUMBIA MD 21044). | 14.33 |
| 04/22/08 | Courier Service -  00843 UPS - Shipped from to LYDIA HERING, REED SMITH LLP (PHILADELPHIA PA 19103). | 26.53 |
| 04/28/08 | Courier Service -  UPS - Shipped from / to MAILROOM REEDSMITH-PITT (PITTSBURGH PA 15219). | 24.86 |
| 04/29/08 | Westlaw - - Legal research re: property damage claims. | 140.60 |
| 04/30/08 | PACER | 46.00 |
| 04/30/08 | PACER | 1.44 |
| 04/30/08 | PACER | 1.52 |
| 05/02/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .50 |
| 05/06/08 | General Expense - - VENDOR: ALL-STATE INTERNATIONAL, INC.<br>TABS | 1.44 |
| 05/06/08 | General Expense - - VENDOR: ALL-STATE INTERNATIONAL, INC.<br>TABS | 1.44 |

```
172573  W. R. Grace & Co.                                 Invoice Number   1716981
60033   Claim Analysis Objection Resolution & Estimation Page     2
        (Asbestos)
        June 25, 2008
```

| Date | Description | Amount |
|---|---|---:|
| 05/06/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/7 | .35 |
| 05/06/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/36 | 1.75 |
| 05/07/08 | Duplicating/Printing/Scanning<br>ATTY # 7029; 31 COPIES | 3.10 |
| 05/07/08 | Postage Expense<br>Postage Expense: ATTY # 001398 User: Criswell, P | 5.34 |
| 05/08/08 | General Expense - - VENDOR: INFORM RESEARCH SERVICES | 140.20 |
| 05/08/08 | Telephone Expense<br>803-943-4444/HAMPTON, SC/20 | .95 |
| 05/08/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/17 | .80 |
| 05/08/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 65 COPIES | 6.50 |
| 05/08/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 269 COPIES | 26.90 |
| 05/08/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 3 COPIES | .30 |
| 05/08/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 281 COPIES | 28.10 |
| 05/08/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 55 COPIES | 5.50 |
| 05/08/08 | Duplicating/Printing/Scanning<br>ATTY # 001398: 2 COPIES | .20 |
| 05/09/08 | Binding Charge | 3.00 |
| 05/09/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 7 COPIES | .70 |
| 05/09/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 11 COPIES | 1.10 |
| 05/13/08 | Telephone Expense<br>312-925-6244/CHICAGO, IL/6 | .30 |

```
172573  W. R. Grace & Co.                              Invoice Number   1716981
60033   Claim Analysis Objection Resolution & Estimation Page   3
        (Asbestos)
        June 25, 2008
```

| Date | Description | Amount |
|---|---|---|
| 05/13/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/55 | 2.75 |
| 05/14/08 | Meal Expense - - JAMES J. RESTIVO, JR. W. R. GRACE MEDIATION IN PHILADELPHIA (4/23-4/24/08) - - Two dinners for four persons (eight dinners total) during mediation in PHL. | 602.75 |
| 05/14/08 | Air Travel Expense - - JAMES J. RESTIVO, JR. W. R. GRACE MEDIATION IN PHILADELPHIA (4/23-4/25/08) - - Round trip coach airfare between PIT and PHL. | 295.00 |
| 05/14/08 | Taxi Expense - - JAMES J. RESTIVO, JR. W. R. GRACE MEDIATION IN PHILADELPHIA (4/23-4/25/08) - - Taxis to/from PHL airport. | 68.00 |
| 05/14/08 | Parking/Tolls/Other Transportation - - JAMES J. RESTIVO, JR. W. R. GRACE MEDIATION IN PHILADELPHIA (4/23-4/25/08) - - Three days' parking at PIT airport during mediation in PHL. | 57.00 |
| 05/14/08 | Telephone - Outside - - JAMES J. RESTIVO, JR. W. R. GRACE MEDIATION IN PHILADELPHIA | 32.70 |
| 05/14/08 | Telephone Expense<br>212-592-5912/NEW YORK, NY/2 | .10 |
| 05/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 37 COPIES | 3.70 |
| 05/14/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 7 COPIES | .70 |
| 05/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 36 COPIES | 3.60 |
| 05/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 05/15/08 | Telephone Expense<br>561-362-1552/BOCA RATON, FL/2 | .10 |
| 05/15/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 05/16/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/16 | .80 |
| 05/19/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 292 COPIES | 29.20 |

```
172573  W. R. Grace & Co.                              Invoice Number   1716981
60033   Claim Analysis Objection Resolution & Estimation Page    4
        (Asbestos)
        June 25, 2008
```

| Date | Description | Amount |
|---|---|---|
| 05/20/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 05/20/08 | Telephone Expense 561-362-1533/BOCA RATON, FL/8 | .40 |
| 05/22/08 | Duplicating/Printing/Scanning ATTY # 0559; 43 COPIES | 4.30 |
| 05/22/08 | Telephone Expense 302-252-9058/WILMINGTON, DE/20 | 1.00 |
| 05/22/08 | Telephone Expense 561-362-1533/BOCA RATON, FL/6 | .30 |
| 05/22/08 | Telephone Expense 561-362-1533/BOCA RATON, FL/5 | .25 |
| 05/23/08 | Duplicating/Printing/Scanning ATTY # 0559; 16 COPIES | 1.60 |
| 05/23/08 | Telephone Expense 561-362-1533/BOCA RATON, FL/26 | 1.30 |
| 05/27/08 | Duplicating/Printing/Scanning ATTY # 0559; 3 COPIES | .30 |
| 05/27/08 | Duplicating/Printing/Scanning ATTY # 0559; 6 COPIES | .60 |
| 05/27/08 | Duplicating/Printing/Scanning ATTY # 0349; 64 COPIES | 6.40 |
| 05/27/08 | Duplicating/Printing/Scanning ATTY # 1398; 100 COPIES | 10.00 |
| 05/27/08 | Duplicating/Printing/Scanning ATTY # 4810; 12 COPIES | 1.20 |
| 05/27/08 | Duplicating/Printing/Scanning ATTY # 0349; 2 COPIES | .20 |
| 05/28/08 | Duplicating/Printing/Scanning ATTY # 4810; 29 COPIES | 2.90 |
| 05/29/08 | Duplicating/Printing/Scanning ATTY # 4810; 34 COPIES | 3.40 |
| 05/29/08 | Duplicating/Printing/Scanning ATTY # 4810; 11 COPIES | 1.10 |

```
172573  W. R. Grace & Co.                           Invoice Number   1716981
60033   Claim Analysis Objection Resolution & Estimation Page    5
        (Asbestos)
        June 25, 2008


05/29/08    Telephone Expense                                        1.50
            803-943-4444/HAMPTON, SC/30

05/30/08    Telephone - Outside - - JAMES J. RESTIVO, JR.            9.75
            TELEPHONE CHARGES

05/30/08    Telephone Expense                                         .35
            410-531-4355/COLUMBIA, MD/7

05/30/08    Telephone Expense                                         .60
            416-216-4815/TORONTO, ON/7

05/30/08    Telephone Expense                                         .30
            312-861-2162/CHICAGO, IL/6

                            CURRENT EXPENSES                      1,643.33
                                                               ------------
                            TOTAL BALANCE DUE UPON RECEIPT       $1,643.33
                                                               ============
```

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

W.R. Grace & Co.                         Invoice Number      1716982
One Town Center Road                     Invoice Date       06/25/08
Boca Raton, FL   33486                   Client Number       172573

==============================================================================

Re: W. R. Grace & Co.

(60035)   Grand Jury Investigation

    Fees                                      0.00
    Expenses                               (471.00)

               TOTAL BALANCE DUE UPON RECEIPT       $ (471.00)
                                                                   =============

```
                        REED SMITH LLP
                        PO Box 360074M
                    Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1716982
One Town Center Road                    Invoice Date       06/25/08
Boca Raton, FL   33486                  Client Number       172573
                                        Matter Number         60035

===============================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Duplicating/Printing/Scanning              4.00
    General Expense                         (475.00)

                 CURRENT EXPENSES                             (471.00)
                                                          --------------

                 TOTAL BALANCE DUE UPON RECEIPT           $  (471.00)
                                                          ==============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL   33486 | Invoice Number      1716982<br>Invoice Date       06/25/08<br>Client Number       172573<br>Matter Number        60035 |

===========================================================================

Re: (60035)  Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 05/14/08 | US TREASURY CK#315103927872 FOR $475<br>/ MSHA REFUND FOIA | -475.00 |
| 05/22/08 | Duplicating/Printing/Scanning<br>ATTY # 001833: 40 COPIES | 4.00 |
| | CURRENT EXPENSES | (471.00) |
| | TOTAL BALANCE DUE UPON RECEIPT | $ (471.00) |