## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Objection Deadline: July 21, 2008 at 4:00 p.m.** |

**SEVENTY-NINTH MONTHLY APPLICATION OF
BUCHANAN INGERSOLL & ROONEY PC,
CO-COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES
FOR THE PERIOD MAY 1, 2008 THROUGH MAY 31, 2008**

| | |
|---|---|
| Name of Applicant: | Buchanan Ingersoll & Rooney PC |
| Authorized to Provide Professional Services to: | The Official Committee of Equity Holders |
| Date of Retention: | October 26, 2001 *nunc pro tunc* |
| Period for which compensation and reimbursement is sought: | May 1, 2008 through May 31, 2008 |
| Amount of fees to be approved as actual, reasonable and necessary: | $22,285.00 |
| Amount of expenses sought as actual, reasonable and necessary: | $34.80 |

This is a(n): ___ interim        ___ final application.        _x_ monthly application.

The total time expended for the preparation of this application will be included in the next interim fee application.

**Prior Monthly Applications:**

| Date Filed and Docket No. | Period Covered | Requested Fees/ Expenses | Approved Fees/ Expenses | CNO/Docket No. |
|---|---|---|---|---|
| 12/28/01 1426 | 10/26/01 through 11/30/01 | $5,518.00/ $2,028.76 | $4,414.40/ $2,028.76 | 1541 |
| 01/25/02 1548 | 12/01/01 through 12/31/01 | $4,119.50/ $940.67 | $3,295.60/ $940.67 | 1689 |
| 02/26/02 1720 | 01/01/02 through 01/31/02 | $11,494.00/ $1,275.80 | $9,195.20/ $1,275.80 | 1836 |
| 04/03/02 1895 | 02/01/02 through 02/28/02 | $7,784.50/ $882.79 | $6,227.60/ $882.79 | 1984 |
| 05/08/02 2025 | 03/01/02 through 03/31/02 | $7,755.00/ $1,565.66 | $6,204.00/ $1,565.66 | 2120 |
| 06/03/02 2145 | 04/01/02 through 04/30/02 | $6,011.50/ $878.55 | $4,809.20/ $878.55 | 2285 |
| 07/02/02 2316 | 05/01/02 through 05/31/02 | $6,957.50/ $688.60 | $5,566.00/ $688.60 | 2436 |
| 08/02/02 2489 | 06/01/02 through 06/30/02 | $5520.00/ $447.36 | $4,416.00/ $447.36 | 2607 |
| 08/28/02 2609 | 07/01/02 through 07/31/02 | $3,597.50/ $879.97 | $2,878.00/ $879.97 | 2701 |
| 09/26/02 2751 | 08/01/02 through 08/31/02 | $9,457.50/ $1,172.93 | $7,566.00/ $1,172.93 | 2829 |
| 10/25/02 2885 | 09/01/02 through 09/30/02 | $14,313.50/ $665.71 | $11,450.80/ $665.71 | 3057 |
| 11/25/02 3069 | 10/01/02 through 10/31/02 | $12,568.50/ $1,343.14 | $10,054.80/ $1,343.14 | 3169 |
| 12/26/02 3188 | 11/01/02 through 11/30/02 | $9,268.50/ $430.93 | $7,414.80/ $430.93 | 3256 |
| 1/27/03 3276 | 12/1/02 through 12/25/02 | $4,071.00/ $160.28 | $3,256.00/ $160.28 | 3417 |
| 2/25/03 3425 | 12/26/02 through 1/31/03 | $6,386.50/ $82.31 | $5,109.00/ $82.31 | 3520 |
| 3/24/05 3545 | 2/1/03 through 2/28/03 | $3,576.50/ $70.72 | $2,861.20/ $70.72 | 3664 |

| | | | | |
|---|---|---|---|---|
| 4/28/03<br>3716 | 3/1/03 through<br>3/31/03 | $7,177.50/<br>$481.33 | $5,742.00/<br>$481.33 | 3827 |
| 5/28/03<br>3834 | 4/1/03 through<br>4/30/03 | $4,300.50/<br>$227.83 | $3,440.40/<br>$227.83 | 3947 |
| 6/27/03<br>3968 | 5/1/03 through<br>5/31/03 | $7,792.50/<br>$1,024.71 | $6,234.00/<br>$1,024.71 | 4091<br>7/22/03 |
| 7/28/03<br>4113 | 6/1/03 through<br>6/30/03 | $7,168.50/<br>$831.98 | $5,734.80/<br>$831.98 | 4309<br>8/21/03 |
| 8/28/03<br>4351 | 7/1/03 through<br>7/31/03 | $17,663.00/<br>$1,392.91 | $14,130.40/<br>$1,392.91 | 4456<br>9/22/03 |
| 9/29/03<br>4500 | 8/1/03 through<br>8/31/03 | $12,893.50/<br>$244.39 | $10,314.80/<br>$244.39 | 4521<br>10/23/03 |
| 10/29/03<br>4630 | 9/1/03 through<br>9/30/03 | $14,176.00/<br>$2,059.35 | $11,340.80/<br>$2,059.35 | 4725<br>11/21/03 |
| 11/26/03<br>4753 | 10/1/03 through<br>10/31/03 | $13,698.00/<br>$575.77 | $10,958.40/<br>$575.77 | 4829<br>12/18/03 |
| 12/29/03<br>4877 | 11/1/03 through<br>11/30/03 | $10,696.50/<br>$207.22 | $8,557.20/<br>$207.22 | 4986<br>1/26/04 |
| 1/28/04<br>5005 | 12/1/03 through<br>12/25/03 | $10,843.00/<br>$543.07 | $8,674.40/<br>$543.07 | 5135<br>2/19/04 |
| 2/27/04<br>5187 | 12/26/03 through<br>1/31/04 | $16,269.00/<br>$1,034.60 | $13,015.20/<br>$1,034.60 | 5342<br>3/24/04 |
| 4/6/04<br>5403 | 2/1/04 through<br>2/29/04 | $11,591.50/<br>$673.24 | $9,273.20/<br>$673.24 | 5501<br>4/28/04 |
| 4/25/04<br>5502 | 3/1/04 through<br>3/31/04 | $12,715.00/<br>$1,402.19 | $10,172.00/<br>$1,402.19 | 5616<br>5/19/04 |
| 5/28/04<br>5656 | 4/1/04 through<br>4/30/04 | $8,492.50/<br>$782.53 | $6,794.00/<br>$782.53 | 5844<br>6/21/04 |
| 6/28/04<br>5883 | 5/1/04 though<br>5/31/04 | $16,891.00/<br>$180.37 | $13,512.80/<br>$180.37 | 5996<br>7/20/04 |
| 7/29/04<br>6061 | 6/1/04 through<br>6/30/04 | $30,666.50/<br>$1,008.14 | $24,533.50/<br>$1,008.14 | 6223<br>8/20/04 |
| 8/31/04<br>6292 | 7/1/04 through<br>7/31/04 | $20,746.50/<br>$1,010.62 | $16,597.20/<br>$1,010.62 | 6436<br>9/21/04 |

| | | | | |
|---|---|---|---|---|
| 9/28/04 | 8/1/04 through | $20,512.00/ | $16,409.60/ | 6780 |
| 6485 | 8/31/04 | $1,821.42 | $1,821.42 | 10/28/04 |
| 10/28/04 | 9/1/04 through | $20,634.50/ | $16,076.60/ | 7001 |
| 6779 | 9/30/04 | $1,231.46 | $1,231.46 | 11/19/04 |
| 11/30/04 | 10/1/04 through | $20,982.00/ | $16,785.60/ | 7327 |
| 7063 | 10/31/04 | $144.74 | $144.74 | 12/22/04 |
| 12/28/04 | 11/1/04 through | $26,383.00 | $21,106.40 | 7600 |
| 7381 | 11/30/04 | $1,843.03 | $1,843.03 | 1/20/05 |
| 1/28/05 | 12/1/04 through | $27,170.50 | $21,736.40 | 7852 |
| 7640 | 12/25/04 | $457.47 | $457.47 | 2/22/05 |
| 3/3/05 | 12/26/04 though | $25,021.50 | $20,017.20 | 8127 |
| 7940 | 1/31/05 | $1,466.97 | $1,466.97 | 3/28/05 |
| 4/1/05 | 2/1/05 through | $21,980.00 | $17,584.00 | 8291 |
| 8153 | 2/28/05 | $240.36 | $240.36 | 4/27/05 |
| 5/6/05 | 3/1/05 through | $13,210.50 | $10,568.40 | 8528 |
| 8379 | 3/31/05 | $138.07 | $138.07 | 5/31/05 |
| 5/31/05 | 4/1/05 through | $13,310.00 | $10,648.00 | 8668 |
| 8529 | 4/30/05 | $450.86 | $450.86 | 6/22/05 |
| 6/28/05 | 5/1/05 through | $22,543.00 | $18,034.40 | 9032 |
| 8693 | 5/31/05 | $113.87 | $113.87 | 7/20/05 |
| 7/28/05 | 6/1/05 through | $22,083.00 | $17,666.40 | 9226 |
| 9100 | 6/30/05 | $349.11 | $349.11 | 8/22/05 |
| 8/29/05 | 7/1/05 though | $22,038.00 | $17,630.40 | 9485 |
| 9278 | 7/31/05 | $701.59 | $701.59 | 9/22/05 |
| 9/29/05 | 8/1/05 through | $11,890.50 | $9,512.40 | 9923 |
| 9527 | 8/31/05 | $134.58 | $134.58 | 10/21/05 |
| 10/31/05 | 9/1/05 though | $20,681.00 | $16,544.80 | 11163 |
| 10931 | 9/30/05 | $115.56 | $115.56 | 11/28/05 |
| 11/29/05 | 10/1/05 through | $28,006.50 | $22,405.20 | 11406 |
| 11194 | 10/31/05 | $73.99 | $73.99 | 12/22/05 |
| 12/29/05 | 11/1/05 through | $17,553.00 | $14,042.40 | 11600 |
| 11455 | 11/30/05 | $186.38 | $186.38 | 1/20/06 |

| | | | | |
|---|---|---|---|---|
| 1/30/06 | 12/1/05 through | $17,414.00 | $13,931.20 | 11873 |
| 11648 | 12/25/05 | $379.30 | $379.30 | 2/22/06 |
| 3/1/06 | 12/26/05 through | $30,980.50 | $24,784.40 | 12111 |
| 11915 | 1/31/06 | $509.09 | $509.09 | 3/23/06 |
| 3/30/06 | 2/1/06 through | $28,430.50 | $22,744.40 | 12292 |
| 12170 | 2/28/06 | $84.70 | $84.70 | 4/21/06 |
| 5/1/06 | 3/1/06 through | $24,901.00 | $19,920.80 | 12511 |
| 12343 | 3/31/06 | $163.54 | $163.54 | 5/25/06 |
| 5/30/06 | 4/1/06 through | $10,137.50 | $8,110.00 | 12695 |
| 12540 | 4/30/06 | $65.09 | $65.09 | 6/21/06 |
| 6/29/06 | 5/1/06 through | $12,474.50 | $9,979.60 | 12844 |
| 12729 | 5/31/06 | $81.34 | $81.34 | 7/24/06 |
| 8/1/06 | 6/1/06 through | $15,638.00 | $12,510.40 | 13050 |
| 12892 | 6/30/06 | $147.53 | $147.53 | 8/23/06 |
| 8/30/06 | 7/1/06 through | $17,633.00 | $14,106.40 | 13289 |
| 13104 | 7/31/06 | $82.59 | $82.59 | 9/22/06 |
| 9/29/06 | 8/1/06 through | $23,103.50 | $18,482.80 | 13442 |
| 13325 | 8/31/06 | $6,845.83 | $6,845.83 | 10/23/06 |
| 10/30/06 | 9/1/06 through | $27,703.50 | $22,162.80 | 13737 |
| 13514 | 9/30/06 | $1,343.06 | $1,343.06 | 11/22/06 |
| 11/29/06 | 10/1/06 through | $24,632.50 | $19,706.00 | 14080 |
| 13821 | 10/31/06 | $108.44 | $108.44 | 12/20/06 |
| 1/3/07 | 11/1/06 through | $44,508.00 | $35,606.40 | 14403 |
| 14208 | 11/30/06 | $22.50 | $22.50 | 1/26/07 |
| 1/29/07 | 12/1/06 through | $39,617.50 | $31,694.40 | 14638 |
| 14413 | 12/31/06 | $34.20 | $34.20 | 2/21/07 |
| 3/1/07 | 1/1/07 through | $48,255.50 | $38,604.40 | 14941 |
| 14712 | 1/31/07 | $91.43 | $91.43 | 3/23/07 |
| 3/29/07 | 2/1/07 through | $39,667.50 | 31,734.00 | 15260 |
| 15018 | 2/28/07 | $110.85 | $110.85 | 4/20/07 |
| 4/30/07 | 3/1/07 through | $46,393.00 | $37,114.40 | 15798 |
| 15431 | 3/31/07 | $701.33 | $701.33 | 5/23/07 |

| | | | | |
|---|---|---|---|---|
| 5/29/07 15858 | 4/1/07 through 4/30/07 | $40,135.00 $242.35 | $32,108.00 $242.35 | 16119 6/21/07 |
| 6/29/07 16191 | 5/1/07 through 5/31/07 | $39,579.00 $75.00 | $31,663.20 $75.00 | 16355 7/23/07 |
| 7/30/07 16423 | 6/1/07 through 6/30/07 | $33,919.50 $62.60 | $27,135.60 $62.60 | 16615 8/23/07 |
| 8/29/07 16880 | 7/1/07 through 7/31/07 | $28,642.00 $115.80 | $22,913.60 $115.80 | 16881 9/20/07 |
| 10/3/07 16982 | 8/1/07 through 8/31/07 | $11,360.00 $47.62 | $9,088.00 $47.62 | 17155 10/25/07 |
| 10/29/07 17176 | 9/1/07 through 9/30/07 | $13,485.50 $377.93 | $10,788.40 $377.93 | 17420 11/21/07 |
| 11/29/07 17485 | 10/1/07 though 10/30/07 | $22,090.50 $66.90 | $17,672.40 $66.90 | 17679 12/21/07 |
| 1/2/08 17728 | 11/1/07 through 11/30/07 | $9,478.50 $241.85 | $7,582.80 $241.85 | 17887 1/25/08 |
| 1/29/08 17916 | 12/1/07 through 12/31/07 | $12,930.00 $4,153.50 | $10,344.00 4153.50 | 18072 2/20/08 |
| 2/29/08 18161 | 1/1/08 through 1/31/08 | $17,839.50 $209.95 | $14,271.60 $209.95 | 18371 3/24/08 |
| 3/31/08 18426 | 2/1/08 through 2/29/08 | $16,588.00 $80.25 | $13,270.40 $80.25 | 18597 4/23/08 |
| 4/29/08 18629 | 3/1/08 through 3/31/08 | $12,663.00 $35.85 | $10,130.40 $35.85 | 18761 5/21/08 |
| 5/29/08 18815 | 4/1/08 through 4/30/08 | $21,263.50 $68.70 | $17,010.80 $68.70 | 18978 6/23/08 |

**SUMMARY OF TIME FOR BILLING PERIOD**
**MAY 1, 2008 THROUGH MAY 31, 2008**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|------|---------------------|--------------------|--------------------|
| Teresa K.D. Currier | $515 | 32.5 | $16,737.50 |
| Melissa N. Flores | $175 | 31.7 | $5,547.50 |
| **TOTAL** | | **64.2** | **$22,285.00** |

## SUMMARY OF TIME BY PROJECT CATEGORY FOR BILLING PERIOD
### MAY 1, 2008 THROUGH MAY 31, 2008

| Project category | Total Hours | Total Fees |
|---|---|---|
| Asset Disposition | .7 | $360.50 |
| Business Operations | 1.3 | $669.50 |
| Case Administration | 26.7 | $8,752.50 |
| Claims Analysis Obj. & Resolution (Asbestos) | 1.3 | $669.50 |
| Committee, Creditors' Noteholders', or Equity Holders | 3.0 | $1,545.00 |
| Employee Benefits/ Pension | .7 | $360.50 |
| Employment Applications, Others | .2 | $103.00 |
| Fee Applications, Applicant | 11.7 | $2591.50 |
| Fee Applications, Others | 12.0 | $3,834.00 |
| Hearings | .6 | $309.00 |
| Litigation and Litigation Consulting | 6.0 | $3,090.00 |
| **TOTAL** | **64.2** | **$22,285.00** |

## SUMMARY OF EXPENSES BY CATEGORY FOR BILLING PERIOD
## MAY 1, 2008 THROUGH MAY 31, 2008

| Expense Category | Total Expenses |
|---|---|
| Reproduction of Documents | $29.80 |
| Messenger/Delivery Service | $5.00 |
| **TOTAL** | **$34.80$34.80** |

**BUCHANAN INGERSOLL & ROONEY**
**A Professional Corporation**


By:      /s/ Teresa K.D. Currier
Teresa K. D. Currier (No. 3080)
1000 West Street, Suite 1410
Wilmington, DE 19801
(302) 552-4200

Co-Counsel to the Official Committee of
Equity Holders


Dated: June 30, 2008