# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JUNE 17, 2008
                                              MATTER :  0066609-000002
                                              INVOICE : 10119899


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08    6548

    RE:  ASSET DISPOSITION



 DATE   ATTY    DESCRIPTION OF SERVICES RENDERED                    HOURS
 ----   ----    -------------------------------                     -----

05/02/08 TC     Reviewed Debtors' Twenty-Seventh Quarterly           .10
                Report of Asset Sales from January 1, 2008
                through March 31, 2008 in Accordance with that
                Certain Order Establishing Procedures for the
                Sale or Abandonment of De Minimis Assets

05/02/08 TC     Reviewed Debtors' Twenty-Seventh Quarterly           .10
                Report of Settlements from January 1, 2008
                through March 31, 2008 in Accordance with that
                Certain Amended Order Authorizing and Approving
                an Omnibus Procedure for Settling Claims and
                Causes of Action Brought By or Against the
                Debtors in a Judicial, Administrative, Arbitral
                or Other Action or Proceeding

05/09/08 TC     Reviewed Stipulation for the Appointment of the      .20
                Honorable Kevin Gross as Mediator for the ZAI
                Property Damage Claims By W.R. Grace & Co., et
                al.

05/27/08 TC     Reviewed United States' Joinder in Debtors'          .30
                Motion to Approve Settlement Agreement and
                Memorandum of Law in Support Thereof



                    T I M E   S U M M A R Y
                    -----------------------

                           RATE     HOURS          TOTALS
                           ----     -----          ------

  T. Currier             515.00      .70           360.50
                 TOTALS              .70           360.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JUNE 17, 2008
MATTER : 0066609-000002
INVOICE : 10119899

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08    6548

RE:  ASSET DISPOSITION

|  |  |
|---|---|
| TOTAL FEES : | 360.50 |
| TOTAL DUE  : | 360.50 |

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   JUNE 17, 2008
                                              MATTER :  0066609-000003
                                              INVOICE : 10119900


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08   6548

    RE:  BUSINESS OPERATIONS


 DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                   HOURS
 ----   ----   -------------------------------                    -----

05/07/08 TC    Reviewed monthly operating reports                  1.30


                    T I M E   S U M M A R Y
                    -----------------------

                        RATE    HOURS        TOTALS
                        ----    -----        ------

  T. Currier            515.00   1.30        669.50
               TOTALS            1.30        669.50


                    TOTAL FEES :                   669.50

                    TOTAL DUE  :                   669.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :   JUNE 17, 2008
                                          MATTER : 0066609-000004
                                          INVOICE : 10119901


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08   6548

    RE:  CASE ADMINISTRATION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/01/08 | TC | Reviewed ecf filings and forwarded and distributed all to team counsel | .60 |
| 05/01/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 05/02/08 | TC | Reviewed all ecf filings and distributed to team counsel | .50 |
| 05/02/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 05/05/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 05/05/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 05/06/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 05/06/08 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 05/07/08 | TC | Reviewed all ecf filings and distributed to team counsel | .60 |
| 05/07/08 | TC | Reviewed updated docket | .40 |

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS           DATE :    JUNE 17, 2008
                                               MATTER :  0066609-000004
                                               INVOICE : 10119901


        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08    6548

        RE:   CASE ADMINISTRATION


| | | | |
|---|---|---|---|
| 05/07/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 05/07/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 05/08/08 | TC | Reviewed all ecf filings and distributed them to team counsel | .50 |
| 05/08/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 05/09/08 | TC | Reviewed all ecf filings and distributed to team counsel | .40 |
| 05/09/08 | TC | Reviewed updated docket | .40 |
| 05/09/08 | MNF | Time entry, miscellaneous administrative work | .50 |
| 05/12/08 | TC | Reviewed all weekend ecf filings and distributed them to all team counsel | .60 |
| 05/12/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 05/12/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 05/13/08 | TC | Reviewed all ecf filings and forwarded them to team counsel | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll ⚭ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 17, 2008
MATTER :  0066609-000004
INVOICE : 10119901

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08   6548

RE:  CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 05/13/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 05/13/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 05/14/08 | TC | Reviewed all ecf filings and distributed them to team counsel | .50 |
| 05/14/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 05/14/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 05/15/08 | TC | Reviewed all ecf filings and distributed to team counsel | .40 |
| 05/15/08 | TC | Reviewed updated docket | .40 |
| 05/15/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 05/15/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 05/16/08 | TC | Reviewed all ecf filings and distributed same to team counsel | .50 |
| 05/19/08 | TC | Reviewed all ecf filings and forwarded same to all team counsel | .60 |

# Buchanan Ingersoll ⚸ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JUNE 17, 2008
                                            MATTER :  0066609-000004
                                            INVOICE : 10119901


        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08    6548

        RE:  CASE ADMINISTRATION


05/19/08 MNF    Reviewed all ECF filings in the case as part of        .50
                docket control; review all agenda and notices
                of agenda to prepare for hearings; reviewed and
                calendar all objections and hearing dates

05/20/08 TC     Reviewed all ecf filings and distributed to           .60
                team counsel and paralegals

05/21/08 TC     Reviewed all ecf filings and distributed them         .50
                to team counsel and paralegals

05/21/08 MNF    Docketing litigation events in computerized           .20
                docketing system

05/21/08 MNF    Reviewed all ECF filings in the case as part of       .50
                docket control; review all agenda and notices
                of agenda to prepare for hearings; reviewed and
                calendar all objections and hearing dates

05/22/08 TC     Reviewed all ecf filings and distributed to all       .40
                team counsel and paralegals

05/22/08 MNF    Reviewed all ECF filings in the case as part of       .50
                docket control; review all agenda and notices
                of agenda to prepare for hearings; reviewed and
                calendar all objections and hearing dates

05/23/08 TC     Reviewed all incoming ecf filings and                 .60
                distributed them all day to team counsel and
                paralegals

05/23/08 TC     Communications with keith martorana re fee            .40
                auditor issues with kramer levin fees/costs

05/23/08 MNF    Docketing litigation events in computerized           .50
                docketing system
```

# Buchanan Ingersoll ⚹ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :    JUNE 17, 2008
                                                MATTER :  0066609-000004
                                                INVOICE : 10119901

       FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08    6548

       RE:  CASE ADMINISTRATION


| Date | | Description | Hours |
|---|---|---|---|
| 05/23/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 05/27/08 | TC | Reviewed all incoming ecf filings from weekend and holiday, and distributed them to team counsel and paralegals | .50 |
| 05/27/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 05/27/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 05/28/08 | TC | Reviewed all incoming ecf filings and distributed same to all team counsel and paralegals | .70 |
| 05/28/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 05/28/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 05/29/08 | TC | Reviewed all incoming ecf filings and forwarded all to team counsel and paralegals | .80 |
| 05/29/08 | MNF | Docketing litigation events in computerized docketing system | 1.00 |
| 05/30/08 | TC | Reviewed all ecf filings and distributed to team counsel | .70 |

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll ⚕ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   JUNE 17, 2008
                                              MATTER :  0066609-000004
                                              INVOICE : 10119901


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08   6548

    RE:  CASE ADMINISTRATION



              T I M E   S U M M A R Y
              -----------------------

                        RATE     HOURS           TOTALS
                        ----     -----           ------

 T. Currier            515.00    12.00           6180.00
 M. Flores             175.00    14.70           2572.50
                TOTALS           26.70           8752.50


              TOTAL FEES :                           8,752.50


              TOTAL DUE  :                           8,752.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JUNE 17, 2008
                                            MATTER :  0066609-000005
                                            INVOICE : 10119902
```

```
    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08    6548

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/19/08 | TC | Reviewed Objection to Debtors' Amendment to Motion for An Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program Filed by Canadian ZAI Claimants | .90 |
| 05/28/08 | TC | Reviewed Motion Of The Official Committee Of Asbestos Property Damage Claimants For Partial Continuance Of June 2, 2008 Hearing On Motion Of The Debtors For An Order (A) Establishing A Proof Of Claim Bar Date For Zonolite Attic Insulation Claims, And (B) Approving The Related Proof Of Claim Form, Bar Date Notices, And Notice Program | .30 |
| 05/29/08 | TC | Reviewed Joinder of The Canadian ZAI Claimants in the Motion of The Official Committee of Asbestos Property Damage Claimants for Partial Continuance of June 2, 2008, Hearing on Motion of the Debtors for an Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims, and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program Filed by Canadian ZAI Claimants. | .10 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JUNE 17, 2008
                                            MATTER :  0066609-000005
                                            INVOICE : 10119902

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08   6548

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)



                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS         TOTALS
                         ----    -----         ------

T. Currier               515.00    1.30        669.50
               TOTALS              1.30        669.50

               TOTAL FEES :                        669.50

               TOTAL DUE  :                        669.50
```

# Buchanan Ingersoll ⩘ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE  :   JUNE 17, 2008
                                            MATTER :  0066609-000007
                                            INVOICE : 10119903


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08   6548

    RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
         EQUITY HOLDERS'



 DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
 ----   ----   --------------------------------                    -----

05/07/08 TC    Reviewed materials in preparation for our            1.10
               committee meeting tomorrow

05/07/08 TC    Reviewed quarterly analysis charts prepared by        .80
               board of directors in preparation for our
               committee meeting tomorrow

05/08/08 TC    Attended quarterly meeting of equity committee       1.10



                      T I M E   S U M M A R Y
                      -----------------------

                              RATE     HOURS          TOTALS
                              ----     -----          ------

 T. Currier                  515.00    3.00           1545.00
                    TOTALS              3.00           1545.00


                  TOTAL FEES :                          1,545.00


                  TOTAL DUE  :                          1,545.00
```

---

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE  :    JUNE 17, 2008
                                          MATTER :   0066609-000008
                                          INVOICE : 10119904


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08    6548

     RE:  EMPLOYEE BENEFITS / PENSION



  DATE   ATTY   DESCRIPTION OF SERVICES RENDERED                   HOURS
  ----   ----   -------------------------------                    -----

05/19/08 TC    Reviewed Motion to Authorize Debtors to Make         .70
               Legally Required Minimum Contributions to
               Defined Benefit Pension Plans Covering Debtors'
               Employees Filed by W.R. Grace & Co., et al..



                     T I M E   S U M M A R Y
                     -----------------------

                          RATE    HOURS         TOTALS
                          ----    -----         ------

  T. Currier             515.00    .70          360.50
                 TOTALS            .70          360.50


              TOTAL FEES :                             360.50


              TOTAL DUE  :                             360.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :   JUNE 17, 2008
                                           MATTER :  0066609-000010
                                           INVOICE : 10119905


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08   6548

     RE:  EMPLOYMENT APPLICATIONS, OTHERS



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                 HOURS
  ----  ----   -------------------------------                  -----

05/16/08 TC    Reviewed Objection to Application of David T.      .20
               Austern, Future Claimants' Representative, for
               Authorization to Modify the Employment of Piper
               Jaffray & Co. as Financial Advisor to David T.
               Austern, Future Claimants' Representative


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS          TOTALS
                         ----    -----          ------

   T. Currier           515.00     .20          103.00
                 TOTALS             .20          103.00


                    TOTAL FEES :                      103.00


                    TOTAL DUE  :                      103.00
```

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 17, 2008
MATTER :  0066609-000011
INVOICE : 10119906

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08    6548

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/07/08 | MNF | Draft/prepare 28th quarterly fee request of BIR for Jan-March 2008 | 1.50 |
| 05/08/08 | TC | Reviewed our quarterly fee application and approved same for filing | .50 |
| 05/08/08 | MNF | E-file and serve 28th quarterly fee request of BIR for Jan-March 2008 | 1.00 |
| 05/08/08 | MNF | Draft Notice re: 28th Quarterly fee request of BIR for Jan-March | .50 |
| 05/09/08 | MNF | Review/make edits to April pre-bills | .60 |
| 05/15/08 | MNF | Review/make edits to bills for April 2008; finalize and send same to accting | .50 |
| 05/19/08 | MNF | Review final bills for April 2008 | .50 |
| 05/19/08 | MNF | Draft 78th monthly fee app of BIR for April 2008 | 1.00 |
| 05/20/08 | MNF | Review docket re: objections to 77th monthly fee app of BIR (.1); Draft CNO re: 77th monthly fee app of BIR for March 2008(.4) | .50 |
| 05/21/08 | TC | Reviewed cno for our monthly fee application, checked docket, approved same for filing | .40 |
| 05/21/08 | MNF | Continue work on 78th monthly fee app of BIR for April 2008 (1.0); E-file and serve CNO re: 77th monthly fee app of BIR (.8) | 1.80 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 17, 2008
MATTER :  0066609-000011
INVOICE : 10119906

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08    6548

RE:  FEE APPLICATIONS, APPLICANT

| | | | |
|---|---|---|---|
| 05/28/08 TC | Reviewed draft fee application and approved same | | .70 |
| 05/29/08 MNF | E-file and serve 78th monthly fee app of BIR; scan and send same to fee auditor | | 1.00 |
| 05/30/08 MNF | Draft CNO re: 28th quarterly fee request of BIR (.4); e-file and serve CNO re: 28th Quarterly fee request of BIR(.8) | | 1.20 |

### T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | 1.60 | 824.00 |
| M. Flores | 175.00 | 10.10 | 1767.50 |
| TOTALS | | 11.70 | 2591.50 |

TOTAL FEES :                    2,591.50

TOTAL DUE  :                    2,591.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JUNE 17, 2008
MATTER : 0066609-000012
INVOICE : 10119907

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08   6548

RE:  FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 05/01/08 | TC | Reviewed draft cno prepared by keith martorana on kramer levin fee app issues; communication to keith with comments | .40 |
| 05/01/08 | TC | Call to ustrustee's office re meals limitation for fee applications | .20 |
| 05/01/08 | TC | Communication with kramer levin about call to ustrustee's office re meals limitation for fee applications | .20 |
| 05/01/08 | TC | Reviewed final certification of counsel with regard to kramer levin fee app issue; approved same | .40 |
| 05/01/08 | MNF | E-file and serve 79th fee app of Kramer Levin for March 2008; | .80 |
| 05/05/08 | TC | Reviewed final certification of counsel prepared by keith martorana and directed filing of same | .40 |
| 05/05/08 | MNF | E-file and serve COC re: February 2008 fee app of Kramer Levin | 1.00 |
| 05/07/08 | TC | Communications with keith martorana re cno for kramer levin february filings | .20 |
| 05/07/08 | TC | Reviewed cno for kramer levin february filings | .20 |
| 05/07/08 | TC | Conf with paralegal about cno for kramer levin february filings | .20 |

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 17, 2008
MATTER :  0066609-000012
INVOICE : 10119907

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08    6548

RE:  FEE APPLICATIONS, OTHERS

| | | | |
|---|---|---|---|
| 05/07/08 | TC | Checked fee application administrative procedures order to answer question by keith martorana | .40 |
| 05/07/08 | TC | Communications with keith martorana; reviewed revised cno; arranged schedule for filing same | .60 |
| 05/07/08 | MNF | Discuss filing of CNO for Feb fee app for Kramer Levin with TKDC | .30 |
| 05/12/08 | TC | Communication with kramer levin about their fee app cno; approved modified cno for filing | .20 |
| 05/12/08 | MNF | E-file and serve CNO re: Feb monthly fee app of Kramer Levin | 1.00 |
| 05/14/08 | MNF | Draft Notice re: 24th quarterly fee request of Kramer Levin (.4) E-file and serve 24th quarterly fee request of Kramer Levin (1.0) | 1.40 |
| 05/16/08 | TC | Reviewed kramer levin notice of quarterly fee apps, and approved same for filing; filed same | .30 |
| 05/21/08 | TC | Helped kramer levin with cno issue; reviewed our cno filing and filed same | .40 |
| 05/22/08 | TC | Question from keith martorana re kramer levin fee app | .30 |
| 05/22/08 | MNF | Review docket re: objections to 79th monthly fee app of Kramer Levin (.1); Draft CNO re: 79th monthly fee app of Kramer Levin(.4) email same to K. M. @ Kramer (.1) | .60 |
| 05/23/08 | MNF | E-file and serve CNO re: 79th monthly fee app of Kramer Levin | .80 |

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE   :   JUNE 17, 2008
MATTER :   0066609-000012
INVOICE :  10119907

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08   6548

RE:  FEE APPLICATIONS, OTHERS

| | | |
|---|---|---:|
| 05/29/08 TC | Reviewed fee examiner's report on lexecon and communicated about it to team counsel | .30 |
| 05/29/08 TC | Reviewed and approved cnos for our fees and kramer levins | .40 |
| 05/29/08 MNF | E-file and serve 80th monthly fee app of Kramer Levin | 1.00 |

### T I M E   S U M M A R Y
------------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | 5.10 | 2626.50 |
| M. Flores | 175.00 | 6.90 | 1207.50 |
| TOTALS | | 12.00 | 3834.00 |

TOTAL FEES :            3,834.00

TOTAL DUE  :            3,834.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :       JUNE 17, 2008
MATTER :   0066609-000014
INVOICE : 10119908

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08    6548

RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/27/08 | TC | Reviewed notice of agenda of matters scheduled for hearing | .40 |
| 05/29/08 | TC | Reviewed Order (MODIFIED) Denying Motion To Shorten and Motion to Continue Hearing set for June 2, 2008 (and court's handwritten addendum) | .20 |

### TIME SUMMARY

|              | RATE   | HOURS | TOTALS |
|--------------|--------|-------|--------|
| T. Currier   | 515.00 | .60   | 309.00 |
| TOTALS       |        | .60   | 309.00 |

TOTAL FEES :                              309.00

TOTAL DUE  :                              309.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JUNE 17, 2008
MATTER :  0066609-000015
INVOICE : 10119909

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 05/15/08 | TC | Reviewed libby designation of items for appeal | .10 |
| 05/15/08 | TC | Reviewed maryland casualty's counterdesignation of items for appeal | .10 |
| 05/15/08 | TC | Reviewed debtors designation of record and statement of issues on appeal | .20 |
| 05/15/08 | TC | Reviewed State of Montana's Objection to the Libby Claimant's Emergency Motion to Dissolve Stay Pending Appeal | .70 |
| 05/19/08 | TC | Reviewed Objection to the Canadian ZAI Claimants' Motion to Lift the Automatic Stay Filed by W.R. Grace & Co., et al | .40 |
| 05/19/08 | TC | Reviewed Debtors' Response and Objection to Motion of Mian Realty Regarding Applicability of the Automatic Stay Filed by W.R. Grace & Co., et al. | .80 |
| 05/27/08 | TC | Reviewed SETTLEMENT JUDGE'S REPORT | .10 |
| 05/27/08 | TC | Reviewed reply of libby claimants in district court action relating to bnsf | .70 |
| 05/29/08 | TC | Reviewed additional debtor exhibits in the zai bar date dispute | .80 |
| 05/29/08 | TC | Reviewed appeal brief of appellants (wrgrace) in the state of montana appeal to the district court | 1.20 |

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    JUNE 17, 2008
                                              MATTER :  0066609-000015
                                              INVOICE : 10119909

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08    6548

     RE:  LITIGATION AND LITIGATION CONSULTING


05/29/08 TC     Reviewed order denying appeal of anderson              .90
                memorial on class certification issue, and
                reviewed memorandum opinion analyzing same on
                numerosity grounds
```

```
                   T I M E   S U M M A R Y
                   -----------------------

                         RATE    HOURS        TOTALS
                         ----    -----        ------

T. Currier               515.00   6.00         3090.00
                TOTALS            6.00         3090.00


                TOTAL FEES :                          3,090.00

                TOTAL DUE  :                          3,090.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚭ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JUNE 17, 2008
MATTER : 0066609-001000
INVOICE : 10119910

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 05/31/08    6548

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 05/08/08 Photocopies M. Flores | 1.20 |
| 05/12/08 Photocopies M. Flores | 0.60 |
| 05/13/08 Photocopies M. Flores | 2.90 |
| 05/14/08 Photocopies M. Flores | 6.70 |
| 05/15/08 Photocopies M. Flores | 1.90 |
| 05/15/08 Messenger/Delivery Service - Parcels, Inc. Inv. #99762 | 5.00 |
| 05/20/08 Photocopies M. Flores | 2.80 |
| 05/28/08 Photocopies P. J. Duhig | 2.70 |
| 05/29/08 Photocopies M. Flores | 11.00 |

TOTAL EXPENSE ADVANCES :        34.80

TOTAL DUE   :        34.80

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA