# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: July 21, 2008 |
| | : | Hearing Date: TBD, if necessary |

## FEE DETAIL FOR DAY PITNEY LLP'S
## EIGHTY-THIRD INTERIM FEE APPLICATION FOR THE PERIOD
## FROM MAY 1, 2008 THROUGH MAY 31, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

83070313A01063008

# EXHIBIT A

EXHIBIT A

## FEES FOR THE FEE PERIOD MAY 1, 2008 THROUGH MAY 31, 2008[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | Description | | |
|---|---|---|---|
| 05/01/08<br>18 | Attention to filing of Quarterly Fee Application.<br>K. Piper | 0.1 | 33.50 |
| 05/06/08<br><br>3 | (Intercat) Correspondence from S. Whittier regarding Intercat's plan payment default and remedies; review stock warrant, plan, prior correspondence, and prepare correspondence to S. Whittier regarding Grace's rights and options; subsequent correspondence from and to S. Whittier.<br>S. Zuber | 1.3 | 624.00 |
| 05/07/08<br><br>13 | Correspondence from S. Whittier; further review of Plan, including Bankruptcy Court's retention of exclusive jurisdiction to enforce Plan; review additional payment obligations under Plan in years 4 - 8; call with S. Whittier regarding above and Grace's remedies; and prepare file memo.<br>S. Zuber | 0.7 | 336.00 |
| 05/19/08<br><br>3 | Review J. Posner request for assistance re disclosure update re environmental coverage litigation; work with A. Marchetta and S. Parker re same; preparation of updated disclosure; review file material re same.<br>B. Moffitt | 2.1 | 840.00 |
| 05/19/08<br>14 | Conducted searches and compiled documents needed to prepare response from J. Posner regarding the current status of insurance actions.<br>S. Parker | 0.3 | 45.00 |
| 05/19/08<br>14 | Worked with B. Moffitt regarding documents compiled needed to prepare response from J. Posner regarding the current status of insurance actions.<br>S. Parker | 0.2 | 30.00 |
| 05/19/08<br>14 | Worked with B. Moffitt regarding response to request from J. Posner regarding the current status of insurance actions.<br>S. Parker | 0.2 | 30.00 |
| 05/21/08 | Follow up re J. Posner request for assistance re disclosure update re environmental coverage litigation; work with A. Marchetta and S. Parker re | | |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

83070313A01061308

| Date | Description | | |
|---|---|---|---|
| 3 | same; prepare e-mail to L Sinyanan re same.<br>B. Moffitt | 0.7 | 280.00 |
| 05/21/08<br>14 | Worked with B. Moffitt re information needed to respond to L. Sinanyan's requests for additional information needed to prepare Disclosure Statement.<br>S. Parker | 0.2 | 30.00 |
| 05/21/08<br>14 | Conducted searches and retrieved current dockets and related orders needed to respond to L. Sinanyan's requests for additional information needed to prepare Disclosure Statement, forwarded same to B. Moffitt as requested.<br>S. Parker | 0.5 | 75.00 |
| 05/22/08<br>14 | Review and revise Day Pitney's April, 2008 fee application.<br>S. Zuber | 0.3 | 144.00 |
| 05/22/08<br>18 | Draft April 2008 fee application.<br>K. Piper | 2.2 | 737.00 |
| 05/23/08<br>3 | Follow up re J. Posner request for assistance re disclosure update re environmental coverage litigation; work with A. Marchetta re same; telephone call with L Sinyanan re same.<br>B. Moffitt | 0.3 | 120.00 |
| 05/27/08<br>14 | Supply information to client regarding statement on CNA case.<br>A. Marchetta | 0.4 | 248.00 |
| 05/27/08<br>3 | Conference call with A. Marchetta, S. Parker, F. Zaremby and Kirkland & Ellis counsel re assembling coverage information re settlement.<br>B. Moffitt | 0.8 | 320.00 |
| 05/27/08<br>18 | Revise April 2008 fee application.<br>K. Piper | 0.5 | 167.50 |
| 05/27/08<br>14 | Review various file indices from prior litigations to locate information responsive to client's request for asbestos related documentation and provide a status of this project to S. Parker.<br>D. Florence | 5.2 | 728.00 |
| 05/27/08<br>14 | Worked with A. Marchetta regarding preparation for conference call with client regarding additional information needed to respond to creditors' requests, and conducted searches, compiled file indices and reviewed same in preparation for same.<br>S. Parker | 1.2 | 180.00 |
| 05/27/08 | Participated in conference call with client, A. Marchetta and B. Moffitt re scope of additional information needed to respond to creditors' requests. | | |

3

| 14 | S. Parker | 0.4 | 60.00 |
|---|---|---|---|
| 05/27/08 | Conducted searches, compiled file indices and reviewed same to determine scope of files in our possession which are responsive to creditors' requests. | | |
| 14 | S. Parker | 4.4 | 660.00 |
| 05/28/08 | Follow-up regarding information requested by client for creditors; work with S. Parker regarding same. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| 05/28/08 | Follow up re J. Posner request for assistance re disclosure update re environmental coverage litigation; work with A. Marchetta and S. Parker re same; review Maryland Casualty settlement agreement re same and supplement disclosure. | | |
| 3 | B. Moffitt | 3.3 | 1,320.00 |
| 05/28/08 | Conducted searches, compiled file indices and reviewed same to determine scope of files in our possession which are responsive to creditors' requests. | | |
| 14 | S. Parker | 2.3 | 345.00 |
| 05/28/08 | Conducted searches and reviewed file documents to compile documents needed to prepare response to J. Posner's requests for additional information needed to prepare Disclosure Statement, and worked with B. Moffitt regarding same. | | |
| 14 | S. Parker | 0.9 | 135.00 |
| 05/29/08 | Follow up re work on indices and review insurance binder information. | | |
| 14 | A. Marchetta | 0.4 | 248.00 |
| 05/29/08 | Work with S. Parker re assembling information re insurance claims and notice letters for Kirkland and Ellis. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 05/29/08 | Conducted searches, compiled file indices, reviewed same and worked with D. Florence regarding revisions to same in order to determine scope of files in our possession which are responsive to creditors' requests. | | |
| 14 | S. Parker | 2.0 | 300.00 |
| 05/29/08 | Work with S. Parker reviewing file indices from prior litigation and cross reference same in order to update master indices with accurate information needed to respond to client's request for asbestos related matter documentation and update master indices to reflect the same. | | |
| 14 | D. Florence | 6.3 | 882.00 |
| 05/30/08 | Conducted searches, compiled file indices and reviewed same to determine scope of files in our possession which are responsive to creditors' requests. | | |

4

| | | | |
|---|---|---|---|
| 14 | S. Parker | 2.4 | 360.00 |

| | |
|---|---|
| 05/30/08 | Conducted searches and reviewed documents to compile documents needed to prepare response to L. Sinanyan's requests for additional information needed to prepare Disclosure Statement, and worked with B. Moffitt regarding same. |
| 14 | S. Parker       1.6       240.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 1.4 | 620.00 | 868.00 |
| S. Zuber | 14 | 0.7 | 480.00 | 336.00 |
| | 18 | 0.3 | 480.00 | 144.00 |
| | 3 | 1.3 | 480.00 | 624.00 |
| K. Piper | 18 | 2.8 | 335.00 | 938.00 |
| B. Moffitt | 3 | 7.4 | 400.00 | 2,960.00 |
| D. Florence | 14 | 11.5 | 140.00 | 1,610.00 |
| S. Parker | 14 | 16.6 | 150.00 | 2,490.00 |
| TOTAL | | 42.0 | | 9,970.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| | | | |
|---|---|---|---|
| 05/02/08 | Address settlement agreement execution issues. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |

| 05/08/08 | Address settlement issues. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 80.00 |

| 05/12/08 | Attention e-mails concerning execution of settlement agreements. | | |
|---|---|---|---|
| 14 | R. Rose | 0.1 | 49.50 |

| 05/12/08 | Memos to client to address Weja and Richards settlement agreement status. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.9 | 360.00 |

| 05/12/08 | Contact with Weja counsel on settlement agreement, NYS matter, and escrow issues. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.3 | 120.00 |

| 05/12/08 | Review materials on notice process from Kirkland. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 160.00 |

| 05/15/08 | Provide federal tax identification number to Weja counsel. | | |
|---|---|---|---|
| 14 | R. Rose | 0.1 | 49.50 |

5

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 05/16/08 | Review J. Borg memo on status of NY matter on Tiech and respond to same. | | | |
| 14 | | W. Hatfield | 0.2 | 80.00 |
| 05/16/08 | Preparation of numerous correspondence to W. Hatfield regarding fraudulent conveyance proceeding in Suffolk County. | | | |
| 3 | | J. Borg | 0.2 | 81.00 |
| 05/16/08 | Review/Analysis correspondence from W. Hatfield regarding Suffolk County action. | | | |
| 3 | | J. Borg | 0.1 | 40.50 |
| 05/22/08 | Telephone conference with Court regarding status of settlement agreement. | | | |
| 3 | | J. Borg | 0.2 | 81.00 |
| 05/22/08 | Preparation of correspondence to Court regarding status of settlement and adjournment. | | | |
| 3 | | J. Borg | 0.4 | 162.00 |
| 05/23/08 | Memo to J. Borg on NY action and status of Teich settlement. | | | |
| 14 | | W. Hatfield | 0.2 | 80.00 |
| 05/23/08 | Memos with Sunoco counsel on status of settlement approval. | | | |
| 14 | | W. Hatfield | 0.3 | 120.00 |
| 05/23/08 | Memos with Richards counsel on payment issues. | | | |
| 14 | | W. Hatfield | 0.2 | 80.00 |
| 05/23/08 | Preparation of correspondence to W. Hatfield regarding status of settlement. | | | |
| 3 | | J. Borg | 0.1 | 40.50 |
| 05/23/08 | Review/Analysis correspondence from W. Hatfield re status of settlement. | | | |
| 3 | | J. Borg | 0.1 | 40.50 |
| 05/28/08 | Review/Analysis numerous correspondence from W. Hatfield and K. Schwartz regarding status and deed re-conveying Southampton property to W. Teich. | | | |
| 3 | | J. Borg | 0.3 | 121.50 |
| 05/28/08 | Preparation of numerous correspondence to W. Hatfield and K. Schwartz regarding deed re-conveying Southampton property to W. Teich. | | | |
| 3 | | J. Borg | 0.6 | 243.00 |
| 05/29/08 | Memos with C. Miller on Richards settlement and carrier request. | | | |
| 14 | | W. Hatfield | 0.3 | 120.00 |

6

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 0.2 | 495.00 | 99.00 |
| W. Hatfield | 14 | 3.2 | 400.00 | 1,280.00 |
| J. Borg | 3 | 2.0 | 405.00 | 810.00 |
| TOTAL | | 5.4 | | 2,189.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| Date | Description | | | |
|---|---|---|---|---|
| 04/29/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded relevant documents to A. Marchetta and B. Moffitt. | | | |
| 14 | S. Parker | | 0.5 | 75.00 |
| 05/01/08 | Conducted searches of dockets of USDC-Delaware, Bankruptcy Court-Delaware and Third Circuit to retrieve documents pertaining to appeals, and forwarded same to A. Marchetta and B. Moffitt with brief summaries of same, and created docket entries reflecting deadlines referenced within same. | | | |
| 14 | S. Parker | | 1.0 | 150.00 |
| 05/08/08 | Work with B. Moffitt and follow up regarding letter to court and telephone call from Clerk regarding same. | | | |
| 14 | A. Marchetta | | 0.6 | 372.00 |
| 05/08/08 | Work with A. Marchetta re Judge Bongiovanni's request for status update; preparation of letter to Court re same; incorporate A. Marchetta's revisions re same and forward to D.A.G. Dickinson and co-counsel; work with S. Parker to confirm status of appeals. | | | |
| 3 | B. Moffitt | | 0.7 | 280.00 |
| 05/08/08 | Conducted searches of USDC-Delaware and Third Circuit dockets in order to confirm status of pending appeals as requested by B. Moffitt in order to prepare status update to Magistrate Judge Bongiovanni, and prepared email to B. Moffitt summarizing same. | | | |
| 14 | S. Parker | | 0.5 | 75.00 |
| 05/12/08 | Follow up re Judge Bongiovanni's request for status update; telephone call with D.A.G. Dickinson re same; finalize letter and forward same to Court. | | | |
| 3 | B. Moffitt | | 0.4 | 160.00 |
| 05/13/08 | Review e-mails re NJDEP request for extension of time. | | | |
| 3 | B. Moffitt | | 0.1 | 40.00 |

7

83070313A01061308

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 05/14/08 | Follow up with B. Moffitt regarding call to D.A.G. regarding possible settlement information. | | | |
| 14 | | A. Marchetta | 0.2 | 124.00 |
| 05/14/08 | Conference with B. Moffitt regarding information received from J. Dickinson and W. Corcoran. | | | |
| 3 | | J. O'Reilly | 0.2 | 105.00 |
| 05/14/08 | Phone conference with W. Corcoran regarding settlement discussion issue; Conference with B. Moffitt regarding same; Review e-mails; Call to J. Dickinson | | | |
| 3 | | J. O'Reilly | 0.5 | 262.50 |
| 05/14/08 | Review and respond to various e-mails re NJDEP extension request and re follow up regarding settlement offer to NJDEP; work with J. O'Reilly re same; telephone calls with D.A.G Dickinson and J. Baer re same. | | | |
| 3 | | B. Moffitt | 1.8 | 720.00 |
| 05/14/08 | Retrieved Order from Judge Bongiovanni and forwarded same to A. Marchetta and B. Moffitt, and created docket entry reflecting deadline referenced within same. | | | |
| 14 | | S. Parker | 0.3 | 45.00 |
| 05/14/08 | Worked with B. Moffitt regarding extension of deadline for NJDEP to file appellate brief, and created docket entry reflecting same. | | | |
| 14 | | S. Parker | 0.2 | 30.00 |
| 05/16/08 | Telephone call regarding extension on brief. | | | |
| 14 | | A. Marchetta | 0.2 | 124.00 |
| 05/16/08 | Review Order re extension of briefing schedule. | | | |
| 3 | | B. Moffitt | 0.3 | 120.00 |
| 05/19/08 | Miscellaneous review of statement and emails. | | | |
| 3 | | A. Marchetta | 0.3 | 186.00 |
| 05/19/08 | Work with B. Moffitt regarding information for client on insurance cases and revise same. | | | |
| 14 | | A. Marchetta | 0.4 | 248.00 |
| 05/19/08 | Worked with B. Moffitt regarding extension of time for NJDEP to file appellate brief and revised docket entry to reflect same. | | | |
| 14 | | S. Parker | 0.2 | 30.00 |
| 05/20/08 | Emails and follow up regarding information on litigation. | | | |

8

| Date | Description | Timekeeper | Hours | Fee |
|---|---|---|---|---|
| | 14 | A. Marchetta | 0.5 | 310.00 |
| 05/23/08 | Administer conference call with B. Moffitt and follow up regarding information; emails and follow up regarding Posner request regarding documents; work with B. Moffitt and S. Parker regarding same. | | | |
| | 3 | A. Marchetta | 1.0 | 620.00 |
| 05/27/08 | Prepare information on litigation for call with client; conference call with client and follow-up with S. Parker regarding same; review file information for searches by S. Parker. | | | |
| | 14 | A. Marchetta | 2.4 | 1,488.00 |
| 05/29/08 | Emails regarding statement. | | | |
| | 14 | A. Marchetta | 0.4 | 248.00 |
| 05/30/08 | Follow-up with B. Moffitt regarding response to letter regarding stay of scheduling order. | | | |
| | 14 | A. Marchetta | 0.8 | 496.00 |
| 05/30/08 | Emails and follow-up regarding statement and information for same. | | | |
| | 14 | A. Marchetta | 0.7 | 434.00 |
| 05/30/08 | Follow up re L. Sinanyan request for assistance re disclosure update re Hamilton plant site litigation; work with A. Marchetta and S. Parker re same. | | | |
| | 3 | B. Moffitt | 2.2 | 880.00 |
| 05/30/08 | Review NJDEP's appeal case information statement and concise statement and e-mail exchanges re same; confer with A. Marchetta and prepare e-mail to co-counsel re same. | | | |
| | 3 | B. Moffitt | 0.5 | 200.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 3 | 1.3 | 620.00 | 806.00 |
| | 14 | 6.2 | 620.00 | 3,844.00 |
| J. O'Reilly | 3 | 0.7 | 525.00 | 367.50 |
| B. Moffitt | 3 | 6.0 | 400.00 | 2,400.00 |
| S. Parker | 14 | 2.7 | 150.00 | 405.00 |
| TOTAL | | 16.9 | | 7,822.50 |

9

83070313A01061308

# EXHIBIT B

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD MAY 1, 2008 THROUGH MAY 31, 2008

Engagement Costs – CHAPTER 11 ADMINISTRATION

| | | |
|---|---|---|
| 04/25/08 | PACER Docket Searching and Retrieval | 10.96 |
| | Matter Total Engagement Cost | 10.96 |

Engagement Costs – WEJA, INC.

| | | |
|---|---|---|
| | Photocopying | 13.00 |
| | Matter Total Engagement Cost | 13.00 |

Engagement Costs – NJDEP v. W.R. GRACE ET AL.

| | | |
|---|---|---|
| 04/09/08 | PACER Docket Searching and Retrieval | 4.88 |
| | Photocopying | 2.40 |
| | Postage | 1.68 |
| | Matter Total Engagement Cost | 8.96 |

83070313A01061308

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: July 21, 2008 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

83070315A01063008

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey  
Dated: June 30, 2008

Respectfully submitted,  
DAY PITNEY LLP

Anthony J. Marchetta, Esq.  
(Mail) P.O. Box 1945  
Morristown, NJ 07962-1945  
(Delivery) 200 Campus Drive  
Florham Park, NJ 07932-0950