IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline: *July 21, 2008 at 4:00 pm*<br>Hearing Date: TBD only if necessary |

## SUMMARY OF APPLICATION OF FOLEY HOAG LLP
## FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
## OF EXPENSES AS COUNSEL TO W.R. GRACE & CO., ET AL. FOR THE
## INTERIM PERIOD FROM MAY 1, 2008–MAY 31, 2008

| | |
|---|---|
| Name of Applicant: | Foley Hoag LLP |
| Authorized to Provide Professional Services to: | W.R. Grace & Co.,<br>Debtors and Debtors-in-Possession |
| Date of Retention: | September 30, 2005, *nunc pro tunc* July 1, 2005 |
| Period for Which Compensation and Reimbursement is Sought: | May 1, 2008 through May 31, 2008 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation Sought as
Actual, Reasonable and Necessary:

$10,007.20 (80% of $12,509.00;
remaining 20% to be sought as part of
quarterly application)

Amount of Expense Reimbursement Sought
as Actual, Reasonable and Necessary:

$107.37

This is a __X__ monthly _____ quarterly __X__ interim _____ final application

The total time expended for fee application preparation is approximately __2.0__ hours and the
corresponding compensation requested is approximately __$420.00__.

Prior fee applications:

| Period Covered | Date Filed | Requested | | | Approved | | |
|---|---|---|---|---|---|---|---|
| | | Fees | | Expenses | Fees | | Expenses |
| 08/01/05 - 08/31/05 | 03/28/06 | $25,669.50 | | $ 34.55 | $25,669.50 | | $ 34.55 |
| 09/01/05 - 09/30/05 | 10/31/05 | $26,289.00 | | $ 11.64 | $26,289.00 | | $ 11.64 |
| 10/01/05 - 10/31/05 | 11/28/05 | $27,633.50 | | $ 355.67 | $27,633.50 | | $ 355.67 |
| 11/01/05 - 11/30/05 | 12/28/05 | $16,109.00 | | $ 18.91 | $16,109.00 | | $ 18.91 |
| 12/01/05 - 12/31/05 | 01/31/06 | $13,522.50 | | $ 3.50 | $13,522.50 | | $ 3.50 |
| 01/01/06 - 01/31/06 | 03/27/06 | $ 9,535.50 | | $ 49.85 | $ 9,535.50 | | $ 49.85 |
| 02/01/06 - 02/28/06 | 03/29/06 | $10,474.00 | | $ 42.75 | $10,474.00 | | $ 42.75 |
| 03/01/06 - 03/31/06 | 04/28/06 | $13,346.50 | | $ 48.42 | $13,346.50 | | $ 48.42 |
| 04/01/06 - 04/30/06 | 06/27/06 | $14,568.50 | | $ 2.24 | $14,568.50 | | $ 2.24 |
| 05/01/06 - 05/31/06 | 06/28/06 | $28,346.50 | | $ 219.20 | $28,346.50 | | $ 219.20 |
| 06/01/06 - 06/30/06 | 07/31/06 | $22,530.00 | | $ 24.92 | $22,530.00 | | $ 24.92 |
| 07/01/06 - 07/31/06 | 09/11/06 | $ 9,114.00 | | $      - | $ 9,114.00 | | $      - |
| 08/01/06 - 08/31/06 | 09/28/06 | $ 3,104.50 | | $ 119.61 | $ 3,104.50 | | $ 119.61 |
| 09/01/06 - 09/30/06 | 10/31/06 | $ 3,778.50 | | $ 26.52 | $ 3,778.50 | | $ 26.52 |

| Period Covered | Date Filed | Requested | | Approved | |
|---|---|---|---|---|---|
| | | Fees | Expenses | Fees | Expenses |
| 10/01/06 - 10/31/06 | 11/30/06 | $ 1,941.50 | $ - | $ 1,941.50 | $ - |
| 11/01/06 - 11/30/06 | 12/28/06 | $ 2,088.50 | $ 55.71 | $ 2,088.50 | $ 55.71 |
| 12/01/06 - 12/31/06 | 01/29/07 | $ 2,557.50 | $ - | $ 2,557.50 | $ - |
| 01/01/07 - 01/31/07 | 03/07/07 | $ 4,871.00 | $ 27.09 | $ 4,871.00 | $ 27.09 |
| 02/01/07 - 02/28/07 | 03/28/07 | $ 3,675.50 | $ 39.51 | $ 3,675.50 | $ 39.51 |
| 03/01/07 - 03/31/07 | 05/02/07 | $ 2,426.50 | $ 46.50 | $ 2,426.50 | $ 46.50 |
| 04/01/07 - 04/30/07 | 06/01/07 | $ 6,579.00 | $ - | $ 6,579.00 | $ - |
| 05/01/07 - 05/31/07 | 06/28/07 | $ 3,736.00 | $ 55.08 | $ 3,736.00 | $ 55.08 |
| 06/01/07 - 06/30/07 | 07/30/07 | $ 6,336.00 | $ 26.10 | $ 6,336.00 | $ 26.10 |
| 07/01/07 - 07/31/07 | 08/28/07 | $ 4,742.00 | $ 41.52 | $ 4,742.00 | $ 41.52 |
| 08/01/07 - 08/31/07 | 09/28/07 | $ 3,785.00 | $ 45.36 | $ 3,785.00 | $ 45.36 |
| 09/01/07 - 09/30/07 | 10/30/07 | $ 6,360.00 | $ 8.07 | $ 6,360.00 | $ 8.07 |
| 10/01/07 - 10/31/07 | 11/28/07 | $20,744.50 | $ 32.61 | $20,744.50 | $ 32.61 |
| 11/01/07 - 11/30/07 | 02/11/08 | $16,655.00 | $5,337.35 | $16,655.00 | $5,337.35 |
| 12/01/07 - 12/31/07 | 02/12/08 | $ 9,012.50 | $ 785.75 | $ 9,012.50 | $ 785.75 |
| 01/01/08 - 01/31/08 | 02/28/08 | $ 5,702.50 | $ 14.30 | $ 4,562.00* | $ 14.30 |
| 02/01/08 - 02/29/08 | 03/28/08 | $ 9,296.00 | $ 61.51 | $ 7,436.80* | $ 61.51 |
| 03/01/08 - 03/31/08 | 04/28/08 | $ 6,450.50 | $ 10.08 | $ 5,160.40* | $ 10.08 |
| 04/01/08 - 04/30/08 | 05/28/08 | $ 7,966.50 | $ - | $ 6,373.20* | $ - |

* 80% approved; remaining 20% sought or to be sought as part of quarterly application.

The Foley Hoag attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 19.4 | $ 10,961.00 |
| Adam P. Kahn | Partner | Environmental | $565.00 | 0.6 | $ 339.00 |
| Elisabeth M. DeLisle | Associate | Environmental | $410.00 | 2.4 | $ 984.00 |
| Elizabeth A. Rice | Paralegal | Bankruptcy | $225.00 | 1.0 | $ 225.00 |
| | | | | | |
| **TOTAL** | | | | 23.4 | $ 12,509.00 |

Summary of expenses incurred on behalf of the Debtors in these cases during the Fee Period:

| Description | May | |
|---|---|---|
| Telephone | $ | 9.45 |
| Photocopies | $ | 60.24 |
| Document Preparation | $ | 37.68 |
| | | |
| **TOTAL** | $ | 107.37 |

Respectfully submitted,

Adam P. Kahn (MA BBO # 561554)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2600
(617) 832-1000

Dated:  June 30, 2008

## RULE 2016-2(f) CERTIFICATION

I, Adam P. Kahn, have reviewed the requirements of Rule 2016-2 and certify that the

Summary of Application of Foley Hoag LLP for Compensation for Services Rendered and

Reimbursement of Expenses as Counsel to W.R. Grace & Co., et al., for the Interim Period from

May 1, 2008 through May 31, 2008 complies with the Rule.

Respectfully submitted,

Adam P. Kahn (MA BBO # 561554)
Foley Hoag LLP
Seaport World Trade Center West
155 Seaport Boulevard
Boston, MA  02210-2600
(617) 832-1000

Dated:  June 30, 2008