# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>         Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF MAY 1, 2008 THROUGH MAY 31, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 0.3 | $169.50 |
| | | | | | |
| **TOTAL** | | | | **0.3** | **$169.50** |

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 30, 2008
Invoice No.: 417400
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through May 31, 2008

|  |  |
|---|---|
| Fees | $169.50 |
| **Total Fees and Disbursements** | **$169.50** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 417400
June 30, 2008
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 05/05/08 | Jaffe | Emails with team regarding Northeast Area groundwater issues (0.3). | 0.3 |
| | | **Total Hours** | **0.3** |

Matter No.: 08743.00088
Re: Acton Site OU3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 0.3 |

| | |
|---|---|
| **Total Fees** | **$169.50** |

| | |
|---|---|
| **Total Fees** | **$169.50** |
| **Total Fees and Disbursements** | **$169.50** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

June 30, 2008
Invoice No.: 417400
Matter No.: 08743.00088

Re:  **Acton Site OU3**

**Total Fees and Disbursements**           <u>**$169.50**</u>

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 417400
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 100 - Woburn Lease Environmental Issues

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 1.9 | $1,073.50 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | **1.9** | **$1,073.50** |

### Expenses

| Description | Total |
|---|---|
| Telephone | $5.60 |
| Photocopies | $0.36 |
| Document Preparation | $37.68 |
|  |  |
| **TOTAL** | **$43.64** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 30, 2008
Invoice No.: 417401
Matter No.: 08743.00100

**Re:    Woburn Lease Environmental Issues**

For Professional Services rendered through May 31, 2008

| | |
|---|---|
| Fees | $1,073.50 |
| Disbursements | 43.64 |
| **Total Fees and Disbursements** | **$1,117.14** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 05/15/08 | Jaffe | Telephone calls with Ms. Duff regarding consent decree issues and review consent decree for same (0.7); review, revise, draft notice to court and letter to EPA and emails with client regarding same (0.6); telephone calls with Mr. Obradovic (0.2). | 1.5 |
| 05/20/08 | Jaffe | Telephone call to Ms. Muench (0.1); review consent decrees (0.2); emails with team regarding same (0.1). | 0.4 |
| | | **Total Hours** | **1.9** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 1.9 |

**Total Fees** $1,073.50

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 05/31/08 | Telephone | 5.60 |
| 05/31/08 | In-House Photocopying | 0.36 |
| 05/31/08 | Document Preparation | 37.68 |
| | **Total Disbursements** | **$43.64** |

| | |
|---|---|
| **Total Fees** | **$1,073.50** |
| **Total Disbursements** | **43.64** |
| **Total Fees and Disbursements** | **$1,117.14** |

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

June 30, 2008
Invoice No.: 417401
Matter No.: 08743.00100

**Re:    Woburn Lease Environmental Issues**

**Total Fees and Disbursements**           **$1,117.14**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00100, **Invoice #:** 417401
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 0.7 | $395.50 |
| Adam P. Kahn | Partner | Environmental | $565.00 | 0.6 | $339.00 |
| Elizabeth A. Rice | Paralegal | Bankruptcy | $225.00 | 1.0 | $225.00 |
| | | | | | |
| **TOTAL** | | | | **2.3** | **$959.50** |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $59.88 |
| | |
| **TOTAL** | **$59.88** |


**FOLEY**
**HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 30, 2008
Invoice No.: 417402
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through May 31, 2008

| | |
|---|---|
| Fees | $959.50 |
| Disbursements | 59.88 |
| **Total Fees and Disbursements** | **$1,019.38** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 05/07/08 | Jaffe | Prepare quarterly summaries (0.7). | 0.7 |
| 05/08/08 | Kahn | Attention to quarterly filing (0.6). | 0.6 |
| 05/14/08 | Rice | Review quarterly report and attention to filing same (0.5). | 0.5 |
| 05/28/08 | Rice | Review and arrange filing for monthly fee application (0.5). | 0.5 |
| | | **Total Hours** | **2.3** |

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Kahn | 0.6 |
| Rice | 1.0 |
| Jaffe | 0.7 |

**Total Fees** $959.50

## Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 05/31/08 | In-House Photocopying | 59.88 |

**Total Disbursements** $59.88

| | |
|---|---|
| **Total Fees** | $959.50 |
| **Total Disbursements** | 59.88 |
| **Total Fees and Disbursements** | **$1,019.38** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

June 30, 2008
Invoice No.: 417402
Matter No.: 08743.00101

**Re:  Bankruptcy Matters**

    **Total Fees and Disbursements**    **$1,019.38**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 417402
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 16.5 | $9,322.50 |
| Elisabeth M. DeLisle | Associate | Environmental | $410.00 | 2.4 | $984.00 |
| | | | | | |
| **TOTAL** | | | | 18.9 | $10,306.50 |

Expenses

| Description | Total |
|---|---|
| Telephone | $3.85 |
| | |
| **TOTAL** | **$3.85** |



# FOLEY
# HOAG LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

June 30, 2008
Invoice No.: 417403
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through May 31, 2008

| | |
|---|---:|
| Fees | $10,306.50 |
| Disbursements | 3.85 |
| **Total Fees and Disbursements** | **$10,310.35** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP          BOSTON          WASHINGTON, DC          www.foleyhoag.com

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| 05/19/08 | Jaffe | Review transmittal from Sanborn Head and telephone call with Mr. Bucens regarding same (0.4); emails with team regarding schedule and potential meetings with Covidien and EPA (0.3). | 0.7 |
| 05/20/08 | Jaffe | Review EPA Feasibility Study and telephone conference and emails with Grace and Covidien regarding same (3.3). | 3.3 |
| 05/21/08 | Jaffe | Emails with team (0.4). | 0.4 |
| 05/22/08 | Jaffe | Review EPA draft final Feasibility Study and emails with team regarding meeting with EPA (2.1). | 2.1 |
| 05/23/08 | Jaffe | Review EPA draft final Feasibility Study and emails with team regarding same (1.3). | 1.3 |
| 05/27/08 | Jaffe | Emails with Mr. Campbell and prepare for 5/29/08 meeting with EPA (0.6). | 0.6 |
| 05/28/08 | Jaffe | Prepare for 5/29/08 meeting with EPA and emails and telephone calls with team regarding same (1.6). | 1.6 |
| 05/29/08 | Jaffe | Meeting with EPA and DEP (2.5); meeting with Covidien to prepare for same (1.5); review Feasibility Study (0.6); emails with team regarding meetings (0.3). | 4.9 |
| 05/29/08 | DeLisle | Review and edit agreement and review comments on same per request of S. Jaffe (1.3). | 1.3 |
| 05/30/08 | DeLisle | Discussions with S. Jaffe, e-mail to S. Jaffe, review and edit Stipulation (1.1). | 1.1 |
| 05/30/08 | Jaffe | Review draft Covidien settlement and emails with team regarding same (0.7); emails with team regarding comments to EPA (0.9). | 1.6 |
| | | **Total Hours** | **18.9** |

### TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| DeLisle | 2.4 |
| Jaffe | 16.5 |

| | |
|---|---|
| **Total Fees** | $10,306.50 |

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 05/31/08 | Telephone | 3.85 |

| | |
|---|---|
| **Total Disbursements** | **$3.85** |

| | |
|---|---|
| **Total Fees** | $10,306.50 |
| **Total Disbursements** | 3.85 |
| **Total Fees and Disbursements** | $10,310.35 |

To ensure proper credit to your account,
please include remittance page with your payment.



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

June 30, 2008
Invoice No.: 417403
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

      **Total Fees and Disbursements**      **$10,310.35**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 417403
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP      BOSTON      WASHINGTON, DC      www.foleyhoag.com