## EXHIBIT A

**Business Operations (.40 Hours; $ 198.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jeffrey A. Liesemer | .40 | $495 | 198.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/23/08 | JAL | 495.00 | 0.40 | Review and analysis of Grace's motion to make minimum contributions to defined pension plans. |

**Total Task Code .03      .40**

**Case Administration (6.70 Hours; $ 2,913.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.10 | $840 | 924.00 |
| Trevor W. Swett | .50 | $660 | 330.00 |
| Rita C. Tobin | .80 | $530 | 424.00 |
| James P. Wehner | 1.00 | $475 | 475.00 |
| David B. Smith | 2.80 | $235 | 658.00 |
| Andrew D. Katznelson | .50 | $205 | 102.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/05/08 | TWS | 660.00 | 0.10 | Telephone call from R. Gray regarding LTL fee apps in Grace bankruptcy |
| 05/06/08 | PVL | 840.00 | 0.10 | Review 7 miscellaneous filings. |
| 05/06/08 | DBS | 235.00 | 0.20 | Research docket for specific fee applications. |
| 05/08/08 | RCT | 530.00 | 0.20 | Review docket and local counsel recommendations re EI update (.2) |
| 05/09/08 | PVL | 840.00 | 0.10 | Review 5 miscellaneous filings. |
| 05/14/08 | PVL | 840.00 | 0.20 | Review 8 miscellaneous filings (.1); review email (.1). |
| 05/16/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations re EI update (.2) |

| Date | Attorney | Rate | Hours | Description |
|---|---|---|---|---|
| 05/19/08 | PVL | 840.00 | 0.10 | Review 4 miscellaneous filings. |
| 05/20/08 | PVL | 840.00 | 0.10 | Review 9 miscellaneous filings. |
| 05/20/08 | ADK | 205.00 | 0.50 | Prepared all necessary materials for upcoming conference call for EI. |
| 05/21/08 | PVL | 840.00 | 0.10 | Review agenda. |
| 05/21/08 | DBS | 235.00 | 2.60 | Review and compile information for attorney use in response to fee auditor (1.1); compile settlement agreements from Sealed Air litigation for attorney review (1.5). |
| 05/23/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations re EI update (.2) |
| 05/23/08 | JPW | 475.00 | 0.50 | Update on LTC bankruptcy |
| 05/26/08 | PVL | 840.00 | 0.10 | Review e-mail and revised agenda. |
| 05/27/08 | PVL | 840.00 | 0.10 | Review 8 miscellaneous filings. |
| 05/28/08 | PVL | 840.00 | 0.10 | Review 5 miscellaneous filings. |
| 05/28/08 | TWS | 660.00 | 0.10 | Telephone conference with R. Gray re LTC |
| 05/29/08 | TWS | 660.00 | 0.30 | Review LTC invoice, and e-mail R. Gray re same, and e-mail to C&D team re same |
| 05/29/08 | JPW | 475.00 | 0.50 | Review draft bills for privilege issues (.4); meet with TWS re privilege issues (.1) |
| 05/30/08 | PVL | 840.00 | 0.10 | Review amended agenda. |
| 05/30/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations re EI update (.2) |

**Total Task Code .04        6.70**

**Claim Analysis Objection & Resolution (Asbestos) (4.10 Hours; $ 3,444.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

| Peter Van N. Lockwood | | | 4.10 | | $840 | 3,444.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/06/08 | PVL | 840.00 | 0.40 | Review appeal papers re Libby claimants appeal. |
| 05/13/08 | PVL | 840.00 | 0.90 | Review Manhattan Institute report. |
| 05/14/08 | PVL | 840.00 | 0.30 | Review Grace reply re Montana appeal (.1); review Grace opposition to appeal of BNSF order (.2). |
| 05/15/08 | PVL | 840.00 | 0.20 | Review Montana objection to Libby stay relief motion. |
| 05/16/08 | PVL | 840.00 | 0.10 | Review Canadian ZAI cls. obj to dismissal motion. |
| 05/18/08 | PVL | 840.00 | 0.10 | Review Hurford memo re 5/16 meeting and reply. |
| 05/19/08 | PVL | 840.00 | 0.70 | Review Can. ZAI cls. opposition to amended bar date motion (.6); review revised Hurford memo (.1). |
| 05/27/08 | PVL | 840.00 | 0.20 | Review email (.1); review amended ZAI bar date exhibits (.1). |
| 05/28/08 | PVL | 840.00 | 0.10 | Review PD committee continuance motion. |
| 05/29/08 | PVL | 840.00 | 0.80 | Review Everest statement re DOJ Libby settlement (.1); review opinion in Williams v. Am. Optical (.3); review Grace application brief re Montana injunction (.4). |
| 05/30/08 | PVL | 840.00 | 0.30 | Review Anderson class cert. opinion (.2); review Grace resp re PD committee ZAI bar date opposition (.1). |

**Total Task Code .05        4.10**


**Claim Analysis Objection & Resolution (Non-Asbestos) (2.60 Hours; $ 1,287.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jeffrey A. Liesemer | 2.60 | $495 | 1,287.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

| 05/19/08 | JAL | 495.00 | 0.20 | Review and analysis of M. Hurtford's memo re: proposed Libby environmental settlement. |
|---|---|---|---|---|
| 05/22/08 | JAL | 495.00 | 1.30 | Review and analysis of revised multi-site environmental settlement agreement and proposed order relating thereto. |
| 05/23/08 | JAL | 495.00 | 0.10 | Exchange of e-mails w/M. Hurford re: proposed multi-site environmental settlement agreement. |
| 05/27/08 | JAL | 495.00 | 1.00 | Review and analysis of as filed versions of multi-site environmental settlement agreement, related papers, and joinder of United States. |

**Total Task Code .06        2.60**


**Committee, Creditors', Noteholders' or Equity Holders' (2.50 Hours; $ 2,300.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.50 | $920 | 2,300.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/22/08 | EI | 920.00 | 2.50 | Prep for Committee (less Libby) call (1.0); Committee (less Libby) conf. call plus Dr. Welch (1.5). |

**Total Task Code .07        2.50**


**Employment Applications, Others (1.60 Hours; $ 1,029.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $840 | 84.00 |
| Bernard Bailor | 1.50 | $630 | 945.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/16/08 | PVL | 840.00 | 0.10 | Review UST objection re PJC retention. |

| 05/29/08 | BSB | 630.00 | 1.50 | Telephone call with Laura Welch, M.D. (0.2); review Weill data (1.3) |

**Total Task Code .10        1.60**


**Fee Applications, Applicant (11.90 Hours; $ 5,038.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $840 | 84.00 |
| Rita C. Tobin | 7.80 | $530 | 4,134.00 |
| Andrew D. Katznelson | 4.00 | $205 | 820.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/07/08 | RCT | 530.00 | 1.20 | Review prebills (1.2) |
| 05/12/08 | PVL | 840.00 | 0.10 | Review Sinclair memo. |
| 05/13/08 | RCT | 530.00 | 1.20 | Review exhibits (1.2) |
| 05/13/08 | ADK | 205.00 | 1.00 | Worked on fee application. |
| 05/14/08 | RCT | 530.00 | 1.00 | Review interim fee apps (1.0) |
| 05/15/08 | RCT | 530.00 | 2.00 | Obtain information for fee auditor (2.0) |
| 05/15/08 | ADK | 205.00 | 0.50 | Worked on fee applicaiton. |
| 05/20/08 | RCT | 530.00 | 1.20 | Address fee/expense issues (1.2) |
| 05/21/08 | RCT | 530.00 | 1.00 | Review monthly fee applications (1.0) |
| 05/21/08 | ADK | 205.00 | 1.00 | Worked on fee application. |
| 05/22/08 | ADK | 205.00 | 0.50 | Worked on fee application. |
| 05/29/08 | RCT | 530.00 | 0.20 | Review fee schedules for June (.2) |
| 05/29/08 | ADK | 205.00 | 0.50 | Preparation of fee and expense report for fee application exhibit. |
| 05/30/08 | ADK | 205.00 | 0.50 | Preparation of fee and expense report for fee applicaiton exhibit. |

**Total Task Code .12        11.90**


**Fee Applications, Others (.10 Hours; $ 84.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $840 | 84.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/08 | PVL | 840.00 | 0.10 | Review 4 fee applications. |


**Total Task Code .13        .10**


**Litigation and Litigation Consulting (11.50 Hours; $ 6,499.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Nathan D. Finch | 9.90 | $610 | 6,039.00 |
| Adam L. Vangrack | .80 | $320 | 256.00 |
| Todd E. Phillips | .80 | $255 | 204.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/08 | NDF | 610.00 | 2.50 | Work on TDP and Libby claimants issues. |
| 05/06/08 | NDF | 610.00 | 0.90 | Telephone conference with EI and ACM re Libby TDP issues (0.7); review draft TDP section re same (0.2). |
| 05/07/08 | NDF | 610.00 | 0.50 | Review TDP section re Libby exposure and edit same. |
| 05/07/08 | ALV | 320.00 | 0.20 | Review boxes for relevance of contents and to convey to storage. |

| 05/08/08 | NDF | 610.00 | 0.30 | Respond to ACM questions re Libby exposure issue. |
| 05/08/08 | ALV | 320.00 | 0.60 | Organize files. |
| 05/09/08 | NDF | 610.00 | 0.50 | Telephone conference with J. Heberling re Libby issue. |
| 05/09/08 | TEP | 255.00 | 0.80 | Legal research on substantive issue in Heyman action and confer with JPW re same. |
| 05/12/08 | NDF | 610.00 | 0.50 | Edit TDP, etc. re Libby issues. |
| 05/22/08 | NDF | 610.00 | 2.00 | Telephone conference with ACC re Libby re Libby TDP issues (1.6); prepare for same (0.4). |
| 05/26/08 | NDF | 610.00 | 0.50 | Review Welch email re PFT tests. |
| 05/27/08 | NDF | 610.00 | 0.50 | Review Welch materials re Libby claimants. |
| 05/28/08 | NDF | 610.00 | 0.90 | Review ZAI motions and memo to EI and PVNL re same. |
| 05/29/08 | NDF | 610.00 | 0.50 | Review and respond to emails re case issues. |
| 05/30/08 | NDF | 610.00 | 0.30 | Email to Heberling re Libby issues. |

**Total Task Code.16           11.50**

**Plan & Disclosure Statement (45.40 Hours; $ 28,994.00)**

| **Attorney** | **Number of Hours** | **Billing Rate** | **Value** |
|---|---|---|---|
| Elihu Inselbuch | 9.90 | $920 | 9,108.00 |
| Peter Van N. Lockwood | 2.00 | $840 | 1,680.00 |
| Ann C. McMillan | 19.10 | $580 | 11,078.00 |
| Jeffrey A. Liesemer | 14.40 | $495 | 7,128.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/01/08 | PVL | 840.00 | 0.10 | Review email and reply. |
| 05/01/08 | EI | 920.00 | 0.50 | Conf. Weitz and Cooney re: Libby and interest issues (.5). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 05/01/08 | ACM | 580.00 | 0.30 | Teleconference NDF re Committee's review of TDP; send NDF an e-mail re same. |
| 05/05/08 | EI | 920.00 | 0.10 | Review NDF draft letter (.1). |
| 05/06/08 | EI | 920.00 | 0.80 | Work on TDP issues (.3); t/c NDF and ACM re: same (.5). |
| 05/06/08 | ACM | 580.00 | 1.60 | Teleconference EI re Grace TDP; teleconference EI, NDF re same; revise TDP. |
| 05/07/08 | ACM | 580.00 | 4.80 | Revise Grace TDP; teleconference EI re same; teleconference NDF re same; teleconference M. Peterson re same. |
| 05/08/08 | ACM | 580.00 | 0.80 | Revise TDP; exchange e-mails with NDF re same. |
| 05/09/08 | ACM | 580.00 | 1.10 | Revise TDP. |
| 05/12/08 | EI | 920.00 | 0.30 | Reviewed Relles memo and NDF inquiry. |
| 05/14/08 | EI | 920.00 | 1.00 | Conf. Negotiating Subcommittee re: TDP. |
| 05/14/08 | ACM | 580.00 | 0.30 | Conference EI re TDP issues; exchange e-mails with NDF re same. |
| 05/15/08 | PVL | 840.00 | 0.80 | Teleconference Freedman re POR. |
| 05/15/08 | ACM | 580.00 | 0.30 | Exchange e-mails with NDF re Grace TDP. |
| 05/16/08 | PVL | 840.00 | 0.20 | Review revised TDP. |
| 05/16/08 | EI | 920.00 | 1.70 | T/c Hurford re: meeting with Grace (.2); conf. call ACM/NDF re: status (.5); memo to Committee re: Libby issues (1.0). |
| 05/16/08 | ACM | 580.00 | 3.30 | Teleconference EI, NDF re Grace TDP; teleconference M. Peterson re Committee call; review KB memos re restitution in connection with TDP; revise TDP; review NDF, EI memos re TDP issues. |
| 05/17/08 | ACM | 580.00 | 0.30 | Exchange e-mails with L. Welch, M. Peterson re Committee meeting. |
| 05/19/08 | PVL | 840.00 | 0.10 | Teleconference EI. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 05/19/08 | EI | 920.00 | 1.50 | Work with Hurford on report and recommendation re: settlement with USA. |
| 05/19/08 | JAL | 495.00 | 1.40 | Review and analysis of plan-related term sheet. |
| 05/20/08 | EI | 920.00 | 0.40 | T/c Peterson re: materials for Committee call (.2); t/c ACM re: Welch materials for call (.2). |
| 05/20/08 | ACM | 580.00 | 1.30 | Exchange emails w/L. Welch re Committee call; teleconference EI re same; reviewing Plan Draft. |
| 05/20/08 | JAL | 495.00 | 2.90 | Review and analysis of materials relating to formulation of Grace plan of reorganization. |
| 05/21/08 | EI | 920.00 | 0.70 | T/c Peterson re: his work for Committee meeting (.5); correspondence ACM re: Welch prep for call (.2). |
| 05/21/08 | ACM | 580.00 | 0.20 | Exchanging emails w/L. Welch re Committee call to discuss TDP issues. |
| 05/21/08 | JAL | 495.00 | 5.20 | Review and analysis of materials relating to drafting and negotiation of Grace plan and related documents. |
| 05/21/08 | JAL | 495.00 | 0.10 | Drafted e-mail to DBS re: agreements relating to Grace plan. |
| 05/22/08 | PVL | 840.00 | 0.50 | Teleconference EI re POR mtgs (.2); teleconference Freedman re same (.1); review Peterson memo re Libby claims (.1); review e-mail and reply re POR mtg (.1). |
| 05/22/08 | EI | 920.00 | 1.70 | T/c ACM/Peterson (.5); t/c ACM (.2); all re: TDP changes; t/c Frankel re: same (.2); t/cs and memo re: scheduling drafting session (.5); memos (.2); memo to Hurford re: pension motion (.1). |
| 05/22/08 | ACM | 580.00 | 2.50 | Teleconference EI, NDF and Committee re TDP issues; teleconference EI and M. Peterson re TDP values; revising TDP. |
| 05/22/08 | JAL | 495.00 | 0.10 | Drafted e-mail regarding meeting in New York to negotiate proposed plan of reorganization. |
| 05/22/08 | JAL | 495.00 | 2.90 | Review and analysis of materials relating to prep. and negotiation of proposed plan of reorganization. |
| 05/23/08 | EI | 920.00 | 0.90 | Meeting scheduling (.2); TDP blackline distribution (.7). |

| 05/23/08 | ACM | 580.00 | 2.30 | Teleconference EI re TDP issues; revising TDP; reviewing memorandums re same. |
| --- | --- | --- | --- | --- |
| 05/23/08 | JAL | 495.00 | 0.10 | Telephone call w/PVNL re: draft Joint Plan and term sheets. |
| 05/23/08 | JAL | 495.00 | 1.50 | Review and analysis of materials relating to prep. and negotiation of plan of reorganization. |
| 05/23/08 | JAL | 495.00 | 0.20 | Reviewed memo and related correspondence from EI re: draft TDP. |
| 05/26/08 | PVL | 840.00 | 0.20 | Review revised TDP and EI e-mail re same. |
| 05/27/08 | EI | 920.00 | 0.30 | Meeting set-up with Frankel/ACM to review TDP (.3). |
| 05/28/08 | PVL | 840.00 | 0.10 | Review email re POR. |

**Total Task Code .17       45.40**


**Relief from Stay Proceedings (.10 Hours; $ 84.00)**

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Peter Van N. Lockwood | .10 | $840 | 84.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
| --- | --- | --- | --- | --- |
| 05/20/08 | PVL | 840.00 | 0.10 | Review Grace objection to Mian lift stay motion. |

**Total Task Code.18       .10**


**Fee Auditor Matters (13.30 Hours; $ 7,049.00)**

| Attorney | Number of Hours | Billing Rate | Value |
| --- | --- | --- | --- |
| Rita C. Tobin | 13.30 | $530 | 7,049.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 05/05/08 | RCT | 530.00 | 1.50 | Work on fee report (1.5) |
| 05/09/08 | RCT | 530.00 | 0.50 | Obtain fee auditor information (.5) |
| 05/16/08 | RCT | 530.00 | 0.50 | Obtain information for fee auditor (.5) |
| 05/20/08 | RCT | 530.00 | 0.30 | Conference ADK re fee auditor response (.3) |
| 05/20/08 | RCT | 530.00 | 0.20 | Conference AWG re fee auditor response (.2) |
| 05/22/08 | RCT | 530.00 | 2.50 | Work on fee auditor response (2.5) |
| 05/27/08 | RCT | 530.00 | 0.80 | Work on response to fee auditor (.8) |
| 05/28/08 | RCT | 530.00 | 2.00 | Work on fee auditor reponse (2.0) |
| 05/29/08 | RCT | 530.00 | 3.50 | Draft response to Fee Auditor/formulate tables (3.0); TCs re Fee Auditor data (.5) |
| 05/30/08 | RCT | 530.00 | 1.50 | Work on Fee Auditor response (1.5) |

**Total Task Code .32     13.30**

<u>Other Charges</u>:

| | |
|---|---:|
| Air Freight & Express Mail | 38.11 |
| Charge of Cell and/or Home Phone Useage | 27.22 |
| Court Reporting/Transcript Service | 198.75 |
| Database Research | 449.36 |
| Long Distance-Equitrac In-House | 5.11 |
| Miscellaneous: Client Advances | 209.71 |
| NYO Long Distance Telephone | 1,671.64 |
| Outside Local Deliveries | 148.00 |
| Postage & Air Freight | 12.68 |
| Professional Fees & Expert Witness Fees | 25,835.87 |
| Research Material | 51.20 |
| Travel Expenses - Ground Transportation | 204.00 |
| Travel Expenses - Hotel Charges | 19,472.52 |
| Travel Expenses - LD Calls on Hotel Bill | 481.58 |
| Xeroxing | 217.20 |
| **Total:** | **$ 49,022.95** |