**EXHIBIT B**

**Business Operations (.40 Hours; $ 198.00)**

        Services rendered in this category pertain to the analysis and monitoring of the Debtor's business operations.

**Total Task Code .03          .40**

**Case Administration (6.70 Hours; $ 2,913.50)**

        Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04          6.70**

**Claim Analysis Objection & Resolution (Asbestos) (4.10 Hours; $ 3,444.00)**

        Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05          4.10**

**Claim Analysis Objection & Resolution (Non-Asbestos) (2.60 Hours; $ 1,287.00)**

        Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .06          2.60**

**Committee, Creditors', Noteholders' or Equity Holders' (2.50 Hours; $ 2,300.00)**

        Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his counsel.

**Total Task Code .07          2.50**

**Employment Applications, Others (1.60 Hours; $ 1,029.00)**

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10         1.60**


**Fee Applications, Applicant (11.90 Hours; $ 5,038.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12         11.90**


**Fee Applications, Others (.10 Hours; $ 84.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13         .10**


**Litigation and Litigation Consulting (11.50 Hours; $ 6,499.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16         11.50**


**Plan & Disclosure Statement (45.40 Hours; $ 28,994.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17         45.40**


**Relief from Stay Proceedings (.10 Hours; $ 84.00)**

Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .18         .10**
**Fee Auditor Matters (13.30 Hours; $ 7,049.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32**        13.30