**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 38.11 |
| Charge of Cell and/or Home Phone Useage | 27.22 |
| Court Reporting/Transcript Service | 198.75 |
| Database Research | 449.36 |
| Long Distance-Equitrac In-House | 5.11 |
| Miscellaneous: Client Advances | 209.71 |
| NYO Long Distance Telephone | 1,671.64 |
| Outside Local Deliveries | 148.00 |
| Postage & Air Freight | 12.68 |
| Professional Fees & Expert Witness Fees | 25,835.87 |
| Research Material | 51.20 |
| Travel Expenses - Ground Transportation | 204.00 |
| Travel Expenses - Hotel Charges | 19,472.52 |
| Travel Expenses - LD Calls on Hotel Bill | 481.58 |
| Xeroxing | 217.20 |
| **Total:** | **$ 49,022.95** |