| | | | |
|---|---|---|---|
| **Client Number:   4642** | Grace Asbestos Personal Injury Claimants | | Page: 1 |
| **Matter       000** | **Disbursements** | | 6/19/2008 |

Print Date/Time: 06/19/2008 10:45:51AM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 5/31/2008

**Matter       000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 5/29/2008 | 13,655 |

Client Retainers Available         $3,181.68         Committed to Invoices:     $0.00     Remaining:     $3,181.68

Total Expenses Billed To Date     $3,012,213.32

Billing Empl:         0120     Elihu  Inselbuch
Responsible Empl:     0120     Elihu  Inselbuch
Alternate Empl:       0120     Elihu  Inselbuch
Originating Empl:     0120     Elihu  Inselbuch

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0001 | BSB | Bernard  Bailor | 0.00 | -1,081.70 | 0.00 | -1,081.70 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 186.01 | 0.00 | 186.01 |
| 0187 | NDF | Nathan D Finch | 0.00 | 27,482.47 | 0.00 | 27,482.47 |
| 0191 | ACM | Ann C McMillan | 0.00 | 0.40 | 0.00 | 0.40 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 11.40 | 0.00 | 11.40 |
| 0227 | RH | Roxana  Healy | 0.00 | 4.00 | 0.00 | 4.00 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 2.40 | 0.00 | 2.40 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 3.00 | 0.00 | 3.00 |
| 0308 | DBS | David B Smith | 0.00 | 78.58 | 0.00 | 78.58 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 27.40 | 0.00 | 27.40 |
| 0334 | JPW | James P Wehner | 0.00 | 0.60 | 0.00 | 0.60 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 22,308.39 | 0.00 | 22,308.39 |
| **Total Fees** | | | **0.00** | **49,022.95** | **0.00** | **49,022.95** |

**Detail Time / Expense  by  Date**

---------- A C T U A L ----------         ---------- B I L L I N G ---------

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 6/19/2008 |

Print Date/Time: 06/19/2008 10:45:51AM

Attn:

| TransNo. | Description | TransType | Trans Date | Work Empl | | Rate | Hours | Amount | Rate | Hours | Amount | Invoice # Cumulative |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2228763 | NYO color copier copies in April | E | 05/02/2008 | 0999 | C&D | | 0.00 | $4.20 | | 0.00 | $4.20 | 4.20 |
| 2232741 | Photocopy | E | 05/05/2008 | 0220 | SKL | | 0.00 | $0.30 | | 0.00 | $0.30 | 4.50 |
| 2232785 | Photocopy | E | 05/05/2008 | 0999 | C&D | | 0.00 | $2.10 | | 0.00 | $2.10 | 6.60 |
| 2232807 | Photocopy | E | 05/05/2008 | 0220 | SKL | | 0.00 | $0.20 | | 0.00 | $0.20 | 6.80 |
| 2232811 | Photocopy | E | 05/05/2008 | 0308 | DBS | | 0.00 | $2.00 | | 0.00 | $2.00 | 8.80 |
| 2233196 | Equitrac - Long Distance to 2124221500 | E | 05/06/2008 | 0999 | C&D | | 0.00 | $0.05 | | 0.00 | $0.05 | 8.85 |
| 2232095 | Federal Express to Katherine Hemming from EI on 4/23 | E | 05/06/2008 | 0120 | EI | | 0.00 | $6.48 | | 0.00 | $6.48 | 15.33 |
| 2232391 | Federal Express to Daphne Greve from EI on 4/15 | E | 05/07/2008 | 0120 | EI | | 0.00 | $20.34 | | 0.00 | $20.34 | 35.67 |
| 2233235 | Equitrac - Long Distance to 8054993572 | E | 05/07/2008 | 0999 | C&D | | 0.00 | $0.42 | | 0.00 | $0.42 | 36.09 |
| 2233236 | Equitrac - Long Distance to 8054993572 | E | 05/07/2008 | 0999 | C&D | | 0.00 | $0.14 | | 0.00 | $0.14 | 36.23 |
| 2233239 | Equitrac - Long Distance to 2123199240 | E | 05/07/2008 | 0999 | C&D | | 0.00 | $0.05 | | 0.00 | $0.05 | 36.28 |
| 2233246 | Equitrac - Long Distance to 2125889689 | E | 05/07/2008 | 0999 | C&D | | 0.00 | $0.23 | | 0.00 | $0.23 | 36.51 |
| 2232931 | Photocopy | E | 05/07/2008 | 0220 | SKL | | 0.00 | $0.20 | | 0.00 | $0.20 | 36.71 |
| 2232989 | Photocopy | E | 05/07/2008 | 0220 | SKL | | 0.00 | $0.80 | | 0.00 | $0.80 | 37.51 |
| 2233009 | Photocopy | E | 05/08/2008 | 0220 | SKL | | 0.00 | $3.10 | | 0.00 | $3.10 | 40.61 |
| 2232459 | Business Card; SAEInternational and NTIS publications ordered by the Library | E | 05/08/2008 | 0999 | C&D | | 0.00 | $121.73 | | 0.00 | $121.73 | 162.34 |
| 2232463 | Business Card  Book purchased by DBS requested | E | 05/08/2008 | 0308 | DBS | | 0.00 | $72.98 | | 0.00 | $72.98 | 235.32 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter   000 | | Disbursements | | | | | | | | 6/19/2008 |

Print Date/Time: 06/19/2008 10:45:51AM

Attn:

Invoice #

by NDF to be used at estimation hearing

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2232464 | Business Card   Omni Hotel in Pittsburgh during trial on 3/18 ($10757.02) on 4/7 ($7096,93) and on 4/14 ($1618.57) | E | 05/08/2008 | 0999 | C&D | 0.00 | $19,472.52 | 0.00 | $19,472.52 | 19,707.84 |
| 2232472 | Laura S. Welch;  REview of Libby pleural disease and TDP | E | 05/08/2008 | 0187 | NDF | 0.00 | $4,400.00 | 0.00 | $4,400.00 | 24,107.84 |
| 2232481 | George Washington University;  advances in environmental measurement methods for asbestos ASTM publication | E | 05/08/2008 | 0999 | C&D | 0.00 | $15.00 | 0.00 | $15.00 | 24,122.84 |
| 2232484 | Elite Limousine  car service for NDF to LaGuardia airport following NY meetings on 4/16 | E | 05/08/2008 | 0187 | NDF | 0.00 | $56.10 | 0.00 | $56.10 | 24,178.94 |
| 2232489 | Elite Limousine car service for EI from LaGuarida airport to 57th Street on 3/26 | E | 05/08/2008 | 0120 | EI | 0.00 | $51.00 | 0.00 | $51.00 | 24,229.94 |
| 2232490 | Elite Limousine car service for EI to LaGuardia airport on 3/30 | E | 05/08/2008 | 0120 | EI | 0.00 | $56.10 | 0.00 | $56.10 | 24,286.04 |
| 2232491 | Elite Limousine car service for EI from Penn station to 57th Street on 4/2 | E | 05/08/2008 | 0120 | EI | 0.00 | $40.80 | 0.00 | $40.80 | 24,326.84 |
| 2232498 | Pacer Service;  Usage for the period January 1 thru March 31, 2008 | E | 05/08/2008 | 0999 | C&D | 0.00 | $51.20 | 0.00 | $51.20 | 24,378.04 |
| 2232521 | Evans Reporting;  Deposition ofLeroy Balzar | E | 05/08/2008 | 0999 | C&D | 0.00 | $198.75 | 0.00 | $198.75 | 24,576.79 |
| 2233442 | Postage | E | 05/09/2008 | 0999 | C&D | 0.00 | $12.26 | 0.00 | $12.26 | 24,589.05 |
| 2234049 | Photocopy | E | 05/12/2008 | 0220 | SKL | 0.00 | $2.50 | 0.00 | $2.50 | 24,591.55 |
| 2234147 | Photocopy | E | 05/13/2008 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 24,591.95 |
| 2233936 | Discovery Works Legal;  5/8/08 work order | E | 05/13/2008 | 0187 | NDF | 0.00 | $11,537.29 | 0.00 | $11,537.29 | 36,129.24 |
| 2234616 | NYO Long Distance Telephone/Conference Calls for 3/1/08-3/31/08: Conference Call with Neg. Subcomm., EI, Franke Austern, Peterson, Kimble, Biggs on 2/29/08 | E | 05/14/2008 | 0999 | C&D | 0.00 | $883.20 | 0.00 | $883.20 | 37,012.44 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
| Matter | 000 | Disbursements | | | | | | | | 6/19/2008 |

Print Date/Time: 06/19/2008 10:45:51AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2234628 | NYO Long Distance Telephone/Conference Calls for 3/1/08-3/31/08: EI & Subcommittee re: Negotiations on 3/20/08 | E | 05/14/2008 | 0999 | C&D | 0.00 | $121.44 | 0.00 | $121.44 | 37,133.88 |
| 2234632 | Reprints Desk;   Single document delivery | E | 05/14/2008 | 0999 | C&D | 0.00 | $148.00 | 0.00 | $148.00 | 37,281.88 |
| 2235084 | Photocopy | E | 05/15/2008 | 0999 | C&D | 0.00 | $32.80 | 0.00 | $32.80 | 37,314.68 |
| 2235091 | Photocopy | E | 05/15/2008 | 0237 | SRB | 0.00 | $3.00 | 0.00 | $3.00 | 37,317.68 |
| 2235386 | Equitrac - Long Distance to 2124464934 | E | 05/15/2008 | 0999 | C&D | 0.00 | $1.56 | 0.00 | $1.56 | 37,319.24 |
| 2235398 | Equitrac - Long Distance to 2123199240 | E | 05/16/2008 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 37,319.84 |
| 2235230 | Photocopy | E | 05/16/2008 | 0220 | SKL | 0.00 | $3.10 | 0.00 | $3.10 | 37,322.94 |
| 2235236 | Photocopy | E | 05/16/2008 | 0232 | LK | 0.00 | $0.80 | 0.00 | $0.80 | 37,323.74 |
| 2235244 | Photocopy | E | 05/16/2008 | 0232 | LK | 0.00 | $0.70 | 0.00 | $0.70 | 37,324.44 |
| 2235452 | NYO Long Distance Telephone and Conference Calls for 4/1/08-4/30/08: Committee Conf. Call on 4/4 | E | 05/19/2008 | 0999 | C&D | 0.00 | $640.32 | 0.00 | $640.32 | 37,964.76 |
| 2235453 | NYO Long Distance Telephone and Conference Calls for 4/1/08-4/30/08: Conf. Call with EI, NDF, et al. re: Hearing on 4/4 | E | 05/19/2008 | 0999 | C&D | 0.00 | $26.68 | 0.00 | $26.68 | 37,991.44 |
| 2236275 | Photocopy | E | 05/19/2008 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 37,991.74 |
| 2236576 | Photocopy | E | 05/21/2008 | 0308 | DBS | 0.00 | $3.60 | 0.00 | $3.60 | 37,995.34 |
| 2236582 | Photocopy | E | 05/21/2008 | 0317 | JAL | 0.00 | $6.30 | 0.00 | $6.30 | 38,001.64 |
| 2238010 | Photocopy | E | 05/22/2008 | 0999 | C&D | 0.00 | $10.20 | 0.00 | $10.20 | 38,011.84 |
| 2238037 | Photocopy | E | 05/22/2008 | 0317 | JAL | 0.00 | $6.10 | 0.00 | $6.10 | 38,017.94 |
| 2238039 | Photocopy | E | 05/22/2008 | 0317 | JAL | 0.00 | $5.90 | 0.00 | $5.90 | 38,023.84 |
| | | | | | JPW | | | | | |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter   000 | | Disbursements | | | | | | | | 6/19/2008 |

Print Date/Time: 06/19/2008 10:45:51AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2238046 | Photocopy | | E | 05/22/2008 | 0334 | | 0.00 | $0.40 | 0.00 | $0.40 | 38,024.24 |
| 2238050 | Photocopy | | E | 05/22/2008 | 0334 | JPW | 0.00 | $0.20 | 0.00 | $0.20 | 38,024.44 |
| 2238056 | Photocopy | | E | 05/22/2008 | 0317 | JAL | 0.00 | $2.80 | 0.00 | $2.80 | 38,027.24 |
| 2238091 | Photocopy | | E | 05/23/2008 | 0191 | ACM | 0.00 | $0.40 | 0.00 | $0.40 | 38,027.64 |
| 2238122 | Photocopy | | E | 05/23/2008 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 38,028.04 |
| 2238144 | Photocopy | | E | 05/23/2008 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 38,028.94 |
| 2238320 | Equitrac - Long Distance to 2123199240 | | E | 05/23/2008 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 38,029.14 |
| 2238150 | Photocopy | | E | 05/24/2008 | 0227 | RH | 0.00 | $2.00 | 0.00 | $2.00 | 38,031.14 |
| 2238158 | Photocopy | | E | 05/27/2008 | 0220 | SKL | 0.00 | $0.40 | 0.00 | $0.40 | 38,031.54 |
| 2238166 | Photocopy | | E | 05/27/2008 | 0999 | C&D | 0.00 | $66.40 | 0.00 | $66.40 | 38,097.94 |
| 2238202 | Photocopy | | E | 05/27/2008 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 38,098.14 |
| 2238247 | Photocopy | | E | 05/27/2008 | 0317 | JAL | 0.00 | $6.30 | 0.00 | $6.30 | 38,104.44 |
| 2238357 | Equitrac - Long Distance to 8054993572 | | E | 05/27/2008 | 0999 | C&D | 0.00 | $0.49 | 0.00 | $0.49 | 38,104.93 |
| 2238361 | Equitrac - Long Distance to 8054993572 | | E | 05/27/2008 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 38,105.04 |
| 2237806 | Discovery Works Legal;  Trail support (ordered 3/28/08) | | E | 05/27/2008 | 0187 | NDF | 0.00 | $5,980.28 | 0.00 | $5,980.28 | 44,085.32 |
| 2237811 | Federal Express to Hemming from EI on 5/15 | | E | 05/27/2008 | 0120 | EI | 0.00 | $11.29 | 0.00 | $11.29 | 44,096.61 |
| 2238408 | MAS, LLC;  Cancellation fee for trial testimony, Dr. Longo | | E | 05/28/2008 | 0187 | NDF | 0.00 | $5,000.00 | 0.00 | $5,000.00 | 49,096.61 |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter  000 | | Disbursements | | | | | | | | 6/19/2008 |

Print Date/Time: 06/19/2008 10:45:51AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2239168 | NDF; Travel expenses for NDF and JMR in London on 5/18-24; Participated in conference call for Grace while in London | E | 05/29/2008 | 0187 | NDF | 0.00 | $481.58 | 0.00 | $481.58 | 49,578.19 |
| 2239195 | Premiere Global Service for confeence calls made by NDF on 4/17 | E | 05/29/2008 | 0187 | NDF | 0.00 | $27.22 | 0.00 | $27.22 | 49,605.41 |
| 2239650 | Photocopy | E | 05/29/2008 | 0999 | C&D | 0.00 | $44.40 | 0.00 | $44.40 | 49,649.81 |
| 2239864 | Postage | E | 05/30/2008 | 0999 | C&D | 0.00 | $0.42 | 0.00 | $0.42 | 49,650.23 |
| 2241570 | Photocopy | E | 05/30/2008 | 0227 | RH | 0.00 | $2.00 | 0.00 | $2.00 | 49,652.23 |
| 2241340 | Equitrac - Long Distance to 8054993572 | E | 05/30/2008 | 0999 | C&D | 0.00 | $0.95 | 0.00 | $0.95 | 49,653.18 |
| 2241429 | Equitrac - Long Distance to 8054993572 | E | 05/31/2008 | 0999 | C&D | 0.00 | $0.31 | 0.00 | $0.31 | 49,653.49 |
| 2241641 | Photocopy | E | 05/31/2008 | 0999 | C&D | 0.00 | $1.80 | 0.00 | $1.80 | 49,655.29 |
| 2241682 | Database Research/Lexis Charges for 5/1/08-5/31/08 By: TEP on 5/9 | E | 05/31/2008 | 0999 | C&D | 0.00 | $119.75 | 0.00 | $119.75 | 49,775.04 |
| 2244253 | Database Research Westlaw by JPW on May 19-22 | E | 05/31/2008 | 0999 | C&D | 0.00 | $15.81 | 0.00 | $15.81 | 49,790.85 |
| 2244254 | Database Research Westlaw by JAL on May 21 | E | 05/31/2008 | 0999 | C&D | 0.00 | $260.91 | 0.00 | $260.91 | 50,051.76 |
| 2244295 | Database Research Westlaw by ALV on May 19 | E | 05/31/2008 | 0999 | C&D | 0.00 | $52.89 | 0.00 | $52.89 | 50,104.65 |
| 2240300 | VOID and DELETED Check from CheckRec - The Globe Group; Investingating education credentials of a doctor | E | 05/31/2008 | 0001 | BSB | 0.00 | -$1,081.70 | 0.00 | -$1,081.70 | 49,022.95 |

**Total Expenses**

|  |  |  |  |
|---|---|---|---|
|  | $49,022.95 |  | $49,022.95 |
| 0.00 |  | 0.00 |  |
| Matter Total Fees |  | 0.00 | 0.00 |
| Matter Total Expenses |  | 49,022.95 | 49,022.95 |
| Matter Total | 0.00 | 49,022.95 | 0.00 | 49,022.95 |
|  |  |  |  |
| Prebill Total Fees |  |  |  |
| Prebill Total Expenses |  | $49,022.95 | $49,022.95 |
| Prebill Total | 0.00 | $49,022.95 | 0.00 | $49,022.95 |

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|---|
| Matter | 000 | Disbursements | 6/19/2008 |

Print Date/Time: 06/19/2008 10:45:51AM

Attn:

Invoice #

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 60,664 | 11/29/2007 | 665,174.50 | 133,034.90 |
| 61,283 | 12/21/2007 | 530,168.50 | 106,033.70 |
| 61,476 | 01/24/2008 | 678,109.50 | 135,621.90 |
| 61,925 | 02/25/2008 | 918,478.75 | 183,695.75 |
| 62,322 | 03/24/2008 | 497,631.50 | 99,526.30 |
| 62,687 | 04/23/2008 | 773,798.25 | 154,759.65 |
| 63,204 | 05/29/2008 | 635,861.55 | 635,861.55 |
| | | 5,808,262.80 | 1,484,144.17 |