```
Date: 06/30/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                      Page 1


                  W. R. Grace, Inc. % Elihu Inselbuch
                  Caplin & Drysdale
                  399 Park Avenue, 27th Floor
                  New York, New York 10022


Date/Slip# Description                                   HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
05/01/08  Peterson  / (07) Committee, Creditors'            2.8      2240.00
#4401     review correspondence re: Libby claims; telephone 800.00
          Finch re: same 0.4

05/07/08  Relles    / (07) Committee, Creditors'            2.0       950.00
#4603     analyze Heberling data, prepare memo for Finch   475.00

05/08/08  Relles    / (07) Committee, Creditors'            2.3      1092.50
#4605     do additional analysis of Libby cases, update memo 475.00
          to Finch

05/09/08  Relles    / (07) Committee, Creditors'            0.8       380.00
#4608     work on Inselbuch request for summaries by state 475.00

05/09/08  Relles    / (07) Committee, Creditors'            1.3       617.50
#4609     work on Inselbuch request for other additional   475.00
          summaries

05/12/08  Peterson  / (07) Committee, Creditors'            1.0       800.00
#4413     review data on Libby claims in response to Finch 800.00
          questions

05/12/08  Relles    / (07) Committee, Creditors'            1.8       855.00
#4610     respond to Finch questions about Libby claimants 475.00

05/22/08  Peterson  / (07) Committee, Creditors'            0.5       400.00
#4429     participate in committee conference call         800.00

05/22/08  Relles    / (07) Committee, Creditors'            0.7       332.50
#4615     telephone Garbowski (several calls) re: insurance 475.00
          allocation runs

05/22/08  Relles    / (07) Committee, Creditors'            2.6      1235.00
#4617     update Trust simulations for Inselbuch           475.00

05/27/08  Peterson  / (07) Committee, Creditors'            0.3       240.00
#4437     telephone Relles and Garbowski re: insurance     800.00
          analysis

05/27/08  Relles    / (07) Committee, Creditors'            0.3       142.50
#4620     telephone Peterson and Garbowski re: insurance   475.00
          analysis
```

```
Date: 06/30/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 2

            W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
 05/27/08  Relles   / (07) Committee, Creditors'        0.6     285.00
 #4621     prepare and send spreadsheet to Garbowski   475.00

 05/30/08  Relles   / (07) Committee, Creditors'        0.2      95.00
 #4624     telephone Garbowski re: insurance analysis  475.00
```

```
Date: 06/30/08           Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 3

          W. R. Grace


Date/Slip# Description                                 HOURS/RATE   AMOUNT
-----------------------------------------------------------------------------
05/01/08  Peterson  / (16) Plan and Disclosure Statement    1.9   1520.00
#4402     work on TDP criteria; review EPA report          800.00

05/02/08  Peterson  / (16) Plan and Disclosure Statement    3.4   2720.00
#4403     work on TDP criteria; review EPA report          800.00

05/04/08  Peterson  / (16) Plan and Disclosure Statement    3.2   2560.00
#4405     review TDP and related documents                 800.00

05/08/08  Peterson  / (16) Plan and Disclosure Statement    3.2   2560.00
#4410     review latest TDP and related data analyses      800.00

05/08/08  Peterson  / (16) Plan and Disclosure Statement    1.4   1120.00
#4411     analyses of TDP issues re: IR claims values      800.00

05/09/08  Peterson  / (16) Plan and Disclosure Statement    4.8   3840.00
#4412     analyses of TDP issues re: IR claims values; draft 800.00
          memo for Inselbuch

05/12/08  Peterson  / (16) Plan and Disclosure Statement    2.7   2160.00
#4414     respond to Rice TDP questions                    800.00

05/19/08  Peterson  / (16) Plan and Disclosure Statement    1.7   1360.00
#4421     review current TDP draft                         800.00

05/20/08  Peterson  / (16) Plan and Disclosure Statement    1.2    960.00
#4423     review data on Libby settlements; work on TDP    800.00
          parameters

05/20/08  Peterson  / (16) Plan and Disclosure Statement    2.5   2000.00
#4424     review revised TDP draft and Inselbuch memo      800.00

05/20/08  Relles    / (16) Plan and Disclosure Statement    1.2    570.00
#4612     develop TDP parameters for Libby claimants       475.00

05/21/08  Peterson  / (16) Plan and Disclosure Statement    5.3   4240.00
#4427     draft memo on forecast of liabilities for Libby  800.00
          claims under proposed TDP

05/21/08  Relles    / (16) Plan and Disclosure Statement    1.7    807.50
#4613     work on TDP for Libby claimants                  475.00

05/22/08  Peterson  / (16) Plan and Disclosure Statement    1.2    960.00
#4428     review Libby data and TDP for conference call    800.00
```

```
Date: 06/30/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 4

          W. R. Grace


Date/Slip# Description                                  HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
05/02/08  Peterson  / (28) Data Analysis                      0.3    240.00
#4404     telephone Relles re: Libby settlement values      800.00

05/02/08  Relles    / (28) Data Analysis                      0.3    142.50
#4601     review letter to Libby attorneys                  475.00

05/02/08  Relles    / (28) Data Analysis                      0.3    142.50
#4602     telephone Peterson re: Libby settlement values    475.00

05/07/08  Peterson  / (28) Data Analysis                      0.5    400.00
#4406     review Grace Answers to Libby Claimant's          800.00
          interrogatories

05/07/08  Peterson  / (28) Data Analysis                      1.3   1040.00
#4407     review Libby data                                 800.00

05/07/08  Relles    / (28) Data Analysis                      1.0    475.00
#4604     review interrogatories, attempt to match names in 475.00
          exhibit to history data

05/08/08  Peterson  / (28) Data Analysis                      1.4   1120.00
#4408     review information and revised memo re: Libby cases 800.00

05/08/08  Peterson  / (28) Data Analysis                      0.2    160.00
#4409     telephone Relles re: punitive damages summaries by 800.00
          state

05/08/08  Relles    / (28) Data Analysis                      0.6    285.00
#4606     develop list of Libby settling claimants          475.00

05/08/08  Relles    / (28) Data Analysis                      0.5    237.50
#4607     punitive damages summaries by state (.3); telephone 475.00
          Peterson (.2) re: same

05/12/08  Peterson  / (28) Data Analysis                      2.9   2320.00
#4415     research Libby epidemiological studies            800.00

05/13/08  Peterson  / (28) Data Analysis                      2.3   1840.00
#4416     review historic settlement information            800.00

05/13/08  Peterson  / (28) Data Analysis                      2.4   1920.00
#4417     research Libby epidemiological studies            800.00

05/13/08  Relles    / (28) Data Analysis                      2.8   1330.00
#4611     analyze outcomes of top 10 meso law firms         475.00
```

Date: 06/30/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 5

        W. R. Grace


| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 05/14/08 #4418 | Peterson  / (28) Data Analysis work on hearing slides for archiving | 2.0 800.00 | 1600.00 |
| 05/15/08 #4419 | Peterson  / (28) Data Analysis work on hearing slides for archiving | 4.1 800.00 | 3280.00 |
| 05/16/08 #4420 | Peterson  / (28) Data Analysis work on final version of trial graphics | 2.6 800.00 | 2080.00 |
| 05/19/08 #4422 | Peterson  / (28) Data Analysis telephone Libby doctors about asbestos injuries | 1.9 800.00 | 1520.00 |
| 05/21/08 #4425 | Peterson  / (28) Data Analysis telephone Relles re: Libby claimants | 1.2 800.00 | 960.00 |
| 05/21/08 #4426 | Peterson  / (28) Data Analysis review data on Libby exposures and claims | 2.6 800.00 | 2080.00 |
| 05/21/08 #4614 | Relles  / (28) Data Analysis telephone Peterson re: Libby claimants | 1.2 475.00 | 570.00 |
| 05/22/08 #4430 | Peterson  / (28) Data Analysis telephone Relles re: insurance allocation runs | 0.4 800.00 | 320.00 |
| 05/22/08 #4431 | Peterson  / (28) Data Analysis review analyses of insurance allocation | 1.2 800.00 | 960.00 |
| 05/22/08 #4616 | Relles  / (28) Data Analysis telephone Peterson re: insurance allocation runs | 0.4 475.00 | 190.00 |
| 05/23/08 #4432 | Peterson  / (28) Data Analysis final draft of trial graphics | 2.4 800.00 | 1920.00 |
| 05/23/08 #4618 | Relles  / (28) Data Analysis develop summaries for insurance analysis | 4.0 475.00 | 1900.00 |
| 05/24/08 #4433 | Peterson  / (28) Data Analysis final draft of trial graphics | 3.7 800.00 | 2960.00 |
| 05/26/08 #4434 | Peterson  / (28) Data Analysis final draft of trial graphics | 4.4 800.00 | 3520.00 |
| 05/27/08 #4435 | Peterson  / (28) Data Analysis telephone Relles trial graphics | 0.4 800.00 | 320.00 |

```
Date: 06/30/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 6

            W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
05/27/08  Peterson  / (28) Data Analysis                   2.5  2000.00
#4436     review final version or graphics before sending to  800.00
          production

05/27/08  Peterson  / (28) Data Analysis                   2.6  2080.00
#4438     review forecasts and insurance issues           800.00

05/27/08  Relles    / (28) Data Analysis                   2.9  1377.50
#4619     update graphics for Peterson testimony (2.5);   475.00
          telephone Peterson (.4) re: same

05/29/08  Relles    / (28) Data Analysis                   1.2   570.00
#4622     review new set of slides                        475.00

05/29/08  Relles    / (28) Data Analysis                   1.2   570.00
#4623     work on developing models of Trust flows        475.00

05/30/08  Peterson  / (28) Data Analysis                   2.4  1920.00
#4439     review production of graphics                   800.00

05/31/08  Relles    / (28) Data Analysis                   2.5  1187.50
#4625     review slides sent back by Romano               475.00
-----------------------------------------------------------------------
```

```
Date: 06/30/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                Page 7

            W. R. Grace

        Summary Of Time Charges, By Month and Activity
              May 2008 - May 2008

MONTH      ACTIVITY                                HOURS    AMOUNT
-------------------------------------------------------------------
May       - (07) Committee, Creditors'             17.2   9665.00
May       - (16) Plan and Disclosure Statement     35.4  27377.50
May       - (28) Data Analysis                     64.6  45537.50
May       - (99) Total                            117.2  82580.00

Total     - (07) Committee, Creditors'             17.2   9665.00
Total     - (16) Plan and Disclosure Statement     35.4  27377.50
Total     - (28) Data Analysis                     64.6  45537.50
Total     - (99) Total                            117.2  82580.00

-------------------------------------------------------------------
```

```
Date: 06/30/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                              Page 8

          W. R. Grace

          Summary Of Time Charges, By Month and Person
                  May 2008 - May 2008

MONTH      PERSON                              HOURS    AMOUNT
----------------------------------------------------------------
May        - Relles                            34.4  16340.00
May        - Peterson                          82.8  66240.00
May        - Total                            117.2  82580.00

Total      - Relles                            34.4  16340.00
Total      - Peterson                          82.8  66240.00
Total      - Total                            117.2  82580.00

--------------------------------------------------------------------------------
```

```
Date: 06/30/08           Legal Analysis Systems, Inc.
Time: 12:00pm                                               Page 9

          W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                  May 2008 - May 2008

MONTH      PERSON                      HOURS   RATE    AMOUNT
---------------------------------------------------------------------
(07) Committee, Creditors'

May        - Relles                    12.6    475.   5985.00
May        - Peterson                   4.6    800.   3680.00

(16) Plan and Disclosure Statement

May        - Relles                     2.9    475.   1377.50
May        - Peterson                  32.5    800.   26000.00

(28) Data Analysis

May        - Relles                    18.9    475.   8977.50
May        - Peterson                  45.7    800.   36560.00

-----------------------------------------------------------------------------
```