IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | | Re: **Docket Nos. 18821, 18895, 18896, 18962, 18970, and 18971** |

**COUNTER-DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL OF THE BANKRUPTCY COURT'S ORDER DENYING ANDERSON MEMORIAL HOSPITAL'S MOTION FOR CLASS CERTIFICATION**

The above-captioned Debtors, by and through their counsel, pursuant to Federal Rule of Bankruptcy 8006 and Local Rule 8006-1, in connection with the Appellant's notice of appeal and motion for leave to appeal (Dkt. Nos. 18895, 18896) of the Bankruptcy Court's May 29, 2008 denial of Anderson Memorial Hospital's motion for class certification (Dkt. 18821), set forth this Counter-Designation of items to be included in the record on appeal.[1]

---

[1] Debtors' position is that the Bankruptcy Court's order denying class certification is not appealable as of right or pursuant to either Rule 23(f) or 28 U.S.C. § 158(a)(3). (Dkt. 18962) By submitting this counter-designation, Debtors do not concede that the order is appealable.

## Additional Items to be Included in the Record on Appeal

| Date | Bankruptcy Docket Number | Description |
|---|---|---|
| 1/14/1993 | Court Ex. 6 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* First Amended Class Action Complaint |
| 4/04/1994 | Court Ex. 49 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Defendants' Motion to Strike Class Action Allegations As To Non-Residents Whose Causes Of Action Are Foreign To South Carolina |
| 7/06/1994 | None | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Transcript of Hearing Before Honorable William L. Howard; July 6, 1994; pgs. 69-72 |
| 8/12/1994 | Court Ex. 75 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Memorandum Order granting Certain Defendants' Motion to Strike Class Allegations as to Non-Residents Whose Causes of Actions are Foreign to South Carolina |
| 5/31/1996 | Court Ex. 112 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Order Denying Anderson Memorial's Motion to Reconsider |
| 9/05/1996 | Court Ex. 116 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Anderson Memorial's Second Amended Class Action Complaint |
| 3/05/1998 | Court Ex. 166 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Affidavit of Robert Beber in Support of Defendants' Opposition to Anderson Memorial's Motion to Certify a Class, with Exhibits |
| 3/05/1998 | Court Ex. 166 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Defendants' Memorandum in Opposition to Class Certification |
| 5/26/1998 | Court Ex. 169 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Defendant's Response to Plaintiff's Reply Brief, with Exhibits |
| 10/19/2000 | None | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Affidavit of Richard Finke, with Exhibit |
| 10/23/2000 | Court Ex. 185 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279,* Certain Defendants' Post-Hearing Brief in Opposition to Class Certification, Anderson Memorial, with Exhibits |

DOCS_DE:138480.1

| | | |
|---|---|---|
| 2/09/2001 | Court Ex. 188 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Conditional Order Certifying a Statewide Class |
| 2/14/2001 | Court Ex. 190 | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Memorandum of Defendant W.R. Grace in Response to February 9 Show Cause Order of this Court, Anderson Memorial |
| 3/19/2001 | None | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, March 19, 2001 hearing transcript |
| 4/02/2001 | 1 | Voluntary Petition Under Chapter 11 |
| 5/07/2001 | None | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Letter from Judge Hayes to Dan Speights |
| 5/24/2001 | N/A | Letter giving notice of election of Co-Chairpersons of Property Damage Committee |
| 7/05/2001 | None | *Anderson Memorial, Court of Common Pleas, County of Hampton, South Carolina, No. 92-CP-25-279*, Final Certification Order |
| 4/15/2002 | 1930 | Affidavit of service of bar date notice plan, proof of claim forms, and related materials |
| 7/8/2002 | 2347 | Debtors' Response to Motion of the Asbestos Property Damage Committee for Clarification of the Bar Date Order, Extending or Abating Deadlines and Modification of the Bar Date Order |
| 10/22/2004 | 6715 | Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 |
| 10/25/2004 | 6712 | Order Denying Motion of Intercat, Inc. for Leave to File Late Proof of Claim |
| 12/20/2004 | 7221 | Verified Statements of Multiple Representation and Exhibits |
| 1/06/2005 | 7462 | Transcript of Hearing Before Honorable Judith K. Fitzgerald; September 27, 2004 |
| 6/17/2005 | 8640 | Debtors' Twelfth Omnibus Objection to Certain Claims Filed by the Law Firm of Speights & Runyan (Non-Substantive) |
| 6/21/2005 | 8645 | Notice of Rule 30(b)(6) Deposition of American Medical Association |
| 6/21/2005 | 8646 | Notice of Rule 30(b)(6) Deposition of Maryland Casualty Company |
| 6/21/2005 | 8650 | Notice of Rule 30(b)(6) Deposition of The Harvard Vanguard Medical Associates Management Offices |
| 6/29/2005 | 8710 | Notice of Withdrawal of Proof of Claim No. 6661 |
| 6/29/2005 | 8712 | Notice of Withdrawal of Proof of Claim No. 6726 |
| 6/29/2005 | 8713 | Notice of Withdrawal of Proof of Claim No. 6721 |
| 6/29/2005 | 8778 | Notice of Withdrawal of Proof of Claim No. 11591 |
| 9/22/2005 | 9488 | Order Denying Pacific Corp and VanCott Bagley Cornwall & McCarthy Motion for Leave to File Late Proofs of Claim |

DOCS_DE:138480.1

| Date | Doc # | Description |
|---|---|---|
| 9/27/2005 | 9517 | Order Allowing Withdrawal of Certain Claims Filed by the Law Firm of Speights & Runyan |
| 09/30/2005 | 9546 | Debtors' Brief in Support of the Disallowance and Expungement of 1,900 Improper Claims Filed by the Law Firm Speights & Runyan |
| 10/07/2005 | 9607 | Speights & Runyan's Response to 13th omnibus objection |
| 11/01/2005 | 10961 | Order for the Withdrawal and Expungement of 1495 Asbestos PD Claims |
| 12/02/2005 | 11245 | Debtor's Brief in Opposition to Motion of Anderson Memorial Hospital for Class Certification |
| 12/19/2005 | 11365 | Debtors' Motion for a Protective Order Against Anderson Memorial's Requests for 30(b)(6) Depositions and Documents |
| 1/03/2006 | 11473 | Transcript of Hearing Before Honorable Judith K. Fitzgerald; December 19, 2005 |
| 1/10/2006 | 11520 | Debtors' Objection to Anderson Memorial Hospital's Motion for Limited Relief From Automatic Stay |
| 1/13/2006 | 11547 | Debtors' Brief Describing the Purpose that Publication Notice Served in the Debtors' Bar Date Note Program |
| 2/03/2006 | 11712 | Debtors' brief in support of the disallowance of 71 claims |
| 08/03/2006 | 12919 | Transcript of Omnibus Hearing Before Honorable Judith K. Fitzgerald; July 24, 2006 |
| 8/31/2006 | 13120 | Order Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claim, with Exhibits |
| 9/15/2006 | 13236 | Debtors' Supplement to Objection to Anderson Memorial's Motion for Limited Relief from Automatic Stay |
| 10/13/2006 | 13406 | Order [AMENDED] Setting Various Deadlines Regarding Objections to Asbestos Property Damage Claims, with Exhibits |
| 10/13/2006 | 13412 | Debtors' Motion for Leave to File a Reply in support of its Motion for Protective Order Against Anderson Memorial's Request for 30(B)(6) Depositions and Documents |
| 10/24/2006 | 13457 | Order Disallowing and Expunging as Time-Barred Two Asbestos PD Claims Filed by Prudential Insurance Company on Account of Building Located in Georgia |
| 11/06/2006 | 13588 | Debtors' Motion for Protective Order Against Anderson Memorial's October 30, 2006 Requests for 30(b)(6) Depositions and Documents |
| 11/10/2006 | 13630 | Debtor's Supplemental Brief re Federal Rule of Evidence 408 in Support of their Motion for Protective Order Against Anderson Memorial's Requests for 30(b)(6) Depositions and Documents, with Exhibits |

4

DOCS_DE:138480.1

| | | |
|---|---|---|
| 12/13/2006 | N/A | W.R. Grace & Co.'s Responses and Objections to Anderson Memorial Hospital's October 30, 2006 Amended Requests for Production |
| 12/21/2006 | 14136 | December 21, 2006 Expert Report of Graeme Mew, Opinion Limitation Issues |
| 1/03/2007 | 14205 | Transcript of Hearing Before Honorable Judith K. Fitzgerald, December 18, 2006 |
| 1/05/2007 | 14236 | Debtors' Response to Anderson Memorial Hospital's Motion to Compel Deposition of Debtors' Records Custodian |
| 1/17/2007 | N/A | Grace's Response to Anderson Memorial Hospital's October 30, 2006 Amended Requests for Production, with Enclosures |
| 02/16/2007 | 14597 | Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight (88) Time-Barred Canadian Asbestos Property Damage |
| 4/02/2007 | 01-10578 11968 | Federal Mogul Hearing Transcript: Pages 31-44 |
| 5/02/2007 | 01-10578 12308 | Federal Mogul Hearing Transcript: Pages 11-77 |
| 5/28/2007 | 15826 | W.R. Grace & Co.'s Response to Anderson Memorial Hospital's Motion to Strike the Debtors' December 13, 2006 Responses and Objections to Anderson Memorial Hospital's Motion to Compel the Debtors to Provide Full and Complete Responses to Anderson Memorial Hospital's October 30, 2006 Amended Requests for Production |
| 6/07/2007 | N/A | Letter from L. Esayian to D. Speights re Anderson Memorial Class Certification Hearing |
| 6/13/2007 | N/A | Letter from M. Dierkes to D. Speights enclosing documents in response to Anderson Memorial's Amended Requests for Production |
| 6/15/2007 | N/A | Grace's Supplemental Response to Anderson Memorial Hospital's October 23, 2006 Amended Requests for Production |
| 07/13/07 | 16273 | Transcript of Hearing Before Honorable Judith K. Fitzgerald United States Bankruptcy Court Judge; June 29, 2007 |

Dated: June 30, 2008

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Lisa G. Esayian
Michael T. Dierkes
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

and

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession