# **EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

June 26, 2008

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 494523
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---|
| FEES .................................................................................................................. | $7,297.50 |
| DISBURSEMENTS ............................................................................................ | 0.00 |
| MATTER TOTAL ............................................................................................... | $7,297.50 |

### 056772-00005/BANKR.  MOTIONS

| | |
|---|---|
| FEES .................................................................................................................. | $5,236.50 |
| DISBURSEMENTS ............................................................................................ | 0.00 |
| MATTER TOTAL ............................................................................................... | $5,236.50 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES .................................................................................................................. | $4,809.00 |
| DISBURSEMENTS ............................................................................................ | 0.00 |
| MATTER TOTAL ............................................................................................... | $4,809.00 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES .................................................................................................................. | $3,229.00 |
| DISBURSEMENTS ............................................................................................ | 15.69 |
| MATTER TOTAL ............................................................................................... | $3,244.69 |

### 056772-00012/CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

Amounts due may be remitted by wire transfer.

**To:** Citibank, N.A.
Citicorp Center 153 E. 53rd Street NY, N.Y. 10043
ABA #021000089
**Account:** Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572
**By Order of:** Invoice No. 494523
**Citibank Contact:** Deborah Hosking (212) 559-8634

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT.  THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2223973.1

Kramer Levin Naftalis & Frankel LLP                                                        Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                        June 26, 2008
056772                                                                           Invoice No. 494523

| | |
|---|---:|
| FEES ................................................................................................................. | $8,810.50 |
| DISBURSEMENTS ........................................................................................ | 4.00 |
| MATTER TOTAL ........................................................................................... | $8,814.50 |

**056772-00019/HEARINGS**

| | |
|---|---:|
| FEES ................................................................................................................. | $5,731.00 |
| DISBURSEMENTS ........................................................................................ | 119.50 |
| MATTER TOTAL ........................................................................................... | $5,850.50 |
| CLIENT GRAND TOTAL ............................................................................. | $35,252.69 |

KL4 2223973.1

**CREDITOR COMMITTEE**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/05/08 | MANNAL, DOUGLAS | Office conference with PB re: upcoming committee call (.2); review prepared material and preparation for call (.8); telephone/e-mail with KRM re: same (.2) | 1.20 | 702.00 |
| 05/05/08 | BENTLEY, PHILIP | Discs TW and DM re upcoming Committee call (.2), and prepare for same (.6). | 0.80 | 580.00 |
| 05/05/08 | MARTORANA, KEITH R | Review all recent filings in case to prepare for upcoming creditor committee call (1.6), conv. with D. Mannal re: same (.3) | 1.90 | 693.50 |
| 05/06/08 | MARTORANA, KEITH R | Continued review of filings in preparation of committee call (1.7); create outline for committee call (1.6) | 3.30 | 1,204.50 |
| 05/07/08 | MARTORANA, KEITH R | Revisions of outline for committee call (1.2); read and summarize Libby Plaintiff's adversary action filings for committee call (.7). | 1.90 | 693.50 |
| 05/08/08 | FARBER, PEGGY | Equity Committee conference call | 0.80 | 396.00 |
| 05/08/08 | BENTLEY, PHILIP | Committee conf call (1.0), and discs GH and KM re followup (.2) | 1.20 | 870.00 |
| 05/08/08 | MARTORANA, KEITH R | Prepare for and attend conference call with equity committee (1.6); Meeting with P. Bentley and G. Horowitz (.3). | 1.90 | 693.50 |
| 05/08/08 | HOROWITZ, GREGORY A. | Committee call (1.0); MW PB, DM, and KM (.3) | 1.30 | 884.00 |
| 05/15/08 | MARTORANA, KEITH R | Conversation with individual equity-holder; provided public information re: status of case. | 0.20 | 73.00 |
| 05/21/08 | BENTLEY, PHILIP | TC with potential holder | 0.70 | 507.50 |
| **TOTAL HOURS AND FEES** | | | **15.20** | **$7,297.50** |

**TOTAL FOR THIS MATTER**                                          **$7,297.50**

Kramer Levin Naftalis & Frankel LLP                                               Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                                June 26, 2008
056772-00005                                                                 Invoice No. 494523

## BANKR. MOTIONS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/02/08 | MANNAL, DOUGLAS | E-mail with KM re: pending motions. | 0.40 | 234.00 |
| 05/12/08 | MARTORANA, KEITH R | Review and summarize Federal Mogul opinion to determine likelihood of transfer of insurance policies to 524(g) trust (.6); review current pending motions and create "issues-list" memo (1.7). | 2.30 | 839.50 |
| 05/13/08 | MARTORANA, KEITH R | Review and summarize current pending motions (2.6) and supplement "issues-list" memo (.7). | 3.30 | 1,204.50 |
| 05/16/08 | MARTORANA, KEITH R | Review and summarize motions/objections related to FRC application for employment. | 0.50 | 182.50 |
| 05/19/08 | MARTORANA, KEITH R | Review/summarize recent 9th Circuit decision re: limitation on prosecution witnesses in the criminal case (.9). | 0.90 | 328.50 |
| 05/22/08 | MANNAL, DOUGLAS | Attention to proposed multi-Site settlement with EPA (1.2); office conference and e-mail with KM re: same (.2) | 1.40 | 819.00 |
| 05/22/08 | MARTORANA, KEITH R | Review certification of counsel and settlement filed by debtor re: Libby remediation claims and related objections; draft summary re: same and email to PB, GAH, and DM (2.1). conversation with D. Mannal re: same (.2) | 2.30 | 839.50 |
| 05/28/08 | MANNAL, DOUGLAS | Attention to PD Committee motion (.4); office conference with KM re: same (.2) | 0.60 | 351.00 |
| 05/28/08 | MARTORANA, KEITH R | Review filings re: PD committee motion to continue; related objections and order; summarize same and email to PB, GAH, and DM (.5); conversation with D. Mannal re: same (.2) | 0.70 | 255.50 |
| 05/30/08 | MARTORANA, KEITH R | Review and summarize Debtor's filing regarding the PD Committee's lack of entitlement to an evidentiary hearing on the bar date notice issue; e-mail same to PB, GAH, and DM. | 0.50 | 182.50 |
| **TOTAL HOURS AND FEES** | | | **12.90** | **$5,236.50** |
| **TOTAL FOR THIS MATTER** | | | | **$5,236.50** |

KL4 2223973.1

Kramer Levin Naftalis & Frankel LLP                                                                Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                                  June 26, 2008
056772-00007                                                                              Invoice No. 494523

**REORGANIZATION PLAN**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/02/08 | BENTLEY, PHILIP | Trade emails re: plan issues. | 0.10 | 72.50 |
| 05/05/08 | BENTLEY, PHILIP | Review and comment on Grace's draft letter to bank, re PPI, and trade emails re same | 1.30 | 942.50 |
| 05/09/08 | MANNAL, DOUGLAS | Review 5/22 transcript (.7); office conference with PB re: upcoming meeting with debtors and Federal Mogul issue (.5). | 1.20 | 702.00 |
| 05/09/08 | BENTLEY, PHILIP | Discs DM re plan issues | 0.20 | 145.00 |
| 05/13/08 | BENTLEY, PHILIP | Discs TW and DM re Plan of Reorganization issues | 0.30 | 217.50 |
| 05/13/08 | MANNAL, DOUGLAS | Telephone/e-mail with J. Baer re: plan meeting and pending motions (.5); review pleadings re: same (.9); draft e-mail re: same (1.1); Disc. with PB re same (.3) | 2.80 | 1,638.00 |
| 05/14/08 | BENTLEY, PHILIP | Review draft settlement term sheets re corporate matters | 0.30 | 217.50 |
| 05/14/08 | MARTORANA, KEITH R | Review and summarize term sheets re: 524(g) trust (issuance of warrant, deferred payment agreement, etc.). | 1.60 | 584.00 |
| 05/23/08 | BENTLEY, PHILIP | Trade emails re plan issues | 0.20 | 145.00 |
| 05/28/08 | BENTLEY, PHILIP | Voicemail and email KM re plan issues | 0.20 | 145.00 |
| **TOTAL HOURS AND FEES** | | | **8.20** | **$4,809.00** |

**TOTAL FOR THIS MATTER**                                                                              **$4,809.00**

KL4 2223973.1

Kramer Levin Naftalis & Frankel LLP                                            Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                              June 26, 2008
056772-00008                                                                   Invoice No. 494523

**FEE APPLICATIONS, APPLICANT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/02/08 | MARTORANA, KEITH R | Fee Auditor response; obtain relevant documents per request of fee auditor (.8); confer w/J. Glass re: hotel bills (.3); revise response (1.6) | 2.70 | 985.50 |
| 05/07/08 | MARTORANA, KEITH R | Draft quarterly fee application. | 0.70 | 255.50 |
| 05/09/08 | MARTORANA, KEITH R | Revise quarterly fee application. | 0.30 | 109.50 |
| 05/15/08 | RODRIGUEZ, VIVIAN E | Organized and assembled 23rd Quarterly Fee Application. Organized packet for local counsel re same. | 1.00 | 260.00 |
| 05/16/08 | MARTORANA, KEITH R | Respond to fee auditor request for additional expense information. | 0.50 | 182.50 |
| 05/23/08 | MARTORANA, KEITH R | April bill: Finalize fee application. | 0.50 | 182.50 |
| 05/28/08 | RODRIGUEZ, VIVIAN E | Drafted and edited 80th Monthly Fee Application (2.8) | 2.80 | 728.00 |
| 05/29/08 | RODRIGUEZ, VIVIAN E | Organized and assembled docs and exhibits to 80th Monthly Fee Application. (0.9) Drafted cover letter and FedEx to local counsel. (0.7) | 1.60 | 416.00 |
| 05/29/08 | MARTORANA, KEITH R | Coordinate filing of fee app. | 0.30 | 109.50 |
| **TOTAL HOURS AND FEES** | | | **10.40** | **$3,229.00** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 5.90 |
| MESSENGER/COURIER | 9.79 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$15.69** |

**TOTAL FOR THIS MATTER**                                                      **$3,244.69**

KL4 2223973.1

Kramer Levin Naftalis & Frankel LLP                                                                 Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                                    June 26, 2008
056772-00012                                                                                      Invoice No. 494523

## CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/05/08 | BENTLEY, PHILIP | Review docs re asbestos issues | 0.50 | 362.50 |
| 05/06/08 | BENTLEY, PHILIP | Emails with DM re asbestos issues, and notes re same | 0.40 | 290.00 |
| 05/08/08 | BENTLEY, PHILIP | Emails with GAH and DM, and followup, re asbestos issues | 0.60 | 435.00 |
| 05/08/08 | EGGERMANN, DANIEL M | Reviewed transcript of ZAI Hearing and prepared email summarizing same | 0.70 | 388.50 |
| 05/09/08 | BENTLEY, PHILIP | Review transcript of 4/22 ZAI hearing, and trade emails re same (.8); discs DM re ZAI and other asbestos issues (.3) | 1.10 | 797.50 |
| 05/16/08 | BENTLEY, PHILIP | Trade emails re ZAI issues | 0.20 | 145.00 |
| 05/16/08 | MANNAL, DOUGLAS | Review ZAI pleadings (1.8); e-mail with PB re: same (.3) | 2.10 | 1,228.50 |
| 05/19/08 | BENTLEY, PHILIP | Trade emails re: ZAI issues | 0.10 | 72.50 |
| 05/19/08 | MANNAL, DOUGLAS | Review/comment on ZAI PD memo (1.8); office conference with KM re: same (.3) | 2.10 | 1,228.50 |
| 05/19/08 | MARTORANA, KEITH R | Review filings and draft memo re: all pending motions and objections regarding ZAI Property damage claims (5.3); meeting w/D. Mannal re: same (.3). | 5.60 | 2,044.00 |
| 05/20/08 | BENTLEY, PHILIP | Trade emails re ZAI and Libby issues | 0.80 | 580.00 |
| 05/29/08 | BENTLEY, PHILIP | Trade emails with KM re ZAI PD issues | 0.50 | 362.50 |
| 05/29/08 | MARTORANA, KEITH R | Review new order re: PD claims; review all prior related motions/objections from 2007 and prior; draft detailed summary/analysis and email to PB, GAH, and DM (2.0); e-mail with PB re: same and revise per comments (.4). | 2.40 | 876.00 |

**TOTAL HOURS AND FEES**                                                                   **17.10**   **$8,810.50**

KL4 2223973.1

Kramer Levin Naftalis & Frankel LLP                                                                 Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE                                                    June 26, 2008
056772-00012                                                                              Invoice No. 494523

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| **DESCRIPTION** | **AMOUNT** |
|---|---|
| PHOTOCOPYING | 4.00 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$4.00** |
| **TOTAL FOR THIS MATTER** | **$8,814.50** |

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 9

W.R. GRACE & CO. EQUITY COMMITTEE                                                      June 26, 2008
056772-00019                                                                           Invoice No. 494523

**HEARINGS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 05/05/08 | RODRIGUEZ, VIVIAN E | Organized and distributed ZAI Claimants Hearing Transcript. | 0.80 | 208.00 |
| 05/14/08 | MANNAL, DOUGLAS | Review Environmental settlement sheets in preparation for meeting with Co. | 2.10 | 1,228.50 |
| 05/15/08 | MARTORANA, KEITH R | Prepare for and attend meeting with Debtors and committees re: Libby environmental remediation settlement (approval to be sought at next omnibus) (3.4); draft summary of meeting and e-mail to D. Mannal (1). | 4.40 | 1,606.00 |
| 05/19/08 | MANNAL, DOUGLAS | Review KM summary of Environmental meeting (.5) | 0.50 | 292.50 |
| 05/27/08 | MARTORANA, KEITH R | Review notice of agenda for upcoming Omnibus hearing (.3); highlight major issues and summarize same (.5); email same to PB, GAH, and DM. | 0.80 | 292.00 |
| 05/28/08 | MANNAL, DOUGLAS | Review agenda for upcoming hearing (.3); review KM summary re: pending motions (.2) | 0.50 | 292.50 |
| 05/30/08 | RODRIGUEZ, VIVIAN E | Reviewed organized and assembled documents re Hearing 6/2. Organized index re same. | 4.30 | 1,118.00 |
| 05/30/08 | MARTORANA, KEITH R | Prepare for upcoming omnibus hearing. | 1.90 | 693.50 |
| **TOTAL HOURS AND FEES** | | | **15.30** | **$5,731.00** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| CAB FARES | 10.00 |
| TRANSCRIPT FEES | 109.50 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$119.50** |
| **TOTAL FOR THIS MATTER** | **$5,850.50** |

KL4 2223973.1