# **EXHIBIT B**

```
alp_132rc: Client Analysis Sheet              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE   1
                                                   *PRIVILEGED AND CONFIDENTIAL*
      Run Date & Time: 06/26/08 17:14:18             Worked : 12/31/99 thru 06/26/08

------------------- Matter -------------------
       Number         Name                      Hours          Fees         Disbursements    Total Charges   Resp Partners           Class  Freq  Stat

056772-00008    FEE APPLICATIONS, APPLIC        0.00           0.00             15.69            15.69       BENTLEY PHILIP - 02495    M     B
056772-00012    CLAIM ANALYSIS OBJECTION        0.00           0.00              4.00             4.00       BENTLEY PHILIP - 02495    M     B
056772-00019    HEARINGS                        0.00           0.00            119.50           119.50       BENTLEY PHILIP - 02495    M     B

056772          W.R. GRACE & CO. EQUITY COMMITTEE   0.00       0.00            139.19           139.19


Total           BENTLEY PHILIP - 02495          0.00           0.00            139.19           139.19
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    1
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/26/2008 17:14:17

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2621297
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status       : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------------
                                                   PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                      TO:
              UNBILLED DISB FROM:    05/15/2008                        TO:       05/16/2008
-------------------------------------------------------------------------------------------------------------------------------
                                              FEES                         COSTS
                                              ----                         -----
           GROSS BILLABLE AMOUNT:              0.00                        15.69
              AMOUNT WRITTEN DOWN:
                         PREMIUM:
               ON ACCOUNT BILLED:
        DEDUCTED FROM PAID RETAINER:
                   AMOUNT BILLED:
                       THRU DATE:                                               05/16/2008
     CLOSE MATTER/FINAL BILLING?     YES    OR    NO
     EXPECTED DATE OF COLLECTION:

          BILLING PARTNER APPROVAL:
                                     BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------------
                                       ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH

                            FEES:                            0.00
                   DISBURSEMENTS:                           15.69     UNIDENTIFIED RECEIPTS:          0.00
                     FEE RETAINER:                           0.00         PAID FEE RETAINER:         0.00
                    DISB RETAINER:                           0.00        PAID DISB RETAINER:         0.00
               TOTAL OUTSTANDING:                           15.69      TOTAL AVAILABLE FUNDS:        0.00
                                                                              TRUST BALANCE:
                                             BILLING HISTORY

              DATE OF LAST BILL:                       05/27/08          LAST PAYMENT DATE:       06/03/08
              LAST BILL NUMBER:                         490924 ACTUAL FEES BILLED TO DATE:      158,631.50
                                                               ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                                 TOTAL FEES BILLED TO DATE:    158,631.50
              LAST BILL THRU DATE:                    04/30/08    FEES WRITTEN OFF TO DATE:     13,187.50
                                                                 COSTS WRITTEN OFF TO DATE:        482.31
FOR ACCTG USE ONLY:                          Write Down/Up Reason Codes:
              (1) Exceeded Fixed Fee         (4) Excessive Legal Time    (7) Fixed Fee
              (2) Late Time & Costs Posted   (5) Business Development    (8) Premium
              (3) Pre-arranged Discount      (6) Summer Associate        (9) Rounding           (10) Client Arrangement

BILL NUMBER:_____   DATE OF BILL:_____   Processed by:_____   FRC:_____   CRC:_____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    2
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/26/2008 17:14:17

Matter No: 056772-00008                               Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2621297
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status       : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y  --------------- Total Unbilled ----------------
Code  Description                         Oldest        Latest         Total
                                          Entry         Entry          Amount

0820  PHOTOCOPYING                        05/15/08      05/16/08          5.90
0930  MESSENGER/COURIER                   05/15/08      05/15/08          9.79

           Total                                                         15.69


U N B I L L E D    C O S T S    D E T A I L
Description/Code                          Employee          Date          Amount       Index#   Batch No  Batch Date


PHOTOCOPYING 0820
    PHOTOCOPYING                          MARTORANA, K R    05/15/08        5.40       8329033  551039    05/19/08
    MARTORANA  KEITH R
    PHOTOCOPYING                          MARTORANA, K R    05/16/08        0.50       8329034  551039    05/19/08
    MARTORANA  KEITH R
                                          0820 PHOTOCOPYING Total :         5.90

MESSENGER/COURIER 0930
    FEDERAL EXPRESS CORPORAT              RODRIGUEZ, V E    05/15/08        9.79       8345510  559254    06/03/08
    Buchanan Ingersoll & Rooney
                                          0930 MESSENGER/COURIER Total :    9.79


         Costs Total :                                                     15.69
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    3
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/26/2008 17:14:17

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS - 06975              Proforma Number:    2621297
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                    Status        : ACTIVE

B I L L I N G    I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description          Amount            Bill          W/o / W/u           Transfer To   Clnt/Mtr   Carry Forward


0820 PHOTOCOPYING                    5.90

0930 MESSENGER/COURIER               9.79



        Costs Total :               15.69
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    4
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/26/2008 17:14:17

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2621297
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status       : ACTIVE

Special Billing Instructions:
```

PRE-BILLING SUMMARY REPORT

```
            UNBILLED TIME FROM:                                      TO:
            UNBILLED DISB FROM:   05/06/2008                         TO:     05/06/2008

                                       FEES                             COSTS

            GROSS BILLABLE AMOUNT:        0.00                            4.00
            AMOUNT WRITTEN DOWN:
                        PREMIUM:
              ON ACCOUNT BILLED:
        DEDUCTED FROM PAID RETAINER:
                  AMOUNT BILLED:
                      THRU DATE:                                                05/06/2008
        CLOSE MATTER/FINAL BILLING?   YES   OR   NO
        EXPECTED DATE OF COLLECTION:

        BILLING PARTNER APPROVAL:
                                       BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:
```

ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH

```
                       FEES:              0.00
               DISBURSEMENTS:              4.00       UNIDENTIFIED RECEIPTS:     0.00
                FEE RETAINER:              0.00           PAID FEE RETAINER:     0.00
               DISB RETAINER:              0.00          PAID DISB RETAINER:     0.00
            TOTAL OUTSTANDING:             4.00       TOTAL AVAILABLE FUNDS:     0.00
                                                             TRUST BALANCE:
```

BILLING HISTORY

```
        DATE OF LAST BILL:           05/27/08         LAST PAYMENT DATE:    06/03/08
        LAST BILL NUMBER:            490924   ACTUAL FEES BILLED TO DATE:   1,695,269.50
                                              ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                  TOTAL FEES BILLED TO DATE: 1,695,269.50
        LAST BILL THRU DATE:         04/30/08  FEES WRITTEN OFF TO DATE:       12,849.00
                                              COSTS WRITTEN OFF TO DATE:        4,216.91
FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:

             (1) Exceeded Fixed Fee       (4) Excessive Legal Time     (7) Fixed Fee
             (2) Late Time & Costs Posted (5) Business Development     (8) Premium
             (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding          (10) Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    5
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/26/2008 17:14:17

Matter No: 056772-00012                                          Orig Prtnr : CRED. RGTS   - 06975         Proforma Number:   2621297
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status       : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y  -------------- Total Unbilled ----------------
Code  Description                           Oldest      Latest      Total
                                            Entry       Entry       Amount

0820  PHOTOCOPYING                          05/06/08    05/06/08       4.00

         Total                                                         4.00


U N B I L L E D   C O S T S   D E T A I L
Description/Code                       Employee          Date         Amount          Index#   Batch No  Batch Date


PHOTOCOPYING 0820
     PHOTOCOPYING                      BENTLEY, P        05/06/08        4.00        8317746   546975    05/08/08
     BENTLEY   PHILIP
                         0820 PHOTOCOPYING Total :                       4.00




         Costs Total :                                                   4.00
```

```
alp_132r: Matter Detail              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    6
                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/26/2008 17:14:17

Matter No: 056772-00012                              Orig Prtnr : CRED. RGTS - 06975        Proforma Number:  2621297
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status       : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description         Amount          Bill           W/o / W/u         Transfer To   Clnt/Mtr    Carry Forward

0820 PHOTOCOPYING         4.00


        Costs Total :     4.00
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    7
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/26/2008 17:14:17

Matter No: 056772-00019                            Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2621297
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                   Status       : ACTIVE

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

            UNBILLED TIME FROM:                              TO:
            UNBILLED DISB FROM:    05/15/2008               TO:       05/29/2008

                                        FEES                                COSTS
                                        ----                                -----
        GROSS BILLABLE AMOUNT:                      0.00                              119.50
         AMOUNT WRITTEN DOWN:
                     PREMIUM:
            ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:                                                   05/29/2008
    CLOSE MATTER/FINAL BILLING?    YES   OR   NO
    EXPECTED DATE OF COLLECTION:

      BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
             BILLING COMMENTS:


                                        ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH

                         FEES:                      0.00
                DISBURSEMENTS:                    119.50        UNIDENTIFIED RECEIPTS:       0.00
                  FEE RETAINER:                     0.00            PAID FEE RETAINER:       0.00
                 DISB RETAINER:                     0.00           PAID DISB RETAINER:       0.00
             TOTAL OUTSTANDING:                   119.50        TOTAL AVAILABLE FUNDS:       0.00
                                                                         TRUST BALANCE:
                                                BILLING HISTORY

            DATE OF LAST BILL:          05/27/08         LAST PAYMENT DATE:     06/03/08
             LAST BILL NUMBER:            490924  ACTUAL FEES BILLED TO DATE:  300,746.50
                                                 ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                    TOTAL FEES BILLED TO DATE: 300,746.50
          LAST BILL THRU DATE:          04/30/08    FEES WRITTEN OFF TO DATE:   6,667.18
                                                   COSTS WRITTEN OFF TO DATE:     876.31
FOR ACCTG USE ONLY:                     Write Down/Up Reason Codes:

            (1) Exceeded Fixed Fee         (4) Excessive Legal Time    (7) Fixed Fee
            (2) Late Time & Costs Posted   (5) Business Development    (8) Premium
            (3) Pre-arranged Discount      (6) Summer Associate        (9) Rounding          (10) Client Arrangement

    BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                       PAGE    8
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/26/2008 17:14:17

Matter No: 056772-00019                                             Orig Prtnr : CRED. RGTS    - 06975        Proforma Number:   2621297
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                     Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                    Status        : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y --------------- Total Unbilled ----------------
Code  Description                         Oldest         Latest           Total
                                          Entry          Entry            Amount

0940  CAB FARES                           05/15/08       05/15/08          10.00
0980  TRANSCRIPT FEES                     05/29/08       05/29/08         109.50

          Total                                                           119.50


U N B I L L E D    C O S T S    D E T A I L
Description/Code                               Employee            Date         Amount         Index#   Batch No   Batch Date


CAB FARES 0940
    JULIET RAMDIN, CASHIER                     MARTORANA, K R      05/15/08       10.00        8335953   553391    05/23/08
    CAB FARES - VENDOR- JULIET RAMDIN, CASHIER
                                               0940 CAB FARES Total :           10.00

TRANSCRIPT FEES 0980
    CITIBANK                                   MANNAL, D M         05/29/08      109.50        8339238   556318    05/29/08
    TRANSCRIPT FEES - VENDOR- CITIBANK 03/24/08
    CPURT CALL
                                               0980 TRANSCRIPT FEES Total :     109.50


        Costs Total :                                                           119.50
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    9
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 06/26/2008 17:14:17

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:   2621297
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description           Amount          Bill        W/o / W/u       Transfer To   Clnt/Mtr   Carry Forward
----------------------------------------------------------------------------------------------------------------

0940 CAB FARES                10.00        _____  _____   _____  _____

0980 TRANSCRIPT FEES         109.50        _____  _____   _____  _____


       Costs Total :         119.50        _____  _____   _____  _____
```