# Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:    (302) 575-1714

WR Grace PD Committee                                                          May 1, 2008 to May 31, 2008

Invoice No. 27358

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 23.60 | 5,412.50 |
| B17 | Committee, Creditors', Noteholders' or Equity | 16.10 | 4,496.00 |
| B18 | Fee Applications, Others - | 7.40 | 956.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 47.30 | 12,670.00 |
| B25 | Fee Applications, Applicant - | 8.20 | 1,141.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 1.60 | 448.00 |
| B32 | Litigation and Litigation Consulting - | 0.40 | 86.00 |
| B37 | Hearings - | 3.20 | 896.00 |
| B40 | Employment Applications, Others - | 0.20 | 56.00 |
| B41 | Relief from Stay Litigation - | 0.90 | 252.00 |
| | **Total** | **108.90** | **$26,414.00** |
| | **Grand Total** | **108.90** | **$26,414.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 215.00 | 3.10 | 666.50 |
| Rick S. Miller | 275.00 | 3.10 | 852.50 |
| Steven G. Weiler | 190.00 | 7.70 | 1,463.00 |
| Theodore J. Tacconelli | 280.00 | 77.40 | 21,672.00 |
| Legal Assistant - MH | 100.00 | 14.60 | 1,460.00 |
| Legal Assistant - NMC | 100.00 | 3.00 | 300.00 |
| **Total** | | **108.90** | **$26,414.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                                    **$2,042.61**

| | | | |
|---|---|---|---|
| **Invoice No. 27358** | **Page 2 of 18** | | **June 30, 2008** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| May-01-08 | *Case Administration* - Confer with T. Tacconelli re status of new appellate proceedings in district court (.2); check district court dockets re same (.2); confer with N. Crowley re same (.2) | 0.60 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in Mission Towers appeal in 3rd circuit re 08-1044 | 0.30 | TJT |
| | *Case Administration* - multiple conferences with S. Weiler re status of new appeals in 3rd circuit and district court | 0.30 | TJT |
| | *Case Administration* - Review first report by examiner in L. Tersigni bankruptcy case | 0.70 | TJT |
| | *Case Administration* - Review PGS March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' response to examiner's first report in L. Tersigni bankruptcy case | 0.20 | TJT |
| | *Case Administration* - Review examiner's proposed order re mediation in L. Tersigni bankruptcy case | 0.20 | TJT |
| | *Case Administration* - Review various objections including debtors' to examiner's proposed order re mediation in L. Tersigni bankruptcy case | 0.30 | TJT |
| | *Case Administration* - Review order directing mediation and appointing examiner as mediator in L. Tersigni bankruptcy case | 0.20 | TJT |
| | *Case Administration* - Review BMC Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Kramer Levine March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review examiner's report re mediation results and objections thereto in L. Tersigni bankruptcy case | 0.30 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review debtors' motion to allow E&Y to retain fees in excess of OCP cap | 0.50 | TJT |
| | *Case Administration* - Review Day Pitney March Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review amended notice of motion by Mian Realty | 0.10 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 1.50 | NMC |
| May-02-08 | *Case Administration* - Review district court dockets for new appellate proceedings | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review opening brief by appellant in Mission Towers appeal in 3rd circuit re 08-1044 | 1.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Research re ZAI issues | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Research re PD state cases cited in Mission Towers opening brief | 0.60 | TJT |
| | *Case Administration* - Prepare memo to paralegal re status memos | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill March Fee Application | 0.10 | TJT |
| May-03-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review and analyze debtors' reply in support of motion for leave to appeal re application of preliminary injunction and State of Montana | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Gerard 3rd circuit opinion cited in debtors' reply in support of motion for leave to file appeal | 0.30 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review Olgivey Renault 5th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Day Pitney 28th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine March Fee Application | 0.10 | TJT |
| May-04-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' designation of additional items in record on appeal | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review and analyze Libby Claimants' emergency motion to dissolve stay pending appeal re State of Montana with attachments | 1.30 | TJT |
| | *Case Administration* - Review LAS March Fee Application | 0.10 | TJT |
| May-05-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Research re PD claims (.4); forward results to T. Tacconelli (.1) | 0.50 | SGW |
| | *Case Administration* - Review new appellate district court dockets for recent filings (.2); obtain docket re C.A. 08-246 and forward to T. Tacconelli (.1); confer with T. Tacconelli re same (.1) | 0.40 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Research re cases cited by Libby Claimants in emergency motion to dissolve stay on appeal re State of Montana | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in Debtors/State of Montana preliminary injunction appeal 08-246 | 0.10 | TJT |
| | *Case Administration* - Confer with S. Weiler re status memos re pending 3rd circuit and district court appeals | 0.10 | TJT |
| | *Case Administration* - Confer with S. Weiler re retention of special counsel by debtors | 0.10 | TJT |
| | *Case Administration* - Review K&E March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Charter Oak March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 7th amended 2019 statement by Cohen Whitesell | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel by equity committee re Kramer Levine Feb. Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with paralegal re CDG monthly and quarterly Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 5/2/08, memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
| May-06-08 | *Case Administration* - Review case status memo for week ending 5/2/08 | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Research ZAI issues for T. Tacconelli (.8); report results to same (.2) | 1.00 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' designation of record and issues on appeal re BNSF appeal | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with J. Sakalo re ZAI issues | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review prior hearing notes, agendas, transcripts, and docket re ZAI issues | 2.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Multiple conferences with S. Weiler re ZAI issues | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from J. Sakalo re ZAI issues | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare memo to J. Sakalo re ZAI issues | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from S. Baena re ZAI mediation | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with S. Baena re ZAI mediation statement | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with M. Joseph re ZAI mediation issues | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 5/2/08 | 0.10 | TJT |
| | *Case Administration* - Review affidavit of J. Bode | 0.10 | TJT |
| | *Case Administration* - Review Beveridge & Diamond Dec., Jan. and Feb. Fee Applications | 0.10 | TJT |
| May-07-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Obtain stipulation and signed order re appointment of Judge Gross as settlement judge for ZAI claims and e-mail to co-counsel | 0.20 | SGW |
| | *Case Administration* - Obtain docket reports from new district court appellate proceedings (.2); review dockets re related proceedings re same; e-mail to T. Tacconelli re all active proceedings (.2) | 0.60 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review draft of PD Committee's mediation statement | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from committee members and review request for revisions to PD Committee's mediation statement | 0.60 | TJT |
| | *Case Administration* - Review Nelson Mullins March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review docket in NJDEP 3rd circuit and review documents | 0.20 | TJT |
| | *Case Administration* - Review dockets in district court appeals | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo re teleconference with committee (x2) | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from committee members re committee meeting today re ZAI | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review stipulation with debtors and ZAI claimants re mediation with Judge Gross | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Confer with RSM re committee matters | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare for committee meeting today re reviewing previous ZAI hearing transcripts | 0.80 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.40 | TJT |
| May-08-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re: Committee teleconference on ZAI issues | 0.30 | RSM |
| | *Case Administration* - Obtain current docket reports re certain recently filed appellate proceedings and forward to T. Tacconelli for review | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving Judge Gross' as settlement judge re ZAI mediation | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re revised mediation statement for PD Committee | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review revised draft of mediation statement and compare to previous version | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review MCC objection to Libby Claimants' motion for leave to file appeal re BNSF appeal | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re PD Committee's mediation statement | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' opposition to Libby Claimants' motion for leave to file appeal re BNSF order | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Research re Reliance Acceptance's district court opinion cited in debtors' opposition to Libby Claimants' motion for leave to file appeal re BNSF order | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from committee member re proposed revisions to PD Committee's mediation statement | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review various correspondence from committee members and committee counsel re revisions to PD Committee's mediation statement | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with M. Kramer re PD Committee's mediation statement | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re final version of PD Committee's mediation statement | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review final version of PD Committee's mediation statement re ZAI mediation and confer with paralegal re sending mediation statement to chambers | 0.60 | TJT |
| | *Case Administration* - Review 15th Quarterly Fee Application of D. Austern | 0.10 | TJT |
| | *Case Administration* - Review Beveridge and Diamond Mar. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith 28th Quarterly Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Confer with RSM re results of committee meeting yesterday | 0.20 | TJT |
| May-09-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re ZAI mediation | 0.10 | LLC |
| | *Case Administration* - Review various recent docket reports re active bankruptcy and adversary proceedings (.2); case status memos to T. Tacconelli re same (.4); confer with T. Tacconelli re same (.1) | 0.70 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review MMC's joinder in debtors' objection to Libby Claimants' motion for leave to file appeal re BNSF order | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in district court appeal 08-91 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of Montana's motion for leave to file appeal re 08-91 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in appeal in 08-90 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in appeal in 08-246 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Arrowwood joinder in debtors' objection to Libby Claimants' motion for leave to file appeal re BNSF order | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re ZAI mediation | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' corrected | 0.40 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | opposition to Libby Claimants' motion for leave to file appeal re BNSF order | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Research re Canadian PD claim issues | 0.50 | TJT |
| | *Case Administration* - Review memo from S. Weiler re pending appeals in district court and 3rd circuit | 0.10 | TJT |
| | *Case Administration* - Review BIR's 28th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for March 08 | 0.40 | TJT |
| | *Case Administration* - Review debtors' notice of withdrawal of BMC Group's Feb. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review docket in L. Tersigni bankruptcy case | 0.10 | TJT |
| May-10-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with committee member re ZAI mediation | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with M. Joseph re ZAI mediation issues and plan issues | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review ZAI materials re mediation | 0.80 | TJT |
| | *Case Administration* - Review Orrick 8th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Woodcock Washburn March Fee Application | 0.10 | TJT |
| May-11-08 | *Claims Analysis Obj. & Res. (Asbestos)* - continue reviewing ZAI materials re ZAI mediation | 0.60 | TJT |
| | *Case Administration* - Review debtors' 27th report of asset sales with attachment | 0.10 | TJT |
| | *Case Administration* - Review debtors' 27th notice of settlements | 0.10 | TJT |
| | *Case Administration* - Review amended notice of motion re FCR's motion to retain Piper Jaffery | 0.10 | TJT |
| | *Case Administration* - Review Piper Jaffery's 8th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Stroock March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memos from S. Weiler re status of pending 3rd circuit, district, and adversary proceedings | 0.30 | TJT |
| | *Case Administration* - Review TPT 12th Quarterly Fee Application | 0.10 | TJT |
| May-12-08 | *Fee Applications, Others* - Confer with T. Tacconelli re certain professionals' fee apps | 0.10 | LLC |
| | *Case Administration* - Review recently filed appellate proceedings in district court for recent docket activity | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - continue reviewing ZAI materials re Can. ZAI issues | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with RSM re ZAI mediation issues | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with co-counsel re ZAI mediation | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in Mission Towers appeal in 3rd circuit | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with committee member re ZAI mediation | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris Mar. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PWC March Fee Application | 0.10 | TJT |

Case 01-01139-AMC    Doc 19026-2    Filed 07/01/08    Page 7 of 18

Invoice No. 27358                         Page 7 of 18                         June 30, 2008

|  |  |  |  |
|---|---|---|---|
|  | *Fee Applications, Others* - Confer with paralegal re CDG Fee Applications and correspond with J. Sakalo re same | 0.20 | TJT |
| May-13-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with M. Joseph re ZAI mediation and plan issues | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from H. Sasso re State of Montana's brief in opposition to Libby Claimants' emergency motion in BNSF order appeal | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of Montana's brief in opposition to Libby Claimants' emergency motion to dissolve stay in BNSF appeal | 0.70 | TJT |
|  | *Case Administration* - Confer with paralegal re status of memos re 3rd circuit, district court and adversary proceedings | 0.10 | TJT |
|  | *Case Administration* - Review Casner Edwards' March Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review PWC 28th Quarterly Fee Application | 0.10 | TJT |
| May-14-08 | *Fee Applications, Applicant* - Confer with M. Hedden and T. Tacconelli re fee app issues | 0.20 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with RSM re ZAI mediation results | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with local counsel for ZAI claimants re ZAI mediation issues | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re ZAI issues | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re ZAI mediation | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Continue reviewing Can. ZAI claimants' objection to ZAI bar date with attachments | 0.40 | TJT |
|  | *Case Administration* - Review TPT Feb. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review W. Smith and Assoc. April Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review docket and motion to reject lease filed in L. Tersigni bankruptcy case | 0.20 | TJT |
|  | *Case Administration* - Review 24th Quarterly Fee Application of Kramer Levine | 0.10 | TJT |
|  | *Case Administration* - Review 23rd supplemental affidavit of K&E | 0.10 | TJT |
|  | *Case Administration* - Review case status memo for week ending 5/16/08 | 0.10 | TJT |
|  | *Case Administration* - Review Woodcock Washburn 28th Quarterly Fee Application | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Correspond with J. Sakalo re committee matters | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Confer with RSM re committee matters | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re teleconference with committee | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Perform calculations re Ferry, Joseph & Pearce's 28th quarterly period; draft Fee Application, Notice and Certificate of Service re same | 3.40 | MH |
| May-15-08 | *Fee Applications, Others* - Confer with M. Hedden re status of Bilzin Quarterly Fee Application | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review 28th Quarterly Fee Application for | 0.20 | LLC |

| | | | |
|---|---|---|---|
| | filing and confer with M. Hedden re same | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with M. Joseph re results of ZAI mediation and plan issues | 0.20 | TJT |
| | *Case Administration* - Review Orrick March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review D&T June and July Fee Applications | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review ZAI materials in preparation for meeting today | 2.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.30 | TJT |
| | *Case Administration* - Review docket re status for week ending 5/9/08, memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file Ferry, Joseph & Pearce's 28th Quarterly Fee Application and Notice thereof; serve Fee Application; arrange for service of Notice on 2002 service list | 0.70 | MH |
| May-16-08 | *Case Administration* - Review memo re case status for week ending 5/9/08 | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin 28th Quarterly Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review HRA 23rd Quarterly Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Confer with T. Tacconelli re status of certain fee apps | 0.10 | LLC |
| | *Fee Applications, Others* - Confer Witness Fee M. Hedden re service of fee apps | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* -confer with T. Tacconelli re: results of Committee teleconference | 0.40 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review MCC's counter designation of issues on appeal re BNSF order | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 5/9/08 | 0.10 | TJT |
| | *Case Administration* - Review D&T Aug. and Sept. Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review BMC Group corrected Feb. Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Confer with RSM re results of committee meeting yesterday | 0.40 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review Bilzin memo with attachments re committee matters | 1.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo re committee matters | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re committee matters | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with L. Coggins re Bilzin and HRA Quarterly Fee Applications | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with paralegal re Bilzin and HRA Quarterly Fee Applications | 0.10 | TJT |
| | *Employment Applications, Others* - Review e-mail from D. Klauder re objection by UST to motion to modify Piper Jaffery retention | 0.10 | TJT |
| | *Hearings* - Prepare for 6/2/08 hearing | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Others* - download, review and revise Bilzin's 28th Quarterly Fee Application and supporting documents, prepare Notice and Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file Bilzin's 28th Quarterly Fee Application and Notice thereof; serve Fee Application; arrange for service of Notice on 2002 service list | 0.70 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's Jan.-Mar. 08 Quarterly Fee Application and supporting documents, prepare Notice and Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file HRA's HRA's Jan.-Mar. 08 Quarterly Fee Application and Notice thereof; serve Fee Application; arrange for service of Notice on 2002 service list | 0.50 | MH |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 1.50 | NMC |
| May-17-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' designation of record and statement of issues on appeal re BNSF order appeal | 0.20 | TJT |
| | *Case Administration* - Review D&T Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Olgively Renault April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re committee matters | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Confer with M. Joseph re committee matters | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review background materials for expert for PD Committee | 0.40 | TJT |
| | *Employment Applications, Others* - Review UST's objection to FCR's motion to modify Piper Jaffery retention | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review debtors' Notice of Service of discovery on Mian Realty LLC | 0.10 | TJT |
| May-18-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order denying Libby Claimants' emergency motion to dissolve stay | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review orders setting briefing schedule in Libby Claimants' appeal | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order consolidating appeal 08-246 and 08-91 under 08-246 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in State of Montana appeal 08-91 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' objection to Can. ZAI claimants' motion to lift stay with attachment | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with co-counsel re debtors' objection to Can. ZAI claimants' motion to lift stay | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Can. ZAI claimants' objection to USA ZAI's motion to dismiss individual ZAI claim with attachments | 0.80 | TJT |
| | *Case Administration* - Review Latham Watkins Feb. and March Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag 11th Quarterly Fee Application | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review debtors' objection to Mian Realty | 0.70 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| May-19-08 | LLC's motion to lift stay with attachments | | |
| | *Claims Analysis Obj. & Res. (Asbestos)* - e-mail from T. Tacconelli re possible filing | 0.20 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - e-mail from T. Tacconelli re possible filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re status of possible filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Work on ZAI bar date issues (.2) confer with T. Tacconelli re same (.1) | 0.30 | SGW |
| | *Case Administration* - Obtain current docket reports from certain recently filed appellate proceedings in district court and forward same to T. Tacconelli for review | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re ZAI issues | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from S. Baena re ZAI mediation | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' reply in support of motion for leave to allow appeal re BNSF order | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Can. ZAI claimants' objection to debtors' ZAI bar date motion with attachments | 1.40 | TJT |
| | *Case Administration* - Review letter by NJDEP to Judge Buckwalter re briefing in NJDEP appeal | 0.10 | TJT |
| | *Case Administration* - Confer with paralegal and S. Weiler re status memos of 3rd circuit and district court appeals | 0.20 | TJT |
| | *Case Administration* - Review memo from S. Weiler re district court appeals | 0.10 | TJT |
| | *Case Administration* - Review PGS 16th Quarterly Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.90 | TJT |
| | *Committee, Creditors', Noteholders' or* - Confer with RSM re committee matters | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Correspond with J. Sakalo re committee matters | 0.20 | TJT |
| | *Case Administration* - Review docket re case status for week ending 5/16/08, memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
| May-20-08 | *Case Administration* - Review case status memo for week ending 5/16/08 | 0.10 | LLC |
| | Review *Fee Applications, Others* - Certificate of No Objection re HRA March 2008 Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin March 2008 Fee Application | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re Ferry, Joseph & Pearce's March 2008 Fee Application | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re ZAI mediation | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Continue reviewing Can. ZAI claimants' objection to ZAI bar date motion attachments | 0.40 | TJT |
| | *Case Administration* - Review case status memo for week ending 5/16/08 | 0.10 | TJT |
| | *Case Administration* - Review Woodcock Washburn 28th Quarterly Fee Application | 0.10 | TJT |


| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Committee, Creditors', Noteholders' or* - Correspond with J. Sakalo re committee matters | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Confer with RSM re committee matters | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re teleconference with committee | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's March 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's March Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's March 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's March 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's March 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's March 08 Fee Application | 0.30 | MH |
| May-21-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review document re ZAI hearing | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Finish reviewing Can. ZAI claimants' objection to ZAI bar date motion | 1.50 | TJT |
| | *Case Administration* - Review debtors' motion to authorize pension contributions | 0.50 | TJT |
| | *Case Administration* - Review 6 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of motion for admin claim by CSX | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards 26th Quarterly Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from committee members re committee meeting this week | 0.10 | TJT |
| | *Hearings* - Review e-mail from M. Hurford re preliminary agenda for 6/2 hearing and review same | 0.20 | TJT |
| May-22-08 | *Case Administration* - Review dockets re case status of certain appellate proceedings and memo to T. Tacconelli re same | 0.40 | RSM |
| | *Committee, Creditors', Noteholders' or* -Confer with T. Tacconelli re: ZAI expert witness issue | 0.30 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re ZAI issues | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review document re ZAI notice | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mails from S. Baena re ZAI mediation | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re ZAI mediation | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review Caplin Drysdale 28th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review docket in L. Tersigni bankruptcy case | 0.10 | TJT |
| | *Case Administration* - Review memos from S. Weiler re status of district court and 3rd circuit appeals | 0.10 | TJT |
| | *Case Administration* - Review docket in NJDEP appeal and download and review documents | 0.30 | TJT |
| | *Case Administration* - Review Blackstone Jan., Feb. and March Fee Applications | 0.10 | TJT |
| May-23-08 | *Committee, Creditors', Noteholders' or* - Confer with T. Tacconelli re: ZAI issues | 0.50 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re ZAI issues | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re debtors' ZAI bar date motion | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with J. Sakalo re ZAI matters | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare two documents re debtors' ZAI bar date motion | 1.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare e-mails to J. Sakalo re ZAI matters | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review report by settlement judge re ZAI mediation | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J Mar. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 5 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review Blackstone 24th Quarterly Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.00 | TJT |
| May-24-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' notice of amended exhibits for ZAI bar date motion and review | 1.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare e-mail to S. Baena re debtors' notice of amended exhibits for ZAI bar date motion | 0.20 | TJT |
| | *Hearings* - Review agenda for 6/2/08 hearing | 0.30 | TJT |
| May-25-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of proof of claim by City of Cambridge with reservation | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of Counsel re settlement agreement between debtors and US re certain environmental matters and review revised order | 0.80 | TJT |
| | *Case Administration* - Review Steptoe and Johnson Feb. and Mar. Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review 10th Quarterly Fee Application filed by PI Committee members | 0.10 | TJT |
| May-26-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with committee member re PD claim issues | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of proof of claim by Douglas County | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill 11th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review K&E 28th Quarterly Fee Application | 0.10 | TJT |

| Invoice No. 27358 | Page 13 of 18 | | June 30, 2008 |
|---|---|---|---|
| May-27-08 | *Committee, Creditors', Noteholders' or* -Confer with TJT re: Committee teleconference on 5/23 | 0.30 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Research re PD issues and advise T. Tacconelli re same | 0.40 | SGW |
| | *Case Administration* - Review certain recently filed appellate proceedings in district court and 3rd circuit court re status (.1); forward relevant docket to T. Tacconelli for review (.1) | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with committee member re PD claim issues and confer with S. Weiler re same | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re ZAI issues | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with J. Sakalo re ZAI issues and filing today | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re ZAI issues and filing today | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re motion for continuance and motion to shorten notice and related documents | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review and revise motion for continuance and motion to shorten notice, draft two related orders and notice of motion, teleconferences with J. Sakalo re same | 1.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - revise and finalize motion for continuance and motion to shorten notice and related documents, prepare documents for efiling and efile | 0.90 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with S. Weiler re motion for continuance | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of proof of claim by DeKalb County | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Charter Oak 3rd Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Campbell Levine 27th interim period | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 6/2/08 hearing | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 5/23/08, memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
| May-28-08 | *Case Administration* - Review case status memo for week ending 5/23/08 | 0.10 | LLC |
| | *Fee Applications, Others* - Review HRA April 2008 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin April 2008 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Hilsoft April 2008 Fee Application for filing | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* -Confer with T. Tacconelli re: motion for continuance | 0.30 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re service of motion for partial continuance of 6/2/08 ZAI bar date hearing and motion to shorten notice re same (.2); e-mail filed copies of same to co-counsel (.1); teleconference with same confirming receipt of same | 1.40 | SGW |

| | | |
|---|---:|---|
| (.1); arrange for service of same (.3); arrange for preparation of affidavit of service re same (.1); send same to JKF's chambers and advise local chambers, T. Tacconelli and co-counsel re same by e-mail (.2); response e-mail to JKF's Pittsburgh and local chambers re same (.1); obtain and review JKF's updated chambers procedures and current CMO re same (.2); confer with T. Tacconelli re same (.1) | | |
| *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re service of motion for continuance and motion to shorten notice | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with J. Sakalo re order re motion to shorten notice | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Multiple conferences with S. Weiler and review correspondence from S. Weiler to Judge Fitzgerald's clerk re motion to shorten notice and motion for continuance | 0.40 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re ZAI bar date motion | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Confer with paralegal re affidavit of service re two motions filed yesterday and review affidavit | 0.20 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review memo from S. Weiler re status of Mission Towers appeal in third circuit appeal | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' answering brief in Mission Towers appeal in 3rd circuit | 0.80 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re status of orders re motion to shorten notice and set emergency telephonic hearing | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review joinder by Can. ZAI claimants in PD Committee's motion for continuance | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re joinder by Can. ZAI claimants in PD Committee's motion for continuance | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re joinder by Can. ZAI claimants in PD Committee's motion for continuance | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review modified order denying emergency motion for leave and motion for continuance and prepare correspondence to S. Baena re same | 0.30 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Confer with paralegal re service of order denying motion for continuance and motion to shorten notice | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Non-Asb)* - Review United States joinder and memorandum in support of motion to settle U.S. environmental claims with attachment | 0.40 | TJT |
| *Case Administration* - Review case status memo for week ending 5/23/08 | 0.10 | TJT |
| *Case Administration* - Review current case management order and Judge Fitzgerald's current chamber procedures re emergency motions | 0.20 | TJT |
| *Case Administration* - Review LAS 24th Quarterly Fee Application | 0.10 | TJT |
| *Claims Analysis Obj. & Res. (Asbestos)* - Review note from S. Weiler re prepare affidavit of service re motions re 6/2/08 hearing; prepare same, confer with T. Tacconelli re same; prepare for e-filing and e-file same | 0.50 | MH |
| *Case Administration* - update fee app/cno filed chart | 0.10 | MH |

| | | | |
|---|---|---|---|
| | *Fee Applications, Others* - download, review and revise Hilsoft's Mar-April 08 monthly Fee Application and related documents, prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Hilsoft's Mar-April 08 monthly Fee Application | 0.40 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's April 08 Fee Application and related documents, prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's April 08 Fee Application | 0.40 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's April 08 Fee Application and related documents, prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's April 08 Fee Application | 0.40 | MH |
| May-29-08 | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re order on emergency motion | 0.20 | LLC |
| | *Litigation and Litigation Consulting* - Confer with M. Hedden re affidavit of service re order on emergency motion | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review April 2008 Fee Application for filing | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* -Review Court order re: motion to shorten notice; confer with TJT | 0.30 | RSM |
| | *Case Administration* - Review dockets in district court and 3rd circuit re status of various appeals; memos to T. Tacconelli re same | 0.40 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with M. Joseph re ZAI bar date issues | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re court ruling on PD Committee's motion to shorten notice and motion for continuance | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re debtors' amended ZAI bar date exhibits | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re debtors' amended ZAI bar date notice form | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mails from committee members re debtors' amended ZAI bar date notice form | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review blacklined amended ZAI bar date notice | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion for 24-hour extension to file opening brief in appeal 08-246 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with S. Baena re memorandum opinion re Anderson Memorial Hospital class motion | 0.10 | TJT |
| | *Case Administration* - Review Piper Jaffery Feb. Fee Application and TPT March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by Baron and Budd | 0.10 | TJT |
| | *Case Administration* - Review BIR April Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.90 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's April prebill | 1.20 | TJT |
| | *Fee Applications, Applicant* - Review revised Ferry, Joseph & Pearce's April prebill and confer with paralegal re Ferry, Joseph & Pearce's April Fee Application | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re affidavit of service of order ruling on PD Committee's motion to shorten notice and motion for continuance; prepare same for review by L. Coggins, prepare for e-filing and e-file same | 0.40 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's April 08 prebill | 0.20 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's April 08 invoice and prepare notice, Fee Application and Certificate of Service | 0.90 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's April 08 Fee Application | 0.40 | MH |
| May-30-08 | *Case Administration* - Review amended agenda for 6/2/08 hearing | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - Confer with T. Tacconelli re: judge's opinion on Anderson class | 0.30 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re memorandum opinion re motion by Anderson Memorial Hospital for class certification | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re debtors' response to PD Committee's motion for partial continuance | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review and analyze memorandum opinion denying motion by Anderson Memorial Hospital for class certification | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re PD claim issues | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' response to PD Committee's motion for partial continuance | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review statement by MMIC re Libby settlement motion | 0.10 | TJT |
| | *Case Administration* - Review 3 miscellaneous Fee Auditor Final Reports for 27th interim period | 0.10 | TJT |
| | *Case Administration* - Review 2 Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by LeBlanc and Waddell | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Confer with RSM re results of committee meeting yesterday | 0.20 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re amended agenda for 6/2/08 hearing | 0.10 | TJT |
| May-31-08 | *Case Administration* - Review 4 miscellaneous Fee Auditor Final Reports for 27th interim period | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 6/2/08 hearing | 0.20 | TJT |
| | *Hearings* - Review matters on agenda for 6/2/08 hearing | 2.20 | TJT |
| | **Totals** | **108.90** | |

**DISBURSEMENTS**

| | | |
|---|---|---:|
| May-01-08 | Photocopy Cost | 2.70 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 1.30 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 6.40 |
| May-05-08 | Photocopy Cost | 0.80 |
| | Photocopy Cost | 6.00 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 6.00 |
| | Photocopy Cost | 4.10 |
| | Federal Express - Account #1972-0040-5; Inv # 2-674-15717 | 104.09 |
| May-07-08 | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.60 |
| May-08-08 | Rust Consulting | 98.80 |
| May-13-08 | Photocopy Cost | 1.70 |
| | Photocopy Cost | 0.90 |
| | Diana Doman Transcribing | 412.25 |
| | West Law - Legal Research (Feb 08) Acct #1000634693; Inv #815536655 | 87.74 |
| May-15-08 | West Law - Legal Research (Mar 08) Acct #1000634693; Inv # 815731186 | 23.20 |
| May-16-08 | Photocopy Cost | 3.70 |
| | Photocopy Cost | 42.00 |
| | Photocopy Cost | 3.70 |
| | Photocopy Cost | 42.00 |
| May-20-08 | Photocopy Cost | 13.50 |
| | Photocopy Cost | 0.80 |
| | Postage | 8.88 |
| May-21-08 | Photocopy Cost | 1.50 |
| May-23-08 | Blue Marble-copies 9.00; service 11.32 | 20.32 |
| May-27-08 | Photocopy Cost | 0.90 |
| May-28-08 | Photocopy Cost | 14.40 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 1.50 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 2.60 |
| | Photocopy Cost | 3.90 |
| | Blue Marble - hand deliveries (Inv # 9217) | 172.00 |
| May-29-08 | Photocopy Cost | 6.60 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 2.70 |
| | Photocopy Cost | 1.40 |
| | Photocopy Cost | 0.50 |

**Invoice No. 27358**                           **Page 18 of 18**                           **June 30, 2008**

|  |  |  |
|---|---|---|
|  | Blue Marble - copies 220.00; service 312.70 | 532.70 |
| May-30-08 | Blue Marble - (copies 85.50; service 314.83 | 400.33 |
|  | Totals | $2,042.61 |

**Total Fees & Disbursements**                                                  **$28,456.61**


**Balance Due Now**                                                             **$28,456.61**