# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# MAY 1, 2008 THROUGH
# MAY 31, 2008

Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806
(302) 655-4200
EI #: 51-0328786

July 1, 2008

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

File   WRG-AUS/JCP
Invoice number   77226

Re:  W. R. Grace & Co.
     David T. Austern
Case No.: 01-01139 (RLB)

```
        Subtotal for FEES only:  05/31/08      $7,235.00
        Subtotal for COSTS only: 05/31/08        $118.33
                                               -----------
CURRENT PERIOD FEES AND COSTS:   05/31/08      $7,353.33
                                               -----------
```

****************************************************************

Please remit duplicate copy with payment.   Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

July 1, 2008

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   77226

Re: W. R. Grace & Co.
    David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 14.1 | 5,640.00 |
| FEE/EMPLOYMENT APPLICATIONS | 8.1 | 1,415.00 |
| CASE ADMINISTRATION | 1.2 | 180.00 |
| Subtotal for FEES only: 05/31/08 | 23.4 | $7,235.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 400.00 | JCP | 14.90 | 14.90 | 5,960.00 | 0.00 | 0.00 |
| 150.00 | CAH | 8.50 | 8.50 | 1,275.00 | 0.00 | 0.00 |
| Totals | | 23.40 | 23.40 | 7,235.00 | 0.00 | 0.00 |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 05/01/08 | Review of Amended Transmittal Sheet; review of 4/21/08 Hearing Transcript; review of miscellaneous pleadings. | 0.50 | 200.00 | Li |
| WRG | LITIGATION | JCP | 05/02/08 | Review of Debtors' 27th Quarterly Report of Asset Sales (.1); review of Debtors' 27th Quarterly Report of Settlements (.1); review of Libby Claimants' Designation of Additional Items to be Included Appeal Record (.1); review of Montana's Limited Joinder of Debtors' Motion for Leave to Appeal Order Denying Injunction (.1); review of Debtors' Reply re: Motion for Leave to Appeal Order Denying Injunction (.1); review of Notice of Docketing of Appeal of Orders Denying Injunction (.1). | 0.60 | 240.00 | |
| WRG | LITIGATION | JCP | 05/05/08 | Review of Libby Claimants' Emergency Motion to Dissolve Stay pending Appeal. | 0.50 | 200.00 | |
| WRG | LITIGATION | JCP | 05/06/08 | Review of Libby Claimants' Designation of Record and Statement of Issues on Appeal (.1); review of miscellaneous pleadings (.4); review of Maryland Casualty's Objection to Libby Claimants' Motion for Leave to Appeal Order Enjoining Actions Against BNSF (.2); review of Debtors' Opposition to same (.2); review of Libby Claimants' Notice of Appeal (.1). | 1.00 | 400.00 | |
| WRG | LITIGATION | JCP | 05/07/08 | Review of 4/22/08 Hearing Transcript (.2); review of Appeal Transmittal Sheet re: Order Denying Debtors' Motion to Expand Injunction (.1); review of Appeal Transmittal Sheet re: Order Expanding Preliminary Injunction (.2); review of Maryland Casualty's Joinder in Debtors' Opposition to Libby's Claimants' Motion for Leave to Appeal Order Enjoining Actions against BNSF (.1). | 0.60 | 240.00 | |
| WRG | LITIGATION | JCP | 05/08/08 | Review of Stipulation Appointing Judge Gross as Mediator for ZAI Property Damage Claims and proposed Order; review of modified Order Appointing Judge Gross as entered; review of Arrowood's (Royal) Joinder in Opposition to Libby Claimants' Motion for Leave to Appeal Order Enjoining Actions Against BNSF; review of Debtors' Notice of Filing of Debtors' Corrected Opposition to Libby Claimant's Motion; review of Entry of Appearance. | 0.50 | 200.00 | |
| WRG | LITIGATION | JCP | 05/09/08 | Review of Debtors' Notice of Withdrawal of Opposition to Libby Claimants' Motion for Leave to Appeal Order Enjoining Action Against BNSF; review of Debtors' Notice of Withdrawal of Notice of Filing of Corrected Opposition to same; review of Debtors' Corrected Opposition to Libby Claimants' Motion for Leave to Appeal Order Enjoining Actions Against BNSF. | 0.60 | 240.00 | |
| WRG | LITIGATION | JCP | 05/12/08 | Review of miscellaneous pleadings. | 0.10 | 40.00 | |
| WRG | LITIGATION | JCP | 05/13/08 | Review of Montana's Objection to Libby Claimants' Motion to Dissolve Stay Pending Appeal. | 0.40 | 160.00 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 05/14/08 | Review of Order Denying Libby Claimants Emergency Motion to Dissolve Stay Pending Appeal; review of Order Setting Briefing Schedule; review of Order consolidating 2 appeals all signed by Judge Buckwalter on 5/13/08. | 0.30 | 120.00 | Li |
| WRG | LITIGATION | JCP | 05/15/08 | Review of Debtors' Entry of Appearance for New Jersey Appeal; review of miscellaneous pleadings; letter from counsel for New Jersey to Judge Buckwalter re: extension to file Opening Brief. | 0.30 | 120.00 | |
| WRG | LITIGATION | JCP | 05/16/08 | Review of Maryland Casualty's Designation of items to be Included in Record on Appeal; review of Debtor's Statement of Issues on Appeal and Designation of record; review of Debtors' Notice of Withdrawal of same; review of Order setting Briefing Schedule. | 0.30 | 120.00 | |
| WRG | LITIGATION | JCP | 05/17/08 | Review of Debtors' Designation of Additional Items to be Included in Record on Appeal; review of Debtors' Objection to Canadian ZAI Claimants' Motion to Lift Stay; review of Debtors' Response to Mian Realty's Motion re: Automatic Stay with enclosure; review of Exhibits. | 0.50 | 200.00 | |
| WRG | LITIGATION | JCP | 05/19/08 | Review of Canadian ZAI Claimants' Objection to ZAI Claimants' Motion to Dismiss an Individual ZAI Claim with Exhibits (.3); review of Canadian ZAI Claimants' Objection to Debtors' Amendment to Motion to Establish a ZAI Claims Bar Date with Exhibits (voluminous)(.6); review of Trustee's Objection to FCR's Motion to Modify Employment of Piper Jaffray (.1); review of New Jersey's Entry of Appearance for 3rd Circuit appeal (.1); review of Libby Claimants' Reply in Support of Motion for Leave to Appeal Order Enjoining Actions Against BNSF (.2); review of Maryland's Counter Designations of Items to be Included in Appeal Record (.2). | 1.50 | 600.00 | |
| WRG | LITIGATION | JCP | 05/20/08 | Review of Debtors' Motion for Order Allowing Debtors' to make Required Minimum Contributions to Pension Plan; review of miscellaneous pleadings. | 0.20 | 80.00 | |
| WRG | LITIGATION | JCP | 05/21/08 | Review of miscellaneous pleadings; e-mail from local counsel for Personal Injury Committee with enclosure; review of preliminary Agenda for 6/2/08 Hearing; make arrangements to participate in same telephonically; calendar same. | 0.40 | 160.00 | |
| WRG | LITIGATION | JCP | 05/22/08 | Letter from 3rd Circuit Clerk to counsel for New Jersey; review of miscellaneous pleadings. | 0.20 | 80.00 | |
| WRG | LITIGATION | JCP | 05/23/08 | Review of miscellaneous pleadings (.1hrs); review of Dentors/Appell's Answering Circuit Brief; re: Speights and Runyan's filing of 44 unauthorized claims (.8 hrs). | 0.90 | 360.00 | |
| WRG | LITIGATION | JCP | 05/27/08 | Review of ZAI Settlement Judge's Report; review of Certification of Counsel re: Settlement Agreement Resolving | 0.40 | 160.00 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| | | | | U.S. Environment Claims with Proposed Order and Exhibits; review of Agenda for 6/2/08 Hearing. | | | |
| WRG | LITIGATION | JCP | 05/27/08 | Review of miscellaneous pleadings re: withdrawals of Proofs of Claim and filing of Proofs of Claim (.3); review of Debtors' Amended ZAI Bar Date Exhibits to include Canadian ZAI Claimants (.3); review of Certification of Counsel re: Settlement Agreement resolving USA's Environmental Proof of Claim (.3). | 0.90 | 360.00 | |
| WRG | LITIGATION | JCP | 05/28/08 | Review of U.S.A.'s Joinder in Support of Debtors' Motion to Approve Settlement and Memo of law in Support (1.20); review of Property Damage Committee's Motion for Partial Continuance of 6/2/08 Hearing and proposed Order (.2); review of Canadian ZAI Claimants' Joinder in same (.2). | 1.60 | 640.00 | |
| WRG | LITIGATION | JCP | 05/29/08 | Review of Order Granting Debtors' Motion for Extension of Time to File Opening Appeal brief (.1); review of Debtors' Opening Appeal Brief re: Denial of Motion to Expand Injunction to Include Montana (.7); review of Order Denying Property Damage Committee's Motion to Continue 6/2/08 Hearing (.1); review of miscellaneous pleadings (.1). | 1.00 | 400.00 | |
| WRG | LITIGATION | JCP | 05/30/08 | Review of Debtors' Monthly Operating Report for April 2008. | 0.10 | 40.00 | |
| WRG | LITIGATION | JCP | 05/31/08 | Review of Everest Re's Statement re: Debtors' Motion to Authorize Settlement Agreement with USA re: Libby Site (.2); review of Judge Fitzgerald's 5/29/08 Opinion and Order Denying Anderson Memorial's Motion for Class Certification (.2); review of Debtors' Response to Property Damage Committee's Request for Evidentiary hearing on ZAI Bar Date notice Program (.3). | 0.70 | 280.00 | |
| | | | | | -------- | ---------- | |
| | | | | | 14.10 | 5,640.00 | |
| | | | | | -------- | ---------- | |
| | | | | | 14.10 | 5,640.00 | |
| | | | | | -------- | ---------- | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/02/08 | Organize information for Quarterly Fee Application of Phillips, Goldman & Spence. | 0.30 | 45.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/06/08 | Respond to e-mail from D. Fullem; scan file and serve Certificate of No Objection for Tillinghast and Austern. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/09/08 | E-mail to D. Felder (3x) re: Fee Application filing status and Re-Notice for Piper Modification Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/09/08 | Download and file Re-Notice for Piper Jaffray's Modification Application; e-mail docket number to D. Felder. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/09/08 | Download and file 33rd Fee Application for Towers Perrin, Tillinghast for month of February and e-mail docket number to D. Felder. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/09/08 | Prepare documents to draft Quarterly Fee Apllication. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/13/08 | Download file and serve 26th Applicationfor Orrick herrington. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/13/08 | Work on 16th Quarterly Fee Application for Phillips, Goldman & Spence. | 1.70 | 255.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/15/08 | Download and file Certificate of No Objection for Austern's February Fee Application; download and file Certificate of No Objection for Orrick's February Fee Application. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/15/08 | Draft Certificate of No Objection for Phillips, Goldman & Spence March Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/16/08 | Download and review Objection of U.S. Trustee to Piper Jaffray's Amended Application; forward to John C. Phillips, Jr. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/19/08 | Scan file and serve Certificate of No Objection for Phillips, Goldman & Spence March Fee Application; complete Quarterly Fee Application and forward to John C. Phillips, Jr. for review. | 0.60 | 90.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/19/08 | Review of and revise 16th Quarterly Fee Application; scan file and serve same. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/29/08 | Download and file February Fee Application for Tillinghast and March Fee Application for Piper Jaffray. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 05/30/08 | Print, scan and file Certificate of No Objection for Orrick Herrington (March) and Towers Perrins (February) Fee Applications; e-mail to D. Fullem re: docket numbers. | 0.50 | 75.00 | |
| | | | | | -------- | ---------- | |
| | | | | | 7.30 | 1,095.00 | |

|  |  | Act | Trans |  | Billable | Billable | Grp |
|---|---|---|---|---|---|---|---|
| Cl Code | Grouping code description | Emp | Date | Transaction description | Hours | Dollars | Cd |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 05/17/08 | Review of U.S. Trustee's Objection to FCR's Motion to Modify Employment of Piper Jaffray; review of and execute Certificate of No Objection re: Phillips, Goldman & Spence Monthly Fee Application. | 0.20 | 80.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 05/19/08 | Review of, revise and execute Phillips, Goldman & Spence 16th Quarterly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 120.00 |  |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 05/24/08 | Review of and revise prebill for April 2008. | 0.30 | 120.00 |  |
|  |  |  |  |  | 0.80 | 320.00 |  |
|  |  |  |  |  | 8.10 | 1,415.00 |  |
|  |  |  |  |  | 23.40 | 7,235.00 |  |

46 records printed.

```
          Sort Fields:
            Grouping code                (Paginate)
            Client code
            Actual employee code         (Subtotals)
            Transaction date

          Range Fields:
            Client code                  I WRG - WRG
            Invoice Number               I   77226 -    77226
```

|         |                           | Act | Trans    |                          | Billable | Billable | Grp |
|---------|---------------------------|-----|----------|--------------------------|----------|----------|-----|
| Cl Code | Grouping code description | Emp | Date     | Transaction description  | Hours    | Dollars  | Cd  |
| WRG     | CASE ADMINISTRATION       | CAH | 05/13/08 | Update docket to system. | 0.30     | 45.00    | Ca  |
| WRG     | CASE ADMINISTRATION       | CAH | 05/14/08 | Reload docket to system. | 0.50     | 75.00    |     |
| WRG     | CASE ADMINISTRATION       | CAH | 05/16/08 | Update docket to system. | 0.20     | 30.00    |     |
| WRG     | CASE ADMINISTRATION       | CAH | 05/29/08 | Update docket to system. | 0.20     | 30.00    |     |

```
                                                                        --------------  ---------------
                                                                              1.20           180.00
                                                                        --------------  ---------------
                                                                              1.20           180.00
                                                                        --------------  ---------------
```