EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
MAY 1, 2008 THROUGH
MAY 31, 2008

Phillips, Goldman & Spence, P.A.

July 1, 2008

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   77226

Re:   W. R. Grace & Co.
      David T. Austern

        COSTS ADVANCED

| | | |
|---|---|---:|
| 05/01/08 | Federal Express | 86.22 |
| 05/19/08 | Postage | 1.51 |
| 05/31/08 | 306 pages @ $.10 per page. | 30.60 |
| | Subtotal for COSTS only: 05/31/08 | $118.33 |