IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: July 21, 2008 at 4:00 p.m.
Hearing Date: TBD only if necessary

### FEE DETAIL FOR CASNER & EDWARDS, LLP'S EIGHTIETH MONTHLY FEE APPLICATION FOR THE PERIOD FROM MAY 1, 2008 THROUGH MAY 31, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/440297

# EXHIBIT A
**(Fee Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 27, 2008

Bill Number 19702
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through May 31, 2008

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/01/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 2.50 Hrs | $275.00 |
| 05/06/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 05/07/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.90 Hrs | $759.00 |
| 05/08/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 05/09/08 | RAM | Read selected documents filed in bankruptcy court (1.1). read updated bankruptcy court docket entries to select documents to read (.1). | 1.20 Hrs | $354.00 |
| 05/09/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 05/12/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 05/13/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 5.70 Hrs | $627.00 |
| 05/14/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.00 Hrs | $660.00 |
| 05/15/08 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | $29.50 |
| 05/15/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee (7.1). Receipt of Peter Lees documents and quality control same (.2). | 7.30 Hrs | $803.00 |
| 05/16/08 | RAM | Read selected documents filed in bankruptcy court. | 1.00 Hrs | $295.00 |
| 05/16/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.30 Hrs | $693.00 |
| 05/19/08 | MTM | Email from in-house counsel requesting Libby personnel file. | 0.10 Hrs | $25.50 |
| 05/19/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee (5.4). Per telephone call from MTM, search for Libby personnel file and review file (1.0); arrange to have file copied (.3). | 6.70 Hrs | $737.00 |
| 05/20/08 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | $29.50 |
| 05/20/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 5.70 Hrs | $627.00 |
| 05/21/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 7.50 Hrs | $825.00 |
| 05/22/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 05/23/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 3.80 Hrs | $418.00 |
| 05/27/08 | RAM | Read selected documents filed in bankruptcy court (1.0). Read updated bankruptcy court docket entries to select documents to read (.1). | 1.10 Hrs | $324.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/27/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 05/28/08 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | $59.00 |
| 05/28/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 7.20 Hrs | $792.00 |
| 05/29/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee (4.2). Quality control SOUS documents (2.0). | 6.20 Hrs | $682.00 |
|  |  | TOTAL LEGAL SERVICES |  | $13,305.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 3.70 Hrs | 295/hr | $1,091.50 |
| MATTHEW T. MURPHY | 0.10 Hrs | 255/hr | $25.50 |
| ANGELA R. ANDERSON | 110.80 Hrs | 110/hr | $12,188.00 |
| | 114.60 Hrs | | $13,305.00 |

|  |  |
|---|---|
| TOTAL THIS BILL | $13,305.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 27, 2008

Bill Number 19703
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## LEGAL SERVICES

Through May 31, 2008

| Date | Atty | Description | Time | Value |
|---|---|---|---|---|
| 05/01/08 | RAM | Emails from/to in-house counsel that March fee application may be filed. | 0.05 Hrs | No charge |
| 05/08/08 | RAM | Finalize March fee application (.2); send it to Delaware counsel to file (.1). | 0.30 Hrs | $88.50 |
| 05/14/08 | RAM | Work on quarterly fee application. | 0.30 Hrs | $88.50 |
| 05/22/08 | RAM | Work on April fee application. | 0.50 Hrs | $147.50 |
| 05/28/08 | RAM | Work on April fee application. | 0.20 Hrs | $59.00 |
| 05/29/08 | RAM | Send April fee application to in-house counsels to review; telephone conference with in-house counsel; OK to file. | 0.10 Hrs | $29.50 |
| | | TOTAL LEGAL SERVICES | | $413.00 |

Mark A. Shelnitz

Re: Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 0.05 Hrs | 295/hr | No charge |
| ROBERT A. MURPHY | 1.40 Hrs | 295/hr | $413.00 |
| | 1.45 Hrs | | $413.00 |

TOTAL THIS BILL    $413.00

# EXHIBIT B
**(Expense Detail)**

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 27, 2008

Bill Number 19704
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through May 31, 2008

| | | |
|---|---|---|
| EXCESS POSTAGE | | $1.17 |
| | | |
| OUTSIDE PHOTOCOPYING | | |
| 05/12/08  MERRILL COMM - Copy of Libby personnel file requested by in-house counsel (4/29/08). | 1.58 | |
| | | $1.58 |
| | | |
| PHOTOCOPYING | | |
| 05/06/08  23 copies at .10 per copy | 2.30 | |
| | | $2.30 |
| | | |
| RENT REIMBURSEMENT | | |
| 05/01/08  Rent and utilities for document repository at One Winthrop Square - May 2008. | 11,991.73 | |
| | | $11,991.73 |

MISCELLANEOUS

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through May 31, 2008

MISCELLANEOUS

| | | | |
|---|---|---|---|
| 05/12/08 | RECORDKEEPER ARCHIVE-Storage 5/01/08-5/31/08. | 403.20 | |
| | | | $403.20 |
| | | TOTAL DISBURSEMENTS | $12,399.98 |
| | | TOTAL THIS BILL | $12,399.98 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

June 27, 2008

Bill Number 19705
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Fee Applications, Applicant

## DISBURSEMENTS

Through May 31, 2008

### FEDERAL EXPRESS

| | | |
|---|---|---|
| 05/20/08 | To 919 North Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on May 08, 2008. | 17.55 |
| | | $17.55 |
| | TOTAL DISBURSEMENTS | $17.55 |
| | TOTAL THIS BILL | $17.55 |

Page 1