# EXHIBIT B

NY 71570725v1

**WR GRACE & CO**
**SUMMARY OF FEES**
**MAY 1, 2008 - MAY 31, 2008**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 6.4 | $ 945 | $ 6,048.00 |
| Pasquale, Kenneth | 6.2 | 775 | 4,805.00 |
| | | | |
| **Associates** | | | |
| Beal, Abigail M. | 15.8 | 440 | 6,952.00 |
| Berg, Madelaine | 4.2 | 650 | 2,730.00 |
| Gutierrez, James S. | 13.4 | 490 | 6,566.00 |
| Krieger, Arlene G. | 149.4 | 650 | 97,110.00 |
| Millman, Sherry M. | 1.8 | 650 | 1,170.00 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 26.9 | 270 | 7,263.00 |
| Mohamed, David | 31.3 | 175 | 5,477.50 |
| Sasson, Gabriel | 12.2 | 210 | 2,562.00 |
| | | | |
| **Total** | **267.6** | | **$ 140,683.50** |
| **Credit Applied from** | | | |
| **Overpayment of March** | | | -2,000.00 |
| **Invoice 440453** | | | |
| **Amount Due** | | | **$ 138,683.50** |

NY 71570725v1