# EXHIBIT C

NY 71570725v1

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**MAY 1, 2008 - MAY 31, 2008**

| Outside Messenger Service | $ | 30.06 |
|---|---|---|
| Meals | | 23.98 |
| Local Transportation | | 262.50 |
| Long Distance Telephone | | 46.45 |
| Duplicating Costs-in House | | 14.40 |
| Filing Fees | | 748.00 |
| In House Messenger Service | | 31.17 |
| Travel Expenses - Transportation | | 1,027.50 |
| Westlaw | | 1,465.89 |
| | | |
| **TOTAL** | **$** | **3,649.95** |

# STROOCK

## Disbursement Register

| | |
|---|---|
| DATE | June 24, 2008 |
| INVOICE NO. | 445949 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through May 31, 2008, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 05/05/2008 | VENDOR: UPS; INVOICE#: 0000010X827188; DATE: 05/03/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stacey F. Tate Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270193524431 on 04/29/2008 | 6.80 |
| 05/05/2008 | VENDOR: UPS; INVOICE#: 0000010X827188; DATE: 05/03/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270190480047 on 04/29/2008 | 6.80 |
| 05/05/2008 | VENDOR: UPS; INVOICE#: 0000010X827188; DATE: 05/03/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193884454 on 04/29/2008 | 9.66 |
| 05/05/2008 | VENDOR: UPS; INVOICE#: 0000010X827188; DATE: 05/03/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270194641660 on 04/29/2008 | 6.80 |
| **Outside Messenger Service Total** | | **30.06** |
| **Meals** | | |
| 05/08/2008 | VENDOR: Seamless Web; Invoice#: 339518; Date: 5/4/2008 - | 23.98 |

NY 71570725v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Liberatos Pizza & Parmigiana; Please add extra plates. Order Date: 05/01/08 19:22:00 | |
| **Meals Total** | | **23.98** |
| **Local Transportation** | | |
| 05/01/2008 | VENDOR: NYC Taxi; Invoice#: 826876; Invoice Date: 04/25/2008; Voucher #: 77905; Arlene Krieger 04/08/2008 22:00 from 180 MAIDEN LANE MANHATTAN NY to 10 E 80 ST MANHATTAN NY | 37.50 |
| 05/01/2008 | VENDOR: NYC Taxi; Invoice#: 826876; Invoice Date: 04/25/2008; Voucher #: 77942; Arlene Krieger 04/09/2008 13:00 from 180 MAIDEN LANE MANHATTAN NY to 10 E 80 ST MANHATTAN NY | 37.50 |
| 05/12/2008 | VENDOR: NYC Taxi; Invoice#: 827999; Invoice Date: 05/02/2008; Voucher #: 812150223; Abigail Beal 04/24/2008 20:04 from 180 MAIDEN LA MANHATTAN NY to 90 BEDFORD ST MANHATTAN NY | 39.03 |
| 05/12/2008 | VENDOR: NYC Taxi; Invoice#: 827999; Invoice Date: 05/02/2008; Voucher #: 812146984; Abigail Beal 04/22/2008 20:15 from 180 MAIDEN LA MANHATTAN NY to 90 BEDFORD ST MANHATTAN NY | 28.32 |
| 05/12/2008 | VENDOR: NYC Taxi; Invoice#: 827999; Invoice Date: 05/02/2008; Voucher #: 71431; Arlene Krieger 04/21/2008 02:02 from 180 MAIDEN LANE MANHATTAN NY to 10 EAST END AVE MANHATTAN NY | 38.52 |
| 05/19/2008 | VENDOR: Elite Taxi; Invoice#: 1304182; Invoice Date: 04/11/2008; Voucher #: 8040429492; James Gutierrez 04/04/2008 19:48 from 180 MAIDEN LN MANHATTAN NY to 222 W. 14 ST MANHATTAN NY | 52.80 |
| 05/22/2008 | VENDOR: NYC Taxi; Invoice#: 829554; Invoice Date: 05/16/2008; Voucher #: 812160215; Abigail Beal 05/01/2008 21:01 from 180 MAIDEN LA MANHATTAN NY to 90 BEDFORD ST MANHATTAN NY | 28.83 |
| **Local Transportation Total** | | **262.50** |
| **Long Distance Telephone** | | |
| 05/09/2008 | EXTN.5544, TEL.973-424-2031, S.T.09:41, DUR.00:16:54 | 7.97 |
| 05/09/2008 | EXTN.5544, TEL.213-680-8209, S.T.13:08, DUR.00:07:30 | 3.75 |
| 05/12/2008 | EXTN.5562, TEL.973-424-2031, S.T.10:22, DUR.00:00:24 | 0.47 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 05/14/2008 | EXTN.5544, TEL.302-777-6565, S.T.11:06, DUR.00:11:06 | 5.63 |
| 05/19/2008 | EXTN.5562, TEL.302-777-6565, S.T.15:00, DUR.00:31:12 | 15.01 |
| 05/27/2008 | EXTN.5544, TEL.972-369-0646, S.T.15:32, DUR.00:03:24 | 1.88 |
| 05/28/2008 | EXTN.5562, TEL.215-665-2147, S.T.11:55, DUR.00:00:30 | 0.47 |
| 05/30/2008 | EXTN.5475, TEL.412-644-4060, S.T.11:51, DUR.00:02:18 | 1.41 |
| 05/30/2008 | EXTN.5475, TEL.412-261-2122, S.T.13:54, DUR.00:00:06 | 0.47 |
| 05/30/2008 | EXTN.5475, TEL.412-644-4060, S.T.13:56, DUR.00:01:06 | 0.94 |
| 05/30/2008 | EXTN.5475, TEL.412-208-7572, S.T.13:58, DUR.00:01:06 | 0.94 |
| 05/30/2008 | EXTN.5475, TEL.412-261-6122, S.T.14:55, DUR.00:02:12 | 1.41 |
| 05/30/2008 | EXTN.5562, TEL.215-665-2147, S.T.17:06, DUR.00:12:54 | 6.10 |
| | **Long Distance Telephone Total** | **46.45** |

**Duplicating Costs-in House**

| | | |
|---|---|---:|
| 05/01/2008 | | 0.20 |
| 05/13/2008 | | 7.50 |
| 05/13/2008 | | 2.50 |
| 05/30/2008 | | 1.40 |
| 05/30/2008 | | 2.80 |
| | **Duplicating Costs-in House Total** | **14.40** |

**Filing Fees**

| | | |
|---|---|---:|
| 05/12/2008 | VENDOR: Chase Card Services; INVOICE#: 050208; DATE: 5/2/2008  -  visa charge 4/3/08 Court Call LLC | 226.50 |
| 05/12/2008 | VENDOR: Chase Card Services; INVOICE#: 050208; DATE: 5/2/2008  -  visa charge 4/7/08 Court Call LLC | 213.50 |
| 05/12/2008 | VENDOR: Chase Card Services; INVOICE#: 050208; DATE: 5/2/2008  -  visa charge 4/9/08 Court Call LLC | 155.00 |
| 05/12/2008 | VENDOR: Chase Card Services; INVOICE#: 050208; DATE: 5/2/2008  -  visa charge 4/12/08 Court Call LLC | 25.00 |
| 05/12/2008 | VENDOR: Chase Card Services; INVOICE#: 050208; DATE: 5/2/2008  -  visa charge 4/23/08 Court Call LLC | 64.00 |
| 05/12/2008 | VENDOR: Chase Card Services; INVOICE#: 050208; DATE: | 64.00 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| | 5/2/2008  -  visa charge 4/23/08 Court Call LLC | |
| **Filing Fees Total** | | **748.00** |
| **In House Messenger Service** | | |
| 05/21/2008 | VENDOR: Early Bird Messenger; INVOICE #: DATE: 5/15/2008 Vehicle Rush from  to ARLENE S KRIEGER, 10 EAST END AVE | 31.17 |
| **In House Messenger Service Total** | | **31.17** |
| **Travel Expenses - Transportation** | | |
| 05/16/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE PIT LGA on 04/07/2008 | 170.00 |
| 05/16/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE on 04/18/2008 | 32.25 |
| 05/16/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE WIL NYP on 04/21/2008 | 254.00 |
| 05/16/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH on 04/04/2008 | 32.25 |
| 05/16/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH EWR PIT EWR on 04/06/2008 | 539.00 |
| **Travel Expenses - Transportation Total** | | **1,027.50** |
| **Westlaw** | | |
| 04/11/2008 | Duration 0:45:25; by Speiser, Mark A. | 416.24 |
| 05/01/2008 | Transactional Search by Beal, Abigail M. | 353.05 |
| 05/02/2008 | Transactional Search by Krieger, Arlene G. | 59.09 |
| 05/06/2008 | Transactional Search by Krieger, Arlene G. | 73.86 |
| 05/08/2008 | Transactional Search by Krieger, Arlene G. | 73.86 |
| 05/08/2008 | Transactional Search by Krieger, Arlene G. | 19.39 |
| 05/09/2008 | Duration 0:05:51; by Krieger, Arlene G. | 93.53 |
| 05/13/2008 | Transactional Search by Krieger, Arlene G. | 303.75 |
| 05/14/2008 | Transactional Search by Krieger, Arlene G. | 58.35 |
| 05/30/2008 | Transactional Search by Krieger, Arlene G. | 14.77 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Westlaw Total** | **1,465.89** |

| BILL DISBURSEMENT SUMMARY | |
|---|---|
| Outside Messenger Service | $ 30.06 |
| Meals | 23.98 |
| Local Transportation | 262.50 |
| Long Distance Telephone | 46.45 |
| Duplicating Costs-in House | 14.40 |
| Filing Fees | 748.00 |
| In House Messenger Service | 31.17 |
| Travel Expenses - Transportation | 1027.50 |
| Westlaw | 1465.89 |
| TOTAL DISBURSEMENTS/CHARGES | $ 3,649.95 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.