# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE MATTER: 100055.WRG01

May 14, 2008 INVOICE: 225587

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

DATE: May 14, 2008
MATTER: 100055.WRG01
INVOICE: 225587

**MATTER:** CLAIMANTS COMMITTEE

Robert M Horkovich

**PROFESSIONAL SERVICES through 04/30/08**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/01/08 | Conference re: W.R. Grace historical records (.50); teleconference with J. Giddings (.40); emails re: same (.30). | W001 | ASM | 1.20 |
| 04/01/08 | Reviewed W.R. Grace & Co. and W.R. Grace & Co. - Conn. filings made in CT. | W001 | ASM | 0.60 |
| 04/01/08 | Analysis of selected insurance company settlement agreements re: various coverages available for asbestos. | W001 | GFF | 1.90 |
| 04/01/08 | Conference with R. Chung re: W.R. Grace Connecticut | W001 | GJF | 0.40 |
| 04/01/08 | Settlement agreements reviewed and discussed to assist R. Chung with issues related to PD/Premises coverage availability and environmental settlement | W001 | HEG | 4.50 |
| 04/01/08 | Continued to review and study Grace Settlement Agreements re: PD Premises Coverage. | W001 | IF | 2.20 |
| 04/01/08 | Attention to motion in limine (.20); Attention to CIP agreements and payment procedures (.20); perform Westlaw research re: insolvency statutes, reverse bad faith and criminal penalties for insurance fraud (6.70). | W001 | KES | 7.10 |
| 04/01/08 | Hearing with Judge Fitzgerald - Estimation hearing (6.70). Attention to corporate successorship issues (1.00). | W001 | RMH | 7.70 |
| 04/01/08 | Attention to issues relating to historical insurance program (.40); Research and analysis regarding remaining non-asbestos bodily injury coverage (3.80). | W001 | RYC | 4.20 |

**Anderson Kill & Olick, P.C.**
**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000 EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE — MATTER: 100055.WRG01

May 14, 2008 — INVOICE: 225587

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/02/08 | Review selected insurance company settlement agreements re: various coverages available for asbestos. | W001 | GFF | 2.60 |
| 04/02/08 | Continued settlement agreement review and discussions to assist with PD/Premises availability issues | W001 | HEG | 3.00 |
| 04/02/08 | Continued to review and study Settlement Agreements re: PD Premises Coverage. | W001 | IF | 2.60 |
| 04/02/08 | Response to motion in limine (.20); CIP agreements and payment procedures (.20); perform Westlaw research re: insolvency statutes, reverse bad faith and criminal penalties for insurance fraud (2.00); begin preparation of legal memoranda re: same (7.00). | W001 | KES | 9.40 |
| 04/02/08 | In response to W.R. Grace motion in limine to exclude evidence of insurance coverage, researched issue of what types of documents and submissions to insurance companies would fall outside of the purview of FRE 408 and thus be admissible (2.50). Read through cases pulled (1.50). | W001 | RH | 4.00 |
| 04/02/08 | Draft opposition to W.R. Grace motion in limine regarding insurance evidence. | W001 | RMH | 4.00 |
| 04/02/08 | Research and analysis regarding settlements pertaining to non-asbestos bodily injury coverage. | W001 | RYC | 3.70 |
| 04/03/08 | Review and revise time entries. | W011 | AHP | 2.50 |
| 04/03/08 | Reviewed W.R. Grace & Co. and W.R. Grace & Co. - Conn. filings made in NY (.50); reviewed merger filings in CT (.50); drafted email memo (.50). | W001 | ASM | 1.50 |
| 04/03/08 | Reviewed and studied Maryland Casualty and CNA primary policies re: W.R. Grace & Company premiums. | W001 | IF | 1.00 |
| 04/03/08 | Continued to review and study W.R. Grace Settlement Agreements re: coverage remaining. | W001 | IF | 1.50 |
| 04/03/08 | Perform additional Westlaw research re: insolvency statutes, reverse bad faith and criminal penalties for insurance fraud (3.50); continue preparation of memorandum re: same (3.50); review and finalize document (.60). | W001 | KES | 7.60 |

**Anderson Kill & Olick, P.C.**
**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000 EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE MATTER: 100055.WRG01

May 14, 2008 INVOICE: 225587

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/03/08 | Continued research on issue of submissions to insurance companies that fall outside of FRE 408 (3.30); notified R. Horkovich of findings (.60). | W001 | RH | 3.90 |
| 04/03/08 | Draft opposition to W.R. Grace's Motion in Limine regarding insurance evidence (6.00). Insurance asset valuation (3.00). | W001 | RMH | 9.00 |
| 04/03/08 | Draft memorandum regarding remaining Libby claimant issues. | W001 | RYC | 3.60 |
| 04/04/08 | Analysis of selected settlement agreements re: coverages remaining for asbestos. | W001 | GFF | 2.80 |
| 04/04/08 | Review and discuss Grace primary policies for R. Chung corporate structure issues (1.00); continued settlement agreement review as part of PD/Premises availability question (1.50). | W001 | HEG | 2.50 |
| 04/04/08 | Continued to review and study Maryland Casualty and CNA primary policies re: W.R. Grace & Company premiums. | W001 | IF | 1.40 |
| 04/04/08 | Continued to review and study W.R. Grace Settlement Agreements re: remaining coverage available. | W001 | IF | 1.80 |
| 04/04/08 | Insurance valuation (5.00). Edit opposition to Grace's motion in limine regarding insurance (.50). Attention to insolvency recoveries (1.00). | W001 | RMH | 6.50 |
| 04/04/08 | Work on analysis regarding historical insurance underwriting issues. | W001 | RYC | 2.50 |
| 04/06/08 | Attention to Libby issues. | W001 | RYC | 1.50 |
| 04/07/08 | Legal research: 8-K, Exhibit 99.2 - Term Sheet | W001 | ASM | 0.40 |
| 04/07/08 | Analysis of selected insurance company settlement agreements re: various coverages available for asbestos-related claims. | W001 | GFF | 2.70 |
| 04/07/08 | Review certificate of change (.20); advise R. Chung (.10) | W001 | GJF | 0.30 |
| 04/07/08 | Additional settlement agreement analysis for PD/Premises availability request | W001 | HEG | 1.50 |
| 04/07/08 | Continued to review and study Asbestos Settlement Agreements re: "availability." | W001 | IF | 3.00 |
| 04/07/08 | Work on analysis of Royal Settlement review. | W001 | MG | 1.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000 EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**


W.R. GRACE/CLAIMANTS COMMITTEE MATTER: 100055.WRG01

May 14, 2008 INVOICE: 225587

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/07/08 | Hearing with Judge Fitzgerald (.50). Press conference with Grace (.80). Insurance valuation (1.70). | W001 | RMH | 3.00 |
| 04/07/08 | Attention to issues regarding bodily injury settlement including terms and press conference (3.30). Finalize analysis regarding insurance control issues (1.00). | W001 | RYC | 4.30 |
| 04/08/08 | Reviewed information re: Grace Asbestos Settlement and insurance company Settlement Agreements. | W001 | IF | 1.00 |
| 04/08/08 | Valuation of insurance asset. | W001 | RMH | 4.00 |
| 04/08/08 | Analysis and research regarding insurance company insolvency issues. | W001 | RYC | 2.70 |
| 04/09/08 | Review attorney changes to fee apps. | W011 | AHP | 0.50 |
| 04/09/08 | Additional settlement analysis and discussion re: PD/Premises availability | W001 | HEG | 2.00 |
| 04/09/08 | Continued to review and prepare information re: Grace Settlement Agreements with insurance companies. | W001 | IF | 1.20 |
| 04/09/08 | Assess potential to recover assets in CIP agreements. | W001 | KES | 0.80 |
| 04/09/08 | Attention to logistics of pursuing insurance assets. | W001 | RMH | 2.00 |
| 04/09/08 | Final report regarding historical insurance program (.50). Research and analysis regarding insolvent insurance company status and documentation (2.00). | W001 | RYC | 2.50 |
| 04/09/08 | Attention to fee applications. | W011 | RYC | 0.50 |
| 04/10/08 | Review revisions (.60); Preparation of copy of bill (.80) | W011 | AHP | 1.40 |
| 04/10/08 | Review of relevant insolvent documentation received from Grace in effort to determine supporting evidence still needed (.50); attempt to determine known status of insolvent insurance company policy limit availability (2.00); overall review of GRACE asbestos-related evidence previously received (2.00). | W001 | HEG | 4.50 |
| 04/10/08 | Analysis of insurance asset. | W001 | RMH | 1.00 |
| 04/10/08 | Research regarding due diligence for insurance recovery efforts. | W001 | RYC | 3.80 |

**Anderson Kill & Olick, P.C.**
**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000 EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE MATTER: 100055.WRG01

May 14, 2008 INVOICE: 225587

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/11/08 | Draft/revise memo re: documents needed in future for asbestos-related insurance recovery. | W001 | GFF | 2.30 |
| 04/11/08 | Continued research and review of all pertinent evidentiary documentation previously provided by Grace in an effort to determine outstanding relevant files still to be requested going forward (4.50); draft information request memo (.50). | W001 | HEG | 5.00 |
| 04/11/08 | Reviewed request for information from Grace re: insurance policy claims information. | W001 | IF | 2.00 |
| 04/11/08 | Begin research re: strategy to obtain recovery under CIP agreements. | W001 | KES | 0.90 |
| 04/11/08 | Prepare for meeting on April 15 (1.50); review allocations and analyses re: same (1.50). | W001 | MG | 3.00 |
| 04/11/08 | Outline and analysis regarding due diligence for insurance recovery efforts. | W001 | RYC | 3.80 |
| 04/12/08 | Perform additional research re: strategy to recover under insurance company settlements. | W001 | KES | 1.90 |
| 04/13/08 | Continue research re: strategy to recover assets in CIP agreements. | W001 | KES | 1.90 |
| 04/13/08 | Finalize letter regarding due diligence of insurance files for R. Horkovich's review. | W001 | RYC | 1.30 |
| 04/14/08 | Prepare and file bill. | W011 | AHP | 0.50 |
| 04/14/08 | Assisted R. Chung with preparations for upcoming client meeting: Several products & premises spreads and charts reviewed for accuracy and potential relevancy (3.50); Analysis of various insurance issues (.60); additional Grace/Posner documents researched for relevancy (2.40). | W001 | HEG | 6.50 |
| 04/14/08 | Studied and reviewed insurance policy "availability of limits" information. | W001 | IF | 2.60 |
| 04/14/08 | Review and analyze case law and assess viable strategy for recovering assets under CIP agreements. | W001 | KES | 1.30 |
| 04/14/08 | Revisions to color-coded insurance charts. | W001 | KS | 0.50 |
| 04/14/08 | Prepare for meeting with Inselbuch, Lockwood and Finch. | W001 | MG | 2.00 |
| 04/14/08 | Analysis of matters relating to overall insurance recovery (5.00). Attention to revising letter regarding due diligence (.50). | W001 | RYC | 5.50 |

**Anderson Kill & Olick, P.C.**
**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000 EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE MATTER: 100055.WRG01

May 14, 2008 INVOICE: 225587

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/15/08 | Update status of Fee Applications (.50). | W011 | AHP | 0.50 |
| 04/15/08 | Review of various insurance settlement agreements/related analyses re: asbestos coverage remaining. | W001 | GFF | 3.60 |
| 04/15/08 | Continued preparation assistance for client meeting (2.50); R. Chung support documentation researched and discussed (1.00); additional relevant materials reviewed and reproduced as necessary (1.50). | W001 | HEG | 5.00 |
| 04/15/08 | Searched files and in-house resources re: Grace insurance policy analysis materials. | W001 | IF | 1.50 |
| 04/15/08 | Reviewed document and information request to Jeff Posner. | W001 | IF | 0.50 |
| 04/15/08 | Prepare communication re: status of research to recover assets under coverage in place agreements (.10); continue research re: same (.40). | W001 | KES | 0.50 |
| 04/15/08 | Meeting with Inselbuch, Lockwood and Finch (3.0); preparation for same (0.5); follow-up re: same (1.0) | W001 | MG | 4.50 |
| 04/15/08 | Meeting with Mr. Inselbuch, Mr. Lockwood and Mr. Finch (3.00). Preparation for same (3.00). Follow-up (1.00). | W001 | RMH | 7.00 |
| 04/15/08 | Meeting with Claimants Committee and follow-up research. | W001 | RYC | 4.50 |
| 04/16/08 | Review of various spreadsheets and summary documents re: remaining indemnity/defense limits in the insurance policies and related exhaustion issues. | W001 | GFF | 2.30 |
| 04/16/08 | Assisted M. Garbowski in researching and reproducing historic Grace insurance-related files and spreads previously produced by Grace (4.00). Emails reviewed for coverage protocols and methodologies (1.00). | W001 | HEG | 5.00 |
| 04/16/08 | Began to review insurance policy and erosion information. | W001 | IF | 1.60 |
| 04/16/08 | Continue research re: strategies to recover assets in CIP agreements (.80); review and analyze documents re: same (.50). | W001 | KES | 1.30 |
| 04/16/08 | Review insurance asset allocation spreadsheets and strategize future analysis. | W001 | MG | 3.30 |

**Anderson Kill & Olick, P.C.**
**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000 EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE — MATTER: 100055.WRG01

May 14, 2008 — INVOICE: 225587

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/16/08 | Insurance analysis. | W001 | RMH | 1.00 |
| 04/16/08 | Research regarding insurance recovery issues. | W001 | RYC | 4.70 |
| 04/17/08 | Review/revise summary spreadsheets of W.R. Grace insurance company settlements (2.20); review spreadsheets on insurance settlements sent by Mr. Posner (.70). | W001 | GFF | 2.90 |
| 04/17/08 | Assisted with request for insurance company legal representation and settlement signatory principals (1.00); Posner insurance company cash receipts documented, reviewed and reworked for future use (2.00); additional review and analysis of Grace settlement agreements and CIPs (2.00); insurance company defense costs analysis discussed and template edited (.50). | W001 | HEG | 5.50 |
| 04/17/08 | Review information re: "insurance policy remaining limits" and "defense costs." | W001 | IF | 1.50 |
| 04/17/08 | Continue to review information re: Grace Settlement Agreements and "coverage availability." | W001 | IF | 1.50 |
| 04/17/08 | Perform research re: strategies to recover assets in CIP agreements (5.00); begin preparation of memorandum of law re: same (1.30). | W001 | KES | 6.30 |
| 04/17/08 | Review insurance asset allocation spreadsheets and strategize future analysis | W001 | MG | 4.00 |
| 04/17/08 | Insurance asset valuation. | W001 | RMH | 3.00 |
| 04/17/08 | Additional research regarding insurance recovery issues for finalization of plan (6.30). Review final letter regarding due diligence (.20). | W001 | RYC | 6.50 |
| 04/18/08 | Prepared policies for W.R. Grace Insurance Company for defense cost review. | W001 | CKN | 2.50 |
| 04/18/08 | Draft/revise summary spreadsheets of various insurance company settlement agreements (2.9); conference with M. Garbowski and others re: insurance recovery issues/required analysis projects in the near future (1.5). | W001 | GFF | 4.40 |

**Anderson Kill & Olick, P.C.**
**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000 EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE MATTER: 100055.WRG01

May 14, 2008 INVOICE: 225587

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/18/08 | Additional discussions and assistance for M. Garbowski allocation spread assignment (1.50); further review of archived emails and file productions from Posner/Grace (2.00); defense costs analysis template edits and policy reorganization (1.50); settlement agreement summary discussed and edited as needed (2.00). | W001 | HEG | 7.00 |
| 04/18/08 | Meeting with M. Garbowski, G. Fields and H. Gershman re: allocation spreadsheet preparation work. | W001 | IF | 2.00 |
| 04/18/08 | Continued to review and prepare information re: Settlement Agreements with insurance companies. | W001 | IF | 3.50 |
| 04/18/08 | Continue preparation of memorandum of law re: strategy to recover assets under CIP agreements; review additional research re: same. | W001 | KES | 2.30 |
| 04/18/08 | Review insurance asset allocation spreadsheets and strategize future analysis (2.00); conference Feldgreber, Gershman and Fields re: same (2.00) | W001 | MG | 4.00 |
| 04/18/08 | Analysis of insurance documents for finalization of plan. | W001 | RYC | 2.50 |
| 04/20/08 | Analysis of coverage in place agreements. | W001 | RYC | 1.00 |
| 04/21/08 | Prepared policies for W.R. Grace Insurance Company for defense cost review. | W001 | CKN | 2.50 |
| 04/21/08 | Analysis of Insurance Company settlement agreements re: specific terms of "coverage in place" agreements and coverage remaining issues. | W001 | GFF | 3.90 |
| 04/21/08 | Continued review and analysis of settlement agreements for "consent to settle" language as well as CIP mechanisms (4.50); Premises coverage summary discussed and table edited (.50); defense costs template reviewed and edited as needed (.50). | W001 | HEG | 5.50 |
| 04/21/08 | Continued to review and prepare information re: Settlement Agreement Summary and "consent to settle" analysis. | W001 | IF | 4.00 |
| 04/21/08 | Continue case analysis and preparation of memorandum of law re: CIP asset recovery. | W001 | KES | 1.90 |
| 04/21/08 | Review insurance asset allocation spreadsheets and strategize future analysis | W001 | MG | 2.00 |

**Anderson Kill & Olick, P.C.**
**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000 EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE MATTER: 100055.WRG01

May 14, 2008 INVOICE: 225587

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/21/08 | Hearing with Judge Fitzgerald. | W001 | RMH | 2.00 |
| 04/21/08 | Analysis and attention to coverage recovery issues for future Trust. | W001 | RYC | 3.60 |
| 04/22/08 | Analysis of selected Insurance Company settlement agreements re: specific terms of "coverage in place" agreements and coverage remaining issues. | W001 | GFF | 4.80 |
| 04/22/08 | Continued settlement agreement and CIP review and analysis (3.00); consent to settle language (.50); Assisted with insurance company contact and settlement agreement principals assignment (1.00); Additional editing and conforming of Defense Costs template (1.50). | W001 | HEG | 6.00 |
| 04/22/08 | Continued to review and prepare information "Summary of Settlement Agreements" and "Consent to Settle" language. | W001 | IF | 3.70 |
| 04/22/08 | Confer with paralegal re: CIP agreements. | W001 | KES | 0.20 |
| 04/22/08 | Review policy information and allocation issues | W001 | MG | 1.50 |
| 04/22/08 | Hearing with Judge Fitzgerald (2.00). | W001 | RMH | 2.00 |
| 04/22/08 | Analysis of issues raised by claimants committee regarding insurance coverage recovery obstacles. | W001 | RYC | 2.60 |
| 04/23/08 | Continue analysis of insurance settlements/"coverage in place" agreements re: remaining coverage issues and consent to settle issues. | W001 | GFF | 1.10 |
| 04/23/08 | Additional review and analysis of settlement agreements and CIPs (3.30); continued exploration of email repository for previously received allocation/defense costs information from Posner/Grace (2.00); further insurance company contact information assistance for N. Balsdon (.20); defense costs template edited (.50); certain policy impairment spreads reproduced and tweaked for pending allocation assignment (1.00) | W001 | HEG | 7.00 |
| 04/23/08 | Continued to review Grace Settlement Agreements re: "coverage availability" and "consent to settle." | W001 | IF | 1.50 |

**Anderson Kill & Olick, P.C.**
**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000 EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE MATTER: 100055.WRG01

May 14, 2008 INVOICE: 225587

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/23/08 | Continue research of Montana law re: strategy to recover assets under Coverage in Place agreements (3.00); prepare memorandum of law re: same (.50). | W001 | KES | 3.50 |
| 04/23/08 | Worked on pulling docket sheet and review for insurance companies that have appeared before a hearing. | W001 | NJB | 2.00 |
| 04/23/08 | Research and analysis regarding Grace coverage issues in anticipation of future settlement discussions with relevant carriers. | W001 | RYC | 3.70 |
| 04/24/08 | Analysis of selected umbrella/excess policies re: maximizing coverage. | W001 | GFF | 5.20 |
| 04/24/08 | Review of CIP/Settlement agreement summary (.50); "consent to settle" language researched; initial CIP language assistance for K. Sharperson (1.50); additional Grace/Posner allocation, policy impairment and costs allowance research (3.00); review and discuss various assignment status for Friday meeting (.50). | W001 | HEG | 7.00 |
| 04/24/08 | Reviewed and prepared information re: status of Summary of Settlement Agreements. | W001 | IF | 1.00 |
| 04/24/08 | Continue research and analyze case law (1.30); continue preparation of memorandum of law re: Trust liability and asset recovery (1.00). | W001 | KES | 2.30 |
| 04/24/08 | Worked on creating index of attorney's and principals in relation to case | W001 | NJB | 3.00 |
| 04/24/08 | Follow-up regarding Grace meeting and work on response to claimants' committee regarding pending coverage issues. | W001 | RYC | 2.50 |
| 04/25/08 | Conference re: insurance recovery issues and projects needed to achieve recovery (1.00); analysis of selected umbrella/excess policies re: provisions to maximize coverage (6.30). | W001 | GFF | 7.30 |
| 04/25/08 | Began to review W.R. Grace Umbrella policies re: provisions to maximize coverage. | W001 | IF | 4.00 |
| 04/25/08 | Meeting with Analysis Team re: maximizing coverage. | W001 | IF | 1.00 |

**Anderson Kill & Olick, P.C.**
**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000 EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE MATTER: 100055.WRG01

May 14, 2008 INVOICE: 225587

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/25/08 | Continue preparation of analysis of law re: recovery of assets (.90); research assignment on policy annual policy limits (.20). | W001 | KES | 1.10 |
| 04/25/08 | Meeting with Analysis Team re: provisions to maximize coverage (1.00); telephone conference Mark Peterson re: actuarial issues and data (0.70); review spreadsheets and policy information (1.50) | W001 | MG | 3.20 |
| 04/25/08 | Insurance valuation. | W001 | RMH | 2.00 |
| 04/25/08 | Libby analysis follow-up (.70). Work on tasks regarding insurance coverage in connection with team meeting (1.00). | W001 | RYC | 1.70 |
| 04/26/08 | Perform additional research re: contract construction in preparation of preparing memorandum of law re: triggering insurance companies obligations. | W001 | KES | 1.60 |
| 04/27/08 | Complete review of Montana case law (.50); continue to prepare memorandum of law re: liability under CIP agreements (.80). | W001 | KES | 1.30 |
| 04/27/08 | Draft memo and research proposed allocation issues for general liability policies. | W001 | RYC | 2.00 |
| 04/28/08 | Prepared policies for W.R. Grace Insurance Company for review of provisions maximizing coverage. | W001 | CKN | 3.00 |
| 04/28/08 | Prepared policies for W.R. Grace Insurance Company in connection with review of provisions maximizing coverage. | W001 | CKN | 1.50 |
| 04/28/08 | Analysis of selected umbrella/excess policies re: multiple issues in connection with maximizing coverage. | W001 | GFF | 5.50 |
| 04/28/08 | Per M. Garbowski request, began spreadsheet manipulation to determine policy-by-policy product availability limits (2.50); additional agreements, spreads, CIPs and correspondence accessed to assist in analysis (3.50). | W001 | HEG | 6.00 |
| 04/28/08 | Reviewed Grace CIP Agreements re: insurance recovery language. | W001 | IF | 1.50 |
| 04/28/08 | Studied Grace information policies re: critical issues to maximize coverage. | W001 | IF | 3.00 |

**Anderson Kill & Olick, P.C.**
**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000 EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE MATTER: 100055.WRG01

May 14, 2008 INVOICE: 225587

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/28/08 | Helped to prepare available products limit information. | W001 | IF | 1.00 |
| 04/28/08 | Confer with paralegal re: language in CIP agreements (.20); review relevant CIP agreement language in anticipation of preparing memorandum of law (1.00); continue preparation of memorandum of law re: strategies to recover assets under CIP agreements (.90). | W001 | KES | 3.10 |
| 04/28/08 | Work on allocation spreadsheets including use of claimant data inputs | W001 | MG | 2.90 |
| 04/28/08 | Revise memo and continued research regarding general allocation issues for general liability policies. | W001 | RYC | 2.80 |
| 04/29/08 | Update fee application status. | W011 | AHP | 0.60 |
| 04/29/08 | Prepared policies for W.R. Grace Insurance Company for defense cost review. | W001 | CKN | 7.00 |
| 04/29/08 | Analysis of selected umbrella/excess policies re: defense costs, follow form, loss payable and other issues. | W001 | GFF | 5.90 |
| 04/29/08 | Additional research and discussions to assist in determining hard Product liability limits for M. Garbowski allocation project (4.00) previously prepared spreads and tables reviewed and compared to explain inconsistencies in results (2.00); assisted with policy defense cost analysis preparation (1.00). | W001 | HEG | 7.00 |
| 04/29/08 | Continued to review Grace insurance policies re: "defense costs" "loss payable" and follow form language. | W001 | IF | 3.00 |
| 04/29/08 | Helped review available Products Hazard limit information. | W001 | IF | 1.00 |
| 04/29/08 | Telephone call Relles and Peterson re: claim data for allocations (0.50); review prior claim data re: same (1.00); revise allocation spreadsheets (1.80) | W001 | MG | 3.20 |
| 04/29/08 | Analysis of insurance issues for post-bankruptcy recovery. | W001 | RYC | 3.50 |
| 04/30/08 | Analysis of selected umbrella/excess policies re: defense costs (4.50); follow form and other issues (.80). | W001 | GFF | 5.30 |

**Anderson Kill & Olick, P.C.**
**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000 EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE MATTER: 100055.WRG01

May 14, 2008 INVOICE: 225587

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 04/30/08 | Continued review and discussions re: differing Product liability availability totals in effort to arrive at best results (4.00); additional spreads and tables researched for underlying facts giving rise to inconsistent determinations (1.50); CIPs reviewed for clues to inconsistent numbers (1.50). | W001 | HEG | 7.00 |
| 04/30/08 | Continued to review and study Grace available insurance policies re: "Products Hazard," "follow form" "loss payable" and "defense costs." | W001 | IF | 4.50 |
| 04/30/08 | Revise allocation spreadsheets | W001 | MG | 2.50 |
| 04/30/08 | Insurance valuation/plan drafting. | W001 | RMH | 9.00 |
| 04/30/08 | Continued analysis of insurance issues for post-bankruptcy recovery. | W001 | RYC | 2.00 |

**TOTAL FEES:** **$202,224.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**


W.R. GRACE/CLAIMANTS COMMITTEE MATTER: 100055.WRG01

May 14, 2008 INVOICE: 225587

**FEE SUMMARY**

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| Anna S Molina | 165.00 | 3.70 | 610.50 |
| Arline H Pelton | 220.00 | 6.00 | 1,320.00 |
| Corina K Nastu | 200.00 | 16.50 | 3,300.00 |
| Glenn F Fields | 295.00 | 64.50 | 19,027.50 |
| Gloria J Frank | 570.00 | 0.70 | 399.00 |
| Harris E Gershman | 245.00 | 97.50 | 23,887.50 |
| Izak Feldgreber | 255.00 | 61.60 | 15,708.00 |
| Kathleen Samet | 150.00 | 0.50 | 75.00 |
| Kenneth E. Sharperson | 395.00 | 56.30 | 22,238.50 |
| Mark Garbowski | 520.00 | 37.10 | 19,292.00 |
| Nicholas J Balsdon | 185.00 | 5.00 | 925.00 |
| Rene Hertzog | 265.00 | 7.90 | 2,093.50 |
| Robert M Horkovich | 790.00 | 63.20 | 49,928.00 |
| Robert Y Chung | 520.00 | 83.50 | 43,420.00 |
| **TOTAL FEES:** | | | **$202,224.50** |

**Anderson Kill & Olick, P.C.**
**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000 EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE MATTER: 100055.WRG01

May 14, 2008 INVOICE: 225587

**SUMMARY OF SERVICES BY ACTIVITY**

**THIS BILLING PERIOD**

ACTIVITY CODE: W001 Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---|---|
| Anna S Molina | 3.70 | 610.50 |
| Corina K Nastu | 16.50 | 3,300.00 |
| Glenn F Fields | 64.50 | 19,027.50 |
| Gloria J Frank | 0.70 | 399.00 |
| Harris E Gershman | 97.50 | 23,887.50 |
| Izak Feldgreber | 61.60 | 15,708.00 |
| Kenneth E. Sharperson | 56.30 | 22,238.50 |
| Kathleen Samet | 0.50 | 75.00 |
| Mark Garbowski | 37.10 | 19,292.00 |
| Nicholas J Balsdon | 5.00 | 925.00 |
| Rene Hertzog | 7.90 | 2,093.50 |
| Robert M Horkovich | 63.20 | 49,928.00 |
| Robert Y Chung | 83.00 | 43,160.00 |
| **TOTAL:** | **497.50** | **$200,644.50** |

ACTIVITY CODE: W011 Fee Applications (Applicant)

| | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 6.00 | 1,320.00 |
| Robert Y Chung | 0.50 | 260.00 |
| **TOTAL:** | **6.50** | **$1,580.00** |
| **TOTAL LEGAL FEES:** | | **$202,224.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000 EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**


W.R. GRACE/CLAIMANTS COMMITTEE MATTER: 100055.WRG01

May 14, 2008 INVOICE: 225587

**COSTS through 04/30/08**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 03/27/08 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 262824284 Tracking Number: 798906463280 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Janet Baer, Kirkland & Ellis LLP, 200 East Randolph Drive , CHICAGO, IL, 60601, US | E107 | 11.29 |
| 04/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges - March 1 - 31, 2008 | E106 | 27.29 |
| 04/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges - March 1 - 31, 2008 | E106 | 124.41 |
| 04/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges - March 1 - 31, 2008 | E106 | 1,072.31 |
| 04/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges - March 1 - 31, 2008 | E106 | 392.97 |
| 04/01/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 04/03/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 04/03/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 04/04/08 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 04/07/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 04/07/08 | DI - PHOTOCOPYING - | E101 | 7.50 |
| 04/07/08 | DI - PHOTOCOPYING - | E101 | 11.25 |
| 04/07/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 04/08/08 | LOCAL TRAVEL - - VENDOR: Kenneth Sharperson Taxi from Newark Penn Station to Grove St. train station re: W.R. Grace / Claimant's committee matter | E109 | 30.00 |
| 04/08/08 | AP - TELEPHONE - - - VENDOR: HORKOVICH, ROBERT M. Telephonic court hearing appearance in front of Judge Fitzgerald 2/27/08 | E105 | 220.00 |
| 04/08/08 | AP - TELEPHONE - - - VENDOR: HORKOVICH, ROBERT M. Telephonic court hearing appearance in front of Judge Fitzgerald 02/29/08 | E105 | 51.00 |
| 04/08/08 | AP - TELEPHONE - - - VENDOR: HORKOVICH, ROBERT M. Telephonic court hearing appearance in front of Judge Fitzgerald 03/21/08 | E105 | 109.50 |

**Anderson Kill & Olick, P.C.**
**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000 EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE MATTER: 100055.WRG01

May 14, 2008 INVOICE: 225587

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 04/08/08 | AP - TELEPHONE - - - VENDOR: HORKOVICH, ROBERT M. Telephonic court hearing appearance in front of Judge Fitzgerald 03/27/08 | E105 | 148.50 |
| 04/09/08 | DI - PHOTOCOPYING - | E101 | 1.75 |
| 04/10/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 04/11/08 | CLIENT - ON-LINE COMP SVC - - VENDOR: PACER SERVICE CENTER AK0010 Docket System | E106 | 0.16 |
| 04/14/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 04/14/08 | DI - PHOTOCOPYING - | E101 | 2.25 |
| 04/15/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 04/15/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 04/15/08 | DI - PHOTOCOPYING - | E101 | 1.75 |
| 04/15/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 04/15/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 04/17/08 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 266781417 Tracking Number: 798422773627 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mr. Jeffrey M Posner, INFORMATION NOT SUPPLIED, 47 00 Hiatus Road, Suite 258, FORT LAUDERDALE, FL , 33351, US | E107 | 11.57 |
| 04/17/08 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 266781417 Tracking Number: 798422774314 Reference: 100055 WRG01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Jan et S Baer, Esq, Kirkland & Ellis LLP, 200 East Randolph Drive , CHICAGO, IL, 60601, US | E107 | 11.44 |
| 04/17/08 | DI - FAX CHARGES - | E104 | 7.50 |
| 04/17/08 | DI - FAX CHARGES - | E104 | 7.50 |
| 04/17/08 | DI - PHOTOCOPYING - | E101 | 8.00 |
| 04/17/08 | DI - PHOTOCOPYING - | E101 | 5.00 |
| 04/18/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 04/18/08 | DI - PHOTOCOPYING - | E101 | 0.75 |
| 04/21/08 | FILING OR WITNESS FEES - - VENDOR: CSC Document supporting analysis of historical purchase of insurance & good standing certificate - long form | E124 | 110.00 |

**Anderson Kill & Olick, P.C.**
**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000 EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE MATTER: 100055.WRG01

May 14, 2008 INVOICE: 225587

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 04/21/08 | FILING OR WITNESS FEES - - VENDOR: CSC Document supporting analysis of historical purchase of insurance & good standing certificate - long form | E124 | 107.00 |
| 04/21/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 04/21/08 | DI - PHOTOCOPYING - | E101 | 26.25 |
| 04/22/08 | LOCAL TRAVEL - - VENDOR: PETTY CASH NY OFFICE 4/8/08 - CARFARE - PICK UP COPY OF DISK WITH BRIEF FOR R. HORKOVICH | E109 | 4.00 |
| 04/22/08 | AP - PHOTOCOPYING - - - VENDOR: PETTY CASH NY OFFICE LOCAL TRAVEL - - VENDOR: PETTY CASH NY OFFICE 4/8/08 - COPY OF DISK - PICK UP COPY OF DISK WITH BRIEF FOR R. HORKOVICH | E109 | 26.00 |
| 04/23/08 | DI - POSTAGE - | E108 | 0.41 |
| 04/23/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 04/23/08 | DI - PHOTOCOPYING - | E101 | 0.75 |
| 04/23/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 04/25/08 | DI - PHOTOCOPYING - | E101 | 4.75 |
| 04/25/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 04/25/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 04/28/08 | DI - PHOTOCOPYING - | E101 | 2.25 |
| 04/29/08 | DI - PHOTOCOPYING - | E101 | 0.75 |
| 04/29/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 04/29/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 04/29/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 04/30/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 04/30/08 | DI - PHOTOCOPYING - | E101 | 0.50 |

**TOTAL COSTS:** **$2,558.60**

**Anderson Kill & Olick, P.C.**
**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000 EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE MATTER: 100055.WRG01

May 14, 2008 INVOICE: 225587

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| AF | AIRFREIGHT | 34.30 |
| CM | CLIENT - ON-LINE COMP SVC | 0.16 |
| FE | FILING OR WITNESS FEES | 217.00 |
| FX | DI - FAX CHARGES - | 15.00 |
| LB | LIBRARY & LEGAL RESEARCH | 1,616.98 |
| LT | LOCAL TRAVEL | 34.00 |
| PG | DI - POSTAGE - | 0.41 |
| TE | AP - TELEPHONE - | 529.00 |
| XE | DI - PHOTOCOPYING - | 85.75 |
| XX | AP - PHOTOCOPYING - | 26.00 |
| | **TOTAL COSTS:** | **$2,558.60** |

**TOTAL DUE:** **$204,783.10**