# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

June 12, 2008                                     INVOICE:          226173


c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005


**PROFESSIONAL SERVICES through 05/31/08**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/01/08 | Prepared policies for W. R. Grace Insurance Company for defense/association review. | W001 | CKN | 8.00 |
| 05/01/08 | Analysis of selected settlement agreements re: remaining coverage/related issues. | W001 | GFF | 1.70 |
| 05/01/08 | Continued discussion and edits of Settlement Agreement/CIP Available Asbestos Coverage Summary (4.00); additional total Products Availability research and calculations to assist M. Garbowski with Rellis/Peterson Allocation requests (2.30); conference with I. Feldgreber and M. Garbowski (.70). | W001 | HEG | 7.00 |
| 05/01/08 | Continued to review and prepare information re: Grace Settlement Agreements, Asbestos Related Aggregate Products Limits and "Defense/Association" (2.30); conference with H. Gershman and M. Garbowski (.70). | W001 | IF | 3.50 |
| 05/01/08 | Conference H. Gershman and I. Feldgreber re: policy review and total limits | W001 | MG | 0.70 |
| 05/01/08 | Attention to memo regarding settlement and post-bankruptcy coverage issues. | W001 | RYC | 1.20 |
| 05/02/08 | Prepared policies for W. R. Grace Insurance Company for defense/association review. | W001 | CKN | 7.00 |
| 05/02/08 | Analysis of selected settlement agreements re: remaining coverage/related issues (4.30); draft/revise spreadsheets re: defense provisions and other issues in selected insurance policies (1.80) | W001 | GFF | 6.10 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| June 12, 2008 | | INVOICE: | 226173 |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/02/08 | Additional CIP review re: Asbestos BI & PD Products Availability for Summary (3.50); Continued Total Products Availability calculations (1.00); memo created to highlight discrepancies in availability data (2.00); memo edited as necessary and circulated (.50). | W001 | HEG | 7.00 |
| 05/02/08 | Continued to review and prepare information re: Grace Asbestos Products Aggregate Limits and "Defense/Association." | W001 | IF | 4.00 |
| 05/02/08 | Insurance valuation analysis. | W001 | RMH | 2.00 |
| 05/02/08 | Follow-up analysis in connection with memo regarding settlement and post-bankruptcy coverage issues. | W001 | RYC | 3.20 |
| 05/05/08 | Begin reviewing and revise time entries. | W011 | AHP | 2.50 |
| 05/05/08 | Prepared policies for W. R. Grace Insurance Company for defense/association review. | W001 | CKN | 7.00 |
| 05/05/08 | Prepared policies for W. R. Grace Insurance Company for defense/association review. | W001 | CM | 3.00 |
| 05/05/08 | Analysis of selected insurance policies/related settlement agreements re: defense/association issues (5.60); draft/revise spreadsheets re: defense/association issues (1.60). | W001 | GFF | 7.20 |
| 05/05/08 | Research regarding Integrity 2009 Final Claim Bar Date and status of Grace prior POC filings (1.20); memo re: same (.80). | W001 | HEG | 2.00 |
| 05/05/08 | Reviewed Grace available insurance policies re: "right to defend" language in policies and Coverage in Place agreements". | W001 | IF | 3.50 |
| 05/06/08 | Continue reviewing and revising time entries. | W011 | AHP | 2.00 |
| 05/06/08 | Prepared policies for W. R. Grace Insurance Company for defense/association review. | W001 | CKN | 7.00 |
| 05/06/08 | Prepared policies for W. R. Grace Insurance Company for defense/association review. | W001 | CM | 2.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                                                     **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                                        MATTER:        100055.WRG01

June 12, 2008                                                                                        INVOICE:             226173

---

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 05/06/08 | Analysis of selected insurance policies/related settlement agreements re: duty to defend and other defense/association issues (2.80); draft/revise spreadsheets on defense/association (1.70); draft/revise memo on duty to defend issues (2.80). | W001 | GFF | 7.30 |
| 05/06/08 | Continued review re: Integrity Final Claim Bar Date issue (1.00); "Consent to Settle" policy language charting as requested (1.50); "Duty to Defend" policy language issues researched and policies reviewed (1.50); overall products availability amounts, researched, charted and outstanding issues put in memo (1.50). | W001 | HEG | 5.50 |
| 05/06/08 | Reviewed Grace excess insurance policies and coverage in place agreements re: "right to defend." | W001 | IF | 3.50 |
| 05/06/08 | Perform research re: annualization of three-year policy. | W001 | KES | 1.30 |
| 05/06/08 | Work on email memo re: total limits and allocation calculations | W001 | MG | 2.80 |
| 05/06/08 | Research and analysis regarding insurance defense related issues. | W001 | RYC | 2.30 |
| 05/07/08 | Prepared policies for W. R. Grace Insurance Company for defense/association review. | W001 | CKN | 7.00 |
| 05/07/08 | Prepared policies for W. R. Grace Insurance Company for defense/association review. | W001 | CM | 3.00 |
| 05/07/08 | Draft/revise spreadsheets re: defense/association issues (3.10); draft/revise memo on defense/association (.80); draft/revise memo re: settlement agreements (1.30). | W001 | GFF | 5.20 |
| 05/07/08 | Additional research regarding total products remaining availability issues for M. Garbowski request. | W001 | HEG | 2.50 |
| 05/07/08 | Review re: "defense/association information for product liability claims" (2.00); reviewed information about correspondences with insurance companies (.50). | W001 | IF | 2.50 |
| 05/07/08 | Reviewed Grace excess insurance policies and coverage in place agreements re: "right to defend". | W001 | IF | 1.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

June 12, 2008                                                    INVOICE:         226173

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/07/08 | Finalize review CIP agreements to confirm whether insurance companies have a duty to defend (1.00); prepare communication to H. Gershman re: same (.60); research annualization of per occurrence limits in insurance polices (1.50); review and analyze case law (1.50). | W001 | KES | 4.60 |
| 05/07/08 | Work on email memo re: total limits and allocation calculations; | W001 | MG | 2.20 |
| 05/08/08 | Prepared policies for W. R. Grace Insurance Company for defense/association review. | W001 | CKN | 7.00 |
| 05/08/08 | Prepared policies for W. R. Grace Insurance Company for defense/association review. | W001 | CM | 1.00 |
| 05/08/08 | Draft/revise spreadsheets on policy/settlement agreement defense/association issues, with related research (2.50); draft/revise spreadsheets re: insurance payments and remaining policy limits (2.40). | W001 | GFF | 4.90 |
| 05/08/08 | Continued to review and prepare information re: "settlement agreement summary" "Consent to Settle," and "CIP Analysis." | W001 | IF | 2.50 |
| 05/08/08 | Reviewed information re: "available products limits" for Grace Asbestos Claims. | W001 | IF | 1.00 |
| 05/08/08 | Research and review case law re: annualization of three-year policy. | W001 | KES | 2.70 |
| 05/08/08 | Work on email memo re: total limits and allocation calculations. | W001 | MG | 2.50 |
| 05/09/08 | Prepared policies for W. R. Grace Insurance Company for defense/association review. | W001 | CKN | 7.00 |
| 05/09/08 | Prepared policies for W. R. Grace Insurance Company for defense/association review. | W001 | CM | 1.00 |
| 05/09/08 | Draft/revise spreadsheets re: insurance settlement agreements/coverage availability (1.30); analysis of selected insurance policies/related settlement agreements re: limits of coverage and coverage availability issues (1.40) | W001 | GFF | 2.70 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:      100055.WRG01

June 12, 2008                                          INVOICE:        226173

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/09/08 | Additional total product availability figures issues researched (.50); review, compare and correct number of available policies with "Defense/Association/Follow Form" analysis sub chart (1.00); previously completed charts proofed and distributed as necessary (.50). | W001 | HEG | 2.00 |
| 05/09/08 | Reviewed and prepared information re: "Defense/Association" information for available products insurance policies. | W001 | IF | 2.00 |
| 05/09/08 | Review and revise case law analysis re: annualization of three-year policy. | W001 | KES | 0.90 |
| 05/09/08 | Review and comment upon fee application. | W011 | RYC | 0.50 |
| 05/12/08 | Analysis of selected insurance policies re: asbestos premises coverage issues. | W001 | GFF | 2.90 |
| 05/12/08 | Unsettled Solvent Premises coverage policies reviewed for Defense/Analysis & Follow Form issues, charts edited as needed. (2.50); Additional Products Consent to Settle queries (.50); Summary chart of Availability under Settlement Agreements/CIPs reviewed and edited (1.00). | W001 | HEG | 4.00 |
| 05/12/08 | Finalize memorandum of law re: annualization of three-year policy (.20); prepare communication to R. Horkovich and M. Garbowski re: same (.20). | W001 | KES | 0.40 |
| 05/12/08 | Review new policy analysis, compare to allocation spreadsheets, and revise same | W001 | MG | 4.10 |
| 05/12/08 | Review and analyze post-settlement insurance recovery issues. | W001 | RYC | 3.80 |
| 05/13/08 | Analysis of selected insurance policies re: premises coverage issues. | W001 | GFF | 4.90 |
| 05/13/08 | Continued review and analysis of Available Premises policies for Defense/Analysis provisions and follow-form language, results charted (1.50); Aggregate issues revisited re: all available policies (1.50); Transit Casualty POC and distributions issues researched and communications with Estate (1.00). | W001 | HEG | 4.00 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
|---|---|---|---|
| June 12, 2008 | | INVOICE: | 226173 |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/13/08 | Reviewed Grace insurance policies re: "aggregate limits", "Defense/Association", "follow form" and available premises coverage. | W001 | IF | 3.00 |
| 05/13/08 | Follow-up regarding association of defense (2.00). Attention to Plan issues in connection with insurance (.30). | W001 | RYC | 2.30 |
| 05/14/08 | Review attorney changes (.50); additional review and revisions to entries (1.00). | W011 | AHP | 1.50 |
| 05/14/08 | Analysis of selected insurance policies re: premises coverage issues (1.90); analysis of selected insurance policies re: right to associate in defense issues/voluntary payments issues (4.60). | W001 | GFF | 6.50 |
| 05/14/08 | Continued Available Premises policies review and charting for Defense/Association & FF issues as well as Loss Payable language (2.50); Began new review of all available policies for various potential Insurance Company rights (2.50). | W001 | HEG | 5.00 |
| 05/14/08 | Reviewed Grace insurance policies re: defense/association for "available premises policies." | W001 | IF | 1.50 |
| 05/14/08 | Review Grace insurance policies re: "available products policies for right to associate and consent to settle." | W001 | IF | 1.50 |
| 05/14/08 | Review new policy analysis, compare to allocation spreadsheets, and revise same | W001 | MG | 3.00 |
| 05/14/08 | Follow-up regarding Plan issues in connection with insurance. | W001 | RYC | 0.80 |
| 05/15/08 | Update monitoring chart. | W011 | AHP | 0.30 |
| 05/15/08 | Analysis of selected insurance policies re: asbestos premises coverage issues. | W001 | GFF | 5.70 |
| 05/15/08 | Continued detailed available policy research for "Insurance Interference" issues and Aggregate application issues (3.00); results charted (.50). | W001 | HEG | 3.50 |
| 05/15/08 | Reviewed Grace insurance policies re: "Follow Form" "Voluntary Payments/Consent to Settle", "Right to Associate" and "provisions regarding insurance company rights." | W001 | IF | 3.50 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| June 12, 2008 | | INVOICE: | | 226173 |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/15/08 | Review new policy analysis, compare to allocation spreadsheets, and revise same. | W001 | MG | 3.00 |
| 05/15/08 | Address issues regarding insurance recovery from insolvent insurance companies. | W001 | RYC | 2.80 |
| 05/16/08 | Analysis of selected insurance policies re: defense/association/follow form/voluntary payments issues (3.90); analysis of insurance policies re: products aggregates (1.90). | W001 | GFF | 5.80 |
| 05/16/08 | Continued "Insurance Rights" policy reviews and charting per R. Chung request (3.50); Additional Aggregate, Defense/Association & Follow Form policy issues for M. Garbowski (1.00). | W001 | HEG | 4.50 |
| 05/16/08 | Reviewed insurance policies and updated information re: Grace Products Defense/Association information. | W001 | IF | 0.50 |
| 05/16/08 | Updated information re: Summary of Settlement Grace Agreements. | W001 | IF | 0.80 |
| 05/16/08 | Continued to review Grace insurance policies re: "right to associate" and "voluntary payments/consent to settle" provisions. | W001 | IF | 3.00 |
| 05/16/08 | Review new policy analysis (1.00); compare to allocation spreadsheets (2.00); revise same (.50). | W001 | MG | 3.50 |
| 05/16/08 | Attention to defenses regarding coverage in place payments. | W001 | RYC | 3.30 |
| 05/19/08 | Analysis of selected insurance policies re: products limits/consent to settle/related issues. | W001 | GFF | 3.50 |
| 05/19/08 | Continued analysis charting of available CGL policies for potential insurance company response issues per R. Chung request. | W001 | HEG | 3.50 |
| 05/19/08 | Continued to review and study Grace insurance policies re: "right to associate," "voluntary payments" and "insurance company meddling." | W001 | IF | 2.80 |
| 05/19/08 | Attention to due diligence issues. | W001 | RYC | 0.80 |
| 05/20/08 | Analysis of selected insurance policies re: products limits/consent to settle/related issues. | W001 | GFF | 2.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                          EIN: 13-2743351
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

June 12, 2008                                      INVOICE:         226173

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/20/08 | Continued review, analysis and charting of insurance company potential response issues for R. Chung. | W001 | HEG | 3.00 |
| 05/20/08 | Continued to review and prepare information re: "voluntary payments" and insurance company involvement". | W001 | IF | 1.50 |
| 05/20/08 | Reviewed and charted settlement agreements for relevant principal contact information per R. Horkovich request. | W001 | KGR | 5.50 |
| 05/20/08 | Review and analysis of documentation re: potential insurance company affirmative defenses. | W001 | RYC | 2.40 |
| 05/21/08 | Draft /revise insurance policy summary spreadsheets. | W001 | GFF | 1.20 |
| 05/21/08 | Reviewed and charted settlement agreements for relevant principal contact information per R. Horkovich request. | W001 | KGR | 6.00 |
| 05/21/08 | Attention to valuation of insurance assets. | W001 | RMH | 6.00 |
| 05/21/08 | Continued analysis of documentation re. defense related issues. | W001 | RYC | 3.80 |
| 05/22/08 | Insurance policy analysis re: consent to settle/products limits/related issues. | W001 | GFF | 1.10 |
| 05/22/08 | Preparation for Friday's scheduled teleconference with J. Posner of Grace. | W001 | HEG | 2.50 |
| 05/22/08 | Reviewed and charted settlement agreements for relevant principal contact information per R. Horkovich request (6.00); Work re: preparation of chart (1.00). | W001 | KGR | 7.00 |
| 05/22/08 | Emails re: allocation project and available limits. | W001 | MG | 1.70 |
| 05/22/08 | Review and analysis of documentation issues re. due diligence. | W001 | RYC | 3.40 |
| 05/23/08 | Research in preparation for telephone conference re: insurance recovery with J. Posner and others (.80); telephone conversation with J. Posner and others re: insurance recovery issues (.60). | W001 | GFF | 1.40 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

June 12, 2008                                     INVOICE:        226173

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/23/08 | Continued preparation and discussions re: issues to cover in J. Posner/Grace teleconference (1.50); attended J. Posner teleconference (1.00). | W001 | HEG | 2.50 |
| 05/23/08 | Preparation for and conference call with Jeff Posner re: production of Grace insurance documents for Trust. | W001 | IF | 1.50 |
| 05/23/08 | Reviewed and charted settlement agreements for relevant principal contact information per R. Horkovich request (4.00); Work re: preparation of chart for review (1.50). | W001 | KGR | 5.50 |
| 05/23/08 | Preparation for and conference call with Jeff Posner re: production of Grace insurance documents for Trust | W001 | MG | 1.50 |
| 05/23/08 | Confer with W.R. Grace regarding material needed from W.R. Grace for insurance recovery. | W001 | RMH | 0.50 |
| 05/23/08 | Participate in conference call re. due diligence and follow-up. | W001 | RYC | 2.80 |
| 05/27/08 | Insurance policy analysis re: follow form issues, defense/association issues, aggregates, and related issues. | W001 | GFF | 2.90 |
| 05/27/08 | Continued review, analysis and charting of Grace policies for potential insurance company response to claims issues. | W001 | HEG | 3.00 |
| 05/27/08 | Continued to review and study Grace insurance policies re: "voluntary payments" and "insurance company involvement" or "right to associate" provisions. | W001 | IF | 1.00 |
| 05/27/08 | Review settlement agreements for principal contact information per R. Horkovich request (.80); review and revise chart re: same (.20). | W001 | KGR | 1.00 |
| 05/27/08 | Call Relles and Peterson re: claim data for allocation (.20); work on same (1.80). | W001 | MG | 2.00 |
| 05/27/08 | Attention to recovery from Integrity Insurance Company. | W001 | RMH | 0.50 |
| 05/27/08 | Research regarding potential insurance company affirmative defenses. | W001 | RYC | 2.50 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

June 12, 2008                                     INVOICE:         226173

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 05/28/08 | Insurance policy analysis re: follow form issues, aggregates, Defense/Association issues/related issues. | W001 | GFF | 3.60 |
| 05/28/08 | Integrity in liquidation research and communications re: potential POC objection deadline( .50); continued analysis and charting of issues of potential insurance company claim response involvement per R. Chung request (2.00). | W001 | HEG | 2.50 |
| 05/28/08 | Continued to review settlement agreements for principal contact information for R. Horkovich (3.00); update chart of information regarding principal contacts (1.50). | W001 | KGR | 4.50 |
| 05/28/08 | Analysis of policies in connection with potential insurance company defenses. | W001 | RYC | 2.00 |
| 05/29/08 | Analysis of selected insurance policies re: Grace's duty to cooperate in the event of an occurrence or claim. | W001 | GFF | 2.50 |
| 05/29/08 | Continued to review settlement agreements for principal contact information for R. Horkovich (2.00); update chart of information regarding principal contacts (1.00). | W001 | KGR | 3.00 |
| 05/29/08 | Attention to insurance insolvency issues. | W001 | RYC | 2.00 |
| 05/30/08 | Review claim data (1.20); teleconference D. Relles re: same (.60); incorporate into allocation (1.00). | W001 | MG | 2.80 |
| 05/30/08 | Review issues relating to potential insurance company defenses. | W001 | RYC | 2.50 |

**TOTAL FEES:**                                                $118,278.50

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| June 12, 2008 | INVOICE: | 226173 |

## FEE SUMMARY

| | RATE | HOURS | TOTALS |
|---|---:|---:|---:|
| Arline H Pelton | 220.00 | 6.30 | 1,386.00 |
| Channell Mellish | 80.00 | 10.00 | 800.00 |
| Corina K Nastu | 200.00 | 50.00 | 10,000.00 |
| Glenn F Fields | 295.00 | 79.50 | 23,452.50 |
| Harris E Gershman | 245.00 | 64.00 | 15,680.00 |
| Izak Feldgreber | 255.00 | 44.10 | 11,245.50 |
| Karen G Rozinski | 220.00 | 32.50 | 7,150.00 |
| Kenneth E. Sharperson | 395.00 | 9.90 | 3,910.50 |
| Mark Garbowski | 520.00 | 29.80 | 15,496.00 |
| Robert M Horkovich | 790.00 | 9.00 | 7,110.00 |
| Robert Y Chung | 520.00 | 42.40 | 22,048.00 |
| **TOTAL FEES:** | | | **$118,278.50** |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

---

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:       100055.WRG01

June 12, 2008                                                                         INVOICE:          226173

### SUMMARY OF SERVICES BY ACTIVITY

### **THIS BILLING PERIOD**

ACTIVITY CODE: W001          Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---:|---:|
| Corina K Nastu | 50.00 | 10,000.00 |
| Channell Mellish | 10.00 | 800.00 |
| Glenn F Fields | 79.50 | 23,452.50 |
| Harris E Gershman | 64.00 | 15,680.00 |
| Izak Feldgreber | 44.10 | 11,245.50 |
| Kenneth E. Sharperson | 9.90 | 3,910.50 |
| Karen G Rozinski | 32.50 | 7,150.00 |
| Mark Garbowski | 29.80 | 15,496.00 |
| Robert M Horkovich | 9.00 | 7,110.00 |
| Robert Y Chung | 41.90 | 21,788.00 |
| **TOTAL:** | **370.70** | **$116,632.50** |

ACTIVITY CODE: W011          Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 6.30 | 1,386.00 |
| Robert Y Chung | 0.50 | 260.00 |
| **TOTAL:** | **6.80** | **$1,646.00** |

**TOTAL LEGAL FEES:**                                                                                          **$118,278.50**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| June 12, 2008 | INVOICE: | 226173 |

**COSTS through 05/31/08**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 05/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges - April 1 - 30, 2008 | E106 | 216.00 |
| 05/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges - April 1 - 30, 2008 | E106 | 1,926.76 |
| 05/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges - April 1 - 30, 2008 | E106 | 10.89 |
| 05/02/08 | DI - PHOTOCOPYING - | E101 | 9.00 |
| 05/02/08 | DI - PHOTOCOPYING - | E101 | 2.75 |
| 05/02/08 | DI - PHOTOCOPYING - | E101 | 8.75 |
| 05/05/08 | DI - PHOTOCOPYING - | E101 | 1.25 |
| 05/05/08 | DI - PHOTOCOPYING - | E101 | 1.25 |
| 05/06/08 | DI - PHOTOCOPYING - | E101 | 0.75 |
| 05/07/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 05/09/08 | DI - PHOTOCOPYING - | E101 | 8.75 |
| 05/13/08 | DI - PHOTOCOPYING - | E101 | 0.75 |
| 05/13/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 05/14/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 05/14/08 | DI - PHOTOCOPYING - | E101 | 1.25 |
| 05/15/08 | AP - TELEPHONE - - - VENDOR: HORKOVICH, ROBERT M. Court call costs for telephonic hearing | E105 | 739.50 |
| 05/16/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 05/19/08 | DI - PHOTOCOPYING - | E101 | 0.75 |
| 05/19/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 05/19/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 05/22/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 05/22/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 05/23/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 05/23/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 05/23/08 | DI - PHOTOCOPYING - | E101 | 0.75 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                   **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

W.R. GRACE/CLAIMANTS COMMITTEE          MATTER:     100055.WRG01

June 12, 2008                                                       INVOICE:     226173

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 05/23/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 05/23/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 05/23/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 05/23/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 05/23/08 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 05/23/08 | DI - PHOTOCOPYING - | E101 | 2.50 |
| 05/23/08 | DI - PHOTOCOPYING - | E101 | 3.75 |
| 05/23/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 05/27/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 05/27/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 05/27/08 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 05/27/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 05/28/08 | DI - PHOTOCOPYING - | E101 | 1.75 |
| 05/28/08 | DI - PHOTOCOPYING - | E101 | 1.25 |
| 05/30/08 | PROFESSIONAL SERVICES - - VENDOR: CKM LEGAL RESEARCH INC Settlement agreement for R. Horkovich | E124 | 82.55 |

**TOTAL COSTS:**                                                                                   **$3,035.45**

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| LB | LIBRARY & LEGAL RESEARCH | 2,153.65 |
| PS | PROFESSIONAL SERVICES | 82.55 |
| TE | AP - TELEPHONE - | 739.50 |
| XE | DI - PHOTOCOPYING - | 59.75 |
| | **TOTAL COSTS:** | **$3,035.45** |