THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby withdraws with prejudice its proof of claim against W. R. Grace & Co. and/or one or more of its related debtor affiliates filed in Case No. 01-1139, on or about March 29, 2002, proof of claim numbered 669, in the amount of $7544.32. No adversary proceeding has been filed against this claimant; and the claimant has not voted on a plan or otherwise participated significantly in this case.

7-1-08
Date

Anthony Shebuski, Litigation Specialist
Authorized Signature/ Title

Copy Concepts, Inc.
Creditor Name

1010 Thomas Edison Blvd SW
Address

Cedar Rapids, IA 52404
City, State, Zip Code

319-841-7691
Telephone Number