# EXHIBIT - A

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
**Darex**

| Name | Date | Title | Expenses | Description |
|---|---|---|---|---|
| **Caitlin M Blundell** | 1/8/07 | Audit Associate | $ 10.31 | cost of travel from home in Mansfield MA to Cambridge MA less normal commute to office |
| | 1/9/07 | Audit Associate | $ 10.31 | cost of travel from home in Mansfield MA to Cambridge MA less normal commute to office |
| | 1/10/07 | Audit Associate | $ 10.31 | cost of travel from home in Mansfield MA to Cambridge MA less normal commute to office |
| | 1/11/07 | Audit Associate | $ 10.31 | cost of travel from home in Mansfield MA to Cambridge MA less normal commute to office |
| | 1/12/07 | Audit Associate | $ 10.31 | cost of travel from home in Mansfield MA to Cambridge MA less normal commute to office |
| | 1/15/07 | Audit Associate | $ 10.31 | cost of travel from home in Mansfield MA to Cambridge MA less normal commute to office |
| | 1/16/07 | Audit Associate | $ 10.31 | cost of travel from home in Mansfield MA to Cambridge MA less normal commute to office |
| | 1/17/07 | Audit Associate | $ 10.31 | cost of travel from home in Mansfield MA to Cambridge MA less normal commute to office |
| | 1/18/07 | Audit Associate | $ 10.31 | cost of travel from home in Mansfield MA to Cambridge MA less normal commute to office |
| | 1/19/07 | Audit Associate | $ 10.31 | cost of travel from home in Mansfield MA to Cambridge MA less normal commute to office |
| | 1/22/07 | Audit Associate | $ 10.31 | cost of travel from home in Mansfield MA to Cambridge MA less normal commute to office |
| | 1/23/07 | Audit Associate | $ 10.31 | cost of travel from home in Mansfield MA to Cambridge MA less normal commute to office |
| | 1/29/07 | Audit Associate | $ 10.31 | cost of travel from home in Mansfield MA to Cambridge MA less normal commute to office |
| | | | **$ 134.03** | |
| **Koraly Morales** | 4/1/07 | Executive Assistant | $ 7.00 | UPS charges- Darex 06 |
| | 4/2/07 | Executive Assistant | $ 8.00 | UPS charges- Darex 03 & 04 |
| | 4/26/07 | Executive Assistant | $ 24.09 | UPS charges- Darex 03 & 04 |
| | 4/26/07 | Executive Assistant | $ 20.52 | UPS charges- Darex 03 & 04 |
| | 5/1/07 | Executive Assistant | $ 22.58 | UPS charges- Darex 03 & 04 |
| | 5/1/07 | Executive Assistant | $ 17.08 | UPS charges- Darex 03 & 04 |
| | 5/1/07 | Executive Assistant | $ 11.64 | UPS charges- Darex 03 & 04 |
| | 5/1/07 | Executive Assistant | $ 11.00 | UPS charges- Darex 06 |
| | 5/16/07 | Executive Assistant | $ 17.08 | UPS charges- Darex 03 & 04 |
| | 5/16/07 | Executive Assistant | $ 11.64 | UPS charges- Darex 03 & 04 |
| | 5/16/07 | Executive Assistant | $ 22.58 | UPS charges- Darex 03 & 04 |
| | 7/1/07 | Executive Assistant | $ 66.00 | UPS charges- Darex 06 |
| | | | **$ 239.21** | |
| **Sandra A David** | 12/4/06 | Audit Manager | $ 32.00 | dropping off binders at office |
| | 6/18/07 | Audit Manager | $ 23.00 | dropping off binders at office |
| | | | **$ 55.00** | |
| **Pamela Barkley** | 7/31/07 | Audit Senior Associate | $ 28.00 | shipping documents to Puerto Rico |
| | | | **$ 28.00** | |
| **Michael McDonnell** | 5/3/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 5/4/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 5/5/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 5/8/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 5/9/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 5/10/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 5/11/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 5/12/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 5/15/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 5/16/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 5/17/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 5/22/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 5/31/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 9/13/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 9/18/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 9/19/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 9/20/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 9/21/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 9/22/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 9/25/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 9/28/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 9/29/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 12/5/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 12/6/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 12/7/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 12/8/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 12/11/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 12/12/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 12/13/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 12/15/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 12/20/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 12/21/06 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 3/8/07 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 3/12/07 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 3/13/07 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 3/19/07 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 3/30/07 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | 4/19/07 | Audit Senior Associate | $ 8.30 | 13 miles round trip * .485 + $2 Massachusets Turnpike tolls ($1 each way) total by day $8.30 |
| | | | **$ 315.40** | |
| **Zahilys Hernandez** | 12/27/06 | Audit Associate | $ 4.00 | Tolls |
| | 12/27/06 | Audit Associate | $ 15.58 | millage .445 rate for 35 miles to client beyond distace of office |
| | | | **$ 19.58** | |