# EXHIBIT - B

**Professional Profiles**
**WR Grace Time Tracking - Darex**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ramon E Ponte | Audit Partner | 27 | Integrated Audit | $504.20 | 5.5 | $ 2,773.10 |
| William Bishop | Audit Partner | 27 | Integrated Audit | $554.30 | 5.0 | $ 2,771.50 |
| Roberto Santa Maria | Audit Partner | 33 | Integrated Audit | $549.12 | 1.0 | $ 549.12 |
| Sandra A David | Audit Manager | 5.5 | Integrated Audit | $238.10 | 110.0 | $ 26,191.00 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $265.20 | 1.0 | $ 265.20 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $146.30 | 314.5 | $ 46,011.35 |
| Nicholas P Barrett | Audit Senior Associate | 3 | Integrated Audit | $111.90 | 49.0 | $ 5,483.10 |
| Lyndsay Signori | Audit Senior Associate | 3 | Integrated Audit | $155.00 | 57.0 | $ 8,835.00 |
| Caitlin Blundell | Audit Associate | 3 | Integrated Audit | $122.70 | 163.6 | $ 20,073.72 |
| Cara Blackaby | Audit Associate | 1 | Integrated Audit | $99.84 | 72.9 | $ 7,278.34 |
| Karen Geung | Audit Associate | 2 | Integrated Audit | $112.30 | 33.0 | $ 3,705.90 |
| Sean P Robinson | Audit Associate | 2 | Integrated Audit | $94.60 | 72.0 | $ 6,811.20 |
| Michael P Kelliher | Audit Associate | 3 | Integrated Audit | $122.70 | 95.5 | $ 11,717.85 |
| Krzysztof Krakowiak | Audit Associate | 2 | Integrated Audit | $109.20 | 55.3 | $ 6,038.76 |
| Zahilys Hernandez | Audit Associate | 1 | Integrated Audit | $88.40 | 5.5 | $ 486.20 |
| | | | **TOTAL** | | 1,040.8 | $ 148,991.34 |