

June 25, 2008

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   141271

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH May 31, 2008

#### CLIENT SUMMARY

**BALANCE AS OF- 05/31/08**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| 01- Case Administration - .15537 | $0.00 | $16,898.49 | $16,898.49 |
| 02 - Debtors' Business Operations - .15538 | $682.50 | $0.00 | $682.50 |
| 03 - Creditors Committee - .15539 | $13,502.50 | $0.00 | $13,502.50 |
| 07 - Applicant's Fee Application - .15543 | $4,271.00 | $0.00 | $4,271.00 |
| 08 - Hearings - .15544 | $1,734.00 | $0.00 | $1,734.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $782.50 | $0.00 | $782.50 |
| 10 - Travel - .15546 | $11,960.00 | $0.00 | $11,960.00 |
| 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos) - .15548 | $136.50 | $0.00 | $136.50 |
| 18 - Plan & Disclosure Statement - .15554 | $182.00 | $0.00 | $182.00 |
| 30 - Fee Application of Others - .17781 | $859.00 | $0.00 | $859.00 |
| 38 - ZAI Science Trial - .17905 | $81,888.50 | $0.00 | $81,888.50 |
| *Client Total* | *$115,998.50* | *$16,898.49* | *$132,896.99* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340  Tel 305.374.7580  Fax 305.374.7593          www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 87.10 | $675.00 | $58,792.50 |
| Flores, Luisa M | 16.40 | $205.00 | $3,362.00 |
| Sakalo, Jay M | 85.80 | $455.00 | $39,039.00 |
| Snyder, Jeffrey I | 9.70 | $275.00 | $2,667.50 |
| Kramer, Matthew I | 12.60 | $380.00 | $4,788.00 |
| Aftimos, Corinne | 4.30 | $225.00 | $967.50 |
| Lazarus, Shanon | 3.40 | $190.00 | $646.00 |
| Rojas,Susana | 4.90 | $190.00 | $931.00 |
| Shapiro, Cynthia | 12.40 | $225.00 | $2,790.00 |
| Botros, Paul M | 6.50 | $310.00 | $2,015.00 |
| *TOTAL PROFESSIONAL FEES THIS PERIOD* | | **$115,998.50** | |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $8,156.20 |
| Archival/Retrieval Services | $45.00 |
| Fares, Mileage, Parking | $784.75 |
| Long Distance Telephone | $265.41 |
| Long Distance Telephone-Outside Services | $4,245.07 |
| Lodging | $946.20 |
| Meals | $400.92 |
| Miscellaneous Costs | $1,472.50 |
| Parking | $90.00 |
| Searches-Title/Name/Corporate | $33.89 |
| Westlaw-Online Legal Research | $151.85 |
| Copies | $306.70 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | **$16,898.49** |
| TOTAL BALANCE DUE THIS PERIOD | **$132,896.99** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

RE: **01- Case Administration**

PROFESSIONAL SERVICES                                                                      $0.00

COSTS ADVANCED

| Date | Description | Amount |
|------|-------------|--------|
| 12/29/06 | Airfare Travel not identified to be moved to correct matter when Roscina returns from Vacation - VENDOR: DINERS CLUB; INVOICE#: 12/27/06-01/26/07; DATE: 1/26/2007  -  Acct. #5306-2200-2539-5504 | 769.30 |
| 10/23/07 | Airfare Cancelled airfare to Raleigh/Durham (non-refundable ticket) to be used at a later date - VENDOR: DINERS CLUB; INVOICE#: 09/26/07-10/26/07; DATE: 10/26/2007  -  Acct. #5306220025395504 | 211.40 |
| 10/23/07 | Airfare Agent fee - Forest Travel - Unidentified - to be transfered to correct file when identified - VENDOR: DINERS CLUB; INVOICE#: 09/26/07-10/26/07; DATE: 10/26/2007  -  Acct. #5306220025395504 | 100.00 |
| 03/26/08 | Meals VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-03/26/08; DATE: 3/26/2008  -  Client - 15537 | 4.01 |
| 03/27/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 142.00 |
| 03/27/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 148.50 |
| 03/27/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 155.00 |
| 03/28/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 194.00 |
| 03/28/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 200.50 |
| 03/28/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 207.00 |
| 03/30/08 | Airfare Agency fee - Travel MIA/PITT - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 35.00 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 03/30/08 | Airfare Travel MIA/PITT - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 981.50 |
| 04/01/08 | Airfare Travel PITT/MIA - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 693.50 |
| 04/02/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01426243; DATE: 4/30/2008  - Account# 306300 | 48.67 |
| 04/03/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 220.00 |
| 04/03/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 226.50 |
| 04/03/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 226.50 |
| 04/04/08 | Long Distance Telephone-Outside Services USBC NYS - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 95.40 |
| 04/04/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 815879731; DATE: 5/1/2008  -  Account# 5306220025395504 | 7.61 |
| 04/06/08 | Airfare Agency fee - travel MIA/PITT - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 35.00 |
| 04/06/08 | Airfare Travel MIA/PITT - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 674.50 |
| 04/07/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01426243; DATE: 4/30/2008  - Account# 306300 | 22.28 |
| 04/07/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 194.00 |
| 04/07/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 226.50 |
| 04/07/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 246.00 |

| 04/07/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 246.00 |
| 04/07/08 | Archival/Retrieval Services | 45.00 |
| 04/07/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01426243; DATE: 4/30/2008  -  Account# 306300 | 0.17 |
| 04/07/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 815879731; DATE: 5/1/2008  -  Account# 5306220025395504 | 0.69 |
| 04/07/08 | Searches-Title/Name/Corporate VENDOR: GLOBAL SECURITIES INFORMATION, INC.; INVOICE#: 815878262; DATE: 4/30/2008  -  Account# 1003382864 | 13.89 |
| 04/08/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 815879731; DATE: 5/1/2008  -  Account# 5306220025395504 | 78.46 |
| 04/09/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 31.20 |
| 04/09/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 142.00 |
| 04/09/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 213.50 |
| 04/09/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 815879731; DATE: 5/1/2008  -  Account# 5306220025395504 | 15.95 |
| 04/10/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01426243; DATE: 4/30/2008  -  Account# 306300 | 17.32 |
| 04/12/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 25.00 |
| 04/12/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 25.00 |
| 04/12/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 25.00 |
| 04/12/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 31.50 |

| 04/14/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008 - Acct. #5306220025395504 | 77.00 |
|---|---|---|
| 04/17/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01426243; DATE: 4/30/2008 - Account# 306300 | 13.06 |
| 04/18/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008 - Acct. #5306220025395504 | 103.00 |
| 04/21/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01426243; DATE: 4/30/2008 - Account# 306300 | 11.03 |
| 04/22/08 | Airfare Airfare MIA/PHIL/MIA - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-04/22/08; DATE: 4/22/2008 - Client - 15537 | 1,083.00 |
| 04/22/08 | Airfare Agency fee - Airfare MIA/PHIL/MIA - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-04/22/08; DATE: 4/22/2008 - Client - 15537 | 35.00 |
| 04/22/08 | Lodging Travel to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-04/22/08; DATE: 4/22/2008 - Client - 15537 | 473.10 |
| 04/22/08 | Meals Travel to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-04/22/08; DATE: 4/22/2008 - Client - 15537 | 170.79 |
| 04/22/08 | Meals Travel to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-04/22/08; DATE: 4/22/2008 - Client - 15537 | 7.74 |
| 04/22/08 | Parking Airport parking - Travel to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-04/22/08; DATE: 4/22/2008 - Client - 15537 | 30.00 |
| 04/22/08 | Airfare Travel to/from Philadelphia -VENDOR: JAY M. SAKALO; INVOICE#: JMS-04/22/08; DATE: 4/22/2008 - Client - 15537 | 1,118.00 |
| 04/22/08 | Lodging Travel to Philadelphia -VENDOR: JAY M. SAKALO; INVOICE#: JMS-04/22/08; DATE: 4/22/2008 - Client - 15537 | 473.10 |
| 04/22/08 | Meals Travel to Philadelphia -VENDOR: JAY M. SAKALO; INVOICE#: JMS-04/22/08; DATE: 4/22/2008 - Client - 15537 | 5.44 |
| 04/22/08 | Meals Travel to Philadelphia -VENDOR: JAY M. SAKALO; INVOICE#: JMS-04/22/08; DATE: 4/22/2008 - Client - 15537 | 13.15 |
| 04/22/08 | Meals Travel to Philadelphia -VENDOR: JAY M. SAKALO; INVOICE#: JMS-04/22/08; DATE: 4/22/2008 - Client - 15537 | 49.80 |
| 04/22/08 | Parking Airport parking - Travel to Philadelphia -VENDOR: JAY M. SAKALO; INVOICE#: JMS-04/22/08; DATE: 4/22/2008 - Client - 15537 | 30.00 |
| 04/22/08 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 108764; DATE: 4/27/2008 - Account# BILZIN | 516.15 |



| 04/23/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 57.50 |
| 04/23/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 57.50 |
| 04/23/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 64.00 |
| 04/23/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 64.00 |
| 04/24/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01426243; DATE: 4/30/2008  -  Account# 306300 | 31.71 |
| 04/24/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 57.50 |
| 04/24/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 64.00 |
| 04/24/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 64.00 |
| 04/24/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 64.00 |
| 04/24/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 64.00 |
| 04/24/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 03/26/08-04/25/08; DATE: 4/25/2008  -  Acct. #5306220025395504 | 70.50 |
| 04/24/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 815879731; DATE: 5/1/2008  -  Account# 5306220025395504 | 49.14 |
| 04/25/08 | Long Distance Telephone 1(803)943-8094; 4 Mins. | 5.95 |
| 04/28/08 | Long Distance Telephone 1(415)989-1800; 4 Mins. | 4.76 |
| 04/28/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01426243; DATE: 4/30/2008  -  Account# 306300 | 9.73 |
| 04/29/08 | Long Distance Telephone 1(843)524-5708; 1 Mins. | 1.19 |
| 04/30/08 | Long Distance Telephone 1(803)943-8094; 14 Mins. | 17.85 |
| 05/05/08 | Long Distance Telephone 1(302)656-7540; 2 Mins. | 2.38 |



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 05/06/08 | Long Distance Telephone 1(843)987-0794; 8 Mins. | 10.71 |
| 05/06/08 | Long Distance Telephone 1(302)575-1555; 2 Mins. | 3.57 |
| 05/06/08 | Long Distance Telephone 1(843)987-0794; 4 Mins. | 4.76 |
| 05/06/08 | Long Distance Telephone 1(843)987-0794; 14 Mins. | 16.66 |
| 05/06/08 | Long Distance Telephone 1(843)987-0794; 1 Mins. | 1.19 |
| 05/06/08 | Long Distance Telephone 1(843)987-0794; 8 Mins. | 9.52 |
| 05/07/08 | Long Distance Telephone 1(843)987-0794; 8 Mins. | 9.52 |
| 05/07/08 | Long Distance Telephone 1(843)987-0794; 1 Mins. | 1.19 |
| 05/07/08 | Long Distance Telephone 1(843)987-0794; 21 Mins. | 24.99 |
| 05/07/08 | Long Distance Telephone 1(843)987-0794; 3 Mins. | 3.57 |
| 05/09/08 | Meals VENDOR: La Loggia; INVOICE#: 313649-05/09/08; DATE: 5/9/2008  -  Client - 15537 | 122.00 |
| 05/12/08 | Airfare Airfare to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/12/08; DATE: 5/12/2008  -  Client - 15537 | 556.50 |
| 05/12/08 | Airfare Airfare From Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/12/08; DATE: 5/12/2008  -  Client - 15537 | 618.50 |
| 05/12/08 | Airfare Agendy fee - travel to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/12/08; DATE: 5/12/2008  -  Client - 15537 | 35.00 |
| 05/12/08 | Fares, Mileage, Parking Taxi fares  - travel to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/12/08; DATE: 5/12/2008  -  Client - 15537 | 33.00 |
| 05/12/08 | Meals Travel to Philadelphia - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-05/12/08; DATE: 5/12/2008  -  Client - 15537 | 19.99 |
| 05/12/08 | Airfare Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/12/08; DATE: 5/12/2008  -  Client - 15537 | 556.50 |
| 05/12/08 | Airfare Travel from Philadephia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/12/08; DATE: 5/12/2008  -  Client - 15537 | 653.50 |
| 05/12/08 | Meals Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/12/08; DATE: 5/12/2008  -  Client - 15537 | 8.00 |
| 05/12/08 | Parking Airport parking - Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/12/08; DATE: 5/12/2008  -  Client - 15537 | 30.00 |
| 05/12/08 | Fares, Mileage, Parking Travel to Airport - Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-05/12/08; DATE: 5/12/2008  -  Client - 15537 | 19.40 |
| 05/12/08 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 109106; DATE: 5/18/2008  -  Account# BILZIN | 216.20 |
| 05/14/08 | Long Distance Telephone 1(803)943-4444; 9 Mins. | 10.71 |
| 05/14/08 | Long Distance Telephone 1(803)943-4444; 1 Mins. | 1.19 |

| 05/14/08 | Long Distance Telephone-Outside Services COURT CALL - | 25.00 |
|---|---|---|
| | VENDOR: DINERS CLUB; INVOICE#: 04/25/08-05/28/08; | |
| | DATE: 5/28/2008  -  Acct. #5306220025395504 | |
| 05/15/08 | Searches-Title/Name/Corporate Delaware Corp & Tax - | 20.00 |
| | VENDOR: DINERS CLUB; INVOICE#: 04/25/08-05/28/08; | |
| | DATE: 5/28/2008  -  Acct. #5306220025395504 | |
| 05/16/08 | Long Distance Telephone 1(973)451-8488; 1 Mins. | 2.38 |
| 05/16/08 | Long Distance Telephone 1(843)987-0794; 9 Mins. | 11.90 |
| 05/19/08 | Long Distance Telephone 1(202)466-4422; 1 Mins. | 2.38 |
| 05/19/08 | Long Distance Telephone 1(302)656-7540; 45 Mins. | 53.55 |
| 05/19/08 | Long Distance Telephone 1(843)524-5708; 1 Mins. | 1.19 |
| 05/19/08 | Long Distance Telephone 1(843)524-5708; 7 Mins. | 8.33 |
| 05/20/08 | Long Distance Telephone 1(803)943-8094; 1 Mins. | 1.19 |
| 05/20/08 | Long Distance Telephone 1(803)943-4444; 7 Mins. | 8.33 |
| 05/20/08 | Long Distance Telephone 1(803)943-8094; 1 Mins. | 1.19 |
| 05/21/08 | Long Distance Telephone 1(407)489-3088; 1 Mins. | 1.23 |
| 05/22/08 | Long Distance Telephone-Outside Services COURT CALL - | 38.00 |
| | VENDOR: DINERS CLUB; INVOICE#: 04/25/08-05/28/08; | |
| | DATE: 5/28/2008  -  Acct. #5306220025395504 | |
| 05/23/08 | Long Distance Telephone 1(302)575-1555; 2 Mins. | 3.57 |
| 05/23/08 | Long Distance Telephone 1(864)895-0459; 19 Mins. | 22.61 |
| 05/23/08 | Long Distance Telephone 1(803)943-8094; 1 Mins. | 1.19 |
| 05/27/08 | Long Distance Telephone 1(864)895-0459; 3 Mins. | 3.57 |
| 05/27/08 | Long Distance Telephone 1(412)644-3541; 1 Mins. | 1.19 |
| 05/28/08 | Long Distance Telephone 1(412)644-3541; 2 Mins. | 2.38 |
| 05/28/08 | Long Distance Telephone 1(302)575-1555; 1 Mins. | 1.19 |
| 05/28/08 | Long Distance Telephone 1(412)644-3541; 1 Mins. | 1.19 |
| 05/28/08 | Long Distance Telephone 1(202)339-8514; 1 Mins. | 1.19 |
| 05/28/08 | Long Distance Telephone 1(302)426-1900; 1 Mins. | 2.38 |
| 05/28/08 | Long Distance Telephone 1(412)644-3541; 2 Mins. | 2.38 |
| 05/29/08 | Long Distance Telephone 1(803)943-8094; 1 Mins. | 1.19 |
| 05/31/08 | Miscellaneous Costs - Professional/Expert fees related to PD | 1,472.50 |
| | Estimation for May 2008    $ 1,472.50 | |
| 04/25/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/23/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/29/08 | Copies 397 pgs @ 0.10/pg | 39.70 |
| 05/29/08 | Copies 87 pgs @ 0.10/pg | 8.70 |
| 05/30/08 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 05/30/08 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 05/30/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 05/30/08 | Copies 231 pgs @ 0.10/pg | 23.10 |
| 05/30/08 | Copies 108 pgs @ 0.10/pg | 10.80 |
| 05/30/08 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 05/30/08 | Copies 6 pgs @ 0.10/pg | 0.60 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 05/30/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/30/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 04/24/08 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 04/24/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/24/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/24/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/24/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 04/24/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/23/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/23/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/23/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 05/23/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/23/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/23/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/23/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/27/08 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 05/27/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 05/27/08 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 05/27/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 05/27/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 05/27/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 05/27/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 05/27/08 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 05/27/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 05/27/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 05/27/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 05/27/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/27/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/27/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/27/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 05/27/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 05/27/08 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 05/27/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 05/27/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 05/27/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/27/08 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 05/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/27/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 05/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/27/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/27/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/27/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 05/27/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/27/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 05/27/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/27/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 05/27/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/28/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 05/28/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 05/28/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 05/28/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/28/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 05/28/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 05/28/08 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 05/28/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/28/08 | Copies 65 pgs @ 0.10/pg | 6.50 |
| 05/28/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/28/08 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 05/28/08 | Copies 48 pgs @ 0.10/pg | 4.80 |
| 05/28/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 05/28/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/28/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/28/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/28/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 05/28/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/28/08 | Copies 56 pgs @ 0.10/pg | 5.60 |
| 05/28/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/28/08 | Copies 59 pgs @ 0.10/pg | 5.90 |
| 05/28/08 | Copies 52 pgs @ 0.10/pg | 5.20 |
| 05/28/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 05/28/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 05/28/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/28/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/28/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/28/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/28/08 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 05/29/08 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 05/29/08 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 05/29/08 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 05/29/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 05/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |

| | | |
|---|---|---|
| 05/29/08 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 05/29/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 05/29/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 05/29/08 | Copies 87 pgs @ 0.10/pg | 8.70 |
| 05/29/08 | Copies 191 pgs @ 0.10/pg | 19.10 |
| 05/29/08 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 05/29/08 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 05/29/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/29/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 05/29/08 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 05/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/29/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/29/08 | Copies 40 pgs @ 0.10/pg | 4.00 |
| 05/29/08 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 05/29/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 05/29/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 05/29/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 05/29/08 | Copies 28 pgs @ 0.10/pg | 2.80 |
| 04/25/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/25/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 04/25/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 05/05/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/05/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/05/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/05/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/05/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/06/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/06/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/06/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/06/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 05/07/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/07/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 05/07/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 05/08/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 05/09/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/09/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/09/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/09/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/09/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/09/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/09/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/09/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/09/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 05/09/08 | Copies 4 pgs @ 0.10/pg | 0.40 |

| | | |
|---|---|---|
| 05/12/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/13/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/14/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/14/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/14/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/14/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 05/14/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 05/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/15/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 05/15/08 | Copies 33 pgs @ 0.10/pg | 3.30 |
| 05/19/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 05/19/08 | Copies 56 pgs @ 0.10/pg | 5.60 |
| 05/20/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/20/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 05/20/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/20/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/20/08 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 05/20/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/20/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 05/20/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/20/08 | Copies 54 pgs @ 0.10/pg | 5.40 |
| 05/20/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 05/20/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 05/20/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 05/20/08 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 05/20/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 05/20/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 05/20/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 05/20/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/20/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 05/21/08 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 05/21/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 05/22/08 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 05/22/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 05/22/08 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 05/22/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 05/22/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 05/22/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 05/22/08 | Copies 17 pgs @ 0.10/pg | 1.70 |

**TOTAL COSTS ADVANCED**                                                    **$16,898.49**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| *TOTAL* | *0* | | *$0.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $8,156.20 |
| Archival/Retrieval Services | $45.00 |
| Fares, Mileage, Parking | $784.75 |
| Long Distance Telephone | $265.41 |
| Long Distance Telephone-Outside Services | $4,245.07 |
| Lodging | $946.20 |
| Meals | $400.92 |
| Miscellaneous Costs | $1,472.50 |
| Parking | $90.00 |
| Searches-Title/Name/Corporate | $33.89 |
| Westlaw-Online Legal Research | $151.85 |
| Copies | $306.70 |
| *TOTAL* | *$16,898.49* |

**CURRENT BALANCE DUE THIS MATTER**                                    **$16,898.49**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

| | | | | |
|---|---|---|---|---|
| 05/28/08 | JMS | 1.50 | 682.50 | Review motion to authorize 2008-09 pension funding and analysis of prior agreements (1.0); telephone conference with R. Wyron thereon (.1); telephone conference with M. Hurford thereon (.4). |

**PROFESSIONAL SERVICES** $682.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.50 | $455.00 | $682.50 |
| *TOTAL* | *1.50* | | *$682.50* |

**CURRENT BALANCE DUE THIS MATTER** $682.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

RE: 03 - Creditors Committee

| | | | | |
|---|---|---|---|---|
| 05/01/08 | JMS | 0.20 | 91.00 | E-mail to Committee regarding call. |
| 05/07/08 | SLB | 1.90 | 1,282.50 | Prepare for and conduct special meeting of committee regarding ZAI (1.9). |
| 05/07/08 | JMS | 2.10 | 955.50 | Prepare for and attend Committee call. |
| 05/07/08 | MIK | 1.80 | 684.00 | Attend call (1.8). |
| 05/09/08 | JMS | 0.20 | 91.00 | E-mail with T. Edwards regarding committee expenses. |
| 05/15/08 | SLB | 2.40 | 1,620.00 | Committee meeting [and preparation] (2.4). |
| 05/15/08 | JMS | 2.20 | 1,001.00 | Prepare for and attend Committee call (1.3); e-mail to Ed Westbrook and Dr. Scott regarding special committee call on 5/19 (.2); e-mail from M. Dies and consultation of issues raised therein (.7). |
| 05/15/08 | MIK | 1.30 | 494.00 | Attend committee call (1.3). |
| 05/19/08 | SLB | 3.50 | 2,362.50 | Prepare for and conduct special committee meeting (1.5); internal discussion regarding strategy for committee coordination (.9); continued committee meeting (1.1). |
| 05/19/08 | JMS | 2.90 | 1,319.50 | Prepare for and attend Committee call (1.8); attend second Committee call (1.1). |
| 05/19/08 | JIS | 1.00 | 275.00 | Committee call (1.0). |
| 05/19/08 | MIK | 1.50 | 570.00 | Committee call (1.5). |
| 05/23/08 | JMS | 1.30 | 591.50 | Prepare for Committee call (.3); attend same (1.0). |
| 05/23/08 | MIK | 1.00 | 380.00 | Committee call(1.0). |
| 05/29/08 | SLB | 1.00 | 675.00 | Committee meeting (1.0). |
| 05/29/08 | JMS | 1.00 | 455.00 | Committee call. |
| 05/29/08 | JIS | 1.00 | 275.00 | Attend committee call and follow up to same. |
| 05/29/08 | MIK | 1.00 | 380.00 | Attend committee call (1.0). |

PROFESSIONAL SERVICES $13,502.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 8.80 | $675.00 | $5,940.00 |
| Sakalo, Jay M | 9.90 | $455.00 | $4,504.50 |
| Kramer, Matthew I | 6.60 | $380.00 | $2,508.00 |
| Snyder, Jeffrey I | 2.00 | $275.00 | $550.00 |
| *TOTAL* | *27.30* | | *$13,502.50* |

CURRENT BALANCE DUE THIS MATTER $13,502.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15543**

RE: **07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 05/06/08 | LMF | 0.40 | 82.00 | Attention to prebill for April 2008 |
| 05/07/08 | LMF | 1.30 | 266.50 | Meet with accounting and R. Ramphal regarding backup for costs expended in preparation for response to fee auditor interim report. |
| 05/07/08 | JIS | 1.10 | 302.50 | Review and revise April prebill. |
| 05/08/08 | LMF | 1.30 | 266.50 | Continue working with backup on expenses in preparation for response to fee auditor. |
| 05/12/08 | SL | 1.20 | 228.00 | Attention to 28th Interim Quarterly Fee Application. |
| 05/13/08 | LMF | 0.90 | 184.50 | Meet with accounting and attend to revisions to April statement. |
| 05/13/08 | SL | 1.00 | 190.00 | Attention to 28th quarterly application. |
| 05/14/08 | LMF | 2.80 | 574.00 | Work with R. Ramphal and accounting regarding fee auditor report. |
| 05/15/08 | LMF | 3.00 | 615.00 | Attend to revising, providing description of services and finalizing quarterly fee application for Bilzin and submit to local counsel for filing. |
| 05/15/08 | JIS | 1.40 | 385.00 | Review 28th quarterly report, audit and revise same (1.0); email to J. Sakalo and M. Kramer thereon (0.1); confer with L. Flores regarding revisions to same and assist with drafting same (0.3). |
| 05/27/08 | LMF | 1.60 | 328.00 | Finalize response to fee auditor report for 27th interim period. |
| 05/27/08 | JMS | 1.20 | 546.00 | Review and revise response to fee auditor. |
| 05/28/08 | LMF | 0.90 | 184.50 | Review edited and final bills for Bilzin for April and prepare notice and summary and submit to local counsel for filing. |
| 05/29/08 | JIS | 0.10 | 27.50 | Attention to filed 28th quarterly fee application. |
| 05/30/08 | JMS | 0.20 | 91.00 | E-mail from/to B. Ruhlander regarding interim report. |

PROFESSIONAL SERVICES                                                                 $4,271.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.40 | $455.00 | $637.00 |
| Snyder, Jeffrey I | 2.60 | $275.00 | $715.00 |
| Flores, Luisa M | 12.20 | $205.00 | $2,501.00 |
| Lazarus, Shanon | 2.20 | $190.00 | $418.00 |
| *TOTAL* | *18.40* | | *$4,271.00* |

CURRENT BALANCE DUE THIS MATTER                                                       $4,271.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE: 08 - Hearings

| | | | | |
|---|---|---|---|---|
| 05/27/08 | SLB | 0.30 | 202.50 | Attention to 6/2 hearing agenda (.2); email from D. Speights regarding same (.1). |
| 05/27/08 | LMF | 1.10 | 225.50 | Attend to agenda for omnibus hearing and arrangements for all court call appearances. |
| 05/27/08 | JMS | 0.30 | 136.50 | Review hearing agenda and e-mail to Committee thereon (.2); e-mails with C. Plaza thereon (.1). |
| 05/27/08 | SR | 0.30 | 57.00 | Arrange for telephonic appearance at 6/2 hearing. |
| 05/27/08 | SR | 0.50 | 95.00 | Send confirmation of telephonic appearances via e-mail to respective attorneys appearing by phone. |
| 05/28/08 | JMS | 0.90 | 409.50 | E-mail to S. Rojas regarding hearing binder (.2); review same (.3); e-mails with Ed Westbrook regarding hearing (.2); telephone conference with R. Baker regarding hearing on continuance motion (.2). |
| 05/28/08 | SR | 2.00 | 380.00 | Analyze documents and prepare hearing notebook for J.Sakalo for June 2, 2008 hearing. |
| 05/29/08 | SL | 0.20 | 38.00 | Attention to hearing transcript. |
| 05/30/08 | SR | 1.00 | 190.00 | Review previous hearing indexes to compare with up to date agenda. Analyze docs for S. Baena and prepare hearing notebook for 6/2/2008. |

PROFESSIONAL SERVICES                                                                                    $1,734.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Sakalo, Jay M | 1.20 | $455.00 | $546.00 |
| Flores, Luisa M | 1.10 | $205.00 | $225.50 |
| Lazarus, Shanon | 0.20 | $190.00 | $38.00 |
| Rojas,Susana | 3.80 | $190.00 | $722.00 |
| *TOTAL* | *6.60* | | *$1,734.00* |

CURRENT BALANCE DUE THIS MATTER                                                                    $1,734.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 05/20/08 | LMF | 1.30 | 266.50 | Research hard copies of specific claims and provide to J. Sakalo for review. |
| 05/21/08 | JMS | 0.30 | 136.50 | E-mail from/to C. Kang regarding PD settlements. |
| 05/23/08 | MIK | 0.10 | 38.00 | Email F. Rabinovitz regarding hearing (.1). |
| 05/27/08 | MIK | 0.30 | 114.00 | Telephone call with F. Rabinovitz regarding PI settlement (.2); telephone call with J. Sakalo regarding same (.1). |
| 05/29/08 | JMS | 0.50 | 227.50 | Review opinion denying Anderson class certification (.4); telephone conference with D. Speights thereon (.1). |

**PROFESSIONAL SERVICES**                                                              **$782.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.80 | $455.00 | $364.00 |
| Kramer, Matthew I | 0.40 | $380.00 | $152.00 |
| Flores, Luisa M | 1.30 | $205.00 | $266.50 |
| *TOTAL* | *2.50* | | *$782.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                    **$782.50**

**Atty – SLB**
**Client No.: 74817/15546**

**RE: 10 - Travel**

| 05/12/08 | SLB | 13.00 | 8,775.00 | Travel to and from Wilmington [severe weather conditions] (13.0). |
| 05/12/08 | JMS | 7.00 | 3,185.00 | Non-working travel to/from mediation. |

**PROFESSIONAL SERVICES** $11,960.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 13.00 | $675.00 | $8,775.00 |
| Sakalo, Jay M | 7.00 | $455.00 | $3,185.00 |
| *TOTAL* | *20.00* | | *$11,960.00* |

**CURRENT BALANCE DUE THIS MATTER** $11,960.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB
Client No.: 74817/15548**

**RE: 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)**

05/06/08    JMS    0.30    136.50    Review report of 1st quarter settlements.

**PROFESSIONAL SERVICES**                                                $136.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Sakalo, Jay M | 0.30 | $455.00 | $136.50 |
| *TOTAL* | *0.30* | | *$136.50* |

**CURRENT BALANCE DUE THIS MATTER**                                       $136.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

**RE:  18 - Plan & Disclosure Statement**

| 05/06/08 | JMS | 0.20 | 91.00 | E-mail exchange with C. Plaza regarding plan status. |
| 05/28/08 | JMS | 0.20 | 91.00 | E-mail to G. Boyer regarding Sealed Air funding of settlement. |

**PROFESSIONAL SERVICES** $182.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $455.00 | $182.00 |
| *TOTAL* | *0.40* | | *$182.00* |

**CURRENT BALANCE DUE THIS MATTER** $182.00

**Atty – SLB**
**Client No.: 74817/17781**

**RE: 30 - Fee Application of Others**

| | | | | |
|---|---|---|---|---|
| 05/13/08 | SL | 1.00 | 190.00 | Attention to 23rd quarterly application of HR&A. |
| 05/15/08 | LMF | 0.70 | 143.50 | Finalize and submit quarterly application for Hamilton Rabinovitz to local counsel for filing. |
| 05/15/08 | SR | 1.10 | 209.00 | Prepare notices of filing fee app and summary of filing fee app for Bilzin, HR & A and Hilsoft. |
| 05/16/08 | JMS | 0.20 | 91.00 | Review UST objection to Piper Jaffray. |
| 05/28/08 | LMF | 1.10 | 225.50 | Prepare notices and summaries for Hamilton Rabinovitz and Hilsoft and send to local counsel for filing. |

**PROFESSIONAL SERVICES**                                                                                          **$859.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.20 | $455.00 | $91.00 |
| Flores, Luisa M | 1.80 | $205.00 | $369.00 |
| Lazarus, Shanon | 1.00 | $190.00 | $190.00 |
| Rojas,Susana | 1.10 | $190.00 | $209.00 |
| *TOTAL* | *4.10* | | *$859.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                             **$859.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

RE: 38 - ZAI Science Trial

| | | | | |
|---|---|---|---|---|
| 05/01/08 | JMS | 1.30 | 591.50 | E-mail traffic regarding mediation (1.0); telephone conference with B. Sullivan regarding same (.3). |
| 05/02/08 | SLB | 1.40 | 945.00 | Email to D. Speights regarding mediation (.1); email exchange regarding same with B. Sullivan, E. Westbrook, J. Sakalo (.7); telephone conference with D. Speights regarding mediation statement (.5); email to B. Sullivan regarding same (.1). |
| 05/02/08 | SLB | 3.80 | 2,565.00 | Email from and to D. Speights regarding notice issues (.2); preparation of mediation statement (3.6). |
| 05/02/08 | JMS | 0.50 | 227.50 | E-mails regarding mediation (.3); telephone conference with S. Baena regarding mediation statement (.2). |
| 05/04/08 | JMS | 0.50 | 227.50 | Telephone conference with S. Baena regarding mediation statement and review initial issues thereon. |
| 05/05/08 | SLB | 5.20 | 3,510.00 | Continued drafting of mediation statement (5.1); telephone call from D. Hogan (.1). |
| 05/05/08 | JMS | 3.30 | 1,501.50 | Work on mediation statement (2.0); e-mail from D. Speights regarding same (.2); research regarding case issues for mediation statement (1.1). |
| 05/05/08 | MIK | 1.00 | 380.00 | Meeting regarding mediation brief (1.0). |
| 05/06/08 | SLB | 7.10 | 4,792.50 | Finalize mediation statement, including interoffice conference with J. Sakalo and telephone conferences with D. Speights regarding same and circulate final draft to committee for comments (6.4); emails with comments from committee members and two telephone conferences with D. Speights and J. Sakalo regarding same (.7). |
| 05/06/08 | JMS | 4.40 | 2,002.00 | Continue work on mediation statement (1.8); research regarding same (.7); attention to comments from Committee members and conferences with S. Baena thereon (1.9). |
| 05/07/08 | SLB | 2.20 | 1,485.00 | Extensive email exchanges with M. Dies, C. Plaza and D. Scott regarding mediation statement (1.7); review and revise mediation statement (.5). |
| 05/07/08 | JMS | 2.10 | 955.50 | Review e-mails from R. Levy, D. Speights regarding mediation issues (.4); revise mediation statement and e-mail to Committee (1.7). |
| 05/08/08 | JMS | 2.40 | 1,092.00 | Extensive e-mail exchange regarding mediation statement (.8); revise and finalize same (1.2); e-mails with T. Tacconelli thereon (.4). |
| 05/09/08 | SLB | 5.00 | 3,375.00 | Conference with Dr. Harrison, et al regarding notice program (4.8); email to E. Westbrook et al regarding mediation statement (.2). |
| 05/09/08 | JMS | 5.00 | 2,275.00 | Conference with S. Baena, experts regarding notice issues (3.5); prepare for mediation (1.5). |
| 05/09/08 | MIK | 3.00 | 1,140.00 | Meeting with S&R regarding ZAI (3.0). |
| 05/12/08 | SLB | 7.50 | 5,062.50 | Attend mediation (7.5). |
| 05/12/08 | JMS | 11.30 | 5,141.50 | Prepare for and attend ZAI mediation. |
| 05/13/08 | SLB | 0.30 | 202.50 | Report to committee on ZAI mediation (.3). |
| 05/14/08 | SLB | 1.80 | 1,215.00 | Two telephone conferences with D. Speights regarding notice issues (.8); review materials regarding foregoing, etc. (.6); email from Canadian ZAI counsel regarding notice (.1); memo to committee regarding foregoing (.3). |
| 05/14/08 | JMS | 0.70 | 318.50 | E-mail from D. Hogan regarding Canadian ZAI and conference with S. Baena thereon (.5); telephone conference with D. Speights regarding mediation follow-up (.2). |
| 05/16/08 | SLB | 4.90 | 3,307.50 | Preparation of extensive memo to committee after reviewing files, research, etc. (4.1); review Canadian ZAI pleadings and supplemental memo to committee (.8). |
| 05/16/08 | JMS | 2.10 | 955.50 | Telephone conference with S. Baena regarding ZAI issues (.3); telephone conference with C. Plaza regarding same (.3); second telephone conference with S. Baena regarding ZAI issues and memorandum of Committee (.8); e- |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | | | |
|---|---|---|---|---|
| | | | | mail to Committee regarding conference call (.2); review Canadian ZAI objection to Rule 54(b) notice (.5). |
| 05/19/08 | SLB | 1.20 | 810.00 | Telephone conference with D. Hogen regarding notice issues (.8); telephone call from D. Speights regarding same (.1); emails to Dr. Harrison (.3). |
| 05/19/08 | JMS | 3.70 | 1,683.50 | Review Canadian ZAI objection to Canadian Bar Date (.5); telephone conference with S. Baena, D. Hogan (.8); conference with S. Baena, et al regarding ZAI issues (.5); e-mail from J. Gross regarding continued mediation and e-mail traffic thereon (.3); research regarding notice and Bar Date (1.6). |
| 05/19/08 | JIS | 0.80 | 220.00 | Call with S. Baena and D. Hogan regarding coordination with Canadian claimants on notice issues (0.8). |
| 05/20/08 | SLB | 4.80 | 3,240.00 | Email to and telephone conference with Dr. Harrison (.6); email to committee regarding same (.2); preparation of motion to continue notice of hearing, interoffice conference with J. Sakalo and M. Kramer regarding same, memo circulating same (3.7); telephone conference with D. Speights regarding motion to continue (.3). |
| 05/20/08 | JMS | 2.30 | 1,046.50 | Conferences with S. Baena regarding motion for continuance (.7); review same and conference with S. Baena regarding strategy (.6); telephone conference with expert regarding ZAI issues (.4); e-mail exchange with expert regarding same (.3); conference with S. Baena regarding continued mediation (.3). |
| 05/20/08 | JIS | 1.00 | 275.00 | Conference with P. Botros regarding ZAI bar date/notice issues (0.4); work with S. Baena, et al. on notice issues and motion to adjourn hearing (0.6). |
| 05/20/08 | JIS | 1.10 | 302.50 | Confer with J. Sakalo regarding retention of G. Harrison (0.1); work on retention papers for Harrison (1.0). |
| 05/20/08 | PMB | 1.20 | 372.00 | Analysis and review of debtor's bar date motion and resulting objections and responses thereto. |
| 05/21/08 | SLB | 1.90 | 1,282.50 | Email from and to D. Hogan (.2); email from and to Judge Gross (.1); revise motion to continue (1.6). |
| 05/21/08 | JMS | 1.20 | 546.00 | Conference with S. Baena regarding Canadian ZAI matters and review e-mails regarding same (.5); research regarding same (.7). |
| 05/21/08 | JIS | 0.20 | 55.00 | Attend to retention papers for Harrison and briefly confer with J. Sakalo thereon. |
| 05/21/08 | CS | 0.80 | 180.00 | Research regarding adequacy of ZAI notice program. |
| 05/22/08 | JMS | 1.20 | 546.00 | Review proposals regarding expert analysis (.6); e-mails to Committee thereon (.3); e-mail from Judge Gross regarding continued mediation and e-mail to Committee thereon (.3). |
| 05/22/08 | JIS | 1.30 | 357.50 | Attention to Harrison proposal regarding US ZAI (0.1); confer with C. Aftimos regarding work on Harrison application (0.2); further work on retention app (1.0). |
| 05/22/08 | CA | 3.90 | 877.50 | Draft retention application for Dr. Glenn Harrison, affidavit, order, and notice of application (3.4); interoffice conference with J. Snyder regarding same (.2); revise application with J. Snyder (.3). |
| 05/22/08 | CS | 6.10 | 1,372.50 | Research regarding the adequacy of ZAI notice program. |
| 05/23/08 | JMS | 1.90 | 864.50 | Review settlement judge's report and e-mail to committee thereon (.3); conference with C. Shapiro regarding notice issues (.3); telephone conference with T. Tacconelli regarding motions to shorten time and review same (.7); analysis of notice issues and review research thereon (.6). |
| 05/23/08 | CA | 0.40 | 90.00 | Assist with legal research regarding adequacy of notice. |
| 05/23/08 | CS | 5.50 | 1,237.50 | Research regarding adequacy of ZAI notice program. |
| 05/27/08 | SLB | 1.30 | 877.50 | Email to J. Baer et al regarding rescheduling of hearing on notice program (.3); revise motion to continue (.8); email from and to D. Scott regarding future claims (.2). |
| 05/27/08 | JMS | 4.90 | 2,229.50 | E-mail to expert regarding notice issues (.2); review Debtors' notice regarding Amended ZAI exhibits (.5); e-mail to S. Baena thereon (.2); e-mail from D. Boll regarding continuance (.1); revise and finalize motion for partial |



| | | | | |
|---|---|---|---|---|
| | | | | continuance and motion for expedited hearing (3.9). |
| 05/27/08 | JIS | 0.10 | 27.50 | Follow up with J. Sakalo regarding retention of noticing expert. |
| 05/27/08 | MIK | 1.60 | 608.00 | Interoffice conference with J. Sakalo regarding ZAI matters (.3); review ZAI papers and interoffice conference with J. Sakalo regarding same (1.3). |
| 05/27/08 | PMB | 5.30 | 1,643.00 | Analysis of case law research regarding due process requirement of notice to bar claims.  Multiple discussions of same with Jay Sakalo. |
| 05/28/08 | SLB | 3.30 | 2,227.50 | Interoffice conference with J. Sakalo in preparation for 5/2 hearing (.8); review filings regarding notice issue (.4); attention to Canadian ZAI joinder and circulate same (.2); prepare for hearing (1.9). |
| 05/28/08 | JMS | 4.30 | 1,956.50 | Continue research regarding notice issues (1.8); e-mail to Committee regarding motion for continuance (.2); telephone conference to R. Baker regarding same (.1); telephone conference with T. Tacconelli regarding scheduling for motion for continuance (.2); review order denying motion for continuance, conference with S. Baena thereon and e-mail to Committee (.5); e-mail to Committee regarding revised exhibits (.3); work on preparation for hearing (1.2). |
| 05/29/08 | SLB | 5.90 | 3,982.50 | Prepare for 5/2 hearing (5.9). |
| 05/29/08 | JMS | 7.50 | 3,412.50 | Prepare for ZAI hearing, including review of pleadings, transcripts and proposal (6.9); e-mail from D. Speights regarding revised exhibits (.2); e-mail from E. Cabraser regarding same (.2); e-mail to R. Levy regarding Canadian objection (.2). |
| 05/29/08 | JIS | 0.40 | 110.00 | Confer with J. Sakalo and S. Baena regarding denial of motion to shorten and strategy for omnibus hearing (0.2); attention to transcript from prior hearing (0.2). |
| 05/30/08 | SLB | 7.40 | 4,995.00 | Prepare for 6/2 hearing (7.4). |
| 05/30/08 | JMS | 2.50 | 1,137.50 | Continue preparing for hearing, including telephone conferences with S. Baena. |
| 05/30/08 | JIS | 0.20 | 55.00 | Briefly confer with S. Baena regarding ZAI issues/preparation for omnibus hearing. |

**PROFESSIONAL SERVICES**                                                      **$81,888.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 65.00 | $675.00 | $43,875.00 |
| Sakalo, Jay M | 63.10 | $455.00 | $28,710.50 |
| Kramer, Matthew I | 5.60 | $380.00 | $2,128.00 |
| Snyder, Jeffrey I | 5.10 | $275.00 | $1,402.50 |
| Aftimos, Corinne | 4.30 | $225.00 | $967.50 |
| Botros, Paul M | 6.50 | $310.00 | $2,015.00 |
| Shapiro, Cynthia | 12.40 | $225.00 | $2,790.00 |
| *TOTAL* | *162.00* | | *$81,888.50* |

**CURRENT BALANCE DUE THIS MATTER**                                **$81,888.50**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP