**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Re: D.I. 18323 |
| | ) | Hearing Date: July 22, 2008 @ 9:30 a.m. |

**NOTICE OF RESCHEDULED HEARING**

PLEASE TAKE NOTICE that the Court has rescheduled the hearing on the *ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim* (D.I. 18323) for July 22, 2008 at 9:30 a.m. Eastern Daylight Time.

Dated: July 2, 2008
Wilmington, Delaware

RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
Edward J. Westbrook
Robert M. Turkewitz
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, South Carolina 29464
Telephone: (843) 727-6500

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
926 W. Sprague Avenue
Chronicle Building, Suite 680
Spokane, Washington 99201
Telephone: (509) 455-3966

WILLIAM D. SULLIVAN, LLC

　　　*/s/ William D. Sullivan*
William D. Sullivan (2820)
Elihu E. Allinson, III (3476)
4 East 8th Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 428-8191

*Special Counsel for ZAI Claimants*