## CERTIFICATE OF SERVICE

I, Kristie Dalton, certify that I am not less than 18 years of age, and that service of the foregoing document was made on July 3, 2008 upon:

**VIA Electronic Mail and Hand Delivery**

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE 19806

Under penalty of perjury, I declare that the foregoing is true and correct.

7/3/08
Date

Kristie Dalton

#3932164