**FIFTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED <u>(FOR THE PERIOD FROM APRIL 1, 2008 THROUGH APRIL 30, 2008)</u>**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 4/1/08 through 4/30/08

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $650 | 10.50 | $6,825.00 |
| S. Cunningham | Member | $650 | 30.40 | $19,760.00 |
| R. Frezza | Consultant | $550 | 55.20 | $30,360.00 |
| J. Dolan | Consultant | $395 | 91.30 | $36,063.50 |
| M. Desalvio | Research | $165 | 2.80 | $462.00 |
| N. Backer | Paraprofessional | $110 | 4.30 | $473.00 |
| **For the Period 4/1/08 through 4/30/08** | | | **194.50** | **$93,943.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 4/1/08 through 4/30/08

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims, debt capacity, reviewed recovery scenarios under various assumptions and prepared interest accrued scenarios and analyses of the PI/PD proposal. | 103.50 | $51,490.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports. | 4.70 | $2,239.00 |
| 06. Environmental Mtrs/Regs/Litig. | During the Fee Application period, the Applicant analyzed the terms, motions and schedules related to the Libby settlement, FUSRAP settlement, liability transfer issue and prepared reports to the committee thereon. | 51.00 | $25,047.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the February and March Fee Statements, as well as the 17th Quarterly Fee Application. | 9.50 | $2,629.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding Q1 08 results by comparing sales, EBIT, and gross margin to Plan and prior year as well as a review of industry reports. A report to Committee was prepared thereon. | 10.00 | $5,301.50 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant met with Company representatives and counsel regarding Plan. | 4.30 | $2,795.00 |
| 19. Tax Issues | During the Fee Application Period, the Applicant prepared a report to the Committee related to the real property tax settlement. | 1.70 | $671.50 |
| 21. Research | During the Fee Application period, the Applicant researched interest rates for recovery analysis. | 2.80 | $462.00 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant met with the Debtor to discuss Asbestos term sheet. | 7.00 | $3,307.50 |
| **For the Period 4/1/08 through 4/30/08** | | **194.50** | **$93,943.50** |

**Capstone Advisory Group, LLC**  
**Invoice for the April 2008 Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 4/1/08 through 4/30/08

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **03. Claims Analysis & Valuation** | | | |
| 4/4/2008 | J. Dolan | 1.40 | Discussions with team regarding the impact of the Asbestos term sheet and related work plan. |
| 4/4/2008 | J. Dolan | 1.70 | Read and analyzed asbestos term sheet. |
| 4/4/2008 | S. Cunningham | 3.60 | Review term sheet re: plan proposal. |
| 4/4/2008 | R. Frezza | 2.50 | Read and analyzed Asbestos term sheet; prepared analysis of term sheet terms and discussed with counsel; participated on committee call regarding term sheet; Updated recovery analysis. |
| 4/5/2008 | J. Dolan | 1.80 | Update to recovery analysis based on Asbestos Term Sheet. |
| 4/5/2008 | J. Dolan | 1.40 | Prepared various analyses associated with the Asbestos Term Sheet. |
| 4/6/2008 | J. Dolan | 0.70 | Prepared request for additional information related to the Asbestos Term Sheet. |
| 4/7/2008 | S. Cunningham | 4.30 | Prepare analysis of asbestos settlement term sheet; calls with Blackstone and various holders of claims. |
| 4/7/2008 | J. Dolan | 4.00 | Prepared recovery analysis based on Asbestos/Debtor term sheet as well as liquidity analysis and leverage calculations. |
| 4/7/2008 | J. Dolan | 1.50 | Read and analyzed press release and SEC filing related to the Asbestos Deal. |
| 4/7/2008 | R. Frezza | 3.10 | Prepared for and participated in conference call to announce asbestos settlement term sheet. Updated recovery analyses; ran Black Scholes model on warrant portion of offering. |
| 4/7/2008 | J. Dolan | 0.80 | Participated in the Investor conference call to discuss the Asbestos Term Sheet. |
| 4/8/2008 | J. Dolan | 1.70 | Updated various recovery analyses based on Asbestos/Debtor term sheet. |
| 4/8/2008 | J. Dolan | 3.40 | Prepared report to the Committee based on Asbestos/Debtor term sheet including claim estimate, settlement estimate, debt capacity. |
| 4/8/2008 | J. Dolan | 1.70 | Prepared term sheet analysis including deferred obligation and warrant value. |
| 4/8/2008 | R. Frezza | 1.90 | Continued analyses of term sheet. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/8/2008 | J. Dolan | 1.30 | Prepared debt capacity analysis based on S&P criteria, EBITDA, etc. |
| 4/8/2008 | R. Frezza | 3.50 | Prepared S&P analysis, recovery analyses, term sheet value analyses. |
| 4/8/2008 | R. Frezza | 2.50 | Prepared preliminary report for committee. |
| 4/8/2008 | S. Cunningham | 4.60 | Prepared analysis of Asbestos term sheet and related issues. Reviewed interest calculation under various methods. |
| 4/8/2008 | J. Dolan | 1.50 | Prepared form of recovery analysis based on Asbestos/Debtor term sheet. |
| 4/9/2008 | J. Dolan | 0.60 | Discussion with the debt holder regarding interest calculations and term sheet. |
| 4/9/2008 | J. Dolan | 2.70 | Update report to the Committee regarding Asbestos/Debtor term sheet including settlement value estimates, claims analysis, etc. |
| 4/9/2008 | R. Frezza | 2.20 | Revised calculation of value to asbestos claimants per Term Sheet; revised Value distribution. |
| 4/9/2008 | R. Frezza | 3.00 | Prepared/revised report to committee on Term Sheet and other issues with respect to emergence. |
| 4/10/2008 | R. Frezza | 3.10 | Continued drafting committee report on asbestos settlement term sheet; conferred with counsel and discussed asbestos value to PI claimants. |
| 4/10/2008 | J. Dolan | 1.10 | Discussion with counsel re: next steps regarding Libby and term sheet. |
| 4/10/2008 | S. Cunningham | 4.20 | Review recoveries and prepare analysis of debt capacity based on Company term sheet. |
| 4/11/2008 | E. Ordway | 1.00 | Analyzed latest term sheet. |
| 4/14/2008 | R. Frezza | 3.70 | Attended post meeting with counsel to discuss term sheet analyses; value distribution and other data in preparation for report to committee on term sheet on Capstone observations. |
| 4/15/2008 | R. Frezza | 1.30 | Follow up on supplemental version of interest scenarios at request of counsel. |
| 4/15/2008 | S. Cunningham | 2.30 | Read and analyzed term sheet, requested information updates from Company financial advisor. |
| 4/15/2008 | S. Cunningham | 1.20 | Reconciled claims by category as included in hypothetical recovery analysis. |
| 4/16/2008 | R. Frezza | 1.40 | Continued follow up of counsel requests regarding interest and term sheet report comments. |
| 4/17/2008 | E. Ordway | 0.40 | Read correspondence re: Debtor meeting and term sheet. |
| 4/17/2008 | R. Frezza | 1.10 | Continued turn report drafts; responded to additional counsel questions and requests. |

**Capstone Advisory Group, LLC**  **Page 2 of 7**
**Invoice for the April 2008 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/18/2008 | R. Frezza | 1.30 | Read correspondence re: Debtor meeting and term sheet. |
| 4/21/2008 | J. Dolan | 2.50 | Prepared various analyses related to the Term Sheet. |
| 4/21/2008 | J. Dolan | 1.20 | Prepared request for additional information regarding the term sheet and impact on unsecureds. |
| 4/21/2008 | E. Ordway | 0.60 | Read objection to term sheet. |
| 4/21/2008 | J. Dolan | 0.90 | Prepared report to the Committee regarding recovery analysis and term sheet. |
| 4/22/2008 | J. Dolan | 1.50 | Updated bank claim plus interest under various scenarios in connection with term sheet. |
| 4/22/2008 | J. Dolan | 1.70 | Prepared analysis re: S&P rating of debt upon emergence. |
| 4/22/2008 | J. Dolan | 0.70 | Updated recovery analysis based on changes in stock prices. |
| 4/22/2008 | J. Dolan | 0.90 | Prepared present value calculations of deferred obligations in connection with term sheet. |
| 4/22/2008 | J. Dolan | 0.60 | Prepared various leverage analyses in connection with the term sheet. |
| 4/22/2008 | E. Ordway | 0.30 | Reviewed recovery analysis update. |
| 4/22/2008 | J. Dolan | 2.30 | Prepared update report to the Committee regarding term sheet and revised recovery analysis. |
| 4/23/2008 | J. Dolan | 3.40 | Prepared various interest calculation at the request of counsel. |
| 4/24/2008 | J. Dolan | 1.10 | Discussion of interest calculations with counsel. |
| 4/24/2008 | J. Dolan | 2.60 | Researched amendments to the Credit Agreements for applicable provisions in claims analysis. |
| 4/29/2008 | E. Ordway | 0.50 | Communications with committee member re: term sheet for POR. |
| 4/29/2008 | J. Dolan | 3.20 | Read and analyzed Credit Agreements to determine proper accounting in recovery analysis. |
| Subtotal |  | 103.50 |  |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/2/2008 | J. Dolan | 0.30 | Read and analyzed recent SEC filing. |
| 4/3/2008 | J. Dolan | 1.00 | Read and analyzed recent docket submissions. |
| 4/7/2008 | E. Ordway | 0.40 | Read counsel's report re: personal injury settlement. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/8/2008 | E. Ordway | 0.70 | Read counsel's report re: recent court hearing items. |
| 4/10/2008 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 4/11/2008 | E. Ordway | 0.20 | Communication re: upcoming Debtor meeting. |
| 4/21/2008 | J. Dolan | 0.80 | Read and analyzed recent docket submissions. |
| 4/29/2008 | E. Ordway | 0.20 | Updated work plans. |
| Subtotal | | 4.70 | |

06. Environmental Mtrs/Regs/Litig.

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/1/2008 | R. Frezza | 2.20 | Prepared for and participated in call with counsel; Company et al regarding Curtis Bay Fusrap matter; response to Capstone questions. |
| 4/1/2008 | R. Frezza | 2.40 | Prepared for and participated in call with counsel;Company et al regarding ELT liability transfer matter. |
| 4/1/2008 | S. Cunningham | 2.20 | Analyzed Libby Settlement terms, motion, schedules. |
| 4/1/2008 | J. Dolan | 2.10 | Prepared various analyses and report to the Committee regarding the Libby Settlement. |
| 4/1/2008 | J. Dolan | 1.90 | Prepared for and participated in calls with Debtors and counsel regarding Liability Transfer matter. |
| 4/1/2008 | J. Dolan | 1.80 | Prepared for and participated in call with Debtors and counsel regarding FUSRAP settlement. |
| 4/2/2008 | J. Dolan | 1.60 | Prepared for and participated in call with counsel regarding Liability Transfer Motion. |
| 4/2/2008 | J. Dolan | 0.70 | Read and analyzed memo prepared by counsel regarding the FUSRAP matter. |
| 4/2/2008 | R. Frezza | 2.10 | Read and analyzed information regarding Curtis Bay Fusrap and participated in conf call with counsel and company regarding settlement. |
| 4/2/2008 | J. Dolan | 0.50 | Read and analyzed asbestos information requested regarding Libby Settlement. |
| 4/2/2008 | J. Dolan | 1.50 | Review of information received from Debtors related to the Libby Settlement. |
| 4/3/2008 | E. Ordway | 0.60 | Read data re: Libby Settlement. |
| 4/3/2008 | R. Frezza | 3.60 | Read and analyzed company responses to Capstone questions regarding Libby Settlement; development of additional questions to Company prior to Committee call. |

**Capstone Advisory Group, LLC**  **Page 4 of 7**
**Invoice for the April 2008 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/3/2008 | J. Dolan | 2.10 | Prepared report to the Committee regarding Libby settlement including various analyses such as liquidity, PV of claims. |
| 4/3/2008 | J. Dolan | 0.40 | Read and analyzed memo regarding FUSRAP settlement and related analyses. |
| 4/3/2008 | J. Dolan | 2.20 | Prepared for and participated in call with counsel regarding Libby settlement. |
| 4/3/2008 | J. Dolan | 1.00 | Prepared request for additional information related to the Libby Settlement. |
| 4/3/2008 | J. Dolan | 0.70 | Prepared summary analysis related to Libby including reserves, PV calculations, etc. |
| 4/4/2008 | R. Frezza | 2.90 | Read and analyzed revised Libby settlement memo and discussed with counsel; read and analyzed property tax claim settlement memo; discussed with counsel. |
| 4/5/2008 | J. Dolan | 1.10 | Read and revised report to the Committee regarding the Libby Settlement. |
| 4/6/2008 | J. Dolan | 0.60 | Revised report to the Committee regarding the Libby Settlement. |
| 4/7/2008 | R. Frezza | 3.70 | Prepared for an participated in conference call to announce Libby settlement; read and analyzed final version of Libby settlement memo; provided comments to counsel; read and analyzed property tax claim settlement memo; provided final comments to counsel. |
| 4/7/2008 | S. Cunningham | 1.30 | Read and analyzed final draft of memo to committee regarding Libby. |
| 4/7/2008 | J. Dolan | 1.20 | Finalized report to the Committee regarding the Libby Settlement. |
| 4/7/2008 | E. Ordway | 0.40 | Read counsel's memo re: Curtis Bay Settlement. |
| 4/8/2008 | E. Ordway | 1.50 | Prepared/edited report to Committee re: Libby Settlement. |
| 4/9/2008 | J. Dolan | 1.40 | Read and analyzed final version of report to the Committee regarding the Libby Settlement. |
| 4/9/2008 | R. Frezza | 1.50 | Analyzed financial impact of Libby settlement on Grace cash in context of emergence financing; followed up on open questions regarding Libby with Blackstone. |
| 4/10/2008 | J. Dolan | 1.40 | Prepared analysis for call regarding Libby liquidity, reserves, PV. |
| 4/10/2008 | R. Frezza | 2.70 | Prepared for and participated in conference call with committee and company addressing Libby settlement questions and issues; conferred with counsel on follow up on Libby. |
| 4/24/2008 | J. Dolan | 1.30 | Prepared interest analysis on Libby Settlement per the request of counsel and discussions thereof. |
| 4/28/2008 | E. Ordway | 0.40 | Read counsel's report re: environmental claims and FUSRAP program. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| Subtotal | | 51.00 | |
| 07. Fee Applications & Invoices | | | |
| 4/10/2008 | N. Backer | 1.50 | Prepared March fee statement |
| 4/10/2008 | J. Dolan | 1.20 | Prepared Feb monthly fee app. |
| 4/11/2008 | N. Backer | 1.20 | Prepared 17th Quarterly fee application. |
| 4/16/2008 | N. Backer | 1.60 | Prepared March fee statement. |
| 4/21/2008 | J. Dolan | 0.90 | Prepared March 08 fee application. |
| 4/21/2008 | J. Dolan | 0.80 | Finalized and submitted February 2008 fee application. |
| 4/24/2008 | E. Ordway | 0.40 | Prepared fee application. |
| 4/30/2008 | J. Dolan | 1.90 | Prepared fee analysis for February and March. |
| Subtotal | | 9.50 | |
| 08. Financial Analysis - Schedules & Statements | | | |
| 4/9/2008 | E. Ordway | 1.20 | Read and analyzed February operating report and listed items for Staff to investigate. |
| 4/9/2008 | J. Dolan | 2.50 | Read and analyzed February Operating monthly financials. |
| 4/14/2008 | E. Ordway | 1.20 | Continued to read and analyze February operating report. |
| 4/17/2008 | S. Cunningham | 2.40 | Read and analyzed February Operating monthly financials. |
| 4/22/2008 | E. Ordway | 0.50 | Analyzed S&P data accumulated by staff. |
| 4/23/2008 | J. Dolan | 2.20 | Read and analyzed 1st quarter results. |
| Subtotal | | 10.00 | |
| 09. Financial Analysis - Business Plan | | | |
| 4/14/2008 | S. Cunningham | 4.30 | Met with Company representatives and counsel regarding Plan. |
| Subtotal | | 4.30 | |
| 19. Tax Issues | | | |
| 4/5/2008 | J. Dolan | 0.50 | Prepared real property tax settlement report to the Committee. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/6/2008 | J. Dolan | 0.70 | Prepared real property tax settlement report to the Committee. |
| 4/8/2008 | J. Dolan | 0.50 | Final revisions to real property tax payment report to the Committee. |
| Subtotal | | 1.70 | |

21. Research

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/29/2008 | M. Desalvio | 0.30 | Retrieve 3-month LIBOR rates for 2001 for interest analysis. |
| 4/30/2008 | M. Desalvio | 2.50 | Research fixed-rate LIBOR vs. floating-rate LIBOR for interest analysis . |
| Subtotal | | 2.80 | |

26. Meetings with Debtors/Advisors

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/10/2008 | J. Dolan | 3.50 | Prepared for and participated in call with Debtors and Committee regarding Libby Settlement and Asbestos/Debtors term sheet. |
| 4/14/2008 | R. Frezza | 3.50 | Prepared for and participated in meeting with Grace management; counsel and financial advisors, discussing the PI term sheet and related issues. |
| Subtotal | | 7.00 | |
| **Total Hours** | | **194.50** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 4/1/08 through 4/30/08

| Date | Professional | Detail | Amount |
|---|---|---|---|
| **Parking/Tolls** | | | |
| 4/14/2008 | Cunningham | Meeting with company and counsel. | $68.00 |
| Subtotal - Parking/Tolls | | | $68.00 |
| **Photocopies** | | | |
| 4/24/2008 | Capstone Expense | April Copies: 17 @ .10 ea | $1.70 |
| Subtotal - Photocopies | | | $1.70 |
| **Research** | | | |
| 4/18/2008 | Capstone Expense | April Bloomberg Service | $218.00 |
| 4/18/2008 | Capstone Expense | Pacer for April | $21.60 |
| Subtotal - Research | | | $239.60 |
| **Scans** | | | |
| 4/24/2008 | Capstone Expense | April Scans: 16 @ 1.00 ea | $16.00 |
| Subtotal - Scans | | | $16.00 |
| **For the Period 4/1/08 through 4/30/08** | | | $325.30 |

**Capstone Advisory Group, LLC**  
**Invoice for the April 2008 Fee Application**