**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., <u>et al.</u>, | Case No. 01-1139 (JKF) |
| Debtors. | Objection Deadline: July 23, 2008 at 4:00 p.m<br>Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO THIRTY-FIFTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>APRIL 1, 2008 THROUGH APRIL 30, 2008</u>**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered February 21, 2004) |
| Period for which compensation is sought: | April 1, 2008 through April 30, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $51,480.00 |
| 80% of fees to be paid: | $41,184.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 2,797.43 |
| Total Fees @ 80% and 100% Expenses: | $43,981.43 |

This is an: ___ interim   X   monthly   ___ final application.

**COMPENSATION SUMMARY**
**April 2008**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (23 years) FCAS | $650 | 36.00 | $23,400.00 |
| Julianne Callaway | Analyst (4 years) ACAS | $325 | 6.80 | $2,210.00 |
| Bryan Gillespie | Consulting Actuary (2 years) FCAS | $410 | 4.10 | $1,681.00 |
| Jeffrey Kimble | Consulting Actuary (7 years) ACAS | $400 | 50.80 | $20,320.00 |
| Brent Petzoldt | Analyst (1 year) | $240 | 3.50 | $840.00 |
| Dave Powell | Consulting Actuary (23 years) ACAS | $700 | 1.80 | $1,260.00 |
| Rhamonda Riggins | Analyst (6 years) | $305 | 5.80 | $1,769.00 |
| **Total Blended Rate: $473.16** | | | **108.80** | **$51,480.00** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 108.80 | $51,480.00 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| Airfare | $1,921.00 |
| Hotel | $746.02 |
| Parking | $65.31 |
| Taxi | $55.00 |
| Use of Own Car | $10.10 |
| **Total Expenses** | **$2,797.43** |

| **April 2008 – Grand Total** | **$54,277.43** |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: /S/ JENNIFER L. BIGGS
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: June 30, 2008

2