# EXHIBIT A

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | **Apr-08** | |
| Jenni Biggs | 4/1/2008 | 2.00 | $650 | $1,300.00 | Trial preparation |
| Jenni Biggs | 4/2/2008 | 2.00 | $650 | $1,300.00 | Trial preparation |
| Jenni Biggs | 4/3/2008 | 14.50 | $650 | $9,425.00 | 13.3 hours trial preparation + 1.2 hours (50% of nonworking travel) |
| Jenni Biggs | 4/4/2008 | 9.00 | $650 | $5,850.00 | 7.0 hours trial preparation + 2.0 hours (50% of nonworking travel) |
| Jenni Biggs | 4/7/2008 | 2.00 | $650 | $1,300.00 | Trial preparation |
| Jenni Biggs | 4/8/2008 | 1.50 | $650 | $975.00 | Trial preparation and settlement discussion |
| Jenni Biggs | 4/11/2008 | 0.50 | $650 | $325.00 | Billing and correspondence with Orrick regarding reports |
| Jenni Biggs | 4/14/2008 | 3.50 | $650 | $2,275.00 | Review of Libby liabilities and settlement discussions |
| Jenni Biggs | 4/15/2008 | 0.50 | $650 | $325.00 | Settlement discussions |
| Jenni Biggs | 4/21/2008 | 0.50 | $650 | $325.00 | Settlement discussions |
| | | 36.00 | | $23,400.00 | |
| Julianne Calllaway | 4/2/2008 | 0.50 | $325 | $162.50 | Trial Prep support |
| Julianne Calllaway | 4/24/2008 | 3.50 | $325 | $1,137.50 | Organize Documentation and Data Requests |
| Julianne Calllaway | 4/25/2008 | 2.80 | $325 | $910.00 | Organize Documentation and Data Requests |
| | | 6.80 | | $2,210.00 | |
| Bryan Gillespie | 4/2/2008 | 0.50 | $410 | $205.00 | Trial preparation |
| Bryan Gillespie | 4/7/2008 | 2.00 | $410 | $820.00 | Trial preparation |
| Bryan Gillespie | 4/25/2008 | 1.60 | $410 | $656.00 | Response to questions from Orrick; review settlement information |
| | | 4.10 | | $1,681.00 | |
| Jeff Kimble | 4/1/2008 | 2.00 | $400 | $800.00 | Preparing cash flow exhibits |
| Jeff Kimble | 4/2/2008 | 3.00 | $400 | $1,200.00 | Preparing cash flow exhibits |
| Jeff Kimble | 4/3/2008 | 1.50 | $400 | $600.00 | 50% of nonworking travel |
| Jeff Kimble | 4/3/2008 | 11.00 | $400 | $4,400.00 | Prep and meeting with Orrick |
| Jeff Kimble | 4/4/2008 | 2.50 | $400 | $1,000.00 | 50% of nonworking travel time |
| Jeff Kimble | 4/4/2008 | 6.00 | $400 | $2,400.00 | Meeting with Orrick |
| Jeff Kimble | 4/5/2008 | 3.50 | $400 | $1,400.00 | Preparing cash flow exhibits and memo |
| Jeff Kimble | 4/8/2008 | 0.70 | $400 | $280.00 | Work on cash flow memo to Orrick |
| Jeff Kimble | 4/14/2008 | 1.10 | $400 | $440.00 | Discuss cash flow scenarios with Orrick. Create new cash flow scenarios |
| Jeff Kimble | 4/15/2008 | 5.00 | $400 | $2,000.00 | Preparing cash flow scenarios for Orrick |
| Jeff Kimble | 4/16/2008 | 8.00 | $400 | $3,200.00 | Preparing cash flow scenarios for Orrick |
| Jeff Kimble | 4/21/2008 | 5.00 | $400 | $2,000.00 | Preparing cash flow scenarios for Orrick |
| Jeff Kimble | 4/23/2008 | 1.50 | $400 | $600.00 | Preparing cash flow scenarios for Orrick |
| | | 50.80 | | $20,320.00 | |
| Brent Petzold | 4/2/2008 | 1.00 | $240 | $240.00 | Tech reviewed Jeff's cash flow exhibits |
| Brent Petzold | 4/4/2008 | 1.50 | $240 | $360.00 | Tech reviewed Jeff's cash flow exhibits |
| Brent Petzold | 4/7/2008 | 1.00 | $240 | $240.00 | Tech Review Jeff's cash flow exhibits |
| | | 3.50 | | $840.00 | |
| Dave Powell | 4/19/2008 | 1.30 | $700 | $910.00 | Peer review |
| Dave Powell | 4/21/2008 | 0.50 | $700 | $350.00 | Peer review |
| | | 1.80 | | $1,260.00 | |
| Rhamonda Riggins | 4/16/2008 | 4.80 | $305 | $1,464.00 | Tech reviewed Trust cash flow projections |
| Rhamonda Riggins | 4/21/2008 | 1.00 | $305 | $305.00 | Tech reviewed Trust cash flow projections |
| | | 5.80 | | $1,769.00 | |
| | | 108.80 | | $51,480.00 | |