# EXHIBIT B

| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
|---|---|---|---|---|
| | | | Expenses - April 2008 | |
| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
| Jenni Biggs | 4/3/2008 | $378.01 | Hotel ($469 - $169 = $300 recommended rate) | Yes |
| Jenni Biggs | 4/3/2008 | $25.31 | Parking at STL airport | Yes |
| Jenni Biggs | 4/3/2008 | $11.00 | Taxi to hotel (raining) | Yes |
| Jenni Biggs | 4/3/2008 | $23.00 | Taxi to Orrick | Yes |
| Jenni Biggs | 4/3/2008 | $21.00 | Taxi to Reagan airport | Yes |
| Jenni Biggs | 4/4/2008 | $837.00 | Airfare for 4/3-4/4 trip to DC for WR Grace trial | Yes |
| Jenni Biggs | 4/4/2008 | $15.00 | Amex fee for cancelled airfare for 4/10-4/11 trip to DC for WR Grace trial | Yes |
| Jenni Biggs | 4/4/2008 | $15.00 | Amex fee for Airfare for 4/3-4/4 trip to DC for WR Grace trial | Yes |
| Jenni Biggs | 4/4/2008 | $10.10 | Use of own car to/from airport for 4/4/08 meeting | No |
| | | $1,335.42 | | |
| Jeff Kimble | 4/1/2008 | $924.00 | Airfare for 4/3 trip to DC | Yes |
| Jeff Kimble | 4/1/2008 | $15.00 | Amex fee for 4/3 trip to DC | Yes |
| Jeff Kimble | 4/12/2008 | $100.00 | $100 change fee for cancelled 4/10/08 trip to DC | Yes |
| Jeff Kimble | 4/1/2008 | $15.00 | Amex fee for cancelled airfare for 4/10-4/11 trip to DC for WR Grace trial | Yes |
| Jeff Kimble | 4/3/2008 | $368.01 | Hotel ($469 - $169 = $300 recommended rate) | Yes |
| Jeff Kimble | 4/3/2008 | $40.00 | Parking | Yes |
| | | $1,462.01 | | |
| | | $2,797.43 | | |

Note: It is Towers Perrin's policy that expenses under $25 do not require receipts to be submitted for reimbursement.

# Capital Hilton

1001 16th Street • Washington, DC 20036
Phone (202) 393-1000 • Fax (202) 639-5784
Reservations
www.hilton.com or 1 800 HILTONS

Name & Address

BIGGS, JENNIFER L

Room 1269/Q1T
Arrival Date 4/3/2008 10:10:00PM
Departure Date 4/4/2008 8:10:00AM
Adult/Child 1/0
Room Rate 469.00

WR

RATE PLAN   L-T1

*Folio*

HH#
AL:
BONUS AL:   CAR:

CONFIRMATION NUMBER : 3313082781

4/4/2008   PAGE   1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 4/3/2008 | GUEST ROOM | EAME | 3653274 | $469.00 | | |
| 4/3/2008 | ROOM TAX | EAME | 3653274 | $68.01 | | |
| 4/4/2008 | *HEALTH SPA | LINTR | 3653809 | $10.00 | | |
| 4/4/2008 | AX *5002 | TTHO | 3653888 | | $547.01 | |
| | BALANCE | | | | | $0.00 |

The Hilton Family















| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| AX *5002 | | 4/3/2008 | 565544  A |

| CARD MEMBER NAME | | AUTHORIZATION | INITIAL |
|---|---|---|---|
| BIGGS, JENNIFER L | | 544857 | |

ESTABLISHMENT NO. & LOCATION   ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

THANK YOU FOR STAYING WITH US AT THE CAPITAL HILTON.

PURCHASES & SERVICES

TAXES

TIPS & MISC.

TOTAL AMOUNT

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND

PAYMENT DUE UPON RECEIPT

USA
Official Sponsor

## Taxi Cab Receipts

DATE: 4/3   TIME: _____

TRIP ORIGIN: Orrick

DESTINATION: Reagan

FARE: $ 23   SIGNATURE _____

---

**FASTTRACK Airport Parking**
4607 Airflight Drive
St Louis, MO  63134

| | |
|---|---|
| User ID | 1741 |
| Date | 04/04/08 17:05 |
| Ticket # | 3000653 |
| Open Date | 04/03/08 05:59 |
| Close Date | 04/04/08 17:05 |
| Grand Total | $ 25.31 |
| Payments | |
| AX _5002 Auth:562455 | $ 25.31 |

X_____

---

## TAXICAB RECEIPT

Time: 4/3/08
Date: _____

Origin of trip: Orrick

Destination: Hilton

Fare: $11   Sign: _____

---

## TAXICAB RECEIPT

Time: 4/4
Date: _____

Origin of trip: Orrick

Destination: Reagan

Fare: $21   Sign: _____




Page 1 of 3
Generated: March 25, 2008 04:58 PM

# Travel Arrangements for JENNIFER L BIGGS

| | | | |
|---|---|---|---|
| **Record Locator** | BQBEHG | **Agent ID : ZA** | |
| **Trip ID** | 10709329940 | Phone: (800) 522-4111 | |
| | JENNIFER BIGGS/314-719-5843 | | |
| | TOWERS PERRIN | | |

## Invoice Details

**Ticket Information**

| | | | |
|---|---|---|---|
| Airline Code | 001 | Ticket Date | 3/25/08 |
| Ticket Number | 7123404584 | Invoice | 0016053 |
| Check Digit | 6 | Electronic | Yes |
| **Billing Code** | WN820127 | | |

**Charges**

| | |
|---|---:|
| Ticket Base Fare | 759.08 |
| Ticket Tax Fare | 77.92 |
| Total (USD) Ticket Amount | 837.00 |
| Transaction Fee | 15.00 |
| Airfare charged to American Express | |
| **Total** | 852.00 |

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY
THIS TICKET IS NONREFUNDABLE. CHANGES OR CANCELLATIONS
MUST BE MADE PRIOR TO SCHEDULED FLIGHT DEPARTURE
ALL CHANGES MUST BE MADE ON SAME CARRIER AND WILL BE
SUBJECT TO SERVICE FEE AND DIFFERENCE IN AIRFARE

## Travel Details                    Thursday April 3, 2008

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 50 minutes |
| Flight | 884 | Distance | 719 Miles |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Washington Reagan, DC | Plane | Md-80 |
| Departing | 7:20 AM | | |
| Arriving | 10:10 AM | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | TERMINAL B | | |
| Seat | 13F | | |
| Class | Economy | | |

## Travel Details                    Friday April 4, 2008

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 15 minutes |
| Flight | 531 | Distance | 719 Miles |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™


| | | | |
|---|---|---|---|
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 3:15 PM | | |
| Arriving | 4:30 PM | | |

| | |
|---|---|
| Departure Terminal | TERMINAL B |
| Arrival Terminal | MAIN TERMINAL |
| Seat | 28E |
| Class | Economy |

## Travel Details                                         Wednesday October 1, 2008

AMERICAN EXPRESS INTERACTIVE

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| AMERICAN AIRLINES | 9M88Y36 | JENNIFER L BIGGS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| BQBEHG | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES. ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.

 AMERICAN EXPRESS ® BUSINESS TRAVEL

Page 1 of 3
Generated: March 26, 2008 02:30 PM

# Travel Arrangements for JENNIFER L BIGGS

| | | |
|---|---|---|
| **Record Locator** | KJFCJZ | **Agent ID : ZF** |
| **Trip ID** | 11241952335 | Phone: (800) 522-4111 |
| | JENNIFER BIGGS/314-719-5843 | |
| | TOWERS PERRIN | |

## Invoice Details

**Ticket Information**

| | | | | |
|---|---|---|---|---|
| Airline Code | 001 | Ticket Date | 3/26/08 |
| Ticket Number | 7123404613 | Invoice | 0016097 |
| Check Digit | 0 | Electronic | Yes |
| **Billing Code** | WN820127 | | |

**Charges**

| | |
|---|---|
| Ticket Base Fare | 373.96 |
| Ticket Tax Fare | 49.04 |
| Total (USD) Ticket Amount | 423.00 |
| Transaction Fee | 15.00 |
| Airfare charged to American Express | |
| Total | 438.00 |

*Flight cancelled - Amex fee only*

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY
THIS TICKET IS NONREFUNDABLE. CHANGES OR CANCELLATIONS
MUST BE MADE PRIOR TO SCHEDULED FLIGHT DEPARTURE
ALL CHANGES MUST BE MADE ON SAME CARRIER AND WILL BE
SUBJECT TO SERVICE FEE AND DIFFERENCE IN AIRFARE

## Travel Details          Thursday April 10, 2008

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 50 minutes |
| Flight | 884 | Distance | 719 Miles |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Washington Reagan, DC | Plane | Md-80 |
| Departing | 7:10 AM | | |
| Arriving | 10:00 AM | | |
| | | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | TERMINAL B | | |
| Seat | 12A | | |
| Class | Economy | | |

**Hotel Information**

| | | | |
|---|---|---|---|
| Hotel | HILTON HOTELS | | |
| | 6 HILTON CAPITAL | | |
| Hotel Address | 1001 16TH ST NW | Phone Number | E 202 393-1000 |
| | WASHINGTON DC 20036 | Fax Number | 202 639-5784 |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™  

| | |
|---|---|
| Confirmation Number | 3313082781- |
| Check in Date | 4/10/08 |
| Check out Date | 4/11/08 |

| | |
|---|---|
| Hotel Rate | 399.00 USD per night |
| | Late Arrival Guarantee - Credit Card |
| Special Info | RQNON SMK RM.KING BD |

CANCEL 01 DAYS BEFORE ARRIVAL

Corporate Discount - 1365840

## Travel Details
Friday April 11, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 5 minutes |
| Flight | 531 | Distance | 719 Miles |
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 2:55 PM | | |
| Arriving | 4:00 PM | | |

| | |
|---|---|
| Departure Terminal | TERMINAL B |
| Arrival Terminal | MAIN TERMINAL |
| Seat | 31E |
| Class | Economy |

## Travel Details
Wednesday October 8, 2008

AMERICAN EXPRESS INTERACTIVE

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| AMERICAN AIRLINES | 9M88Y36 | JENNIFER L BIGGS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| KJFCJZ | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES. ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.

**AMERICAN EXPRESS ® BUSINESS TRAVEL**

Page 1 of 3
Generated: March 25, 2008 05:00 PM

# Travel Arrangements for JEFFREY D KIMBLE

| | | |
|---|---|---|
| **Record Locator** | EQKZPM | **Agent ID : ZD** |
| **Trip ID** | 10891175882 | Phone: (800) 522-4111 |
| | JEFFREY KIMBLE/314-719-5836 | |
| | TOWERS PERRIN | |

## Invoice Details

### Ticket Information

| | | | | |
|---|---|---|---|---|
| Airline Code | 001 | Ticket Date | 3/25/08 | |
| Ticket Number | 7123404583 | Invoice | 0016052 | |
| Check Digit | 5 | Electronic | Yes | |
| **Billing Code** | WN844411 | | | |

### Charges

| | |
|---|---:|
| Ticket Base Fare | 840.01 |
| Ticket Tax Fare | 83.99 |
| Total (USD) Ticket Amount | 924.00 |
| Transaction Fee | 15.00 |
| Airfare charged to American Express | |
| **Total** | **939.00** |

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY
THIS TICKET IS NONREFUNDABLE. CHANGES OR CANCELLATIONS
MUST BE MADE PRIOR TO SCHEDULED FLIGHT DEPARTURE
ALL CHANGES MUST BE MADE ON SAME CARRIER AND WILL BE
SUBJECT TO SERVICE FEE AND DIFFERENCE IN AIRFARE

## Travel Details                                  Thursday April 3, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 50 minutes |
| Flight | 884 | Distance | 719 Miles |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Washington Reagan, DC | Plane | Md-80 |
| Departing | 7:20 AM | | |
| Arriving | 10:10 AM | | |

| | |
|---|---|
| Departure Terminal | MAIN TERMINAL |
| Arrival Terminal | TERMINAL B |
| Seat | 14F |
| Class | Economy |

## Travel Details                                  Friday April 4, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 15 minutes |
| Flight | 531 | Distance | 719 Miles |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™   

| | |
|---|---|
| Origin | Washington Reagan, DC |
| Destination | St Louis Intl, MO |
| Departing | 3:15 PM |
| Arriving | 4:30 PM |

| | |
|---|---|
| Departure Terminal | TERMINAL B |
| Arrival Terminal | MAIN TERMINAL |
| Seat | Unassigned |
| Class | Economy |

| | |
|---|---|
| Meal Service | Food for purchase |
| Plane | Md-80 |

## Travel Details

Wednesday October 1, 2008

AMERICAN EXPRESS INTERACTIVE

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| EQKZPM | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES. ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.

 **AMERICAN EXPRESS ® BUSINESS TRAVEL**

Page 1 of 3
Generated: March 26, 2008 02:29 PM

# Travel Arrangements for JEFFREY D KIMBLE

| | | |
|---|---|---|
| Record Locator | FNPHPJ | Agent ID : ZC |
| Trip ID | 10946813159<br>JEFFREY KIMBLE/314-719-5836<br>TOWERS PERRIN | Phone: (800) 522-4111 |

## Invoice Details

### Ticket Information

| | | | | |
|---|---|---|---|---|
| Airline Code | 001 | Ticket Date | 3/26/08 | |
| Ticket Number | 7123404615 | Invoice | 0016099 | |
| Check Digit | 2 | Electronic | Yes | |
| **Billing Code** | WN844411 | | | |

### Charges

| | |
|---|---|
| Ticket Base Fare | 373.96 |
| Ticket Tax Fare | 49.04 |
| Total (USD) Ticket Amount | 423.00 |
| Transaction Fee | 15.00 |
| Airfare charged to American Express | |
| **Total** | **438.00** |

*[handwritten: trip cancelled - $100 change fee + $15 Amex fee]*

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY
THIS TICKET IS NONREFUNDABLE. CHANGES OR CANCELLATIONS
MUST BE MADE PRIOR TO SCHEDULED FLIGHT DEPARTURE
ALL CHANGES MUST BE MADE ON SAME CARRIER AND WILL BE
SUBJECT TO SERVICE FEE AND DIFFERENCE IN AIRFARE

## Travel Details                        Thursday April 10, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 50 minutes |
| Flight | 884 | Distance | 719 Miles |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Washington Reagan, DC | Plane | Md-80 |
| Departing | 7:10 AM | | |
| Arriving | 10:00 AM | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | TERMINAL B | | |
| Seat | 13A | | |
| Class | Economy | | |

### Hotel Information

| | | | |
|---|---|---|---|
| Hotel | HILTON HOTELS<br>6 HILTON CAPITAL | | |
| Hotel Address | 1001 16TH ST NW<br>WASHINGTON DC 20036 | Phone Number<br>Fax Number | E 202 393-1000<br>202 639-5784 |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™   **AMERICAN EXPRESS**

| | |
|---|---|
| Confirmation Number | 3305241094- |
| Check in Date | 4/10/08 |
| Check out Date | 4/11/08 |

| | |
|---|---|
| Hotel Rate | 399.00 USD per night |
| | Late Arrival Guarantee - Credit Card |
| Special Info | RQ NON SMK RM |

CANCEL 01 DAYS BEFORE ARRIVAL

Corporate Discount - 1365840

## Travel Details                    Friday April 11, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 5 minutes |
| Flight | 531 | Distance | 719 Miles |
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 2:55 PM | | |
| Arriving | 4:00 PM | | |

| | |
|---|---|
| Departure Terminal | TERMINAL B |
| Arrival Terminal | MAIN TERMINAL |
| Seat | Unassigned |
| Class | Economy |

## Travel Details                    Wednesday October 8, 2008

AMERICAN EXPRESS INTERACTIVE

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| FNPHPJ | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES. ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.

```
SUPER PARK INTERMEDIATE
LAMBERT-ST. LOUIS
INTERNATIONAL AIRPORT
ST.LOUIS, MO.

Rcpt# 57169
04/04/08 16:55   L# 6 A# 45   Txn#143527
04/03/08 06:11 In    04/04/08 16:55 Out
SHORT TERM      $ 40.00
Total Fee       $ 40.00
AMERICAN EXP    $ 40.00-
XXXXXXXXXXX3000
Approval No.:522649
Reference No.:00000123
Change Due      $ 0.00
THANK YOU ANY QUESTIONS OR
COMMENTS CALL 314-890-2800
```

# Capital Hilton

1001 16th Street • Washington, DC 20036
Phone (202) 393-1000 • Fax (202) 639-5784
Reservations
www.hilton.com or 1 800 HILTONS

Name & Address

KIMBLE, JEFFREY D

| | |
|---|---|
| Room | 1143/D2T |
| Arrival Date | 4/3/2008  10:11:00PM |
| Departure Date | 4/4/2008 |
| Adult/Child | 1/0 |
| Room Rate | 469.00 |
| RATE PLAN | L-T1 |
| HH# | |
| AL | |
| BONUS AL | CAR |

Confirmation Number : 3305241094

4/4/2008    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 4/3/2008 | GUEST ROOM | EAME | 3653248 | $469.00 | | |
| 4/3/2008 | ROOM TAX | EAME | 3653248 | $68.01 | | |
| | WILL BE SETTLED TO AX *3000 | | | | | $537.01 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| | 565547  A |

## Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**
- Please review this statement.  It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call extension 5610 from your room and tell us when you are ready to depart.  Your account will be automatically checked out and you may use this statement as your receipt.  Feel free to leave your key(s) in the room.
*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| AUTHORIZATION | INITIAL |
|---|---|
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

THANK YOU