**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                           )
In re:                                     )    Chapter 11
                                           )
W.R. GRACE & CO., et al.,                  )    Case No. 01-1139 (JKF)
                                           )
         Debtors.                          )    Objection Deadline: July 23, 2008 at 4:00 p.m
_____)     Hearing: Scheduled if Necessary (Negative Notice)


**COVER SHEET TO THIRTY-SIXTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
MAY 1, 2008 THROUGH MAY 31, 2008**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered February 21, 2004) |
| Period for which compensation is sought: | May 1, 2008 through May 31, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $33,683.00 |
| 80% of fees to be paid: | $26,946.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 1,402.15 |
| Total Fees @ 80% and 100% Expenses: | $28,348.55 |

This is an:   ___  interim    _X_  monthly    ___  final application.

**COMPENSATION SUMMARY**
**May 2008**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (23 years) FCAS | $650 | 18.60 | $12,090.00 |
| Julianne Callaway | Analyst (4 years) ACAS | $325 | 10.60 | $3,445.00 |
| Bryan Gillespie | Consulting Actuary (2 years) FCAS | $410 | 1.30 | $533.00 |
| Jeffrey Kimble | Consulting Actuary (7 years) ACAS | $400 | 40.50 | $16,200.00 |
| Adam Luechtefeld | Analyst (5 years) | $250 | 2.00 | $500.00 |
| Rhamonda Riggins | Analyst (6 years) | $305 | 3.00 | $915.00 |
| **Total Blended Rate: $443.20** | | | **76.00** | **$33,683.00** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 76.00 | $33,683.00 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| Airfare | $1,322.00 |
| Parking | $30.05 |
| Taxi | $40.00 |
| Use of Own Car | $10.10 |
| **Total Expenses** | **$1,402.15** |

| **May 2008 – Grand Total** | **$35,085.15** |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: June 30, 2008