# EXHIBIT A

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **May-08** |
| Jenni Biggs | 5/5/2008 | 1.50 | $650 | $975.00 | Preparation for 5/8 meeting with Orrick |
| Jenni Biggs | 5/6/2008 | 1.10 | $650 | $715.00 | Preparation for 5/8 meeting with Orrick |
| Jenni Biggs | 5/7/2008 | 0.70 | $650 | $455.00 | Preparation for 5/8 meeting with Orrick and research Canadian claims |
| Jenni Biggs | 5/8/2008 | 7.50 | $650 | $4,875.00 | 4.50 = Prep and meeting; 3.0 = 50% nonworking travel |
| Jenni Biggs | 5/9/2008 | 1.30 | $650 | $845.00 | Follow-up to 5/8 meeting with Orrick |
| Jenni Biggs | 5/12/2008 | 0.20 | $650 | $130.00 | Billing |
| Jenni Biggs | 5/13/2008 | 0.50 | $650 | $325.00 | Billing |
| Jenni Biggs | 5/13/2008 | 1.00 | $650 | $650.00 | Libby comparisons |
| Jenni Biggs | 5/23/2008 | 0.20 | $650 | $130.00 | Review propsed revisions to TDP |
| Jenni Biggs | 5/28/2008 | 1.30 | $650 | $845.00 | Reflect proposed revisions to TDP in cash flow |
| Jenni Biggs | 5/29/2008 | 3.30 | $650 | $2,145.00 | Review updated cash flow exhibits and presentation |
| | | 18.60 | | $12,090.00 | |
| | | | | | |
| Julianne Calllaway | 5/15/2008 | 2.80 | $325 | $910.00 | Review Peterson Report |
| Julianne Calllaway | 5/16/2008 | 1.00 | $325 | $325.00 | Review Peterson Report |
| Julianne Calllaway | 5/19/2008 | 1.50 | $325 | $487.50 | Review Peterson Report |
| Julianne Calllaway | 5/20/2008 | 5.30 | $325 | $1,722.50 | Review Peterson Report |
| | | 10.60 | | $3,445.00 | |
| | | | | | |
| Bryan Gillespie | 5/13/2008 | 0.40 | $410 | $164.00 | Assist with preparation of TDP comparison exhibits |
| Bryan Gillespie | 5/14/2008 | 0.90 | $410 | $369.00 | Assist with preparation of TDP comparison exhibits |
| | | 1.30 | | $533.00 | |
| | | | | | |
| Jeff Kimble | 5/5/2008 | 6.50 | $400 | $2,600.00 | Preparation for 5/8 meeting with Orrick |
| Jeff Kimble | 5/6/2008 | 3.00 | $400 | $1,200.00 | Preparation for 5/8 meeting with Orrick |
| Jeff Kimble | 5/7/2008 | 2.20 | $400 | $880.00 | Preparation for 5/8 meeting with Orrick |
| Jeff Kimble | 5/8/2008 | 5.00 | $400 | $2,000.00 | Preparation for 5/8 meeting with Orrick. 50% nonworking travel time |
| Jeff Kimble | 5/8/2008 | 2.50 | $400 | $1,000.00 | Meeting with Orrick regarding the proposed TDP values |
| Jeff Kimble | 5/9/2008 | 4.90 | $400 | $1,960.00 | Preparing cash flow exhibits for Orrick |
| Jeff Kimble | 5/12/2008 | 4.70 | $400 | $1,880.00 | Preparing summaries of Libby estimates for Orrick |
| Jeff Kimble | 5/13/2008 | 1.50 | $400 | $600.00 | Preparing summaries of Libby estimates for Orrick |
| Jeff Kimble | 5/14/2008 | 0.50 | $400 | $200.00 | Work on cash flow exhibits |
| Jeff Kimble | 5/27/2008 | 1.20 | $400 | $480.00 | Work on cash flow exhibits |
| Jeff Kimble | 5/28/2008 | 4.50 | $400 | $1,800.00 | Work on cash flow exhibits |
| Jeff Kimble | 5/29/2008 | 4.00 | $400 | $1,600.00 | Work on cash flow exhibits |
| | | 40.50 | | $16,200.00 | |
| | | | | | |
| Adam Luechtefeld | 5/6/2008 | 1.00 | $250 | $250.00 | Checking cashflow files |
| Adam Luechtefeld | 5/9/2008 | 1.00 | $250 | $250.00 | Libby Future Projections |
| | | 2.00 | | $500.00 | |
| | | | | | |
| Rhamonda Riggins | 5/12/2008 | 1.00 | $305 | $305.00 | Tech review Libby future claims charts |
| Rhamonda Riggins | 5/29/2008 | 2.00 | $305 | $610.00 | Tech review TDP comparison presentations |
| | | 3.00 | | $915.00 | |
| | | | | | |
| | | 76.00 | | $33,683.00 | |