# EXHIBIT B

## Expenses - May 2008

| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
|---|---|---|---|---|
| Jenni Biggs | 5/8/2008 | $646.00 | Airfare for 5/8/08 trip to DC | Yes |
| Jenni Biggs | 5/8/2008 | $15.00 | Amex fee for 5/8/08 trip to DC | Yes |
| Jenni Biggs | 5/8/2008 | $10.10 | Use of own car to/from airport for 5/8/08 trip to DC | No |
| Jenni Biggs | 5/12/2008 | $10.05 | Parking at STL airport for 5/8/08 trip to DC | Yes |
| | | $681.15 | | |
| Jeff Kimble | 5/8/2008 | $646.00 | Airfare for 5/8/08 trip to DC | Yes |
| Jeff Kimble | 5/8/2008 | $15.00 | Amex fee for 5/8/08 trip to DC | Yes |
| Jeff Kimble | 5/8/2008 | $20.00 | Parking at STL airport for 5/8/08 trip to DC | Yes |
| Jeff Kimble | 5/8/2008 | $40.00 | 2 taxi's at $20 each to/from airport for 5/8/08 trip to DC | Yes |
| | | $721.00 | | |
| | | $1,402.15 | | |

Note: It is Towers Perrin's policy that expenses under $25 do not require receipts to be submitted for reimbursement.



**AMERICAN EXPRESS ® BUSINESS TRAVEL**

Page 1 of 3
Generated: April 30, 2008 12:37 PM

# Travel Arrangements for JENNIFER L BIGGS

| | | |
|---|---|---|
| **Record Locator** | BPGZOG | **Agent ID : ZG** |
| **Trip ID** | 10707911072<br>JENNIFER BIGGS/314-719-5843<br>TOWERS PERRIN | Phone: (800) 522-4111 |

## Invoice Details

### Ticket Information

| | | | | | Charges | |
|---|---|---|---|---|---|---|
| Airline Code | 001 | Ticket Date | 4/30/08 | | Ticket Base Fare | 646.00 |
| Ticket Number | 7339405896 | Invoice | 0017694 | | Ticket Tax Fare | 0.00 |
| Check Digit | 1 | Electronic | Yes | | Total (USD) Ticket Amount | 646.00 |
| **Billing Code** | WN820127 | | | | | |

Airfare charged to American Express

**Total**     646.00

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY

## Travel Details     Thursday May 8, 2008

### Flight Information

| | | | | |
|---|---|---|---|---|
| Airline | AMERICAN AIRLINES | | Estimated time | 1 hour 50 minutes |
| Flight | 884 | | Distance | 719 Miles |
| Origin | St Louis Intl, MO | | Meal Service | No Meal Service |
| Destination | Washington Reagan, DC | | Plane | Md-80 |
| Departing | 7:10 AM | | | |
| Arriving | 10:00 AM | | | |
| | | | | |
| Departure Terminal | MAIN TERMINAL | | | |
| Arrival Terminal | TERMINAL B | | | |
| Seat | 13F | | | |
| Class | Economy | | | |

### Flight Information

| | | | | |
|---|---|---|---|---|
| Airline | AMERICAN AIRLINES | | Estimated time | 2 hours 5 minutes |
| Flight | 531 | | Distance | 719 Miles |
| Origin | Washington Reagan, DC | | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | | Plane | Md-80 |
| Departing | 2:55 PM | | | |
| Arriving | 4:00 PM | | | |
| | | | | |
| Departure Terminal | TERMINAL B | | | |
| Arrival Terminal | MAIN TERMINAL | | | |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™ 

Seat    24E
Class   Economy

## Travel Details

Tuesday November 4, 2008

AMERICAN EXPRESS INTERACTIVE

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| AMERICAN AIRLINES | 9M88Y36 | JENNIFER L BIGGS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| BPGZOG | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111±0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
****************************************************
FARE OF THIS ITINERARY.............969.00
FARE OF EXCHANGED TICKET...........423.00
EXCHANGED TICKET NUMBER............0017123404613
AIRLINE REISSUE FEE FOR EXCHANGE...100.00
FARE DIFFERENCE/ADDITIONAL COST....546.00
TOTAL CHARGES FOR THIS ITINERARY...646.00
****************************************************



```
FASTTRACK Airport Parking
    4607 Airflight Drive
     St Louis, MO  63134


User ID                            1741
Date                    05/08/08  16:28

Ticket #                         539682
Open Date               05/08/08  06:06
Close Date              05/08/08  16:28

Grand Total                     $ 10.05

Payments
AX _5002 Auth:545767            $ 10.05


X_____
```



AMERICAN EXPRESS ® BUSINESS TRAVEL

Page 1 of 3
Generated: April 30, 2008 11:58 AM

# Travel Arrangements for JEFFREY D KIMBLE

| | | |
|---|---|---|
| **Record Locator** | KBRDQG | **Agent ID : ZA** |
| **Trip ID** | 11229076808<br>JEFFREY KIMBLE/314-719-5836<br>TOWERS PERRIN | Phone: (800) 522-4111 |

## Invoice Details

### Ticket Information

| | | | | |
|---|---|---|---|---|
| Airline Code | 001 | Ticket Date | 4/30/08 |
| Ticket Number | 7339405893 | Invoice | 0017688 |
| Check Digit | 5 | Electronic | Yes |

**Billing Code** WN844411

### Charges

| | |
|---|---|
| Ticket Base Fare | 646.00 |
| Ticket Tax Fare | 0.00 |
| Total (USD) Ticket Amount | 646.00 |

Airfare charged to American Express

| | |
|---|---|
| **Total** | 646.00 |

*Amex fee*      15.—
                ─────
                661.—

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY

## Travel Details       Thursday May 8, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 50 minutes |
| Flight | 884 | Distance | 719 Miles |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Washington Reagan, DC | Plane | Md-80 |
| Departing | 7:10 AM | | |
| Arriving | 10:00 AM | | |

| | |
|---|---|
| Departure Terminal | MAIN TERMINAL |
| Arrival Terminal | TERMINAL B |
| Seat | 13D |
| Class | Economy |

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 5 minutes |
| Flight | 531 | Distance | 719 Miles |
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 2:55 PM | | |
| Arriving | 4:00 PM | | |

| | |
|---|---|
| Departure Terminal | TERMINAL B |
| Arrival Terminal | MAIN TERMINAL |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™   AMERICAN EXPRESS

| | |
|---|---|
| Seat | 25E |
| Class | Economy |

## Travel Details

Tuesday November 4, 2008

AMERICAN EXPRESS INTERACTIVE

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| KBRDQG | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
*****************************************************
FARE OF THIS ITINERARY.............969.00
FARE OF EXCHANGED TICKET...........423.00
EXCHANGED TICKET NUMBER............0017123404615
AIRLINE REISSUE FEE FOR EXCHANGE...100.00
FARE DIFFERENCE/ADDITIONAL COST....546.00
TOTAL CHARGES FOR THIS ITINERARY...646.00
*****************************************************





**Mandarin Oriental, Washington D.C.**
1330 Maryland Avenue, S.W.
Washington, D.C. 20024  (202) 554-8588
www.mandarinoriental.com

Date: 5/8/08   Time: _____
Trip Origin: 1152 15th St.
Destination: National Airport
Fare: $ 20.—
Signature: _____

**TAXI RECEIPT**