## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| | ) |
| **In re:** | )     **Chapter 11** |
| | ) |
| **W.R. GRACE & CO., et al.,** | )     **Case No. 01-1139 (JKF)** |
| | )     **Jointly Administered** |
| | ) |
| **Debtors.** | )     Objection Date: July 23, 2008 at 4:00 p.m. |
| | )     Hearing: Scheduled if Necessary (Negative Notice) |

### COVER SHEET TO FORTY FIRST MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | March 1, 2008 through March 31, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $11,000.00 |
| 80% of fees to be paid: | $ 8,800.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 2,395.04 |
| Total Fees @ 80% and 100% Expenses: | $11,195.04 |

This is an:    ___    interim     <u>X</u>    monthly     ___     final application.

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

## COMPENSATION SUMMARY
### MARCH 2008

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 22.00 | $11,000.00 |
| **Grand Total:** | | | **22.00** | **$11,000.00** |
| **Blended Rate: $500.00** | | | | |

Total Fees:        $ 11,000.00
Total Hours:           22.00
Blended Rate:     $    500.00

## COMPENSATION BY PROJECT CATEGORY
### MARCH 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 18.00 | $9,000.00 |
| Non-Working Travel | 4.00 | $2,000.00 |
| **TOTAL** | **22.00** | **$11,000.00** |

## EXPENSE SUMMARY
### MARCH 2008

| Expense Category | Total |
|---|---|
| Hotel | $480.54 |
| Parking | $34.00 |
| Taxi | $213.00 |
| Travel – Air Fare | $1,667.50 |
| **TOTAL** | **$2,395.04** |

Respectfully submitted,

*/S/ DAVID T. AUSTERN*
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: July 1, 2008

2