# EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for March, 2008**

| Date | Services | Hours |
|------|----------|-------|
| 3/5 | Review of most recent Towers-Perrin claims estimates and mesothelioma background (1.4); travel to New York for meeting (2 hrs. billed as 1) (1.0); meeting at Orrick with Biggs, Frankel, and Wyron (1.5) | 3.9 |
| 3/6 | Meeting at Kirkland & Ellis re settlement (4.4); travel to Washington DC (2 hrs. billed as 1) (1.0) | 5.4 |
| 3/11 | Review of Towers-Perrin reforecast based on W.R. Grace proposal | 0.8 |
| 3/12 | Travel to Chicago (from Houston) (4 hrs. billed as 2) (2.0); meeting with W.R. Grace representatives (5 hrs.); travel to Houston (4 hrs. billed as 2) (2.0) | 9.0 |
| 3/18 | Telephone conference Frankel re Libby criminal case (.3); telephone conference Wyron re previous day court hearing (.2) | .5 |
| 3/20 | Telephone conference Frankel re settlement | .2 |
| 3/28 | Meeting with Frankel re estimation hearing and settlement discussions | 1.5 |
| 3/31 | Review of Grace term sheet (.5); telephone conference Frankel re term sheet (.2) | .7 |

**Total Hours:** <u>22.0</u>

**Total Fees ($500.00 per hour)** <u>$11,000.00</u>