# EXHIBIT B

**Expenses:**

| | | |
|---|---|---:|
| 3/5-6 | Airfare to New York and return | $679.00 |
| | Hotel in New York | 480.54 |
| | Parking at National Airport | 34.00 |
| | Car to hotel | 42.00 |
| 3/12 | Round-trip flight Houston/Chicago | 988.50 |
| | Taxi to and from airport, Houston ($65 x 2) | 130.00 |
| | Taxi in Chicago to meeting | 41.00 |

**Total Expenses** $2,395.04

**Total Fees and Expenses** $13,395.04

**MaryLou Sales**

From: DeltaElectronicTicketReceipt@delta.com
Sent: Tuesday, March 04, 2008 3:28 PM
To: David T. Austern
Subject: DAVID A WAS-R REAGAN NATL 05MAR08





(Scan this barcode at a Delta Self-Service Kiosk to access your reservation.)

## Your Receipt and Itinerary

DAVID AUSTERN
STE200
3110 FAIRVIEW PARK DR
FALLS CHURCH VA 22042

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact Delta or check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyMiles® card.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

Speed through the airport. Check-in online for your flight.    ⇢ Check-in

## Flight Information

```
DELTA CONFIRMATION #:   3BC8OY
TICKET #:   00623426219194
                                    Bkng                              Meals/  Seat/
Day Date       Flight        Status Class      City            Time   Other   Cabin
--- -----     ----------     ------ -----    ---------------   ----   -----   ------
Wed 05MAR  DELTA 1954          OK     Y     LV WAS-R REAGAN    130P    S      99X
                                                NATL                          COACH
                                            AR NYC-LAGUARDIA   252P
```

Check your flight information online at delta.com or call the Delta Flightline at **800-325-1999**.

Baggage and check-in requirements vary by airport. Please review Delta's Check-In Requirements for details. Please check in with the operating carrier. Please review additional Baggage guidelines at delta.com.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

Key to Terms
\# - Arrival date different than departure date
\** - Check in required
\*** - Multi meals
*S$ - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels/Beverages
D - Dinner
F - Food available for purchase
L - Lunch

3/6/2008

For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit
http://SafeTravel.dot.gov.

LV - Departs
M - Movie
R - Refreshments - Complimentary
S - Snack
T - Cold meal
V - Snacks for Sale

## Passenger Information

DAVID AUSTERN
SkyMiles Number: *******273

## Billing Details

## Receipt Information

```
Fare Details: WAS DL NYC306.05YSHLGA USD306.05END ZP DCA XT AY 2.50 XF 4.50 D
CA4.5

Fare:       306.05 USD        Form of Payment   CA*************0151
Tax:          7.00 XT
Tax:         22.95 US
Tax:          3.50 ZP
Total:      339.50 USD
```

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

## Ticketing Details

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.



```
TICKET #:   00623426219194
Issue Date: 03/04/08   Expiration: 03/04/09
Place of Ticket Issue: WWWRES
Issuing Agent Id: DL/WW
Ticket Issue date: 04MAR08
Not Transferable
```

Transfer Miles recipients receive 20-30% bonus.

Great Rates and 500 Bonus Miles on all rentals.

Hotel Search by The Hilton Family.

Refill your account with 17,500 bonus miles.

DELTA SKYMILES   

3/6/2008

**MaryLou Sales**

From: DeltaElectronicTicketReceipt@delta.com
Sent: Thursday, March 06, 2008 11:05 AM
To: David T. Austern
Subject: DAVID A NYC-LAGUARDIA 06MAR08





## Your Receipt and Itinerary

(Scan this barcode at a Delta Self-Service Kiosk to access your reservation.)

DAVID AUSTERN
3110 FAIRVIEW PARK DR STE20
FALLS CHURCH VA 22042

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact Delta or check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyMiles® card.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

Speed through the airport. Check-in online for your flight.    → Check-in

## Flight Information

```
DELTA CONFIRMATION #:  D6HJ8X
TICKET #:  00623427120960
                                 Bkng                              Meals/  Seat/
Day Date      Flight     Status  Class    City           Time      Other   Cabin
--- -----  ----------    ------  -----    ------------   ----      ------  ------
Thu 06MAR  DELTA 1959    OK      Y        LV NYC-LAGUARDIA 329P      S      99X
                                          AR WAS-R REAGAN 453P             COACH
                                             NATL
```

Check your flight information online at delta.com or call the Delta Flightline at 800-325-1999.

Baggage and check-in requirements vary by airport. Please review Delta's Check-In Requirements for details. Please check in with the operating carrier. Please review additional Baggage guidelines at delta.com.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.
For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit

Key to Terms
\# - Arrival date different than departure date
** - Check in required
*** - Multi meals
*S$ - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels/Beverages
D - Dinner
F - Food available for purchase
L - Lunch
LV - Departs
M - Movie

3/6/2008

http://SafeTravel.dot.gov.

R - Refreshments - Complimentary
S - Snack
T - Cold meal
V - Snacks for Sale

## Passenger Information

DAVID AUSTERN
SkyMiles Number: *******273

## Billing Details

## Receipt Information

```
Fare Details: NYC DL WAS306.05YSHLGA USD306.05END ZP LGA XT AY 2.50 XF 4.50 L
GA4.5

Fare:          306.05 USD        Form of Payment   CA************0151
Tax:             7.00 XT
Tax:            22.95 US
Tax:             3.50 ZP
Total:         339.50 USD
```

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

## Ticketing Details

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.



TICKET #:   00623427120960
Issue Date:  03/06/08  Expiration:  03/06/09
Place of Ticket Issue:  WWWRES
Issuing Agent Id:  DL/WW
Ticket Issue date:  06MAR08
Not Transferable

| Transfer Miles recipients receive 20-30% bonus. | Great Rates and 500 Bonus Miles on all rentals. | Hotel Search by The Hilton Family. | Refill your account with 17,500 bonus miles. |





3/6/2008

# The Waldorf=Astoria.
A Hilton Hotel

301 Park Avenue • New York, NY 10022
Phone (212) 355-3000 • Fax (212) 872-7272
www.waldorfastoria.com

**Name & Address**

AUSTERN, DAVID
4984 ROCKWOOD PKWY NW

WASHINGTON, DC 20016-3248
US

| | |
|---|---|
| Room | 700A/D2RRU1 |
| Arrival Date | 3/5/2008  3:24:00PM |
| Departure Date | 3/6/2008 |
| Adult/Child | 1/0 |
| Room Rate | 419.00 |

RATE PLAN         L-DJ

HH#  015004136 DIAMOND
AL   CO  #AS060562
BONUS AL              CAR

Confirmation Number : 3299060991

3/6/2008     PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 3/5/2008 | GUEST ROOM | BBALAY | 9414675 | $419.00 | | |
| 3/5/2008 | OCC TAX | BBALAY | 9414675 | $4.00 | | |
| 3/5/2008 | ROOM OCCUPANCY TAX 5% | BBALAY | 9414675 | $20.95 | | |
| 3/5/2008 | STATE ROOM TAX | BBALAY | 9414675 | $35.09 | | |
| 3/5/2008 | JAVITS CENTER FEE | BBALAY | 9414675 | $1.50 | | |
| | WILL BE SETTLED TO MC *0151 | | | | | $480.54 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

Hilton HHonors (R) stays post to your account within 72 hours of checkout.
To check your earnings for this stay or any other stay at more than 2,700
hotels worldwide visit www.hiltonhhonors.com

"Wherever you travel, there's a Hilton Family hotel for you! Check us out at
www.hiltonworldwide.com and book today."

| DATE OF CHARGE | FOLIO NO./CHECK NO. ####### A |
|---|---|
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

## Zip-Out Check-Out®

**Good Morning !** We hope you enjoyed your stay. With Zip-Out Check-Out® there is no need to stop at the Front Desk to check out.

- Please review this statement. It is a record of your charges as of late last night.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your room account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.

Simply call extension 69 from your room and tell us when you are ready to depart. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room.

*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

THANK YOU



379049

| CAR NO. 47 | ACCT. NO. MA 770 | DATE 3/5/05 | F# 58028 | CO/EMP I.D. # | | INITIAL | FARE 37.50 |

Receipt from intaBORO (718) 845-1111 — The Finest In Luxury Transportation

Company Name: Claims Resolution
Passenger Name: Austern
From: La Guardia / LGA
Final Dest: 301 ... M6
Tolls: 4.50
Total: 42

Home > Manage Reservations > **View Current Reservation**

# View Current Reservation

**Reservation Tools:** Cancel | E-mail Summary | Print Itinerary | Export to Outlook | Rename Reservation | Reserve a Hotel | Reserve a Car

**Continental Confirmation Number:**   C9FC4X

Houston, TX (IAH - Intercontinental) to Chicago, IL (ORD - O'Hare) on Wed., Mar. 12, 2008
Chicago, IL (ORD - O'Hare) to Houston, TX (IAH - Intercontinental) on Wed., Mar. 12, 2008

**This reservation was eTicketed and confirmed on Thu., Mar. 6, 2008 at 12:55 p.m. Central Time.**

**Flight Details:**

| Depart: | Arrive: | Travel Time: | OnePass Miles/ Elite Qualification: | Flight: **CO1746** |
|---|---|---|---|---|
| **7:29 a.m.** Wed., Mar. 12, 2008 Houston, TX (IAH - Intercontinental) | **10:10 a.m.** Wed., Mar. 12, 2008 Chicago, IL (ORD - O'Hare) | **2 hr 41 mn** | **925 /150%** | Aircraft: **Boeing 737-800** Fare Class: **First (A)** Meal: **Breakfast** No Special Meal Offered. |
| Depart: **7:00 p.m.** Wed., Mar. 12, 2008 Chicago, IL (ORD - O'Hare) | Arrive: **9:43 p.m.** Wed., Mar. 12, 2008 Houston, TX (IAH - Intercontinental) | Travel Time: **2 hr 43 mn** | OnePass Miles/ Elite Qualification: **925 /150%** | Flight: **CO1647** Aircraft: **Boeing 737-500** Fare Class: **First (A)** Meal: **Dinner** No Special Meal Offered. |

**OnePass Members:** Upon completion of this itinerary, you will earn up to **1,850 OnePass miles.**\*

➤ Change Flights

**Passengers:**

**Mr. DAVIDT AUSTERN**
Seat Assignments:      3B | 1A
Trip Alert:            Active
Frequent Flyer:        CO-AS060562
Email Address:         KGRIFFIN@SFDCT.COM
Home Phone:            (202) 362-7903 - United States
Business/Other Phone:  (202) 498-0204 - United States

➤ View/Change Seat

➤ Edit traveler information

➤ Add Pet(s)

**Notify Friends and Family of Your Flight Status**
Is someone picking you up or dropping you off for this trip? Set up a one-time flight status notice that will be sent to them via e-mail.

| Price: | | Payment Information: | |
|---|---|---|---|
| 1 Adults (age 18 to 64) | $904.18 | Name of Cardholder: | DAVID AUSTERN |
| Taxes/Fees | $84.32 | Card Type: | MasterCard |
| **Total Price** | **$988.50** | Expiration Date: | 11/09 |

➢ View Receipt**

➢ Request Receipt

➢ Cancel

**Important Travel Information:**

- The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security page.
- Any changes to your flight reservations may incur additional charges.
- Airlines require government issued photo identification upon check-in, such as a driver's license or passport.
- Passport, visa and health requirements may apply for this itinerary. Each passenger must ensure he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage. Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State.
- Please read important information governing airline baggage liability limitations.
- You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.
- Special services are on a request basis and cannot be guaranteed.
- Special meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.
- Non-Elite OnePass members traveling on Y, H, K, N, or B (or equivalent) fares are eligible for mileage-deduct upgrades within or between the 48 contiguous U.S., Alaska and Canada.

**Insure Your Travel Plans**

Trip Cancellation and Interruption Insurance from Access America helps protect you against expenses should you be required to cancel or interrupt your trip due to medical or other covered reasons affecting yourself or family members. The insurance includes coverage that reimburses pre-paid, unused, non-refundable travel expenses up to $3,000 per ticketed passenger. Important limitations apply. To find out more visit www.etravelprotection.com/continental or call 800.496.6821.

**Leave the World a Better Place™ - Carbon Offsetting Option**



Continental has partnered with Sustainable Travel International (STI), a non-profit organization that supports global climate protection and environmental conservation. STI offers customers the option to make a contribution to offset their carbon footprints for travel on Continental. All contributions are paid directly to STI. Continental does not receive any portion of any contribution.

Sustainable Travel International calculates that to offset your amount of $CO_2$ from this itinerary, you may contribute **$3.39** or another amount.

○ Contribute Now

*OnePass frequent flyer mileage information is provided as a convenience to OnePass members. Elite miles is the percentage of OnePass miles earned towards Elite status when booked on continental.com. Actual flown miles will be posted to your account. Fare class, Elite and other promotional bonuses are not included in the totals listed. A minimum of 500 OnePass miles is earned for flights less than 500 miles in distance. For Amtrak train segments 250 OnePass miles is awarded for Economy Class and 325 OnePass miles for First Class.

**Taxi Affiliation Services, LLC**
2230 South Michigan
Chicago, Illinois 60616
www.yellowcabchicago.com

Time: 
Date: 
Received from: Austern
Picked up from: OHARE
To: 300 E Randolph
Driver: 
Cab #: 
Account #: 

*Thank you for riding with us!*

312-829-4222
312-243-2537

---

| BLACK FOOT | |
|---|---|
| (832) 584-8876 | (713) 201-0554 |
| Client: D. Austern | |
| From: 1300 Lamar | |
| To: IAH | |
| Date: 3-12-08 | Amount: $65.00 |

| BLACK FOOT | |
|---|---|
| (832) 584-8876 | (713) 201-0554 |
| Client: D. Austern | |
| From: IAH | |
| To: 1300 Lamar | |
| Date: 3-12-08 | Amount: $65.00 |