**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) | Objection Date: July 234, 2008 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FORTY SECOND MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2008 THROUGH APRIL 30, 2008**

Name of Applicant:  David T. Austern, Future Claimants' Representative ("FCR")

Authorized to Provide Professional
Services to:  As the FCR

Date of Retention:  May 25, 2004

Period for which compensation is
sought:  April 1, 2008 through April 30, 2008

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:  $3,150.00

80% of fees to be paid:  $2,520.00[1]

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:  $    0.00

Total Fees @ 80% and
100% Expenses:  $2,520.00

This is an:   ___  interim   _X_  monthly   ___  final application.

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

      The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

## COMPENSATION SUMMARY
### APRIL 2008

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 6.30 | $3,150.00 |
| **Grand Total:** | | | **6.30** | **3,150.00** |
| **Blended Rate: $500.00** | | | | |

               **Total Fees:**      $ 3,150.00
               **Total Hours:**          6.30
               **Blended Rate:**   $   500.00

## COMPENSATION BY PROJECT CATEGORY
### APRIL 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 5.50 | $2,750.00 |
| Retention of Professionals – Other | .80 | $400.00 |
| **TOTAL** | **6.30** | **$3,150.00** |

## EXPENSE SUMMARY
### APRIL 2008

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

        Respectfully submitted,

        */S/ DAVID T. AUSTERN*
        David T. Austern
        Claims Resolution Management Corporation
        3110 Fairview Park Drive, Suite 200
        Falls Church, VA  22042-0683
        (703) 205-0835

Dated: July 1, 2008