**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

## **VERIFICATION**

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1.   I am the Future Claimants' Representative appointed by the Court in these cases.

2.   I personally performed the work as set forth in the attached Exhibit A.

3.   I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.


                                        */S/ DAVID T. AUSTERN*
                                        DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 1ST DAY OF JULY, 2008

*DEBRA BAKER JONES*
Notary Public

My commission expires: 3/31/2010