# EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for April, 2008**

| Date | Services | Hours |
|------|----------|-------|
| 4/1 | Telephone conference Frankel re settlement | .2 |
| 4/2 | Settlement meeting with Grace representatives | 3.2 |
| 4/3 | Review of Term sheet (.8); telephone conference Frankel re term sheet (.2) | 1.0 |
| 4/4 | Review of new term sheet (.2); telephone conference Frankel re term sheet (.2) | .4 |
| 4/14 | E-mail to Shelnitz re publicity and telephone conference to Frankel re same | .5 |
| 4/15 | Review of Piper Jaffray engagement letter and telephone conference with Frankel re same | .8 |
| 4/18 | Telephone conference Frankel re meeting among representative lawyers | .2 |

**Total Hours:**      **6.3**

**Total Fees ($500.00 per hour)**      **$3,150.00**

There were no expenses.