**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., <u>et al.</u>, | ) ) ) | Case No. 01-1139 (JKF) Jointly Administered |
| Debtors. | ) ) ) | Objection Date: July 23, 2008 at 4:00 p.m. Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FORTY THIRD MONTHLY INTERIM APPLICATION OF
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>MAY 1, 2008 THROUGH MAY 31, 2008</u>**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | May 1, 2008 through May 31, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $2,550.00 |
| 80% of fees to be paid: | $2,040.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $     0.00 |
| Total Fees @ 80% and 100% Expenses: | $2,040.00 |

This is an:    ___   interim    _X_   monthly    ___   final application.

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

**COMPENSATION SUMMARY**
**MAY 2008**

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 5.10 | $2,550.00 |
| **Grand Total:** | | | **5.10** | **$2,550.00** |
| **Blended Rate: $500.00** | | | | |

Total Fees:         $ 2,550.00
Total Hours:              5.10
Blended Rate:       $   500.00

**COMPENSATION BY PROJECT CATEGORY**
**MAY 2008**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Trust Distribution Procedures | 5.10 | $2,550.00 |
| **TOTAL** | **5.10** | **$2,550.00** |

**EXPENSE SUMMARY**
**MAY 2008**

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |
| **TOTAL** | **$0.00** |

Respectfully submitted,

*/S/ DAVID T. AUSTERN*
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: July 1, 2008

2