**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____

|                          |     |                          |
|--------------------------|-----|--------------------------|
| In re:                   | )   | **Chapter 11**           |
|                          | )   |                          |
| **W.R. GRACE & CO., <u>et al.</u>,** | )   | **Case No. 01-1139 (JKF)** |
|                          | )   | **Jointly Administered** |
|                          | )   |                          |
| Debtors.                 | )   |                          |

_____)

## <u>VERIFICATION</u>

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1.      I am the Future Claimants' Representative appointed by the Court in these cases.

2.      I personally performed the work as set forth in the attached Exhibit A.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.


_/S/ DAVID T. AUSTERN_
DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 1ST DAY OF JULY, 2008

_DEBRA BAKER JONES_
Notary Public

My commission expires: 3/31/2010