# EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for May, 2008**

| <u>Date</u> | <u>Services</u> | <u>Hours</u> |
|---|---|---|
| 5/8 | Meeting at Orrick with Biggs, Frankel, Wyron, concerning proposed Trust Distribution Process (TDP) | 2.4 |
| 5/20 | Review of TDP draft (.8); review of Libby property damage settlement (.2); telephone conference Wyron re Libby (.1) | 1.1 |
| 5/28 | Review of Asbestos Claimants Committee proposed TDP for Libby claimants and telephone conference with Frankel re same | 1.6 |
| **Total Hours:** | | **<u>5.1</u>** |
| **Total Fees ($500.00 per hour)** | | **<u>$2,550.00</u>** |

There are no expenses.