IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | Objection Deadline: July 3, 2008 |
|  | ) | Related Dkt. No. 18885 |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 18885

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Application of David T. Austern, Future Claimants' Representative, for Authorization to Employ Tre Angeli LLC as Co-Financial Advisor to the Future Claimants' Representative filed with the Court on June 9, 2008 and entered on the Court's docket as Docket No. 18885 (the "Application"). Pursuant to the Application, objections to the Application were to be filed no later than July 3, 2008. The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.

The proposed Order as submitted and filed with the Application is attached hereto for the Court's consideration.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

Dated:  July 7, 2008                By: /s/ Debra L. Felder
                Roger Frankel, admitted *pro hac vice*
                Richard H. Wyron, admitted *pro hac vice*
                Debra L. Felder, admitted *pro hac vice*
                Columbia Center
                1152 15th Street, NW
                Washington, DC 20005
                Telephone:  (202) 339-8400
                Facsimile:   (202) 339-8500

-and-

PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
Facsimile: (302) 655-4210

*Co-Counsel to David T. Austern,
Future Claimants' Representative*