IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD MAY 1, 2008, THROUGH MAY 31, 2008**

## WRG-0081
## HIGH YIELD SPRAY APPLICATION
## FOR CEMENTITIOUS FIRE PROOFING MATERIALS

| 05/02/2008 | NG | Review of docket, and preparation of reminder correspondence to client advising of foreign filing deadline and requesting instructions pertaining to same. | .60 |
|---|---|---|---|

SERVICES                         $    117.00

| | NG | NOREEN GARONSKI | 0.60 | hours @ | $195.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**                      $    **117.00**

**WRG-GEN**

| 05/14/2008 | GHL | Fee Application, Applicant—Preparation of Quarterly Fee Petition for January – March 2008. | 0.40 |
|---|---|---|---|

|  | SERVICES | $ | 228.00 |
|---|---|---|---|

| | GHL | GARY H. LEVIN | 0.40 | hours @ | $570.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

| POSTAGE & DELIVERY | 10.79 |
|---|---|

| DISBURSEMENT TOTAL | $ | 10.79 |
|---|---|---|
| SERVICE TOTAL | $ | 228.00 |

| **INVOICE TOTAL** | $ | **238.79** |
|---|---|---|