**Warren H. Smith & Associates, P.C.**
25 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-05844063

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

July 07, 2008

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #      11126

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---:|---:|
| 6/1/2008 | WHS | receive and review amended agenda | 0.10 | 27.50 |
| 6/3/2008 | CR | draft e-mail to W.Smith for review of Final Reports for Omnibus 27thQ, Lawson Lundell 26thQ, Pachulski 27th Q | 0.20 | 8.00 |
| 6/4/2008 | BSR | receive and review expense information and receipts sent by Orrick in response to our initial report for the 27th interim period (5.0); draft email to Rick Wyron re same (.1) | 5.10 | 1,173.00 |
|  | BSR | draft omnibus final report for the 27th interim period | 0.40 | 92.00 |
|  | BSR | detailed review of Latham & Watkins' Aug. 2007 monthly application and 26th and 27th interim fee applications | 0.30 | 69.00 |
|  | BSR | draft final report re Bilzin for the 27th interim period | 0.40 | 92.00 |
|  | WHS | detailed review of, and revisions to, 27th - Final Report re Pachulski | 0.20 | 55.00 |
|  | WHS | detailed review of 27th - Final Report re Bilzin | 0.20 | 55.00 |

W.R. Grace & Co.                                                                                                     Page     2

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/4/2008 | WHS | detailed review of 27th - Omnibus Final Report | 0.20 | 55.00 |
| | WHS | detailed review of 26th - Final Report re Lawson Lundell | 0.20 | 55.00 |
| | CR | draft e-mail to W.Smith regarding: review of the 27th interim Omnibus Final Report | 0.20 | 8.00 |
| | CR | Update database with e-detail Beveridge 27th Interim application | 0.20 | 8.00 |
| | CR | draft e-mail to W. Smith regarding: Bilzin 27th interim period Final Report | 0.20 | 8.00 |
| 6/5/2008 | BSR | telephone conference with Debra Fullem of Orrick re expense issues; exchange emails with Debra re expense issues | 0.30 | 69.00 |
| 6/6/2008 | CR | Electronic filing with court of 26th interim final report and Omnibus 27th interim final report | 0.30 | 12.00 |
| | CR | Electronic filing with court of Final Reports for 26th interim period for Lawons and 27th interim period for Bilzin and Pachulski | 0.60 | 24.00 |
| | CR | Update database with e-detail of bmc 28th interim fee application exhibits and application and 3.08 monthly invoice | 0.40 | 16.00 |
| | CR | Electronic filing with court of 27th interim period Final Reports for Pachulski and Bilzin | 0.50 | 20.00 |
| | DL | Draft of WHS for Monthly Compensation for 10/07 (.2), 11/07 (.2), 12/07 (.2) | 0.60 | 66.00 |
| | DL | e-filing of WHS for Monthly Compensation for 10/07 (.1), 11/07 (.1), 12/07 (.1) | 0.30 | 33.00 |
| | DL | Draft of WHS for 27th Interim App. 10/07 - 12/07 | 1.50 | 165.00 |
| 6/9/2008 | JW | detailed review of Kirkland & Ellis' January 2008 monthy invoice (7.9) | 7.90 | 1,066.50 |

W.R. Grace & Co.                                                                                                        Page    3

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 6/9/2008 | CR | Update database with e-detail of 4.08 monthly invoice for Casner | 0.20 | 8.00 |
|  | CR | Electronic filing with court for 27th interim Omnibus Final Report | 0.40 | 16.00 |
|  | BSR | draft e-mails to Cherie Rogers and Lynzy Oberholzer re omnibus final report (27th) | 0.30 | 69.00 |
| 6/10/2008 | DL | Draft of WHS monthly compensation for May 2008 | 0.20 | 22.00 |
|  | DL | e-filing of WHS monthly compensation for May 2008 | 0.10 | 11.00 |
|  | BSR | draft final report re Orrick (including review of additional expense information supplied by Orrick in response to our initial report and follow-up inquiries) | 5.40 | 1,242.00 |
|  | JW | detailed review of Kirkland & Ellis' January 2008 monthy invoice (9.8) | 9.80 | 1,323.00 |
|  | BSR | receive and review Caplin & Drysdale's response to initial report for the 27th interim period | 0.20 | 46.00 |
|  | BSR | research docket for pertinent pleadings or objections | 0.10 | 23.00 |
|  | BSR | draft final report re Caplin & Drysdale's 27th interim fee application | 0.80 | 184.00 |
| 6/11/2008 | CR | Update database with e-detail for Stroock 28th interim application 1/1/08-3/31/08 | 0.20 | 8.00 |
|  | CR | Update database with e-detail for K&E 3.08 and 28th interim 1/1/08-3/31/08 and Reed 4.08 | 0.20 | 8.00 |
|  | CR | Update database with e-detail for Hamilton 4.08, Hillsoft 4.08 and Bilzin 4.08, Phillips 4.08, Caplin response to 27th Interim initial report, Stroock 4.08, Capstone 28th interim application | 1.00 | 40.00 |
|  | DTW | telephone conference with B. Ruhlander regarding Caplin car service issue (.1) | 0.10 | 14.50 |

W.R. Grace & Co.                                                                                         Page    4

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 6/11/2008 | BSR | detailed review of Orrick's fees billed under the Litigation project category for the 27th interim period (1.9); draft email to Warren Smith re same (.6) | 2.50 | 575.00 |
|  | BSR | receive and review email re computer charges from Mark Zumbach at Lexecon (.1); draft email to Warren Smith re same (.2) | 0.30 | 69.00 |
|  | BSR | draft final report re Caplin & Drysdale for the 27th interim period | 7.30 | 1,679.00 |
|  | JW | detailed review of Kirkland & Ellis' January 2008 monthy invoice (10.1) | 10.10 | 1,363.50 |
| 6/12/2008 | BSR | telephone conference with Cherie Rogers re error in Orrick's project category summary; review of Orrick's monthly invoices to determine source of error | 0.30 | 69.00 |
|  | BSR | draft final report re Orrick for the 27th interim period (.5); draft email to Warren Smith re same (.2) | 0.70 | 161.00 |
|  | JW | detailed review of Kirkland & Ellis' January 2008 monthy invoice (9.3) | 9.30 | 1,255.50 |
|  | CR | update database of Caplin 27th interim Initial report response | 0.20 | 8.00 |
|  | CR | draft e-mail to W. Smith regarding: Caplin 27th interim Final Report Review | 0.20 | 8.00 |
|  | CR | draft Project Category Summary Spreadsheet for 27th interim | 4.00 | 440.00 |
|  | CR | draft e-mail to W.Smith regarding 27th interim Final Report for Orrick | 0.20 | 8.00 |
|  | BSR | review draft project category chart (27th) (.2); draft email to Cherie Rogers with more information for chart (.3) | 0.50 | 115.00 |
| 6/13/2008 | WHS | receive and review e-mail re fee app hearing | 0.10 | 27.50 |
|  | BSR | detailed review of 28th quarterly fee application and monthlyl invoices of Buchanan Ingersoll & Rooney (.6); draft email to Teresa Currier re same (.1) | 0.70 | 161.00 |

| W.R. Grace & Co. | | | | Page | 5 |
|---|---|---|---:|---:|---:|
| | | | | **Hours** | **Amount** |
| 6/13/2008 | CR | draft Project Catgegory Summary Detail Spreadsheet for 27th interim | | 6.00 | 660.00 |
| | BSR | draft and respond to several emails concerning items needed for final hearing agenda on June 23 (.4); telephone conferences with Jeff Allgood and Cherie Rogers re same (.3) | | 0.70 | 161.00 |
| | BSR | draft fee and expense chart (27th) with recommendations | | 5.10 | 1,173.00 |
| | JW | draft summary of Kirkland & Ellis' January 2008 monthly invoice (8.2) | | 8.20 | 1,107.00 |
| 6/16/2008 | BSR | draft final report re Buchanan's 28th interim fee application | | 0.40 | 92.00 |
| | CR | Electronic filing with court of Caplin 27th Int Final Report w/exhibits A,B,C | | 0.40 | 16.00 |
| | BSR | draft fee and expense chart for 27th interim period | | 0.30 | 69.00 |
| | BSR | receive, review, and respond to email from Lynzy Oberholzer at Pachulski re project category chart (.2); review draft of chart (.2) | | 0.40 | 92.00 |
| | CR | Electronic filing with court of Orrick 27th Int Final Report w/exhibits A,B,C | | 0.40 | 16.00 |
| | JW | detailed review of Kirkland & Ellis February 2008 monthly invoice (8.1) | | 8.10 | 1,093.50 |
| | JW | draft summary of Kirkland & Ellis' January 2008 monthly invoice (1.2) | | 1.20 | 162.00 |
| | BSR | telephone conference with Jay Sakalo re Bilzin's objections to final report (27th) (.1); draft email to Warren Smith re same (.3); telephone conference with Warren Smith re same (.1) | | 0.50 | 115.00 |
| | WHS | telephone conferences with Bobbi Ruhlander, Jay Sakalo re Bilzen | | 0.30 | 82.50 |
| 6/17/2008 | BSR | receive, review, and respond to email from Jamie O'Neill inquiring as to status of open issues | | 0.30 | 69.00 |

W.R. Grace & Co.      Page 6

| Date | | | | Hours | Amount |
|---|---|---|---|---:|---:|
| 6/17/2008 | JW | detailed review of Kirkland & Ellis February 2008 monthly invoice (7.8) | | 7.80 | 1,053.00 |
| | WHS | receive and review agenda | | 0.20 | 55.00 |
| | WHS | receive, review, and respond to e-mail from Mr. Zumbach re Lexecon charges | | 0.30 | 82.50 |
| | CR | Update database with e-detail Pachulski 1/1/08-3/31/08 interim app and 2.08 monthly invoice, 28th interim app for Duane Morris and monthly invoices for Capstone 3.08 and K&E 4.08, Buchanan 4.08 and Kramer 4.08 | | 0.70 | 28.00 |
| | BSR | telephone conference with Warren Smith re Lexecon response to final report (27th); telephone conference with Mark Zumbach re Warren's email to Lexecon | | 0.10 | 23.00 |
| | BSR | receive and review hearing agenda for June 23 (.1); draft emails to Warren Smith and Jeff Allgood re same (.1) | | 0.20 | 46.00 |
| 6/18/2008 | JW | detailed review of Kirkland & Ellis March 2008 monthly invoice (3.2) | | 3.20 | 432.00 |
| | JW | detailed review of Kirkland & Ellis February 2008 monthly invoice (5.9) | | 5.90 | 796.50 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: Caplin's twenty-seventh interim period application. | | 0.10 | 13.50 |
| 6/19/2008 | BSR | telephone conference with Lisa Hamm re files needed for hearing on 27th interim fee applications | | 0.10 | 23.00 |
| | CR | Update database with e-detail of monthly invoice for PricewaterhouseCoopers LLP 4.08 | | 0.20 | 8.00 |
| | CR | draft e-mail to J.Wehrmann with attachments of K&E 2.08 monthly invoice | | 0.20 | 8.00 |
| | BSR | telephone conference with Cherie Rogers re my folder of final fee application issues for W.R. Grace case; forward same to Cherie to put on server | | 0.10 | 23.00 |

W.R. Grace & Co.         Page 7

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/19/2008 | BSR | telephone conference with Mark Zumbach re hearing on June 23; left follow-up voice mail for Mark Zumbach re same | 0.10 | 23.00 |
|  | JW | detailed review of Kirkland & Ellis March 2008 monthly invoice (9.3) | 9.30 | 1,255.50 |
| 6/20/2008 | JW | detailed review of Kirkland & Ellis March 2008 monthly invoice (8.6) | 8.60 | 1,161.00 |
|  | BSR | research docket for objection filed by Bilzin to our final report (27th) | 0.10 | 23.00 |
|  | BSR | conference with Cherie Rogers re files for fee application hearing on June 23 | 0.10 | 23.00 |
|  | BSR | review and revise project category chart for the 27th interim period (3.0); draft email to Cherie Rogers re same (.2) | 3.20 | 736.00 |
|  | BSR | research Lexecon file for copy of retention application and review same | 0.10 | 23.00 |
|  | BSR | research Bilzin file to make sure research previously performed on air fare charges was ready for Warren's review prior to hearing on 6/23 | 0.10 | 23.00 |
|  | BSR | draft e-mail to Warren Smith re issues at upcoming fee application hearing on 6/23 | 0.20 | 46.00 |
| 6/23/2008 | BSR | draft e-mail to Lisa Hamm re updating hotel surveys for New York and Washington | 0.20 | 46.00 |
|  | BSR | telephone conference with Jeff Allgood re upcoming hearing dates; draft email to Warren Smith re same | 0.10 | 23.00 |
|  | BSR | receive and review Bilzin's objection to our final report (27th) (.2); draft email to Warren Smith re same (.3); telephone conference with Warren Smith re same (.1); checked on method of service to determine why we had not yet received a copy and drafted email to Jeff Allgood re same (.1) | 0.70 | 161.00 |
|  | CR | make corrections and additions to Project Category Spreadsheet for 27th interim | 1.50 | 165.00 |
|  | CR | draft e-mail to Lynzy @ Pachulski with attachment of Project Category Spreadsheet | 0.10 | 4.00 |

W.R. Grace & Co.                                                                                                     Page    8

| Date | | | **Hours** | **Amount** |
|---|---|---|---|---|
| 6/23/2008 | CR | draft e-mail to J. Wehrmann e-detail of K&E 3.08 monthly invoice and Orrick 1.08 & 2.08 monthly invoices | 0.20 | 8.00 |
| | WHS | appear by telephone at fee app hearing | 0.30 | 82.50 |
| | JW | detailed review of Kirkland & Ellis March 2008 monthly invoice (10.3) | 10.30 | 1,390.50 |
| | BSR | telephone conferences with Cherie Rogers and Jeff Allgood re revisions to be made in project category chart for the 27th interim period | 0.40 | 92.00 |
| | BSR | telephone conference with Warren Smith re outcome of fee application hearing and hotel rate update (.1); telephone conference with Lisa Hamm re assisting with hotel survey update (.1) | 0.20 | 46.00 |
| | LMH | Second telephone conference with B. Ruhlander re: hotel research for Judge Fitzgerald update. | 0.10 | 13.50 |
| | BSR | draft e-mail to Warren Smith re updating hotel rate survey | 0.10 | 23.00 |
| | LMH | receive and review second e-mail from B. Ruhlander to W. Smith re: hotel research for Judge Fitzgerald update. | 0.10 | 13.50 |
| | LMH | receive and review email from B. Ruhlander re: Washington D.C. and New York City hotel research for Judge Fitzgerald update. | 0.10 | 13.50 |
| | LMH | receive and review e-mail from B. Ruhlander to W. Smith re: hotel research for Judge Fitzgerald update. | 0.10 | 13.50 |
| | LMH | telephone conference with B. Ruhlander re: hotel research for Judge Fitzgerald update. | 0.10 | 13.50 |
| | LMH | receive and review e-mails (x2) from W. Smith re: hotel research for Judge Fitzgerald update. | 0.10 | 13.50 |
| 6/24/2008 | LMH | telephone conference with B. Ruhlander re: hotel research. | 0.10 | 13.50 |
| | LMH | Research regarding New York City hotel rates. | 3.10 | 418.50 |

W.R. Grace & Co.                                                                                                                   Page     9

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 6/24/2008 | CR | Update database with e-detail of Towers 2.08 | 0.10 | 4.00 |
|  | DTW | Telephone call with B. Ruhlander and W. Smith regarding hotel rates (.3). | 0.30 | 43.50 |
|  | CR | Update database with e-detail of monthly invoice for Ogilvy 5.08 | 0.20 | 8.00 |
|  | CR | Update database with Beveridge 4.08 | 0.20 | 8.00 |
|  | LMH | telephone conference with W. Smith re: hotel research for Judge Fitzgerald update. | 0.10 | 13.50 |
|  | LMH | receive, review, and respond to e-mail from W. Smith re: hotel research. | 0.10 | 13.50 |
|  | LMH | telephone conference with W. Smith re: hotel research. | 0.10 | 13.50 |
|  | WHS | conferences with Bobbi Ruhlander, Doreen Williams, and Lisa Hamm re hotel price update | 0.30 | 82.50 |
|  | LMH | receive, review, and respond to e-mail from W. Smith re: New York City hotel research for Judge Fitzgerald update. | 0.10 | 13.50 |
|  | WHS | draft e-mail to James O'Neil re fee order | 0.40 | 110.00 |
|  | CR | Update database with e-detail of Orrick 3.08 and 4.08 fee apps | 0.20 | 8.00 |
|  | BSR | telephone conferences (multiple) with Warren Smith concerning updating hotel rate surveys | 0.30 | 69.00 |
|  | BSR | research regarding hotel rates in Chicago | 4.30 | 989.00 |
|  | BSR | draft chart re Chicago hotel rates | 2.00 | 460.00 |

W.R. Grace & Co.        Page 10

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/24/2008 | BSR | receive and review updated research re NY hotel rates | 0.30 | 69.00 |
| | BSR | telephone conference with Samara Kendrick at Fragomen re payments and other issues | 0.20 | 46.00 |
| | BSR | telephone conferences (multiple) with Lisa Hamm re updating hotel surveys | 0.20 | 46.00 |
| | JW | draft summary of Kirkland & Ellis' March 2008 monthly invoice (6.3) | 6.30 | 850.50 |
| | JW | draft summary of Kirkland & Ellis' February 2008 monthly invoice (1.9) | 1.90 | 256.50 |
| 6/25/2008 | CR | Update database with monthly invoices for Blackstone 1.08, 2.08 & 3.08, Steptoe 1.08, 2.08 & 3.08, Scott Law 1.08 & 2.08, Piper 2.08, Latham 2.08, 3.08, 1.08, PricewaterhouseCoopers LLP 3.08, Towers 3.08, Pachulski 3.08, bmc 3.08 and Capstone 3.08 - forwarded hard copies to B.Ruhlander | 0.50 | 20.00 |
| | BSR | research regarding London hotel rates and class of hotels surveyed | 3.20 | 736.00 |
| | DTW | Respond to emails from B. Ruhlander and W. Smith regarding rates (.3); answer W. Smith email regarding hotels (.1) and review information on hotel rates (1.0); telephone call with B. Ruhlander regarding same (.1); emails from B. Ruhlander and W. Smith regarding rates and email to B. Ruhlander regarding same (.2); lengthy email to W. Smith regarding hotels, email to B. Ruhlander regarding same (.4). | 2.10 | 304.50 |
| | CR | Update database with e-detail of K&E 1.08, 2.08 & 3.08 Summaries | 0.20 | 8.00 |
| | JW | detailed review of Orrick Herrington January 2008 monthly invoice (8.9) | 8.90 | 1,201.50 |
| 6/26/2008 | JW | detailed review of Orrick Herrington February 2008 monthly invoice (3.4) | 3.40 | 459.00 |
| | JW | detailed review of Orrick Herrington January 2008 monthly invoice (5.8) | 5.80 | 783.00 |

W.R. Grace & Co.         Page   11

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 6/26/2008 | CR | Update database with Ogilvy monthy invoice 5.08, 28th interim 1-3.08 applications for Beveridge, Bilzin, Hamilton, Asbestos Committee, Morris, K&E, Casner, bmc, Pachulski, Ferry, Foley, Blackstone, Phillips, Woodcock, Capstone, Campbell, LAS, Anderson Kill & Olick, Charter, Stroock/Navigant, PricewaterhouseCoopers LLP, Phillips, Reed and Caplin | 0.80 | 32.00 |
|  | DTW | Research regarding hotel rates (.5). | 0.50 | 72.50 |
|  | CR | Update database with 27th interim applications 10/1/07-12/31/07 for Nelson, Beveridge and Latham and 26th interim applications 7/1/07-9/30/07 for Latham and Lawson Lundell | 0.50 | 20.00 |
| 6/27/2008 | CR | Update database with e-detail of monthly invoice for Morris 5.08 | 0.20 | 8.00 |
|  | CR | Update database with e-detail of monthly invoice for Towers 3.08 amended | 0.20 | 8.00 |
|  | BSR | telephone conference with James Wehrmann re Orrick March 2008 monthly invoice and Kirkland 28th | 0.10 | 23.00 |
|  | BSR | draft memo and additional chart re updated London hotel rates | 1.00 | 230.00 |
|  | BSR | research regarding London hotel rates | 1.20 | 276.00 |
|  | CR | Update database with monthly invoices Orrick 4.08 (forward to J. Wehrmann)and Latham's 28th Interim application (1/1/08-3/31/08) | 0.30 | 12.00 |
|  | JW | detailed review of Orrick Herrington February 2008 monthly invoice (4.7); draft summary of same (1.0) | 5.70 | 769.50 |
|  | JW | draft summary of Orrick Herrington's January 2008 monthly invoice (1.5) | 1.50 | 202.50 |
| 6/29/2008 | BSR | detailed review of Bilzin Sumberg's Jan., Feb., and March 2008 monthly fee applications | 0.60 | 138.00 |
|  | BSR | detailed review of Anderson Kill & Olick's Jan. and March 2008 monthly applications | 0.30 | 69.00 |

W.R. Grace & Co.                                                                                                    Page    12

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 6/29/2008 | BSR | detailed review of Beveridge & Diamond's Jan-Feb and March 2008 monthly applications | 0.20 | 46.00 |
| 6/30/2008 | MWS | review and compare prior local rules with amended rules. | 0.40 | 92.00 |
|  | DTW | Several telephone calls with W. Smith and B. Ruhlander regarding hotel rates (.3); research regarding same (1.1); continue research and email to B. Ruhlander regarding same (.5); email from and to B. Ruhlander regarding same (.2). | 2.10 | 304.50 |
|  | JW | detailed review of Orrick Herrington's March 2008 monthly invoice (5.4) | 5.40 | 729.00 |
|  | BSR | telephone conferences (multiple) with Warren Smith and Doreen Williams re additional search of NY hotels and format of letter to the court | 0.20 | 46.00 |
|  | LMH | research regarding Washington D.C. hotel rates. | 1.40 | 189.00 |
|  | BSR | research regarding New York hotel rates | 8.80 | 2,024.00 |
|  | JW | draft summary of Orrick Herrington's January 2008 monthly invoice (3.9) | 3.90 | 526.50 |

**For professional services rendered**                                                               **243.80 $37,931.50**

Additional Charges :

|  | **Price** |  |
|---|---:|---:|
| Third party copies & document prep/setup. 6.2007 | 7.75 | 7.75 |
| Third party copies & document prep/setup. 8.2007 | 126.15 | 126.15 |
| Third party copies & document prep/setup.9.2007 | 415.12 | 415.12 |

| W.R. Grace & Co. | | Page | 13 |
|---|---|---|---|
| | | **Price** | **Amount** |
| Third party copies & document prep/setup. 10.2007 | | 18.73 | 18.73 |
| Third party copies & document prep/setup.3.2008 | | 222.94 | 222.94 |
| **Total costs** | | | **$790.69** |
| **Total amount of this bill** | | | **$38,722.19** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 62.30 | 230.00 | $14,329.00 |
| Cherie Rogers | 11.50 | 110.00 | $1,265.00 |
| Cherie Rogers | 10.80 | 40.00 | $432.00 |
| Debbie Lucas | 2.70 | 110.00 | $297.00 |
| Doreen Williams | 5.10 | 145.00 | $739.50 |
| James Wehrmann | 142.50 | 135.00 | $19,237.50 |
| Lisa M Hamm | 5.70 | 135.00 | $769.50 |
| Mark W Steirer | 0.40 | 230.00 | $92.00 |
| Warren H Smith | 2.80 | 275.00 | $770.00 |