IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| Debtors ) | Related Docket No. 18911 |
| ) | |

## NOTICE OF SERVICE OF DISCOVERY UPON MIAN REALTY, L.L.C.

I, James O'Neill, an attorney for the Debtors and Debtors-In-Possession in the above-captioned bankruptcy cases, hereby certify, based in the certificates of service attached hereto as Exhibit A, that the Debtors' Responses to Mian's First Set of Interrogatories and Debtors' Responses to Mian's First Requests for Production of Documents were served upon the parties listed on Exhibit A in the manner indicated.

Dated: July 7, 2008

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

and

PACHULSKI STANG ZIEHL & JONES LLP

/s/ James E. O'Neill

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(302) 652-4100
Co-Counsel for the Debtors and Debtors in Possession