# **EXHIBIT A**

91100-001\DOCS_DE:131352.4

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of July, 2008, I served the foregoing W.R. Grace's Responses to Mian Realty, LLC's First Request for Production of Documents and Things by FedEx, upon the following counsel of record:

Richard D. Trenk
Henry M. Karwowski
Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ, 07052-3317
Tel:   973-243-8600
Fax:   973-243-8677

and

Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard, PA
1000 N. West Street, Suite 1200
Wilmington, DE  19801
Tel:   302-295-4888
Fax:   302-652-3117

*Attorneys for Mian Realty, L.L.C.*

Janet S. Baer

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of July, 2008, I served the foregoing W.R. Grace's Responses to Mian Realty, LLC's First Set of Interrogatories by FedEx, upon the following counsel of record:

Ricahrd D. Trenk
Henry M. Karwowski
Trenk, DiPasquale, Webster, Della Ferra & Sodono, P.C.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ, 07052-3317
Tel:   973-243-8600
Fax:   973-243-8677

and

Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard, PA
1000 N. West Street, Suite 1200
Wilmington, DE  19801
Tel:   302-295-4888
Fax:   302-652-3117

*Attorneys for Mian Realty, L.L.C.*

Janet S. Baer