# Community Advisory Group
# Libby, MT

June 13, 2008

Kirsten Bowers
DEQ Legal Unit
PO Box 200901
Helena, MT 59620-0901

RECEIVED

JUN 30 2008

Department of Environmental
Quality-Remediation Division
Legal Unit

Dear Ms. Bowers:

Please accept this public comment regarding the proposed $5 million settlement with W.R. Grace for operations and maintenance (O&M) costs related to the Libby Asbestos Site from the Libby Community Advisory Group (CAG). As you may know, our group meets monthly with the EPA, MT DEQ and other governmental agencies and serves as an information conduit between our community and these agencies.

At our public meeting held on June 12, 2008, the CAG voted unanimously in favor of submitting the following comments regarding the proposed settlement.

1. Healthcare Costs:
   The CAG agrees that it is appropriate that W.R. Grace provide dollars for operations and maintenance costs. In addition, we urge the State of Montana and all federal agencies involved in this clean-up effort not to loose site of the need to provide funding for day-to-day healthcare needs of those affected by asbestos exposure. It is our recommendation that a trust fund be established for this purpose. We encourage Governor Schweitzer and our state agencies to take a leadership role in making this trust fund a reality!

2. Money should only be used for O&M costs:
   We believe that it is imperative that these settlement dollars, and all accrued interest, be used for ongoing operations and maintenance costs at the Libby Asbestos Site. Reallocation of these funds to another use or to another community must not be allowed to happen.

3. If not needed for O&M, this money should be given to the Libby community:
   While not likely, it is possible that all O&M needs will be adequately funded by the EPA settlement with W.R. Grace. In that case, the CAG believes that the funds from this settlement should be transferred to the Libby community. The community would then determine the best use of the money (i.e., economic development, seed money for a healthcare trust fund, etc.).

Thank you for giving us this opportunity to provide comment related to this settlement.

Sincerely,
CAG members representing the Libby Area,

_____
Dr. Brad Black
Lincoln County Health Officer

_____
Eileen Carney
Montana State Board: Respiratory Care

_____
Mike Giesey
Center for Asbestos Related Disease

_____
Kenny Hays
Libby Senior Citizens

_____
David Latham, Editor
The Montanian

_____
K.W. Maki
Libby Public Schools

_____
Bill Patten
St. Johns Lutheran Hospital

_____
DC Orr
City of Libby resident

_____
Gary D. Swenson
Libby Volunteer Fire Department

_____
Leroy Thom
Former Grace Employee

_____
Rita Windom
Lincoln County Commissioner

_____
Phillip Erquiaga
FineArt-World, Co-Owner
eGlobal Multiple Listing Service, Owner