**Attachment B**
**To Fee Application**

**Summary of PwC's Fees By Professional**
**May 2008**

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended May 31, 2008

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $698.50 | 19.1 | $ 13,341.35 |
| Cody Smith | Audit Partner | 22 | Integrated Audit | $990.60 | 0.5 | $ 495.30 |
| Robert Keehan | Audit Partner | 20 | Integrated Audit | $698.50 | 4.5 | $ 3,143.25 |
| Mike Shepherd | Tax Director | 30+ | Integrated Audit | $556.50 | 1.0 | $ 556.50 |
| Rafael Garcia | Tax Director | 15 | Integrated Audit | $414.75 | 4.0 | $ 1,659.00 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $410.21 | 35.1 | $ 14,398.37 |
| Juei Ping Joanna Own | Tax Manager | 4 | Integrated Audit | $283.50 | 5.9 | $ 1,672.65 |
| Dan Axelsen | Tax Senior Associate | 1 | Integrated Audit | $204.75 | 1.0 | $ 204.75 |
| Pamela Barkley | Audit Senior Associate | 4 | Integrated Audit | $227.33 | 37.9 | $ 8,615.81 |
| Erica Margolius | Audit Senior Associate | 3 | Integrated Audit | $209.55 | 20.8 | $ 4,358.64 |
| Jacqueline Calvo | Tax Senior Associate | 2 | Integrated Audit | $199.50 | 20.0 | $ 3,990.00 |
| Lyndsay Signori | Audit Senior Associate | 3 | Integrated Audit | $223.52 | 3.0 | $ 670.56 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $156.21 | 67.6 | $ 10,559.80 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | $123.19 | 16.6 | $ 2,044.95 |
| Michelle Camara | Audit Associate | 1 | Integrated Audit | $147.00 | 0.3 | $ 44.10 |
| Pavel Katsiak | Audit Associate | 1 | Integrated Audit | $156.21 | 51.5 | $ 8,044.82 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $156.21 | 10.1 | $ 1,577.72 |
| Todd Chesla | Tax Associate | 1 | Integrated Audit | $147.00 | 4.0 | $ 588.00 |
| Ryan Neice | CAA | 4 | Integrated Audit | $104.56 | 0.9 | $ 94.10 |
| | | TOTAL | | | 303.8 | $ 76,059.67 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| | | |
|---|---|---|
| Totals | 31.7 | $ 4,477.39 |

Summary of PwC's Fees By Project Category:
May 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 31.7 | $4,477.39 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |

| | | |
|---|---|---|
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 303.8 | $76,059.67 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 335.5 | $80,537.06 |

Expense Summary
May 2008

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $325.48 |
| Lodging | N/A | $0.00 |
| Sundry | N/A | $41.06 |
| Business Meals | N/A | $194.15 |
| TOTAL: | | $560.69 |