# EXHIBIT - A

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended May 31, 2008

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $698.50 | 19.1 | $ 13,341.35 |
| Cody Smith | Audit Partner | 22 | Integrated Audit | $990.60 | 0.5 | $ 495.30 |
| Robert Keehan | Audit Partner | 20 | Integrated Audit | $698.50 | 4.5 | $ 3,143.25 |
| Mike Shepherd | Tax Director | 30+ | Integrated Audit | $556.50 | 1.0 | $ 556.50 |
| Rafael Garcia | Tax Director | 15 | Integrated Audit | $414.75 | 4.0 | $ 1,659.00 |
| Douglas Parker | Audit Senior Manager | 11 | Integrated Audit | $410.21 | 35.1 | $ 14,398.37 |
| Juel Ping Joanna Own | Tax Manager | 4 | Integrated Audit | $283.50 | 5.9 | $ 1,672.65 |
| Dan Axelsen | Tax Senior Associate | 1 | Integrated Audit | $204.75 | 1.0 | $ 204.75 |
| Pamela Barkley | Audit Senior Associate | 4 | Integrated Audit | $227.33 | 37.9 | $ 8,615.81 |
| Erica Margolius | Audit Senior Associate | 3 | Integrated Audit | $209.55 | 20.8 | $ 4,358.64 |
| Jacqueline Calvo | Tax Senior Associate | 2 | Integrated Audit | $199.50 | 20.0 | $ 3,990.00 |
| Lyndsay Signori | Audit Senior Associate | 3 | Integrated Audit | $223.52 | 3.0 | $ 670.56 |
| Lynda Keorlet | Audit Associate | 1 | Integrated Audit | $156.21 | 67.6 | $ 10,559.80 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | $123.19 | 16.6 | $ 2,044.95 |
| Michelle Camara | Audit Associate | 1 | Integrated Audit | $147.00 | 0.3 | $ 44.10 |
| Pavel Katsiak | Audit Associate | 1 | Integrated Audit | $156.21 | 51.5 | $ 8,044.82 |
| Adam Lueck | Audit Associate | <1 | Integrated Audit | $156.21 | 10.1 | $ 1,577.72 |
| Todd Chesla | Tax Associate | 1 | Integrated Audit | $147.00 | 4.0 | $ 588.00 |
| Ryan Neice | CAA | 4 | Integrated Audit | $104.56 | 0.9 | $ 94.10 |
| | | TOTAL | | | 303.8 | $ 76,059.67 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 8/27/2007 | 1.5 | Discuss audit approach and procedures with P Barkley (PwC)-XBRL |
| 9/10/2007 | 0.5 | Review draft report and management representation letter-XBRL |
| 9/12/2007 | 0.7 | Discuss status of XBRL attestation work with D Sharpe, J Parikh, D Parker and P Barkley (PwC)-XBRL |
| 5/2/2008 | 0.8 | Discuss status of quarterly review procedures with D Parker, P Barkley, E Margolius and L Keorlet (PwC) |
| 5/4/2008 | 0.7 | Read accounting issues memos |
| 5/5/2008 | 1.1 | Discuss quarterly review status and issues with H La Force (Grace) and D Parker (PwC) |
| 5/5/2008 | 0.1 | Discuss quarterly review issues with B Dockman (Grace) |
| 5/5/2008 | 0.3 | Discuss quarterly review issues with E Bull (Grace) |
| 5/5/2008 | 0.4 | Discuss quarterly review status with D Parker and L Keorlet (PwC) |
| 5/6/2008 | 1.2 | Review revised draft of Form 10-Q |
| 5/6/2008 | 0.8 | Read audit committee and board packages |
| 5/7/2008 | 0.4 | Discuss audit committee presentation with E Bull (Grace) |
| 5/7/2008 | 0.7 | Discuss audit planning with P Barkley (PwC) |
| 5/7/2008 | 0.9 | Read quarterly accounting issue memos |
| 5/7/2008 | 0.3 | Discuss audit committee presentation with D Parker (PwC) |
| 5/7/2008 | 0.2 | Review revised draft of Form 10-Q |
| 5/7/2008 | 0.4 | Review audit committee materials in preparation for audit committee meeting |
| 5/8/2008 | 1.3 | Attend pre-audit committee meeting with H La Force, M Shelnitz, M Conron, E Bull, B Dockman (Grace) and D Parker (PwC) |
| 5/8/2008 | 1.4 | Attend audit committee meeting |
| 5/8/2008 | 0.4 | Review consulting memo on asbestos liabilities |
| 5/9/2008 | 0.6 | Document discussion with CFO for review file |
| 5/9/2008 | 0.3 | Discuss assessment of out of period adjustments with D Parker (PwC) |
| 5/9/2008 | 1.2 | Review critical matters |
| 5/9/2008 | 0.3 | Discuss assessment of out of period adjustments with B Dockman (Grace), D Parker and L Keorlet (PwC) |
| 5/9/2008 | 0.2 | Discuss quarterly review completion with H La Force (Grace) |
| 5/9/2008 | 1.4 | Review quarterly review file |
| 5/30/2008 | 1.0 | Discuss Grace issues with T Smith (PwC) to begin partner transition |
| | **19.1** | **Total Grace Integrated Audit Charged Hours** |
| | **19.1** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| Name: Cody Smith | | |
| 5/9/2008 | 0.5 | National Office consultation |
| | 0.5 | **Total Grace Integrated Audit Charged Hours** |
| | 0.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2008**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Robert Keehan** | | |
| 5/2/2008 | 0.5 | Review 10Q and audit planning |
| 5/3/2008 | 1.0 | Review 10Q and the critical matters for the first quarter |
| 5/4/2008 | 1.0 | Reviewing the critical matters with the audit team |
| 5/8/2008 | 1.0 | Review 10Q disclosures |
| 5/9/2008 | 1.0 | Review 10Q and audit planning |
| | **4.5** | **Total Grace Integrated Audit Charged Hours** |
| | **4.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  Mike Shepherd** | | |
| 5/15/2008 | 1.0 | Phone call with J. Own regarding Form 5471 adjustment and supporting schedules. |
| | **1.0** | **Total Grace Integrated Audit Charged Hours** |
| | **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Rafael Garcia**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 5/5/2008 | 2.0 | Review documentation provided by client |
| 5/6/2008 | 1.0 | Review Foreign provision and discuss matters with team |
| 5/7/2008 | 1.0 | Review FIN 48 issues |

| | | |
|---|---|---|
| | **4.0** | **Total Grace Integrated Audit Charged Hours** |
| | **4.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Doug Parker**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 5/2/2008 | 0.5 | Review staff planning work in database |
| 5/5/2008 | 4.2 | Review hedging and tax work in database |
| 5/5/2008 | 3.2 | Review 1Q 2008 Form 10Q |
| 5/5/2008 | 1.0 | Meeting with Hudson LaForce, Grace |
| 5/6/2008 | 5.1 | Review staff work in database |
| 5/6/2008 | 1.4 | Preparation for Audit Committee meeting |
| 5/7/2008 | 2.6 | Review staff work in database |
| 5/8/2008 | 2.5 | Prepare formal consultation memo regarding proposed PI settlement |
| 5/8/2008 | 1.0 | Breakfast meeting with Hudson LaForce and Grace management |
| 5/8/2008 | 2.5 | Q1 2008 Audit Committee Meeting |
| 5/9/2008 | 1.0 | Review summary of unadjusted differences |
| 5/9/2008 | 1.5 | Review management's PI settlement memo |
| 5/9/2008 | 1.2 | Review summary of aggregated deficiencies |
| 5/9/2008 | 0.5 | Review summary of adjusted differences |
| 5/9/2008 | 1.0 | Finalize formal consultation memo regarding proposed PI settlement |
| 5/9/2008 | 3.2 | Review staff work in database |
| 5/14/2008 | 1.2 | Review and discuss Q2 bill and hold transactions |
| 5/15/2008 | 1.5 | Review income tax process controls and flowcharts |

| | | |
|------|-------|--------------------------------|
| | **35.1** | **Total Grace Integrated Audit Charged Hours** |
| | **35.1** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2008**

| Date | Hours | Description of Services Provided |
|---|---|---|

**Name: Juei Ping Joanna Own**

| Date | Hours | Description of Services Provided |
|---|---|---|
| 5/2/2008 | 1.0 | review & revise 2008 Q1 memo |
| 5/5/2008 | 1.9 | review & revise 2008 Q1 review memo, tick & tie foreign UTP items on Grace material UTP memo, dsicuss those items with Rafael Gracia |
| 5/8/2008 | 0.3 | Internal discussion with Todd Chesla on finalizing Q1 matters |
| 5/14/2008 | 0.3 | Internal discussion with Rafael Gracia and George Baccash re: client 5471 question |
| 5/15/2008 | 1.3 | Research E&P adjustments, discussions & e-mails w/ WNTS & IRS Service team & George Baccash re: Grace Form 5471 E&P question, draft client e-mail |
| 5/16/2008 | 0.5 | 2007 Form 5471 E&P issue e-mails (internal with George Baccash and Rafael Garcia) |
| 5/19/2008 | 0.1 | 2007 Form 5471 E&P issue e-mail to client |
| 5/20/2008 | 0.5 | 2007 Form 5471 E&P e-mail to client re: add l inquiries |

|  | **5.9** | **Total Grace Integrated Audit Charged Hours** |
|---|---|---|
|  | **5.9** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Dan Axelsen**

| 5/29/2008 | 1.0 | Assisted with adjusments to intercompany interest rates using the AFR. |
|-----------|-----|------------------------------------------------------------------------|

| | 1.0 | **Total Grace Integrated Audit Charged Hours** |
|--|-----|-----------------------------------------------|

| | 1.0 | **Total Hours** |
|--|-----|-----------------|

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended May 31, 2008

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Pamela Barkley** | | |
| 5/1/2008 | 2.7 | Working on the assembly of the audit committee presentation |
| | 2 | Meeting with Internal Audit to discuss the updates for 404 in 2008 |
| | 2.3 | Reviewing the steps in the first quarter database |
| 5/2/2008 | 1 | Meeting with D.Parker (Grace) to update on the status of the audit |
| | 0.6 | Review the weekly budget for the quarter |
| | 0.2 | send out the the new 2008 codes for Grace to all the teams |
| | 0.8 | Meeting with B.Bishop(PwC) to discuss the status of the quarter |
| | 2.9 | Review the database for the quarter |
| 5/3/2008 | 0.5 | Reviewed the representation letter for the quarter |
| 5/7/2008 | 0.5 | Printed the opinions and had B.Bishop (PwC) sign them |
| 5/8/2008 | 0.5 | Reviewing the Grace database for the quarter |
| 5/9/2008 | 4 | Review the Grace database for the quarter |
| | 0.9 | Lunch with the client at Grace |
| | 0.8 | Reviewing the 10Q tie out |
| | 0.3 | Reviewing the binders |
| 5/12/2008 | 1.2 | Reviewing the WIP Report to the quarterly budget |
| | 2.4 | Planning for the 2008 audit |
| 5/13/2008 | 1.7 | Working on the Grace planning for the 2008 audit |
| | 0.9 | Working on transferring 2007 time to the 2008 code |
| 5/14/2008 | 2 | Meeting with M.Noel (PwC) to transfer time from the 2007 code to the 2008 code |
| | 0.8 | Reviewing the March bankruptcy submission with the WIPs |
| | 0.3 | Discussion with L.Keorlet (PwC) about Tax controls |
| | 1.5 | Reviewing Summary Plan and Results for 404 controls testing and 2008 audit planning |
| | 0.8 | Reviewing the new Bill and Hold transaction for the 2nd quarter |
| | 0.4 | Reviewing a draft of the 2nd quarter budget |
| 5/15/2008 | 0.3 | Reviewing the recent transaction report for the 2007 code |
| | 0.2 | Reviewing the Acceptance and Continunance form for WR Grace |
| | 1.2 | Reviewing different presentations for the Audit workshop meeting for Grace |
| 5/16/2008 | 2.2 | Reviewing Summary Plan and Results for the 2008 audit plan |
| 5/19/2008 | 0.5 | Reviewing the time that was transferred to the 2008 code |
| 5/27/2008 | 0.8 | Reading guidance on new IFRS standards and the US conversion |
| | 0.3 | Reading the 404 minutes from our most recent meeting |
| | 0.4 | Reading material on the new REACH Legislation |
| | **37.9** | **Total Grace Integrated Audit Charged Hours** |
| | **37.9** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended May 31, 2008

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Erica Margolius**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 5/1/2008 | 0.5 | Internal status update on 404 meeting with internal audit. |
| 5/2/2008 | 1.8 | Tie out of pension footnote disclosure in the 10Q. |
| 5/2/2008 | 0.3 | Tie out of the defined contribution portion of the management discussion and analysis section in the 10Q. |
| 5/2/2008 | 0.9 | Tie out of the defined benefit plan of the management discussion and analysis section in the 10Q. |
| 5/2/2008 | 0.6 | Tie out of the other comprehensive income footnote in the 10Q. |
| 5/2/2008 | 0.5 | Meet with K. Russell, J. Day and L. Barber, Grace, to review the accruals for outstanding legal letters as included in the legal letter. |
| 5/2/2008 | 1.0 | Participate in internal status meeting. |
| 5/5/2008 | 0.9 | Document in step "Summary of significant matters." |
| 5/5/2008 | 0.3 | Update management representation letter for inclusion of CeraTech investment. |
| 5/5/2008 | 0.6 | Review pension footnote disclosures with K. Blood and J. Day, Grace. |
| 5/5/2008 | 0.3 | Meet with D. Armstrong, Grace, to discuss status of legal letter and board meeting minutes. |
| 5/5/2008 | 2.4 | Prepare management representation letter using representation letter database. |
| 5/5/2008 | 0.6 | Meet with G. Huerta, Grace, to review washcoats receivable and quarterly checklist. |
| 5/5/2008 | 0.1 | Send email to K. Geung, Grace, to discuss Dubai integration and Davison entities not yet integrated. |
| 5/5/2008 | 2.2 | Legal reserves mapping. |
| 5/6/2008 | 0.3 | Review FAS 157 disclosures in the 10Q. |
| 5/6/2008 | 1.0 | Email legal reserves mapping questions to R. Finke. |
| 5/6/2008 | 1.8 | Update SP&Rs to prepare current year audit approach. |
| 5/6/2008 | 0.3 | Review pension footnote disclosures. |
| 5/6/2008 | 0.5 | Update SP&Rs to prepare current year audit approach. |
| 5/6/2008 | 0.5 | Call with K. Blood, Grace, to discuss pension footnote disclosure. |
| 5/6/2008 | 1.0 | Update SP&Rs to prepare current year audit approach. |
| 5/6/2008 | 0.5 | Review the draft legal letter. |
| 5/7/2008 | 0.2 | Review consolidated analytics. |
| 5/7/2008 | 1.2 | Review the legal reserves mapping provided by R. Finke, Grace in-house counsel. |
| 5/23/2008 | 0.5 | Participate in an internal status call to discuss W. R. Grace updates with L. Keorlet and D. Parker, PwC. |

| | | |
|------|-------|--------------------------------|
| | **20.8** | **Total Grace Integrated Audit Charged Hours** |
| | **20.8** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: Jacqueline Calvo** | | |
| 5/1/2008 | 0.5 | Tied out the tax 10-Q disclosure |
| 5/1/2008 | 0.5 | discussed discrepancies in the tie out with R.Garcia, PwC |
| 5/1/2008 | 0.5 | requested tax package from client via email and phone |
| 5/1/2008 | 0.5 | cleared discrepancies and tied out 10-Q numbers that were missing |
| 5/2/2008 | 2.0 | Gathered all information from detailed testing and organized it into binder |
| 5/2/2008 | 2.0 | ticked and tied all information within binder |
| 5/5/2008 | 1.5 | sat with R.Garcia, PwC and discussed the 10-Q tie out. contacted K.Russell, Grace due to changes. |
| 5/5/2008 | 0.3 | sent email to contacted K.Russell, Grace due to changes. Wrote email detailing discrepancies |
| 5/5/2008 | 0.3 | sent email to A.Gibbons, Grace detailing discrepancies |
| 5/5/2008 | 0.5 | had phone call discussing discrepancies with Alan Gibbons, Grace |
| 5/5/2008 | 0.4 | made notes of discrepancies with answers |
| 5/6/2008 | 1.0 | re-reviewed and tied out new 10-Q tax disclosure |
| 5/6/2008 | 1.0 | sent email to R.Garcia, PwC, explaining discrepancies |
| 5/6/2008 | 1.0 | spoke to Alan Gibbons, Grace in regards to changes. |
| 5/7/2008 | 1.0 | Documenting the tax section of the database |
| 5/7/2008 | 0.5 | documented memos in the MyClient database |
| 5/7/2008 | 0.5 | sent links to the tax partner and tax director for signoff on database |
| 5/28/2008 | 3.0 | discussed with R.Garcia, PwC effects of provision and changes |
| 5/29/2008 | 2.0 | Documented in the external binder |
| 5/29/2008 | 0.5 | Prepared the binder for archive |
| 5/29/2008 | 0.5 | discussed with Todd Chesla, PwC, integration of domestic and foreign workpapers |
| | **20.0** | **Total Grace Integrated Audit Charged Hours** |
| | **20.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: Lyndsay Signori** | | |
| 5/1/2008 | 2.0 | Review of CeraTech agreement and supporting exhibits including management's memorandum in conjunction with Q1, 2008. |
| 5/2/2008 | 1.0 | Completion of documentation of CeraTech agreement |
| | **3.0** | **Total Grace Integrated Audit Charged Hours** |
| | **3.0** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended May 31, 2008

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Lynda Keorlet**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 5/1/2008 | 1.8 | Review Automated disclosure checklist for proper 10Q disclosures |
| | 2.8 | Finalize Audit Committee presentations and ensure copies are sent |
| | 1.1 | Meeting with Internal Audit - P.Barkley (PwC), E.Bull, B.Summerson, E.Henry, K.Saraiya, C.Udoji (all Grace). |
| | 0.3 | Review opinions wording in 10Q and database |
| 5/2/2008 | 2.0 | Review Q1 tax memos |
| | 0.4 | Review & document Internal Audit Mexico Review report |
| | 1.0 | Quarter status discussion - B.Bishop, E.Margolius, P.Barkley, D.Parker (all PwC) |
| | 1.2 | Tie out footnote 4 of 10Q |
| | 0.3 | Tie out footnote 6 of 10Q |
| | 0.6 | Review & discuss footnote tie out process with S.Rahmani (PwC) |
| | 0.5 | Year end planning discussion - Account Planning Workshop |
| 5/5/2008 | 1.5 | Document Periodic Pronouncements review & continue Automated Disclosure Checklist |
| | 0.5 | Document completion steps in database |
| | 2.2 | Document Grace Q1 FAS 157 adoption |
| | 0.8 | Database review (ART step & others) |
| 5/6/2008 | 1.0 | Complete Automated Disclosure checklist review |
| | 0.5 | Review new draft of 10Q to update Disclosure checklist |
| | 1.2 | Document Grace Q1 FAS 157 adoption |
| | 0.3 | Review A.Lueck's (PwC) steps in database & discuss |
| | 0.4 | Discuss Q1 status with D.Parker (PwC) & E.Margolius (PwC) |
| | 1.0 | Perform analytical procedures over tax entities & assist with consolidated flux questions |
| | 0.2 | Review tax status |
| | 1.4 | Tie out footnote 4 & 6 of 10Q and meet with K.Russell (Grace) on tie out notes |
| | 0.5 | Create email on time reporting reminders & new template |
| 5/7/2008 | 0.2 | Document adjustments booked step |
| | 0.2 | Document "Report findings, issues, concerns to management" |
| | 0.3 | Document step to consider subsequent events |
| | 0.6 | Document Quality Review Partner Step |
| | 0.5 | Document engagement leader review step |
| | 0.4 | Document step "Perform fraud inquiries and review journal entries" |
| | 0.3 | Update Summary of Unadjusted Differences for new 10Q numbers |
| | 1.0 | Document Summary of Significant Matters step |
| | 1.0 | Document adjustments booked step (related Critical Matter) |
| 5/8/2008 | 0.1 | Document step "TeamFind retention/archive actual dates" |
| | 1.0 | Document Summary of aggregated deficiencies |
| | 1.5 | Document SAB 99 / 108 memo and analysis |
| | 0.7 | Document Q1 control deficiency evaluations |
| | 2.7 | Document SAB 99 / 108 memo and analysis and discuss updates with B.Dockman (Grace) |
| 5/9/2008 | 0.8 | Review update memos for Q1 significant matters |
| | 0.4 | Follow up on inventory analytics |
| | 0.5 | Meet with B.Dockman (Grace) to discuss comments on SAB 108 analysis |
| | 0.3 | Review database |
| | 0.8 | Respond to review notes left by R.Keehan (PwC) |
| | 0.5 | Review database & update attachments as necessary |
| | 0.2 | Review step "Consider reasonableness of the tax provision/benefit" |
| | 0.2 | Review black line financial statement draft for changes |
| | 0.4 | Review final changes & 10Q |
| | 0.5 | Update open items list & email status to Grace management |
| 5/12/2008 | 0.2 | Read Grace article on Factiva |
| | 2.0 | Create 2008 billings & time charged tracking report |
| | 0.1 | Obtain signed 2008 engagement letter from Ed Bull (Grace) and add to file |
| | 0.6 | Archive Q1 database |
| 5/13/2008 | 0.4 | Update 2008 Audit database for new master data |

| | | |
|---|---|---|
| | 0.2 | Document & complete engagement letter step in 2008 database |
| | 0.3 | Review tax and SPA team hours for 2007 to plan for 2008 |
| | 1.6 | Create tax 2008 Summary Plan & Results |
| | 0.9 | Create financial instruments 2008 Summary Plan & Results |
| | 0.5 | Create payroll 2008 Summary Plan & Results |
| | 0.4 | Create FAS 123R 2008 Summary Plan & Results |
| | 0.8 | Create inventory 2008 Summary Plan & Results |
| | 0.2 | Review submitted Corporate Summary Plan & Results |
| | 0.3 | Review Q2 Bill & Hold memo |
| 5/14/2008 | 0.3 | Review of tax controls email from E.Bull (Grace) |
| | 2.4 | Review of submitted Davison & ART Summary Plan & Results |
| | 0.6 | Meet with G.Huerta (Grace) on Bill & Hold transaction and email team summary of items discussed |
| 5/15/2008 | 0.3 | Review proposed Q2 budget |
| | 0.2 | Email D.Oladipo (PwC) on standard cost testing performed in 2007 audit |
| | 0.5 | Discuss Summary Plans & Results submitted with A.Lueck (PwC) and Q1 review changes for Q2 |
| 5/21/2008 | 0.5 | Provide Grace with feedback on deleted controls under AS 5 |
| | 0.3 | Send Grace invite to Account Planning Workshop |
| 5/22/2008 | 0.2 | Set up logistics for Grace Account Planning Workshop & Planning Meeting |
| | 1.0 | Review examples of account planning workshop agendas, email P.Katsiak (PwC) to explain team planning slides |
| | 0.3 | Discuss Grace news and try to set meeting with Bill Dockman (Grace) |
| | 0.5 | Update goodwill Summary Plan & Results |
| | 0.9 | Update financing Summary Plan & Results |
| | 0.7 | Update benefits Summary Plan & Results |
| | 1.1 | Update Financial Instruments & Payroll Summary Plan & Results |
| 5/23/2008 | 0.7 | Update property plant & equipment Summary Plan & Results |
| | 0.3 | Update Income tax Summary Plan & Results |
| | 0.6 | Status call with D. Parker (PwC) and E.Margolius (PwC) |
| | 0.6 | Research LIFO change in accounting principle and email Bill Dockman (Grace) |
| | 0.4 | Send Grace invite to Team Planning Meeting |
| | 0.2 | Email D.Parker (PwC) listing of Grace key income tax risks & controls |
| 5/27/2008 | 0.3 | Reviewing responses to team planning meeting invitation |
| | 0.3 | Email on timing for Q2 Grace update discussion |
| | 1.3 | Update Purchasing & Payables Summary Plan & Results |
| | 1.8 | Update Revenue & Receivables Summary Plan & Results |
| | 1.0 | Update Treasury Summary Plan & Results |
| 5/28/2008 | 0.2 | Email Summary Plan & Results for GCP, Corporate & Davison to team for comments |
| | 0.9 | Update Other Processes Summary Plan & Results |
| | 0.4 | Update Period End Financial Reporting Summary Plan & Results |
| 5/29/2008 | 1.4 | Create & deploy Q2 database |
| | 0.3 | Respond to Grace related emails (on meeting times, feedback from SP&Rs) |
| | **67.6** | **Total Grace Integrated Audit Charged Hours** |
| | **67.6** | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended May 31, 2008

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Shahin Rahmani**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 5/1/2008 | 0.7 | Documented SAP TO SOAR - Followed up with Jason Day, WR Grace to get the explanation for KDC Mine Purchase |
| | 0.2 | Prepared for Friday meeting w/ German Huerta, Grace, to go over questions regarding the Quarterly Checklist Binder |
| | 0.8 | Sat down with P.Katsiak, PwC, to go over the 10Q and pinpoint missing numbers not tied out |
| | 0.8 | Updated the A/R step based on Larry Marchman's, Grace, remarks in the Q1 Earnings Call |
| | 0.4 | Updated the interim report to match the PwC model |
| | 2.4 | Tied out the 10Q and made the folders for the work papers.  Internally tied the Pension and Tax portions of the 10Q |
| 5/2/2008 | 0.7 | Completed the Core step following up with Adam Bernstein, Grace, regarding a few of the items that were explained |
| | 0.7 | Completed the Non-Core step following up with Adam Bernstein, grace, regarding a few of the items that were explained |
| | 1.1 | Started to review the SP&Rs to update them for year end |
| | 2.3 | Transferred tickmarks from the old version of the 10Q to the new version while I updated the changed figures. |
| | 4.1 | Tied out the Management Discussion and Analysis portion of the quarterly financial statements. |
| 5/6/2008 | 0.1 | Updated the notes from the meeting between Erica Margolius, PwC and German Huerta, Grace for the Quarterly Checklist binder. |
| 5/8/2008 | 2.3 | Updating SP&Rs for Year-End |

| | **16.6** | **Total Grace Integrated Audit Charged Hours** |
|---|---|---|
| | **16.6** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Michelle Camara**

| 5/6/2008 | 0.3 | Courier documents to client site. |
|----------|-----|-----------------------------------|

| | 0.3 | **Total Grace Integrated Audit Charged Hours** |
|--|-----|----------------------------------------------|

| | 0.3 | **Total Hours** |
|--|-----|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2008**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Pavel Katsiak** | | |
| 5/1/2008 | 2.0 | Tie out of the Balance Sheet |
| | 2.0 | Tie out of the Income Statement |
| | 2.7 | Tie out of the Statement of Cash Flows |
| | 0.3 | Tie out of the footnote 1 |
| | 1.0 | Summary of the comments from upper management in PwC on 10Q |
| 5/2/2008 | 5.5 | Tie out of MD&A section of the 10-Q |
| | 1.0 | Tie out of the footnote 6 |
| | 1.5 | Tie out of the footnote 7 |
| 5/5/2008 | 4.0 | Tie out of the footnote 3 |
| | 1.5 | Worked on the Consolidated analytical procedure |
| | 0.5 | Tie out of the footnote 10 |
| 5/6/2008 | 2.5 | Tie out of the footnote 12 |
| | 5.0 | Tie out of MD&A section |
| | 0.5 | Performed/documented consolidated analytic |
| 5/7/2008 | 3.0 | Transfer of tickmarks to an updated version of the 10-Q |
| | 1.0 | Updated the support for Cash flow statement changes |
| | 4.0 | Tie out of the footnote 2 |
| 5/8/2008 | 1.0 | Review of Edgar version of the tie out |
| | 1.5 | Blue pencil tie out of the Edgar version of 10-Q |
| | 2.5 | Tie out of MD&A section |
| 5/9/2008 | 1.5 | Tranfering tickmarks for 10-Q tie out |
| | 2.5 | Review of the 10-Q support for the tie out |
| | 1.5 | Compilation and organization of external paper files in order to archive the binders |
| | 1.5 | Worked on the Completetion procedures in the database |
| | 1.5 | Cleaning up the documentation in the database |

| | | |
|---|---|---|
| | **51.5** | **Total Grace Integrated Audit Charged Hours** |
| | **51.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| ame: Adam Lueck | | |
| 5/1/2008 | 0.1 | I am updating documentation to reflect PwC management comments. |
| 5/12/2008 | 0.3 | I am requesting budget and billing documentation (WIPS) from PwC. |
| | 1.2 | I am computing final budget-to-actual team figures for Grace's first quarter review. |
| | 1.0 | I am reviewing the 2007 Grace audit in preparation for 2008 engagement planning. |
| 5/13/2008 | 0.4 | I am creating the 2008 Summary, Plan and Results template for the Davison Investments process. |
| | 0.9 | I am creating the 2008 Summary, Plan and Results template for the Davison Revenue and Receivables process. |
| | 0.6 | I am creating the 2008 Summary, Plan and Results template for the Davison Purchasing and Payables process. |
| | 0.3 | I am creating the 2008 Summary, Plan and Results template for the Corporate Financial Reporting process. |
| | 0.3 | I am creating the 2008 Summary, Plan and Results template for the ART Investments process. |
| | 0.2 | I am creating the 2008 Summary, Plan and Results template for the ART Other process. |
| | 0.6 | I am creating the 2008 Summary, Plan and Results template for the ART Purchasing and Payables process. |
| | 0.9 | I am creating the 2008 Summary, Plan and Results template for the ART Revenue and Receivables process. |
| | 0.3 | I am creating the 2008 Summary, Plan and Results template for the Davison Investments process. |
| | 1.7 | I am creating the Q2 audit budget. |
| | 0.8 | I am reviewing Grace documentation regarding a Q2 bill and hold sale transaction and performing research on the transaction. |
| 5/15/2008 | 0.3 | I am meeting with Lynda Keorlet (PwC) to review Summary, Plan and Results templates. |
| | 0.2 | I compiling budget-to-actual figures for the first quarter review. |

| 10.1 | **Total Grace Integrated Audit Charged Hours** |
|------|------------------------------------------------|

| 10.1 | **Total Hours** |
|------|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

ame: **Todd Chesla**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 5/5/2008 | 0.8 | Income Tax Provision Review: Complete tax provision review memo |
| 5/7/2008 | 1.1 | Income Tax Provision Review: Reviewed new workpapers provided by client and updated database with the new workpapers provided by client |
| 5/8/2008 | 2.1 | Income Tax Provision Review: Meet with R.Garcia, PwC, to go over database & complete database |

| | 4.0 | **Total Grace Integrated Audit Charged Hours** |
|---|-----|---|

| | 4.0 | **Total Hours** |
|---|-----|---|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended May 31, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

Name:  Ryan Neice

| 4/6/2007 | 0.9 | Consultation with Audit Team on WR Grace for XBRL reporting- XBRL |

| | 0.9 | **Total Grace Integrated Audit Charged Hours** |

| | 0.9 | **Total Hours** |