# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended May 31, 2008

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| **William T Bishop** | Integrated Audit | 5/8/08 | | | $ 18.00 | | Parking in 1625 Eye Street garage for audit committee meeting |
| | Integrated Audit | 5/9/08 | | | | $ 155.44 | Lunch - audit team and Grace financial management - B Dockman, T Dyer, G Huerta (Grace), D Parker, P Barkley, L Keonfet and P Katsiak (PwC) - Clyde's, Columbia, MD |
| **Erica Margolius** | Integrated Audit | 4/7/08 | | | | $ 38.71 | Lunch with P. Katsiak, PwC, at Cheesecake Factory to discuss appraisal. |
| **Pawel Katsiak** | Integrated Audit | 5/1/08 | $ 27.63 | | | | Milage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/2/08 | $ 27.63 | | | | Milage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/5/08 | $ 27.63 | | | | Milage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/6/08 | $ 27.63 | | | | Milage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/7/08 | $ 27.63 | | | | Milage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | Integrated Audit | 5/8/08 | $ 27.63 | | | | Milage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| **Jacqueline Calvo** | Integrated Audit | 4/14/08 | $ 70.85 | | | | 90 miles each trip, less 20 regular commute. 70 miles each way x 2 = 140 miles |
| | Integrated Audit | 4/15/08 | $ 70.85 | | | | 90 miles each trip, less 20 regular commute. 70 miles each way x 2 = 140 miles |
| | Integrated Audit | 4/14/08 | $ 9.00 | | | | 4.50 each way x 9.0 total |
| | Integrated Audit | 4/15/08 | $ 9.00 | | | | 4.50 each way x 9.0 total |
| **Melissa Noel** | Integrated Audit | 5/1/08 | | | $ 23.06 | | mailing of fee application |
| **Summary:** | | **Total** | **Transportation** | **Lodging** | **Sundry** | **Business Meals** | |
| | | $ 560.69 | $ 325.48 | $ - | $ 41.06 | $ 194.15 | |

CONSOLIDATED AUDIT-EXPENSE DETAIL
For the Month Ended May 31, 2008

| | Date | Title | Expenses | Description |
|---|---|---|---|---|
| **William T. Bishop** | 5/8/08 | Audit Partner | $    18.00 | Parking in 1625 Eye Street garage for audit committee meeting |
| | 5/9/08 | Audit Partner | $   155.44 | Lunch - audit team and Grace financial management - B Dockman, T Dyer, G Huerta (Grace), D Parker, P Barkley, L Keorlet and P Katsiak (PwC) - Clyde's, Columbia, MD |
| | | | $   173.44 | |
| | | | | |
| **Erica Margolius** | 4/7/2008 | Audit Senior Associate | $    38.71 | Lunch with P. Katsiak, PwC, at Cheesecake Factory to discuss appraisal. |
| | | | $    38.71 | |
| | | | | |
| **Pavel Katsiak** | 5/1/08 | Audit Associate | $    27.63 | Milage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | 5/2/08 | Audit Associate | $    27.63 | Milage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | 5/5/08 | Audit Associate | $    27.63 | Milage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | 5/6/08 | Audit Associate | $    27.63 | Milage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | 5/7/08 | Audit Associate | $    27.63 | Milage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | 5/8/08 | Audit Associate | $    27.63 | Milage in excess over regular commute of 27.36 miles one way from Arlington, VA to Columbia, MD |
| | | | $   165.78 | |
| | | | | |
| **Jacqueline Calvo** | 4/14/08 | Audit Associate | $    70.85 | 90 miles each trip, less 20 regular commute.  70 miles each way x 2 = 140 miles |
| | 4/15/08 | Audit Associate | $    70.85 | 90 miles each trip, less 20 regular commute.  70 miles each way x 2 = 140 miles |
| | 4/14/08 | Audit Associate | $     9.00 | Tolls 4.50 each way = 9.0  total |
| | 4/15/08 | Audit Associate | $     9.00 | Tolls 4.50 each way = 9.0  total |
| | | | $   159.70 | |
| | | | | |
| **Melissa Noel** | 5/1/08 | Audit Associate | $    23.06 | mailing of fee application |
| | | | $    23.06 | |
| | | | | |
| | | **Grand Total** | $   560.69 | |

**WR Grace and Co.**
**Fee Application Preparation**
**Month ended May 31, 2008**

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost | |
|------|-------|--------------------------------|-----------|---|---------------|---|
| **FEE APPLICATION PREPARATION** | | | | | | |
| | | | | | | |
| **Name: Melissa Noel** | | | | | | |
| 5/1/2008 | 0.4 | pick up check from office | $ | 127.00 | $ | 50.80 |
| | 0.5 | transfer time to another audit code (audit to art) | $ | 127.00 | $ | 63.50 |
| | 0.5 | update March reports | $ | 127.00 | $ | 63.50 |
| | 0.7 | Prepare March letters | $ | 127.00 | $ | 88.90 |
| | 0.7 | Q 28 Time compilation | $ | 127.00 | $ | 88.90 |
| 5/2/2008 | 2.1 | draft Q28 app | $ | 127.00 | $ | 266.70 |
| | 1.0 | Create bills for March and transfer March nonbillable time | $ | 127.00 | $ | 127.00 |
| | 0.5 | mail March 08 letter and pick up check | $ | 127.00 | $ | 63.50 |
| 5/6/2008 | 1.0 | wrap up Q28 application, email and mail letters | $ | 127.00 | $ | 127.00 |
| | 3.6 | prepare and send April email to team who charged time to Grace in April | $ | 127.00 | $ | 457.20 |
| 5/8/2008 | 1.2 | Input April time received from email and clean up April Spreadsheets | $ | 127.00 | $ | 152.40 |
| 5/13/2008 | 2.0 | clean up Grace April reports | $ | 127.00 | $ | 254.00 |
| | 1.0 | email people to fix submissions and more detail | $ | 127.00 | $ | 127.00 |
| | 0.4 | send reminder emails | $ | 127.00 | $ | 50.80 |
| | 0.4 | request timesheets from CAA request server | $ | 127.00 | $ | 50.80 |
| | 0.2 | look into WIP descrepancies | $ | 127.00 | $ | 25.40 |
| 5/14/2008 | 1.2 | reconciled March and April time to report variances | $ | 127.00 | $ | 152.40 |
| | 1.5 | meeting with Pam and Alison- Transfer time | $ | 127.00 | $ | 190.50 |
| | 0.6 | make corrections to responses received about April issues | $ | 127.00 | $ | 76.20 |
| 5/19/2008 | 1.8 | clean up Grace April time compilation report, move nonbillable time and fee app time to correct spreadsheets, spell check and proff read all details | $ | 127.00 | $ | 228.60 |
| 5/20/2008 | 0.5 | email people late for April submissions | $ | 127.00 | $ | 63.50 |
| 5/21/2008 | 0.7 | update Erica's variances, send Doug spreadsheet | $ | 127.00 | $ | 88.90 |
| 5/22/2008 | 1.1 | finish editing April working reports and send to Pam for review | $ | 127.00 | $ | 139.70 |
| 5/27/2008 | 1.7 | reconcile bills issued, checks received, and application for 2005-2008 to figure out how to apply outstanding check. | $ | 127.00 | $ | 215.90 |
| 5/28/2008 | 0.9 | reconcile detailed AR and Cash/ Bill's report against my spreadsheet | $ | 127.00 | $ | 114.30 |
| 5/29/2008 | 1.0 | correspond with Tampa AR and try to accumulate missing data, research open invoices | $ | 127.00 | $ | 127.00 |
| | **27.2** | | | | | |
| | | | | | | |
| **Name: Pamela Barkley** | | | | | | |
| 5/2/2008 | 1.3 | Review the March application for the submission to the bankruptcy co | $ | 227.33 | $ | 295.53 |
| 5/2/2008 | 1.2 | Review the quarterly application for the bankruptcy courts | $ | 227.33 | $ | 272.80 |
| 5/29/2008 | 2 | Reviewing the April time submission to the bankruptcy court | $ | 227.33 | $ | 454.66 |
| | **4.5** | | | | | |
| | | | | | $ | 4,477.39 |
| **Totals** | **31.7** | **Total Grace Time Tracking Charged Hours** | | | | |