IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br><br>**Ref. No. 18981** |

**AMENDED NOTICE OF ENTRY OF APPEARANCE
AND DEMAND FOR NOTICES AND PAPERS**

PLEASE TAKE NOTICE that (i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Bass Companies; (iv) Caspian Capital Advisors, LLC; (v) Catalyst Investment Management Co., LLC; (vi) Citigroup Special Situations; (vii) Intermarket Corp.; (viii) JD Capital Management, LLC; (ix) JP Morgan Chase, N.A. Credit Trading Group; (x) Lehman Brothers, Inc.; (xi) Loeb Partners Corporation; (xii) MSD Capital, L.P.; (xiii) Babson Capital Management, Inc.; (xiv) Normandy Hill Capital, L.P.; (xv) Ore Hill Partners, LLC; (xvi) P. Schoenfeld Asset Management, LLC; and (xvii) Restoration Capital Management, LLC (collectively, the "Bank Debt Holders"); and (a) JPMorgan Chase Bank as Administrative Agent for the Credit Agreement dated as of May 14, 1998; and (b) JPMorgan Chase Bank as Administrative Agent for the 364-Day Credit Agreement dated as of May 5, 1999 (collectively, the "Administrative Agent"), interested parties in the above-referenced cases, by and through their undersigned representatives, hereby enter their appearance pursuant to section 1109(b) of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such representatives hereby request, pursuant to Bankruptcy Rules 2002 and 9007 and section 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings in these cases be given and served upon the following:

672.001-20924.DOC

>Adams G. Landis, Esq.
>Richard S. Cobb, Esq.
>Kerri K. Mumford, Esq.
>LANDIS RATH & COBB LLP
>919 Market Street, Suite 600
>Wilmington, DE 19801
>Telephone: (302) 467-4400
>Facsimile: (302) 467-4450
>Email: landis@lrclaw.com
>     cobb@lrclaw.com
>     mumford@lrclaw.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, delivery, telephone, telegraph, telex or otherwise filed or given with regard to the referenced cases and the proceedings herein.

Neither this Notice of Entry of Appearance nor any subsequent appearance, pleading, claim, or suit is intended or shall be deemed to waive the Bank Debt Holders' and/or the Administrative Agent's (i) right to have final orders in non-core matters entered only after *de novo* review by a district judge; (ii) right to trial by jury in any proceeding so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Bank Debt Holders and/or the Administrative Agent are or may be entitled under agreements, in law, or in

equity, all of which rights, claims, actions, defenses, setoffs, and recoupments expressly are reserved.

Dated: July 10, 2008  
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

/s/ Kerri Mumford
_____
Adam G. Landis (No. 3407)  
Richard S. Cobb (No. 3157)  
Kerri K. Mumford (No. 4186)  
919 Market Street, Suite 600  
Wilmington, DE 19801  
Telephone: (302) 467-4400  
Facsimile: (302) 467-4450

*Counsel for the Bank Debt Holders  
and the Administrative Agent*

672.001-20924.DOC

3