# EXHIBIT A

| Name | Address | Description of Services Rendered | Amount Paid For Three Months Ended June 30, 2008 | | Total Amounts Paid Through June 30, 2008 | |
|---|---|---|---|---|---|---|
| Adams & Adams | P.O. Box 1014 Pretoria South Africa | Patent Law | $ | - | $ | 2,069.50 |
| American Appraisal Associates, Inc. | Bin 391 Milwaukee, WI 53288 | Valuation Services | $ | - | $ | 136,598.99 |
| Andrews Kurth LLP Inc. | 600 Travis Suite, 4200 Houston, TX 77002 | Employment Litigation | $ | - | $ | 173,162.02 |
| Anthony J. DeLaurentis, P.A. | 2001 Jefferson Davis Highway, Suite 211 Arlington, VA 22202 | Intellectual Property Law | $ | 18,559.00 | $ | 217,084.75 |
| Arent, Fox, Kinter, Plotkin, Kahn | 1050 Connecticut Ave. NW Washington, DC 20036 | Employment Litigation | $ | 4,713.47 | $ | 351,778.99 |
| Artale, Beverly J. | 3826 Sunflower Circle, Suite 001 Mitchellville, MD 20721 | Patent Law | $ | 18,000.00 | $ | 223,740.00 |
| Arthur Andersen LLP | 1345 Avenue of the Americas New York, NY 10105 | Human Resource Consulting | $ | - | $ | 166,291.00 |
| Baker & McKenzie | One Prudential Plaza 130 East Randolph Drive Chicago, IL 60601 | Tax Law | $ | 20,523.99 | $ | 485,008.27 |
| Baker Botts LLP | P.O. Box 201626 Houston, TX 77216-1626 | General Litigation | $ | - | $ | 2,196.75 |
| Baker, Donelson, Bearman & Caldwell | 801 Pennsylvania Ave., NW Suite 800 Washington, DC 20004 | Lobbyist/Government Relations | $ | - | $ | 581,629.92 |
| Barnes & Thornburg | 1313 Merchants Bank Bldg 11 South Meridan Street Indianapolis, IN 46204 | Bodily Injury Litigation/Environmental Law | $ | - | $ | 6,430.56 |
| Bell Royes & Sanders, LPA | 33 South Grant Avenue Columbus, OH 43215-3900 | Employment Litigation | $ | - | $ | 165.00 |
| Berger, Davis & Singerman | 350 East Las Olas Blvd Suite 1000 Fort Lauderdale, FL 33301 | Intellectual Property Law | $ | - | $ | 814.03 |
| Beveridge & Diamond, P.C. | 1350 I Street, NW Washington, DC 20005-3311 | Environmental Law | $ | - | $ | 587,451.82 |
| Bowe & Fernicola LLC | 2 Bridge Ave, Bldg 6, 3rd Floor Red Bank, NJ 07701 | Real Estate Litigation | $ | - | $ | 596,676.77 |
| Bradley & Riley | PO Box 2804 Cedar Rapids, IA 52406-2804 | Environmental/Commercial Law | $ | - | $ | 1,966.56 |
| Brunini, Grantham, Grower & Hewes | 248 East Capital St Jackson, MS 39201 | Environmental Law | $ | - | $ | 976.00 |
| Bryan Cave | One Metropolitan Square 211 N Broadway , Suite 3600 Saint Louis, MO 63150-3089 | Bodily Injury Litigation/Corporate Real Estate | $ | - | $ | 9,981.28 |
| Cabinet Weinstein | 56 A, Rue du Faubourg Saint-Honore, Paris 75008 France | Intellectual Property Law | $ | - | $ | 88,346.20 |
| Cahill Gordon & Reindel | Eighty Pine St. New York, NY 10005 | Asbestos Litigation | $ | - | $ | 51,039.78 |
| Cambridge Environmental | 58 Charles Street, 3d Floor Cambridge, MA 02141 | Environmental | $ | - | $ | 178,983.46 |
| Cardwell Conner PC | 219 A East Washington St Greenville, SC 29601 | Environmental | $ | - | $ | 24,943.49 |
| Carella, Byrne, Bain, Gilfillian, Cecchi, Stewart & Olstein | 6 Becker Farm Road Roseland, NJ 07068 | Real Estate Law | $ | - | $ | 245,825.97 |
| Carr, Allison, Pugh, Howard, Oliver | 100 Vestavia Parkway Birmingham, AL 35216 | Asbestos Litigation | $ | - | $ | 42,443.71 |
| Carvin & Delaney LLP | 44 Adams Street Braintree, MA 02184 | Real Estate Law | $ | - | $ | 5,477.50 |
| Casner & Edwards, LLP | One Federal Street, 27th Floor Boston, MA 02110 | Bodily Injury Litigation/ Employment Law | $ | - | $ | 161,860.34 |
| Connell Foley & Geiser | 85 Livingston Ave. Roseland, NJ 07068 | Bodily Injury Litigation | $ | - | $ | 44,773.04 |
| Copeland, Cook, Taylor & Bush | 200 Concource Suite 200 Ridgeland, MS 39157 | General Litigation | $ | - | $ | 480.50 |
| Covington & Burling | 1201 Pennsylvania Avenue, NW Washington, DC 20004-2401 | International Trade Law | $ | - | $ | 77,747.26 |
| Cowles & Thompson | 901 Main Street, Suite 4000 Dallas, TX 75202-3793 | Bodily Injury Litigation | $ | - | $ | 2,032.98 |
| Crady, Jewett & McCulley, LLP (Snow Fogel Spence, LLP) | 1400 Two Houston Center 909 Fannin Houston, TX 77010-1006 | General Litigation | $ | 75.43 | $ | 3,935.48 |
| Craig Jameson | 305 Middle Road Brentwood, NH 03833 | General Litigation | $ | - | $ | 530.68 |
| Cummings & Lockwood | 3001 Tamiami Trail North Naples, FL 33941-3032 | Corporate Representation | $ | 22,426.25 | $ | 571,114.48 |
| D'Agostine, Levine, Parra & Netburn, P.C. | 268 Main Street P.O. Box 2223 Acton, MA 01720-6223 | Real Estate Law | $ | 12,937.50 | $ | 296,490.77 |
| David Junkin | 15401 Ranch Road 12, Ste. 105 Waverly, TX 78676 | General Litigation | $ | - | $ | 232.42 |
| Davis, Graham & Stubbs | 370 Seventeenth Street Suite 4700 Denver, CO 80201-0185 | Corporate Law | $ | - | $ | 15,289.48 |
| Debandt, Van Hecke, Lacke & Loesch | Rue Bredorode 13b-1000 Brussels, 1000 Belgium | General Litigation | $ | - | $ | 15,388.42 |

| Name | Address | Description of Services Rendered | Total Amounts 6 Months Ended June 30, 2008 | Total Amounts Paid Through June 30, 2008 |
|---|---|---|---|---|
| Deloitte & Touche LLP, Nick Bubnovich | 4205 Collections Center Drive Chicago, IL | Compensation Consulting | $ - | $ 408,237.04 |
| Del Sole & Del Sole LLP | 46 South Whittlesey Ave New Haven, CT 06492 | General Litigation | $ 1,725.00 | $ 4,089.04 |
| Deutsch Levy & Engel Chartered | 225 West Washington Street Chicago, IL 60606 | Corporate Law | $ - | $ 90,155.35 |
| Dickstein, Shapiro, & Morin | 1177 Avenue of the Americas New York, NY 10036 | Insurance Law | $ 6,474.90 | $ 90,506.04 |
| Dorsey & Whitney LLP | P.O. Box 1680 Minneapolis, MN 55480-1680 | Asbestos Law | $ - | $ 41,813.68 |
| Ernst & Young LLP* | P.O. Box 5980 New York, NY 10087-5980 | Tax Advisory Services | $ 57,512.00 | $ 1,947,360.00 |
| Farallon Law Group | 459 Fulton Street, Suite 102 San Francisco, CA | Corporate Law | $ 22,116.51 | $ 55,788.48 |
| Finnegan, Henderson, Farabow, Garrett & Dunner | 1300 I Street, N. W. Washington, D.C. 2005-3315 | Intellectual Property Law | $ 2,487.87 | $ 75,727.32 |
| Flemming Zulack & Williamson | One Liberty Plaza New York, NY 10006-1404 | Bodily Injury Litigation | $ - | $ 419,105.39 |
| Foley Hoag & Eliot | One Post Office Square Boston, MA 02109 | Intellectual Property Law | $ - | $ 593,507.66 |
| Forman, Perry, Watkins, Krutz & Tardy LLP | 200 South Lamar Street, Suite 100 Jackson, MS 39201-4099 | 3rd Party Asbestos Discovery | $ 150,000.00 | $ 1,176,678.57 |
| Foss, Bowe & San Filippo | 225 Broad St. Red Bank, NJ 07701 | Real Estate Litigation | $ - | $ 67,942.59 |
| Foster Swift Collins & Smith | 313 S. Washington Square Lansing, MI 48933-2193 | Environmental Law | $ - | $ 4,748.83 |
| Fragomen, Del Rey & Bernsen PC | 515 Madison Avenue New York, NY 10022 | Immigration Law/H-R Consultant | $ - | $ 728,128.66 |
| Frilot, Partridge, Kohnke & Clements, P.C. | 1100 Poydras Street New Orleans, LA 70163-3600 | Employment Litigation | $ - | $ 327.50 |
| Frost Brown Todd LLC | PO Box 70087 Louisville, KY 40270-0087 | Employment Law | $ - | $ 18,179.25 |
| Gannon, James P., Attorney at Law | 326 West State Street Media, PA 19063-0902 | General Litigation | $ - | $ 2,764.50 |
| Garlington Lohn & Robinson | 199 West Pine Missoula, MT 59807-7909 | Libby, Montana Counsel | $ - | $ 154,894.62 |
| Gaucher & Associates | P. O. Box 30995 Walnut Creek, CA 94598 | Employment Law | $ 8,500.00 | $ 125,425.43 |
| Goins, Underkofler, Crawford & Langdon | 3300 Thanksgiving Tower 1601 Elm Street Dallas, TX 75201 | Real Estate Law | $ - | $ 248.92 |
| Gonzalez Calvillo, S.C | Montes Urales No 632 Piso 3 Lomas De Chapultepec, Mexico 11000 | Intellectual Property Law | $ - | $ 5,353.83 |
| Goodrich, Riquelem Y Asociados | PO Box 973727 Dallas, TX 75397-3727 | General Litigation | $ - | $ 700.00 |
| Goodwin, Procter & Hoar | Exchange Place Boston, MA 02109-2881 | Real Estate Law/Environmental Litigation | $ - | $ 20,000.00 |
| Gordan, Arata, McCollam, Duplantis & Eagan, L.L.P. | 201 St. Charles Avenue 40th Floor New Orleans, LA 70170-0001 | Commercial Litigation | $ - | $ 71,826.82 |
| Gordon & Rees | Embarcadero Center West 275 Battery St, 20th Fl San Francisco, CA 94111 | Bodily Injury Litigation | $ - | $ 6,391.91 |
| Goulston and Storrs | 400 Atlantic Avenue Boston, MA 02110-3333 | Real Estate Law | $ - | $ 73,931.63 |
| Grant Thornton | 2700 South Commerce Parkway Suite 300 Weston, FL 33331 | Tax Accounting | $ - | $ 56,160.75 |
| Greenbaum Doll & McDonald PLLC | Section 469 Louisville, KY 40289 | Environmental Law | $ - | $ 98,121.98 |
| Greenberg, Glusker, Fields, Claman | 1900 Ave of Stars, #2000 Los Angeles, CA 90067 | Business Litigation | $ - | $ 127,220.08 |
| Gunster, Yoakley, Valdes-Favli & Stewart P.A. | 777 South Flager Dr, Suite 500 West Palm Beach, FL 33401 | Corporate Law | $ - | $ 24,169.63 |
| Hamilton, Brook, Smith & Reynolds, P.C. | Two Militia Drive Lexington, MA 02173 | Patent/Trademark Law | $ 2,227.09 | $ 77,964.11 |
| Hancock & Estabrook, LLP | 1500 Mony Tower I Syracuse, NY 132221-4976 | Arbitration | $ - | $ 2,219.62 |
| Heinrich Gordon Batchelder | 500 East Broward Blvd., Suite 1000 Fort Lauderdale, FL 33394-3092 | General Tax Law | $ - | $ 32,830.15 |
| Hinckley, Allen & Snyder LLP | 1500 Fleet Center Providence, RI 02903 | Employment Law | $ 136.44 | $ 5,200.77 |
| Hodge & Dwyer & Zeman | P.O. Box 5778 Springfield, IL 62705-5776 | Environmental Law | $ 1,442.00 | $ 43,557.44 |
| Holland & Knight | P.O. Box 32092 Lakeland, FL 33802-2092 | Florida Tax Matters | $ 12,151.40 | $ 31,178.21 |
| Horwood Marcus & Berk | 180 North LaSalle Street Chicago, IL 60651 | Tax Law | $ - | $ 5,128.75 |
| Howard J. Coffee RE Inc. | 100 Conshohogken Road, Suite 206 Conshohogken, PA 19428 | Real Estate Law | $ - | $ 50,497.55 |
| Howard & Howard | 1400 North Woodward Avenue Bloomfield Hills, MI 48304-2856 | Environmental Law | $ - | $ 1,738.50 |
| Howrey Simon Arnold & White | 1299 Pennsylvania Avenue, NW Washington DC 20004-2402 | Environmental Law | $ 877.73 | $ 219,518.85 |

*On July 10, 2008, the Court entered an order lifting the $1,200,000 total OCP expenditure cap for Ernst & Young LLP.

| Name | Address | Description of Services Rendered | Total Amounts 3 Months Ended June 30, 2008 | Total Amounts Paid Through June 30, 2008 |
|---|---|---|---|---|
| Jacobberger, Micallef & Assoc., P.A. | 2720 Maplewood Drive Maplewood, MN 55109 | Bodily Injury Litigation | $ - | $ 2,520.00 |
| JM Posner | 2333 North State Road 7, Suite B Margate, FL 33063 | Insurance Consultant | $ 26,000.00 | $ 708,824.42 |
| Jones, Tete, Nolen, Hanchey, Swift, Spears & Fonti, LLP | 1135 Lakeshore Drive Lake Charles, LA 70601 | Employment Law | $ - | $ 14,577.60 |
| Kalin, Diane | 167 Pope Road Acton, MA 01720 | General Litigation | $ - | $ 63,712.50 |
| Kaye, Scholer, Fierman, Hays & Handler | 901 Fifteenth Street, NW, Suite 1100 Washington, DC 20005-2327 | Intellectual Property Law | $ 64,512.50 | $ 680,901.74 |
| Keefer Wood Allen & Rahal | 210 Walnut Street Harrisburg, PA 17108-1963 | Tax Law | $ - | $ 30,438.84 |
| Keller & Heckman | 1001 G Street, NW Suite 500 West Washington, DC 20001 | Environmental Law | $ 800.00 | $ 108,864.26 |
| Kingston & Hodnet | One McKinley Square Boston, MA 02109 | Employment Law | $ - | $ 10,008.08 |
| Lahive & Cockfield | 28 State Street Boston, MA 02109 | Intellectual Property Law | $ - | $ 110,412.28 |
| Latham & Watkins | 53rd at Third , Suite 1000 New York, NY 10022-4802 | Lobbyist/Environmental Law | $ - | $ 562,009.05 |
| Lavery, de Billy & Associates | 925 Chemin St-Louis Bureau 500 Quebec PQ G1S1C1 Canada | Commercial Litigation | $ - | $ 6,585.77 |
| Lawson Lundell | 1600 Cathedral Place 925 West Georgia Street Vancouver, BC V6C 3L2, Canada | Environmental Law | $ 68,708.96 | $ 490,499.64 |
| Lerner, David, Littenberg, Krumholz & Mentik, LLP | 600 South Avenue West Westfield, NJ 07090 | Legal Services | $ - | $ 110,915.43 |
| Liedekerke-Wolters-Waelbroeck & Kirkpatrick | Boulevard De L'Empereur 3 Bruxelles | Tax law/divested businesses | $ 36,183.02 | $ 397,065.39 |
| Lockridge Grindal Naulen, PLLP | 100 Washington Ave South, Suite 2200 Minneapolis, MN 55401-2179 | Property Damage Claims | $ 3,049.08 | $ 91,749.86 |
| Loyens Loeff | P.O. Box 71170 1008 BD Amsterdam | Corporate Law | $ - | $ 8,219.46 |
| Lynch, Daskal, Emery | 264 West 40Th Street New York, NY 10018 | Product Liability Litigation | $ 3,661.51 | $ 22,042.08 |
| MacPherson, Leslie & Tyerman | 1500-1874 Scarth Street Regina, Saskatchewan 24P 4E9 Canada | Employment Litigation | $ - | $ 189.80 |
| Mathews, Dinsdale & Clark Barristers & Solicitors | One Queen Street East, Suite 2500 Toronto, Ontario M5C 2Z1 | Employment Litigation | $ 176.40 | $ 18,313.68 |
| McConnell Valdes | 270 Munoz Rivera Avenue San Juan, PR 00918 | Employment Litigation | $ - | $ 21,445.73 |
| McDermott, Will & Emery | 1850 K Street, N.W. Washington, DC 20006-2296 | Environmental Law | $ - | $ 124,053.33 |
| McGuire Woods Battle & Battle | Army and Navy Club Building 1627 Eye Street, N.W. Washington, DC 20006 | General Litigation | $ - | $ 1,272.90 |
| McKinney Stringer & Webster, P.C. | 101 North Robinson, Suite 1300 Oklahoma City, OK 73102 | General Litigation | $ - | $ 2,370.75 |
| McNair Law Firm, P.A. | 7 North Laurens Street, Suite 600 Greenville, SC 29601 | Environmental Law | $ - | $ 55,496.44 |
| Melville & Sowerby | 2940 South 25th Street Fort Pierce, FL 34981-5605 | Environmental Law | $ - | $ 1,115.63 |
| Minter Ellison | GPO BOX 769G Melbourne, Victoria AC3001 Australia | Corporate Law/Foreign Acquisitions | $ - | $ 11,252.64 |
| Mintz, Levin, Cohn, Ferris, and Glovsky | One Financial Center Boston, MA 02111 | Employment Litigation | $ - | $ 4,299.60 |
| Morgan, Lewis, & Bockius LLP | 1701 Market Street Philadelphia, PA 19103 | Employment Litigation | $ 2,772.00 | $ 6,351.00 |
| Morrison & Foerster | 1290 Avenue of the Americas New York, NY 10104-8000 | Tax Law | $ 13,685.42 | $ 848,710.11 |
| Nelson Mullins Riley & Scarborough | 1330 Lady Street Columbia, SC 29211 | Legal Services | $ - | $ 193,609.44 |
| Nields Lemack & Dingman | 176 East Main Street, Suite 8 Westborough, MA 01581 | Intellectual Property Law | $ - | $ 159,411.60 |
| Oertel Hoffman Fernandez & Cole, P.A. | P O Box 1110 Tallahassee, FL 32302-1110 | Environmental Law | $ - | $ 89,521.60 |
| Ogletree Deakins Nash Smoak & Stewart | PO Box 2757 Greenville, SC 29602 | Bodily Injury Litigation/Employee Benefit Law | $ 767.00 | $ 15,994.60 |
| O'Hagan, Smith & Amundsen, LLC | 150 N. Michigan Avenue, Suite 3300 Chicago, IL 60601 | Bodily Injury Litigation | $ - | $ 15,440.15 |
| Patton Boggs LLP | 2550 M Street, NW Washington, DC 20037-1350 | Lobbyist | $ 10,686.21 | $ 274,842.10 |
| Pepper Hamilton LLP | 1235 Westlakes Drive Berwyn, PA 19312 | General Litigation | $ 6,132.48 | $ 82,517.50 |
| Perkins Coie | 1620 26th Street Santa Monica, CA 90404 | Property Damage Claims | $ 39,733.76 | $ 678,945.41 |
| Phillips Lytle Hitchcock Blaine & Huber LLP | 3400 HSBC Center Buffalo, NY 14203 | Environmental Law | $ 406.50 | $ 479,417.94 |
| Piper Marbury Rudnick & Wolfe LLP | 6225 Smith Ave Baltimore, MD 21209-3600 | Environmental Law | $ - | $ 4,500.00 |
| Pitney Hardin Kipp & Szuch | 200 Campus Drive Florham Park, NJ 07932-0950 | Asbestos Litigation/Bankruptcy Law/Environmental/ Real Estate | $ - | $ 104,084.23 |
| Plauche Smith and Nieset | 1123 Pithon Street | Bodily Injury Litigation | $ - | $ 14,968.23 |

| Name | Address | Description of Services Rendered | Total Amounts for the 3 Months Ended June 30, 2008 | Total Amounts Paid Through June 30, 2008 |
|---|---|---|---|---|
| | Lake Charles, LA  70602 | | | |
| Potter Anderson & Corroon, LLP | East Bridge At Riverplace | Corporate Law | $  - | $  15,696.32 |
| Proskauer Rose LLP | 1585 Broadway<br>New York, NY  10036 | General Labor Law | $  - | $  3,556.63 |
| Quigley, O'Connor and Carnathan | 20 Custom House Street, Suite 1040<br>Boston, MA  02110 | Employment Litigation | $  103.14 | $  11,320.71 |
| Quisumbing Torres | 12th Floor, Net One Center<br>26th Street Corner 3rd Avenue<br>Taguig City, Philippines 1634 | Legal Services | $  - | $  561.00 |
| Remmes, Richard G., Attorney | 115 Woolford Road<br>Wrentham, MA  02093 | Employment Law | $  - | $  24,538.40 |
| Riddlesperger, Anthony G. | 15 Grovenor Court<br>Dallas, TX  75225 | Environmental Law | $  34,098.94 | $  577,078.28 |
| Roe Cassidy Coates & Price, P.A. | PO Box 10529<br>Greenville, SC  29603 | Civil Litigation | $  16,824.84 | $  33,486.44 |
| Rosenberg, Martin, Funk, Greenberg | 25 South Charles Street, Suite 2115<br>Baltimore, Maryland  21201 | Environmental Law | $  - | $  8,721.08 |
| Rubin and Rudman LLP | 50 Rowes Wharf<br>Boston, MA  02110 | General Litigation | $  3,946.70 | $  74,727.81 |
| Sandler, Travis & Rosenberg, P.A. | P.O. Box 523304<br>Miami, FL 33102 | General Litigation | $  - | $  4,538.44 |
| Saul Ewing Remick & Saul | 1500 Market St, 38th Floor<br>Philadelphia, PA  19102-2186 | Environmental Law | $  - | $  1,696.20 |
| Schauer & Simank | 615 North Upper Broadway, Suite 2000<br>Corpus Christi, TX  78477 | General Litigation | $  - | $  451.12 |
| Seeler, Marcia D., Esquire | PO Box 3154<br>Wellfleet, MA  02667 | General Litigation | $  4,392.50 | $  328,771.55 |
| Seyfarth Shaw Fairweather & Geraldson | 55 East Monroe St, Suite 4200<br>Chicago, IL  60603-5803 | Employment Litigation | $  9,146.84 | $  346,936.11 |
| Shapiro Forman Allen & Miller, LLC | 380 Madison Avenue<br>New York, NY  10017 | Legal Services | $  - | $  7,196.61 |
| Sherin & Lodgen LLP | 100 Summer Street<br>Boston, MA  02110 | Environmental Law | $  4,418.10 | $  330,545.11 |
| Sidley & Austin | 1722 Eye Street, NW<br>Washington, DC  20006 | Environmental Law | $  - | $  7,705.46 |
| Socha, Perczak, Setter & Anderson | 1775 Sherman Street, Suite 1925<br>Denver, CO  80203 | 3rd Party Asbestos Discovery | $  6,334.82 | $  412,268.46 |
| Spencer Fane Britt & Browne | Suite 1400<br>Kansas City, MO  64106 | Environmental Law | $  - | $  61,097.55 |
| SC&H Consulting (Stout, Casey) | P.O. Box 64271<br>Baltimore, MD  21264 | General Tax Law | $  60,178.91 | $  343,612.46 |
| Steptoe & Johnson LLP | 1330 Connecticut Ave N.W.<br>Washington, DC  20036-1795 | General Tax Law | $  - | $  175,939.44 |
| Sterns & Weinroth | P.O. Box 1298<br>Trenton, NJ 08607-1298 | Environmental Law | $  - | $  158,447.09 |
| Stone Pigman Walther Wittman & Hutchinson LLC | 546 Carondelet Street<br>New Orleans, LA  70130-3588 | Legal Services | $  17.07 | $  42,299.46 |
| Storslee Law Firm, P.C. | 1802 Allison Drive<br>Bismarck, ND  58501 | Legal Services | $  - | $  4,408.81 |
| Strasburger & Price | 901 Main Street<br>Suite 4300<br>Dallas, TX  75250 | Legal Services | $  - | $  4,695.46 |
| Taft, Stettinius & Hollister, LLP | 425 Walnut Street<br>Cincinnati, OH  45202-3957 | Employment Litigation | $  - | $  4,254.29 |
| Thomas A. Baker P.A. | Baltimore, MD  21201 | Legal Services | $  577.50 | $  13,665.00 |
| Thomson & Thomson | PO Box 71892<br>Chicago, IL  60694-1892 | Intellectual Property Law | $  - | $  33.50 |
| Timothy Cremin | 3140 St. James Drive<br>Boca Raton, FL  33434 | Tax Consultant | $  - | $  12,339.00 |
| Troffkin, Howard J., Esquire | 7808 Ivymont Terrace<br>Potomac, MD  20854 | Intellectual Property Law | $  7,860.00 | $  236,470.91 |
| Tydings & Rosenberg | 100 East Pratt Street<br>Baltimore, MD  21202 | Bodily Injury Litigation | $  - | $  - |
| Tyler Cooper & Alcorn, LLP | 555 Long Wharf Dr, 8th Floor<br>PO Box 1936<br>New Haven, CT 06509-0906 | Legal Services | $  - | $  - |
| Vail, Hamilton, Koch & Knox | 1717 Main Street, Suite 4400<br>Dallas, TX  75201 | Product Liability Litigation | $  - | $  - |
| Venable Baetjer & Howard | 1800 Mercantile Bank & Trust<br>2 Hopkins Plaza<br>Towson, MD  21285-5517 | Bodily Injury Litigation/Benefits/<br>Employment Law | $  14,290.08 | $  466,599.68 |
| Vertlieb, Anderson | 835 Granvilles Street # 200<br>Vancouver, BC, Canada V6Z 1K7 | Employment Law | $  - | $  606.55 |
| Verusio E. Cosmelli Studio Legal | Foro Traiano 1-A<br>00187 Roma, Italy  00187 | Legal Services | $  - | $  33,029.97 |
| Vinson & Elkins | 3500 First City Tower<br>1001 Fannin Suite 2300<br>Houston, TX  77002-6760 | Environmental Law | $  - | $  8,989.16 |
| Wallace King Marraro & Branson, PLLC | 1050 Thomas Jefferson St N.W.<br>Washington, DC  20007 | Legal Services | $  - | $  200,000.00 |
| Waller Lansden Dortch & Davis | P. O. Box 198966<br>Nashville, TN  37219-8966 | Corporate Law | $  2,588.02 | $  81,985.84 |

| Name | Address | Description of Services Rendered | Total Amounts Accrued for the Three Months Ended June 30, 2008 | Total Amounts Paid Through June 30, 2008 |
|---|---|---|---|---|
| Weil, Gotshal & Manges | 767 Fifth Avenue<br>New York, NY 10153-0119 | Environmental Law/Tax Law | $ 43,739.55 | $ 240,415.62 |
| White & Case | 1155 Avenue of the Americas<br>New York, NY 10036-2787 | Environmental Law | $ - | $ 67,989.96 |
| Woodcock Washburn Kurtz | One Liberty Place, 46th Floor<br>Philadelphia, PA 19103 | Intellectual Property/Litigation/Patent Law | $ - | $ 304,249.11 |
| Woolf, McClane, Bright & Allen | 900 Riverview Tower<br>900 South Gay Street<br><br>Knoxville, TN 37902 | Bodily Injury Litigation | $ - | $ 18,880.43 |
| Wyatt, Tarrant & Combs | Citizens Plaza<br>Louisville, KY 40202 | Employment Law | $ - | $ 8,455.46 |
| Zuleta Suarez Araque, Et Al | Carrera 11 NO.82-01 Of. 902<br>Bogota, D.C. Colombia | Legal Services | $ 1,044.00 | $ 3,184.00 |