IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Ref. No. 19073 |

**MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT
REQUIREMENT FOR RESPONSE OF THE BANK LENDER GROUP IN OPPOSITION
TO THE DEBTORS' OBJECTION TO CLAIMS ASSERTED UNDER THE DEBTORS'
CREDIT AGREEMENTS DATED AS OF MAY 14, 1998 AND MAY 5, 1999**

The lenders under the Pre-Petition Bank Credit Facilities[1] (collectively, the "Bank Lender Group")[2], by and through their undersigned counsel, hereby move this Court (the "Motion") for entry of an order, pursuant to Rule 7007-2 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), authorizing the filing of the *Response of the Bank Lender Group in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999* (the "Response"). In support of this Motion, the Bank Lender Group represents as follows:

1. Although neither the Case Management Order controlling these cases nor the Court's chambers procedures provide express limitations on the length of memoranda of law or briefs, the Local Rule governing length of answering briefs possibly applies. Therefore, out of

---

[1] The Pre-Petition Bank Credit Facilities include (i) that certain Credit Agreement, dated May 14, 1998, among the W.R. Grace & Co., W.R. Grace & Co.-Conn, The Chase Manhattan Bank, as Administrative Agent, Chase Securities Inc., as arranger, and certain Banks party thereto, and (ii) that certain 364-Day Credit Agreement, dated May 5, 1999, among the Company, W.R. Grace & Co.-Conn, Bank of America National Trust Savings Assoc., as documentation agent, The Chase Manhattan Bank, as administrative agent, Chase Securities Inc., as book manager, and certain Banks party thereto.

[2] The Bank Lender Group is comprised of (i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Bass Companies; (iv) Caspian Capital Advisors, LLC; (v) Catalyst Investment Management Co., LLC; (vi) Citigroup Special Situations; (vii) Intermarket Corp.; (viii) JD Capital Management, LLC; (ix) JP Morgan Chase, N.A. Credit Trading Group; (x) Lehman Brothers Inc.; (xi) Loeb Partners Corporation; (xii) MSD Capital, L.P.; (xiii) Murray Capital Management, Inc; (xiv) Normandy Hill Capital, L.P.; (xv) Ore Hill Partners, LLC; (xvi) P. Schoenfeld Asset Management, LLC; and (xvii) Restoration Capital Management, LLC.

an abundance of caution, the Bank Lender Group files this Motion seeking relief from this page limitation.

2.  Local Rule 7007-2(a)(iv) provides that "[w]ithout leave of Court, no opening or answering brief shall exceed forty (40) pages ... exclusive of any tables of contents and citations." Del. Bankr. L.R. 7007-2. See also General Chambers Procedures dated April 3, 2006 at 2, ¶2(a)(vi) (providing that Del. Bankr. L. R. 7007-2(a)(iv) applies to briefs filed in connection with motions). The body of the Response is forty eight (48) pages in length.

3.  The Bank Lender Group respectfully submits that allowing the Response to exceed the forty (40) page limitation prescribed by Local Rule 7007-2 and the General Chambers Procedures is reasonable and appropriate under the circumstances given the material sums at issue, the complexity of the issues involved and the importance of this dispute in connection with the plan process.

4.  The Bank Lender Group has used its best efforts to keep the Response concise, but cannot provide this Court with the facts and argument appropriate for the full and fair adjudication of the issues involved within the 40-page limit. The Bank Lender Group submits that the circumstances here warrant the relief requested herein.

WHEREFORE, the Bank Lender Group respectfully requests that this Court enter an order, in the form annexed hereto, (i) granting the Bank Lender Group leave to file the Response in excess of the page limitations imposed by Local Rule 7007-2 and the General Chambers Procedures and (ii) grant the Bank Lender Group such other and further relief as this Court deems just and proper.

Dated: Wilmington, Delaware  　　LANDIS RATH & COBB LLP
　　　　July 11, 2008

_/s/ J. Landon Ellis_
Adam Landis (No. 3407)
Richard Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
J. Landon Ellis (No. 4852)
919 Market Street, Suite 600
Post Office Box 2087
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Telecopier: (302) 467-4450

- and -

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Stephen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
1285 Avenue of the Americas
New York, New York 10019-6064
Telephone: (212) 373-3000
Telecopier: (212) 757-3990

*Attorneys for The Bank Lender Group*

3