IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | Ref. No. 19073 |

**ORDER APPROVING MOTION FOR LEAVE TO EXCEED THE PAGE LIMIT REQUIREMENT FOR RESPONSE OF THE BANK LENDER GROUP IN OPPOSITION TO THE DEBTORS' OBJECTION TO CLAIMS ASSERTED UNDER THE DEBTORS' CREDIT AGREEMENTS DATED AS OF MAY 14, 1998 AND MAY 5, 1999**

Upon consideration of the Motion for Entry of an Order, Pursuant to Rule 7007-2 of the Local Rules of Practice and Procedure of the United States Bankruptcy Court for the District of Delaware filed by the Bank Lender Group in the above-referenced adversary proceeding (the "Motion")[1] seeking authorization to file the Response in excess of the forty (40) page limitation prescribed by Local Rule 7007-2 and the General Chambers Procedures, the Court having reviewed the Motion, and the Court finding that (i) notice of the Motion was sufficient under the circumstances; and (ii) the Bank Lender Group has demonstrated sufficient justification for approval of the Motion; and after due deliberation, the Court having determined that good and sufficient cause has been shown,

IT IS HEREBY ORDERED THAT:

1. The Motion is GRANTED in its entirety; and

---

[1] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such term as in the Motion.

    2.    The Bank Lender Group is authorized to file the Response in excess of the forty (40) page limitation prescribed by Local Rule 7007-2 and the General Chambers Procedures.

Dated:
July _____, 2008
Wilmington, Delaware

_____
Judith K. Fitzgerald
UNITED STATES BANKRUPTCY JUDGE