IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 21, 2008, AT 1:00 P.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, JULY 17, 2008
AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE
MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

**CONTINUED MATTERS**

1.    Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed:
1/28/08] (Docket No. 17905)

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.      [Signed] Order Regarding Relief Sought in Debtors' Objection to Claim Filed By
        Massachusetts Department of Revenue [Filed: 6/3/08] (Docket No. 18846)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.      Response in Opposition By Commissioner of Massachusetts Department of
        Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department
        of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to September 2, 2008, at 1:00 p.m.


## QUARTERLY FEE APPLICATIONS

2.      Twenty-Seventh Interim Quarterly Fee Application Request of Bilzin Sumberg Baena
        Price & Axelrod LLP for Approval and Allowance of Compensation for Services
        Rendered and Reimbursement of Expenses as Counsel to the Official Committee of
        Asbestos Property Damage Claimants for the Period of October 1, 2007 Through
        December 31, 2007 [Filed: 2/29/08] (Docket No. 18178)

        Related Documents:

        a.      Fee Auditor's Final Report Regarding Fee Application of Bilzin Sumberg Baena
                Price & Axelrod LLP for the Twenty-Seventh Interim Period [Filed: 6/6/08]
                (Docket No. 18877)

        b.      Response of Bilzin Sumberg Baena Price & Axelrod LLP to Fee Auditor's Final
                Report for the Twenty-Seventh Interim Period [Filed: 6/18/08] (Docket No.
                18944)

        Status:  The Fee Auditor and the Bilzin firm have reached agreement and an order will be
        submitted. The Fee Auditor will report on his review regarding hotel rate caps for New
        York, Chicago and the District of Columbia.


## FCR RETENTION APPLICATIONS

3.      Application of David T. Austern, Future Claimants' Representative, for Authorization to
        Modify the Employment of Piper Jaffray & Co. as Financial Advisor to the Future
        Claimants' Representative [Filed: 4/28/08] (Docket No. 18599)

        Related Documents:

        a.      [Proposed] Order Authorizing Modification of the Retention and Employment of
                Piper Jaffray & Co. as Financial Advisor to David T. Austern, Future Claimants'
                Representative [Filed: 4/23/08] (Docket No. 18599)

b.    Amended Notice of Application of David T. Austern, Future Claimants'
Representative, for Authorization to Modify the Employment of Piper Jaffray &
Co. as Financial Advisor to the Future Claimants' Representative [Filed: 5/9/08]
(Docket No. 18693)

c.    **Certification of No Objection Regarding Docket No. 18599 [Filed: 6/9/08]
(Docket No. 19054)**

Response Deadline: May 16, 2008, at 4:00 p.m.

Responses Received:

a.    Acting United Trustee's Objection to Application of David T. Austern, Future
Claimants' Representative, for Authorization to Modify the Employment of Piper
Jaffray & Co. as Financial Advisor to the Future Claimants' Representative
[Filed: 5/16/08] (Docket No. 18727)

Status: Pursuant to discussions with the United States Trustee the Future Claimants'
Representative (the "FCR") has filed an amended application (listed at Related
Document b. above). The FCR has also filed a separate application seeking authority to
retain Tre Angeli LLC as co-financial advisor. The United States Trustee's objection is
resolved.

4.    Application of David T. Austern, Future Claimants' Representative, for Authorization to
Employ Tre Angeli LLC as Co-Financial Advisor to the Future Claimants Representative
[Filed: 6/9/08] (Docket No. 18885)

Related Documents:

a.    [Proposed] Order Authorizing the Retention and Employment of Tre Angeli LLC,
as Co-Financial Advisor to David T. Austern, Future Claimants' Representative
[Filed: 6/9/08] (Docket No. 18885)

b.    **Certification of No Objection Regarding Docket No. 18885 [Filed: 7/7/08]
(Docket No. 19053)**

Response Deadline: July 3, 2008, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion. Accordingly,
the Future Claimants' Representative has filed a certificate of no objection and
respectfully requests the entry of the order attached to the Motion.**

## UNCONTESTED MATTERS

5.    Motion of the Debtors for Entry of an Order Approving Stipulation Resolving Claims of
Montana Department of Environmental Quality [Filed: 6/16/08] (Docket No. 18931)

Related Documents:

a.    [Proposed] Order Authorizing Stipulation Resolving Claims of Montana
Department of Environmental Quality [Filed: 6/16/08] (Docket No. 18931)

    **b.**    **Montana Department of Environmental Quality's Response to and Joinder in Motion of Debtors for Entry of an Order Approving Stipulation Resolving Claims of Montana Department of Environmental Quality [Filed: 7/9/08] (Docket No. 19061)**

    **c.**    **Certification of No Objection Regarding Motion of the Debtors for Entry of an Order Approving Stipulation Resolving Claims of Montana Department of Environmental Quality [Filed: 7/14/08] (Docket No. 19086)**

Response Deadline: July 3, 2008, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

6.    Debtors' Motion for an Order Authorizing a Settlement with the Internal Revenue Service Relating to Research Credits [Filed: 6/16/08] (Docket No. 18932)

    Related Documents:

    a.    [Proposed] Order Authorizing the Debtors to Enter Into the R&E Settlement [Filed: 6/16/08] (Docket No. 18932)

    **b.**    **Certification of No Objection Regarding Debtors' Motion for an Order Authorizing a Settlement with the Internal Revenue Service Relating to Research Credits [Filed: 7/14/08] (Docket No. 19087)**

Response Deadline: July 3, 2008, at 4:00 p.m. *(extended until July 11, 2008, for the Official Committee of Unsecured Creditors)*

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

7.    Application of the Debtors for the Entry of an Order Expanding the Scope of Retention and Employment of Reed Smith LLP as Counsel to the Debtors [Filed: 6/16/08] (Docket No. 18933)

    Related Documents:

    a.    [Proposed] Order Expanding the Scope of Retention and Employment of Reed Smith LLP as Counsel to the Debtors [Filed: 6/16/08] (Docket No. 18933)

    **b.**    **Certification of No Objection Regarding Application of the Debtors for the Entry of an Order Expanding the Scope of Retention and Employment of Reed Smith LLP as Counsel to the Debtors [Filed: 7/14/08] (Docket No. 19088)**

Response Deadline: July 3, 2008, at 4:00 p.m. *(extended until July 11, 2008, for the*

*Official Committee of Unsecured Creditors)*

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Application. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Application.**

8.      Debtors' Motion for an Order Authorizing Loans Against Debtors' Company Owned Life Insurance Policies [Filed: 6/27/08] (Docket No. 19012)

Related Documents:

a.      [Proposed] Order Authorizing Loans Against Debtors' Company Owned Life Insurance Policies [Filed: 6/27/08] (Docket No. 19012)

Response Deadline: July 11, 2008, at 4:00 p.m. *(extended until July 16, 2008, for the Official Committee of Unsecured Creditors)*

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter will go forward.

## CONTESTED MATTERS

9.      Motion of The Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 11/15/04] (Docket No. 323) *W. R. Grace & Co., et al. v. Margaret Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771].*

Response Deadline: December 15, 2004 at 4:00 p.m.

Responses Received:

a.      Objection of Maryland Casualty Company to Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 01-771, Docket No. 355)

b.      Response of One Beacon America Insurance Company and Seaton Insurance Company to the Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary From the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 04-55083, Docket No. 14)

c.      Objection of Continental Casualty Company and Boston Old Colony Insurance Company to the Scotts Company's Motion Seeking Relief From the Automatic Stay and the Modified Preliminary Junction Order Dated January 22, 2002 [Filed: 2/18/05] (Adv. Pro. No. 01-771, Docket No. 356)

Status: A status conference will go forward on this matter.

10.    Motion of the City of Charleston, South Carolina for Relief from the Automatic Stay [Filed: 12/21/08] (Docket No. 17685)

Related Documents:

a.    [Proposed] Order Granting Motion of City of Charleston, South Carolina for Relief From the Automatic Stay [Filed: 12/21/07] (Docket No. 17685)

Response Deadline: January 11, 2008, at 4:00 p.m.

Responses Received:

a.    Debtors' Objection to the Motion of the City of Charleston, South Carolina for Relief From the Automatic Stay [Filed: 1/11/08] (Docket No. 17807)

Status: A status conference will go forward on this matter.

11.    Motion of Mian Realty, LLC for Entry of Order Declaring that (i) the Automatic Stay Does Not Apply to Filing of Its Proposed Third Party Complaint Against Debtor; and (ii) Debtor's Obligation to Cleanup Certain Real Property Does Not Constitute a Claim Under the Bankruptcy Code [Filed: 4/11/08] (Docket No. 18501)

Related Documents:

a.    [Proposed] Order Declaring that the Automatic Stay Does Not Apply to Filing of Its Proposed Third Party Complaint Against Debtor; and (ii) Debtor's Obligation to Cleanup Certain Real Property Does Not Constitute a Claim Under the Bankruptcy Code [Filed: 4/11/08] (Docket No. 18501)

b.    Amended Notice of Motion of Mian Realty, LLC for Entry of Order Declaring that (i) the Automatic Stay Does Not Apply to Filing of Its Proposed Third Party Complaint Against Debtor; and (ii) Debtor's Obligation to Cleanup Certain Real Property Does Not Constitute a Claim Under the Bankruptcy Code [Filed: 4/30/08] (Docket No. 18642)

Response Deadline: May 16, 2008, at 4:00 p.m.

Responses Received:

a.    Debtors' Response and Objection to Motion of Mian Realty Regarding Applicability of the Automatic Stay [Filed: 5/16/08] (Docket No. 18735)

Status: This matter will go forward.

12.    Motion for Clarification of the Order Expanding the Preliminary Injunction to Include Actions Against Burlington Northern and Santa Fe Railroad [Filed: 6/24/08] (Adv. Pro. No. 01-771, Docket No. 545)

Related Documents:

a.    [Proposed] Order Granting Motion for Clarification of the order Expanding the Preliminary Injunction to Include Actions Against Burlington Northern and Santa

Fe Railroad [Filed: 6/24/08] (Adv. Pro. No. 01-771, Docket No. 545)

b.      [Signed] Modified Order Granting Motion to Shorten Time for Notice and Response to the Motion for Clarification of the Order Expanding the Preliminary Injunction to Include Actions Against Burlington Northern and Santa Fe Railroad [Filed: 6/26/08] (Adv. Pro. No. 01-771, Docket No. 547)

Response Deadline: July 12, 2008, at 4:00 p.m.

Responses Received:

**a.      Objection of Maryland Casualty Company to the Motion for Clarification of the Order Expanding the Preliminary Injunction to Include Actions Against Burlington Northern and Santa Fe Railroad [Filed: 7/11/08] (Adv. Pro. No. 01-771, Docket No. 548)**

**b.      Response of Continental Casualty Company to Motion for Clarification of the Order Expanding the Preliminary Injunction to Include Actions Against Burlington Northern and Santa Fe Railroad [Filed: 7/11/08] (Adv. Pro. No. 01-771, Docket No. 549)**

**c.      Opposition of W. R. Grace & Co. to Motion for Clarification of the Order Expanding the Preliminary Injunction to Include Actions Against Burlington Northern and Santa Fe Railroad [Filed: 7/11/08] (Adv. Pro. No. 01-771, Docket No. 550)**

**d.      Libby Claimants' Statement in Support of BNSF's Motion for Clarification of Preliminary Injunction Order [Filed: 7/11/08] (Adv. Pro. No. 01-771, Docket No. 551)**

**e.      Arrowood Indemnity Company F/K/A Royal Indemnity Company's Joinder in Opposition to Motion for Clarification of the Order Expanding the Preliminary Injunction to Include Actions Against Burlington Northern and Santa Fe Railroad Filed By BNSF Railway Company [Filed: 7/14/08] (Adv. Pro. No. 01-771, Docket No. 552)**

Status: This matter will go forward.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

13.     Status Report on Asbestos Property Damage Claims and Mediation

Related Documents:

a.      Settlement Judge's Report [Filed: 5/23/08] (Docket No. 18779)

Status: A status conference will go forward on this matter.

14.     Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 4/27/07] (Docket No. 15421)

Status: These claims have been resolved and the parties intend to present a settlement agreement shortly.

15.    Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 7/2/07] (Docket No. 16220)

Status: These claims have been resolved and the parties intend to present a settlement agreement shortly.

## ZAI MATTERS

16.    Status on Canadian ZAI PD Claims Settlement and Other Matters

Related Documents:

a.    Expedited Motion of the Canadian ZAI Claimants for Relief From the Automatic Stay [Filed: 4/15/08] (Docket No. 18523)

b.    [Proposed] Order Granting Relief From the Automatic Stay [Filed: 4/15/08] (Docket No. 18523)

c.    Motion of the Canadian ZAI Claimants to Shorten Notice for Expedited Consideration of Their Motion for Relief From the Automatic Stay [Filed: 4/15/08] (Docket No. 18522)

   (i)    [Signed] Order Granting Expedited Consideration of the Canadian ZAI Claimants' Motion for Relief From the Automatic Stay [Filed: 4/23/08] (Docket No. 18593)

Response Deadline: May 16, 2008, at 4:00 p.m.

Responses Received:

a.    Debtors' Objection to the Canadian ZAI Claimants' Motion to Lift the Automatic Stay [Filed: 5/16/08] (Docket No. 18734)

Status: A status conference will go forward on this matter.

17.    Motion of Canadian Zonolite Attic Insulation Claimants for an Order to Establish a Protocol for Cross-Border Communication Between the United States Bankruptcy Court and CCAA [Filed: 6/16/08] (Docket No. 18930)

Related Documents:

a.    [Proposed] Order to Establish a Protocol for Cross-Border Communications [Filed: 6/16/08] (Docket No. 18930)

Response Deadline: July 3, 2008, at 4:00 p.m.

Responses Received:

a.    Response of Her Majesty the Queen in Right of Canada as Represented By the Attorney General of Canada to Canadian ZAI Claimants' Motion for an Order to Establish a Protocol for Cross-Border Communication Between the United States

Bankruptcy Court and the CCAA Court [Filed: 7/3/08] (Docket No. 19042)

b.    Debtors' Response to Canadian ZAI PD Claimants' Protocol Motion [Filed: 7/3/08] (Docket No. 19050)

Status: This matter will go forward.


## STATUS REGARDING CHAPTER 11 PLAN

18.    Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 6/13/08] (Docket No. 18922)

Response Deadline: July 3, 2008, at 4:00 p.m. *(extended until July 11, 2008 for Ad Hoc Committee, Agent for the Lenders and the Official Committee of Unsecured Creditors)*

Responses Received:

a.    The Official Committee of Equity Holders' Joinder to Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 7/3/08] (Docket No. 19051)

b.    **Response of the Official Committee of Unsecured Creditors to Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 7/11/08] (Docket No. 19072)**

c.    **Response of the Bank Lender Group in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 7/11/08] (Docket No. 19073)**

(i)    **Motion for Leave to Exceed the Page Limit Requirement for Response of the Bank Lender Group in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 7/11/08] (Docket No. 19075)**

(ii)    **[Proposed] Order Approving Motion for Leave to Exceed the Page Limit Requirement for Response of the Bank Lender Group in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 7/11/08] (Docket No. 19075)**

d.    **Joinder of JPMorgan Chase Bank, N.A. in the Response of the Bank Lender Group in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 7/11/08] (Docket No. 19074)**

Status: A status conference will go forward on this matter.

Dated: July 1*4*, 2008

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

-and-

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession