IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ANDERSON MEMORIAL HOSPITAL, | ) | |
| | ) | |
| Appellants, | ) | Civil Action No. 08-00118 (RLB) |
| | ) | |
| v. | ) | |
| | ) | |
| W.R. GRACE & CO., *et al*, | ) | DE Bankr. Case No. 01-01139 (JKF) |
| | ) | DE Bankr. Appeal No. 08-AP-39 |
| Appellees. | ) | |
| | ) | Re: Appeal D.I. _____ |

ORDER GRANTING THE
MOTION OF ANDERSON MEMORIAL HOSPITAL
FOR LEAVE TO FILE REPLY IN SUPPORT OF ITS APPLICATION FOR APPEAL
OF ORDER DENYING CLASS CERTIFICATION UNDER FED. R. BANKR. P. 7023

Upon consideration of the above-referenced motion (the "Motion for Leave to Reply"), it is hereby ORDERED that:

1. The Motion for Leave to Reply is GRANTED.

2. Appellant Anderson Memorial Hospital is permitted to file its reply (the "Reply") attached to the Motion for Leave to Reply.

3. Since the Reply was attached to its Motion for Leave to Reply, the Reply is deemed to have been filed simultaneously therewith, on July 7, 2008.

DATED: July 9, 2008

_____
Honorable Ronald L. Buckwalter
United States District Court Judge

080703 91445.DOC