IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON JULY 22, 2008, AT 9:30 A.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE

PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON FRIDAY, JULY 18, 2008
AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE
MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]

## ZAI MATTERS

1. ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 3/18/08] (Docket No. 18323)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:138532.1

Related Documents:

a. [Proposed] Order Granting ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 3/18/08] (Docket No. 18323)

b. ZAI Claimants' Memorandum in Support of Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 3/18/08] (Docket No. 18324)

c. Notice of Rescheduled Hearing on Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 6/6/08] (Docket No. 18881)

d. Notice of Rescheduled Hearing [Filed: 7/2/08] (Docket No. 19041)

Response Deadline: April 10, 2008, at 4:00 p.m.

Responses Received:

a. Debtors' Brief in Opposition to ZAI Claimants' Motion for an Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 4/10/08] (Docket No. 18494)

Reply Deadline: April 15, 2008, at 4:00 p.m.

Replies Received:

a. Reply to Debtors' Opposition to ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 4/15/08] (Docket No. 18526)

*[Remainder of Page Intentionally Left Blank]*

Status: This matter will go forward.

Dated: July 15, 2008

          KIRKLAND & ELLIS LLP
          David M. Bernick, P.C.
          Janet S. Baer
          200 East Randolph Drive
          Chicago, IL 60601
          Telephone: (312) 861-2000
          Facsimile: (312) 861-2200

          -and-

          PACHULSKI STANG ZIEHL & JONES LLP

          */s/ James E. O'Neill*
          Laura Davis Jones (Bar No. 2436)
          James E. O'Neill (Bar No. 4042)
          Kathleen P. Makowski (Bar No. 3648)
          Timothy P. Cairns (Bar No. 4228)
          919 North Market Street, 17th Floor
          Wilmington, DE 19801
          Telephone: (302) 652-4100
          Facsimile: (302) 652-4400

          Co-Counsel for the Debtors and Debtors in Possession