# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: August 11, 2008 at 4:00 |
| | ) | p.m.  Hearing Date: TBD only if necessary |
| | ) | |

**FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF NOVEMBER 1, 2007 THROUGH NOVEMBER 30, 2007**

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | November | Total Comp |
|------|----------|-------------|----------|------------|
| Flaagan, Elizabeth K. | Partner | $ 360.00 | 0.8 | $ 288.00 |
| Haag, Susan | Paralegal | $ 160.00 | 1.8 | $ 288.00 |
| | | | | |
| **Total** | | | **2.60** | **$ 576.00** |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL | |
|---|---|---|
| Photocopies | $ | 1.80 |
| Facsimiles | $ | - |
| Long Distance Telephone | $ | - |
| Federal Express | $ | - |
| Outside Courier | $ | - |
| Lexis | $ | - |
| Consulting Fee | $ | - |
| Postage | $ | - |
| Research Services | $ | - |
| Professional Services | $ | 1,013.56 |
| **Total** | **$** | **1,015.36** |

Holme Roberts & Owen LLP

December 12, 2007

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 790204 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 11/01/07 | SH | Draft June 2007 monthly fee application. | 0.50 | $ | 80.00 |
| 11/02/07 | EKF | Work on fee application issues (.3). | 0.30 | | 108.00 |
| 11/05/07 | EKF | Review and revise October 2007 prebills/invoices for compliance with US Trustee Guidelines (.5). | 0.50 | | 180.00 |
| 11/06/07 | SH | Draft 25th interim fee application. | 0.80 | | 128.00 |
| 11/07/07 | SH | Finalize 25th interim fee application. | 0.50 | | 80.00 |
| | | **Total Fees Through November 30, 2007:** | **2.60** | **$** | **576.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $360.00 | 0.80 | $ | 288.00 |
| SH | Susan Haag | Paralegal | 160.00 | 1.80 | | 288.00 |
| | | **Total Fees:** | | **2.60** | **$** | **576.00** |

**Please note that some individual timekeeper hourly rates will increase effective December 1, 2007**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 11/07/07 | 12 | Document Reproduction | $ | 1.80 |
| 11/09/07 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 308677; DATE: 11/9/2007 - Professional Services through October 31, 2007 | | 1,013.56 |
| | | **Total Disbursements:** | **$** | **1,015.36** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,013.56 |
| Document Reproduction | | 1.80 |
| **Total Disbursements:** | **$** | **1,015.36** |