IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) ) ) | Case No. 01-01139 (JKF) Jointly Administered |
| Debtors. | ) ) ) ) ) | **Objection Deadline: August 25, 2008 @ 4:00 p.m. ET** **Hearing Date: September 2, 2008 @ 2:00 p.m. ET** **Related to Docket Nos. 13406 and 15156** |

### NOTICE OF CLAIMANT STATE OF CALIFORNIA, DEPARTMENT OF GENERAL SERVICES' MOTION FOR LEAVE TO FILE THE EXPERT REPORT OF DR. WILLIAM E. LONGO

TO:   All parties listed on the attached Service List.

Claimant State of California, Department of General Services ("DGS") has filed the accompanying Motion for Leave to File the Expert Report of Dr. William E. Longo (the "Motion") with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Court").

Any objections or other responses to the Motion you may have must be made in writing and be filed with the Court on or before **4:00 p.m. (prevailing Eastern Time) on August 25, 2008** (the "Objection Deadline").

In addition to filing, you must also serve a copy of the objection or other response, if any, upon counsel for DGS – (a) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York 10022, attn: Steven J. Mandelsberg, Esq., and (b) Ballard Spahr Andrews & Ingersoll LLP, 919 North Market Street, 12th Floor, Wilmington, Delaware 19801, Attn: Leslie C. Heilman, Esq., so as to be received by the Objection Deadline.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED AS PROVIDED IN THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN DGS' MOTION WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED AS PROVIDED IN THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE COURT AT 824 MARKET STREET, THIRD FLOOR, WILMINGTON, DELAWARE 19801 ON **SEPTEMBER 2, 2008 AT 2:00 P.M. (PREVAILING EASTERN TIME)**.

Dated: July 17, 2008
Wilmington, Delaware

/s/ Leslie C. Heilman
Tobey M. Daluz, Esq. (No. 3939)
Leslie C. Heilman, Esq. (No. 4716)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
Email: daluzt@ballardspahr.com
       heilmanl@ballardspahr.com

-and-

HAHN & HESSEN LLP
Steven J. Mandelsberg, Esq.
Christina J. Kang, Esq.
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Email: smandelsberg@hahnhessen.com
       ckang@hahnhessen.com

Counsel for Claimant
State of California, Dep't of General Services