IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | **Related to Docket Nos. 13406, 15156 and ____** |
| | ) | |

**ORDER GRANTING CLAIMANT STATE OF CALIFORNIA,
DEPARTMENT OF GENERAL SERVICES' MOTION FOR LEAVE
TO FILE THE EXPERT REPORT OF DR. WILLIAM E. LONGO**

AND NOW, this ____ day of _____, 2008, upon consideration of Claimant State of California, Department of General Services' Motion for Leave to File the Expert Report of Dr. William E. Longo, it is hereby

ORDERED AND ADJUDGED that the motion is granted;

ORDERED AND ADJUDGED that Claimant is granted leave to file the Expert Report of Dr. William E. Longo attached as Exhibit A to Claimant's motion; and

ORDERED AND ADJUDGED that the time by which Debtors must submit any rebuttal reports will be determined by the Court at later date.

_____
Judith K. Fitzgerald
United States Bankruptcy Judge