## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, Esquire, hereby certify that on this 17th day of July, 2008, I caused a true and correct copy of the foregoing Claimant State of California, Department of General Services' Motion for Leave to File the Expert Report of Dr. William E. Longo to be served on the addressees listed on the attached service list in the manner indicated.

Dated: July 17, 2008
Wilmington, Delaware

/s/ Leslie C. Heilman
Leslie C. Heilman, Esquire (No. 4716)

# SERVICE LIST

**VIA HAND DELIVERY**

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**VIA HAND DELIVERY**

Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
Duane, Morris & Heckscher LLP
1110 North Market Street, Suite 1200
Wilmington, DE 19801-1246

**VIA HAND DELIVERY**

Marla Eskin, Esq.
Mark T. Hurford
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801

**VIA HAND DELIVERY**

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**VIA HAND DELIVERY**

Christopher D. Loizides, Esq.
Loizides, P.A.
1225 King Street, Suite 800
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

David Bernick, Esq.
Janet Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601-6636

**VIA HAND DELIVERY**

Steven M. Yoder, Esq.
Bayard P.A.
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

**VIA HAND DELIVERY**

Mark D. Collins, Esq.
Deborah E. Spivack, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

**VIA HAND DELIVERY**

David Klauder, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

**VIA HAND DELIVERY**

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney, PC
1000 West Street, Suite 1410
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

James Restivo, Esq.
Douglas Cameron, Esq.
Traci S. Rea, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886

**VIA FIRST CLASS MAIL**

Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**VIA FIRST CLASS MAIL**

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**VIA FIRST CLASS MAIL**

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena
Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

**VIA FIRST CLASS MAIL**

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Trevor W. Swett, III, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

**VIA FIRST CLASS MAIL**

J. Douglas Bacon, Esq.
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

**VIA FIRST CLASS MAIL**

John C. Phillips, Jr., Esq.
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**VIA FIRST CLASS MAIL**

Avrum J. Rosen, Esq.
38 New Street
Huntington, NY 11743

**VIA FIRST CLASS MAIL**

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

**VIA FIRST CLASS MAIL**

Philip Bentley, Esq.
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**VIA FIRST CLASS MAIL**

William S. Katchen, Esq.
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102-3889

**VIA FIRST CLASS MAIL**

Roger Frankel
Richard H. Wyron
Matthew W. Cheney
Orrick Herrington & Sutcliffe LLP
3050 K Street, NW
Washington, DC 20007

**VIA FIRST CLASS MAIL**

P. Brosnahan, Esq.
Pillsbury Winthrop LLP
P.O. Box 7880
San Francisco, CA 94120-7880

**VIA FIRST CLASS MAIL**

Robert C. McCall, Esq.
Baggett McCall & Burgess
3006 Country Club Road
Lake Charles, LA 70605

**VIA FIRST CLASS MAIL**

Fred H. Sutherland, Esq.
Beard & Sutherland
400 Travis Street, Suite 1610
Shreveport, LA 71101-5564

**VIA FIRST CLASS MAIL**

Martin Dies, Esq.
Dies & Hile LLP
1601 Rio Grande, Suite 330
Austin, TX 78701

**VIA FIRST CLASS MAIL**

Kenneth F. Sills, Esq.
Hammonds & Sills Quad
1111 S. Foster Drive, Suite C
Baton Rouge, LA 70806

**VIA FIRST CLASS MAIL**

Joseph Digiuseppe, Esq.
Law Department, City of Philadephia
One Parkway
1515 Arch Street, 15th Floor
Philadelphia, PA 19102

**VIA FIRST CLASS MAIL**

Anne McGinness Kearse, Esq.
James M. Hughes, Esq.
Motley Rice LLC
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

**VIA FIRST CLASS MAIL**

John Michael Belferman
21600 Beallsville Road
Barnesville, MD 20838

**VIA FIRST CLASS MAIL**

Woodbury Place Apartments LTD
3942 Pleasure Hill
San Antonio, TX 78229

**VIA FIRST CLASS MAIL**

William L. Adams, Esq.
County of Sonoma, Office of County Counsel
575 Administration Drive, Room 105a
Santa Rosa, CA 95403

**VIA FIRST CLASS MAIL**

Jack A. Grant, Esq.
Grant & Barrow
238 Huey P Long Avenue
Gretna, LA 70054

**VIA FIRST CLASS MAIL**

Steven E. Crick, Esq.
Humphrey Farrington & McClain
221 W. Lexington, Suite 400
Independence, MO 64051

**VIA FIRST CLASS MAIL**

Tom Lewis, Esq.
Lewis & Slovak PC
725 3rd Avenue North
Great Falls, MT 59403

**VIA FIRST CLASS MAIL**

William R. Wittenberg
6110 Panorama Drive NE
Tacoma, WA 98422

**VIA FIRST CLASS MAIL**

Jamie Guevara Shartzer
24172 Zorro Court
Hayward, CA 94541

**VIA FIRST CLASS MAIL**

Ronald Alan Skarie
7623 W Ryan Road
Franklin, WI 53132

**VIA FIRST CLASS MAIL**

Kenneth D. Smith
1711 Milton Manor Drive
El Cajon, CA 92021

**VIA FIRST CLASS MAIL**

Clifford M. Spingler
1233 NW 199th Place
Shoreline, WA 98177

**VIA FIRST CLASS MAIL**

Fanette L. Stewart
621 East 40th Avenue
Spokane, WA 99203

**VIA FIRST CLASS MAIL**
Dale M. Johnson
4974 N. Fresno Street, Suite 526
Fresno, CA 93726

**VIA FIRST CLASS MAIL**

D. Alexander Barnes, Esq.
Obermayer Rebmann Maxwell & Hippel, LLP
1617 John F. Kennedy Blvd.
One Penn Center, 19th Floor
Philadelphia, PA 19103-1895

**VIA FIRST CLASS MAIL**

Joseph Schwartz, Esq.
Riker Danzig Scherer Hyland & PC
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962

**VIA FIRST CLASS MAIL**

Daniel A. Speights, Esq.
Speights & Runyan
200 Jackson Avenue East
Hampton, SC 29924

**VIA FIRST CLASS MAIL**

First Presbyterian Church
516 12th Street
Dawson, MN 56232

**VIA FIRST CLASS MAIL**

Virginia L. Thrasher
3460 Pheasant Court
Decatur, GA 30034

**VIA FIRST CLASS MAIL**

Allegheny Center Associates
One and Two Allegheny Center
Pittsburgh, PA 15212

**VIA FIRST CLASS MAIL**

Steven Davis, Esq.
Obermayer Rebmann Maxwell & Hippel, LLP
3 Mill Road, Suite 306A
Wilmington, DE 19806

**VIA FIRST CLASS MAIL**

Edward J. Westbrook, Esq.
Richardson Patrick Westbrook & Brickman LLC
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, SC 29464

**VIA FIRST CLASS MAIL**

Richard L. Stoper, Esq.
Rotatori Bender Gragel Stoper & Alexander Co LPA
800 Leader Bldg.
526 Superior Avenue E
Cleveland, OH 44114-1498

**VIA FIRST CLASS MAIL**

Scott L. Baena, Esq.
Jay Sakalo, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

**VIA HAND DELIVERY**

Laurie S. Polleck, Esq.
Jaspan Schlesinger Hoffman LLP
913 N. Market Street, 12th Floor
Wilmington, DE 19801

**VIA FIRST CLASS MAIL**

Lyle Schutte
First Presbyterian Church
516 12th Street
P.O. Box 425
Dawson, MN 56232

**VIA FIRST CLASS MAIL**

Mr. Alfred V. Williams
3942 Pleasure Hill
San Antonio, TX 78229

**VIA FIRST CLASS MAIL**

Fanette L. Stewart
621 East 40th Avenue
Spokane, WA 99203

**VIA FIRST CLASS MAIL**

Thomas J. Brandi, Esq.
Terence D. Edwards, Esq.
The Brandi Law Firm
44 Montgomery Street, Suite 1050
San Francisco, CA 94104

**VIA FIRST CLASS MAIL**

Ronald Skarie
7623 W. Ryan Road
Franklin, WI 53132