**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                                   )
**In re:**                                         )        **Chapter 11**
                                                   )
**W.R. GRACE & CO., et al.,**                      )        **Case No. 01-1139 (JKF)**
                                                   )
              **Debtors.**                         )        Objection Deadline: August 7, 2008 at 4:00 p.m.
_____)        Hearing: Schedule if Necessary (Negative Notice)

**NOTICE OF FILING OF**
**TWENTY-EIGHTH MONTHLY INTERIM APPLICATION OF**
**ORRICK, HERRINGTON & SUTCLIFFE LLP, COUNSEL TO**
**DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE**

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
       (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants;
       (5) Counsel to the Official Committee of Asbestos Property Damage Claimants;
       (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
       Debtors-in-Possession Lender; and (8) the Fee Auditor

       Orrick, Herrington & Sutcliffe LLP, counsel to David T. Austern, Future Claimants'

Representative (the "FCR"), has filed and served its Twenty-Eighth Monthly Application of

Orrick, Herrington & Sutcliffe LLP for Compensation for Services Rendered and

Reimbursement of Expenses as counsel to the FCR for the time period May 1, 2008 through May

31, 2008, seeking payment of fees in the amount of $139,969.60 (80% of $174,962.00) and

expenses in the amount of $9,210.37, for a total amount of $149,179.97 (the "Application").

       This Application is submitted pursuant to the Administrative Order Under 11 U.S.C. §§

105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for

Expenses for Professionals and Official Committee Members signed April 17, 2002, amending

the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code

Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and

Reimbursement of Expenses of Professionals, entered May 3, 2001 (collectively, the

"Administrative Order").

Objections or responses to the Application, if any, must be made in writing and filed with

the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824

Market Street, Fifth Floor, Wilmington, DE  19801, on or before **August 7, 2008 at 4:00 p.m.,**

**Eastern Time.**

At the same time you must also serve a copy of the objections or responses, if any, upon

the following: (i) co-counsel to David T. Austern, FCR, Roger Frankel, Esquire and Richard H.

Wyron, Esquire, Orrick, Herrington & Sutcliffe LLP, 1152 15th Street, NW, Washington, DC

20005 and John C. Phillips, Esquire, Phillips, Goldman & Spence, P.A., 1200 North Broom

Street, Wilmington, DE 19806; (ii) co-counsel for the Debtors, David M. Bernick, Esquire,

Kirkland & Ellis LLP, 200 East Randolph Drive, Chicago, IL 60601 and Laura Davis Jones,

Esquire, Pachulski Stang Ziehl & Jones LLP, 919 North Market Street, Suite 1600, P.O. Box

8705, Wilmington, DE 19899-8705; (iii) co-counsel to the Official Committee of Unsecured

Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New

York, NY 10038-4982 and Michael R. Lastowski, Esquire, Duane Morris, LLP, 1100 N. Market

Street, Suite 1200, Wilmington, DE 19801-1246; (iv) co-counsel to the Official Committee of

Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Baena, Price &

Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, FL

33131 and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O.

Box 1351, Wilmington, DE 19899; (v) co-counsel to the Official Committee of Asbestos

Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th

Floor, New York, NY 10022 and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase

Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, DE 19801; (vi) co-

counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite

5800, Chicago, IL  60606 and Neil B. Glassman, Esquire, The Bayard Firm, 222 Delaware

Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899; (vii) counsel to the Official

Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel

LLP, 919 Third Avenue, New York, NY 10022; (viii) the Office of the United States Trustee,

ATTN: David M. Klauder, Esquire, 844 N. King Street, Suite 2207, Lockbox 35, Wilmington,

DE 19801; and (ix) the Fee Auditor, Warren H. Smith, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 4080, Dallas, TX 75201.

Any questions regarding this Notice or attachments may be directed to undersigned

counsel.

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:/S/ DEBRA L. FELDER
  Roger Frankel, admitted *pro hac vice*
  Richard H. Wyron, admitted *pro hac vice*
  Debra L. Felder, admitted *pro hac vice*
  Columbia Center
  1152 15th Street, NW
  Washington, DC  20005
  (202) 339-8400

  Counsel to David T. Austern,
  Future Claimants' Representative


Dated: July 18, 2008

-3-