# EXHIBIT A

# ORRICK HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD
## <u>MAY 1-31, 2008</u>



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

June 13, 2008
Client No. 17367
Invoice No. 1132500

Orrick Contact: Roger Frankel

| | | |
|---|---|---|
| FOR SERVICES RENDERED through May 31, 2008 in connection with the matters described on the attached pages: | $ | 174,962.00 |
| DISBURSEMENTS as per attached pages: | | 9,210.37 |
| **TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):** | $ | **184,172.37** |

Matter(s): 17367/10, 11, 12, 13, 14, 15, 2, 8, 9

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$1,697,284.12
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*4253 Collections Center Drive*
*Chicago, IL 60693*
*Reference: 17367/ Invoice: 1132500*
*E.I.N. 94-2952627*
*Overnight deliveries:  (312) 974-1642*

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number 0260-0959-3*
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1132500*
*E.I.N. 94-2952627*

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number 121-000358*
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1132500*
*E.I.N. 94-2952627*



**ORRICK**

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

June 13, 2008
Client No. 17367
Invoice No. 1132500

Orrick Contact: Roger Frankel

For Legal Services Rendered Through May 31, 2008 in Connection With:

**Matter: 2 - Case Administration**

| | | | |
|---|---|---|---|
| 05/09/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 05/12/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 05/13/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 05/14/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 05/16/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.20 |
| 05/19/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 05/20/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 05/21/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 05/22/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |

Total Hours    1.00
Total For Services    $180.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Risa L. Mulligan | 1.00 | 180.00 | 180.00 |
| Total All Timekeepers | 1.00 | $180.00 | $180.00 |

Disbursements
Court Messenger Research    1,317.25
Postage    0.42
Telephone    1.35
Total Disbursements    $1,319.02

**Total For This Matter**    **$1,499.02**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

June 13, 2008
Invoice No. 1132500

For Legal Services Rendered Through May 31, 2008 in Connection With:

**Matter: 8 - Litigation**

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/01/08 | J. Cangialosi | Assist attorney re post-trial organization of documents (1.8); review attorney work sets of documents for storage (.7). | 2.50 |
| 05/01/08 | D. Felder | Review recently filed pleadings for June omnibus hearing (1.7); e-mail correspondence with J. Biggs and R. Wyron regarding expert issues (.1). | 1.80 |
| 05/01/08 | R. Frankel | Review various docket entries, files. | 0.40 |
| 05/02/08 | J. Cangialosi | Assist attorney re post-trial organization of documents (1.8); review attorney work sets of documents for storage (.7). | 2.50 |
| 05/02/08 | D. Felder | Review recently filed pleadings. | 0.80 |
| 05/02/08 | R. Frankel | Review Grace Reply re motion for leave to appeal order denying injunction. | 0.70 |
| 05/05/08 | J. Cangialosi | Assist attorney re post trial organization of documents (1.3); review attorney work sets of documents for storage (1.2). | 2.50 |
| 05/05/08 | D. Felder | Review recently filed for upcoming hearings and objection deadlines. | 1.80 |
| 05/06/08 | R. Frankel | Review Libby motion to dissolve stay, Grace opposition to Libby motion for leave to appeal and Grace Reply in support of its motion for leave to appeal. | 1.80 |
| 05/07/08 | R. Frankel | Review issues with R. Wyron re environmental - restitution meeting. | 0.40 |
| 05/13/08 | R. Mullady, Jr. | Confer with R. Wyron and R. Frankel regarding confirmation issues and estimation case resumption. | 0.50 |
| 05/14/08 | D. Felder | Review recently filed pleadings (1.5); conference with R. Wyron regarding upcoming hearings and deadlines (.1); review pension motion (.2); telephone conference and e-mail with J. Brownstein regarding same (.1). | 1.90 |
| 05/14/08 | R. Wyron | Review EPA/Libby settlement issues to prepare for meeting with Grace (1.1); calls to and from M. Hurford regarding meeting and follow-up e-mails (.4); review hearing calendar with D. Felder (.3); review pension motion issues (.2). | 2.00 |
| 05/15/08 | D. Felder | Review calendar of upcoming hearings and deadlines and attention to pleadings regarding same (2.7); e-mail correspondence with D. Fullem regarding upcoming deadlines (.1). | 2.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    June 13, 2008
17367                                                                                Invoice No. 1132500
page 3

| Date | Person | Description | Hours |
|---|---|---|---|
| 05/15/08 | R. Wyron | Review Libby/EPA settlement materials (.8); attend meeting with Debtors' counsel, UCC and ACC on restitution, Libby settlement and related issues (1.5); confer with ACC counsel on issues and follow-up (.4) | 2.70 |
| 05/16/08 | D. Felder | Review recently filed pleadings (2.7); telephone conference with M. Hurford regarding same (.2). | 2.90 |
| 05/16/08 | R. Frankel | Review series of pleadings of Canadian ZAI Claimants Objecting to Bar Date Motion. | 1.40 |
| 05/19/08 | D. Felder | Review pleadings regarding ZAI issues. | 2.30 |
| 05/19/08 | R. Frankel | Review pleadings filed re ZAI issues. | 0.60 |
| 05/20/08 | D. Fullem | Review calendar of deadlines and hearings for submissions relating to agenda for June 23 hearing. | 0.20 |
| 05/20/08 | D. Felder | Review recently filed pleadings. | 1.10 |
| 05/20/08 | R. Frankel | Review motion authorizing minimum funding of pension plans. | 0.60 |
| 05/22/08 | R. Wyron | Review issues on EPA/Libby settlement and follow-up e-mails re no objection. | 0.60 |
| 05/23/08 | R. Wyron | Review proposed change to Grace/EPA multisite agreement and follow-up with ACC. | 1.10 |
| 05/27/08 | R. Wyron | Review agenda for hearing (.2); confer with R. Frankel on strategy and follow-up (.1). | 0.30 |
| 05/27/08 | R. Frankel | Review agenda for June 2 hearing (.3); review mediators filed statement (.1); confer with R. Wyron re hearing (.3). | 0.70 |
| 05/28/08 | D. Fullem | Prepare e-mail regarding CourtCall deadline for telephonic participation in hearing on June 2; review and respond to replies. | 0.50 |
| 05/28/08 | D. Felder | Review recently filed pleadings. | 1.10 |
| 05/28/08 | R. Mullady, Jr. | E-mails to/from M. Shapo re estimation trial. | 0.20 |
| 05/28/08 | R. Frankel | Review motion of PD Committee to continue in part Bar Date hearing (.8); review appeal brief of Montana (.7). | 1.50 |
| 05/29/08 | D. Felder | E-mail correspondence to D. Fullem regarding status of various outstanding issues (.1); attention to memorandum regarding disclosure issues (.2). | 0.30 |
| 05/29/08 | R. Wyron | Review opinion on PD issues re Anderson certification. | 0.90 |
| 05/30/08 | D. Felder | Attention to disclosure issues (.1); review recently filed pleadings and agenda for omnibus hearing (1.8). | 1.90 |
| 05/30/08 | R. Frankel | Review memorandum opinion re motion of Anderson Memorial Hospital. | 1.20 |
| 05/30/08 | R. Frankel | Review Debtor's response to PD Committee request for evidentiary hearing. | 0.80 |
| 05/30/08 | R. Frankel | Review amended agenda. | 0.40 |

|  |  |
|---|---|
| Total Hours | 45.70 |
| Total For Services | $27,607.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

June 13, 2008
Invoice No. 1132500

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James Cangialosi | 7.50 | 260.00 | 1,950.00 |
| Debra Felder | 18.70 | 530.00 | 9,911.00 |
| Roger Frankel | 10.50 | 875.00 | 9,187.50 |
| Debra O. Fullem | 0.70 | 245.00 | 171.50 |
| Raymond G. Mullady, Jr. | 0.70 | 710.00 | 497.00 |
| Richard H. Wyron | 7.60 | 775.00 | 5,890.00 |
| Total All Timekeepers | 45.70 | $604.09 | $27,607.00 |

Disbursements

| | | |
|---|---|---|
| Document Reproduction | 2.00 | |
| Express Delivery | 63.45 | |
| Litigation Support | -874.24 | |
| Local Taxi Expense | 410.13 | |
| Other Business Meals | 238.55 | |
| Out of Town Business Meals | 12.00 | |
| Outside Reproduction Services | 67.45 | |
| Outside Services | 123.91 | |
| Parking Expense | 9.00 | |
| Postage | 0.97 | |
| Purchases | 29.95 | |
| Telephone | 2.07 | |
| Travel Expense, Air Fare | 6,306.75 | |
| Travel Expense, Local | 467.31 | |
| Total Disbursements | | $6,859.30 |

**Total For This Matter**            **$34,466.30**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

June 13, 2008
Invoice No. 1132500

For Legal Services Rendered Through May 31, 2008 in Connection With:

**Matter: 9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 05/01/08 | K. Thomas | Review e-mail from R. Frankel re default interest memo (.1); review memorandum in preparation for conference re same (.2); conference with R. Frankel re default interest memorandum (.3). | 0.60 |
| 05/01/08 | D. Felder | Review docket and related pleadings regarding plan due diligence and prepare for meeting regarding same. | 1.00 |
| 05/01/08 | R. Wyron | Review materials for 5/8 meeting with Tillinghast and calls re same (1.1); review indemnification issues and other open due diligence items (.6); review Libby issues and follow-up (.8). | 2.50 |
| 05/01/08 | R. Frankel | Confer with K. Thomas re memo on default interest; notes re same. | 0.70 |
| 05/01/08 | R. Frankel | Confer with R. Wyron re plan meeting, meeting re related issues (.6); confer with R. Wyron re default interest (.6). | 1.20 |
| 05/02/08 | K. Thomas | Conference with D. Felder and R. Wyron re indemnity claims. | 0.30 |
| 05/02/08 | D. Felder | Conference with R. Wyron and K. Thomas regarding plan issues (.4); review Equitas settlement and e-mail to R. Wyron regarding same (.8). | 1.20 |
| 05/04/08 | R. Wyron | Review K. Thomas's analysis of indemnity claims and follow-up. | 0.30 |
| 05/05/08 | D. Felder | Follow-up e-mail correspondence with R. Wyron regarding Equitas insurance issue for plan due diligence (.6); review due diligence materials from K. Thomas (.2); review e-mail correspondence from J. Biggs and R. Frankel regarding plan issues (2.7). | 3.50 |
| 05/05/08 | R. Wyron | Begin preparation for 5/8 meeting with D. Austern on Tillinghast report (.4).; begin review of Tillinghast analysis (.9); develop plan open items list (.9). | 2.20 |
| 05/05/08 | R. Frankel | Confer with R. Wyron re meeting with Biggs, issues re payment percentage. | 0.90 |
| 05/06/08 | K. Thomas | E-mail to J. Brownstein re default interest issue (.1); legal research and draft revised memorandum re default interest issues (5.7). | 5.80 |
| 05/06/08 | D. Felder | Review materials regarding plan due diligence. | 3.30 |
| 05/06/08 | R. Frankel | Telephone conference with E. Inselbuch re status of Libby discussions; notes re same. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    June 13, 2008
17367                                                                                    Invoice No. 1132500
page 6

| 05/07/08 | K. Thomas | Review and edit draft of memorandum re default interest and circulate same to R. Frankel and R. Wyron. | 4.00 |
|---|---|---|---|
| 05/07/08 | D. Felder | Continue reviewing materials regarding plan due diligence and prepare summary and information request list regarding same. | 3.10 |
| 05/07/08 | R. Frankel | Telephone conference with M. Shelnitz re status; confer with R. Wyron re plan issues. | 0.80 |
| 05/08/08 | D. Felder | Review materials for Tillinghast meeting (.9); telephone conference with J. Baer regarding plan issues (.2); review materials and prepare follow-up e-mail regarding same (.5); conferences with R. Wyron regarding plan issues (.5); conference with Tillinghast, R. Frankel, R. Wyron and D. Austern regarding plan issues (3.0); review recently filed pleadings (.7). | 5.80 |
| 05/08/08 | R. Frankel | Review status, strategy with D. Austern. | 0.30 |
| 05/09/08 | D. Fullem | Review and respond to request from R. Frankel regarding copy of 10-Q filed by Grace. | 0.30 |
| 05/09/08 | D. Felder | Conferences with R. Wyron regarding plan issues and due diligence (.1); review materials from Debtors regarding ZAI claims (.6). | 0.70 |
| 05/09/08 | R. Wyron | Review open due diligence terms (.3); review indemnification claims issues (.2); prepare for 5/15 meeting on restitution (.3). | 0.80 |
| 05/09/08 | R. Frankel | Review issues in preparation for meeting at K&E (.5); e-mails re same (.1). | 0.60 |
| 05/12/08 | R. Wyron | Begin review of 10-Q and related disclosures (.8); work on open issues summary (.4); confer with J. Radecki on plan issues (.3). | 1.50 |
| 05/12/08 | R. Frankel | Telephone conference with T. Freedman re plan issues, documentation (.3); confer with R. Wyron re same (.3). | 0.60 |
| 05/12/08 | R. Frankel | Review 10-Q. | 1.40 |
| 05/13/08 | M. Wallace | Review correspondence regarding term sheets. | 0.10 |
| 05/13/08 | R. Wyron | Review Court's decision on stay pending appeal regarding Libby and follow-up on plan impacts (.5); review follow-up analysis from Tillinghast (1.2). | 1.70 |
| 05/14/08 | M. Wallace | Discuss initial reactions to term sheets with R. Wyron and correspond with R. Wyron regarding same. | 0.10 |
| 05/14/08 | R. Wyron | Review draft term sheets from K&E, and follow-up e-mails regarding same (.9); organize issues list (.4). | 1.30 |
| 05/15/08 | M. Wallace | Begin review of guarantee term sheet, including against executed term sheet. | 1.30 |
| 05/15/08 | R. Wyron | Continue review of 10-Q. | 0.40 |
| 05/15/08 | R. Frankel | Review draft term sheets for key documents from K&E and compare to signed Term Sheet. | 2.30 |



ORRICK

| 05/15/08 | R. Frankel | Review memo re GUC entitlement to default interest. | 1.70 |
|---|---|---|---|
| 05/16/08 | M. Wallace | Correspond with R. Wyron and R. Frankel regarding meeting to discuss issues in documents. | 0.10 |
| 05/16/08 | M. Wallace | Research warrant precedent and stock restriction issues. | 0.60 |
| 05/16/08 | M. Wallace | Correspond with C. Reynolds regarding tax basis for stock transfer restrictions. | 0.20 |
| 05/16/08 | M. Wallace | Telephone call with C. Reynolds regarding basis for 4.75% restriction on shares. | 0.20 |
| 05/16/08 | C. Reynolds | Review warrant agreement (.1); telephone conferences with M. Wallace re exercise restrictions (.1); research re application of IRC 382 where warrant is held by trustee on behalf of a class of warrantholders (1.6). | 1.80 |
| 05/16/08 | R. Frankel | Confer with R. Wyron re meeting at K&E, plan issues (.4); review notes re Term Sheet (.4). | 0.80 |
| 05/17/08 | R. Frankel | Review, sort files regarding plan litigation matters. | 0.40 |
| 05/19/08 | M. Wallace | Review deferred payment term sheet, including against recent subordination transactions and CE contribution agreement. | 1.20 |
| 05/19/08 | M. Wallace | Review Guarantee term sheet against CE transaction documents. | 0.50 |
| 05/20/08 | D. Felder | Review draft trust distribution procedures, plan term sheets and materials from J. Biggs. | 2.80 |
| 05/20/08 | D. Felder | Review claims bar date issues and e-mail with R. Wyron regarding same (.4); review medical monitoring information from Debtors (.5). | 0.90 |
| 05/20/08 | M. Wallace | Review warrant term sheet, including against warrant precedent. | 1.50 |
| 05/20/08 | M. Wallace | Research warrant issuances by Grace. | 1.30 |
| 05/20/08 | M. Wallace | Research accounting issues with respect to cashless exercise feature of warrants. | 0.60 |
| 05/20/08 | M. Wallace | Research warrant agent provisions in warrants. | 0.30 |
| 05/20/08 | M. Wallace | Review terms of recent rights offering by Grace for comparison to warrant terms offered to trust. | 1.70 |
| 05/20/08 | M. Wallace | Review share issuance term sheet and note issues in same. | 0.80 |
| 05/20/08 | R. Wyron | Review comments on term sheets and organize notes for 5/21 meeting. | 0.80 |
| 05/21/08 | D. Felder | Conference with R. Frankel, R. Wyron and M. Wallace regarding plan term sheets and trust distribution procedures. | 2.50 |
| 05/21/08 | M. Wallace | Meeting with R. Wyron, R. Frankel and D. Felder regarding Kirkland deal document term sheets and issues in same. | 1.40 |
| 05/21/08 | R. Wyron | Review notes on term sheets (.3); confer with plan team and follow-up (.8). | 1.10 |
| 05/21/08 | R. Frankel | Review proposed term sheets, notes in preparation for internal meeting. | 1.30 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

June 13, 2008
Invoice No. 1132500

| | | | |
|---|---|---|---|
| 05/21/08 | R. Frankel | Confer with M. Wallace, R. Wyron, D. Felder re proposed term sheets; notes re same. | 1.20 |
| 05/22/08 | M. Wallace | Review and respond to correspondence regarding plan delivery and meeting. | 0.10 |
| 05/22/08 | M. Wallace | Prepare term sheets for editing. | 0.20 |
| 05/22/08 | M. Wallace | Draft warrant provisions, including reviewing and comparing precedent regarding covenants and antidilution protection. | 5.00 |
| 05/22/08 | M. Wallace | Begin revising Guarantee Agreement term sheet, including review against precedent. | 1.50 |
| 05/22/08 | M. Wallace | Research investor rights' provisions regarding reporting obligations when non-public. | 0.80 |
| 05/23/08 | M. Wallace | Review correspondence regarding Plan meeting. | 0.10 |
| 05/27/08 | M. Wallace | Draft comments to Share Issuance Term Sheet. | 1.40 |
| 05/27/08 | M. Wallace | Research pledge agreement provisions for Share Issuance Term Sheet. | 0.30 |
| 05/27/08 | M. Wallace | Review term sheets, including comparing to each other for consistency in approach, finalize and distribute for internal review. | 1.70 |
| 05/27/08 | M. Wallace | Draft provisions for/markup Deferred Payment Term Sheet, including reviewing and incorporating appropriate subordination and default terms from other transactions. | 5.40 |
| 05/27/08 | R. Wyron | Begin review of term sheet revisions for 5/28 discussion (.4) review due diligence items for plan discussions (.7). | 1.10 |
| 05/28/08 | D. Felder | E-mail correspondence with J. Biggs and J. Kimble regarding trust distribution procedures and review related issues (.5); e-mail correspondence with J. Baer regarding plan due diligence (.1). | 0.60 |
| 05/28/08 | M. Wallace | Draft correspondence regarding comments to term sheet and distribution. | 0.20 |
| 05/28/08 | M. Wallace | Meet with R. Wyron and R. Frankel regarding comments to term sheets. | 0.60 |
| 05/28/08 | M. Wallace | Revise term sheets based on R. Wyron's and R. Frankel's comments. | 0.70 |
| 05/28/08 | M. Wallace | Review revised term sheets and mark-up in preparation for meeting with R. Frankel and R. Wyron. | 4.00 |
| 05/28/08 | M. Wallace | Correspond with R. Wyron and R. Frankel regarding meeting on term sheets. | 0.10 |
| 05/28/08 | M. Wallace | Revise term sheets with additional comments from review in preparation for internal meeting. | 0.50 |
| 05/28/08 | R. Wyron | Review term sheets with M. Wallace comments (1.2); meet with M. Wallace and R. Frankel to review changes to term sheets, and follow-up e-mail re same (.9). | 2.10 |
| 05/28/08 | R. Frankel | Confer with M. Wallace, R. Wyron re Term Sheets. | 0.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    June 13, 2008
17367                                                                               Invoice No. 1132500
page 9

| 05/28/08 | R. Frankel | Review blacklined term sheets from M. Wallace. | 2.60 |
| 05/29/08 | R. Frankel | Review series of e-mails with Biggs re liquidated claims. | 0.60 |
| 05/29/08 | R. Frankel | Review issues re plan, plan scenarios. | 1.10 |
| 05/30/08 | M. Wallace | Review correspondence regarding Plan distribution and timing. | 0.10 |
| 05/30/08 | M. Wallace | Discuss Grace status and meetings with ACC with R. Wyron. | 0.20 |
| 05/30/08 | M. Wallace | Discuss next steps for meetings and discussions on term sheets and plan with R. Frankel. | 0.20 |
| 05/30/08 | R. Wyron | Review SEC filings for plan issues (.8); follow-up on open due diligence items (.3); review statues of due diligence work and organize notes (.4); review term sheet comments (.3). | 1.80 |
| 05/30/08 | R. Frankel | Series of e-mails re plan status (.4); confer with R. Wyron re same (.3); confer with M. Wallace re same (.2). | 0.90 |

Total Hours                       111.20
Total For Services                                    $73,194.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 25.40 | 530.00 | 13,462.00 |
| Roger Frankel | 20.40 | 875.00 | 17,850.00 |
| Debra O. Fullem | 0.30 | 245.00 | 73.50 |
| Clayton S. Reynolds | 1.80 | 800.00 | 1,440.00 |
| Katherine S. Thomas | 10.70 | 470.00 | 5,029.00 |
| Mary A. Wallace | 35.00 | 620.00 | 21,700.00 |
| Richard H. Wyron | 17.60 | 775.00 | 13,640.00 |
| Total All Timekeepers | 111.20 | $658.22 | $73,194.50 |

Disbursements
    Local Taxi Expense                    35.11
    Telephone                              8.37
    Westlaw Research                     340.50
                    Total Disbursements                   $383.98

**Total For This Matter**                             **$73,578.48**



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

June 13, 2008
Invoice No. 1132500

For Legal Services Rendered Through May 31, 2008 in Connection With:

**Matter: 10 - Retention of Professionals - Other**

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/09/08 | D. Fullem | Prepare amended notice of employment of PJC with corrected objection deadline (.8); forward same to local counsel for filing (.2); coordinate service (.2). | 1.20 |
| 05/16/08 | D. Fullem | Review UST objection to PJC modified employment and D. Felder's follow-up e-mail. | 0.20 |
| 05/16/08 | D. Felder | Review UST objection to Piper Jaffray application (.2); conference with R. Wyron regarding same (.1); e-mail correspondence with J. Radecki and J. Brownstein regarding same (.1); telephone conference with J. Brownstein regarding same (.1); e-mail correspondence with D. Fullem regarding same (.1). | 0.60 |
| 05/16/08 | R. Frankel | Review objection of UST to employment of PJC-Radecki (.6); confer with D. Felder re same (.3). | 0.90 |
| 05/19/08 | D. Fullem | Review e-mail from R. Wyron regarding D. Klauder (UST) position on PJC and Tre Angeli. | 0.20 |
| 05/19/08 | D. Felder | Review e-mail correspondence from R. Wyron regarding Piper Jaffray application (.1); telephone conference with R. Frankel, R. Wyron, J. Radecki and J. Brownstein regarding same (.3). | 0.40 |
| 05/19/08 | R. Wyron | Review PJC agreements for call with PJC (.4); call with D. Klauder (UST) regarding objection and follow-up (.4); call with J. Radecki and Piper Jaffray and follow-up (.6); draft e-mail to D. Klauder (.2). | 1.60 |
| 05/19/08 | R. Frankel | Review issues re resolution of Piper retention (.3); telephone conference with Radecki, Brownstein re retention (.4). | 0.70 |
| 05/21/08 | R. Frankel | Review e-mails, resolutions of PJC - Radecki retention. | 0.30 |
| 05/22/08 | R. Wyron | Work on Piper Jaffray issues; follow up e-mails to Piper's counsel (.4); calls to J. Radecki and J. Brownstein re resolution (.2). | 0.60 |
| 05/23/08 | R. Wyron | Call with J. Brownstein regarding Piper Jaffray application and US Trustee's proposal. | 0.40 |
| 05/27/08 | R. Wyron | Call with J. Radecki (.2); confer with R. Frankel on status and strategy and e-mail re same (.2); follow-up with J. Brownstein (.1); outline Tre Angeli application (.3). | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    June 13, 2008
17367                                                                                    Invoice No. 1132500
page 11

| 05/28/08 | R. Wyron | Calls with J. Radecki and J. Brownstein re Piper Jaffray retention and modifications to application (.6); confer with R. Frankel, D. Felder re strategy (.3). | 0.90 |
|---|---|---|---|
| 05/29/08 | D. Fullem | Review and respond to e-mails from D. Felder regarding application to employ Tre Angeli (.3); discuss same with D. Felder and R. Wyron (.2); review R. Wyron e-mail regarding UST objection (.4). | 0.90 |
| 05/29/08 | D. Felder | Telephone conference with J. Brownstein regarding application to modify Piper Jaffray's employment (.1); e-mail correspondence from R. Wyron and D. Fullem regarding same (.3); conferences with D. Fullem regarding same (.2). | 0.60 |
| 05/29/08 | R. Wyron | Draft summary to D. Klauder on Piper issues. | 0.20 |
| 05/30/08 | D. Felder | Telephone conference with J. Brownstein regarding Piper Jaffray application (.1); review e-mail correspondence regarding same (.1); conference with R. Wyron regarding same (.1). | 0.30 |
| 05/30/08 | R. Wyron | Review e-mail on Piper issues and follow-up e-mail (.3); various calls with J. Radecki, J. Brownstein and D. Klauder regarding procedure for resolving objections and follow-up (.9); review draft retention letters and provide comments (.7); confer with R. Frankel and follow-up e-mail (.4). | 2.30 |
| 05/30/08 | R. Frankel | Review issues re UST objection, PJC application (.5); confer with R. Wyron re same (.3). | 0.80 |

Total Hours                    13.90
Total For Services                                              $9,252.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.90 | 530.00 | 1,007.00 |
| Roger Frankel | 2.70 | 875.00 | 2,362.50 |
| Debra O. Fullem | 2.50 | 245.00 | 612.50 |
| Richard H. Wyron | 6.80 | 775.00 | 5,270.00 |
| Total All Timekeepers | 13.90 | $665.61 | $9,252.00 |

Disbursements
    Document Reproduction                    54.00
    Postage                                  197.60
                              Total Disbursements              $251.60

                              **Total For This Matter**          **$9,503.60**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

June 13, 2008
Invoice No. 1132500

For Legal Services Rendered Through May 31, 2008 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 05/02/08 | D. Fullem | Review and calendar objections and hearings on fee application matters. | 0.20 |
| 05/05/08 | D. Fullem | Review and respond to e-mail from D. Felder regarding CNOs for D. Austern's January and February fee applications (.2); review docket (.2); prepare CNOs (.4); prepare e-mail and forward same along with notices and docket to D. Felder for review/comment (.2). | 1.00 |
| 05/06/08 | D. Fullem | Prepare and coordinate filing and serving of Tillinghast CNOs for January and Austern CNOs for January and February. | 1.00 |
| 05/06/08 | D. Fullem | Prepare notice of filing of Tillinghast's March fee application; assemble documents to prepare for filing. | 0.50 |
| 05/09/08 | D. Fullem | Prepare e-mail to parties of notice and related fee application pleadings of Tillinghast's February fee application. | 0.20 |
| 05/12/08 | D. Fullem | Review e-mail from fee auditor and initial reports for Austern, Piper and Tillinghast's quarterly for the period Oct-Dec 07 (.5); forward inital reports to each respective professional (.3); review replies to same as sent by Piper and Tillinghast (.2); inform R. Wyron regarding status of same (.1). | 1.10 |
| 05/12/08 | R. Wyron | Review Fee Auditor's comments on Tillinghast, Piper Jaffray and D. Austern fee applications and follow-up e-mails. | 0.60 |
| 05/13/08 | D. Fullem | Review and respond to e-mail from K. Boeger at Tillinghast regarding recent fee application. | 0.20 |
| 05/13/08 | D. Fullem | Review Fed-Ex from Piper with February fee application. | 0.10 |
| 05/14/08 | D. Fullem | Review and respond to e-mail from D. Felder regarding Austern's CNOs for January and February fee application. | 0.20 |
| 05/15/08 | D. Fullem | Follow-up with C. Hartman regarding CNO on Austern's February fee application; update R. Wyron and D. Felder regarding same. | 0.40 |
| 05/15/08 | D. Fullem | Telephone call with D. Austern regarding hotel receipt from October 2007 expense summary; review fax of same. | 0.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

June 13, 2008
Invoice No. 1132500

| 05/16/08 | D. Fullem | Review hotel receipt from D. Austern's October expense summary; prepare reply to fee auditor initial report regarding same; forward to R. Wyron for review and comment. | 0.50 |
| 05/19/08 | R. Wyron | Review response to fee auditor and follow-up regarding D. Austern's fee application. | 0.30 |
| 05/27/08 | D. Fullem | Review fee applications (.2); prepare notices of same and coordinate signature by R. Wyron for Piper February monthly and Tillinghast March monthly fee applications (.8); coordinate filings (.4); arrange for service of same (.3); prepare e-mail to interested parties (.2). | 1.90 |
| 05/30/08 | D. Fullem | Prepare CNO for Tillinghast's February fee application; coordinate signature; file and serve same. | 0.60 |

Total Hours        8.90

Total For Services        $2,657.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 8.00 | 245.00 | 1,960.00 |
| Richard H. Wyron | 0.90 | 775.00 | 697.50 |
| Total All Timekeepers | 8.90 | $298.60 | $2,657.50 |

Disbursements
| Document Reproduction | 40.10 | |
| Express Delivery | 30.30 | |
| Postage | 13.10 | |
| | Total Disbursements | $83.50 |

**Total For This Matter**        **$2,741.00**



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

June 13, 2008
Invoice No. 1132500

For Legal Services Rendered Through May 31, 2008 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 05/08/08 | D. Fullem | Review and respond to e-mail from D. Felder regarding Mayer Brown appearance in Grace. | 0.20 |
| 05/29/08 | R. Wyron | Review ethical wall memo and disclosure question on K. Miyao. | 0.40 |

| | | |
|---|---|---|
| Total Hours | 0.60 | |
| Total For Services | | $359.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.20 | 245.00 | 49.00 |
| Richard H. Wyron | 0.40 | 775.00 | 310.00 |
| Total All Timekeepers | 0.60 | $598.33 | $359.00 |

**Total For This Matter**                    **$359.00**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    June 13, 2008
17367                                                                           Invoice No. 1132500
page 15

For Legal Services Rendered Through May 31, 2008 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 05/01/08 | D. Fullem | Prepare updates to fee and expense spreadsheets; circulate to R. Frankel and R. Wyron. | 0.80 |
| 05/02/08 | D. Fullem | Review and calendar objections and hearings on fee application matters. | 0.20 |
| 05/02/08 | D. Fullem | Prepare Orrick March fee application and follow-up on expense detail. | 1.80 |
| 05/04/08 | R. Wyron | Review March fee application and provide comments. | 0.30 |
| 05/05/08 | D. Fullem | Continue review of expense detail on meals (.7); update R. Wyron (.1); confer with P. Reyes regarding additional information on catering charges for conferences (.2). | 1.00 |
| 05/05/08 | D. Felder | Review and revise certificates of no objection and conference with D. Fullem regarding same. | 0.30 |
| 05/06/08 | D. Fullem | Prepare monthly fee application for Orrick's March invoice and detail for meal expense chart. | 2.20 |
| 05/06/08 | D. Fullem | Begin review of April prebill. | 0.80 |
| 05/06/08 | D. Felder | Review certificates of no objection. | 0.10 |
| 05/08/08 | D. Fullem | Finish review of April prebill (1.0); follow up with professionals for additional information (.5). | 1.50 |
| 05/08/08 | D. Fullem | Continue work on preparation of and assembling exhibits to Orrick's March fee application (1.0); coordinate R. Wyron's signature, filing and serving of same (.5). | 1.50 |
| 05/09/08 | D. Fullem | E-mail re litigation invoice to R. Mullady to review for redactions. | 0.20 |
| 05/09/08 | D. Fullem | Prepare e-mail to parties of notice and related fee application pleadings of Orrick's March fee application. | 0.20 |
| 05/09/08 | D. Felder | Conferences with D. Fullem regarding fee applications (.2); review and revise notice regarding same (.1). | 0.30 |
| 05/09/08 | R. Mullady, Jr. | Review invoice for redactions of confidential information. | 0.50 |
| 05/09/08 | R. Wyron | Begin review of April pre-bill; review March fee application. | 0.70 |
| 05/12/08 | D. Fullem | Review e-mail from fee auditor and initial report for Orrick's quarterly for the period Oct-Dec 07. | 0.50 |
| 05/12/08 | D. Fullem | Confer with R. Wyron regarding his comments to review of April prebill and obtaining additional information from L. Blackhurst for certain professionals. | 0.50 |
| 05/12/08 | R. Wyron | Review April pre-bill (.6); review Fee Auditor's comments on quarterly fee application. (.3) | 0.90 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

June 13, 2008
Invoice No. 1132500

| | | | |
|---|---|---|---|
| 05/13/08 | D. Fullem | E-mail and telephone follow-up with J. Cangialosi and T. Ryan regarding rounded time in April prebill; update R. Wyron regarding same. | 0.50 |
| 05/13/08 | D. Fullem | Confer with D. Felder regarding Z-Axis invoices; follow-up with accounting regarding same; update D. Felder. | 0.20 |
| 05/13/08 | D. Fullem | Follow-up with C. Hartman regarding Orrick March fee application filing. | 0.10 |
| 05/13/08 | D. Felder | E-mail correspondence with D. Fullem and vendor regarding invoice issues and review same (.6); telephone conference with vendor regarding same (.1). | 0.70 |
| 05/13/08 | R. Wyron | Follow-up on Fee Auditor's comments (.2); review corrections to April pre-bill (.3). | 0.50 |
| 05/14/08 | D. Fullem | Review J. Cangialosi regarding time entries; forward to P. Reyes to update on April prebill; send to R. Wyron and review and respond to e-mail from R. Wyron. | 0.50 |
| 05/14/08 | D. Fullem | Review and respond to e-mail from D. Felder regarding CNO to be filed on Orrick February fee application. | 0.10 |
| 05/14/08 | D. Felder | Review docket regarding fee issues and e-mail correspondence with D. Fullem regarding same. | 0.10 |
| 05/15/08 | D. Fullem | Coordinate filing, serving of Orrick CNO for February fee application; confer with D. Felder regarding same. | 0.50 |
| 05/15/08 | D. Felder | E-mail correspondence with D. Fullem regarding CNOs. | 0.10 |
| 05/16/08 | D. Fullem | Review docket for corrected CNO on Orrick's February fee application. | 0.10 |
| 05/21/08 | M. Wallace | Prepare for meeting with R. Wyron and R. Frankel on documents. | 0.70 |
| 05/22/08 | D. Fullem | Begin drafting reply to fee auditor initial report for Oct-Dec 07 quarterly and review of receipts for detail requested. | 1.70 |
| 05/23/08 | D. Fullem | Review of specific travel and hotel receipts and summarize same during Oct-Dec 07 time period and continue drafting reply letter to fee auditor. | 5.30 |
| 05/27/08 | D. Fullem | Review and respond to fee auditor regarding status of Orrick's reply to initial report. | 0.20 |
| 05/27/08 | D. Fullem | Prepare reply letter to fee auditor and related charts of expenses. | 2.40 |
| 05/27/08 | D. Fullem | Prepare e-mail to J. Cangialosi and D. Felder regarding expense on Dec 07 invoice for expense relating to advance room reservations at Omni for trial in May 2008; confer with R. Wyron regarding same. | 0.30 |
| 05/27/08 | R. Wyron | Review initial draft of response to fee auditors questions and follow-up with D. Fullem. | 0.40 |
| 05/28/08 | D. Felder | E-mail correspondence with D. Fullem regarding CNOs. | 0.10 |
| 05/28/08 | R. Wyron | Review and revise response to fee auditor's report. | 0.60 |



# ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

June 13, 2008
Invoice No. 1132500

| | | | |
|---|---|---|---|
| 05/29/08 | D. Fullem | Continue work on reply letter to fee auditor report and attached charts regarding same (1.4); review with R. Wyron and incorporate his changes and comments(.4). | 1.80 |
| 05/29/08 | R. Wyron | Review response to fee auditor's report and follow-up. | 0.30 |
| 05/30/08 | D. Fullem | Continue updates to the expense charts in support of reply to fee auditor letter. | 2.50 |
| 05/30/08 | D. Fullem | Review and revise letter from Orrick to fee auditor; discuss with R. Wyron. | 0.50 |
| 05/30/08 | D. Fullem | Prepare CNO for Orrick's March fee application; coordinate signature; file and serve same. | 0.60 |
| 05/30/08 | D. Fullem | Organize and scan receipts in support of charts for expenses to attach to reply to fee auditor letter. | 1.50 |
| 05/30/08 | D. Felder | Review CNOs and conference with D. Fullem and D. Spicuzza regarding same. | 0.30 |
| 05/30/08 | R. Wyron | Review and finalize response to fee auditor with exhibits. | 0.60 |

Total Hours                37.50
Total For Services                $12,531.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.00 | 530.00 | 1,060.00 |
| Debra O. Fullem | 30.00 | 245.00 | 7,350.00 |
| Raymond G. Mullady, Jr. | 0.50 | 710.00 | 355.00 |
| Mary A. Wallace | 0.70 | 620.00 | 434.00 |
| Richard H. Wyron | 4.30 | 775.00 | 3,332.50 |
| Total All Timekeepers | 37.50 | $334.17 | $12,531.50 |

Disbursements

| | | |
|---|---|---|
| Document Reproduction | 49.90 | |
| Express Delivery | 256.32 | |
| Postage | 6.66 | |
| Total Disbursements | | $312.88 |

**Total For This Matter**                **$12,844.38**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 18

June 13, 2008
Invoice No. 1132500

For Legal Services Rendered Through May 31, 2008 in Connection With:

**Matter: 14 - Trust Distribution Procedures**

| | | | |
|---|---|---|---|
| 05/02/08 | M. Wallace | Call with Kirkland regarding TPD provisions. | 0.60 |
| 05/02/08 | R. Wyron | Review TDP issues (.3); call with T. Freedman on open items on TDP and follow-up (.6); review Sealed Air issues (.7); meet on due diligence items and follow-up (1.0). | 2.60 |
| 05/02/08 | R. Frankel | Telephone conference with T. Freedman, R. Wyron, M. Wallace re TDP issues, plan issues (.8); confer with R. Wyron re same (.3). | 1.10 |
| 05/05/08 | R. Frankel | Prepare agenda, notes for May 8 meeting with Biggs, Kimble, Austern (.9); prepare e-mail memo to Biggs, Austern re same (.7). | 1.60 |
| 05/05/08 | R. Frankel | Review remaining portion of TDP. | 0.60 |
| 05/06/08 | M. Wallace | Review status of TDP and begin considering issues with new structure in same. | 0.90 |
| 05/06/08 | R. Wyron | Review Tillinghast analyses (1.3); begin review of TDP for issues for 5/8 meeting (1.6); organize notes for 5/8 meeting with D. Austern (.3). | 3.20 |
| 05/07/08 | D. Felder | Review draft TDP and related materials from J. Biggs. | 1.50 |
| 05/07/08 | M. Wallace | Continue review of TDP issues for new plan. | 1.90 |
| 05/07/08 | R. Wyron | Continue work on TDP and Tillinghast analysis regarding payment percentage and plan issues (2.1); organize open plan issues list (.4). | 2.50 |
| 05/08/08 | M. Wallace | Begin comparing TDP to others on major issues. | 1.10 |
| 05/08/08 | M. Wallace | Discuss TDP meeting results and next steps with R. Wyron. | 0.20 |
| 05/08/08 | M. Wallace | Review issues lists from prior TDP transactions. | 0.80 |
| 05/08/08 | R. Wyron | Prepare for meeting with D. Austern and Tillinghast (.9); meet with D. Austern and Tillinghast on TDP, payment percentage, testimony and related issues (2.8); follow-up on TDP issues (.4). | 4.10 |
| 05/08/08 | R. Frankel | Review notes, Tillinghast memos in preparation for meeting with J. Biggs, client (.5); review issues with R. Wyron in preparation for meeting (.4). | 0.90 |
| 05/08/08 | R. Frankel | Confer with Biggs, Kimble, D. Austern, R. Wyron re TDP issues. | 2.50 |
| 05/12/08 | M. Wallace | Correspond with R. Wyron regarding TDP comments. | 1.00 |
| 05/12/08 | R. Wyron | Review draft TDP from ACC and provide comments to M. Wallace. | 1.40 |
| 05/13/08 | M. Wallace | Discuss TDP timing with R. Wyron. | 0.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                June 13, 2008
17367                                                                      Invoice No. 1132500
page 19

| | | | |
|---|---|---|---|
| 05/13/08 | M. Wallace | Begin reviewing R. Wyron comments to TDP. | 0.90 |
| 05/13/08 | R. Wyron | Continue review of TDP issues. | 0.40 |
| 05/13/08 | R. Frankel | Series of e-mails re plan meeting; review issues re TDP with R. Wyron. | 0.60 |
| 05/13/08 | R. Frankel | Review issues, notes re TDP issues. | 0.80 |
| 05/14/08 | M. Wallace | Continue marking up TDP with comments for client review. | 6.80 |
| 05/15/08 | M. Wallace | Continue marking up TDP with comments and issues. | 4.00 |
| 05/15/08 | M. Wallace | Draft issues list based on markup of TDP for internal review, proof and distribute. | 0.90 |
| 05/15/08 | R. Frankel | Review report from Towers Perrin re analysis of Libby claims. | 1.60 |
| 05/16/08 | R. Frankel | Review blacklined draft TDP from M. Wallace (2.1); review M. Wallace memo re same (.2). | 2.30 |
| 05/20/08 | M. Wallace | Organize comments for internal meeting. | 0.20 |
| 05/20/08 | R. Wyron | Review draft revisions to TDP and organize open issues list for 05/21 meeting (1.6); call with D. Austern (.3). | 1.90 |
| 05/21/08 | M. Wallace | Meeting with R. Wyron, D. Felder and R. Frankel regarding TDP mark-up and open issues for client. | 1.00 |
| 05/21/08 | M. Wallace | Telephone call with R. Wyron regarding ZAI claim issues and non-final verdict issues in TDP. | 0.20 |
| 05/21/08 | M. Wallace | Review and revise TDP based on internal meetings. | 3.70 |
| 05/21/08 | M. Wallace | Review TDP for issues and draft issues list and considerations for client as cover e-mail to distribution of TDP. | 0.60 |
| 05/21/08 | R. Wyron | Review notes on TDP (.4); confer with plan team on TDP changes and follow-up notes (1.3). | 1.70 |
| 05/21/08 | R. Frankel | Confer with M. Wallace, R. Wyron re revised TDP issues (1.1); notes re same (.3). | 1.40 |
| 05/22/08 | R. Frankel | Review and prepare notes re revised TDP forwarded to D. Austern (1.7); telephone conference with E. Inselbuch re Libby issues (.3). | 2.00 |
| 05/23/08 | R. Frankel | Review revised TDP from ACC with changes related to Libby. | 1.10 |
| 05/26/08 | M. Wallace | Review Libby TDP changes and consider impact. | 0.60 |
| 05/27/08 | M. Wallace | Review correspondence regarding Libby TDP provisions. | 0.10 |
| 05/27/08 | R. Wyron | Review proposal from ACC on changes to TDP and follow-up. | 0.90 |
| 05/27/08 | R. Frankel | Telephone conference with D. Austern re TDP (.2); review agenda of issues for conference call with client (.5). | 0.70 |
| 05/28/08 | M. Wallace | Review correspondence regarding client call. | 0.10 |
| 05/28/08 | M. Wallace | Review issues raised in client call regarding Libby TDP changes and note points for further discussion/drafting. | 0.50 |
| 05/28/08 | M. Wallace | Telephone call with client regarding distributed TDP. | 0.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

June 13, 2008
Invoice No. 1132500

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/28/08 | M. Wallace | Review J. Biggs response to inquiry regarding settled claims values in TDP. | 0.10 |
| 05/28/08 | R. Frankel | Review ACC - Libby changes in preparation for call with D. Austern. | 0.60 |
| 05/28/08 | R. Frankel | Telephone conference with D. Austern, R. Wyron re ACC changes to TDP draft, notes re same (.6); confer with M. Wallace re same (.3). | 0.90 |

|  |  |  |
|--|--|--|
| Total Hours | 65.30 |  |
| Total For Services |  | $48,018.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|--------------------|-------|------|--------|
| Debra Felder | 1.50 | 530.00 | 795.00 |
| Roger Frankel | 18.70 | 875.00 | 16,362.50 |
| Mary A. Wallace | 26.40 | 620.00 | 16,368.00 |
| Richard H. Wyron | 18.70 | 775.00 | 14,492.50 |
| Total All Timekeepers | 65.30 | $735.34 | $48,018.00 |

Disbursements
 Telephone         0.09

        Total  Disbursements      $0.09


**Total For This Matter**      **$48,018.09**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21

June 13, 2008
Invoice No. 1132500

For Legal Services Rendered Through May 31, 2008 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

05/15/08    R. Wyron             Non-working travel to and from New York for EPA/Libby          3.00
                                 meeting.

                                 Total Hours                    3.00
                                 Total For Services                              $1,162.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Richard H. Wyron | 3.00 | 387.50 | 1,162.50 |
| Total All Timekeepers | 3.00 | $387.50 | $1,162.50 |

                          **Total For This Matter**              **$1,162.50**

**\* \* \* COMBINED TOTALS \* \* \***

                          Total Hours                287.10
                          Total Fees, all Matters                 $174,962.00
                          Total Disbursements, all Matters          $9,210.37
                          Total Amount Due                        $184,172.37