IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) ) | Case No. 01-01139 (JKF)<br>Jointly Administered |
| Debtors. | ) ) ) ) ) | **Objection Deadline:  August 8, 2008@ 4:00 p.m. ET**<br>**Hearing Date:  September 2, 2008 @ 1:00 p.m. ET**<br><br>**Related to Docket Nos. 13406, 15156 and 19101** |

**RE- NOTICE OF HEARING ON CLAIMANT STATE OF CALIFORNIA,
DEPARTMENT OF GENERAL SERVICES' MOTION FOR LEAVE
TO FILE THE EXPERT REPORT OF DR. WILLIAM E. LONGO**

**PLEASE TAKE NOTICE** that on July 17, 2008, Claimant State of California,

Department of General Services ("DGS") filed the Motion for Leave to File the Expert Report of

Dr. William E. Longo (the Motion") with the United States Bankruptcy Court for the District of

Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Court").

**PLEASE TAKE FURTHER NOTICE** that any objections or other responses to the

Motion you may have must be made in writing and be filed with the Court on or before **4:00**

**p.m. (prevailing Eastern Time) on August 8, 2008** (the "Objection Deadline").

In addition to filing, you must also serve a copy of the objection or other response, if any,

upon counsel for DGS – (a) Hahn & Hessen LLP, 488 Madison Avenue, New York, New York

10022, attn: Steven J. Mandelsberg, Esq., and (b) Ballard Spahr Andrews & Ingersoll LLP, 919

North Market Street, 12th Floor, Wilmington, Delaware 19801, Attn: Leslie C. Heilman, Esq., so

as to be received by the Objection Deadline.

IF NO OBJECTIONS ARE TIMELY FILED AND SERVED AS PROVIDED IN THIS

NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED IN DGS' MOTION

WITHOUT FURTHER NOTICE OR HEARING.

IN THE EVENT THAT ANY OBJECTION OR RESPONSE IS FILED AND SERVED

AS PROVIDED IN THIS NOTICE, A HEARING ON THE MOTION WILL BE HELD

BEFORE THE HONORABLE JUDITH K. FITZGERALD AT THE COURT AT 824

MARKET STREET, THIRD FLOOR, WILMINGTON, DELAWARE 19801 ON

**SEPTEMBER 2, 2008 AT 1:00 P.M. (PREVAILING EASTERN TIME).**

Dated: July 18, 2008
Wilmington, Delaware

/s/ Leslie C. Heilman
Tobey M. Daluz, Esq. (No. 3939)
Leslie C. Heilman, Esq. (No. 4716)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
Email: daluzt@ballardspahr.com
         heilmanl@ballardspahr.com

-and-

HAHN & HESSEN LLP
Steven J. Mandelsberg, Esq.
Christina J. Kang, Esq.
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Email: smandelsberg@hahnhessen.com
         ckang@hahnhessen.com

Counsel for Claimant
State of California, Dep't of General Services