IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
<u>MAY 1, 2008 THROUGH MAY 31, 2008</u>

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

June 20, 2008  
Client/Matter #   01246-011548  
Invoice # 123328  
Federal ID# 52-1247549

For Legal Services Rendered Through 05/31/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/19/08 | P. Marks | 0.20 | Telephone conference with P. Bucens re update on Building 23 issues; scheduling emails re same. |

|  |  |
|---|---|
| Total Hours : | 0.20 |
| Total Fees : | $80.00 |

BEVERIDGE & DIAMOND, P.C.                                        INVOICE #  123328
                                                                 June 20, 2008
                                                                 PAGE   2

**Disbursements:**

    Information Service - VENDOR: LEXISNEXIS COURT      10.57
    LINK-Invoice #EA321601 dated 5/1/08 for data
    research services

                                    **Total Disbursements :**                $10.57

**Time Summary:**

|            | Hours Worked | Billed Per Hour | Bill Amount |
|------------|--------------|-----------------|-------------|
| P. Marks   | 0.20         | $400.00         | $80.00      |

|                          |           |
|--------------------------|-----------|
| **Total Fees :**         | $80.00    |
| **Total Disbursements :**| $10.57    |
| **TOTAL DUE :**          | $90.57    |

# EXHIBIT B

(Curtis Bay Works)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON D.C. 20005-3311
(202) 789-6000

W. R. Grace & Co.                               June 20, 2008
Attn: Lydia Duff, Esq.                          Client/Matter #   01246-010001
Division Counsel                                Invoice # 123327
7500 Grace Drive                                Federal ID# 52-1247549
Columbia, MD  21044

---

For Legal Services Rendered Through 05/31/08 in Connection With:

**Curtis Bay Works**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/18/08 | P. Marks | 2.00 | Review risk assessment related documents in connection with RFI. |
| 05/19/08 | P. Marks | 1.00 | Review RFI related documents, email to P. Bucens re same; telephone conference with P. Bucens re same. |

**Total Hours :**  3.00

**Total Fees :**  $1,200.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 123327
June 20, 2008
PAGE   2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 3.00 | $400.00 | $1,200.00 |
| | | **Total Fees :** | $1,200.00 |
| | | **TOTAL DUE :** | $1,200.00 |

# EXHIBIT C

**(Somerville)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

June 20, 2008
Client/Matter #  01246-013520
Invoice # 123331
Federal ID# 52-1247549

For Legal Services Rendered Through 05/31/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Somerville</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/01/08 | P. Marks | 0.20 | Coordinate with S. Albert re tasks. |
| 05/01/08 | S. Albert | 0.30 | Exchange emails with E. Eller re exchange of pleadings and other materials; coordinate with P. Marks re case tasks. |
| 05/02/08 | S. Albert | 3.50 | Review of pleadings for New Jersey case; review of materials provided by E. Eller of W.R. Grace. |
| 05/03/08 | S. Albert | 7.20 | Review of materials provided by E. Eller of W. R. Grace; research causes of action for preparation of discovery requests. |
| 05/06/08 | P. Marks | 2.00 | Conference with S. Albert re preparation of case and discovery. |
| 05/06/08 | S. Albert | 8.00 | Review materials provided by WR Grace; preparation of chronology of facts; research New Jersey Spill Act contribution claim; conference with P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  123331
                                                             June 20, 2008
                                                             PAGE   2

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/07/08 | P. Marks | 3.70 | Conference with S. Albert re factual and legal research; review pleadings and documents and evaluate case strategy and discovery issues; telephone conference with L. Duff, M. Obradovic, L. Sinanyan, and S. Albert re same; followup tasks and voicemail to opposing counsel. |
| 05/07/08 | S. Albert | 8.00 | Preparation of factual chronology based on available documents; conference with P. Marks re strategy; telephone conference with P. Marks and L. Duff re strategy; preparation of discovery requests. |
| 05/08/08 | P. Marks | 2.00 | Prepare for and conduct telephone conference with client and J. McGahren; followup telephone conference with L. Duff and M. Obradovic. |
| 05/08/08 | S. Albert | 4.00 | Preparation of discovery requests. |
| 05/09/08 | S. Albert | 8.00 | Preparation of discovery requests. |
| 05/09/08 | A. Constantine | 2.00 | Perform research re bankruptcy court rules regarding whether the court requires notice prior to filing discovery requests for S. Albert; review local rules; search for sample notices; send email re same. |
| 05/13/08 | P. Marks | 4.50 | Conference with S. Albert re discovery preparation; review draft discovery and case materials; evaluate landfill act cases and statute and strategy; telephone conference with Mian counsel; telephone conference with team re strategy. |
| 05/13/08 | S. Albert | 7.00 | Preparation of discovery requests; conference with P. Marks re same; telephone conference with Grace and bankruptcy counsel. |
| 05/14/08 | P. Marks | 2.30 | Prepare discovery and response to Mian motion in bankruptcy court. |
| 05/14/08 | S. Albert | 5.30 | Preparation of discovery requests; proofread discovery requests; preparation of excerpt for response to Mian's Motion. |
| 05/15/08 | P. Marks | 3.20 | Prepare Response to Mian Motion; telephone conference with team re same; telephone conference with L. Sinanyan (K&E) re same; conference with S. Albert re same; email to L. Duff re same; prepare comments to L. Sinanyan on draft. |

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  123331
                                                             June 20, 2008
                                                             PAGE   3

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 05/15/08 | S. Albert | 5.00 | Update chronology; telephone conference with P. Marks, L. Duff, and bankruptcy counsel re motion filing; research and submit OPRA applications to New Jersey Department of the Environment. |
| 05/19/08 | P. Marks | 1.50 | Prepare for document review; discussion with S. Albert and T. Horch re same; communications with L. Duff and with J. McGahren re same. |
| 05/19/08 | S. Albert | 0.30 | Preparation for document review. |
| 05/19/08 | T. Horch | 0.50 | Review case with S. Albert, and P. Marks for document review in Newark NJ; get supplies together for trip. |
| 05/20/08 | P. Marks | 0.50 | Telephone conferences with S. Albert re document review. |
| 05/20/08 | S. Albert | 10.50 | Review of Litgo documents at Patton Boggs in Newark, NJ; telephone conference with P. Marks re document review. |
| 05/20/08 | T. Horch | 10.50 | Review 12 boxes of documents in Newark, NJ, Patton, Boggs office, with S. Albert, chart documents reviewed and documents to be copied. |
| 05/21/08 | S. Albert | 0.70 | Telephone conference with New Jersey OPRA office re records request; telephone conference with M. Kaplan of Patton Boggs re copying of documents; conference with P. Marks re same. |
| 05/21/08 | T. Horch | 1.00 | Chart all bates numbers needed for copying to Patton Boggs and copy to S. Albert. |
| 05/27/08 | T. Horch | 1.50 | Work on charts- combine documents requested with chart from review date; correspond with Patton Boggs about the sending of requested documents. |
| 05/28/08 | S. Albert | 0.30 | Telephone conference with New Jersey OPRA representative re copying of records; exchange emails with P. Marks re same. |
| 05/29/08 | P. Marks | 0.50 | Review document status, associated emails, and discovery status. |
| 05/29/08 | J. Metcalfe | 2.30 | Creation of discovery databases containing incoming production materials; preparation of same for inclusion in document review projects |

BEVERIDGE & DIAMOND, P.C.                                        INVOICE #  123331
                                                                 June 20, 2008
                                                                 PAGE   4

05/30/08      P. Marks                    0.70    Review pleadings and email exchanges; telephone
                                                  conference with L. Duff and J. Baer re time
                                                  extension.


                                                  **Total Hours :**              107.00

                                                  **Total Fees :**         $29,295.50

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  123331
                                                             June 20, 2008
                                                             PAGE   5

**Disbursements:**

    Duplicating                                                    0.60

                                    **Total Disbursements :**                          $0.60

**Time Summary:**

|              | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|-------------:|----------------:|------------:|
| P. Marks     | 21.10        | $400.00         | $8,440.00   |
| S. Albert    | 68.10        | $260.00         | $17,706.00  |
| J. Metcalfe  | 2.30         | $190.00         | $437.00     |
| A. Constantine | 2.00       | $175.00         | $350.00     |
| T. Horch     | 13.50        | $175.00         | $2,362.50   |

                                    **Total Fees :**                                   $29,295.50

                                    **Total Disbursements :**                          $0.60

                                    **TOTAL DUE :**                                    $29,296.10

BEVERIDGE & DIAMOND, P.C.                                    INVOICE #  123331
                                                             June 20, 2008
                                                             PAGE   5

# EXHIBIT D

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD 21044

June 20, 2008  
Client/Matter #   01246-012629  
Invoice # 123330  
Federal ID# 52-1247549

For Legal Services Rendered Through 05/31/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

<u>Bankruptcy Fee Application</u>

| | | | |
|---|---|---|---|
| 05/27/08 | P. Marks | 1.00 | Research and prepare response to fee auditor inquiry. |

Total Hours :    1.00

Total Fees :    $400.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  123330  
June 20, 2008  
PAGE   2

**Disbursements:**

| | |
|---|---|
| Postage | 1.89 |
| Duplicating | 6.80 |

**Total Disbursements :**   $8.69

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.00 | $400.00 | $400.00 |

**Total Fees :**   $400.00

**Total Disbursements :**   $8.69

**TOTAL DUE :**   $408.69

# EXHIBIT E

## (General Regulatory/Compliance Issues)

43019v1 Baltimore 012629

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

June 20, 2008
Client/Matter #   01246-012100
Invoice # 123329
Federal ID# 52-1247549

For Legal Services Rendered Through 05/31/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

### General Regulatory/Compliance Issues

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/23/08 | A. Goldberg | 1.50 | Telephone conference with L. Duff re potential RCRA regulatory issues associated with spent catalysts; exchange e-mails with L. Duff re same and related issues under Canadian law. |
| 05/24/08 | A. Goldberg | 0.80 | Research and prepare extended e-mail to L. Duff re potential exemptions applicable to hazardous waste samples exported for testing of recycling process. |

Total Hours :                  2.30

Total Fees :             $1,092.50

BEVERIDGE & DIAMOND, P.C.                                         INVOICE #  123329
                                                                  June 20, 2008
                                                                  PAGE   2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| A. Goldberg | 2.30 | $475.00 | $1,092.50 |
| **Total Fees :** | | | **$1,092.50** |
| **TOTAL DUE :** | | | **$1,092.50** |