**NO ORDER REQUIRED**

### IN THE UNITED STATES BANKRUPTCY COURT

### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: July 21, 2008, at 4:00 p.m.** |

### CERTIFICATION OF NO OBJECTION
### REGARDING DOCKET NO. 19026

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Eighty-Fifth Monthly Application of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from May 1, 2008 through May 31, 2008 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than July 21, 2008 at 4:00 p.m.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members ("the Order") dated April 17, 2002, the Debtors are authorized to pay the Applicant $21,131.20 which represents 80% of the fees ($26,414.00) and $2,042.61 which represents 100% of the expenses requested in the Application for the period

May 1, 2008 through May 31, 2008, upon the filing of this certification and without the need for entry of a Court order approving the Application.

Dated: July 22, 2008                                         FERRY, JOSEPH & PEARCE, P.A.

                                                     /s/ Lisa L. Coggins
                                            Michael B. Joseph (No. 392)
                                            Theodore J. Tacconelli (No. 2678)
                                            Lisa L. Coggins (No. 4234)
                                            824 Market Street, Suite 904
                                            P.O. Box 1351
                                            Wilmington, DE. 19899
                                            (302) 575-1555

                                            *Counsel to the Official Committee of Asbestos Property Damage Claimants*