IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Deadline: August 11, 2008 at 4:00 p.m.** |

**FEE DETAIL FOR NELSON MULLINS RILEY &
SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD FROM MAY 1, 2008 THROUGH MAY 31, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

-1-

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.　　　　　　　　　　　　　　　　　　　　　　　　　　　June 5, 2008
ATTN: Lydia Duff, Esq.　　　　　　　　　　　　　　　　　　　　　Invoice 875114　Page　1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #　　　02399/06091　　　　　　　　　　　For Services Through 05/31/08
Name of Matter:　　Fee Applications

| Date | Description | | | |
|---|---|---|---|---|
| 05/01/08 | Draft the twenty seventh quarterly fee application. | | | |
| | B. WRIGHT | 2.50 hrs. | 110.00/hr | $275.00 |
| 05/04/08 | Review, edit and approve quarterly fee application. | | | |
| | B.J. BURN | 0.30 hrs. | 240.00/hr | $72.00 |
| 05/27/08 | File quarterly fee application and draft fee application for April. | | | |
| | B. WRIGHT | 2.20 hrs. | 110.00/hr | $242.00 |

**Total Fees for Legal Services** .................................................................................. **$589.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.30 | 240.00 | 72.00 |
| B. WRIGHT | 4.70 | 110.00 | 517.00 |
| TOTAL | 5.00 | 117.80 | 589.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 05/06/2008 | VENDOR: PACER Service Center; INVOICE#: 050508; DATE: 5/6/2008  - Billing Cycle: 01/01/08-03/31/08 | 2.56 |
|---|---|---|
| 05/06/2008 | VENDOR: PACER Service Center; INVOICE#: 050508; DATE: 5/6/2008  - Billing Cycle: 01/01/08-03/31/08 | 15.28 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$17.84**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Court Fees | 17.84 |
| TOTAL | $17.84 |

**Net current billing for this invoice**.................................................................................. **$606.84**

**GRAND TOTAL** ................................................................................................................. **$606.84**

W. R. Grace & Co.

June 5, 2008
Invoice 875114  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 05/31/08

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $589.00 |
| Charges for Other Services Provided/Expenses Incurred | $17.84 |
| **Net current billing for this invoice**............................................................... | **$606.84** |
| **GRAND TOTAL** ................................................................................................ | **$606.84** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
Receiving Bank: Columbus Bank & Trust (CB&T)
ABA Number: 061100606
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC 29151-1798
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

**FOREIGN WIRING INSTRUCTIONS**
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC 29151-1798
ABA Number: 053200666
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044  

June 10, 2008  
Invoice 876708  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 05/31/08 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| Date | Description | | | |
|---|---|---|---|---|
| 05/09/08 | Phone call with Ms. Duff and Ms. Finkelstein regarding deed value issue in SC and FL.<br>N.J. SMITH | 0.30 hrs. | 320.00/hr | $96.00 |
| 05/12/08 | Office conference with Attorney Bobo regarding deed stamps, affidavit and value issue for property to be sold (0.3); telephone conference with Ms. Duff regarding environmental liability in valuation for recording issues, government acquisition and arms length sales (0.2); search for Florida information as requested, discuss with Attorney Holmes and confirm how issue would be addressed (0.2); confirm interpretation of issue with Ms. Duff (0.1); telephone conference with Ms. Finkelstein regarding interpretation of requirements for recording, review Florida information from Attorney Holmes, discuss South Carolina form and section (0.5).<br>N.J. SMITH | 1.30 hrs. | 320.00/hr | $416.00 |
| 05/12/08 | Research Florida tax allocation issues and telephone conference with Mr. Smith regarding same.<br>J.E. HOLMES | 1.20 hrs. | 270.00/hr | $324.00 |
| 05/13/08 | Telephone conference with Attorney Holmes regarding treatment of discounted price for environmental liability (0.2); research code sections and examples to prepare for discussion with Ms. Finkelstein (0.4); follow up with Ms. Finkelstein to review same, issue with ELT interpretation, and conference in Attorney Holmes to complete review (0.8); office conference with Attorney Claypoole to review manual and statute on SC issue of affidavit and documentary stamps, confirm interpretation and reply to Ms. Finkelstein as requested (0.4).<br>N.J. SMITH | 1.80 hrs. | 320.00/hr | $576.00 |
| 05/13/08 | Telephone conference with. Ms. Finkelstein and Mr. Smith regarding allocation of value with respect to Florida documentary stamp taxes.<br>J.E. HOLMES | 0.30 hrs. | 270.00/hr | $81.00 |
| 05/13/08 | Research deed recording fee.<br>J.S. CLAYPOOLE | 0.50 hrs. | 285.00/hr | $142.50 |
| 05/16/08 | Review and forward short and long forms of Florida mortgage and Georgia deed to secure debt.<br>J.E. HOLMES | 0.50 hrs. | 270.00/hr | $135.00 |

**Total Fees for Legal Services** .................................................................. **$1,770.50**

W. R. Grace & Co.

June 10, 2008
Invoice 876708  Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 3.40 | 320.00 | 1,088.00 |
| J.E. HOLMES | 2.00 | 270.00 | 540.00 |
| J.S. CLAYPOOLE | 0.50 | 285.00 | 142.50 |
| TOTAL | 5.90 | $300.08 | $1,770.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 05/12/2008 | Telephone 1-410-531-4210 | 0.15 |
| 05/12/2008 | Westlaw | 53.21 |
| 05/13/2008 | Telephone 1-410-531-4795 | 1.95 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$55.31**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 2.10 |
| Westlaw | 53.21 |
| TOTAL | $55.31 |

**Net current billing for this invoice**.............................................................................. **$1,825.81**

**GRAND TOTAL** ............................................................................................................ **$1,825.81**

W. R. Grace & Co.

June 10, 2008
Invoice 876708  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 05/31/08

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $1,770.50 |
| Charges for Other Services Provided/Expenses Incurred | $55.31 |
| **Net current billing for this invoice** ............................................................... | **$1,825.81** |
| **GRAND TOTAL** ................................................................................................. | **$1,825.81** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

DOMESTIC WIRING INSTRUCTIONS
Receiving Bank: Columbus Bank & Trust (CB&T)
ABA Number: 061100606
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC  29151-1798
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

FOREIGN WIRING INSTRUCTIONS
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC  29151-1798
ABA Number: 053200666
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

July 14, 2008  
Invoice 883134  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 06/30/08 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| Date | Description | | | |
|---|---|---|---|---|
| 05/01/08 | Go to County Square for contact with Enforcement Officer and brief client on same. | | | |
| | R.S. STILWELL | 0.80 hrs. | 310.00/hr | $248.00 |
| 05/02/08 | Call with Attorney Stilwell (0.1); email and call with client concerning status and filing of appeal (0.3); interoffice message to Attorney Stilwell regarding closing requirements (0.1). | | | |
| | M.P. SIEFFERT | 0.50 hrs. | 260.00/hr | $130.00 |
| 05/02/08 | Meet with structural engineer and call with enforcement officer and update notes to clients on same. | | | |
| | R.S. STILWELL | 1.60 hrs. | 310.00/hr | $496.00 |
| 05/05/08 | Review of emails regarding appeal and structural engineer report. | | | |
| | M.P. SIEFFERT | 0.40 hrs. | 260.00/hr | $104.00 |
| 05/05/08 | Draft appeal and attend filing of same. | | | |
| | R.S. STILWELL | 1.10 hrs. | 310.00/hr | $341.00 |
| 05/05/08 | Coordinate with Attorney Stilwell regarding filing of appeal with Greenville County board of construction appeals and forward same to client. | | | |
| | D.B. RUSTIN | 0.50 hrs. | 220.00/hr | $110.00 |
| 05/06/08 | Coordinate times for site inspection with Greenville County Code enforcement officer, structural engineer and Mitch Obradovich. | | | |
| | D.B. RUSTIN | 0.30 hrs. | 220.00/hr | $66.00 |
| 05/07/08 | Review letter confirming withdrawal of enforcement order from Attorney Rustin. | | | |
| | R.S. STILWELL | 0.30 hrs. | 310.00/hr | $93.00 |
| 05/07/08 | Meet Mitch Obradovich, structural engineer and Greenville County Code Enforcement Officer for site inspection and facility in Travelers Rest, SC. | | | |
| | D.B. RUSTIN | 3.10 hrs. | 220.00/hr | $682.00 |
| 05/08/08 | Draft letter to Jessica Jordan at Greenville County Code Enforcement office regarding closing of case, work with Attorney Stilwell, Lydia Duff and Mitch Obradovic regarding revisions to same and review and attach structural engineer's letter from Randy Hillman. | | | |
| | D.B. RUSTIN | 1.20 hrs. | 220.00/hr | $264.00 |
| 05/09/08 | Phone call to Jessica Jordan and Greenville County Code enforcement, leave message regarding whether letter was sufficient to close case. | | | |
| | D.B. RUSTIN | 0.20 hrs. | 220.00/hr | $44.00 |

| | | | | |
|---|---|---|---|---|
| 05/12/08 | Follow up telephone conversation with Mitch Obradovic regarding letter sent to Greenville County, try Jessica Jordan at Greenville County code enforcement once again. | | | |
| | D.B. RUSTIN | 0.30 hrs. | 220.00/hr | $66.00 |
| 05/13/08 | Follow up phone call to Jessica Jordan regarding status of closing case. | | | |
| | D.B. RUSTIN | 0.20 hrs. | 220.00/hr | $44.00 |
| 05/19/08 | Follow up with Attorney Rustin on closure letter and call from client on same. | | | |
| | R.S. STILWELL | 0.20 hrs. | 310.00/hr | $62.00 |
| 05/19/08 | Phone call with Jessica Jordan to secure printout of closed account and phone call to Mitch Obradovic, leave message. | | | |
| | D.B. RUSTIN | 0.30 hrs. | 220.00/hr | $66.00 |
| 05/19/08 | Follow up phone call with Mitch Obradovic and leave two voice mails for Jessica Jordan. | | | |
| | D.B. RUSTIN | 0.40 hrs. | 220.00/hr | $88.00 |

**Total Fees for Legal Services** .................................................................................... **$2,904.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.S. STILWELL | 4.00 | 310.00 | 1,240.00 |
| M.P. SIEFFERT | 0.90 | 260.00 | 234.00 |
| D.B. RUSTIN | 6.50 | 220.00 | 1,430.00 |
| TOTAL | 11.40 | $254.74 | $2,904.00 |

**Net current billing for this invoice** .................................................................................. **$2,904.00**

**GRAND TOTAL**.................................................................................................................. **$2,904.00**

July 14, 2008
Invoice 883134  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 06/30/08

W. R. Grace & Co.
General
Our Matter # 02399/06000

| | |
|---|---|
| Fees for Professional Services | $2,904.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |

**Net current billing for this invoice** ............................................................................... **$2,904.00**

**GRAND TOTAL**................................................................................................................... **$2,904.00**

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701