IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Re: Docket No. 19118 |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 22nd day of July, 2007, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list in the manner indicated:

**Notice of Debtors' Motion for an Order Authorizing Approval of its Entry Into Settlement Agreements Resolving Claims Against Weja, Inc., et al.;**

**Debtors' Motion for an Order Authorizing Approval of its Entry Into Settlement Agreements Resolving Claims Against Weja, Inc., et al.; and**

**[Proposed] Order Authorizing Approval of its Entry Into Settlement Agreements Resolving Claims Against Weja, Inc., et al.**

/s/ James E. O'Neill
James E. O'Neill (Bar No. 4042)

91100-001\DOCS_DE:127590.3

**WR Grace - Weja Settlement Motion Service List**
Case No. 01-01139 (JKF)
Doc. No. 139043
04 – First Class Mail


*First Class Mail*
(Counsel for Defendants, Weja and Teich)
Frederick Biehl, Esquire
Soriano, Henkel, Biehl & Matthews
75 Eisenhower Parkway
Roseland, NJ  07068

*First Class Mail*
(Counsel for Defendant, Shell Oil Co.)
Kathleen M. Balderston, Esquire
Thelen Reid Brown Raysman & Steiner
875 Third Avenue
New York, NY  10022

*First Class Mail*
(Counsel for G.E. 440, Inc., Sunrich and Richards)
Charles W. Miller, III, Esquire
Norris, McLaughlin & Marcus
721 Route 202-206
P.O. Box 1018
Somerville, NJ  08876

*First Class Mail*
(Counsel for Sunoco)
Debbie Anne Carlos, Esquire
Sunoco, Inc.
1735 Market Street
Philadelphia, PA  19103