## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., <u>et al.</u>,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>Jointly Administered |

**NO ORDER REQUIRED**
**CERTIFICATION OF NO OBJECTION TO THE EIGHTY-FIRST MONTHLY**
**APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO**
**THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND**
**REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**MAY 1, 2008 THROUGH MAY 31, 2008 [RE: DOCKET NO. 19025]**

The undersigned hereby certifies that as of the date hereof, she has received no formal answer, objection or any other responsive pleading to the Eighty-First Monthly Application (the "Application") for Compensation of Kramer Levin Naftalis & Frankel LLP, counsel to the Official Committee of Equity Holders, filed on July 1, 2008 [Docket No. 19025]. The undersigned further certifies that she has reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections were to be filed and served no later than 4:00 p.m. on July 21, 2008.

Pursuant to the Amended Administrative Order Under 11 U.S.C. §§105(a) and 31 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors

Krls/Wilm 57817v1

are authorized to pay Kramer Levin Naftalis & Frankel LLP $28,090.80 which represents 80% of

the fees ($35,113.50) and $139.19 which represents 100% of the expenses, for an aggregate

amount of 28,229.99 requested in the Application for the period May 1, 2008 through May 31,

2008, upon the filing of this Certification and without the need for entry of a Court order

approving the Application.

<div style="margin-left: 40%;">

**BUCHANAN INGERSOLL & ROONEY PC**

By:     /s Teresa K.D. Currier

       Teresa K. D. Currier (No. 3080)
       1000 West Street, Suite 1410
       Wilmington, DE  19801
       (302) 552-4200

               -and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
Douglas H. Mannal, Esquire
1177 Avenue of the Americas
New York, New York 10036
(212) 715-9100

Counsel to the Official Committee of Equity Holders

</div>

Dated: July 23, 2008