**CERTIFICATE OF SERVICE**

  I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18 and on July 24, 2008, I caused a copy of the *Certification of No Objection Regarding Docket No. 19048* to be served upon those persons listed below in the manner indicated.

*Federal Express*
Laura Davis Jones, Esquire
David W. Carickhoff, Jr., Esquire
Pachulski, Stang, Ziehl, Young & Jones P.C.
919 North Market Street, 16th Floor
Wilmington, DE  19899-8705

*Regular Mail*
Vito I. DiMaio
Parcels, Inc.
10th & King Streets, P.O. Box 27
Wilmington, DE  19899

*Federal Express*
David M. Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207, Lockbox 35
Wilmington, DE  19801

*Federal Express and Email: feeaudit@whsmithlaw.com and bruhlander@whsmithlaw.com*
Bobbi Ruhlander
Warren H. Smith & Associates
325 N. St. Paul, Suite 1275
Dallas, TX  75201

*Federal Express and E-mail: william.sparks@grace.com*
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: nglassman@bayardfirm.com*
(Local Counsel to DIP Lender)
Neil B. Glassman, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Local Counsel for Official Committee of Equity Holders)
Teresa K.D.Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: jbaer@chicago.kirkland.com*
(Counsel to Debtor)
James H.M. Sprayregen, P.C.
Jan Baer, Esquire
Kirkland & Ellis

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Peter Van N. Lockwood, Esquire
Caplin & Drysdale, Chartered

*E-mail: eholzberg@stroock.com*
(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Jay Sakalo, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail: david.heller@lw.com and carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

                                                /S/ DEBRA O. FULLEM
                                                Debra O. Fullem
                                                Orrick, Herrington Sutcliffe LLP