IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) ) | Case No. 01-1139 (JKF) |
| Debtors. | ) ) ) | Objection Deadline: August 13, 2008 at 4:00 p.m.<br>Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO THIRTY-SEVENTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JUNE 1, 2008 THROUGH JUNE 30, 2008**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered February 21, 2004) |
| Period for which compensation is sought: | June 1, 2008 through June 30, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $2,675.00 |
| 80% of fees to be paid: | $2,140.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $     0 |
| Total Fees @ 80% and 100% Expenses: | $2,140.00 |

This is an:  __  interim   X  monthly   __  final application.

**COMPENSATION SUMMARY**
**June 2008**

| Name of Professional **Person** | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, **Area of Expertise** | Hourly Billing Rate (including changes) | Total Billed **Hours** | Total **Compensation** |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (23 years) FCAS | $650 | 3.50 | $2,275.00 |
| Jeffrey Kimble | Consulting Actuary (7 years) ACAS | $400 | 1.00 | 400.00 |
| **Total Blended Rate: $594.44** | | | **4.50** | **$2,675.00** |

**COMPENSATION BY PROJECT CATEGORY**

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---|---|
| Data Analysis | 4.50 | $2,675.00 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| **No Expenses** | **$0** |

| **June 2008 – Grand Total** | **$2,675.00** |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By:/S/ JENNIFER L. BIGGS
 Jennifer L. Biggs, FCAS, MAAA
 101 S. Hanley Rd.
 St. Louis, MO 63105
 (314) 719-5843

Dated: July 18, 2008

2