# EXHIBIT A

| | | | | W.R. Grace (Bankruptcy) | |
|---|---|---|---|---|---|
| | | | | Towers Perrin Time Records | |
| **Professional** | **Date** | **Hours** | **Rate** | **$ Fees** | **Description** |
| | | | | **Jun-08** | |
| Jenni Biggs | 6/2/2008 | 0.40 | $650 | $260.00 | Cash Flow projections - follow-up from May 8 meeting |
| Jenni Biggs | 6/17/2008 | 0.50 | $650 | $325.00 | Discussion regarding settlement |
| Jenni Biggs | 6/19/2008 | 1.00 | $650 | $650.00 | Billing |
| Jenni Biggs | 6/24/2008 | 0.50 | $650 | $325.00 | Billing |
| Jenni Biggs | 6/25/2008 | 0.40 | $650 | $260.00 | Billing |
| Jenni Biggs | 6/30/2008 | 0.70 | $650 | $455.00 | Billing |
| | | 3.50 | | $2,275.00 | |
| | | | | | |
| Jeff Kimble | 6/2/2008 | 1.00 | $400 | $400.00 | Cash Flow projections - follow-up from May 8 meeting |
| | | 1.00 | | $400.00 | |
| | | | | | |
| | | **4.50** | | **$2,675.00** | |