IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Deadline: August 13, 2008 at 4:00 p.m.** |

### FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JUNE 1, 2008 THROUGH JUNE 30, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

July 12, 2008
Invoice 883135  Page 1

Our Matter #        02399/06000                     For Services Through 06/30/08
WR Grace #          063-KL-721490-01-501251
Name of Matter:     General

| Date | Description | | | |
|---|---|---|---|---|
| 06/04/08 | Follow up phone call with Mitch Obradovic regarding letter from Jessica Jordan (Greenville County Code Enforcement) and FOIA request. | | | |
| | D.B. RUSTIN | 0.40 hrs. | 220.00/hr | $88.00 |
| 06/10/08 | Forward scanned copies of letters sent to Greenville County to Mitch Obradovic and Lydia Duff (FOIA letter and letter closing appeal). | | | |
| | D.B. RUSTIN | 0.20 hrs. | 220.00/hr | $44.00 |
| 06/23/08 | Review FOIA request documents, scan and forward same to Mitch Obradovic and Lydia Duff. | | | |
| | D.B. RUSTIN | 0.60 hrs. | 220.00/hr | $132.00 |

**Total Fees for Legal Services** .................................................................................... **$264.00**

**BILLING SUMMARY**

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.B. RUSTIN | 1.20 | 220.00 | 264.00 |
| TOTAL | 1.20 | $220.00 | $264.00 |

**Net current billing for this invoice** ............................................................................. **$264.00**

**GRAND TOTAL** ........................................................................................................... **$264.00**

W. R. Grace & Co.

July 12, 2008
Invoice 883135  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 06/30/08

W. R. Grace & Co.
General
Our Matter # 02399/06000

---

| | |
|---|---|
| Fees for Professional Services | $264.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice**................................................................. | **$264.00** |
| **GRAND TOTAL** ............................................................................................. | **$264.00** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
Receiving Bank: Columbus Bank & Trust (CB&T)
ABA Number: 061100606
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC  29151-1798
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

---

**FOREIGN WIRING INSTRUCTIONS**
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC  29151-1798
ABA Number: 053200666
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

July 2, 2008  
Invoice 879950  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 06/30/08 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

04/17/08   Electronic mail memorandum to Ms. Duff regarding settlement status.
R.T. CARLISLE                           0.10 hrs.    280.00/hr            $28.00

06/17/08   Review latest offer from PRP Group and status of decisions for client (0.4); confer with client regarding issue of settlement (0.4); electronic mail memoranda to client forwarding settlement documents (0.1); detailed voice mail message to Mr. English regarding status of clean-up (0.1).
R.T. CARLISLE                           1.00 hrs.    280.00/hr           $280.00

**Total Fees for Legal Services** .......................................................................... **$308.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 1.10 | 280.00 | 308.00 |
| TOTAL | 1.10 | $280.00 | $308.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

06/17/2008    Telephone 1-410-531-4210                                                    0.80  
**Total Charges for Other Services Provided/Expenses Incurred** ...................... **$0.80**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.80 |
| TOTAL | $0.80 |

**Net current billing for this invoice** ............................................................... **$308.80**

**GRAND TOTAL** .......................................................................................... **$308.80**

W. R. Grace & Co.
July 2, 2008
Invoice 879950  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 06/30/08

W. R. Grace & Co.
Beaco Road Site
Our Matter # 02399/06003

| | |
|---|---|
| Fees for Professional Services | $308.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.80 |
| **Net current billing for this invoice** | **$308.80** |
| **GRAND TOTAL** | **$308.80** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

July 3, 2008
Invoice 879988   Page 1

Our Matter #    02399/06032                    For Services Through 06/30/08
WR Grace #     063-KL-721490-01-0501221
Name of Matter:   Charleston

| Date | Description | | | |
|---|---|---|---|---|
| 06/06/08 | Message from and reply to Mr. Bucens regarding conference call with team on City issues, review background message (0.2); conference call with team on City pursuit of VCC, discuss issues and plan of action (0.6); review VCC information (0.3). | | | |
| | N.J. SMITH | 1.10 hrs. | 320.00/hr | $352.00 |
| 06/23/08 | Messages from Mr. Obradovic and Mr. Bucens with original and revised form of DHEC certification from City, review form. | | | |
| | N.J. SMITH | 0.40 hrs. | 320.00/hr | $128.00 |
| 06/29/08 | Message from Ms. Duff with revised information and certification, review same. | | | |
| | N.J. SMITH | 0.20 hrs. | 320.00/hr | $64.00 |

**Total Fees for Legal Services** ......................................................... **$544.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 1.70 | 320.00 | 544.00 |
| TOTAL | 1.70 | $320.00 | $544.00 |

**Net current billing for this invoice** ............................................................. **$544.00**

**GRAND TOTAL** ................................................................................ **$544.00**

W. R. Grace & Co.
July 3, 2008
Invoice 879988  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 06/30/08

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

---

| | |
|---|---|
| Fees for Professional Services | $544.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice**............................................................ | **$544.00** |
| **GRAND TOTAL** ............................................................................................. | **$544.00** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

July 12, 2008
Invoice 883133  Page 1

Our Matter #        02399/06091                         For Services Through 06/30/08
Name of Matter:    Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 06/12/08 | Review and edit monthly fee application (for March).<br>B.J. BURN | 0.20 hrs. | 240.00/hr | $48.00 |
| 06/13/08 | Draft monthly fee application for May 2008.<br>B.A. WRIGHT | 1.20 hrs. | 120.00/hr | $144.00 |
| 06/18/08 | Prepare and draft 28th Quarterly fee application (2.5); update fee application chart (0.6); correspond with new attorneys regarding additional information needed to complete the application (0.3).<br>B.A. WRIGHT | 3.40 hrs. | 120.00/hr | $408.00 |

**Total Fees for Legal Services** .................................................................................... **$600.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.20 | 240.00 | 48.00 |
| B.A. WRIGHT | 4.60 | 120.00 | 552.00 |
| TOTAL | 4.80 | 125.00 | 600.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 05/27/2008 | Federal Express charge | 15.01 |

Total Charges for Other Services Provided/Expenses Incurred ................................... **$15.01**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 15.01 |
| TOTAL | $15.01 |

**Net current billing for this invoice** ............................................................................ **$615.01**

**GRAND TOTAL** ......................................................................................................... **$615.01**

W. R. Grace & Co.

July 12, 2008
Invoice 883133  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 06/30/08

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $600.00 |
| Charges for Other Services Provided/Expenses Incurred | $15.01 |
| **Net current billing for this invoice**................................................................... | **$615.01** |
| **GRAND TOTAL** ........................................................................................................ | **$615.01** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

DOMESTIC WIRING INSTRUCTIONS
Receiving Bank: Columbus Bank & Trust (CB&T)
ABA Number: 061100606
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC  29151-1798
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

FOREIGN WIRING INSTRUCTIONS
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC  29151-1798
ABA Number: 053200666
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701