**EXHIBIT A**

VERIFICATION

WASHINGTON :
:
DISTRICT OF COLUMBIA :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Tim Tuerff
Partner

SWORN AND SUBSCRIBED
before me this 27 day of ~~May~~ June, 2008.

Deborah D. Bang
Notary Public
My Commission Expires: 3/14/2010

91100-001\DOCS_DE:79005.1

# EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Person**
**October 1 - 31, 2007 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| Bryan Collins | 1.40 | $ 600 | $ 840 |
| James Dahlberg | 0.50 | $ 600 | $ 300 |
| Seth Goldstein | 0.40 | $ 600 | $ 240 |
| Jeffrey O'Donnell | 0.40 | $ 600 | $ 240 |
| Timothey Tuerff | 6.10 | $ 600 | $ 3,660 |
| Isaac Zimbalist | 0.80 | $ 600 | $ 480 |
| Lee Ann Dean | 0.50 | $ 515 | $ 258 |
| Mark Wanek | 10.60 | $ 475 | $ 5,035 |
| Jeremy Sina | 0.40 | $ 310 | $ 124 |
| **Total Repatriation/304/E&P Fees** | **21.10** | | **$ 11,177** |
| | | | |
| **Total Deloitte Tax LLP Fees for October 2007** | **21.10** | | **$ 11,177** |

91100-001\DOCS_DE:79005.1

**EXHIBIT C**

**W.R. Grace**
**Hours detail**
**October 1 - 31, 2007 (Deloitte Tax LLP)**

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 10/31/2007 | Bryan Collins | Repatriation/ 304/E&P | International 304 transactions - calculation of basis | 1.40 | $ 600 | **$ 840** |
| 10/11/2007 | James Dahlberg | Repatriation/ 304/E&P | 304 questions regarding return of basis opinion | 0.50 | $ 600 | **$ 300** |
| 10/30/2007 | Seth Goldstein | Repatriation/ 304/E&P | Phone call with client regarding HTKO 304, other issues. | 0.40 | $ 600 | **$ 240** |
| 10/10/2007 | Jeffrey O'Donnell | Repatriation/ 304/E&P | Mtg w/M. Wanek re 304 issues; basis issues | 0.40 | $ 600 | **$ 240** |
| 10/8/2007 | Timothy Tuerff | Repatriation/ 304/E&P | Italy and Germany - Foreign tax/E&P impact | 0.80 | $ 600 | **$ 480** |
| 10/9/2007 | Timothy Tuerff | Repatriation/ 304/E&P | telecon with Elyse to discuss 304 transaction - basis question | 0.50 | $ 600 | **$ 300** |
| 10/10/2007 | Timothy Tuerff | Repatriation/ 304/E&P | §304 E&P issue - calculation of return of basis | 0.50 | $ 600 | **$ 300** |
| 10/11/2007 | Timothy Tuerff | Repatriation/ 304/E&P | 304 transaction - analysis of D&P and basis | 0.90 | $ 600 | **$ 540** |
| 10/13/2007 | Timothy Tuerff | Repatriation/ 304/E&P | email to Elyse regarding status on 304 questions | 0.80 | $ 600 | **$ 480** |
| 10/18/2007 | Timothy Tuerff | Repatriation/ 304/E&P | Telecon w/Elyse Noggle Filon and Alan Gibbons reg Dividend Planning | 0.30 | $ 600 | **$ 180** |
| 10/19/2007 | Timothy Tuerff | Repatriation/ 304/E&P | Review Schedules; Telecom w/Alan Gibbons regarding Div Plan; O/C w/seth G. | 1.90 | $ 600 | **$ 1,140** |

91100-001\DOCS_DE:79005.1

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/22/2007 | Timothy Tuerff | Repatriation/ 304/E&P | office consultation with Mark to review repartriation issues | 0.40 | $ 600 | **$ 240** |
| 10/30/2007 | Isaac Zimbalist | Repatriation/ 304/E&P | Discussion of sec 304. R&R email. Mtg w/ MW and SG | 0.80 | $ 600 | **$ 480** |
| 10/31/2007 | Lee Ann Dean | Repatriation/ 304/E&P | 304 issues - calculation of basis | 0.50 | $ 515 | **$ 258** |
| 10/8/2007 | Mark Wanek | Repatriation/ 304/E&P | WR Grace - client correspondence; revisit Italian analysis; follow up with Paolo; key Italian considerations | 3.30 | $ 475 | **$ 1,568** |
| 10/10/2007 | Mark Wanek | Repatriation/ 304/E&P | WR Grace - research 304 issue re E&P reduction upon 304; search treatises, pull legis history; follow up with Tim | 2.90 | $ 475 | **$ 1,378** |
| 10/11/2007 | Mark Wanek | Repatriation/ 304/E&P | WR Grace - finish research on re E&P reduction in 304; write up summary | 0.90 | $ 475 | **$ 428** |
| 10/12/2007 | Mark Wanek | Repatriation/ 304/E&P | WR Grace - follow up on Italian analysis | 0.50 | $ 475 | **$ 238** |
| 10/30/2007 | Mark Wanek | Repatriation/ 304/E&P | WR Grace - 304 basis issue (mechanics of basis reduction in sec. 304): discuss with Seth Goldstein, meeting with Bill Zimbilist, call with Alan Gibbons, related analysis | 1.50 | $ 475 | **$ 713** |
| 10/31/2007 | Mark Wanek | Repatriation/ 304/E&P | WR Grace - research re Italian IRAP tax for Alan Gibbons; discuss with Tim, call with Alan, transmit CA agreement to Alan | 1.50 | $ 475 | **$ 713** |

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/9/2007 | Jeremy Sina | Repatriation/ 304/E&P | 304 question - return of basis (T. Tuerff; M. Wanek) | 0.40 | $ 310 | **$ 124** |
| | | | **TOTALS:** | **21.1** | | **$ 11,177** |