## EXHIBIT A

### VERIFICATION

WASHINGTON           :
                                  :
DISTRICT OF COLUMBIA  :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a)  I am a partner with the applicant firm of Deloitte Tax LLP.

b)  I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

*[signature]*
Tim Tuerff
Partner

SWORN AND SUBSCRIBED
before me this 27 day of ~~May~~ June, 2008.

*[signature]*
Notary Public
My Commission Expires: 3/14/2010

91100-001\DOCS_DE:79005.1

-6-

## EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Person**
**November 1 - 30, 2007 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| Seth Goldstein | 3.90 | $ 600 | $ 2,340 |
| Carol Haecker | 0.90 | $ 600 | $ 540 |
| James Klein | 1.80 | $ 600 | $ 1,080 |
| Robert Rothenberg | 0.30 | $ 600 | $ 180 |
| Timothy Tuerff | 2.50 | $ 600 | $ 1,500 |
| Christopher Trump | 1.40 | $ 515 | $ 721 |
| Mark Wanek | 15.70 | $ 475 | $ 7,458 |
| **Total Repatriation/304/E&P Fees** | **26.50** | | **$ 13,819** |
| | | | |
| Bryan Collins | 1.90 | $ 600 | $ 1,140 |
| **Total IRS Appeals Fees** | **1.90** | | **$ 1,140** |
| | | | |
| G. Garner Prillaman | 1.50 | $ 600 | $ 900 |
| **Total Currency Issues Fees** | **1.50** | | **$ 900** |
| | | | |
| Lecia Ross | 2.70 | $ 70 | $ 189 |
| **Total Administrative Services Fees** | **2.70** | | **$ 189** |
| | | | |
| **Total Deloitte Tax LLP Fees for November 2007** | **32.60** | | **$ 16,048** |

## EXHIBIT C

**W.R. Grace Hours detail**
**November 1 - 30, 2007 (Deloitte Tax LLP)**

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 11/30/2007 | Bryan Collins | IRS appeals issue | re: Appeals officer discussion | 1.90 | $ 600 | $ 1,140 |
| 11/7/2007 | Seth Goldstein | Repatriation/ 304/E&P | IRAP discussion with Mark Wanek. | 0.40 | $ 600 | $ 240 |
| 11/9/2007 | Seth Goldstein | Repatriation/ 304/E&P | Phone call with Alan and email to Tim Tuerff. | 0.70 | $ 600 | $ 420 |
| 11/12/2007 | Seth Goldstein | Repatriation/ 304/E&P | IRAP creditability meeting. | 0.40 | $ 600 | $ 240 |
| 11/15/2007 | Seth Goldstein | Repatriation/ 304/E&P | Spinoff netting question | 0.60 | $ 600 | $ 360 |
| 11/19/2007 | Seth Goldstein | Repatriation/ 304/E&P | spinoff netting rule issue for Tim | 1.00 | $ 600 | $ 600 |
| 11/27/2007 | Seth Goldstein | Repatriation/ 304/E&P | Pre-1986 layers - basketing and deficits | 0.40 | $ 600 | $ 240 |
| 11/28/2007 | Seth Goldstein | Repatriation/ 304/E&P | Phone call with Allen, discussion with Garner | 0.40 | $ 600 | $ 240 |
| 11/14/2007 | Carol Haecker | Repatriation/ 304/E&P | Conference call with WR Grace, Tim Tuerff and Mark Wanek on E&P issues | 0.90 | $ 600 | $ 540 |
| 11/20/2007 | James Klein | Repatriation/ 304/E&P | Telecon with Alan Gibbons - E&P issues | 0.90 | $ 600 | $ 540 |
| 11/26/2007 | James Klein | Repatriation/ 304/E&P | Telecon with Alan Gibbons - E&P issues | 0.90 | $ 600 | $ 540 |
| 11/29/2007 | G. Garner Prillaman | Currency issue | Telecon with Alan Gibbons - 987 and 988 issues | 1.50 | $ 600 | $ 900 |

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 11/28/2007 | Robert Rothenberg | Repatriation/ 304/E&P | W.R. Grace E&P issues | 0.30 | $ 600 | $ 180 |
| 11/14/2007 | Timothy Tuerff | Repatriation/ 304/E&P/Interest allocation | Repatriation planning review - E&P issues; interest allocation issues | 2.50 | $ 600 | $ 1,500 |
| 11/2/2007 | Christopher Trump | Repatriation/ 304/E&P | WR Grace 304 Computation | 0.90 | $ 515 | $ 464 |
| 11/5/2007 | Christopher Trump | Repatriation/ 304/E&P | Review WR Grace 304 Email | 0.50 | $ 515 | $ 258 |
| 11/2/2007 | Mark Wanek | Repatriation/ 304/E&P | WR Grace - 304 basis issue | 2.00 | $ 475 | $ 950 |
| 11/7/2007 | Mark Wanek | Repatriation/ 304/E&P | WR Grace - creditability of IRAP tax for Alan Gibbons - discussion with Seth Goldstein regarding additional authority, pull authority, summarize for files | 0.80 | $ 475 | $ 380 |
| 11/10/2007 | Mark Wanek | Repatriation/ 304/E&P | WR Grace - document section304 basis issue for files | 2.00 | $ 475 | $ 950 |
| 11/11/2007 | Mark Wanek | Repatriation/ 304/E&P | WR Grace - document section304 basis issue for files | 0.50 | $ 475 | $ 238 |
| 11/12/2007 | Mark Wanek | Repatriation/ 304/E&P | WR Grace - creditability of Italian IRAP tax - meet w/ Seth Goldstein and Tim Tuerff, review authorities to confirm position, specifically issue w/ respect to 902 credits | 1.00 | $ 475 | $ 475 |
| 11/13/2007 | Mark Wanek | Repatriation/ 304/E&P | WR Grace - creditability of Italian IRAP tax - review authorities to confirm position, specifically issue w/ respect to 902 credits, draft note to Alan | 1.00 | $ 475 | $ 475 |
| 11/14/2007 | Mark Wanek | Repatriation/ 304/E&P | WR Grace - meeting with Tim Tuerff re various issues incl. IRAP tax, E&P issues and customs contacts; note to Alan Gibbons re IRAP tax and 902 issues; call w/ Alan Gibbons, Tim Tuerff and Carol Haecker re E&P issues; 1.861-10(e)(9) | 4.80 | $ 475 | $ 2,280 |

| Date | Name | Category | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| | | | research | | | |
| 11/15/2007 | Mark Wanek | Repatriation/ 304/E&P | WR Grace - 1.861-10(e)(9) research; meetings with Tim Tuerff and Seth Goldstein re issue | 2.20 | $ 475 | $ 1,045 |
| 11/19/2007 | Mark Wanek | Repatriation/ 304/E&P | WR Grace - 1.861-10(e) CFC netting issues - meeting with Tim and Seth; set up call with Alan Gibbons | 1.00 | $ 475 | $ 475 |
| 11/20/2007 | Mark Wanek | Repatriation/ 304/E&P | WR Grace - 1.861-10(e) CFC netting issues - call with Alan Gibbons | 0.40 | $ 475 | $ 190 |
| 11/14/2007 | Lecia Ross | Administrative services | Bankruptcy fee application preparation | 0.60 | $ 70 | $ 42 |
| 11/15/2007 | Lecia Ross | Administrative services | Bankruptcy fee application preparation | 0.50 | $ 70 | $ 35 |
| 11/16/2007 | Lecia Ross | Administrative services | Bankruptcy fee application preparation | 0.50 | $ 70 | $ 35 |
| 11/21/2007 | Lecia Ross | Administrative services | Bankruptcy fee application preparation | 0.60 | $ 70 | $ 42 |
| 11/27/2007 | Lecia Ross | Administrative services | Bankruptcy fee application preparation | 0.50 | $ 70 | $ 35 |
| | | | **TOTALS:** | **32.6** | | **$ 16,048** |