## EXHIBIT A

## VERIFICATION

WASHINGTON              :
                                     :
DISTRICT OF COLUMBIA    :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Tim Tuerff
Partner

SWORN AND SUBSCRIBED
before me this 27 day of ~~May~~ June, 2008.

_____
Notary Public
My Commission Expires: 3/14/2010

91100-001\DOCS_DE:79005.1

-6-

# EXHIBIT B

**W.R. Grace**
**Hours Spent by Each Person**
**December 1 - 31, 2007 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| Mark Wanek | 1.10 | $ 475 | $ 523 |
| **Total Repatriation/304/E&P Fees** | **1.10** | | **$ 523** |
| | | | |
| Bryan Collins | 0.70 | $ 600 | $ 420 |
| Matthew Gareau | 0.70 | $ 515 | $ 361 |
| **Total IRS Appeals Fees** | **0.70** | | **$ 781** |
| | | | |
| Jo Lynn Ricks | 0.70 | $ 600 | $ 420 |
| **Total Currency Issues Fees** | **0.70** | | **$ 420** |
| | | | |
| Lecia Ross | 1.00 | $ 70 | $ 70 |
| **Total Administrative Services Fees** | **1.00** | | **$ 70** |
| | | | |
| **Total Deloitte Tax LLP Fees for December 2007** | **3.50** | | **$ 1,793** |

## EXHIBIT C

**W.R. Grace**
**Hours**
**detail**
**December 1 - 31, 2007 (Deloitte Tax LLP)**

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 12/3/2007 | Bryan Collins | IRS appeals | IRS appeals - lonely parent rule | 0.70 | $ 600 | $ 420 |
| 12/3/2007 | Jo Lynn Ricks | Currency issue | hedge ID; fx hedge of currency; Garner Prillaman | 0.70 | $ 600 | $ 420 |
| 12/3/2007 | Matthew Gareau | IRS appeals | conf call with Steptoe re: IRS appeals strategy - lonely parent issue | 0.70 | $ 515 | $ 361 |
| 12/6/2007 | Mark Wanek | Repatriation/ 304/E&P | WR Grace - track down Swiss contact at Elyse Filon's request | 0.60 | $ 475 | $ 285 |
| 12/18/2007 | Mark Wanek | Repatriation/ 304/E&P | WR Grace - call from Alan Gibbons re potential due diligence project for European acquisition; follow up w/ Bob Mareau in Belgium | 0.50 | $ 475 | $ 238 |
| 12/5/2007 | Lecia Ross | Administrative Services | Bankruptcy fee application preparation | 1.00 | $ 70 | $ 70 |
| | | | **TOTALS:** | **4.2** | | **$ 1,793** |