# **EXHIBIT B**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objections due: |

Hearing date: To be scheduled, only if objections are timely filed and served.

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE FIRST INTERIM PERIOD, FROM FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008, FOR THE QUARTER OF JANUARY 2008 – MARCH 2008**

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **February 1, 2008 – February 29, 2008** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$8,386.00 for the period** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

EXHIBIT B

Amount of expense reimbursement sought as
Actual, reasonable, and necessary:          **$14.25 for the period**

This is a __x__ monthly ___ interim ___ final application.

The total time expended for the preparation of this application is approximately **(1.3)** hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $ **(169.00).**

Prior fee applications:

|  |  | **Requested** |  | **Approved** |  |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, | April 1, 2002 – June | $60,393.50 | $701.74 | $55,739.00 | $701.74 |

2

| | | | | | |
|---|---|---|---|---|---|
| 2002 | 30, 2002 | | | | |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |
| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004- | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |

|  | March 31, 2004 |  |  |  |  |
|---|---|---|---|---|---|
| June 7, 2004 | April 1, 2004-April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004-May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004-September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| December 1, 2004 | October 1, 2004-October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 – November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2004 – December 31, 2004 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $7,343.50 | $34.10 | $5,874.80 | $34.10 |
| March 16, 2005 | October 1, 2004 – December 31, 2004 | $29,961.00 | $133.51 | $29,961.00 | $133.51 |
| April 15, 2005 | February 1, 2005 – February 28, 2005 | $4,948.50 | $40.40 | $3,958.80 | $40.40 |
| May 10, 2005 | March 1, 2005 – March 31, 2005 | $6,494.00 | $71.74 | $5,195.20 | $71.74 |
| June 15, 2005 | January 1, 2005 – March 31, 2005 | $18,786.00 | $146.24 | $18,786.00 | $146.24 |
| June 7, 2005 | April 1, 2005 – April 30, 2005 | $4,754.50 | $38.87 | $3,803.60 | $38.87 |
| July 7, 2005 | May 1, 2005 – May 31, 2005 | $9,725.00 | $84.96 | $7,780.00 | $84.96 |
| August 1, 2005 | June 1, 2005 – June 30, 2005 | $5,182.00 | $1.80 | $4,145.60 | $1.80 |
| August 8, 2005 | April 1, 2005 – June 30, 2005 | $19,661.50 | $125.63 | $19,661.50 | $125.63 |
| August 20, 2005 | July 1, 2005 – July 31, 2005 | $10,155.00 | $15.27 | $8,124.00 | $15.27 |
| October 12, 2005 | August 1, 2005 – August 31, 2005 | $9,440.00 | $54.18 | $7,552.00 | $54.18 |
| November 4, 2005 | September 1, 2005 – September 30, 2005 | $2,772.00 | $14.03 | $2,217.60 | $14.03 |
| November 23, 2005 | July 1, 2005 – September 30, 2005 | $22,367.00 | $83.48 | $22,367.00 | $83.48 |
| December 16, 2005 | October 1, 2005 – October 31, 2005 | $4,735.50 | $27.51 | $3,788.40 | $27.51 |
| March 10, 2006 | November 1, 2005 – November 30, 2005 | $1,819.50 | $24.02 | $1,455.60 | $24.02 |
| March 27, 2006 | December 1, 2005 – | $7,582.50 | $26.28 | $6,066.00 | $26.28 |

| | December 31, 2005 | | | | |
|---|---|---|---|---|---|
| April 20, 2006 | October 1, 2005 – December 31, 2005 | $14,137.50 | $77.81 | $14,137.50 | $77.81 |
| April 20, 2006 | January 1, 2006 – January 31, 2006 | $8,997.00 | $58.95 | $7,197.60 | $58.95 |
| April 20, 2006 | February 1, 2006 – February 28, 2006 | $7,574.50 | $127.34 | $6,059.60 | $127.34 |
| April 20, 2006 | March 1, 2006 – March 31, 2006 | $6,120.50 | $11.93 | $4,896.40 | $11.93 |
| June 8, 2006 | April 1, 2006 – April 30, 2006 | $4,012.50 | $185.69 | $3,210.00 | $185.69 |
| June 9, 2006 | January 1, 2006 – March 31, 2006 | $22,692.00 | $198.22 | $22,692.00 | $198.22 |
| July 10, 2006 | May 1, 2006 – May 31, 2006 | $18,733.50 | $116.00 | $14,986.80 | $116.00 |
| August 2, 2006 | June 1, 2006 – June 30, 2006 | $1,459.00 | $9,179.83 | $1,167.20 | $9,179.83 |
| September 29, 2006 | April 1, 2006 – June 30, 2006 | $24,205.00 | $9,481.52 | $24,205.00 | $9,481.52 |
| September 11, 2006 | July 1, 2006 – July 31, 2006 | $834.00 | $25.85 | $667.20 | $25.85 |
| October 18, 2006 | August 1, 2006 – August 31, 2006 | $1,023.50 | $12.25 | $818.80 | $12.25 |
| October 30, 2006 | September 1, 2006 – September 30, 2006 | $519.50 | $0 | $415.60 | $0 |
| November 22, 2006 | July 1, 2006 – September 30, 2006 | $2,377.00 | $38.10 | $2,377.00 | $38.10 |
| November 22, 2006 | October 1, 2006 – October 31, 2006 | $415.00 | $12.30 | $332.00 | $12.30 |
| December 27, 2006 | November 1, 2006 – November 30, 2006 | $744.00 | $51.47 | $595.20 | $51.47 |
| February 12, 2007 | December 1, 2006 – December 31, 2006 | $1,229.00 | $5.00 | $983.20 | $5.00 |
| March 2, 2007 | January 1, 2007 – January 31, 2007 | $3,260.00 | $54.65 | $2,608.00 | $54.65 |
| March 7, 2007 | October 1, 2006 – December 31, 2006 | $2,388.00 | $68.77 | $2,388.00 | $68.77 |
| March 23, 2007 | February 1, 2007 – February 28, 2007 | $2,977.50 | $1,858.98 | $2,382.00 | $1,858.98 |
| April 24, 2007 | March 1, 2007 – March 31, 2007 | $3,069.00 | $941.40 | $2,455.20 | $941.40 |
| May 14, 2007 | January 1, 2007 – March 31, 2007 | $9,306.50 | $2,855.03 | $9306.50 | $2855.03 |
| May 25, 2007 | April 1, 2007 – April 30, 2007 | $430.00 | $92.00 | $344.00 | $92.00 |
| June 20, 2007 | May 1, 2007 – May 31, 2007 | $863.50 | $22.11 | $690.80 | $22.11 |
| July 11, 2007 | June 1, 2007 – June 30, 2007 | $663.00 | $12.38 | $530.40 | $12.38 |
| July 23, 2007 | April 1, 2007 – June 30, 2007 | $1956.50 | $126.49 | $1956.50 | $126.49 |
| August 23, 2007 | July 1, 2007 – July 31, 2007 | $786.50 | $26.41 | $629.20 | $26.41 |
| September 24, 2007 | August 1, 2007- August 31, 2007 | $423.00 | $14.10 | $338.40 | $14.10 |

5

| | | | | | |
|---|---|---|---|---|---|
| January 2, 2008 | September 1, 2007 – September 30, 2007 | $396.00 | $12.94 | $316.80 | $12.94 |
| January 2, 2008 | November 1, 2007 – November 30, 2007 | $176.00 | $44.60 | $140.80 | $44.60 |
| January 9, 2008 | July 1, 2007 – September 30, 2007 | $1,605.50 | $53.45 | $1284.40 | $53.45 |
| January 22, 2008 | December 1, 2007 – December 31, 2007 | $742.00 | $0.00 | $593.60 | $0.00 |
| February 22, 2008 | January 1, 2008 – January 31, 2008 | $1,607.00 | $0.00 | $1,285.60 | $0.00 |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| B.F. Hawkins, Jr | Partner | 16 years | Environmental | $320.00 | 3.80 | $1,216.00 |
| N.J. Smith | Partner | 29 years | Environmental | $320.00 | 12.90 | $4,128.00 |
| R.T. Carlisle | Of Counsel | 24 years | Environmental | $280.00 | 10.00 | $2,800.00 |

Grand Total for Fees:   $8,144.00
Blended Rate:   $305.02

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| B. Wright | Project Assistant | 7 months | Bankruptcy | $110.00 | 2.20 | $242.00 |
|---|---|---|---|---|---|---|

Grand Total for Fees: $242.00
Blended Rate:   $110.00

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06032 | Charleston | 26.70 | $8,144.00 |
| 02399/06091 | Fee Applications | 2.20 | $242.00 |
| TOTAL | | 28.90 | $8,386.00 |

6

## Expense Summary

| Description | Amount |
|---|---|
| Filing Fee | $13.00 |
| Telephone | $1.25 |
| **TOTAL** | **$14.25** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1. I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2. I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in environmental-related litigation issues and real estate transactions and am thoroughly familiar

---

[2] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

       3.       The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

_____
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me

this 21 day of March, 2008

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: 9/3/09

9

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

March 13, 2008
Invoice 861279 Page 1

Our Matter #         02399/06032                              For Services Through 02/29/08
WR Grace #           063-KL-721490-01-0501221
Name of Matter:      Charleston

| Date | Description | | | |
|---|---|---|---|---|
| 02/01/08 | Message from Ms. Duff regarding appraisal review issue and conference call with team on strategy for City call on property (1.0); review final agenda (0.3). | | | |
| | N.J. SMITH | 1.30 hrs. | 320.00/hr | $416.00 |
| 02/04/08 | Conference call with team and City on property issues, process and negotiations for same (0.7); message from Mr. Bucens with draft covenant from DHEC, brief review of same (0.2). | | | |
| | N.J. SMITH | 0.90 hrs. | 320.00/hr | $288.00 |
| 02/05/08 | Review issues with Mr. Bucens concerning possible environmental recordkeeping issues for site and follow-up on same. | | | |
| | B.F. HAWKINS, JR. | 1.10 hrs. | 320.00/hr | $352.00 |
| 02/05/08 | Confer with Attorney Hawkins and client regarding various reporting requirements (0.4); brief review of statutes and regulations pertinent to same (0.7); confer with Attorney Smith regarding his understanding of same (0.1); review electronic mail memoranda from client with additional details (0.6); confer with client regarding details (0.3). | | | |
| | R.T. CARLISLE | 2.10 hrs. | 280.00/hr | $588.00 |
| 02/06/08 | Review various messages with revisions to restrictive covenants, analyze same and mark up comments (0.3); message from Attorney Hawkins and various messages with Mr. Bucens and Attorney Carlisle regarding recordkeeping issues (0.3); telephone conference with Ms. Marshtein regarding practice in field, coordination between sections of DHEC on same (0.4); telephone conference with Attorney Carlisle on information needed to complete analysis and coordination of information to prepare for submittal with past reports (0.4). | | | |
| | N.J. SMITH | 1.40 hrs. | 320.00/hr | $448.00 |
| 02/06/08 | Follow-up on consideration of recordkeeping issues for site. | | | |
| | B.F. HAWKINS, JR. | 1.10 hrs. | 320.00/hr | $352.00 |
| 02/06/08 | Research regarding applicability of state reporting requirements to soils removed from site (1.2); conferences with Attorneys Hawkins and Smith regarding same (0.5); review manifests provided by client (0.1); review forms provided by client (0.4); identify all relevant requirements to be evaluated (1.3). | | | |
| | R.T. CARLISLE | 3.50 hrs. | 280.00/hr | $980.00 |
| 02/07/08 | Continue review of selected documentation from Mr. Bucens, discuss compliance and fee schedule for DHEC with Attorney Carlisle (0.5); revise covenant and prepare for conference call with Ms. Duff and team to address issues in same (1.1); conference call with team on covenant (0.5); review revisions and make final revisions to distribute for final approval (.04). | | | |
| | N.J. SMITH | 2.50 hrs. | 320.00/hr | $800.00 |

W. R. Grace & Co.
March 13, 2008
Invoice 861279  Page 2

| Date | Description | | | |
|---|---|---|---|---|
| 02/07/08 | Review recordkeeping issue for environmental site conditions.<br>B.F. HAWKINS, JR. | 0.60 hrs. | 320.00/hr | $192.00 |
| 02/08/08 | Message from Mr. Bucens regarding restrictive covenants and contact DHEC regarding same.<br>N.J. SMITH | 0.30 hrs. | 320.00/hr | $96.00 |
| 02/11/08 | Message from Mr. Obradovic regarding conference call schedule, reply, and calendar.<br>N.J. SMITH | 0.10 hrs. | 320.00/hr | $32.00 |
| 02/13/08 | Office conference with Mr. Stewart's staff, Ms. Vincent, at DHEC regarding review and approval of deed restriction, discuss background and review revisions made in draft supplied by Department with Ms. Vincent.<br>N.J. SMITH | 0.40 hrs. | 320.00/hr | $128.00 |
| 02/13/08 | Review and provide input on recordkeeping issues for communication to DHEC.<br>B.F. HAWKINS, JR. | 0.60 hrs. | 320.00/hr | $192.00 |
| 02/14/08 | Review disclosure correspondence and discuss comments with Attorney Carlisle (0.6); call from Mr. Shissias regarding information on groundwater and call planned for Friday, refer to Attorney Carlisle (0.2); message from Ms. Duff and Mr. Bucens regarding deed restrictions, reply (0.2).<br>N.J. SMITH | 1.00 hrs. | 320.00/hr | $320.00 |
| 02/14/08 | Review information to be provided to DHEC on recordkeeping.<br>B.F. HAWKINS, JR. | 0.40 hrs. | 320.00/hr | $128.00 |
| 02/14/08 | Review regulations relating to fee requirements (0.4); confer with Attorney Smith regarding same (0.2); communications with client regarding stormwater permit requirements (0.2); revise draft disclosure letter (0.3); evaluate information provided by client relating to reporting issues (0.7); confer with Attorney Smith regarding same (0.3); draft letter for client signature to accompany report filings (0.4); confer with client regarding same (0.2).<br>R.T. CARLISLE | 2.70 hrs. | 280.00/hr | $756.00 |
| 02/15/08 | Conference call with City and Company on environmental issues at site (0.4); message from Ms. Duff with summary (0.1); provide contact information for appraisers as requested by Mr. Yoder (0.3); message from Mr. Bucens regarding status of restrictive covenants, contact Ms. Vincent to thank her for assistance in expediting review (0.2); review comments on final form of disclosure and coordination with Attorney Carlisle on same (0.3).<br>N.J. SMITH | 1.30 hrs. | 320.00/hr | $416.00 |
| 02/15/08 | Review client comments concerning disclosure letter (0.1); confer with client regarding his questions on letter (0.2); review attachments for completeness (0.6); confer with client regarding same and regarding questions as to report completion (0.2); review client's revised forms (0.3); review final version of letter (0.3).<br>R.T. CARLISLE | 1.70 hrs. | 280.00/hr | $476.00 |
| 02/20/08 | Call from Ms. Vincent regarding exhibit for restrictive covenant, status of effort to execute by Department (0.2); retrieve information requested and provide to Ms. Vincent (0.2); review revisions made to covenant by Department and prepare message to team (0.2); message from Mr. Fink regarding audit letter, pull letter and return call (0.2); call to Mr. Leueck regarding current status of matters referenced in audit letter, confirm same status as of today (0.2); various messages regarding covenant, and follow up with DHEC on final form (0.2).<br>N.J. SMITH | 1.20 hrs. | 320.00/hr | $384.00 |

W. R. Grace & Co.
March 13, 2008
Invoice 861279  Page 3

| | | | | |
|---|---|---|---|---|
| 02/21/08 | Phone call to Ms. Vincent regarding status of signature on deed restrictions (0.2); conference call with team and City on property issues (0.3). | | | |
| | N.J. SMITH | 0.50 hrs. | 320.00/hr | $160.00 |
| 02/21/08 | Email from Ms. Vincent regarding W. R. Grace Covenants and Restrictions, DHEC revisions, analyze description changes as discussed (0.4); review property description from Mr. Bucens (0.2). | | | |
| | N.J. SMITH | 0.60 hrs. | 320.00/hr | $192.00 |
| 02/25/08 | Follow up with DHEC on status of deed restriction, request coordination on return for expedited filing (0.2); message from Ms. Duff regarding restriction, return call and discuss (0.1); review Grace executed restriction and contact Mr. King's office again (0.3). | | | |
| | N.J. SMITH | 0.60 hrs. | 320.00/hr | $192.00 |
| 02/27/08 | Telephone conference with Ms. Vincent regarding executed deed restriction, provide delivery service number (0.1); review executed restriction from Ms. Duff and coordination for delivery of same, review property description (0.2). | | | |
| | N.J. SMITH | 0.30 hrs. | 320.00/hr | $96.00 |
| 02/28/08 | Review fully executed deed restriction, property descriptions and prepare for filing (0.3); discuss documentation for DHEC and client on filing, instruct assistant on same (0.2). | | | |
| | N.J. SMITH | 0.50 hrs. | 320.00/hr | $160.00 |

**Fees for Legal Services** .................................................................................................... **$8,144.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 12.90 | 320.00 | 4,128.00 |
| B.F. HAWKINS, JR. | 3.80 | 320.00 | 1,216.00 |
| R.T. CARLISLE | 10.00 | 280.00 | 2,800.00 |
| TOTAL | 26.70 | $305.02 | $8,144.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 02/15/2008 | Telephone 1-617-498-2667 | 0.25 |
| 02/28/2008 | PAYEE: Charleston County RMC; REQUEST#: 300567; DATE: 2/28/2008. | 13.00 |
| Total Charges for Other Services Provided/Expenses Incurred | | $13.25 |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Filing Fee | 13.00 |
| Telephone | 0.25 |
| TOTAL | $13.25 |

**Net current billing for this invoice** ............................................................................. **$8,157.25**

**GRAND TOTAL** .................................................................................................................. **$8,157.25**

W. R. Grace & Co.

March 13, 2008
Invoice 861279  Page 4

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 02/29/08

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

---

| | |
|---|---|
| Fees for Professional Services | $8,144.00 |
| Charges for Other Services Provided/Expenses Incurred | $13.25 |
| **Net current billing for this invoice** | **$8,157.25** |
| **GRAND TOTAL** | **$8,157.25** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
Receiving Bank: Columbus Bank & Trust (CB&T)
ABA Number: 061100606
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC 29151-1798
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

---

**FOREIGN WIRING INSTRUCTIONS**
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC 29151-1798
ABA Number: 053200666
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

March 5, 2008  
Invoice 859708   Page   1

Our Matter #      02399/06091                         For Services Through 02/29/08  
Name of Matter:   Fee Applications

02/14/08   Prepare and draft fee application for January.  
           B. WRIGHT                              1.60 hrs.    110.00/hr           $176.00

02/19/08   Revise January fee application and send corrected page to Attorney Hawkins for review;  
           send final application for filling.  
           B. WRIGHT                              0.60 hrs.    110.00/hr            $66.00

**Fees for Legal Services** ............................................................................................ **$242.00**

## BILLING SUMMARY

|            | Hours | Rate/Hr | Dollars |
|------------|-------|---------|---------|
| B. WRIGHT  | 2.20  | 110.00  | 242.00  |
| TOTAL      | 2.20  | 110.00  | 242.00  |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

02/05/2008    Telephone 1-617-498-2667                                                    1.00  
**Total Charges for Other Services Provided/Expenses Incurred** ...................... **$1.00**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|-------------|---------|
| Telephone   | 1.00    |
| TOTAL       | $1.00   |

**Net current billing for this invoice**..............................................................................$243.00

**GRAND TOTAL** ............................................................................................................ **$243.00**

W. R. Grace & Co.

March 5, 2008
Invoice 859708  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 02/29/08

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $242.00 |
| Charges for Other Services Provided/Expenses Incurred | $1.00 |
| **Net current billing for this invoice**........................................................ | **$243.00** |
| **GRAND TOTAL** ...................................................................................... | **$243.00** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
Receiving Bank: Columbus Bank & Trust (CB&T)
ABA Number: 061100606
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC  29151-1798
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

**FOREIGN WIRING INSTRUCTIONS**
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC  29151-1798
ABA Number: 053200666
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701