# EXHIBIT 4

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **W. R. GRACE & CO.,** *et al.*,[1] ) | **Case No. 01-01139 (JKF)** |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | |
| ) | |
| ) | |

### NOTICE TO ATTORNEYS

PLEASE TAKE NOTICE THAT on June 17, 2008 the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware (the "Court"), having jurisdiction over the chapter 11 cases of W R Grace & Co and certain of its affiliates (collectively, the "Debtors" or "Grace"), entered an order setting a bar date for ZAI Claims[2] (the "ZAI Bar Date Order") (Dkt No. 18934) in the above-referenced bankruptcy cases.

The ZAI Bar Date Order requires that counsel who have participated in the ZAI Bar Date proceedings turn over to the Debtors, within thirty (30) days of entry of the ZAI Bar Date Order, any address lists of additional individuals known to them who may have ZAI Claims so that the Debtors can mail ZAI Bar Date Notice Packages to such individuals The Debtors also request counsel who may not have participated in the ZAI Bar Date proceedings, but who are aware of ZAI Claimants to whom actual notice should be sent and who possess address information for

---

[1] The Debtors consist of the following 62 entities W R Grace & Co (f/k/a Grace Specialty Chemicals, Inc ), W R Grace & Co -Conn , A-1 Bit & Tool Co , Inc , Alewife Boston Ltd , Alewife Land Corporation, Amicon, Inc , CB Biomedical, Inc (f/k/a Circe Biomedical, Inc ), CCHP, Inc , Coalgrace, Inc , Coalgrace II, Inc , Creative Food 'N Fun Company, Darex Puerto Rico, Inc , Del Taco Restaurants, Inc , Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc , Five Alewife Boston Ltd , G C Limited Partners I, Inc (f/k/a Grace Cocoa Limited Partners I, Inc ), G C Management, Inc (f/k/a Grace Cocoa Management, Inc ), GEC Management Corporation, GN Holdings, Inc , GPC Thomasville Corp , Gloucester New Communities Company, Inc , Grace A-B Inc , Grace A-B II Inc , Grace Chemical Company of Cuba, Grace Culinary Systems, Inc , Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc , Grace Europe, Inc , Grace H-G Inc , Grace H-G II Inc , Grace Hotel Services Corporation, Grace International Holdings, Inc (f/k/a Dearborn International Holdings, Inc ), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc , Grace Ventures Corp , Grace Washington, Inc , W R Grace Capital Corporation, W R Grace Land Corporation, Gracoal, Inc , Gracoal II, Inc , Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc , Kootenai Development Company, L B Realty, Inc , Litigation Management, Inc (f/k/a GHSC Holding, Inc , Grace JVH, Inc , Asbestos Management, Inc ), Monolith Enterprises, Incorporated, Monroe Street, Inc , MRA Holdings Corp (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc (f/k/a Nestor-BNA, Inc ), MRA Staffing Systems, Inc (f/k/a British Nursing Association, Inc ), Remedium Group, Inc (f/k/a Environmental Liability Management, Inc , E&C Liquidating Corp , Emerson & Cuming, Inc ), Southern Oil, Resin & Fiberglass, Inc , Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company

[2] Capitalized terms not defined herein shall have the meanings ascribed to them in the Debtors' Motion for an Order (A) Establishing a Proof of Claim Bar Date for Zonolite Attic Insulation Claims, and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program, dated March 18, 2008 (Dkt No 18328)

such ZAI Claimants, to turn over such information to the Debtors within thirty days of receiving this notice to ensure that actual notice can be completed for such known ZAI Claimants.

Please provide such information, to the extent you have not already done so, to the Debtors by U.S. mail or electronic mail, through their counsel designated below

**Deanna D. Boll, Esq.**
**Kirkland & Ellis LLP**
**Citigroup Center**
**153 East 53rd Street**
**New York, NY 10022**
**email: dboll@kirkland.com**

If you are an attorney for ZAI Claimants, the Debtors urge you contact such Claimants regarding their claims so those Claimants' rights to assert a ZAI Claim will not be lost.