# EXHIBIT 5

# WR Grace & Co. et al
Total number of parties. 1021

### Exhibit 5 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29575 | ABDI ALI, 19 DRAPER STREET, SPRINGFIELD, MA, 01108 | US Mail (1st Class) |
| 29575 | ALLAN NYE, P O BOX 30637, SPOKANE, WA, 99223 | US Mail (1st Class) |
| 29575 | ANDY FAIRCHILD, 65710 SUNRISE ROAD, ENTERPRISE, OR, 97828 | US Mail (1st Class) |
| 29575 | ANN BUTTO, 287 SOUTHAVEN AVENUE, MEDFORD, NY, 11763 | US Mail (1st Class) |
| 29575 | ANNA DUSOLD, 14435 MILLARD AVENUE, MIDLOTHIAN, IL, 60445 | US Mail (1st Class) |
| 29575 | ANTON VOLOVSEK, P O BOX 99, KOOSKIA, ID, 83539-0099 | US Mail (1st Class) |
| 29575 | ARTHUR JOHNSTON, 3365 KENTWOOD DRIVE, REDDING, CA, 96002 | US Mail (1st Class) |
| 29575 | AUDREY SACK, 19513 POPLAR ST, MOKEMA, IL, 60448 | US Mail (1st Class) |
| 29575 | BALOGA, ALOYS JOSEPH, 10 HILLCREST DR, DALLAS, PA, 18612 | US Mail (1st Class) |
| 29575 | BANKRUPTCY ADMINISTRATION, ROSA DOMINY, IOS CAPITAL, INC, 1738 BASS ROAD, P O BOX 13708, MACON, GA, 31208-3708 | US Mail (1st Class) |
| 29575 | BARBANTI, MARCO, 1301 W MALLON, SPOKANE, WA, 99201-2038 | US Mail (1st Class) |
| 29575 | BARBANTI, MARCO, 418 E WELLESLEY, SPOKANE, WA, 99207-1579 | US Mail (1st Class) |
| 29575 | BARBARA BAUGHMAN, 1143 LAFAYETTE STREET, AURORA, IL, 60505 | US Mail (1st Class) |
| 29575 | BARBARA SANDVIG, 110 DAKOTA STREET, OSLO, MN, 56744 | US Mail (1st Class) |
| 29575 | BECKER, WILLIAM R, 111 N 50TH ST, SEATTLE, WA, 98103 | US Mail (1st Class) |
| 29575 | BELTZ, ALAN ALBERT, 28709 HILLVIEW, ROSEVILLE, MI, 48066 | US Mail (1st Class) |
| 29575 | BELTZ, CAROL KIM, 28709 HILLVIEW, ROSEVILLE, MI, 48066 | US Mail (1st Class) |
| 29575 | BELZ ENTERPRISES, CREDIT MANAGER, 100 PEABODY PLACE, SUITE 1400, MEMPHIS, TN, 38103 | US Mail (1st Class) |
| 29575 | BERRUM, HOMER MATHEW, 306 WEST CHINOOK, LIVINGSTON, MT, 59047 | US Mail (1st Class) |
| 29575 | BETH MICHEL, 3140 DALLAS STREET, DEARBORN, MI, 48124 | US Mail (1st Class) |
| 29575 | BILL COPULSKY, 9520-B PRINCE GEORGE LANE, RALEIGH, NC, 27615 | US Mail (1st Class) |
| 29575 | BLUMENTHAL, MARTIN D, 1567 ST MATTHEWS RD, CHESTER SPRINGS, PA, 19425 | US Mail (1st Class) |
| 29575 | BOONE SIMPSON, 230 GATES AVENUE, ELYRIA, OH, 44035 | US Mail (1st Class) |
| 29575 | BOYLE, JACK, 28 CHARLES STREET, BRAINTREE, MA, 02184 | US Mail (1st Class) |
| 29575 | BRENDA WEINER, 370 CLAREMONT AVENUE, MT VERNON, NY, 10552 | US Mail (1st Class) |
| 29575 | BRIAN AND ANNA KNIGHT, 701 N GRAND AVENUE, PUEBLO, CO, 81003 | US Mail (1st Class) |
| 29575 | BRIAN DENEAU, 15 MADAWASKA STREET, BEDFORD, MA, 01730 | US Mail (1st Class) |
| 29575 | BRIAN HALAS, 1660 COLUMBIA, BERKLEY, MI, 48072 | US Mail (1st Class) |
| 29575 | BROWN, DAVE, 183 WILLIAMS STREET, MALONE, NY, 12953 | US Mail (1st Class) |
| 29575 | BROWN, MICHAEL, JR, 77 NORSEMAN DR, PORTSMOUTH, RI, 02871 | US Mail (1st Class) |
| 29575 | BUILDING RESOURCES INC, 289 ROUTE ONE, EDGECOMB, ME, 04556 | US Mail (1st Class) |
| 29575 | BURKE, ADA, 48880 RUSSIA RD, AMHERST, OH, 44001 | US Mail (1st Class) |
| 29575 | BUSCH, RALPH, 1512 W 14TH AVE, SPOKANE, WA, 99204-4022 | US Mail (1st Class) |
| 29575 | C/O R& S LIQUIDATION COMPANY, THOMAS J NOONAN, JR, 5 LYONS MALL PMB #530, BASKING RIDGE, NJ, 07920-1928 | US Mail (1st Class) |
| 29575 | CALABRO, SAL, 40 SHERMAN STREET, STONEHAM, MA, 02180 | US Mail (1st Class) |
| 29575 | CALABRO, SAL, 91 MARBLE ROAD, STONEHAM, MA, 02180 | US Mail (1st Class) |
| 29575 | CAMPEAU, THOMAS FRANCIS, 11544 W CTY RD 612, FREDERIC, MI, 49733 | US Mail (1st Class) |
| 29575 | CARLSON, RUSS, 19 YORK AVE, WESTFORD, MA, 01886 | US Mail (1st Class) |
| 29575 | CARUSO, JOSEPH+E178, 801 MORTON ST, E RUTHERFORD, NJ, 07073 | US Mail (1st Class) |
| 29575 | CATHY AND DARIN WALLER, 8420 W PALOMA DRIVE, ORLAND PARK, IL, 60462 | US Mail (1st Class) |
| 29575 | CHARLES GRUNERT, P O BOX 595, WATERTOWN, NY, 13601 | US Mail (1st Class) |
| 29575 | CHERIE PHILLIPS, 675 HICKORY DRIVE, BUFFALO GROVE, IL, 60089 | US Mail (1st Class) |
| 29575 | CHRIS KRISTOFF, 5 LOCKWOOD AVENUE, OLD GREENWICH, CT, 06870 | US Mail (1st Class) |

**Exhibit 5 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29575 | CHRISTINA HALL, 305 STONEYRIDGE DRIVE, ANGOLA, IN, 46703 | US Mail (1st Class) |
| 29575 | CHRISTINE LOPEZ, 237 2ND ST NW, GREAT FALLS, MT, 59404 | US Mail (1st Class) |
| 29575 | CHRISTOPHER & SHANNON GOGGINS, 203 S PLEASANT STREET, LOWELL, MI, 49331 | US Mail (1st Class) |
| 29575 | CHRISTOPHER AND BARBARA NORMILE, 204 LINDENWOOD AVENUE, ST CHARLES, MO, 63301 | US Mail (1st Class) |
| 29575 | CLARA SHERMAN, 15160 HANFOR AVENUE, ALLEN PARK, MI, 48101 | US Mail (1st Class) |
| 29575 | CLARICE MICHAEL, 20 DEERPATH ROAD, BARRINGTON, IL, 60010 | US Mail (1st Class) |
| 29575 | CLYDE ESSARY, 5495 NATHAN EAST, STERLING HEIGHTS, MI, 48310 | US Mail (1st Class) |
| 29575 | COHEN, LEON, 3 NORMANDY DR, PEABODY, MA, 01960 | US Mail (1st Class) |
| 29575 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ATTN ALISA MINSCH, 411 W PUTNAM AVE S-225, GREENWICH, CT, 06830-6263 | US Mail (1st Class) |
| 29575 | CRAIG AND DONA ALGER, 941 ELIZABETH AVENUE, ROHNERT PARK, CA, 94928 | US Mail (1st Class) |
| 29575 | CRAIG MEYER, 207 EAST ANOKA STREET, DULUTH, MN, 55803 | US Mail (1st Class) |
| 29575 | CRAIG PADAWER, 187 HAVILANDS LANE, WHITE PLAINS, NY, 10605 | US Mail (1st Class) |
| 29575 | CUNNINGHAM, BOB, 14 SHELLY LANE, WESTFORD, MA, 01886 | US Mail (1st Class) |
| 29575 | CURLY, TERRY, 377 AUTUMN AVE, DUXBURY, MA, 02332 | US Mail (1st Class) |
| 29575 | D'ANGELI, STEVEN, 15 GRANITE ST, MEDFORD, MA, 02155-2045 | US Mail (1st Class) |
| 29575 | DACA V, LLC, ATTN JULIE BUBNACK, 1565 HOTEL CIR S, STE 310, SAN DIEGO, CA, 92108-3419 | US Mail (1st Class) |
| 29575 | DALE REHUS, 711 39TH STREET, DOWNERS GROVE, IL, 60515 | US Mail (1st Class) |
| 29575 | DALY, PAUL, 15 FRENCH AVE, WAYLAND, MA, 01778 | US Mail (1st Class) |
| 29575 | DAN HORVAT, 117 E WOODLAND, LAKE BLUFF, IL, 60044 | US Mail (1st Class) |
| 29575 | DAN STEPNEWSKI, 2403 OLYMPIA STREET, RICHLAND, WA, 99354 | US Mail (1st Class) |
| 29575 | DANICE SIMS, P O BOX 66658, BATON ROUGE, LA, 70896 | US Mail (1st Class) |
| 29575 | DANIEL AND ERIN FRIEDENTHAL, 36988 MONTETICO DRIVE, FREMONT, CA, 94536 | US Mail (1st Class) |
| 29575 | DANIEL MANN, 6788 W 580 NORTH, OTWELL, IN, 47564 | US Mail (1st Class) |
| 29575 | DAVE JACKSON, 203 N EWING STREET, HELENA, MT, 59601 | US Mail (1st Class) |
| 29575 | DAVID AND CHRISTINE BIGOS, 6210 HILLY WAY, CARY, IL, 60013 | US Mail (1st Class) |
| 29575 | DAVID BENNETT, 46 GROVE STREET, TOPSFIELD, MA, 01983 | US Mail (1st Class) |
| 29575 | DAVID BUSCH, 4120 E 23RD STREET, DES MOINES, IA, 50317 | US Mail (1st Class) |
| 29575 | DAVID FERRON, 5118 BOETTCHER DRIVE, WEST BEND, WI, 53095 | US Mail (1st Class) |
| 29575 | DAVID HARMON, 120 W 6TH, LIBBY, MT, 59923 | US Mail (1st Class) |
| 29575 | DAVID KRUEGER, 8115 - 203 AVE , BRISTOL, WI, 53104 | US Mail (1st Class) |
| 29575 | DAVID MASCHINO, 2387 ROLLINS STREET, GRAND BLANC, MI, 48439 | US Mail (1st Class) |
| 29575 | DAVID MCNALLY, 168 S GLADSTONE AVENUE, AURORA, IL, 60506 | US Mail (1st Class) |
| 29575 | DEANGELIS JAY, 742 EAST BROADWAY, SOUTH BOSTON, MA, 02127 | US Mail (1st Class) |
| 29575 | DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIR S, SUITE 310, SAN DIEGO, CA, 92108-3419 | US Mail (1st Class) |
| 29575 | DELTA CHEMICAL CORPORATION, 2601 CANNERY AVENUE, BALTIMORE, MD, 21226-1595 | US Mail (1st Class) |
| 29575 | DENNIS FRY, 606 S CATHERINE, LA GRANGE, IL, 60525 | US Mail (1st Class) |
| 29575 | DESTINY LAMB, 617 N LOCUST, MOMENCE, IL, 60954 | US Mail (1st Class) |
| 29575 | DEWINTER, SUSAN, 108 VILLAGE HILL RD+F335, BELMONT, MA, 02478 | US Mail (1st Class) |
| 29575 | DIANA GILLILAND, 2412 ROSE TREE LANE, LINDENHURST, IL, 60046 | US Mail (1st Class) |
| 29575 | DIVISION OF CORPORATIONS, SECRETARY OF STATE, FRANCHISE TAX, P O BOX 7040, DOVER, DE, 19903 | US Mail (1st Class) |
| 29575 | DK ACQUISITION PARTNERS, (RE TRANSFER AGENT), 65 EAST 55TH STREET, 19TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 29575 | DON PITTS, 43201 GALLEGOS AVENUE, FREMONT, CA, 94539 | US Mail (1st Class) |
| 29575 | DONALD DEMARCUS, 4542 MOHR AVENUE, PLEASANTON, CA, 94566 | US Mail (1st Class) |
| 29575 | DONALD LANE, 44 PUTNEY ROAD, BOW, NH, 03304 | US Mail (1st Class) |
| 29575 | DONALD YOUNG, 6554 YACHT CLUB ROAD, FLOWERY BRANCH, GA, 30542 | US Mail (1st Class) |
| 29575 | DONNA ANN STILLINGS, 91 BLACKWOOD CLEMENTON ROAD, #211, LINDENWOLD, NJ, 08021 | US Mail (1st Class) |
| 29575 | DONOVAN, DEBORAH, 15 COTTAGE STREET, NORTH ATTLEBORO, MA, 02763 | US Mail (1st Class) |

**Exhibit 5 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29575 | DOROTHY CUMMINGS, 1310 POLARIS, OSBURN, ID, 83849 | US Mail (1st Class) |
| 29575 | DOTY, RITA, 40 SHERMAN STREET, CAMBRIDGE, MA, 02138 | US Mail (1st Class) |
| 29575 | DOUGLAS BEAN, 4023 ELLA AVENUE, GREAT FALLS, MT, 59405 | US Mail (1st Class) |
| 29575 | DOWELL, STEPHEN L, 430 GLENWOOD LN, KENT, WA, 98030 | US Mail (1st Class) |
| 29575 | DR ANTHONY PILAVAS, 25-09 31ST AVENUE, ASTORIA, NY, 11106 | US Mail (1st Class) |
| 29575 | EDWARD KAUFMAN, 4750 W FOUR RIDGE, HOUSE SPRINGS, MO, 63051 | US Mail (1st Class) |
| 29575 | EDWARD UHLIR, 2117 NORTH RACINE, CHICAGO, IL, 60614 | US Mail (1st Class) |
| 29575 | EDWIN MALLOY, P O BOX 86, HOPE, ID, 83836 | US Mail (1st Class) |
| 29575 | ELIZABETH WAGNER, 35456 RONDA COURT, FREMONT, CA, 94536 | US Mail (1st Class) |
| 29575 | ERICA GUELINAS, 502 FRANKLIN STREET, LOWELL, IN, 46356 | US Mail (1st Class) |
| 29575 | ERIN JULSETH, 711 RICHARD STREET, GENEVA, IL, 60134 | US Mail (1st Class) |
| 29575 | ERIVERTO REYES, 480 HAWTHORN LANE, HOFMAN ESTATES, IL, 60195 | US Mail (1st Class) |
| 29575 | EULER HERMES ACI, LAUREN HOLZMAN, CLAIMS PROCESSOR, 800 RED BROOK BOULEVARD, OWINGS MILLS, MD, 21117 | US Mail (1st Class) |
| 29575 | FAIR HARBOR CAPITAL LLC, (RE TRANSFER AGENT), 875 AVENUE OF THE AMERICAS, STE 2305, NEW YORK, NY, 10001 | US Mail (1st Class) |
| 29575 | FENNESSY, MARK, 313 E LINCOLN BLVD, LIBBY, MT, 59924 | US Mail (1st Class) |
| 29575 | FEYLER, DAVE, 20 BAKER STREET, WESTWOOD, MA, 02090 | US Mail (1st Class) |
| 29575 | FORMAN BOURDEAU, 666 HINESBURG RD, SOUTH BURLINGTON, VT, 05404 | US Mail (1st Class) |
| 29575 | FRANK MENTER, 747 JEFFERSON STREET, ANOKA, MN, 55303 | US Mail (1st Class) |
| 29575 | FRED SANBORN, 3413 WEST GRACY ROAD, MCHENRY, IL, 60050 | US Mail (1st Class) |
| 29575 | FRORER, PAM, 1456 CENTRE STREET, NEWTON, MA, 02459 | US Mail (1st Class) |
| 29575 | GARY AND KAREN KURTZWEG, P O BOX 631, ARLINGTON, MN, 55307 | US Mail (1st Class) |
| 29575 | GARY FERRINI, 115 NORTH PROSPECT STREET, WASHINGTON, NJ, 07882 | US Mail (1st Class) |
| 29575 | GASPARE SAVARINO, 4617 N NEWLAND, HARWOOD HEIGHTS, IL, 60706 | US Mail (1st Class) |
| 29575 | GENE SMITH, 23054 GLENN ELLEN DRIVE, HAYWARD, CA, 94541 | US Mail (1st Class) |
| 29575 | GENERAL MOTORS ACCEPTANCE CORPORATION, P O BOX 5055, TROY, MI, 48007-5055 | US Mail (1st Class) |
| 29575 | GENTNER, PATRICIA, 24 BROOK STREET, DUNSTABLE, MA, 01827 | US Mail (1st Class) |
| 29575 | GEORGE GALIDA, 4312 REVERE COURT, FORT COLLINS, CO, 80525 | US Mail (1st Class) |
| 29575 | GEORGE WHALEY, 54665 US HIGHWAY 10, NEW YORK MLS, MN, 56567 | US Mail (1st Class) |
| 29575 | GERRI GUNHAM, 5459 KATHY WAY, LIVERMORE, CA, 94550 | US Mail (1st Class) |
| 29575 | GINA LOUDON, 221 PLEASANT GROVE, BALLWIN, MO, 63011 | US Mail (1st Class) |
| 29575 | GIONET, DON, 111 BENJAMIN ROAD, SHIRLEY, MA, 01464 | US Mail (1st Class) |
| 29575 | GLEN EDGAR, HCR 1 BOX 60, EMINENCE, MO, 65466 | US Mail (1st Class) |
| 29575 | GLORIA JONES, 85 BALL ROAD, BAILEY, CO, 80421 | US Mail (1st Class) |
| 29575 | GOLDSTEIN, JOEL, 12 OUTLOOK DRIVE, LEXINGTON, MA, 02421-6925 | US Mail (1st Class) |
| 29575 | GRABALLESZ, BOB, 69 WENTWORTH ROAD, REVERE, MA, 02151-2115 | US Mail (1st Class) |
| 29575 | GRACE DONATELLO, 2028 NORTH HONORE, CHICAGO, IL, 60614 | US Mail (1st Class) |
| 29575 | GRACIE FAVUZZI, 458 E BUTTERFIELD ROAD, ELMHURST, IL, 60126 | US Mail (1st Class) |
| 29575 | GREIF, INC, ATTN CREDIT DEPARTMENT, 366 GREIF PARKWAY, DELAWARE, OH, 43015 | US Mail (1st Class) |
| 29575 | GRUNERT KILLIAN, JULIA M, 398 FRAVOR RD, MEXICO, NY, 13114 | US Mail (1st Class) |
| 29575 | GRUNERT, CHARLES L, 5 LIBERTY ST, ADAMS, NY, 13605 | US Mail (1st Class) |
| 29575 | GRUNERT, CHARLES L, P O BOX 595, WATERTOWN, NY, 13601 | US Mail (1st Class) |
| 29575 | HART, MARY, MISTUBISHI POLYESTER FIBER+F541, 2001 HOOD RD, PO BOX+H6571400, GREER, SC, 29652 | US Mail (1st Class) |
| 29575 | HEIDI PIERSON, 1109 SILVER COURT, DEER LODGE, MT, 59722 | US Mail (1st Class) |
| 29575 | HELBA, GARY M, RR 1, BOX 556 PATRICIA AVENUE, WEIRTON, WV, 26062 | US Mail (1st Class) |
| 29575 | HERMES MILLER, 611 EAST MAIN, LA CROSSE, IN, 46348 | US Mail (1st Class) |
| 29575 | HILEMAN, JUNE, 507 LINCOLN BLVD, LIBBY, MT, 59923-2225 | US Mail (1st Class) |
| 29575 | HILTON LEWIS, 6339 ROCKROSE DRIVE, NEWARK, CA, 94560 | US Mail (1st Class) |
| 29575 | HINKELMAN, DAVID, P O BOX 78, MARSHFIELD HILLS, MA, 02051 | US Mail (1st Class) |

**Exhibit 5 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29575 | HOLBROOK, JOHN, 328 S FIFTH WEST+F657, MISSOULA, MT, 59801-2622 | US Mail (1st Class) |
| 29575 | HOMER MATHEWS, 2228 S 75TH STREET, WEST ALLIS, WI, 53219 | US Mail (1st Class) |
| 29575 | HUNTER, JAN, 829 OAKDALE DRIVE, EAST ALTON,, IL, 62024 | US Mail (1st Class) |
| 29575 | IDA LOUIE, 19 LYCETT COURT, DALY CITY, CA, 94015 | US Mail (1st Class) |
| 29575 | INGERSOLL-RAND FLUID PRODUCTS, CINDY SCHULTZ, ONE ARO CENTER, P O BOX 151, BRYAN, OH, 43506 | US Mail (1st Class) |
| 29575 | INTERCAT, INC , JAMES A SYLVESTER, ESQUIRE, 2399 HIGHWAY 34 #C1, MANASQUAN, NJ, 08736-1500 | US Mail (1st Class) |
| 29575 | INTERNAL REVENUE SERVICE, ATTN INSOLVENCY, 31 HOPKINS PLAZA, ROOM 1150, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 29575 | IOS CAPITAL, INC , BANKRUPTCY ADMINISTRATION, 1738 BASS ROAD, P O BOX 13708, MACON, GA, 31208-3708 | US Mail (1st Class) |
| 29575 | J CRUZ, 10834 GREEN BAY, CHICAGO, IL, 60617 | US Mail (1st Class) |
| 29575 | JACK SKORA, 126 THORTON STREET, MANCHESTER, NH, 03102 | US Mail (1st Class) |
| 29575 | JAMES CRAWFORD, 411 - 6TH AVENUE, PRESCOTT, IA, 50859 | US Mail (1st Class) |
| 29575 | JAMES FILUT, 3702 W 116TH PLACE, GARDEN HOMES, IL, 60803 | US Mail (1st Class) |
| 29575 | JAMES HOCKMAN, 594 E 2ND AVE, CASTLE ROCK, CO, 80108 | US Mail (1st Class) |
| 29575 | JAMES MACDONALD, P O BOX 38, BAYVIEW, ID, 83803 | US Mail (1st Class) |
| 29575 | JAMES MANN, 628 IRONWOOD DRIVE, ELK GROVE, IL, 60007 | US Mail (1st Class) |
| 29575 | JAMES MASON, 7500 FINK ROAD, LYONS, NY, 14489 | US Mail (1st Class) |
| 29575 | JAMES MCCLURE, 4957 NORTHDALE DRIVE, FREMONT, CA, 94536 | US Mail (1st Class) |
| 29575 | JANET ZOOK, 4883 SERRA AVENUE, FREMONT, CA, 94538 | US Mail (1st Class) |
| 29575 | JAY FAULCONER, 6975 NW MOUNTAIN VIEW, CORVALLIS, OR, 97330 | US Mail (1st Class) |
| 29575 | JAY OSSIANDER, BOX 162, KETTLE FALLS, WA, 99141 | US Mail (1st Class) |
| 29575 | JAYSON HILL, 175 E LOTHROP STREET, BEVERLY, MA, 01915 | US Mail (1st Class) |
| 29575 | JEFF YOUNG, 2055 N SPALDING, CHICAGO, IL, 60647 | US Mail (1st Class) |
| 29575 | JESSICA SPANBERGER, 7814 ADELPHI COURT, ADELPHI, MD, 20783 | US Mail (1st Class) |
| 29575 | JIM AND NANCY ELLIOTT, 2843 E 24TH ROAD, MARSEILLES, IL, 61341 | US Mail (1st Class) |
| 29575 | JOHN ELY, 1314 E 12TH, POST FALLS, ID, 83854 | US Mail (1st Class) |
| 29575 | JOHN AND GEORGETTE BROKOPP, 570 BYRD ROAD, RIVERSIDE, IL, 60546 | US Mail (1st Class) |
| 29575 | JOHN CALLISON, P O BOX 1221, BONNERS FERRY, ID, 83805 | US Mail (1st Class) |
| 29575 | JOHN CUMMING, 9068 ROCKER, PLYMOUTH, MI, 48170 | US Mail (1st Class) |
| 29575 | JOHN KEALEY, 2316 S GAYLORD ROAD, CREST HILL, IL, 60435 | US Mail (1st Class) |
| 29575 | JOHN LATRAY, 29 9TH AVENUE, SE, CUT BANK, MT, 59427 | US Mail (1st Class) |
| 29575 | JOHN MORREALE, 1433 COVENTRY ROAD, SCHAUMBURG, IL, 60195 | US Mail (1st Class) |
| 29575 | JOHN PREEFER, 128 WILLOW ST APT 6B, BROOKLYN, NY, 11201 | US Mail (1st Class) |
| 29575 | JOHN VADAS, 7206 SOUTHEASTERN AVENUE, HAMMOND, IN, 46324 | US Mail (1st Class) |
| 29575 | JONATHAN LANEY, 604 S EAST AVENUE, OAK PARK, IL, 60304 | US Mail (1st Class) |
| 29575 | JONATHAN OLSON, 312 N STOCKTON STREET, STOCKTON, IL, 61085 | US Mail (1st Class) |
| 29575 | JOSEPH & ALMA SIECINSKI, 1746 W 12TH AVE, SPOKANE, WA, 99204 | US Mail (1st Class) |
| 29575 | KAREN GUENTHER, 1434 ALGONQUIN DR , SCHAUMBURG, IL, 60193 | US Mail (1st Class) |
| 29575 | KAREN KITCHIN, 3447 COURTNEY PLACE, BALDWIN, NY, 11510 | US Mail (1st Class) |
| 29575 | KARL SCHERER, 5215 N LEAMINGTON, CHICAGO, IL, 60630 | US Mail (1st Class) |
| 29575 | KATHY AND SCOTT RAMBO, 1933 E EVERGREEN, WHEATON, IL, 60187 | US Mail (1st Class) |
| 29575 | KEITH AND ELLEN FRANCIS, 5 JAMES CIRCLE, PEPPERELL, MA, 01463 | US Mail (1st Class) |
| 29575 | KEN ROBERTSON, 2754 PORT CLINTON ROAD, HIGHLAND PARK, IL, 60035 | US Mail (1st Class) |
| 29575 | KENT PLUMLEY, 28565 CARLTON WAY DRIVE, NOVI, MI, 48377 | US Mail (1st Class) |
| 29575 | KERRI NUSBAUM, 8404 SULTAN DRIVE, PASADENA, MD, 21122 | US Mail (1st Class) |
| 29575 | KEVIN OEHLERKING, 412 WOODWARD AVENUE, GENEVA, IL, 60134 | US Mail (1st Class) |
| 29575 | KEVIN PIASECKI, 639 N BENTON STREET, PALATINE, IL, 60067 | US Mail (1st Class) |
| 29575 | KEVIN PIERSON, 118 3RD AVE NE, MINNEAPOLIS, MN, 55413 | US Mail (1st Class) |

## Exhibit 5 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29575 | KIMBERLY SCOGGIN, 236 PINAUD, ST MARTINVILLE, LA, 70582 | US Mail (1st Class) |
| 29575 | KING, BENNY, 9909 E GARLAND, SPOKANE, WA, 99206-4446 | US Mail (1st Class) |
| 29575 | KOEDERITZ, GARY, 17930 INVERNESS AVENUE, BATON ROUGE, LA, 70810-5977 | US Mail (1st Class) |
| 29575 | KOLLER, NORMAN AND CAROLYN, 49184 BIG PINE RD, PERHAM, MN, 56573-9723 | US Mail (1st Class) |
| 29575 | KUNZA, MIKE, 109 THOUSAND OAKS, JOSHUA, TX, 76058 | US Mail (1st Class) |
| 29575 | LARRY A FEIND, 133 PEACHTREE STREET, N E , 7TH FLOOR, ATLANTA, GA, 30303 | US Mail (1st Class) |
| 29575 | LARRY WOOLFORD, 339 DISTIN AVENUE, JUNEAU, AK, 99801 | US Mail (1st Class) |
| 29575 | LAWLER, SALLY, 87 GARDEN STREET, MILTON, MA, 02186 | US Mail (1st Class) |
| 29575 | LAWRENCE ADAMS, 3321 MOGADORE ROAD, TALLNADGE, OH, 44278 | US Mail (1st Class) |
| 29575 | LAWRENCE, HAROLD, 23 PRINCE STREET, MARBLEHEAD, MA, 01945-2241 | US Mail (1st Class) |
| 29575 | LEON GRIEBENOW, 706 MAIN STREET, P O BOX 282, ELGIN, IA, 52141 | US Mail (1st Class) |
| 29575 | LINCOLN THOMAS, P O BOX 125, FREMONT, CA, 94536 | US Mail (1st Class) |
| 29575 | LINDA HETZLER, 9596 RIVER RD , YACHATS, OR, 97498 | US Mail (1st Class) |
| 29575 | LINDA TRAINA, 2222 BIRCH STREET, DES PLAINES, IL, 60018 | US Mail (1st Class) |
| 29575 | LINDHOLM, EDWARD M , 44 CHESTNUT STREET, ANDOVER, MA, 01810-3625 | US Mail (1st Class) |
| 29575 | LINDOW, RICHARD, 32 DELMARE AVE, FRAMINGHAM, MA, 01701-4265 | US Mail (1st Class) |
| 29575 | LOEHLEIN, ALBERT J, 1223 5TH AVE, ANOKA, MN, 55303 | US Mail (1st Class) |
| 29575 | LONGACRE MASTER FUND LTD , ATTN MAURIE SHALOME, 810 7TH AVENUE, 33RD FL , NEW YORK, NY, 10019-5818 | US Mail (1st Class) |
| 29575 | LOVICK, BONNIE, 1021 IDAHO AVENUE, LIBBY, MT, 59923-1711 | US Mail (1st Class) |
| 29575 | LUTTERLOH, AM, 826 JAMESON ST, SEDRO WOOLLEY, WA, 98284-1724 | US Mail (1st Class) |
| 29575 | LYLE SLOAN, BOX 141, HEUVELTON, NY, 13654 | US Mail (1st Class) |
| 29575 | MAJOR BROWN, 242 WINDSOR DRIVE, BOWLING BROOK, IL, 60440 | US Mail (1st Class) |
| 29575 | MARCUS GOTTIEB, 135 SEQUOIA LANE, DEERFIELD, IL, 60015 | US Mail (1st Class) |
| 29575 | MARGRET EINHORN, 185 CAPRICORN AVENUE, OAKLAND, CA, 94511 | US Mail (1st Class) |
| 29575 | MARIA JACOBSON, 5930 N LEONARD AVENUE, CHICAGO, IL, 60646 | US Mail (1st Class) |
| 29575 | MARTIN, GILBERT, 555 SPUR LOOP, PO BOX+G1029 815, TROY, MT, 59935 | US Mail (1st Class) |
| 29575 | MARY ANN ROWE, 1602 MAIN STREET, SANDPOINT, ID, 83864 | US Mail (1st Class) |
| 29575 | MARY MCCARTHY, 6 CENTURY MILL ROAD, BOLTON, MA, 01740 | US Mail (1st Class) |
| 29575 | MARY MCCRYSTLE, 51014 NORTHAMPTON COURT, NEWARK, CA, 94560 | US Mail (1st Class) |
| 29575 | MARYLEE STEWARTS, 1521 S COURTLAND AVENUE, PARK RIDGE, IL, 60068 | US Mail (1st Class) |
| 29575 | MATT MCBEATH, 3507 CONNELLY AVENUE, BELLINGHAM, WA, 98226 | US Mail (1st Class) |
| 29575 | MATTHEWS, ERNEST, 2207 S ADAMS ROAD, VERADALE, WA, 99203 | US Mail (1st Class) |
| 29575 | MATZILEVICH, JOHN, 195 HILL STREET, FRAMINGHAM, MA, 01701 | US Mail (1st Class) |
| 29575 | MCCHRISTIAN, SARAH LOU, 8674 W 7 MI RD+F805, NORTHVILLE, MI, 48167 | US Mail (1st Class) |
| 29575 | MCQUEEN, JIM, 30 OLD QUARRY DRIVE, WEYMOUTH, MA, 02188 | US Mail (1st Class) |
| 29575 | MELINDA AND FELIX BUSTAMANTE, 3744 NORTH LAWNDALE AVENUE, CHICAGO, IL, 60618 | US Mail (1st Class) |
| 29575 | MELISSA SHIRLEY, 126 BRIGHT AVENUE, JACKSON, CA, 95642 | US Mail (1st Class) |
| 29575 | MICHAEL & LAURA TADAKUMA, 3742 LOS AMIGOS STREET, LA CRESCENTA, CA, 91214 | US Mail (1st Class) |
| 29575 | MICHAEL POPE, 2854 N NATOMA AVENUE, CHICAGO, IL, 60634 | US Mail (1st Class) |
| 29575 | MICHAEL ROSS MCCALL, P O BOX 826, BONNERS FERRY, ID, 83805 | US Mail (1st Class) |
| 29575 | MICHAEL SWIFT, 620 NORTH 50 WEST, VALPARAISO, IN, 46385 | US Mail (1st Class) |
| 29575 | MICHAELSON, BARRY, 98 BALLARD DRIVE, W HARTFORD, CT, 06119 | US Mail (1st Class) |
| 29575 | MIKE GIFFORD, 3109 W TRINITY PLACE, SPOKANE, WA, 99224 | US Mail (1st Class) |
| 29575 | MIKE KINGSLEY, 2337 3RD AVENUE NORTH, LEWISTON, ID, 83501 | US Mail (1st Class) |
| 29575 | MILES, JAMES IRVIN, 1803 EASTFIELD ROAD, P O BOX 6505, HARRISBURG, PA, 17112 | US Mail (1st Class) |
| 29575 | MONROE, ANDY, 8 SPENCER ROAD, ACTON, MA, 01726 | US Mail (1st Class) |
| 29575 | MORTON KLIMAN, 215 WAVERLEY AVENUE, NEWTON, MA, 02458 | US Mail (1st Class) |
| 29575 | MR OR MS OCAMICA, BOX 605, EUREKA, MT, 59917 | US Mail (1st Class) |
| 29575 | MURRAY VENITSKY, P O BOX 183, ROCK SPRING, WI, 53961 | US Mail (1st Class) |

**Exhibit 5 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29575 | NATHAN AND JONI CAMLING, 6322 N IL ROUTE 2, OREGON, IL, 61061 | US Mail (1st Class) |
| 29575 | NELSON, BARBARA S , 1021 MAIN AVENUE, LIBBY, MT, 59923-1821 | US Mail (1st Class) |
| 29575 | NEWCO MANAGEMENT COMPANY, LLC, (RE SNACK, INC ), VAHE MELKONIAN, 6320 CANOGA AVENUE, SUITE 1430, WOODLAND HILLS, CA, 91367 | US Mail (1st Class) |
| 29575 | NICOLE BEST, 2005 N 56TH STREET, MILWAUKEE, WI, 53208 | US Mail (1st Class) |
| 29575 | NOLAN, SHAWN AMY, 4405 NE MASON, PORTLAND, OR, 97218 | US Mail (1st Class) |
| 29575 | NORM TYNDALL, 4019 LANCASTER, COEUR D`ALENE, ID, 83815 | US Mail (1st Class) |
| 29575 | NORRIS, FREDERICK, 311 HIGH ST, WEST MEDFORD, MA, 02155 | US Mail (1st Class) |
| 29575 | NOWAK, ROBERT, 8521 SOUTH NATOMA AVENUE, BURBANK, IL, 60459 | US Mail (1st Class) |
| 29575 | OFFICE OF THE UNITED STATES TRUSTEE, (RE UNITED STATES TRUSTEE), DAVID KLAUDER, ESQUIRE, 844 KING STREET, SUITE 2311, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29575 | OSCAR CRONE, 586 E JEWETT BLVD , P O BOX 547, WHITE SALMON, WA, 98672 | US Mail (1st Class) |
| 29575 | PAMELA GRACYALNY, 113 NORTH THIRD STREET, LIBERTYVILLE, IL, 60048 | US Mail (1st Class) |
| 29575 | PARCELS, INC , (RE COPY SERVICE), VITO I DIMAIO, 10TH & KING STREETS, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29575 | PARKS, ROBERT G , 7961 BEACH DRIVE, PORT ORCHARD, WA, 98366 | US Mail (1st Class) |
| 29575 | PATRICE HILD, 302 W ADAMS STREET, VILLA PARK, IL, 60181 | US Mail (1st Class) |
| 29575 | PATRICIA PUSH, 26245 W IVANHOE ROAD, WAUCONDA, IL, 60084 | US Mail (1st Class) |
| 29575 | PAUL FISCHER, 184 MAIN STREET, ALUMBANK, PA, 15521 | US Mail (1st Class) |
| 29575 | PAUL LAUDOLFF, 315 N PRAIRIE STREET, BATIVIA, IL, 60510 | US Mail (1st Class) |
| 29575 | PAUL LEVINE, 77 SOUTHERN AVENUE, ESSEX, MA, 01929 | US Mail (1st Class) |
| 29575 | PAULA SKALA, 26 W POTOMAC, LOMBARD, IL, 60148 | US Mail (1st Class) |
| 29575 | PEGGY MARTIN, 5988 W CARLSVILLE ROAD, STURGEON BAY, WI, 54235 | US Mail (1st Class) |
| 29575 | PENINSULA CAPITAL ADVISORS, L L C , ATTN TED WESCHLER, 404 EAST MAIN STREET, SECOND FLOOR, CHARLOTTESVILLE, VA, 22902 | US Mail (1st Class) |
| 29575 | PENSION BENEFIT GUARANTY CORP, BRAD ROGERS, ESQUIRE, CHARLES L FINKE, ASSISTANT GENERAL COUNSEL, OFFICE OF THE GENERAL COUNSEL, 1200 K STREET, N W , WASHINGTON, DC, 20005-4026 | US Mail (1st Class) |
| 29575 | PEOPLES FIRST COMMUNITY BANK, ATTN DIANE STEWART, P O BOX 59950, PANAMA CITY, FL, 32412-0950 | US Mail (1st Class) |
| 29575 | PETER A CHAPMAN, 572 FERNWOOD LANE, FAIRLESS HILLS, PA, 19030 | US Mail (1st Class) |
| 29575 | PHYLLIS THURLOW, PO BOX 123, SANDPOINT, ID, 83864 | US Mail (1st Class) |
| 29575 | PINZONE, SALVATORE, 14 LAFAYETTE STREET, WALTHAM, MA, 02453 | US Mail (1st Class) |
| 29575 | POWDERMAKER, FRANK, 117 CYPRESS STREET, NEWTON CTR , MA, 02459 | US Mail (1st Class) |
| 29575 | PREBIL, JOHN & MARGERY, 624 N WARRANT ST+F915, HELENA, MT, 59601-3616 | US Mail (1st Class) |
| 29575 | PRESTON ROBINSON, 1273 WEST PARLIAMENT STREET, CRETE, IL, 60417 | US Mail (1st Class) |
| 29575 | PRICE, PAUL, 3905 MONTANA HIGHWAY 40 WEST, COLUMBIA FALLS, MT, 59912-8935 | US Mail (1st Class) |
| 29575 | QUINTILIANI, DON, 151 COBURN AVENUE, WORCESTER, MA, 01604-1112 | US Mail (1st Class) |
| 29575 | RACHEL DILLY, 3924 WENZLICK, ST LOUIS, MO, 63109 | US Mail (1st Class) |
| 29575 | RANDY WELLS, 507 NW 15TH STREET, PENDLETON, OR, 97801 | US Mail (1st Class) |
| 29575 | RAYMOND RAINIO, S 12900 TAMARACK RIDGE ROAD, P O BOX 104, CATALDO, ID, 83810 | US Mail (1st Class) |
| 29575 | RHONDA BANKS, 32409 DEBORAH DRIVE, UNION CITY, CA, 94587 | US Mail (1st Class) |
| 29575 | RHONDA HUMPHRIES, 1343 SOUTH UNION, STAUNTON, IL, 62088 | US Mail (1st Class) |
| 29575 | RICHARD BURST, 315 JEFFERSON ROAD, ST LOUIS, MO, 63119 | US Mail (1st Class) |
| 29575 | RICHARD GEORGAS, 9000 CHESTNUT LANE, MUNSTER, IN, 46321 | US Mail (1st Class) |
| 29575 | RICHARD OLMSTEAD, 19269 SODER ROAD, BRAINERD, MN, 56401 | US Mail (1st Class) |
| 29575 | RICK MURPHY, 1720 WESLEY AVENUE, EL CERRITO, CA, 94530 | US Mail (1st Class) |
| 29575 | ROBERT BRUEGGEMAN, S87 W31165 MEYER DRIVE, MUKWONAGO, WI, 53149 | US Mail (1st Class) |
| 29575 | ROBIN WALKER, 3621 N 11TH ST , FRESNO, CA, 93726 | US Mail (1st Class) |
| 29575 | ROLAND WOLOSZYK, 140 N MARILYN, NORTHLAKE, IL, 60164 | US Mail (1st Class) |
| 29575 | ROSSI, JOSEPH J, 57 BURR ST, WATERBURY, CT, 06708-4733 | US Mail (1st Class) |
| 29575 | ROWE, DAVID D, 1602 W MAIN ST, SANDPOINT, ID, 83864 | US Mail (1st Class) |

## Exhibit 5 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29575 | RUBEN DOMINGUEZ, 1313 LAKESHORE DRIVE, IRVING, TX, 75060 | US Mail (1st Class) |
| 29575 | RUDDICK, PHIL, 5 SPRING LANE, HINGHAM, MA, 02043-2940 | US Mail (1st Class) |
| 29575 | RUDDICK, SCOTT, 5 SPRING LANE, HINGHAM, MA, 02043-2940 | US Mail (1st Class) |
| 29575 | RUSS, CLARKE, 2229 WINDWARD SHORE DRIVE, VIRGINIA BEACH, VA, 23451 | US Mail (1st Class) |
| 29575 | RUSSELL NIESZ, 3640 62ND STREET, SACRAMENTO, CA, 95820 | US Mail (1st Class) |
| 29575 | RUSSELL SMELTZER, 13377 RIDGE ROAD, ALBION, NY, 14411 | US Mail (1st Class) |
| 29575 | RUSSO, MIKE, 39 TRYTON AVE, WINTHROP, MA, 02152 | US Mail (1st Class) |
| 29575 | SAMUEL FANCERA, 1065 BARLEY SHEAF ROAD, FLEMINGTON, NJ, 08822 | US Mail (1st Class) |
| 29575 | SCOTT HOLLYWOOD, 1370 JEROME STREET, BRADLEY, IL, 60915 | US Mail (1st Class) |
| 29575 | SEALED AIR CORPORATION, KATHERINE WHITE, 200 RIVERFRONT BOULEVARD, ELMWOOD PARK, NJ, 07407 | US Mail (1st Class) |
| 29575 | SEALED AIR CORPORATION, MARY A COVENTRY, 200 RIVERFRONT BLVD, ELMWOOD PARK, NJ, 07407-1033 | US Mail (1st Class) |
| 29575 | SECURITIES & EXCHANGE COMMISSION, MICHAEL A BERMAN, OFFICE OF GENERAL COUNSEL-BANKRUPTCY, 100 F STREET, NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |
| 29575 | SECURITIES & EXCHANGE COMMISSION, OFFICE OF REORGANIZATION, SUITE 1000, 3475 LENOX ROAD, N E, ATLANTA, GA, 30326-1232 | US Mail (1st Class) |
| 29575 | SHANE PONTON, P O BOX 422, CLIFTON, IL, 60927 | US Mail (1st Class) |
| 29575 | SHAWN NOLAN, 4405 N E MASON, PORTLAND, OR, 97218 | US Mail (1st Class) |
| 29575 | SHERMAN-HAYES, DEBBIE, 6 LAUREL ST, BELMONT, MA, 02478 | US Mail (1st Class) |
| 29575 | SIERRA ASSET MANAGEMENT LLC, 2699 WHITE RD, STE 225, IRVINE, CA, 92614-6264 | US Mail (1st Class) |
| 29575 | SKOGSTROM, CAROL, 10 HACKING CIRCLE, MASHPEE, MA, 02649 | US Mail (1st Class) |
| 29575 | SMITH, ELAINE, 2538 SANDY HOOK ROAD, FOREST HILL, MD, 21050 | US Mail (1st Class) |
| 29575 | SPEAR, DAPHNE, 162 SOUTH MAIN STREET, SHARON, MA, 02067 | US Mail (1st Class) |
| 29575 | STEPHANIE NICHOLS, 17 AUGUSTUS AVENUE, ROSLINDALE, MA, 02131 | US Mail (1st Class) |
| 29575 | STEPHANO, MARY, 89 E MOHAWK ST, OSWEGO, NY, 13126 | US Mail (1st Class) |
| 29575 | STEVE & LEANNA BERGE, 17386 S CALLAHAN RD, MOLALLA, OR, 97038 | US Mail (1st Class) |
| 29575 | STEVE AND AUDREY SACK, 19513 POPLAR STREET, MOKENA, IL, 60448 | US Mail (1st Class) |
| 29575 | STEVE BORER, P O BOX 669, MANHATTAN, MT, 59741 | US Mail (1st Class) |
| 29575 | STEVE STITGEN, 103 N ADDISON STREET, BENSENVILLE, IL, 60106 | US Mail (1st Class) |
| 29575 | STEVEN SAVAS, 4218 MAPLE AVENUE, BROOKFIELD, IL, 60513 | US Mail (1st Class) |
| 29575 | STROSHINE, MIKE, 29 SPRUCE ST+F1029, WESTFIELD, MA, 01085 | US Mail (1st Class) |
| 29575 | SUEXIRDA PRAYAGA, 7365 MACLEOD LANE, OFALLON, MO, 63366 | US Mail (1st Class) |
| 29575 | SUSAN STEFANIAK, 829 N DUNTON AVENUE, ARLINGTON HEIGHTS, IL, 60004 | US Mail (1st Class) |
| 29575 | SUZANNE SANTOS, 218 PERSIMMON DRIVE, SWANSEA, IL, 62226 | US Mail (1st Class) |
| 29575 | SZUFNAROWSKI, JOHN J (DECEASED), 13 MCINTOSH ROAD, CHELMSFORD, MA, 01824 | US Mail (1st Class) |
| 29575 | TAYLOR, EDDIE, 10715 CRANBROOK RD, HOUSTON, TX, 77042 | US Mail (1st Class) |
| 29575 | TERRENCE CROWE, 1619 THIRD AVENUE, #23, NEW YORK, NY, 10128 | US Mail (1st Class) |
| 29575 | THE BLACKSTONE GROUP, RICHARD SHINDER, PAMELA ZILLY, BARRY KORN, 345 PARK AVENUE, 30TH FLOOR, NEW YORK, NY, 10154 | US Mail (1st Class) |
| 29575 | THE BURLINGTON NORTHERN SANTA FE RAILWAY, C/O EMR, 1310 WAKARUSA DRIVE SUITE+G1054A, LAWRENCE, KS, 66049 | US Mail (1st Class) |
| 29575 | THE DOW CHEMICAL COMPANY, (RE DOW CHEMICAL COMPANY, ET AL), KATHLEEN MAXWELL, LEGAL DEPARTMENT, 2030 DOW CENTER/OFFICE 732, MIDLAND, MI, 48674 | US Mail (1st Class) |
| 29575 | THELMA GEORGE, 4400 WEBSTER STREET, OAKLAND, CA, 94609 | US Mail (1st Class) |
| 29575 | THERESA SHORT, 418 LAKEWOOD PARKWAY, BUFFALO, NY, 14226 | US Mail (1st Class) |
| 29575 | THOMAS JAMES, 10943 S AVENUE N, CHICAGO, IL, 60617 | US Mail (1st Class) |
| 29575 | THOMAS KEMP, 350 FLANDERS HILL ROAD, SANGERVILLE, ME, 04479 | US Mail (1st Class) |
| 29575 | THOMAS OSBORN, P O BOX 272, LA PORTE, IN, 46352 | US Mail (1st Class) |
| 29575 | THOMAS PALMER, 620 E GUNN ROAD, ROCHESTER, MI, 48306 | US Mail (1st Class) |
| 29575 | THOMAS RANDEL, 957 W SUMMIT STREET, ALLIANCE, OH, 44601 | US Mail (1st Class) |
| 29575 | THOMAS VRAHORETIS, 1407 MONTICELLO PARK DRIVE, VALPARAISO, IN, 46383 | US Mail (1st Class) |

**Exhibit 5 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29575 | THURMAN, ROSIE, 1803 W KNOX, SPOKANE, WA, 99205-4145 | US Mail (1st Class) |
| 29575 | TIM KELPSAS, 67 N BRAINARD AVENUE, LA GRANGE, IL, 60525 | US Mail (1st Class) |
| 29575 | TIMOTHY ALEXANDER, 219 LAKE STREET WEST, NORWOOD, MN, 55368 | US Mail (1st Class) |
| 29575 | TIMOTHY CARROLL, 231 S EDGEWOOD, LA GRANGE, IL, 60525 | US Mail (1st Class) |
| 29575 | TINA HUPPENTHAL, 8825 W 141ST AVENUE, CEDAR LAKE, IN, 46303 | US Mail (1st Class) |
| 29575 | TOM BOTTEN, 6553 N OLIPHANT AVENUE, CHICAGO, IL, 60631 | US Mail (1st Class) |
| 29575 | TRADE-DEBT NET, P O BOX 1487, WEST BABYLON, NY, 11704-0487 | US Mail (1st Class) |
| 29575 | ULICKI, JOSEPH, 2918 WITCHWOOD LN, WAUKEGAN, IL, 60087-2815 | US Mail (1st Class) |
| 29575 | URBONAS, MICHAEL & CARMEN, 15 MYRTLE AVE, WAKEFIELD, MA, 01880 | US Mail (1st Class) |
| 29575 | VANYO, ADAM, 49 HARVARD ST, WINCHESTER, MA, 01890 | US Mail (1st Class) |
| 29575 | VIC FEDOROWSKI, 6833 N OLCOTT STREET, CHICAGO, IL, 60631 | US Mail (1st Class) |
| 29575 | VINCENT WOLFF, 1120 E ELM STREET, WHEATON, IL, 60187 | US Mail (1st Class) |
| 29575 | VIRGINIA TIBBALS, 1952 MARIN AVE, BERKELEY, CA, 94707 | US Mail (1st Class) |
| 29575 | W FOSTER, 7203 LINDENMERE DRIVE, BLOOMFIELD HILLS, MI, 48301 | US Mail (1st Class) |
| 29575 | WALSH, STEPHEN B, 9455 INVER GROVE TRAIL, DAKOTA COUNTY, INVER GROVE HEIGHTS, MN, 55076-3718 | US Mail (1st Class) |
| 29575 | WANTA, FRANK, 103 15TH AVE, S MILWAUKEE, WI, 53172-1112 | US Mail (1st Class) |
| 29575 | WAYNE AND KATHY REID, 11324 16TH, CITY OF SPOKANE VALLEY, WA, 99206 | US Mail (1st Class) |
| 29575 | WAYNE SHERWOOD, 448 RIVER ROAD, COLUMBUS, WI, 53925 | US Mail (1st Class) |
| 29575 | WAYNE ZIBELL, 5046 W WINDSOR AVENUE, CHICAGO, IL, 60630 | US Mail (1st Class) |
| 29575 | WELCH, PAUL, 24 KENWOOD DR, PLYMOUTH, MA, 02360 | US Mail (1st Class) |
| 29575 | WENDY SPERLING, 4100 HARVARD CIRCLE, CRYSTAL LAKE, IL, 60012 | US Mail (1st Class) |
| 29575 | WENGER, KEN, 16 CANDELBERRY LANE, HARVARD, MA, 01451 | US Mail (1st Class) |
| 29575 | WESTOVER INVESTMENTS, L L C, MICHAEL SELIG, 555 OLD GARTH ROAD, CHARLOTTESVILLE, VA, 22901 | US Mail (1st Class) |
| 29575 | WILEY AND WILMA DANIELS, 1601 THORNCREEK RD, MOSCOW, ID, 83843 | US Mail (1st Class) |
| 29575 | WILKINSON, JAY S, 425 N 19TH AVENUE+F265, LEMOORE, CA, 93245 | US Mail (1st Class) |
| 29575 | WILLIAM R BECKER FOR IRONWOOD SOFTWARE, 111 N 50TH ST, SEATTLE, WA, 98103 | US Mail (1st Class) |
| 29575 | WILLIAM STOUT, 2187 GREENSBURG ROAD, NORTH CANTON, OH, 44720 | US Mail (1st Class) |
| 29575 | WOLFF, CHRISTINE/LINDOW, RICHARD, 32 DELMARE AVENUE, FRAMINGHAM, MA, 01701-4265 | US Mail (1st Class) |
| 29575 | YACEK, BARBARA, 11 MILLSTONE ROAD, WINDHAM, NH, 03087 | US Mail (1st Class) |
| 29575 | Z KUJALOWICZ, 751 OAKWOOD DR, WESTMONT, IL, 60559 | US Mail (1st Class) |

Subtotal for this group  354