## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>       Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Regarding Docket No. 19008** |

### CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 19008

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Seventy-Sixth Monthly Fee Application of Duane Morris LLP, Counsel to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred (for the Period from May 1, 2008 through May 31, 2008) (the "Application") [Docket No. 19008] filed on June 27, 2008.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than July 17, 2008 at 4:00 p.m.

### [REMAINDER OF PAGE HAS BEEN INTENTIONALLY LEFT BLANK]

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications signed November 20, 2001, the Debtors are hereby authorized to immediately pay eighty percent (80%) of requested compensation $18,593.60 and one hundred percent (100%) of expenses of $1,913.97 without further order from the court.

Dated: July 28, 2008
    Wilmington, Delaware

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302)-657-4900
Facsimile:    (302)-657-4901
Email:       mlastowski@duanemorris.com
            rwriley@duanemorris.com

*Co-Counsel for the Official*
*Committee of Unsecured Creditors*