IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | Objection Deadline: August 18, 2008 at 4:00 p.m. |

## NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE

| | |
|---|---|
| Name of Applicant: | Lexecon |
| Authorized to Provide Professional Services to: | Official Committee of Equity Holders |
| Date of Retention: | November 1, 2004 |
| Period for which compensation and reimbursement is sought: | January 1, 2008 through January 30, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary: | $7,177.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |
| This is a(n): | X monthly       _ interim application |

Summary of Monthly Fee and Expense Statements for Compensation Period:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| **Dated Filed** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| | January 1, 2008 - January 30, 2008 | $7,177.50 | $0.00 | Pending | Pending |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 1/1/08 through 1/30/08 | Total Fees for the Period 1/1/08 through 1/30/08 |
|---|---|---|
| Case Administration | 0 | $0.00 |
| Creditor Committee | 0 | $0.00 |
| Bankruptcy Motions | 0 | $0.00 |
| Reorganization Plan | 0 | $0.00 |
| Fee Applications, Applicant | 0 | $0.00 |
| Claim Analysis Objection (Asbestos) | 7.00 | $7,177.50 |
| Hearings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Travel/Non Working | 0 | $0.00 |
| **TOTAL** | **7.00** | **$7,177.50** |

LEXECON

_____
332 South Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0210

Consultant to
W.R. Grace & Co., et al.

Dated: ___7/22/08___

## Summary of Professional Services
## In The Equity/ WR Grace Matter
## January 2008

| Name | Status | Billing Rate | Hours | Amount |
| --- | --- | --- | --- | --- |
| James J Heckman | Economist | 1,800.00 | 2.50 | $4.500.00 |
| Colleen Loughlin | Economist | 595.00 | 4.50 | $2,677.50 |
| Total | | | 7.00 | $7,177.50 |

### Daily Tasks In January 2008
### Worked By Lexecon On
### The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| James J Heckman | 1/31/2008 | 2.50 | Reviewed materials and background; checked depositions of other experts. |
|  | Total Hours | 2.50 |  |
| Colleen Loughlin | 1/9/2008 | 2.50 | Reviewed and sent documents requested by B. Harding. |
|  | 1/15/2008 | 1.00 | Discussion with Equity Committee Counsel Horowitz and correspondence with Heckman. |
|  | 1/24/2008 | 1.00 | Correspondence with Heckman; reviewed causality article relevant to report. |
|  | Total Hours | 4.50 |  |
| **Total Hours** |  | **7.00** |  |