IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., *et al.*, ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | Objection Deadline: August 18, 2008 at 4:00 p.m. |

## NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE

| | |
|---|---|
| Name of Applicant: | Lexecon |
| Authorized to Provide Professional Services to: | Official Committee of Equity Holders |
| Date of Retention: | November 1, 2004 |
| Period for which compensation and reimbursement is sought: | February 1, 2008 through February 29, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary: | $6,300.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a(n):      X monthly          _ interim application

Summary of Monthly Fee and Expense Statements for Compensation Period:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| Dated Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| | February 1, 2008 - February 29, 2008 | $6,300.00 | $0.00 | Pending | Pending |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 2/1/08 through 2/29/08 | Total Fees for the Period 2/1/08 through 2/29/08 |
|---|---|---|
| Case Administration | 0 | $0.00 |
| Creditor Committee | 0 | $0.00 |
| Bankruptcy Motions | 0 | $0.00 |
| Reorganization Plan | 0 | $0.00 |
| Fee Applications, Applicant | 0 | $0.00 |
| Claim Analysis Objection (Asbestos) | 3.50 | $6,300.00 |
| Hearings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Travel/Non Working | 0 | $0.00 |
| **TOTAL** | **3.50** | **$6,300.00** |

LEXECON

_____/s/_____
332 South Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0210

Consultant to
W.R. Grace & Co., et al.

Dated: 7/22/08

## Summary of Professional Services
## In The Equity/ WR Grace Matter
## February 2008

| Name | Status | Billing Rate | Hours | Amount |
|---|---|---|---|---|
| James J Heckman | Economist | 1,800.00 | 3.50 | $6,300.00 |
| Total | | | 3.50 | $6,300.00 |

**Daily Tasks in February 2008  
Worked By Lexecon On  
The Equity / WR Grace Matter**

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| James J Heckman | 2/29/2008 | 3.50 | Reviewed materials and background. |
|  | Total Hours | 3.50 |  |
| **Total Hours** |  | **3.50** |  |