IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.,* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | Objection Deadline: August 18, 2008 at 4:00 p.m. |

## NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE

Name of Applicant:                   Lexecon

Authorized to Provide
Professional Services to:            Official Committee of Equity Holders

Date of Retention:                   November 1, 2004

Period for which compensation and
reimbursement is sought:             April 1, 2008 through
                                     April 30, 2008

Amount of Compensation sought as
actual, reasonable and necessary:    $12,897.50

Amount of Expense Reimbursement
sought as actual, reasonable and necessary:  $0.00

This is a(n):        X monthly              _ interim application


Summary of Monthly Fee and Expense Statements for Compensation Period:

| | | Requested | | Paid | |
|---|---|---|---|---|---|
| Dated Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| | April 1, 2008 - April 30, 2008 | $12,897.50 | $0.00 | Pending | Pending |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 4/1/08 through 4/30/08 | Total Fees for the Period 4/1/08 through 4/30/08 |
|---|---|---|
| Case Administration | 0 | $0.00 |
| Creditor Committee | 0 | $0.00 |
| Bankruptcy Motions | 0 | $0.00 |
| Reorganization Plan | 0 | $0.00 |
| Fee Applications, Applicant | 0 | $0.00 |
| Claim Analysis Objection (Asbestos) | 7.50 | $12,897.50 |
| Hearings | 0 | $0.00 |
| Tax Issues | 0 | $0.00 |
| Travel/Non Working | 0 | $0.00 |
| **TOTAL** | **7.50** | **$12,897.50** |

LEXECON

_____
332 South Michigan Avenue
Suite 1300
Chicago, IL 60604
(312) 322-0210

Consultant to
W.R. Grace & Co., et al.

Dated: _____7/22/08_____

## Summary of Professional Services
## In The Equity/ WR Grace Matter
## April 2008

| Name | Status | Billing Rate | Hours | Amount |
| --- | --- | --- | --- | --- |
| James J Heckman | Economist | 1,800.00 | 7.00 | $12,600.00 |
| Colleen Loughlin | Economist | 595.00 | 0.50 | $297.50 |
| Total | | | 7.50 | $12,897.50 |

## Daily Tasks In April 2008 Worked By Lexecon On The Equity / WR Grace Matter

| Name | Date | Hours | Principal Task |
|---|---|---|---|
| James J Heckman | 4/7/2008 | 6.50 | Reviewed depositions; read background papers in preparation for June testimony; stopped work when Grace settled. |
| | 4/7/2008 | 0.50 | Discussion with Equity Committee Counsel Horowitz and Loughlin. |
| | Total Hours | 7.00 | |
| Colleen Loughlin | 4/4/2008 | 0.50 | Conferred with Equity Committee Counsel Horowitz and Heckman. |
| | Total Hours | 0.50 | |
| **Total Hours** | | **7.50** | |