IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

AFFIDAVIT OF
MELISSA N. FLORES, PARALEGAL

STATE OF DELAWARE:
                    SS:
NEW CASTLE COUNTY:

I Melissa N. Flores, certify that I am, and at all times during the service of process, have been, an employee of Buchanan Ingersoll & Rooney PC, not less than 18 years of age and not a party to the matter concerning which service of process was made on July 28, 2008. I certify further that I caused the service of the:

**NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE OF LEXECON FOR JANUARY 2008**

**NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE OF LEXECON FOR FEBRUARY 2008**

**NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE OF LEXECON FOR MARCH 2008**

**NOTICE OF FILING MONTHLY FEE AND EXPENSE INVOICE OF LEXECON FOR APRIL 2008**

**QUARTERLY FEE APPLICATION OF LEXECON, CONSULTANTS TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM JANUARY 1, 2008 THROUGH MARCH 31, 2008**

**QUARTERLY FEE APPLICATION OF LEXECON, CONSULTANTS TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM APRIL 1, 2008 THROUGH JUNE 30, 2008**

was made on the following parties in the manner indicated on the attached service list.

_____
Melissa N. Flores

SWORN AND SUBSCRIBED before me this 28th day of July, 2008.

_____
NOTARY

MARY F. CALOWAY
Attorney-At-Law
Notarial Officer, State of Delaware
Pursuant to 29 Del C § 4323(a)(3)
My Commission Has No Expiration Date