THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
W. R. GRACE & CO., et al., ) Case No. 01-1139 (JKF)
) (Jointly Administered)
)
Debtors. )

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby withdraws with prejudice its proof(s) of claim against W. R. Grace & Co. and/or one or more of its related debtor affiliates filed in Case No. 01-1139, on August 15, 2007, proof of claim numbered 18494, in the amount of $ 9,116.28. No adversary proceeding has been filed against this claimant; and the claimant has not voted on a plan or otherwise participated significantly in this case.

07-14-2008
Date

_____, Assistant Trustee
Authorized Signature/ Title

Hamilton County
Creditor Name

625 Georgia Ave, Room 210
Address

Chattanooga, TN 37402
City, State, Zip Code

(423) 209-7270
Telephone Number