**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | : | In Proceedings for a |
| | : | Reorganization under |
| W.R. GRACE & CO., et. al., | : | Chapter 11 |
| | : | |
| Debtors. | : | Jointly administered Under |
| _____ | : | Case No. 01-1139 (JKF) |

**NOTICE OF FILING OF THE SECOND AMENDED AND RESTATED**
**RULE 2019 STATEMENT OF REPRESENTATION BY**
**BALDWIN & BALDWIN, L.L.P.**
**(EXHIBITS NOT SCANNED BUT ACCESSIBLE BY COURT ORDER)**

TO CREDITORS AND OTHER PARTIES IN INTEREST AND ALL PARTIES WHO HAVE REQUESTED NOTICES PURSUANT TO FED.R.BANKR.P. 2002, NOTICE IS HEREBY GIVEN THAT:

Baldwin & Baldwin, LLP, in compliance with the October 22, 2004 Order of Court, has filed its Second Amended and Restated Statement pursuant to Fed.R.Bankr.P. 2019.

Exhibits have not been scanned, but have been submitted to the Clerk of the Bankruptcy Court, at the address set forth below, on compact disk ("CD"). Said exhibits may be accessed by parties who obtain a Court order authorizing access.

Clerk
United States Bankruptcy Court
District of Delaware
824 Market Street
Wilmington, DE 19801


Dated: July 29, 2008                              /s/Daniel K. Hogan
                                                 Daniel K. Hogan (DE #2814)
                                                 THE HOGAN FIRM
                                                 1311 Delaware Avenue
                                                 Wilmington, DE 19806
                                                 Telephone: 302-656-7540
                                                 Facsimile: 302-656-7599