# SIGN-IN-SHEET

**CASE NAME:** W.R. Grace & Co
**CASE NO.:** 01-1139(JKF)

**COURTROOM LOCATION:** Multi-Purpose Room
**DATE:** July 21, 2008 @ 1:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| LEWIS KRUGER | STROOCK | OFFICIAL UNSECURED CREDITORS COMMITTEE |
| ANDREW ROSENBERG | PAUL WEISS | BANK LENDERS |
| RICHARD SBB | LAZARD FRERE & CO | BANK LENDERS AND JPMORGAN CHASE AS AGENT |
| San Rozin | Simpson Thacher | Tankers |
| Christina Thompson | Connolly Bove Lodge & Hutz LLP | City of Charleston |
| Jeffrey Wisler | " | Maryland Casualty Comp. |
| Tom Whitter | Landis Rath + Cobb | Libby Plaintiffs |
| Warren Pratt | Drinker Biddle & Reath LLP | One Beacon America Insurance Company and Seaton Insurance Company |
| Frank Mcneil | Warshle Carroll | Canada Crown |
| Dan Cohn | Cohn Whitesell + Goldberg | Libby Plaintiffs |
| Elihu E Allinson II | Sullivan Hazeltine Allinson LLC | Zonolite Attic Litigation Plaintiffs |
| Elizabeth J. Cabraser | Lieff, Cabraser, Heimann + Bernstein, LLP | |
| Darrell W Scott | The Scott Law Group | |
| Edward Westbrook | Richardson Patrick Westbrook + Brickman | ✓ |

# SIGN-IN-SHEET

**CASE NAME:** W.R. Grace & Co

**CASE NO.:** 01-1139(JKF)

**COURTROOM LOCATION:** Multi-Purpose Room

**DATE:** July 21, 2008 @ 1:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| David Klauder | UST | UST |
| Peter Lockwood | C&M | ACC |
| Mark T. Hurford | Campbell + Levine | ACC |
| Jean Solganick | Piper Jaffray | FCR |
| Roger Frankel | ORRICK HERRINGTON | FCR |
| Keith Matorana | Kramer Levin | Equity Committee |
| Steven J. Mandelsberg | Hahn & Hessen LLP | State of California |
| Anne Paronso | Pepper Hamilton LLP | BNSF Railway |
| Jay Sakalo | Bilzin Sumberg | PD Committee |
| Patrick Reilly | Cole Schotz | Mem Realty / PD Committee |
| " | " | " |
| James Bair | Kirkland & Ellis | Debtor |
| Theodore Tacconelli | Ferry Joseph & Pearce | PD Committee |
| Daniel Hogan | The Hogan Firm | Libby Claimants |
| Henry Kranowski | Trenk, DiPasquale | Mian Realty, LLC |
| Matt Kramer | | PD Committee |

# SIGN-IN-SHEET

**CASE NAME:** W.R. Grace & Co
**CASE NO.:** 01-1139(JKF)

**COURTROOM LOCATION:** Multi-Purpose Room
**DATE:** July 21, 2008 @ 1:00 pm

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Garvan McDaniel | Bifferato Gentilotti | W R Grace |
| Will Sparks | | Arrowood Indemnity Company |
| | | W.R. Grace |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Judith Fitzgerald (Visiting)
### Courtroom

Calendar Date: 07/21/2008
Calendar Time: 01:00 PM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | Armstrong World Industries | 00-4471 | Hearing | 2301352 | Andrew Kress 212-836-8781 | Kaye Scholer LLP | Unknown - Update, Dean Trafelet / LIVE |
| | | Armstrong World Industries | 00-4471 | Hearing | 2304772 | Abigail L. Zigman 212-310-8000 | Weil Gotshal & Manges LLP | Debtor, Armstrong World Industries / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2302401 | Ken Pasquale 212-806-5562 | Stroock & Stroock & Lavan LLP (New | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2305513 | Marion Fairey 803-943-4444 | Speights & Runyan | Interested Party, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2305519 | Elizabeth J. Cabraser 415-956-1000 | Lieff, Cabraser, Heimann & Bernstein | Interested Party, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2302358 | Janet Baer 212-446-4800 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2304216 | Christopher M. Candon 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2304546 | Jennifer Whitener 212-259-7106 | Dewey & LeBoeuf LLP | Creditor, Ad Hoc Committee of Equity Security Holders / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2305596 | Darrell Scott 509-455-3966 | Scott Law Group | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2286268 | Douglas E. Cameron 412-288-4104 | Reed, Smith, Shaw & McClay | Debtor, W.R. Grace & Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2304745 | Van J. Hooker 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2293113 | Jacqueline Dais-Visca 416-952-7911 | Office of the Attorney General | Interested Party, Her Majesty the Queen in Right of Canada / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2306131 | Michel Belanger 514-844-4646 | Lauzon Belanger | Interested Party, Canadian Claimants / LIVE |

Raymond Reyes                    CourtConfCal2006                    Page 3 of 7

| Name | Case | Type | ID | Person | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 2304370 | Debra Felder | 202-339-8567 | Orrick Herrington & Sutcliffe | Other Prof., David T. Austern, Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2302370 | Theodore Freedman | 212-446-4800 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2305496 | Terence D. Edwards | 415-989-1800 | The Brandi Law Firm | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2305531 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2303074 | Melanie Schmid | 212-230-8819 | WilmerHale | Interested Party, Hartford Financial Service Group, Inc / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2306132 | John C. Phillips, Jr. | 302-655-4200 | Phillips, Goldman & Spence, P.A. | Other Prof., David T. Austern / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2304213 | Daniel C. Cohn | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2302379 | Amanda Basta | 202-879-8633 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2302386 | Lisa Esayian | 312-861-2226 | Kirkland & Ellis | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2300061 | Alex Mueller | 212-261-8296 | Mendes & Mount | Interested Party, London Market Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2300134 | Carl Pernicone | 212-490-3000 ext. 2656 | Wilson, Elser, Moskowitz, Edelman & | Creditor, Royal Indemnity Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2300131 | Warren H. Smith | 214-698-3868 ext. 3 | Warren H. Smith & Associates, P.C. | Fee Auditor, Warren H. Smith / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2305579 | Elizabeth Devine | 202-973-9374 | LECG | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2305585 | Gregory Boyer | 212-813-1300 | Conway, Del Genio, Gries & Co., LLC | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2305639 | William Kirley | 406-841-5017 | Montana Department of Environmental | Creditor, Montana Dept of Environmental Quality / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2304362 | Richard H. Wyron | 202-339-8514 ext. 00 | Orrick Herrington & Sutcliffe | Other Prof., David T. Austern Future Claimants Representative / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2304365 | Joseph Radecki | 203-359-5646 | Tre Angeli LLC | Other Prof., David T. Austern, Future Claimants Representative / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2302405 | Arlene Krieger | 212-806-5544 | Stroock & Stroock & Lavan LLP (New | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |