# SIGN-IN-SHEET

**CASE NAME:** W.R. Grace & Co
**CASE NO.:** 01-1139(JKF)

**COURTROOM LOCATION:** Multi-Purpose Room
**DATE:** July 22, 2008 @ 9:30 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jay Sakalo | Bilzin Sumberg | PD Committee |
| Matt Kramer | " " | " " |
| Elizabeth Cabraser | Lieff Cabraser | PD Committee/ZAI |
| Theodore Tacconelli | Ferry Joseph & Pearce PA | PD Committee |
| Ken Pasquale | Stroock + Stroock + Lavan LLP | Unsecured Creditors Committee |
| Ed West Brown | RPWB | ZAI Claimants |
| Darrell Scott | Scott Law Firm | ZAI Claimants |
| Elihu Allinson III | Sullivan Hazeltine Allinson LLC | " |
| Elizabeth Cabraser | Lieff Cabraser Heimann + Bernstein LLP | " |
| Kevin R. McManara | Kramer Levin | " |
| Mark T. Hurford | Campbell & Levine | Equity Committee |
| David Fegan | The Hogan Firm | ACC |
| Marc Phillips | Connolly Bove Lodge + Hutz | Canadian ZAI Claimants |
| Richard H. Wyron | Orrick Herrington + Sutcliffe | Maryland Casualty Comp FCR |

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Judith Fitzgerald (Visiting)
## Courtroom

Calendar Date: 07/22/2008
Calendar Time: 09:30 AM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2305515 | Marion Fairey | 803-943-4444 | Speights & Runyan | Interested Party, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2305590 | Gregory Boyer | 212-813-1300 | Conway, Del Genio, Gries & Co., LLC | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2308257 | Christina J. Kang | 212-478-7200 | Hahn & Hessen | Interested Party, State of California / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2291178 | James J. Restivo | 412-822-3122 | Reed, Smith, Shaw & McClay | Debtor, W. R. Grace & Co. / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2304315 | Andrew K. Craig | 973-734-3200 | Cuyler Burk, LLP | Creditor, Allstate Insurance Company / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2305491 | Alan Runyan | 803-943-4599 | Speights & Runyan | Claimant, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2302410 | Arlene Krieger | 212-806-5544 | Stroock & Stroock & Lavan LLP (New | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2306122 | Debra Felder | 202-339-8567 | Orrick Herrington & Sutcliffe | Other Prof., David T. Austern, Future Claimants Representative / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2306199 | Robert M. Horkovich | 212-278-1000 | Anderson Kill & Olick | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2305536 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2306600 | Roger Frankel | 202-339-8513 | Orrick Herrington & Sutcliffe | Other Prof., David T. Austern, The Future Claimants Representative / LIVE |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 2300046 | Alex Mueller | 212-261-8296 | Mendes & Mount | Interested Party, London Market Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2305517 | Daniel Speights | 803-943-4444 | Speights & Runyan | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2306198 | Walter Slocombe | 202-862-5000 | Caplin & Drysdale | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2306200 | Peter Lockwood | 202-862-5000 | Caplin & Drysdale | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2250073 | Marti Murray | 212-582-5505 | Babson Capital Management, Inc | Interested Party, Babson Capital Management, Inc / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2305525 | Elizabeth J. Cabraser | 415-956-1000 | Lieff, Cabraser, Heimann & Bernstein | Interested Party, Official Committee of Asbestos Property Damage Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2306221 | Lindsey Hoelzle | 484-567-5735 | Burns, White & Hickton | Interested Party, Burlington Northern & Santa Fe Railroads / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2304555 | Jennifer Whitener | 212-259-7106 | Dewey & LeBoeuf LLP | Creditor, Ad Hoc Committee of Equity Security Holders / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2305155 | Samuel J. Rubin | 212-455-3122 | Simpson Thacher & Bartlett | Interested Party, Travelers Indemnity Insurance Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2304342 | David R. Beane | 610-478-2210 | Stevens & Lee, P.C. | Interested Party, Fireman's Fund Insurance Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2305548 | Scott L. Baena | 305-350-2403 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2291172 | Douglas E. Cameron | 412-288-4104 | Reed, Smith, Shaw & McClay | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2305582 | Elizabeth Devine | 202-973-9374 | LECG | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2305569 | Jay Sakalo | 305-375-6156 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2306213 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | Debtor, W.R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2305499 | Terence D. Edwards | 415-989-1800 | The Brandi Law Firm | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |