REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number    1728988
One Town Center Road                     Invoice Date    07/23/08
Boca Raton, FL    33486                  Client Number     172573



================================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

        Fees                          2,601.50
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $2,601.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    1728988
One Town Center Road                Invoice Date    07/23/08
Boca Raton, FL    33486             Client Number      172573
                                    Matter Number       60026

================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2008

| Date | Name | | Hours |
|------|------|------|------|
| 06/01/08 | Ament | Various e-mails and telephone calls to assist Kirkland & Ellis with hearing preparation. | .50 |
| 06/02/08 | Ament | Assist D. Bernick, J. Baer, D. Boll and A. Erskine of Kirkland & Ellis and J. O'Neill of Pachulski Stang with hearing preparation (3.0); assist J. Restivo and D. Cameron with hearing preparation (.50). | 3.50 |
| 06/03/08 | Ament | Various e-mails and telephone calls re: 6/2/08 hearing (.40); overnight hearing binder to J. O'Neill per request (.10). | .50 |
| 06/03/08 | Muha | Attention to issues re: retention application for additional normal course of business work. | .90 |
| 06/04/08 | Ament | E-mails and telephone calls re: 6/23/08 hearing. | .20 |
| 06/04/08 | Muha | Research re: application for expansion of employment; begin work on application. | 2.50 |
| 06/09/08 | Ament | Provide J. Baer with documents from 6/2/08 hearing per request. | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1728988
60026  Litigation and Litigation Consulting       Page    2
July 23, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 06/10/08 | Ament | Respond to e-mail from R. Baker of Judge Fitzgerald's office re: 6/2/08 hearing. | .10 |
| 06/11/08 | Ament | Respond to e-mail from R. Baker re: 6/2/08 hearing (.10); e-mail to T. Rea re: same (.10). | .20 |
| 06/12/08 | Muha | Additional work on application to expand retention. | .20 |
| 06/13/08 | Muha | Make final revisions to application to expand retention; e-mails to debtor's local counsel re: filing. | .80 |
| 06/17/08 | Ament | Circulate transcript of 6/2/08 hearing and notice of change of August omnibus hearing to team. | .10 |
| 06/23/08 | Ament | Assist J. Restivo with preparation for omnibus hearing. | .30 |

                                        TOTAL HOURS    9.90

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Andrew J. Muha | 4.40 | at $ 385.00 = | 1,694.00 |
| Sharon A. Ament | 5.50 | at $ 165.00 = | 907.50 |

                    CURRENT FEES                        2,601.50

                                                    ------------
            TOTAL BALANCE DUE UPON RECEIPT            $2,601.50
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1728989
5400 Broken Sound Blvd., N.W.            Invoice Date        07/23/08
Boca Raton, FL 33487                     Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

         Fees                            29,092.50
         Expenses                             0.00

                   TOTAL BALANCE DUE UPON RECEIPT       $29,092.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number    1728989
5400 Broken Sound Blvd., N.W.            Invoice Date     07/23/08
Boca Raton, FL 33487                     Client Number     172573
                                         Matter Number      60028

============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2008

| Date | Name | | Hours |
| ---- | ---- | --- | ----- |
| 06/02/08 | Cameron | Multiple calls regarding Canadian ZAI Settlement (0.6); meet with J. Restivo and R. Finke regarding same (0.3). | .90 |
| 06/02/08 | Restivo | Telephone calls and emails with Monaco, Hogan, et al. re: Canadian ZAI (1.0); pre-Omnibus Hearing meetings with K&E (1.0); prepare for Omnibus Hearing (.5). | 2.50 |
| 06/03/08 | Cameron | Review revised draft of settlement agreement regarding Canadian claims (0.8); follow-up from hearing (0.7). | 1.50 |
| 06/04/08 | Cameron | Review revised draft of minutes of settlement for Canadian claims (1.80); multiple e-mails and calls re: follow up from hearing on bar date (.90). | 2.70 |
| 06/04/08 | Restivo | Correspondence, emails and analysis re: Canadian ZAI resolution. | 1.50 |
| 06/05/08 | Cameron | Review multiple revised drafts of Minutes of Settlement with Canadian Claimants (2.60); e-mail re: same (.30). | 2.90 |

172573 W. R. Grace & Co.
60028  ZAI Science Trial
July 23, 2008

Invoice Number  1728989
Page   2

| Date | Name | | Hours |
|------|------|---|-------|
| 06/05/08 | Restivo | Mark-up J. Baer re-draft of Agreement (.7); meeting with T. Rea and D. Cameron (.7). | 1.40 |
| 06/06/08 | Cameron | Prepare for (1.0) and participate in conference regarding Minutes of Settlement (1.7); follow-up from call (0.6). | 3.30 |
| 06/07/08 | Cameron | Additional work on Minutes of Settlement for Canadian ZAI PD claims. | .90 |
| 06/09/08 | Cameron | Prepare for (1.1) and participate in conference call regarding revised minutes of settlement (0.8); review draft sent to claimants' counsel (0.5). | 2.40 |
| 06/09/08 | Restivo | Review re-drafts of "minutes of settlement" and telephone call with D. Cameron. | 1.00 |
| 06/12/08 | Cameron | Review issues related to Minutes of Settlement (0.6); e-mails regarding same (.2). | .80 |
| 06/12/08 | Rea | Research re: ZAI claims. | 1.40 |
| 06/13/08 | Cameron | Review materials from Canadian counsel regarding settlement discussions (0.9); e-mails regarding same (0.6). | 1.50 |
| 06/13/08 | Rea | Research re: ZAI claims. | .70 |
| 06/16/08 | Restivo | Receipt and review of new ZAI motion materials (.5); review ZAI June 2 transcript rulings (1.0). | 1.50 |
| 06/17/08 | Ament | Provide order establishing 10/31/08 as POC bar date for ZAI claims and approving related POC form, bar date notices and notice program to team. | .10 |
| 06/17/08 | Cameron | Attention to Canadian ZAI claims settlement issues. | .90 |

172573 W. R. Grace & Co.                      Invoice Number  1728989
60028  ZAI Science Trial                      Page    3
July 23, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 06/17/08 | Restivo | Receipt and review of new ZAI pleadings. | .50 |
| 06/18/08 | Cameron | E-mails regarding Canadian ZAI claims settlement (0.3); review proposed settlement (0.8). | 1.10 |
| 06/18/08 | Restivo | Receipt and review of new memos re: negotiations. | .60 |
| 06/19/08 | Cameron | Prepare for (0.3) and participate in conference call regarding Canadian ZAI settlement discussions (0.9); review agreements and follow-up (0.6). | 1.80 |
| 06/20/08 | Cameron | Review Canadian ZAI settlement issues. | .80 |
| 06/20/08 | Restivo | Review and correspondence re: status report on Canadian ZAI at Omnibus Hearing. | 1.00 |
| 06/22/08 | Cameron | Review Canadian ZAI settlement materials. | .70 |
| 06/23/08 | Cameron | Multiple e-mails regarding Canadian ZAI settlement (0.6); begin review of revised minutes regarding same (1.5). | 2.10 |
| 06/24/08 | Cameron | Review revised drafts of Minutes of Settlement (1.5); prepare for (0.6) and participate in conference call with W.R. Grace, K&E and Ogilvy Renault regarding revised drafts (0.8); multiple e-mails regarding same (0.4). | 3.30 |
| 06/24/08 | Restivo | Receipt and review of Minutes of Agreement. | 1.20 |
| 06/26/08 | Cameron | Review materials relating to Canadian claims negotiations. | 1.90 |
| 06/27/08 | Cameron | E-mails regarding Canadian claims negotiations (0.5); review revised documents (0.9). | 1.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1728989
60028  ZAI Science Trial                    Page    4
July 23, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 06/28/08 | Cameron | Review Canadian ZAI claims negotiation materials. | 1.30 |
| 06/29/08 | Cameron | Review settlement minutes. | .50 |
| 06/30/08 | Cameron | Review additional comments to draft minutes of settlement (0.6); e-mails regarding same (0.2). | .80 |

```
                                              ------
                              TOTAL HOURS     46.90
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|--------|----|----------|
| Douglas E. Cameron | 33.50 | at | $ 615.00 | = | 20,602.50 |
| James J. Restivo Jr. | 11.20 | at | $ 675.00 | = | 7,560.00 |
| Traci Sands Rea | 2.10 | at | $ 435.00 | = | 913.50 |
| Sharon A. Ament | 0.10 | at | $ 165.00 | = | 16.50 |

```
                    CURRENT FEES                     29,092.50


                                                   ------------
        TOTAL BALANCE DUE UPON RECEIPT              $29,092.50
                                                   ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number    1728990
5400 Broken Sound Blvd., N.W.        Invoice Date      07/23/08
Boca Raton, FL 33487                 Client Number      172573


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

         Fees                         3,631.50
         Expenses                         0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $3,631.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1728990
5400 Broken Sound Blvd., N.W.        Invoice Date        07/23/08
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029


===============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 06/02/08 | Ament | E-mails with D. Cameron and A. Muha re: Jan. and Feb. monthly fee applications. | .20 |
| 06/04/08 | Ament | Respond to e-mail from D. Cameron re: March monthly fee application (.10); follow-up e-mails to D. Cameron and A. Muha re: same (.10). | .20 |
| 06/09/08 | Cameron | Attention to fee application materials. | .70 |
| 06/09/08 | Lord | Provide answers to A. Muha re: disbursment charges on Reed Smith's May monthly fee application. | .70 |
| 06/09/08 | Muha | Review, analyze and revise fee and expense entries for May 2008 monthly fee application, and research of expense reports submitted by timekeepers to add descriptions to various travel expenses. | 2.70 |
| 06/11/08 | Ament | E-mails with A. Muha re: expert consultant fees. | .10 |
| 06/19/08 | Muha | Review and work on additional revisions and supplements to explanations in May 2008 monthly fee application. | 1.20 |

172573 W. R. Grace & Co.                    Invoice Number  1728990
60029  Fee Applications-Applicant           Page   2
July 23, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 06/23/08 | Lord | Research docket and draft CNO to RS April monthly fee application | .40 |
| 06/24/08 | Ament | E-mails re: May monthly fee application (.10); begin drafting May monthly fee application (.40); e-mails re: CNO for April monthly fee application (.10). | .60 |
| 06/24/08 | Lord | E-mail with S. Ament re: CNO (.1); e-file and perfect service of Reed Smith CNO to April fee application (.3). | .40 |
| 06/25/08 | Ament | Calculate fees and expenses for May monthly fee application (1.0); prepare spreadsheet re: same (.50); draft 83rd monthly fee application (.50); e-mails with A. Muha re: same (.10). | 2.10 |
| 06/26/08 | Ament | Finalize 83rd monthly fee application (.40); e-mail 83rd monthly fee application and fee and expense detail to J. Lord for DE filing (.10). | .50 |
| 06/26/08 | Lord | Communicate with S. Ament re: May monthly fee application. | .10 |
| 06/26/08 | Muha | Final review and revisions to May 2008 monthly fee application materials. | .60 |
| 06/27/08 | Ament | Attend to billing matters (.30); various e-mails with D. Cameron and A. Muha re: same (.10); conference call with A. Muha re: billing matters (.10). | .50 |
| 06/27/08 | Lord | Revise and prepare Reed Smith May monthly fee application for e-filing and service. | 1.00 |
| 06/30/08 | Ament | E-mails re: 83rd monthly fee application. | .10 |
| 06/30/08 | Lord | E-file and perfect hard/electronic service of Reed Smith May monthly fee application. | .70 |

172573 W. R. Grace & Co.
60029  Fee Applications-Applicant
July 23, 2008

Invoice Number  1728990
Page   3

```
                                        ------
                         TOTAL HOURS     12.80


TIME SUMMARY              Hours         Rate        Value
-----------------------  --------------------      -------
Douglas E. Cameron       0.70  at  $  615.00  =      430.50
Andrew J. Muha           4.50  at  $  385.00  =    1,732.50
John B. Lord             3.30  at  $  230.00  =      759.00
Sharon A. Ament          4.30  at  $  165.00  =      709.50

                         CURRENT FEES                          3,631.50

                                                       ------------
                         TOTAL BALANCE DUE UPON RECEIPT    $3,631.50
                                                       ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number        1728991
One Town Center Road                    Invoice Date          07/23/08
Boca Raton, FL    33486                 Client Number          172573

================================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

         Fees                          13,026.00
         Expenses                           0.00

                 TOTAL BALANCE DUE UPON RECEIPT        $13,026.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1728991
One Town Center Road                      Invoice Date      07/23/08
Boca Raton, FL   33486                    Client Number       172573
                                          Matter Number        60030

================================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 06/01/08 | Cameron | Prepare for meetings with claimants' counsel and hearing. | 1.20 |
| 06/02/08 | Cameron | Prepare for (1.4) and attend omnibus hearing (5.5); meet with R. Finke following hearing (0.6); review materials from hearing (0.7). | 8.20 |
| 06/02/08 | Restivo | Attend June Omnibus Hearing. | 4.50 |
| 06/22/08 | Cameron | Review agenda, e-mails and materials in preparation for Omnibus Hearing. | 1.10 |
| 06/23/08 | Cameron | Participate in part of Omnibus hearing via telephone (1.0); meet with R. Finke and J. Restivo regarding same (0.9). | 1.90 |
| 06/23/08 | Restivo | Prepare for and attend Omnibus Hearing. | 3.50 |

                                               ------
                                  TOTAL HOURS   20.40

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Douglas E. Cameron | 12.40 | at | $ 615.00 | = | 7,626.00 |
| James J. Restivo Jr. | 8.00 | at | $ 675.00 | = | 5,400.00 |

                CURRENT FEES                              13,026.00

172573 W. R. Grace & Co.                    Invoice Number   1728991
60030  Hearings                             Page    2
July 23, 2008

                                                       ------------
                 TOTAL BALANCE DUE UPON RECEIPT          $13,026.00
                                                       ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1728992
One Town Center Road                      Invoice Date      07/23/08
Boca Raton, FL    33486                   Client Number       172573



==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                            68,703.00
         Expenses                             0.00

                         TOTAL BALANCE DUE UPON RECEIPT      $68,703.00
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1728992
One Town Center Road                    Invoice Date       07/23/08
Boca Raton, FL    33486                 Client Number        172573
                                        Matter Number         60033


===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2008

| Date | Name | | Hours |
|------|------|------|------|
| 06/02/08 | Ament | Assist team with various issues relating to PD claims. | .50 |
| 06/02/08 | Cameron | Review materials regarding Speights claims. | .60 |
| 06/02/08 | Rea | Preparation for and attendance at Omnibus hearing. | 3.80 |
| 06/02/08 | Restivo | Telephone calls with J. Angel, et. al. re: Solow (.4); preparation for property damage aspects of June Omnibus Hearing (1.1). | 1.50 |
| 06/03/08 | Ament | Assist team with various issues relating to PD claims (.20); provide transcript re: Canadian summary judgment motions to D. Cameron per request (.10). | .30 |
| 06/03/08 | Cameron | Prepare for (0.6) and participate in conference call with D. Speights and J. Restivo (0.9); follow-up claims file review from conference call (1.3). | 2.80 |
| 06/03/08 | Restivo | Telephone conference with J. Angel re:  Solow (.8); review status of Canadian claim (1.8); telephone conference with D. Speights and M. Failey re: Canadian claim (.9). | 3.50 |

172573 W. R. Grace & Co.                          Invoice Number  1728992
60033  Claim Analysis Objection Resolution        Page    2
       & Estimation (Asbestos)
July 23, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 06/04/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/04/08 | Cameron | Review materials relating to Speights claims (1.40); review release language (.50). | 1.90 |
| 06/04/08 | Rea | Status call with counsel for asbestos committee (.1); e-mails re: settlements (.1). | .20 |
| 06/04/08 | Restivo | Correspondence with J. Angel (.6); prepare for and telephone conference with D. Speights re: Canada and settlement documentation (1.9). | 2.50 |
| 06/05/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| ,06/05/08 | Cameron | Meet with J. Restivo and T. Rea re: status of negotiations on PD claims (.50); review Speight Canadian claim (1.90). | 2.40 |
| 06/05/08 | Rea | Status meeting. | .80 |
| 06/05/08 | Restivo | Canadian claims analysis (.8); strategy meeting with D. Cameron and T. Rea (.5); analysis of Speights' comments on settlement drafts (1.2); telephone call with R. Finke (.5); correspondence with J. Angel (.4). | 3.40 |
| 06/06/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 06/07/08 | Cameron | Review Speights claims materials. | .90 |
| 06/08/08 | Cameron | Review Speights Canadian claims materials. | 1.30 |
| 06/09/08 | Ament | Assist team with various issues relating to PD claims (4.50); various e-mails and meetings re: same (.40). | 4.90 |

172573  W. R. Grace & Co.
60033   Claim Analysis Objection Resolution
        & Estimation (Asbestos)
July 23, 2008

Invoice Number  1728992
Page   3

| Date | Name | | Hours |
|------|------|---|-------|
| 06/09/08 | Cameron | Telephone call with J. Restivo regarding Speights Canadian claims (0.5); multiple e-mails regarding same (0.6); review claims file and Canadian claims summary judgment motion (1.8). | 2.90 |
| 06/09/08 | Rea | Research re: Canadian claims. | 1.60 |
| 06/09/08 | Restivo | Begin claim review on 8 Speights' buildings (1.4); telephone calls with D. Cameron (.6). | 2.00 |
| 06/10/08 | Ament | Assist team with various issues relating to PD claims (.90); e-mails re: same (.10). | 1.00 |
| 06/10/08 | Cameron | Review Canadian claims materials. | 1.70 |
| 06/10/08 | Rea | Review of motion to appeal class certification order. | .30 |
| 06/10/08 | Restivo | Continue review of claim file on 8 Speights' buildings. | 2.30 |
| 06/11/08 | Ament | Assist team with various issues relating to PD claims. | .50 |
| 06/11/08 | Cameron | Review summary from J. Restivo and additional Canadian claims file materials (0.9); e-mails regarding same (0.2); meet with J. Restivo regarding same (0.2). | 1.30 |
| 06/11/08 | Restivo | Finalize Canadian building review (1.3); negotiations on Canada and settlement documents with D. Speights (1.0); re-draft Jameson Hospital documents (1.2). | 3.50 |
| 06/12/08 | Ament | Assist team with various issues relating to PD claims. | .50 |
| 06/12/08 | Cameron | Review Canadian claims summary. | .60 |
| 06/12/08 | Rea | Reviewed settlement agreement. | .20 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
July 23, 2008

Invoice Number  1728992
Page   4

| Date | Name | | Hours |
|------|------|---|-------|
| 06/12/08 | Restivo | Respond to J. Baer question (.5); dictate notes on Solow case (1.0); review Speights' Canadian claims in Federal Mogul (2.1); review Priest decision (.8). | 4.40 |
| 06/13/08 | Ament | Assist team with various issues relating to PD claims. | .50 |
| 06/16/08 | Cameron | Review settlement agreement issues relating to PD claims (0.5); review Speights claims materials (0.9). | 1.40 |
| 06/16/08 | Rea | Correspondence re: settlements. | .30 |
| 06/16/08 | Restivo | Analysis of Canadian claims and email to Speights (1.2); new Jameson Hospital draft to Speights (1.0); dictate notes on Solow case for negotiations (1.0). | 3.20 |
| 06/17/08 | Ament | Assist team with various issues relating to PD claims. | .50 |
| 06/17/08 | Cameron | Review materials for J. Restivo regarding various PD claims issues. | 1.30 |
| 06/17/08 | Restivo | Prepare for Solow meeting (1.0); correspondence and analysis re: Speights claim (.5). | 1.50 |
| 06/18/08 | Ament | Assist team with various issues relating to PD claims (.40); e-mail to team re: same (.10). | .50 |
| 06/18/08 | Cameron | E-mails regarding PD settlement negotiations. | .50 |
| 06/18/08 | Restivo | Teleconference with D. Speights re: Canadian claims and Jameson settlement papers. | .80 |
| 06/19/08 | Garlitz | Assist team with various issues relating to PD claims. | .30 |
| 06/20/08 | Cameron | E-mails regarding settlement discussions (0.3); review Solow claim issues (.5). | .80 |

172573 W. R. Grace & Co.                          Invoice Number  1728993
60035  Grand Jury Investigation                   Page    6
July 23, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 06/20/08 | Lynch | Indexed deposition summaries and organized Quivik production in preparation of attorney's review. | 6.90 |
| 06/20/08 | Rutkowski | Begin review of memos in case to determine if any information for trial project for Missoula trial. | 2.20 |
| 06/20/08 | Sanner | Continue review of historical documents for trial project. | 7.20 |
| 06/22/08 | Cameron | Additional review of expert reports and supporting materials. | 1.30 |
| 06/23/08 | Cameron | Telephone call with D. Van Orden regarding status (0.2); meet with R. Finke regarding same (0.3); review R.J. Lee Group data (0.8). | 1.30 |
| 06/23/08 | Klapper | Continue review of historical materials in developing trial outline. | 6.20 |
| 06/23/08 | Lynch | Finalized indices and notebooks containing deposition summaries. | 3.40 |
| 06/23/08 | Rutkowski | Review and analyze information on Grace from interviews to determine what information should be used in trial project for case in MT. | 3.90 |
| 06/23/08 | Sanner | Review historical documents for themes and evidentiary points to be included in (6.9); email correspondence with A. Klapper re same (.2). | 7.10 |
| 06/24/08 | Klapper | Continue review of historical materials in developing trial outline. | 7.70 |
| 06/24/08 | Lynch | Reviewed and organized historical deposition summaries for attorneys' use in developing case strategy | 2.00 |
| 06/24/08 | Rutkowski | Read, analyze interview materials for determination as to whether to include in trial project for criminal case against WRG in MT. | 5.50 |

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
July 23, 2008

Invoice Number  1728993
Page    7

| Date | Name | | Hours |
|------|------|------|------|
| 06/24/08 | Rutkowski | Emails with Mr. Klapper and Ms. Sanner regarding clarification on issues for trial project for criminal case in MT. | .30 |
| 06/24/08 | Sanner | Review historical documents for (6.8); email correspondence with A. Klapper re issues for same (.2); conference with M. Rutkowski on project issues (.3); review and revise dictated portions of project material (.8). | 8.10 |
| 06/25/08 | Cameron | Review C. Blake materials in preparation for call (0.8); review other expert materials (0.6). | 1.40 |
| 06/25/08 | Klapper | Continue review of historical materials in developing trial outline. | 7.20 |
| 06/25/08 | Rutkowski | Read, analyze materials on interviews for inclusion in trial project for criminal case in MT. | 9.90 |
| 06/25/08 | Sanner | Continue review of the historical document for inclusion in master trial calendar. | 6.90 |
| 06/26/08 | Cameron | Prepare for (0.9) and participate in call with C. Blake and R. Finke (1.2); follow-up from call regarding reliance materials and e-mails (1.1). | 3.20 |
| 06/26/08 | Klapper | Continue review of historical materials in developing trial outline. | 6.20 |
| 06/26/08 | Rutkowski | Read and analyze transcripts and interviews to determine information to be included in trial project. | 10.60 |
| 06/26/08 | Sanner | Email correspondence with A. Klapper re project issues (.3); review historical documents for inclusion in  trial project (6.6). | 6.90 |

172573 W. R. Grace & Co.
60035 Grand Jury Investigation
July 23, 2008

Invoice Number  1728993
Page    8

| Date | Name | | Hours |
|------|------|---|-------|
| 06/26/08 | Sanner | Continue review of historical documents for inclusion in trial project. | .60 |
| 06/27/08 | Cameron | Follow-up from calls with C. Blake (0.4); telephone call with R. Finke regarding status (0.2). | .60 |
| 06/27/08 | Klapper | Continue review of historical materials in developing trial outline. | 6.50 |
| 06/27/08 | Rutkowski | Review of key depositions as it relates to key issue topics for use in Criminal trial in MT. | 3.80 |
| 06/27/08 | Sanner | Review of historical documents in connection with preparation of expert (6.1); telephone conference with A. Klapper and M. Rutkowski re same (.4). | 6.50 |
| 06/28/08 | Cameron | Review R.J. Lee Group reports. | 1.70 |
| 06/29/08 | Cameron | Attention to outstanding expert work. | 2.00 |
| 06/30/08 | Cameron | Attention to R.J. Lee Group analytical work (0.9); multiple e-mails regarding same (0.7); review materials relating to potential experts (0.6). | 2.20 |
| 06/30/08 | Klapper | Review historical materials for use in development of short key issue papers for client. | 6.40 |
| 06/30/08 | Rutkowski | Edit outline of key depositions as it relates to key issue topics for trial project. | 2.20 |
| 06/30/08 | Rutkowski | Review of key depositions as it relates to key issue topics for trial project. | 7.20 |
| 06/30/08 | Rutkowski | Telephone conference with A. Klapper and Ms. Sanner regarding modules for information on trial strategy. | .40 |

172573 W. R. Grace & Co.
60035 Grand Jury Investigation
July 23, 2008

Invoice Number  1728993
Page   9

| Date | Name | | Hours |
|------|------|---|-------|

| 06/30/08 | Sanner | Conference with A. Klapper and M. Rutkowski re review of historical documents (.4); continue review of historical documents (5.7). | 6.10 |

```
                                           ------
                          TOTAL HOURS      323.60
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 50.70 | at $ | 615.00 | = | 31,180.50 |
| Antony B. Klapper | 96.10 | at $ | 575.00 | = | 55,257.50 |
| Margaret L. Sanner | 60.50 | at $ | 445.00 | = | 26,922.50 |
| Margaret Rutkowski | 54.80 | at $ | 400.00 | = | 21,920.00 |
| Yovana A. Burns | 45.50 | at $ | 210.00 | = | 9,555.00 |
| Donna E. Lynch | 16.00 | at $ | 200.00 | = | 3,200.00 |

CURRENT FEES                               148,035.50

```
                                          ------------
TOTAL BALANCE DUE UPON RECEIPT            $148,035.50
                                          ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1728995
One Town Center Road                      Invoice Date      07/23/08
Boca Raton, FL    33486                   Client Number      172573

===============================================================================

Re: W. R. Grace & Co.


(60037)  Rockwood Pigments N.A.

        Fees                          29,660.00
        Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $29,660.00
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number      1728995
One Town Center Road               Invoice Date        07/23/08
Boca Raton, FL   33486             Client Number        172573
                                   Matter Number         60037


===========================================================================

Re: (60037)  Rockwood Pigments N.A.

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JUNE 30, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 05/20/08 | Lowenstein | Several messgaes and calls re: potential contract and distribution matter (.80); preliminary review of contract and follow up (1.60). | 2.40 |
| 05/20/08 | Weyman | Reviewed contract and preliminary research regarding same. | 1.00 |
| 05/21/08 | Giannone | Participate in conference call with M. Lowenstein and D. Cameron (.7); discuss assignment with M. Weyman (.4); research contract issues (6.3). | 7.40 |
| 05/21/08 | Lowenstein | Internal conference call and follow up (.40); Misc. messages (.20); research issues (.20). | .80 |
| 05/21/08 | Weyman | Conference call with Lowenstein - Cameron (.70); conference with K. Giannone regarding research (.30). | 1.00 |
| 05/22/08 | Giannone | Review research in preparation for conference call with client (.5); discuss research results with M. Weyman (.5); participate in conference call with client (1.4). | 2.40 |
| 05/22/08 | Lowenstein | Prepare for and call w/ D. Cameron (.20); M. Weyman re: contract and distribution issues (.40); call w/ M. Weyman re same (.20). | .80 |

172573 W. R. Grace & Co.                        Invoice Number  1728995
60037  Rockwood Pigments N.A.                   Page    2
July 23, 2008

| Date | Name | | Hours |
|------|------|---|------|

| Date | Name | | Hours |
|------|------|---|------|
| 05/22/08 | Weyman | Conference call with R. Finke, R. Sentflebar, F. Zaremby, D. Cameron and M. Lowenstein (.50); review regarding research (.70). | 1.20 |
| 05/23/08 | Giannone | Research contract law issues. | 4.20 |
| 05/23/08 | Lowenstein | Scheduling issues w/ Client. | .20 |
| 05/23/08 | Weyman | Conference with K. Giannone (0.2); review research regarding contract issues (0.3). | .50 |
| 05/27/08 | Giannone | Research contract issues and related issues. | 6.80 |
| 05/27/08 | Lowenstein | Prepare for, participate in, follow to conf. call w/ Clients (1.80); follow up w/ D. Cameron and M. Weyman (.60); follow up w/clients (.20). | 2.60 |
| 05/27/08 | Weyman | Conference call with client (1.50); telephone conferences with Lowenstein (.50); conference with K. Giannone regarding research (.50). | 2.50 |
| 05/28/08 | Giannone | Review research results (0.5); discuss with M. Weyman (0.3); participate in conference call with M. Lowenstein (.7) | 1.50 |
| 05/28/08 | Lowenstein | Follow up to conf. call (.60); review confidentiality agreement and distribution agreement (1.40); discussion re: confidentiality memo and follow up (.40). | 2.40 |
| 05/28/08 | Weyman | Reviewed issues regarding confidentiality (.60); telephone conference with Lowenstein regarding same (.40). | 1.00 |
| 05/29/08 | Giannone | Draft memo of research results and perform brief follow-up research. | 4.00 |
| 05/29/08 | Lowenstein | Draft and revise client memo (2.80); several messages and calls re: same (.40). | 3.20 |

172573 W. R. Grace & Co.          Invoice Number  1728995
60037  Rockwood Pigments N.A.     Page    3
July 23, 2008

| Date | Name | | Hours |
|------|------|------|------|
| 05/29/08 | Weyman | Reviewed draft memo (0.5); telephone conference with Lowenstein (0.2). | .70 |
| 05/30/08 | Giannone | Review, revise and finalize New York case summary regarding contract issues. | 2.40 |
| 05/30/08 | Lowenstein | Follow up on memo (.20); schedule and prepare for internal call and client call re: ongoing issues (.20). | .40 |
| 05/30/08 | Weyman | Review regarding research. | .50 |
| 06/01/08 | Lowenstein | Prepare for conference call. | .40 |
| 06/02/08 | Booker | Confer with M. Lowenstein, M. Weyman, L. Kill re Rockwood contract. | .80 |
| 06/02/08 | Kill | Review emails and attached contract (1.7); conference call with Messrs Booker, Lowenstein and Weyman regarding potential issues (0.8). | 2.50 |
| 06/02/08 | Lowenstein | Prepare for, participate in and follow up to call w. M. Weyman, D. Booker, L. Kill re: contract and related legal issues (1.60); prepare for, participate in, follow up to call w/ Clients re contract issues (1.30). | 2.90 |
| 06/02/08 | Weyman | Conferences with L. Kill (.40); conference call with Booker, Lowenstein and L. Kill regarding antitrust issues (1.00); telephone conference with Lowenstein (.70); conference call with client (1.00); telephone conference with Lowenstein (.30). | 3.40 |
| 06/04/08 | Giannone | Discuss research with C. Hoffman. | .10 |
| 06/04/08 | Hoffman | Reviewed research of New York law issues (1.5); participated in client conference call with M. Weyman (0.3);  researched additional New York law issues | 3.80 |

172573 W. R. Grace & Co.                    Invoice Number  1728995
60037 Rockwood Pigments N.A.                Page   4
July 23, 2008

        Date   Name                                              Hours
        -------- -----------                                      -----

                        (1.1); drafted summary of
                        research findings for presentation
                        to M. Weyman (0.9).

        06/05/08 Weyman        Review legal memo.                 .20

                                                                 ------
                                          TOTAL HOURS            64.00


        TIME SUMMARY          Hours        Rate         Value
        ------------------    -----------------------   -------
        Daniel I. Booker       0.80  at  $  860.00  =    688.00
        Michael E. Lowenstein 16.10  at  $  620.00  =  9,982.00
        Mark L. Weyman        12.00  at  $  615.00  =  7,380.00
        Lawrence Kill          2.50  at  $  720.00  =  1,800.00
        Christopher Hoffman    3.80  at  $  270.00  =  1,026.00
        Kristen Giannone      28.80  at  $  305.00  =  8,784.00

                        CURRENT FEES                 29,660.00


                                                     ------------
                        TOTAL BALANCE DUE UPON RECEIPT  $29,660.00
                                                     ============