REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                     Invoice Number     1729045
One Town Center Road                 Invoice Date       07/23/08
Boca Raton, FL    33486              Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

         Fees                              0.00
         Expenses                      5,305.73

                     TOTAL BALANCE DUE UPON RECEIPT      $5,318.73
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1729045 |
| Invoice Date | 07/23/08 |
| Client Number | 172573 |
| Matter Number | 60026 |

===============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| IKON Copy Services | 25.90 |
| PACER | 7.92 |
| Duplicating/Printing/Scanning | 105.10 |
| Postage Expense | 1.85 |
| Consulting Fees | 4,649.47 |
| Courier Service - Outside | 208.18 |
| Secretarial Overtime | 30.00 |
| Meal Expense | 290.31 |

CURRENT EXPENSES                    5,318.73
                                   -------------

TOTAL BALANCE DUE UPON RECEIPT      $5,318.73
                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1729045
One Town Center Road                      Invoice Date      07/23/08
Boca Raton, FL   33486                    Client Number      172573
                                          Matter Number       60026

================================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| 05/05/08 | PACER | 2.40 |
| 05/23/08 | Secretarial Overtime: W. R. Grace Litigation - update April 2008 monthly fee application spreadsheet | 30.00 |
| 05/28/08 | PACER | 5.52 |
| 06/02/08 | Duplicating/Printing/Scanning ATTY # 4810; 12 COPIES | 1.20 |
| 06/02/08 | Duplicating/Printing/Scanning ATTY # 4810; 16 COPIES | 1.60 |
| 06/02/08 | Duplicating/Printing/Scanning ATTY # 8101; 3 COPIES | .30 |
| 06/02/08 | Duplicating/Printing/Scanning ATTY # 4810; 57 COPIES | 5.70 |
| 06/02/08 | Duplicating/Printing/Scanning ATTY # 4810; 12 COPIES | 1.20 |
| 06/02/08 | Duplicating/Printing/Scanning ATTY # 4810; 6 COPIES | .60 |
| 06/02/08 | Duplicating/Printing/Scanning ATTY # 4810; 38 COPIES | 3.80 |
| 06/02/08 | Duplicating/Printing/Scanning ATTY # 4810; 6 COPIES | .60 |
| 06/02/08 | Duplicating/Printing/Scanning ATTY # 4810; 54 COPIES | 5.40 |

172573 W. R. Grace & Co.                      Invoice Number  1729045
60026  Litigation and Litigation Consulting   Page    2
July 23, 2008

| 06/02/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 32 COPIES | 3.20 |
| 06/02/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 136 COPIES | 13.60 |
| 06/02/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 06/02/08 | Courier Service - UPS - Shipped from  Reed<br>Smith LLP - Pittsburgh to ANDREW ERSKINE<br>KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 61.60 |
| 06/02/08 | Courier Service - UPS - Shipped from Reed<br>Smith LLP - Pittsburgh to ANDREW ERSKINE<br>KIRKLAND & ELLIS LLP (CHICAGO IL 60601). | 61.60 |
| 06/02/08 | Courier Service - UPS - Shipped from Reed Smith<br>LLP - Pittsburgh to JAMES E. O'NEILL<br>(WILMINGTON DE 19801). | 23.86 |
| 06/02/08 | Courier Service - UPS - Shipped from Reed<br>Smith LLP - Pittsburgh to JAMES E. O'NEILL<br>(WILMINGTON DE 19801). | 31.27 |
| 06/03/08 | Courier Service - UPS - Shipped from Reed<br>Smith LLP - Pittsburgh to James O'Neill<br>(WILMINGTON DE 19801). | 21.21 |
| 06/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 06/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 06/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 06/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 06/07/08 | Postage Expense<br>Postage Expense: ATTY # 004810 User: Criswell, P | 1.85 |
| 06/09/08 | Meal Expense - - VENDOR: MARK'S GRILLE &<br>CATERING  - KIRKLAND/GRACE HEARING PREP - LUNCH<br>FOR 10 PEOPLE IN CONF RM 1E | 129.35 |
| 06/09/08 | Meal Expense - - VENDOR: EADIES KITCHEN &<br>MARKET OF PIT<br>KIRKLAND/GRACE HEARING PREP - BREAKFAST FOR 10<br>PEOPLE IN CONF RM 1E | 109.16 |
| 06/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |

172573 W. R. Grace & Co.                        Invoice Number  1729045
60026  Litigation and Litigation Consulting     Page    3
July 23, 2008

| 06/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 86 COPIES | 8.60 |
| 06/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 06/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 06/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 87 COPIES | 8.70 |
| 06/17/08 | Courier Service - UPS - Shipped from M. Dee<br>English Reed Smith LLP - Washington to John A.<br>Giannetti (ANNAPOLIS MD 21401). | 8.64 |
| 06/24/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 14 COPIES | 1.40 |
| 06/25/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 06/25/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 06/27/08 | IKON Copy Services - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC.<br>COPYING | 25.90 |
| 06/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 26 COPIES | 2.60 |
| 06/30/08 | Meal Expense - - VENDOR: REED SMITH TRANSFERS -<br>06/02/08 RESTIVO LUNCH | 5.00 |
| 06/30/08 | Meal Expense - - VENDOR: EADIES KITCHEN &<br>MARKET OF PIT HRG - LUNCH FOR CLIENT MTG WITH<br>4 PEOPLE IN CONF RM 1C | 46.80 |
| 06/30/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 341 COPIES | 34.10 |
| 07/21/08 | Consulting Fees - - VENDOR: ENVIRON INT'L<br>CORPORATION - Environ responded to outside<br>counsel requests for information related to<br>Libby project - June, 2008 | 4649.47 |

                              CURRENT EXPENSES          5,318.73
                                                      ------------
                    TOTAL BALANCE DUE UPON RECEIPT      $5,318.73
                                                      ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1729046
5400 Broken Sound Blvd., N.W.        Invoice Date        07/23/08
Boca Raton, FL 33487                 Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                              0.00
        Expenses                      1,894.57

                    TOTAL BALANCE DUE UPON RECEIPT      $1,894.57
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                    Invoice Number      1729046
5400 Broken Sound Blvd., N.W.                  Invoice Date      07/23/08
Boca Raton, FL 33487                           Client Number       172573
                                               Matter Number        60028

===============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Duplicating/Printing/Scanning | 1.80 |
| Westlaw | 48.00 |
| Lodging | 362.19 |
| Parking/Tolls/Other Transportation | 32.00 |
| Air Travel Expense | 1,209.00 |
| Taxi Expense | 125.00 |
| Mileage Expense | 24.24 |
| Meal Expense | 34.00 |
| Telephone - Outside | 18.48 |
| General Expense | 39.86 |

                     CURRENT EXPENSES                    1,894.57
                                                     -------------

              TOTAL BALANCE DUE UPON RECEIPT          $1,894.57
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1729046
5400 Broken Sound Blvd., N.W.            Invoice Date      07/23/08
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028


================================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

|  | | |
|---|---|---|
| 05/30/08 | Telephone - Outside Chorus Call Inv No: 4122883131-060108 - D.E. Cameron | 3.15 |
| 05/30/08 | Telephone - Outside Chorus Call Inv No: 4122883131-060108 - D.E. Cameron | 3.06 |
| 05/30/08 | Telephone - Outside Chorus Call Inv No: 4122883131-060108 - D.E. Cameron | 2.78 |
| 05/30/08 | Telephone - Outside Chorus Call Inv No: 4122883131-060108 - D.E. Cameron | 2.97 |
| 05/30/08 | Telephone - Outside Chorus Call Inv No: 4122883131-060108 - D.E. Cameron | 3.24 |
| 05/30/08 | Telephone - Outside Chorus Call Inv No: 4122883131-060108 - D.E. Cameron | 3.28 |
| 06/02/08 | Duplicating/Printing/Scanning ATTY # 0349; 6 COPIES | .60 |
| 06/02/08 | Duplicating/Printing/Scanning ATTY # 000349: 4 COPIES | .40 |
| 06/09/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 06/12/08 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON TRAVEL TO TORONTO, CANADA FOR SETTLEMENT NEGOTIATIONS/MEETINGS 5/28-5/29/08 - - Dinner and drink during travel to TOR. | 34.00 |

172573 W. R. Grace & Co.                    Invoice Number  1729046
60028  ZAI Science Trial                    Page   2
July 23, 2008

| Date | Description | Amount |
|---|---|---|
| 06/12/08 | Lodging - - VENDOR: DOUGLAS E. CAMERON TRAVEL TO TORONTO, CANADA FOR SETTLEMENT NEGOTIATIONS/MEETINGS 5/28-5/29/08 - - One night stay at Hilton Toronto ($319.00 plus tax). | 362.19 |
| 06/12/08 | Air Travel Expense - - VENDOR: DOUGLAS E. CAMERON TRAVEL TO TORONTO CANADA FOR SETTLEMENT NEGOTIATIONS/MEETINGS 5/28-5/29/08 - - Economy-class airfare from PIT to TOR and return. | 1209.00 |
| 06/12/08 | Taxi Expense - - VENDOR: DOUGLAS E. CAMERON TRAVEL TO TORONTO, CANADA FOR SETTLEMENT NEGOTIATIONS/MEETINGS 5/28-5/29/08 - - taxi travel between TOR airport and hotel near meeting place. | 125.00 |
| 06/12/08 | Mileage Expense - - VENDOR: DOUGLAS E. CAMERON TRAVEL TO TORONTO, CANADA FOR SETTLEMENT NEGOTIATIONS/MEETINGS 5/28-5/29/08 - - Travel to/from PIT airport | 24.24 |
| 06/12/08 | Parking/Tolls/Other Transportation - - VENDOR: DOUGLAS E. CAMERON TRAVEL TO TORONTO, CANADA FOR SETTLEMENT NEGOTIATIONS/MEETINGS 5/28-5/29/08 - - Parking at PIT airport during trip to TOR. | 32.00 |
| 06/12/08 | General Expense - - VENDOR: DOUGLAS E. CAMERON TRAVEL TO TORONTO, CANADA FOR SETTLEMENT NEGOTIATIONS/MEETINGS 5/28-5/29/08 TRAVEL AGENT FEES, FOREIGN CURRENCY FEES, TIPS | 39.86 |
| 06/12/08 | Westlaw -- Legal research of issues relating to ZAI claims | 18.00 |
| 06/12/08 | Westlaw -- Legal research of issues relating to ZAI claims | 30.00 |
| 06/20/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 06/26/08 | Duplicating/Printing/Scanning ATTY # 000349: 6 COPIES | .60 |

                    CURRENT EXPENSES              1,894.57
                                                ------------
              TOTAL BALANCE DUE UPON RECEIPT       $1,894.57
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number       1729048
One Town Center Road                      Invoice Date       07/23/08
Boca Raton, FL    33486                   Client Number        172573

===============================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              0.00
         Expenses                      3,995.92

                      TOTAL BALANCE DUE UPON RECEIPT          $3,995.92
                                                             =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number       1729048
One Town Center Road                      Invoice Date       07/23/08
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60033


===============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        17.95
        PACER                                   184.48
        Duplicating/Printing/Scanning           515.50
        Postage Expense                           2.02
        Consulting Fees                       3,025.00
        Courier Service - Outside                21.21
        Drawings Expense                        122.50
        Outside Duplicating                     101.56
        Telephone - Outside                       5.70

                    CURRENT EXPENSES                      3,995.92
                                                        -------------

                    TOTAL BALANCE DUE UPON RECEIPT        $3,995.92
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1729048
One Town Center Road                      Invoice Date      07/23/08
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60033

===============================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 05/01/08 | PACER | 2.72 |
| 05/02/08 | PACER | 3.04 |
| 05/05/08 | PACER | 39.84 |
| 05/06/08 | Telephone - Outside Chorus Call Inv No: 4122883131-051108 - D.E. Cameron | 1.87 |
| 05/06/08 | Telephone - Outside Chorus Call Inv No: 4122883131-051108 - D.E. Cameron | 1.87 |
| 05/06/08 | Telephone - Outside Chorus Call Inv No: 4122883131-051108 - D.E. Cameron | 1.96 |
| 05/08/08 | PACER | 83.68 |
| 05/09/08 | PACER | 10.40 |
| 05/14/08 | PACER | 44.80 |
| 06/02/08 | Telephone Expense 212-592-5912/NEW YORK, NY/4 | .20 |
| 06/02/08 | Duplicating/Printing/Scanning ATTY # 0559; 2 COPIES | .20 |
| 06/02/08 | Duplicating/Printing/Scanning ATTY # 4810; 48 COPIES | 4.80 |
| 06/03/08 | Duplicating/Printing/Scanning ATTY # 0559; 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number   1729048
60033  Claim Analysis Objection Resolution        Page   2
       & Estimation (Asbestos)
July 23, 2008


| 06/03/08 | Duplicating/Printing/Scanning ATTY # 000349: 1 COPY | .10 |
| 06/03/08 | Duplicating/Printing/Scanning ATTY # 000349: 1 COPY | .10 |
| 06/04/08 | Duplicating/Printing/Scanning ATTY # 0349; 14 COPIES | 1.40 |
| 06/04/08 | Duplicating/Printing/Scanning ATTY # 0349; 26 COPIES | 2.60 |
| 06/04/08 | Duplicating/Printing/Scanning ATTY # 000349: 2 COPIES | .20 |
| 06/05/08 | Telephone Expense 410-531-4355/COLUMBIA, MD/26 | 1.25 |
| 06/06/08 | Telephone Expense 312-925-6244/CHICAGO, IL/4 | .15 |
| 06/09/08 | Telephone Expense 561-362-1533/BOCA RATON, FL/15 | .75 |
| 06/09/08 | Duplicating/Printing/Scanning ATTY # 4810; 1727 COPIES | 172.70 |
| 06/09/08 | Duplicating/Printing/Scanning ATTY # 4810; 42 COPIES | 4.20 |
| 06/09/08 | Duplicating/Printing/Scanning ATTY # 4810; 1256 COPIES | 125.60 |
| 06/09/08 | Duplicating/Printing/Scanning ATTY # 0559; 5 COPIES | .50 |
| 06/09/08 | Duplicating/Printing/Scanning ATTY # 4810; 2 COPIES | .20 |
| 06/09/08 | Duplicating/Printing/Scanning ATTY # 4810; 65 COPIES | 6.50 |
| 06/09/08 | Duplicating/Printing/Scanning ATTY # 0349; 6 COPIES | .60 |
| 06/10/08 | Duplicating/Printing/Scanning ATTY # 0349; 3 COPIES | .30 |
| 06/10/08 | Duplicating/Printing/Scanning ATTY # 0349; 3 COPIES | .30 |

172573 W. R. Grace & Co.
60033 Claim Analysis Objection Resolution
    & Estimation (Asbestos)
July 23, 2008

Invoice Number   1729048
Page    3

| Date | Description | Amount |
|---|---|---|
| 06/10/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 50 COPIES | 5.00 |
| 06/10/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/5 | .20 |
| 06/10/08 | Telephone Expense<br>212-753-5800/NEW YORK, NY/102 | 5.10 |
| 06/10/08 | Telephone Expense<br>724-325-1202/EXPORT, PA/101 | 5.05 |
| 06/11/08 | Telephone Expense<br>803-943-4444/HAMPTON, SC/35 | 1.75 |
| 06/11/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 10 COPIES | 1.00 |
| 06/11/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 10 COPIES | 1.00 |
| 06/11/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 32 COPIES | 3.20 |
| 06/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 12 COPIES | 1.20 |
| 06/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 06/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 06/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 06/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 06/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 06/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 06/12/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/25 | 1.25 |
| 06/12/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 1 COPY | .10 |

172573  W. R. Grace & Co.                          Invoice Number  1729048
60033  Claim Analysis Objection Resolution         Page   4
       & Estimation (Asbestos)
July 23, 2008


| | | |
|---|---|---|
| 06/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 13 COPIES | 1.30 |
| 06/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 13 COPIES | 1.30 |
| 06/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 13 COPIES | 1.30 |
| 06/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 06/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 06/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 06/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| ,06/13/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/6 | .30 |
| 06/13/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 06/16/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/3 | .15 |
| 06/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 24 COPIES | 2.40 |
| 06/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 63 COPIES | 6.30 |
| 06/16/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 06/17/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 18 COPIES | 1.80 |
| 06/17/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/6 | .30 |
| 06/17/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/12 | .55 |
| 06/18/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | .90 |

172573 W. R. Grace & Co.     Invoice Number   1729048
60033  Claim Analysis Objection Resolution Page   5
  & Estimation (Asbestos)
July 23, 2008

| | | |
|---|---|---|
| 06/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 06/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 06/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 06/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 06/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 06/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 06/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| ,06/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 06/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 06/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 06/18/08 | Courier Service - UPS - Shipped from  Reed<br>Smith LLP - Pittsburgh to Tyler D. Mace, Esq.<br>Kirkland & Ellis, LLP (WASHINGTON DC 20005). | 21.21 |
| 06/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 06/19/08 | Postage Expense<br>Postage Expense: ATTY # 000559 User: Miller, Jas | 2.02 |
| 06/20/08 | Drawings Expense - - VENDOR: PRECISE LITIGATION<br>TECHNOLOGIES<br>CUSTOM VISUAL AIDS FOR MEDIATION | 122.50 |
| 06/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000396: 20 COPIES | 2.00 |
| 06/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 994 COPIES | 99.40 |

```
172573 W. R. Grace & Co.                        Invoice Number  1729048
60033  Claim Analysis Objection Resolution      Page   6
       & Estimation (Asbestos)
July 23, 2008
```

| | | |
|---|---|---|
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 34 COPIES | 3.40 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 8 COPIES | .80 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 06/24/08 | Telephone Expense<br>215-246-9494/PHILA, PA/4 | .20 |
| 06/25/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 06/25/08 | Telephone Expense<br>215-246-9494/PHILA, PA/2 | .10 |
| ,06/26/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 98 COPIES | 9.80 |
| 06/26/08 | Duplicating/Printing/Scanning<br>ATTY # 0059; 1 COPY | .10 |
| 06/26/08 | Duplicating/Printing/Scanning<br>ATTY # 0856; 54 COPIES | 5.40 |
| 06/26/08 | Duplicating/Printing/Scanning<br>ATTY # 0856; 137 COPIES | 13.70 |
| 06/27/08 | Consulting Fees - - VENDOR: JAMS, INC.  -<br>MEDIATION FEES FOR PROPERTY DAMAGE CLAIMS<br>MEDIATION | 3025.00 |
| 06/27/08 | Telephone Expense<br>215-241-1210/PHILA, PA/4 | .20 |
| 06/27/08 | Telephone Expense<br>561-362-1566/BOCA RATON, FL/5 | .25 |
| 06/27/08 | Telephone Expense<br>215-246-9494/PHILA, PA/4 | .20 |
| 06/27/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 87 COPIES | 8.70 |
| 06/27/08 | Duplicating/Printing/Scanning<br>ATTY # 2080; 87 COPIES | 8.70 |

172573 W. R. Grace & Co.                    Invoice Number  1729048
60033  Claim Analysis Objection Resolution   Page    7
       & Estimation (Asbestos)
July 23, 2008


| | | |
|---|---|---|
| 06/27/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 78 COPIES | 7.80 |
| 06/29/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 2 COPIES | .20 |
| 06/29/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 06/30/08 | Outside Duplicating - - VENDOR: IKON OFFICE<br>SOLUTIONS, I<br>DOCUMENT PRODUCTION | 101.56 |
| 06/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 06/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 06/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |

                        CURRENT EXPENSES                3,995.92
                                                     ------------
                TOTAL BALANCE DUE UPON RECEIPT        $3,995.92
                                                     ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number      1729049
One Town Center Road               Invoice Date       07/23/08
Boca Raton, FL   33486             Client Number       172573


===============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                            0.00
        Expenses                      637.14

                    TOTAL BALANCE DUE UPON RECEIPT        $637.14
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

Invoice Number      1729049
Invoice Date       07/23/08
Client Number        172573
Matter Number         60035

==============================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

|  | |
|---|---|
| Telephone Expense | 0.35 |
| Duplicating/Printing/Scanning | 184.30 |
| General Expense | 452.49 |

CURRENT EXPENSES                637.14
                            -------------

TOTAL BALANCE DUE UPON RECEIPT        $637.14
                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1729049
One Town Center Road                      Invoice Date      07/23/08
Boca Raton, FL   33486                    Client Number      172573
                                          Matter Number       60035


===============================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 06/02/08 | Duplicating/Printing/Scanning<br>ATTY # 001833: 39 COPIES | 3.90 |
| 06/04/08 | Duplicating/Printing/Scanning<br>ATTY # 001833: 23 COPIES | 2.30 |
| 06/06/08 | General Expense - - VENDOR: ALL-STATE<br>INTERNATIONAL, INC.<br>EXHIBIT TABS | 1.42 |
| 06/06/08 | General Expense - - VENDOR: ALL-STATE<br>INTERNATIONAL, INC.<br>EXHIBIT TABS | 169.88 |
| 06/09/08 | Duplicating/Printing/Scanning<br>ATTY # 001833: 8 COPIES | .80 |
| 06/12/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 4 COPIES | .40 |
| 06/13/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 15 COPIES | 1.50 |
| 06/16/08 | Duplicating/Printing/Scanning<br>ATTY # 001833: 213 COPIES | 21.30 |
| 06/16/08 | Duplicating/Printing/Scanning<br>ATTY # 001833: 40 COPIES | 4.00 |
| 06/17/08 | Telephone Expense<br>202-879-5177/WASHINGTON, DC/2 | .10 |
| 06/17/08 | Duplicating/Printing/Scanning<br>ATTY # 001833: 232 COPIES | 23.20 |

172573 W. R. Grace & Co.                          Invoice Number   1729049
60035  Grand Jury Investigation                   Page    3
July 23, 2008

| | | |
|---|---|---:|
| 06/20/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 12 COPIES | 1.20 |
| 06/20/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 9 COPIES | .90 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 23 COPIES | 2.30 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 23 COPIES | 2.30 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 23 COPIES | 2.30 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 9 COPIES | .90 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 9 COPIES | .90 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 5 COPIES | .50 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 4 COPIES | .40 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 88 COPIES | 8.80 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 8 COPIES | .80 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 8 COPIES | .80 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 1 COPY | .10 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 4 COPIES | .40 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 6 COPIES | .60 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 20 COPIES | 2.00 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 12 COPIES | 1.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1729049
60035  Grand Jury Investigation            Page   2
July 23, 2008
```

| | | |
|---|---|---|
| 06/17/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 4 COPIES | .40 |
| 06/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 1 COPY | .10 |
| 06/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 1 COPY | .10 |
| 06/17/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 3 COPIES | .30 |
| 06/17/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 06/18/08 | Telephone Expense<br>202-879-5177/WASHINGTON, DC/5 | .25 |
| 06/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 8 COPIES | .80 |
| 06/20/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 16 COPIES | 1.60 |
| 06/20/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 7 COPIES | .70 |
| 06/20/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 16 COPIES | 1.60 |
| 06/20/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 7 COPIES | .70 |
| 06/20/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 12 COPIES | 1.20 |
| 06/20/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 3 COPIES | .30 |
| 06/20/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 3 COPIES | .30 |
| 06/20/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 4 COPIES | .40 |
| 06/20/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 2 COPIES | .20 |
| 06/20/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 1 COPY | .10 |

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
July 23, 2008

Invoice Number  1729049
Page   4

| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 1 COPY | .10 |
|---|---|---|
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 1 COPY | .10 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 3 COPIES | .30 |
| 06/23/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 16 COPIES | 1.60 |
| 06/24/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 06/24/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 4 COPIES | .40 |
| 06/24/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 4 COPIES | .40 |
| 06/24/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 3 COPIES | .30 |
| 06/24/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 4 COPIES | .40 |
| 06/24/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 12 COPIES | 1.20 |
| 06/24/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 12 COPIES | 1.20 |
| 06/24/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 22 COPIES | 2.20 |
| 06/24/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 20 COPIES | 2.00 |
| 06/24/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 10 COPIES | 1.00 |
| 06/24/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 11 COPIES | 1.10 |
| 06/24/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 06/24/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1729049
60035  Grand Jury Investigation                   Page    5
July 23, 2008

| | | |
|---|---|---|
| 06/24/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 10 COPIES | 1.00 |
| 06/24/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 4 COPIES | .40 |
| 06/24/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 10 COPIES | 1.00 |
| 06/24/08 | Duplicating/Printing/Scanning<br>ATTY # 009105: 13 COPIES | 1.30 |
| 06/25/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 3 COPIES | .30 |
| 06/25/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 1 COPY | .10 |
| 06/25/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 4 COPIES | .40 |
| 06/25/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 06/25/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 1 COPY | .10 |
| 06/25/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 3 COPIES | .30 |
| 06/25/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 16 COPIES | 1.60 |
| 06/25/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 16 COPIES | 1.60 |
| 06/25/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 31 COPIES | 3.10 |
| 06/25/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 32 COPIES | 3.20 |
| 06/25/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 15 COPIES | 1.50 |
| 06/25/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 1 COPY | .10 |
| 06/25/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 15 COPIES | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  1729049
60035  Grand Jury Investigation                   Page   6
July 23, 2008

06/25/08    Duplicating/Printing/Scanning                    .20
            ATTY # 000887: 2 COPIES

06/25/08    Duplicating/Printing/Scanning                    .20
            ATTY # 004995: 2 COPIES

06/25/08    Duplicating/Printing/Scanning                    .20
            ATTY # 004995: 2 COPIES

06/26/08    Duplicating/Printing/Scanning                   3.20
            ATTY # 004995: 32 COPIES

06/26/08    Duplicating/Printing/Scanning                   3.10
            ATTY # 004995: 31 COPIES

06/26/08    Duplicating/Printing/Scanning                   3.40
            ATTY # 004995: 34 COPIES

06/26/08    Duplicating/Printing/Scanning                    .20
            ATTY # 004995: 2 COPIES

06/26/08    Duplicating/Printing/Scanning                   2.70
            ATTY # 000887: 27 COPIES

06/26/08    Duplicating/Printing/Scanning                   2.70
            ATTY # 000887: 27 COPIES

06/26/08    Duplicating/Printing/Scanning                   2.60
            ATTY # 000887: 26 COPIES

06/26/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000887: 1 COPY

06/26/08    Duplicating/Printing/Scanning                   3.90
            ATTY # 000887: 39 COPIES

06/26/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000887: 1 COPY

06/26/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000887: 1 COPY

06/26/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000887: 1 COPY

06/26/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000887: 1 COPY

06/26/08    Duplicating/Printing/Scanning                    .10
            ATTY # 004995: 1 COPY

172573 W. R. Grace & Co.                          Invoice Number  1729049
60035  Grand Jury Investigation                   Page    7
July 23, 2008

| | | |
|---|---|---|
| 06/26/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 1 COPY | .10 |
| 06/26/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 1 COPY | .10 |
| 06/26/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 06/27/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 4 COPIES | .40 |
| 06/27/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 4 COPIES | .40 |
| 06/27/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 39 COPIES | 3.90 |
| 06/27/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 39 COPIES | 3.90 |
| 06/27/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 62 COPIES | 6.20 |
| 06/27/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 65 COPIES | 6.50 |
| 06/27/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 2 COPIES | .20 |
| 06/27/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 1 COPY | .10 |
| 06/27/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 06/30/08 | General Expense - - VENDOR: SUPERIOR DOCUMENT<br>SERVICES   COPYING | 281.19 |
| 06/30/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 8 COPIES | .80 |
| 06/30/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 44 COPIES | 4.40 |
| 06/30/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 43 COPIES | 4.30 |
| 06/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 60 COPIES | 6.00 |

172573 W. R. Grace & Co.                          Invoice Number  1729049
60035  Grand Jury Investigation                   Page    8
July 23, 2008


06/30/08   Duplicating/Printing/Scanning                       .10
           ATTY # 000887: 1 COPY

06/30/08   Duplicating/Printing/Scanning                       .10
           ATTY # 004995: 1 COPY

                              CURRENT EXPENSES                637.14
                                                        ------------
                   TOTAL BALANCE DUE UPON RECEIPT           $637.14
                                                        =============