IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

RE: 18825

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE - (Richard D. Trenk)

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Richard D. Trenk, Esquire of Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C. to represent Mian Realty, LLC as counsel in this action.

Dated: May 29, 2008    By:    COLE, SCHOTZ, MEISEL,
FORMAN & LEONARD, P.A.

*/s/ Patrick J. Reilley*

Patrick J. Reilley (No. 4451)
1000 N. West Street, Suite 1200
Wilmington, DE  19899
Phone: (302) 295-4888

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New Jersey, U.S. District Courts for New Jersey, the United States Court of Appeals for the Third Circuit, and United States Supreme Court, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of the Court for the District Court.

*/s/ Richard D. Trenk*

Richard D. Trenk, Esquire
TRENK, DIPASQUALE, WEBSTER, DELLA FERA &
SODONO, P.C.
347 Mt. Pleasant Ave., Suite 300
West Orange, NJ  07052
Telephone: 973-243-8600

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Dated: July 29, 2008

*/s/ Judith K. Fitzgerald*
Judith K. Fitzgerald
United States Bankruptcy Judge    SAJ

Error! Unknown document property name.