**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: August 18, 2008 |
| | : | Hearing Date: TBD, if necessary |

**FEE DETAIL FOR DAY PITNEY LLP'S**
**EIGHTY-FORTH INTERIM FEE APPLICATION FOR THE PERIOD**
**FROM JUNE 1, 2008 THROUGH JUNE 30, 2008**

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

**FEES FOR THE FEE PERIOD JUNE 1, 2008 THROUGH JUNE 30, 2008[2]**

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date / Code | Description / Timekeeper | Hours | Amount |
|---|---|---|---|
| 06/01/08 | Follow-up regarding email reports for information for insurance list. | | |
| 14 | A. Marchetta | 0.4 | 248.00 |
| 06/02/08 | Follow-up with S. parker regarding index project for creditors. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| 06/02/08 | Conference with B. Moffitt regarding insurance issues; follow-up with co-counsel regarding same. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| 06/02/08 | Continue updating master indices with accurate information needed to respond to client inquiries. | | |
| 14 | D. Florence | 2.8 | 392.00 |
| 06/02/08 | Reviewed file indices order to determine scope of files in our possession which are responsive to creditors' requests, and worked with D. Florence regarding preparation of index of same. | | |
| 14 | S. Parker | 0.9 | 135.00 |
| 06/03/08 | Follow-up work on index project. | | |
| 14 | A. Marchetta | 0.8 | 496.00 |
| 06/03/08 | Emails regarding request for insurance information. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| 06/03/08 | Review J. Posner e-mail re proposed disclosure language and confer with A. Marchetta re same; review relevant agreement and revise same; work with S. Parker re same; work with S. Parker re identifying relevant documents for carrier counsel review. | | |
| 3 | B. Moffitt | 2.1 | 840.00 |
| 06/03/08 | Create a sub chart of all relevant boxes meeting criteria for client's request for documentation; Update indices with updated barcode information; Provide a status of these projects to S. Parker. | | |
| 14 | D. Florence | 5.3 | 742.00 |

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4



83078286A01071008

| | | | |
|---|---|---|---|
| 06/03/08 | Worked with B. Moffitt regarding information needed to respond to J. Posner's requests for additional information needed to prepare Disclosure Statement. | | |
| 14 | S. Parker | 0.4 | 60.00 |
| 06/03/08 | Worked with A. Marchetta regarding status of compilation and review of file indices in order to determine scope of files in our possession which are responsive to creditors' requests. | | |
| 14 | S. Parker | 0.2 | 30.00 |
| 06/03/08 | Reviewed file indices and worked with D. Florence regarding same and preparation of index outlining same, and worked with B. Moffitt regarding status of same regarding determination of scope of files in our possession which are responsive to creditors' requests. | | |
| 14 | S. Parker | 1.1 | 165.00 |
| 06/04/08 | Update index to JD Carton numbers with updated information. | | |
| 14 | D. Florence | 0.7 | 98.00 |
| 06/05/08 | Work on index project issue | | |
| 14 | A. Marchetta | 0.4 | 248.00 |
| 06/05/08 | Update sub chart of all relevant boxes meeting criteria for client's request for documentation and work with S. Parker regarding a status of this project. | | |
| 14 | D. Florence | 1.6 | 224.00 |
| 06/05/08 | Reviewed file indices and worked with D. Florence regarding same and updates and revisions to index outlining same. | | |
| 14 | S. Parker | 0.9 | 135.00 |
| 06/06/08 | Follow-up regarding document for creditors in compilation of same. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| 06/09/08 | Emails and telephone calls regarding document project. | | |
| 14 | A. Marchetta | 0.5 | 310.00 |
| 06/09/08 | Email exchange with L. Sinanyan re disclosure language. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 06/10/08 | Work with B. Moffitt and S. Parker regarding information for client. | | |
| 14 | A. Marchetta | 0.5 | 310.00 |
| 06/10/08 | Worked with A. Marchetta regarding index of files which may be responsive to creditors' requests. | | |

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.2 | 30.00 |
| 06/12/08 | Telephone calls and e-mails regarding first draft of indices dealing with information for creditors; follow up regarding same. | | |
| 14 | A. Marchetta | 1.2 | 744.00 |
| 06/12/08 | Work with A. Marchetta and R. Rosen re forwarding indices re notices and policy information to Kirkland & Ellis. | | |
| 3 | B. Moffitt | 0.3 | 120.00 |
| 06/12/08 | Follow up re assembling information re insurance and notice issues; confer with S. Parker re same. | | |
| 3 | B. Moffitt | 0.3 | 120.00 |
| 06/13/08 | Follow up regarding compilation and forwarding of information on document request from creditors. | | |
| 14 | A. Marchetta | 0.5 | 310.00 |
| 06/13/08 | Begin drafting fee application for May 2008. | | |
| 18 | K. Piper | 1.9 | 636.50 |
| 06/16/08 | Follow up regarding documents to creditors and telephone calls regarding further information. | | |
| 14 | A. Marchetta | 0.4 | 248.00 |
| 06/17/08 | Telephone call to A. Running and follow up with S. Parker regarding indices. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| 06/17/08 | Review and revise Day Pitney's May, 2008 Fee Application. | | |
| 14 | S. Zuber | 0.3 | 144.00 |
| 06/18/08 | Attention to CNO for April 2008. | | |
| 18 | K. Piper | 0.1 | 33.50 |
| 06/23/08 | Review docket for order regarding 27th Quarterly fee applications. | | |
| 18 | K. Piper | 0.2 | 67.00 |
| 06/24/08 | Attention to order for the 27th Interim Period. | | |
| 18 | K. Piper | 0.2 | 67.00 |
| 06/27/08 | (Intercat) Call with S. Whittier regarding W.R. Grace's remedies for habitually late payments under Plan; receipt and review of revised payment schedule. | | |
| 14 | S. Zuber | 0.4 | 192.00 |

| | | | |
|---|---|---|---|
| 06/30/08 | (Intercat) Initial review of file, confirmed plan and confirmation order, in light of Intercat's delinquent payments, to determine Grace's remedies; review and analyze jurisdictional issues; call with S. Whittier regarding Grace's rights and remedies; correspondence to S. Whittier regarding confirmation order. | | |
| 14 | S. Zuber | 1.3 | 624.00 |
| 06/30/08 | Revise May 2008 fee application and attention to filing same. | | |
| 18 | K. Piper | 0.5 | 167.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 7.7 | 620.00 | 4,774.00 |
| S. Zuber | 14 | 2.0 | 480.00 | 960.00 |
| K. Piper | 18 | 2.9 | 335.00 | 971.50 |
| B. Moffitt | 3 | 2.9 | 400.00 | 1,160.00 |
| D. Florence | 14 | 10.4 | 140.00 | 1,456.00 |
| S. Parker | 14 | 3.7 | 150.00 | 555.00 |
| TOTAL | | 29.6 | | 9,876.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| | | | |
|---|---|---|---|
| 06/03/08 | Memos with C. Miller on W-9 for settlement with Richards. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |
| 06/03/08 | Address correspondence from Weja on payment schedule. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |
| 06/03/08 | Letter to C. Miller responding to request for DP's W-9 to pay settlement monies into trust account. | | |
| 14 | C. Otero | 0.2 | 73.00 |
| 06/16/08 | Forward settlement proceeds and e-mails regarding same. | | |
| 14 | A. Marchetta | 0.5 | 310.00 |
| 06/16/08 | Address payment issues on settlement. | | |
| 14 | W. Hatfield | 0.3 | 120.00 |
| 06/18/08 | Address escrow of settlement monies from Richards. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |
| 06/24/08 | Address bankruptcy order issues. | | |
| 14 | W. Hatfield | 0.3 | 120.00 |

| | | | |
|---|---|---|---|
| 06/26/08 | Review settlement agreements and prepare summary of global settlement for notice and approval to bankruptcy counsel. | | |
| 14 | W. Hatfield | 3.0 | 1,200.00 |
| 06/26/08 | Memos to J. Baer on strategy and background on settlements with defendants in Weja matter for bankruptcy court approval. | | |
| 14 | W. Hatfield | 0.5 | 200.00 |
| 06/27/08 | Memos with J. Baer on matter and Bankruptcy issues. | | |
| 14 | W. Hatfield | 0.5 | 200.00 |
| 06/30/08 | Memos with J. Baer on bankruptcy issues. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.5 | 620.00 | 310.00 |
| W. Hatfield | 14 | 5.4 | 400.00 | 2,160.00 |
| C. Otero | 14 | 0.2 | 365.00 | 73.00 |
| TOTAL | | 6.1 | | 2,543.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | | | |
|---|---|---|---|
| 06/02/08 | Review information and follow-up with B. Moffitt regarding NJDEP request to 3rd Circuit. | | |
| 14 | A. Marchetta | 0.4 | 248.00 |
| 06/04/08 | Telephone conference with client and co-counsel and follow-up regarding 3rd Circuit inquiry and NJDEP settlement. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| 06/04/08 | Preparation for, attendance at, and follow up re conference call with client and co-counsel re NJDEP appeal issues; work with A. Marchetta and S. Parker re same; review article re approval of Libby settlement. | | |
| 3 | B. Moffitt | 1.3 | 520.00 |
| 06/04/08 | Accessed Third Circuit docket system and retrieved current docket for USDC-Delaware matter on appeal, and forwarded same to A. Marchetta and B. Moffitt as requested. | | |
| 14 | S. Parker | 0.3 | 45.00 |
| 06/04/08 | Compilation and retrieval of all documents in Third Circuit docket and forwarded same to B. Moffitt as requested. | | |

| | | | |
|---|---|---|---|
| 14 | S. Parker | 0.5 | 75.00 |
| 06/05/08 | Follow up regarding information on status of settlement discussions regarding Third Circuit mediation. | | |
| 14 | A. Marchetta | 0.5 | 310.00 |
| 06/06/08 | Follow-up regarding status report request from court. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |
| 06/06/08 | Searched regarding compilation of information on current status of Hamilton plant and related issues, including Third Circuit docket for USDC-Delaware matter on appeal. | | |
| 14 | S. Parker | 0.6 | 90.00 |
| 06/10/08 | Work with B. Moffitt regarding draft response to Third Circuit. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |
| 06/10/08 | Review proposed Third Circuit opposition and e-mail exchange with A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.3 | 120.00 |
| 06/11/08 | Review court document regarding mediation and prepare regarding conference call. | | |
| 14 | A. Marchetta | 0.9 | 558.00 |
| 06/11/08 | Review various emails re Third Circuit mediation and proposed conference call re same. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 06/11/08 | Searched regarding compilation of information on current status of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.4 | 60.00 |
| 06/12/08 | Telephone conference with Kirkland and Ellis and client and work with B. Moffitt regarding chronology for client; review records regarding dates of meetings and telephone calls. | | |
| 14 | A. Marchetta | 2.7 | 1,674.00 |
| 06/12/08 | Participate in conference call re Grace appeal issues and supplement chronology re same; review file material and work with A. Marchetta and S. Parker re same; preparation of e-mail to G. Skidmore and C. Landale re same. | | |
| 3 | B. Moffitt | 4.5 | 1,800.00 |
| 06/12/08 | Searched regarding compilation of information on current status of Hamilton plant and related issues, including Third Circuit docket for | | |

| | | | |
|---|---|---|---|
| | USDC-Delaware matter on appeal and forwarded Clerk Order referring motion to motions panel to A. Marchetta and B. Moffitt, with brief summary of same. | | |
| 14 | S. Parker | 0.6 | 90.00 |
| 06/12/08 | Conducted searches, reviewed documents and worked with B. Moffitt regarding compilation of documents needed to confirm information needed to prepare mediation statement in Third Circuit matter. | | |
| 14 | S. Parker | 2.5 | 375.00 |
| 06/13/08 | E-mails and telephone call with client regarding mediation and Third Circuit program; follow up with B. Moffitt regarding same. | | |
| 14 | A. Marchetta | 0.8 | 496.00 |
| 06/13/08 | Address history and issues; memos with B. Moffitt on same. | | |
| 14 | W. Hatfield | 0.5 | 200.00 |
| 06/13/08 | Revise and supplement chronology for use re mediation statement; review file material and work with A. Marchetta and W. Hatfield re same; preparation of e-mail forwarding same. | | |
| 3 | B. Moffitt | 2.3 | 920.00 |
| 06/13/08 | Searched regarding compilation of information on current status of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 45.00 |
| 06/16/08 | Review opposition brief to NJDEP motion on briefing schedule stay; follow up with B. Moffitt regarding edits to response. | | |
| 14 | A. Marchetta | 0.8 | 496.00 |
| 06/16/08 | Work with B. Moffitt regarding information for client; review motion to Third Circuit and brief. | | |
| 14 | A. Marchetta | 1.0 | 620.00 |
| 06/16/08 | Review proposed report revise same; work with A. Marchetta re same; prepare e-mail re same. | | |
| 3 | B. Moffitt | 0.5 | 200.00 |
| 06/16/08 | Searched regarding compilation of information on current status of Hamilton plant and related issues, including Third Circuit docket for USDC-Delaware matter on appeal and forwarded brief in opposition to A. Marchetta and B. Moffitt, with brief summary of same. | | |
| 14 | S. Parker | 0.5 | 75.00 |
| 06/17/08 | Review appeal briefs to court and follow up with co-counsel regarding same. | | |

| | | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.8 | 496.00 |
| 06/17/08 | Work with A. Marchetta re NJDEP appeal brief. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 06/17/08 | Searched regarding compilation of information on current status of Hamilton plant and related issues; Forwarded relevant documents to A. Marchetta and B. Moffitt with brief summary of same. | | |
| 14 | S. Parker | 0.4 | 60.00 |
| 06/18/08 | Work with B. Moffitt and follow up regarding information on NJDEP's brief. | | |
| 14 | A. Marchetta | 0.5 | 310.00 |
| 06/19/08 | Work with B. Moffitt regarding memo to client on NJDEP brief. | | |
| 14 | A. Marchetta | 0.8 | 496.00 |
| 06/19/08 | Review NJDEP appeal brief and respond to client request; work with A. Marchetta and preparation of e-mail re same. | | |
| 3 | B. Moffitt | 0.8 | 320.00 |
| 06/19/08 | Review draft mediation statement and prepare comments re same; review file material re same; work with J. Spielberg re issues re same; work with A. Marchetta re same. | | |
| 3 | B. Moffitt | 2.1 | 840.00 |
| 06/19/08 | Discussed statements in mediation statement with B. Moffitt. | | |
| 3 | J. Spielberg | 0.2 | 67.00 |
| 06/20/08 | Forward revisions regarding brief and comments regarding same; e-mails and telephone calls regarding same. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| 06/20/08 | Work with B. Moffitt regarding revised mediation statement. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| 06/20/08 | Review various e-mails re mediation statement issues and revise mediation statement re same; review file material re same; work with A. Marchetta and S. Parker re same; telephone call with W. Corcoran and R. Medler re same; revise chronology; telephone call with A. Marchetta re same. | | |
| 3 | B. Moffitt | 4.1 | 1,640.00 |
| 06/23/08 | E-mails, telephone calls and work with attorneys regarding revised mediation statement. | | |
| 14 | A. Marchetta | 1.2 | 744.00 |

| | | | |
|---|---|---|---|
| 06/23/08<br>3 | Review G. Skidmore e-mail and update research re same; work with J. Spielberg re same; review and revise memorandum re same and review research results; review revised mediation statement and telephone call and e-mail to G. Skidmore re same; review other e-mails re same.<br>B. Moffitt | 2.8 | 1,120.00 |
| 06/23/08<br>3 | Worked with B. Moffitt re: fines.<br>J. Spielberg | 0.3 | 100.50 |
| 06/23/08<br>14 | Searched regarding compilation of information on current status of Hamilton plant and related issues; Forwarded relevant documents to A. Marchetta and B. Moffitt with brief summary of same.<br>S. Parker | 0.4 | 60.00 |
| 06/23/08<br>3 | Research and memo.<br>J. Kelly | 3.7 | 795.50 |
| 06/24/08<br>14 | Review Third Circuit Opinion and follow up regarding mediation submittal information.<br>A. Marchetta | 0.9 | 558.00 |
| 06/24/08<br>3 | Review e-mails re mediation statement; confer with A. Marchetta re same; review finalized statement.<br>B. Moffitt | 0.3 | 120.00 |
| 06/26/08<br>3 | Confer with J. Spielberg re update of research.<br>B. Moffitt | 0.2 | 80.00 |
| 06/27/08<br>3 | E-mail exchange with W. Corcoran re mediation statement.<br>B. Moffitt | 0.2 | 80.00 |
| 06/30/08<br>3 | Conducted research and prepared e-mail to B. Moffitt re: results of research.<br>J. Spielberg | 2.5 | 837.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| J. Kelly | 3 | 3.7 | 215.00 | 795.50 |
| A. Marchetta | 14 | 13.7 | 620.00 | 8,494.00 |
| W. Hatfield | 14 | 0.5 | 400.00 | 200.00 |
| B. Moffitt | 3 | 19.8 | 400.00 | 7,920.00 |
| J. Spielberg | 3 | 3.0 | 335.00 | 1,005.00 |
| S. Parker | 14 | 6.5 | 150.00 | 975.00 |
| TOTAL | | 47.2 | | 19,389.50 |