# EXHIBIT B

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD JUNE 1, 2008 THROUGH JUNE 30, 2008

Engagement Costs – CHAPTER 11 ADMINISTRATION

| | | |
|---|---|---|
| 05/30/08 | PACER Docket Searching and Retrieval | 8.96 |
| | Matter Total Engagement Cost | 8.96 |

Engagement Costs – Weja, Inc.

| | | |
|---|---|---|
| | Courier Service[3] | 194.75 |
| | Matter Total Engagement Cost | 194.75 |

---

[3] See Invoice No. 123808 from Genco Services, LLC attached hereto as Exhibit 1.

11

# EXHIBIT 1

```
GENCO SERVICES, LLC                                    Invoice No.    Customer No.
P.O. BOX 2104                                            123808            800
MORRISTOWN, NJ 07963-2104                              Invc Date      Total Due
(973) 538-2239                                           3/03/08         526.74


DAY PITNEY LLP
Attn: EILEEN LOUISA                                    INVOICE PAYMENT
200 CAMPUS DRIVE                                       DUE UPON RECEIPT
FLORHAM PARK, NJ 07932


                Customer No.  Invoice No.  Period Ending  Amount Due   Pg
                    800         123808       3/02/08       526.74       2
Date   Ordr No.  Svc                    Service Detail                         Charges      Total


2/25/08  789816  RSH   DAY PITNEY LLP              HUDSON COUNTY          BASE RATE :  54.50
                       200 CAMPUS DRIVE            595 NEWARK AVENUE       INSURANCE :    .25
                       FLORHAM PARK   NJ 07932     JERSEY CITY   NJ 07097  SURCHGFUEL:   2.73       57.48
                       Caller: URSULA/HATFIELD  Time: 14:01  Wght:  1 Lbs
                       Signed: MISS BOWDY        Time: 16:12
                                                 Your Ref.:482910.065656

2/25/08  789817  RSH   DAY PITNEY LLP              HUDSON COUNTY COURTHOUSE BASE RATE :  54.50
                       200 CAMPUS DRIVE            583 NEWARK AVENUE        INSURANCE :    .25
                       FLORHAM PARK   NJ 07932     JERSEY CITY   NJ 07097   SURCHGFUEL:   2.73      57.48
                       Caller: URSULA/HATFIELD  Time: 14:03  Wght:  2 Lbs
                       Signed: MISS VALLERO      Time: 16:12
                                                 Your Ref.:482910.065656

2/25/08  789819  RSH   DAY PITNEY LLP              MORRIS MCLAUGHLIN        BASE RATE :  48.50
                       200 CAMPUS DRIVE            721 RT 202-206           INSURANCE :    .25
                       FLORHAM PARK   NJ 07932     SOMERVILLE    NJ 08807   SURCHGFUEL:   2.43      51.18
                       Caller: URSULA/HATFIELD  Time: 14:05  Wght:  1 Lbs
                       Signed: ELLEN CRAMER/RCPTN Time: 16:02
                                                 Your Ref.:482910.065656

2/25/08  789823  R/T   HUDSON COUNTY COURTHOUSE    DAY PITNEY LLP           BASE RATE :  27.25
                       595 NEWARK AVE              200 CAMPUS DRIVE         SURCHGFUEL:   1.36      28.61
                       JERSEY CITY   NJ 07097      FLORHAM PARK   NJ 07932
                       Caller: URSULA/HATFIELD  Time: 14:55
                       Signed: MR.JEFFERSON/M-R  Time: 17:00
                                                 Your Ref.:482910.065656

                       Total Charges for Ref. - 482910.065656:   194.75


                                                                              Continued
```

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|   |   |   |
|---|---|---|
| *In re* | : | Chapter 11 |
|  | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*,[1] | : | (Jointly Administered) |
|  | : |  |
| Debtors. | : | Objection Deadline: August 18, 2008 |
|  | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

83078283A01072808

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey  
Dated: July 29, 2008

Respectfully submitted,  
DAY PITNEY LLP

*Anthony Marchetta*  
Anthony J. Marchetta, Esq.  
(Mail) P.O. Box 1945  
Morristown, NJ 07962-1945  
(Delivery) 200 Campus Drive  
Florham Park, NJ 07932-0950