# EXHIBIT B

## EXHIBIT B

## FEES FOR THE PERIOD APRIL 1, 2008 THROUGH JUNE 30, 2008

## FEES FOR THE FEE PERIOD APRIL 1, 2008 THROUGH APRIL 30, 2008[2]

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 04/17/08 18 | Attention to drafting March 2008 fee application. K. Piper | 1.3 | 435.50 |
|---|---|---|---|
| 04/22/08 18 | Attention to drafting Quarterly Fee Application for the 28th Interim Period. K. Piper | 1.3 | 435.50 |
| 04/28/08 18 | Review and revise Day Pitney's March, 2008 fee application. S. Zuber | 0.2 | 96.00 |
| 04/28/08 18 | Review and revise Day Pitney's Twenty-Eighth quarterly fee application. S. Zuber | 0.3 | 144.00 |
| 04/29/08 18 | Revise March 2008 fee application. K. Piper | 0.5 | 167.50 |
| 04/29/08 18 | Revise quarterly fee application. K. Piper | 0.5 | 167.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.5 | 480.00 | 240.00 |
| K. Piper | 18 | 3.6 | 335.00 | 1,206.00 |
| TOTAL | | 4.1 | | 1,446.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 04/04/08 14 | Address status of settlement agreements and bankruptcy court approval. W. Hatfield | 0.3 | 120.00 |
|---|---|---|---|
| 04/07/08 | Call with and e-mail to C. Miller attaching PDF of final settlement | | |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

|  |  |  |  |
|---|---|---|---|
| 14 | agreement to be executed by Richards/Sunrich.<br>C. Otero | 0.3 | 109.50 |
| 04/08/08<br>14 | Address bankruptcy court approval issues and contact with Shell counsel.<br>W. Hatfield | 0.3 | 120.00 |
| 04/09/08<br>14 | Address status of settlement agreements.<br>W. Hatfield | 0.2 | 80.00 |
| 04/10/08<br>14 | Address correspondence with Richards/Sunrich agreement.<br>W. Hatfield | 0.2 | 80.00 |
| 04/10/08<br><br><br>14 | E-mail from C. Miller regarding status of Settlement Agreement and issue with wire transferring of funds; look in to alternative payment methods and e-mail response to C. Miller.<br>C. Otero | 0.3 | 109.50 |
| 04/18/08<br>14 | Review Weja revisions to draft Settlement Agreement; discuss same with B. Hatfield; attention e-mail to client concerning same.<br>R. Rose | 0.3 | 148.50 |
| 04/18/08<br>14 | Review prepared agreement revisions.<br>A. Marchetta | 0.3 | 186.00 |
| 04/18/08<br>14 | Review Weja revisions to settlement agreement draft and address same.<br>W. Hatfield | 0.4 | 160.00 |
| 04/18/08<br><br>14 | Prepare memo to clients on Weja comments on settlement agreement and status of Richards settlement agreement execution.<br>W. Hatfield | 0.7 | 280.00 |
| 04/20/08<br>14 | Review application to Board and follow up regarding corrections.<br>A. Marchetta | 0.3 | 186.00 |
| 04/21/08<br><br>14 | Attention to M. Obradovic and R. Senftleben approval of settlement agreement as revised with Weja/Teich.<br>R. Rose | 0.1 | 49.50 |
| 04/21/08<br>14 | Revise report to Board and check docket through S. Parker regarding same.<br>A. Marchetta | 0.6 | 372.00 |
| 04/21/08<br>14 | Address client memos and status of Weja comments.<br>W. Hatfield | 0.3 | 120.00 |
| 04/21/08 | Calls to F. Biehl and Brian Matthews advising that proposed changes are acceptable and following up on status of signed settlement agreement. |  |  |

3

| | | | |
|---|---|---|---|
| 14 | C. Otero | 0.4 | 146.00 |

| | | | |
|---|---|---|---|
| 04/22/08 | Call from B. Matthews to confirm when we will receive signed settlement agreement. | | |
| 14 | C. Otero | 0.2 | 73.00 |

| | | | |
|---|---|---|---|
| 04/24/08 | Address Weja settlement agreement. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |

| | | | |
|---|---|---|---|
| 04/29/08 | Review letter from Weja counsel concerning settlement. | | |
| 14 | R. Rose | 0.1 | 49.50 |

| | | | |
|---|---|---|---|
| 04/29/08 | Address Weja letter on lien issues. | | |
| 14 | W. Hatfield | 0.3 | 120.00 |

| | | | |
|---|---|---|---|
| 04/29/08 | Call with client on Weja settlement agreement and negative notice procedure; discuss position on lien against Teich house in NYS. | | |
| 14 | W. Hatfield | 0.4 | 160.00 |

| | | | |
|---|---|---|---|
| 04/29/08 | Review/Analysis correspondence from W. Hatfield regarding settlement approval. | | |
| 3 | J. Borg | 0.1 | 40.50 |

| | | | |
|---|---|---|---|
| 04/30/08 | Discuss Weja's counsel's letter with W. Hatfield. | | |
| 14 | R. Rose | 0.1 | 49.50 |

| | | | |
|---|---|---|---|
| 04/30/08 | Conference with W. Hatfield regarding status of fraudulent conveyance proceeding. | | |
| 3 | J. Borg | 0.1 | 40.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 0.6 | 495.00 | 297.00 |
| A. Marchetta | 14 | 1.2 | 620.00 | 744.00 |
| W. Hatfield | 14 | 3.3 | 400.00 | 1,320.00 |
| J. Borg | 3 | 0.2 | 405.00 | 81.00 |
| C. Otero | 14 | 1.2 | 365.00 | 438.00 |
| TOTAL | | 6.5 | | 2,880.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | |
|---|---|
| 04/01/08 | Review court's opinion on injunction and review requirements to State and Federal Court regarding notification of same and dismissals with prejudice. |

4

| 14 | A. Marchetta | 1.2 | 744.00 |

| 04/01/08 | Review Bankruptcy Court opinion re injunction and follow up with A. Marchetta re same; prepare e-mail re same. | | |
| 3 | B. Moffitt | 0.8 | 320.00 |

| 04/01/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded relevant documents to A. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.6 | 90.00 |

| 04/03/08 | Follow up regarding issues and strategy. | | |
| 14 | A. Marchetta | 0.2 | 124.00 |

| 04/03/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Prepared email to A. Marchetta regarding same. | | |
| 14 | S. Parker | 0.4 | 60.00 |

| 04/07/08 | Follow up re appeals and telephone call with New Jersey Law Journal. | | |
| 3 | B. Moffitt | 0.4 | 160.00 |

| 04/09/08 | Follow up regarding copies of appeal and regarding deadlines and appeal of District Court decision. | | |
| 14 | A. Marchetta | 0.9 | 558.00 |

| 04/09/08 | Searched court dockets regarding compilation of documents related to the notices of appeal by the NJDEP, and forwarded same to A. Marchetta and B. Moffitt. | | |
| 14 | S. Parker | 0.7 | 105.00 |

| 04/09/08 | Worked with B. Moffitt regarding notices of appeal by the NJDEP. | | |
| 14 | S. Parker | 0.2 | 30.00 |

| 04/09/08 | Conducted additional searches of court docket systems in order to determine status of notices of appeal by the NJDEP, and prepared email to A. Marchetta and B. Moffitt regarding same. | | |
| 14 | S. Parker | 0.5 | 75.00 |

| 04/10/08 | Review and forward notice of appeal; conference with B. Moffitt regarding same; telephone call with client regarding same; telephone call to State attorney regarding settlement. | | |
| 14 | A. Marchetta | 1.2 | 744.00 |

| 04/15/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded relevant | | |

5

|          |                                                                                              |     |        |
|----------|----------------------------------------------------------------------------------------------|-----|--------|
|          | documents to A. Marchetta and B. Moffitt, with brief summary of same.                         |     |        |
| 14       | S. Parker                                                                                    | 0.0 | 0.00   |
| 04/21/08 | Review draft of report and various e-mails and telephone calls re revisions to same.          |     |        |
| 3        | B. Moffitt                                                                                    | 0.4 | 160.00 |
| 04/21/08 | Worked with A. Marchetta regarding information needed to prepare report.                       |     |        |
| 14       | S. Parker                                                                                    | 0.2 | 30.00  |
| 04/21/08 | Conducted searches and reviewed documents in order to confirm accuracy of information for report; worked with A. Marchetta re: same |     |        |
| 14       | S. Parker                                                                                    | 0.4 | 60.00  |
| 04/21/08 | Worked with A. Marchetta regarding accuracy of information in report.                          |     |        |
| 14       | S. Parker                                                                                    | 0.0 | 0.00   |
| 04/28/08 | Follow up with B. Moffitt regarding appeal schedule; review regarding issues.                 |     |        |
| 14       | A. Marchetta                                                                                 | 0.4 | 248.00 |
| 04/28/08 | Follow up re status of appeals; confer with A. Marchetta re same.                             |     |        |
| 3        | B. Moffitt                                                                                    | 0.3 | 120.00 |
| 04/29/08 | Review ISRA notice and forward information regarding Company.                                  |     |        |
| 14       | A. Marchetta                                                                                 | 0.2 | 124.00 |
| 04/30/08 | Telephone calls and e-mails regarding filings on appeal.                                       |     |        |
| 14       | A. Marchetta                                                                                 | 0.6 | 372.00 |
| 04/30/08 | Follow up re status of appeals; confer with A. Marchetta re same; prepare e-mails re same; e-mail exchange with J. Baer re same. |     |        |
| 3        | B. Moffitt                                                                                    | 1.3 | 520.00 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper   | TASK CODE | HOURS | RATE   | FEE      |
|--------------|-----------|-------|--------|----------|
| A. Marchetta | 14        | 4.7   | 620.00 | 2,914.00 |
| B. Moffitt   | 3         | 3.2   | 400.00 | 1,280.00 |
| S. Parker    | 14        | 3.0   | 150.00 | 450.00   |
|              | TOTAL     | 10.9  |        | 4,644.00 |

Client: 430423 W.R. GRACE & CO.
Matter: 066958 LANDFILL CLOSURE ISSUES (GLOUCESTER)

6

| 03/13/08 | Memo to B. Bowe requesting status on sewer line issue. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |

| 04/04/08 | Memo to B. Bowe on subdivision and deed notice status. | | |
| 3 | W. Hatfield | 0.2 | 80.00 |

| 04/16/08 | Contact RE counsel on status. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |

| 04/17/08 | Call with B. Bowe on status of development; subdivision issues; discuss deed notice; Woolwich matters and permit status on stream encroachment; KHov status of take downs and need for approvals to proceed on subdivision. | | |
| 14 | W. Hatfield | 0.6 | 240.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|------------|-----------|-------|------|-----|
| W. Hatfield | 14 | 1.2 | 400.00 | 480.00 |
| TOTAL | | 1.2 | | 480.00 |

## FEES FOR THE FEE PERIOD MAY 1, 2008 THROUGH MAY 31, 2008

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 05/01/08 | Attention to filing of Quarterly Fee Application. | | |
| 18 | K. Piper | 0.1 | 33.50 |

| 05/06/08 | (Intercat) Correspondence from S. Whittier regarding Intercat's plan payment default and remedies; review stock warrant, plan, prior correspondence, and prepare correspondence to S. Whittier regarding Grace's rights and options; subsequent correspondence from and to S. Whittier. | | |
| 3 | S. Zuber | 1.3 | 624.00 |

| 05/07/08 | Correspondence from S. Whittier; further review of Plan, including Bankruptcy Court's retention of exclusive jurisdiction to enforce Plan; review additional payment obligations under Plan in years 4 - 8; call with S. Whittier regarding above and Grace's remedies; and prepare file memo. | | |
| 13 | S. Zuber | 0.7 | 336.00 |

| 05/19/08 | Review J. Posner request for assistance re disclosure update re environmental coverage litigation; work with A. Marchetta and S. Parker re same; preparation of updated disclosure; review file material re same. | | |

7

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 2.1 | 840.00 |

| | | | |
|---|---|---|---|
| 05/19/08 | Conducted searches and compiled documents needed to prepare response from J. Posner regarding the current status of insurance actions. | | |
| 14 | S. Parker | 0.3 | 45.00 |

| | | | |
|---|---|---|---|
| 05/19/08 | Worked with B. Moffitt regarding documents compiled needed to prepare response from J. Posner regarding the current status of insurance actions. | | |
| 14 | S. Parker | 0.2 | 30.00 |

| | | | |
|---|---|---|---|
| 05/19/08 | Worked with B. Moffitt regarding response to request from J. Posner regarding the current status of insurance actions. | | |
| 14 | S. Parker | 0.2 | 30.00 |

| | | | |
|---|---|---|---|
| 05/21/08 | Follow up re J. Posner request for assistance re disclosure update re environmental coverage litigation; work with A. Marchetta and S. Parker re same; prepare e-mail to L Sinyanan re same. | | |
| 3 | B. Moffitt | 0.7 | 280.00 |

| | | | |
|---|---|---|---|
| 05/21/08 | Worked with B. Moffitt re information needed to respond to L. Sinanyan's requests for additional information needed to prepare Disclosure Statement. | | |
| 14 | S. Parker | 0.2 | 30.00 |

| | | | |
|---|---|---|---|
| 05/21/08 | Conducted searches and retrieved current dockets and related orders needed to respond to L. Sinanyan's requests for additional information needed to prepare Disclosure Statement, forwarded same to B. Moffitt as requested. | | |
| 14 | S. Parker | 0.5 | 75.00 |

| | | | |
|---|---|---|---|
| 05/22/08 | Review and revise Day Pitney's April, 2008 fee application. | | |
| 14 | S. Zuber | 0.3 | 144.00 |

| | | | |
|---|---|---|---|
| 05/22/08 | Draft April 2008 fee application. | | |
| 18 | K. Piper | 2.2 | 737.00 |

| | | | |
|---|---|---|---|
| 05/23/08 | Follow up re J. Posner request for assistance re disclosure update re environmental coverage litigation; work with A. Marchetta re same; telephone call with L Sinyanan re same. | | |
| 3 | B. Moffitt | 0.3 | 120.00 |

| | | | |
|---|---|---|---|
| 05/27/08 | Supply information to client regarding statement on CNA case. | | |
| 14 | A. Marchetta | 0.4 | 248.00 |

| | | | |
|---|---|---|---|
| 05/27/08 | Conference call with A. Marchetta, S. Parker, F. Zaremby and Kirkland & Ellis counsel re assembling coverage information re settlement. | | |
| 3 | B. Moffitt | 0.8 | 320.00 |

8

| 05/27/08 | Revise April 2008 fee application. | | |
| 18 | K. Piper | 0.5 | 167.50 |

| 05/27/08 | Review various file indices from prior litigations to locate information responsive to client's request for asbestos related documentation and provide a status of this project to S. Parker. | | |
| 14 | D. Florence | 5.2 | 728.00 |

| 05/27/08 | Worked with A. Marchetta regarding preparation for conference call with client regarding additional information needed to respond to creditors' requests, and conducted searches, compiled file indices and reviewed same in preparation for same. | | |
| 14 | S. Parker | 1.2 | 180.00 |

| 05/27/08 | Participated in conference call with client, A. Marchetta and B. Moffitt re scope of additional information needed to respond to creditors' requests. | | |
| 14 | S. Parker | 0.4 | 60.00 |

| 05/27/08 | Conducted searches, compiled file indices and reviewed same to determine scope of files in our possession which are responsive to creditors' requests. | | |
| 14 | S. Parker | 4.4 | 660.00 |

| 05/28/08 | Follow-up regarding information requested by client for creditors; work with S. Parker regarding same. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |

| 05/28/08 | Follow up re J. Posner request for assistance re disclosure update re environmental coverage litigation; work with A. Marchetta and S. Parker re same; review Maryland Casualty settlement agreement re same and supplement disclosure. | | |
| 3 | B. Moffitt | 3.3 | 1,320.00 |

| 05/28/08 | Conducted searches, compiled file indices and reviewed same to determine scope of files in our possession which are responsive to creditors' requests. | | |
| 14 | S. Parker | 2.3 | 345.00 |

| 05/28/08 | Conducted searches and reviewed file documents to compile documents needed to prepare response to J. Posner's requests for additional information needed to prepare Disclosure Statement, and worked with B. Moffitt regarding same. | | |
| 14 | S. Parker | 0.9 | 135.00 |

| 05/29/08 | Follow up re work on indices and review insurance binder information. | | |
| 14 | A. Marchetta | 0.4 | 248.00 |

| 05/29/08 | Work with S. Parker re assembling information re insurance claims and | | |

9

|  |  |  |  |  |
|---|---|---|---|---|
|  | notice letters for Kirkland and Ellis. |  |  |  |
| 3 | B. Moffitt |  | 0.2 | 80.00 |

| 05/29/08 | Conducted searches, compiled file indices, reviewed same and worked with D. Florence regarding revisions to same in order to determine scope of files in our possession which are responsive to creditors' requests. |  |  |  |
|---|---|---|---|---|
| 14 | S. Parker |  | 2.0 | 300.00 |

| 05/29/08 | Work with S. Parker reviewing file indices from prior litigation and cross reference same in order to update master indices with accurate information needed to respond to client's request for asbestos related matter documentation and update master indices to reflect the same. |  |  |  |
|---|---|---|---|---|
| 14 | D. Florence |  | 6.3 | 882.00 |

| 05/30/08 | Conducted searches, compiled file indices and reviewed same to determine scope of files in our possession which are responsive to creditors' requests. |  |  |  |
|---|---|---|---|---|
| 14 | S. Parker |  | 2.4 | 360.00 |

| 05/30/08 | Conducted searches and reviewed documents to compile documents needed to prepare response to L. Sinanyan's requests for additional information needed to prepare Disclosure Statement, and worked with B. Moffitt regarding same. |  |  |  |
|---|---|---|---|---|
| 14 | S. Parker |  | 1.6 | 240.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 1.4 | 620.00 | 868.00 |
| S. Zuber | 14 | 0.7 | 480.00 | 336.00 |
|  | 18 | 0.3 | 480.00 | 144.00 |
|  | 3 | 1.3 | 480.00 | 624.00 |
| K. Piper | 18 | 2.8 | 335.00 | 938.00 |
| B. Moffitt | 3 | 7.4 | 400.00 | 2,960.00 |
| D. Florence | 14 | 11.5 | 140.00 | 1,610.00 |
| S. Parker | 14 | 16.6 | 150.00 | 2,490.00 |
| TOTAL |  | 42.0 |  | 9,970.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 05/02/08 | Address settlement agreement execution issues. |  |  |  |
|---|---|---|---|---|
| 14 | W. Hatfield |  | 0.2 | 80.00 |

| 05/08/08 | Address settlement issues. |  |  |  |
|---|---|---|---|---|
| 14 | W. Hatfield |  | 0.2 | 80.00 |

10

| 05/12/08 14 | Attention e-mails concerning execution of settlement agreements. R. Rose | 0.1 | 49.50 |
|---|---|---|---|

| 05/12/08 14 | Memos to client to address Weja and Richards settlement agreement status. W. Hatfield | 0.9 | 360.00 |
|---|---|---|---|

| 05/12/08 14 | Contact with Weja counsel on settlement agreement, NYS matter, and escrow issues. W. Hatfield | 0.3 | 120.00 |
|---|---|---|---|

| 05/12/08 14 | Review materials on notice process from Kirkland. W. Hatfield | 0.4 | 160.00 |
|---|---|---|---|

| 05/15/08 14 | Provide federal tax identification number to Weja counsel. R. Rose | 0.1 | 49.50 |
|---|---|---|---|

| 05/16/08 14 | Review J. Borg memo on status of NY matter on Tiech and respond to same. W. Hatfield | 0.2 | 80.00 |
|---|---|---|---|

| 05/16/08 3 | Preparation of numerous correspondence to W. Hatfield regarding fraudulent conveyance proceeding in Suffolk County. J. Borg | 0.2 | 81.00 |
|---|---|---|---|

| 05/16/08 3 | Review/Analysis correspondence from W. Hatfield regarding Suffolk County action. J. Borg | 0.1 | 40.50 |
|---|---|---|---|

| 05/22/08 3 | Telephone conference with Court regarding status of settlement agreement. J. Borg | 0.2 | 81.00 |
|---|---|---|---|

| 05/22/08 3 | Preparation of correspondence to Court regarding status of settlement and adjournment. J. Borg | 0.4 | 162.00 |
|---|---|---|---|

| 05/23/08 14 | Memo to J. Borg on NY action and status of Teich settlement. W. Hatfield | 0.2 | 80.00 |
|---|---|---|---|

| 05/23/08 14 | Memos with Sunoco counsel on status of settlement approval. W. Hatfield | 0.3 | 120.00 |
|---|---|---|---|

| 05/23/08 14 | Memos with Richards counsel on payment issues. W. Hatfield | 0.2 | 80.00 |
|---|---|---|---|

| 05/23/08 | Preparation of correspondence to W. Hatfield regarding status of settlement. |
|---|---|

11

| | | | |
|---|---|---:|---:|
| 3 | J. Borg | 0.1 | 40.50 |

05/23/08    Review/Analysis correspondence from W. Hatfield re status of settlement.

| | | | |
|---|---|---:|---:|
| 3 | J. Borg | 0.1 | 40.50 |

05/28/08    Review/Analysis numerous correspondence from W. Hatfield and K. Schwartz regarding status and deed re-conveying Southampton property to W. Teich.

| | | | |
|---|---|---:|---:|
| 3 | J. Borg | 0.3 | 121.50 |

05/28/08    Preparation of numerous correspondence to W. Hatfield and K. Schwartz regarding deed re-conveying Southampton property to W. Teich.

| | | | |
|---|---|---:|---:|
| 3 | J. Borg | 0.6 | 243.00 |

05/29/08    Memos with C. Miller on Richards settlement and carrier request.

| | | | |
|---|---|---:|---:|
| 14 | W. Hatfield | 0.3 | 120.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---:|---:|---:|
| R. Rose | 14 | 0.2 | 495.00 | 99.00 |
| W. Hatfield | 14 | 3.2 | 400.00 | 1,280.00 |
| J. Borg | 3 | 2.0 | 405.00 | 810.00 |
| TOTAL | | 5.4 | | 2,189.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

04/29/08    Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues; Forwarded relevant documents to A. Marchetta and B. Moffitt.

| | | | |
|---|---|---:|---:|
| 14 | S. Parker | 0.5 | 75.00 |

05/01/08    Conducted searches of dockets of USDC-Delaware, Bankruptcy Court-Delaware and Third Circuit to retrieve documents pertaining to appeals, and forwarded same to A. Marchetta and B. Moffitt with brief summaries of same, and created docket entries reflecting deadlines referenced within same.

| | | | |
|---|---|---:|---:|
| 14 | S. Parker | 1.0 | 150.00 |

05/08/08    Work with B. Moffitt and follow up regarding letter to court and telephone call from Clerk regarding same.

| | | | |
|---|---|---:|---:|
| 14 | A. Marchetta | 0.6 | 372.00 |

05/08/08    Work with A. Marchetta re Judge Bongiovanni's request for status update; preparation of letter to Court re same; incorporate A. Marchetta's revisions

12

|         |                                                                                                                                                                                                 |     |        |
|---------|-------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|--------|
|         | re same and forward to D.A.G. Dickinson and co-counsel; work with S. Parker to confirm status of appeals.                                                                                        |     |        |
| 3       | B. Moffitt                                                                                                                                                                                       | 0.7 | 280.00 |
| 05/08/08 | Conducted searches of USDC-Delaware and Third Circuit dockets in order to confirm status of pending appeals as requested by B. Moffitt in order to prepare status update to Magistrate Judge Bongiovanni, and prepared email to B. Moffitt summarizing same. |     |        |
| 14      | S. Parker                                                                                                                                                                                        | 0.5 | 75.00  |
| 05/12/08 | Follow up re Judge Bongiovanni's request for status update; telephone call with D.A.G. Dickinson re same; finalize letter and forward same to Court.                                             |     |        |
| 3       | B. Moffitt                                                                                                                                                                                       | 0.4 | 160.00 |
| 05/13/08 | Review e-mails re NJDEP request for extension of time.                                                                                                                                           |     |        |
| 3       | B. Moffitt                                                                                                                                                                                       | 0.1 | 40.00  |
| 05/14/08 | Follow up with B. Moffitt regarding call to D.A.G. regarding possible settlement information.                                                                                                    |     |        |
| 14      | A. Marchetta                                                                                                                                                                                     | 0.2 | 124.00 |
| 05/14/08 | Conference with B. Moffitt regarding information received from J. Dickinson and W. Corcoran.                                                                                                      |     |        |
| 3       | J. O'Reilly                                                                                                                                                                                      | 0.2 | 105.00 |
| 05/14/08 | Phone conference with W. Corcoran regarding settlement discussion issue; Conference with B. Moffitt regarding same; Review e-mails; Call to J. Dickinson                                          |     |        |
| 3       | J. O'Reilly                                                                                                                                                                                      | 0.5 | 262.50 |
| 05/14/08 | Review and respond to various e-mails re NJDEP extension request and re follow up regarding settlement offer to NJDEP; work with J. O'Reilly re same; telephone calls with D.A.G Dickinson and J. Baer re same. |     |        |
| 3       | B. Moffitt                                                                                                                                                                                       | 1.8 | 720.00 |
| 05/14/08 | Retrieved Order from Judge Bongiovanni and forwarded same to A. Marchetta and B. Moffitt, and created docket entry reflecting deadline referenced within same.                                    |     |        |
| 14      | S. Parker                                                                                                                                                                                        | 0.3 | 45.00  |
| 05/14/08 | Worked with B. Moffitt regarding extension of deadline for NJDEP to file appellate brief, and created docket entry reflecting same.                                                               |     |        |
| 14      | S. Parker                                                                                                                                                                                        | 0.2 | 30.00  |
| 05/16/08 | Telephone call regarding extension on brief.                                                                                                                                                     |     |        |
| 14      | A. Marchetta                                                                                                                                                                                     | 0.2 | 124.00 |

13

| 05/16/08 3 | Review Order re extension of briefing schedule. B. Moffitt | 0.3 | 120.00 |
|---|---|---|---|
| 05/19/08 3 | Miscellaneous review of statement and emails. A. Marchetta | 0.3 | 186.00 |
| 05/19/08 14 | Work with B. Moffitt regarding information for client on insurance cases and revise same. A. Marchetta | 0.4 | 248.00 |
| 05/19/08 14 | Worked with B. Moffitt regarding extension of time for NJDEP to file appellate brief and revised docket entry to reflect same. S. Parker | 0.2 | 30.00 |
| 05/20/08 14 | Emails and follow up regarding information on litigation. A. Marchetta | 0.5 | 310.00 |
| 05/23/08 3 | Administer conference call with B. Moffitt and follow up regarding information; emails and follow up regarding Posner request regarding documents; work with B. Moffitt and S. Parker regarding same. A. Marchetta | 1.0 | 620.00 |
| 05/27/08 14 | Prepare information on litigation for call with client; conference call with client and follow-up with S. Parker regarding same; review file information for searches by S. Parker. A. Marchetta | 2.4 | 1,488.00 |
| 05/29/08 14 | Emails regarding statement. A. Marchetta | 0.4 | 248.00 |
| 05/30/08 14 | Follow-up with B. Moffitt regarding response to letter regarding stay of scheduling order. A. Marchetta | 0.8 | 496.00 |
| 05/30/08 14 | Emails and follow-up regarding statement and information for same. A. Marchetta | 0.7 | 434.00 |
| 05/30/08 3 | Follow up re L. Sinanyan request for assistance re disclosure update re Hamilton plant site litigation; work with A. Marchetta and S. Parker re same. B. Moffitt | 2.2 | 880.00 |
| 05/30/08 | Review NJDEP's appeal case information statement and concise statement and e-mail exchanges re same; confer with A. Marchetta and prepare e-mail to co-counsel re same. | | |

14

| 3 | B. Moffitt | | 0.5 | 200.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 3 | 1.3 | 620.00 | 806.00 |
| | 14 | 6.2 | 620.00 | 3,844.00 |
| J. O'Reilly | 3 | 0.7 | 525.00 | 367.50 |
| B. Moffitt | 3 | 6.0 | 400.00 | 2,400.00 |
| S. Parker | 14 | 2.7 | 150.00 | 405.00 |
| | TOTAL | 16.9 | | 7,822.50 |

### FEES FOR THE FEE PERIOD JUNE 1, 2008 THROUGH JUNE 30, 2008

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 06/01/08 | Follow-up regarding email reports for information for insurance list. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 248.00 |

| 06/02/08 | Follow-up with S. parker regarding index project for creditors. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.6 | 372.00 |

| 06/02/08 | Conference with B. Moffitt regarding insurance issues; follow-up with co-counsel regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.6 | 372.00 |

| 06/02/08 | Continue updating master indices with accurate information needed to respond to client inquiries. | | |
|---|---|---|---|
| 14 | D. Florence | 2.8 | 392.00 |

| 06/02/08 | Reviewed file indices order to determine scope of files in our possession which are responsive to creditors' requests, and worked with D. Florence regarding preparation of index of same. | | |
|---|---|---|---|
| 14 | S. Parker | 0.9 | 135.00 |

| 06/03/08 | Follow-up work on index project. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.8 | 496.00 |

| 06/03/08 | Emails regarding request for insurance information. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.6 | 372.00 |

| 06/03/08 | Review J. Posner e-mail re proposed disclosure language and confer with A. Marchetta re same; review relevant agreement and revise same; work with |

15

|  |  |  |  |
|---|---|---|---|
|  | S. Parker re same; work with S. Parker re identifying relevant documents for carrier counsel review. |  |  |
| 3 | B. Moffitt | 2.1 | 840.00 |
|  |  |  |  |
| 06/03/08 | Create a sub chart of all relevant boxes meeting criteria for client's request for documentation; Update indices with updated barcode information; Provide a status of these projects to S. Parker. |  |  |
| 14 | D. Florence | 5.3 | 742.00 |
|  |  |  |  |
| 06/03/08 | Worked with B. Moffitt regarding information needed to respond to J. Posner's requests for additional information needed to prepare Disclosure Statement. |  |  |
| 14 | S. Parker | 0.4 | 60.00 |
|  |  |  |  |
| 06/03/08 | Worked with A. Marchetta regarding status of compilation and review of file indices in order to determine scope of files in our possession which are responsive to creditors' requests. |  |  |
| 14 | S. Parker | 0.2 | 30.00 |
|  |  |  |  |
| 06/03/08 | Reviewed file indices and worked with D. Florence regarding same and preparation of index outlining same, and worked with B. Moffitt regarding status of same regarding determination of scope of files in our possession which are responsive to creditors' requests. |  |  |
| 14 | S. Parker | 1.1 | 165.00 |
|  |  |  |  |
| 06/04/08 | Update index to JD Carton numbers with updated information. |  |  |
| 14 | D. Florence | 0.7 | 98.00 |
|  |  |  |  |
| 06/05/08 | Work on index project issue |  |  |
| 14 | A. Marchetta | 0.4 | 248.00 |
|  |  |  |  |
| 06/05/08 | Update sub chart of all relevant boxes meeting criteria for client's request for documentation and work with S. Parker regarding a status of this project. |  |  |
| 14 | D. Florence | 1.6 | 224.00 |
|  |  |  |  |
| 06/05/08 | Reviewed file indices and worked with D. Florence regarding same and updates and revisions to index outlining same. |  |  |
| 14 | S. Parker | 0.9 | 135.00 |
|  |  |  |  |
| 06/06/08 | Follow-up regarding document for creditors in compilation of same. |  |  |
| 14 | A. Marchetta | 0.6 | 372.00 |
|  |  |  |  |
| 06/09/08 | Emails and telephone calls regarding document project. |  |  |
| 14 | A. Marchetta | 0.5 | 310.00 |

16

| | | | |
|---|---|---|---|
| 06/09/08<br>3 | Email exchange with L. Sinanyan re disclosure language.<br>B. Moffitt | 0.2 | 80.00 |
| 06/10/08<br>14 | Work with B. Moffitt and S. Parker regarding information for client.<br>A. Marchetta | 0.5 | 310.00 |
| 06/10/08<br><br>14 | Worked with A. Marchetta regarding index of files which may be responsive to creditors' requests.<br>S. Parker | 0.2 | 30.00 |
| 06/12/08<br><br>14 | Telephone calls and e-mails regarding first draft of indices dealing with information for creditors; follow up regarding same.<br>A. Marchetta | 1.2 | 744.00 |
| 06/12/08<br><br>3 | Work with A. Marchetta and R. Rosen re forwarding indices re notices and policy information to Kirkland & Ellis.<br>B. Moffitt | 0.3 | 120.00 |
| 06/12/08<br><br>3 | Follow up re assembling information re insurance and notice issues; confer with S. Parker re same.<br>B. Moffitt | 0.3 | 120.00 |
| 06/13/08<br><br>14 | Follow up regarding compilation and forwarding of information on document request from creditors.<br>A. Marchetta | 0.5 | 310.00 |
| 06/13/08<br>18 | Begin drafting fee application for May 2008.<br>K. Piper | 1.9 | 636.50 |
| 06/16/08<br><br>14 | Follow up regarding documents to creditors and telephone calls regarding further information.<br>A. Marchetta | 0.4 | 248.00 |
| 06/17/08<br><br>14 | Telephone call to A. Running and follow up with S. Parker regarding indices.<br>A. Marchetta | 0.6 | 372.00 |
| 06/17/08<br>14 | Review and revise Day Pitney's May, 2008 Fee Application.<br>S. Zuber | 0.3 | 144.00 |
| 06/18/08<br>18 | Attention to CNO for April 2008.<br>K. Piper | 0.1 | 33.50 |
| 06/23/08<br>18 | Review docket for order regarding 27th Quarterly fee applications.<br>K. Piper | 0.2 | 67.00 |

17

| 06/24/08 | Attention to order for the 27th Interim Period. | | |
| 18 | K. Piper | 0.2 | 67.00 |

| 06/27/08 | (Intercat) Call with S. Whittier regarding W.R. Grace's remedies for habitually late payments under Plan; receipt and review of revised payment schedule. | | |
| 14 | S. Zuber | 0.4 | 192.00 |

| 06/30/08 | (Intercat) Initial review of file, confirmed plan and confirmation order, in light of Intercat's delinquent payments, to determine Grace's remedies; review and analyze jurisdictional issues; call with S. Whittier regarding Grace's rights and remedies; correspondence to S. Whittier regarding confirmation order. | | |
| 14 | S. Zuber | 1.3 | 624.00 |

| 06/30/08 | Revise May 2008 fee application and attention to filing same. | | |
| 18 | K. Piper | 0.5 | 167.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 7.7 | 620.00 | 4,774.00 |
| S. Zuber | 14 | 2.0 | 480.00 | 960.00 |
| K. Piper | 18 | 2.9 | 335.00 | 971.50 |
| B. Moffitt | 3 | 2.9 | 400.00 | 1,160.00 |
| D. Florence | 14 | 10.4 | 140.00 | 1,456.00 |
| S. Parker | 14 | 3.7 | 150.00 | 555.00 |
| TOTAL | | 29.6 | | 9,876.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 06/03/08 | Memos with C. Miller on W-9 for settlement with Richards. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |

| 06/03/08 | Address correspondence from Weja on payment schedule. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |

| 06/03/08 | Letter to C. Miller responding to request for DP's W-9 to pay settlement monies into trust account. | | |
| 14 | C. Otero | 0.2 | 73.00 |

| 06/16/08 | Forward settlement proceeds and e-mails regarding same. | | |
| 14 | A. Marchetta | 0.5 | 310.00 |

18

| 06/16/08 | Address payment issues on settlement. | | |
| 14 | W. Hatfield | 0.3 | 120.00 |

| 06/18/08 | Address escrow of settlement monies from Richards. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |

| 06/24/08 | Address bankruptcy order issues. | | |
| 14 | W. Hatfield | 0.3 | 120.00 |

| 06/26/08 | Review settlement agreements and prepare summary of global settlement for notice and approval to bankruptcy counsel. | | |
| 14 | W. Hatfield | 3.0 | 1,200.00 |

| 06/26/08 | Memos to J. Baer on strategy and background on settlements with defendants in Weja matter for bankruptcy court approval. | | |
| 14 | W. Hatfield | 0.5 | 200.00 |

| 06/27/08 | Memos with J. Baer on matter and Bankruptcy issues. | | |
| 14 | W. Hatfield | 0.5 | 200.00 |

| 06/30/08 | Memos with J. Baer on bankruptcy issues. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 0.5 | 620.00 | 310.00 |
| W. Hatfield | 14 | 5.4 | 400.00 | 2,160.00 |
| C. Otero | 14 | 0.2 | 365.00 | 73.00 |
| TOTAL | | 6.1 | | 2,543.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 06/02/08 | Review information and follow-up with B. Moffitt regarding NJDEP request to 3rd Circuit. | | |
| 14 | A. Marchetta | 0.4 | 248.00 |

| 06/04/08 | Telephone conference with client and co-counsel and follow-up regarding 3rd Circuit inquiry and NJDEP settlement. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |

| 06/04/08 | Preparation for, attendance at, and follow up re conference call with client and co-counsel re NJDEP appeal issues; work with A. Marchetta and S. Parker re same; review article re approval of Libby settlement. | | |
| 3 | B. Moffitt | 1.3 | 520.00 |

19

| 06/04/08 | Accessed Third Circuit docket system and retrieved current docket for USDC-Delaware matter on appeal, and forwarded same to A. Marchetta and B. Moffitt as requested. | | |
| 14 | S. Parker | 0.3 | 45.00 |
| 06/04/08 | Compilation and retrieval of all documents in Third Circuit docket and forwarded same to B. Moffitt as requested. | | |
| 14 | S. Parker | 0.5 | 75.00 |
| 06/05/08 | Follow up regarding information on status of settlement discussions regarding Third Circuit mediation. | | |
| 14 | A. Marchetta | 0.5 | 310.00 |
| 06/06/08 | Follow-up regarding status report request from court. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |
| 06/06/08 | Searched regarding compilation of information on current status of Hamilton plant and related issues, including Third Circuit docket for USDC-Delaware matter on appeal. | | |
| 14 | S. Parker | 0.6 | 90.00 |
| 06/10/08 | Work with B. Moffitt regarding draft response to Third Circuit. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |
| 06/10/08 | Review proposed Third Circuit opposition and e-mail exchange with A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.3 | 120.00 |
| 06/11/08 | Review court document regarding mediation and prepare regarding conference call. | | |
| 14 | A. Marchetta | 0.9 | 558.00 |
| 06/11/08 | Review various emails re Third Circuit mediation and proposed conference call re same. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 06/11/08 | Searched regarding compilation of information on current status of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.4 | 60.00 |
| 06/12/08 | Telephone conference with Kirkland and Ellis and client and work with B. Moffitt regarding chronology for client; review records regarding dates of meetings and telephone calls. | | |
| 14 | A. Marchetta | 2.7 | 1,674.00 |

20

83078410A01071508

| 06/12/08 | Participate in conference call re Grace appeal issues and supplement chronology re same; review file material and work with A. Marchetta and S. Parker re same; preparation of e-mail to G. Skidmore and C. Landale re same. | | |
| 3 | B. Moffitt | 4.5 | 1,800.00 |

| 06/12/08 | Searched regarding compilation of information on current status of Hamilton plant and related issues, including Third Circuit docket for USDC-Delaware matter on appeal and forwarded Clerk Order referring motion to motions panel to A. Marchetta and B. Moffitt, with brief summary of same. | | |
| 14 | S. Parker | 0.6 | 90.00 |

| 06/12/08 | Conducted searches, reviewed documents and worked with B. Moffitt regarding compilation of documents needed to confirm information needed to prepare mediation statement in Third Circuit matter. | | |
| 14 | S. Parker | 2.5 | 375.00 |

| 06/13/08 | E-mails and telephone call with client regarding mediation and Third Circuit program; follow up with B. Moffitt regarding same. | | |
| 14 | A. Marchetta | 0.8 | 496.00 |

| 06/13/08 | Address history and issues; memos with B. Moffitt on same. | | |
| 14 | W. Hatfield | 0.5 | 200.00 |

| 06/13/08 | Revise and supplement chronology for use re mediation statement; review file material and work with A. Marchetta and W. Hatfield re same; preparation of e-mail forwarding same. | | |
| 3 | B. Moffitt | 2.3 | 920.00 |

| 06/13/08 | Searched regarding compilation of information on current status of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.3 | 45.00 |

| 06/16/08 | Review opposition brief to NJDEP motion on briefing schedule stay; follow up with B. Moffitt regarding edits to response. | | |
| 14 | A. Marchetta | 0.8 | 496.00 |

| 06/16/08 | Work with B. Moffitt regarding information for client; review motion to Third Circuit and brief. | | |
| 14 | A. Marchetta | 1.0 | 620.00 |

| 06/16/08 | Review proposed report revise same; work with A. Marchetta re same; prepare e-mail re same. | | |
| 3 | B. Moffitt | 0.5 | 200.00 |

21

| 06/16/08 | Searched regarding compilation of information on current status of Hamilton plant and related issues, including Third Circuit docket for USDC-Delaware matter on appeal and forwarded brief in opposition to A. Marchetta and B. Moffitt, with brief summary of same. | | |
| 14 | S. Parker | 0.5 | 75.00 |
| 06/17/08 | Review appeal briefs to court and follow up with co-counsel regarding same. | | |
| 14 | A. Marchetta | 0.8 | 496.00 |
| 06/17/08 | Work with A. Marchetta re NJDEP appeal brief. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 06/17/08 | Searched regarding compilation of information on current status of Hamilton plant and related issues; Forwarded relevant documents to A. Marchetta and B. Moffitt with brief summary of same. | | |
| 14 | S. Parker | 0.4 | 60.00 |
| 06/18/08 | Work with B. Moffitt and follow up regarding information on NJDEP's brief. | | |
| 14 | A. Marchetta | 0.5 | 310.00 |
| 06/19/08 | Work with B. Moffitt regarding memo to client on NJDEP brief. | | |
| 14 | A. Marchetta | 0.8 | 496.00 |
| 06/19/08 | Review NJDEP appeal brief and respond to client request; work with A. Marchetta and preparation of e-mail re same. | | |
| 3 | B. Moffitt | 0.8 | 320.00 |
| 06/19/08 | Review draft mediation statement and prepare comments re same; review file material re same; work with J. Spielberg re issues re same; work with A. Marchetta re same. | | |
| 3 | B. Moffitt | 2.1 | 840.00 |
| 06/19/08 | Discussed statements in mediation statement with B. Moffitt. | | |
| 3 | J. Spielberg | 0.2 | 67.00 |
| 06/20/08 | Forward revisions regarding brief and comments regarding same; e-mails and telephone calls regarding same. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| 06/20/08 | Work with B. Moffitt regarding revised mediation statement. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| 06/20/08 | Review various e-mails re mediation statement issues and revise mediation statement re same; review file material re same; work with A. Marchetta | | |

22

| | | | |
|---|---|---|---|
| | and S. Parker re same; telephone call with W. Corcoran and R. Medler re same; revise chronology; telephone call with A. Marchetta re same. | | |
| 3 | B. Moffitt | 4.1 | 1,640.00 |
| 06/23/08 | E-mails, telephone calls and work with attorneys regarding revised mediation statement. | | |
| 14 | A. Marchetta | 1.2 | 744.00 |
| 06/23/08 | Review G. Skidmore e-mail and update research re same; work with J. Spielberg re same; review and revise memorandum re same and review research results; review revised mediation statement and telephone call and e-mail to G. Skidmore re same; review other e-mails re same. | | |
| 3 | B. Moffitt | 2.8 | 1,120.00 |
| 06/23/08 | Worked with B. Moffitt re: fines. | | |
| 3 | J. Spielberg | 0.3 | 100.50 |
| 06/23/08 | Searched regarding compilation of information on current status of Hamilton plant and related issues; Forwarded relevant documents to A. Marchetta and B. Moffitt with brief summary of same. | | |
| 14 | S. Parker | 0.4 | 60.00 |
| 06/23/08 | Research and memo. | | |
| 3 | J. Kelly | 3.7 | 795.50 |
| 06/24/08 | Review Third Circuit Opinion and follow up regarding mediation submittal information. | | |
| 14 | A. Marchetta | 0.9 | 558.00 |
| 06/24/08 | Review e-mails re mediation statement; confer with A. Marchetta re same; review finalized statement. | | |
| 3 | B. Moffitt | 0.3 | 120.00 |
| 06/26/08 | Confer with J. Spielberg re update of research. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 06/27/08 | E-mail exchange with W. Corcoran re mediation statement. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 06/30/08 | Conducted research and prepared e-mail to B. Moffitt re: results of research. | | |
| 3 | J. Spielberg | 2.5 | 837.50 |

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| J. Kelly | 3 | 3.7 | 215.00 | 795.50 |

23

| | | | | |
|---|---|---|---|---|
| A. Marchetta | 14 | 13.7 | 620.00 | 8,494.00 |
| W. Hatfield | 14 | 0.5 | 400.00 | 200.00 |
| B. Moffitt | 3 | 19.8 | 400.00 | 7,920.00 |
| J. Spielberg | 3 | 3.0 | 335.00 | 1,005.00 |
| S. Parker | 14 | 6.5 | 150.00 | 975.00 |
| | TOTAL | 47.2 | | 19,389.50 |

83078410A01071508