# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :   JULY 21, 2008
                                           MATTER : 0066609-000002
                                           INVOICE : 10128585


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08   6548

   RE:  ASSET DISPOSITION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/05/08 | TC | Reviewed Order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding Certain Environmental Matters | .20 |
| 06/05/08 | TC | Reviewed Order Authorizing Settlement Agreement Resolving the United States' Proofs of Claim Regarding the Libby, Montana Asbestos Site and Authorizing Payment of the Claim | .20 |
| 06/17/08 | TC | Reviewed Motion to Approve Compromise under Rule 9019 Authorizing a Settlement with the Internal Revenue Service Relating to Research Credits Filed by W.R. Grace & Co., et al. | .80 |
| 06/19/08 | TC | Reviewed Motion to Approve Compromise under Rule 9019 Resolving Claims of Montana Department of Environment of Environmental Quality Filed by W.R. Grace & Co., et al | .40 |

```
                   T I M E   S U M M A R Y
                   -----------------------

                      RATE     HOURS        TOTALS
                      ----     -----        ------

    T. Currier        515.00    1.60        824.00
                TOTALS          1.60        824.00


               TOTAL FEES :                         824.00


               TOTAL DUE  :                         824.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 21, 2008
MATTER :  0066609-000003
INVOICE : 10128586

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08    6548

RE:  BUSINESS OPERATIONS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/02/08 | TC | Reviewed Debtor-In-Possession Monthly Operating Report | .50 |
| 06/30/08 | TC | Reviewed Motion to Authorize Loans Against Debtors' Company Owned Life Insurance Policies Filed by W.R. Grace & Co., et al and all attachments thereto | .40 |

## T I M E   S U M M A R Y

| | | RATE | HOURS | TOTALS |
|--|--|------|-------|--------|
| T. Currier | | 515.00 | .90 | 463.50 |
| | TOTALS | | .90 | 463.50 |

TOTAL FEES :              463.50

TOTAL DUE  :              463.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll ᴧ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 21, 2008
MATTER :  0066609-000004
INVOICE : 10128587

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08    6548

RE:  CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/02/08 | TC | Reviewed all ecf filings and forwarded to all team counsel and paralegals | .60 |
| 06/02/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 06/03/08 | TC | Reviewed all incoming ecf filings and distributed to all team counsel and paralegals | .60 |
| 06/03/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 06/03/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 06/04/08 | TC | Reviewed all ecf filings and distributed them to team counsel and paralegals | .80 |
| 06/04/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 06/04/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 06/05/08 | TC | Reviewed all incoming ecf filings and distributed same to all attorneys and paralegals on our team | .60 |

# Buchanan Ingersoll & Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

| | |
|---|---|
| OFFICIAL COMMITTEE OF EQUITY HOLDERS | DATE :   JULY 21, 2008 |
| | MATTER :  0066609-000004 |
| | INVOICE : 10128587 |

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08   6548

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 06/05/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 06/05/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 06/06/08 | TC | Reviewed all incoming ecf filings and distributed to team counsel | .60 |
| 06/09/08 | TC | Reviewed all incoming ecf filings and distributed to team counsel | .60 |
| 06/09/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 06/10/08 | TC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | .50 |
| 06/10/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 06/10/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 06/11/08 | TC | Reviewed all ecf filings; distributed to all team counsel and paralegals | .70 |
| 06/12/08 | TC | Reviewed all ecfs and distributed them to all team counsel and paralegals | .60 |

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 21, 2008
MATTER :  0066609-000004
INVOICE : 10128587

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08    6548

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---:|
| 06/12/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 06/13/08 | TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .60 |
| 06/13/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 06/16/08 | TC | Reviewed all ecf filings and distributed all to team counsel and paralegals | .60 |
| 06/16/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 06/17/08 | TC | Reviewed all incoming ecf filings and distributed same to counsel and paralegals | .50 |
| 06/17/08 | TC | Reviewed Application to Employ and Retain Reed Smith LLP as Counsel to Debtors Filed by W.R. Grace & Co., et al. | .40 |
| 06/17/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 06/18/08 | TC | Reviewed all ecf filings and distributed them to team counsel and paralegals | .60 |

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚘ Rooney PC

ATTORNEYS & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :   JULY 21, 2008
MATTER :  0066609-000004
INVOICE : 10128587

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08    6548

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 06/18/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 06/19/08 | TC | Reviewed all ecf filings and distributed them to team counsel and paralegals | .40 |
| 06/19/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 06/20/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 06/23/08 | TC | Reviewed all ecf filings and distributed to all team counsel and paralegals. | .70 |
| 06/23/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 06/24/08 | TC | Reviewed all ecf filings and shared same with team counsel and paralegals | .70 |
| 06/24/08 | TC | Reviewed all ecf filings and distributed to counsel and paralegals on case | .70 |
| 06/24/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 21, 2008
MATTER :  0066609-000004
INVOICE : 10128587

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08    6548

RE:   CASE ADMINISTRATION

| | | |
|---|---|---|
| 06/25/08 TC | Reviewed all incoming ecf filings, distributed same to all counsel and paralegals | .60 |
| 06/25/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 06/25/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 06/26/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 06/27/08 TC | Reviewed all ecf filings and distributed them to team counsel and paralegals | .60 |
| 06/27/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 06/30/08 TC | Reviewed all ecf filings and distributed them to team counsel and paralegals | .70 |
| 06/30/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 06/30/08 MNF | Docketing litigation events in computerized docketing system | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :   JULY 21, 2008
                                          MATTER :  0066609-000004
                                          INVOICE : 10128587

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08   6548

   RE:  CASE ADMINISTRATION


              T I M E   S U M M A R Y
              -----------------------

                       RATE     HOURS        TOTALS
                       ----     -----        ------

T. Currier            515.00    12.70        6540.50
M. Flores             175.00    12.50        2187.50
            TOTALS             25.20         8728.00


            TOTAL FEES :                        8,728.00

            TOTAL DUE  :                        8,728.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : JULY 21, 2008
MATTER : 0066609-000005
INVOICE : 10128588

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08   6548

RE:  CLAIM ANALYSIS OBJ. &amp; RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/02/08 | TC | Reviewed Response to PD Committee's Request for Evidentiary Hearing on ZAI Bar Date Notice Program | .30 |
| 06/17/08 | TC | Reviewed Order (A) Establishing October 31, 2008, as the Proof of Calim Bar Date for Zonolite Attic Insulation Claims and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program | .20 |
| 06/30/08 | TC | Reviewed Stipulation Resolving Claim Between W.R. Grace &amp; Co., et al. and Fair Harbor Capital, LLC as Assignee of Novigen Sciences | .20 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|---|------|-------|--------|
| T. Currier | 515.00 | .70 | 360.50 |
| TOTALS | | .70 | 360.50 |

TOTAL FEES :                               360.50

TOTAL DUE  :                               360.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE  :  JULY 21, 2008
                                            MATTER :  0066609-000006
                                            INVOICE : 10128589

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08   6548

     RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
 ----  ----   -------------------------------                     -----

06/05/08 TC   Reviewed Order Regarding Relief Sought in            .10
              Debtors' Objection to Claim Filed by
              Massachusetts Department of Revenue

06/05/08 TC   Reviewed Order (CONTINUATION) Regarding the          .10
              Debtors' Eighteenth Omnibus Objection to Claims
              (Substantive)

06/16/08 TC   Reviewed Objection to Claim Number by                .70
              Claimant(s) to the Unsecured Claims Asserted
              Under the Debtors' Credit Agreements Dated as
              of May 14, 1998 and May 5, 1999. Filed by W.R.
              Grace & Co., et al


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS         TOTALS
                         ----    -----         ------

   T. Currier          515.00     .90          463.50
                TOTALS            .90          463.50


                  TOTAL FEES :                      463.50


                  TOTAL DUE  :                      463.50
```

# Buchanan Ingersoll & Rooney PC
### ATTORNEYS & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JULY 21, 2008
                                            MATTER :  0066609-000008
                                            INVOICE : 10128590


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08   6548

    RE:  EMPLOYEE BENEFITS / PENSION



 DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                   HOURS
 ----  ----    -------------------------------                    -----

06/17/08 TC    Reviewed Order Authorizing Debtors to Make           .10
               Legally Required Minimum Contributions to
               Defined Benefit Pension Plans Covering Debtors'
               Employees


                     T I M E   S U M M A R Y
                     -----------------------

                       RATE    HOURS        TOTALS
                       ----    -----        ------

  T. Currier          515.00     .10          51.50
               TOTALS            .10          51.50


                 TOTAL FEES :                        51.50

                 TOTAL DUE  :                        51.50
```

# Buchanan Ingersoll ⚬ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE  :   JULY 21, 2008
                                            MATTER :  0066609-000010
                                            INVOICE : 10128591


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08   6548

     RE:  EMPLOYMENT APPLICATIONS, OTHERS



  DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                  HOURS
  ----  ----    -------------------------------                   -----

06/10/08 TC     Reviewed Amendment to Future Claimants'             .30
                Representative's Application for Authorization
                to Modify the Employment of Piper Jaffray & Co.
                as Financial Advisor to the Future Cliamants'
                Representative Filed by David Austern, and all
                attachments thereto

06/10/08 TC     Reviewed Application to Employ Tre Angeli LLC       .40
                as Co-Financial Advisor Filed by David Austern



                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS          TOTALS
                         ----    -----          ------

   T. Currier           515.00     .70          360.50
                TOTALS             .70          360.50


                    TOTAL FEES :                          360.50


                    TOTAL DUE  :                          360.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ᐸ Rooney PC
### ATTORNEYS & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JULY 21, 2008
                                            MATTER : 0066609-000011
                                            INVOICE : 10128592


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08   6548

    RE:  FEE APPLICATIONS, APPLICANT
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/16/08 | TC | Contact from fee auditor re bir cost for per page copying; retrieved information; communications with fee auditor; adjusting future copying charges for bir | .30 |
| 06/16/08 | MNF | Review/make edits to May pre-bills; send same to accting for final bills | .70 |
| 06/17/08 | MNF | Draft/work on 79th monthly fee app of BIR for May 2008 | 2.00 |
| 06/18/08 | MNF | Review docket re: objections to 78th monthly fee app of BIR (.1);draft CNO re: 78th monthly fee app of BIR (.4) | .50 |
| 06/23/08 | MNF | Download signed order for quarterly fees for Oct-Dec. 2007(.2); email same to B. Koester & J.Beamon (.2) | .40 |
| 06/23/08 | MNF | E-file and serve CNO re: 78th monthly fee app of BIR | .80 |
| 06/25/08 | TC | Conference with paralegal about warren smith issues | .40 |
| 06/25/08 | MNF | T/c's with J. Algood and UPS re: change of address for Warren and Assoc | 1.00 |
| 06/27/08 | TC | Reviewed our draft fee application and approved same for filing next week | .70 |
| 06/27/08 | MNF | Finalize pleadings re: 79th monthly fee app of BIR | .50 |

# Buchanan Ingersoll &amp; Rooney PC
Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JULY 21, 2008
                                            MATTER : 0066609-000011
                                            INVOICE : 10128592


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08   6548

    RE:   FEE APPLICATIONS, APPLICANT


06/30/08 MNF    E-file and serve 79th monthly fee app of BIR        1.00
                (.8); convert and send same to fee auditor(.2)


                    T I M E   S U M M A R Y
                    ----------------------

                        RATE     HOURS          TOTALS
                        ----     -----          ------

   T. Currier           515.00   1.40           721.00
   M. Flores            175.00   6.90           1207.50
                TOTALS           8.30           1928.50


                TOTAL FEES :                        1,928.50


                TOTAL DUE  :                        1,928.50
```

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   JULY 21, 2008
                                            MATTER : 0066609-000012
                                            INVOICE : 10128593
```

```
    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08   6548

    RE:   FEE APPLICATIONS, OTHERS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/04/08 | TC | Reviewed, approved cno for kramer levin fees | .40 |
| 06/04/08 | MNF | Draft cno re: 24th quarterly fee app of Kramer Levin (.4); email same to Keith @ Kramer Levin(.1) | .50 |
| 06/05/08 | TC | Reviewed kramer levin's cno; reviewed communications with kramer levin re same and re filing of it today | .40 |
| 06/05/08 | MNF | E-file and serve CNO re: 24th quarterly fee app of Kramer Levin | .80 |
| 06/19/08 | TC | Reviewed kramer levin cno; reviewed revised cno and communications regarding it | .40 |
| 06/19/08 | MNF | Draft CNO re: 80th monthly fee app of Kramer Levin (.4); email same to Keith @ Kramer(.1) | .50 |
| 06/23/08 | MNF | E-file and serve CNO re: 80th monthly fee app of Kramer Levin | .80 |
| 06/24/08 | TC | Reviewed quarterly fee order for all retained professionals | .40 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    JULY 21, 2008
                                            MATTER :  0066609-000012
                                            INVOICE : 10128593


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08    6548

    RE:   FEE APPLICATIONS, OTHERS



                    T I M E   S U M M A R Y
                    -----------------------

                            RATE      HOURS           TOTALS
                            ----      -----           ------

    T. Currier              515.00    1.60            824.00
    M. Flores               175.00    2.60            455.00
                    TOTALS            4.20           1279.00


                    TOTAL FEES :                         1,279.00


                    TOTAL DUE  :                         1,279.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 21, 2008
                                              MATTER : 0066609-000014
                                              INVOICE : 10128594


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08   6548

     RE:  HEARINGS



 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                       HOURS
 ----  ----   --------------------------------                       -----

06/02/08 TC   Reviewed Amended Notice of Agenda of Matters             .40
              Scheduled for Hearing Before the Honorable
              Judith K. Fitzgerald

06/16/08 TC   Reviewed Notice of Agenda of Matters Scheduled           .50
              for Hearing Before the Honorable Judith K.
              Fitzgerald Filed by W.R. Grace & Co., et al

06/23/08 TC   Amended Notice of Agenda of Matters Scheduled            .40
              for Hearing


               T I M E   S U M M A R Y
               -----------------------

                      RATE    HOURS         TOTALS
                      ----    -----         ------

 T. Currier          515.00    1.30         669.50
              TOTALS           1.30         669.50


              TOTAL FEES :                            669.50


              TOTAL DUE  :                            669.50
```

# Buchanan Ingersoll ⚖ Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :  JULY 21, 2008
                                             MATTER : 0066609-000015
                                             INVOICE : 10128595
```

```
    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08   6548

    RE:  LITIGATION AND LITIGATION CONSULTING
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 06/10/08 | TC | Reviewed Notice of Appeal Filed by Anderson Memorial Hospital on behalf of All Buildings encompassed in its Putative Class Action | .20 |
| 06/10/08 | TC | Reviewed ANDERSON MEMORIAL HOSPITAL'S APPLICATION FOR APPEAL OF ORDER DENYING CLASS CERTIFICATION | .50 |
| 06/12/08 | TC | Reviewed Discovery Upon W.R. Grace & Co. Filed by Mian Realty, LLC | .10 |
| 06/13/08 | TC | Reviewed three certifications related to zai issues | .30 |
| 06/17/08 | TC | Reviewed Order Denying ZAI Claimants' Motion for Order to Show Cause Why Court Appointed Expert Witness Should Not be Designated | .10 |
| 06/17/08 | TC | Reviewed Order Denying ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or For a Determination to Permit Appellate Review of the ZAI Opinion | .10 |
| 06/17/08 | TC | Reviewed Order Denying Expedited Motion of The ZAI Claimants to Lift Stay and Return ZAI to the Tort System | .10 |
| 06/18/08 | TC | Reviewed Motion to Authorize / for an Order to Establish a Protocol for Cross-Border Communication Between the United States Bankruptcy Court and the CCAA Court Filed by Canadian ZAI Claimants | .70 |

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   JULY 21, 2008
                                              MATTER :  0066609-000015
                                              INVOICE : 10128595


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08    6548

     RE:  LITIGATION AND LITIGATION CONSULTING


06/19/08 TC    Reviewed Brief In Opposition To Anderson          .70
               Memorial's Application For Appeal Of Order
               Denying Class Certification Under Fed. R.
               Bankr. P. 7023

06/19/08 TC    Reviewed Statement of Issues on Appeal            .20

06/19/08 TC    Reviewed Appellant Designation of Items For       .30
               Inclusion in Record On Appeal

06/23/08 TC    Reviewed Order Regarding Relief Sought in         .10
               Debtors' Objection to Claim Filed by
               Massachusetts Department of Revenue

06/30/08 TC    Reviewed counterdesignation of items on appeal    .20
               (anderson memorial)

06/30/08 TC    Reviewed libby claimants appeal brief             .80


              T I M E   S U M M A R Y
              -----------------------

                       RATE     HOURS          TOTALS
                       ----     -----          ------

  T. Currier          515.00    4.40           2266.00
               TOTALS           4.40           2266.00


               TOTAL FEES :                  2,266.00


               TOTAL DUE  :                  2,266.00
```

# Buchanan Ingersoll ⚜ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    JULY 21, 2008
MATTER :   0066609-001000
INVOICE : 10128596

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 06/30/08    6548

RE:   EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 06/02/08 Photocopies M. Flores | 0.60 |
| 06/05/08 Photocopies M. Flores | 0.40 |
| 06/05/08 Photocopies M. Flores | 0.60 |
| 06/06/08 Photocopies M. Flores | 1.60 |
| 06/15/08 Messenger/Delivery Service - Parcels, Inc. Inv. 102709 | 5.00 |
| 06/15/08 Messenger/Delivery Service - Parcels, Inc. Inv. 102586 | 5.00 |
| 06/25/08 On-Line Search Service - Pacer (May 2008) | 2.40 |
| TOTAL EXPENSE ADVANCES : | 15.60 |
| TOTAL DUE : | 15.60 |