# EXHIBIT A

## EXHIBIT A

## W. R. Grace & Co., et al.
## District of Delaware, Bankruptcy Case No. 01-1139
## Report on *De Minimis* Asset Sales April 1, 2008 through June 30, 2008

**Part I – Sales in excess of $25,000, but less than $250,000**

NONE

**Part II – Sales equal to or less than $25,000**

NONE