# EXHIBIT A

# EXHIBIT A

## W. R. Grace & Co., et al.,
## District of Delaware, Bankruptcy Case No. 01-1139
## Report on Settlements of Certain Claims and Causes of Action
## April 1, 2008 through June 30, 2008

| | | |
|---|---|---|
| Paul John Mortensen<br>11 Brattle Street, #13<br>Arlington, MA  02476 | W. R. Grace & Co.-Conn.<br>7500 Grace Drive<br>Columbia, MD 21044 | Paul Mortensen, a former Grace employee filed a charge against Grace with the Massachusetts Commission on Discrimination (MCAD) alleging age discrimination in 2005.  During mandatory mediation before the MCAD, Grace settled this matter with Mr. Mortensen for the amount of $15,000.  The settlement was finalized on June 4, 2008. |
| Steven Thurman<br>8559 Bay Road<br>Pasadena, MD  21222 | W. R. Grace & Co.-Conn.<br>Grace Davison<br>7500 Grace Drive<br>Columbia, MD 21044 | On or about November 8, 2007, Steven Thurman, a former Grace employee, filed a claim for retiree disability benefits.  Grace settled this matter with Mr. Thurman for the amount of $56,100 on June 30, 2008. |