# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

## FOR THE TIME PERIOD
## JUNE 1, 2008 THROUGH
## JUNE 30, 2008

```
                    Phillips, Goldman & Spence, P.A.
                            1200 N. Broom Street
                            Wilmington, DE  19806
                              (302) 655-4200
                            EI #: 51-0328786
```

July 24, 2008

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

```
                                              File   WRG-AUS/JCP
                                         Invoice number   78219
```

  Re:  W. R. Grace & Co.
    David T. Austern
Case No.:  01-01139 (RLB)

```
              Subtotal for FEES only:  06/30/08    $10,658.00
              Subtotal for COSTS only: 06/30/08     $1,093.15
                                                 --------------
   CURRENT PERIOD FEES AND COSTS:      06/30/08    $11,751.15
                                                 --------------
```

****************************************************************

Please remit duplicate copy with payment.  Thank you.

****************************************************************

Phillips, Goldman & Spence, P.A.

Page 2

July 24, 2008

Orrick, Herrington & Sutcliffe, LLP

File WRG-AUS/JCP
Invoice number 78219

Re: W. R. Grace & Co.
    David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 7.3 | 1,308.00 |
| LITIGATION | 22.4 | 8,960.00 |
| CASE ADMINISTRATION | 2.6 | 390.00 |
| Subtotal for FEES only: 06/30/08 | 32.3 | $10,658.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 400.00 | JCP | 23.30 | 23.30 | 9,320.00 | 0.00 | 0.00 |
| 150.00 | CAH | 8.40 | 8.40 | 1,260.00 | 0.00 | 0.00 |
| 130.00 | MMO | 0.60 | 0.60 | 78.00 | 0.00 | 0.00 |
| Totals | | 32.30 | 32.30 | 10,658.00 | 0.00 | 0.00 |

LEGALMASTER MRC For Transactions
-Fees-

WRG-AUS                                                                                         07/24/08  Page 1

Sort Fields:
  Grouping code
  Client code
  Actual employee code  (Subtotals)
  Transaction date  (Paginate)

Range Fields:
  Client code     I  WRG     -  WRG
  Invoice Number   I  78219   -  78219

| Grp Cd | Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars |
|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | 06/06/08 | Merge original signatures into filed documents (.3); create list of pleadings for which signatures are needed (.4); e-mail to Orrick (.1). | 0.80 | 120.00 |
| WRG | CASE ADMINISTRATION | CAH | 06/09/08 | E-mail Orrick that am available to do all filings today and discussed signature parameters. | 0.30 | 45.00 |
| WRG | CASE ADMINISTRATION | CAH | 06/09/08 | Download and file Supplemental Declaration of Roger Frankel. | 0.40 | 60.00 |
| WRG | CASE ADMINISTRATION | CAH | 06/19/08 | E-mail to John C. Phillips, Jr. and Tanya L. Birdsell re: Order Changing Court Date. | 0.10 | 15.00 |
| WRG | CASE ADMINISTRATION | CAH | 06/25/08 | Merge original signatures into filed documents. | 0.40 | 60.00 |
| WRG | CASE ADMINISTRATION | CAH | 06/26/08 | Update list of signatures needed in filed documents and update docket. | 0.60 | 90.00 |
| | | | | | 2.60 | 390.00 |
| | | | | | 2.60 | 390.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

07/24/08   Page 2

| C1 Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 06/02/08 | Review of Debtors' Monthly Operating Report for April 2008; review of Amended Agenda for 6/2/08 Hearing; review of FCR's Certification of Counsel; review of miscellaneous pleadings; phone conference with Judge Fitzgerald and all counsel (5.3). | 5.70 | 2,280.00 | Li |
| WRG | LITIGATION | JCP | 06/04/08 | Letter from A.G. of New Jersey to 3rd Circuit Clerk re: staying briefing (.1); review of New Jersey's Concise Summary of Case (.1); review of New Jersey's Civil Information Statement (.1); review of Continuation Order re: Debtors' 18th Omnibus Objection to Claims (.1); review of Order re: Massachussets Department of revenue's Objection to Claim (.1); review of Order Authorizing Statement re: USA's Proof of Claim (.1); review of Order Authorizing Settlement re: USA's Claim re: Libby Site (.1). | 0.70 | 280.00 | |
| WRG | LITIGATION | JCP | 06/05/08 | E-mail from Debbie Felder (2x) re: 6/6/08 filing; e-mail from Celeste A. Hartman re: same; e-mail to Debbie Felder re: same. | 0.20 | 80.00 | |
| WRG | LITIGATION | JCP | 06/06/08 | Review of miscellaneous pleadings (.5); review of Notice of Rescheduled Hearing on ZAI Claimants' Motion re; Filing Washington Class Proof of Claim; calendar same (.2); e-mail from Debbie Felder with enclosure (.2); review of draft Application FCR to Employ Tre Angeli as Co-Financial Advisor to FCR (.2); review of proposed Order re: same (.1); review of Radecki Declaration in support of same (.2); review of proposed Retention Agreement between Tre Angeli and FCR; review of draft Amendment to FCR's Application to Modify Employment of Piper Jaffray as Financial Advisor to FCR (.2); review of Brownstein Declaration in support of same (.2); review of proposed Retention Letter between Piper Jaffray and FCR (.1); review of proposed Order re: same (.2); e-mail from and e-mail to Debbie Felder (5x) re: filing both Applications on 6/6/08 e-mail from Debbie Felder (3x) with enclosure (.1); review of Roger Frankel's 6th Supplemental Declaration (.1); review of final version of FCR's Tre Angeli Application (.1); review of final version of FCR's Piper Jaffray Application (.1); conference with paralegal (2x) re: filing same (.1). | 2.60 | 1,040.00 | |
| WRG | LITIGATION | JCP | 06/09/08 | E-mail from Celeste A. Hartman re: 6/9/08 filing (.1); e-mail to Debbie Felder re: U.S. Trustee's approval of Amendment to Application to Modify Piper Jaffray Contract and Application to Employ Tre Angeli (.1); review of e-mails between Celeste A. Hartman and Debbie Felder re: filing same (.1); e-mail from Debbie Felder (3x) with enclosure (.1); review of revised 6th Supplemental Disclosure; review of and execute revised Motion to Modify Piper Jaffray Contract and Application to Employ Tre Angeli (.1); conference with Celeste A. Hartman re: filing same (.1); review of Notice of Rescheduled ZAI Claimants' Motion for Order Allowing Filing of Washington Class Proof of | 0.90 | 360.00 | |

WRG-AUS
LEGALMASTER MIRC For Transactions
-Fees-
07/24/08 Page 3

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 06/10/08 | Review of Anderson Memorial's Notice of Appeal (.1); review of Anderson Memorial's Application for Appeal of Order Denying Class Certification (.4); review of Frankel Supplement Declaration (.1); review of as filed Amendment to FCR's Application to Modify Employment of Piper Jaffray (.1); review of FCR's as filed Application to Employ Tre Angeli (.1). | 0.80 | 320.00 | WRG |
| LITIGATION | JCP | 06/11/08 | Review of miscellaneous pleadings; review of letter from Speights and Runyon to 3rd Circuit confirming 14 Day Extension to File Reply Brief. | 0.20 | 80.00 | WRG |
| LITIGATION | JCP | 06/12/08 | Review of 3rd Circuit Order referring Motion to Hold Briefing in Abeyance to Motions Panel. | 0.10 | 40.00 | WRG |
| LITIGATION | JCP | 06/13/08 | Review of 6/2/08 Hearing Transcript (.3); review of Certification of Counsel re: Expedited Motion of ZAI Claimants to Lift Stay and Return ZAI to Tort System and proposed Order (.1); review of Certification of Counsel re: Order denying ZAI Claimants' Motion of Dismissal of Individual ZAI Claim and proposed Order (.1); review of Certification of Counsel re: ZAI Claimants' Motion for Order for Court Appointed Expert and proposed Order (.1). | 0.60 | 240.00 | WRG |
| LITIGATION | JCP | 06/16/08 | Review of Motion to Shorten Time for Notice and Response to Motion to Clarify Order Expanding Preliminary Injunction (.1); review of Motion to Clarify; review of Order Granting Request to Shorten Time (.1); review of Certification of Counsel re: Order Establishing 10/31/08 Bar Date for Zonolite Proofs of Claim and proposed Order (.1); review of Debtors' Objection to Unsecured Claims Asserted Under Debtors' Credit Agreements with Exhibits and proposed Order (voluminous)(1.4); e-mail from Rick Wyron re: same (.1); review of miscellaneous pleadings (.1); review of Debtors' Opposition to New Jersey's Motion to Hold Briefing in Abeyance with enclosure (.1); review of 4/1/08 Campbell Opinion (.1). | 2.10 | 840.00 | WRG |
| LITIGATION | JCP | 06/17/08 | Review of Agenda for 6/23/08 Hearing (.1); review of Notice of Last Day to File ZAI Claim (.1); review of Canadian Claimants Motion to Establish Protocol for Cross-Border Communities between Bankruptcy Court and CCAA with Exhibits and proposed Order (.1); review of Debtors Motion to Approve Stipulation Resolving Montana Department of Environmental Control's Claim with proposed Stipulation and Order (.1); review of Debtors' Motion to Authorize Settlement with IRS re: Research Credits with Exhibits (voluminous)(.4); review of Debtors' Motion to Expand Scope of Reed Smith's Retention (.1); review of Order Establishing Proof of Claim Bar Date for Zonolite Claims | 1.00 | 400.00 | WRG |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                                    07/24/08 Page 4
                                                       -Fees-

| Cl Code | Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 06/18/08 | Review of miscellaneous pleadings and Order; review of Order Denying ZAI Claimants' Motion to Order a Court Appointed Expert; review of Order denying ZAI Claimants' Expedited Motion to Lift Stay and Return ZAI to Tort System; review of Order Denying ZAI Claimants' Motion for Dismissal of Ann Individual ZAI Claim. | 0.40 | 160.00 | |
| WRG | LITIGATION | JCP | 06/19/08 | Review of Order Dismissing Motion for Clarification of Order Expanding Preliminary Injunction to Include BNSF; review of Order Denying Motion to Shorten Time re: same; review of miscellaneous pleadings; review of Notice of Date Change re: 8/25/08 hearing; re-calendar same. | 0.40 | 160.00 | |
| WRG | LITIGATION | JCP | 06/20/08 | Review of Clerk's docketing Anderson Memorial's Notice of Appeal (.1); review of Debtors' Brief in Opposition to Anderson Memorial's Application for Appeal of Order denying Class Certification (.7); review of Anderson Memorial's Designation of Items to be included in Record on Appeal (.3); review of Anderson Memorial's Statement of Issues Presented on Appeal (.1). | 1.20 | 480.00 | |
| WRG | LITIGATION | JCP | 06/23/08 | Review of Amended Agenda for 6/23/08 Hearing (.1); review of New Jersey's Reply in Support of Motion to Hold Briefing in Abeyance (.2); review of Libby Claimants' Arbitration re: Court's lack of Jurisdiction to Enjoin Actions Against Montana (1.5); court appearance re: Omnibus Hearing (2.6). | 4.40 | 1,760.00 | |
| WRG | LITIGATION | JCP | 06/24/08 | Review of Order re: Relief Sought in Debtors' Objection to Massachussets Department of Revenue Claim; review of miscellaneous pleadings. | 0.20 | 80.00 | |
| WRG | LITIGATION | JCP | 06/25/08 | Review of BNSF's Motion for Clarification of Order Expanding Preliminary Injunction to Include BNSF; review of BNSF's Motion to Shorten Time for Notice and Response to same; review of Anderson Memorial's Amended Notice of Appeal; review of miscellaneous pleadings; review of 3rd Circuit's Order Denying New Jersey's Request to Hold Briefing in Abeyance. | 0.50 | 200.00 | |
| WRG | LITIGATION | JCP | 06/26/08 | Review of Modified Order Granting BNSF's Motion to Shorten Time on Motion to Clarify Order Expanding Preliminary Injunction; review of miscellaneous pleadings. | 0.20 | 80.00 | |
| WRG | LITIGATION | JCP | 06/30/08 | Review of Debtors' Notice of Motion, Motion for Order Authorizing Loans Against Company Owned Life Insurance Policies and Order. | 0.20 | 80.00 | |
| | | | | | 22.40 | 8,960.00 | |
| | | | | | 22.40 | 8,960.00 | |

WRG-AUS                                                              LEGALMASTER MIRC For Transactions                                          07/24/08   Page 5
                                                                                  -Fees-

| Cl Code Grouping code description | | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/02/08 | Code pre-bill to comply with local rules. | 0.30 | 45.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/02/08 | Reconcile payment received to invoices. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/09/08 | Draft Certificate of No Objection for Phillips, Goldman & Spence 15th Quarterly Fee Application and forward. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/09/08 | Download, print and revise Supplement to Application to Modify Piper Jaffray's Employment and Application to Employ Tre Angili and after executed by John C. Phillips, Jr., file same (system very slow). | 1.30 | 195.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/09/08 | Scan file and serve Certificate of No Objection for Phillips, Goldman & Spence 15th Quarterly Fee Application. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/09/08 | Prepare bill for Fee Application. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/10/08 | Draft Phillips, Goldman & Spence Fee Application for April. | 0.70 | 105.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/10/08 | Scan file; serve Phillips, Goldman & Spence Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/17/08 | Download and file Certificate of No Objection for Piper Jaffray's Fee Application and Tillinghast's march Fee Application. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/26/08 | E-mail to D. Fullem (3x) re: Fee Application problem - Towers Perrin. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/24/08 | Download, print and file Orrick April Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/24/08 | E-mail to and phone conference with D. Fullem re: Tillinghast Application. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 06/27/08 | Code pre-bill to comply with local rules. | 0.40 | 60.00 | |
| | | | | | 5.80 | 870.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/09/08 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 15th Quarterly Fee Application; conference with Celeste A. Hartman re: same. | 0.20 | 80.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/10/08 | Review of, revise and execute Phillips, Goldman & Spence 47th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 120.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/24/08 | Review of Order Approving Quarterly Fee Applications. | 0.10 | 40.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | JCP | 06/26/08 | Review of and revise May 2008 pre-bill; conference with Celeste A. Hartman re: same. | 0.30 | 120.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

07/24/08  Page 6

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | MMO | 06/06/08 | Preparation of Application to Employ and two Declarations for filing. | 0.90 | 360.00 | |
| | | | | 0.60 | 78.00 | |
| | | | | 0.60 | 78.00 | |
| | | | | 7.30 | 1,308.00 | |
| | | | | 32.30 | 10,658.00 | |

143 records printed.