# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

## EXPENSE RECORDS

### FOR THE TIME PERIOD
### JUNE 1, 2008 THROUGH
### JUNE 30, 2008

Phillips, Goldman & Spence, P.A.

July 24, 2008

Orrick, Herrington & Sutcliffe, LLP

File     WRG-AUS/JCP
Invoice number   78219

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---:|
| 06/01/08 | Federal Express | 149.84 |
| 06/02/08 | Check No.: 37554 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 5.00 |
| 06/02/08 | Check No.: 37554 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 06/06/08 | Photocopies | 38.90 |
| 06/10/08 | Postage | 1.51 |
| 06/13/08 | Check No.: 37729 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 743.90 |
| 06/13/08 | Check No.: 37729 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 06/17/08 | Facsimile | 2.00 |
| 06/30/08 | Check No.: 37851 - John C. Phillips, Jr. - parking reimbursement. | 5.00 |
| 06/30/08 | Check No.: 37851 - John C. Phillips, Jr. - expense reimbursement, Court Call. | 127.00 |

Subtotal for COSTS only: 06/30/08     $1,093.15