**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **IN RE:** | ) |
| | ) **Chapter 11** |
| **W.R. GRACE & CO.,** *et al.*, | ) |
| | ) **Case No. 01-01139 (JKF)** |
| **Debtors.** | ) **Jointly Administered** |
| | ) **Re: Docket No. 18930, 19042 & 19050** |
| | ) |
| | ) **July 21, 2008 Agenda Item No. 17** |
| | ) |

**ORDER REQUESTING AID AND ASSISTANCE OF THE CCAA COURT**

Upon consideration of the Canadian Zonolite Attic Insulation Claimants' ("Canadian ZAI Claimants") *Motion for an Order to Establish a Protocol for Cross-Border Communication Between the United States Bankruptcy Court and the CCAA* [Docket No. 18930](the "Motion for Protocol") requesting that this Court enter an Order to Establish a Protocol for Cross-Border Communications Between the United States Bankruptcy Court, District of Delaware, ("U.S. Court") and the Ontario Superior Court of Justice (Commercial List) ("CCAA Court"); and upon consideration of The Response of Her Majesty the Queen in Right of Canada as Represented By the Attorney General of Canada (the "Crown") To Canadian ZAI PD Claimants' Motion for Protocol [Docket No. 19042]; and upon consideration of Debtors' Response To Canadian ZAI PD Claimants' Motion for Protocol [Docket No. 19050]; and after hearing argument the Court having determined that there is no need for an order to establish a protocol for cross-border communications between the U.S. Court and the CCAA Court as outlined in the Motion for Protocol;

And upon hearing submissions of counsel for the Crown and determining that the CCAA Court (Commercial List) is the appropriate court to hear and determine a motion seeking to

compel the disclosure of personal information held by the Crown, the disclosure of which information is not permitted except in accordance with the Privacy Act, R.S.C. 1985, c. P-21, this Court hereby,

**REQUESTS THE AID AND ASSISTANCE** of the CCAA Court (Commercial List) to hear a motion brought by the Canadian Representative Counsel seeking disclosure, pursuant to section 8(1)(c) of the Privacy Act R.S.C. 1985, c. P-21, of personal information contained in documents and/or databases relevant to the identification of potential Canadian claimants who may have homes that may contain ZAI and/or vermiculite attic insulation ("VAI") for the purposes of these bankruptcy proceedings, and to make any order it deems just or necessary in respect of the release of such personal information by the Crown; and it is further

**ORDERED**, that this Court shall retain jurisdiction over any and all matters arising from or related to the implementation or interpretation of this Order.

.

Dated: _____, 2008

_____

Judge Judith K. Fitzgerald