**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **IN RE:** | ) | **Chapter 11** |
| **W.R. GRACE & CO., *et al.*,** | ) | **Case No. 01-01139 (JKF)** **Jointly Administered** |
| **Debtors.** | ) | |

**CERTIFICATE OF SERVICE**

I, Daniel K Hogan, hereby certify that I am not less than 18 years of age and that a true and correct copy of the Certification of Counsel Regarding revised Order Establishing A Protocol for Cross-Border Communications was served upon the parties listed on the attached service list in the manner indicated. All other parties requiring notice have been served via CM/ECF.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: July 31, 2008

*/s/Daniel K. Hogan*

Daniel K. Hogan (DE Bar No. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: dkhogan@dkhogan.com

**W. R. Grace Core Group Service List**
**Case No. 01-1139**

James E. O'Neill, Esq.
Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19899-8705
**Hand Delivery**

Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801
**Hand Delivery**

Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
**Hand Delivery**

Steven M. Yoder, Esq.
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899
**Hand Delivery**

Marla Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine
800 North King Street, Suite 300
Wilmington, DE 19801
**Hand Delivery**

Mark D. Collins, Esq.
Deborah E. Spivack, Esq.
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
**Hand Delivery**

Michael B. Joseph, Esq.
Ferry, Joseph & Pearce, PA
824 Market Street, Suite 904
Wilmington, DE 19899
**Hand Delivery**

David Klauder, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801
**Hand Delivery**

Teresa K. D. Currier
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801
**Hand Delivery**

John C. Phillips, Jr., Esq.
Phillips Goldman & Spence, PA
1200 North Broom Street
Wilmington, DE 19806
**Hand Delivery**

David M. Bernick, P.C.
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
**First Class Mail**

Mark Shelniz
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044
**First Class Mail**

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982
**First Class Mail**

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
**First Class Mail**

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
**First Class Mail**

Philip Bentley, Esq.
Douglas Mannal, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of The Americas
New York, NY 10036
**First Class Mail**

Roger Frankel, Esq.
Richard H. Wyron,Esq.
Orrick Herrington & Sutcliffer LLP
Columbia Center
1152 15th Street, N.W.
Washington, DE 20005-1706
**First Class Mail**

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Trevor W. Swett, III, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered\
One Thomas Circle, N.W.
Washington, DC 20005
**First Class Mail**

William S. Katchen, Esq.
Duane Morris, LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
**First Class Mail**