# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Date: August 20, 2008**

**Hearing Deadline: to be scheduled, if necessary**

## FEE DETAIL FOR OGILVY RENAULT LLP'S EIGHTEENTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM JUNE 1, 2008 THROUGH JUNE 30, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Client:      W.R. GRACE & CO.                                      July 16, 2008
RE:          Fee Applications, Applicant               INVOICE: 822692
Matter No.:   01016442-0008

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:     Richard Finke
                Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending June 30, 2008

| | |
|---|---|
| FEES | $605.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 32.52 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $637.52 |

W.R. GRACE & CO.                                               01016442-0008

RE:  **Fee Applications, Applicant**

**BILLING SUMMARY**

|            |       | Hours | Amount   |
|------------|-------|-------|----------|
| T. Walsh   |       | 0.4   | $214.00  |
| P. Adams   |       | 2.3   | $391.00  |
|            | Total | 2.70  | $605.00  |

**FEE DETAIL**

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 17/6/08 | Penny Adams | Reviewing May accounts. | 0.30 | $51.00 |
| 18/6/08 | Penny Adams | Drafting Seventeenth Monthly Fee Application and reviewing and revising same (0.5); dealing with issues relating to same (0.2). | 0.70 | $119.00 |
| 19/6/08 | Penny Adams | Reviewing and revising Seventeenth Monthly Fee Application (0.3); sending fee application to R. Finke for comment (0.1); discussions with T. Walsh regarding same (0.1). | 0.50 | $85.00 |
| 19/6/08 | Teresa Walsh | Review of Seventeenth Monthly Fee Application and swearing same. | 0.40 | $214.00 |
| 20/6/08 | Penny Adams | Finalizing Seventeenth Monthly Fee Application (0.3); correspondence with R. Finke, T. Walsh, the fee auditor and L. Oberholzer regarding same (0.4); letter to L. Oberholzer enclosing original fee application (0.1). | 0.80 | $136.00 |

|  | **TOTAL FEES** | **$605.00** |
|--|----------------|-------------|

**DISBURSEMENTS - NON TAXABLE**

| Copies | 0.20 |
|--------|------|
| Courier service | 32.32 |
|  | $32.52 |

INVOICE: 822692

DOCSTOR: 1509994\1

W.R. GRACE & CO.                                                    01016442-0008

**RE:  Fee Applications, Applicant**

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|------|-----------|-------------|--------|
| 20/6/08 | Derrick C. Tay | Courier service FedEx shipment #689588768855 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 20-06-2008, GST: 0.00, QST: 0.00 | 32.32 |
| 20/6/08 | Monique Massabki | Copies | 0.10 |
| 20/6/08 | Monique Massabki | Copies | 0.10 |
| | | TOTAL | $32.52 |

Client:      W.R. GRACE & CO.                                    July 16, 2008
RE:          Litigation and litigation consulting              INVOICE: 822691
Matter No.:  01016442-0006

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:     Richard  Finke
               Senior Litigation Counsel

            For professional services rendered and disbursements incurred
            for the period ending June 30, 2008

    FEES                                              $64,230.50

    DISBURSEMENTS (Taxable)                                 0.00

    DISBURSEMENTS (Non Taxable)                           284.26

    GST                                                     0.00
                                                   _____

    TOTAL FOR THIS INVOICE                          $64,514.76

                                                  Canadian Funds

W.R. GRACE & CO.                                                                01016442-0006

**RE:  Litigation and litigation consulting**

---

**BILLING SUMMARY**

|                  |       | Hours  | Amount      |
|------------------|-------|--------|-------------|
| T. Walsh         |       | 1.3    | $695.50     |
| D.C. Tay         |       | 22.5   | $21,375.00  |
| O. Pasparakis    |       | 32.5   | $19,175.00  |
| J. Stam          |       | 45.8   | $22,900.00  |
| P. Adams         |       | 0.5    | $85.00      |
|                  | Total | 102.60 | $64,230.50  |

**FEE DETAIL**

| Date    | Timekeeper         | Description                                                                                                          | Hours | Amount     |
|---------|--------------------|----------------------------------------------------------------------------------------------------------------------|-------|------------|
| 1/6/08  | Orestes Pasparakis | Reviewing and follow-up developments.                                                                                | 0.80  | $472.00    |
| 2/6/08  | Derrick C. Tay     | Reviewing materials regarding Delaware court hearing (1.0); reviewing U.S. decision regarding denial of class action status (1.0). | 2.00  | $1,900.00  |
| 2/6/08  | Orestes Pasparakis | Participating in conference call (5.3); emails and discussions in advance (0.7).                                     | 6.00  | $3,540.00  |
| 2/6/08  | Jennifer Stam      | Dial in to U.S. hearing in Pittsburgh.                                                                               | 5.30  | $2,650.00  |
| 3/6/08  | Penny Adams        | Discussions with J. Stam regarding U.S. litigation materials (0.1); correspondence with contacts at Kirkland & Ellis regarding same (0.2). | 0.30  | $51.00     |
| 3/6/08  | Derrick C. Tay     | Initial review of Kirkland & Ellis' draft of settlement agreement.                                                   | 1.00  | $950.00    |
| 3/6/08  | Jennifer Stam      | Reviewing U.S. documents.                                                                                            | 0.50  | $250.00    |
| 3/6/08  | Orestes Pasparakis | Follow-up on status.                                                                                                 | 0.80  | $472.00    |
| 4/6/08  | Derrick C. Tay     | Reviewing draft of settlement agreement and identifying concerns (2.0); communications with Grace and U.S. lawyers (0.5). | 2.50  | $2,375.00  |
| 4/6/08  | Orestes Pasparakis | Addressing settlement issues (1.5); emails and reviewing minutes (0.5).                                              | 2.00  | $1,180.00  |
| 4/6/08  | Jennifer Stam      | Revising settlement terms.                                                                                           | 5.80  | $2,900.00  |

INVOICE: 822691
DOCSTOR: 1509991\1

W.R. GRACE & CO.                                          01016442-0006

**RE:  Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 5/6/08 | Teresa Walsh | Reviewed and suggested revisions to Minutes of Settlement with respect to Canadian property damage claims (1.2); conference with J. Stam regarding proposed revisions (0.1). | 1.30 | $695.50 |
| 5/6/08 | Orestes Pasparakis | Reviewing and thoroughly revising settlement agreement (4.5); drafting email to client (0.5). | 5.00 | $2,950.00 |
| 5/6/08 | Jennifer Stam | Reviewing and revising minutes of settlement. | 3.80 | $1,900.00 |
| 6/6/08 | Derrick C. Tay | Reviewing revised draft of minutes of settlement in preparation for conference call with Grace (1.0); conference call with Grace, Kirkland & Ellis and Reed Smith (2.0). | 3.00 | $2,850.00 |
| 6/6/08 | Orestes Pasparakis | Conference call regarding Minutes of Settlement. | 1.00 | $590.00 |
| 6/6/08 | Jennifer Stam | Conference call to discuss minutes of settlement (1.4); revising draft minutes (1.0). | 2.40 | $1,200.00 |
| 8/6/08 | Jennifer Stam | Revising minutes of settlement. | 1.30 | $650.00 |
| 9/6/08 | Orestes Pasparakis | Reviewing and revising Minutes of Settlement (1.5); conference call regarding same (0.5). | 2.00 | $1,180.00 |
| 9/6/08 | Derrick C. Tay | Reviewing revised minutes of settlement (1.0); communications with representative counsel (0.5); conference call with Grace and U.S. lawyers (0.5). | 2.00 | $1,900.00 |
| 9/6/08 | Jennifer Stam | Revising minutes of settlement (1.3); conference call with Kirkland & Ellis, Reed Smith, R. Finke and others regarding minutes of settlement (0.5). | 1.80 | $900.00 |
| 10/6/08 | Orestes Pasparakis | Conference call with ZAI claimants (0.3); call to Crown counsel (0.2); updating team (0.3). | 0.80 | $472.00 |
| 10/6/08 | Jennifer Stam | Drafting steps implementation chart. | 3.00 | $1,500.00 |
| 11/6/08 | Orestes Pasparakis | Follow-up with Canadian counsel (0.2); considering issues (0.3). | 0.50 | $295.00 |
| 12/6/08 | Jennifer Stam | Considering implementation chart (0.5); conversations regarding status of settlement (0.2). | 0.70 | $350.00 |

INVOICE: 822691

W.R. GRACE & CO.                                                     01016442-0006

## RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 13/6/08 | Orestes Pasparakis | Conference calls with ZAI Claimants and Crown (1.0); email to clients (0.1); considering structure (0.4). | 1.50 | $885.00 |
| 13/6/08 | Jennifer Stam | Conference calls to discuss Canadian ZAI settlement options. | 1.00 | $500.00 |
| 16/6/08 | Orestes Pasparakis | Follow-up on settlement issues. | 0.50 | $295.00 |
| 17/6/08 | Orestes Pasparakis | Follow-up regarding settlement (0.4); reviewing documents for Mr. Sparks (0.6). | 1.00 | $590.00 |
| 17/6/08 | Jennifer Stam | Reviewing revised draft Disclosure Statement (0.5); revising same regarding Canadian settlement (0.5); correspondence with W. Sparks regarding same (0.1). | 1.10 | $550.00 |
| 18/6/08 | Orestes Pasparakis | Follow-up on settlement issues. | 1.00 | $590.00 |
| 18/6/08 | Derrick C. Tay | Reviewing and considering motion filed by representative counsel in U.S. proceedings (2.0); communications with Kirkland & Ellis and crown counsel regarding same (0.5); communications with Kirkland & Ellis and client regarding strategy for moving settlement forward (0.5). | 3.00 | $2,850.00 |
| 19/6/08 | Orestes Pasparakis | Internal conference calls with client regarding settlement issues. | 2.00 | $1,180.00 |
| 19/6/08 | Derrick C. Tay | Monitoring discussions regarding motion by representative counsel (1.0); communications with representative counsel (1.0). | 2.00 | $1,900.00 |
| 19/6/08 | Jennifer Stam | Conference call regarding Canadian settlement issues. | 1.00 | $500.00 |
| 20/6/08 | Orestes Pasparakis | Discussions with Crown (0.5); follow-up with client (0.2); follow-up with M. Moloci (0.3). | 1.00 | $590.00 |
| 20/6/08 | Jennifer Stam | Drafting alternative settlement proposals. | 1.00 | $500.00 |
| 22/6/08 | Jennifer Stam | Drafting alternative settlement proposals. | 4.50 | $2,250.00 |
| 23/6/08 | Jennifer Stam | Drafting alternative settlement proposals (2.5); conversations regarding same (1.5); reviewing court material (1.7). | 5.70 | $2,850.00 |
| 23/6/08 | Derrick C. Tay | Considering rejection by Crown of property damage settlement and strategic responses. | 1.00 | $950.00 |

INVOICE: 822691

DOCSTOR: 1509991\1

W.R. GRACE & CO.                                          01016442-0006

**RE:  Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 24/6/08 | Jennifer Stam | Conference call regarding settlement proposals (0.8); considering issues regarding same (1.0). | 1.80 | $900.00 |
| 24/6/08 | Orestes Pasparakis | Preparing for and attending conference call with client (1.0); discussions with opposing counsel (0.3); conference call with client (0.5). | 1.80 | $1,062.00 |
| 24/6/08 | Derrick C. Tay | Review and consideration of settlement issues with Crown and representative counsel. | 1.50 | $1,425.00 |
| 25/6/08 | Derrick C. Tay | Dealing with motion on protocol filed by representative counsel (1.0); reviewing settlement proposals to be sent to representative counsel (1.5). | 2.50 | $2,375.00 |
| 25/6/08 | Jennifer Stam | Revising settlement proposals (1.0); conversations with M. Moloci regarding same (0.5); conversations with J. Baer regarding same (0.2); correspondence regarding same (0.2). | 1.90 | $950.00 |
| 25/6/08 | Orestes Pasparakis | Follow-up and revising documents. | 1.30 | $767.00 |
| 26/6/08 | Derrick C. Tay | Communications with representative counsel. | 0.50 | $475.00 |
| 26/6/08 | Orestes Pasparakis | Follow-up with opposing counsel regarding issues and settlement. | 0.50 | $295.00 |
| 27/6/08 | Jennifer Stam | Conference call to discuss settlement matters (0.5); revising settlement proposal to separate distribution protocol (2.0); correspondence regarding same (0.2). | 2.70 | $1,350.00 |
| 27/6/08 | Orestes Pasparakis | Conference call with counsel and client (1.0); preparing draft settlement documents (2.0). | 3.00 | $1,770.00 |
| 27/6/08 | Derrick C. Tay | Dealing with potential new settlement with Crown and representative counsel. | 1.50 | $1,425.00 |
| 27/6/08 | Penny Adams | Email to P. Cuniff regarding service list issues. | 0.20 | $34.00 |
| 30/6/08 | Jennifer Stam | Correspondence regarding settlement proposal. | 0.50 | $250.00 |
| | | **TOTAL FEES** | | **$64,230.50** |

INVOICE: 822691

W.R. GRACE & CO.                                                01016442-0006

**RE:  Litigation and litigation consulting**

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---:|
| Copies | 31.40 |
| Long distance calls | 89.16 |
| Miscellaneous | 1.00 |
| Telephone conference | 12.39 |
| Meals with clients | 76.85 |
| Taxis | 67.31 |
| Provincial Sales Tax / Taxe de vente pr | 6.15 |
| | $284.26 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 12/5/08 | Orestes Pasparakis | Taxis -  ROSEDALE LIVERY LIMITED | 67.31 |
| 22/5/08 | Orestes Pasparakis | PST | 1.00 |
| 22/5/08 | Orestes Pasparakis | Telephone conference | 12.39 |
| 29/5/08 | Orestes Pasparakis | Meals with clients -  DRUXY'S 82 | 76.85 |
| 29/5/08 | Orestes Pasparakis | Provincial Sales Tax / Taxe de vente provinciale - DRUXY'S 82 | 6.15 |
| 4/6/08 | Jennifer Stam | Copies | 0.20 |
| 4/6/08 | Jennifer Stam | Copies | 2.00 |
| 5/6/08 | Sandra Reynolds | Copies | 0.10 |
| 5/6/08 | Monique Massabki | Copies | 2.10 |
| 5/6/08 | Sandra Reynolds | Copies | 0.30 |
| 5/6/08 | Sandra Reynolds | Copies | 2.00 |
| 5/6/08 | Sandra Reynolds | Copies | 2.00 |
| 5/6/08 | Sandra Reynolds | Copies | 0.10 |
| 5/6/08 | Sandra Reynolds | Copies | 0.10 |
| 5/6/08 | Sandra Reynolds | Copies | 2.00 |
| 5/6/08 | Jennifer Stam | Copies | 2.00 |
| 6/6/08 | Monique Massabki | Copies | 2.10 |
| 6/6/08 | Monique Massabki | Copies | 2.10 |
| 6/6/08 | Monique Massabki | Copies | 2.70 |
| 9/6/08 | Orestes Pasparakis | Long distance calls 19055231333 | 0.96 |
| 9/6/08 | Orestes Pasparakis | Long distance calls 19055231333 | 11.04 |
| 10/6/08 | Jennifer Stam | Copies | 0.50 |
| 13/6/08 | Orestes Pasparakis | Long distance calls 19053084309 | 1.92 |
| 13/6/08 | Orestes Pasparakis | Long distance calls 19055235193 | 1.92 |
| 13/6/08 | Orestes Pasparakis | Long distance calls 19053084309 | 1.92 |
| 13/6/08 | Orestes Pasparakis | Long distance calls 19053084309 | 10.56 |
| 19/6/08 | Orestes Pasparakis | Long distance calls 19055231333 | 6.72 |
| 19/6/08 | Orestes Pasparakis | Long distance calls 13128612162 | 34.98 |

INVOICE: 822691

DOCSTOR: 1509991\1

W.R. GRACE & CO.                                          01016442-0006

**RE:  Litigation and litigation consulting**

| Date | Timekeeper | Description | Amount |
|------|-----------|-------------|-------:|
| 20/6/08 | Karen Whibley | Copies | 0.10 |
| 20/6/08 | Karen Whibley | Copies | 0.10 |
| 23/6/08 | Orestes Pasparakis | Copies | 1.70 |
| 23/6/08 | Orestes Pasparakis | Long distance calls 14105314355 | 1.53 |
| 23/6/08 | Orestes Pasparakis | Copies | 0.10 |
| 23/6/08 | Orestes Pasparakis | Copies | 0.10 |
| 23/6/08 | Orestes Pasparakis | Copies | 0.40 |
| 23/6/08 | Monique Massabki | Copies | 1.80 |
| 24/6/08 | Orestes Pasparakis | Long distance calls 14122884104 | 16.17 |
| 24/6/08 | Orestes Pasparakis | Long distance calls 19055231333 | 1.44 |
| 25/6/08 | Monique Massabki | Copies | 0.10 |
| 25/6/08 | Monique Massabki | Copies | 1.80 |
| 25/6/08 | Monique Massabki | Copies | 2.10 |
| 26/6/08 | Danielle Germain | Copies | 0.20 |
| 27/6/08 | Jennifer Stam | Copies | 1.00 |
| 27/6/08 | Jennifer Stam | Copies | 1.60 |
| | | TOTAL | $284.26 |

INVOICE: 822691
DOCSTOR: 1509991\1