# EXHIBIT B

alp_132rc: Client Analysis Sheet        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE    1
                                            *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 07/29/08 10:37:11       Worked : 12/31/99 thru 07/29/08

| Matter Number | Name | Hours | Fees | Disbursements | Total Charges | Resp Partners | Class | Freq | Stat |
|---|---|---|---|---|---|---|---|---|---|
| 056772-00007 | REORGANIZATION PLAN | 0.00 | 0.00 | 19.00 | 19.00 | BENTLEY PHILIP - 02495 | | M | B |
| 056772-00008 | FEE APPLICATIONS, APPLIC | 0.00 | 0.00 | 15.39 | 15.39 | BENTLEY PHILIP - 02495 | | M | B |
| 056772-00010 | CLAIM ANALYSIS OBJ. & RE | 0.00 | 0.00 | 370.47 | 370.47 | BENTLEY PHILIP - 02495 | | M | B |
| 056772-00019 | HEARINGS | 0.00 | 0.00 | 793.10 | 793.10 | BENTLEY PHILIP - 02495 | | M | B |

| 056772 | W.R. GRACE & CO. EQUITY COMMITTEE | 0.00 | 0.00 | 1,197.96 | 1,197.96 | | | | |

| Total | BENTLEY PHILIP - 02495 | 0.00 | 0.00 | 1,197.96 | 1,197.96 | | | | |

```
alp_132r: Matter Detail                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    1
                                                 *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/29/2008 10:37:10
Matter No: 056772-00007                                       Orig Prtnr : CRED. RGTS - 06975      Proforma Number: 2630310
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : REORGANIZATION PLAN                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status : ACTIVE

Special Billing Instructions:

                                       PRE-BILLING SUMMARY REPORT

      UNBILLED TIME FROM:                                   TO:
      UNBILLED DISB FROM: 06/20/2008                        TO: 06/20/2008

                            FEES              COSTS

   GROSS BILLABLE AMOUNT:   0.00              19.00
   AMOUNT WRITTEN DOWN:
           PREMIUM:
   ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
      AMOUNT BILLED:
      THRU DATE:                               06/20/2008
   CLOSE MATTER/FINAL BILLING?    YES OR NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

   BILLING COMMENTS:


                              ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH
        FEES:                          4,809.00
   DISBURSEMENTS:                         19.00           UNIDENTIFIED RECEIPTS:           0.00
        FEE RETAINER:                     0.00            PAID FEE RETAINER:               0.00
        DISB RETAINER:                    0.00            PAID DISB RETAINER:              0.00
   TOTAL OUTSTANDING:                  4,828.00           TOTAL AVAILABLE FUNDS:           0.00
                                                          TRUST BALANCE:
                                                          BILLING HISTORY

   DATE OF LAST BILL:         06/30/08              LAST PAYMENT DATE:         06/02/08
   LAST BILL NUMBER:           494523     ACTUAL FEES BILLED TO DATE:      148,019.00
                                           ON ACCOUNT FEES BILLED TO DATE:       0.00
                                           TOTAL FEES BILLED TO DATE:      148,019.00
   LAST BILL THRU DATE:       05/31/08    FEES WRITTEN OFF TO DATE:            0.00
                                          COSTS WRITTEN OFF TO DATE:          90.24

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:
                    (1) Exceeded Fixed Fee       (4) Excessive Legal Time      (7) Fixed Fee
                    (2) Late Time & Costs Posted (5) Business Development      (8) Premium
                    (3) Pre-arranged Discount    (6) Summer Associate          (9) Rounding       (10) Client Arrangement

BILL NUMBER:_____  DATE OF BILL:_____  Processed by:_____  FRC:_____  CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   2
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/29/2008 10:37:10
Matter No: 056772-00007                                        Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   2630310
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                        Status  : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ----------- Total Unbilled -------
Code Description                        Oldest       Latest          Total
                                        Entry        Entry           Amount

0940 CAB FARES                          06/20/08     06/20/08          19.00

         Total:                                                        19.00


B I L L I N G  &  P A Y M E N T   H I S T O R Y  (Reflects Payments As of 07/29/08 10:37:10)
                     ------ Billed -------       Applied    ---- Collections ----    Balance
Bill Date Thru Date  Bill#    Fee & OA  Disbursement    From OA   Total    Date       Due

PRIOR TO 2004                157.50          .00                  157.50
  YEAR 2005               105,238.00       579.40              105,817.40
  YEAR 2006                32,984.00        13.00               32,997.00
02/28/07 01/31/07 456537        .00        365.05                  365.05 05/15/07
03/20/07 03/13/07 458408      580.00        29.00                  609.00 05/15/07
03/31/08 02/29/08 488256    4,270.50       101.82                4,372.32 06/02/08
06/30/08 05/31/08 494523    4,809.00          .00                                    4,809.00
07/29/08 05/31/08 497336        .00         19.00                                       19.00

      Total:              148,019.00     1,107.27              144,298.27            4,828.00
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    3

Run Date & Time: 07/29/2008 10:37:10
Matter No: 056772-00007                                              Proforma Number: 2630310
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Orig Prtnr : CRED. RGTS - 06975       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                            Bill Prtnr : BENTLEY PHILIP - 02495
Matter Opened : 07/27/2001                                   Supv Prtnr : MAYER THOMAS MOERS - 03976    Status : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|

CAB FARES 0940
  JULIET RAMDIN, CASHIER         MARTORANA, K.R.    06/20/08    19.00    8367690    569799    06/24/08
    CAB FARES - VENDOR- JULIET RAMDIN, CASHIER
    6/5,6/10

          Costs Total :                                        19.00

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    4

Run Date & Time: 07/29/2008 10:17:10

Matter No: 056772-00007                                                Proforma Number:    2630310
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Orig Prtnr : CRED. RGTS - 06975        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                         Bill Prtnr : BENTLEY PHILIP - 02495
Matter Opened : 07/27/2001                                Supv Prtnr : MAYER THOMAS MOERS - 03976   Status    : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code | Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|---|
| 0940 | CAB FARES | 19.00 | | | | | |
| | Costs Total : | 19.00 | | | | | |

alp_132r: Matter Detail                                             KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    5
                                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/29/2008 10:37:10
Matter No: 056772-00008                                                                                                   Proforma Number: 2620310
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                Orig Prtnr : CRED. RGTS - 06975           Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                      Bill Prtnr : BENTLEY PHILIP - 02495       Status : ACTIVE
Matter Opened : 07/27/2001                                                     Supv Prtnr : MAYER THOMAS MOERS - 03976

Special Billing Instructions:

                                                      PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:                                     TO:
        UNBILLED DISB FROM: 05/29/2008                          TO: 06/24/2008
                                        FEES                                    COSTS
                                        ------                                  ------
GROSS BILLABLE AMOUNT:                    0.00                                  15.39
    AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
    AMOUNT BILLED:
    THRU DATE:                                                                  06/24/2008
CLOSE MATTER/FINAL BILLING?          YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:
                                  BENTLEY PHILIP - 02495                  WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                                          ACCOUNTS RECEIVABLE TOTALS                             UNAPPLIED CASH
                                              3,229.00
        FEES:
        DISBURSEMENTS:                           31.08          UNIDENTIFIED RECEIPTS:              0.00
        FEE RETAINER:                             0.00          PAID FEE RETAINER:                  0.00
        DISB RETAINER:                            0.00          PAID DISB RETAINER:                 0.00
        TOTAL OUTSTANDING:                    3,260.08          TOTAL AVAILABLE FUNDS:              0.00
                                                                TRUST BALANCE:
                                                                BILLING HISTORY
        DATE OF LAST BILL:                  06/30/08            LAST PAYMENT DATE:           07/29/08
        LAST BILL NUMBER:                    494523             ACTUAL FEES BILLED TO DATE:   161,860.50
                                                                ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                                TOTAL FEES BILLED TO DATE:    161,860.50
        LAST BILL THRU DATE:                05/31/08            FEES WRITTEN OFF TO DATE:      18,370.00
                                                                COSTS WRITTEN OFF TO DATE:        488.68
FOR ACCTG USE ONLY:                              Write Down/Up Reason Codes:
        (1) Exceeded Fixed Fee                   (4) Excessive Legal Time         (7) Fixed Fee
        (2) Late Time & Costs Posted             (5) Business Development         (8) Premium
        (3) Pre-arranged Discount                (6) Summer Associate             (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____

alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    6
                                                       *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/29/2008 10:37:10
Matter No: 056172-00008                                                                                         Proforma Number: 2620310
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                          Orig Prtnr : CRED. RGTS - 06975        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                Bill Prtnr : BENTLEY PHILIP - 02495
Matter Opened : 07/27/2001                                               Supv Prtnr : MAYER THOMAS MOERS - 03976    Status    : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y  ---------- Total Unbilled ----------
                                     Oldest       Latest          Total
Code  Description                    Entry        Entry           Amount
0820  PHOTOCOPYING                   06/03/08     06/24/08         5.60
0930  MESSENGER/COURIER              05/29/08     05/29/08         9.79
                            Total:                                15.39

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 07/29/08 10:37:10)
                                                                                            Balance
                         ------Billed------      Applied      Collections                   Due
Bill Date Thru Date Bill#  Fee & OA Disbursement From OA        Total     Date              

PRIOR TO 2004                60,571.00    428.22                         60,999.22
YEAR 2005                    28,671.00    121.38                         28,792.38
YEAR 2006                    30,495.00    823.66                         31,318.66
02/12/07 12/31/06 454121      4,663.50     57.47                          4,720.97  02/12/07
02/28/07 01/31/07 456537        762.00      8.57                            770.57  05/15/07
03/20/07 02/28/07 458408      2,092.00     30.67                          2,122.67  05/15/07
04/10/07 03/31/07 460852      1,852.00     31.83                          1,883.83  06/05/07
05/31/07 04/30/07 464449      1,014.00      8.50                          1,022.50  07/25/07
06/28/07 05/31/07 466511        846.00     18.61                            864.61  08/20/07
07/11/07 06/30/07 467056      4,906.00     20.08                          4,926.08  09/14/07
08/15/07 07/31/07 470534      2,624.00     17.78                          2,641.78  10/09/07
09/17/07 08/31/07 472559      2,462.00     17.86                          2,479.86  11/19/07
10/11/07 09/30/07 475048      1,531.50      8.29                          1,539.79  12/11/07
11/20/07 10/31/07 477867      2,431.50      8.42                          2,439.92  01/16/08
12/31/07 11/30/07 479845      2,280.00      8.61                          2,288.61  03/04/08
02/08/08 12/31/07 481712      1,944.00      8.61                          1,952.61  03/18/08
03/31/08 02/29/08 488256      4,985.50     54.64                          5,040.14  06/02/08
04/30/08 03/31/08 489790        156.00       .00                            156.00  06/03/08
05/27/08 04/30/08 490924      4,344.50     18.80                          4,363.30  07/29/08
06/30/08 05/31/08 494523      3,229.00     15.69                                                 3,244.69
07/29/08 05/31/08 497336           .00     15.39                                                    15.39
         Total:             161,860.50  1,723.08                        160,323.50              3,260.08

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   7
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/29/2008 10:37:10
Matter No: 056772-00008                                 Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  2630310
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE         Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code
                        Employee                       Date         Amount    Index#    Batch No    Batch Date

MESSENGER/COURIER 0930
   FEDERAL EXPRESS CORPORAT RODRIGUEZ, V E              05/29/08      9.79   8358945    565321     06/16/08
      Buchanan Ingersoll
PHOTOCOPYING 0820
   PHOTOCOPYING             MARTORANA, K R              06/03/08      0.40   8350454    562755     06/09/08
   MARTORANA, KEITH R
   PHOTOCOPYING             MARTORANA, K R              06/19/08      4.50   8369379    570986     06/26/08
   MARTORANA, KEITH R
   PHOTOCOPYING             MARTORANA, K R              06/24/08      0.70   8369380    570986     06/26/08
   MARTORANA, KEITH R

       Costs Total :                                                 15.39
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                  PAGE   8
                                             *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/29/2008 10:37:10
Matter No: 056772-00008                            Orig Prtnr : CRED. RGTS - 06975         Proforma Number:  2630310
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status : ACTIVE

      B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    C O S T S    S U M M A R Y
Code Description                 Amount          Bill       W/o / W/u        Transfer To     Clnt/Mtr      Carry Forward

0820 PHOTOCOPYING                  5.60  _____  _____  _____  _____
0930 MESSENGER/COURIER             9.79  _____  _____  _____  _____
                                 ------
          Costs Total :           15.39
```