alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    9

Run Date & Time: 07/29/2008 10:37:10

Matter No: 056772-00010                                          Orig Prtnr : CRED. RGTS - 06975        Proforma Number: 2650110
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CHAIR. ANALYSIS OBJ. & RES. [NON-ASBESTOS]         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                               Status : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                    TO:
UNBILLED DISB FROM: 05/30/2008                         TO: 06/30/2008

                            FEES               COSTS
                         ---------           ---------
GROSS BILLABLE AMOUNT:       0.00              370.47
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                             06/30/2008
CLOSE MATTER/FINAL BILLING?        YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                UNAPPLIED CASH

FEES:                         0.00
DISBURSEMENTS:              370.47         UNIDENTIFIED RECEIPTS:       0.00
FEE RETAINER:                0.00         PAID FEE RETAINER:           0.00
DISB RETAINER:               0.00         PAID DISB RETAINER:          0.00
TOTAL OUTSTANDING:         370.47         TOTAL AVAILABLE FUNDS:       0.00
                                          TRUST BALANCE:
                                          BILLING HISTORY

DATE OF LAST BILL:        04/30/08        LAST PAYMENT DATE:        06/03/08
LAST BILL NUMBER:                         ACTUAL FEES BILLED TO DATE:  3,564.50
                          469790          ON ACCOUNT FEES BILLED TO DATE:  0.00
                                          TOTAL FEES BILLED TO DATE:   3,564.50
LAST BILL THRU DATE:      03/31/08        FEES WRITTEN OFF TO DATE:
                                          COSTS WRITTEN OFF TO DATE:     85.61

                                          Write Down/Up Reason Codes:
                         (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
                         (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
                         (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding              (10) Client Arrangement

FOR ACCTG USE ONLY:

BILL NUMBER:             DATE OF BILL:              Processed by:                   FRC:                     CRC:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    10

Run Date & Time: 07/29/2008 10:37:10

Client No./056072.00010                                  Orig Prtnr : CRED RGHTS - 06975
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495
Matter Name : CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Master Opened : 07/27/2004                               Status     : ACTIVE

Proforma Number: 2630310
Bill Frequency: M

U N B I L L E D   C O S T S   S U M M A R Y  ------- Total Unbilled -------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0820 | PHOTOCOPYING | 05/30/08 | 06/17/08 | 57.20 |
| 0840 | MANUSCRIPT SERVICE | 06/17/08 | 06/17/08 | 0.00 |
| 0841 | RESEARCH SERVICES | 06/26/08 | 06/26/08 | 243.00 |
| 0930 | LEXIS/NEXIS ON-LINE RESEARCH | 06/22/08 | 06/20/08 | 0.03 |
| 0942 | MEALS/IN-HOUSE | 06/15/08 | 06/15/08 | 12.94 |
| 0950 | OUT-OF-TOWN TRAVEL | 06/30/08 | 06/30/08 | 57.50 |
|  | Total |  |  | 370.47 |

B I L L I N G   &   P A Y M E N T   H I S T O R Y  (Reflects Payments As of 07/29/08 10:37:10)

| Bill Date Thru Date Bill# | ---- Fee & OA ---- Billed | -- Disbursement -- | ---- Applied From OA ---- | ---- Collections ---- Total | Date | Balance Due |
|---|---|---|---|---|---|---|
| PRIOR TO 2004 | | | | | | |
| 11/20/07 10/31/07 477867 | 1,070.00 | .00 | | 1,070.00 | 01/16/08 | |
| 02/08/08 12/31/07 485312 | 2,010.00 | .00 | | 2,010.00 | 03/19/08 | |
| 03/31/08 02/29/08 488256 | 610.00 | .00 | | 610.00 | 03/19/08 | |
| 04/30/08 03/31/08 489790 | 2,223.00 | .00 | | 2,223.00 | 06/02/08 | |
| 07/29/08 05/31/08 497316 | 3,451.50 | 370.47 | | 3,451.50 | 06/03/08 | 370.47 |
|  |  | .00 |  | .00 |  | 370.47 |
| Total: | 9,564.50 | 370.47 | | 9,564.50 | | 370.47 |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL, LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    11

Run Date & Time: 07/29/2008 10:37:10

Matter No: 056772-00010       Orig Prtnr : CRED. RGTS - 06975        Proforma Number: 2610510
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001       Status : ACTIVE

UNBILLED COSTS DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING | RODRIGUEZ, V. E | 05/30/08 | 56.40 | 8350453 | 562755 | 06/09/08 |
| RODRIGUEZ, VIVIAN E. | | | | | | |
| MEALS/IN-HOUSE 0892 | | | | | | |
| MEALS/IN-HOUSE | MARTORANA, K R | 06/15/08 | 12.94 | 8368070 | 570287 | 06/25/08 |
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING | BENTLEY, P | 06/17/08 | 0.30 | 8351361 | 566790 | 06/16/08 |
| BENTLEY, PHILIP | | | | | | |
| MANUSCRIPT SERVICE 0840 | | | | | | |
| MANUSCRIPT SERVICE | KELLERMAN, M | 06/12/08 | 0.00 | 8365546 | 568282 | 06/23/08 |
| LEXIS/NEXIS ON-LINE RESEARCH 0921 | | | | | | |
| LEXIS/NEXIS ON-LINE | MARTORANA, K R | 06/21/08 | 229.83 | 8381137 | 575836 | 07/02/08 |
| RESEARCH SERVICES 0841 | | | | | | |
| RESEARCH SERVICES | ROUSE, E R | 06/26/08 | 17.10 | 8377050 | 575059 | 07/02/08 |
| K.Martorana & email updates for WR Grace filings. | | | | | | |
| OUT-OF-TOWN TRAVEL 0950 | | | | | | |
| OUT-OF-TOWN TRAVEL- VENDOR- CITIBANK 04/23/08 | MANNAL, D M | 06/30/08 | 53.50 | 8376771 | 573856 | 07/01/08 |
| COURT CALL LLC- DOUGLAS MANNAL | | | | | | |

Costs Total :       370.47

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    12

Run Date & Time: 07/29/2008 10:37:10

Matter No: 056772-00010                            Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2630310
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status    : ACTIVE

B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    C O S T S    S U M M A R Y

| Code | Description | Amount | Bill | N/C / W/U | Transfer To | Clnt/Mtr | Carry Forward |
|------|-------------|--------|------|-----------|-------------|----------|---------------|
| 0820 | PHOTOCOPYING | 57.20 | | | | | |
| 0840 | MANUSCRIPT SERVICE | 0.00 | | | | | |
| 0841 | RESEARCH SERVICES | 13.00 | | | | | |
| 0921 | LEXIS/NEXIS ON-LINE RESEA | 229.83 | | | | | |
| 0942 | MEALS/IN-HOUSE | 12.94 | | | | | |
| 0950 | OUT-OF-TOWN TRAVEL | 57.50 | | | | | |
| | Costs Total : | 370.47 | | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    13

Run Date & Time: 07/29/2008 10:37:10

Matter No: 056772-00019                                     Orig Prtnr : CRED. RGTS. - 06975          Proforma Number:    2630310
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976    Status : ACTIVE
Matter Opened : 09/06/2002

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                         TO:
UNBILLED DISB FROM:          06/02/2008                     TO:      06/30/2008

|  | FEES | COSTS |
|---|---|---|
| | | 793.10 |

GROSS BILLABLE AMOUNT:                    0.00
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                                                     06/30/2008
CLOSE MATTER/FINAL BILLING?          YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:          BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                                           UNAPPLIED CASH

FEES:                       28,616.00
DISBURSEMENTS:                 912.60          UNIDENTIFIED RECEIPTS:            0.00
FEE RETAINER:                    0.00          PAID FEE RETAINER:               0.00
DISB RETAINER:                   0.00          PAID DISB RETAINER:              0.00
TOTAL OUTSTANDING:          29,528.60          TOTAL AVAILABLE FUNDS:           0.00
                                               TRUST BALANCE:

BILLING HISTORY

DATE OF LAST BILL:          06/30/08           LAST PAYMENT DATE:            07/29/08
LAST BILL NUMBER:           494523             ACTUAL FEES BILLED TO DATE:   306,477.50
                                               ON ACCOUNT FEES BILLED TO DATE:      0.00
                                               TOTAL FEES BILLED TO DATE:    306,477.50
LAST BILL THRU DATE:        05/31/08           FEES WRITTEN OFF TO DATE:       6,667.18
                                               COSTS WRITTEN OFF TO DATE:      1,215.35

FOR ACCTG USE ONLY:       Write Down/Up Reason Codes:

(1) Exceeded Fixed Fee              (4) Excessive Legal Time        (7) Fixed Fee
(2) Late Time & Costs Posted        (5) Business Development         (8) Premium
(3) Pre-arranged Discount           (6) Summer Associate            (9) Rounding      (10) Client Arrangement

BILL NUMBER:             DATE OF BILL:               Processed by:                   FRC:                CRC:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   14

Run Date & Time: 07/29/2008 10:37:10

Matter No: 056772-00019                                                      Orig Prtnr : CRED. RGTS - 06975        Proforma Number:   2530310
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                              Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                                                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                          Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y   ------------ Total Unbilled ------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------------|--------------|--------------|
| 0840 | MANUSCRIPT SERVICE | 06/03/08 | 06/03/08 | 0.00 |
| 0940 | CAB FARES | 06/02/08 | 06/02/08 | 56.00 |
| 0942 | MEALS/IN-HOUSE | 06/02/08 | 06/02/08 | 91.31 |
| 0950 | OUT-OF-TOWN TRAVEL | 06/30/08 | 06/30/08 | 622.00 |
| 0951 | MEALS/T & E | 06/02/08 | 06/02/08 | 23.79 |

Total                                                                       793.10

B I L L I N G   &   P A Y M E N T   H I S T O R Y   (Reflects Payments As of 07/29/08 10:37:10)

|  | | Billed | | Applied | ---- Collections ---- | | Balance |
| Bill Date Thru Date Bill# | | Fee & OA | Disbursement | From OA | Total | Date | Due |
|---|---|---|---|---|---|---|---|
| PRIOR TO 2004 | | 60,138.32 | 210.54 | | 60,348.86 | | |
| YEAR 2005 | | 44,125.50 | 2,412.10 | | 46,537.60 | | |
| YEAR 2006 | | 62,201.00 | 5,524.70 | | 67,725.70 | 01/25/07 | |
| 02/12/07 12/31/06   456131 | | 17,934.00 | 367.25 | | 18,301.25 | 10/29/07 | |
| 02/28/07 01/31/07   456537 | | 8,615.00 | 537.83 | | 9,153.81 | 10/29/07 | |
| 03/30/07 02/28/07   459408 | | 7,645.00 | 857.70 | | 8,153.81 | 10/29/07 | |
| 03/30/07 03/31/07   461862 | | 135.00 | 756.31 | | 373.70 | 12/22/07 | |
| 06/30/07 04/30/07   464119 | | 19,680.00 | | | 20,416.31 | 12/27/07 | |
| 06/28/07 05/31/07   466521 | | 29,603.00 | 1,907.65 | | 31,510.65 | 10/29/07 | |
| 07/27/07 06/30/07   467096 | | 7,683.00 | .00 | | 7,683.00 | 12/27/07 | |
| 08/25/07 07/31/07   470534 | | 4,913.00 | .00 | | 4,913.00 | 04/15/08 | |
| 09/27/07 08/31/07   472559 | | 2,144.00 | .00 | | 2,144.00 | 04/25/08 | |
| 10/11/07 09/30/07   475048 | | | 404.77 | | 404.77 | 12/11/07 | |
| 11/20/07 10/31/07   477067 | | 3,793.50 | .00 | | 3,793.50 | 07/23/08 | 3,167.00 |
| 12/31/07 11/30/07   479846 | | 5,382.00 | .00 | | 5,382.00 | 07/29/08 | 2,515.50 |
| 02/08/08 12/31/07   481722 | | 3,167.00 | .00 | | .00 | | 5,557.50 |
| 03/31/08 02/29/08   488256 | | 2,515.50 | | | .00 | | 5,557.50 |
| 04/30/08 03/31/08   489790 | | 5,557.50 | 416.25 | | 416.25 | 06/03/08 | 11,665.00 |
| 05/20/08 04/30/08   490934 | | 11,665.00 | .00 | | 793.10 | 07/29/08 | 11,665.00 |
| 06/30/08 05/31/08   494323 | | 5,880.00 | 1,153.10 | | .00 | | 5,880.00 |
| 07/29/08 05/31/08   497336 | | .00 | 793.10 | | .00 | | 793.10 |

Total                              302,310.32      15,498.73                    286,080.55                        29,528.60

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE  15

Run Date & Time: 07/29/2008 10:37:10

| Matter No.: 056792-00119 | | | Orig Prtnr : CRED RGTS - 06975 | | ProForma Number: 2630310 |
| Client Name : W.R. GRACE & CO. EQUITY COMMITTEE | | | Bill Prtnr : BENTLEY PHILIP - 02495 | | Bill Frequency: M |
| Matter Name : MEETINGS | | | Supv Prtnr : MAYER THOMAS MOERS - 03976 | | |
| Matter Opened : 05/06/2002 | | | | | Status      : ACTIVE |

UNBILLED   COSTS   DETAIL

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| CAB FARES 0940 | | | | | | |
| KEITH R MARTORANA | MARTORANA, K R | 06/02/08 | 45.00 | 8360641 | 566157 | 06/17/08 |
| CAB FARES | MARTORANA, K R | 06/02/08 | 51.00 | 8380881 | 575814 | 07/03/08 |
| CAB FARES ODYSSEY | | | | | | |
| MEALS/IN-HOUSE 0942 | | | | | | |
| JULIET RAMDIN, CASHIER | MARTORANA, K R | 06/02/08 | 10.81 | 8349056 | 562150 | 06/06/08 |
| MEALS/IN-HOUSE - VENDOR-JULIET RAMDIN, CASHIER | | | | | | |
| MEALS/IN & E 0951 | | | | | | |
| KEITH R MARTORANA | MARTORANA, K R | 06/02/08 | 23.79 | 8360640 | 566157 | 06/17/08 |
| Electronic, L (4) SSP America, Guests: Keith Ma | | | | | | |
| rtorana  Affiliation  Business Discussed: | | | | | | |
| MANUSCRIPT SERVICE 0840 | | | | | | |
| MANUSCRIPT SERVICE | TAYLOR, P | 06/03/08 | 0.00 | 8349208 | 562401 | 06/09/08 |
| OUT-OF-TOWN TRAVEL 0950 | | | | | | |
| DINERS CLUB CITICORP DIN | MARTORANA, K R | 06/30/08 | 389.25 | 8379366 | 575990 | 07/01/08 |
| OUT-OF-TOWN TRAVEL - VENDOR - DINERS CLUB | | | | | | |
| CITICORP DINERS CLUB 6/2/2008    LGA TO PIT  TO | | | | | | |
| LGA | | | | | | |
| DINERS CLUB CITICORP DIN | MARTORANA, K R | 06/30/08 | 273.25 | 8379026 | 575990 | 07/01/08 |
| OUT-OF-TOWN TRAVEL - VENDOR - DINERS CLUB | | | | | | |
| CITICORP DINERS CLUB 6/23/2008   NYP TO Nairobi | | | | | | |
| TO NYP | | | | | | |
| | | | | | | |
| Costs Total : | | | 793.10 | | | |

alp_132r: Matter Detail

PAGE 16

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 07/23/2008 10:37:10

Matter No.: 056772-00019
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : HEARINGS
Matter Opened : 09/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number: 2150310
Bill Frequency: M
Status   ACTIVE

BILLING INSTRUCTIONS FOR UNBILLED COSTS SUMMARY

| Code Description | Amount | Bill | W/o / W/u | Transfer To | Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|---|
| 0840 MANUSCRIPT SERVICE | 0.00 | | | | | |
| 0930 CAB FARES | 96.00 | | | | | |
| 0942 MEALS/IN-HOUSE | 10.81 | | | | | |
| 0950 OUT-OF-TOWN TRAVEL | 662.50 | | | | | |
| 0951 MEALS/T & E | 23.79 | | | | | |
| Costs Total : | 793.10 | | | | | |

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    17

Run Date & Time: 07/29/2008 10:37:10

Matter No: 056772-00036
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL/NON-WORKING
Matter Opened : 10/06/2002

Orig Prtnr : CRED. RGTS - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number:    2630310
Bill Frequency: M

Status    : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:
UNBILLED DISB FROM:

TO:
TO:

FEES                        COSTS

GROSS BILLABLE AMOUNT:          0.00                0.00
AMOUNT WRITTEN DOWN:
    PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
    THRU DATE:
CLOSE MATTER/FINAL BILLING?     YES    OR    NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495    WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:

ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

FEES:                       13,183.75          UNIDENTIFIED RECEIPTS:         0.00
DISBURSEMENTS:                   0.00          PAID FEE RETAINER:             0.00
FEE RETAINER:                    0.00          PAID DISB RETAINER:            0.00
DISB RETAINER:                   0.00          TOTAL AVAILABLE FUNDS:         0.00
TOTAL OUTSTANDING:          13,183.75          TRUST BALANCE:

                                               BILLING HISTORY

DATE OF LAST BILL:          05/27/08          LAST PAYMENT DATE:         07/25/08
LAST BILL NUMBER:           499924            ACTUAL FEES BILLED TO DATE:   114,815.75
                                              ON ACCOUNT FEES BILLED TO DATE:
                                              AMOUNT FEES BILLED TO DATE:   114,815.75
LAST BILL THRU DATE:        04/30/08          FEES WRITTEN OFF TO DATE:      25,912.27
                                              COSTS WRITTEN OFF TO DATE:      0.00

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
(1) Exceeded Fixed Fee          (4) Excessive Legal Time      (7) Fixed Fee
(2) Late Time & Costs Posted    (5) Business Development       (8) Premium
(3) Pre-arranged Discount       (6) Summer Associate           (9) Rounding         (10) Client Arrangement

BILL NUMBER:              DATE OF BILL:          Processed by:                   FRC:              CRC:

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   18

Run Date & Time: 07/29/2008 10:37:10

Matter No: 056772-00028
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE
Matter Name : TRAVEL/NONWORKING
Matter Opened : 10/04/2002

Orig Prtnr : NRED_NGRP - 06975
Bill Prtnr : BENTLEY PHILIP - 02495
Supv Prtnr : MAYER THOMAS MOERS - 03976

Proforma Number : 2530310
Bill Frequency: M

Status     : ACTIVE

BILLING & PAYMENT HISTORY (Reflects Payments As of 07/29/08 10:37:10)

| Bill Date Thru Date Billed | | Fees & OA | Billed Disbursement | Applied From OA | Collections Total | Date | Balance Due |
|---|---|---|---|---|---|---|---|
| PRIOR TO 2004 | | 10,024.00 | 1,990.70 | | 12,014.70 | | |
| YEAR 2004 | | 26,539.50 | 1,672.20 | | 28,211.70 | | |
| YEAR 2005 | | 21,465.00 | 331.50 | | 21,860.50 | 07/25/07 | |
| 02/12/07 12/31/06 454121 | | 8,952.50 | .00 | | 8,952.50 | 07/25/07 | |
| 02/28/07 01/31/07 456537 | | 1,072.00 | .00 | | 1,072.00 | 10/29/07 | |
| 03/20/07 03/13/07 456408 | | 3,480.00 | 559.05 | | 4,039.05 | 10/29/07 | |
| 05/31/07 04/30/07 464449 | | 3,422.00 | .00 | | 3,422.00 | 12/27/07 | |
| 06/28/07 05/31/07 466511 | | 5,365.23 | .00 | | 5,365.23 | 12/27/07 | |
| 07/17/07 06/30/07 467656 | | 6,825.00 | .00 | | 6,825.00 | 12/27/07 | |
| 09/17/07 07/31/07 473649 | | 2,177.50 | .00 | | 2,177.50 | 04/15/08 | |
| 10/31/07 08/31/07 425048 | | .00 | 1,454.45 | | 1,454.45 | 12/11/07 | |
| 11/20/02 10/31/07 477862 | | .00 | .00 | | 3,185.00 | 07/29/08 | |
| 12/31/07 11/30/07 479866 | | 3,465.00 | .00 | | 3,465.00 | 07/29/08 | |
| 03/31/08 02/29/08 486356 | | 4,701.25 | 240.00 | | 240.00 | 06/02/08 | 4,701.25 |
| 04/30/08 03/31/08 489799 | | 1,910.00 | .00 | | .00 | | 1,910.00 |
| 05/27/08 04/30/08 490922 | | 4,572.50 | .00 | | .00 | | 4,572.50 |
| Total: | | 104,660.48 | 6,369.10 | | 97,845.83 | | 13,183.75 |