## Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555      Fax:   (302) 575-1714

WR Grace PD Committee                                     June 1, 2008 to June 30, 2008

Invoice No. 27650

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|---|------|--------|
| B14 | Case Administration - | 20.80 | 4,353.50 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 3.00 | 832.50 |
| B18 | Fee Applications, Others - | 6.30 | 1,048.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 26.90 | 7,253.00 |
| B25 | Fee Applications, Applicant - | 3.90 | 809.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 8.30 | 2,324.00 |
| B32 | Litigation and Litigation Consulting - | 0.40 | 81.00 |
| B36 | Plan and Disclosure Statement - | 1.40 | 392.00 |
| B37 | Hearings - | 11.60 | 3,248.00 |
| B40 | Employment Applications, Others - | 1.30 | 364.00 |
| B41 | Relief from Stay Litigation - | 0.10 | 28.00 |
| | **Total** | **84.00** | **$20,733.50** |
| | **Grand Total** | **84.00** | **$20,733.50** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------------|------|-------|--------|
| Lisa L. Coggins | 215.00 | 2.60 | 559.00 |
| Rick S. Miller | 275.00 | 1.50 | 412.50 |
| Steven G. Weiler | 190.00 | 5.00 | 950.00 |
| Theodore J. Tacconelli | 280.00 | 62.90 | 17,612.00 |
| Legal Assistant - MH | 100.00 | 9.60 | 960.00 |
| Legal Assistant - NMC | 100.00 | 2.40 | 240.00 |
| **Total** | | **84.00** | **$20,733.50** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                   **$2,914.79**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Jun-01-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in State of Montana preliminary injunction appeal | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review ZAI materials re ZAI bar date motion in preparation for hearing tomorrow | 1.70 | TJT |
| | *Case Administration* - Review Kramer Levine April 2008 Fee Application | 0.10 | TJT |
| | *Case Administration* - Review memos from S. Weiler re status of various appeals in district court and 3rd circuit | 0.10 | TJT |
| | *Case Administration* - Prepare memo to paralegal re appeal 08-91 | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine 28th Quarterly Fee Application | 0.10 | TJT |
| Jun-02-08 | *Committee, Creditors', Noteholders' or* - confer with TJT re: hearing on ZAI issues | 0.50 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re researching PD claim issues (.2); conduct research re same (.5); report results to T. Tacconelli re same (.2) | 0.90 | SGW |
| | *Case Administration* - 6/2/08 hearing follow-up (.1); advise T. Tacconelli re same (.1) | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review prior Kinsella article re notice | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with committee member re PD claim issues and confer with S. Weiler re same | 0.20 | TJT |
| | *Case Administration* - Review Reed Smith April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Lawson Lundell 1st Quarterly Fee Application | 0.10 | TJT |
| | *Hearings* - trade multiple e-mails with J. Sakalo re preparation for hearing today | 0.40 | TJT |
| | *Hearings* - Teleconference with J. Sakalo re preparation for hearing today | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 5.40 | TJT |
| | *Case Administration* - determine allocation of fee app payment (Feb. 08), submit supporting documents to T. Tacconelli and accounting for review | 0.10 | MH |
| | *Case Administration* - Review docket re case status for week ending 5/30/08, memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| Jun-03-08 | *Case Administration* - Review case status memo for week ending 5/30/08 | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - confer with TJT re: results of Court hearing | 0.50 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with T. Tacconelli re further research of PD issues (.1); conduct research re same (.6); obtain and review relevant documents re same 1.3); follow-up discussion with T. Tacconelli re same (.2) | 2.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review hearing notes re ZAI bar date and related issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with RSM re ZAI bar date issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re PD claim issues | 0.30 | TJT |

| | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review continuation order re 18th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review supplemental 2019 statement by Cooney Conway | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 5/30/08 | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag and Day Pitney April Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review 2 miscellaneous Fee Auditor's Final Reports for 27th interim period | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for April 08 | 0.30 | TJT |
| | *Hearings* - Confer with S. Weiler re 6/2/08 hearing follow-up | 0.10 | TJT |
| Jun-04-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' answering brief in State of Montana appeal 08-246 | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re debtors' objection to Mass. Dept. of Revenue claim | 0.10 | TJT |
| | *Case Administration* - Review docket and order entered in L. Tersigni bankruptcy case | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re K&E 27th interim period with attachments | 0.20 | TJT |
| | *Case Administration* - Review 8 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review BMC Group March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Beveridge & Diamond 11th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by E. Mooney dated 6/3/08 | 0.10 | TJT |
| | *Case Administration* - determine allocation of fee app payment (Mar. 08), submit supporting documents to T. Tacconelli and accounting for review | 0.10 | MH |
| Jun-05-08 | *Fee Applications, Applicant* - Review Certificate of No Objection re 28th Quarterly Fee Application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with M. Joseph re ZAI issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in Mission Towers appeal 08-1044 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order authorizing settlement of the proof of claim filed by US re various environmental liabilities | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review docket and documents in State of NJDEP appeal in 3rd circuit 08-2069 | 0.90 | TJT |
| | *Case Administration* - Prepare correspondence to J. Sakalo re possible objection to debtors' current pension contribution motion and review motion | 0.20 | TJT |
| | *Case Administration* - Review Capstone March Fee Application | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by Motley Rice | 0.10 | TJT |
| | *Case Administration* - Confer with S. Weiler re possible objection to current pension contribution motion | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | pending 3rd circuit, district court and adversary proceedings | | |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J.  Sakalo re committee meeting | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's 28th Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's 28th Quarterly Fee Application | 0.30 | MH |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 1.00 | NMC |
| Jun-06-08 | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin 28th Quarterly Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re HRA 23rd Quarterly Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Review Fee Auditor's Final Report re Bilzin and forward same to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re hearing on ZAI class motion on 7/22 | 0.10 | TJT |
| | *Case Administration* - Review order approving settlement between debtors and EPA re Libby with attachment | 0.30 | TJT |
| | *Case Administration* - Review Casner 17th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Confer with S. Weiler re debtors' motion to make pension contributions | 0.10 | TJT |
| | *Case Administration* - Confer with paralegal re status memos | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's 28th Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's 28th Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA's 23rd Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's 23rd Quarterly Fee Application | 0.30 | MH |
| Jun-07-08 | *Case Administration* - Review 4 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review Latham Watkins 26th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review docket in L. Tersigni bankruptcy case | 0.10 | TJT |
| | *Case Administration* - Review PSZY&J 27th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review LAS April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Charter Oak April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review BMC Group 21st Quarterly Fee Application | 0.10 | TJT |
| Jun-08-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review 6/2/08 hearing notes re PD claim issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review documents re PD | 0.70 | TJT |

|  | | | |
|---|---|---|---|
| | claims not settled yet | | |
| | *Case Administration* - Review Nelson Mullins 27th Quarterly Fee Application | 0.10 | TJT |
| | *Hearings* - e-mail S. Weiler re 6/2/08 hearing follow-up | 0.10 | TJT |
| Jun-09-08 | *Case Administration* - Review case status memo for week ending 6/6/08 | 0.10 | LLC |
| | *Case Administration* - Review Fee Auditor's Final Report re Fee Applications without issues and forward same to M. Hedden | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* -Confer with TJT re; ZAI bar date issues | 0.20 | RSM |
| | *Case Administration* - 6/2/08 hearing follow-up and advise T. Tacconelli re same | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of hearing re motion by ZAI claimants for class proof of claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from committee member re PD claim issues | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re PD claim issues | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in main case re ZAI issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re ZAI class claim motion hearing on 7/22 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 4/25/05 hearing transcript re Solow claim issues | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re pending ZAI motions | 0.10 | TJT |
| | *Case Administration* - Review K&E April Fee Application | 0.30 | TJT |
| | *Case Administration* - Review second amended 2019 statement by S. Shackleford | 0.10 | TJT |
| | *Case Administration* - Review 6th supplemental affidavit of Orrick | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Stroock April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re no objections for 27th interim period | 0.10 | TJT |
| | *Hearings* - Confer with S. Weiler re 6/2/08 hearing follow-up | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 6/6/08, memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
| Jun-10-08 | *Case Administration* - 6/2/08 hearing follow-up (.2); confer with T. Tacconelli re same (.1) | 0.30 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from C. Grecco re proposed orders and Certificates of Counsel re 3 ZAI motions | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review draft Certificate of Counsel and proposed order re ZAI claimants' motion to dismiss individual ZAI claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review draft Certificate of Counsel and proposed order re ZAI claimants' motion to lift stay | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review draft Certificate of Counsel and proposed order re ZAI claimants' motion to appoint expert for court | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with B. Sullivan re ZAI issues | 0.40 | TJT |

| | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's motion for leave to appeal order denying class certification with attachment | 0.90 | TJT |
| | *Case Administration* - Review case status memo for week ending 6/6/08 | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection filed by debtors re pension contribution motion | 0.10 | TJT |
| | *Case Administration* - Prepare e-mail to J. Sakalo re case administration issues | 0.10 | TJT |
| | *Hearings* - Review e-mail from M. Hurford re preliminary agenda for 6/23/08 hearing and review same | 0.10 | TJT |
| | *Hearings* - Confer with S. Weiler re 6/2/08 hearing follow-up | 0.10 | TJT |
| | *Case Administration* - - Organize and condense fee apps and CNOs filed by PD Committee from Nov. 07 to current re various parties, pull ECF sheets in preparation for scanning, group/organize ECF sheets re Bilzin, HRA  and Ferry, Joseph & Pearce's fee apps and CNOs, scan same | 1.80 | MH |
| | *Case Administration* - download 6/2/08 hearing transcript | 0.10 | MH |
| Jun-11-08 | *Case Administration* - 6/2/08 hearing follow-up (.1); confer with T. Tacconelli re same (.1) | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review   notice of appeal by Anderson Memorial Hospital re denial of motion for class certification | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 6/2/08 hearing transcript re ZAI matters re bar date | 2.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by Baron and Budd | 0.10 | TJT |
| | *Employment Applications, Others* - Review amendment to FCR's motion to modify retention of Piper Jaffery with attachments | 0.40 | TJT |
| | *Employment Applications, Others* - Review FCR's motion to retain Tri-Angeli with attachments | 0.50 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 6/2/08 hearing transcript | 0.10 | TJT |
| | *Hearings* - Review e-mail from S. Weiler re 6/2/08 hearing transcript re revisions by transcriber | 0.10 | TJT |
| | *Case Administration* - download revised 6/2/08 hearing transcripts | 0.10 | MH |
| Jun-12-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Finish reviewing 6/2/08 hearing transcript re ZAI bar date and related issues | 2.20 | TJT |
| | *Case Administration* - Review PGS April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Lansen Lundell | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re committee meeting | 0.10 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | NMC |
| Jun-13-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel and proposed order re ZAI claimants' motion to dismiss individual ZAI claim and compare to previous draft of Certificate of Counsel and proposed order | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel and proposed order re ZAI claimants' motion to lift stay and compare to previous draft of Certificate of Counsel and proposed order | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel | 0.20 | TJT |

|  | and proposed order re ZAI claimants' motion to appoint expert for court and compare to previous draft of Certificate of Counsel and proposed order |  |  |
|--|--|--|--|
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re proposed ZAI bar date order | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena and J. Sakalo re Certificate of Counsel and proposed ZAI bar date order | 0.30 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Bilzin's 27th interim period | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re PSZY&J 27th interim period | 0.10 | TJT |
|  | *Case Administration* - Review W. Smith and Assoc. Oct., Nov. and Dec. Fee Applications | 0.10 | TJT |
| Jun-14-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review proposed order re ZAI bar date with attachments | 1.20 | TJT |
|  | *Case Administration* - Review PSZY&J April Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review 6 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
|  | *Relief from Stay Litigation* - Review Notice of Service of discovery by Mian Realty to debtors | 0.10 | TJT |
| Jun-15-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in Mission Towers 3rd circuit appeal | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review documents filed in NJDEP appeal in 3rd circuit 08-2069 | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion to shorten notice filed by BNSF re its motion for clarification | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review BNSF's motion for clarification | 0.20 | TJT |
|  | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| Jun-16-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with M. Joseph re ZAI bar date order and related issues | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with committee member re PD claim issues | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' objection to lender's request for default interest rate on unsecured claim with attachments | 1.80 | TJT |
|  | *Case Administration* - Review 24th supplemental affidavit of K&E | 0.10 | TJT |
|  | *Case Administration* - Review Caplin Drysdale April Fee Application | 0.10 | TJT |
|  | *Hearings* - Review e-mail from J. Sakalo re 6/23/08 hearing agenda | 0.10 | TJT |
|  | *Case Administration* - Review docket re case status for week ending 6/13/08, memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| Jun-17-08 | *Case Administration* - Review agenda re 6/23/08 hearing | 0.10 | LLC |
|  | *Case Administration* - Review case status memo re week ending 6/13/08 | 0.10 | LLC |
|  | *Case Administration* - Review letter from court change of hearing date and forward to M. Hedden | 0.10 | LLC |
|  | *Committee, Creditors', Noteholders' or* - Confer with T. Tacconelli re: | 0.30 | RSM |

|  | proposed orders re: ZAI | | |
|---|---|---|---|
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order setting ZAI bar date with attachment | 0.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re ZAI bar date order | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* Review Canadian ZAI claimants' motion to establish cross border protocol with attachments | 0.80 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence to S. Baena re Canadian ZAI claimants' motion to establish cross border protocol | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Research re authorities cited in Canadian ZAI claimants' motion to establish cross border protocol with Canadian court | 1.90 | TJT |
|  | *Case Administration* - Review case status memo for week ending 6/13/08 | 0.10 | TJT |
|  | *Case Administration* - Review Woodcock Washburn April Fee Application | 0.10 | TJT |
|  | *Hearings* - Review agenda for 6/23/08 hearing | 0.10 | TJT |
|  | *Hearings* - Review notice by court changing 8/25/08 hearing to 9/2/08 and correspond with co-counsel re same | 0.20 | TJT |
| Jun-18-08 | *Fee Applications, Others* - Review Certificate of No Objection re Hilsoft March, April 2008 for filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin April Fee Application for filing | 0.10 | LLC |
|  | *Fee Applications, Others* - Review Certificate of No Objection re HRA April Fee Application for filing | 0.10 | LLC |
|  | *Fee Applications, Others* -   Confer with T. Tacconelli re filing Bilzin's response to Fee Auditor's Final Report re 27th interim period (.1); revise, scan, and file same and advise T. Tacconelli re same (.4) | 0.50 | SGW |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Continue research re authorities cited in Canadian ZAI claimants' motion for protocol with Canadian court | 0.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order denying ZAI claimants' motion to appoint court expert | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order denying ZAI claimants' motion to lift stay | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re two ZAI orders and related issues | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order denying ZAI claimants' motion to dismiss one individual ZAI claim | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Wall Street Journal re debtors' objection to bank claims and related issues | 0.10 | TJT |
|  | *Case Administration* - Review W. Smith and Assoc. May Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review 2 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
|  | *Case Administration* - Review order allowing debtor to make pension contribution | 0.10 | TJT |
|  | *Fee Applications, Others* - Review correspondence from J. Sakalo re Bilzin objection to Fee Auditor's Final Report for 27th interim period | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | and correspond with J. Sakalo re same | | |
| | *Fee Applications, Others* - Review and revise Bilzin's objection to Fee Auditor's Final Report for 27th interim period, confer with S. Weiler and paralegal re filing and service of same | 0.40 | TJT |
| | *Employment Applications, Others* - Review debtors' motion to modify retention of Reed Smith | 0.30 | TJT |
| | *Employment Applications, Others* - Memo to paralegal re debtors' motion to modify retention of Reed Smith | 0.10 | TJT |
| | *Case Administration* - Research and print biographies for Reed Smith attorneys for review by T. Tacconelli | 0.10 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - edit Bilzin's response to Fee Auditor's Final Report re 27th interim period; prepare Certificate of Service re same; prepare same for e-filing and arrange for service; e-mail filed Response to J. Sakalo | 0.40 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Hilsoft Mar-April 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Hilsoft Mar.-April 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Bilzin's April 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin April 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection  and Certificate of Service re HRA April 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection and Certificate of Service re HRA April Fee Application | 0.30 | MH |
| Jun-19-08 | *Fee Applications, Others* - Confer with T. Tacconelli re status of certain professional fees | 0.30 | LLC |
| | *Litigation and Litigation Consulting* - Obtain brief in opposition to Anderson Memorial Hospital's application for appeal denying class certification and confer with T. Tacconelli re same | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re order denying ZAI claimants'   motion to dismiss one ZAI claim | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to approve settlement with MDEQ with attachments | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to approve settlement with IRS with attachments | 1.40 | TJT |
| | *Case Administration* - Review PWC April Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re committee meeting and agenda and review agenda | 0.20 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.80 | TJT |
| | *Fee Applications, Others* - Correspond with M. Dies re second Fee Application of special counsel for PD Committee (x2), confer with L. Coggins re same | 0.50 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | NMC |

| | | | |
|---|---|---|---|
| Jun-20-08 | *Case Administration* - Review agenda re 6/23/08 hearing | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re possible upcoming filing | 0.20 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re April 08 Fee Application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re Can. ZAI claimants' motion to establish cross border protocol | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' brief in opposition to Anderson Memorial Hospital's motion for leave to appeal | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with L. Coggins re Can. ZAI claimants' motion to establish cross border protocol | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review designation of record on appeal by Anderson Memorial Hospital | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review statement of issues on appeal by Anderson Memorial Hospital | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of transmittal of Anderson Memorial Hospital appeal to district court | 0.10 | TJT |
| | *Case Administration* - Review Latham & Watkins April Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Correspond with J. Sakalo re objection by Bilzin Sumberg to Fee Auditor's Final Report for 27th interim period | 0.30 | TJT |
| | *Hearings* - Teleconference with Pachulski Stang re amended agenda for 6/23/08 hearing | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's April 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's April Fee Application | 0.30 | MH |
| Jun-21-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Continue research re authorities cited in Can. ZAI claimants' motion for establishment of cross border protocol | 1.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order denying BNFS motion to shorten notice re BNFS motion for clarification | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Memo to S. Weiler re new appeal in district court | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group Jan. and Feb. Fee Applications | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 6/23/08 hearing | 0.10 | TJT |
| Jun-22-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order dismissing BNFS motion for clarification | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review docket in NJDEP district court appeal | 0.10 | TJT |
| | *Case Administration* -   Review Olgivey Renault May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins April Fee Application | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 6/23/08 hearing | 1.80 | TJT |
| Jun-23-08 | *Case Administration* - Review entry of appearance and forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending | 0.10 | LLC |

|  | 6/20/08 |  |  |
|---|---|---|---|
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' opposition to NJDEP's motion to hold briefing in abeyance with attachments | 0.50 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Orrick 27th interim period | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Caplin Drysdale 27th interim period | 0.10 | TJT |
|  | *Case Administration* - Review entry of appearance by Paul Weiss on behalf of bank debt holders and forward to paralegal | 0.10 | TJT |
|  | *Case Administration* - Correspond with S. Baena re counsel for bank debt holders | 0.20 | TJT |
|  | *Case Administration* - Review docket in L. Tersigni bankruptcy case | 0.10 | TJT |
|  | *Case Administration* - Review notice of change of address for BMC Group and confer with paralegal re 2002 list | 0.20 | TJT |
|  | *Hearings* - Prepare for 6/23/08 hearing | 0.30 | TJT |
|  | *Hearings* - Attend Bankruptcy Court | 2.00 | TJT |
|  | *Case Administration* - Review docket re case status for week ending 6/20/08; memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
|  | *Case Administration* - update 2002 service lists and 2002 service labels | 0.40 | MH |
| Jun-24-08 | *Case Administration* - Review order approving Quarterly Fee Applications and forward same to M. Hedden | 0.10 | LLC |
|  | *Case Administration* - Review notice of withdrawal from service list and forward to M. Hedden | 0.10 | LLC |
|  | *Case Administration* - Review notice of address change and forward to M. Hedden | 0.10 | LLC |
|  | *Case Administration* - obtain district court appeal number re Anderson Memorial Hospital and forward to N. Crowley (.1) | 0.10 | SGW |
|  | *Case Administration* - 6/23/08 hearing follow-up (.1); advise T. Tacconelli re same (.1) | 0.20 | SGW |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Weiler re Anderson Memorial Hospital district court appeal | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re Mass. Dept. of Revenue claim | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review NJDEP opening brief and appendix in district court appeal 08-250 | 1.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review letter from Eastern Microfilm Corp. to clerk re status of claims | 0.10 | TJT |
|  | *Case Administration* - Review case status memo for week ending 6/20/08 | 0.10 | TJT |
|  | *Case Administration* - Review Beveridge and Diamond 12th Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review W. Smith and Assoc. 27th Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review order approving 27th interim period Quarterly Fee Applications with attachments | 0.20 | TJT |
|  | *Case Administration* - Review notice of withdrawal by Enron and forward to paralegal | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Retrieve voice mail message from committee member and prepare correspondence to committee member | 0.20 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Hearings* - Correspond with S. Weiler re 6/23/08 hearing follow-up | 0.10 | TJT |
| Jun-25-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review memo from S. Weiler re Anderson Memorial Hospital class action appeal in district court | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in Anderson Memorial Hospital class action appeal in district court | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion by BNSF dated 6/24/08 to shorten notice | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion by BNSF dated 6/24/08 for clarification | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Confer with M. Joseph re bank claims and entitlement to default rate interest | 0.20 | TJT |
|  | *Hearings* - Review 6/23/08 hearing notes | 0.20 | TJT |
|  | *Fee Applications, Applicant* - multiple conferences with paralegal re Ferry, Joseph & Pearce's May prebill | 0.20 | TJT |
|  | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's May prebill | 1.50 | TJT |
| Jun-26-08 | *Case Administration* - Review returned mail and forward same to M. Hedden | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Obtain and review NJDEP's reply to debtors' opposition to stay briefing in 3rd circuit appeal | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Obtain and review order denying NJDEP's motion to stay briefing in 3rd circuit appeal | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review docket re NJDEP appeal in 3rd circuit 08-2069 | 0.10 | TJT |
|  | *Case Administration* - Review Beveridge and Diamond April Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review 3 Certificates of No Objection filed by PI Committee | 0.10 | TJT |
|  | *Case Administration* - Review notice of withdrawal of proof of claim by Tennessee Dept. of Revenue | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re teleconference with committee | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Confer with paralegal re Ferry, Joseph & Pearce's May Fee Application | 0.10 | TJT |
|  | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's May 08 prebill | 0.30 | MH |
|  | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.60 | NMC |
| Jun-27-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby claimants' answering brief in appeal 08-2461 | 0.50 | TJT |
|  | *Case Administration* - Review correspondence from committee member re upcoming omnibus hearings and special hearings, review calendar and respond | 0.30 | TJT |
|  | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's May prebill and confer with paralegal re same | 0.30 | TJT |
| Jun-28-08 | *Case Administration* - Review Certificate of No Objection filed by debtor | 0.10 | TJT |
|  | *Case Administration* - Review debtors' motion to authorize loan against Coli's policies | 0.40 | TJT |
|  | *Case Administration* - Review Steptoe and Johnson 28th interim period | 0.10 | TJT |

Quarterly Fee Application

| | | | |
|---|---|---|---|
| | *Case Administration* - Review docket in L. Tersigni bankrupt y case | 0.10 | TJT |
| | *Case Administration* - Review document filed in L. Tersigni bankruptcy case | 0.20 | TJT |
| Jun-29-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting BNFS motion to shorten notice | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review stipulation between debtors' and Fair Harbor Capital | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review TPT amended March Fee Application | 0.10 | TJT |
| Jun-30-08 | *Case Administration* - 6/23/08 hearing follow-up and advise T. Tacconelli re same | 0.10 | SGW |
| | *Case Administration* - Review BIR May Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with paralegal re status of Bilzin Sumberg, HRA, and Hilsoft Fee Applications | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Research re plan issues | 1.40 | TJT |
| | *Fee Applications, Applicant* - Confer with paralegal re Ferry, Joseph & Pearce's May Fee Application | 0.10 | TJT |
| | Totals | 84.00 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Jun-02-08 | Photocopy Cost | 2.30 |
| | Photocopy Cost | 1.80 |
| | Photocopy Cost | 1.00 |
| Jun-03-08 | Photocopy Cost | 6.00 |
| | Photocopy Cost | 5.00 |
| | Photocopy Cost | 5.00 |
| | Photocopy Cost | 5.00 |
| | Photocopy Cost | 5.00 |
| | Photocopy Cost | 5.00 |
| | Photocopy Cost | 5.00 |
| | Photocopy Cost | 5.00 |
| | Photocopy Cost | 5.00 |
| | Photocopy Cost | 5.00 |
| | Photocopy Cost | 5.00 |
| Jun-10-08 | Blue Marble - hand deliveries (Inv # 9362) | 168.00 |
| Jun-12-08 | Blue Marble - copies 55.00; service 312.70 | 367.70 |
| Jun-17-08 | Blue Marble - copies 3.00; service 11.60 | 14.60 |
| | Tristate Courier & Carriage - delivery charge (Inv # 26659) | 13.00 |
| Jun-18-08 | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 4.00 |
| | Blue Marble - copies 493.20; service 404.30 | 897.50 |
| Jun-19-08 | Blue Marble - hand deliveries (Inv # 9411) | 56.00 |
| Jun-20-08 | West Law - Legal Research (April 08) Acct #1000634693; Inv # 815925285 | 79.94 |

**Invoice No. 27650**                    **Page 14 of 14**                    **August 1, 2008**

| | | |
|---|---|---:|
| Jun-24-08 | Photocopy Cost | 0.60 |
| Jun-25-08 | J&J Court Transcribers | 1,023.35 |
| Jun-26-08 | Wilmington Trust Co. - 6/2/08 court call hearing | 148.50 |
| Jun-27-08 | Blue Marble (copies 6.00; service 11.60) | 17.60 |
| Jun-30-08 | Photocopy Cost | 1.70 |
| | Photocopy Cost | 1.50 |
| | Photocopy Cost | 1.90 |
| | Blue Marble - hand deliveries (Inv # 9498) | 56.00 |
| | Totals | $2,914.79 |

**Total Fees & Disbursements**                    **$23,648.29**


**Balance Due Now**                    <u>**$23,648.29**</u>