**Attachment B**
**To Fee Application**
Summary of PwC's Fees By Professional
June 2008

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended June 30, 2008

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $698.50 | 13.9 | $ 9,709.15 |
| Cody Smith | Audit Partner | 22 | Integrated Audit | $990.60 | 0.5 | $ 495.30 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $588.00 | 4.0 | $ 2,352.00 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | $990.60 | 9.0 | $ 8,915.40 |
| Stephanie Beckes | Audit Manager | 7 | Integrated Audit | $412.75 | 4.5 | $ 1,857.38 |
| Justin Bray | Audit Manager | 7 | Integrated Audit | $311.15 | 12.1 | $ 3,764.92 |
| Douglas Parker | Audit Senior Manager | 12 | Integrated Audit | $410.21 | 6.7 | $ 2,748.41 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $349.25 | 2.3 | $ 803.28 |
| Pamela Barkley | Audit Senior Associate | 5 | Integrated Audit | $227.33 | 55.1 | $ 12,525.88 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $209.55 | 13.1 | $ 2,745.11 |
| Keith Palmer | Audit Senior Associate | 6 | Integrated Audit | $309.88 | 1.0 | $ 309.88 |
| Lyndsay Signori | Audit Senior Associate | 4 | Integrated Audit | $223.52 | 2.0 | $ 447.04 |
| Lynda Keorlet | Audit Associate | 3 | Integrated Audit | $156.21 | 108.2 | $ 16,901.92 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | $123.19 | 8.7 | $ 1,071.75 |
| Karen Geung | Audit Associate | 3 | Integrated Audit | $170.18 | 2.0 | $ 340.36 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $156.21 | 12.0 | $ 1,874.52 |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | $156.21 | 17.7 | $ 2,764.92 |
| Kathleen Bradley | Audit Intern | <1 | Integrated Audit | $92.71 | 21.3 | $ 1,974.72 |
| TOTAL | | | | | 294.1 | $ 71,601.94 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| Totals | 42.9 | $ 5,880.86 |
|---|---|---|

## Summary of PwC's Fees By Project Category:
## June 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 42.9 | $5,880.86 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |

| | | |
|---|---|---|
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 294.1 | $71,601.94 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 337.0 | $77,482.80 |

Expense Summary
June 2008

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $1,062.27 |
| Lodging | N/A | $166.38 |
| Sundry | N/A | $72.27 |
| Business Meals | N/A | $997.42 |
| TOTAL: | | $2,298.34 |