# EXHIBIT - A

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended June 30, 2008

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $698.50 | 13.9 | $ 9,709.15 |
| Cody Smith | Audit Partner | 22 | Integrated Audit | $990.60 | 0.5 | $ 495.30 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $588.00 | 4.0 | $ 2,352.00 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | $990.60 | 9.0 | $ 8,915.40 |
| Stephanie Beckes | Audit Manager | 7 | Integrated Audit | $412.75 | 4.5 | $ 1,857.38 |
| Justin Bray | Audit Manager | 7 | Integrated Audit | $311.15 | 12.1 | $ 3,764.92 |
| Douglas Parker | Audit Senior Manager | 12 | Integrated Audit | $410.21 | 6.7 | $ 2,748.41 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $349.25 | 2.3 | $ 803.28 |
| Pamela Barkley | Audit Senior Associate | 5 | Integrated Audit | $227.33 | 55.1 | $ 12,525.88 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $209.55 | 13.1 | $ 2,745.11 |
| Keith Palmer | Audit Senior Associate | 6 | Integrated Audit | $309.88 | 1.0 | $ 309.88 |
| Lyndsay Signori | Audit Senior Associate | 4 | Integrated Audit | $223.52 | 2.0 | $ 447.04 |
| Lynda Keorlet | Audit Associate | 3 | Integrated Audit | $156.21 | 108.2 | $ 16,901.92 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | $123.19 | 8.7 | $ 1,071.75 |
| Karen Geung | Audit Associate | 3 | Integrated Audit | $170.18 | 2.0 | $ 340.36 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $156.21 | 12.0 | $ 1,874.52 |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | $156.21 | 17.7 | $ 2,764.92 |
| Kathleen Bradley | Audit Intern | <1 | Integrated Audit | $92.71 | 21.3 | $ 1,974.72 |
| | | TOTAL | | | 294.1 | $ 71,601.94 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 6/3/2008 | 1.4 | Discuss second quarter accounting issues with B Dockman, T Dyer (Grace), P Barkley and L Keorlet (PwC) |
|  | 0.6 | Discuss audit planning with L Keorlet |
|  | 0.5 | Discuss audit planning with P Barkley |
| 6/9/2008 | 2.5 | Discuss Grace background information with T Smith (PwC) |
|  | 0.7 | Discuss audit planning with P Barkley and L Keorlet |
| 6/10/2008 | 2.0 | Discuss International Financial Reporting Standards with H La Force, B Dockman (Grace), Ravi Rao, T Smith and P Barkley (PwC) |
|  | 0.3 | Discuss accounting for asbestos liability with B Dockman (Grace) |
| 6/12/2008 | 0.5 | Review draft audit planning meeting presentation |
| 6/16/2008 | 0.3 | Discuss accounting for asbestos liability with B Dockman and E Filon (Grace) |
| 6/17/2008 | 0.4 | Discuss asbestos liability accounting with C Smith (PwC) |
|  | 1.2 | Research accounting literature related to asbestos liability accounting |
| 6/18/2008 | 0.5 | Discuss asbestos liability accounting issues with D Parker, J Bray, P Barkley, E Margolius and L Keorlet (PwC) |
| 6/19/2008 | 2.0 | Attend audit planning meeting |
|  | 0.3 | Read Bankruptcy News |
| 6/20/2008 | 0.7 | Discuss asbestos liability accounting issues with B Dockman (Grace) |

| | | |
|------|-------|--------------------------------|
| | **13.9** | **Total Grace Integrated Audit Charged Hours** |
| | **13.9** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  Cody Smith** | | |
| 6/17/2008 | 0.5 | discussion with Bill Bishop for the application of fair value accounting (FAS 157) to liabilities |

| | | |
|------|-------|--------------------------------|
| | 0.5 | **Total Grace Integrated Audit Charged Hours** |
| | 0.5 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name:  George Baccash** | | |
| 6/3/2008 | 2.0 | Andree Clark (Grace) to discuss Q1 issues and upcoming Q2 issue |
| 6/17/2008 | 2.0 | Meeting with Alan Gibbons (Grace)  Deb Poole (Grace) to discuss Q1 IP Migration Planning |
| | **4.0** | **Total Grace Integrated Audit Charged Hours** |
| | **4.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Thomas Smith**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 6/9/2008 | 2.2 | Read prior year 10-K and other historical information to prepare for meeting with management |
| 6/9/2008 | 1.8 | Meet with Bill Bishop to discuss accounting and business issues for WR Grace |
| 6/10/2008 | 1.2 | Meet with Ravi Rao and Bill Bishop to prep for meeting to discuss IFRS |
| 6/10/2008 | 2.1 | Meet with Ravi Rao, Hudson La Force, Bill Bishop to present information on IFRS |
| 6/10/2008 | 1.2 | Meet with Hudson La Force to discuss issues related to Grace audit and succession of PwC Partner |
| 6/10/2008 | 0.5 | Discuss PwC partner transition issues with Bill Bishop |

| | | |
|---|---|---|
| | **9.0** | **Total Grace Integrated Audit Charged Hours** |

| | | |
|---|---|---|
| | **9.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Stephanie Beckes**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 6/11/2008 | 1.0 | Planning meeting preparation with review of FY '07 and FY'08 Fraud related materials |
| 6/13/2008 | 0.5 | Planning meeting (Fraud and Controls) preparation meeting- Pam Barkley, Lynda Keorlet, myself |
| 6/19/2008 | 2.0 | 2008 Planning Meeting with Integrated W.R. Grace audit team |
| 6/30/2008 | 1.0 | Review of FY'08 Fraud Risk Assessment Memo, including proposed journal entry approach in order to prepare for call with Audit team |
| | **4.5** | **Total Grace Integrated Audit Charged Hours** |
| | **4.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Justin Bray**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 6/18/2008 | 0.2 | Meeting with D. Parker (PwC) and Bill Dockman (Grace) |
|  | 0.2 | Meeting with D. Parker (PwC) and Ed Bull (Grace) |
|  | 0.1 | Meeting with D. Parker (PwC) and German Huerta (Grace) |
|  | 3.4 | Meeting with D. Parker (PwC) |
|  | 2.1 | Review / Research regarding plan of emergence |
|  | 1.1 | Review matter / issues for 2nd Quarter |
| 6/19/2008 | 2.1 | 2008 planning meeting with engagement team |
|  | 1.1 | Meeting with core audit team (Senior Manager through associates) |
| 6/23/2008 | 1.8 | Meeting with E. Margolius, P. Barkley, L. Keorlet (all PwC) to discuss audit scoping |

| | **12.1** | **Total Grace Integrated Audit Charged Hours** |
|---|---|---|
| | **12.1** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2008**

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Doug Parker** | | |
| 6/2/2008 | 2.2 | Call with Grace tax (E. Filon; A. Gibbons) to discuss tax cycle |
| 6/3/2008 | 1.0 | Review tax cycle documentation |
| 6/18/2008 | 3.5 | Transition meetings with new PwC senior manager (J. Bray) |
| | **6.7** | **Total Grace Integrated Audit Charged Hours** |
| | **6.7** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Craig Chu**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 6/19/2008 | 2.3 | I prepared for and participated in the audit planning call for the fiscal year ending December 31, 2008.  We discussed GHRS roles, responsibilities, and timing. |

| | 2.3 | **Total Grace Integrated Audit Charged Hours** |
|---|------|------------------------------------------------|
| | 2.3 | **Total Hours** |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended June 30, 2008

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Pamela Barkley**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/3/2008 | 2.0 | Meeting with B.Bishop, PWC, to update on items going on at Grace |
|  | 1.5 | Call with B.Dockman, Grace, to go over the plan of reorganization |
|  | 1.0 | Meeting with J.Day, Grace, to go over the billings with PwC and WR Grace |
| 6/4/2008 | 1.0 | Meeting with L.Keorlet, PwC, to go over issues at Grace |
|  | 1.3 | Reviewing internal audit's schedule for site visits |
|  | 0.5 | Meeting with K.Russell, Grace on role at Grace |
|  | 0.8 | Researching Pension guidance for J.Day, Grace |
|  | 1.9 | Researching LIFO change guidance |
| 6/5/2008 | 2.8 | Meeting with Internal Audit to discuss 404 testing |
| 6/9/2008 | 1.1 | Update B.Bishop, PwC on the status of WR Grace billings and issues |
| 6/10/2008 | 2.5 | IFRS meeting with B.Bishop, T.Smith (all pwc) and H.LaForce, B.Dockman (all Grace) |
| 6/12/2008 | 0.8 | Review planning meeting with L.Keorlet, PwC |
|  | 0.4 | Discussion with L.Keorlet, Pwc on 404 testing |
|  | 1.3 | Meeting with E.Bull, Grace to go over 404 issues at Grace |
| 6/13/2008 | 0.8 | Meeting with S.Beckes and L.Keorlet (all PwC) to discuss fraud section of the planning meeting |
| 6/16/2008 | 2.0 | Putting together the billing spreadsheet for WR Grace 2008 |
| 6/17/2008 | 0.7 | Reading news articles on WR Grace |
|  | 0.8 | Researching LIFO change guidance |
| 6/18/2008 | 3.5 | Working with J.Bray, PwC to review WR Grace |
|  | 0.5 | Call with B.Bishop, PwC to go over Plan of reorginzation accounting |
|  | 1.6 | Reviewing the audit strategy memo |
|  | 1.4 | Reviewing the FRAM memo |
| 6/19/2008 | 4.5 | WR Grace Planning meeting with the whole PwC audit team |
| 6/20/2008 | 1.3 | Working with K.Bradley, PwC to go over WR Grace |
| 6/23/2008 | 4.0 | Meeting with J.Bray, PwC to work on scoping locations for WR Grace and staffing for the audit |
| 6/24/2008 | 0.5 | Call with A.Reeder, PwC to discuss billing for Grace |
|  | 0.4 | Reviewing the meeting agenda for the internal audit meeting the next day |
|  | 0.9 | Reading the prior minutes from the internal audit meeting |
|  | 0.8 | Working on the staffing and responsibility of the teams for the 2008 audit at Grace |
|  | 1.2 | Reading guidance on entity level controls |
|  | 0.7 | Reviewing the fraud database to make sure our FRAM memo is following guidance |
|  | 0.7 | Reviewing what should be testing for journal entry testing in 2008 |
| 6/25/2008 | 1.8 | Meeting with Internal Audit for an update on 404 testing |
|  | 0.7 | Reviewing the responsibility matrix for the 2nd quarter testing |
|  | 1.7 | Working on staffing for the year end audit at grace |
|  | 0.8 | Researching guidance on controls testing for 404 |
| 6/26/2008 | 0.4 | Reading the bankruptcy news |
|  | 1.6 | Reviewing the planning section of the database |
| 6/27/2008 | 0.8 | Meeting with L.Keorlet,PwC to talk about DMG testing |
| 6/30/2008 | 1.5 | Reading through the audit committee materials for the meeting on July 2nd |
|  | 0.8 | Reviewing the test plans for 404 testing |
|  | **55.1** | Total Grace Integrated Audit Charged Hours |
|  | **55.1** | Total Hours |

WR Grace & Co., Inc.
Time Summary Report - Audit
For the Month Ended June 30, 2008

| Date | Hours | Description of Services Provided |
|------|-------|---------------------------------|

**Name: Erica Margolius**

| Date | Hours | Description of Services Provided |
|------|-------|---------------------------------|
| 6/2/2008 | 0.3 | Coordinate procedures with the PwC Grace Thailand and Grace Spain teams. |
| 6/3/2008 | 0.7 | Review Grace responsibility matrix, budget, and planned procedures in preparation for the second quarter review. |
| 6/10/2008 | 0.7 | Review presentation slides for the team-wide audit planning meeting.  Submit comments to L. Keorlet via email. |
| 6/10/2008 | 0.3 | Review presentation slides for the audit planning workshop.  Submit comments to L. Keorlet via email. |
| 6/11/2008 | 0.5 | Review W. R. Grace planned schedule for the 2008 fiscal audit.  Provide comment to P. Barkley, PwC. |
| 6/18/2008 | 0.5 | Participate in Grace asbestos liability accounting call. |
| 6/19/2008 | 3.0 | Prepare for and participate in the Grace 2008 audit team planning meeting. |
| 6/19/2008 | 1.2 | Participate in planning meeting on upcoming Curtis Bay and other 404 Sarbanes Oxley site visits. |
| 6/23/2008 | 0.3 | Review scoping schedule prepared by D. Parker, PwC, in preparation for internal planning meeting to review scoping. |
| 6/23/2008 | 2.5 | Participate in meeting to review scoping schedules and audit responsibilities for the fiscal year end audit. |
| 6/25/2008 | 0.9 | Prepare and send an email to foreign W. R. Grace teams asking them if they would be able to perform audit procedures to be leveraged by the Group audit team.  These would include census data testing and physical inventory observations. |
| 6/25/2008 | 0.3 | Review amended year end audit responsibility matrix. |
| 6/26/2008 | 0.8 | Review and email comments on entity-level control questionnaire prepared by internal audit. |
| 6/26/2008 | 0.2 | Respond to W. R. Grace France team discussing potential census data testing procedures. |
| 6/26/2008 | 0.3 | Review up to date factiva articles on W. R. Grace. |
| 6/26/2008 | 0.6 | Perform research on scoping guidance and components in preparation for international audit deliverables and scoping. |
| | **13.1** | Total Grace Integrated Audit Charged Hours |
| | **13.1** | Total Hours |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: Keith Palmer** | | |
| 6/19/2008 | 1.0 | 2008 Integrated Audit Planning Meeting |
| | **1.0** | **Total Grace Integrated Audit Charged Hours** |
| | **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: Lyndsay Signori** | | |
| 6/19/2008 | 2.0 | FY2008 Audit planning meeting call. |
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

WR Grace & Co., Inc.
**Time Summary Report - Audit**
For the Month Ended June 30, 2008

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Lynda Keorlet**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/2/2008 | 0.1 | Obtain and send Financial Statement disclosure checklist for April to S.Hawkins (Grace) |
|  | 0.2 | Email G.Baccash (PwC) on Grace meeting invite and travel arrangements |
|  | 5.0 | Create Account Planning Workshop presentation |
| 6/3/2008 | 1.4 | Meet with B.Dockman (Grace), P.Barkley (PwC), D.Parker (PwC), B.Bishop (PwC) to discuss Plan of Reorganization and potential LIFO change |
|  | 0.6 | Prepare for above meeting - review guidance |
|  | 0.3 | Review proposed Internal Audit schedule |
|  | 1.0 | Prepare Q2 responsibility matrix |
|  | 1.3 | Prepare Q2 budget |
|  | 0.2 | Review responses to Account Planning Workshop invite |
|  | 0.2 | Check on status of team planning slides with P.Katsiak (PwC) |
| 6/4/2008 | 2.5 | Review proposed Internal Audit schedule |
|  | 0.3 | Create internal audit agenda for meeting |
|  | 0.2 | Review new entity management system set up |
| 6/5/2008 | 2.0 | Attend Internal Audit Planning Meeting (L.Keorlet PwC, P.Barkley PwC, E.Bull Grace, K.Saraiya Grace, C.Udoji Grace, P.DeGele Grace) |
|  | 0.3 | Review hours billed to charge codes to date |
| 6/9/2008 | 5.4 | Prepare slides for team planning meeting |
| 6/10/2008 | 0.1 | Obtain and send Financial Statement disclosure checklist for May to S.Hawkins (Grace) |
|  | 0.1 | Coordinate fraud meeting with S.Beckes (PwC) |
|  | 4.0 | Prepare slides for team planning meeting |
| 6/11/2008 | 1.6 | Create 404 schedule and calendar for staff assignments |
|  | 0.4 | Prepare email explaining scheduling process to the team |
|  | 1.0 | Track April time submissions against budget |
|  | 0.1 | Determine plan for setting up Curtis Bay walkthroughs |
|  | 0.9 | Review May time submissions against budget |
|  | 0.8 | Tailor year end database purchasing and payables sections |
|  | 1.2 | Tailor year end database inventory & treasury sections |
|  | 0.3 | Add additional invitees to Account Planning Workshop |
| 6/12/2008 | 0.3 | Discuss Curtis Bay assignments and questions with A.Lueck (PwC) |
|  | 1.0 | Create Audit Strategy Memo - update objectives and deliverables section |
|  | 0.6 | Create key dates schedule for 2008 audit as part of Audit Strategy Memo |
|  | 0.5 | Discuss changes to planning meeting with P.Barkley and perform updates |
|  | 0.4 | Tailor year end database property plant & equipment section |
|  | 0.6 | Update Account Planning Workshop slides |
|  | 3.3 | Update Risk Assessment section of Audit Strategy Memo |
|  | 0.3 | Update 404 sites visit schedule |
| 6/13/2008 | 0.1 | Send email to team with planning meeting slides |
|  | 0.8 | Document Preliminary Analytics section of Audit Strategy Memo |
|  | 0.3 | Document Financial Performance section of Audit Strategy Memo |
|  | 1.8 | Document Industry and regulatory developments section of Audit Strategy Memo |
|  | 0.6 | Call with S.Beckes (PwC) and P.Barkley (PwC) to prepare for fraud group presentation |
|  | 1.7 | Document Strategy and Value Creating activities section of Audit Strategy Memo |
|  | 0.2 | Discuss budget monitoring process with P.Barkley (PwC) |
|  | 0.5 | Document Related Parties section of Audit Strategy Memo |
|  | 1.0 | Tailor year end database payroll, income tax, and other sections |
| 6/16/2008 | 1.7 | Tailor year end database environmental,  period end and completion sections |
|  | 0.4 | Create Q2 PBC (Provide by Client) list |
|  | 0.4 | Document Going Concern section of Audit Strategy Memo |
|  | 0.5 | Document Significant New and Complex Accounting Matters section of Audit Strategy Memo |
|  | 1.3 | Document Fraud Risk Assessment Planning portion of the Audit Strategy Memo |
| 6/17/2008 | 4.4 | Create 404 budget for 2008 audit |
|  | 0.2 | Send out Grace independence confirm to K.Bradley (PwC) |
|  | 0.4 | Add K.Bradley (PwC) to all relevant Grace databases |
|  | 0.2 | Call with K.Bradley (PwC) to introduce client |
|  | 0.2 | Review Grace Factiva article on banks bid for additional interest payment |
|  | 0.2 | Review Grace announcement on movement of S.Smith (Grace) to Director Investor Relations |
|  | 0.4 | Bring internal controls report from AICPA to A.McKenzie (Grace) |
| 6/18/2008 | 1.6 | Meet with K.Bradley (PwC) to introduce Grace, describe Curtis Bay and 404 procedures |

|  | 0.4 | status |
|  | 1.0 | Prepare for Account Planning Workshop and Team Planning Meeting |
|  | 1.3 | Update annual budget and hour allocations |
|  | 2.5 | Create 2008 404 Planning Memo |
| 6/19/2008 | 2.5 | Attend Team Planning meeting - included P.Barkley, E.Margolius, K.Bradley, J.Bray, D.Parker, P.Katsiak, S.Rahmani, A.Lueck, S.Beckes, W.Bishop, R.Garcia, L.Signori, K.Geung (all PwC) |
|  | 0.5 | Discuss Grace turnover in finance department with B.Bishop, D.Parker, P.Barkley, E.Margolius (all PwC) |
|  | 1.5 | Discuss 404 plan with J.Bray, P.Barkley, E.Margolius, A.Lueck, P.Katsiak (all PwC) |
| 6/20/2008 | 1.5 | Set up Account Planning Workshop and Team Planning meeting room & slides and prepare for presentation |
|  | 0.2 | Send J.Bray (PwC) Grace independence confirmation and Grace charge codes |
|  | 0.3 | Review relevant Grace factiva articles |
|  | 0.2 | Discuss set up of Grace contact listing and add new employees |
|  | 0.3 | Document team planning meeting step in year end database |
|  | 1.2 | Develop separate GCP 2008 budget and email to team |
|  | 0.6 | Review Curtis Bay matrices with K.Bradley |
|  | 1.0 | Document independence confirmations step in year end database |
|  | 0.2 | Send email to S.Venkiteswaran (PwC) on SPA planning |
|  | 0.3 | Send email to A.Lueck and P.Katsiak on 404 planning |
| 6/23/2008 | 1.4 | Document significant accounts mapping in the Audit Strategy Memo |
|  | 2.2 | Attend planning meeting on scoping with P.Barkley, J.Bray, E.Margolius (all PwC) |
|  | 0.2 | Document Preliminary Materiality assessment section of the Audit Strategy Memo |
|  | 0.5 | Document Key Risks section of Audit Strategy Memo |
|  | 0.8 | Create 2008 planning responsibility matrix |
|  | 0.6 | Discuss Scoping work to be performed with K.Bradley (PwC) |
|  | 0.3 | Document prior year history of error section of the Audit Strategy Memo |
|  | 0.4 | Document management's risk assessment section of the Audit Strategy Memo |
|  | 1.0 | Document management's evaluation process section of the Audit Strategy Memo |
|  | 1.5 | Document control environment section of the Audit Strategy Memo |
| 6/24/2008 | 0.3 | Create Internal Audit agenda for 6/25 meeting |
| 6/25/2008 | 1.6 | Draft & discuss 2008 responsibility matrix |
|  | 1.1 | Attend Internal Audit Planning Meeting (L.Keorlet PwC, P.Barkley PwC, K.Bradley PwC, A.Lueck PwC, E.Bull Grace, K.Saraiya Grace, E.Henry Grace, P.DeGele Grace) |
|  | 0.3 | Prepare for internal audit meeting above and discuss results |
|  | 0.2 | Review hours billed to charge codes to date |
|  | 0.4 | Assign steps in Q2 database based on responsibility matrix |
|  | 0.2 | Document Summary Plan & Results step in database |
|  | 0.9 | Document "Use of specialists and other experts" section of Audit Strategy Memo |
|  | 0.4 | Discuss Curtis Bay plan with A.Lueck (PwC) and P.Katsiak (PwC) |
|  | 0.6 | Document multilocation instructions and review schedule in the Audit Strategy Memo |
| 6/26/2008 | 0.2 | Document Fraud Risk Assessment step in the database |
|  | 1.2 | Document step "Client communications - planning" |
|  | 0.8 | Document summary of planned changes section of Audit Strategy Memo |
|  | 0.3 | Send budget and 404 email to R.Garcia (PwC) tax team |
|  | 0.2 | Document team find dates in Audit Strategy Memo |
|  | 1.4 | Document Fraud Risk Assessment Memo section on discussion amongst engagement personnel |
|  | 2.0 | Document "Information needed to Identify Risks of Material Mistatement due to fraud" section of the Fraud Risk Assessment |
|  | 0.4 | Review the July 2008 Audit Committee materials |
|  | 0.6 | Review of Fraud Risk & Controls database for relevant fraud scheme examples |
| 6/27/2008 | 1.1 | Document overview of management's antifraud programs and controls for Fraud Risk Assessment |
|  | 1.0 | Document identified fraud risks and related responses in the Fraud Risk Assessment |
|  | 0.4 | Leave planning notes in the Q2 database |
|  | 0.3 | Set up Fraud Risk and Controls call for 2008 planning |
|  | 2.6 | Set up 2008 journal entry testing strategy |
|  | 0.8 | Document fraud risk assessment memo overall response |
|  | 0.3 | Document results section of Fraud Risk Assessment Memo |
| 6/30/2008 | 5.2 | Prepare Income tax planning guide |
|  | 1.1 | Complete planning step on Acceptance & continuance procedures |
|  | 0.5 | Review Bankruptcy Court Issues 157 - 160 |

| **108.2** | Total Grace Integrated Audit Charged Hours |
|---|---|

| **108.2** | Total Hours |
|---|---|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Shahin Rahmani**

| | | |
|------|-------|--------------------------------|
| 6/19/2008 | 1.6 | Participated and presented at the 2008 Grace Planning Meeting via Telephone |
| | | Accompanied Grace's internal audit team on their walkthrough of Curtis Bay, meeting with the Silicas site |
| 6/30/2008 | 1.1 | manager Joe Cavolaski |
| | 0.3 | Documented the meeting with Joe Cavolaski of Silicas |
| | | Accompanied Grace's internal audit team on their walkthrough of Curtis Bay, meeting with the Centralized |
| | 1.3 | site manager Anton Jordan. |
| | 0.4 | Documented the meeting with Anton Jordan of Centralized. |
| | | Accompanied Grace's internal audit team on their walkthrough of Curtis Bay, meeting with the |
| | 0.3 | Procurement site manager Abrahamsen. |
| | 0.2 | Documented the meeting with Mr. Abrahamsen of Procurement. |
| | | Accompanied Grace's internal audit team on their walkthrough of Curtis Bay, meeting with the |
| | 0.9 | Hydroprocessing site manager Steven Davis and Bob Heuser. |
| | 0.2 | Documented the meeting with Steven Davis of Hydroprocessing |
| | | Accompanied Grace's internal audit team on their walkthrough of Curtis Bay, meeting with the FCC site |
| | 0.7 | manager Anton Jordan. |
| | 0.2 | Documented the meeting with Anton Jordan of FCC |
| | | Accompanied Grace's internal audit team on their walkthrough of Curtis Bay, meeting with the Poly site |
| | 1.1 | manager Jeff Mullen. |
| | 0.4 | Documented the meeting with Jeff Mullen of Poly |

| | 8.7 | **Total Grace Integrated Audit Charged Hours** |
|------|-------|--------------------------------|

| | 8.7 | **Total Hours** |
|------|-------|--------------------------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Karen Geung**

| 6/19/2008 | 2.0 | Attended the Grace 2008 audit planning meeting via conference call |

| | 2.0 | **Total Grace Integrated Audit Charged Hours** |

| | 2.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  Pavel Katsiak**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 6/19/2008 | 4.0 | Planning meeting (present: P. Barkley, B. Bishop, A. Lueck, E. Margolius, L. Keorlet) |
| 6/30/2008 | 0.8 | Meeting with Jeff Kostolni for 404 testing (present: B. Summersen, P. DeGele, S. Rahmani) |
| 6/30/2008 | 0.7 | Meeting with Joe Kavolaski for 404 testing (present: B. Summersen, P. DeGele, S. Rahmani) |
| 6/30/2008 | 0.8 | Meeting with John Abrahamson for 404 testing (present: B. Summersen, P. DeGele, S. Rahmani) |
| 6/30/2008 | 0.8 | Meeting with Mark LeBelle for 404 testing (present: B. Summersen, P. DeGele, S. Rahmani) |
| 6/30/2008 | 0.7 | Meeting with Bob Heuser for 404 testing (present: B. Summersen, P. DeGele, S. Rahmani) |
| 6/30/2008 | 0.7 | Meeting with Jeff Mullen for 404 testing (present: B. Summersen, P. DeGele, S. Rahmani) |
| 6/30/2008 | 2.5 | Documentation of the 404 meetings with various individuals at Curtis Bay |
| 6/30/2008 | 1.0 | Review of the flow-charts for various processes and preparation for the meetings |
| | **12.0** | **Total Grace Integrated Audit Charged Hours** |
| | **12.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| ame: **Adam Lueck** | | |
| 6/12/2008 | 1.2 | I am reviewing Internal Audit's documentation regarding the Curtis Bay business processes. |
| | 0.8 | I am creating the 2008 test plan for the Curtis Bay Central Inventory process. |
| | 0.6 | I am creating the 2008 test plan for the Curtis Bay Poly Inventory process. |
| | 0.9 | I am creating the 2008 test plan for the Curtis Bay Hydro Inventory process. |
| | 0.9 | I am creating the 2008 test plan for the Curtis Bay FCC Inventory process. |
| | 0.7 | I am creating the 2008 test plan for the Curtis Bay Central Inventory process. |
| | 0.9 | I am creating the 2008 test plan for the Curtis Bay Procurement process. |
| | 1.6 | I am creating the 2008 provided by client list for the Curtis Bay plant. |
| | 0.4 | I am discussing the Curtis Bay plant visit with Trent Walklett, Grace. |
| 6/19/2008 | 4.5 | I am attending the 2008 W.R. Grace kick-off meeting. |
| 6/25/2008 | 0.2 | I am requesting budget and billing documentation (WIPS) from PwC. |
| | 0.3 | I am reviewing work completed regarding Curtis Bay control matrices. |
| | 0.2 | I am participating in a conference call with Lynda Keorlet (PwC) & Pavel Katsiak (PwC) regarding Curtis Bay planning. |
| | 1.1 | I am attending an Internal Audit update meeting. |
| | 3.4 | I am reviewing Lake Charles 404 processes and developing a testing plan. |
| | **17.7** | **Total Grace Integrated Audit Charged Hours** |
| | **17.7** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended June 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

ie: Kathleen Bradley

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 6/18/2008 | 0.7 | Reviewing company structure and databases for use during 404 with Lynda Keorlet (PwC) |
| | 0.4 | Reviewing AS5 and 404 for WR Grace team planning meeting tomorrow |
| | 1.8 | Rolling over 2007 Curtis Bay 404 Silicas Inventory Matrice to 2008 |
| 6/19/2008 | 4.0 | Grace Engagment Team Planning Meeting |
| 6/20/2008 | 0.7 | Rolling over CB Silicas Inventory Matrix from 2007 to 2008 |
| | 1.3 | Creating an updated 2008 Grace engagment team contact list with both Grace & PwC employee information |
| | 0.1 | Posting the completed WR Grace/PwC Engagement Team Contact List onto the 12/31/2008 Grace integrated Audit database |
| | 0.5 | Reviewing the rolled forward 2008 matrix with Lynda Keorlet (PwC) |
| | 0.5 | Rolling Forward the CB FCC Matrix from 2007 to 2008 |
| | 0.1 | Adding Walkthrough Matrix and Control Testing Detail Tabs to the 2008 Silicas Matrix |
| | 0.6 | Rolling forward the CB Poly Inventory Matrix from 2007 to 2008 |
| | 0.2 | Rolling Forward the FCC 2007 Matrix into 2008 |
| | 0.4 | Rolling Forward the Procurement 2007 CB Matrix into 2008 |
| | 0.3 | Rolling Forward Curtis Bay Hydroprocessing Matrix from 2007 to 2008 |
| 6/23/2008 | 0.3 | Rolling Forward the CB Hyrdroprocessing Matrix from 2007 to 2008 |
| | 0.3 | Rolling forward the CB Centralized Inventory Matrix from 2007 to 2008 |
| | 0.2 | Scheduling daily news alerts about WR Grace to stay up to date on company affairs |
| | 0.5 | Researching and reviewing timing and nature elements of walkthrough testing |
| | 0.2 | Reviewing the 6 CB matrices for errors/missing information |
| | 2.3 | Going through Final SOAR Q1 and looking for asset balances over $2.5 million planning materiality for scoping |
| | 1.0 | Going through Q1 FInal SOAR and finding liability balances over $2.5 million planning materiality |
| 6/25/2008 | 1.2 | WR Grace Internal Audit Meeting |
| | 0.1 | Running a list of Poly goods receipts for CB on SAP |
| | 0.4 | Selecting 25 goods receipts to request for testing |
| | 0.8 | Rolling Lake Charles Matrices forward from 2007 to 2008 |
| 6/26/2008 | 2.4 | Rolling forward Lake Charles control matrices from 2007 to 2008 |

| | 21.3 | **Total Grace Integrated Audit Charged Hours** |
|---|---|---|
| | 21.3 | **Total Hours** |

WR Grace and Co.
Fee Application Preparation
Month ended June 30, 2008

| Date | Hours | Description of Services Provided | Bill Rate | | Extended Cost |
|------|-------|--------------------------------|-----------|--|---------------|
| **FEE APPLICATION PREPARATION** | | | | | |
| | | | | | |
| **Name: Melissa Noel** | | | | | |
| | | email team requesting adjustments be made provided by Pam & | | | |
| 6/2/2008 | 1.8 | update working draft | $ | 127.00 | $ 228.60 |
| | 1.2 | Meeting at office with Ryan Neice, Pam Barkley, Allison Reeder | $ | 127.00 | $ 152.40 |
| | 0.6 | Discuss with AR their records | $ | 127.00 | $ 76.20 |
| | 0.4 | update changes submitted to me that Pam requested. | $ | 127.00 | $ 50.80 |
| 6/4/2008 | 0.8 | reconcile and rework clients billing reports | $ | 127.00 | $ 101.60 |
| | | reconcile April time and create new book marks. Check under | | | |
| | 0.9 | 2007 and 2008 audit codes | $ | 127.00 | $ 114.30 |
| 6/5/2008 | 0.7 | redo email template with updated instructions and template | $ | 127.00 | $ 88.90 |
| | 0.6 | run WIPs for 2007 and 2008 codes:  Disbursements and Time | $ | 127.00 | $ 76.20 |
| | | Prepare email to go out to team and update spreadsheets for | | | |
| | 1 | Mays recording | $ | 127.00 | $ 127.00 |
| 6/6/2008 | 0.5 | update April and double check files, send to Pam for approval | $ | 127.00 | $ 63.50 |
| | | reconcile checks sent to me by AR dept to my reconciliation, | | | |
| | | reconcile aging of AR report and report provided by client to | | | |
| | 2.6 | determine outstanding balances and reconciliation | $ | 127.00 | $ 330.20 |
| | | correct april and prepare drafts for Pam till finalized. | | | |
| 6/9/2008 | 1.5 | Prepare final letters for the courts | $ | 127.00 | $ 190.50 |
| | | request XBRL WIP, compare WIP to already submitted time, | | | |
| 6/10/2008 | 1.8 | create report for Pam | $ | 127.00 | $ 228.60 |
| | 1.2 | reconcile Darex audit and prepare Fee app letters for courts | $ | 127.00 | $ 152.40 |
| | | pick up check and signed letter at office; mail letter; | | | |
| 6/11/2008 | 0.6 | prepare email for April submission and send | $ | 127.00 | $ 76.20 |
| | | request bills for April in CAA database and request | | | |
| | 0.6 | nonbillable time to be transferred | $ | 127.00 | $ 76.20 |
| | | reconcile invoices sent from AR office to figure out how to | | | |
| | 2.5 | apply check and application going forward | $ | 127.00 | $ 317.50 |
| | | Discuss with Allison Reeder how to apply check, | | | |
| | | submit to AR check application and review all correspondence | | | |
| 6/12/2008 | 2.5 | and updated AR report regarding check application decisions | $ | 127.00 | $ 317.50 |
| | | send Pam Bill Bishops Darex spreadsheet, | | | |
| | 0.5 | double check finalized April Bills | $ | 127.00 | $ 63.50 |
| | 0.4 | run new AR report and double check all figures | $ | 127.00 | $ 50.80 |
| | | go over AR with Pam and submit requests to have old invoices | | | |
| | 0.4 | written off | $ | 127.00 | $ 50.80 |
| 6/13/2008 | 0.7 | update May time tracker, input emails received | $ | 127.00 | $ 88.90 |
| | | | | | |
| | | clean up May reports, input emails received, edit review reports, | | | |
| 6/16/2008 | 3.3 | send May reminder email out.  Create check remitance forms. | $ | 127.00 | $ 419.10 |
| | 0.2 | double check Darex and send for Bill to sign | $ | 127.00 | $ 25.40 |
| | | sumit requests through CAA database:  close ART and Darex | | | |
| | | codes; and request transfer time from Audit to non-billable for | | | |
| | 0.8 | 2007 | $ | 127.00 | $ 101.60 |
| | 0.1 | send D. Parker spreadsheet | $ | 127.00 | $ 12.70 |
| | 0.5 | pick up check for March and mail | $ | 127.00 | $ 63.50 |
| | | finish Darex, mail letter, submit invoices and work with CAA on | | | |
| 6/17/2008 | 1.2 | assigning costs | $ | 127.00 | $ 152.40 |
| 6/20/2008 | 1.2 | input emails received and send reminder for May. | $ | 127.00 | $ 152.40 |
| | 0.5 | request time sheets for specialist and add to reports | $ | 127.00 | $ 63.50 |
| | | Reconcile to WIP to May reports; review May reports and submit | | | |
| 6/23/2008 | 1.8 | to management for approval. | $ | 127.00 | $ 228.60 |
| | 0.2 | Review Darex Bills for approval | $ | 127.00 | $ 25.40 |
| | | update to submit versions, prepare letters and send for | | | |
| 6/25/2008 | 0.8 | management review | $ | 127.00 | $ 101.60 |
| 6/26/2008 | 0.5 | run WIP's for Pam for March-May 08 under all audit codes | $ | 127.00 | $ 63.50 |
| | | send final letter to partner for sign off, prepare correspondence to | | | |
| | 0.3 | wrap up May 08 | $ | 127.00 | $ 38.10 |
| | | prepare and finalize invoices for May 08 and transfer nonbillable | | | |
| | 0.5 | time | $ | 127.00 | $ 63.50 |

**WR Grace and Co.**
**Fee Application Preparation**
**Month ended June 30, 2008**

| Date | Hours | Description of Services Provided | | Bill Rate | | Extended Cost |
|---|---|---|---|---|---|---|
| | 35.7 | | | | $ | 4,533.90 |
| Name: Pamela Barkley | | | | | | |
| 6/9/2008 | 1.3 | Reviewing April time for the fee application | $ | 227.33 | $ | 295.53 |
| 6/24/2008 | 0.8 | Reviewing May time for the fee application | $ | 227.33 | $ | 181.86 |
| 6/27/2008 | 2.9 | Reviewing May time for fee application | $ | 227.33 | $ | 659.26 |
| | 5.0 | | | | $ | 1,136.65 |
| Name: Lynda Keorlet | | | | | | |
| 6/10/2008 | 0.1 | Email T.Smith (PwC) description of bankruptcy reporting template and explain process | $ | 156.21 | $ | 15.62 |
| | 0.1 | | | | $ | 15.62 |
| Name: Kathleen Bradley | | | | | | |
| 6/24/2008 | 2.1 | Reviewing and tying out May 2008 bankruptcy time and expense reporting to give to the courts | $ | 92.71 | $ | 194.69 |
| | 2.1 | | | | $ | 194.69 |
| Totals | 42.9 | Total Grace Time Tracking Charged Hours | | | $ | 5,880.86 |