# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended June 30, 2008

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| **William T Bishop** | Integrated Audit | 6/3/08 | | | | $ 15.64 | Audit team lunch - Grace cafeteria - P Barkley, L Keorlet (PwC) |
| | Integrated Audit | 6/6/08 | | | | $ 61.89 | Dinner to discuss Grace background information with T Smith (PwC) - Clyde's, Columbia |
| **Thomas Smith** | Integrated Audit | 6/9/08 and 6/10/08 | $ 705.84 | | | | 6/9/08 depart Continental Airlines 2325 from EWR to Baltimore / return on 6/10 Continental 3218 Baltimore to EWR |
| | | 6/9/08 | | | $ 48.00 | | Parking at Newark Airport from 6/9/08 to 6/10/08 |
| | | 6/9/08 | | $ 166.38 | | | 6/10/08: room rate $149.99, tax $8.94, occupancy tax $7.45 |
| | | 6/9/08 | | | | $ 18.32 | Meal at the Sheraton Columbia Hotel- only self |
| | | | | | | | 29 Miles round trip to and from : Florham Park, NJ (PWC Office) and Newark International Airport (rate $0.505 per mile |
| | | 6/9 - 6/10/08 | $ 14.65 | | | | 29 miles= 14.645) |
| | | 6/9 - 6/10/08 | $ 144.91 | | | | Hertz Rental Car pick up and drop off at Baltimore airport on 6/9 and 6/10/08 |
| **George Baccash** | Integrated Audit | 6/3/08 | $ 31.31 | | | | 62 miles Roundtrip (at 0.505 cents per mile) from PwC Ft. Lauderdale, FL to client located in Boca Raton, FL |
| | | 6/3/08 | | | | $ 106.94 | Meeting with Alan Gibbons (Grace) Elyse Filon (Grace), Andrea Clark (Grace) to discuss Q1 issues and upcoming Q2 issue |
| | | 6/17/08 | $ 46.46 | | | | 92 miles Roundtrip (at 0.505 cents per mile) from PwC Miami, FL to client located in Boca Raton, FL |
| | | 6/17/08 | | | | $ 85.58 | Meeting with Alan Gibbons (Grace) Deb Poole (Grace) to discuss Q1 IP Migration Planning |
| **Justin Bray** | Integrated Audit | 6/18/08 | $ 17.18 | | | | Roundtrip mileage to Grace (less normal commute)(34 miles * $0.505) |
| | Integrated Audit | 6/19/08 | $ 50.50 | | | | Roundtrip mileage to Tyson's Corner office for Grace meeting (less normal commute)(100 miles * $0.505) |
| | Integrated Audit | 6/23/08 | $ 17.18 | | | | Roundtrip mileage to Grace (less normal commute)(34 miles * $0.505) |
| **Pamela Barkley** | Integrated Audit | 6/18/08 | | | | $ 115.49 | Working Lunch with P.Barkley, J.Bray, D.Parker, L.Keorlet & K.Bradley |
| **Shahin Rahmani** | Integrated Audit | 6/30/08 | $ 34.34 | | | | Miles from Home to Tysons is 20 miles; Home to Curtis Bay facility is 54 miles (34 excess miles * $.505 = $17.17) |
| | | | | | | | Round trip cost = $34.34 |
| **Lynda Keorlet** | Integrated Audit | 6/19/2008 | | | | $ 593.56 | Team Planning Meeting - Catering for Lunch / Coffee / Afternoon - Attendees / expected attendees included : W.Bishop, J.Bray, D.Parker, P.Barkley, R.Garcia, E.Margolius, L.Keorlet, S.Beckes, A.Lueck, S.Venkiteswaran, P.Kaksik, K.Bradley, L.Signori, K.Geurig, G.Baccash, C.Chu, C.Simmons, M.Noel, T.Kalinosky, J.James, K.Palmer, J.Own, R.West |
| **Melissa Noel** | Integrated Audit | 6/1/2008 | | | $ 24.27 | | courier charge- mailing of fee app |
| **Summary** | | | $ 1,082.27 | $ 166.38 | $ 72.27 | $ 997.42 | |
| | | Total $ 2,398.34 | Transportation | Lodging | Sundry | Business Meals | |

**CONSOLIDATED AUDIT-EXPENSE DETAIL**
For the Month Ended June 30, 2008

| | Date | Title | Expenses | | Description |
|---|---|---|---|---|---|
| William T. Bishop | 6/3/08 | Audit Partner | $ | 15.64 | Audit team lunch - Grace cafeteria - P Barkley, L Keorlet (PwC) |
| | 6/9/08 | Audit Partner | $ | 61.89 | Dinner to discuss Grace background information with T Smith (PwC) - Clyde's, Columbia |
| | | | $ | 77.53 | |
| | | | | | |
| Thomas E Smith | 6/9/08 and 6/10/08 | Audit Partner | $ | 705.84 | 6/9/08 depart Continental Airlines 2325 from EWR to Baltimore / return on 6/10 Continental 3216 Baltimore to EWR |
| | 6/9/08 | Audit Partner | $ | 48.00 | Parking at Newark Airport from 6/9/08 to 6/10/08 |
| | | | | | SHERATON COLUMBIA HOTEL Location: Columbia, MD, 10207 WINCOPIN CIRCLE , 21044 check in 6/9/08, check out |
| | 6/9/08 | Audit Partner | $ | 166.38 | 6/10/08:  room rate $149.99, tax $8.94, occupancy tax $7.45 |
| | 6/9/08 | Audit Partner | $ | 18.32 | Meal at the Sheraton Columbia Hotel- only self |
| | | | | | 29 Miles round trip to and from :  Florham Park, NJ (PWC Office) and Newark International Airport (rate $0.505 per mile * |
| | 6/9 - 6/10/08 | Audit Partner | $ | 14.65 | 29 miles= 14.645) |
| | 6/9 - 6/10/08 | Audit Partner | $ | 144.81 | Hertz Rental Car pick up and drop off at Baltimore airport on 6/9 and 6/10/08 |
| | | | $ | 1,098.00 | |
| | | | | | |
| George Baccash | 6/3/08 | Tax Partner | $ | 31.31 | 62 miles Roundtrip (at 0.505 cents per mile) from PwC Ft. Lauderdale, FL to client located in Boca Raton, FL |
| | | | | | Meeting with Alan Gibbons (Grace)  Elyse Filon (Grace), Andree Clark (Grace) to discuss Q1 issues and upcoming Q2 |
| | 6/3/08 | Tax Partner | $ | 106.94 | issue |
| | 6/17/08 | Tax Partner | $ | 46.46 | 92 miles Roundtrip (at 0.505 cents per mile) from PwC Miami, FL to client located in Boca Raton, FL |
| | 6/17/08 | Tax Partner | $ | 85.58 | Meeting with Alan Gibbons (Grace)  Deb Poole (Grace) to discuss Q1 IP Migration Planning |
| | | | $ | 270.29 | |
| | | | | | |
| Justin Bray | 6/18/08 | Audit Manager | $ | 17.18 | Roundtrip mileage to Grace (less normal commute)(34 miles * $0.505) |
| | 6/19/08 | Audit Manager | $ | 50.50 | Roundtrip mileage to Tyson's Corner office for Grace meeting (less normal commute)(100 miles * $0.505) |
| | 8/23/08 | Audit Manager | $ | 17.18 | Roundtrip mileage to Grace (less normal commute)(34 miles * $0.505) |
| | | | $ | 84.86 | |
| | | | | | |
| Pamela Barkley | 6/18/08 | Audit Senior Associate | $ | 115.49 | Working Lunch with P.Barkley, J.Bray, D.Parker, L.Keorlet & K.Bradley |
| | | | $ | 115.49 | |
| | | | | | |
| Shahin Rahmani | 6/30/2008 | Audit Associate | $ | 34.34 | Miles from Home to Tysons is 20 miles; Home to Curtis Bay facility is 54 miles (34 excess miles * $.505 = $17.17)  Round trip cost = $34.34 |
| | | | $ | 34.34 | |
| | | | | | |
| Lynda Keorlet | 6/19/08 | Audit Associate | $ | 593.56 | Team Planning Meeting - Catering for Lunch / Coffee / Afternoon - Attendees / expected attendees included : W.Bishop, J.Bray, D.Parker, P.Barkley, R.Garcia, E.Margolius, L.Keorlet, S.Beckes, A.Lueck, S.Venkiteswaran, P.Katsiak, K.Bradley, L.Signori, K.Geung, G.Baccash, C.Chu, C.Simmons, M.Noel, T.Kalinosky, J.James, K.Palmer, J.Own, R.West |
| | | | $ | 593.56 | |
| | | | | | |
| Melissa Noel | 6/1/08 | Audit Associate | $ | 24.27 | courier charge- mailing fee app |
| | | | $ | 24.27 | |
| | | | | | |
| | | Grand Total | $ | 2,298.34 | |