## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____
)
**In re:** )
)  **Chapter 11**
**W.R. GRACE & CO., et al.** )  **Case No. 01-01139 (JKF)**
)  **(Jointly Administered)**
**Debtors.** )  Objection Deadline: September 12, 2008 at 4:00 p.m.
_____)  Hearing:  September 29, 2008 at 1:00 p.m.

### SIXTEENTH QUARTERLY INTERIM FEE APPLICATION OF
### DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE,
### FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
### FOR THE PERIOD OF JANUARY 1, 2008 THROUGH MARCH 31, 2008

Pursuant to 11 U.S.C. §§ 330 and 331 of title 11 of the United States Code, Rule

2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Code"), and this

Court's Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing

Procedures for Interim Compensation and Reimbursement of Expenses for Professionals

and Official Committee Members, signed April 17, 2002, amending the Court's

Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code

Establishing Procedures for Allowance and Payment of Monthly Interim Compensation

and Reimbursement of Expenses of Professionals, entered May 3, 2001 (collectively, the

"Administrative Order"), David T. Austern, the Future Claimants Representative

("FCR"), hereby submits this sixteenth quarterly interim application (the "Sixteenth

Quarterly Interim Application") for an allowance of (i) compensation for professional

services rendered to W.R. Grace & Co. and its affiliates (collectively, the "Debtors") for

the period of January 1, 2008 through March 31, 2008 through December 31, 2007 (the

"Interim Period"), and (ii) the reimbursement of expenses incurred during the same period.

By this Sixteenth Quarterly Fee Application the FCR seeks the interim allowance of compensation in the amount of $29,300.00 and reimbursement of actual and necessary expenses in the amount of $3,527.13 for a total of $32,827.13, or 100% of all compensation and expense reimbursement requested, for the period January 1, 2008 through March 31, 2008.  In support of this Sixteenth Quarterly Interim Application, the FCR respectfully represents as follows:

### Jurisdiction

1.   This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1334.

### Background

2.      On April 2, 2001 (the "Petition Date"), the Debtors filed a voluntary petition for relief under chapter 11 of the United States Bankruptcy Code.  The Debtors continue to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

3.      By an Order entered September 27, 2004, the Court appointed the FCR for the above captioned cases effective as of May 24, 2004.

### Monthly Fee Applications Covered Herein

4.      The FCR filed his Thirty-Ninth Monthly Application for Compensation for Services Rendered and Reimbursement of Expenses for the Period January 1-31, 2008 (the "Thirty-Ninth Monthly") on April 7, 2008 requesting $6,080.00 (80% of $7,600.00) in fees and expenses in the amount of $349.50 [Docket No. 18457].  The deadline to file

objections expired on April 28, 2008, no objections were filed and the FCR filed a

Certificate of No Objection on May 6, 2008 [Docket No. 18671].  The Thirty-Ninth

Monthly is attached hereto as <u>Exhibit A</u> and incorporated herein by reference.

   5.  The FCR filed his Fortieth Monthly Application for Compensation for

Services Rendered and Reimbursement of Expenses for the Period February 1-29, 2008

(the "Fortieth Monthly") on April 7, 2008 requesting $8,560.00 (80% of $10,700.00) in

fees and $782.59 in expenses [Docket No. 18458].  The deadline to file objections

expired on April 28, 2008, no objections were filed and the FCR filed a Certificate of No

Objection on May 15, 2008 [Docket No. 18712].  The Fortieth Monthly is attached hereto

as <u>Exhibit B</u> and incorporated herein by reference.

   6.  The FCR filed his Forty-First Monthly Application for Compensation for

Services Rendered and Reimbursement of Expenses for the Period March 1-31, 2008 (the

"Forty-First Monthly") on July 3, 2008 requesting $8,800.00 (80% of $11,000.00) in fees

and $2,395.04 in expenses [Docket No. 19047].  The deadline to file objections expires

on July 23, 2008, and if no objections are filed, the FCR will promptly file a Certificate

of No Objection.  The Forty-First Monthly is attached hereto as <u>Exhibit B</u> and

incorporated herein by reference.

   7.  The Thirty-Ninth, Fortieth, and Forty-First Monthly Fee Applications

covered by this Sixteenth Quarterly Fee Application contain detailed daily time logs

describing the actual and necessary services provided by the FCR during the Interim

Period as well as other detailed information to be included in fee applications.

## **Requested Relief**

8.      By this Sixteenth Quarterly Application, the FCR requests that the Court approve the interim allowance of compensation for professionals services rendered and the reimbursement of actual and necessary expenses incurred by the FCR from January 1, 2008 through March 31, 2008.  As stated above, the full scope of the services provided and the related expenses incurred are fully described in the Thirty-Ninth, Fortieth and Forty-First Monthly fee applications attached hereto as Exhibit A (January), Exhibit B (February), and Exhibit C (March).

9.      At all relevant times, the FCR has been a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code and has not represented or held an interest adverse to the interest of future asbestos claimants.

10.     All services for which compensation is requested by the FCR were performed in his capacity as FCR and not on behalf of any Debtor, committee, creditor, or other person.

11.     Other than the Debtors' obligation to pay fees and expenses allowed by this Court, the FCR has received no payment and no promise for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with the Debtors' cases.  There is no agreement or understanding between the FCR and any other person for the sharing of compensation to be received for services rendered in these cases.

WHEREFORE, the FCR respectfully requests that the Court enter an order, substantially in the form attached hereto, providing that, for the period January 1, 2008 through March 31, 2008, an allowance be made to the FCR in the sum of $29,300.00 as compensation for reasonable and necessary professional services rendered and expenses in the amount of $3,527.13 for a total of $32,827.13, that the Debtors be authorized and directed to pay to FCR the outstanding amount of such sums, and for such other and further relief as this Court may deem just and proper.

Respectfully submitted,

/S/ DAVID T. AUSTERN
David T. Austern, Future Claimants Representative
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: July 16, 2008