**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

|  |  |
|---|---|
| | ) |
| **In re:** | ) |
| | ) **Chapter 11** |
| **W.R. GRACE & CO., et al.** | ) **Case No. 01-01139 (JKF)** |
| | ) **(Jointly Administered)** |
| **Debtors.** | ) Objection Deadline: September 12, 2008 at 4:00 p.m. |
| _____) | Hearing: September 29, 2008 at 1:00 p.m. |

**COVER SHEET TO SIXTEENTH QUARTERLY INTERIM FEE APPLICATION**
**OF DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE, FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED**
**FOR THE PERIOD JANUARY 1, 2008 THROUGH MARCH 31, 2008**

**SUMMARY SHEET**

Name of Applicant:                    David T. Austern, Future Claimants
                                      Representative (the "FCR")

Authorized to Provide
Professional Services to:             Not Applicable

Date of Retention:                    As of May 24, 2004 (pursuant to this
                                      Court's Order entered September 27, 2004)

Period for which Compensation and
Reimbursement is sought:              January 1, 2008 – March 31, 2008

Amount of Compensation
sought as Actual Reasonable and
Necessary:                            $29,300.00

Amount of Expense Reimbursement
sought as Actual, Reasonable and
Necessary:                            $ 3,527.13

This is a      ___ monthly          _x_ interim          ___ final application

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004.  The FCR has filed the following fee applications during this Sixteenth Quarterly time period: Thirty-Ninth Monthly Fee Application for the period January 1-31, 2008 in the amount of $6,080.00 (80% of $7,600.00) in fees and expenses in the amount of $349.50; Fortieth Monthly Fee Application for the period February-128, 2008 in the amount of $8,560.00 (80% of $10,700.00) in fees and $782.59 in expenses; and Forty-First Monthly Fee Application for the period March 1-31, 2008 in the amount of $8,800.00 ($11,000.00) in fees and $2,395.04 in expenses.

## COMPENSATION DURING THE TIME PERIOD
## JANUARY 1, 2008 – MARCH 31, 2008

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 58.60 | $29,300.00 |
| **Total** | | | | **$29,300.00** |

Total Fees:        $ 29,300.00
Total Hours:            58.60
Blended Rate:     $      500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 50.20 | $25,100.00 |
| Non-Working Travel (billed at half) | 8.40 | $4,200.00[1] |
| **TOTAL** | **58.60** | **$29,300.00** |

---

[1] This amount reflects a reduction of $4,200.00 representing a 50% discount of hourly rates for non-working travel.

**EXPENSE SUMMARY FOR THE TIME PERIOD**
**JANUARY 1, 2008 – MARCH 31, 2008**

| Expense Category | Total |
|---|---|
| Airfare Travel | $2,210.50 |
| Hotel | $974.63 |
| Parking | $34.00 |
| Taxi | $308.00 |
| **TOTAL** | **$3,527.13** |

Respectfully submitted,

/S/ DAVID T. AUSTERN

David T. Austern, Future Claimants' Representative

Claims Resolution Management Corporation

3110 Fairview Park Drive, Suite 200

Falls Church, VA  22042-0683

(703) 205-0835

Dated: July 16, 2008