**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| **In re:** | ) ) ) | |
| **W.R. GRACE & CO., <u>et al</u>.** | ) ) | **Chapter 11**<br>**Case No. 01-01139 (JKF)**<br>**(Jointly Administered)** |
| **Debtors.** | ) ) | |

## **VERIFICATION**

**STATE OF VIRGINIA, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1. I am the Future Claimants Representative appointed by the Court in these cases.

2. I have reviewed the Sixteenth Quarterly Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

<u>/S/ DAVID T. AUSTERN</u>
DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 16TH day of JULY, 2008

<u>/S/ DOROTHY GRANT</u>
Notary Public

My commission expires: 3-19-2009