# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>Jointly Administered<br><br>Objection Date: April 28, 2008 at 4:00 p.m.<br>Hearing: Scheduled if Necessary (Negative Notice) |

### COVER SHEET TO THIRTY-NINTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | January 1, 2008 through January 31, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $7,600.00 |
| 80% of fees to be paid: | $6,080.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 349.50 |
| Total Fees @ 80% and 100% Expenses: | $6,429.50 |
| This is an: ___ interim  X  monthly ___ final application. | |

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

## COMPENSATION SUMMARY
### JANUARY 2008

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 15.20 | $7,600.00 |
| Grand Total: | | | 15.20 | $7,600.00 |
| Blended Rate: $500.00 | | | | |

Total Fees:      $ 7,600.00
Total Hours:          15.20
Blended Rate:    $  500.00

## COMPENSATION BY PROJECT CATEGORY
### JANUARY 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 13.20 | $6,600.00 |
| Non-Working Travel (billed at half) | 2.00 | $1,000.00 |
| TOTAL | 15.20 | $7,600.00 |

## EXPENSE SUMMARY
### JANUARY 2008

| Expense Category | Total |
|---|---|
| Airfare | $349.50 |
| TOTAL | $349.50 |

Respectfully submitted,

*[signature]*

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683
(703) 205-0835

Dated: February 11, 2008

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF) |
| | Jointly Administered |
| Debtors. | |

## VERIFICATION

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1. I am the Future Claimants' Representative appointed by the Court in these cases.

2. I personally performed the work as set forth in the attached Exhibit A.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 11th DAY OF FEBRUARY, 2008

_____
Notary Public

My commission expires: 3/31/2010

[Notary Seal: DEBRA BAKER JONES, NOTARY PUBLIC, REG # 179673, MY COMMISSION EXPIRES 3/31/2010, COMMONWEALTH OF VIRGINIA]

## EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## JANUARY 2008

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| *Litigation* | | | | |
| January 9 | Telephone conference Frankel (.3) and Rice (.4) re settlement negotiations | 0.70 | $500 | $ 350.00 |
| January 10 | Meeting re litigation strategy at Orrick and Grace environmental issues (3.2); meeting with Westbrook re ZAI (1.3) | 4.50 | $500 | $ 2,250.00 |
| January 13 | Strategy meeting with attorneys. | 2.00 | $500 | $ 1,000.00 |
| January 14 | Attendance at opening of estimation hearing (5.5) | 5.50 | $500 | $ 2,750.00 |
| January 18 | Telephone conference with Inselbuch and Rice re settlement (.3); e-mail to Frankel re same (.2) | 0.50 | $500 | $ 250.00 |
| | SUBTOTAL | 13.20 | | $ 6,600.00 |
| *Non-Working Travel* | | | | |
| January 13 | Travel from Washington, D.C. to Pittsburgh (2 hours billed as 1) | 1.00 | $500 | $ 500.00 |
| January 13 | Travel from Pittsburgh to Washington, D.C. (2 hours billed as 1) | 1.00 | $500 | $ 500.00 |
| | SUBTOTAL | 2.00 | | $ 1,000.00 |
| | **TOTAL** | **15.20** | | **$7,600.00** |

**EXHIBIT B**

**DAVID T. AUSTERN/W.R. GRACE & CO.**

**JANUARY 2008**

**EXPENSE SUMMARY**

| Date | Expense | Description of Expense |
|---|---|---|
| January 13 | $349.50 | Airfare |
| **TOTAL** | **$349.50** | |