# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>Jointly Administered<br><br>Objection Date: April __, 2008 at 4:00 p.m.<br>Hearing: Scheduled if Necessary (Negative Notice) |

### COVER SHEET TO FORTIETH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | February 1, 2008 through February 29, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $10,700.00 |
| 80% of fees to be paid: | $ 8,560.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 782.59 |
| Total Fees @ 80% and 100% Expenses: | $ 9,342.59 |

This is an:  ___ interim   _X_ monthly   ___ final application.

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

## COMPENSATION SUMMARY
### FEBRUARY 2008

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 21.40 | $10,700.00 |
| Grand Total: | | | 21.40 | $10,700.00 |
| Blended Rate: $500.00 | | | | |

Total Fees:      $ 10,700.00
Total Hours:         21.40
Blended Rate:    $    500.00

## COMPENSATION BY PROJECT CATEGORY
### FEBRUARY 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 19.00 | $9,500.00 |
| Non-Working Travel (billed at half) | 2.40 | $1,200.00 |
| TOTAL | 21.40 | $10,700.00 |

## EXPENSE SUMMARY
### FEBRUARY 2008

| Expense Category | Total |
|---|---|
| Hotel | $494.09 |
| Taxi | $95.00 |
| Travel | $193.50 |
| TOTAL | $782.59 |

Respectfully submitted,

*[signature]*

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683
(703) 205-0835

Dated: April 4, 2008

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF)<br>Jointly Administered |
| Debtors. | |

## VERIFICATION

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1. I am the Future Claimants' Representative appointed by the Court in these cases.

2. I personally performed the work as set forth in the attached Exhibit A.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

_____
DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 4th DAY OF APRIL, 2008

_____
Notary Public

My commission expires: 3/31/2010

[Notary Seal: DEBRA BAKER JONES, NOTARY PUBLIC, REG # 179673, MY COMMISSION EXPIRES 3/31/2010, COMMONWEALTH OF VIRGINIA]

## EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## FEBRUARY 2008

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| *Litigation* | | | | |
| February 8 | Telephone conference with R. Frankel re meeting with J. Biggs (.50); telephone conference with R. Mullady re same (.20) | .70 | $500 | $350.00 |
| February 19 | Telephone conference R. Frankel re settlement negotiations | .60 | $500 | $300.00 |
| February 20 | Meeting with Grace representatives (5.0); telephone conference with R. Frankel re meeting (.70) | 5.70 | $500 | $2,850.00 |
| February 21 | Telephone conference with J. Biggs, R. Frankel, R. Wyron, D. Felder re mesothelioma estimations (.50); telephone conference with R. Frankel, E. Inselbuch, R. Wyron, Peterson, and J. Biggs re mesothelioma estimations (.1.0); telephone conference with J. Biggs and R. Frankel re Biggs' methodology (.50) | 2.00 | $500 | $1,000.00 |
| February 22 | Telephone conference with Grace representatives re negotiations (1.0); telephone conference with R. Frankel, R. Wyron, J. Biggs and others re estimation (.70) | 1.70 | $500 | $850.00 |
| February 23 | Telephone conference with R. Frankel, J. Radecki and R. Wyron regarding settlement dollars | .70 | $500 | $350.00 |

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| February 26 | Review of Piper Jaffray settlement materials (.20); review of Grace payment proposal and Biggs' analysis (1.10); telephone conference with J. Radecki, R. Frankel re settlement dollars (.60); telephone conference with R. Frankel re present claimants position (.20); telephone conference with all parties (.20) | 2.30 | $500 | $1,150.00 |
| February 28 | Meeting with J. Biggs and lawyers re futures projections | 1.50 | $500 | $750.00 |
| February 29 | Meeting at Caplin & Drysdale re settlement with Asbestos Claimants Committee and lawyers | 5.00 | $500 | $2,500.00 |
| | SUBTOTAL | 20.20 | | $9,500.00 |

### *Non-Working Travel*

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| February 28 | Travel to NY for meeting with J. Biggs and lawyers re futures projections (2.40 hours billed at 50% reduced rate) | 1.20 | $500 | $600.00 |
| | SUBTOTAL | 1.20 | | $600.00 |
| | **TOTAL** | **21.40** | | $10,700.00 |

## EXHIBIT A

## DAVID T. AUSTERN/W.R. GRACE & CO.

## FEBRUARY 2008

## FEE SUMMARY

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| *Litigation* | | | | |
| February 8 | Telephone conference with R. Frankel re meeting with J. Biggs (.50); telephone conference with R. Mullady re same (.20) | .70 | $500 | $350.00 |
| February 19 | Telephone conference R. Frankel re settlement negotiations | .60 | $500 | $300.00 |
| February 20 | Meeting with Grace representatives (5.0); telephone conference with R. Frankel re meeting (.70) | 5.70 | $500 | $2,850.00 |
| February 21 | Telephone conference with J. Biggs, R. Frankel, R. Wyron, D. Felder re mesothelioma estimations (.50); telephone conference with R. Frankel, E. Inselbuch, R. Wyron, Peterson, and J. Biggs re mesothelioma estimations (.1.0); telephone conference with J. Biggs and R. Frankel re Biggs' methodology (.50) | 2.00 | $500 | $1,000.00 |
| February 22 | Telephone conference with Grace representatives re negotiations (1.0); telephone conference with R. Frankel, R. Wyron, J. Biggs and others re estimation (.70) | 1.70 | $500 | $850.00 |
| February 23 | Telephone conference with R. Frankel, J. Radecki and R. Wyron regarding settlement dollars | .70 | $500 | $350.00 |

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| February 26 | Review of Piper Jaffray settlement materials (.20); review of Grace payment proposal and Biggs' analysis (1.10); telephone conference with J. Radecki, R. Frankel re settlement dollars (.60); telephone conference with R. Frankel re present claimants position (.20); telephone conference with all parties (.20) | 2.30 | $500 | $1,150.00 |
| February 28 | Meeting with J. Biggs and lawyers re futures projections | 1.50 | $500 | $750.00 |
| February 29 | Meeting at Caplin & Drysdale re settlement with Asbestos Claimants Committee and lawyers | 5.00 | $500 | $2,500.00 |
| | SUBTOTAL | 20.20 | | $9,500.00 |

*Non-Working Travel*

| Date | Services | Hours | Rate | Total |
|---|---|---|---|---|
| February 28 | Travel to NY for meeting with J. Biggs and lawyers re futures projections (2.40 hours billed at 50% reduced rate) | 1.20 | $500 | $600.00 |
| | SUBTOTAL | 1.20 | | $600.00 |
| | **TOTAL** | **21.40** | | **$10,700.00** |

## EXHIBIT B

## DAVID T. AUSTERN/W.R. GRACE & CO.

## FEBRUARY 2008

## EXPENSE SUMMARY

| Date | Expense | Description of Expense |
|---|---|---|
| February 28 | $494.09 | Hotel room in NY |
| February 28 | $47.50 | Taxi to hotel in NY |
| March 1 | $47.50 | Taxi to LaGuardia |
| March 1 | $193.50 | Return travel to Washington, DC |
| **TOTAL** | **$782.59** | |