# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objection Date: July 23, 2008 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FORTY FIRST MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | March 1, 2008 through March 31, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $11,000.00 |
| 80% of fees to be paid: | $ 8,800.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 2,395.04 |
| Total Fees @ 80% and 100% Expenses: | $11,195.04 |

This is an: ___ interim    X   monthly    ___ final application.

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

## COMPENSATION SUMMARY
### MARCH 2008

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 22.00 | $11,000.00 |
| Grand Total: | | | 22.00 | $11,000.00 |
| Blended Rate: $500.00 | | | | |

Total Fees:      $ 11,000.00
Total Hours:          22.00
Blended Rate:    $    500.00

## COMPENSATION BY PROJECT CATEGORY
### MARCH 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 18.00 | $9,000.00 |
| Non-Working Travel | 4.00 | $2,000.00 |
| TOTAL | 22.00 | $11,000.00 |

## EXPENSE SUMMARY
### MARCH 2008

| Expense Category | Total |
|---|---|
| Hotel | $480.54 |
| Parking | $34.00 |
| Taxi | $213.00 |
| Travel – Air Fare | $1,667.50 |
| TOTAL | $2,395.04 |

Respectfully submitted,

David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042-0683
(703) 205-0835

Dated: July 1, 2008

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | |
| | ) | |

## VERIFICATION

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1. I am the Future Claimants' Representative appointed by the Court in these cases.

2. I personally performed the work as set forth in the attached Exhibit A.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

*[signature]*
DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 1st DAY OF July, 2008

*[signature] Debra Baker Jones*
Notary Public

My commission expires: 3/31/2010

# EXHIBIT A

## David Austern, Futures Representative for W.R. Grace
### Billing Statement for March, 2008

| Date | Services | Hours |
|---|---|---|
| 3/5 | Review of most recent Towers-Perrin claims estimates and mesothelioma background (1.4); travel to New York for meeting (2 hrs. billed as 1) (1.0); meeting at Orrick with Biggs, Frankel, and Wyron (1.5) | 3.9 |
| 3/6 | Meeting at Kirkland & Ellis re settlement (4.4); travel to Washington DC (2 hrs. billed as 1) (1.0) | 5.4 |
| 3/11 | Review of Towers-Perrin reforecast based on W.R. Grace proposal | 0.8 |
| 3/12 | Travel to Chicago (from Houston) (4 hrs. billed as 2) (2.0); meeting with W.R. Grace representatives (5 hrs.); travel to Houston (4 hrs. billed as 2) (2.0) | 9.0 |
| 3/18 | Telephone conference Frankel re Libby criminal case (.3); telephone conference Wyron re previous day court hearing (.2) | .5 |
| 3/20 | Telephone conference Frankel re settlement | .2 |
| 3/28 | Meeting with Frankel re estimation hearing and settlement discussions | 1.5 |
| 3/31 | Review of Grace term sheet (.5); telephone conference Frankel re term sheet (.2) | .7 |
| **Total Hours:** | | **22.0** |
| **Total Fees ($500.00 per hour)** | | **$11,000.00** |

# EXHIBIT B

Expenses:

| Date | Description | Amount |
|---|---|---|
| 3/5-6 | Airfare to New York and return | $679.00 |
|  | Hotel in New York | 480.54 |
|  | Parking at National Airport | 34.00 |
|  | Car to hotel | 42.00 |
| 3/12 | Round-trip flight Houston/Chicago | 988.50 |
|  | Taxi to and from airport, Houston ($65 x 2) | 130.00 |
|  | Taxi in Chicago to meeting | 41.00 |

**Total Expenses** — $2,395.04

**Total Fees and Expenses** — $13,395.04

**MaryLou Sales**

From: DeltaElectronicTicketReceipt@delta.com
Sent: Tuesday, March 04, 2008 3:28 PM
To: David T. Austern
Subject: DAVID A WAS-R REAGAN NATL 05MAR08





(Scan this barcode at a Delta Self-Service Kiosk to access your reservation.)

## Your Receipt and Itinerary

DAVID AUSTERN
STE200
3110 FAIRVIEW PARK DR
FALLS CHURCH VA 22042

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact Delta or check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyMiles® card.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

Speed through the airport. Check-in online for your flight.   > Check-in

## Flight Information

```
DELTA CONFIRMATION #:  3BC8OY
TICKET #:  00623426219194
                                    Bkng                              Meals/  Seat/
Day Date      Flight     Status  Class       City           Time      Other   Cabin
--- -----   ---------    ------  -----   ----------------   -----     -----   -----
Wed 05MAR   DELTA 1954     OK      Y     LV WAS-R REAGAN    130P        S     99X
                                            NATL                              COACH
                                         AR NYC-LAGUARDIA   252P
```

Check your flight information online at delta.com or call the Delta Flightline at **800-325-1999**.

Baggage and check-in requirements vary by airport. Please review Delta's Check-In Requirements for details. Please check in with the operating carrier. Please review additional Baggage guidelines at delta.com.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States.
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel.

Key to Terms
\# - Arrival date different than departure date
** - Check in required
*** - Multi meals
*S$ - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels/Beverages
D - Dinner
F - Food available for purchase
L - Lunch

3/6/2008

For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit
http://SafeTravel.dot.gov

LV - Departs
M - Movie
R - Refreshments - Complimentary
S - Snack
T - Cold meal
V - Snacks for Sale

## Passenger Information

DAVID AUSTERN
SkyMiles Number: *******273

## Billing Details

### Receipt Information

Fare Details: WAS DL NYC306.05YSHLGA USD306.05END ZP DCA XT AY 2.50 XF 4.50 D
CA4.5

Fare:      306.05 USD          Form of Payment    CA*************0151
Tax:         7.00 XT
Tax:        22.95 US
Tax:         3.50 ZP
Total:     339.50 USD

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

## Ticketing Details

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.



TICKET #:    00623426219194
Issue Date:  03/04/08    Expiration: 03/04/09
Place of Ticket Issue:   WWWRES
Issuing Agent Id:  DL/WW
Ticket Issue date:    04MAR08
Not Transferable

Transfer Miles recipients receive 20-30% bonus.

Great Rates and 500 Bonus Miles on all rentals.

Hotel Search by The Hilton Family.

Refill your account with 17,500 bonus miles.




3/6/2008

**MaryLou Sales**

From:     DeltaElectronicTicketReceipt@delta.com
Sent:     Thursday, March 06, 2008 11:05 AM
To:       David T. Austern
Subject:  DAVID A NYC-LAGUARDIA 06MAR08





(Scan this barcode at a Delta Self-Service Kiosk to access your reservation.)

## Your Receipt and Itinerary

```
DAVID AUSTERN
3110 FAIRVIEW PARK DR STE20
FALLS CHURCH VA 22042
```

Thank you for choosing Delta. We encourage you to review this information before your trip. If you need to contact Delta or check on your flight information, go to delta.com, call 800-221-1212 or call the number on the back of your SkyMiles® card.

Now, managing your travel plans just got easier. You can exchange, reissue and refund electronic tickets at delta.com. Take control and make changes to your itineraries at delta.com/itineraries.

Speed through the airport. Check-in online for your flight.    Check-in

## Flight Information

```
DELTA CONFIRMATION #:  D6HJ8X
TICKET #:    00623427120960
                                    Bkng                              Meals/  Seat/
Day Date      Flight      Status   Class      City           Time    Other   Cabin
--- -----   ------------  ------   -----    ---------------  -----   ------  ------
Thu 06MAR  DELTA 1959       OK       Y      LV NYC-LAGUARDIA 329P      S      99X
                                            AR WAS-R REAGAN  453P            COACH
                                               NATL
```

Check your flight information online at delta.com or call the Delta Flightline at 800-325-1999

Baggage and check-in requirements vary by airport. Please review Delta's Check-In Requirements for details. Please check in with the operating carrier. Please review additional Baggage guidelines at delta.com.

You must be checked in and at the gate at least 15 minutes before your scheduled departure time for travel inside the United States
You must be checked in and at the gate at least 45 minutes before your scheduled departure time for international travel
For tips on flying safely with laptops, cell phones, and other battery-powered devices, please visit

Key to Terms
# - Arrival date different than departure date
** - Check in required
*** - Multi meals
*S$ - Multiple seats
AR - Arrives
B - Breakfast
C - Bagels/Beverages
D - Dinner
F - Food available for purchase
L - Lunch
LV - Departs
M - Movie

3/6/2008

http://SafeTravel.dot.gov

R - Refreshments - Complimentary
S - Snack
T - Cold meal
V - Snacks for Sale

## Passenger Information

DAVID AUSTERN
SkyMiles Number: *******273

## Billing Details

## Receipt Information

Fare Details: NYC DL WAS306.05YSHLGA USD306.05END ZP LGA XT AY 2.50 XF 4.50 L GA4.5

Fare:       306.05 USD        Form of Payment   CA************0151
Tax:          7.00 XT
Tax:         22.95 US
Tax:          3.50 ZP
Total:      339.50 USD

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply and are displayed in the sections below.

This ticket is non-refundable unless issued at a fully refundable fare. Any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

## Ticketing Details

Scan this barcode at a Delta Self-Service Kiosk to access your reservation.



TICKET #:   00623427120960
Issue Date:  03/06/08   Expiration: 03/06/09
Place of Ticket Issue:  WWWRES
Issuing Agent Id:  DL/WW
Ticket Issue date:  06MAR08
Not Transferable

Transfer Miles recipients receive 20-30% bonus.

Great Rates and 500 Bonus Miles on all rentals.

Hotel Search by The Hilton Family.

Refill your account with 17,500 bonus miles.





# The Waldorf=Astoria.
A Hilton Hotel

301 Park Avenue • New York, NY 10022
Phone (212) 355-3000 • Fax (212) 872-7272
www.waldorfastoria.com

**Name & Address**

AUSTERN, DAVID
4984 ROCKWOOD PKWY NW

WASHINGTON, DC 20016-3248
US

Room: 700A/D2RRU1
Arrival Date: 3/5/2008  3:24:00PM
Departure Date: 3/6/2008

Adult/Child: 1/0
Room Rate: 419.00

RATE PLAN    L-DJ

HH# 015004136 DIAMOND
AL    CO #AS060562
BONUS AL          CAR

Confirmation Number: 3299060991

3/6/2008    PAGE    1

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 3/5/2008 | GUEST ROOM | BBALAY | 9414675 | $419.00 | | |
| 3/5/2008 | OCC TAX | BBALAY | 9414675 | $4.00 | | |
| 3/5/2008 | ROOM OCCUPANCY TAX 5% | BBALAY | 9414675 | $20.95 | | |
| 3/5/2008 | STATE ROOM TAX | BBALAY | 9414675 | $35.09 | | |
| 3/5/2008 | JAVITS CENTER FEE | BBALAY | 9414675 | $1.50 | | |
| | WILL BE SETTLED TO MC *0151 | | | | | $480.54 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

*Hilton HHonors (R) stays post to your account within 72 hours of checkout. To check your earnings for this stay or any other stay at more than 2,700 hotels worldwide visit www.hiltonhhonors.com*

*"Wherever you travel, there's a Hilton Family hotel for you! Check us out at www.hiltonworldwide.com and book today."*

**THANK YOU**

| DATE OF CHARGE | FOLIO NO./CHECK NO. ####### A |
|---|---|
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |

## Zip-Out Check-Out®

Good Morning! We hope you enjoyed your stay. With Zip-Out Check-Out® there is no need to stop at the Front Desk to check out.

- Please review this statement. It is a record of your charges as of late last night.
- For any charges after your account was prepared, you may:
  - pay at the time of purchase.
  - charge purchases to your room account, then stop by the Front Desk for an updated statement
  - or request an updated statement be mailed to you within two business days.

Simply call extension 69 from your room and tell us when you are ready to depart. Your account will be automatically checked out and you may use this statement as your receipt. Feel free to leave your key(s) in the room.

*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*



| | | | | | | | | 379049 |
|---|---|---|---|---|---|---|---|---|
| | | | | | CO/EMP I.D. # | | | FOR OFFICE USE ONLY |
| CAR NO. 47 | ACCT. NO. MA770 | DATE 3/5/ | F# S6028 | TIME OF DISP. AM/PM | TIME OF P/U AM/PM | | INITIAL | FARE 37.50 |
| COMPANY NAME | | PASS PKGE | INIT W.T. | HVY LBS | | TEL MIN | | ADD'L STOPS |
| PASSENGER NAME Austern | | ZIP/ZONE | STOPS | ZIP/ZONE | | W.T. | INIT. | TOTAL WAITING TIME |
| FROM | | LGA | | | | | | APP W.T. CUST. SIG. |
| FINAL DEST. | | M6 | 1 | | | | | TOLLS 4.50 |
| intaBORO (718) 845-1111 | | | 2 | | | | | EXTRA LBS CHGE |
| The Finest In Luxury Transportation | | | 3 | | | | | TEL. CHGE. |
| EXPLANATION | | | 4 | | | | | CASH |
| | | | 5 | | | | | PARK |
| | | | 6 | | | | INITIALS | GRATUITY |
| CLIENT MATTER NO. | | | CUST JOB NO. | | | | | TOTAL 42 — |
| X PASSENGER OR AUTHORIZED SIGNATURE    CUSTOMER-3    SPECIAL ROUTE REQUEST BY CUST. SIGNATURE | | | | | | | | |

Continental Airlines - View Current Reservation                                      Page 1 of 3

Home > Manage Reservations > **View Current Reservation**

# View Current Reservation

**Reservation Tools:** Cancel | E-mail Summary | Print Itinerary | Export to Outlook | Rename Reservation | Reserve a Hotel | Reserve a Car

**Continental Confirmation Number:**   C9FC4X

**Houston, TX (IAH - Intercontinental) to Chicago, IL (ORD - O'Hare) on Wed., Mar. 12, 2008**
**Chicago, IL (ORD - O'Hare) to Houston, TX (IAH - Intercontinental) on Wed., Mar. 12, 2008**

**This reservation was eTicketed and confirmed on Thu., Mar. 6, 2008 at 12:55 p.m. Central Time.**

**Flight Details:**

| Depart: | Arrive: | Travel Time: | OnePass Miles/ Elite Qualification: | Flight: **CO1746** |
|---|---|---|---|---|
| **7:29 a.m.** Wed., Mar. 12, 2008 Houston, TX (IAH - Intercontinental) | **10:10 a.m.** Wed., Mar. 12, 2008 Chicago, IL (ORD - O'Hare) | **2 hr 41 mn** | **925 / 150%** | Aircraft: **Boeing 737-800** Fare Class: **First (A)** Meal: **Breakfast** **No Special Meal Offered.** |
| Depart: **7:00 p.m.** Wed., Mar. 12, 2008 Chicago, IL (ORD - O'Hare) | Arrive: **9:43 p.m.** Wed., Mar. 12, 2008 Houston, TX (IAH - Intercontinental) | Travel Time: **2 hr 43 mn** | OnePass Miles/ Elite Qualification: **925 / 150%** | Flight: **CO1647** Aircraft: **Boeing 737-500** Fare Class: **First (A)** Meal: **Dinner** **No Special Meal Offered.** |

**OnePass Members:** Upon completion of this itinerary, you will earn up to **1,850 OnePass miles.**\*

> Change Flights

**Passengers:**

**Mr. DAVIDT AUSTERN**
Seat Assignments:        3B | 1A
Trip Alert:              Active
Frequent Flyer:          CO-AS060562
Email Address:           KGRIFFIN@SFDCT.COM
Home Phone:              (202) 362-7903 - United States
Business/Other Phone:    (202) 498-0204 - United States

> View/Change Seat

> Edit traveler information

> Add Pet(s)

**Notify Friends and Family of Your Flight Status**
Is someone picking you up or dropping you off for this trip? Set up a one-time flight status notice that will be sent to them via e-mail.

**Price:**

| | |
|---|---|
| 1 Adults (age 18 to 64) | $904.18 |
| Taxes/Fees | $84.32 |
| **Total Price** | **$988.50** |

➢ View Receipt**

➢ Request Receipt

➢ Cancel

**Payment Information:**

| | |
|---|---|
| Name of Cardholder: | DAVID AUSTERN |
| Card Type: | MasterCard |
| Expiration Date: | 11/09 |

**Important Travel Information:**

- The U.S. government raised the security alert level and implemented extra restrictions to assure the security of air travel. Certain changes in airport procedures and restrictions on items allowed on board aircraft are detailed on the Travel Alert: Elevated Security page.
- Any changes to your flight reservations may incur additional charges.
- Airlines require government issued photo identification upon check-in, such as a driver's license or passport.
- Passport, visa and health requirements may apply for this itinerary. Each passenger must ensure he or she has all required travel documents as stated in Rule 19 of the Contract of Carriage. Information on this site is provided as a courtesy and should be verified by the passenger before travel. Other resources include the consulate of the destination country and the U.S. Department of State.
- Please read important information governing airline baggage liability limitations.
- You will be contacted with any changes or additional information such as schedule changes, itinerary changes, etc.
- Special services are on a request basis and cannot be guaranteed.
- Special meal requests must be received at least 24 hours before the departure of your flight and cannot be guaranteed.
- Non-Elite OnePass members traveling on Y, H, K, N, or B (or equivalent) fares are eligible for mileage-deduct upgrades within or between the 48 contiguous U.S., Alaska and Canada.

**Insure Your Travel Plans**

Trip Cancellation and Interruption Insurance from Access America helps protect you against expenses should you be required to cancel or interrupt your trip due to medical or other covered reasons affecting yourself or family members. The insurance includes coverage that reimburses pre-paid, unused, non-refundable travel expenses up to $3,000 per ticketed passenger. Important limitations apply. To find out more visit www.etravelprotection.com/continental or call 800.496.6821.

**Leave the World a Better Place™ - Carbon Offsetting Option**



Continental has partnered with Sustainable Travel International (STI), a non-profit organization that supports global climate protection and environmental conservation. STI offers customers the option to make a contribution to offset their carbon footprints for travel on Continental. All contributions are paid directly to STI. Continental does not receive any portion of any contribution.

Sustainable Travel International calculates that to offset your amount of $CO_2$ from this itinerary, you may contribute **$3.39** or another amount.

➢ Contribute Now

*OnePass frequent flyer mileage information is provided as a convenience to OnePass members. Elite miles is the percentage of OnePass miles earned towards Elite status when booked on continental.com. Actual flown miles will be posted to your account. Fare class, Elite and other promotional bonuses are not included in the totals listed. A minimum of 500 OnePass miles is earned for flights less than 500 miles in distance. For Amtrak train segments 250 OnePass miles is awarded for Economy Class and 325 OnePass miles for First Class.



```
            BLACK      FOOT
(832) 584-8876          (713) 201-0654
Client: D. Austern
From: 1300 Lamar
To: IAH
Date: 3-12-08        Amount: $65.00
```

```
            BLACK      FOOT
(832) 584-8876          (713) 201-0654
Client: D. Austern
From: IAH
To: 1300 Lamar
Date: 3-12-08        Amount: $65.00
```