**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                                    )
**In re:**                                          )     **Chapter 11**
                                                    )
**W.R. GRACE & CO., et al.**                        )     **Case No. 01-1139 (JKF)**
                                                    )
            **Debtors.**                            )     Objection Deadline: September 12, 2008 at 4:00 p.m.
_____)             Hearing:  September 29, 2008 at 1:00 p.m.


**COVER SHEET TO THIRTEENTH QUARTERLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JANUARY 1, 2008 THROUGH MARCH 31, 2008**


| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | January 1, 2008 through March 31, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $306,891.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 10,913.18 |

This is an:    X    interim         ___ monthly         ___ final application.

**COMPENSATION SUMMARY**
**January 1, 2008 through March 31, 2008**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Matthew Ball | Consulting Actuary (10 years) FIA | $575.00 | 8.50 | $4,887.50 |
| Jenni Biggs | Consulting Actuary (23 years) FCAS | $650.00 | 203.00 | $131,950.00 |
| Julianne Callaway | Analyst (4 years) ACAS | $325.00 | 22.90 | $7,442.50 |
| Bryan Gillespie | Consulting Actuary (2 years) FCAS | $410.00 | 73.80 | $30,258.00 |
| Jeffrey Kimble | Consulting Actuary (7 years) ACAS | $400.00 | 232.30 | $92,920.00 |
| Steve Lin | Consulting Actuary (11 years) | $475.00 | 36.20 | $17,195.00 |
| Adam Luechtefeld | Analyst (5 years) | $250.00 | 25.50 | $6,375.00 |
| Alicia Oliver | Analyst (1 year) | $175.00 | 13.00 | $2,275.00 |
| Brent Petzoldt | Analyst (1 year) | $240.00 | 7.50 | $1,800.00 |
| David Powell | Consulting Actuary (23 years) ACAS | $700.00 | 2.80 | $1,960.00 |
| Rhamonda Riggins | Analyst (6 years) | $305.00 | 3.20 | $976.00 |
| Ollie Sherman | Consulting Actuary (22 years) FCAS | $700.00 | 7.20 | $5,040.00 |
| Jennifer Teter | Analyst (8 years) | $305.00 | 12.50 | $3,812.50 |
| **Total Blended Rate: $473.31** | | | **648.40** | **$306,891.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | **648.40** | **$306,891.50** |

2

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| Airfare | $7,800.27 |
| Taxi | $344.00 |
| Trains | $0.00 |
| Hotel | $2,166.82 |
| Meals | $121.52 |
| Use of Own Car | $50.50 |
| Parking | $253.51 |
| Other | $176.56 |
| **Total Expenses** | **$10,913.18** |

| | |
|---|---|
| **January – March 2008 – Grand Total** | **$317,804.68** |

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: /S/ JENNIFER L. BIGGS
      Jennifer L. Biggs, FCAS, MAAA
      101 S. Hanley Rd.
      St. Louis, MO 63105
      (314) 719-5843

Dated: June 24, 2008