# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: April 30, 2008 at 4:00 p.m |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

### COVER SHEET TO THIRTY-SECOND MONTHLY APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JANUARY 1, 2008 THROUGH JANUARY 31, 2008

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered January 21, 2004) |
| Period for which compensation is sought: | January 1, 2008 through January 31, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $32,563.00 |
| 80% of fees to be paid: | $26,050.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $     0 |
| Total Fees @ 80% and 100% Expenses: | $26,050.40 |

This is an:  __ interim   X  monthly   __ final application.

## COMPENSATION SUMMARY
### January 2008

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (22 years) FCAS | $650 | 21.50 | $13,975.00 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $410 | 38.80 | $15,908.00 |
| Jeffrey Kimble | Consulting Actuary (6 years) ACAS | $400 | 6.70 | $2,680.00 |
| **Total Blended Rate: $486.01** | | | 67.00 | $32,563.00 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 67.00 | $32,563.00 |

## EXPENSE SUMMARY

| No Expenses | $0.00 |
|---|---|

| January 2008 – Grand Total | $32,563.00 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: *[signature]*
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: *April 8*, 2008

2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al. | Case No. 01-1139 (JKF) |
| Debtors. | |

## VERIFICATION

**STATE OF MISSOURI**

**COUNTY OF ST. LOUIS, TO WIT:**

Jennifer L. Biggs, after being duly sworn according to law, deposes and says:

1. I am an actuarial consultant of the applicant consulting firm Towers Perrin Tillinghast.

2. I am familiar with the services rendered by Towers Perrin Tillinghast, actuarial consultants to David T. Austern as Future Claimants' Representative ("FCR"). The work performed on behalf of the FCR by professionals of the firm is described in the invoices attached as Exhibit A hereto.

3. I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

JENNIFER L. BIGGS

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 8 DAY OF APRIL, 2008

Toni R Bowman
Notary Public

My commission expires: June 21, 2011

TONI R BOWMAN
Notary Public - Notary Seal
State of Missouri
Commissioned for St Louis County
My Commission Expires: June 21, 2011
Commission Number: 07059906

# EXHIBIT A

# TOWERS PERRIN

# JANUARY 2008 INVOICE

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Jan-08** |
| Jenni Biggs | 1/2/2008 | 0.50 | $650 | $325.00 | Review Daubert brief |
| Jenni Biggs | 1/3/2008 | 0.50 | $650 | $325.00 | Review Daubert brief |
| Jenni Biggs | 1/4/2008 | 5.20 | $650 | $3,380.00 | Review trial demonstrative exhibits |
| Jenni Biggs | 1/8/2008 | 1.20 | $650 | $780.00 | Review trial demonstrative exhibits |
| Jenni Biggs | 1/10/2008 | 1.50 | $650 | $975.00 | Provide information for opening argument; deposition errata |
| Jenni Biggs | 1/11/2008 | 1.00 | $650 | $650.00 | Discussions with Orrick |
| Jenni Biggs | 1/17/2008 | 3.00 | $650 | $1,950.00 | Prepare for direct testimony; demonstratives |
| Jenni Biggs | 1/18/2008 | 0.50 | $650 | $325.00 | Prepare for direct testimony |
| Jenni Biggs | 1/21/2008 | 0.50 | $650 | $325.00 | Prepare for direct testimony |
| Jenni Biggs | 1/22/2008 | 0.50 | $650 | $325.00 | Prepare for direct testimony |
| Jenni Biggs | 1/23/2008 | 0.50 | $650 | $325.00 | Billing |
| Jenni Biggs | 1/24/2008 | 0.30 | $650 | $195.00 | Discuss upcoming meeting |
| Jenni Biggs | 1/25/2008 | 0.50 | $650 | $325.00 | Discuss Chambers report |
| Jenni Biggs | 1/28/2008 | 1.50 | $650 | $975.00 | Preparation for call with Orrick |
| Jenni Biggs | 1/28/2008 | 1.80 | $650 | $1,170.00 | Preparation for call with Orrick |
| Jenni Biggs | 1/29/2008 | 0.20 | $650 | $130.00 | Preparation for call with Orrick |
| Jenni Biggs | 1/29/2008 | 1.50 | $650 | $975.00 | Teleconference with Orrick |
| Jenni Biggs | 1/30/2008 | 0.50 | $650 | $325.00 | Review trial transcript |
| Jenni Biggs | 1/31/2008 | 0.30 | $650 | $195.00 | Review trial transcript |
| | | 21.50 | | $13,975.00 | |
| | | | | | |
| Bryan Gillespie | 1/2/2008 | 0.80 | $410 | $328.00 | Daubert |
| Bryan Gillespie | 1/4/2008 | 0.50 | $410 | $205.00 | Daubert |
| Bryan Gillespie | 1/7/2008 | 2.70 | $410 | $1,107.00 | Daubert |
| Bryan Gillespie | 1/8/2008 | 3.60 | $410 | $1,476.00 | Review of cases provided by Orrick |
| Bryan Gillespie | 1/9/2008 | 3.20 | $410 | $1,312.00 | Review of expert reports |
| Bryan Gillespie | 1/10/2008 | 2.20 | $410 | $902.00 | Review of expert reports |
| Bryan Gillespie | 1/11/2008 | 4.30 | $410 | $1,763.00 | Assist with preparation of Biggs' direct testimony |
| Bryan Gillespie | 1/15/2008 | 0.20 | $410 | $82.00 | Assist with preparation of Biggs' direct testimony |
| Bryan Gillespie | 1/16/2008 | 2.80 | $410 | $1,148.00 | Assist with preparation of Biggs' direct testimony |
| Bryan Gillespie | 1/18/2008 | 1.20 | $410 | $492.00 | Review of trial documents |
| Bryan Gillespie | 1/21/2008 | 8.30 | $410 | $3,403.00 | Assist with preparation of Biggs' direct testimony |
| Bryan Gillespie | 1/22/2008 | 3.20 | $410 | $1,312.00 | Assist with preparation of Biggs' direct testimony |
| Bryan Gillespie | 1/28/2008 | 2.00 | $410 | $820.00 | Assist with preparation of Biggs' direct testimony |
| Bryan Gillespie | 1/29/2008 | 1.30 | $410 | $533.00 | Teleconference with Orrick |
| Bryan Gillespie | 1/31/2008 | 2.50 | $410 | $1,025.00 | Review trial transcript |
| | | 38.80 | | $15,908.00 | |
| | | | | | |
| Jeff Kimble | 1/4/2008 | 3.70 | $400 | $1,480.00 | Sending information to Orrick. Review trial demonstratives |
| Jeff Kimble | 1/8/2008 | 1.50 | $400 | $600.00 | Review trial demonstratives |
| Jeff Kimble | 1/29/2008 | 1.50 | $400 | $600.00 | Phone call with Orrick and discussion with team |
| | | 6.70 | | $2,680.00 | |
| | | | | | |
| | | 67.00 | | $32,563.00 | |