# EXHIBIT B

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: May 29, 2008 at 4:00 p.m |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## COVER SHEET TO THIRTY-THIRD MONTHLY APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008</u>

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered February 21, 2004) |
| Period for which compensation is sought: | February 1, 2008 through February 29, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $128,627.50 |
| 80% of fees to be paid: | $102,902.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   4,412.79 |
| Total Fees @ 80% and 100% Expenses: | $107,314.79 |

This is an:   __   interim      <u>X</u>   monthly      __   final application.

## COMPENSATION SUMMARY
### February 2008

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Matthew Ball | Consulting Actuary (10 years) FIA | $575 | 8.50 | $4,887.50 |
| Jenni Biggs | Consulting Actuary (22 years) FCAS | $650 | 99.50 | $64,675.00 |
| Julianne Callaway | Analyst (4 years) ACAS | $325 | 14.30 | $4,647.50 |
| Bryan Gillespie | Consulting Actuary (1 year) FCAS | $410 | 13.50 | $5,535.00 |
| Jeffrey Kimble | Consulting Actuary (6 years) ACAS | $400 | 66.70 | $26,680.00 |
| Steve Lin | Consulting Actuary (11 years) | $475 | 22.50 | $10,687.50 |
| Adam Luechtefeld | Analyst (3 years) | $250 | 18.30 | $4,575.00 |
| Alicia Oliver | Analyst (1 year) | $175 | 6.50 | $1,137.50 |
| Rhamonda Riggins | Analyst (5 years) | $305 | 2.50 | $762.50 |
| Ollie Sherman | Consulting Actuary (22 years) FCAS | $700 | 7.20 | $5,040.00 |
| **Total Blended Rate: $495.67** | | | **259.50** | **$128,627.50** |

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 259.50 | $128,627.50 |

### EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Airfare | $3,105.20 |
| Hotel | $923.69 |
| Parking | $91.49 |
| Taxi | $105.00 |
| Meals | $58.65 |
| Use of Own Car | $20.20 |
| Other – Orrick requested copy of WR Grace/RUST external hard drive for ACC/Dan Relles | $108.56 |
| **Total Expenses** | **$4,412.79** |

| **February 2008 – Grand Total** | **$133,040.29** |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By:/S/ Jennifer L. Biggs
Jennifer L. Biggs, FCAS, MAAA
101 S. Hanley Rd.
St. Louis, MO 63105
(314) 719-5843

Dated: April 25, 2008

2

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., <u>et al</u>. | Case No. 01-1139 (JKF) |
| Debtors. | |

## <u>VERIFICATION</u>

**STATE OF MISSOURI**

**COUNTY OF ST. LOUIS, TO WIT:**

Jennifer L. Biggs, after being duly sworn according to law, deposes and says:

1.      I am an actuarial consultant of the applicant consulting firm Towers Perrin Tillinghast.

2.      I am familiar with the services rendered by Towers Perrin Tillinghast, actuarial consultants to David T. Austern as Future Claimants' Representative ("FCR"). The work performed on behalf of the FCR by professionals of the firm is described in the invoices attached as Exhibit A hereto.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.


                                        */S/ Jennifer L. Biggs*
                                        JENNIFER L. BIGGS

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 25 DAY OF APRIL, 2008

*/S/ Toni R. Bowman*
Notary Public

My commission expires: 6/21/2011

EXHIBIT A

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | **Feb-08** | |
| Matthew Ball | 2/19/2008 | 8.50 | $575 | $4,887.50 | Reviewed expert testimony and provided feedback on projection of future asbestosis claims |
| | | 8.50 | | $4,887.50 | |
| | | | | | |
| Jenni Biggs | 2/1/2008 | 2.00 | $650 | $1,300.00 | Analysis for direct testimony |
| Jenni Biggs | 2/1/2008 | 2.00 | $650 | $1,300.00 | Project management |
| Jenni Biggs | 2/4/2008 | 0.70 | $650 | $455.00 | Billing |
| Jenni Biggs | 2/5/2008 | 0.50 | $650 | $325.00 | Discussion regarding direct testimony |
| Jenni Biggs | 2/6/2008 | 7.00 | $650 | $4,550.00 | Meeting preparation |
| Jenni Biggs | 2/7/2008 | 3.00 | $650 | $1,950.00 | 50% of non-working travel |
| Jenni Biggs | 2/7/2008 | 9.00 | $650 | $5,850.00 | Preparation and meeting with Orrick |
| Jenni Biggs | 2/11/2008 | 4.00 | $650 | $2,600.00 | Revisions to 9/25 report and information for demonstratives |
| Jenni Biggs | 2/12/2008 | 7.00 | $650 | $4,550.00 | Information for demonstratives |
| Jenni Biggs | 2/13/2008 | 4.70 | $650 | $3,055.00 | Information for demonstratives |
| Jenni Biggs | 2/14/2008 | 4.50 | $650 | $2,925.00 | Information for demonstratives |
| Jenni Biggs | 2/19/2008 | 3.80 | $650 | $2,470.00 | Analysis regarding settlement negotiations; Discussion with M. Ball |
| Jenni Biggs | 2/21/2008 | 10.00 | $650 | $6,500.00 | Analysis regarding settlement negotiations |
| Jenni Biggs | 2/22/2008 | 3.50 | $650 | $2,275.00 | Analysis regarding settlement negotiations |
| Jenni Biggs | 2/24/2008 | 1.00 | $650 | $650.00 | Analysis regarding settlement negotiations |
| Jenni Biggs | 2/25/2008 | 2.30 | $650 | $1,495.00 | Analysis regarding settlement negotiations |
| Jenni Biggs | 2/26/2008 | 3.50 | $650 | $2,275.00 | Analysis regarding settlement negotiations |
| Jenni Biggs | 2/27/2008 | 9.00 | $650 | $5,850.00 | Preparation for meeting with Orrick |
| Jenni Biggs | 2/28/2008 | 12.00 | $650 | $7,800.00 | Preparation and meeting with Orrick plus 50% non-working travel |
| Jenni Biggs | 2/29/2008 | 10.00 | $650 | $6,500.00 | Meeting with Orrick and Caplin & Drysdale plus 50% non-working travel |
| | | 99.50 | | $64,875.00 | |
| | | | | | |
| Julianne Callaway | 2/11/2008 | 5.50 | $325 | $1,787.50 | Data Requests. |
| Julianne Callaway | 2/13/2008 | 5.40 | $325 | $1,755.00 | Data Requests. |
| Julianne Callaway | 2/14/2008 | 0.80 | $325 | $260.00 | Data Requests. |
| Julianne Callaway | 2/15/2008 | 0.30 | $325 | $97.50 | Data Requests. |
| Julianne Callaway | 2/18/2008 | 2.30 | $325 | $747.50 | Data Requests. |
| | | 14.30 | | $4,647.50 | |
| | | | | | |
| Bryan Gillespie | 2/11/2008 | 2.80 | $410 | $1,148.00 | Gather billing details for fee auditor |
| Bryan Gillespie | 2/12/2008 | 1.30 | $410 | $533.00 | Gather billing details for fee auditor |
| Bryan Gillespie | 2/20/2008 | 0.90 | $410 | $369.00 | Discussion regarding meso claims |
| Bryan Gillespie | 2/22/2008 | 0.30 | $410 | $123.00 | Discussion regarding meso claims |
| Bryan Gillespie | 2/27/2008 | 2.80 | $410 | $1,148.00 | Settlement negotiations |
| Bryan Gillespie | 2/28/2008 | 5.40 | $410 | $2,214.00 | Settlement negotiations |
| | | 13.50 | | $5,535.00 | |
| | | | | | |
| Jeff Kimble | 2/6/2008 | 4.40 | $400 | $1,760.00 | Preparing for 2/7 meeting and reading trial transcripts |
| Jeff Kimble | 2/7/2008 | 2.00 | $400 | $800.00 | Preparing for 2/7 meeting and reading trial transcripts |
| Jeff Kimble | 2/7/2008 | 7.00 | $400 | $2,800.00 | Meeting with Orrick (includes 50% of non-working travel time) |
| Jeff Kimble | 2/8/2008 | 4.00 | $400 | $1,600.00 | Summarizing notes from 2/7 meeting with Orrick and reading trial transcripts |
| Jeff Kimble | 2/11/2008 | 1.00 | $400 | $400.00 | Revising 9/25 Report for trend issue |
| Jeff Kimble | 2/12/2008 | 4.80 | $400 | $1,920.00 | Revising 9/25 Report Providing info to Z-Axis for demonstratives |
| Jeff Kimble | 2/13/2008 | 3.80 | $400 | $1,520.00 | Reviewing edits to 9/25 Report and discussion regarding Dr Ory's expert report |
| Jeff Kimble | 2/20/2008 | 2.70 | $400 | $1,080.00 | Preparing files and discussing with Orrick |
| Jeff Kimble | 2/21/2008 | 4.00 | $400 | $1,600.00 | Preparing exhibits for the call with Orrick |
| Jeff Kimble | 2/22/2008 | 3.00 | $400 | $1,200.00 | Internal call regarding settlement negotiations and call with Orrick |
| Jeff Kimble | 2/24/2008 | 2.50 | $400 | $1,000.00 | Preparing exhibits for the meeting with Orrick regarding the settlement negotiations |
| Jeff Kimble | 2/26/2008 | 2.50 | $400 | $1,000.00 | Call regarding settlement negotiations Reviewing CDC data from Steve |
| Jeff Kimble | 2/27/2008 | 8.30 | $400 | $3,320.00 | Call with Eric Stallard and preparing for 2/28 & 2/29 meetings with Orrick |
| Jeff Kimble | 2/28/2008 | 8.00 | $400 | $3,200.00 | Preparing for 2/28 & 2/29 meetings with Orrick 50% of non-working travel time |
| Jeff Kimble | 2/28/2008 | 1.00 | $400 | $400.00 | Meeting with Orrick |
| Jeff Kimble | 2/29/2008 | 2.70 | $400 | $1,080.00 | 50% of non-working travel time |
| Jeff Kimble | 2/29/2008 | 5.00 | $400 | $2,000.00 | Meeting with Orrick and Caplin & Drysdale |
| | | 66.70 | | $26,880.00 | |

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| **W.R. Grace (Bankruptcy)** | | | | | |
| **Towers Perrin Time Records** | | | | | |
| Steve Lin | 2/19/2008 | 4.50 | $475 | $2,137.50 | Preparation for direct testimony |
| Steve Lin | 2/20/2008 | 3.50 | $475 | $1,662.50 | Preparation for direct testimony |
| Steve Lin | 2/21/2008 | 5.50 | $475 | $2,612.50 | Discussion of mesothelioma incidence benchmarks for settlement proposal. |
| Steve Lin | 2/22/2008 | 1.00 | $475 | $475.00 | Researching USCS mesothelioma incidence data. |
| Steve Lin | 2/27/2008 | 4.50 | $475 | $2,137.50 | Researching USCS mesothelioma incidence data. |
| Steve Lin | 2/28/2008 | 3.00 | $475 | $1,425.00 | Researching USCS mesothelioma incidence data. |
| Steve Lin | 2/29/2008 | 0.50 | $475 | $237.50 | Discussions with Jenn Biggs regarding settlement proposals. |
| | | 22.50 | | $10,687.50 | |
| | | | | | |
| Adam Luechtefeld | 2/11/2008 | 0.50 | $250 | $125.00 | Revisions to the 9/25 Estimation Report |
| Adam Luechtefeld | 2/12/2008 | 4.80 | $250 | $1,200.00 | Revisions to the 9/25 Rebuttal Report |
| Adam Luechtefeld | 2/13/2008 | 4.20 | $250 | $1,050.00 | Revisions to the 9/25 Rebuttal Report |
| Adam Luechtefeld | 2/14/2008 | 0.50 | $250 | $125.00 | Revisions to the 9/25 Rebuttal Report |
| Adam Luechtefeld | 2/15/2008 | 0.50 | $250 | $125.00 | Providing spreadsheets for presentation |
| Adam Luechtefeld | 2/19/2008 | 3.80 | $250 | $950.00 | Creating charts |
| Adam Luechtefeld | 2/20/2008 | 3.50 | $250 | $875.00 | Providing spreadsheets for presentation |
| Adam Luechtefeld | 2/28/2008 | 0.50 | $250 | $125.00 | Projections of TDP payments |
| | | 18.30 | | $4,575.00 | |
| | | | | | |
| Alicia Oliver | 2/22/2008 | 1.50 | $175 | $262.50 | Prepare summaries of information for Orrick |
| Alicia Oliver | 2/25/2008 | 3.50 | $175 | $612.50 | Prepare summaries of information for Orrick |
| Alicia Oliver | 2/29/2008 | 1.50 | $175 | $262.50 | Prepare summaries of information for Orrick |
| | | 6.50 | | $1,137.50 | |
| | | | | | |
| Rhamonda Riggins | 2/12/2008 | 0.50 | $305 | $152.50 | Prepare hard drive for Dan Relles |
| Rhamonda Riggins | 2/28/2008 | 2.00 | $305 | $610.00 | SEER data |
| | | 2.50 | | $762.50 | |
| | | | | | |
| Ollie Sherman | 2/7/2008 | 7.00 | $700 | $4,900.00 | Meeting with Orrick and prep for testimony |
| Ollie Sherman | 2/22/2008 | 0.20 | $700 | $140.00 | Review of testimony presentation materials |
| | | 7.20 | | $5,040.00 | |
| | | | | | |
| | | 259.50 | | $128,827.50 | |

| Expenses - February 2008 | | | | |
| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
| Jenni Biggs | 2/7/2008 | $21.00 | Taxi to Orrick | Yes |
| Jenni Biggs | 2/7/2008 | $21.00 | Taxi to airport | Yes |
| Jenni Biggs | 2/7/2008 | $12.00 | Parking at STL airport | Yes |
| Jenni Biggs | 2/7/2008 | $10.10 | Use of own car to/from airport for 2/7/08 meeting | No |
| Jenni Biggs | 2/28/2008 | $1,429.00 | Air fare for trip to New York 2/28/08 | Yes |
| Jenni Biggs | 2/28/2008 | $12.91 | Lunch on 2/28 | Yes |
| Jenni Biggs | 2/28/2008 | $15.00 | Amex fee for 2/28/08 flight to DC for meeting re: WR Grace - ticket #716186006 | Yes |
| Jenni Biggs | 2/28/2008 | $33.00 | Taxi to hotel | Yes |
| Jenni Biggs | 2/28/2008 | $10.10 | To/from airport for 2/28/08 trip to NY re: WR Grace | No |
| Jenni Biggs | 2/29/2008 | $457.87 | Hotel for 2/28 | Yes |
| Jenni Biggs | 2/29/2008 | $23.49 | Parking at STL airport | Yes |
| | | $2,045.47 | | |
| | | | | |
| Jeff Kimble | 2/5/2008 | $217.20 | Airfare for trip to Orrick's office | Yes |
| Jeff Kimble | 2/7/2008 | $35.05 | Dinner for Biggs and Kimble | Yes |
| Jeff Kimble | 2/7/2008 | $20.00 | Parking at STL airport | Yes |
| Jeff Kimble | 2/28/2008 | $1,444.00 | Air fare for trip to New York | Yes |
| Jeff Kimble | 2/28/2008 | $465.82 | Hotel for 2/28 | Yes |
| Jeff Kimble | 2/28/2008 | $10.69 | Lunch on 2/28 | Yes |
| Jeff Kimble | 2/28/2008 | $36.00 | Parking at airport | Yes |
| | | $2,228.76 | | |
| | | | | |
| Rhamonda Riggins | 2/11/2008 | $108.56 | Orrick requested copy of WR Grace/RUST external hard drive per 2/8/08 email (Dan Relles) | Yes |
| | | $108.56 | | |
| | | | | |
| Ollie Sherman | 2/7/2008 | $15.00 | Taxi from TP office to Orrick | Yes |
| Ollie Sherman | 2/7/2008 | $15.00 | Taxi from Orrick office to TP | Yes |
| | | $30.00 | | |
| | | | | |
| | | $4,412.79 | | |

Note: It is Towers Perrin's policy that expenses under $25 do not require receipts to be submitted for reimbursement.

1

FASTTRACK, Inc.
4607 AIRFLIGHT DRIVE
ST. LOUIS, MO 63134

Rcpt# 74573
02/07/08 20:22   L# 5 A# 21   Txn# 83421
02/07/08 06:16 In   02/07/08 20:22 Out
Tkt# 094584
Valet           $ 11.95
Aprt Surchrg    $ 2.00
Total Fee       $ 13.95
AAA Card Val    $ 1.95-
CASH PAID       $ 12.00
Cash Tender     $ 12.00
Change Due      $ 0.00
       THANK YOU FOR PARKING WITH US!

QUESTIONS OR COMMENTS?
PLEASE CALL 314-428-4204

# TAXICAB RECEIPT

Time: _____
Date: 2/7/08

Origin of trip: Ornch

Destination: Reagan

Fare: $21 _____ Sign: _____

# ALEXANDRIA UNION CAB
### (703)683-1200 - 24 Hr. Dispatch Service

FROM  Reagan

TO  Ornch

DATE  2/7/68     FARE$  21

DRIVER'S NAME _____ CAB# _____

*By Request, We Accept*



**Each Cab Independently Owned & Operated**



AMERICAN EXPRESS ® **BUSINESS TRAVEL**

Page 1 of 2
Generated: February 29, 2008 08:55 AM

## Travel Arrangements for JENNIFER L BIGGS

| | |
|---|---|
| Record Locator | **LEDZBQ** |
| Trip ID | 11293956630 |
| | JENNIFER BIGGS/314-719-5843 |
| | TOWERS PERRIN |

Agent ID : ZG

Phone: (800) 522-4111

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 001 | Ticket Date | 2/27/08 |
| Ticket Number | 7116186006 | Invoice | 0014750 |
| Check Digit | 3 | Electronic | Yes |

### Charges

| | |
|---|---|
| Ticket Base Fare | 1,309.76 |
| Ticket Tax Fare | 119.24 |
| Total (USD) Ticket Amount | 1,429.00 |

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 001 | Ticket Date | 2/29/08 |
| Ticket Number | 7116186079 | Invoice | 0014854 |
| Check Digit | 6 | Electronic | Yes |

**Billing Code** WN820127

### Charges

| | |
|---|---|
| Ticket Base Fare | 0.00 |
| Ticket Tax Fare | 0.00 |
| Total (USD) Ticket Amount | 0.00 |

| | |
|---|---|
| Current Fare | 714.50 |
| Prior ticket 0017116186006  credit | -714.50 |
| Exchange Fee | 0.00 |
| Airfare charged to American Express | |
| **Total** | **0.00** |

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY

## Travel Details          Thursday February 28, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 25 minutes |
| Flight | 1030 | Distance | 888 Miles |
| Origin | St Louis Intl, MO | Meal Service | Food for purchase |
| Destination | New York Lga, NY | Plane | Md-80 |
| Departing | 12:10 PM | | |
| Arriving | 3:35 PM | | |
| | | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | CENTRAL TERMINAL | | |
| Seat | 28D | | |
| Class | Economy | | |

### Hotel Information

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™



| | | | |
|---|---|---|---|
| Hotel | OMNI HOTELS | | |
| | 2 OMNI BERKSHIRE PLACE | | |
| Hotel Address | 21 EAST 52ND STREET | Phone Number | E 1-212-753-5800 |
| | NEW YORK NY 10022 | Fax Number | 1-212-754-5018 |
| Confirmation Number | 2010298080- | | |
| Check in Date | 2/28/08 | | |
| Check out Date | 2/29/08 | | |
| | | | |
| Hotel Rate | 399.00 USD per night | | |
| | Late Arrival Guarantee - Credit Card | | |
| Special Info | RQ NON SMK RM.KING BD | | |
| CANCEL 24 HOURS BEFORE ARRIVAL | | | |
| Corporate Discount - C1000605 | | | |

## Travel Details                         Friday February 29, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 3 hours  0 minutes |
| Flight | 4731 | Distance | 892 Miles |
| | OPERATED BY  AMERICAN EAGLE | | |
| Origin | New York JFK, NY | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Embraer 135 Jet |
| Departing | 4:05 PM | | |
| Arriving | 6:05 PM | | |
| | | | |
| Departure Terminal | TERMINAL 8 | | |
| Arrival Terminal | MAIN TERMINAL | | |
| Seat | 3A | | |
| Class | Economy | | |

## Travel Details                         Wednesday August 27, 2008

AMERICAN EXPRESS INTERACTIVE

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| AMERICAN AIRLINES | 9M88Y36 | JENNIFER L BIGGS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| LEDZBQ | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES.  ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
FARE OF THIS ITINERARY............1429.00
FARE OF EXCHANGED TICKET..........1429.00
EXCHANGED TICKET NUMBER...........0017116186006
AIRLINE REISSUE FEE FOR EXCHANGE...0.00
FARE DIFFERENCE/ADDITIONAL COST....0.00
TOTAL CHARGES FOR THIS ITINERARY...0.00
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

```
          HMSHOST
      CHILI'S TERMINAL C
 LAMBERT ST LOUIS INT'L AIRPORT

5876 ASIAAH
-----------------------------------
9355 FEB28'08 11:31AM
-----------------------------------
            TO GO

  1 YOGURT              1.79
  1 SLD RTE CHX CSR     7.99
  1 WATER VASA 25oz     2.39
    CASH               20.01

    SUBTOTAL           12.17
    TAX                 0.74
    AMOUNT          12.91
    CHANGE              7.10

        THANK YOU
        HMSH HOST
         CHILIS C
  ST.LOUIS LAMBERT AIRPORT
    QUESTIONS & COMMENTS
   314-429-3400    EXT 105
   STEVE.DAY@HMSHOST.COM
```

```
FASTTRACK,Inc.
4607 AIRFLIGHT DRIVE
ST. LOUIS, MO 63134


     AVISTAR- SUNPARK ST LOU
         4607 AIRFLIGHT DR
          ST LOUIS MO 63134

TERMINAL I.D.:          203600
MERCHANT #:     9889034000007

AMEX
xxxxxxxxxx5002
SALE
BATCH: 000002        TRACE: 505101
DATE: FEB 29, 08       TIME: 19:20
RRN: 06190097       AUTH NO: 546022

TOTAL            $23.49


X
  JL BIGGS

  I AGREE TO PAY ABOVE TOTAL AMOUNT
   ACCORDING TO CARD ISSUER AGREEMENT
  (MERCHA     AGREEMENT IF CREDIT VOUCHER)
```

```
MED#       8A61
02/28/08 TR 5826
START  END MILES
16:14 16:43  9.1
Regular Fare
RATE 1:$   23.30
SURCH: $    1.00
QMTnl:$     4.00
TOTAL: $   28.30
     THANKS
  TO CONTACT TLC
    DIAL 3-1-1
  + tip = 33
```

# OMNI ❋ HOTELS

OMNI BERKSHIRE PLACE HOTEL
21 EAST 52ND STREET
NEW YORK CITY    NY    10022
Tel- 212-753-5800    Fax- 212-754-5020

BIGGS, JENNIFER L
AMERICAN EXPRESS GHVP US

**Room Number:**
**Daily Rate:**   1818
**Room Type:**   399
**No. of Guests:**  KNJR
1 / 0

| | | | | |
|---|---|---|---|---|
| 02/2... | 1818 | ROOM CHARGE | #1818 BIGGS, JENNIFER L | $399.00 |
| 02/... | 1818 | CITY TAX 5% | CITY TAX 5% | $19.95 |
| 02/... | 1818 | OCC TAX/JAVITS CTR EXPANSION | OCC TAX/JAVITS CTR EXPANSION | $5.50 |
| 02/2... | 1818 | SALES TAX 8.375% | SALES TAX 8.375% | $33.42 |

**TOTAL DUE:**    $457.87

ASH  3-6563



AMERICAN EXPRESS ® **BUSINESS TRAVEL**

Page 1 of 3
Generated: January 29, 2008 10:13 AM

## Travel Arrangements for  JEFFREY D KIMBLE

| | | | | |
|---|---|---|---|---|
| **Record Locator** | JSTEGO | | | **Agent ID : ZG** |
| **Trip ID** | 11197258360 | | | 7535 Windsor Dr. - Suite 104A - Allentown, PA  18195 |
| | JEFFREY KIMBLE/314-719-5836 | | | Phone:  (800) 522-4111 / Fax:  (610) 706-3070 |
| | TOWERS PERRIN | | | |

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 001 | Ticket Date | 1/29/08 |
| Ticket Number | 7107240616 | Invoice | 0013377 |
| Check Digit | 4 | Electronic | Yes |
| **Billing Code** | WN844411 | | |

### Charges

| | |
|---|---|
| Ticket Base Fare | 202.20 |
| Ticket Tax Fare | 0.00 |
| Total (USD) Ticket Amount | 202.20 |
| | |
| Current Fare | 417.00 |
| Prior ticket 7096666985   credit | -314.80 |
| Exchange Fee | 100.00 |
| Transaction Fee | 15.00 |
| Airfare charged to American Express | |
| **Total** | 217.20 |

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY
THIS TICKET IS NONREFUNDABLE. CHANGES OR CANCELLATIONS
MUST BE MADE PRIOR TO SCHEDULED FLIGHT DEPARTURE
ALL CHANGES MUST BE MADE ON SAME CARRIER AND WILL BE
SUBJECT TO SERVICE FEE AND DIFFERENCE IN AIRFARE

## Travel Details                     Thursday February  7, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 50 minutes |
| Flight | 884 | Distance | 719 Miles |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Washington Reagan, DC | Plane | Md-80 |
| Departing | 7:20 AM | | |
| Arriving | 10:10 AM | | |
| | | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | TERMINAL B | | |
| Seat | 18A | | |
| Class | Economy | | |

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 15 minutes |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™ 

| Flight | 1993 | Distance | 719 Miles |
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 6:55 PM | | |
| Arriving | 8:10 PM | | |

| Departure Terminal | TERMINAL B |
| Arrival Terminal | MAIN TERMINAL |
| Seat | 19F |
| Class | Economy |

## Travel Details            Tuesday August 5, 2008

AMERICAN EXPRESS INTERACTIVE

### Airline Record Locators

| Airline Reference | Carrier |
| JSTEGO | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES.  ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.
*******************************************************
FARE OF THIS ITINERARY.............417.00
FARE OF EXCHANGED TICKET...........314.80
EXCHANGED TICKET NUMBER............0017096666985
AIRLINE REISSUE FEE FOR EXCHANGE...100.00
FARE DIFFERENCE/ADDITIONAL COST....102.20
TOTAL CHARGES FOR THIS ITINERARY...202.20
*******************************************************

## TGI FRIDAY'S
### Ronald Reagan National Airport
Store #0792
703-417-1900

```
Date:        Feb07'08 06:18PM
Card Type:   AMEX
Acct #:      XXXXXXXXXXX3000
Exp Date:    XX/XX
Auth Code:   501088
Check:       2862
Table:       600/1
Server:      56 DAVONE
             J KIMBLE
```

Subtotal:              29.05

TIP          $_____

TOTAL        $ 35.05
             _____

--------------------------------
                              S

** GUEST COPY **

---

SUPER PARK INTERMEDIATE
LAMBERT-ST. LOUIS
INTERNATIONAL AIRPORT
ST.LOUIS, MO.

```
Rcpt# 45756
02/07/08 20:15   L# 6 A# 45   Txn#117368
02/07/08 06:20 In   02/07/08 20:15 Out
SHORT TERM      $ 20.00
Total Fee       $ 20.00
AMERICAN EXP    $ 20.00-
XXXXXXXXXXX3000
Approval No.:562587
Reference No.:00000174
Change Due      $ 0.00
THANK YOU ANY QUESTIONS OR
COMMENTS CALL 314-890-2800
```



**AMERICAN EXPRESS ® BUSINESS TRAVEL**

## Travel Arrangements for JEFFREY D KIMBLE

| | | |
|---|---|---|
| Record Locator | **NUMNRA** | **Agent ID : ZE** |
| Trip ID | **11442167750** | Phone: (800) 522-4111 |
| | JEFFREY KIMBLE/314-719-5836 | |
| | TOWERS PERRIN | |

### Invoice Details

#### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 001 | Ticket Date | 2/27/08 |
| Ticket Number | 7116186005 | Invoice | 0014749 |
| Check Digit | 2 | Electronic | Yes |
| **Billing Code** | **WN844411** | | |

#### Charges

| | |
|---|---|
| Ticket Base Fare | 1,309.76 |
| Ticket Tax Fare | 119.24 |
| Total (USD) Ticket Amount | 1,429.00 |
| | |
| Transaction Fee | 15.00 |
| Airfare charged to American Express | |
| **Total** | **1,444.00** |

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY

### Travel Details                    Thursday February 28, 2008

#### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 25 minutes |
| Flight | 1030 | Distance | 888 Miles |
| Origin | St Louis Intl, MO | Meal Service | Food for purchase |
| Destination | New York Lga, NY | Plane | Md-80 |
| Departing | 12:10 PM | | |
| Arriving | 3:35 PM | | |
| | | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | CENTRAL TERMINAL | | |
| Seat | 28F | | |
| Class | Economy | | |

#### Hotel Information

| | | | |
|---|---|---|---|
| Hotel | OMNI HOTELS | | |
| | 2 OMNI BERKSHIRE PLACE | | |
| Hotel Address | 21 EAST 52ND STREET | Phone Number | E 1-212-753-5800 |
| | NEW YORK NY 10022 | Fax Number | 1-212-754-5018 |
| Confirmation Number | 2010298108- | | |
| Check in Date | 2/28/08 | | |
| Check out Date | 2/29/08 | | |



| Hotel Rate | 399.00 USD per night |
| | Late Arrival Guarantee - Credit Card |
| Special Info | CF-2010298108- |

CANCEL 24 HOURS BEFORE ARRIVAL

Corporate Discount - C1000605

## Travel Details          Friday February 29, 2008

### Flight Information

| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 50 minutes |
| Flight | 2019 | Distance | 888 Miles |
| Origin | New York Lga, NY | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 7:45 PM | | |
| Arriving | 9:35 PM | | |

| Departure Terminal | CENTRAL TERMINAL |
| Arrival Terminal | MAIN TERMINAL |
| Seat | 18E |
| Class | Economy |

## Travel Details          Wednesday August 27, 2008

AMERICAN EXPRESS INTERACTIVE

### Airline Record Locators

| Airline Reference | Carrier |
| NUMNRA | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111±0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES.  ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.

02/29/2008 09:54 FAX 212 754 5020       OMNI RESERVATIONS                      ☑001

# OMNI ✿ HOTELS

**OMNI BERKSHIRE PLACE HOTEL**
**21 EAST 52ND STREET**
**NEW YORK CITY    NY   10022**
**Tele- 212-753-5800      Fax- 212-754-5020**

**KIMBLE, JEFFREY D**
**AMERICAN EXPRESS GHVP US**

| | |
|---|---|
| **Room Number:** | 1508 |
| **Daily Rate:** | 289 |
| **Room Type:** | EXKN |
| **No. of Guests:** | 1 / 0 |

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE CODE | MKT GROUP | ACCOUNT |
|---|---|---|---|---|---|
| 02/28/08 | 02/29/08 | | XPV | CONS | 11700813375 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|---|---|---|---|---|
| 02/28/08 | 1508 | WIFI INTERNET ACCESS | 1508/214455/196 | $9.95 |
| 02/28/08 | 1508 | ROOM CHARGE | #1508 KIMBLE, JEFFREY D | $399.00 |
| 02/28/08 | 1508 | CITY TAX 5% | CITY TAX 5% | $19.95 |
| 02/28/08 | 1508 | OCC TAX/JAVITS CTR EXPANSION | OCC TAX/JAVITS CTR EXPANSION | $3.50 |
| 02/28/08 | 1508 | SALES TAX 8.375% | SALES TAX 8.375% | $33.42 |
| 02/29/08 | 1508 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($465.82) |

**TOTAL DUE:** $0.00

(314) 719 5853

ASH 3-5553

```
              HMSHOST
          CHILI'S TERMINAL C
LAMBERT ST LOUIS INT'L AIRPORT

5876 ASIAAH
---------------------------------
9380  FEB28'08 11:41AM
          T O   G O
---------------------------------
1 RTE TURK CLUB           7.69
1 WATER VASA 25oz         2.39
CASH                     11.00

SUBTOTAL                 10.08
TAX                       0.61
AMOUNT             1 0 . 6 9
CHANGE                    0.31

          THANK YOU
          HMSH HOST
           CHILIS C
ST.LOUIS LAMBERT AIRPORT
  QUESTIONS & COMMENTS
314-429-3400  EXT 105
  STEVE.DAY@HMSHOST.COM
```

```
SUPER PARK INTERMEDIATE
LAMBERT-ST LOUIS
INTERNATIONAL AIRPORT
ST.LOUIS, MO.

Ser# 50010
02/29/08 18:25   LH 6 AM 45   Tx#126745
02/28/08 10:56 in  02/29/08 18:25 Out
SHORT TERM            $ 36.00
Total Fee            $ 36.00
AMERICAN EXP         $ 36.00-
XXXXXXXXX5000
Approval No.544461
Reference No.100000638
Charge Due            $ 0.00
THANK YOU ANY QUESTIONS OR
COMMENTS CALL 314-890-2800
```

Project #: 121526

```
WELCOME TO BEST BUY #833
       ST. LOUIS, MO 63144
        (314)646-1331

        Keep your receipt!
  Return policies vary by product type.
  Returns must be made with this receipt by
  03/12/08 for 30 day products


Val #: 0280-9600-5326-3804

0833 006 2360 02/11/08    18:18 0820081


8475615   WDH1U3200N          99.99
  320GB 3.5" MY BOOK ESSENTIAL
                           ----------
              SUBTOTAL       99.99
      SALES TAX 8.575 %       8.57
                          **********
                 TOTAL      108.56

  <xxxxxxxx4196     VISA     108.56
  MONDA J RIGGINS
  ROVAL 015878



  Be ready for the Analog to Digital TV
  ansition on Feb. 17, 2009. Learn more @
  ww BestBuy.com/DTV or www.DTV2009.gov.

    YOUR CUSTOMER SERVICE PIN IS:
       0833 006 2360 021108


--------------------------------------
   BEST BUY VALUES YOUR FEEDBACK!!
 TAKE OUR SURVEY AND ENTER FOR A CHANCE TO
 WIN A $10,000 BEST BUY SHOPPING SPREE!!

   Visit http://www.bestbuycares.com
   Cuestionario en Espanol tambien

    & enter the following codes :

       Group A:   893738
       Group B    0869
       Group C:   213968

  NO PURCHASE NECESSARY. Must be legal
  resident of 50 US/DC, 18 or older. 2
2 Drawing Periods:  9/2-12/1/07 & 12/2/07-
3/1/08. Limit 3 entries per Drawing Period.
   For free entry & other details, see
    Official Rules at website or store.
          Void where prohibited.
--------------------------------------
```

DATE 2/7/2002  AMOUNT $ 15.00

RECEIVED FROM Ollie Skerman

FROM 2107 Wilson Blvd Arlington Va

DESTINATION 1152 15th St NW WDC

CAB # _____ DRIVER I.D. # _____

DRIVERS NAME _____

# Taxi Cab Receipts

DATE: 2/7/2002 TIME: 5:15

TRIP ORIGIN: 1152 K st NW

DESTINATION: 2107 Wilson

FARE: $ 15.00 SIGNATURE