EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: July 17, 2008 at 4:00 p.m |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

## COVER SHEET TO AMENDED THIRTY-FOURTH MONTHLY APPLICATION OF TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 1, 2008 THROUGH MARCH 31, 2008

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered February 21, 2004) |
| Period for which compensation is sought: | March 1, 2008 through March 31, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $145,701.00 |
| 80% of fees to be paid: | $116,560.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $  6,122.39 |
| Total Fees @ 80% and 100% Expenses: | $122,683.19 |

This is an:  ___  interim   _X_  monthly   ___  final application.

**COMPENSATION SUMMARY**
**March 2008**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (23 years) FCAS | $650 | 82.00 | $53,300.00 |
| Julianne Callaway | Analyst (4 years) ACAS | $325 | 8.60 | $2,795.00 |
| Bryan Gillespie | Consulting Actuary (2 years) FCAS | $410 | 21.50 | $8,815.00 |
| Jeffrey Kimble | Consulting Actuary (7 years) ACAS | $400 | 158.90 | $63,560.00 |
| Steve Lin | Consulting Actuary (11 years) | $475 | 13.70 | $6,507.50 |
| Adam Luechtefeld | Analyst (5 years) | $250 | 7.20 | $1,800.00 |
| Alicia Oliver | Analyst (1 year) | $175 | 6.50 | $1,137.50 |
| Brent Petzoldt | Analyst (1 year) | $240 | 7.50 | $1,800.00 |
| Dave Powell | Consulting Actuary (23 years) ACAS | $700 | 2.80 | $1,960.00 |
| Rhamonda Riggins | Analyst (6 years) | $305 | 0.70 | $213.50 |
| Jennifer Teter | Analyst (8 years) | $305 | 12.50 | $3,812.50 |
| **Total Blended Rate: $452.63** | | | **321.90** | **$145,701.00** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 321.90 | $145,701.00 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| Airfare | $4,695.07 |
| Hotel | $865.13 |
| Parking | $162.02 |
| Taxi | $239.00 |
| Meals | $62.87 |
| Use of Own Car | $30.30 |
| Other: SpringerLink article | $32.00 |
| Other: HighWire Press article | $36.00 |
| **Total Expenses** | **$6,122.39** |

| **March 2008 – Grand Total** | **$151,823.39** |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: _/S/ JENNIFER L. BIGGS_
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: June 24, 2008

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

## <u>VERIFICATION</u>

**STATE OF MISSOURI**

**COUNTY OF ST. LOUIS, TO WIT:**

Jennifer L. Biggs, after being duly sworn according to law, deposes and says:

1.      I am an actuarial consultant of the applicant consulting firm Towers Perrin Tillinghast.

2.      I am familiar with the services rendered by Towers Perrin Tillinghast, actuarial consultants to David T. Austern as Future Claimants' Representative ("FCR"). The work performed on behalf of the FCR by professionals of the firm is described in the invoices attached as Exhibit A hereto.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

*/S/ JENNIFER L. BIGGS*
JENNIFER L. BIGGS

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 24TH DAY OF JUNE, 2008

*TONI R. BOWMAN*
Notary Public

My commission expires: June 21, 2011

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., <u>et al.</u>** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | |

## <u>VERIFICATION</u>

**STATE OF MISSOURI**

**COUNTY OF ST. LOUIS, TO WIT:**

Jennifer L. Biggs, after being duly sworn according to law, deposes and says:

1.    I am an actuarial consultant of the applicant consulting firm Towers Perrin Tillinghast.

2.    I am familiar with the services rendered by Towers Perrin Tillinghast, actuarial consultants to David T. Austern as Future Claimants' Representative ("FCR"). The work performed on behalf of the FCR by professionals of the firm is described in the invoices attached as Exhibit A hereto.

3.    I have reviewed the Amended Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

*/S/ JENNIFER L. BIGGS*
JENNIFER L. BIGGS

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 24TH DAY OF JUNE, 2008

*TONI R. BOWMAN*
Notary Public

My commission expires: June 21, 2011

# EXHIBIT A

# TOWERS PERRIN TILLINGHAST FEES FOR THE TIME PERIOD MARCH 1-31, 2008

**W.R. Grace (Bankruptcy)**

**Towers Perrin Time Records**

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | **Mar-08** | |
| Jenni Biggs | 3/3/2008 | 8.00 | $650 | $5,200.00 | Support for settlement negotiations |
| Jenni Biggs | 3/4/2008 | 8.00 | $650 | $5,200.00 | Support for settlement negotiations |
| Jenni Biggs | 3/5/2008 | 6.20 | $650 | $4,030.00 | Preparation and meeting with Orrick |
| Jenni Biggs | 3/5/2008 | 1.80 | $650 | $1,170.00 | 50% non-working travel |
| Jenni Biggs | 3/6/2008 | 4.00 | $650 | $2,600.00 | Meeting preparation and follow-up |
| Jenni Biggs | 3/6/2008 | 5.50 | $650 | $3,575.00 | Meeting with Orrick / ACC / Grace |
| Jenni Biggs | 3/7/2008 | 2.20 | $650 | $1,430.00 | Support for settlement negotiations |
| Jenni Biggs | 3/10/2008 | 2.80 | $650 | $1,820.00 | Support for settlement negotiations |
| Jenni Biggs | 3/11/2008 | 6.00 | $650 | $3,900.00 | Support for settlement negotiations |
| Jenni Biggs | 3/12/2008 | 4.00 | $650 | $2,600.00 | 50% non-working travel and preparation for meeting |
| Jenni Biggs | 3/12/2008 | 5.00 | $650 | $3,250.00 | Meet with Orrick / ACC / Grace and follow-up |
| Jenni Biggs | 3/13/2008 | 2.50 | $650 | $1,625.00 | Support for settlement negotiations (run-off patterns) |
| Jenni Biggs | 3/14/2008 | 0.50 | $650 | $325.00 | Trial preparation |
| Jenni Biggs | 3/24/2008 | 0.80 | $650 | $520.00 | Trial preparation |
| Jenni Biggs | 3/25/2008 | 0.50 | $650 | $325.00 | Trial preparation |
| Jenni Biggs | 3/26/2008 | 0.70 | $650 | $455.00 | Trial preparation |
| Jenni Biggs | 3/27/2008 | 1.00 | $650 | $650.00 | Trial preparation |
| Jenni Biggs | 3/28/2008 | 6.50 | $650 | $4,225.00 | Trial preparation |
| Jenni Biggs | 3/29/2008 | 0.50 | $650 | $325.00 | Trial preparation |
| Jenni Biggs | 3/30/2008 | 4.00 | $650 | $2,600.00 | Meeting with Orrick / trial preparation |
| Jenni Biggs | 3/31/2008 | 11.50 | $650 | $7,475.00 | Attend trial plus 50% non-working travel time |
| | | 82.00 | | $53,300.00 | |
| | | | | | |
| Julianne Callaway | 3/13/2008 | 0.10 | $325 | $32.50 | PIQ data request |
| Julianne Callaway | 3/14/2008 | 0.50 | $325 | $162.50 | PIQ data request and other data requests |
| Julianne Callaway | 3/21/2008 | 4.20 | $325 | $1,365.00 | Data Requests |
| Julianne Callaway | 3/28/2008 | 3.80 | $325 | $1,235.00 | Data Requests |
| | | 8.60 | | $2,795.00 | |
| | | | | | |
| Bryan Gillespie | 3/4/2008 | 9.20 | $410 | $3,772.00 | Settlement negotiations |
| Bryan Gillespie | 3/5/2008 | 0.30 | $410 | $123.00 | Settlement negotiations |
| Bryan Gillespie | 3/10/2008 | 2.80 | $410 | $1,148.00 | settlement negotiations |
| Bryan Gillespie | 3/11/2008 | 0.40 | $410 | $164.00 | settlement negotiations |
| Bryan Gillespie | 3/14/2008 | 0.20 | $410 | $82.00 | settlement negotiations |
| Bryan Gillespie | 3/17/2008 | 1.70 | $410 | $697.00 | settlement negotiations |
| Bryan Gillespie | 3/18/2008 | 0.40 | $410 | $164.00 | settlement negotiations |
| Bryan Gillespie | 3/19/2008 | 1.80 | $410 | $738.00 | settlement negotiations |
| Bryan Gillespie | 3/20/2008 | 1.20 | $410 | $492.00 | Trial prep and settlement negotiations |
| Bryan Gillespie | 3/21/2008 | 2.90 | $410 | $1,189.00 | Trial prep and settlement negotiations |
| Bryan Gillespie | 3/24/2008 | 0.60 | $410 | $246.00 | Trial prep |
| | | 21.50 | | $8,815.00 | |
| | | | | | |
| Jeff Kimble | 3/3/2008 | 4.00 | $400 | $1,600.00 | Call with Dr Roggli. Work on settlement negotiation exhibits |
| Jeff Kimble | 3/4/2008 | 6.80 | $400 | $2,720.00 | Review TDP information. Call with LAS. Work on settlement negotiation exhibits/slides |
| Jeff Kimble | 3/5/2008 | 7.70 | $400 | $3,080.00 | 50% non-working travel time. Preparing for meeting with Orrick |
| Jeff Kimble | 3/5/2008 | 2.00 | $400 | $800.00 | Meet with Orrick |
| Jeff Kimble | 3/6/2008 | 4.10 | $400 | $1,640.00 | Working on settlement negotiation exhibits |
| Jeff Kimble | 3/6/2008 | 5.50 | $400 | $2,200.00 | Meeting with Orrick / ACC / Grace |
| Jeff Kimble | 3/7/2008 | 4.00 | $400 | $1,600.00 | Working on settlement negotiation exhibits |
| Jeff Kimble | 3/10/2008 | 8.60 | $400 | $3,440.00 | Preparing exhibits for settlement negotiations |
| Jeff Kimble | 3/11/2008 | 9.00 | $400 | $3,600.00 | Preparing exhibits for settlement negotiations and the 3/12 meeting |
| Jeff Kimble | 3/12/2008 | 3.40 | $400 | $1,360.00 | Non-working travel time. Analysis for settlement negotiations |
| Jeff Kimble | 3/12/2008 | 4.50 | $400 | $1,800.00 | Meet with Orrick / ACC / Grace |
| Jeff Kimble | 3/13/2008 | 4.20 | $400 | $1,680.00 | Call with Professor Stallard. Analysis regarding run-off patterns |
| Jeff Kimble | 3/14/2008 | 9.50 | $400 | $3,800.00 | Trial preparation |
| Jeff Kimble | 3/15/2008 | 8.10 | $400 | $3,240.00 | Reviewing ARPC reliance materials |
| Jeff Kimble | 3/16/2008 | 2.50 | $400 | $1,000.00 | Reviewing ARPC reliance materials |
| Jeff Kimble | 3/17/2008 | 4.50 | $400 | $1,800.00 | Reviewing ARPC reliance materials |
| Jeff Kimble | 3/18/2008 | 8.20 | $400 | $3,280.00 | Reviewing ARPC reliance materials. Call with Orrick. Prepare cash flow exhibits for Orrick |
| Jeff Kimble | 3/19/2008 | 7.00 | $400 | $2,800.00 | Reviewing ARPC reliance materials. Prepare cash flow exhibits for Orrick |
| Jeff Kimble | 3/20/2008 | 9.80 | $400 | $3,920.00 | Reviewing ARPC reliance materials. Prepare cash flow exhibits for Orrick |
| Jeff Kimble | 3/21/2008 | 7.70 | $400 | $3,080.00 | Reviewing ARPC reliance materials. Prepare cash flow exhibits for Orrick |
| Jeff Kimble | 3/22/2008 | 1.20 | $400 | $480.00 | Prepare cash flow exhibits for Orrick |
| Jeff Kimble | 3/23/2008 | 1.00 | $400 | $400.00 | Discuss cash flow exhibits with Orrick |
| Jeff Kimble | 3/24/2008 | 2.00 | $400 | $800.00 | Prepare and send exhibits to Z-Axis |
| Jeff Kimble | 3/27/2008 | 9.00 | $400 | $3,600.00 | Working on exhibits to send to Z-Axis for demonstratives |
| Jeff Kimble | 3/28/2008 | 7.10 | $400 | $2,840.00 | Working on exhibits to send to Z-Axis for demonstratives |
| Jeff Kimble | 3/30/2008 | 2.50 | $400 | $1,000.00 | Non-working travel time. Prep for meeting with Orrick |
| Jeff Kimble | 3/30/2008 | 3.00 | $400 | $1,200.00 | Meeting with Orrick |
| Jeff Kimble | 3/31/2008 | 5.50 | $400 | $2,200.00 | Non-working travel time |
| Jeff Kimble | 3/31/2008 | 6.50 | $400 | $2,600.00 | Attend trial |
| | | 158.90 | | $63,560.00 | |

**W.R. Grace (Bankruptcy)**
**Towers Perrin Time Records**

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| Steve Lin | 3/6/2008 | 5.00 | $475 | $2,375.00 | Comparing NPCR, SEER, and USCS incidence mortality ratios |
| Steve Lin | 3/10/2008 | 5.70 | $475 | $2,707.50 | Comparing NPCR, SEER, and USCS incidence mortality ratios |
| Steve Lin | 3/11/2008 | 3.00 | $475 | $1,425.00 | Comparing NPCR, SEER, and USCS incidence mortality ratios |
| | | 13.70 | | $6,507.50 | |
| | | | | | |
| Adam Luechtefeld | 3/3/2008 | 1.00 | $250 | $250.00 | TDP and Trust Agreement future projections |
| Adam Luechtefeld | 3/4/2008 | 4.00 | $250 | $1,000.00 | TDP and Trust Agreement future projections |
| Adam Luechtefeld | 3/7/2008 | 1.00 | $250 | $250.00 | TDP and Trust Agreement future projections |
| Adam Luechtefeld | 3/13/2008 | 0.20 | $250 | $50.00 | TDP and Trust Agreement future projections |
| Adam Luechtefeld | 3/17/2008 | 1.00 | $250 | $250.00 | Calculating PVs of Future payments |
| | | 7.20 | | $1,800.00 | |
| | | | | | |
| Alicia Oliver | 3/3/2008 | 2.50 | $175 | $437.50 | Creating files for Orrick |
| Alicia Oliver | 3/14/2008 | 3.50 | $175 | $612.50 | Creating files for Orrick |
| Alicia Oliver | 3/19/2008 | 0.50 | $175 | $87.50 | Creating files for Orrick |
| | | 6.50 | | $1,137.50 | |
| | | | | | |
| Brent Petzold | 3/17/2008 | 3.50 | $240 | $840.00 | Tech reviewed spss testing spreadsheets |
| Brent Petzold | 3/20/2008 | 2.20 | $240 | $528.00 | Tech reviewed spss testing spreadsheets |
| Brent Petzold | 3/21/2008 | 1.80 | $240 | $432.00 | Tech reviewed cash flow exhibits |
| | | 7.50 | | $1,800.00 | |
| | | | | | |
| Dave Powell | 3/20/2008 | 0.50 | $700 | $350.00 | Peer review cash flow work |
| Dave Powell | 3/21/2008 | 1.50 | $700 | $1,050.00 | Peer review cash flow work |
| Dave Powell | 3/22/2008 | 0.50 | $700 | $350.00 | Peer review cash flow work |
| Dave Powell | 3/23/2008 | 0.30 | $700 | $210.00 | Peer review cash flow work |
| | | 2.80 | | $1,960.00 | |
| | | | | | |
| Rhamonda Riggins | 3/10/2008 | 0.50 | $305 | $152.50 | Tech review cash flow exhibits |
| Rhamonda Riggins | 3/28/2008 | 0.20 | $305 | $61.00 | Tech review cash flow exhibits |
| | | 0.70 | | $213.50 | |
| | | | | | |
| Jennifer Teter | 3/10/2008 | 1.50 | $305 | $457.50 | Tech review files for settlement discussion |
| Jennifer Teter | 3/11/2008 | 5.00 | $305 | $1,525.00 | Tech review files for settlement discussion |
| Jennifer Teter | 3/13/2008 | 6.00 | $305 | $1,830.00 | Tech review files for settlement discussion |
| | | 12.50 | | $3,812.50 | |
| | | | | | |
| | | **321.90** | | **$145,701.00** | |

# EXHIBIT B

# TOWERS PERRIN TILLINGHAST EXPENSES FOR THE TIME PERIOD MARCH 1-31, 2008

## Expenses - March 2008

| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
|-----|------|----------|----------|------------------------|
| Jenni Biggs | 3/5/2008 | $719.50 | Airfare for 3/5/08 trip to NYC | Yes |
| Jenni Biggs | 3/5/2008 | $13.13 | Lunch 3/5/08 | Yes |
| Jenni Biggs | 3/5/2008 | $21.68 | Parking at STL airport | Yes |
| Jenni Biggs | 3/5/2008 | $40.00 | Taxi to Orrick | Yes |
| Jenni Biggs | 3/5/2008 | $10.10 | To/from airport for 3/5/08 trip to NY re: WR Grace | No |
| Jenni Biggs | 3/6/2008 | $427.59 | Hotel in NYC for mtg re: WR Grace - $539 room less $189 = $350 recommended maximum | Yes |
| Jenni Biggs | 3/6/2008 | $2.67 | Lunch 3/6/08 | Yes |
| Jenni Biggs | 3/6/2008 | $15.00 | Amex fee for 3/5/08 flight to NY for meeting re: WR Grace | Yes |
| Jenni Biggs | 3/12/2008 | $261.00 | Airfare for 3/12/08 trip to Chicago | Yes |
| Jenni Biggs | 3/12/2008 | $5.96 | Dinner 3/12/08 | Yes |
| Jenni Biggs | 3/12/2008 | $45.00 | Amex fee for 3/12/08 flight to CHI for meeting re: WR Grace | Yes |
| Jenni Biggs | 3/12/2008 | $33.00 | Taxi to K&E | Yes |
| Jenni Biggs | 3/12/2008 | $20.00 | Parking at STL airport | Yes |
| Jenni Biggs | 3/12/2008 | $34.00 | Taxi to Midway | Yes |
| Jenni Biggs | 3/12/2008 | $10.10 | To/from airport for 3/12/08 trip to CHI re: WR Grace | No |
| Jenni Biggs | 3/26/2008 | $100.00 | $100 change fee for cancelled 4/10/08 trip to DC | No |
| Jenni Biggs | 3/30/2008 | $10.10 | Use of own car to/from airport for 3/31/08 meeting | Yes |
| Jenni Biggs | 3/31/2008 | $802.96 | Estimated portion of airfare allocated to WR Grace for 3/30-3/31 mtg in Pittsburgh | Yes |
| Jenni Biggs | 3/31/2008 | $10.07 | Dinner 3/31/08 | Yes |
| Jenni Biggs | 3/31/2008 | $4.32 | Dinner 3/31/08 | Yes |
| Jenni Biggs | 3/31/2008 | $2.09 | Dinner 3/31/08 | Yes |
| Jenni Biggs | 3/31/2008 | $7.50 | 1/2 of Amex fee for estimated portion of airfare allocated to WR Grace for 3/30-3/31 mtg in Pittsburgh | Yes |
| Jenni Biggs | 3/31/2008 | $42.00 | Cab to airport | Yes |
| Jenni Biggs | 3/31/2008 | $24.34 | 2/3 of $36.51 Parking at Airport | Yes |
| | | $2,662.11 | | |
| | | | | |
| Jeff Kimble | 3/5/2008 | $1,454.00 | Air fare for trip to New York | Yes |
| Jeff Kimble | 3/5/2008 | $437.54 | Hotel in NYC for mtg re: WR Grace $539 room less $189 = $350 recommended maximum | Yes |
| Jeff Kimble | 3/5/2008 | $9.85 | Lunch on 3/5 | Yes |
| Jeff Kimble | 3/5/2008 | $36.00 | Parking at airport | Yes |
| Jeff Kimble | 3/12/2008 | $306.00 | Air fare for 3/12 trip to Chicago | Yes |
| Jeff Kimble | 3/12/2008 | $20.00 | Parking at airport | Yes |
| Jeff Kimble | 3/30/2008 | $969.11 | Air fare for 3/31 trip to Pittsburgh | Yes |
| Jeff Kimble | 3/30/2008 | $15.00 | Amex fee for 3/30 trip to Pittsburgh | Yes |
| Jeff Kimble | 3/30/2008 | $45.00 | Trip from airport to hotel | Yes |
| Jeff Kimble | 3/31/2008 | $14.78 | Dinner at airport | Yes |
| Jeff Kimble | 3/31/2008 | $45.00 | Trip from hotel to airport | Yes |
| Jeff Kimble | 3/31/2008 | $40.00 | Parking at airport | Yes |
| | | $3,392.28 | | |
| | | | | |
| Other | 3/13/2008 | $32.00 | SpringerLink article | |
| Other | 3/13/2008 | $36.00 | HighWire Press article | |
| | | $68.00 | | |
| | | | | |
| | | $6,122.39 | | |

Note: It is Towers Perrin's policy that expenses under $25 do not require receipts to be submitted for reimbursement.

AMERICAN EXPRESS ® **BUSINESS TRAVEL**

## Travel Arrangements for  JENNIFER L BIGGS

| | | | |
|---|---|---|---|
| **Record Locator** | **JOLSDX** | **Agent ID : ZB** | |
| **Trip ID** | **11190184693** | Phone:  (800) 522-4111 | |
| | JENNIFER BIGGS/314-719-5843 | | |
| | TOWERS PERRIN | | |

## Invoice Details

**Ticket Information**

| | | | | | |
|---|---|---|---|---|---|
| Airline Code | 001 | Ticket Date | 3/3/08 | **Charges** | |
| Ticket Number | 7116186169 | Invoice | 0014999 | Ticket Base Fare | 659.53 |
| Check Digit | 5 | Electronic | Yes | Ticket Tax Fare | 59.97 |
| | | | | Total (USD) Ticket Amount | 719.50 |
| **Billing Code** | **WN820127** | | | | |
| | | | | Airfare charged to American Express | |
| | | | | **Total** | 719.50 |

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY

## Travel Details          Wednesday March  5, 2008

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 25 minutes |
| Flight | 1030 | Distance | 888 Miles |
| Origin | St Louis Intl, MO | Meal Service | Food for purchase |
| Destination | New York Lga, NY | Plane | Md-80 |
| Departing | 12:10 PM | | |
| Arriving | 3:35 PM | | |
| | | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | CENTRAL TERMINAL | | |
| Seat | 24A | | |
| Class | Economy | | |

**Hotel Information**

| | | | |
|---|---|---|---|
| Hotel | OMNI HOTELS | | |
| | 2 OMNI BERKSHIRE PLACE | | |
| Hotel Address | 21 EAST 52ND STREET | Phone Number | E 1-212-753-5800 |
| | NEW YORK NY 10022 | Fax Number | 1-212-754-5018 |
| Confirmation Number | 2010327789- | | |
| Check in Date | 3/5/08 | | |
| Check out Date | 3/6/08 | | |
| | | | |
| Hotel Rate | 539.00 USD per night | | |

AMERICAN EXPRESS

Late Arrival Guarantee - Credit Card

Special Info    RQ NON SMK RM.KING BD

CANCEL 24 HOURS BEFORE ARRIVAL

## Travel Details         Monday September 1, 2008

AMERICAN EXPRESS INTERACTIVE

### Loyalty Programs

| Vendor | Account | Traveler |
| --- | --- | --- |
| AMERICAN AIRLINES | 9M88Y36 | JENNIFER L BIGGS |

### Airline Record Locators

| Airline Reference | Carrier |
| --- | --- |
| JOLSDX | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES. ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.

03/20/2008  15:08    2127545051          OMNI BERKSHIRE ACCT                    PAGE  01/01

*Candy*

OMNI BERKSHIRE PLACE HOTEL
21 EAST 52ND STREET
NEW YORK CITY    NY    10022
**Tele-** 212-753-5800      **Fax-** 212-754-5020

412
539
BIGGS, JENNIFER L                                        KNMAD
1 / 0

03/05/08    03/06/08                        EVENT          EVENT          11700814747

| Date | | Description | | Amount |
|---|---|---|---|---|
| 03/05/08 | 412 | ROOM CHARGE | #412 BIGGS, JENNIFER L | $539.00 |
| 03/05/08 | 412 | CITY TAX 5% | CITY TAX 5% | $26.95 |
| 03/05/08 | 412 | OCC TAX/JAVITS CTR EXPANSION | OCC TAX/JAVITS CTR EXPANSION | $5.50 |
| 03/05/08 | 412 | SALES TAX 8.375% | SALES TAX 8.375% | $45.14 |
| 03/06/08 | 412 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($616.59) |

**TOTAL DUE:**          $0.00

3/5-6

```
          YORK
   MED.#        5C13
   DATE: 03/05/2008
   START TIME 16:03
   END TIME   16:41
   TRIP #      7312
   RATE No.       1
   STAND. CITY RATE
   MILES R1   10.52
   FARE: $    29.70
   SURCHARGE   1.00
   TOTAL $    30.70
   Tri.Br.     4.00
   GR.TOT.    34.70

   Contact TLC Dial
        3-1-1

   + tip = $40
```

```
        AVISTAR- SUNPARK ST LOU
           4607 AIRFLIGHT DR
          ST LOUIS MO 63134

    TERMINAL I.D.:
    MERCHANT #:              203600
                       98890340000010

    AMEX
    xxxxxxxxxx5002
    SALE
    BATCH: 000002
    DATE: MAR 06, 08     TRACE: 449366
    RRN: 10100067        TIME: 19:22
                         AUTH NO: 503666

    TOTAL            $21.68


    X_____
    JL 8166S  - - - - - - - - - - - - -

      I AGREE TO PAY ABOVE TOTAL AMOUNT
      ACCORDING TO CARD ISSUER AGREEMENT
     (MERCHANT AGREEMENT IF CREDIT VOUCHER)
```

```
            HMSHOST
      WOLFGANG PUCK EXPRESS
    ST. LOUIS LAMBERT AIRPORT

   5160 Nichole
   --------------------------------
   CHK 6740 MAR05'08 11:27AM
   --------------------------------
            E A T   I N

    1 CHIX CAESAR SLD      9.99
    1 WATR PRRIER 24       2.39

      SUBTOTAL            12.38
      TAX                  0.75
      AMOUNT           13.13
      CASH               20.00
      CHANGE              6.87

           THANK YOU
            HMS HOST
         WOLFGANG PUCK
    ST.LOUIS LAMBERT AIRPORT
      QUESTIONS & COMMENTS
      314-429-3400   EXT 105
    STEVE.DAY@HMSHOST.COM
```

```
        Au Bon Pain
        JFK Airport Cart

  Office Catering Specialists 800-765-4227

          STORE #718

        QUESTIONS - CONCERNS?
      Call us at 1 800 TALK ABP
       Visit us at our web site:
       http://WWW.AUBONPAIN.COM


        Ticket #901
    03-06                    2:25 PM
          718 2 14 901

    :q. Au Bon Pain Coff        1.99
      esh Fruit                  .99

                               2.98
      5% DISCOUNT              -.45
                                .14
   Amount Due                  2.67

   CASH                        3.00
   Change                       .33


        DISCOUNTED
```

**TAXI & AUTO SUN**
773-736-3883

Lost & Found:
(773) 736-2990
Office:
(773) 736-3883

Date_____ Time_____
From_____
To_____
Cab No._____ Driver_____
Cab Fare_____ $34

**Lost & Found:** ChicagoDispatcher.com

**TOSHIBA**
Leading Innovation >>>

Visit us at the ACC

Exhibit 8001

medical.toshiba.com

**Receipt Advertising:** ChicagoDispatcher.com

3/18
to Chicago

SUPER PARK EAST TERMINAL
LAMBERT-ST. LOUIS
INTERNATIONAL AIRPORT

Rcpt# 61267
03/12/08 18:21  L# 4 A#100  Txn#113755
03/12/08 07:12 In  03/12/08 18:21 Out
SHORT TERM      $ 20.00
Total Fee       $ 20.00
AMERICAN EXP    $ 20.00-
XXXXXXXXXXX5002
Approval No.:581996
Reference No.:00000132
Change Due      $ 0.00
THANK YOU ANY QUESTIONS OR
COMMENTS CALL 314-890-2900

Manny's Deli
Chicago's Midway Airport
Thank You
3/12/2008                    16:14
=======================================
Manny's Deli
Check: 3080842
Server: AeshaMuhammad
Terminal: 308
=======================================
            Regular
1 Fresh Fruit              1.29
  Orange-
1 Yogurt                   2.29
1 Bottled Water            1.84
  Disposal Fee [0.05]

    Subtotal               5.42
       Tax                 0.54
       Total               5.96

Cash                       6.00
Change                     0.04

  GRAND TOTAL              5.96

=======================================
7 3/12/2008 16:15
=======================================
ns or Comments?
  Please Call
73) 582-4450

# CHICAGO CARRIAGE CAB CO.

DATE_____            DRIVER_____

TIME_____            PASSENGER_____

FROM_____            CAB NO._____
                             $33
TO_____              FARE AMOUNT.

**CHICAGO** CARRIAGE CAB CO.

CAB1          8284
PHONE: 312-326-2221   TOLL FREE: 866-440-TAXI
ONLINE RESERVATIONS FOR LOCAL & NATIONWIDE SERVICE:   www.chicagocarriagecab.com



To ·Kathy Boeger/Towers Perrin@TP

cc

"Kathleen X Benton"    bcc
<kathleen.x.benton@aexp
.com>    Subject  Fw: WN - KIQ2VU - BIGGS/JENNIFERL -

03/20/2008 12:29 PM

Kathleen Benton
Counselor-Corporate Travel
American Express Corporate Travel
E-mail: Kathleen.X.Benton@aexp.com
----- Forwarded by Kathleen X Benton/AMER/TRS/AEXP on 03/20/2008 01:28 PM
-----

                    "Southwest Airlines"
                    <SouthwestAirlines@mail.sou    To:
ABESharedServices/AMER/TRS/AEXP@AMEX
                    thwest.com>    cc:
                             Subject:  WN - KIQ2VU
- BIGGS/JENNIFERL -
                    03/11/2008 04:20 PM
                    Please respond to
                    "Southwest Airlines"

Southwest Airlines Receipt and Itinerary

Receipt and Itinerary as of 03/11/08 3:20 PM

                    Confirmation Number KIQ2VU

Confirmation Date: 03/11/08
ARC no: 39531111

 Passenger Information
                         Passenger Name
                             Account Number
                                    Ticket#
                                      Expiration1
                 BIGGS/JENNIFERL
                         - None Entered -
                              526-2369323453-4
                                    11/15/08

 1 All travel involving funds from this Confirmation Number must be
completed by the expiration date.

 Itinerary
                         Date
                             Flight
                 Routing Details

                     Wed Mar 12
                         1854
                 Depart ST LOUIS MO (STL) at 8:30 AM
                 Arrive in CHICAGO-MIDWAY (MDW) at 9:30 AM


                     Wed Mar 12
                         3681
                 Depart CHICAGO-MIDWAY (MDW) at 3:55 PM
                 Arrive in ST LOUIS MO (STL) at 5:00 PM


 Cost and Payment Summary

Air         $ 223.26
Tax         $ 23.74
PFC Fee     $ 9.00
Security Fee $ 5.00
Total Payment: $261.00

       Prior payment(s)- Tkls funds applied from Conf#K36MV4 ($0.00 remaining)
$170.80

   Current payment(s)
      03/11/08 AMER EXPRESS xxxxxxxxxx5002 Ref 526-2369323453-4 $90.20

Exchange Detail (For travel agency use only):
03/11/08 526-23472377195/1, $85.40, Exchanged for 52623693234534
03/11/08 526-23472377195/2, $85.40, Exchanged for 52623693234534

   Fare Rule(s)
Valid only on Southwest Airlines. All travel involving funds from this
Confirmation Number must be completed by the expiration date. Any
change to this itinerary may result in a fare increase.

Fare Calculation:

ADT- 1 STLWNMDW YL 120.00 MDWWNSTL YL 120.00 $240.00 ZP7.00 XFSTL4.50
MDW4.50 AYSTL2.50 MDW2.50 $261.00

 Southwest Airlines Co. Notice of Incorporated Terms
Air transportation by Southwest Airlines is subject to Southwest
Airlines' Passenger Contract of Carriage, the terms of which are
incorporated by reference.

   We can notify you of flight departure or arrival status via text
  messages on your cell phone, pager, personal digital assistant (PDA),
   or e-mail account. Or, use our automated phone service by calling
                        1-888-SWA-TRIP.

 American Express made the following annotations on Thu Mar 20 2008 10:29:52
---------------------------------------------------------------------------
"This message and any attachments are solely for the intended recipient and
may contain confidential or privileged information. If you are not the
intended recipient, any disclosure, copying, use, or distribution of the
information included in this message and any attachments is prohibited. If you
have received this communication in error, please notify us by reply e-mail
and immediately and permanently delete this message and any attachments. Thank
you."

American Express a ajouté le commentaire suivant le Thu Mar 20 2008 10:29:52

Ce courrier et toute pièce jointe qu'il contient sont réservés au seul
destinataire indiqué et peuvent renfermer des renseignements confidentiels et
privilégiés. Si vous n'êtes pas le destinataire prévu, toute divulgation,
duplication, utilisation ou distribution du courrier ou de toute pièce jointe
est interdite. Si vous avez reçu cette communication par erreur, veuillez nous
en aviser par courrier et détruire immédiatement le courrier et les pièces
jointes. Merci.
***************************************************************************
---------------------------------------------------------------------------
    -



AMERICAN EXPRESS ® **BUSINESS TRAVEL**

Page 1 of 3
Generated: March 11, 2008 03:50 PM

## Travel Arrangements for JENNIFER L BIGGS

| | | | |
|---|---|---|---|
| **Record Locator** | **MFUGTB** | | **Agent ID : BM** |
| **Trip ID** | **11356871583** | | 7535 Windsor Dr. - Suite 104A - Allentown, PA 18195 |
| | JENNIFER BIGGS/314-719-5843 | | Phone: (800) 522-4111 / Fax: (610) 706-3070 |
| | TOWERS PERRIN | | |

## Invoice Details

**Billing Code** WN820127

### Invoices

0069067

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY

*$45.00 Amex fee (called directly)*

## Travel Details

**Wednesday March 12, 2008**

SOUTHWEST AIRLINESTICKETLESS-A

### Flight Information

| | | | |
|---|---|---|---|
| Airline | SOUTHWEST AIRLINES | Estimated time | 1 hour 0 minutes |
| Flight | 1854 | Distance | 251 Miles |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Chicago Midway, IL | Plane | Boeing 737-700 |
| Departing | 8:30 AM | | |
| Arriving | 9:30 AM | | |
| | | | |
| Departure Terminal | EAST TERMINAL | | |
| Seat | Unassigned | | |
| Class | Economy | | |

### Flight Information

| | | | |
|---|---|---|---|
| Airline | SOUTHWEST AIRLINES | Estimated time | 1 hour 5 minutes |
| Flight | 3681 | Distance | 251 Miles |
| Origin | Chicago Midway, IL | Meal Service | No Meal Service |
| Destination | St Louis Intl, MO | Plane | Boeing 737-300 |
| Departing | 3:55 PM | | |
| Arriving | 5:00 PM | | |
| | | | |
| Arrival Terminal | EAST TERMINAL | | |
| Seat | Unassigned | | |
| Class | Economy | | |

**Record Locators**

| Reference | Carrier |
| --- | --- |
| 42VU | SOUTHWEST AIRLINES |

**Additional Messages**

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES.  ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.



AMERICAN EXPRESS ® **BUSINESS TRAVEL**

Page 1 of 3
Generated: March 26, 2008 02:30 PM

## Travel Arrangements for JENNIFER L BIGGS

| | | | |
|---|---|---|---|
| Record Locator | KJFCJZ | | |
| Trip ID | **11241952335** | | |
| | JENNIFER BIGGS/314-719-5843 | | |
| | TOWERS PERRIN | | |

**Agent ID : ZF**

Phone:  (800) 522-4111

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 001 | Ticket Date | 3/26/08 |
| Ticket Number | 7123404613 | Invoice | 0016097 |
| Check Digit | 0 | Electronic | Yes |
| **Billing Code** | WN820127 | | |

### Charges

| | |
|---|---|
| Ticket Base Fare | 373.96 |
| Ticket Tax Fare | 49.04 |
| Total (USD) Ticket Amount | 423.00 |
| | |
| Transaction Fee | 15.00 |
| Airfare charged to American Express | |
| **Total** | 438.00 |

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY
THIS TICKET IS NONREFUNDABLE. CHANGES OR CANCELLATIONS
MUST BE MADE PRIOR TO SCHEDULED FLIGHT DEPARTURE
ALL CHANGES MUST BE MADE ON SAME CARRIER AND WILL BE
SUBJECT TO SERVICE FEE AND DIFFERENCE IN AIRFARE

*Cancelled Change fee = $100 (handwritten)*

## Travel Details

**Thursday April 10, 2008**

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 50 minutes |
| Flight | 884 | Distance | 719 Miles |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Washington Reagan, DC | Plane | Md-80 |
| Departing | 7:10 AM | | |
| Arriving | 10:00 AM | | |
| | | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | TERMINAL B | | |
| Seat | 12A | | |
| Class | Economy | | |

### Hotel Information

| | | | |
|---|---|---|---|
| Hotel | HILTON HOTELS | | |
| | 6 HILTON CAPITAL | | |
| Hotel Address | 1001 16TH ST NW | Phone Number | E 202 393-1000 |
| | WASHINGTON DC 20036 | Fax Number | 202 639-5784 |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS



| | |
|---|---|
| Confirmation Number | 3313082781- |
| Check in Date | 4/10/08 |
| Check out Date | 4/11/08 |
| | |
| Hotel Rate | 399.00 USD per night |
| | Late Arrival Guarantee - Credit Card |
| Special Info | RQNON SMK RM KING BD |

CANCEL 01 DAYS BEFORE ARRIVAL
Corporate Discount - 1365840

## Travel Details                    **Friday April 11, 2008**

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours  5 minutes |
| Flight | 531 | Distance | 719 Miles |
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 2:55 PM | | |
| Arriving | 4:00 PM | | |
| | | | |
| Departure Terminal | TERMINAL B | | |
| Arrival Terminal | MAIN TERMINAL | | |
| Seat | 31E | | |
| Class | Economy | | |

## Travel Details                    **Wednesday October  8, 2008**

AMERICAN EXPRESS INTERACTIVE

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| AMERICAN AIRLINES | 9M88Y36 | JENNIFER L BIGGS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| KJFCJZ | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES.  ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.



AMERICAN EXPRESS ® **BUSINESS TRAVEL**

Page 1 of 3
Generated: March 26, 2008 03:00 PM

## Travel Arrangements for JENNIFER L BIGGS

| | | | |
|---|---|---|---|
| **Record Locator** | MDDRFC | **Agent ID : ZC** | |
| **Trip ID** | 11352732952 | Phone: (800) 522-4111 | |
| | JENNIFER BIGGS/314-719-5843 | | |
| | TOWERS PERRIN | | |

## Invoice Details

### Ticket Information

| | | | | | Charges | |
|---|---|---|---|---|---|---|
| Airline Code | 001 | Ticket Date | 3/26/08 | | Ticket Base Fare | 363.72 |
| Ticket Number | 7123404619 | Invoice | 0016103 | | Ticket Tax Fare | 36.28 |
| Check Digit | 6 | Electronic | Yes | | Total (USD) Ticket Amount | 400.00 |

### Ticket Information

| | | | | | Charges | |
|---|---|---|---|---|---|---|
| Airline Code | 016 | Ticket Date | 3/26/08 | | Ticket Base Fare | 960.89 |
| Ticket Number | 7123404618 | Invoice | 0016102 | | Ticket Tax Fare | 93.07 |
| Check Digit | 2 | Electronic | Yes | | Total (USD) Ticket Amount | 1,053.96 |
| **Billing Code** | WN820127 | | | | | |
| | | | | | Transaction Fee | 15.00 |
| | | | | | Airfare charged to American Express | |
| | | | | | **Total** | 1,468.96 |

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY
THIS TICKET IS NONREFUNDABLE. CHANGES OR CANCELLATIONS
MUST BE MADE PRIOR TO SCHEDULED FLIGHT DEPARTURE
ALL CHANGES MUST BE MADE ON SAME CARRIER AND WILL BE
SUBJECT TO SERVICE FEE AND DIFFERENCE IN AIRFARE

*[handwritten:]*
1468.96
- 658.60    Estimated cost if went
_____    STL-CLT-STL
810.46
- 7.50    1/2 of Amex fee
_____
802.96  →  121526-05.07

658.60    1/2 Amex fee
- 7.50
_____
651.10  →

## Travel Details                    Sunday March 30, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | UNITED AIRLINES | Estimated time | 1 hour 46 minutes |
| Flight | 3401 | Distance | 553 Miles |
| | OPERATED BY US AIRWAYS EXPRESS-TRANSSTATES AIRL | | |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Pittsburgh, PA | Plane | Embraer 145 jet |
| Departing | 3:14 PM | | |
| Arriving | 6:00 PM | | |
| Departure Terminal | MAIN TERMINAL; CHECK-IN WITH US AIRWAYS | | |
| Seat | 16F | | |
| Class | Economy | | |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™

AMERICAN EXPRESS

## Travel Details                    Monday March 31, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | UNITED AIRLINES | Estimated time | 1 hour 29 minutes |
| Flight | 1756 | Distance | 366 Miles |
| | OPERATED BY US AIRWAYS | | |
| Origin | Pittsburgh, PA | Meal Service | No Meal Service |
| Destination | Charlotte, NC | Plane | Airbus a319 |
| Departing | 7:05 PM | | |
| Arriving | 8:34 PM | | |
| | | | |
| Departure Terminal | CHECK-IN WITH US AIRWAYS | | |
| Seat | 14F | | |
| Class | Economy | | |

## Travel Details                    Tuesday April 1, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 10 minutes |
| Flight | 5544 | Distance | 575 Miles |
| | OPERATED BY AMERICAN CONNECTION/TRANS STATES | | |
| Origin | Charlotte, NC | Meal Service | No Meal Service |
| Destination | St Louis Intl, MO | Plane | Embraer 145 jet |
| Departing | 5:20 PM | | |
| Arriving | 6:30 PM | | |
| | | | |
| Arrival Terminal | MAIN TERMINAL | | |
| Seat | 4C | | |
| Class | Economy | | |

## Travel Details                    Sunday September 28, 2008

AMERICAN EXPRESS INTERACTIVE

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| AMERICAN AIRLINES | 9M88Y36 | JENNIFER L BIGGS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| MDDRFC | AMERICAN AIRLINES |
| R8VLZ8 | UNITED AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES. ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.



## Review and Continue

---

**1  Review your selections**

**Flight: 1 Round-Trip Ticket**                                    Change Flight

| | | |
|---|---|---|
| **Mon, Mar 31, 2008** | **St Louis Lambert International Airport (STL) to Charlotte (CLT)** | |
| Depart: 02:00pm | St Louis, MO (STL) to | **American Airlines** |
| Arrive: 04:55pm | Charlotte, NC (CLT) | Flight 5543 operated by AMERICAN CONNECTION/TRANS STATES (on Embraer RJ145 Amazon) Adult fare rules |

Class of Service: Economy
Total Travel Time: 1 hr 55 mins

| | | |
|---|---|---|
| **Tue, Apr 1, 2008** | **Charlotte (CLT) to  St Louis Lambert International Airport (STL)** | |
| Depart: 05:20pm | Charlotte, NC (CLT) to | **American Airlines** |
| Arrive: 06:30pm | St Louis, MO (STL) | Flight 5544 operated by AMERICAN CONNECTION/TRANS STATES (on Embraer RJ145 Amazon) Adult fare rules |

Class of Service: Economy
Total Travel Time: 2 hrs 10 mins

**Travel Protection**

**Protect Yourself and Your Trip**
Select an option before you continue.

> ◯ **Yes!** I want to purchase Flight Protection for only $15.95 per person.
> (Available to U.S. residents only)
>
> ⦿ No, thanks. I do not wish to purchase Flight Protection for this trip.

The Travel Protection Plan includes:
- Trip Cancellation: You may be eligible to receive a refund of your air ticket up to a maximum of $500 per person for covered reasons.
- Trip interruption: You may be eligible to receive a refund of your air ticket up to a maximum of $500 per person for covered reasons.
- Up to $100,000 of Flight Accident Protection

Please see the Description of Coverage for further information.

**2  Review the price**
(All prices are in US dollars.)

| | |
|---|---|
| 1 Adult: | $587.90 |
| Taxes & Fees: | $70.60 |
| **Total:** | **$658.50** |

*If would have gone STL-CLT-STL*

* Please remember that prices are not guaranteed until flights are ticketed.

3  **Review the policies**

**General Policies**

- Once the ticket has been issued the name on the ticket cannot be changed.
- Ticket is non-refundable.
- Ticket changes may incur penalties and/or increased fares.

▶ **Change Policies**
▶ **Cancellation Policies**
▶ **Domestic Flight Notice**
▶ **International Flight (Warsaw Convention) Notice**

4  **Continue with your reservation**

How to book travel for someone else

For help with your reservation, call Travelocity toll-free: **1-888-872-8356**

5252887

*Cabs from Omni*
*to Pitts airport*

| QUAN. | CLASS | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| DATE 5-31-08 | AUTHORIZATION | | SUB TOTAL | |
| REFERENCE NO. | | REG./DEPT. | TAX | |
| FOLIO/CHECK NO. | | SERVER | CLERK | TIPS/MISC. | |
| | | | | |

**SALES SLIP**    **TOTAL**   42.00

CUSTOMER COPY

PURCHASER SIGN HERE
X _____
Cardholder acknowledges receipt of goods and/or services in the
amount of the Total shown hereon and agrees to perform the
obligations set forth in the Cardholder's agreement with the Issuer.

IMPORTANT: RETAIN THIS COPY FOR YOUR RECORDS

5852-503

---

```
        FRESH ATTRACTIONS
CHARLOTTE-DOUGLAS INT'L AIRPORT
        CHARLOTTE, NC

7593 FARHAD                    ✓
- - - - - - - - - - - - - - - - - -
CHK 7034 MAR31'08  8:46PM
- - - - - - - - - - - - - - - - - -

  1 PARFAIT              3.99
    NO CHOICE

  Subtotal              3.99
  Tax                   0.33
  Amt Paid            4.32
  Cash                 5.00
  Change Due           0.68

     THANK YOU, HMSHOST
COMMENTS, CONCERNS OR QUESTIONS?
PLEASE CONTACT 704-359-4316 OR
  CLTCUSTOMER@HMSHOST.COM
```

```
              Garden Gazebo
           Pittsburgh Airport          ✓
Server: KENNETH            03/31/2008
Fast Close/1                 6:19 PM
Guests: 1                      10185

Bottled Water                   1.69
Vegetarian Vegetable Soup       3.49
Garden Salad                    4.29
  Roasted Red Peppers
  Broccoli                      0.75

Subtotal                       10.22
Tax                             0.61
Sec County-1%                   0.10

Total                          10.93

Cash                           21.00
Change                        10.07


              Thank You

          --- Check Closed ---
```

Mayorga
Coffee Roasters
Concourse Core
Phone: 412-472-5299

10025 Cashier
---------------------------------------
Check: 1115                   Guests: 1
        03/31/2008 06:31PM
---------------------------------------
1    Lg. Coffe of the Day      1.95
     Cash                      2.09

     Sub-Total                 1.95
     Tax                       0.14
     Payment                   2.09
**Change Due**               **$0.00**

---------- Check Closed ----------
        03/31/2008 06:32:10PM

Please visit our website
www.mayorgacoffee.com
Thank you for joining us!



FASTTRACK Airport Parking
4607 Airflight Drive
St Louis, MO  63134

User ID                           1741
Date                  04/01/08 18:56

Ticket #                       1000568
Open Date             03/30/08 17:03
Close Date            04/01/08 18:56

Grand Total                  $ 36.51

Payments
AX _5002 Auth:586224         $ 36.51


X_____


2/3 → 24.34 = 12/526-05.07
1/3 → 12.17
        36.51

## Confirmation Information

| | |
|---|---|
| **Record Locator (PNR):** | JPYIGF |
| **New Ticket Number:** | 0017116186171 |
| **Airfare Payment:** | American Express<br>XXXXXXXXXX3000<br>01/11 |
| **Airline Confirmation:** | American Airlines: JPYIGF |
| **Hotel Confirmation:** | OMNI BERKSHIRE PLACE. 2010327825 |
| **Deliver To:** | Jeffrey Kimble<br>101 S. Hanley Road, Suite 900 Interco Corporate Tower<br>St. Louis, MO 63105<br>USA |

## Traveler Information

**Traveler 1: Jeffrey D Kimble**

| | |
|---|---|
| **Name:** | Jeffrey D Kimble |
| **Special Requests:** | standard |

## Flight Details | Oneway

STL to LGA - Non-stop

Modify this flight | Remove this flight

**Wed, Mar 05**      12:10 PM - 3:35 PM          St Louis, MO (STL) to
New York, NY (LGA)

**American Airlines**
Flight 1030
Seat 24B
Class: *Coach*

Base Airfare: $659.53
Taxes and Fees:  $59.97
Flight Total: **$719.50**

## Seat Assignment

Add or modify your flight seat assignments.

*7.19.50*
*+719.50*
*1439.00*
*+15.00 AmEx Fee*
*1454.00*

[ Select/Modify Seats ]

## Hotel Details

New York, NY

Modify this hotel | Remove this hotel

**Check-in:** 3:00 PM, Wed, Mar 05
**Check-out:** 12:00 PM, Thu, Mar 06

On Request - RATE TO BE CONFIRMED
RACK RATE, BUSINESS EXECUTIVE ROOM 1 KING BED

OMNI HOTELS

**Total Hotel Stay:** 1 night

**OMNI BERKSHIRE PLACE**
21 EAST 52ND STREET
New York, NY 10022

Telephone: 1-212-753-5800
Fax Phone: 1-212-754-5018

Rate Per Room: $539.00

Sum of Nightly Rates:   $539.00

Taxes and Fees: unavailable
Estimated Hotel Total:    **$539.00**

**Travel Agency Information**

**Address:**     American Express
15100 NW 67th Ave ste 300
Miami Lakes , FL 33014
USA

**Telephone #:**    1-800-522-4111

**Hours of Operation:**    24 hours a day 7 days a week

## Confirmation Information

| | |
|---|---|
| Record Locator (PNR): | KCFGVQ |
| New Ticket Number: | 0017116186173 |
| Airfare Payment: | American Express<br>XXXXXXXXXXX3000<br>01/11 |
| Airline Confirmation: | American Airlines: KCFGVQ |
| Deliver To: | Jeffrey Kimble<br>101 S. Hanley Road, Suite 900 Interco Corporate Tower<br>St. Louis, MO 63105<br>USA |

## Traveler Information

**Traveler 1: Jeffrey D Kimble**

| | |
|---|---|
| Name: | Jeffrey D Kimble |
| Special Requests: | standard |

## Flight Details | Oneway

JFK to STL - Non-stop

Modify this flight | Remove this flight

| | | | |
|---|---|---|---|
| Thu, Mar 06 | 4:05 PM - 6:05 PM | New York, NY (JFK) to<br>St Louis, MO (STL) | American Airlines<br>American Airlines Operated by<br>American Eagle<br>Flight 4731<br>Seat 12B<br>Class: *Coach* |

Base Airfare: $659.53
Taxes and Fees:  $59.97
Flight Total: **$719.50**

## Seat Assignment

Add or modify your flight seat assignments.

Select/Modify Seats

## Travel Agency Information

| | |
|---|---|
| Address: | American Express<br>15100 NW 67th Ave ste 300<br>Miami Lakes , FL 33014<br>USA |
| Telephone #: | 1-800-522-4111 |
| Hours of Operation: | 24 hours a day 7 days a week |



# OMNI HOTELS*

OMNI BERKSHIRE PLACE HOTEL
21 EAST 52ND STREET
NEW YORK CITY   NY   10022
**Tele-** 212-753-5800      **Fax-** 212-754-5020

KIMBLE, JEFFREY D

**Room Number:** 1512
**Daily Rate:** 539
**Room Type:** KNMAD
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE CODE | MKT GROUP | ACCOUNT |
|---------|-----------|-------------|-----------|-----------|---------|
| 03/05/08 | 03/06/08 | | EVENT | EVENT | 11700814749 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 03/05/08 | 1512 | WIFI INTERNET ACCESS | 1512/213020/43 | $9.95 |
| 03/05/08 | 1512 | ROOM CHARGE | #1512 KIMBLE, JEFFREY D | $539.00 |
| 03/05/08 | 1512 | CITY TAX 5% | CITY TAX 5% | $26.95 |
| 03/05/08 | 1512 | OCC TAX/JAVITS CTR EXPANSION | OCC TAX/JAVITS CTR EXPANSION | $5.50 |
| 03/05/08 | 1512 | SALES TAX 8.375% | SALES TAX 8.375% | $45.14 |
| 03/06/08 | 1512 | AMERICAN EXPRESS | AMERICAN EXPRESS | ($626.54) |

**TOTAL DUE:**          $0.00

ASH   3-6563

SUPER PARK INTERMEDIATE
LAMBERT-ST. LOUIS
INTERNATIONAL AIRPORT
ST.LOUIS. MO.

Rcpt# 4856
03/06/08 18:19   L# 3 A#127   Txn# 8968
03/05/08 10:56 In   03/06/08 18:19 Out
SHORT TERM     $ 36.00
Total Fee      $ 36.00
AMERICAN EXP   $ 36.00-
XXXXXXXXXXX3000
Approval No.:544486
Reference No.:00000325
Change Due      $ 0.00
THANK YOU ANY QUESTIONS OR
COMMENTS CALL 314-890-2800

```
                    HMSHOST
             WOLFGANG PUCK EXPRESS
           ST. LOUIS LAMBERT AIRPORT

        5160 Nichole
        -----------------------------------
        CHK 6723          JEFF
              MAR05'08 11:18AM
        -----------------------------------
                 E A T   I N

        1 CHSE PIZZA               9.29

          SUBTOTAL                 9.29
          TAX                      0.56
          AMOUNT            9 . 8 5
          CASH                    20.00
          CHANGE                  10.15

                  THANK YOU
                  HMS HOST
                WOLFGANG PUCK
          ST.LOUIS LAMBERT AIRPORT
            QUESTIONS & COMMENTS
           314-429-3400   EXT 105
           STEVE.DAY@HMSHOST.COM
```

**TOWERS PERRIN**

Kathy Boeger
03/12/2008 10:44 AM

To  Jeffrey Kimble/Towers Perrin@TP
cc
bcc
Subject  Fw: WN - KY22UU - KIMBLE/JEFF -DO NOT REPLY TO THIS EMAIL

----- Forwarded by Kathy Boeger/Towers Perrin on 03/12/2008 10:24 AM -----



"Antonia I Lopez"
<antonia.i.lopez@aexp.com>
03/12/2008 10:19 AM

To  Kathy Boeger/Towers Perrin@TP
cc
Subject  Fw: WN - KY22UU - KIMBLE/JEFF -DO NOT REPLY TO THIS EMAIL

```
Antonia Lopez
American Express
Global Corporate Services
antonia.i.lopez@aexp.com

----- Forwarded by Antonia I Lopez/AMER/TRS/AEXP on 03/12/2008 11:18 AM -----

"Southwest Airlines" <SouthwestAirlines@mail.southwest.com>
To:      ABESharedServices/AMER/TRS/AEXP@AMEX
Subject:  WN - KY22UU - KIMBLE/JEFF -
03/12/2008 11:11 AM

   Receipt and Itinerary as of 03/12/08 10:11 AM

                        Confirmation Number
                             KY22UU

  Confirmation Date: 03/11/08
  ARC no: 39531111

  Passenger Information

Passenger Name: KIMBLE/JEFF
Account Number: - None Entered
Ticket # 526-2369495912-4
Expiration:  03/11/09

  Itinerary
                        Wed Mar 12
                             1854
            Depart ST LOUIS MO (STL) at 8:30 AM
            Arrive in CHICAGO-MIDWAY (MDW) at 9:30 AM


                        Wed Mar 12
                             3681
            Depart CHICAGO-MIDWAY (MDW) at 3:55 PM
            Arrive in ST LOUIS MO (STL) at 5:00 PM


Cost and Payment Summary
  Air  $ 223.26
  Tax  $ 23.74
  PFC Fee  $ 9.00
  Security Fee  $ 5.00
Total Payment:  $261.00        + 45.00 for AmEx fee
                               ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
  Prior payment(s)              306.00  total
    03/11/08 AMER EXPRESS xxxxxxxxxxx3000 Ref 526-2369328140-1 $261.00
```

Exchange Detail (For travel agency use only):
03/12/08 526-23693281401/2, $130.50, Exchanged for 52623694959124

   Fare Rule(s)
Valid only on Southwest Airlines. All travel involving funds from this
Confirmation Number must be completed by the expiration date. Any
change to this itinerary may result in a fare increase.

Fare Calculation:

ADT- 1 STLWNMDW YL 120.00 MDWWNSTL YL 120.00 $240.00 ZP7.00 XFSTL4.50
MDW4.50 AYSTL2.50 MDW2.50 $261.00

   Important Checkin Requirement
Passengers who do not obtain a boarding pass and are not present and
available for boarding in the departure gate area at least ten minutes
prior to scheduled departure time may have their reserved space
cancelled and will not be eligible for denied boarding compensation.

   Southwest Airlines Co. Notice of Incorporated Terms
Air transportation by Southwest Airlines is subject to Southwest
Airlines' Passenger Contract of Carriage, the terms of which are
incorporated by reference.

Notice of Incorporated Terms


   We can notify you of flight departure or arrival status via text
messages on your cell phone, pager, personal digital assistant (PDA),
or e-mail account. Or, use our automated phone service by calling
                         1-888-SWA-TRIP.

American Express made the following annotations on Wed Mar 12 2008 08:19:35

```
LAMBERT ST. LOUIS
INTERNATIONAL AIRPORT
ST.LOUIS, MO.


Rcpt# 67451
03/12/08 18:21   L# 3 A# 35   Txn#196105
03/12/08 07:11 In   03/12/08 18:21 Out
SHORT TERM      $ 20.00
Total Fee       $ 20.00
AMERICAN EXP    $ 20.00-
XXXXXXXXXXX3000
Approval No.:525248
Reference No.:00000130
Change Due       $ 0.00
THANK YOU ANY QUESTIONS OR
COMMENTS CALL CENTRAL PARKING 890-2800
```

 AMERICAN EXPRESS ® **BUSINESS TRAVEL**

Page 1 of 3
Generated: March 26, 2008 02:56 PM

## Travel Arrangements for JEFFREY D KIMBLE

| | |
|---|---|
| Record Locator | **CKWXUP** |
| Trip ID | **10760723297** |
| | **JEFFREY KIMBLE/314-719-5836** |
| | **TOWERS PERRIN** |

**Agent ID : ZB**

Phone:  (800) 522-4111

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 016 | Ticket Date | 3/26/08 |
| Ticket Number | 7123404622 | Invoice | 0016106 |
| Check Digit | 6 | Electronic | Yes |

**Billing Code**   WN844411

### Charges

| | |
|---|---|
| Ticket Base Fare | 881.96 |
| Ticket Tax Fare | 87.15 |
| Total (USD) Ticket Amount | 969.11 |
| | |
| Transaction Fee | 15.00 |
| Airfare charged to American Express | |
| **Total** | 984.11 |

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY

## Travel Details                              Sunday March 30, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | UNITED AIRLINES | Estimated time | 1 hour 46 minutes |
| Flight | 3401 | Distance | 553 Miles |
| | OPERATED BY  US AIRWAYS EXPRESS-TRANSSTATES AIRL | | |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Pittsburgh, PA | Plane | Embraer 145 jet |
| Departing | 3:14 PM | | |
| Arriving | 6:00 PM | | |
| | | | |
| Departure Terminal | MAIN TERMINAL; CHECK-IN WITH US AIRWAYS | | |
| Seat | 17F | | |
| Class | Economy | | |

## Travel Details                              Monday March 31, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | UNITED AIRLINES | Estimated time | 1 hour 53 minutes |
| Flight | 3372 | Distance | 553 Miles |
| | OPERATED BY  US AIRWAYS EXPRESS-TRANSSTATES AIRL | | |
| Origin | Pittsburgh, PA | Meal Service | No Meal Service |
| Destination | St Louis Intl, MO | Plane | Embraer 145 jet |
| Departing | 6:15 PM | | |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™   

| | |
|---|---|
| Arriving | 7:08 PM |
| | |
| Departure Terminal | CHECK-IN WITH US AIRWAYS |
| Arrival Terminal | MAIN TERMINAL |
| Seat | 11F |
| Class | Economy |

## Travel Details                    Saturday September 27, 2008

AMERICAN EXPRESS INTERACTIVE

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| RBM0T6 | UNITED AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES.  ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.

YELLOW CAB COMPANY

1101 Beaver Avenue • Pittsburgh, PA 15233
www.pghtrans.com

Call for a Yellow Cab or hail one anywhere!

412-321-8100

For Lost & Found: 412-323-4722 Ext. 375

Thank You!

Date 3/30/08
Amount 40 Tip 5 Total 45
Cab# ___ Driver # ___

Reference No.: 121251710
Auth. Code:
Respon. APPROVAL 589459
589459

Total Amt. $ 41.78
Tip Amount $ 3

Bse Amt. 14.78
Invoice # 44
Spur # 2
Entry: Swiped
Card Type: AMEX
3000************3000
Transaction # 32

S a l e :
04/01/2008 01:33
C O P Y
PITTSBURGH, PA 15231
G.P.I.A
PO BOX 12271
FAT TUESDAY PITTSBURGH

SUPER PARK INTERMEDIATE
LAMBERT-ST. LOUIS
INTERNATIONAL AIRPORT
ST. LOUIS, MO.

Rcpt# 10157      L# 3 AW 89  Txn# 207941
04/01/08 01:25   In 03/30/08 01:25 Out
03/30/08 13:53 In
SHORT TERM
Total Fee        $ 40.00
AMERICAN EXP     $ 40.00-
XXXXXXXXXXXX5000
Approval No.:529063
Reference No.:00000715
Change Due       $ 0.00
THANK YOU ANY QUESTIONS OR
COMMENTS CALL 314-890-2800

VISA
1092542
SALES SLIP
ORIGINAL