**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: September 12, 2008 at 4:00 p.m. |
| | ) | Hearing: September 29, 2008 at 1:00 p.m. |

**COVER SHEET TO NINTH QUARTERLY APPLICATION OF**
**ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL**
**TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR**
**COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**JANUARY 1, 2008 THROUGH MARCH 31, 2008**

Name of Applicant:   Orrick, Herrington & Sutcliffe LLP

Authorized to Provide Professional
Services to:   David T. Austern, Future Claimants' Representative
(the "FCR")

Date of Retention:   As of February 6, 2006 (pursuant to this Court's
Order entered May 8, 2006)

Period for which compensation is
sought:   January 1, 2008 through March 31, 2008

Amount of Compensation (100%) sought
as actual, reasonable, and necessary:   $2,834,348.75

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:   $  436,062.97

This is an:   __X__   interim   _____   monthly   _____   final application.

**PRIOR APPLICATIONS FILED**

Orrick was retained effective February 6, 2006, pursuant to this Court's Order entered May 8, 2006.  Orrick has previously filed the following quarterly fee applications:

a.      First Quarterly Fee Application for the time period February 6, 2006 through March 31, 2006 in the amount of $206,292.25 in fees and $7,501.32 in expenses, for a total of $213,793.57.

b.      Second Quarterly Fee Application for the time period April 1, 2006 through June 30, 2006 in the amount of $456,045.25 in fees and $14,568.92 in expenses, for a total of $470,614.17.

c.      Third Quarterly Fee Application for the time period July 1, 2006 through September 30, 2006 in the amount of $558,019.75 in fees and $25,651.67 in expenses, for a total of  $583,671.42

d.      Fourth Quarterly Fee Application for the time period October 1, 2006 through December 31, 2006 in the amount of $841,070.00 in fees and $98,378.95 in expenses, for a total of $ 939,448.95.

e.      Fifth Quarterly Fee Application for the time period January 1, 2007 through March 31, 2007 in the amount of $1,098.668.00 in fees and $57,670.14 in expenses, for a total of $1,156,338.14.

f.      Sixth Quarterly Fee Application for the time period April 1, 2007 through June 30, 2007 in the amount of $1,021,931.50 in fees and $168,071.15 in expenses for a total of $1,190,002.65.

g.      Seventh Quarterly Fee Application for the time period July 1, 2007 through September 30, 2007 in the amount of $1,318,928.25 in fees and $506,330.27 in expenses for a total of $1,825,258.52.

h.      Eighth Quarterly Fee Application for the time period October 1, 2007 through December 31, 2007 in the amount of $2,577,801.25 in fees and $276,906.50 in expenses for a total of $2,854,707.75.

**COMPENSATION SUMMARY**
**JANUARY 1, 2008 THROUGH MARCH 31, 2008**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| John Ansbro | Partner, 4 years in position; 13 years relevant experience; 1995, Litigation | $690 | 519.00 | $336,306.00[1] |
| Stephen G. Foresta | Partner, 11 years in position; 21 years relevant experience; 1987, Litigation | $825 | 15.40 | $12,705.00 |
| Roger Frankel | Partner, 25 years in position; 37 years relevant experience; 1971, Bankruptcy | $875 | 421.70 | $359,362.50[2] |
| Jonathan P. Guy | Partner, 8 years in position; 15 years relevant experience; 1993, Bankruptcy | $720 | 11.50 | $8,280.00 |
| Robert F. Lawrence | Partner, 10 years in position; 24 years relevant experience 1983, Environmental Law | $715 | 26.90 | $19,233.50 |
| Raymond G. Mullady, Jr. | Partner, 15 years in position; 25 years relevant experience; 1983, Litigation | $710 | 476.40 | $331,818.50[3] |
| Jay K. Musoff | Partner, 4 years in position; 15 years relevant experience 1993, Litigation | $720 | .30 | $216.00 |
| John Narducci | Partner, 12 years in position; 20 years relevant experience; 1988, Tax | $810 | .20 | $162.00 |
| Garret G. Rasmussen | Partner, 26 years in position; 34 years relevant experience; 1974, Litigation | $800 | 198.80 | $159,040.00 |
| Clayton S. Reynolds | Partner, 21 years in position; 29 years relevant experience 1979, Tax | $800 | 24.10 | $19,280.00 |
| Scott A. Stengel | Partner, 4 years in position; 12 years relevant experience; 1996, Bankruptcy | $690 | 66.50 | $45,885.00 |

1    This amount reflects a reduction of $7,624.50 (January 2008), $7,831.50 (February 2008), and $6,348.00 (March 2008) representing a 50% discount of hourly rates for non-working travel.

2    This amount reflects a reduction of $3,631.25 (January 2008), $1,531.25 (February 2008), and $4,462.50 (March 2008) representing a 50% discount of hourly rates for non-working travel.

3    This amount reflects a reduction of $3,585.50 (January 2008), $887.50 (February 2008), and $1,952.50 (March 2008) representing a 50% discount of hourly rates for non-working travel.

| Name of Professional **Person** | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, **Area of Expertise** | Hourly Billing **Rate** | Total Billed **Hours** | **Total Fees** |
|---|---|---|---|---|
| Richard H. Wyron | Partner, 19 years in position; 29 years relevant experience; 1979, Bankruptcy | $775 | 177.00 | $130,393.75[4] |
| Mary A. Wallace | Of Counsel, 6 years in position; 18 years relevant experience; 1989, Corporate | $620 | 122.80 | $76,136.00 |
| Christopher A. Britt | Associate, 10 months in position; 10 months relevant experience; 2007, Litigation | $340 | 5.10 | $1,734.00 |
| Stephanie M. Cowles | Associate, 9 months in position; 9 months relevant experience; 2008, Litigation | $340 | 32.70 | $11,118.00 |
| Joshua M. Cutler | Associate, 5 years in position; 5 years relevant experience; 2003, Litigation | $500 | 238.30 | $113,750.00[5] |
| Debra L. Felder | Associate, 6 years in position; 6 years relevant experience; 2002, Bankruptcy | $530 | 342.10 | $178,265.50[6] |
| Alexandra G. Freidberg | Associate, 9 months in position; 9 months relevant experience; 2007, Environmental | $340 | 14.00 | $4,760.00 |
| Nicole M. Jones | Associate, 2 years in position; 2 years relevant experience; 2006, Litigation | $400 | 75.40 | $30,160.00 |
| Antony P. Kim | Associate, 5 years in position; 5 years relevant experience; 2003, Litigation | $500 | 420.50 | $207,750.00[7] |

---

[4]   This amount reflects a reduction of $1,937.50 (January 2008), $1,937.50 (February 2008), and $2,906.25 (March 2008) representing a 50% discount of hourly rates for non-working travel.

[5]   This amount reflects a reduction of $3,300.00 (January 2008) and $2,100.00 (March 2008) representing a 50% discount of hourly rates for non-working travel.

[6]   This amount reflects a reduction of $1,987.50 (February 2008) and $1,060.00 (March 2008) representing a 50% discount of hourly rates for non-working travel.

[7]   This amount reflects a reduction of $1,000.00 (January 2008) and $1,500.00 (March 2008) representing a 50% discount of hourly rates for non-working travel.

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Katherine E. Maco | Associate, 2 months in position; 2 months relevant experience; 2008, Litigation | $340 | 228.00 | $77,520.00 |
| Christopher O'Connell | Associate, 5 years in position; 5 years relevant experience; 2003, Litigation | $470 | 222.70 | $104,669.00 |
| John C. Pitts | Associate, 8 months in position; 8 months relevant experience; 2008, Litigation | $340 | 194.60 | $65,654.00[8] |
| Emily S. Somers | Associate, 2 years in position; 2 years relevant experience; 2006, Litigation | $400 | 148.10 | $59,240.00 |
| Katherine S. Thomas | Associate, 4 years in position; 4 years relevant experience; 2004, Bankruptcy | $470 | 129.80 | $61,006.00 |
| Annie L. Weiss | Associate, 4 years in position; 4 years relevant experience; 2004, Litigation | $430 | 246.50 | $112,588.50[9] |
| Catharine L. Zurbrugg | Associate, 3 years in position; 3 years relevant experience; 2005, Litigation | $440 | 163.60 | $70,444.00[10] |
| | | | | |
| Rachael M. Barainca | Legal Assistant | $160 | 131.10 | $20,858.00 |
| James Cangialosi | Legal Assistant | $260 | 405.00 | $103,870.00[11] |
| Aaron Cohen | Legal Assistant | $160 | 2.50 | $400.00 |
| Debra O. Fullem | Bankruptcy Research Specialist | $245 | 80.00 | $19,600.00 |
| Aurora M. Hamilton | Legal Assistant | $220 | .50 | $110.00 |
| Saira Hosein | Legal Assistant | $230 | 3.00 | $690.00 |
| Timothy J. Hoye | Practice Support Project Coordinator | $210 | 63.20 | $13,272.00 |
| Karen M. Jewell | Legal Assistant | $150 | 11.30 | $1,695.00 |
| Dmitry Iofe | Practice Support Project Tech. | $205 | 1.00 | $205.00 |
| Thomas Kim | Legal Assistant | $195 | 34.00 | $6,630.00 |
| Risa L. Mulligan | Research Coordinator | $180 | 4.00 | $720.00 |

---

8    This amount reflects a reduction of $510.00 (March 2008) representing a 50% discount of hourly rates for non-working travel.

9    This amount reflects a reduction of $1,856.50 (January 2008) and $1,410.00 (March 2008) representing a 50% discount of hourly rates for non-working travel.

10    This amount reflects a reduction of $1,540.00 (January 2008) representing a 50% discount of hourly rates for non-working travel.

11    This amount reflects a reduction of $1,170.00 (January 2008) and $260.00 (March 2008) representing a 50% discount of hourly rates for non-working travel.

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Linda Pietrofere | Senior Legal Assistant | $230 | 31.50 | $7,245.00 |
| Thomas Ryan | Trial Technologist | $205 | 250.50 | $49,507.50[12] |
| Aaron R. Thorp | Practice Support Project Coordinator | $210 | 13.40 | $2,814.00 |
| Elizabeth Y. Walker | Senior Legal Assistant | $240 | 30.50 | $7,320.00 |
| Logan West | Legal Assistant | $90 | 21.50 | $1,935.00 |
| **Total** | | | **5,605.00** | **$2,834,348.75** |
| **Blended Rate: $505.68** | | | | |

## COMPENSATION BY PROJECT CATEGORY
## JANUARY 1, 2008 THROUGH MARCH 31, 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 16.90 | $2,874.50 |
| Compensation of Professionals-Orrick | 95.60 | $23,023.50 |
| Compensation of Professionals-Other | 24.70 | $7,170.50 |
| Due Diligence | .60 | $525.00 |
| Insurance | 19.70 | $16,467.50 |
| Litigation | 4,510.10 | $2,257,680.00 |
| Retention of Professionals-Others | 24.20 | $9,531.00 |
| Plan & Disclosure Statement | 696.40 | $452,902.00 |
| Travel Time (Non-Working) | 216.80 | $64,174.75 |
| **TOTAL** | **5,605.00** | **$2,834,348.75** |

---

12   This amount reflects a reduction of $922.50 (January 2008) and $922.50 (March 2008) representing a 50% discount of hourly rates for non-working travel.

**EXPENSE SUMMARY**
**JANUARY 1, 2008 THROUGH MARCH 31, 2008**

| Expense Category | Total |
|---|---|
| Color Copies | $868.75 |
| Court Call-Conferencing Services | $301.50 |
| DeskSite-Services for Presentations | $195.00 |
| Document Retrieval Services (Document Technologies, Parcels and Specialized Legal Services, Inc.) | $1,490.35 |
| Duplicating | $12,562.10 |
| Expert Invoices | $247,270.60 |
| Expert Related Materials (Books and Articles) | $286.00 |
| Litigation Support (Lease work space in Pittsburgh for trial) | $1,514.24 |
| Litigation Trial Related Expenses | $12,697.05 |
| Meals | $6,665.50[13] |
| Pacer | $7,242.19 |
| Parking | $383.75 |
| Postage/Express Delivery | $13,568.90 |
| Secretarial Overtime | $400.40 |
| Telephone | $309.55 |
| Travel – Airfare/Train/Hotel | $81,685.61[14] |
| Travel – Mileage | $2,749.27 |
| Travel – Taxi | $7,738.22 |
| Westlaw and Lexis Research | $25,116.51 |
| Williams Lea Inc. | $13,017.48 |
| **TOTAL** | **$436,062.97** |

---

13   The total meal charge summaries relating to Orrick's monthly interim fee applications have changed based on new guidelines issued by the fee auditor, retroactive to January 1, 2008, as follows: in NY and London, $35/breakfast; $45/lunch; and $65/dinner and in all other locations $25/breakfast; $35/lunch; and $55/dinner. Orrick's previous monthly summaries were prepared in accordance with the fee auditor's prior guidelines, and reflected reductions of $1,459.70 (January 2008), $26.64 (February 2008) and $412.43 (March 2008).  The updated summaries, prepared in accordance with the fee auditor's new guidelines, now reflect a reduction of $1,212.23 (January 2008), $12.54 (February 2008) and $247.50 (March 2008).  Thus, the total reduction as set forth above is $1,482.27.

14   The total hotel charges reflects a reduction of $39.00 for certain hotel expenses that exceed the fee auditor's new guidelines for hotel rate caps and/or hotel star ratings.

Orrick's Client Charges and Disbursements Policy effective January 1, 2008, are as follows:

a.      ***Duplicating*** -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 10¢ per page in order to comply with the Local Rules of this Court.  This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

b.      ***Long Distance Telephone and Facsimile Charges*** -- Orrick charges clients for long distance telephone calls but not for local telephone calls.  Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill.  Out-going facsimile transmissions are charged at $1.50 per page, plus any long-distance calling cost, and there is no charge for incoming facsimiles.

c.      ***Messenger and Courier Service*** -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

d.      ***Overtime*** -- It is Orrick's practice to allow professionals and paraprofessionals working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge limited to $7.50 per professional.  It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime.  Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances.

e.      ***Computerized Research*** -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so.  The charge to clients for Lexis and Westlaw are based on retail rates that do not include non-client specific volume discounts offered to Orrick.  Use of fee based internet research services other than Lexis and Westlaw is charged at Orrick's cost.  There is no separate charge for other internet research.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


Dated: August 4, 2008                    By:/S/ DEBRA L. FELDER
               Roger Frankel, admitted *pro hac vice*
               Richard H. Wyron, admitted *pro hac vice*
               Debra L. Felder, admitted *pro hac vice*
               Columbia Center
               1152 15th Street, N.W.
               Washington, DC  20005
               (202) 339-8400

               Co-Counsel to David T. Austern,
               Future Claimants' Representative