# EXHIBIT B

NY 71649604v1

**WR GRACE & CO**
**SUMMARY OF FEES**
**JUNE 1, 2008 - JUNE 30, 2008**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Greenberg, Mayer | 0.7 | $ 825 | $ 577.50 |
| Kruger, Lewis | 22.9 | 945 | 21,640.50 |
| Pasquale, Kenneth | 10.7 | 775 | 8,292.50 |
| Speiser, Mark A. | 0.7 | 875 | 612.50 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 2.0 | 650 | 1,300.00 |
| Eichler, Mark | 6.3 | 635 | 4,000.50 |
| Gutierrez, James S. | 7.5 | 490 | 3,675.00 |
| Krieger, Arlene G. | 172.4 | 650 | 112,060.00 |
| Lieberman, Nina E. A. | 1.0 | 620 | 620.00 |
| Strauss, Joseph E. | 73.9 | 595 | 43,970.50 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 24.3 | 270 | 6,561.00 |
| McHugh, Steven R. | 7.9 | 210 | 1,659.00 |
| Mohamed, David | 39.8 | 175 | 6,965.00 |
| Sasson, Gabriel | 4.5 | 210 | 945.00 |
| Williams Herman, Onika A. | 24.9 | 210 | 5,229.00 |
| | | | |
| **Sub Total** | **399.5** | | **$ 218,108.00** |
| **Less 50% Travel** | **(6.0)** | | **(4,549.00)** |
| **Total** | **393.5** | | **$ 213,559.00** |

NY 71649604v1