# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JUNE 1, 2008 - JUNE 30, 2008**

| | |
|---|---:|
| Outside Messenger Service | $     154.96 |
| Meals | 12.92 |
| Local Transportation | 230.59 |
| Long Distance Telephone | 18.18 |
| Duplicating Costs-in House | 2.50 |
| Court Reporting Services | 74.70 |
| Word Processing | 6.00 |
| Lexis/Nexis | 670.16 |
| Facsimile Charges | 36.00 |
| Travel Expenses - Transportation | 501.25 |
| Westlaw | 10,650.52 |
| | |
| **TOTAL** | **$12,357.78** |

# STROOCK

## Disbursement Register

| DATE | July 21, 2008 |
|---|---|
| INVOICE NO. | 448474 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through June 30, 2008, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 06/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827228; DATE: 05/31/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270192409479 on 05/27/2008 | 16.51 |
| 06/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827228; DATE: 05/31/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270192470250 on 05/27/2008 | 10.64 |
| 06/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827228; DATE: 05/31/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270194721841 on 05/27/2008 | 10.64 |
| 06/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827228; DATE: 05/31/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270195277151 on 05/29/2008 | 7.09 |
| 06/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827228; DATE: 05/31/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270196907165 on | 10.06 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

NY 71649604v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | 05/29/2008 | |
| 06/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827228; DATE: 05/31/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270196971747 on 05/29/2008 | 7.09 |
| 06/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827228; DATE: 05/31/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stacey F. Tate Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198474932 on 05/29/2008 | 7.09 |
| 06/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827228; DATE: 05/31/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270190091468 on 05/27/2008 | 10.64 |
| 06/09/2008 | VENDOR: UPS; INVOICE#: 0000010X827238; DATE: 06/07/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270197335334 on 06/03/2008 | 7.48 |
| 06/09/2008 | VENDOR: UPS; INVOICE#: 0000010X827238; DATE: 06/07/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270197456141 on 06/03/2008 | 10.61 |
| 06/09/2008 | VENDOR: UPS; INVOICE#: 0000010X827238; DATE: 06/07/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stacey F. Tate Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270197907127 on 06/03/2008 | 7.48 |
| 06/09/2008 | VENDOR: UPS; INVOICE#: 0000010X827238; DATE: 06/07/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270199825551 on 06/03/2008 | 7.48 |
| 06/09/2008 | VENDOR: UPS; INVOICE#: 0000010X827238; DATE: 06/07/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Julie Kienzle Court Reporter, 5380 U.S. Court House, PITTSBURGH, PA 15219 Tracking #:1Z10X8271392371960 on 06/03/2008 | 9.10 |
| 06/09/2008 | VENDOR: UPS; INVOICE#: 0000010X827238; DATE: 06/07/2008; | 7.48 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270190174833 on 06/04/2008 | |
| 06/09/2008 | VENDOR: UPS; INVOICE#: 0000010X827238; DATE: 06/07/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270190410014 on 06/04/2008 | 7.48 |
| 06/09/2008 | VENDOR: UPS; INVOICE#: 0000010X827238; DATE: 06/07/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stacey F. Tate Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270191424801 on 06/04/2008 | 7.48 |
| 06/09/2008 | VENDOR: UPS; INVOICE#: 0000010X827238; DATE: 06/07/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193212027 on 06/04/2008 | 10.61 |
| | **Outside Messenger Service Total** | **154.96** |

**Meals**

| | | |
|------|-------------|--------|
| 06/05/2008 | VENDOR(EE): AKRIEGER: 06/02/08 - 06/02/08; DATE: 06-05-2008; Dinner at Airport -  6/2/08 | 12.92 |
| | **Meals Total** | **12.92** |

**Local Transportation**

| | | |
|------|-------------|--------|
| 06/02/2008 | VENDOR(EE): ABEAL - DATE: 02/05/2008; Taxi Travel re C/M #699843.0017 | 13.00 |
| 06/02/2008 | VENDOR(EE): ABEAL - DATE: 03/06/2008; Taxi Travel re C/M #699843.0022 | 7.00 |
| 06/02/2008 | VENDOR(EE): ABEAL - DATE: 04/02/2008; Taxi Travel re C/M #699843.0017 | 9.00 |
| 06/02/2008 | VENDOR(EE): ABEAL – DATE: 04/29/2008; Taxi Travel re C/M #699843.0017 | 11.00 |
| 06/05/2008 | VENDOR(EE): AKRIEGER -DATE: 06/02/2008; Taxi fare from Pittsburgh Airport to Courthouse | 45.00 |
| 06/05/2008 | VENDOR(EE): AKRIEGER: 06/02/08 - 06/02/08; DATE: 06-05-2008; Taxi fare from Courthouse to Pittsburgh Airport - 6/2/08 | 40.00 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/05/2008 | VENDOR(EE): AKRIEGER: 06/02/08 - 06/02/08; DATE: 06-05-2008; Taxi fare from LaGuardia Airport to home -  6/2/08 | 30.00 |
| 06/18/2008 | VENDOR: NYC Taxi; Invoice#: 832755; Invoice Date: 06/13/2008; Voucher #: 122539; Arlene Krieger 06/02/2008 07:35 from 10 EAST END AVE MANHATTAN NY to LaGuardia Airport Flushing NY | 67.59 |
| 06/26/2008 | VENDOR(EE): LKRUGER: 06/23/08 - 06/23/08; DATE: 06-26-2008; Taxi expense ($8.00) to court in Delaware. | 8.00 |

**Local Transportation Total** **230.59**

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 06/04/2008 | EXTN.5475, TEL.412-261-6122, S.T.16:07, DUR.00:00:06 | 0.47 |
| 06/17/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-051808; DATE: 5/20/2008  -  Teleconference   05/15/08 | 6.52 |
| 06/17/2008 | EXTN.5431, TEL.312-861-2162, S.T.12:09, DUR.00:00:06 | 0.47 |
| 06/17/2008 | EXTN.5431, TEL.302-778-6407, S.T.12:37, DUR.00:00:36 | 0.47 |
| 06/17/2008 | EXTN.5431, TEL.302-657-4942, S.T.12:39, DUR.00:01:12 | 0.94 |
| 06/17/2008 | EXTN.5562, TEL.201-541-2126, S.T.10:33, DUR.00:00:12 | 0.47 |
| 06/17/2008 | EXTN.5562, TEL.302-652-4100, S.T.11:07, DUR.00:01:18 | 0.94 |
| 06/18/2008 | EXTN.5431, TEL.410-531-4212, S.T.16:26, DUR.00:00:30 | 0.47 |
| 06/19/2008 | EXTN.5006, TEL.410-531-4212, S.T.11:25, DUR.00:00:54 | 0.47 |
| 06/20/2008 | EXTN.5562, TEL.518-213-6000, S.T.09:33, DUR.00:01:48 | 0.86 |
| 06/24/2008 | EXTN.5544, TEL.201-587-7144, S.T.16:07, DUR.00:00:30 | 0.47 |
| 06/26/2008 | EXTN.5544, TEL.312-861-2162, S.T.18:08, DUR.00:09:30 | 4.69 |
| 06/27/2008 | EXTN.5544, TEL.312-861-2162, S.T.10:39, DUR.00:01:24 | 0.94 |

**Long Distance Telephone Total** **18.18**

**Duplicating Costs-in House**

| | |
|------|--------|
| 06/03/2008 | 0.80 |
| 06/04/2008 | 0.80 |
| 06/19/2008 | 0.90 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Duplicating Costs-in House Total** | **2.50** |
| | | |
| | **Court Reporting Services** | |
| 06/02/2008 | VENDOR: Julie Kienzle, Court Reporter;  INVOICE#: 060208; DATE: 06/02/2008;  FOR: Order Transcript | 74.70 |
| | | |
| | **Court Reporting Services Total** | **74.70** |
| | | |
| | **Lexis/Nexis** | |
| 06/18/2008 | Research on 06/18/2008 | 135.25 |
| 06/20/2008 | Research on 06/20/2008 | 19.85 |
| 06/20/2008 | Research on 06/20/2008 | 92.25 |
| 06/23/2008 | Research on 06/23/2008 | 285.75 |
| 06/24/2008 | Research on 06/24/2008 | 129.75 |
| 06/25/2008 | Research on 06/25/2008 | 0.06 |
| 06/25/2008 | Research on 06/25/2008 | 7.25 |
| | | |
| | **Lexis/Nexis Total** | **670.16** |
| | | |
| | **Facsimile Charges** | |
| 06/16/2008 | Fax # 312-944-1320 | 36.00 |
| | | |
| | **Facsimile Charges Total** | **36.00** |
| | | |
| | **Travel Expenses - Transportation** | |
| 06/05/2008 | VENDOR(EE): AKRIEGER: 06/02/08 - 06/02/08; DATE: 06-05-2008; Airfare exchange fare (missed flight because of length of court hearing) -  6/2/08 | 150.00 |
| 06/24/2008 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; KRIEGER/ARLENE LGA PIT LGA on 05/27/2008 | 319.00 |
| 06/24/2008 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; KRIEGER/ARLENE on 05/27/2008 | 32.25 |
| | | |
| | **Travel Expenses - Transportation Total** | **501.25** |
| | | |
| | **Westlaw** | |
| 06/05/2008 | Transactional Search by Krieger, Arlene G. | 195.98 |
| 06/09/2008 | Transactional Search by Krieger, Arlene G. | 4.90 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 06/12/2008 | Transactional Search by Krieger, Arlene G. | 252.82 |
| 06/13/2008 | Transactional Search by Krieger, Arlene G. | 15.68 |
| 06/17/2008 | Duration 1:10:36; by Strauss, Joseph E. | 746.46 |
| 06/18/2008 | Transactional Search by Krieger, Arlene G. | 277.51 |
| 06/18/2008 | Duration 2:19:56; by Strauss, Joseph E. | 1,711.36 |
| 06/18/2008 | Transactional Search by Strauss, Joseph E. | 172.46 |
| 06/19/2008 | Duration 3:13:39; by Strauss, Joseph E. | 2,198.48 |
| 06/19/2008 | Duration 0:25:32; by Strauss, Joseph E. | 452.55 |
| 06/20/2008 | Duration 0:24:08; by Strauss, Joseph E. | 344.69 |
| 06/21/2008 | Duration 0:36:24; by Strauss, Joseph E. | 371.82 |
| 06/23/2008 | Duration 1:55:53; by Strauss, Joseph E. | 963.46 |
| 06/24/2008 | Duration 0:15:18; by Strauss, Joseph E. | 147.98 |
| 06/25/2008 | Duration 0:03:35; by Strauss, Joseph E. | 51.54 |
| 06/26/2008 | Transactional Search by Krieger, Arlene G. | 15.68 |
| 06/26/2008 | Transactional Search by Krieger, Arlene G. | 94.07 |
| 06/26/2008 | Duration 2:11:13; by Strauss, Joseph E. | 1,568.11 |
| 06/27/2008 | Duration 0:17:11; by Gutierrez, James S. | 386.57 |
| 06/30/2008 | Duration 0:36:29; by Strauss, Joseph E. | 458.94 |
| 06/30/2008 | Duration 0:16:53; by Gutierrez, James S. | 219.46 |
| **Westlaw Total** | | **10,650.52** |
| **Word Processing - Logit** | | |
| 06/01/2008 | | 6.00 |
| **Word Processing - Logit Total** | | **6.00** |

# STROOCK

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 154.96 |
| Meals | 12.92 |
| Local Transportation | 230.59 |
| Long Distance Telephone | 18.18 |
| Duplicating Costs-in House | 2.50 |
| Court Reporting Services | 74.70 |
| Word Processing | 6.00 |
| Lexis/Nexis | 670.16 |
| Facsimile Charges | 36.00 |
| Travel Expenses - Transportation | 501.25 |
| Westlaw | 10650.52 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 12,357.78 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71649604v1