# Navigant Consulting, Inc. Invoice
# June 2008

NY 71649604v1



Navigant Consulting, Inc.
7 St. Paul Street, Suite 1210
Baltimore, MD 21202
(410) 528-4811 - Direct
(410) 528-4801 - Fax

July 16, 2008

Kenneth Pasquale
Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038

---

*For Services Rendered For*
*WR Grace Creditor's Committee*

---

**Professional Fees:**

   None billable at this time.

**Expenses:**

   Research                          $        96.84

**Total Expenses incurred prior to June 2008** .................................................................. **$96.84**

**Total Amount Due for Services and Expenses incurred prior to June 2008** ..................... **$96.84**

**Outstanding Invoices:**

   Inv No.   244347          May 13, 2008                    $38,800.00

**Total Outstanding Invoices** ......................................................................................... **$38,800.00**

**Total Amount Due For Services, Expenses incurred prior to June 2008
   and Outstanding Invoices** ................................................................................... **$38,896.84**

Navigant Consulting, Inc. Project No.: 113758                           Invoice No.: 249697

# Expense Detail

| | |
|---|---|
| Invoice No.: | 249697 |
| Invoice Date: | 07/16/2008 |
| Rev. Inv. Amt: | $96.84 |

Project: **WR GRACE CREDITOR'S COMMITTEE**
Project No.: 113758
Client: Stroock & Stroock & Lavan

## EXPENSE SUMMARY

| Code | Description | Amount |
|---|---|---|
| RESRCH | Research | 96.84 |
| | Disbursements Total: | 96.84 |

## EXPENSE DETAIL

| Vendor Name | Code | Date | Item Amount | Narrative |
|---|---|---|---|---|
| LEXIS-NEXIS | RESRCH | 1/31/2008 | 96.84 Research | RESEARCH - Vendor: LEXIS-NEXIS |
| SUBTOTAL TASK: 10 | | | 96.84 | |