
Bilzin Sumberg
ATTORNEYS AT LAW

July 23, 2008

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   142263

FOR PROFESSIONAL SERVICES RENDERED
       THROUGH June 30, 2008

## CLIENT SUMMARY

**BALANCE AS OF- 06/30/08**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $570.00 | $21,318.46 | $21,888.46 |
| 02 - Debtors' Business Operations - .15538 | $318.50 | $0.00 | $318.50 |
| 03 - Creditors Committee - .15539 | $3,251.50 | $0.00 | $3,251.50 |
| 07 - Applicant's Fee Application - .15543 | $3,483.00 | $0.00 | $3,483.00 |
| 08 - Hearings - .15544 | $14,403.00 | $0.00 | $14,403.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $1,344.00 | $0.00 | $1,344.00 |
| 10 - Travel - .15546 | $5,453.25 | $0.00 | $5,453.25 |
| 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos) - .15548 | $569.00 | $0.00 | $569.00 |
| 18 - Plan & Disclosure Statement - .15554 | $2,146.00 | $0.00 | $2,146.00 |
| 30 - Fee Application of Others - .17781 | $603.50 | $0.00 | $603.50 |
| 38 - ZAI Science Trial - .17905 | $22,691.50 | $0.00 | $22,691.50 |
| *Client Total* | *$54,833.25* | *$21,318.46* | *$76,151.71* |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

200 S. Biscayne Boulevard, Suite 2500, Miami, FL 33131-5340  Tel 305.374.7580  Fax 305.374.7593                www.bilzin.com

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 44.00 | $591.39 | $26,021.25 |
| Flores, Luisa M | 3.00 | $205.00 | $615.00 |
| Sakalo, Jay M | 49.60 | $419.22 | $20,793.50 |
| Snyder, Jeffrey I | 3.30 | $275.00 | $907.50 |
| Kramer, Matthew I | 10.90 | $380.00 | $4,142.00 |
| Lazarus, Shanon | 4.30 | $190.00 | $817.00 |
| Medina, Eric S | 0.80 | $295.00 | $236.00 |
| Rojas,Susana | 1.30 | $190.00 | $247.00 |
| Botros, Paul M | 3.40 | $310.00 | $1,054.00 |

**TOTAL PROFESSIONAL FEES THIS PERIOD**      **$54,833.25**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $3,444.00 |
| Fares, Mileage, Parking | $144.00 |
| Telecopies | $1.00 |
| Long Distance Telephone | $67.83 |
| Long Distance Telephone-Outside Services | $222.81 |
| Lodging | $1,309.84 |
| Meals | $248.12 |
| Miscellaneous Costs | $15,287.00 |
| Parking | $30.00 |
| Westlaw-Online Legal Research | $505.46 |
| Copies | $58.40 |

**TOTAL COSTS ADVANCED THIS PERIOD**      **$21,318.46**

**TOTAL BALANCE DUE THIS PERIOD**      **$76,151.71**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

RE:  01- Case Administration
_____

06/24/08    MIK    1.50    570.00    Review docket (1.5).

**PROFESSIONAL SERVICES**                                                          **$570.00**

**COSTS ADVANCED**

| | | |
|---|---|---|
| 05/07/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01504293; DATE: 5/31/2008  - Account# 306300 | 39.10 |
| 05/15/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01504293; DATE: 5/31/2008  - Account# 306300 | 46.97 |
| 05/19/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01504293; DATE: 5/31/2008  - Account# 306300 | 29.66 |
| 05/19/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01504293; DATE: 5/31/2008  - Account# 306300 | 29.66 |
| 05/21/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 816063074; DATE: 6/1/2008  -  Account# 5306220025395504 | 3.16 |
| 05/22/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 816063074; DATE: 6/1/2008  -  Account# 5306220025395504 | 225.25 |
| 05/23/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01504293; DATE: 5/31/2008  - Account# 306300 | 23.86 |
| 05/23/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 816063074; DATE: 6/1/2008  -  Account# 5306220025395504 | 6.75 |
| 05/23/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 816063074; DATE: 6/1/2008  -  Account# 5306220025395504 | 178.44 |
| 05/26/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 816063074; DATE: 6/1/2008  -  Account# 5306220025395504 | 16.01 |
| 05/27/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 816063074; DATE: 6/1/2008  -  Account# 5306220025395504 | 51.98 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 05/27/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 816063074; DATE: 6/1/2008  -  Account# 5306220025395504 | 12.66 |
| 05/28/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 816063074; DATE: 6/1/2008  -  Account# 5306220025395504 | 11.21 |
| 05/29/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01504293; DATE: 5/31/2008  - Account# 306300 | 15.32 |
| 05/29/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01504293; DATE: 5/31/2008  - Account# 306300 | 28.21 |
| 05/29/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01504293; DATE: 5/31/2008  - Account# 306300 | 3.88 |
| 05/31/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01504293; DATE: 5/31/2008  - Account# 306300 | 6.15 |
| 06/01/08 | Fares, Mileage, Parking Cab fare travel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-06/02/08; DATE: 6/2/2008  -  Client - 15537 | 45.00 |
| 06/01/08 | Meals Travel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-06/02/08; DATE: 6/2/2008  -  Client - 15537 | 12.29 |
| 06/01/08 | Airfare Travel to/from Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-06/03/08; DATE: 6/3/2008  -  Client - 15537 | 1,027.50 |
| 06/01/08 | Lodging Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-06/03/08; DATE: 6/3/2008  -  Client - 15537 | 284.98 |
| 06/01/08 | Meals Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-06/03/08; DATE: 6/3/2008  -  Client - 15537 | 32.00 |
| 06/01/08 | Meals Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-06/03/08; DATE: 6/3/2008  -  Client - 15537 | 9.64 |
| 06/01/08 | Fares, Mileage, Parking Cab fare to Airport - Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-06/03/08; DATE: 6/3/2008  -  Client - 15537 | 57.00 |
| 06/01/08 | Airfare Agency fee - travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-06/03/08; DATE: 6/3/2008  -  Client - 15537 | 35.00 |
| 06/01/08 | Parking Airport parking - travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-06/03/08; DATE: 6/3/2008  -  Client - 15537 | 30.00 |
| 06/02/08 | Airfare Miami to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-06/02/08; DATE: 6/2/2008  -  Client - 15537 | 789.50 |

| 06/02/08 | Airfare Agency fee - Miami to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-06/02/08; DATE: 6/2/2008  -  Client - 15537 | 35.00 |
| 06/02/08 | Airfare Pittsburgh to Miami - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-06/02/08; DATE: 6/2/2008  -  Client - 15537 | 743.50 |
| 06/02/08 | Airfare Agency fee - Pittsburgh to Miami - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-06/02/08; DATE: 6/2/2008  -  Client - 15537 | 35.00 |
| 06/02/08 | Lodging Hotel 06/01/08 - 06/02/08 Travel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-06/02/08; DATE: 6/2/2008  -  Client - 15537 | 654.36 |
| 06/02/08 | Meals Travel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-06/02/08; DATE: 6/2/2008  -  Client - 15537 | 138.40 |
| 06/02/08 | Meals Travel to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-06/02/08; DATE: 6/2/2008  -  Client - 15537 | 9.20 |
| 06/02/08 | Lodging Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-06/03/08; DATE: 6/3/2008  -  Client - 15537 | 370.50 |
| 06/03/08 | Long Distance Telephone 1(302)252-2900; 8 Mins. | 10.71 |
| 06/03/08 | Long Distance Telephone 1(412)644-3541; 2 Mins. | 2.38 |
| 06/03/08 | Fares, Mileage, Parking Cab fare from Airport - Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-06/03/08; DATE: 6/3/2008  -  Client - 15537 | 42.00 |
| 06/03/08 | Airfare REturn travel on US Airways from Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-06/03/08; DATE: 6/3/2008  -  Client - 15537 | 743.50 |
| 06/03/08 | Airfare Agency fee - travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-06/03/08; DATE: 6/3/2008  -  Client - 15537 | 35.00 |
| 06/05/08 | Long Distance Telephone 1(803)943-4444; 4 Mins. | 4.76 |
| 06/06/08 | Long Distance Telephone 1(864)895-0459; 10 Mins. | 11.90 |
| 06/06/08 | Telecopies   1.00 pgs @ $1.00/pg | 1.00 |
| 06/10/08 | Long Distance Telephone 1(214)698-3868; 1 Mins. | 2.38 |
| 06/10/08 | Long Distance Telephone 1(202)466-4422; 2 Mins. | 3.57 |
| 06/11/08 | Long Distance Telephone 1(843)987-0794; 11 Mins. | 14.28 |
| 06/16/08 | Long Distance Telephone 1(214)698-3868; 1 Mins. | 1.19 |
| 06/16/08 | Long Distance Telephone 1(972)369-0646; 1 Mins. | 1.19 |
| 06/16/08 | Long Distance Telephone 1(803)943-4444; 4 Mins. | 5.95 |
| 06/17/08 | Long Distance Telephone 1(302)656-7540; 4 Mins. | 4.76 |
| 06/17/08 | Long Distance Telephone 1(312)861-2000; 1 Mins. | 2.38 |
| 06/17/08 | Long Distance Telephone 1(312)861-2162; 1 Mins. | 1.19 |
| 06/17/08 | Long Distance Telephone 1(312)861-2162; 1 Mins. | 1.19 |
| 06/23/08 | Meals VENDOR: GRUNBERG'S DELI RESTAURANT; INVOICE#: 06/09/08-06/27/08; DATE: 6/27/2008  -  Dates Charged: 06/09/08  -  06/27/08 | 46.59 |



| 06/30/08 | Miscellaneous Costs    Professional/Expert fees related to PD | 5,965.00 |
| | Estimation for June 2008  $ 5,965.00 | |
| 06/30/08 | Miscellaneous Costs    Professional/Expert fees related to PD | 9,322.00 |
| | Estimation for June 2008  $ 9,322.00 | |
| 06/10/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 06/30/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/30/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/30/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 06/30/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/30/08 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 06/30/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/10/08 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 06/10/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/10/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/10/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/10/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/10/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/10/08 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 06/10/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/10/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/10/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/10/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/10/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/11/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/11/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/12/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/12/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 06/12/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 06/12/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 06/13/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/13/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/13/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/13/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/13/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/13/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/13/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/13/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/13/08 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 06/16/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 06/16/08 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 06/17/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 06/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 06/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/17/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 06/17/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/18/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 06/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/19/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/19/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 06/19/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 06/19/08 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 06/19/08 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 06/20/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 06/20/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 06/20/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 06/20/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 06/20/08 | Copies 58 pgs @ 0.10/pg | 5.80 |
| 06/20/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 06/20/08 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 06/20/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 06/20/08 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 06/20/08 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 06/20/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 06/20/08 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 06/20/08 | Copies 74 pgs @ 0.10/pg | 7.40 |
| 06/20/08 | Copies 2 pgs @ 0.10/pg | 0.20 |

| | | |
|---|---|---|
| 06/20/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 06/20/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 06/23/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 06/23/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 06/23/08 | Copies 8 pgs @ 0.10/pg | 0.80 |

**TOTAL COSTS ADVANCED**                                                                    **$21,318.46**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 1.50 | $380.00 | $570.00 |
| *TOTAL* | *1.50* | | *$570.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $3,444.00 |
| Fares, Mileage, Parking | $144.00 |
| Telecopies | $1.00 |
| Long Distance Telephone | $67.83 |
| Long Distance Telephone-Outside Services | $222.81 |
| Lodging | $1,309.84 |
| Meals | $248.12 |
| Miscellaneous Costs | $15,287.00 |
| Parking | $30.00 |
| Westlaw-Online Legal Research | $505.46 |
| Copies | $58.40 |
| *TOTAL* | *$21,318.46* |

**CURRENT BALANCE DUE THIS MATTER**                                              **$21,888.46**

**Atty – SLB**
**Client No.: 74817/15538**

**RE:  02 - Debtors' Business Operations**

06/30/08     JMS     0.70          318.50     Review draft of LTIP motion for 2008-2010.

**PROFESSIONAL SERVICES**                                                               **$318.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Sakalo, Jay M | 0.70 | $455.00 | $318.50 |
| *TOTAL* | *0.70* | | *$318.50* |

**CURRENT BALANCE DUE THIS MATTER**                                          **$318.50**

**Atty – SLB**
**Client No.: 74817/15539**

**RE:  03 - Creditors Committee**

| 06/05/08 | SLB | 0.50 | 337.50 | Telephone call to D. Speights and email to D. Scott regarding committee meeting (.5). |
| 06/05/08 | JMS | 0.50 | 227.50 | Conference with S. Baena regarding need for Committee call (.2); e-mail to Committee thereon (.3). |
| 06/10/08 | JMS | 0.20 | 91.00 | E-mail to Committee regarding 6/2 hearing transcript. |
| 06/11/08 | SLB | 0.10 | 67.50 | Email to D. Scott regarding 6/12 meeting (.1). |
| 06/11/08 | JMS | 0.20 | 91.00 | Telephone conference with S. Baena regarding Committee call. |
| 06/16/08 | SLB | 0.20 | 135.00 | Email from and to M. Dies regarding committee meeting (.2). |
| 06/16/08 | JMS | 0.30 | 136.50 | Review agenda and e-mail to Committee thereon. |
| 06/19/08 | SLB | 1.60 | 1,080.00 | Memo to committee regarding 6/19 meeting issues (.3); prepare for and conduct committee meeting (1.3). |
| 06/19/08 | JMS | 1.30 | 591.50 | Prepare for and attend Committee call. |
| 06/19/08 | MIK | 1.30 | 494.00 | Attend committee call (1.3). |

**PROFESSIONAL SERVICES**                                                                            **$3,251.50**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 2.40 | $675.00 | $1,620.00 |
| Sakalo, Jay M | 2.50 | $455.00 | $1,137.50 |
| Kramer, Matthew I | 1.30 | $380.00 | $494.00 |
| *TOTAL* | *6.20* | | *$3,251.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                           **$3,251.50**

**Atty – SLB**
**Client No.: 74817/15543**

## RE:  07 - Applicant's Fee Application

| 06/02/08 | LMF | 0.90 | 184.50 | Research background and statements to address additional question from fee auditor regarding Bilzin's 26th interim quarterly application. |
|---|---|---|---|---|
| 06/03/08 | JIS | 1.30 | 357.50 | Initial review of May prebill (0.3); review and revise May prebill and email to J. Sakalo thereon (1.0). |
| 06/04/08 | JIS | 0.20 | 55.00 | Attention to email from J. Sakalo regarding May prebill and make adjustments to same. |
| 06/10/08 | JMS | 0.30 | 136.50 | E-mail exchange with W. Smith regarding Fee Auditor's report. |
| 06/16/08 | JMS | 0.60 | 273.00 | Telephone conference with B. Ruhlander regarding fee auditor report (.3); telephone conference with W. Smith regarding same (.3). |
| 06/17/08 | SLB | 0.40 | 270.00 | Interoffice conference with J. Sakalo regarding response to fee auditor's objection to Bilzin Sumberg's fees (.4). |
| 06/17/08 | JMS | 1.30 | 591.50 | Work on response to Fee Auditor's final report. |
| 06/18/08 | JMS | 1.60 | 728.00 | Finalize response to Fee Auditor's final report. |
| 06/20/08 | JMS | 0.30 | 136.50 | E-mail exchange with J. O'Neill regarding fee auditor issues. |
| 06/23/08 | JIS | 0.30 | 82.50 | Partial participation in omnibus hearing pertaining to fee app issues by telephone. |
| 06/24/08 | JMS | 0.30 | 136.50 | E-mail exchange with W. Smith regarding fee adjustments. |
| 06/27/08 | SL | 0.60 | 114.00 | Attention to Notice and Summary for Bilzin Sumberg's May 2008 fees. |
| 06/30/08 | JMS | 0.50 | 227.50 | Conference with L. Flores regarding revisions to order based on court's ruling (.3); e-mails with W. Smith thereon (.2). |
| 06/30/08 | SL | 1.00 | 190.00 | Review fee auditors report and analyze Bilzin's expense reductions (.8); emails to J. Sakalo thereon (.2). |

PROFESSIONAL SERVICES                                                        **$3,483.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.40 | $675.00 | $270.00 |
| Sakalo, Jay M | 4.90 | $455.00 | $2,229.50 |
| Snyder, Jeffrey I | 1.80 | $275.00 | $495.00 |
| Flores, Luisa M | 0.90 | $205.00 | $184.50 |
| Lazarus, Shanon | 1.60 | $190.00 | $304.00 |
| *TOTAL* | *9.60* | | *$3,483.00* |

CURRENT BALANCE DUE THIS MATTER                                              **$3,483.00**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE: **08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 06/02/08 | SLB | 5.50 | 3,712.50 | Court appearance regarding various matters (5.5). |
| 06/02/08 | JMS | 9.70 | 4,413.50 | Prepare for and attend hearing on Bar Date (9.5); telephone conference with J. George regarding statements made regarding Macerich (.2). |
| 06/02/08 | MIK | 5.20 | 1,976.00 | Attend hearing telephonically (5.2). |
| 06/17/08 | LMF | 0.30 | 61.50 | Review all court call confirmations. |
| 06/17/08 | SR | 0.10 | 19.00 | Arrange telephonic appearance for June 23, 2008 hearing. |
| 06/18/08 | LMF | 0.30 | 61.50 | Attend to court call confirmations and appearances for omnibus hearing. |
| 06/18/08 | SR | 0.60 | 114.00 | Attend to forwarding telephonic appearance confirmations to all counsel appearing at hearing on 6/23/08. |
| 06/18/08 | SR | 0.40 | 76.00 | Attend to arranging telephonic appearances for other attorneys. |
| 06/19/08 | JMS | 0.20 | 91.00 | Conference with S. Rojas regarding hearing notebook. |
| 06/19/08 | SR | 0.20 | 38.00 | Attend to analyzing documents for hearing notebook. |
| 06/20/08 | JMS | 0.80 | 364.00 | E-mail exchange with T. Tacconelli regarding 6/23 hearing (.2); conference with S. Lazarus regarding hearing notebook and review same (.6). |
| 06/20/08 | SL | 0.60 | 114.00 | Analyze and review various pleading for J. Sakalo. |
| 06/23/08 | SLB | 1.90 | 1,282.50 | Telephonic attendance at omnibus hearing (1.9). |
| 06/23/08 | JMS | 2.40 | 1,092.00 | Prepare for and attend hearing. |
| 06/23/08 | MIK | 2.00 | 760.00 | Attend hearing telephonically (2.0). |
| 06/24/08 | JMS | 0.30 | 136.50 | Telephone conference with D. Speights regarding recap from hearing. |
| 06/26/08 | JMS | 0.20 | 91.00 | E-mail to D. Speights and D. Scott regarding Committee call. |

PROFESSIONAL SERVICES                                                                  $14,403.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 7.40 | $675.00 | $4,995.00 |
| Sakalo, Jay M | 13.60 | $455.00 | $6,188.00 |
| Kramer, Matthew I | 7.20 | $380.00 | $2,736.00 |
| Flores, Luisa M | 0.60 | $205.00 | $123.00 |
| Lazarus, Shanon | 0.60 | $190.00 | $114.00 |
| Rojas,Susana | 1.30 | $190.00 | $247.00 |
| *TOTAL* | *30.70* | | *$14,403.00* |

CURRENT BALANCE DUE THIS MATTER                                                       $14,403.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

**RE:  09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| 06/01/08 | MIK | 0.50 | 190.00 | Review Anderson opinion (.5). |
|---|---|---|---|---|
| 06/03/08 | JMS | 0.30 | 136.50 | E-mails with C. Kang regarding DGS claims. |
| 06/17/08 | SL | 0.60 | 114.00 | Review voice mail from J. Sakalo (.1); review docket and pleadings filed by ZAI Canadian Claimants and email to J. Sakalo thereon (.5). |
| 06/20/08 | JMS | 1.50 | 682.50 | Review Anderson motion to appeal denial of class certification and Debtors' response. |
| 06/23/08 | SL | 0.30 | 57.00 | Attention to inquiry re: PD Claim (.2); email to J. Sakalo thereon (.1). |
| 06/25/08 | JMS | 0.30 | 136.50 | E-mail exchange with J. George regarding mediation. |
| 06/30/08 | JIS | 0.10 | 27.50 | Telephone conference with M. Kramer regarding EPA settlement. |

PROFESSIONAL SERVICES                                                                                      $1,344.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 2.10 | $455.00 | $955.50 |
| Kramer, Matthew I | 0.50 | $380.00 | $190.00 |
| Snyder, Jeffrey I | 0.10 | $275.00 | $27.50 |
| Lazarus, Shanon | 0.90 | $190.00 | $171.00 |
| *TOTAL* | *3.60* | | *$1,344.00* |

CURRENT BALANCE DUE THIS MATTER                                                            $1,344.00

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15546**

RE: **10 - Travel**

| | | | | |
|---|---|---|---|---|
| 06/01/08 | SLB | 4.40 | 1,485.00 | Travel to Pittsburgh (4.4). |
| 06/01/08 | JMS | 2.80 | 637.00 | Travel to Pittsburgh for hearing. |
| 06/03/08 | SLB | 6.50 | 2,193.75 | Return to Miami (6.5). |
| 06/03/08 | JMS | 5.00 | 1,137.50 | Return travel to Miami. |

**PROFESSIONAL SERVICES**                                                                 $5,453.25

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 10.90 | $337.50 | $3,678.75 |
| Sakalo, Jay M | 7.80 | $227.50 | $1,774.50 |
| *TOTAL* | *18.70* | | *$5,453.25* |

**CURRENT BALANCE DUE THIS MATTER**                                                       $5,453.25

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15548**

**RE: 12 - Claims Analysis, Objection, Resolution & Estimation (non-asbestos)**

| 06/16/08 | JMS | 0.70 | 318.50 | Review Debtors' objection to Lender's claim. |
| 06/27/08 | JMS | 0.30 | 136.50 | Conference with S. Lazarus regarding debtors' objection and e-mail to E. Westbrook thereon. |
| 06/27/08 | SL | 0.60 | 114.00 | Review docket and analyze Objection for J. Sakalo (.5); email thereon (.1). |

**PROFESSIONAL SERVICES** **$569.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 1.00 | $455.00 | $455.00 |
| Lazarus, Shanon | 0.60 | $190.00 | $114.00 |
| *TOTAL* | *1.60* | | *$569.00* |

**CURRENT BALANCE DUE THIS MATTER** **$569.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| 06/09/08 | JMS | 0.60 | 273.00 | Telephone conference with G. Boyer regarding Sealed Air analysis and review issues thereon. |
|---|---|---|---|---|
| 06/13/08 | JMS | 0.50 | 227.50 | Review analysis on Sealed Air. |
| 06/26/08 | JMS | 0.80 | 364.00 | Research regarding exit finance. |
| 06/27/08 | JMS | 0.20 | 91.00 | E-mail exchange with D. Speights regarding timing for filing plan and disclosure statement. |
| 06/30/08 | JMS | 0.30 | 136.50 | E-mail exchange with J. Baer regarding objection to Bank's claim. |
| 06/30/08 | PMB | 3.40 | 1,054.00 | Discuss task list and strategy regarding recent settlement proposal of debtors and  Analysis of pleadings and research regarding position of debtors on payment of default interest. |

**PROFESSIONAL SERVICES** **$2,146.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 2.40 | $455.00 | $1,092.00 |
| Botros, Paul M | 3.40 | $310.00 | $1,054.00 |
| *TOTAL* | *5.80* | | *$2,146.00* |

**CURRENT BALANCE DUE THIS MATTER** **$2,146.00**

**Atty – SLB**
**Client No.: 74817/17781**

**RE: 30 - Fee Application of Others**

| | | | | |
|---|---|---|---|---|
| 06/10/08 | LMF | 0.60 | 123.00 | Attend to disbursements from trust to LECG for professional services. |
| 06/11/08 | LMF | 0.60 | 123.00 | Attend to additional disbursements to LECG. |
| 06/20/08 | JMS | 0.40 | 182.00 | Review fee auditor response to Caplin & Drysdale. |
| 06/25/08 | LMF | 0.30 | 61.50 | Attend to review of invoice from professional. |
| 06/27/08 | SL | 0.60 | 114.00 | Attention to Notice and Summary for HR&A's May 2008 fees. |

**PROFESSIONAL SERVICES** $603.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $455.00 | $182.00 |
| Flores, Luisa M | 1.50 | $205.00 | $307.50 |
| Lazarus, Shanon | 0.60 | $190.00 | $114.00 |
| *TOTAL* | *2.50* | | *$603.50* |

**CURRENT BALANCE DUE THIS MATTER** $603.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/17905**

RE: 38 - ZAI Science Trial

| Date | Atty | Hrs | Amount | Description |
|---|---|---|---|---|
| 06/01/08 | SLB | 6.80 | 4,590.00 | [May 31, 2008] ZAI preparation for hearing (6.8). |
| 06/01/08 | SLB | 3.10 | 2,092.50 | Continued preparation for hearing (3.1). |
| 06/01/08 | JMS | 5.80 | 2,639.00 | Further preparation for hearing, including research regarding future claims, bar date and notice. |
| 06/01/08 | MIK | 0.40 | 152.00 | Review ZAI papers (.4). |
| 06/02/08 | SLB | 4.90 | 3,307.50 | Prepare for hearing and confer with D. Scott regarding same (4.9). |
| 06/02/08 | JMS | 1.70 | 773.50 | Conferences with S. Baena, D. Scott regarding post-hearing issues/follow up. |
| 06/02/08 | JIS | 1.40 | 385.00 | Legal research regarding applicability of 28 U.S.C. s 158(d)(2) to pre-BAPCPA bankruptcy cases (1.0); emails to and from J. Sakalo thereon (0.2); further research regarding appointment of ZAI futures representative, appealability of order denying same (0.2). |
| 06/02/08 | EM | 0.80 | 236.00 | Email request from J. Sakalo regarding 158(d)(2) issue (.1); conduct research on Westlaw and review decisions and forward to J. Sakalo (.5); follow up emails from J. Snyder and J. Sakalo (.2). |
| 06/04/08 | JMS | 0.50 | 227.50 | Telephone conference with C. Plaza regarding recap of ZAI hearing. |
| 06/05/08 | SLB | 0.20 | 135.00 | Telephone call from D. Speights and interoffice conference with J. Sakalo regarding bar date order (.2). |
| 06/05/08 | JMS | 1.30 | 591.50 | Research regarding appeal of bar date. |
| 06/06/08 | JMS | 0.30 | 136.50 | E-mail exchange with K. Bergland regarding ZAI class hearing. |
| 06/09/08 | SLB | 0.30 | 202.50 | Circulate proposed order and email from R. Levy regarding same (.3). |
| 06/09/08 | JMS | 0.50 | 227.50 | Review proposed COC's and draft orders. |
| 06/10/08 | SLB | 1.40 | 945.00 | Review ZAI notice of bar date materials furnished by D. Boll and email from and to D. Speights regarding same (1.1); interoffice conference with J. Sakalo regarding collective comments to materials (.3). |
| 06/10/08 | JMS | 1.60 | 728.00 | Review revised drafts of ZAI bar date notices and discuss with S. Baena. |
| 06/11/08 | SLB | 0.90 | 607.50 | Telephone conference with D. Speights regarding comments to proposed orders, etc. and email to counsel for Grace regarding same (.9). |
| 06/12/08 | SLB | 2.90 | 1,957.50 | Revised proposed ZAI bar date orders and email exchange with D. Boll, D. Speights, D. Scott regarding same (2.9). |
| 06/12/08 | JMS | 0.70 | 318.50 | Review revised bar date papers. |
| 06/13/08 | SLB | 1.50 | 1,012.50 | Attention to emails and proposed revisions from D. Boll (.3); email from and to D. Speights regarding revisions to order (.2); more emails and proposed revisions from D. Boll (.3); final review of last revisions to notice documents and emails to D. Boll and committee members regarding same (.7). |
| 06/13/08 | JMS | 0.70 | 318.50 | E-mails regarding Bar date notices. |
| 06/17/08 | JMS | 1.10 | 500.50 | Review Canadian ZAI claimants' motion to establish protocol (.5); telephone conference with D. Hogan regarding status conference regarding ZAI on 6/23 agenda (.2); telephone conference with J. Baer regarding same (.2); follow up with S. Baena (.2). |
| 06/19/08 | SLB | 0.40 | 270.00 | Attention to motion by Canadian ZAI claimants for cross border protocol (.4). |
| 06/25/08 | SLB | 0.50 | 337.50 | Email from and to G. Harrison regarding services rendered, bills, etc., email exchange with D. Speights and J. Sakalo (.5). |

**PROFESSIONAL SERVICES** **$22,691.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 22.90 | $675.00 | $15,457.50 |
| Sakalo, Jay M | 14.20 | $455.00 | $6,461.00 |
| Kramer, Matthew I | 0.40 | $380.00 | $152.00 |
| Snyder, Jeffrey I | 1.40 | $275.00 | $385.00 |
| Medina, Eric S | 0.80 | $295.00 | $236.00 |
| *TOTAL* | *39.70* | | *$22,691.50* |

CURRENT BALANCE DUE THIS MATTER $22,691.50