## CERTIFICATE OF SERVICE

I, CELESTE A. HARTMAN, Senior Paralegal, do hereby certify that I am over the age of 18, and that on August __5__, 2008, I caused the *Seventeenth Quarterly Interim Application of Phillips, Goldman & Spence, P.A. as Local Counsel to David T. Austern, Future Claimants' Representative for Compensation and Reimbursement of Expenses for the Period of April 1, 2008 through April 30, 2008*, be served upon those persons as shown on the attached Service List in the manner set forth thereto and the *Notice* and *Cover Sheet* to the persons on the attached 2002 Service List via U.S. First Class Mail.

Under penalty of perjury, I certify the foregoing to be true and correct.

CELESTE A. HARTMAN

*Hand Delivery and E-mail: ljones@pszyj.com*
(Local Counsel to the Debtors)
Laura Davis Jones, Esquire
Pachulski, Stang, Ziehl, Young &Jones, P.C.
919 North Market Street, Suite 1600
Wilmington, DE 19801

*Via First Class U.S. Mail*
Vito I. DiMaio
Parcels, Inc.
P.O. Box 27
230 Market Street
Wilmington, DE 19801

(Counsel to the U.S. Trustee)
Office of the U.S. Trustee
Frank J. Perch, Esquire
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519
*Via Hand Delivery*

**E-mail: james _kapp@ chicago.kirkland.com**
(Counsel to the Debtors)
James Kapp, III, Esquire
Kirkland & Ellis, LLP

*Via Federal Express and E-mail: feeaudit@whsmithlaw.com*
(Fee Auditor)
Warren H. Smith, Warren H. smith and Associates
Republic Enter
325 North St. Paul, Suite 4080
Dallas, TX 75201

*Via Federal Express and E-mail: william.sparks@grace.com*
(Debtor)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: nglassman@bayardfirm.com*
(local Counsel to DIP Lender)
Neil Glassman, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire,
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Local Counsel to Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Local Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane Morris, LLP

*E-mail: currier@klettrooney.com*
(Local Counsel to Official Committee of Equity Holders)
Teresa K.D. Currier, Esquire
Klett, Rooney, Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Counsel to Official Committee to Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale

*E-mail: rserrette@stroock.com*
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Strook & Strook & Lavan LLP

*E-mail: jsakalo@bilzin.com*
(Counsel to Official Committee of Asbestos Property Damage Claimants)
Scott L. Baena, Esquire
Blizin, Sumber, Dunn, Baena, Rocie & Axelrod

*E-mail: david.heller@lw.com* and *carol.hennessey@lw.com*
(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
**(Counsel to Official Committee of Equity Holders)**
Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel, LLP

Laura Davis Jones, Esquire
David Carickhoff, Esquire.
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, Young & Jones
10100 Santa Monica Boulevard, Suite 1100
Los Angeles, CA 90067-4100


Parcels, Inc.
Vito I. DiMaio
230 Market Street
Wilmington, DE 19801

Ronald D. Gorsline
Chambliss, Bahner & Stophel, P.C.
1000 Tallan Building
Two Union Square
Chattanooga, TN 37402-2552


(Local Counsel to DIP Lender)
Neil Glassman, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

(Local Counsel to Asbestos Claimants)
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, DE 19801


William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899


Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

(Counsel for Ingersoll-Rand Fluid Products)
Francis A. Monaco, Jr., Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
P.O. Box 2031
Wilmington, DE 19801

Frederick B. Rosner, Esquire
Jaspan Schlesinger Hoffman, LLP
300 Garden City Plaza
Garden City, New York 11530

(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

Mary M. MaloneyHuss, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE 19801

Selinda A. Melnik, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899

(Counsel to Debtor)
James H.M. Sprayregen, Esquire
James Kapp, III, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

Frank Perch, Esquire
Office of U.S. Trustee
844 King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801-3519

(Canadian counsel for Debtor)
Derrick Tay, Esquire
Ogilvy Renault LLP
Suite 3800 Royal Bank Plaza
South Tower, 200 Bay Street,
P.O. Box 84
Toronto, Ontario M5J 2Z4 CANADA

(W. R. Grace & Co.)
David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

(Official Committee of Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

(Official Committee of Property Damage Claimants)
Scott L. Baena, Esquire
Member
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

(Counsel to DIP Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

(Counsel to Asbestos Claimants)
Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

Todd Meyer, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Atlanta, GA  30309

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC  20020

District Director
IRS
409 Silverside Road
Wilmington, DE  19809

Securities & Exchange Commission
Atlanta Regional Office Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA  30326-1232

Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT  59901

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1 Houston Center
1221 McKinney, Suite 2100
Houston, Texas 77010

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY  10004

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
875  3rd Avenue
New York, NY  10022-6225

James A. Sylvester, Esquire
Intercat, Inc.
2399 Highway
Manasquan, NJ  08736

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA  94304-1125

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL  60606-5096

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C.  20005-4026

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY  10154

Lazard Freres & Co. LLC
30 Rockefeller Plaza, 60th
New York, NY  10112

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA  70130-6103

Joseph F. Rice
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

Nancy Worth Davis
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC  29465

(Counsel for Asbestos Claimants)
Michael J. Hanners, Esquire
Silber Pearlman, LLP
3102 Oak Lawn Ave., Ste. 400
Dallas, TX  75219-6403

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA  19103

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX  75219

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA  22209

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

Alan Kolod, Esquire
Moses & Singer LLP
405 Lexington Avenue
New York, NY  10174

John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, Georgia  30309

Kevin D. McDonald
Wilshire Scott & Dyer, P.C.
One Houston Center
1221 McKinney, Suite 3000
Houston, Texas  77010

Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Kherker Hart & Boundas, LLP
8441 Gulf Freeway, Suite #600
Houston, Texas  77017

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
925 Fourth Avenue, Suite 2900
Seattle, WA 98104

Lewis T. LeClair, Esquire
McKool Smith
300 Crescent Court, Suite 1500
Dallas, Texas  75201

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, Massachusetts  02110-2624

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA 19030

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD  21214

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
1534 East 6th Street, Suite 104
Brownsville, TX  78520-7239

Katherine White
Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, New Jersey  07407

Margery N. Reed, Esquire
Duane, Morris & Heckscher LLP
4200 One Liberty Place
Philadelphia, PA  19103-7396

Attn: Meridee Moore and Kirsten Lynch
Farallon Capital Management, L.L.C.
One Maritime Plaza
Suite 1325
San Francisco, California  94111

John M. Klamann, Esq.
Dirk L. Hubbard, Esq.
Klamann & Hubbard, P.A.
929 Walnut Street, Suite 800
Kansas City, Missouri 64106

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury &
Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX  77630

Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan Griffinger & Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

Harry Lee, Esquire
George R. Calhoun, Esquire
March D. Coleman, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036


(Counsel for Public Service Electric and Gas Company)
William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

(Tennessee Department of Environment and
Conservation – Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207


(Counsel for Berry & Berry)
C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA  94903

Anton Volovsek
Rt2 – Box 200 #42
Kamiah, Idah  83536-9229


Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue
New York, New York 10017

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, Floria  32399-3000


Credit Lyonnais
1301 Avenue of the Americas
New York, New York  10019-0602

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

(Counsel for David Slaughter)
Robert Jacobs, Esquire
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE  19899

(Counsel for SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108


Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, Maryland  21043

Danice Sims
P.O. Box 66658
Baton Rouge, Louisiana  70896


M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, New York  10007

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, Arizona  85007-1278


Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, Tennessee  38103

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C.  20004-1109


Judy D. Thompson, Esquire
S. Andrew Jurs, Esquire
Poyner & Spruill, L.L.P.
One Wachovia Center
301 South College Street Suite 2300
Charlotte, North Carolina 28202

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737-1385

Maggie De La Rosa
Provost * Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, Texas  77701

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ  08034

Richard M. Meth, Esquire
Herrick, Feinstein LLP
2 Penn Plaza, 11th Floor
Newark, New Jersey  07105

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA   94612-1413

Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, New York  10022

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, Missouri  63366

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA  92101

Shelley Bethea Gillette & Clark
3850 E. Baseline Road, Suite 125
Mesa, Arizona  85206

David Aelvoet, Esquire
Linebargerheard Goggan Blair
Graham Pena & Sampson LLP
1949 South I.H. 35
Austin, Texas 78741

Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY  11788-0099

David Balsley, Jr.
535 Smithfield Street, Suite 619
Pittsburg, PA  15222-2302

Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE  19730
(Attorney for Toyota Motor Credit)

James S. Carr, Esquire
Christena A. Lambrianakos, Esquire
101 Park Avenue
New York, NY  10178
(Counsel for Delco Development Company)

Michael T. Kay, Esquire
Nancy Draves, Esquire
The Dow Chemical Company
2030 Dow Center
Midland, MI 48674

Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey  08002

(Attorneys for General Electric Capital Corporation)
Ronald S. Beacher, Esquire
Pitney Hardin LLP
7 Times Square
New York, New York 10036-7311

Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, Florida  32412-0950

Michael B. Willey, Esquire
Legal Services, 27th Floor
312 8th Avenue North
Nashville, Tennessee 37243
(Counsel for Commissioner of Revenue)

Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, New York 10020-1182

Thomas V. Askounis, Esquire
Askounis & Borst, P.C.
303 East Wacker Drive
Suite 1000
Chicago, IL 60601

Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA 22902

E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, South Carolina 29201-1708

Jeffrey Kaufman, Esquire
Gerald F. Ellesdorfer, Esquire
Kaufman & Logan LLP
100 Spear Street, 12th Floor
San Francisco, California 94105

Michael H. Pinkerson, Esquire
James M. Garner, Esquire
Sher Garner Cahill Richter Klein
    McAlister & Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA 70112

Matthew G. Zaleski, III, Esquire
Campbell & Levine
800 King Street
Suite 300
Wilmington, DE 19801

Hancock & Estabrook, LLP
Stephen A. Donato, Esquire
1500 MONY Tower I
P.O. Box 4976
Syracuse, New York 13221-4976

Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
P.O. Box 093
Trenton, New Jersey 08625

Georgia-Pacific Corporation
Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta, Georgia 30303

Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334

Allan H. Ickowitz, Esquire
NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP
445 South Figueroa Street, 31st Floor
Los Angeles, CA 90071

James G. Damon, Esquire
Daniel S. Miller, Esquire
VOSS, COOK & THEL LLP
895 Dove Street, Suite 450
Newport Beach, California 92660-2998

Margaret A. Holland
Deputy Attorney General
New Jersey Attorney's General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, New Jersey 08625

Linebarger Heard Goggan Blair
Graham Pena & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, Texas 75201-2691

Janet M. Weiss, Esquire
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, New York 10166

Vahe Melkonian
President
Newco Management Company LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

Paul P. Daley, Esquire
George W. Shuster, Jr. Esquire
HALE AND DORR LLP
60 State Street
Boston, MA 02109

Sanjay Thapar, Esquire
Proskauer Rose LLP
1585 Broadway
New York, New York 10036-8299

Neil B. Glassman, Esquire
Steven M. Yoder, Esquire
Kathryn D. Sallie, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19801

Ted N. Pettit, Esquire
Case Bigelow & Lombardi
Grosvenor Center, Mauka Tower
737 Bishop Street, Suite 2600
Honolulu, Hawaii 96813

Brian L. Hansen, Esquire
Frank W. DeBorde, Esquire
Morris, Manning & Martin
1600 Atlanta Financial Center
3343 Peachtree Road, N.E.
Atlanta, Georgia 30326

Mary Wurts
P.O. Box 27
Apache Junction, AZ 85217

Rachel B. Mersky, Esquire
Walsh, Monzack and Monaco, P.A.
1201 N. Orange Street
Wilmington, DE 19801

Deborah L. Thorne, Esquire
FagelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL 60603

Mark C. Goldberg & Elizabeth V. Heller
Goldenberg, Miller, Heller & Antognoli, P.C.
2227 S. State Route 157, P.O. Box 959
Edwardsville, IL 62025

Jonathan C. Hantke
Pamela H. Walters
14910 Aldine-Westfield Road
Houston, Texas 77032

Mohawk Finishing Products, Inc.
P.O. Box 22000
Hickory, N.C. 28603-0200

Law Offices of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, Texas 75205

Scott Estelle
President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, New York 13166

David E. Cherry
Campbell Cherry Harrison Davis Dove, P.C.
P.O. Drawer 21387
Waco, Texas 76702-1387

Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, New York 14853-2601

S. Jay Novatncy
Citadel Investment Group, LLC
131 South Dearborn Street, 36th Floor
Chicago, Illinois 60603-5553

Thomas D. Walsh, Esquire
McCarter & English LLP
919 Market Street, Suite 1800
P.O. Box 111
Wilmington, DE 19899

Todd Meyers, Esquire
Kathleen M. O'Connell, Esquire
Kilpatrick Stockton LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309

Longacre Master Fund, Ltd.
Attn: Vladimir Jelisavcic
810 Seventh Avenue, 33rd Floor
New York, NY 10019

Daniel C. Cohn, Esquire
Christopher M. Candon
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

Steven K .Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

Enron Energy Services
Attn: General Counsel 4HC7.325
4 Houston Center
1221 Lamar Street, Suite 1600
Houston, TX 77010

Charles L. Finke, Assistant General Counsel
Brad Rogers, Attorney
Pension Benefit Guaranty Corporation
Office of the General Counsel
1200 K Street, N.W.
Washington, D.C. 20005-4026

Jarrett L. Hale, Esquire
Hunton & Williams LLP
Energy Plaza, 30th Floor, 1601 Bryan Street
Dallas, Texas 75201-3402

Craig A. Slater, Esquire
Angela M. Demerle, Esquire
Harter, Secrest & Emery LLP
Twelve Fountain Plaza
Suite 400
Buffalo, New York 14202-2293

Thomas Tew
Tew Cardenas LLP
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407

John V. Fiorella, Esquire
Archer & Greiner, P.C.
1300 North Market Street
Suite 700
Wilmington, DE 19801

James E. Wimberley
McPherson, Monk, Hughes, Bradley & Wimberley
LLP
3120 Central Mall Drive
Port Arthur, TX 77642

Peter Baylor, Esquire
Nutter McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

Thomas Bean, Esquire
McDermott Will & Emory
28 State Street
Boston MA 02109

Marc Abrams, Esquire
Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

Joanne B. Wills, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, Delaware 19801

James Sottile, Esq.
Joseph L. Ruby, Esq.
Michael J. Zoeller, Esq.
Baach Robinson & Lewis PLLC
1201 F Street, NW, Suite 500
Washington, DC  20004

COZEN O'CONNOR
Jacob C. Cohn, Esq.
1900 Market Street
Philadelphia, PA 19103

Kirk A. Patrick III
CRAWFORD LEWIS, PLLC
450 Laurel St., Suite 1600
P.O. Box 3656
Baton Rouge, Louisiana 70821-3656

Edward B. Cottingham, Jr., Esq.
Anne McGinness Kearse, Esq.
Motley Rice LLC
28 Bridgeside Blvd
P.O. Box 1792
Mt. Pleasant, SC 29465

Daniel M. Glosband, PC
Peter D. Bilowz, Esq.
GOODWIN PROCTER LLP
Exchange Place
Boston, MA 02109

Kforce Inc
Attn: Roger Hammond
1001 East Palm Ave
Tampa, FL 33605

Internal Revenue Service
31 Hopkins Plaza - Room 1150
Baltimore, MD 21201

Mr. Eugene Paul Sullivan
29-B Plaza Delas Flores
Freehold, NJ 07728

Frederick P. Furth
Michael P. Lehmann
Christopher L. Lebsock
225 Bush Street, 15th Floor
San Francisco, CA 94104

John Preefer, Esq.
JOHN PREEFER
60 East 42nd Street, Suite 1201
New York, NY 10165

Peter B. McGlynn, Esq.
Bruce D. Levin, Esq.
125 Summer Street, Suite 1300
Boston, MA  02110

Michael B. Schaedle, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21117

Sylvia C. Serrano
1565 Hotel Circle South, # 310
San Diego, CA 92108

Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Richard S. Cobb, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Barry D. Kleban, Esq.
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC  28202

Primex Plastics Corporation
1235 North F Street
Richmond, IN 47374

ATTN: Julie A Ardoin, Esq.
Julie Ardoin, LLC
2200 Veterans Memorial Boulevard, Suite 210
Kenner, LA 70062-4032

Daniel K. Hogan, Esq.
The Hogan Firm
1311 Delaware Avenue
Wilmington, Delaware 19806

James S. Yoder, Esq.
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE 19899-0709

Stefano Calogero, Esq.
Andrew K. Craig, Esq.
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054

Janice R. Shadduck
105 S. 10th Street
Clenton, Iowa 52732

Standard Services Company, Inc.
14694 Airline Highway
Destrehan, LA 70047

Brian L. Kasprzak, Esq.
Marks, O'Neill, O'Brien and Courtney, P.C.
913 North Market Street, Suite 800
Wilmington, DE 19801

Mark D. Plevin, Esq.
Leslie A. Epley, Esq.
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, D.C. 20004-2595

Sergio I. Scuteri, Esq.
211 Benigno Boulevard, Suite 201
Bellmawr, NJ 08031

Neutocrete Systems, Inc.
89 Eastern Steel Road
Milford, CT 06460

J. Robert Nelson, Esq.
Van Cott, Bagley, Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, Utah 84145

Brian A. Sullivan, Esq.
Amy D. Brown, Esq.
WERB & SULLIVAN
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, Delaware 19899

Darrell W. Scott, Esq.
The Scott Law Group
926 W. Sprague Ave., Suite 680
Spokane, WA 99201

R J Lee Group, Inc.
350 Hochberg Road
Monroeville, PA 15146

David P. Primack, Esq.
DRINKER BIDDLE & REATH LLP
1100 North Market Street, Suite 1000
Wilmington, Delaware 19801-1254

Michael F. Brown, Esq.
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996

Stachyra & Penn
927 Main Street
Racine, WI 53403

Ian Connor Bifferato, Esq.
Joseph K. Koury, Esq.
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington, Delaware 19899

Penn Rakauski Law Firm
927 Main Street
Racine, WI 53403

Richard A. O'Halloran, Esq.
Burns, White & Hickton, LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA 19462

Matthew J. Siembieda, Esq.
Benjamin G. Stonelake, Esq.
Scott E. Coburn, Esq.
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

William F. McCormick, Esquire
Office of the Attorney General
Bankruptcy Division
425 5th Avenue, North
P.O. Box 20207
Nashville, TN 37202

Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Anthony Sakalarios, Esq.
Morris, Sakalarios & Blackwell, PLLC
P.O. Drawer 1858
Hattiesburg, MS 39403-1858

Richard A. Bordelon, Esq.
Denechaud and Denechaud, LLP
1010 Common Street, Suite 3010
New Orleans, LA 70112

Mary K. Warren, Esq.
Brenda D. DiLuigi, Esq.
Link Laters
1345 Avenue of the Americas, 19th Floor
New York, NY 10105

Sean Allen, President
BMC Group
720 Third Avenue, 23rd Floor
Seattle, WA 98104

Steven T. Davis, Esq.
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
3 Mill Road, Suite 306A
Wilmington, Delaware 19806

D. Alexander Barnes, Esq.
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
One Penn Center, 19th Floor
1617 John F. Kennedy Blvd.
Philadelphia, PA 19103-1895

Steven J. McCardell, Esq.
Jared Inouye, Esq.
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT 84111

M. David Minnick, Esq.
Michael P. Ellis, Esq.
Gerald F. George, Esq.
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA 94105-2228

Joseph D. Frank, Esq.
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60610

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

John Waters
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306

Yves Lauzon
Michel Belanger
Lauzon Belanger, Inc.
286, rue St-Paul Quest, Bureau 100
Montreal Quebec

Jerel L. Ellington, Senior Counsel
James D. Freeman, Trial Attorney
U.S. Department of Justice
Environment & Natural Resource Division
Environmental Enforcement Section
1961 Stout Street - 8th Floor
Denver, CO 80294

Martin J. Bienenstock, Esq.
Judy G. Z. Liu, Esq.
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

David A. Hickerson, Esq.
M. Jarrad Wright, Esq.
Weil, Gotshal & Manges LLP
1300 Eye Street N.W., Suite 900
Washington, D.C. 20005

Ralph I. Miller, Esq.
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201

Jeffrey S. Hebrank, Esq.
Carl P. McNulty, II, Esq.
Burroughs, Hepler, Broom,
    MacDonald, Hebrank & True, LLP
103 West Vandalia Street, Suite 300
P.O. Box 510
Edwardsville, Illinois 62025-0510

Joseph L. Schwartz, Esq.
Curtis M. Plaza, Esq.
Craig T. Moran, Esq.
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza, 1 Speedwell Avenue
Morristown, New Jersey 07962-1981

John I. Kittle, Esq.
Mazur & Kittel, PLLC
30665 Northwestern Hwy., Ste. 175
Farmington Hills, MI 48334

Oracle USA, Inc. (fka Siebel Systems, Inc.)
c/o Robert L. Eisenbach III
Cooley Godward Kronish LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800

Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour, and Pease LLP
52 East Gay Street
Columbus, Ohio 43215

Anthony J. Marchetta, Esq.
Day Pitney LLP
P.O. Box 1945
Morristown, NJ 07962-1945

Steven J. Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen, LLP
488 Madison Avenue
New York, NY 10022

Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, De 19801

Richard Levy, Jr., Esq.
Pryor Cashman LLP
410 Park Avenue
New York, New York 10022-4441

Jacqueline Dais-Visca, Senior Counsel
Business Law Section
Ontario Regional Office
Suite 2400, Box 34
The Exchange Tower
130 King Street West
Toronto, Ontario M5X 1K6

Peter D. Keisler
J. Christopher Kohn
Cathy J. Burdette
Department of Justice
Civil Division
Ben Franklin Station
P.O. Box 875
Washington, DC 20044-0875

Noel C. Burnham, Esq.
Montgomery, McCracken, Walker & Rhoads, LLP
1105 North Market Street, Suite 1500
Wilmington, DE 19801

John Kevin Welch
Office of Legal Services
Capital Plaza Tower, Fifth Floor
Frankfort, Kentucky 40601

Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza
1313 Market Street, Suite 5100
P.O. Box 1709
Wilmington, DE 19899-1709

Richard D. Trenk, Esquire
Henry M. Karwowski, Esquire
Trenk, DiPasquale, Webster, Della Fera
& Sodono, P.C.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052-3303


Patrick J. Reilly, Esquire
Cole, Schotz, Meisel, Forman & Leonard, PA
1000 N. West Street, Suite 1200
Wilmington, DE 19801

George J. Marcus, Esquire
Marcus, Clegg, & Mistretta, PA
One Hundred Middle Street-East Tower
Portland, ME 04101


Andrew N. Rosenberg, Esq.
Margaret A. Phillips, Esq.
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, New York 10019-6064

BMC Group
444 N. Nash Street
El Segundo, CA 90245