# EXHIBIT A

**Asset Analysis and Recovery (.80 Hours; $ 672.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .80 | $840 | 672.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/19/08 | PVL | 840.00 | 0.10 | Teleconference Horkovich. |
| 06/20/08 | PVL | 840.00 | 0.30 | Review Horkovich email re Midland and EAIC proposals and reply. |
| 06/26/08 | PVL | 840.00 | 0.40 | Teleconference Horkovich re ins. issues. |

**Total Task Code .01        .80**


**Case Administration (5.60 Hours; $ 2,560.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.30 | $840 | 1,092.00 |
| Trevor W. Swett | .10 | $660 | 66.00 |
| Rita C. Tobin | 1.00 | $530 | 530.00 |
| James P. Wehner | .50 | $475 | 237.50 |
| David B. Smith | 2.70 | $235 | 634.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/03/08 | PVL | 840.00 | 0.20 | Review 15 miscellaneous filings. |
| 06/03/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and dockets re EI update (.2) |
| 06/04/08 | PVL | 840.00 | 0.10 | Review Hurford memo and reply. |
| 06/04/08 | TWS | 660.00 | 0.10 | Conference with JPW re LTC matter |
| 06/04/08 | JPW | 475.00 | 0.50 | Review bankruptcy orders; e-mails re hearing |
| 06/10/08 | PVL | 840.00 | 0.10 | Review 7 miscellaneous filings. |

{D0126554.1 }

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 06/12/08 | PVL | 840.00 | 0.10 | Review 4 miscellaneous filings. |
| 06/12/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and dockets re EI update (.2) |
| 06/16/08 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 06/16/08 | RCT | 530.00 | 0.10 | Review Hurford email (.1) |
| 06/17/08 | PVL | 840.00 | 0.10 | Review 8 miscellaneous filings. |
| 06/20/08 | PVL | 840.00 | 0.10 | Review 5 miscellaneous filings. |
| 06/20/08 | RCT | 530.00 | 0.10 | Email M. Hurford re hearing schedule (.1) |
| 06/23/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and dockets re EI update (.2) |
| 06/24/08 | PVL | 840.00 | 0.20 | Review draft Hurford memo and reply. |
| 06/25/08 | DBS | 235.00 | 1.00 | Research experts' reports and testimony for references to specific medical article, and compile relevant excerpts for attorney review. |
| 06/26/08 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 06/27/08 | PVL | 840.00 | 0.10 | Review 4 miscellaneous filings. |
| 06/27/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and dockets re EI update (.2) |
| 06/30/08 | PVL | 840.00 | 0.10 | Review 4 miscellaneous filings. |
| 06/30/08 | DBS | 235.00 | 1.70 | Review case materials for inclusion in case files. |

**Total Task Code .04        5.60**


**Claim Analysis Objection & Resolution (Asbestos) (5.80 Hours; $ 4,009.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.40 | $840 | 2,016.00 |

{D0126554.1 }

| | | | |
|---|---|---|---|
| Nathan D. Finch | 2.70 | $610 | 1,647.00 |
| Jeffrey A. Liesemer | .70 | $495 | 346.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/06/08 | PVL | 840.00 | 0.10 | Review draft motion re IRS settlement. |
| 06/08/08 | PVL | 840.00 | 0.20 | Review draft EPA report. |
| 06/09/08 | PVL | 840.00 | 0.10 | Review draft motion re Montana settlement. |
| 06/10/08 | PVL | 840.00 | 0.30 | Review Anderson motion re class cert. appeal. |
| 06/10/08 | JAL | 495.00 | 0.40 | Review ZAI bar date materials. |
| 06/13/08 | PVL | 840.00 | 0.10 | Review 2 BNSF motions re stay. |
| 06/13/08 | JAL | 495.00 | 0.30 | Review of draft ZAI bar date materials. |
| 06/16/08 | PVL | 840.00 | 0.20 | Review Baer email and email EI et al. |
| 06/19/08 | PVL | 840.00 | 0.30 | Review email (.1); review Hurford email and reply (.1); review Can ZAI cls motion re coordination (.1). |
| 06/20/08 | PVL | 840.00 | 0.40 | Review Grace opposition to class cert appeal (.3); review Anderson statement of issues (.1). |
| 06/26/08 | PVL | 840.00 | 0.50 | Review Libby cls application brief. |
| 06/27/08 | PVL | 840.00 | 0.20 | Review letter from Cobb and Baer email re Scotts claims (.1); teleconference Hurford re Montana settlement (.1). |
| 06/30/08 | NDF | 610.00 | 2.70 | Review meso tremolite v. chrysotile materials relevant to Libby and comments on TDP and otherwise. |

**Total Task Code .05     5.80**

**Claim Analysis Objection & Resolution (Non-Asbestos) (1.80 Hours; $ 925.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $840 | 84.00 |
| Jeffrey A. Liesemer | 1.70 | $495 | 841.50 |

{D0126554.1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/17/08 | JAL | 495.00 | 0.30 | Review and analysis of Grace's objection to postpetition default interest claims. |
| 06/18/08 | JAL | 495.00 | 1.30 | Further review and analysis of Grace's objection to claims for default interest and accompanying exhibits. |
| 06/23/08 | PVL | 840.00 | 0.10 | Teleconference Horkovich re Scotts. |
| 06/27/08 | JAL | 495.00 | 0.10 | Reviewed memo from EI regarding proposed Midland insurance settlement. |

**Total Task Code .06          1.80**


**Fee Applications, Applicant (4.40 Hours; $ 1,844.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.90 | $530 | 1,537.00 |
| Andrew D. Katznelson | 1.50 | $205 | 307.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/05/08 | RCT | 530.00 | 0.80 | Review prebills (.8) |
| 06/10/08 | RCT | 530.00 | 0.50 | Review exhibits (.5) |
| 06/19/08 | RCT | 530.00 | 0.10 | Address fee issue (.1) |
| 06/23/08 | RCT | 530.00 | 0.50 | Review interim fee application (.5) |
| 06/23/08 | ADK | 205.00 | 1.00 | Worked on monthly fee application. |
| 06/24/08 | RCT | 530.00 | 0.80 | Review fee apps (.8) |
| 06/24/08 | ADK | 205.00 | 0.50 | Worked on monthly fee application. |
| 06/27/08 | RCT | 530.00 | 0.20 | Review fee app schedules for July (.2) |

**Total Task Code .12**     4.40

**Fee Applications, Others (.10 Hours; $ 84.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $840 | 84.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/06/08 | PVL | 840.00 | 0.10 | Review 11 miscellaneous fee applications. |

**Total Task Code .13**     .10

**Hearings (7.30 Hours; $ 5,884.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 6.50 | $840 | 5,460.00 |
| Rita C. Tobin | .80 | $530 | 424.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/02/08 | PVL | 840.00 | 4.70 | Attend omni hearing. |
| 06/23/08 | PVL | 840.00 | 1.80 | Attend omni hearing by phone. |
| 06/23/08 | RCT | 530.00 | 0.80 | Attend fee hearing (.5); emails PVNL and MH re same (.3) |

**Total Task Code .15**     7.30

**Litigation and Litigation Consulting (19.90 Hours; $ 12,257.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|

| | | | |
|---|---|---|---|
| Bernard Bailor | 8.60 | $840 | 5,418.00 |
| Nathan D. Finch | 10.80 | $610 | 6,588.00 |
| Jeffrey A. Liesemer | .40 | $495 | 198.00 |
| Rita C. Tobin | .10 | $530 | 53.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/02/08 | NDF | 610.00 | 1.00 | Review corresdpondence re TDP issues and Libby claimants issues. |
| 06/05/08 | BSB | 630.00 | 2.60 | Read and evaluate EPA Risk management proposal |
| 06/05/08 | NDF | 610.00 | 0.50 | Review emails re revised TDP. |
| 06/12/08 | NDF | 610.00 | 0.90 | Review and respond to correspondence re case issues - TDP issues from FCR and Libby issues (0.8); review agenda for 6/23 hearing (0.1). |
| 06/14/08 | NDF | 610.00 | 1.00 | Respond to constituent inquiries re estimation hearing and issues involved in the case. |
| 06/16/08 | RCT | 530.00 | 0.10 | Draft email to UST (.1) |
| 06/16/08 | NDF | 610.00 | 0.60 | Read materials sent by Austern re Libby (0.1); review FCR comments on TDP (0.5). |
| 06/16/08 | JAL | 495.00 | 0.10 | Reviewed e-mail from PVNL re: BNSF's request to modify injunction. |
| 06/17/08 | BSB | 630.00 | 1.20 | Read materials regarding prepared EPA study |
| 06/17/08 | NDF | 610.00 | 0.50 | Review and respond to email re insurance issues. |
| 06/19/08 | JAL | 495.00 | 0.10 | Reviewed memo from M. Hurford re: Judge's dismissal of BNSF motion. |
| 06/23/08 | BSB | 630.00 | 2.90 | Medical literature and EPA documents |
| 06/23/08 | NDF | 610.00 | 1.30 | Review materials re asbestos for possible use in confirmation hearing. |
| 06/24/08 | JAL | 495.00 | 0.20 | Reviewed memo from M. Hurford regarding June 23rd omnibus hearing. |
| 06/25/08 | BSB | 630.00 | 1.90 | Medical articles |
| 06/25/08 | NDF | 610.00 | 0.50 | Review Cohn letter. |

{D0126554.1 }

| 06/26/08 | NDF | 610.00 | 1.00 | Review and respond to emails re case issues (insurance and Libby). |
| 06/27/08 | NDF | 610.00 | 3.50 | Reviewing chrysotile v. tremolite articles to respond to Libby. |

**Total Task Code.16        19.90**

## Plan & Disclosure Statement (117.20 Hours; $ 78,622.50)

| **Attorney** | **Number of Hours** | **Billing Rate** | **Value** |
|---|---|---|---|
| Elihu Inselbuch | 16.80 | $920 | 15,456.00 |
| Peter Van N. Lockwood | 36.20 | $840 | 30,408.00 |
| Christopher S. Rizek | 2.10 | $585 | 1,228.50 |
| Ann C. McMillan | 9.30 | $580 | 5,394.00 |
| Jeffrey A. Liesemer | 52.80 | $495 | 26,136.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/08 | PVL | 840.00 | 1.60 | Review Grace draft term sheets re corporate transactions for POR (.8); review Orrick revisions to same (.8). |
| 06/02/08 | EI | 920.00 | 0.20 | Status inquiry to Horkovich (.1); inquiry re: draft Plan (.1). |
| 06/02/08 | JAL | 495.00 | 0.10 | Exchange of e-mails w/PVNL re: draft term sheets accompanying proposed plan of reorganization. |
| 06/02/08 | JAL | 495.00 | 2.60 | Review and analysis of FCR's revised drafts of the term sheets pertaining to the proposed Joint Plan. |
| 06/03/08 | PVL | 840.00 | 0.10 | Email Wallace and JAL re POR. |
| 06/03/08 | EI | 920.00 | 1.50 | Conf. Frankel/Wyron re: TDP. |
| 06/04/08 | PVL | 840.00 | 2.50 | Review Sinclair memo (.1); review 10th Cir en banc opinion (.1); confer JAL re corp. term sheets (.6); teleconference Wallace, Wyron and JAL re same (1.7). |
| 06/04/08 | EI | 920.00 | 1.20 | T/c Cooney re: Libby issues (.2); read through Plan draft (1.0). |

{D0126554.1 }

| 06/04/08 | ACM | 580.00 | 0.40 | Teleconference EI re Libby matters; exchange e-mails with NDF, R. Frankel re same. |
| 06/04/08 | JAL | 495.00 | 1.50 | Review and analysis of modified draft term sheets and draft Joint Plan. |
| 06/04/08 | JAL | 495.00 | 0.70 | Office conference w/PVNL re: draft term sheets. |
| 06/04/08 | JAL | 495.00 | 1.40 | Telephone conference w/PVNL and counsel for the FCR re: revised drafts of plan-related term sheets. |
| 06/04/08 | JAL | 495.00 | 0.40 | Review and analysis of revised draft of joint plan of reorganization. |
| 06/05/08 | PVL | 840.00 | 3.10 | Review revised corp. trans term sheets and confer JAL re same (.3); email Wallace re same (.1); review revised POR (2.7). |
| 06/05/08 | EI | 920.00 | 0.60 | T/c Rice re: ZAI status (.2); t/c Cooney re: Libby issues (.1); memo to Negotiating Subcommittee (.2); review Sinclair status memo (.1). |
| 06/05/08 | JAL | 495.00 | 4.00 | Review and analysis of draft Joint Plan. |
| 06/05/08 | JAL | 495.00 | 0.20 | Review of revised draft plan term sheets and telephone call w/PVNL re: same. |
| 06/06/08 | PVL | 840.00 | 3.80 | Review draft POR (1.4); review email and reply (.1); teleconference Frankel, Wyron, Wallace and JAL re POR (2.3). |
| 06/06/08 | EI | 920.00 | 0.50 | Memo Heberling re: TDP issues (.4); memo re: Plan discussions (.1). |
| 06/06/08 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges between PVNL and FCR's counsel regarding draft Joint Plan and term sheets. |
| 06/06/08 | JAL | 495.00 | 0.20 | Review and analysis of list of issues relating to draft of Joint Plan. |
| 06/06/08 | JAL | 495.00 | 3.10 | Further review and analysis of draft Joint Plan and related documents. |
| 06/06/08 | JAL | 495.00 | 2.30 | Teleconference w/PVNL, R. Frankel, R. Wyron, and M. Wallace re: draft of Joint Plan. |

{D0126554.1}

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/09/08 | PVL | 840.00 | 0.60 | Review email re POR and meeting re same (.2); review Horkovich email re POR and reply (.4). |
| 06/10/08 | PVL | 840.00 | 0.90 | Review FCR revised TDP (.4); prep for meeting re POR (.3); confer Frankel re POR (.2). |
| 06/10/08 | CSR | 585.00 | 0.30 | Review motion and attachments. |
| 06/10/08 | ACM | 580.00 | 0.90 | Review FCR's proposed changes to TDP; conference PVNL re same. |
| 06/10/08 | JAL | 495.00 | 0.80 | Review and analysis of materials relating to Grace plan. |
| 06/10/08 | JAL | 495.00 | 1.20 | Reviewed revised drafts of plan term sheets. |
| 06/11/08 | PVL | 840.00 | 7.50 | Confer Frankel, Wallace, Felder, EI, JAL (1.7); confer Freedman, Frankel, EI et al (5.6); review Jen-Weld opinion (.2). |
| 06/11/08 | EI | 920.00 | 5.10 | Plan drafting meetings at Kirkpatrick & Ellis (4.5); review of TDP (.5); t/c ACM re: same (.1). |
| 06/11/08 | ACM | 580.00 | 3.00 | Draft memo to EI re FCR's proposed changes to TDP; teleconference EI re TDP; review proposed changes. |
| 06/11/08 | JAL | 495.00 | 1.00 | Meeting w/EI, PVNL, and FCR's counsel re: draft plan and related term sheets. |
| 06/11/08 | JAL | 495.00 | 6.90 | Meeting w/EI, PVNL, FCR's counsel, and Grace's counsel re: draft plan and related term sheets. |
| 06/12/08 | PVL | 840.00 | 0.20 | Teleconference EI and review ACM memo (.1); review EI memo to committee re POR (.1). |
| 06/12/08 | EI | 920.00 | 1.00 | Review TDP issues with ACM and memo to Committee. |
| 06/12/08 | ACM | 580.00 | 1.10 | Teleconference EI re FCR comments on TDP; draft memo to Committee re same. |
| 06/12/08 | JAL | 495.00 | 0.20 | Reviewed memo and attachment from EI re: plan and TDP issues. |
| 06/13/08 | PVL | 840.00 | 0.40 | Teleconference EI (.3); confer ACM (.1). |

{D0126554.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/13/08 | CSR | 585.00 | 1.80 | Review motion and related exhibits, research and emails re same. |
| 06/13/08 | EI | 920.00 | 0.60 | T/c S. Baron re: status (.1); t/c PVNL re: status (.3); t/c ACM re: TDP status (.2) |
| 06/13/08 | ACM | 580.00 | 0.50 | Teleconference R. Frankel re meeting to discuss TDP; teleconference EI re same; conference PVNL re FCR comments on TDP. |
| 06/15/08 | PVL | 840.00 | 2.20 | Review draft DS. |
| 06/16/08 | PVL | 840.00 | 0.50 | Review email (.1); review Grace obj re default interest (.3); review revised agenda (.1). |
| 06/16/08 | EI | 920.00 | 0.30 | Issues re tax settlement motion. |
| 06/16/08 | JAL | 495.00 | 0.30 | Review and analysis of draft disclosure statement. |
| 06/17/08 | EI | 920.00 | 0.30 | BNSF injunction motion matters. |
| 06/17/08 | JAL | 495.00 | 0.80 | Review and analysis of Grace's revised draft of disclosure statement. |
| 06/18/08 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges between PVNL and FCR's attorneys regarding draft plan and term sheets. |
| 06/19/08 | PVL | 840.00 | 0.10 | Review Horkovich comments re DS. |
| 06/19/08 | ACM | 580.00 | 3.40 | Review TDP issues in light of FCR comments; draft memo to EI re same. |
| 06/19/08 | JAL | 495.00 | 2.00 | Further review and analysis of redrafted Disclosure Statement. |
| 06/19/08 | JAL | 495.00 | 0.20 | Brief legal research regarding confirmation issues. |
| 06/20/08 | PVL | 840.00 | 0.80 | Review Grace revised corp doc term sheets. |
| 06/20/08 | EI | 920.00 | 0.10 | Reviewed ACM materials. |
| 06/23/08 | PVL | 840.00 | 0.50 | Prep for meeting (.2); email re same and reply (.2); review Rice email and reply (.1). |
| 06/23/08 | EI | 920.00 | 0.10 | Cooney inquiry. |
| 06/23/08 | JAL | 495.00 | 6.10 | Review and analysis of draft plan and revised drafts of term sheets. |

{D0126554.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/24/08 | PVL | 840.00 | 1.50 | Teleconference Frankel, Wyron, Wallace, Felder, JAL re POR (1.3); review email (.1); review draft TS re def payment issue (.1). |
| 06/24/08 | EI | 920.00 | 0.10 | Rice inquiry. |
| 06/24/08 | JAL | 495.00 | 1.40 | Telephone conference w/PVNL and FCR's counsel re: issues relating to draft plan and term sheets. |
| 06/24/08 | JAL | 495.00 | 0.10 | Drafted e-mail to D. Felder regarding draft term sheets. |
| 06/24/08 | JAL | 495.00 | 5.50 | Further review and analysis of draft plan of reorganization and related term sheets. |
| 06/25/08 | PVL | 840.00 | 8.00 | Confer Frankel, Wyron, Wallace, Felder, JAL re POR (2.6); confer Freedman, Zilly, Frankel et al (5.4). |
| 06/25/08 | JAL | 495.00 | 0.40 | Further review and analysis of draft plan of reorganization. |
| 06/25/08 | JAL | 495.00 | 1.50 | Meeting w/PVNL and FCR's counsel regarding draft plan of reorganization and related term sheets. |
| 06/25/08 | JAL | 495.00 | 5.60 | Negotiation session with debtors' and equity committee's representatives regarding draft plan and related term sheets. |
| 06/25/08 | JAL | 495.00 | 0.90 | Further meeting with PVNL and FCR's counsel regarding draft plan and related term sheets. |
| 06/26/08 | PVL | 840.00 | 1.20 | Teleconference Freedman and Boll (.4); confer NDF (.3); review email re POR (.1); review Cohn letter (.2); teleconference Wyron (.2). |
| 06/26/08 | EI | 920.00 | 0.70 | T/c Peterson re his figures (.1); status inquiry to Rice (.1); read Cohn letter (.5). |
| 06/26/08 | JAL | 495.00 | 0.10 | Office conference w/LMK regarding insurance issues relating to the draft plan. |
| 06/26/08 | JAL | 495.00 | 0.10 | Telephone call w/PVNL regarding drafting of Cooperation Agreement and Insurance Assignment Agreement. |
| 06/26/08 | JAL | 495.00 | 0.20 | Drafted memo to ACM regarding drafts of cooperation agreement and insurance assignment agreement in connection with Plan. |

{D0126554.1 }

| Date | Init | Rate | Hours | Narrative |
|---|---|---|---|---|
| 06/26/08 | JAL | 495.00 | 0.30 | Reviewed materials in connection with preparing Cooperation Agreement and Insurance Assignment Agreement. |
| 06/26/08 | JAL | 495.00 | 0.20 | Reviewed memo from M. Wallace and related attachments pertaining to term sheet issues. |
| 06/26/08 | JAL | 495.00 | 0.20 | Reviewed e-mail from R. Wyron regarding outstanding issues related to draft plan and term sheets. |
| 06/27/08 | PVL | 840.00 | 0.40 | Teleconference EI (.3); review Wyron email (.1). |
| 06/27/08 | EI | 920.00 | 4.50 | Review of Cohn letter (.5); review of Futures Rep's edits (.5); conf. Austern and Frankel re: TDP (2.7); memo to Committee re Cohn letter (.2); t/c NDF re Cohn (.2); status report for PVNL (.2); review Horkovich memo and send with memo to Committee (.2). |
| 06/27/08 | JAL | 495.00 | 0.10 | Reviewed memo from EI regarding draft TDP issues. |
| 06/29/08 | PVL | 840.00 | 0.20 | Review Wallace memo and email re POR and reply. |
| 06/30/08 | PVL | 840.00 | 0.10 | Review email re vendor endorsements. |

**Total Task Code .17        117.20**


**Travel – Non Working (30.40 Hours; $ 10,577.25)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 17.70 | $840 | 7,434.00 |
| Jeffrey A. Liesemer | 12.70 | $495 | 3,143.25 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/01/08 | PVL | 420.00 | 1.80 | Travel to Pittsburgh for hearing (half). |
| 06/02/08 | PVL | 420.00 | 2.00 | Return travel to DC (half). |
| 06/10/08 | PVL | 420.00 | 3.50 | Travel to NYC for meeting re POR. |

{D0126554.1 }

| | | | | |
|---|---|---|---|---|
| 06/10/08 | JAL | 247.50 | 2.90 | Travel to New York for meetings w/Grace re: draft plan and related term sheets. |
| 06/11/08 | PVL | 420.00 | 2.40 | Return travel to DC. |
| 06/11/08 | JAL | 247.50 | 4.80 | Return travel from New York to DC, following meetings re: Grace plan and related term sheets. |
| 06/24/08 | PVL | 420.00 | 4.30 | Travel to NYC for meeting. |
| 06/24/08 | JAL | 247.50 | 1.80 | Travel to NYC for meetings on draft plan of reorganization and term sheet. |
| 06/25/08 | PVL | 420.00 | 3.70 | Return travel to DC. |
| 06/25/08 | JAL | 247.50 | 3.20 | Return travel from NYC to DC, following meetings on draft plan of reorganization and term sheets. |

**Total Task Code.21         30.40**


**Fee Auditor Matters (6.40 Hours; $ 3,516.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .40 | $840 | 336.00 |
| Rita C. Tobin | 6.00 | $530 | 3,180.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 06/02/08 | RCT | 530.00 | 2.10 | Review library emails re Fee Auditor requests; emails to library (.5); emails JR, NR re library charges (.3); revise and update response to Fee Auditor (1.2); email to Fee Auditor (.1) |
| 06/03/08 | RCT | 530.00 | 0.90 | Emails re expenses (.5); emails re Fee Auditor response (.4) |
| 06/04/08 | PVL | 840.00 | 0.30 | Review draft letter to Smith and email RCT re same (.2); review NDF email re Smith letter and reply (.1). |

{D0126554.1 }

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 06/04/08 | RCT | 530.00 | 1.10 | Emails JR/NR re expense item (.2); revise response (.8); review PVNL/NDF correspondence re expense and respond (.1) |
| 06/05/08 | PVL | 840.00 | 0.10 | Review revised letter and email RCT. |
| 06/05/08 | RCT | 530.00 | 1.10 | Revise letter to Fee Auditor (.5); emails PVNL re same (.1); review and edit final of Fee Auditor response (.5) |
| 06/12/08 | RCT | 530.00 | 0.30 | Emails NDF, JR re expenses (.3) |
| 06/16/08 | RCT | 530.00 | 0.30 | Review Fee Auditor report (.3) |
| 06/17/08 | RCT | 530.00 | 0.10 | TC Hurford re Fee Auditor final report (.1) |
| 06/18/08 | RCT | 530.00 | 0.10 | TC M. Hurford re fee hearing (.1) |

**Total Task Code .32         6.40**

{D0126554.1 }

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,705.50 |
| Air Freight & Express Mail | 30.85 |
| Long Distance-Equitrac In-House | 2.68 |
| Meals Related to Travel | 45.54 |
| NYO Long Distance Telephone | 855.33 |
| Postage & Air Freight | 18.76 |
| Professional Fees & Expert Witness Fees | 5,725.00 |
| Travel Expenses - Ground Transportation | 419.21 |
| Travel Expenses - Hotel Charges | 1,540.20 |
| Travel Expenses - LD Calls on Hotel Bill | 17.33 |
| Xeroxing | 108.40 |
| **Total:** | **$ 10,468.80** |

{D0126554.1 }