**EXHIBIT B**

**Asset Analysis & Recovery (.80 Hours; $ 672.00)**

   Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01   .80**

**Case Administration (5.60 Hours; $ 2,560.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04   5.60**

**Claim Analysis Objection & Resolution (Asbestos) (5.80 Hours; $ 4,009.50)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05   5.80**

**Claim Analysis Objection & Resolution (Non-Asbestos) (1.80 Hours; $ 925.50)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .06   1.80**

**Fee Applications, Applicant (4.40 Hours; $ 1,844.50)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12   4.40**

**Fee Applications, Others (.10 Hours; $ 84.00)**

{D0126555.1 }
DOC#151898

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13         .10**

**Hearings (7.30 Hours; $ 5,884.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15         7.30**

**Litigation and Litigation Consulting (19.90 Hours; $ 12,257.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16         19.90**

**Plan & Disclosure Statement (117.20 Hours; $ 78,622.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17         117.20**

**Travel – Non Working (30.40 Hours; $ 10,577.25)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21         30.40**

**Fee Auditor Matters (6.40 Hours; $ 3,516.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32         6.40**