## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,705.50 |
| Air Freight & Express Mail | 30.85 |
| Long Distance-Equitrac In-House | 2.68 |
| Meals Related to Travel | 45.54 |
| NYO Long Distance Telephone | 855.33 |
| Postage & Air Freight | 18.76 |
| Professional Fees & Expert Witness Fees | 5,725.00 |
| Travel Expenses - Ground Transportation | 419.21 |
| Travel Expenses - Hotel Charges | 1,540.20 |
| Travel Expenses - LD Calls on Hotel Bill | 17.33 |
| Xeroxing | 108.40 |
| **Total:** | **$ 10,468.80** |

{D0126556.1 }