| | | | | |
|---|---|---|---|---|
| **Client Number:   4642** | | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter       000** | | **Disbursements** | | 7/21/2008 |

Print Date/Time: 07/21/2008  3:46:02PM

Attn:

Invoice #

## PREBILL / CONTROL  REPORT

Trans Date Range:   1/1/1950   to: 6/30/2008

**Matter       000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 6/26/2008 | 13,655 |
|---|---|---|---|---|---|---|---|---|

$3,181.68
Client Retainers Available          Committed to Invoices:          $0.00          Remaining:          $3,181.68

$3,061,236.27
Total Expenses Billed To Date

Billing Empl:          0120     Elihu   Inselbuch
Responsible Empl:     0120     Elihu   Inselbuch
Alternate Empl:       0120     Elihu   Inselbuch
Originating Empl:     0120     Elihu   Inselbuch

**Summary   by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 2,269.37 | 0.00 | 2,054.37 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 30.85 | 0.00 | 30.85 |
| 0187 | NDF | Nathan D Finch | 0.00 | 5,725.00 | 0.00 | 5,725.00 |
| 0212 | LJS | Lonita J Sheppard | 0.00 | 0.80 | 0.00 | 0.80 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 20.10 | 0.00 | 20.10 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 3.00 | 0.00 | 3.00 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 8.80 | 0.00 | 8.80 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 1,622.10 | 0.00 | 1,450.10 |
| 0327 | ALV | Adam L Vangrack | 0.00 | 255.91 | 0.00 | 255.91 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 919.87 | 0.00 | 919.87 |
| **Total Fees** | | | **0.00** | **10,855.80** | **0.00** | **10,468.80** |

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |

{D0126557.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 7/21/2008 |

Print Date/Time: 07/21/2008 3:46:02PM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2244891 | Photocopy | | E | 06/04/2008 | 0317 | JAL | 0.00 | $5.90 | 0.00 | $5.90 | 5.90 |
| 2244950 | Photocopy | | E | 06/05/2008 | 0317 | JAL | 0.00 | $8.20 | 0.00 | $8.20 | 14.10 |
| 2245304 | Equitrac - Long Distance to 2128406600 | E | 06/05/2008 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 14.20 |
| 2245511 | Photocopy | | E | 06/06/2008 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 14.40 |
| 2245603 | Photocopy | | E | 06/06/2008 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 15.30 |
| 2245723 | Equitrac - Long Distance to 2128406600 | E | 06/06/2008 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 15.41 |
| 2245176 | Federal Express to Katherine Hemming from EI on 5/22 | E | 06/06/2008 | 0120 | EI | 0.00 | $6.75 | 0.00 | $6.75 | 22.16 |
| 2245183 | ALV;  Travel expenses to Pittsburgh to attend trail on 3/30-4/1  Mileage and tolls between DC and Pittsburgh | E | 06/06/2008 | 0327 | ALV | 0.00 | $255.91 | 0.00 | $255.91 | 278.07 |
| 2245800 | ADA Travel  Coach class fare for PVNL to Pittsburgh on 6/1  (air fare split between 5091 and 4642) | E | 06/10/2008 | 0020 | PVL | 0.00 | $829.50 | 0.00 | $829.50 | 1,107.57 |
| 2245801 | ADA Travel  Agency fee on Coach class fare for PVNL to Pittsburgh on 6/1  (air fare split between 5091 and 4642) | E | 06/10/2008 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 1,127.57 |
| 2246100 | Photocopy | | E | 06/10/2008 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 1,127.77 |
| 2245917 | VisuaLex;  Professional services 5/16 through 5/31 | E | 06/11/2008 | 0187 | NDF | 0.00 | $5,430.00 | 0.00 | $5,430.00 | 6,557.77 |
| 2249672 | Photocopy | | E | 06/12/2008 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 6,558.67 |
| 2249682 | Photocopy | | E | 06/12/2008 | 0232 | LK | 0.00 | $0.30 | 0.00 | $0.30 | 6,558.97 |
| 2249693 | Photocopy | | E | 06/12/2008 | 0317 | JAL | 0.00 | $11.50 | 0.00 | $11.50 | 6,570.47 |
| 2249770 | Photocopy | | E | 06/13/2008 | 0317 | JAL | 0.00 | $0.80 | 0.00 | $0.80 | 6,571.27 |

{D0126557.1 }

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter  000 | Disbursements | | | | | | | | | 7/21/2008 |

Print Date/Time: 07/21/2008  3:46:02PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2249785 | Photocopy | E | 06/13/2008 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 6,572.17 |
| 2250062 | Equitrac - Long Distance to 2123199240 | E | 06/13/2008 | 0999 | C&D | 0.00 | $1.42 | 0.00 | $1.42 | 6,573.59 |
| 2250076 | Equitrac - Long Distance to 3123790324 | E | 06/13/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 6,573.64 |
| 2250087 | Equitrac - Long Distance to 9174450518 | E | 06/13/2008 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 6,573.72 |
| 2249863 | Photocopy | E | 06/16/2008 | 0317 | JAL | 0.00 | $6.20 | 0.00 | $6.20 | 6,579.92 |
| 2246932 | Federal Express to Warren Smith from EI on 65 | E | 06/16/2008 | 0120 | EI | 0.00 | $24.10 | 0.00 | $24.10 | 6,604.02 |
| 2246935 | PVNL;   Travel expenses to NYC for meetings on 6/10-11  for Harvard Club (room 170.00, 27.64 tax) | E | 06/16/2008 | 0020 | PVL | 0.00 | $197.64 | 0.00 | $197.64 | 6,801.66 |
| 2246936 | PVNL;   Travel expenses to NYC for meetings on 6/10-11 for main bar | E | 06/16/2008 | 0020 | PVL | 0.00 | $6.00 | 0.00 | $6.00 | 6,807.66 |
| 2249920 | Photocopy | E | 06/17/2008 | 0220 | SKL | 0.00 | $0.20 | 0.00 | $0.20 | 6,807.86 |
| 2249940 | Photocopy | E | 06/17/2008 | 0237 | SRB | 0.00 | $8.60 | 0.00 | $8.60 | 6,816.46 |
| 2249947 | Photocopy | E | 06/17/2008 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 6,817.06 |
| 2249949 | Photocopy | E | 06/17/2008 | 0220 | SKL | 0.00 | $1.60 | 0.00 | $1.60 | 6,818.66 |
| 2249963 | Photocopy | E | 06/17/2008 | 0220 | SKL | 0.00 | $1.30 | 0.00 | $1.30 | 6,819.96 |
| 2250205 | ADA Travel   JAL 6/10 travel to NYC   (business class fare $388.00) | E | 06/17/2008 | 0317 | JAL | 0.00 | $560.00 | 0.00 | $388.00 | 7,207.96 |
| 2250206 | ADA Travel  Agency fee on  JAL 6/10 travel to NYC (business class fare $388.00) | E | 06/17/2008 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 7,247.96 |
| 2250211 | Elite Limousine car service for JAL from train station in NYC to Lexington AVenue on 6/10 | E | 06/17/2008 | 0317 | JAL | 0.00 | $88.74 | 0.00 | $88.74 | 7,336.70 |
| | | | | | C&D | | | | | |

{D0126557.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter   000 | | Disbursements | | | | | | | | 7/21/2008 |

Print Date/Time: 07/21/2008 3:46:02PM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2250385 | Postage | | E | 06/18/2008 | 0999 | | 0.00 | $18.76 | 0.00 | $18.76 | 7,355.46 |
| 2250658 | Photocopy | | E | 06/19/2008 | 0212 | LJS | 0.00 | $0.80 | 0.00 | $0.80 | 7,356.26 |
| 2251008 | Petty Cash  PVNL prking and subway expenses in NYC for meetings on 6/10-11 | | E | 06/23/2008 | 0020 | PVL | 0.00 | $34.00 | 0.00 | $34.00 | 7,390.26 |
| 2251009 | Petty Cash  PVNL meal expense while in MYC for meetings on 6/10-11 | | E | 06/23/2008 | 0020 | PVL | 0.00 | $4.00 | 0.00 | $4.00 | 7,394.26 |
| 2251076 | VisualLex; Professional services June 1 through June 15, 2008 | | E | 06/23/2008 | 0187 | NDF | 0.00 | $295.00 | 0.00 | $295.00 | 7,689.26 |
| 2251708 | Equitrac - Long Distance to 2032471834 | | E | 06/23/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 7,689.31 |
| 2251751 | Elite Limousine service for JAL while in NYC on 6/12 | | E | 06/24/2008 | 0317 | JAL | 0.00 | $28.56 | 0.00 | $28.56 | 7,717.87 |
| 2251753 | JAL;  Trael expenses to NYC for meetings w/Kirkland & Ellis re draft plan & term sheets on 6/10-11 for lunch | | E | 06/24/2008 | 0317 | JAL | 0.00 | $35.54 | 0.00 | $35.54 | 7,753.41 |
| 2251754 | JAL;  Trael expenses to NYC for meetings w/Kirkland & Ellis re draft plan & term sheets on 6/10-11 for the Marriott NY East Side hotel | | E | 06/24/2008 | 0317 | JAL | 0.00 | $807.33 | 0.00 | $807.33 | 8,560.74 |
| 2251755 | JAL;  Trael expenses to NYC for meetings w/Kirkland & Ellis re draft plan & term sheets on 6/10-11 for cabs | | E | 06/24/2008 | 0317 | JAL | 0.00 | $12.00 | 0.00 | $12.00 | 8,572.74 |
| 2251756 | JAL;  Trael expenses to NYC for meetings w/Kirkland & Ellis re draft plan & term sheets on 6/10-11 for phone calls made from hotel | | E | 06/24/2008 | 0317 | JAL | 0.00 | $17.33 | 0.00 | $17.33 | 8,590.07 |
| 2251275 | NYO Long Distance Telephone and Conference Call for 5/1/08-5/31/08.  ACM, NDF, EI on 5/6 | | E | 06/24/2008 | 0999 | C&D | 0.00 | $84.64 | 0.00 | $84.64 | 8,674.71 |
| 2251282 | NYO Long Distance Telephone and Conference Call for 5/1/08-5/31/08.  Committee Conf. Call on 5/22 | | E | 06/24/2008 | 0999 | C&D | 0.00 | $753.21 | 0.00 | $753.21 | 9,427.92 |
| 2251283 | NYO Long Distance Telephone and Conference Call for 5/1/08-5/31/08.  EI, ACM, Peterson, etal. on 5/22 | | E | 06/24/2008 | 0999 | C&D | 0.00 | $17.48 | 0.00 | $17.48 | 9,445.40 |

{D0126557.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 7/21/2008 |

Print Date/Time: 07/21/2008  3:46:02PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2251529 | Photocopy | | E | 06/24/2008 | 0237 | SRB | 0.00 | $0.20 | 0.00 | $0.20 | 9,445.60 |
| 2251557 | Photocopy | | E | 06/24/2008 | 0220 | SKL | 0.00 | $3.00 | 0.00 | $3.00 | 9,448.60 |
| 2251570 | Photocopy | | E | 06/24/2008 | 0999 | C&D | 0.00 | $6.80 | 0.00 | $6.80 | 9,455.40 |
| 2251575 | Photocopy | | E | 06/24/2008 | 0220 | SKL | 0.00 | $6.00 | 0.00 | $6.00 | 9,461.40 |
| 2255778 | Equitrac - Long Distance to 2122781322 | | E | 06/26/2008 | 0999 | C&D | 0.00 | $0.87 | 0.00 | $0.87 | 9,462.27 |
| 2256355 | Photocopy | | E | 06/26/2008 | 0220 | SKL | 0.00 | $7.20 | 0.00 | $7.20 | 9,469.47 |
| 2252611 | PVNL;   Travel expenses to Newark and NY for meetings on 6/24 for Waldorf Astoria hotel | | E | 06/27/2008 | 0020 | PVL | 0.00 | $535.23 | 0.00 | $535.23 | 10,004.70 |
| 2252614 | ADA Travel;  PVNL 6/10 travel to NYC  (business class fare $388.00) | | E | 06/27/2008 | 0020 | PVL | 0.00 | $603.00 | 0.00 | $388.00 | 10,392.70 |
| 2252615 | ADA Travel; Agency fee on  PVNL 6/10 travel to NYC   (business class fare $388.00) | | E | 06/27/2008 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 10,432.70 |
| 2253888 | NYO Color copier for June | | E | 06/30/2008 | 0999 | C&D | 0.00 | $36.10 | 0.00 | $36.10 | 10,468.80 |

**Total Expenses**

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | $10,855.80 |  | $10,468.80 |
|  | 0.00 |  | 0.00 |  |
| Matter Total Fees |  | 0.00 |  | 0.00 |
| Matter Total Expenses |  | 10,855.80 |  | 10,468.80 |
| Matter Total | 0.00 | 10,855.80 | 0.00 | 10,468.80 |
|  |  |  |  |  |
| Prebill Total Fees |  |  |  |  |
| Prebill Total Expenses |  | $10,855.80 |  | $10,468.80 |
|  |  |  |  |  |
| Prebill Total | 0.00 | $10,855.80 | 0.00 | $10,468.80 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |

{D0126557.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | Page: 1 |
|---|---|---|---|---|
| Matter | 000 | Disbursements | | 7/21/2008 |

Print Date/Time: 07/21/2008  3:46:02PM

Attn:

Invoice #

| | | | |
|---|---|---|---|
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 60,664 | 11/29/2007 | 665,174.50 | 133,034.90 |
| 61,283 | 12/21/2007 | 530,168.50 | 106,033.70 |
| 61,476 | 01/24/2008 | 678,109.50 | 135,621.90 |
| 61,925 | 02/25/2008 | 918,478.75 | 183,695.75 |
| 62,322 | 03/24/2008 | 497,631.50 | 99,526.30 |
| 62,687 | 04/23/2008 | 773,798.25 | 154,759.65 |
| 63,204 | 05/29/2008 | 635,861.55 | 635,861.55 |
| 63,675 | 06/26/2008 | 107,942.45 | 107,942.45 |
| | | 5,916,205.25 | 1,592,086.62 |

{D0126557.1 }