# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

---

W.R. GRACE/CLAIMANTS COMMITTEE                                   MATTER:      100055.WRG01

July 15, 2008                                                                            INVOICE:            226575

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 06/30/08**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/02/08 | Analysis of selected insurance policies re: Grace's duty in the event of an occurrence. | W001 | GFF | 3.70 |
| 06/02/08 | Integrity POC status research and communications (.50); Continued review and input of Defense Costs research re: policies available for Premises coverage only (2.00). | W001 | HEG | 2.50 |
| 06/02/08 | Reviewed and studied information about American Home CIP Agreement and "defense costs." | W001 | IF | 1.50 |
| 06/02/08 | Hearing with Judge Fitzgerald. | W001 | RMH | 5.30 |
| 06/02/08 | Research regarding "60 day" window to object to Integrity NODs for IBNR and contingent claims (1.70). Review due diligence issues (.80). | W001 | RYC | 2.50 |
| 06/03/08 | Analysis of selected settlement agreements re: defense cost/allocation issues (1.50); analysis of selected insurance policies re: Grace's duty in the event of an occurrence (2.80). | W001 | GFF | 4.30 |
| 06/03/08 | Potential settlement research of limits and status of underlying for R. Horkovich (2.00); Additional premises/defense costs reviewed and charted (1.00). | W001 | HEG | 3.00 |
| 06/03/08 | Helped to review information re: potentially settling insurance company insurance policy "limits and erosion" information. | W001 | IF | 1.00 |
| 06/03/08 | Studied American Home CIP Settlement impact on payment of "defense costs." | W001 | IF | 1.00 |
| 06/03/08 | Work on potentially settling insurance company issues (.50); work on allocation for same (1.50). | W001 | MG | 2.00 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

July 15, 2008                                     INVOICE:        226575

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/03/08 | Attention to filings received in liquidation action of Integrity. | W001 | RYC | 0.80 |
| 06/04/08 | Review and revise time entries (2.00); revise chart (.20). | W011 | AHP | 2.20 |
| 06/04/08 | Insurance policy analysis re: defense cost payment issues (3.00); analysis of selected umbrella/excess policies re: Grace's duties in the event of an occurrence (2.20); review of "coverage in place" agreements re: allocations to insurance companies (1.90). | W001 | GFF | 7.10 |
| 06/04/08 | Continued research regarding potential settlement issues: Status of underlying insurance companies. (1.50); worked with K. Samet to create color chart depicting coverage towers in play re: settlement (1.00); CIP "Pay Rate" issues reviewed and discussed to assist M. Garbowski (1.00); AIG CIP policy impairment hypothetical researched for M. Garbowski (2.00); additional Premises/Defense Cost policy review and charting (1.50) | W001 | HEG | 7.00 |
| 06/04/08 | Helped to review potentially settling insurance company policy limit information and Grace erosion information (1.50). Reviewed CIP Settlement Agreements re: "allocation methods" and gave information to Mark Garbowski (1.00). | W001 | IF | 2.50 |
| 06/04/08 | Reviewed information re: "defense costs" and "follow form" language. | W001 | IF | 1.20 |
| 06/04/08 | Work re: creating pdf files of signature pages and preparation of images for copying and inclusion in chart. | W001 | KGR | 1.50 |
| 06/04/08 | Work on potentially settling insurance company issues (.50); work on allocation for same (1.00); Work on adding Relles data into allocation (1.50). | W001 | MG | 3.00 |
| 06/04/08 | Investigate issues relating to settlement inquiries. | W001 | RYC | 2.30 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE            MATTER:     100055.WRG01

July 15, 2008                             INVOICE:        226575

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/05/08 | Analysis of selected insurance policies re: premises coverage issues (3.80); telephone conference with R. Horkovich and others re: documents requested from S. Posner (.70); insurance policy analysis re: Grace's duty in the event of an occurrence (1.50). | W001 | GFF | 6.00 |
| 06/05/08 | Continued research regarding potential settlement discussions: detailed underlying status breakouts and color chart input (3.50); additional prep for Posner conference call (1.00) Posner conference call re: requested supporting documentation (1.00); additional Midland & Integrity policy research post Posner call (1.00); some Premises/Defense Costs input (.50). | W001 | HEG | 7.00 |
| 06/05/08 | Continued to review insurance policies re: "premises coverage," "defense costs" and "follow form." | W001 | IF | 1.50 |
| 06/05/08 | Preparation and teleconference with Team and Jeff Posner. | W001 | IF | 1.00 |
| 06/05/08 | Helped to review information re: potentially settling insurance company policies. | W001 | IF | 1.00 |
| 06/05/08 | Continue work on obtaining insurance company contact information; preparation of signatures for copying; create pdf files of all signature pages. | W001 | KGR | 2.00 |
| 06/05/08 | Create and revise color-coded insurance chart. | W001 | KS | 1.50 |
| 06/05/08 | Telephone conference S. Posner re: data and due diligence (.50); work on potentially settling insurance company issues (.90); work on allocation for same (1.00); work on adding Relles data into allocation (1.00). | W001 | MG | 3.40 |
| 06/05/08 | Conference with J. Posner regarding material needed from W.R. Grace. | W001 | RMH | 2.00 |
| 06/05/08 | Meeting regarding pending issues concerning insurance recovery (2.20).  Attention to issues relating to settlement discussions (3.20). | W001 | RYC | 5.40 |

{D0126552.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| July 15, 2008 | | INVOICE: | | 226575 |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/06/08 | Analysis of selected umbrella/excess insurance policies re: premises coverage issues (6.40); review/revise insurance policy data spreadsheets (.80). | W001 | GFF | 7.20 |
| 06/06/08 | Per R. Chung request, continued update of Insurance company "Right to Associate" research (2.50); continued CGL policy research and charting re: Defense Costs language issues regarding only policies with Premises Coverage availability (3.50). | W001 | HEG | 6.00 |
| 06/06/08 | Continued to review CIP settlement agreement information and insurance policy information re: "defense costs" and "follow form" endorsements." | W001 | IF | 3.00 |
| 06/06/08 | Work on allocation spreadsheets (1.30); adding Relles cost data to matrix (.50). | W001 | MG | 1.80 |
| 06/06/08 | Attention to Plan of Reorganization. | W001 | RMH | 3.00 |
| 06/06/08 | Review matters relating to plan of reorganization and findings of fact regarding insurance provisions. | W001 | RYC | 2.20 |
| 06/07/08 | Work on allocation spreadsheets (1.50); adding Relles cost data to matrix (1.50). | W001 | MG | 3.00 |
| 06/08/08 | Continue work on allocation spreadsheets (2.00); adding Relles cost data to matrix (1.40). | W001 | MG | 3.40 |
| 06/09/08 | Insurance policy analysis re: insurance company right to approve/participate in settlements (1.20); Insurance policy analysis re: various premises coverage issues (4.80); review/revise insurance policy data spreadsheets (1.10). | W001 | GFF | 7.10 |
| 06/09/08 | Continued work on CGL policy analysis for defense language provisions in only those policies available for Premises coverage(2.00); results charted as necessary (1.00). | W001 | HEG | 3.00 |
| 06/09/08 | Review and preparation of provisions re: insurance company meddling in Settlement Payments by Trust and "Right to Associate" and "consent to settle" provisions. | W001 | IF | 2.50 |
| 06/09/08 | Excess drop down research. | W001 | KES | 1.30 |
| 06/09/08 | Attention to plan. | W001 | RMH | 1.00 |

{D0126552.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:       100055.WRG01

July 15, 2008                                          INVOICE:           226575

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/09/08 | Attention to matters re. insurance insolvencies. | W001 | RYC | 2.70 |
| 06/10/08 | Prepared policies for W.R. Grace Insurance Company for defense cost review. | W001 | CM | 3.00 |
| 06/10/08 | Insurance policy analysis re: various asbestos premises coverage issues (5.20); review/revise insurance policy data spreadsheets (1.30). | W001 | GFF | 6.50 |
| 06/10/08 | Re: Bear Stearns decision, in-depth analysis of Grace primaries for potential negative "Right to Settle" language (2.00); Right to Associate language reexamined per R. Chung research request (1.50); 84-85 policies researched re: Premises/Defense Language (.50). | W001 | HEG | 4.00 |
| 06/10/08 | Continued to review Grace insurance policies re: "defense costs" and "follow form" language. | W001 | IF | 1.00 |
| 06/10/08 | Continued to review and study Grace insurance policies re: "Consent to Settle/Voluntary Payments" and "Right to Associate." | W001 | IF | 1.00 |
| 06/10/08 | Perform legal research re: excess drop down in insurance coverage actions. | W001 | KES | 1.00 |
| 06/10/08 | Work on allocation for demands | W001 | MG | 2.00 |
| 06/10/08 | Attention to plan. | W001 | RMH | 2.00 |
| 06/10/08 | Follow-up re: insolvent available coverage (1.00); review and analysis re: insurance company affirmative defense issues (3.50). | W001 | RYC | 4.50 |
| 06/11/08 | Additional review of and revisions to bill. | W011 | AHP | 0.80 |
| 06/11/08 | Prepared policies for W.R. Grace Insurance Company for defense cost review. | W001 | CM | 5.00 |
| 06/11/08 | Analysis of insurance policies/related documents re: insurance company right to approve settlement of claims (3.10); insurance policy analysis re: various premises coverage issues (1.80). | W001 | GFF | 4.90 |
| 06/11/08 | Per R. Horkovich request, continued to review implications of bad Bear Stearns decision and Consent to Settle issues (2.00); additional primary policy analysis re: same (1.00). | W001 | HEG | 3.00 |

{D0126552.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE               MATTER:      100055.WRG01

July 15, 2008                                INVOICE:        226575

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/11/08 | Continued to review Grace insurance policies re: "defense costs" and "follow form." | W001 | IF | 1.50 |
| 06/11/08 | Reviewed CNA Primary insurance policies re: "Retrospective Premium Plan," "Consent to Settle" provisions and "Claims Service Agreements." | W001 | IF | 2.50 |
| 06/11/08 | Review notes and prepare research strategy re: consent to settle (.60); begin research re: same (2.00). | W001 | KES | 2.60 |
| 06/11/08 | Work on allocation for demands | W001 | MG | 1.80 |
| 06/11/08 | Outline potential defenses that the insurance companies may assert. | W001 | RMH | 10.00 |
| 06/11/08 | Review and comment upon fee application. | W011 | RYC | 0.60 |
| 06/11/08 | Review policies and research re. consent to settle issues. | W001 | RYC | 2.80 |
| 06/12/08 | Additional review of and revisions to bill (.50); preparation of final bill (.50). | W011 | AHP | 1.00 |
| 06/12/08 | Prepared policies for W.R. Grace Insurance Company for defense cost review. | W001 | CM | 8.00 |
| 06/12/08 | Analysis of selected insurance policies re: insurance company right to approve settlement of claims (2.60); insurance policy analysis re: premises coverage issues (3.30). | W001 | GFF | 5.90 |
| 06/12/08 | Continued issue of Primary & Umbrella interpretations of "Consent to Settle" language for R. Horkovich. | W001 | HEG | 1.00 |
| 06/12/08 | Reviewed and prepared "Consent to Settle" information re: primary and umbrella insurance policies. | W001 | IF | 2.00 |
| 06/12/08 | Reviewed and prepared "defense costs" and "follow form" information re: Grace insurance policies. | W001 | IF | 1.50 |
| 06/12/08 | Review communications re: strategy to recover assets. | W001 | KES | 0.60 |
| 06/12/08 | Work on allocation for demands | W001 | MG | 1.70 |
| 06/12/08 | Attention to Midland Insurance Company exposure. | W001 | RMH | 1.00 |

{D0126552.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

July 15, 2008                                                      INVOICE:              226575

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/12/08 | Analysis of consent to settle issues (1.50); analysis of insolvent coverage issues (1.50); analysis of insurance company defenses to claims (2.00). | W001 | RYC | 5.00 |
| 06/13/08 | Analysis of selected insurance policies re: premises coverage issues/loss payable issues (5.00); review/revise policy data spreadsheets (1.20). | W001 | GFF | 6.20 |
| 06/13/08 | Continued Premises/Defense Language policy review and charting (2.00); attend Midland conference call with J. Posner (1.00); follow-up research issues re: Midland deadlines. (.50). | W001 | HEG | 3.50 |
| 06/13/08 | Continued to review Grace insurance policies re: "defense costs" and "follow form." (2.50). Updated "consent to settle" and "voluntary payments" information. (1.00). | W001 | IF | 3.50 |
| 06/13/08 | Perform legal research re: excess carrier drop down in coverage litigation. | W001 | KES | 2.90 |
| 06/13/08 | Conference call re: Midland settlement offer (1.00); work on allocation for demands (2.00). | W001 | MG | 3.00 |
| 06/13/08 | Conference with Mr. Posner regarding Midland Insurance Company. | W001 | RMH | 1.00 |
| 06/13/08 | Review status of insurance company insolvencies (1.00); attention to consent provisions in policies (3.50). | W001 | RYC | 4.50 |
| 06/16/08 | Prepared policies for W.R. Grace Insurance Company for defense cost review. | W001 | CKN | 6.50 |
| 06/16/08 | Prepared policies for W.R. Grace Insurance company for defense cost review. | W001 | CM | 7.00 |
| 06/16/08 | Analysis of selected insurance policies re: asbestos premises coverage issues (4.30); review/revise policy information spreadsheets (.90). | W001 | GFF | 5.20 |
| 06/16/08 | Additional Consent to Settle issues researched per R. Chung request. | W001 | HEG | 1.00 |
| 06/16/08 | Continued to review and prepare Grace insurance policy materials re: "CNA Settlement Agreement" "defense costs" and "follow form." | W001 | IF | 1.50 |

{D0126552.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                        **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                                    MATTER:        100055.WRG01

July 15, 2008                                                                          INVOICE:            226575

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/16/08 | Continued to review and study Grace insurance policies re: "consent to settle" and "voluntary payment" provisions. | W001 | IF | 3.20 |
| 06/16/08 | Perform additional research re: excess carriers and "drop down" (1.40); review and analyze case law re: same (1.00). | W001 | KES | 2.40 |
| 06/16/08 | Work on allocations | W001 | MG | 1.80 |
| 06/16/08 | Draft disclosure statement. | W001 | RMH | 2.00 |
| 06/16/08 | Continue consent to settle review of policies. | W001 | RYC | 6.50 |
| 06/17/08 | Prepared policies for W.R. Grace Insurance Company for defense cost review. | W001 | CKN | 2.50 |
| 06/17/08 | Prepared policies for W.R. Grace Insurance company for defense cost review. | W001 | CM | 7.00 |
| 06/17/08 | Insurance policy analysis re: premises coverage issues. | W001 | GFF | 3.40 |
| 06/17/08 | Additional Consent to Settle research per R. Chung request. | W001 | HEG | 0.50 |
| 06/17/08 | Prepared and reviewed Grace insurance policy information re: "consent to settle" and "voluntary payments." | W001 | IF | 1.00 |
| 06/17/08 | Continue research re: excess "drop down" and insolvent carriers and review and analyze case law re: same (2.50); prepare communication to M. Garbowski re: same (1.50). | W001 | KES | 4.00 |
| 06/17/08 | Review, analyze policies, and research regarding settlement issues in connection with remaining insurance assets. | W001 | RYC | 6.70 |
| 06/18/08 | Insurance policy analysis re: asbestos premises coverage issues. | W001 | GFF | 2.30 |
| 06/18/08 | Additional Premises availability/Defense Costs research inputted onto spreadsheet | W001 | HEG | 2.00 |
| 06/18/08 | Perform additional research re: "excess drop down" and issues pertaining to settlement with carriers below policy limits. | W001 | KES | 2.10 |
| 06/18/08 | Work on allocation spreadsheets | W001 | MG | 2.00 |

{D0126552.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| July 15, 2008 | | INVOICE: | | 226575 |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/18/08 | Continued review, analysis of policies, and research regarding settlement issues in connection with remaining insurance assets. | W001 | RYC | 6.80 |
| 06/19/08 | Continued entry of Premises/Defense Costs research into spreadsheet (1.00); research, review and discuss response to proposed disclosure statement section on insurance coverage valuations and availability per R. Horkovich request (3.50); created detailed written alternative response citing apparent computation errors and ambiguities (1.50). | W001 | HEG | 6.00 |
| 06/19/08 | Review draft disclosure statement (.50); work on memo re: same (2.00); review new Posner data (.50). | W001 | MG | 3.00 |
| 06/19/08 | Edit disclosure statement (4.00). Attention to a settlement offer from one insurance company (1.00). Draft response for committee consideration (3.00). | W001 | RMH | 8.00 |
| 06/19/08 | Attention to allocation and related issues in connection with analysis for settlement discussions including review of relevant policy terms. | W001 | RYC | 4.00 |
| 06/20/08 | Review/factor coverage remaining from recently received documents from Kirkland & Ellis. | W001 | GFF | 5.90 |
| 06/20/08 | Reviewed remaining insurance policy limits information in Confirmation Plan. | W001 | IF | 2.50 |
| 06/20/08 | Reviewed Coverage In Place Settlement Agreement information and Posner information. | W001 | IF | 1.00 |
| 06/20/08 | Reviewed Grace availability in 1984-1985 tower. | W001 | IF | 1.30 |
| 06/20/08 | Continue research re: consent to settle and requirement of notice (.40); review and analyze recent New York Court of Appeals decision re: failure to obtain consent prior to settlement (.40). | W001 | KES | 0.80 |
| 06/20/08 | Work on memo re: draft disclosure statement (1.70); review new Posner data (.40). | W001 | MG | 2.10 |
| 06/20/08 | Attention to and edit disclosure statement. | W001 | RMH | 1.00 |

{D0126552.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

July 15, 2008                                                                INVOICE:        226575

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/20/08 | Continued attention to allocation and related issues in connection with analysis for settlement discussions including review of relevant policy terms. | W001 | RYC | 3.30 |
| 06/23/08 | Analysis of selected insurance policies re: asbestos premises coverage issues (3.30); review/revise Grace Disclosure Statement re: asbestos coverage (.90). | W001 | GFF | 4.20 |
| 06/23/08 | Detailed review of newly produced Grace/J. Posner spreads and charts showing updated erosion/exhaustion and remaining products coverage (2.50); some additional reworking of response to disclosure statement inaccuracies (1.00); discussions re: best way to approach creating work product showing degrees of erosion and exhaustion in particular coverage towers (.50); assisted M Garbowski in responding to queries re: monies needed to totally exhaust coverage (1.50); additional tower exhaustion and remaining allocation determinations for potential settling insurance company relevant coverage towers per M. Garbowski request (1.50). | W001 | HEG | 7.00 |
| 06/23/08 | Reviewed Grace pleadings re: Scott's Cos claims. | W001 | IF | 0.50 |
| 06/23/08 | Helped to prepare amount of "exhausted" and "not-exhausted" limits for 1981-1985 policy years. | W001 | IF | 3.00 |
| 06/23/08 | Helped to review and prepare information re: Confirmation Plan insurance policy information. | W001 | IF | 2.00 |
| 06/23/08 | Research Montana law and review case law re: consent to settle with insurance companies (1.50); continue research of New York law re: same (1.00); begin research of cooperation clause and issue with failure to comply (1.00); prepare communication to R. Chung re: consent to settle issue (.60); complete memorandum of law re: same (3.50). | W001 | KES | 8.60 |
| 06/23/08 | Revise draft disclosure statement re: insurance issues | W001 | MG | 2.80 |

{D0126552.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:        100055.WRG01

July 15, 2008                                          INVOICE:           226575

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/23/08 | Hearing with Judge Fitzgerald (2.00). Attention to Scott's claim (2.00). | W001 | RMH | 4.00 |
| 06/23/08 | Follow-up research and analysis regarding consent to settle, voluntary payments, and cooperation provisions in policies (3.20). Research Scott's claim to Grace's coverage under a vendor endorsement and draft preliminary e-mail analysis (2.70). Analysis of disclosure statement issues (1.30). | W001 | RYC | 7.20 |
| 06/24/08 | Insurance policy analysis re: "additional insured" (Scots) issues (3.80); policy analysis re: asbestos premises coverage issues (2.80). | W001 | GFF | 6.60 |
| 06/24/08 | Assisted M. Garbowski in determining total exhaustion of all products coverage scenario by review and analysis of 1981-1984 coverage towers and calculating relative erosion, exhaustion and availability of each player (2.50); devising and utilizing a mathematical allocation methodology to allow for certain policies under CIP arrangements to be accounted for (2.50). Spreads created to demonstrate findings (2.00). | W001 | HEG | 7.00 |
| 06/24/08 | Helped to review and prepare information re: "Grace liability to exhaust all coverage." | W001 | IF | 1.50 |
| 06/24/08 | Reviewed and studied Grace primary and umbrella and sampling of excess insurance policies re: "additional insured - vendors" language. | W001 | IF | 2.50 |
| 06/24/08 | Continue research re: excess dropdown and settlement of policy limits. | W001 | KES | 1.50 |
| 06/24/08 | Work on allocation issues and issue re: total claims necessary to exhaust coverage | W001 | MG | 2.00 |
| 06/24/08 | Edit disclosure statement (2.00). Attention to Scott's claim (2.00). Confer with Mark Hurford (1.00). | W001 | RMH | 5.00 |

{D0126552.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE          MATTER:    100055.WRG01

July 15, 2008                            INVOICE:      226575

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/24/08 | Attention to coverage issues regarding Plan (2.80). Analysis of Scott's claim to Grace's coverage under a vendor endorsement draft follow-up e-mail analysis including conferences with M. Hurford regarding Scott's claim and review follow-up e-mail documentation (2.50). | W001 | RYC | 5.30 |
| 06/25/08 | Review/revise spreadsheets on Vendor coverage (.30); insurance policy analysis re: premises coverage issues (2.60). | W001 | GFF | 2.90 |
| 06/25/08 | Attention to variation on policy tower exhaustion/availability analysis (1.00); in-depth allocation work to assist M. Garbowski in determining condition of all players beneath key settling player in four relevant policy tower years (2.00). | W001 | HEG | 3.00 |
| 06/25/08 | Reviewed insurance policy information re: potentially settling insurance company Settlement Agreement preparation. | W001 | IF | 0.50 |
| 06/25/08 | Reviewed and finalized Vendor language of primary and umbrella insurance policies. | W001 | IF | 1.00 |
| 06/25/08 | Prepare memorandum to M. Garbowski re: excess dropdown coverage | W001 | KES | 2.00 |
| 06/25/08 | Work on GEICO allocation and issue re: total claims necessary to exhaust coverage | W001 | MG | 3.00 |
| 06/25/08 | Edit disclosure statement (3.00). Attention to Scott's claim for coverage (2.00). | W001 | RMH | 5.00 |
| 06/25/08 | Follow-up coverage analysis regarding adversary proceeding (2.80). Draft consent to settlement memo (1.70). Attention to remaining Libby issues and analysis (2.30). | W001 | RYC | 6.80 |
| 06/26/08 | Spoke Kenneth Sharperson, searched in-house database for materials re: Consent-to-settlement. Gave materials to Kenneth Sharperson. | W001 | CKN | 1.00 |
| 06/26/08 | Additional policy tower exhaustion analysis as part of potential settlement liability determinations per M. Garbowski | W001 | HEG | 1.00 |

{D0126552.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:     100055.WRG01

July 15, 2008                                 INVOICE:        226575

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/26/08 | Perform legal research re: whether Grace, after giving notice to the insurance companies, can seek reimbursement for the settlement (4.00); review and analyze cases re: same (2.20); prepare memorandum of law re: same (1.50). | W001 | KES | 6.70 |
| 06/26/08 | Attention to Scott's claim for coverage (2.00). Communicate with Grace regarding disclosure statement (.50). Confer with Mr. Lockwood regarding same (.50). Attention to Burlington Northern motion (1.00). | W001 | RMH | 4.00 |
| 06/26/08 | Follow-up and respond to inquiries regarding third party coverage issues (2.20). Revise memo regarding underlying settlement issues (4.00). | W001 | RYC | 6.20 |
| 06/27/08 | Insurance analysis re: vendor coverage issues (.80); insurance analysis re: premises coverage issues (1.30). | W001 | GFF | 2.10 |
| 06/27/08 | Assisted R. Chung with follow form and consent to settle issues (1.00); continued detailed exhaustion/erosion and availability allocation spreads for possible settlement (3.00). | W001 | HEG | 4.00 |
| 06/27/08 | Continue to research exhaustion of coverage issue. | W001 | KES | 1.10 |
| 06/27/08 | Confer with Jan Baer and Jeff Posner regarding disclosure statement edits and Scott's claim (1.00). Confer with FCR counsel Rick Wyron regarding potential settlements (1.00). | W001 | RMH | 2.00 |
| 06/27/08 | Follow-up re. insurance adversary proceeding inquiries (1.50); draft and revise issues in Plan pertaining to coverage memo (5.70). | W001 | RYC | 7.20 |
| 06/28/08 | Insurance coverage analysis. | W001 | RMH | 1.00 |
| 06/29/08 | Perform additional research in various jurisdictions re: difference between settlement and excess carrier coverage. | W001 | KES | 3.60 |
| 06/29/08 | Finalize memo re. coverage issues resulting from underlying settlement and Plan. | W001 | RYC | 3.50 |
| 06/30/08 | Analysis of insurance policies/related documents re: vendor coverage. | W001 | GFF | 0.90 |

{D0126552.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                      **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE         MATTER:     100055.WRG01

July 15, 2008                                                                    INVOICE:           226575

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 06/30/08 | Review and analyze case law re: settlement and excess dropdown (1.60); prepare memorandum of law re: same (2.00). | W001 | KES | 3.60 |
| 06/30/08 | Research and draft memo re. third party insurance coverage issues. | W001 | RYC | 5.40 |

**TOTAL FEES:**                                                                           **$201,822.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE                       MATTER:        100055.WRG01

July 15, 2008                                         INVOICE:            226575

**FEE SUMMARY**

|                       | RATE    | HOURS  | TOTALS     |
|-----------------------|---------|--------|------------|
| Arline H. Pelton      | 220.00  | 4.00   | 880.00     |
| Channell Mellish      | 80.00   | 30.00  | 2,400.00   |
| Corina K. Nastu       | 200.00  | 10.00  | 2,000.00   |
| Glenn F. Fields       | 295.00  | 92.40  | 27,258.00  |
| Harris E. Gershman    | 245.00  | 71.50  | 17,517.50  |
| Izak Feldgreber       | 255.00  | 50.70  | 12,928.50  |
| Karen G. Rozinski     | 220.00  | 3.50   | 770.00     |
| Kathleen Samet        | 150.00  | 1.50   | 225.00     |
| Kenneth E. Sharperson | 395.00  | 44.80  | 17,696.00  |
| Mark Garbowski        | 520.00  | 41.80  | 21,736.00  |
| Robert M. Horkovich   | 790.00  | 57.30  | 45,267.00  |
| Robert Y. Chung       | 520.00  | 102.20 | 53,144.00  |
| **TOTAL FEES:**       |         |        | **$201,822.00** |

{D0126552.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 16

| | | |
|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
| July 15, 2008 | INVOICE: | 226575 |

### SUMMARY OF SERVICES BY ACTIVITY

### **THIS BILLING PERIOD**

ACTIVITY CODE: W001       Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---:|---:|
| Corina K. Nastu | 10.00 | 2,000.00 |
| Channell Mellish | 30.00 | 2,400.00 |
| Glenn F. Fields | 92.40 | 27,258.00 |
| Harris E. Gershman | 71.50 | 17,517.50 |
| Izak Feldgreber | 50.70 | 12,928.50 |
| Kenneth E. Sharperson | 44.80 | 17,696.00 |
| Karen G. Rozinski | 3.50 | 770.00 |
| Kathleen Samet | 1.50 | 225.00 |
| Mark Garbowski | 41.80 | 21,736.00 |
| Robert M. Horkovich | 57.30 | 45,267.00 |
| Robert Y. Chung | 101.60 | 52,832.00 |
| **TOTAL:** | **505.10** | **$200,630.00** |

ACTIVITY CODE: W011       Fee Applications (Applicant)

| | HOURS | TOTALS |
|---|---:|---:|
| Arline H. Pelton | 4.00 | 880.00 |
| Robert Y. Chung | 0.60 | 312.00 |
| **TOTAL:** | **4.60** | **$1,192.00** |

{D0126552.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 17

| | | MATTER: | 100055.WRG01 |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | | |
| July 15, 2008 | | INVOICE: | 226575 |

**COSTS through 06/30/08**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 05/29/08 | LOCAL TRAVEL Cab from 1251 6 AVE to QUEENS BLVD for KAREN ROZINSKI on 05/29/08;voucher 75747; Invoice# 1410 604 | E109 | 45.90 |
| 06/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges - May 1 - 31, 2008 | E106 | 120.31 |
| 06/04/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 06/04/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 06/04/08 | DI - PHOTOCOPYING - | E101 | 2.50 |
| 06/05/08 | DI - PHOTOCOPYING - | E101 | 1.25 |
| 06/05/08 | DI - PHOTOCOPYING - | E101 | 1.25 |
| 06/05/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 06/05/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 06/05/08 | DI - PHOTOCOPYING - | E101 | 4.25 |
| 06/06/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 06/10/08 | DI - PHOTOCOPYING - | E101 | 0.75 |
| 06/10/08 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 06/11/08 | DI - PHOTOCOPYING - | E101 | 11.25 |
| 06/12/08 | DI - PHOTOCOPYING - | E101 | 3.25 |
| 06/12/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 06/13/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 06/13/08 | DI - PHOTOCOPYING - | E101 | 1.25 |
| 06/13/08 | DI - PHOTOCOPYING - | E101 | 0.75 |
| 06/16/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 06/16/08 | DI - PHOTOCOPYING - | E101 | 1.25 |
| 06/16/08 | DI - PHOTOCOPYING - | E101 | 13.75 |
| 06/16/08 | DI - PHOTOCOPYING - | E101 | 3.50 |
| 06/17/08 | DI - PHOTOCOPYING - | E101 | 2.75 |
| 06/19/08 | DI - FAX CHARGES - | E104 | 3.00 |
| 06/19/08 | DI - FAX CHARGES - | E104 | 6.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                             **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 18

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

July 15, 2008                                                       INVOICE:           226575

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 06/20/08 | DI - FAX CHARGES - | E104 | 7.50 |
| 06/23/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 06/23/08 | DI - PHOTOCOPYING - | E101 | 24.75 |
| 06/23/08 | DI - PHOTOCOPYING - | E101 | 4.00 |
| 06/24/08 | DI - PHOTOCOPYING - | E101 | 4.50 |
| 06/26/08 | DI - FAX CHARGES - | E104 | 4.50 |
| 06/26/08 | DI - FAX CHARGES - | E104 | 4.50 |
| 06/27/08 | DI - PHOTOCOPYING - | E101 | 6.25 |
| 06/27/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| **TOTAL COSTS:** | | | **$284.96** |

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| FX | DI - FAX CHARGES - | 25.50 |
| LB | LIBRARY & LEGAL RESEARCH | 120.31 |
| LT | LOCAL TRAVEL | 45.90 |
| XE | DI - PHOTOCOPYING - | 93.25 |
| **TOTAL COSTS:** | | **$284.96** |
| **TOTAL DUE:** | | **$202,106.96** |

{D0126552.1 }