**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX  75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/30/2008 | 44961 |

| BILL TO |
|---|
| Bilzin Sumberg Dunn Baena Price & Axelrod<br>Luisa Flores<br>First Union Financial Center,<br>200 S. Biscayne Blvd. Suite 2500<br>Miami, Florida  33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | Staff time and out of pocket expenses in connection with the W. R. Grace hearing. | | |
| | | | GI: Gina Intrepido, CP: Carla Peak, JK: JoAnn King, SW: Shannon Wheatman, SLB: Sandy Lee Brown; JAK: Judith Kooker; PT: Philip Turicik; LS: Lauran Schultz; EJ: Evan Jackson | | |
| GI | 0.3 | 5/29/2008 | Pull files for Friday call and for bar date hearing. | 325.00 | 97.50 |
| GI | 0.2 | 5/30/2008 | Logistics and preparation to attend hearing in Pittsburgh. | 325.00 | 65.00 |
| SW | 12.6 | 6/2/2008 | Travel to WR Grace hearing in Pittsburgh; review Debtor's materials in preparation for hearing; attend hearing. | 325.00 | 4,095.00 |
| SW | 1.3 | 6/11/2008 | Review revised debtor's notice and provide comments for client review. | 325.00 | 422.50 |
| Reimb. Air & ... | | | Travel agent fee for G. Intrepido's Pittsburgh air travel for WR Grace Hearing on 6/2/08. | 39.00 | 39.00 |
| Reimb. Air & ... | | | Travel agent service fee for Dr. Wheatman's Pittsburgh travel for WR Grace Hearing on 6/2/08. | 39.00 | 39.00 |
| Reimb. Air & ... | | | Dr. Wheatman's Pittsburgh air travel for WR Grace Hearing on 6/2/08. | 327.00 | 327.00 |
| Reimb. Air & ... | | | Travel agent fee due to Dr. Wheatman taking a later flight after WR Grace hearing in Pittsburgh. | 35.00 | 35.00 |
| Reimb. Air & ... | | | Flight change fee due to Dr. Wheatman taking a later flight after WR Grace hearing in Pittsburgh on 06/02/08. | 156.00 | 156.00 |
| Reim. Auto | | | Dr. Wheatman's transportation from PHL airport for WR Grace Hearing on 6/2/08, in Pittsburgh. | 134.00 | 134.00 |

Billing contact: JoAnn King, (215) 721-2120, jking@hilsoft.com. Fed. ID 23-2785427
Thank you.

**Total**

**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX  75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/30/2008 | 44961 |

| BILL TO |
|---|
| Bilzin Sumberg Dunn Baena Price & Axelrod<br>Luisa Flores<br>First Union Financial Center,<br>200 S. Biscayne Blvd. Suite 2500<br>Miami, Florida  33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| Reim. Auto | | | Dr. Wheatman's transportation to PHL airport for WR Grace Hearing on 6/2/08, in Pittsburgh. | 133.50 | 133.50 |
| Reim. Meal | | | Dr. Wheatman's dinner during WR Grace hearing. | 3.72 | 3.72 |
| Reim. Meal | | | Dr. Wheatman's lunch during WE Grace hearing. | 9.24 | 9.24 |
| Reim. Meal | | | Dr. Wheatman's breakfast during WR Grace hearing. | 6.52 | 6.52 |
| Reim. Auto | | | Dr. Wheatman's taxi to WR Grace hearing. | 47.00 | 47.00 |
| Reim. Auto | | | Dr. Wheatman's taxi from WR Grace hearing. | 47.00 | 47.00 |
| MCI | | | Reimbursed Costs-Telephone calls from 04/17/08 to 04/21/08. | 0.72 | 0.72 |

Billing contact: JoAnn King, (215) 721-2120, jking@hilsoft.com. Fed. ID 23-2785427
Thank you.

**Total** $5,657.70