IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 6th day of August 2008, a true and correct copy of the Official Committee of Unsecured Creditors of W.R. Grace & Co. and Bank Lender Group's First Request for Production of Documents, First Set of Interrogatories, and First Request for Admission to Debtors was caused to be served upon the following in the manner indicated:

*Via Email and Hand Delivery*

James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market St., 17th Floor
Wilmington, DE 19801
Email: joneill@pszyjw.com

*Via Email and Federal Express*

David M. Bernick, P.C.
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601
Email: dbernick@kirkland.com
       eleon@kirkland.com

LANDIS RATH & COBB LLP

/s/ Richard S. Cobb

Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
J. Landon Ellis (No. 4852)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

672.001-21473.DOC

Stephen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064

*Counsel to the Bank Lenders*