IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 6th day of August 2008, a true and correct copy of the Official Committee of Unsecured Creditors of W.R. Grace & Co. and Bank Lender Group's First Set of Interrogatories to the Equity Committee was caused to be served upon the following in the manner indicated:

*Via Email and Hand Delivery*

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, 14th Floor
Wilmington, DE 19801
Email: teresa.currier@bipc.com

*Via Email and Federal Express*

Philip Bentley, Esquire
Douglas H. Mannal, Esquire
Keith Martorana, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Email: pbentley@kramerlevin.com
       mannal@kramerlevin.com
       martorana@kramerlevin.com

LANDIS RATH & COBB LLP

/s/ Richard S. Cobb

Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
J. Landon Ellis (No. 4852)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

672.001-21474.DOC

Stephen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY  10019-6064

*Counsel to the Bank Lenders*