```
Date: 08/06/08              Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 06/14/08  Relles    / (16) Plan and Disclosure Statement      1.0       475.00
 #5202     develop Trust simulation software, produce parameter 475.00
           estimates for TDP based on latest Manville data

 06/15/08  Relles    / (16) Plan and Disclosure Statement      1.0       475.00
 #5204     develop Trust simulation software, produce parameter 475.00
           estimates for TDP based on latest Manville data

 06/16/08  Relles    / (16) Plan and Disclosure Statement      1.0       475.00
 #5205     develop Trust simulation software, produce parameter 475.00
           estimates for TDP based on latest Manville data

 06/17/08  Peterson  / (16) Plan and Disclosure Statement      0.8       640.00
 #5006     Review sources and assumptions about TDP            800.00
           qualification rates for simulations

 06/17/08  Relles    / (16) Plan and Disclosure Statement      1.0       475.00
 #5207     develop Trust simulation software, produce parameter 475.00
           estimates for TDP based on latest Manville data

 06/18/08  Peterson  / (16) Plan and Disclosure Statement      2.3      1840.00
 #5007     Review draft TDP and Trust agreements               800.00

 06/25/08  Peterson  / (16) Plan and Disclosure Statement      0.5       400.00
 #5014     telephone Relles re: TDP results                    800.00

 06/25/08  Peterson  / (16) Plan and Disclosure Statement      1.4      1120.00
 #5015     Review revised TDP analyses                         800.00

 06/25/08  Relles    / (16) Plan and Disclosure Statement      0.5       237.50
 #5212     telephone Peterson re: TDP results                  475.00
```

{D0126753.1 }

```
Date: 08/06/08            Legal Analysis Systems, Inc.
Time: 8:00am                                                        Page 2

                    W. R. Grace


Date/Slip# Description                                 HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 06/03/08  Peterson  / (28) Data Analysis                   3.3     2640.00
 #5001     Review trial exhibits                          800.00

 06/04/08  Peterson  / (28) Data Analysis                   2.2     1760.00
 #5002     Make final edits to trial exhibits             800.00

 06/05/08  Peterson  / (28) Data Analysis                   2.7     2160.00
 #5003     Review entire set of trial exhibits            800.00

 06/05/08  Relles    / (28) Data Analysis                   0.3      142.50
 #5201     download and review graphics                   475.00

 06/14/08  Peterson  / (28) Data Analysis                   0.2      160.00
 #5004     Telephone Relles to plan modifications to trust 800.00
           simulations

 06/14/08  Relles    / (28) Data Analysis                   0.2       95.00
 #5203     Telephone Peterson to plan modifications to trust 475.00
           simulations

 06/17/08  Peterson  / (28) Data Analysis                   0.2      160.00
 #5005     Telephone Relles to plan modifications to trust 800.00
           simulations

 06/17/08  Relles    / (28) Data Analysis                   0.2       95.00
 #5206     Telephone Peterson to plan modifications to trust 475.00
           simulations

 06/18/08  Peterson  / (28) Data Analysis                   1.8     1440.00
 #5008     Review trust analyses                          800.00

 06/18/08  Relles    / (28) Data Analysis                   1.5      712.50
 #5208     run revised Trust simulations                  475.00

 06/19/08  Peterson  / (28) Data Analysis                   2.8     2240.00
 #5009     Review EPA report on environmental exposures   800.00

 06/19/08  Relles    / (28) Data Analysis                   2.5     1187.50
 #5209     update Trust projections                       475.00

 06/20/08  Peterson  / (28) Data Analysis                   0.8      640.00
 #5010     Review interrogatories re: Libby               800.00

 06/20/08  Peterson  / (28) Data Analysis                   2.3     1840.00
 #5011     Review Cohn letter re: Libby claimants; review 800.00
           related data
```

{D0126753.1 }

```
Date: 08/06/08            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 3

                    W. R. Grace


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 06/20/08  Peterson    / (28) Data Analysis                    0.3       240.00
 #5012     telephone Relles re: update Trust projections     800.00

 06/20/08  Relles      / (28) Data Analysis                    1.0       475.00
 #5210     update Trust projections (0.7); telephone Peterson 475.00
           (0.3) re: same

 06/21/08  Relles      / (28) Data Analysis                    1.0       475.00
 #5211     run Trust simulations                             475.00

 06/24/08  Peterson    / (28) Data Analysis                    2.6      2080.00
 #5013     Review Libby claims                               800.00

 06/25/08  Peterson    / (28) Data Analysis                    0.6       480.00
 #5016     Review emails on epidemiological forecasts for   800.00
           asbestos

 06/30/08  Peterson    / (28) Data Analysis                    2.0      1600.00
 #5017     Examine revised trust forecast                   800.00
-------------------------------------------------------------------------------
```

{D0126753.1 }

```
Date: 08/06/08            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 4

                  W. R. Grace

            Summary Of Time Charges, By Month and Activity
                       June 2008 - June 2008

    MONTH     ACTIVITY                                      HOURS     AMOUNT
    ---------------------------------------------------------------------
    June    - (16) Plan and Disclosure Statement             9.5    6137.50
    June    - (28) Data Analysis                            28.5   20622.50
    June    - (99) Total                                    38.0   26760.00

    Total   - (16) Plan and Disclosure Statement             9.5    6137.50
    Total   - (28) Data Analysis                            28.5   20622.50
    Total   - (99) Total                                    38.0   26760.00

    ---------------------------------------------------------------------
```

{D0126753.1 }

```
Date: 08/06/08              Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 5

                    W. R. Grace

              Summary Of Time Charges, By Month and Person
                       June 2008 - June 2008

  MONTH      PERSON                                          HOURS      AMOUNT
  ----------------------------------------------------------------------------
  June       - Relles                                         11.2     5320.00
  June       - Peterson                                       26.8    21440.00
  June       - Total                                          38.0    26760.00

  Total      - Relles                                         11.2     5320.00
  Total      - Peterson                                       26.8    21440.00
  Total      - Total                                          38.0    26760.00

  ----------------------------------------------------------------------------
```

{D0126753.1 }

```
Date: 08/06/08            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 6

                 W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                       June 2008 - June 2008

MONTH      PERSON                                  HOURS    RATE    AMOUNT
---------------------------------------------------------------------------
(16) Plan and Disclosure Statement

June     - Relles                                    4.5    475.    2137.50
June     - Peterson                                  5.0    800.    4000.00

(28) Data Analysis

June     - Relles                                    6.7    475.    3182.50
June     - Peterson                                 21.8    800.   17440.00

---------------------------------------------------------------------------
```

{D0126753.1 }