IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

    Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Bank Debt Holders and the Administrative Agent in the above-referenced cases, and on the 7th day of August, 2008, she caused a copy of the following

**NOTICE OF SERVICE [D.I. 19246]**
**and**
**NOTICE OF SERVICE [D.I. 19247]**

to be served upon the parties on the attached list via first class mail or in the manner as indicated.

_____
Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 7th day of July, 2008.

_____
Notary Public

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 20, 2011

672.001-21483.DOC

(Counsel to Debtors)
David M. Bernick, P.C.
Theodore L. Freedman, Esq.
Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

**HAND DELIVERY**
(Counsel to Debtors)
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Kathleen P. Makowski, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
William S. Katchen, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Arlene G. Krieger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

(Counsel to Equity Committee)
Philip Bentley, Esq.
Douglas H. Mannal, Esq.
Keith Martorana, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

**HAND DELIVERY**
(Counsel to Equity Committee)
Teresa K.D. Currier, Esq.
Buchanan, Ingersoll & Rooney, P.C.
1000 West Street, Suite 1410
Wilmington, DE 19801

**HAND DELIVERY**
(Counsel to Property Damage Claimants)
Michael B. Joseph, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19801

(Counsel to Property Damage Claimants)
Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

**HAND DELIVERY**
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

(Counsel to the Official Committee of Asbestos Personal Injury Claimants)
Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

(Counsel to Future Claimants' Representative)
John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

(Counsel to Future Claimants' Representative)
Richard H. Wyron, Esq.
Orrick, Herrington & Sutcliffe, LLP
3050 K Street, NW
Suite 300
Washington, DC  20007

**HAND DELIVERY**
David Klauder, Esq.
Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801