# EXHIBIT B

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 7th day of August, 2008, I caused a copy of the following documents to be served on the individuals on the attached service lists in the manner indicated:

**DEBTORS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS; AND**

**DEBTORS' FIRST SET OF INTERROGATORIES DIRECTED TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS.**

*/s/ James E. O'Neill*
James E. O'Neill (Bar No. 4042)

91100-001\DOCS_DE:134674.28

**W. R. Grace 8/7/08 Discovery Request**
**Service List**
Case No. 01-1139 (JKF)
Doc. No. 139426
03 - Hand Delivery
04 – Via Facsimile

*Hand Delivery*
(Counsel to Equity Committee)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397

*Hand Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Hand Delivery*
(Counsel to Libby Claimants)
J. Landon Ellis, Esquire
Richard S. Cobb, Esquire
Jim Green, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1600
Wilmington, DE  19801

*Via Facsimile – 212-806-6006*
(Counsel to Official Committee of
Unsecured Creditors)
Arlene Krieger, Esquire
Lewis Kruger, Esquire
Ken Pasquale, Esquire
Stroock & Stroock & Lavan LLP

*Via Facsimile – 212-757-3990*
(Counsel to the Bank Lenders)
Andrew N. Rosenberg, Esquire
Stephen J. Shimshak, Esquire
Margaret A. Phillips, Esquire
Rebecca R. Zubaty, Esquire
Paul, Weiss, Rifkind, Wharton
& Garrison LLP

*Via Facsimile – 212-715-8000*
(Counsel to Equity Committee)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP

*Via Facsimile – 973-556-1380*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP