# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 6th day of August, 2008, I caused a copy of the following documents to be served on the individuals on the attached service lists in the manner indicated:

**DEBTORS' FIRST SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS DIRECTED TO JP MORGAN CHASE BANK, IN ITS CAPACITY AS AGENT FOR THE LENDERS; AND**

**DEBTORS' FIRST SET OF INTERROGATORIES DIRECTED TO JP MORGAN CHASE BANK, IN ITS CAPACITY AS AGENT FOR THE LENDERS.**

James E. O'Neill (Bar No. 4042)

91100-001\DOCS_DE:134674.28

**W. R. Grace 8/6/08 Discovery Request**
**Email Service List**
Case No. 01-1139 (JKF)
Doc. No. 139430
15 – Via Email

*Via Email Delivery*
(Counsel to Equity Committee)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
teresa.currier@bipc.com

*Via Email Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard Riley, Esquire
Duane, Morris & Heckscher LLP
mlastowski@duanemorris.com
rwriley@duanemorris.com

*Via Email Delivery*
(Counsel to Libby Claimants)
J. Landon Ellis, Esquire
Richard S. Cobb, Esquire
Jim Green, Esquire
Landis Rath & Cobb LLP
ellis@lrclaw.com
cobb@lrclaw.com
green@lrclaw.com

*Via Email Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
Arlene Krieger, Esquire
Lewis Kruger, Esquire
Ken Pasquale, Esquire
Stroock & Stroock & Lavan LLP
akrieger@stroock.com
lkruger@stroock.com
kpasquale@stroock.com

*Via Email Delivery*
(Counsel to the Bank Lenders)
Andrew N. Rosenberg, Esquire
Stephen J. Shimshak, Esquire
Margaret A. Phillips, Esquire
Rebecca R. Zubaty, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
arosenberg@paulweiss.com
sshimshak@paulweiss.com
mphillips@paulweiss.com
rzubaty@paulweiss.com

*Via Email Delivery*
(Counsel to Equity Committee)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
pbentley@kramerlevin.com

*Via Email Delivery*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
WSKatchen@duanemorris.com