THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 6th day of August 2008, a true and correct copy of the **Debtors' First Set of Requests for Production of Documents Directed to Lehman Commercial Paper Inc. and Debtors' First Set of Interrogatories Directed to Lehman Commercial Paper Inc.**, were served on the individuals listed on the Certificate of Service attached hereto as Exhibit A in the manner indicated therein.

PLEASE TAKE FURTHER NOTICE that on the 7th day of August 2008 a true and correct copy of the **Debtors' First Set of Requests for Production of Documents Directed to Lehman Commercial Paper Inc. and Debtors' First Set of Interrogatories Directed to Lehman Commercial Paper Inc.** were served on the individuals listed on the Certificate of Service attached hereto as Exhibit B in the manner indicated therein.

91100-001\DOCS_DE:132680.3

Dated: August 7, 2007

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ James E. O'Neill*

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:   (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession