**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtor.** | ) | Objection Date: August 28, 2008 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**TWENTY-SIXTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO.,
FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS'
REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD
MARCH 1, 2008 THROUGH MARCH 31, 2008**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | March 1, 2008 – March 31, 2008 |
| 80% of Compensation sought as actual, reasonable and necessary: | $40,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a   _x_ monthly                 __ interim                          ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### MARCH 1-31, 2008

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 5.0 | NA |
| Case Administration Related | 4.1 | NA |
| Financial Analysis Related | 166.7 | NA |
| Hearings | 34.0 | NA |
| **TOTAL** | **209.8** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

**TOTAL Out-of-Pocket Expenses:**                    **$ 0.00**


Respectfully submitted,

PIPER JAFFRAY & CO.

By:/S/ JASON SOLGANICK
        Jason Solganick
        150 East 42nd St.
        New York, New York 10017
        (212) 284-9586
        Financial Advisor to David T. Austern
        Future Claimants' Representative

Dated: August 5, 2008

---

1 Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.