# EXHIBIT A

## W.R. Grace
### PJC Time Records
### March-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 3/3/2008 | 2.0 | Financial Analysis | Settlement analyses |
| Jason Solganick | 3/3/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/3/2008 | 3.0 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 3/3/2008 | 3.0 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 3/3/2008 | 2.0 | Financial Analysis | Settlement analyses |
| Jason Solganick | 3/4/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 3/5/2008 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 3/5/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/5/2008 | 3.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 3/5/2008 | 3.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 3/5/2008 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 3/6/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 3/6/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/6/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jonathan Brownstein | 3/6/2008 | 1.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Maika Hemphill | 3/6/2008 | 3.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Desiree Davis | 3/7/2008 | 0.2 | Financial Analysis | Review of Grace's 8K |
| Jason Solganick | 3/7/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/7/2008 | 0.5 | Financial Analysis | Review of Grace's 8K |
| Jonathan Brownstein | 3/7/2008 | 0.5 | Financial Analysis | Review of Grace's 8K |
| Maika Hemphill | 3/7/2008 | 0.2 | Financial Analysis | Review of Grace's 8K |
| Jason Solganick | 3/10/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 3/11/2008 | 0.2 | Financial Analysis | Review of Grace's 8K |
| Jason Solganick | 3/11/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/11/2008 | 0.5 | Financial Analysis | Review of Grace's 8K |
| Jonathan Brownstein | 3/11/2008 | 0.5 | Financial Analysis | Review of Grace's 8K |
| Maika Hemphill | 3/11/2008 | 0.2 | Financial Analysis | Review of Grace's 8K |
| Jason Solganick | 3/12/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/13/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/14/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/14/2008 | 0.5 | Financial Analysis | Review of DIP information |
| Jonathan Brownstein | 3/14/2008 | 0.5 | Financial Analysis | Review of DIP information |
| Desiree Davis | 3/17/2008 | 4.0 | Hearing | Telephonic court hearing |
| Jason Solganick | 3/17/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/17/2008 | 1.0 | Financial Analysis | POR documentation |
| Jason Solganick | 3/17/2008 | 4.0 | Hearing | Telephonic court hearing |
| Jonathan Brownstein | 3/17/2008 | 1.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 3/17/2008 | 4.0 | Hearing | Telephonic court hearing |
| Maika Hemphill | 3/17/2008 | 4.0 | Hearing | Telephonic court hearing |
| Desiree Davis | 3/18/2008 | 2.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 3/18/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/18/2008 | 2.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jonathan Brownstein | 3/18/2008 | 2.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Maika Hemphill | 3/18/2008 | 3.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Desiree Davis | 3/19/2008 | 0.5 | Business Operations | Call re: Retention issues & Libby |
| Desiree Davis | 3/19/2008 | 1.0 | Financial Analysis | Settlement analyses |
| Desiree Davis | 3/19/2008 | 1.0 | Financial Analysis | Review of an 8K on comparable company |
| Jason Solganick | 3/19/2008 | 0.5 | Business Operations | Call re: Retention issues & Libby |
| Jason Solganick | 3/19/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 3/19/2008 | 1.0 | Financial Analysis | Settlement analyses |
| Jason Solganick | 3/19/2008 | 1.0 | Financial Analysis | Review of an 8K on comparable company |
| Jonathan Brownstein | 3/19/2008 | 0.5 | Business Operations | Call re: Retention issues & Libby |
| Jonathan Brownstein | 3/19/2008 | 1.0 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 3/19/2008 | 0.5 | Financial Analysis | Review of an 8K on comparable company |
| Maika Hemphill | 3/19/2008 | 0.5 | Business Operations | Call re: Retention issues & Libby |
| Maika Hemphill | 3/19/2008 | 1.0 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 3/19/2008 | 0.5 | Financial Analysis | Review of an 8K on comparable company |
| Desiree Davis | 3/20/2008 | 0.5 | Financial Analysis | POR call |
| Desiree Davis | 3/20/2008 | 0.2 | Financial Analysis | Review of Grace's 8K |
| Desiree Davis | 3/20/2008 | 2.0 | Financial Analysis | POR analyses & documentation |
| Desiree Davis | 3/20/2008 | 4.5 | Financial Analysis | Comparable company analyses |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### March-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 3/20/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/20/2008 | 0.5 | Financial Analysis | POR call |
| Jason Solganick | 3/20/2008 | 0.3 | Financial Analysis | Review of Grace's 8K |
| Jason Solganick | 3/20/2008 | 5.0 | Financial Analysis | POR analyses & documentation |
| Jonathan Brownstein | 3/20/2008 | 0.5 | Financial Analysis | POR call |
| Jonathan Brownstein | 3/20/2008 | 0.3 | Financial Analysis | Review of Grace's 8K |
| Jonathan Brownstein | 3/20/2008 | 4.0 | Financial Analysis | POR analyses & documentation |
| Maika Hemphill | 3/20/2008 | 0.5 | Financial Analysis | POR call |
| Maika Hemphill | 3/20/2008 | 0.2 | Financial Analysis | Review of Grace's 8K |
| Maika Hemphill | 3/20/2008 | 1.5 | Financial Analysis | POR analyses & documentation |
| Maika Hemphill | 3/20/2008 | 6.0 | Financial Analysis | Comparable company analyses |
| Jason Solganick | 3/21/2008 | 0.1 | Case Administration | Review court docket |
| Desiree Davis | 3/24/2008 | 2.0 | Financial Analysis | Settlement analyses |
| Desiree Davis | 3/24/2008 | 4.5 | Financial Analysis | Comparable company analyses |
| Desiree Davis | 3/24/2008 | 4.5 | Hearing | Telephonic court hearing |
| Jason Solganick | 3/24/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/24/2008 | 3.0 | Financial Analysis | Settlement analyses |
| Jason Solganick | 3/24/2008 | 4.5 | Hearing | Telephonic court hearing |
| Jonathan Brownstein | 3/24/2008 | 3.5 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 3/24/2008 | 4.5 | Hearing | Telephonic court hearing |
| Maika Hemphill | 3/24/2008 | 2.0 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 3/24/2008 | 5.0 | Financial Analysis | Comparable company analyses |
| Maika Hemphill | 3/24/2008 | 4.5 | Hearing | Telephonic court hearing |
| Desiree Davis | 3/25/2008 | 4.0 | Financial Analysis | POR analyses & documentation |
| Desiree Davis | 3/25/2008 | 3.0 | Financial Analysis | Comparable company analyses |
| Jason Solganick | 3/25/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 3/25/2008 | 7.0 | Financial Analysis | POR analyses & documentation |
| Jonathan Brownstein | 3/25/2008 | 6.5 | Financial Analysis | POR analyses & documentation |
| Maika Hemphill | 3/25/2008 | 4.0 | Financial Analysis | POR analyses & documentation |
| Maika Hemphill | 3/25/2008 | 4.5 | Financial Analysis | Comparable company analyses |
| Desiree Davis | 3/26/2008 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 3/26/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/26/2008 | 4.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 3/26/2008 | 5.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 3/26/2008 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 3/27/2008 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 3/27/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 3/27/2008 | 4.0 | Financial Analysis | POR analyses |
| Jason Solganick | 3/27/2008 | 0.5 | Financial Analysis | Review of claim information |
| Jonathan Brownstein | 3/27/2008 | 3.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 3/27/2008 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 3/28/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/28/2008 | 2.0 | Financial Analysis | Review of comparable company analyses |
| Jonathan Brownstein | 3/28/2008 | 2.0 | Financial Analysis | Review of comparable company analyses |
| Jason Solganick | 3/31/2008 | 1.5 | Business Operations | Review of environmental information |
| Jason Solganick | 3/31/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 3/31/2008 | 3.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 3/31/2008 | 1.5 | Business Operations | Review of environmental information |