# EXHIBIT B

**W.R. Grace**
**Detail of expenses (March 1, 2008 – March 31, 2008)**

**TOTAL EXPENSES:** $ 0.00