**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtor. ) | Objection Date: August 28, 2008 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

**TWENTY-SEVENTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**APRIL 1, 2008 THROUGH APRIL 30, 2008**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | April 1, 2008 – April 30, 2008 |
| 80% of Compensation sought as actual, reasonable and necessary: | $40,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $315.67 |

This is a   __x__ monthly       ___ interim       ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### APRIL 1-30, 2008

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 3.5 | NA |
| Case Administration Related | 4.5 | NA |
| Financial Analysis Related | 111.0 | NA |
| Hearings | 8.0 | NA |
| **TOTAL** | **127.0** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Research | $ 163.60 |
| Telephone | 152.07 |

**TOTAL Out-of-Pocket Expenses:**          $ 315.67

Respectfully submitted,

PIPER JAFFRAY & CO.

By: /S/ JASON SOLGANICK
   Jason Solganick
   150 East 42nd St.
   New York, New York 10017
   (212) 284-9586
   Financial Advisor to David T. Austern
   Future Claimants' Representative

Dated: August 5, 2008

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.