# EXHIBIT A
## W.R. Grace
**PJC Time Records**
**April-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 4/1/2008 | 0.5 | Financial Analysis | POR analyses |
| Jason Solganick | 4/1/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/1/2008 | 0.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 4/1/2008 | 0.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 4/1/2008 | 0.5 | Financial Analysis | POR analyses |
| Desiree Davis | 4/2/2008 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 4/2/2008 | 2.0 | Financial Analysis | Settlement analyses |
| Jason Solganick | 4/2/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/2/2008 | 3.5 | Financial Analysis | POR analyses |
| Jason Solganick | 4/2/2008 | 2.0 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 4/2/2008 | 3.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 4/2/2008 | 3.5 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 4/2/2008 | 3.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 4/2/2008 | 1.5 | Financial Analysis | Settlement analyses |
| Desiree Davis | 4/3/2008 | 4.0 | Financial Analysis | Settlement analyses |
| Jason Solganick | 4/3/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/3/2008 | 5.0 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 4/3/2008 | 5.0 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 4/3/2008 | 2.0 | Financial Analysis | Settlement analyses |
| Desiree Davis | 4/4/2008 | 2.5 | Financial Analysis | POR analyses |
| Jason Solganick | 4/4/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/4/2008 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 4/4/2008 | 4.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 4/4/2008 | 2.5 | Financial Analysis | POR analyses |
| Jason Solganick | 4/5/2008 | 1.0 | Financial Analysis | POR analyses |
| Desiree Davis | 4/7/2008 | 3.0 | Financial Analysis | Settlement analyses |
| Jason Solganick | 4/7/2008 | 1.0 | Business Operations | Review of objections to Libby settlement |
| Jason Solganick | 4/7/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/7/2008 | 5.0 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 4/7/2008 | 1.0 | Business Operations | Review of objections to Libby settlement |
| Jonathan Brownstein | 4/7/2008 | 4.0 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 4/7/2008 | 2.5 | Financial Analysis | Settlement analyses |
| Jason Solganick | 4/8/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/9/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/10/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/11/2008 | 1.5 | Business Operations | Review of ZAI motions & objections |
| Jason Solganick | 4/11/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/14/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/15/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/16/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 4/17/2008 | 2.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 4/17/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/17/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jonathan Brownstein | 4/17/2008 | 0.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Maika Hemphill | 4/17/2008 | 3.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 4/18/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 4/21/2008 | 2.0 | Hearing | Telephonic court hearing |
| Jason Solganick | 4/21/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/21/2008 | 2.0 | Hearing | Telephonic court hearing |
| Jonathan Brownstein | 4/21/2008 | 2.0 | Hearing | Telephonic court hearing |
| Maika Hemphill | 4/21/2008 | 2.0 | Hearing | Telephonic court hearing |
| Jason Solganick | 4/22/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/23/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 4/24/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 4/24/2008 | 2.5 | Financial Analysis | POR analyses |
| Desiree Davis | 4/25/2008 | 1.5 | Financial Analysis | Review of press release on comparable company and related analyses |
| Desiree Davis | 4/25/2008 | 1.5 | Financial Analysis | Review of 2008 operating plan |
| Jason Solganick | 4/25/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 4/25/2008 | 1.0 | Financial Analysis | Review of press release on comparable company and related analyses |
| Jason Solganick | 4/25/2008 | 1.5 | Financial Analysis | Review of 2008 operating plan |
| Jonathan Brownstein | 4/25/2008 | 0.3 | Financial Analysis | Review of press release on comparable company and related analyses |
| Jonathan Brownstein | 4/25/2008 | 1.5 | Financial Analysis | Review of 2008 operating plan |

# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**April-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Maika Hemphill | 4/25/2008 | 3.0 | Financial Analysis | Review of press release on comparable company and related analyses |
| Maika Hemphill | 4/25/2008 | 1.5 | Financial Analysis | Review of 2008 operating plan |
| Desiree Davis | 4/26/2008 | 1.5 | Financial Analysis | Review of press release on comparable company and related analyses |
| Jason Solganick | 4/26/2008 | 1.0 | Financial Analysis | Review of press release on comparable company and related analyses |
| Jonathan Brownstein | 4/26/2008 | 0.3 | Financial Analysis | Review of press release on comparable company and related analyses |
| Maika Hemphill | 4/26/2008 | 2.5 | Financial Analysis | Review of press release on comparable company and related analyses |
| Desiree Davis | 4/28/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 4/28/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/28/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jonathan Brownstein | 4/28/2008 | 0.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Maika Hemphill | 4/28/2008 | 3.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 4/29/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 4/30/2008 | 2.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 4/30/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/30/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jonathan Brownstein | 4/30/2008 | 0.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Maika Hemphill | 4/30/2008 | 3.5 | Financial Analysis | Review of earnings on comparable company and related analyses |