# EXHIBIT B

### W.R. Grace
### Detail of expenses (April 1, 2008 – April 30, 2008)

Research
| | | | |
|---|---|---|---|
| Jason Solganick | 04/17/08 | $ 163.60 | |
| | **Total Research:** | | **$ 163.60** |

Telephone
| | | | |
|---|---|---|---|
| Jason Solganick | 04/02/08 | $ 116.00 | |
| Jason Solganick | 04/02/08 | $  36.07 | |
| | **Total Telephone:** | | **$ 152.07** |

**TOTAL EXPENSES:** **$ 315.67**