**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., <u>et al</u>. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtor. ) | Objection Date: August 28, 2008 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

**TWENTY-EIGHTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD**
**MAY 1, 2008 THROUGH MAY 31, 2008**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | May 1, 2008 – May 31, 2008 |
| 80% of Compensation sought as actual, reasonable and necessary: | $40,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $76.34 |

This is a   __x__ monthly         ___ interim         ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### MAY 1-31, 2008

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 11.0 | NA |
| Case Administration Related | 4.5 | NA |
| Fee/Employment Applications | 0.5 | NA |
| Financial Analysis Related | 106.5 | NA |
| Hearings | 0.5 | NA |
| **TOTAL** | **123.0** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Telephone                                                                              $   76.34

**TOTAL Out-of-Pocket Expenses:**                                    **$  76.34**


       Respectfully submitted,

       PIPER JAFFRAY & CO.

       By: /S/ JASON SOLGANICK
           Jason Solganick
           150 East 42nd St.
           New York, New York 10017
           (212) 284-9586
           Financial Advisor to David T. Austern
           Future Claimants' Representative

Dated: August 5, 2008

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.