# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**May-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 5/1/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/2/2008 | 0.5 | Business Operations | Review of asset sale report |
| Jason Solganick | 5/2/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 5/5/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 5/6/2008 | 0.5 | Financial Analysis | Call re: Grace's 2008 plan |
| Desiree Davis | 5/6/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 5/6/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/6/2008 | 0.5 | Financial Analysis | Call re: Grace's 2008 plan |
| Jason Solganick | 5/6/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jonathan Brownstein | 5/6/2008 | 0.5 | Financial Analysis | Call re: Grace's 2008 plan |
| Jonathan Brownstein | 5/6/2008 | 0.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Maika Hemphill | 5/6/2008 | 0.5 | Financial Analysis | Call re: Grace's 2008 plan |
| Maika Hemphill | 5/6/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 5/7/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 5/7/2008 | 2.0 | Business Operations | Review of pension funding motion and materials |
| Jason Solganick | 5/7/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/7/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 5/7/2008 | 1.0 | Financial Analysis | Review of monthly operating report |
| Jonathan Brownstein | 5/7/2008 | 2.0 | Business Operations | Review of pension funding motion and materials |
| Jonathan Brownstein | 5/7/2008 | 0.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Maika Hemphill | 5/7/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 5/8/2008 | 3.0 | Financial Analysis | Settlement analyses |
| Jason Solganick | 5/8/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 5/8/2008 | 4.5 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 5/8/2008 | 5.0 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 5/8/2008 | 1.5 | Financial Analysis | Settlement analyses |
| Desiree Davis | 5/9/2008 | 2.5 | Financial Analysis | Settlement analyses |
| Jason Solganick | 5/9/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 5/9/2008 | 4.0 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 5/9/2008 | 5.0 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 5/9/2008 | 1.0 | Financial Analysis | Settlement analyses |
| Desiree Davis | 5/12/2008 | 4.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Jason Solganick | 5/12/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/12/2008 | 4.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Jonathan Brownstein | 5/12/2008 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Maika Hemphill | 5/12/2008 | 4.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 5/13/2008 | 2.0 | Financial Analysis | Review of press release of comparable company and related analyses |
| Desiree Davis | 5/13/2008 | 1.0 | Financial Analysis | Review of 10-Q filing |
| Jason Solganick | 5/13/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 5/13/2008 | 1.0 | Financial Analysis | Review of press release of comparable company and related analyses |
| Jason Solganick | 5/13/2008 | 1.0 | Financial Analysis | Review of 10-Q filing |
| Jonathan Brownstein | 5/13/2008 | 0.5 | Financial Analysis | Review of press release of comparable company and related analyses |
| Jonathan Brownstein | 5/13/2008 | 1.0 | Financial Analysis | Review of 10-Q filing |
| Maika Hemphill | 5/13/2008 | 2.5 | Financial Analysis | Review of press release of comparable company and related analyses |
| Maika Hemphill | 5/13/2008 | 1.0 | Financial Analysis | Review of 10-Q filing |
| Desiree Davis | 5/14/2008 | 1.0 | Business Operations | Pension call |
| Jason Solganick | 5/14/2008 | 1.0 | Business Operations | Pension call |
| Jason Solganick | 5/14/2008 | 1.0 | Business Operations | Review of pension materials |
| Jason Solganick | 5/14/2008 | 0.1 | Case Administration | Review court docket |
| Jonathan Brownstein | 5/14/2008 | 1.0 | Business Operations | Pension call |
| Jonathan Brownstein | 5/14/2008 | 1.0 | Business Operations | Review of pension materials |

# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**May-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Maika Hemphill | 5/14/2008 | 1.0 | Business Operations | Pension call |
| Jason Solganick | 5/15/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/16/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/16/2008 | 0.5 | Fee/Employment Applications | Review of Trustee objection to PJC retention |
| Desiree Davis | 5/19/2008 | 0.5 | Financial Analysis | Settlement analyses |
| Jason Solganick | 5/19/2008 | 0.5 | Business Operations | Review of revised pension motion |
| Jason Solganick | 5/19/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/19/2008 | 0.5 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 5/19/2008 | 0.5 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 5/19/2008 | 0.5 | Financial Analysis | Settlement analyses |
| Desiree Davis | 5/20/2008 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 5/20/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/20/2008 | 3.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 5/20/2008 | 5.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 5/20/2008 | 1.5 | Financial Analysis | POR analyses |
| Desiree Davis | 5/21/2008 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 5/21/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/21/2008 | 4.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 5/21/2008 | 3.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 5/21/2008 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 5/22/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/23/2008 | 0.1 | Case Administration | Review court docket |
| Desiree Davis | 5/26/2008 | 3.0 | Financial Analysis | Review of recent M&A transactions |
| Jason Solganick | 5/26/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 5/26/2008 | 2.0 | Financial Analysis | Review of recent M&A transactions |
| Jonathan Brownstein | 5/26/2008 | 2.5 | Financial Analysis | Review of recent M&A transactions |
| Maika Hemphill | 5/26/2008 | 5.0 | Financial Analysis | Review of recent M&A transactions |
| Jason Solganick | 5/27/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/28/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/29/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/30/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/30/2008 | 1.0 | Financial Analysis | Review of monthly operating report |
| Jason Solganick | 5/30/2008 | 0.5 | Hearings | Review of hearing agenda |