# EXHIBIT B

**W.R. Grace**
**Detail of expenses (May 1, 2008 – May 31, 2008)**

Telephone
| | | |
|---|---|---|
| Jason Solganick | 05/13/08 | $ 23.84 |
| Desiree Davis | 05/14/08 | $ 17.50 |
| Maika Hemphill | 05/15/08 | $ 17.50 |
| Maika Hemphill | 05/15/08 | $ 17.50 |
| | **Total Telephone:** | **$ 76.34** |

**TOTAL EXPENSES:** $ 76.34