# EXHIBIT A

**Libby, Montana Asbestos Litigation - 00300**

| Description | October | November | December | Total |
|---|---|---|---|---|
|  |  |  |  |  |
| Parking | $       - | $       - | $       - | $       - |
| Photocopies | $       - | $       - | $       - | $       - |
| Facsimilies | $       - | $       - | $       - | $       - |
| Long Distance Telephone | $       - | $       - | $       - | $       - |
| Outside Courier | $       - | $       - | $       - | $       - |
| Travel Expenses | $       - | $       - | $       - | $       - |
| Meal Expenses | $       - | $       - | $       - | $       - |
| Overtime | $       - | $       - | $       - | $       - |
| Other Expenses | $    426.40 | $       - | $    426.40 | $    852.80 |
| Lexis | $       - | $       - | $       - | $       - |
| Federal Express | $       - | $       - | $       - | $       - |
| Westlaw | $       - | $       - | $       - | $       - |
| Velo Binding | $       - | $       - | $       - | $       - |
| Color Copies | $       - | $       - | $       - | $       - |
| Outside Reproduction | $       - | $       - | $       - | $       - |
| Document Production | $       - | $       - | $       - | $       - |
| Tab Stock | $       - | $       - | $       - | $       - |
|  |  |  |  | $       - |
| **TOTAL** | $    426.40 | $       - | $    426.40 | $    852.80 |

Holme Roberts & Owen LLP

November 7, 2007

W.R. Grace

Page          5
Invoice No.:   786376
Client   No.:   04339
Matter   No.:   00300

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 09/27/07 | | Other Expense: VENDOR: IRON MOUNTAIN RECORDS; INVOICE#: JL96065; Monthly Storage | $ | 213.20 |
| 10/09/07 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: JU16503; September 2007 Monthly Storage | | 213.20 |
| | | **Total Disbursements:** | $ | 426.40 |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 426.40 |
| **Total Disbursements:** | $ | 426.40 |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$     219.96* |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |
| | 06/13/07 | Write Off | -70.34 |
| | 06/13/07 | Write Off Cancellation | 70.34 |
| | *Outstanding Balance on Invoice 679369:* | | *$      70.34* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |

Holme Roberts & Owen LLP

January 10, 2008

W.R. Grace

Page          5
Invoice No.:  792782
Client  No.:  04339
Matter  No.:  00300

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 11/15/07 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: JX52671; Storage | $ | 213.20 |
| 11/30/07 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: KE52687; DATE: 11/30/2007  -  Monthly Storage | | 213.20 |
| | | **Total Disbursements:** | $ | 426.40 |

### Disbursement Summary

| | | |
|--|--|--|
| Other Expense | $ | 426.40 |
| **Total Disbursements:** | $ | 426.40 |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | $  219.96 |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |
| | 06/13/07 | Write Off | -70.34 |
| | 06/13/07 | Write Off Cancellation | 70.34 |
| | *Outstanding Balance on Invoice 679369:* | | $  70.34 |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|---------|----------|----------|-------------|
| | | | October | November | December | |
| Flaagan, Elizabeth | Partner | $ 360.00 | 0.9 | 0.8 | 0 | $ 612.00 |
| Flaagan, Elizabeth | Partner | $ 400.00 | 0 | 0 | 0.6 | $ 240.00 |
| Haag, Susan | Paralegal | $ 160.00 | 1.1 | 1.8 | 0 | $ 464.00 |
| | | | | | 0 | |
| TOTAL | | | 2 | 2.6 | 0.6 | $ 1,316.00 |

**Bankruptcy Matters - 00390**

| Description | October | | November | | December | | Total | |
|---|---|---|---|---|---|---|---|---|
| Photocopies | $ | - | $ | 1.80 | | | $ | 1.80 |
| Facsimilies | $ | - | $ | - | $ | - | $ | - |
| Long Distance Telephone | $ | - | $ | - | $ | - | $ | - |
| Outside Courier | $ | - | $ | - | $ | - | $ | - |
| Travel Expenses | $ | - | $ | - | $ | - | $ | - |
| Lexis | $ | - | $ | - | $ | - | $ | - |
| Federal Express | $ | - | $ | - | $ | - | $ | - |
| Meal Expenses | $ | - | $ | - | $ | - | $ | - |
| Research Services | $ | - | $ | - | $ | - | $ | - |
| Professional Services | $ | 315.55 | $ | 1,013.56 | $ | 1,028.68 | $ | 2,357.79 |
| Postage | $ | - | $ | - | $ | - | $ | - |
| | | | | | | | | |
| TOTAL | $ | 315.55 | $ | 1,015.36 | $ | 1,028.68 | $ | 2,359.59 |

Holme Roberts & Owen LLP

November 7, 2007

W.R. Grace

Page            9
Invoice No.:    786376
Client  No.:    04339
Matter  No.:    00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|------|------|-------------|-------|---|-------|
| 10/29/07 | EKF | Review and revise April 2007 fee application (.2); review bankruptcy court docket re status of prior fee applications and deadlines (.3); conferences with SMHaag re fee application issues (.2); review and finalize May 2007 monthly fee application (.2). | 0.90 | $ | 324.00 |
| 10/30/07 | SH | Draft April and May 2007 monthly fee applications. | 1.10 | | 176.00 |
| | | **Total Fees Through October 31, 2007:** | **2.00** | **$** | **500.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|----------|------|------|------|-------|---|-------|
| EKF | Elizabeth Flaagan | Partner | $360.00 | 0.90 | $ | 324.00 |
| SH | Susan Haag | Paralegal | 160.00 | 1.10 | | 176.00 |
| | | **Total Fees:** | | **2.00** | **$** | **500.00** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|------|-----|-------------|---|--------|
| 10/19/07 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 308106; DATE: 10/19/2007 - Professional Services through September 30, 2007 | $ | 315.55 |
| | | **Total Disbursements:** | **$** | **315.55** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 315.55 |
| **Total Disbursements:** | **$** | **315.55** |

Holme Roberts & Owen LLP

December 12, 2007

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 790204 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 11/01/07 | SH | Draft June 2007 monthly fee application. | 0.50 | $    80.00 |
| 11/02/07 | EKF | Work on fee application issues (.3). | 0.30 | 108.00 |
| 11/05/07 | EKF | Review and revise October 2007 prebills/invoices for compliance with US Trustee Guidelines (.5). | 0.50 | 180.00 |
| 11/06/07 | SH | Draft 25th interim fee application. | 0.80 | 128.00 |
| 11/07/07 | SH | Finalize 25th interim fee application. | 0.50 | 80.00 |

| | | | | |
|---|---|---|---|---|
| | | **Total Fees Through November 30, 2007:** | **2.60** | **$   576.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $360.00 | 0.80 | $   288.00 |
| SH | Susan Haag | Paralegal | 160.00 | 1.80 | 288.00 |
| | | **Total Fees:** | | **2.60** | **$   576.00** |

**Please note that some individual timekeeper hourly rates will increase effective December 1, 2007**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 11/07/07 | 12 | Document Reproduction | $ | 1.80 |
| 11/09/07 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 308677; DATE: 11/9/2007 - Professional Services through October 31, 2007 | | 1,013.56 |
| | | **Total Disbursements:** | **$** | **1,015.36** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,013.56 |
| Document Reproduction | | 1.80 |
| **Total Disbursements:** | **$** | **1,015.36** |

Holme Roberts & Owen LLP

January 10, 2008

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 792782 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 12/05/07 | EKF | Review fee auditors 25th interim fee and expense chart. | 0.20 | $    80.00 |
| 12/10/07 | EKF | Review and revise November 2007 prebills/invoices for compliance with US Trustee Guidelines. | 0.40 | 160.00 |

| | | | | |
|---|---|---|---|---|
| | | **Total Fees Through December 31, 2007:** | **0.60** | **$    240.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $400.00 | 0.60 | $    240.00 |
| | | **Total Fees:** | | **0.60** | **$    240.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 12/07/07 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 309772; DATE: 12/7/2007 - Professional Services through November 30, 2007 | $    1,028.68 |
| | | **Total Disbursements:** | **$    1,028.68** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 1,028.68 |
| **Total Disbursements:** | **$** | **1,028.68** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |

# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth K. Flaagan | Partner | Bankruptcy | $360.00 | 1.7 | $612.00 |
| Elizabeth K. Flaagan | Partner | Bankruptcy | $400.00 | 0.6 | $240.00 |
| Susan Haag | Paralegal | Bankruptcy | $160.00 | 2.9 | $464.00 |
| **TOTAL** | | | | **5.2** | **$1,316.00** |

# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Photocopies | $1.80 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $0.00 |
| Other Expenses | $852.80 |
| Meal Expenses | $0.00 |
| Westlaw | $0.00 |
| Federal Express | $0.00 |
| Color Copies | $0.00 |
| Professional Billable Services | $2,357.79 |
| Velo Binding | $0.00 |
| **TOTALS** | **$3,212.39** |