# EXHIBIT A

**EXHIBIT A**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

----------------------------------------x

IN RE:              Chapter 11

                    Case No. 01-01139(JFK)

W.R. GRACE & CO., ET AL.,

                    Debtors.

----------------------------------------x

DEPOSITION OF FRANCO SEIF

New York, New York

Monday, March 26, 2007

Reported by:
AYDIL M. TORRES
JOB NO. 1-524

```
 1
 2
 3                    March 26, 2007
 4                    11:15 a.m.
 5
 6         Deposition of FRANCO SEIF,
 7    held at the offices of Hahn &
 8    Hessen, LLP, 488 Madison Avenue,
 9    New York, New York, pursuant to
10    Notice, before AYDIL M. TORRES, a
11    Notary Public of the State of
12    New York.
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1
 2    A P P E A R A N C E S:
 3
 4       HAHN & HESSEN, LLP
 5       Attorneys for Franco Seif
 6           488 Madison Avenue
 7           New York, New York 10022
 8       BY: STEVEN J. MANDELSBERG, ESQ.
 9
10
11
12       REED SMITH, LLP
13       Attorneys for Debtor
14           435 Sixth Avenue
15           Pittsburgh, PA 15219
16       BY: TRACI S. REA, ESQ.
17
18
19
20
21
22
23
24
25
```

              Franco Seif

1  
2  A.  It should.  
3  Q.  You state then on the next page  
4  "that this particular material had been  
5  painted with several layers of paint." It's  
6  the second paragraph. And then you say that  
7  "this was confirmed by maintenance personnel  
8  in the building who stated that the ceiling  
9  surface is painted on a regular basis."  
10      Do you know how often this ceiling  
11  was painted?  
12  A.  No.  
13  Q.  Did the maintenance personnel tell  
14  you how long that material had been on the  
15  ceiling?  
16  A.  No.  
17  Q.  Did they tell you that they knew  
18  that there was asbestos in that material?  
19  A.  I do not recall if they told me.  
20  Q.  And down towards the end of that  
21  page, in Section 3.2, the very last  
22  paragraph, second sentence, you state that,  
23  "The air movement will most likely cause  
24  erosion of the applied fireproofing material  
25  and thus carry asbestos fibers into the

1          Franco Seif

2  occupied space of the building."

3          When in the life of the building

4  would that occur?

5      A.   Is this for the next building?

6      Q.   Yes, for the Ventura County, and

7  the language, as you know, is in several of

8  the different buildings, but just as a

9  general matter, this idea, this concept of

10 air movement causing erosion, in your view,

11 when would that happen in the life of a

12 building?

13     A.   Any time and every time the HVA

14 system is running there is that likelihood

15 that there is air erosion.

16     Q.   Would you expect HVA system to

17 start running around the time that the

18 building construction has been completed?

19     A.   Definitely before it is occupied.

20     Q.   Which normally would be within the

21 first year after construction, would you say?

22     A.   Maybe.

23     Q.   Okay.

24          When did you first understand this

25 to be the case?

Page 53

1         Franco Seif

2            MR. MANDELSBERG: Objection.

3    Q.  I apologize. That is a poorly
4 worded question.
5         When did you develop the opinion
6 that air movement could cause erosion to the
7 applied fireproofing material?
8    A.  From the time I developed some
9 logic about air erosion. It doesn't have to
10 -- the speed of air causes erosion on any
11 material.
12   Q.  Would you say that's an opinion
13 that you've held for the past almost 20
14 years?
15   A.  Yes.
16   Q.  Have you advised building owners
17 over the past twenty years of this opinion?
18   A.  Yes.
19   Q.  And if you wanted to know whether
20 that air movement had actually eroded
21 materials, would you take air samples?
22   A.  Well, taking air samples have to be
23 a part of taking air samples. I'm not sure
24 if I'm being clear or not because if I take
25 an air sample today in this room, as part of

1        Franco Seif
2   time, any moment could be when nobody has
3   taken air samples, you know, then it becomes
4   an issue.
5        Q.  Okay, and my question was a little
6   bit different.
7             I just want to know, if you wanted
8   to test the theory that air movement from the
9   HVAC was causing erosion to the fireproofing,
10  would one of the ways to test that be through
11  air sampling, generally?
12       A.  Not necessarily.
13       Q.  How would you test that theory?
14       A.  The theory is tested -- the theory
15  exists based on physics, not based on air
16  tests.  If there is air moving around
17  material, especially if the material is
18  friable, then that air will begin to erode
19  that material and carries with it whatever
20  that material contains, whether it's silica
21  or whether it's asbestos fibers, or whether
22  it's any other cellulose-based fibers, the
23  air erodes at the material.  It is based on
24  physics.
25       Q.  Okay.

1                    Franco Seif

2   and the fireproofing actually causes erosion

3   of the applied fireproofing material and

4   carries asbestos fiber into the occupied

5   space?

6           A.   Any studies?

7           Q.   Uh-huh.

8           A.   I'm not aware of any studies.

9           Q.   If we can move to the next page,

10  it's 3.3. We're now on Office Building

11  Number 8 on Page 5 of your report.

12               It says in the very first paragraph

13  that this was an 18-story structural steel

14  building that was vacant.

15               Do you know why the building was

16  vacant?

17          A.   Yes.

18          Q.   Why?

19          A.   Because they were removing all the

20  fireproofing from the building.

21          Q.   How long had the building been

22  vacant?

23          A.   I'm not aware.

24          Q.   In the fourth paragraph there you

25  talk again about the HVAC system, and then

Case 01-01139-AMC    Doc 19266-1    Filed 08/08/08    Page 11 of 12

Page 58

1                        Franco Seif

2    the fourth sentence down you say, "Vibration

3    could be caused by several factors, such as

4    moving furniture or heavy office equipment

5    and that this may exacerbate the exposure to

6    asbestos in the occupied space."

7         A.    Yes.

8         Q.    When in the life of the building

9    would vibrations start to occur?

10        A.    At the time people begin to walk on

11   the floor above that -- above where the

12   surface is applied.

13        Q.    So that would be as soon as the

14   building is occupied?

15        A.    Yes.

16        Q.    This opinion that vibration can

17   exacerbate exposure, have you held that

18   opinion over the course of the last twenty

19   years?

20        A.    Yes, both of these, the vibration

21   and the air erosion are also taken from the

22   EPA standards.

23        Q.    Have you advised building owners

24   about this vibration issue over the past

25   twenty years?

1              Franco Seif

2      A.   Yes.

3      Q.   Have you seen any scientific

4 studies that establish that vibrations causes

5 exacerbation of exposure to the occupied

6 areas of asbestos fibers?

7      A.   I haven't seen scientific studies.

8 I have seen evidence.

9      Q.   You have seen no formal studies,

10 though, that would establish it?

11     A.   No, I have not.

12     Q.   In the next paragraph, the very

13 first sentence says, "The presence of friable

14 fireproofing material and the evidence of

15 fireproofing debris that settled on the

16 ceiling tile indicates that the potential of

17 exposure to asbestos is high for maintenance

18 personnel when conducting activities above

19 the suspended ceiling."

20          My first question for you is, is

21 the debris that you're talking about there,

22 did you test the asbestos content of that

23 debris?

24     A.   I'm sorry.  Could you --  I didn't

25 see where --