# EXHIBIT A

**WR Grace**
**March 2008 Hours**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | C/C with Frankel re: covenants for contingent instrument | 1.0 |
| | Review docket | 3.7 |
| | Research and write memo re: covenants for Orrrick | |
| Tue 4 | Covenant research | 2.4 |
| | Review docket | 0.2 |
| Wed 5 | Review docket | 1.1 |
| | Covenant research | 1.9 |
| | Call with Frankel re covenant research | |
| Thu 6 | Review docket | 1.0 |
| Fri 7 | C/C with Sinclair re covenants | 4.0 |
| | Review /analysis of COFC memo re: covenants | |
| | Bond market analysis | 2.7 |
| | C/C w/Frankel re same | |
| | Review docket | |
| Mon 10 | Review docket | 4.5 |
| | Multiple calls with Sinclair re sub nts, covenants | |
| | Call with frankel re covenant research | |
| | Memo re covenant analysis | |
| | Comp analysis re sr/sub nts | 2.4 |
| Tue 11 | Review docket | 5.1 |
| | Write new covenant memo | |
| | Call with Sinclair re enviro settlement, exit financing | |
| Wed 12 | Review docket | 1.0 |
| Thu 13 | Review docket | 0.2 |
| | Exit finc disc/research | 2.5 |
| | I/C re exit | 1.0 |
| | I/C re covenants | 0.7 |
| Fri 14 | Review docket | 2.0 |
| | I/C re DIP | |
| | calls with Orrick re: DIP | |
| Mon 17 | Review docket | 1.2 |
| | Call w/ Frankel re settlement | |
| | Covenant review/analysis | 3.1 |
| Tue 18 | Review docket | 1.0 |
| | Call w/ Frankel re settlement | |
| | Conv be review/analysis | 2.7 |
| Wed 19 | Call w/ Frankel re settlement | 4.0 |
| | I/Cs w/ Solganick re settlement analysis, structure | |
| | Review structure | |
| Thu 20 | Research on structured settlement options | 2.0 |
| Fri 21 | Review dockets | 1.8 |
| Mon 24 | Review docket | 0.3 |
| Tue 25 | Review docket | 0.2 |
| Wed 26 | Review docket | 0.1 |
| Thu 27 | Revised POR, DS discussions | 1.0 |
| Fri 28 | Review dockets | 3.2 |
| | Review Liqd analysis, POR calcs | |
| Mon 31 | Engagement discussion w/ Wyron | 0.8 |
| | | |
| TOTAL | | 58.8 |