# EXHIBIT B

<u>W.R. Grace</u>
<u>Detail of expenses (March 3, 2008 – March 31, 2008)</u>

<u>Telephone</u>
Joe Radecki        March 2008      $45.10
           **Total Telephone:**            **$45.10**

**TOTAL EXPENSES:**            $ 45.10