IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.<br><br>Debtor. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br>Jointly Administered<br><br>Objection Date: August 28, 2008 at 4:00 p.m.<br>Hearing: Scheduled if Necessary (Negative Notice) |

**SECOND MONTHLY INTERIM APPLICATION OF TRE ANGELI LLC, FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2008 THROUGH APRIL 30, 2008**

| | |
|---|---|
| Name of Applicant: | Tre Angeli LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | July 29, 2008 |
| Period for which compensation and reimbursement is sought: | April 1, 2008 – April 30, 2008 |
| 80% of Compensation sought as actual, reasonable and necessary: | $40,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $41.25 |

This is a    _x_ monthly        __ interim         ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### April 1-30, 2008

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Telephone                                                                $41.25

**TOTAL Out-of-Pocket Expenses:**                                        **$41.25**

Respectfully submitted,

TRE ANGELI LLC

By: _____
Joseph J. Radecki, Jr.
Connecticut Business Centers
Six Landmark Square, Suite 415
Stamford, CT 06901
(203) 359-5646
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: Aug 7, 2008

---

[1] Tre Angeli LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.