# EXHIBIT A

**WR Grace**
**April 2008 Hours**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Call w/Frankel re settlement | 0.5 |
| | Review docket | 0.4 |
| | Settlement analysis | 2.5 |
| Wed 2 | Call w/Frankel re settlement | 0.7 |
| | Settlement analysis | 2.0 |
| | Credit market analysis re sub | 2.3 |
| | Review docket | 0.8 |
| Thu 3 | Settlement analysis | 1.0 |
| | Term sheet review | 0.5 |
| | Covenent research | 1.0 |
| | Review docket | 0.3 |
| Fri 4 | Term sheet review | 3.0 |
| | Review docket | 2.1 |
| Mon 7 | Settlement analysis and discussion | 2.5 |
| | Grace confernce call re settlement | 1.0 |
| | Testimony review and prep | 1.1 |
| | Review docket | 0.9 |
| Tue 8 | Testimony review and prep | 3.5 |
| | Review docket | 0.5 |
| Wed 9 | Testimony review and prep | 2.9 |
| | Review docket | 0.8 |
| Thu 10 | Testimony review and prep | 4.7 |
| Fri 11 | Emp app w/ Felder | 0.5 |
| | Testimony review and prep | 2.0 |
| | Review docket | 1.2 |
| Mon 14 | Settlement disc | 3.4 |
| | Review docket | 0.2 |
| Tue 15 | Emp app w/ Felder | 0.8 |
| Wed 16 | Emp app disc w/pers counsel | 1.2 |
| | Review pot emp app | 1.2 |
| | Engagement letter review | 3.1 |
| Thu 17 | Emp app w/ Felder | 0.5 |
| | Review docket | 2.2 |
| Fri 18 | Emp app w/ Felder | 0.5 |
| | Review docket | 0.2 |
| Mon 21 | Review docket | 0.3 |
| Tue 22 | Review docket | 1.1 |
| Wed 23 | Review docket | 1.0 |
| Thu 24 | Call w/Wyron re default interest | 1.0 |
| | associated research on interest | 2.0 |
| Fri 25 | Comm /Wyron re application | 0.5 |
| | Review dockets | 0.8 |
| | Disc w/ creditors re default int | 2.4 |
| | Review int chg to models | 1.5 |
| TOTAL | | 62.6 |