# EXHIBIT B

### W.R. Grace
### Detail of expenses (April 1, 2008 – April 30, 2008)

Telephone
Joe Radecki              April 2008           $41.25
              **Total Telephone:**                    **$41.25**

**TOTAL EXPENSES:**                                   $41.25