# EXHIBIT A

**WR Grace**
**May 2008 Hours**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Discussions regarding terms, settlement | 2.2 |
| | Review docket | 0.6 |
| Fri 2 | Review docket | 0.7 |
| | I/D re tax planning | 1.0 |
| Mon 5 | Review docket | 0.3 |
| | Calls regarding cost of capital calculations | 1.4 |
| Tue 6 | Review docket | 0.5 |
| | Call w/ Solganick re:NPV of settlement | 0.4 |
| Wed 7 | Review docket | 0.9 |
| | Review and edit settlement analysis | 1.4 |
| | Call with counsel re settlement | 1.0 |
| Thu 8 | Review docket | 0.2 |
| | Review new NPV calc | 0.9 |
| | Discussion w/Solganick re NPVs | 0.4 |
| | Comp of NPVs with Tillinghast | 2.1 |
| Fri 9 | review docket | 0.8 |
| | Review/analyze financial results | 3.7 |
| | C/C regarding DIP financing, markets | 2.2 |
| Mon 12 | review docket | 1.1 |
| | Edit settlement analysis | 3.5 |
| | Prep for POR meeting | 1.2 |
| Tue 13 | Review/comp analysis re NPV sett and Tillinghast | 2.1 |
| | Discussion with counsel re sett/Tillinghast | 0.7 |
| Wed 14 | Review term sheets from Debtor | 3.1 |
| | I/D re POR sytrategy | 1.3 |
| | Review docket | 0.6 |
| Thu 15 | Comp term sheets | 4.5 |
| | Review docket | 0.2 |
| Fri 16 | Review obj employ fm UST | 0.5 |
| | I/D re same | 0.7 |
| | C/C re UST objection | 1.0 |
| Mon 19 | Disc w/ counsel re emp proposal fm UST | 0.3 |
| | Review docket | 0.4 |
| Tue 20 | Disc w/ counsel re emp proposal fm UST | 0.4 |
| | Review docket | 0.2 |
| Wed 21 | Disc w/ counsel re emp proposal fm UST | 0.6 |
| | Disc w/ counsel re pension plans | 0.6 |
| | Review docket | 0.7 |
| | C/C re settlement term sheet changes | 1.2 |
| Thu 22 | Review new proposal fm UST and disc w/ counsel | 0.7 |
| Fri 23 | Revise engagement letters | 0.9 |
| | Review dockets | 1.2 |
| Tue 27 | C/C re settlement term sheet changes | 3.4 |
| | Financial analysis re settlement | 3.1 |
| | Review docket | 0.2 |
| Wed 28 | Financial analysis re settlement | 2.5 |
| | Review docket | 0.3 |
| Thu 29 | Review docket | 1.0 |
| Fri 30 | New eng proposal from Ust | 0.3 |
| | Review same w./ counsel | 0.4 |
| | I/D w/ PJC re same | 0.4 |
| | Revise engagement letters | 3.1 |
| | TOTAL | 63.1 |