# EXHIBIT B

### W.R. Grace
### Detail of expenses (May 1, 2008 – May 31, 2008)

Telephone
Joe Radecki                    May 2008           $53.07
              **Total Telephone:**                              **$53.07**

**TOTAL EXPENSES:**                                              $53.07