

# EXHIBIT C
June Fee Application

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: August 15, 2008 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF THE EIGHTY-FIRST MONTHLY APPLICATION OF CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS FOR THE PERIOD FROM JUNE 1, 2008 THROUGH JUNE 30, 2008

Name of Applicant:                                     Casner & Edwards, LLP

Authorized to Provide Professional Services to:        W. R. Grace & Co., et al., Debtors and
                                                       Debtors-in-Possession

Date of Retention:                                     September 18, 2001,
                                                       effective as of September 18, 2001

Period for which compensation and                      June 1, 2008 through
reimbursement is sought:                               June 30, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $31,413.50  (80% = $25,130.80)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $12,482.97

This is an:    <u>X</u> monthly        ___ interim        ___ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |
| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |

| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
|---------|---------------------------|------------|-----------|--------------------------------|--------------------------------|
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |
| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |

3

| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |
| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |

4

| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served on counsel | No objections served on counsel |
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18//06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | No objections served on counsel | No objections served on counsel |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | No objections served on counsel | No objections served on counsel |
| 9/12/06 | 07/01/06 through 07/31/06 | $16,289.50 | $15,153.31 | No objections served on counsel | No objections served on counsel |
| 10/18/06 | 08/01/06 through 08/31/06 | $34,312.00 | $14,214.01 | No objections served on counsel | No objections served on counsel |
| 11/21/06 | 09/01/06 through 09/30/06 | $35,495.50 | $13,202.34 | No objections served on counsel | No objections served on counsel |
| 12/15/06 | 10/01/06 through 10/31/06 | $33,865.00 | $22,086.20 | No objections served on counsel | No objections served on counsel |
| 1/16/07 | 11/01/06 through 11/30/06 | $33,796.00 | $15,221.39 | No objections served on counsel | No objections served on counsel |
| 3/1/07 | 12/01/06 through 12/31/06 | $19,813.00 | $14,435.75 | No objections served on counsel | No objections served on counsel |
| 3/23/07 | 01/01/07 through 01/31/07 | $19,909.50 | $12,083.70 | No objections served on counsel | No objections served on counsel |
| 4/10/07 | 02/01/07 through 02/28/07 | $24,635.00 | $11,730.70 | No objections served on counsel | No objections served on counsel |
| 5/14/07 | 03/01/07 through 03/31/07 | $20,829.50 | $12,765.08 | No objections served on counsel | No objections served on counsel |
| 6/8/07 | 04/01/07 through 04/30/07 | $9,905.00 | $17,538.92 | No objections served on counsel | No objections served on counsel |
| 7/5/07 | 05/01/07 through 05/31/07 | $7,235.00 | $12,837.38 | No objections served on counsel | No objections served on counsel |
| 8/15/07 | 06/01/07 through 06/30/07 | $16,160.00 | $11,034.32 | No objections served on counsel | No objections served on counsel |

| 09/12/07 | 07/01/07 through 07/31/07 | $15,613.50 | $14,361.88 | No objections served on counsel | No objections served on counsel |
|----------|---------------------------|------------|------------|-------------------------------|-------------------------------|
| 10/10/07 | 08/01/07 through 08/31/07 | $18,956.00 | $12,010.22 | No objections served on counsel | No objections served on counsel |
| 10/31/07 | 09/01/07 through 09/30/07 | $6,938.50 | $14,182.33 | No objections served on counsel | No objections served on counsel |
| 12/17/07 | 10/01/07 through 10/31/07 | $16,557.00 | $12,003.26 | No objections served on counsel | No objections served on counsel |
| 1/17/08 | 11/01/07 through 11/30/07 | $12,850.00 | $12,756.91 | No objections served on counsel | No objections served on counsel |
| 2/8/08 | 12/01/07 through 12/31/07 | $12,508.00 | $11,948.15 | No objections served on counsel | No objections served on counsel |
| 3/19/08 | 01/01/08 through 01/31/08 | $16,372.50 | $11,960.75 | No objections served on counsel | No objections served on counsel |
| 4/8/08 | 02/01/08 through 02/29/08 | $10,699.00 | $12,800.90 | No objections served on counsel | No objections served on counsel |
| 5/9/08 | 03/01/08 through 03/31/08 | $15,714.00 | $14,514.06 | No objections served on counsel | No objections served on counsel |
| 6/6/08 | 04/01/08 through 04/30/08 | $12,506.50 | $13,197.31 | No objections served on counsel | No objections served on counsel |
| 7/1/08 | 05/01/08 through 05/31/08 | $13,718.00 | $12,417.53 | No objections served on counsel | No objections served on counsel |
| 7/24/08 | 06/01/08 through 06/30/08 | $31,413.50 | $12,482.97 | Pending | Pending |

As indicated above, this is the eighty-first application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 2.6 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $767.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

## Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 41 | Litigation | $295.00 | 6.30 | $1,858.50 |
| Robert A. Murphy | Senior Counsel | 41 | Litigation | No Charge | 0.15 | $0.00 |
| Donna B. MacKenna | Partner | 24 | Litigation | $260.00 | 0.40 | $104.00 |
| Matthew T. Murphy | Associate | 20 | Litigation | $255.00 | 59.20 | $15,096.00 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 24 | Litigation | $110.00 | 130.50 | $14,355.00 |
| TOTALS | | | | | 196.55 | $31,413.50 |

**Total Fees:**          **$31,413.50**

## Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Federal Express | $42.92 |
| Photocopying ($0.10/page) | $40.30 |
| Rent Reimbursement | $11,996.55 |
| Miscellaneous | $403.20 |
| TOTAL | $12,482.97 |

**Total Expenses:**          **$12,482.97**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 195.20 | $31,059.50 |
| Fee Applications, Applicant | 1.35 | $354.00 |
| Expenses | N/A | $12,482.97 |
| TOTALS | 196.55 | $43,896.47 |

Dated: July 24, 2008

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/441491

8

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: August 15, 2008 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## EIGHTY-FIRST MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM JUNE 1, 2008 THROUGH JUNE 30, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 17, 2008

Bill Number  20622
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**LEGAL SERVICES**

Through June 30, 2008

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/02/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.50 Hrs | $715.00 |
| 06/03/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 3.50 Hrs | $385.00 |
| 06/04/08 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $59.00 |
| 06/04/08 | ARA | Quality control personnel file and return it to repository (.4). Quality control documents reviewed by criminal defense attorney  (3.2). | 3.60 Hrs | $396.00 |
| 06/05/08 | DBM | Search for historical information on alternate names for attic fill per MTM's request. | 0.20 Hrs | $52.00 |
| 06/05/08 | MTM | Telephone call from in-house counsel re: alternate names for ZAI (.2); conference with DBM re: same (.1); review discovery responses to Personal Injury Creditors Committee re: same (.4); telephone call to in-house counsel re: same (.1). | 0.80 Hrs | $204.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/05/08 | ARA | Document control. | 6.50 Hrs | $715.00 |
| 06/06/08 | RAM | Telephone conference with MTM re: names of attic insulation manufacturers and where to locate such information. | 0.20 Hrs | $59.00 |
| 06/06/08 | MTM | Email to in-house counsel re: ZAI issue (.3); review documents re: same (1.3); telephone call from RAM re: my email response to in-house counsel (.2); telephone call to in-house counsel re: ZAI class action discovery re: his request (.2); review discovery responses in Lindholm, Barbanti and other class actions (1.2). | 3.20 Hrs | $816.00 |
| 06/06/08 | ARA | Document control. | 6.50 Hrs | $715.00 |
| 06/07/08 | RAM | Read email from MTM with second supplemental answers to PICC interrogatories; note to MTM re: same. | 0.10 Hrs | $29.50 |
| 06/09/08 | RAM | Conference with MTM re: whether certain discovery responses re: ZAI were served; review records for relevant information. Discussion with MTM re: Unifil. | 0.30 Hrs | $88.50 |
| 06/09/08 | MTM | Conference with RAM re: ZAI interrogatories in class actions (.2); conference with DBM re: same (.2); conference with RAM Re: Unifil (.1); review list re: same (.7). | 1.20 Hrs | $306.00 |
| 06/09/08 | ARA | Quality control documents in the production set. | 6.50 Hrs | $715.00 |
| 06/10/08 | RAM | Telephone call from and email from MTM re: Unifil. Telephone call to MTM re: another product. | 0.10 Hrs | $29.50 |
| 06/10/08 | MTM | Telephone call from ARA re: Unifil (.3); review ZAI advertising materials at Winthrop Square re: request from in-house counsel (2.8); telephone call to in-house counsel re: same (.2); email to in-house counsel re: same (.2). | 3.50 Hrs | $892.50 |
| 06/10/08 | ARA | Quality control documents in the production set (2.2). Per MTM's request, review ZAI documents re: other names for attic insulation (3.9). Telephone call from MTM requesting information on another insulation product ; review documents and telephone call to MTM with results (.9). | 7.00 Hrs | $770.00 |
| 06/11/08 | ARA | Quality control documents in the production set. | 6.50 Hrs | $715.00 |
| 06/12/08 | ARA | Quality control documents in the production set (4.5). Quality control documents in the production set previously produced to Personal Injury Creditors Committee (2.0). | 6.50 Hrs | $715.00 |
| 06/13/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee (4.9). Document control (1.0). | 5.90 Hrs | $649.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/16/08 | RAM | Read selected documents filed in bankruptcy court. | 0.60 Hrs | $177.00 |
| 06/16/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.00 Hrs | $660.00 |
| 06/17/08 | RAM | Conference with MTM re: request for photos of in place ZAI (.1); review files for same (.4). | 0.50 Hrs | $147.50 |
| 06/17/08 | MTM | Receipt and review of email from in-house counsel re: high resolution images of ZAI for bar date television commercial (.2); review files re: photos (.5); review list of storage files re: same (.8); draft response to in-house counsel re: potentially useful negatives at Winthrop Square (.4); telephone call from in-house counsel re: same (.2); telephone call to Kinsella re: utility of negatives at Winthrop Square (.2). Review negatives at Winthrop Square (1.0); letter to Kinsella forwarding same (.2). | 3.50 Hrs | $892.50 |
| 06/17/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee (5.5). Per MTM's request, review ZAI boxes with photos for negatives (1.5). | 7.00 Hrs | $770.00 |
| 06/18/08 | RAM | Read certain government exhibits re: project to determine when they were first in Winthrop Square (.2); conference with MTM re: same (.3). Read updated bankruptcy court docket entries to select documents to read (.2). Read selected documents filed in bankruptcy court (.3). | 1.00 Hrs | $295.00 |
| 06/18/08 | MTM | Receipt and review of email from K&E counsel re: certain government exhibits in the criminal case (.3); review file from December re: same (4.1); conference with RAM re: same (.3). | 4.70 Hrs | $1,198.50 |
| 06/18/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee (5.5). Per telephone call from MTM, search for and locate Brayton boxes; telephone call to MTM re: location of boxes and date of Brayton production (.6). | 6.10 Hrs | $671.00 |
| 06/19/08 | DBM | Conference with MTM re: search for production of documents re: certain government exhibits. | 0.20 Hrs | $52.00 |
| 06/19/08 | MTM | Work on project re: certain government exhibits - review memo re: history of document reviews, prior productions to plaintiffs (5.1); telephone call to ARA re: various indices re: same (.4); conference with DBM re: this project (.2); telephone call to K&E counsel re: same (.6). | 6.30 Hrs | $1,606.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/19/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee (4.8). Per MTM's call, review indices for date attorney review indices were created (1.6). | 6.40 Hrs | $704.00 |
| 06/20/08 | RAM | Conference with MTM re: project to determine when certain documents were first in the repository. | 0.20 Hrs | $59.00 |
| 06/20/08 | MTM | Work on project to identify production history for certain government exhibits (5.5); conference with RAM re: same (.2); telephone call to in-house counsel re: Goodwin, Procter & Hoar documents re: same (.3); telephone call from separate in-house counsel re: same (.3). | 6.30 Hrs | $1,606.50 |
| 06/20/08 | ARA | Quality control documents in the production set (2.5). Per MTM's instructions, review documents and government exhibits (4.5); arrange for Merrill to copy exhibits (.5). | 7.50 Hrs | $825.00 |
| 06/23/08 | RAM | Conference with MTM re: project to identify when certain documents were first in the repository; telephone call to and telephone conference with S. Remis re: same (.1). Read historical memoranda re: same (.8). Read selected documents filed in bankruptcy court (.6). | 1.50 Hrs | $442.50 |
| 06/23/08 | MTM | Review boxes of copies produced to plaintiff's counsel Brayton in mid-1980s re: government exhibit project. | 7.00 Hrs | $1,785.00 |
| 06/23/08 | ARA | Document control (.9). Receipt of original binder and copy of exhibits from copy service and telephone call to MTM re: same (.2); review originals and compare with exhibits in binder (.7). Review boxes of copies produced to plaintiff's counsel Brayton in mid-1980s re: government exhibit project (5.4). | 7.20 Hrs | $792.00 |
| 06/24/08 | MTM | Continue work on government exhibits project including review of Westbrook affidavit from 1988 and off-site storage logs. | 4.80 Hrs | $1,224.00 |
| 06/24/08 | ARA | Quality control original documents that were reviewed and copied re: government exhibits project (1.4). Per MTM's request, review Brayton boxes of documents re: confirmation of dates of certain documents in the repository (5.3). | 6.70 Hrs | $737.00 |
| 06/25/08 | MTM | Letter to K&E counsel re: dates of 50 documents cited in indictment (.5); review Maryland Casualty production file and correspondence re: 1995 production of Greenville School District materials (1.8); telephone call from ARA re: same (.2). | 2.50 Hrs | $637.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/25/08 | ARA | Review Brayton boxes of documents re: confirmation of dates of certain documents in the repository (4.6). Per MTM, locate and review Maryland Casualty production file and property damage binders and produce documents to MTM (1.8). | 6.40 Hrs | $704.00 |
| 06/26/08 | MTM | Work on government exhibit project. | 3.60 Hrs | $918.00 |
| 06/26/08 | ARA | Review Brayton boxes of documents re: confirmation of dates of documents in the repository (2.6). Document control (2.3). Quality control documents in the production set previously produced to Personal Injury Creditors Committee (1.0). | 5.90 Hrs | $649.00 |
| 06/27/08 | RAM | Conferences with MTM and telephone conference with in-house counsel re: locating old case files for project to determine when certain documents were first in the repository. | 0.30 Hrs | $88.50 |
| 06/27/08 | MTM | Work on government exhibit project including review of indices to Goodwin, Procter & Hoar property damage set (6.0); email to in-house counsel re: same (.3); conference with RAM re: same (.2); telephone call from in-house counsel re: same (.2). | 6.70 Hrs | $1,708.50 |
| 06/27/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee. | 6.00 Hrs | $660.00 |
| 06/30/08 | RAM | Telephone conference with in-house counsel re: O.M. Scott's purchases of Libby concentrate. | 0.10 Hrs | $29.50 |
| 06/30/08 | MTM | Conference with ARA re: plaintiffs' exhibit lists re: government exhibit project (.3); review boxes from off-site storage re: same (3.5); review memo written by former Goodwin, Procter & Hoar attorney re: same (1.3). | 5.10 Hrs | $1,300.50 |
| 06/30/08 | ARA | Quality control documents in the production set previously produced to Personal Injury Creditors Committee (2.2). Per telephone call from MTM, search for and review Baron & Budd exhibits and Ness Motley exhibits re: dates when certain documents were in the repository (3.9). Telephone call to MTM to answer questions re: government exhibits (.2). | 6.30 Hrs | $693.00 |

Mark A. Shelnitz

TOTAL LEGAL SERVICES          $31,059.50

## LEGAL SERVICES SUMMARY

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 5.10 Hrs | 295/hr | $1,504.50 |
| DONNA B. MACKENNA | 0.40 Hrs | 260/hr | $104.00 |
| MATTHEW T. MURPHY | 59.20 Hrs | 255/hr | $15,096.00 |
| ANGELA R. ANDERSON | 130.50 Hrs | 110/hr | $14,355.00 |
| | 195.20 Hrs | | $31,059.50 |

TOTAL THIS BILL          $31,059.50

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 17, 2008

Bill Number  20623
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through June 30, 2008

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 06/04/08 | RAM | Finalize April fee application. | 0.20 Hrs | $59.00 |
| 06/05/08 | RAM | Send April fee application to Delaware counsel to file. | 0.10 Hrs | $29.50 |
| 06/07/08 | RAM | Email from local counsel's office that fee application was filed. | 0.05 Hrs | No charge |
| 06/18/08 | RAM | Work on May fee application. | 0.50 Hrs | $147.50 |
| 06/20/08 | RAM | Work on May fee application. | 0.10 Hrs | $29.50 |
| 06/23/08 | RAM | Send May fee application to in-house counsels to review. | 0.10 Hrs | $29.50 |
| 06/24/08 | RAM | Telephone call from in-house counsel that fee application may be filed. | 0.05 Hrs | No charge |
| 06/25/08 | RAM | Email from another in-house counsel that fee application may be filed. | 0.05 Hrs | No charge |
| 06/30/08 | RAM | Finalize May fee application and send it to Delaware counsel to file. | 0.20 Hrs | $59.00 |

Mark A. Shelnitz

|  | | TOTAL LEGAL SERVICES | $354.00 |
|---|---|---|---|

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 1.20 Hrs | 295/hr | $354.00 |
| ROBERT A. MURPHY | 0.15 Hrs | 295/hr | No charge |
| | 1.35 Hrs | | $354.00 |

|  | | TOTAL THIS BILL | $354.00 |
|---|---|---|---|

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 17, 2008

Bill Number  20624
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Litigation and Litigation Consulting

**DISBURSEMENTS**

Through June 30, 2008

PHOTOCOPYING

| | | |
|---|---|---:|
| 06/06/08 | 111 copies at .10 per copy | 11.10 |
| 06/06/08 | 125 copies at .10 per copy | 12.50 |
| 06/06/08 | 28 copies at .10 per copy | 2.80 |
| 06/19/08 | 63 copies at .10 per copy | 6.30 |
| 06/19/08 | 30 copies at .10 per copy | 3.00 |
| 06/19/08 | 15 copies at .10 per copy | 1.50 |
| 06/20/08 | 22 copies at .10 per copy | 2.20 |
| 06/20/08 | 9 copies at .10 per copy | 0.90 |

$40.30

RENT REIMBURSEMENT

| | | |
|---|---|---:|
| 06/02/08 | Rent and utilities for document repository at One Winthrop Square - June 2008. | 11,996.55 |

$11,996.55

MISCELLANEOUS

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through June 30, 2008

MISCELLANEOUS

| | | |
|---|---|---|
| 06/09/08 | RECORDKEEPER ARCHIVE-Storage 6/1/08 through 6/30/08. | 403.20 |
| | | $403.20 |
| | TOTAL DISBURSEMENTS | $12,440.05 |
| | TOTAL THIS BILL | $12,440.05 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

July 17, 2008

Bill Number  20625
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through June 30, 2008

FEDERAL EXPRESS

| | | |
|---|---|---|
| 06/17/08 | To 919 North Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on June 5, 2008. | 17.97 |
| 06/17/08 | To 919 North Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on May 14, 2008. | 24.95 |

$42.92

TOTAL DISBURSEMENTS          $42.92

TOTAL THIS BILL          $42.92

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

Lynzy Oberholzer, being duly sworn according to law, deposes and says that she

is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors

in the above-captioned action, and that on the 25th day of July 2008, she caused a copy of the

following document to be served upon the attached service list in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Eighty-First Monthly Application of Casner & Edwards, LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors for the Period from June 1, 2008 through June 30, 2008.**

_____
Lynzy Oberholzer

SWORN TO AND SUBSCRIBED
by me on this 25th day of July 2008.

_____
Notary Public
My Commission Expires: July 18, 2009

DEBRA L. YOUNG
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 18, 2009

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
10- E-Mail

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

**Hand Delivery**
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**Federal Express**
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

**Federal Express and E-mail:**
**william.sparks@grace.com**
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

**E-mail: nglassman@bayardfirm.com**
(Local Counsel to DIP Lender)
Neil Glassman, Esquire
The Bayard Firm

**E-mail: meskin@del.camlev.com**
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

**E-mail: ttacconelli@ferryjoseph.com**
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

**E-mail: mlastowski@duanemorris.com**
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

**E-mail: currier@klettrooney.com**
(Counsel for Official Committee of Equity
Holders)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling

**E-mail: pvnl@capdale.com**
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

**E-mail: _jsakalo@bilzin.com_**
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

**E-mail: _carol.hennessey@lw.com_**
(Counsel to DIP Lender)
David S. Heller, Esquire
Latham & Watkins

**E-mail: _pbentley@kramerlevin.com_**
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP