## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING
## FEE APPLICATION OF BLACKSTONE ADVISORY SERVICES L. P.
## FOR THE TWENTY-EIGHTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Blackstone Advisory Services L.P. for the Twenty-Eighth Interim Period (the "Application").

### BACKGROUND

1. Blackstone Advisory Services L.P. (formerly known as The Blackstone Group L.P.) ("Blackstone") was retained as financial advisor to the Debtors. Blackstone seeks approval of fees totaling $325,000.00 and expenses totaling $4,464.27 for its services from January 1, 2008 through March 31, 2008 (the "Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2008, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330,

Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Blackstone, and received a response from Blackstone, portions of which response are quoted herein.

## DISCUSSION

3. We note for informational purposes that Blackstone professionals spent a total of 392.50 hours for which fees totaling $325,000.00 are sought. Thus, the effective hourly rate is $802.03. We note that in the prior three interim periods, the effective hourly rates for Blackstone were $811.69, $634.32, and $828.73.

4. In our initial report, we noted the following ground transportation charges for which more information was needed:

| Ground Transportation - Car Service - Elite | | |
|---|---|---|
| O'Connell (car home from Blackstone after working late) | 02/11/08 | 84.46 |
| O'Connell (car home from Blackstone after working late) | 02/13/08 | 90.58 |
| O'Connell (car home from Blackstone after working late) | 02/15/08 | 90.58 |
| O'Connell (car home from Blackstone after working late) | 02/19/08 | 94.66 |
| | TOTAL: | 360.28 |

In response to our inquiry, Blackstone advised as follows: "...(I)n light of time constraints, Blackstone is withdrawing its request for reimbursement for the four transportation charges noted for a total reduction of $360.28 which will be credited against our next invoice to the Debtors." We appreciate Blackstone's response and recommend a reduction of $360.28 in expenses.

## CONCLUSION

In summary, we recommend approval of $325,000.00 in fees and $4,103.99 in expenses

($4,464.27 minus $360.28) for Blackstone's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
    Warren H. Smith
    Texas State Bar No. 18757050

325 N. St. Paul Street
Suite 1250
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 12th day of August, 2008.

_____
Warren H. Smith

# SERVICE LIST

**Applicant**
Pamela D. Zilly
Senior Managing Director
BLACKSTONE ADVISORY SERVICES L.P.
345 Park Avenue
New York, NY 10154

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James E. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801