IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Objection Deadline September 2, 2008 at 4:00 p.m. |

**TWENTY-FIFTH QUARTERLY FEE APPLICATION OF KRAMER LEVIN NAFTALIS & FRANKEL LLP, COUNSEL TO THE OFFICIAL COMMITTEE OF EQUITY HOLDERS, FOR COMPENSATION AND REIMBURSEMENT OF DISBURSEMENTS FOR THE PERIOD FROM APRIL 1, 2008 THROUGH JUNE 30, 2008**

| | |
|---|---|
| Name of Applicant: | *Kramer Levin Naftalis & Frankel LLP* |
| Authorized to Provide Professional Services to: | *Official Committee of Equity Holders* |
| Date of Retention: | *As of July 18, 2001* |
| Period for which compensation and reimbursement is sought: | *April 1, 2008 through and including June 30, 2008* |
| Amount of Compensation sought as actual, reasonable and necessary: | *$ 240,744.75* |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | *$ 11,571.63* |
| This is a(n):    _ monthly    X interim application | |

## SUMMARY OF MONTHLY FEE STATEMENTS FOR KRAMER LEVIN NAFTALIS & FRANKEL – APRIL 1, 2008 THROUGH JUNE 30, 2008

| Fee Application Filing Date Docket No. Period Covered | Total Fees Requested | Total Expenses Requested | Total Amount of Fees and Expenses Requested | Amount of Fees Paid (80%) | Amount of Expenses Paid (100%) | Certification of No Objection Filing Date Docket No. |
|---|---|---|---|---|---|---|
| 05/29/2008 18819 April 1, 2008 – April 30, 2008 | $115,451.50 | $10,234.48 | $125,685.98 | $92,361.20 | $10,234.48 | 06/23/2008 Docket No. 18979 |
| 07/01/2008 19025 May 1, 2008 – May 31, 2008 | $35,113.50 | $139.19 | $35,252.69 | $0 | $0 | 07/23/2008 Docket No. 19142 |
| 08/01/2008 19211 June 1, 2008 – June 30, 2008 | $90,179.75 | $1,197.96 | $91,377.71 | N/A | N/A | Not yet filed |
| Total | $240,744.75 | $11,571.63 | $252,316.38 | $92,361.20 | $10,234.48 | |

Current Period Unpaid:   Fees        $148,383.55
                         Expenses    $   1,337.15
                         Total       $149,720.70

Prior Periods Unpaid:    Fees        $49,500.55

**TOTAL DUE:**           $199,221.25

## SUMMARY OF OUTSTANDING FEES OWED TO KRAMER LEVIN NAFTALIS & FRANKEL THROUGH JUNE 30, 2008

| Time Period | Fees and Expenses Requested | Fees and Expenses Approved[1] | Fees and Expenses Paid | Fees and Expenses Owed |
|---|---|---|---|---|
| April 1, 2002 - June 30, 2002 | $ 73,418.50<br>$ 5,356.96 | $ 73,418.50<br>$ 5,356.96 | $ 73,418.50<br>$ 5,356.96 | $-0- |
| July 1, 2002 - September 30, 2002 | $ 87,266.50<br>$ 10,070.69 | $ 86,576.50<br>$ 9,737.19 | $ 86,576.50<br>$ 9,737.19 | $-0- |
| October 1, 2002 - December 31, 2002 | $ 70,445.00<br>$ 3,575.61 | $ 70,445.00<br>$ 3,575.61 | $ 70,445.00<br>$ 3,575.61 | $-0- |
| January 1, 2003 - March 31, 2003 | $ 51,487.00<br>$ 1,619.93 | $ 51,487.00<br>$ 1,619.93 | $ 51,487.00<br>$ 1,619.93 | $-0- |
| April 1, 2003 - June 30, 2003 | $ 27,447.00<br>$ 1,839.08 | $ 27,447.00<br>$ 1,839.08 | $ 27,447.00<br>$ 1,839.08 | $-0- |
| July 1, 2003 - September 31, 2003 | $ 34,092.00<br>$ 497.86 | $ 34,092.00<br>$ 497.86 | $ 34,092.00<br>$ 497.86 | $-0- |
| October 1, 2003 - December 31, 2003 | $ 45,266.00<br>$ 2,046.18 | $ 45,266.00<br>$ 2,046.18 | $ 45,266.00<br>$ 2,046.18 | $-0- |
| January 1, 2004 - March 31, 2004 | $ 31,674.50<br>$ 1,451.43 | $ 31,674.50<br>$ 1,451.43 | $ 31,674.50<br>$ 1,451.43 | $-0- |
| April 1, 2004 - June 30, 2004 | $ 48,415.50<br>$ 1,840.66 | $ 48,415.50<br>$ 1,840.66 | $ 48,415.50<br>$ 1,840.66 | $-0- |
| July 1, 2004 - September 30, 2004 | $ 47,550.00<br>$ 995.20 | $ 47,550.00<br>$ 995.20 | $ 47,550.00<br>$ 995.20 | $-0- |
| October 1, 2004 - December 31, 2004 | $406,517.00<br>$ 14,406.04 | $ 400,556.50<br>$ 14,265.04 | $ 400,556.50<br>$ 14,265.04 | $-0- |
| January 1, 2005 March 31, 2005 | $183,897.00<br>$12,593.68 | $ 183,897.00<br>$ 12,593.68 | $ 183,897.00<br>$ 12,593.68 | $-0- |
| April 1, 2005 June 30, 2005 | $74,471.50<br>$3,641.49 | $ 74,471.50<br>$ 3,641.49 | $ 74,471.50<br>$ 3,641.49 | $-0- |

[1] July 1-September 30, 2002 Order Granted on March 12, 2003 (Docket No. 3511); October 1-December 31, 2002 Order Granted on July 28, 2003 (Docket No. 4157); January 1-March 31, 2003 Order Granted on September 22, 2003 (Docket No. 4480); April 1-June 30, 2003 Order Granted on December 15, 2003 (Docket No. 4827); July 1-September 30, 2003 Order granted on April 26, 2004 (Docket No. 5482); October 1-December 31, 2003 Order Granted on June 16, 2004 (Docket No. 5822); January 1-March 31, 2004 Order Granted on September 27, 2004 (Docket No. 6465); April 1-June 30, 2004 Order granted on January 26, 2005 (Docket No. 7622); July 1- September 30, 2004 Order granted on March 22, 2005 (Docket No. 8081); October 1- December 31, 2004 Granted on June 29, 2005 (Docket No. 8728); January 1 – March 31, 2005 Order Granted on September 27, 2005 (Docket No. 9513); April 1 – June 30, 2005 Order Granted on December 21, 2005 (Docket No. 11402); July 1 – September 30, 2005 Order Granted on March 27, 2006 (Docket No. 12121); October 1 – December 31, 2005 Order Granted on June 16, 2006 (Docket No. 12660); January 1 – March 31, 2006 Order Granted on September 26, 2006 (Docket No. 13298); April 1 – June 30, 2006 Order Granted on December 19, 2006 (Docket No. 14069); July 1 – September 30, 2006 Order Granted on March 30, 2007 (Docket No. 15044); October 1 – December 31, 2006 Order Granted on June 20, 2007 (Docket No. 16105); January 1 – March 31, 2007 Order Granted on September 25, 2007 (Docket No. 16916); April 1 – June 30, 2007 Order Granted on December 13, 2007 (Docket No. 17629); July 1 – September 30, 2007 Order Granted on March 12, 2008 (Docket No. 18270); October 1, 2007 – December 31, 2007 Order Granted on June 23, 2008 (Docket No. 18989); January 1 – March 31, 2008 Order Still Pending.

| | | | | |
|---|---|---|---|---|
| July 1, 2005<br>September 30, 2005 | $79,556.00<br>$5,348.72 | $ 79,556.00<br>$ 5,348.72 | $ 79,556.00<br>$ 5,348.72 | $-0- |
| October 1, 2005<br>December 31, 2005 | $75,544.50<br>$2,953.30 | $ 75,544.50<br>$ 2,953.30 | $ 75,544.50<br>$ 2,953.30 | $-0- |
| January 1, 2006<br>March 31, 2006 | $74,750.00<br>$5,452.00 | $ 74,750.00<br>$ 5,452.00 | $ 74,750.00<br>$ 5,452.00 | $-0- |
| April 1, 2006<br>June 30, 2006 | $74,596.00<br>$2,815.18 | $ 74,596.00<br>$ 2,815.18 | $ 74,596.00<br>$ 2,815.18 | $-0- |
| July 1, 2006<br>September 30, 2006 | $147,269.00<br>$4,500.72 | $ 147,269.00<br>$ 4,500.72 | $ 147,269.00<br>$ 4,500.72 | $-0- |
| October 1, 2006<br>December 31, 2006 | $238,312.00<br>$14,195.38 | $ 238,312.00<br>$ 14,195.38 | $ 238,312.00<br>$ 14,195.38 | $-0- |
| January 1, 2007<br>March 31, 2007 | $163,379.00<br>$15,286.40 | $ 163,379.00<br>$ 15,286.40 | $ 163,379.00<br>$ 15,286.40 | $-0- |
| April 1, 2007<br>June 30, 2007 | $187,246.00<br>$19,482.62 | $ 186,592.23<br>$ 19,482.62 | $ 186,592.23<br>$ 19,482.62 | $-0- |
| July 1, 2007<br>September 30, 2007 | $208,619.50<br>$9,223.40 | $ 205,265.50<br>$ 9,223.40 | $ 205,265.50<br>$ 9,223.40 | $-0- |
| October 1, 2007<br>December 31, 2007 | $398,236.50<br>$76,834.62 | $ 394,987.81<br>$ 76,834.62 | $ 394,987.81<br>$ 76,834.62 | $-0- |
| January 1, 2008<br>March 31, 2008 | $247,502.75<br>$9,033.91 | $ -0-<br>$ -0- | $ 198,002.20<br>$ 9,033.91 | $ 49,500.55<br>$ -0- |
| April 1, 2008<br>June 30, 2008 | $240,744.75<br>$11,571.63 | $ -0-<br>$ -0- | $ 92,361.20<br>$ 10,234.48 | $ 148,383.55<br>$ 1,337.15 |
| TOTAL | $3,317,703.40<br>$ 238,339.92 | $2,815,549.04<br>$ 215,552.65 | $3,105,912.44<br>$ 234,821.04 | $ 197,884.10<br>$ 1,337.15 |

**SUMMARY OF TIME FOR BILLING PERIOD**

| Name | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|
| Bentley, Philip | 725.00 | 56.40 | $ 40,890.00 |
| Mayer, Thomas Moers | 875.00 | 0.30 | $ 262.50 |
| Horowitz, Gregory A. | 340.00 | 11.00 | $ 3,740.00 |
| Horowitz, Gregory A. | 680.00 | 48.50 | $ 32,980.00 |
| Mannal, Douglas H. | 585.00 | 115.40 | $ 67,509.00 |
| Farber, Peggy | 495.00 | 6.90 | $ 3,415.50 |
| Eggermann, Daniel M. | 277.50 | 3.00 | $ 832.50 |
| Eggermann, Daniel M. | 555.00 | 8.90 | $ 4,939.50 |
| Martorana, Keith R. | 182.50 | 9.90 | $ 1,806.75 |
| Martorana, Keith R. | 365.00 | 204.60 | $ 74,679.00 |
| Baldinger, Laurie | 245.00 | 4.00 | $ 980.00 |
| Rodriguez, Vivian E | 260.00 | 31.70 | $ 8,242.00 |
| Cates, Dana | 260.00 | 1.30 | $ 338.00 |
| Bolles, Krista | 260.00 | 0.50 | $ 130.00 |
| Total | | 502.40 | $240,744.75 |

## COMPENSATION SUMMARY BY PROJECT CATEGORY

| Project Category | Total Hours for the Period 4/1/08 through 6/30/08 | Total Fees for the Period 4/1/08 through 6/30/08 |
|---|---|---|
| Case Administration | 2.50 | $ 1,201.50 |
| Creditor Committee | 27.90 | $ 15,041.00 |
| Reorganization Plan | 139.90 | $ 67,945.50 |
| Fee Applications, Applicant | 32.60 | $ 10,269.50 |
| Claim Analysis Obj. & Res. (Asbestos) | 83.10 | $ 47,177.50 |
| Hearings | 57.50 | $ 24,670.50 |
| Plan and Disclosure Statement | 122.10 | $ 62,823.50 |
| Travel/Non-Working | 23.90 | $ 6,379.25 |
| Bankr. Motions | 12.90 | $ 5,236.50 |
| **Total** | **502.40** | **$ 240,744.75** |

## EXPENSE SUMMARY (Schedule of Disbursements)

| Expense Category | Total Expenses For the Period 4/1/08 through 6/30/08 |
|---|---|
| Photocopying | $ 924.10 |
| Westlaw On-Line Research | $ 721.68 |
| Lexis/Nexis On-Line Research | $ 686.25 |
| Cab Fares | $ 883.56 |
| Out of Town Travel | $ 4,500.23 |
| Meals/T&E | $ 186.87 |
| Meals In-House | $ 127.47 |
| Transcript Fees | $ 2,764.25 |
| Messenger/Courier | $ 111.87 |
| Velobindings | $ 157.50 |
| Tabs | $ 181.00 |
| Research Services | $ 91.00 |
| Legal Search Fee | $ 107.29 |
| Document Retrieval Fee | $ 128.56 |
| **Total** | **$ 11,571.63** |

**WHEREFORE,** The foregoing summaries are submitted to the Court pursuant to the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures For Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 17, 2002 (the "Amended Administrative Order"). Pursuant to the Amended Administrative Order, Kramer Levin respectfully requests that, for the period April 1, 2008 through June 30, 2008, it be allowed the total amount of fees of $240,744.75 and disbursements $11,571.63, and that the Debtor be directed to pay all outstanding unpaid amounts.

Dated: August 8, 2008         KRAMER LEVIN NAFTALIS & FRANKEL LLP

By: /s/ Keith R. Martorana
    Douglas H. Mannal
    Philip Bentley
    Keith R. Martorana
    1177 Avenue of the Americas
    New York, New York 10022
    (212) 715-9100

    Counsel to the Official Committee of
    Equity Holders