IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>(Jointly Administered) |

## NOTICE OF SERVICE OF DISCOVERY

**PLEASE TAKE NOTICE** that on August 13, 2008, true and correct copies of **The Official Committee Of Equity Holders' Responses And Objections To The Official Committee Of Unsecured Creditors Of W.R. Grace & Co.'s and Bank Lender Group's First Set Of Interrogatories** were served on the individuals listed on the attached list in the manner indicated therein.

　　　　　　　　　　　　　　　　　　BUCHANAN INGERSOLL & ROONEY PC

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Teresa K.D. Currier (No. 3080)
　　　　　　　　　　　　　　　　　　The Brandywine Building
　　　　　　　　　　　　　　　　　　1000 West Street, 14th Floor
　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　Telephone: (302) 552-4249
　　　　　　　　　　　　　　　　　　Facsimile: (302) 552-4295

　　　　　　　　　　　　　　　　　　Counsel to Official Committee of Equity Holders

Dated: August 13, 2008

Service List

**Via Email Delivery**
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones
ljones@pszjlaw.com
joneill@pszjlaw.com

**Via Email Delivery**
David Bernick
Kirkland & Ellis
dbernick@kirkland.com

**Via Email Delivery**
Michael R. Lastowski, Esquire
Richard Riley, Esquire
William Katchen, Esquire
Duane Morris & Heckscher LLP
mlastowski@duanemorris.com
rwriley@duanemorris.com
WSKatchen@duanemorris.com

**Via Email Delivery**
J. Landon Ellis, Esquire
Richard S. Cobb, Esquire
Jim Green, Esquire
Landis Rath & Cobb
ellis@lrclaw.com
cobb@rlclaw.com
green@rlclaw.com

**Via Email Delivery**
Arlene Krieger, Esquire
Lewis Kruger, Esquire
Ken Pasquale, Esquire
Stroock & Stroock & Lavan LLP
akrieger@stroock.com
lkruger@stroock.com
kpasquale@stroock.com

**Via Email Delivery**
Andrew N. Rosenberg, Esquire
Stephen J. Shimshak, Esquire
Margaret A. Phillips, Esquire
Rebecca R. Zubaty, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
arosenberg@paulweiss.com
sshimshak@paulweiss.com
mphillips@paulweiss.com
rzubaty@paulweiss.com