**Summary of PwC's Fees By Individual:**
**Twenty Ninth Interim Quarterly Reporting Period**
**April 1- June 30, 2008**

**Professoinal Profiles**
**W. R. Grace - Time Tracking Summary**
**For the Quarter Ended June 30, 2008**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | 698.50 | 70.6 | 49,314.10 |
| Cody Smith | Audit Partner | 22 | Integrated Audit | 990.60 | 2.5 | 2,476.50 |
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | 990.60 | 2.0 | 1,981.20 |
| Robert Keehan | Audit Partner | 20 | Integrated Audit | 698.50 | 4.5 | 3,143.25 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | 990.60 | 9.0 | 8,915.40 |
| George Baccash | Tax Partner | 32 | Integrated Audit | 588.00 | 12.0 | 7,056.00 |
| Rafael Garcia | Director | 15 | Integrated Audit | 414.75 | 23.0 | 9,539.25 |
| Jesse Tracey | Director | 11 | Integrated Audit | 501.65 | 1.0 | 501.65 |
| Jennifer A James | Director | 16 | Integrated Audit | 698.50 | 1.0 | 698.50 |
| Mike Shepherd | Director | 30+ | Integrated Audit | 556.50 | 1.0 | 556.50 |
| Douglas Parker | Audit Senior Manager | 12 | Integrated Audit | 410.21 | 113.3 | 46,476.79 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | 410.21 | 4.0 | 1,640.84 |

| Name | Title | | | | | | |
|---|---|---|---|---|---|---|---|
| Brian Titus | Audit Senior Manager | 11 | Integrated Audit | 717.55 | 0.4 | 287.02 | |
| Kenneth Couls | Audit Senior Manager | 9 | Integrated Audit | 717.55 | 2.5 | 1,793.88 | |
| Justin Bray | Audit Manager | 7 | Integrated Audit | 311.15 | 12.1 | 3,764.92 | |
| Raul Quiroz | Advisory Manager | 3 | Integrated Audit | 412.76 | 0.5 | 206.38 | |
| Stephanie Beckes | Advisory Manager | 7 | Integrated Audit | 412.75 | 4.5 | 1,857.38 | |
| Juei Ping Joanna Own | Tax Manager | 4 | Integrated Audit | 283.50 | 35.0 | 9,922.50 | |
| Pamela Barkley | Audit Senior Associate | 5 | Integrated Audit | 227.33 | 147.5 | 33,531.18 | |
| Lyndsay Signori | Audit Senior Associate | 4 | Integrated Audit | 223.52 | 18.0 | 4,023.36 | |
| Keith Palmer | Audit Senior Associate | 6 | Integrated Audit | 309.88 | 1.0 | 309.88 | |
| Jacqueline Calvo | Tax Senior Associate | 2 | Integrated Audit | 199.50 | 36.0 | 7,182.00 | |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | 349.26 | 2.8 | 977.93 | |
| Dan Axelsen | Tax Senior Associate | 1 | Integrated Audit | 204.75 | 1.0 | 204.75 | |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | 123.19 | 67.4 | 8,303.01 | |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | 156.21 | 131.0 | 20,463.51 | |
| Erica Margolius | Audit Associate | 4 | Integrated Audit | 209.55 | 106.9 | 22,400.90 | |
| Lynda Keorlet | Audit Associate | 3 | Integrated Audit | 156.21 | 267.3 | 41,754.93 | |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | 156.21 | 79.4 | 12,403.07 | |
| Karen Geung | Audit Associate | 3 | Integrated Audit | 170.18 | 26.5 | 4,509.77 | |
| Jian Hui Lee | Audit Associate | 2 | Integrated | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | Audit | 266.70 | 1.5 | 400.05 |
| Todd Chesla | Tax Associate | 1 | Integrated Audit | 147.00 | 33.0 | 4,851.00 |
| Michelle Camara | Audit Associate | 1 | Integrated Audit | 147.00 | 0.3 | 44.10 |
| Kathleen Bradley | Audit Intern | <1 | Integrated Audit | 92.71 | 21.3 | 1,974.72 |
| Ryan Neice | CAA | 4 | Integrated Audit | 104.56 | 0.9 | 94.10 |
| **Grand Total** | | | | | **1,240.7** | **313,560.32** |

**Summary of PwC's Fees By Project:**
**Twenty Ninth Interim Quarterly Reporting Period**
**April 1- June 30, 2008**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **105.6** | **$14,039.34** |

| | | |
|---|---|---|
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation Consulting** | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial- Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **1,240.7** | **$313,560.32** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **1,346.3** | **$327,599.66** |

**PricewaterhouseCoopers LLP**
**Summary of Expenses**
**Twenty Ninth Interim Quarterly Reporting Period**
**April 1- June 30, 2008**

| Type of Expense | |
|---|---|
| Transportation | $3,235.27 |
| Lodging | 628.00 |
| Sundry | 140.91 |
| Business Meals | 1,543.18 |
| **Grand Total for the Fee Period April 1, 2008 through June 30, 2008** | **$5,547.36** |