IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |

## CERTIFICATE OF SERVICE

I, Kurt F. Gwynne, Esquire, certify that I am over 18 years of age and that on this 14th day of August 2008, I caused a true and correct copy of the **TWENTY-NINTH INTERIM QUARTERLY FEE APPLICATION OF REED SMITH LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL ASBESTOS LIABILITY DEFENSE COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM APRIL 1, 2008 THROUGH JUNE 30, 2008** to be served upon the parties on the attached service list in the manners indicated.

By: /s/ Kurt F. Gwynne
Kurt F. Gwynne (No. 3951)
REED SMITH LLP

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W.R. Grace & Co.
Case No. 01-01139 (JKF)
Core Group Service List/Labels
Document No. 34089

**VIA U.S. MAIL**

Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 905
Wilmington, DE  19899

**VIA U.S. MAIL**

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

**VIA U.S. MAIL**

David Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

**VIA U.S. MAIL**

Laura Davis Jones, Esquire
James O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street
17th Floor
Wilmington, DE  19899-8705

**VIA U.S. MAIL**

Frank J. Perch, Esquire
Office of the U.S. Trustee
844 King Street, Room 2311
Wilmington, DE  19801

**VIA U.S. MAIL**

William D. Sullivan, Esquire
Elzufon Austin Reardon Tarlov & Mondell
300 Delaware Ave., Suite 1700
Wilmington, DE  19801

**VIA U.S. MAIL**

Steven M. Yoder, Esquire
Bayard, P.A.
222 Delaware Avenue
Suite 900
Wilmington, DE  19899

**VIA U.S. MAIL**

Scott L. Baena, Esquire
Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod
2500 First Union Fin. Center
200 S. Biscayne Blvd.
Miami, FL 33131-2336

**VIA U.S. MAIL**

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

**VIA U.S. MAIL**

Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

**VIA U.S. MAIL**

Lewis Kruger, Esquire
Stroock, Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

**VIA U.S. MAIL**

Warren H. Smith
Warren H. Smith and Assoc.
325 N. St. Paul, Suite 1275
Dallas, TX 75201

**VIA U.S. MAIL**

Thomas M. Mayer, Esquire
Philip Bentley, Esquire
Robert S. Schmidt, Esquire
Kramer Levin Naftalis & Frankel
1177 Ave. of the Americas
New York, NY 10036

**VIA U.S. MAIL**

Hamid R. Rafatjoo, Esquire
Pachulski Stang Ziehl & Jones LLP
10100 Santa Monica Blvd.
Los Angeles, CA 90067-4100

**VIA VIA U.S. MAIL**

Marla Rosoff Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 King Street., Suite 300
Wilmington, DE 19801

**VIA U.S. MAIL**

Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

**VIA U.S. MAIL**

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

**VIA VIA U.S. MAIL**

William J. A. Sparks, Esquire
W.R. Grace & Co.
919 N. Market, Suite 425
Wilmington, DE 19899