FILED
2008 AUG 11 AM 9:47

CLERK
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE

*docket 19101*
*Case # 01-01139JKF*

Fanette Stewart
621 East 40th Ave
Spokane WA  99203

August 4, 2008

Response to Notice of Hearing on Claimant State of California, Department of General Services' Motion for leave to file the expert report of Dr. William E. Longo

To Whom It Concerns:

I have no objection to the filing of the above mentioned report.

I do, however, have a question:  Why am I still receiving information from you?

I received a disqualification notice last year saying I was dropped from the list because I could not prove purchase of the material (or who applied it).  Two homes of mine had ACM (surface treatment asbestos) ... the one I presently live in at 621 East 40th in Spokane and the one I lived in for 22 years at 901 East Bates in Tumwater.  The present home has a spray-on treatment on the actual furnace.  All the heat and cold air transfers have this tape-type material on them.  I believe it is chrysotile (a mesh like tape with a high content of asbestos) that was used to cover the ducts and the furnace.

No one in this town now wants to take responsibility for having put it on the old octopus furnace, but I do believe it was Banner Fuel.  Their records have been destroyed and they – in no way – will take any responsibility for having done it as they are afraid I might go after them.  So I was told I was eliminated from the proceedings because I could not provide cost and company name of installation.

I object to having been removed from the class action suit, but got the word that I wasn't qualified because of "lack" of information.  I did send samples of the material that was used on the ducts.

The material that was used on the open-beams (to keep them from bleeding sap) in my home in Tumwater (901 East Bates) was also a tape-like product that appeared to be like cardboard.  It cost over $2000.00 for me to cover that with sheet rock in order for buyers to get a loan.

I object to having been removed from the class action on the grounds that Grace was from the Pacific NW and they mined and manufactured asbestos materials (they had a plant here in Spokane) ... and that no one has proved to me that the products mentioned above and the spray that was put on the furnace were not related to Grace Mining.

I do not have my two class numbers with me, but I am on the mailing list for the last two documents sent out.

Thank you,

*Fanette L. Stewart*

Fanette L. Stewart