**Motley Rice LLC**

28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465
April 29, 2008

**Invoice No.**
1289893

W.R. Grace Asbestos Claimants Committee
c/o Katherine Hemming
Campbell & Levine
800 N. King Street, Suite 300
Wilmington, DE  19801

**Re:** W.r. Grace,   (999604-12)
Asbestos Claimants Committee

| | | |
|---|---|---|
| Professional Services Through | | |
| As per Time Exhibit Attached............................................................. | | $0.00 |
| | | |
| Costs Through  04/29/08 | | |
| Out of Town Travel | 549.96 | |
| Travel Expense | 1,027.50 | |
| | | |
| Total Costs........................................................................................ | | $1,577.46 |
| Total Invoice.............................................................................. | | $1,577.46 |

**Payable Expense Exhibit**
Re: W.r. Grace,   (999604-12)
Invoice for charges rendered through 04/29/08

Invoice No.
1289893

| Date | Description | Check | Amount |
|------|-------------|-------|--------|
| **Out of Town Travel** | | | |
| 04/08/08 | Joseph F. Rice-Travel to Washington, DC for meeting with WRG  April 1-2, 2008 | 34621 | 379.96 |
| 04/11/08 | Joseph F. Rice-Travel to Washington, DC for meeting April 1-2, 2008 (car to/from airport; portion of dinner) | 34760 | 170.00 |
| **Travel Expense** | | | |
| 04/09/08 | Airfare -Travel from Charleston, SC to Dulles, VA April 1, 2008 | 319 | 513.75 |
| 04/09/08 | Airfare-Travel from Dulles, VA to Charleston, SC April 2, 2008 | 320 | 513.75 |
| | **Total** | | **1,577.46** |

**MOTLEY RICE, LLC**

Expense Report

| Employee Name | | Employee ID | Phone Ext |
|---|---|---|---|
| **Joe Rice** | | 1035 | 9159 |
| Travel To: | | | |
| **Washington DC** | | | |

*Employee Paid Expenses*

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | |
|---|---|---|---|---|---|---|---|---|
| Date: | 3/30/2008 | 3/31/2008 | 4/1/2008 | 4/2/2008 | 4/3/2008 | 4/4/2008 | 4/5/2008 | TOTAL |
| Airfare/Rail | | | | | | | | 0.00 |
| Car rental | | | | | | | | 0.00 |
| Taxi/Bus Limo | | | 11.00 | | | | | 11.00 |
| Parking/Tolls | | | | | | | | 0.00 |
| Gas | | | | | | | | 0.00 |
| Mileage (see below) | 0.00 | 0.00 | 7.58 | 7.58 | 0.00 | 0.00 | 0.00 | 15.15 |
| Lodging/Room | | | 353.81 | | | | | 353.81 |
| Breakfast | | | | | | | | 0.00 |
| Lunch | | | | | | | | 0.00 |
| Dinner | | | | | | | | 0.00 |
| Entertainment ** | | | | | | | | 0.00 |
| Phone/Fax | | | | | | | | 0.00 |
| Postage/Shipping | | | | | | | | 0.00 |
| Tips | | | | | | | | 0.00 |
| Miscellaneous ** | | | | | | | | 0.00 |
| **Daily Totals** | **$0.00** | **$0.00** | **$372.39** | **$7.58** | **$0.00** | **$0.00** | **$0.00** | **$379.96** |

*Charge To:*

| MRID / Account | Business Purpose (include travel destination and dates) | Amount |
|---|---|---|
| 999604-12/WRG | Travel to DC for meeting w/WRG (car charge to/from airport to be supplemented) | 379.96 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | **Total** | **$379.96** |

*Mileage Log Detail*

| Date | Description | Miles | Rate/Mile | Amount |
|---|---|---|---|---|
| 03/30/08 | | | 0.505 | $0.00 |
| 03/31/08 | | | 0.505 | $0.00 |
| 04/01/08 | from office to airport | 15 | 0.505 | $7.58 |
| 04/02/08 | from airport to office | 15 | 0.505 | $7.58 |
| 04/03/08 | | | 0.505 | $0.00 |
| 04/04/08 | | | 0.505 | $0.00 |
| 04/05/08 | | | 0.505 | $0.00 |
| | | | **Total** | **$15.15** |

I certify that the information provided is an accurate record of expenses incurred by me.

Employee Signature                     Date

Authorization Signature                Date          Total Amount due to employee:     $379.96

*Please attach original receipts taped to letter size paper.*          Retain a Copy of this form & Receipts as your Record
*** Business Entertainment / Misc - attach memo with names, business relationship & purpose.**



WASHINGTON, D.C.

| Room | : | 0548 |
|------|---|------|
| Folio # | : | 191159 |
| Cashier # | : | 151 |
| Page # | : | 1 of 1 |

2401 M STREET, NW,
WASHINGTON, DC, USA 20037
T 202 429 2400 F 202 457 5010

**Ovation and Lawyers Travel**
**Joseph Rice**
**28 Bridgeside Blvd**
**Mount Pleasant, SC 29464**
**US**

| Arrival | : | 04-01-08 |
|---------|---|----------|
| Departure | : | 04-02-08 |

**Fairmont President's Club**
3247252545

| Date | Description | Additional Information | | Charges | Credits |
|------|-------------|------------------------|---|---------|---------|
| 04-01-08 | Room Charge | | | 309.00 | |
| 04-01-08 | Room Tax | | | 44.81 | |
| 04-02-08 | American Express | XXXXXXXXXXX1001 | XX/XX | | 353.81 |
| | | **Total** | | **353.81** | **353.81** |
| | | **Balance Due** | | **0.00** | |

Guest signature X_____

For information or reservations, visit us at
**www.fairmont.com** or call Fairmont Hotels & Resorts from:
United States or Canada    1 800-441-1414

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person, company, travel agent or association fails to pay for the full amount of the charges. Overdue balance subject to a surcharge at the rate of 1.5% per month. (18.56% per annum). All accounts deemed delinquent may be subject to legal fees and all other costs associated with the bill. Account is payable on presentation or departure.

I have requested delivery of The New York Times. If refused, a credit will be applied to my account of $.25 (Mon-Sat) and $1.25 (Sun)

**Thank you for choosing to stay with Fairmont Hotels & Resorts**

# TAXICAB RECEIPT

Time: _____

Date: _____

Origin of trip: _____

Destination: _____

Fare: _____  Sign _____

$11.00 incl. TIP

· Flight Details

 Expedia

Welcome - Already a member? Sign in
My Itineraries | My Account | Customer Support | Feedback
Search Expedia [        ] Go

Home | Flights | Hotels | Cars | Vacation Packages | Cruises | Activities | Deals & Destinations | Maps | Business Travel | Rewards

**Total price for this trip: $1,027.50**

I have a coupon   ⓘ What's a coupon?

### 1 Review the flight details

**Summary**
1 Ticket / Roundtrip
CHS Charleston to
IAD Washington DC

| Leave: | Tue 1-Apr |
| Return: | Wed 2-Apr |

| 1 adult | $1,004.01 |
| Taxes & Fees | $23.49 |
| **Total** | **$1,027.50** |

#### ✈ Tue 1-Apr-08
**Charleston (CHS)**   to   **Washington DC (IAD) 443 mi**
Depart 7:10 pm        Arrive 8:47 pm         (713 km)
                                            Duration: 1hr 37mn
UNITED Flight: **7339**
Operated by: /UNITED EXPRESS/MESA AIRLINES

Economy/Coach Class, Canadair RJ

Total distance: 443 mi (713 km)                Total duration: 1hr 37mn

#### ✈ Wed 2-Apr-08
**Washington DC (IAD)**   to   **Charleston (CHS)  443 mi**
Depart 8:06 am           Arrive 9:50 am          (713 km)
                                               Duration: 1hr 44mn
UNITED Flight: **7999**
Operated by: /UNITED EXPRESS/TRANS STATES

Economy/Coach Class, Embraer RJ145

Total distance: 443 mi (713 km)                Total duration: 1hr 44mn

**QUESTIONS?**
- ⓘ Can I use a credit card with a billing address outside the U.S.?
- ⓘ Is it safe to buy online?
- ⓘ Need help with this page?
- ⓘ Other FAQs

1-800-434-2370
Same great rates
plus expert advice.

*Travel to DC for meeting w/ WRG*

### ✈🏨 Add a hotel and save
Expedia recommended hotels

**The Westin Grand Washington DC**
★★★★★
Washington
▶More lodging info
Flight + 1 night hotel  $1,405.18 total
(If booked separately)  $1,441.00
Your Savings:  $35.82
🔴 Add this hotel to trip
Your best price, guaranteed!

**Comfort Inn Tysons Corner**
★★★
Vienna
▶More lodging info
Flight + 1 night hotel  $1,192.12 total
(If booked separately)  $1,219.20)
Your Savings:  $27.08
🔴 Add this hotel to trip
Your best price, guaranteed!

**Westin Tysons Corner**
★★★★★
Falls Church
▶More lodging info
Flight + 1 night hotel  $1,281.20
(If booked separately)  $1,338.51)
Your Savings:  $57.31
🔴 Add this hotel to trip
Your best price, guaranteed!

Add a hotel to your flight now to earn ThankYou℠ Points and get great rewards!
▶ See more hotels with your flight
Your best price, guaranteed!

### ✈🚗 Add a rental car to this trip
◉ No thanks, I don't need a rental car.
○ Yes, I would like to see available rental cars next.

### 2 Review the rules and restrictions
- Tickets are nonrefundable. A fee of $100.00 per ticket will be charged for itinerary changes after the tickets are issued, provided that the booking rules were followed.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 per ticket will be charged by Expedia for any changes you make to the flights in this itinerary. This fee is waived for changes made online. ⓘ More info
- Tickets are nontransferable and name changes are not allowed.
- This ticket includes a nonrefundable $7.00 booking fee.
- Please read important information regarding airline liability limitations.
- Read an overview of all the rules and restrictions applicable to this fare.
- Read the complete penalty rules for changes and cancellations applicable to this fare.

☐ **I have read and accept the rules and restrictions. (please check the box to continue)**

### 3 Select a booking option
**Fares are not guaranteed until purchased.**

▶ Continue with booking

Due to the restrictions associated with this fare, tickets must be purchased immediately. It is not possible to reserve this fare for later ticketing.

```
Ristorante La Perla
    Of Washington
Tel# 202-333-1767  http://www.laperla.us

TABLE  40  CHECK   40
Abbas              APR  1/08 10:48PM
    AM. EXPRESS   xxxxxxxxxxxx1001
Exp. xx/xx           AUTH. CODE: 564552
Mer. ID: 69401
TranID: 30923

FOOD AND BEVERAGE

BASE AMT        280.25

TIP                 56

TOTAL              336 25
```

CUSTOMER  COPY

I acknowledge receipt of Goods/Services
and I agree to pay above total
according to my Card Issuer aggreement

↑

$50 - to WRG

DC

# TAXICAB RECEIPT

Time: _____
Date: 4-1

Origin of trip: Airport _____

Destination: Hotel _____

Fare: 60 _____ Sign: _____

# TAXICAB RECEIPT

Time: _____
Date: 4-2

Origin of trip: Hotel _____

Destination: Airport _____

Fare: 60 _____ Sign: _____