**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2008 |
| Wilmington  DE | ACCOUNT NO:      3000-01D |
|  | STATEMENT NO:            66 |

Asset Analysis and Recovery

| | |
|---|---|
| PREVIOUS BALANCE | $169.00 |
| BALANCE DUE | $169.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                             05/31/2008
Wilmington  DE                                          ACCOUNT NO:    3000-02D
                                                        STATEMENT NO:        84

Asset Disposition

PREVIOUS BALANCE                                                          $68.50

05/29/2008      Payment - Thank you. (July, 2007 - 20% Fees)             -31.20

BALANCE DUE                                                              $37.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                         05/31/2008
Wilmington  DE                                                        ACCOUNT NO:        3000-03D
                                                                      STATEMENT NO:                72

Business Operations

PREVIOUS BALANCE                                                                           $590.20

BALANCE DUE                                                                                $590.20

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2008 |
| Wilmington DE | ACCOUNT NO: 3000-04D |
|  | STATEMENT NO: 84 |

Case Administration

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $3,144.90 |
| | | HOURS | |
| 05/02/2008 | | | |
| DM | Prepare and transmit documents | 0.30 | 28.50 |
| 05/06/2008 | | | |
| PEM | Review Debtor-In-Possession Monthly Operating Report for Filing Period March 31, 2008 | 0.80 | 320.00 |
| | FOR CURRENT SERVICES RENDERED | 1.10 | 348.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.80 | $400.00 | $320.00 |
| Dan Mosier | 0.30 | 95.00 | 28.50 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 348.50 |

| | | |
|---|---|---|
| 05/29/2008 | Payment - Thank you. (July, 2007 - 20% Fees) | -73.00 |
| 05/29/2008 | Payment - Thank you. (August, 2007 - 20% Fees) | -419.90 |
| 05/29/2008 | Payment - Thank you. (September, 2007 - 20% Fees) (Amount should have been $422.70 but was reduced by $405.17 pursuant to Fee Auditor's Report dated 2/20/08) | -17.53 |
| | TOTAL PAYMENTS | -510.43 |
| | BALANCE DUE | $2,982.97 |

W.R. Grace

Case Administration

Page: 2
05/31/2008
ACCOUNT NO:        3000-04D
STATEMENT NO:              84

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                          05/31/2008
Wilmington  DE                        ACCOUNT NO:        3000-05D
                                      STATEMENT NO:              84

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                              $75,776.30

|  |  | HOURS |  |
|---|---|---|---|
| **05/01/2008** | | | |
| KLD | Legal research and analysis re: criminal restitution and civil settlements with a government agency | 2.20 | 605.00 |
| MTH | Correspondence to and from KLD re: research re: restitution issues re: Libby Settlement Motion | 0.10 | 32.50 |
| MTH | Correspondence to and from PVNL re: Libby Settlement Motion meeting | 0.10 | 32.50 |
| MTH | Review correspondence from EI re: Libby Settlement Motion | 0.10 | 32.50 |
| MTH | Review correspondence from JB re: meeting re: Libby Settlement Motion | 0.10 | 32.50 |
| MTH | Review correspondence from LE re: notice of cancellation of estimation hearing | 0.10 | 32.50 |
| **05/02/2008** | | | |
| KCD | Discussion with KLD re: Montana action | 0.20 | 55.00 |
| KLD | Legal research and analysis re: criminal restitution and preclusive nature of civil settlement with government entity | 5.40 | 1,485.00 |
| **05/05/2008** | | | |
| KLD | Legal research and analysis re: criminal restitution and civil settlement | 0.50 | 137.50 |
| MTH | Correspondence to and from KH re estimation expenses. | 0.10 | 32.50 |
| **05/06/2008** | | | |
| KLD | Legal research and analysis; draft memo re: criminal restitution and civil settlement | 1.80 | 495.00 |
| MTH | Review draft memo from KLD re: restitution issues re: US Libby Settlement Agreement | 0.40 | 130.00 |
| **05/07/2008** | | | |
| KLD | Legal research and analysis re: affect re: offset of claim for criminal restitution on bankruptcy claim | 5.80 | 1,595.00 |
| MTH | Review legal research re: criminal restitution issues re: Libby Settlement | | |

W.R. Grace

Claims Analysis Objection & Resolution (Asbestos)

| | | | HOURS | |
|---|---|---|---|---|
| | | and discussion with KD re: same | 1.30 | 422.50 |
| | MTH | Review correspondence from JB re: US Libby Settlement Motion | 0.10 | 32.50 |
| **05/08/2008** | | | | |
| | MTH | Review invoices re: support for Estimation Hearing; discussion with KH re: same | 0.30 | 97.50 |
| **05/09/2008** | | | | |
| | MTH | Telephone call to and from RW re: Libby EPA Settlement | 0.10 | 32.50 |
| **05/14/2008** | | | | |
| | MTH | Telephone conference with RW re: EPA Settlement Motion; meeting re: same | 0.20 | 65.00 |
| | MTH | Telephone conference with JB re: US EPA Settlement Motion; review correspondence from JB re: same | 0.10 | 32.50 |
| | MTH | Review correspondence from EI re: US EPA settlement motion; correspondence to and from PVNL re: same | 0.20 | 65.00 |
| | MTH | Additional correspondence to PVNL re: US EPA Settlement Motion | 0.20 | 65.00 |
| | MTH | Correspondence to JB re: meeting re: US EPA Settlement Motion | 0.10 | 32.50 |
| | MTH | Review research re: US EPA Settlement Motion; additional review re: same | 1.50 | 487.50 |
| | MTH | Review documents and research memo from KLD; correspondence to RW re: same | 0.50 | 162.50 |
| **05/15/2008** | | | | |
| | KLD | Conference with MTH on research results re: civil settlement and criminal restitution in preparation for N.Y. meeting | 1.00 | 275.00 |
| | MTH | Correspondence to and from MRE re: EPA Settlement Motion | 0.10 | 32.50 |
| | MTH | Review legal research and US EPA Settlement Motion re: Libby Site; meeting with KLD re: same | 2.50 | 812.50 |
| | MTH | Additional review of legal research; prepare for meeting with debtors re: US EPA Settlement Motion | 1.00 | 325.00 |
| | MTH | Attend meeting in New York with debtors' re: US EPA Settlement Motion | 2.00 | 650.00 |
| **05/16/2008** | | | | |
| | MTH | Telephone conference with EI re: EPA Settlement Motion | 0.30 | 97.50 |
| | MTH | Telephone conference with DF re: EPA Settlement Motion, general case status and issues | 0.50 | 162.50 |
| | MTH | Prepare memo to committee re: EPA Settlement Motion | 4.50 | 1,462.50 |
| | MTH | Correspondence to and from PVNL re: EPA Settlement Motion | 0.10 | 32.50 |
| | MTH | Telephone conference with JS; correspondence to JS re: review of EPA Settlement Motion | 0.20 | 65.00 |
| | MTH | Correspondence to and from AK re: EPA Settlement Motion | 0.10 | 32.50 |
| **05/18/2008** | | | | |
| | MTH | Review correspondence from PVNL re: proposed revisions to draft EPA | | |

W.R. Grace

Claims Analysis Objection & Resolution (Asbestos)

|  |  | HOURS |  |
|---|---|---|---|
|  | Settlement Motion memo | 0.10 | 32.50 |
| **05/19/2008** |  |  |  |
| MTH | Telephone conference with EI re: EPA Settlement Motion | 0.10 | 32.50 |
| MTH | Telephone conference with JB re: EPA Settlement Motion | 0.20 | 65.00 |
| MTH | Additional telephone conference with EI re: EPA Settlement Motion | 0.20 | 65.00 |
| MTH | Multiple correspondence to and from MRE re: EPA Settlement Motion | 0.20 | 65.00 |
| MTH | Review correspondence from JS re: EPA Settlement Motion | 0.20 | 65.00 |
| MTH | Additional research and review re: EPA Settlement Motion; draft revisions to committee memo re: same; finalize memo; draft correspondence to committee re: same | 3.50 | 1,137.50 |
| **05/20/2008** |  |  |  |
| MTH | Review correspondence from BT re: estimation hearing and response to same | 0.10 | 32.50 |
| MTH | Telephone conference with RW re: EPA Settlement Motion | 0.10 | 32.50 |
| MTH | Correspondence to RW re: Debtors' Motion for Approval of Libby Settlement | 0.10 | 32.50 |
| MTH | Correspondence to counsel re: estimation hearing | 0.10 | 32.50 |
| **05/22/2008** |  |  |  |
| MTH | Review correspondence from RW re: Libby Settlement Motion | 0.10 | 32.50 |
| MTH | Correspondence to and from AK re: Libby Settlement Motion | 0.10 | 32.50 |
| MTH | Review correspondence from EI re: Libby EPA Settlement Motion | 0.10 | 32.50 |
| MTH | Review correspondence from JB re: COC and revised documents re: Multi-Site Settlement Agreement | 0.50 | 162.50 |
| MTH | Correspondence to RW re: Libby EPA Settlement Motion | 0.10 | 32.50 |
| MTH | Correspondence to AK and KP re: Libby EPA Settlement Motion | 0.10 | 32.50 |
| MTH | Correspondence to DB and JB re: Libby EPA Settlement Motion | 0.20 | 65.00 |
| MTH | Correspondence to EI and PVNL re: Libby EPA Settlement Motion | 0.10 | 32.50 |
| **05/23/2008** |  |  |  |
| MTH | Correspondence to and from JAL re: Libby Settlement Motion | 0.10 | 32.50 |
| MTH | Correspondence to and from JAL re: COC re: Multi-site Settlement Agreement Motion and Order | 0.10 | 32.50 |
| MTH | Correspondence to and from RW re: proposed COC re: Multi-Site Settlement Agreement | 0.20 | 65.00 |
| **05/27/2008** |  |  |  |
| MTH | Correspondence to PVNL re: Amended ZAI Bar Date Exhibits | 0.10 | 32.50 |
| MTH | Correspondence to JAL re: COC re: Environmental Claims Motion | 0.10 | 32.50 |
| MTH | Correspondence to EI and PVNL re: Settlement Judge's Report re: ZAI | 0.10 | 32.50 |
| **05/28/2008** |  |  |  |
| MTH | Review correspondence from BC to PVNL re: PD Comm. Motion | 0.10 | 32.50 |
| MTH | Correspondence to PVNL re: PD Comm. Motion to Continue and JKF's |  |  |

W.R. Grace

| | ACCOUNT NO: | 3000-05D |
|---|---|---|
| | STATEMENT NO: | 84 |

Claims Analysis Objection & Resolution (Asbestos)

| | | | HOURS | |
|---|---|---|---|---|
| | Order re: same | | 0.20 | 65.00 |
| **05/29/2008** | | | | |
| | MTH | Review memo and Order Denying Anderson Memorial Class Action Motion | 0.40 | 130.00 |
| | MTH | Review Statement by Everest re: Libby US POC Claim Settlement Motion | 0.20 | 65.00 |
| | MTH | Review Order denying PD Motion to Continue ZAI Bar Date Hearing | 0.10 | 32.50 |
| | MTH | Review Joinder of Canadian ZAI to PD Comm. ZAI Bar Date Motion | 0.20 | 65.00 |
| | MTH | Correspondence to EI and PVNL re: statement of Everest re: Libby US EPA Settlement | 0.10 | 32.50 |
| | | FOR CURRENT SERVICES RENDERED | 42.00 | 12,805.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Kenneth L. Dorsney | 16.70 | $275.00 | $4,592.50 |
| Mark T. Hurford | 25.10 | 325.00 | 8,157.50 |
| Kathleen Campbell Davis | 0.20 | 275.00 | 55.00 |
| | | | |
| | TOTAL CURRENT WORK | | 12,805.00 |

| | | |
|---|---|---|
| 05/29/2008 | Payment - Thank you. (July, 2007 - 20% Fees) | -2,388.30 |
| 05/29/2008 | Payment - Thank you. (August, 2007 - 20% Fees) | -1,701.30 |
| 05/29/2008 | Payment - Thank you. (September, 2007 - 20% Fees) | -4,536.40 |
| | TOTAL PAYMENTS | -8,626.00 |
| | BALANCE DUE | $79,955.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2008
ACCOUNT NO:    3000-06D
STATEMENT NO:    84

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $6,536.50 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/28/2008 |  |  |  |  |
| MTH | Review US's Joinder in Debtors' Motion to Approve Settlement |  | 0.40 | 130.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.40 | 130.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.40 | $325.00 | $130.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 130.00 |

| | | |
|---|---|---|
| 05/29/2008 | Payment - Thank you. (August, 2007 - 20% Fees) | -207.40 |
| 05/29/2008 | Payment - Thank you. (September, 2007 - 20% Fees) | -85.40 |
|  | TOTAL PAYMENTS | -292.80 |
|  | BALANCE DUE | $6,373.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

| | | Page: 1 |
|---|---|---|
| W.R. Grace | | 05/31/2008 |
| Wilmington  DE | ACCOUNT NO: | 3000-07D |
| | STATEMENT NO: | 84 |

Committee, Creditors, Noteholders, Equity Holders

|  | PREVIOUS BALANCE | | $39,655.74 |
|---|---|---|---|

| | | HOURS | |
|---|---|---|---|
| **05/01/2008** | | | |
| BC | Review docket for recently filed pleadings and notices of e-filing; draft and distribute daily memo | 0.20 | 19.00 |
| BC | Continue to draft weekly recommendation memo | 0.80 | 76.00 |
| PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| BC | E-mail correspondence with MTH and Christopher Candon re: June 2, 2008 hearing location | 0.10 | 9.50 |
| MTH | Correspondence to and from BC re: various adversary pleadings | 0.10 | 32.50 |
| MTH | Review correspondence from EI to committee claimant representative re: TDP issues | 0.20 | 65.00 |
| MTH | Review correspondence from DC to EI re: TDP issues | 0.10 | 32.50 |
| MTH | Review daily memo | 0.10 | 32.50 |
| **05/02/2008** | | | |
| BC | Review docket for recently filed pleadings and notices of e-filing; draft and distribute daily memo | 0.20 | 19.00 |
| BC | Finalize weekly recommendation memo | 0.70 | 66.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters | 0.20 | 80.00 |
| MTH | Correspondence to committee re: weekly recommendation memo | 0.20 | 65.00 |
| MTH | Prepare weekly recommendation memo | 1.10 | 357.50 |
| **05/05/2008** | | | |
| BC | Begin drafting weekly recommendation memo | 0.30 | 28.50 |
| BC | Review docket for recently filed pleadings and notices of e-filing; draft and distribute daily memo | 0.10 | 9.50 |
| MK | Review committee events calendar; update attorney case calendar | 0.10 | 12.50 |
| KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| KH | Review May 2, 2008 daily memo re: fee issues | 0.10 | 10.50 |
| DM | Update attorneys' binders | 0.20 | 19.00 |
| DAC | Review weekly memo | 0.30 | 135.00 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders


HOURS

**05/06/2008**

| | | | |
|---|---|---|---|
| PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| BC | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 19.00 |
| BC | Review and prepare 31 pleadings in the W.R. Grace v. Chakarian matter | 0.70 | 66.50 |
| BC | Continue drafting weekly recommendation memo | 0.30 | 28.50 |
| MTH | Review daily memo | 0.10 | 32.50 |
| DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |

**05/07/2008**

| | | | |
|---|---|---|---|
| BC | Review docket for recently filed pleadings and notices of e-filing; draft and distribute daily memo | 0.10 | 9.50 |
| BC | Revision of weekly recommendation memo (adding new motions and orders) | 0.40 | 38.00 |
| KH | Review daily memorandum re: fee issues | 0.10 | 10.50 |

**05/08/2008**

| | | | |
|---|---|---|---|
| BC | Review docket for recently filed pleadings and notices of e-filing; draft and distribute daily memo | 0.20 | 19.00 |
| BC | Revision of weekly recommendation memo (adding new motions and orders) | 0.80 | 76.00 |
| DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| MTH | Correspondence to KCD re: committee communications | 0.10 | 32.50 |
| MTH | Review daily memo | 0.10 | 32.50 |
| DM | Prepare and transmit Order re: Judge Gross | 0.10 | 9.50 |
| DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |

**05/09/2008**

| | | | |
|---|---|---|---|
| DAC | Review counsel's weekly memo | 0.30 | 135.00 |
| MTH | Prepare weekly recommendation memo | 1.00 | 325.00 |
| MTH | Review correspondence from BC to committee re: weekly recommendation memo | 0.10 | 32.50 |
| KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| BC | Finalize and distribute weekly recommendation memo | 0.90 | 85.50 |

**05/12/2008**

| | | | |
|---|---|---|---|
| DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| DM | Update attorney binders | 0.20 | 19.00 |
| MK | Review committee events calendar; update attorney case calendar | 0.10 | 12.50 |
| KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| MTH | Review daily memo | 0.10 | 32.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| **05/13/2008** |  |  |  |
| BC | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.30 | 28.50 |
| DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| BC | Begin drafting weekly recommendation memo for 5/16/08 | 0.30 | 28.50 |
| PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| **05/14/2008** |  |  |  |
| BC | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| BC | Review pleadings and electronic filing notices filed in District Court and CA3 proceedings; prepare District Court and CA3 proceeding memo; distribute same | 0.30 | 28.50 |
| DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| **05/15/2008** |  |  |  |
| DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| BC | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| BC | Draft weekly recommendation memo | 0.20 | 19.00 |
| PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| KH | Review May 13, 2008 daily memo re: fee issues | 0.10 | 10.50 |
| KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| **05/16/2008** |  |  |  |
| PEM | Review weekly recommendation memo re: pending motions and matters | 0.20 | 80.00 |
| DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| BC | Finalize and distribute weekly recommendation memo for 5/19/08 | 0.50 | 47.50 |
| MTH | Review correspondence from BC to committee re: weekly recommendation memo | 0.10 | 32.50 |
| MTH | Prepare weekly recommendation memo | 1.00 | 325.00 |
| MTH | Review correspondence from EI re: possible revisions to TDP | 0.60 | 195.00 |
| KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| **05/18/2008** |  |  |  |
| MRE | Review memo from EI re: telephone conference | 0.10 | 38.50 |
| DAC | Review counsel's weekly memo | 0.20 | 90.00 |
| **05/19/2008** |  |  |  |
| BC | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.30 | 28.50 |
| MRE | Review memo from EI re: Libby | 0.10 | 38.50 |
| BC | Begin drafting weekly recommendation memo for 5/26/08 | 0.40 | 38.00 |
| BC | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| MTH | Correspondence to PVNL re: recently filed pleadings | 0.10 | 32.50 |
| MK | Review committee events calendar; update attorney case calendar | 0.10 | 12.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Review daily memo | 0.10 | 32.50 |
| | DAC | Review memo re: Libby Settlement restitution issue | 0.30 | 135.00 |
| **05/20/2008** | | | | |
| | BC | Review docket for recently filed pleadings and notices of e-filing; draft and distribute daily memo | 0.30 | 28.50 |
| | BC | Prepare and distribute pleadings related to daily memo | 0.20 | 19.00 |
| | BC | Continue drafting weekly recommendation memo | 0.60 | 57.00 |
| | MTH | Review correspondence from BC to PVNL re: various substantive pleadings | 0.10 | 32.50 |
| | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| | KH | Review May 19, 2008 daily memo re: fee issues | 0.10 | 10.50 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| **05/21/2008** | | | | |
| | BC | Review dockets for Settlement Agreements and Orders Approving Settlement Agreements re: Fresenius and Sealed Air, as instructed by MTH; download;  prepare same | 0.80 | 76.00 |
| | BC | Prepare requested pleadings and send to co-counsel | 0.20 | 19.00 |
| **05/22/2008** | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | DM | Update attorney binders | 0.20 | 19.00 |
| | BC | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | BC | Finalize weekly recommendation memo | 0.80 | 76.00 |
| | MTH | Participate in conference call re: revisions to TDP | 1.50 | 487.50 |
| | MTH | Telephone conference with EI re: TDP | 0.10 | 32.50 |
| | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| | DAC | Review TDP values memo re: new category | 0.30 | 135.00 |
| **05/23/2008** | | | | |
| | PEM | Review weekly recommendation memo to ACC re: pending motions and matters | 0.20 | 80.00 |
| | DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | DM | Update attorney's binder | 0.30 | 28.50 |
| | MTH | Review correspondence from ACM and JC re: TDP | 0.20 | 65.00 |
| | MTH | Review correspondence from EI re: TDP | 0.10 | 32.50 |
| | MTH | Review correspondence from BC to committee re: weekly recommendation memo | 0.10 | 32.50 |
| | MTH | Prepare weekly recommendation memo | 1.30 | 422.50 |
| | KH | Review daily memor re: fee issues | 0.10 | 10.50 |
| | BC | Finalize and distribute weekly recommendation memo | 0.90 | 85.50 |
| | BC | Review recently filed pleadings and electronic filing notices; draft and | | |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| | | distribute daily memo | 0.30 | 28.50 |
| **05/27/2008** | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | DM | Update attorney binders | 0.20 | 19.00 |
| | BC | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 19.00 |
| | BC | Begin drafting weekly recommendation memo for 5/30/08 | 0.40 | 38.00 |
| | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| | DAC | Review counsel's weekly memo | 0.30 | 135.00 |
| | MK | Review committee events calendar; update attorney case calendar | 0.10 | 12.50 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| **05/28/2008** | | | | |
| | DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| | BC | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 19.00 |
| | BC | Revision of weekly recommendation memo (adding new motions and orders) | 0.40 | 38.00 |
| | MTH | Review daily memo | 0.20 | 65.00 |
| **05/29/2008** | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | MTH | Correspondence to committee re: weekly recommendation memo | 0.20 | 65.00 |
| | MTH | Prepare weekly recommendation memo | 1.50 | 487.50 |
| | DAC | Review counsel's weekly memo | 0.20 | 90.00 |
| | BC | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.70 | 66.50 |
| | BC | Finalize weekly recommendation memo | 0.70 | 66.50 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| | BC | Draft memo re: District Court and Third Circuit matters only | 0.20 | 19.00 |
| **05/30/2008** | | | | |
| | PEM | Review weekly recommendation memo re: pleadings and motions filed | 0.20 | 80.00 |
| | DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | DM | Update attorney binders | 0.20 | 19.00 |
| | MTH | Review correspondence from BC to PVNL re: various pleadings | 0.10 | 32.50 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| | | FOR CURRENT SERVICES RENDERED | 36.70 | 7,288.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.90 | $450.00 | $855.00 |

Page: 6
05/31/2008

W.R. Grace

ACCOUNT NO:      3000-07D
STATEMENT NO:            84

Committee, Creditors, Noteholders, Equity Holders

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 1.60 | 400.00 | 640.00 |
| Michele Kennedy | 0.40 | 125.00 | 50.00 |
| Mark T. Hurford | 11.10 | 325.00 | 3,607.50 |
| Marla R. Eskin | 0.20 | 385.00 | 77.00 |
| Bruce Campbell | 15.70 | 95.00 | 1,491.50 |
| Katherine Hemming | 1.60 | 105.00 | 168.00 |
| Dan Mosier | 4.20 | 95.00 | 399.00 |

TOTAL CURRENT WORK                                    7,288.00

| 05/29/2008 | Payment - Thank you. (July, 2007 - 20% Fees) | -2,129.90 |
| 05/29/2008 | Payment - Thank you. (August, 2007 - 20% Fees) | -1,989.10 |
| 05/29/2008 | Payment - Thank you. (September, 2007 - 20% Fees) | -1,672.20 |
|  | TOTAL PAYMENTS | -5,791.20 |
|  | BALANCE DUE | $41,152.54 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
05/31/2008
W.R. Grace
Wilmington  DE

ACCOUNT NO:    3000-08D
STATEMENT NO:         83

Employee Benefits/Pension

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE |  | $2,603.00 |

| | | | HOURS | |
|---|---|---|---|---|
| 05/08/2008 | | | | |
| | MTH | Review draft pension plan motion | 0.30 | 97.50 |
| | MTH | Correspondence to JS, PVNL and EI re: draft pension plan motion | 0.40 | 130.00 |
| | MTH | Additional review of pension plan motion | 0.80 | 260.00 |
| 05/15/2008 | | | | |
| | MTH | Review correspondence from JS re: pension plan motion | 0.10 | 32.50 |
| 05/20/2008 | | | | |
| | MTH | Brief review of pension plan motion; correspondence to JS re: Charter Oak; review of same | 0.30 | 97.50 |
| 05/21/2008 | | | | |
| | MTH | Review correspondence from BR re: pension plan motion | 0.10 | 32.50 |
| | MTH | Review pension plan motion; drafting correspondence to EI re: review of same | 1.00 | 325.00 |
| 05/22/2008 | | | | |
| | MTH | Review correspondence from EI re: pension plan motion | 0.10 | 32.50 |
| 05/28/2008 | | | | |
| | MTH | Telephone conference with JS re: pension plan motion and Libby EPA Settlement Motion | 0.40 | 130.00 |
| | | FOR CURRENT SERVICES RENDERED | 3.50 | 1,137.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 3.50 | $325.00 | $1,137.50 |

Page: 2

W.R. Grace

05/31/2008

ACCOUNT NO:        3000-08D

STATEMENT NO:              83

Employee Benefits/Pension

|  | TOTAL CURRENT WORK |  | 1,137.50 |
|---|---|---|---|
| 05/29/2008 | Payment - Thank you. (July, 2007 - 20% Fees) |  | -106.80 |
| 05/29/2008 | Payment - Thank you. (August, 2007 - 20% Fees) |  | -292.20 |
|  | TOTAL PAYMENTS |  | -399.00 |
|  | BALANCE DUE |  | $3,341.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                      05/31/2008
Wilmington  DE                                           ACCOUNT NO:      3000-09D
                                                         STATEMENT NO:              36

Employee Applications, Applicant

PREVIOUS BALANCE                                                               $254.70

BALANCE DUE                                                                    $254.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2008
ACCOUNT NO:      3000-10D
STATEMENT NO:            84

Employment Applications, Others

| | | | |
|---|---|---|---:|
| PREVIOUS BALANCE | | | $1,291.50 |

| | | | HOURS | |
|---|---|---|---:|---:|
| 05/16/2008 | | | | |
| MTH | Review of UST's Objection to FCR's application re: financial advisor | | 0.30 | 97.50 |
| | FOR CURRENT SERVICES RENDERED | | 0.30 | 97.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Mark T. Hurford | 0.30 | $325.00 | $97.50 |

| | |
|---|---:|
| TOTAL CURRENT WORK | 97.50 |

| | | |
|---|---|---:|
| 05/29/2008 | Payment - Thank you. (July, 2007 - 20% Fees) | -18.30 |
| 05/29/2008 | Payment - Thank you. (August, 2007 - 20% Fees) | -539.90 |
| 05/29/2008 | Payment - Thank you. (September, 2007 - 20% Fees) | -19.70 |
| | TOTAL PAYMENTS | -577.90 |
| | BALANCE DUE | $811.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-11D |
|  | STATEMENT NO:         82 |

Expenses

PREVIOUS BALANCE                                                                                       $16,743.47

| Date | Description | Amount |
|---|---|---|
| 05/01/2008 | 4/25/08 Parcels charge for hand and mail service of CNO re: FEE Apps of C&D, AKO, Charter Oak; and COS for CNO | 39.34 |
| 05/01/2008 | 4/30/08 Parcels charge for hand and mail service re: March Fee Apps of C&D, C&L, LAS, AKO and Charter Oak | 368.20 |
| 05/01/2008 | 4/30/08 Parcels charge for hand deliveries to Ferry, Pachulski Stang, U.S. Trustee, and Duane | 20.00 |
| 05/01/2008 | Pacer charges for the month of April | 178.48 |
| 05/05/2008 | 367 total copies printed | 36.70 |
| 05/05/2008 | 88 total copies scanned | 8.80 |
| 05/09/2008 | Parcels charge for hand delivery to Ferry, Pachulski Stang, U.S. Trustee, and Duane | 20.00 |
| 05/09/2008 | Parcels charge for hand and mail service of CNO re: February Fee Application for LAS | 19.18 |
| 05/12/2008 | 917 total copies printed | 91.70 |
| 05/12/2008 | 406 total copies scanned | 40.60 |
| 05/15/2008 | Parcels charge for hand and mail service of Jan. - March Fee App. for LAS, AKO, C&L, and C&D | 732.10 |
| 05/17/2008 | IKON charge for hand and mail service of 10th Committee January - March Expense Application | 82.68 |
| 05/22/2008 | 453 total copies printed | 45.30 |
| 05/22/2008 | 128 total copies scanned | 12.80 |
| 05/22/2008 | Parcels charge for hand deliveries to Ferry, Pachulski Stang, U.S. Trustee, and Duane | 20.00 |
| 05/22/2008 | Parcels charge for hand and mail service of CNOs re: March Fee Applications for C&L, LAS, C&D, AKO and Charter Oak | 49.28 |
| 05/27/2008 | 328 total copies printed | 32.80 |
| 05/27/2008 | 107 total copies scanned | 10.70 |
| 05/28/2008 | AT&T Long Distance Phone Calls | 8.35 |
| 05/30/2008 | Westlaw charges for the month of May | 107.11 |

W.R. Grace

Page: 2
05/31/2008
ACCOUNT NO:      3000-11D
STATEMENT NO:            82

Expenses

TOTAL EXPENSES                                                    1,924.12

TOTAL CURRENT WORK                                               1,924.12

BALANCE DUE                                                    $18,667.59

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  | | Page: 1 |
| W.R. Grace | | 05/31/2008 |
| Wilmington  DE | ACCOUNT NO: | 3000-12D |
| | STATEMENT NO: | 82 |

Fee Applications, Applicant

| | PREVIOUS BALANCE | | | $7,568.80 |
|---|---|---|---|---|
| | | | HOURS | |
| **05/05/2008** | | | | |
| PEM | Review April pre-bill for Pittsburgh time | | 0.20 | 80.00 |
| **05/08/2008** | | | | |
| MRE | Review and revision to April pre-bill | | 0.40 | 154.00 |
| MTH | Review pre-bill | | 1.00 | 325.00 |
| **05/12/2008** | | | | |
| MTH | Additional review and revisions to pre-bill; correspondence to and from DS re: same | | 0.80 | 260.00 |
| **05/13/2008** | | | | |
| MTH | Correspondence to and from DS re: revisions to pre-bill | | 0.30 | 97.50 |
| **05/15/2008** | | | | |
| KCD | Review and sign C&L interim application | | 0.30 | 82.50 |
| KCD | Review and sign C&L interim application | | 0.30 | 82.50 |
| KH | Prepare C&L January-March interim fee application(1.2); finalize and e-file fee application(.3) | | 1.50 | 157.50 |
| **05/19/2008** | | | | |
| MTH | Review Fee Auditors' Report re: C&L; correspondence to MRE and KCD re: same | | 0.20 | 65.00 |
| **05/20/2008** | | | | |
| MRE | Review of final fee report | | 0.10 | 38.50 |
| **05/22/2008** | | | | |
| KCD | Review and sign CNO re: C&L monthly application | | 0.20 | 55.00 |
| KH | Review case docket for objections to C&L March fee application (.1); | | | |

W.R. Grace

| | ACCOUNT NO: | 3000-12D |
|---|---|---|
| | STATEMENT NO: | 82 |

Fee Applications, Applicant

| | | HOURS | |
|---|---|---|---|
| | prepare CNO (.2); finalize and e-file CNO (.2) | 0.50 | 52.50 |
| 05/29/2008 | | | |
| KH | Review e-mail from DS re: payment; research and send responsive e-mail | 0.20 | 21.00 |
| | FOR CURRENT SERVICES RENDERED | 6.00 | 1,471.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $400.00 | $80.00 |
| Mark T. Hurford | 2.30 | 325.00 | 747.50 |
| Marla R. Eskin | 0.50 | 385.00 | 192.50 |
| Kathleen Campbell Davis | 0.80 | 275.00 | 220.00 |
| Katherine Hemming | 2.20 | 105.00 | 231.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 1,471.00 |

| 05/29/2008 | Payment - Thank you. (July, 2007 - 20% Fees) | -210.70 |
|---|---|---|
| 05/29/2008 | Payment - Thank you. (August, 2007 - 20% Fees) | -135.00 |
| 05/29/2008 | Payment - Thank you. (September, 2007 - 20% Fees) | -157.60 |
| | TOTAL PAYMENTS | -503.30 |
| | BALANCE DUE | $8,536.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                        05/31/2008
Wilmington DE                                                           ACCOUNT NO:        3000-13D
                                                                       STATEMENT NO:              69

Fee Applications, Others

PREVIOUS BALANCE                                                                        $13,054.50

|  |  | HOURS |  |
|---|---|---|---|
| 05/06/2008 |  |  |  |
| KCD | Discussion with KLH re: fee applications | 0.10 | 27.50 |
| 05/09/2008 |  |  |  |
| KH | Review case docket for objections to LAS February fee application (.1); prepare CNO (.2); finalize and e-file CNO (.2) | 0.50 | 52.50 |
| KH | Review March fee application of Day Pitney (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review January-March interim fee application of Day Pitney (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review January-March interim fee application of Ogilvy Renault (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review February fee application of BMC Group (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review March fee application of Kramer Levin Naftalis & Frankel (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review March fee application of Duane Morris (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review March fee application of Beveridge & Diamond (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review March fee application of Woodcock Washburn (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review April fee application of Warren Smith (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review March fee application of PwC (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
| 05/15/2008 |  |  |  |
| KCD | Review AKO interim application | 0.30 | 82.50 |
| KCD | Review LAS interim application | 0.30 | 82.50 |

| | | | HOURS | |
|---|---|---|---|---|
| KCD | Review C&D interim; e-mails with KLH re: same | | 0.30 | 82.50 |
| KCD | Review Charter Oak interim application; discussion with KLH re: same | | 0.40 | 110.00 |
| KCD | Review AKO interim application | | 0.30 | 82.50 |
| KCD | Review LAS interim application | | 0.30 | 82.50 |
| KCD | Review C&D interim; e-mails with KLH re: same | | 0.30 | 82.50 |
| KCD | Review Charter Oak interim application; discussion with KLH re: same | | 0.40 | 110.00 |
| KH | Prepare AKO January-March interim fee application (.9); finalize and e-file same (.3) | | 1.20 | 126.00 |
| KH | Prepare LAS January-March interim fee application (.8); finalize and e-file same (.3) | | 1.10 | 115.50 |
| KH | Prepare Charter Oak January-March interim fee application (.9); finalize and e-file same (.3) | | 1.20 | 126.00 |
| KH | Review e-mail from A. Katznelson re: January-March interim fee application(.1); update C&D interim fee application (.3); finalize and e-file same (.3) | | 0.70 | 73.50 |
| KH | Review February fee application of BMC Group (.1); update Grace weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review January-March interim fee application of Kramer Levin (.1); update Grace weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review January-March interim fee application of Foley Hoag (.1); update Grace weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review April fee application of Ogilvy Renault (.1); update Grace weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review January fee application of Latham & Watkins (.1); update Grace weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review February fee application of Latham & Watkins (.1); update Grace weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review March fee application of Latham & Watkins (.1); update Grace weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review January-March interim fee application of Ferry Joseph (.1); update Grace weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review January-March interim fee application of Casner & Edwards (.1); update Grace weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review January-March interim fee application of Kirkland & Ellis (.1); update Grace weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review January-March interim fee application of PricewaterhouseCoopers (.1); update Grace weekly recommendation memo (.1) | | 0.20 | 21.00 |
| | | | | |
| 05/16/2008 | | | | |
| KCD | Review and sign committee member expense interim | | 0.40 | 110.00 |
| KH | Prepare Committee January-March expense application (.8); Finalize and e-file same (.3) | | 1.10 | 115.50 |
| KH | Review January-March interim fee application of Buchanan Ingersoll & Rooney (.1); update Grace weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review March fee application of Orrick Herrington (.1); update Grace | | | |

Page: 3
W.R. Grace                                                                          05/31/2008
                                                            ACCOUNT NO:          3000-13D
                                                            STATEMENT NO:               69
Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | weekly recommendation memo (.1) | 0.20 | 21.00 |
|  | KH | Review March fee application of Casner & Edwards (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
|  | KH | Review February fee application of Towers Perrin Tillinghast (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
|  | KH | Review June 2007 fee application of Deloitte & Touche (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
|  | KH | Review July 2007 fee application of Deloitte & Touche (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
|  | KH | Review August 2007 fee application of Deloitte & Touche (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
|  | KH | Review September 2007 fee application of Deloitte & Touche (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
|  | KH | Review October 2007 fee application of Deloitte & Touche (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
|  | KH | Review November 2007 fee application of Deloitte & Touche (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
|  | KH | Review December 2007 fee application of Deloitte & Touche (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
| 05/21/2008 |  |  |  |  |
|  | KH | Update committee fee and expense tracking chart | 0.60 | 63.00 |
| 05/22/2008 |  |  |  |  |
|  | KCD | Review and sign CNO re: C&D monthly application | 0.20 | 55.00 |
|  | KCD | Review and sign CNO re: Charter Oak monthly application | 0.20 | 55.00 |
|  | KCD | Review and sign CNO re: LAS monthly application | 0.20 | 55.00 |
|  | KCD | Review and sign CNO re: AKO monthly application | 0.20 | 55.00 |
|  | KH | Review case docket for objections to C&D March fee application (.1); prepare CNO (.2); finalize and e-file same (.2) | 0.50 | 52.50 |
|  | KH | Review case docket for objections to LAS March fee application (.1); prepare CNO (.2); finalize and e-file same (.2) | 0.50 | 52.50 |
|  | KH | Review case docket for objections to AKO March fee application (.1); prepare CNO (.2); finalize and e-file same (.2) | 0.50 | 52.50 |
|  | KH | Review case docket for objections to Charter Oak March fee application (.1); prepare CNO (.2); finalize and e-file same (.2) | 0.50 | 52.50 |
| 05/23/2008 |  |  |  |  |
|  | KH | Review January-March interim fee application of Woodcock Washburn (.1); update Grace weekly recommendation memo (.1) | 0.10 | 10.50 |
|  | KH | Review March fee application of Pachulski Stang (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
|  | KH | Review April fee application of Duane Morris (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
|  | KH | Review January fee application of Blackstone Advisory (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KH | Review February fee application of Blackstone Advisory (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review March fee application of Blackstone Advisory (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review January-March interim fee application of Blackstone Advisory (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review January-March interim fee application of Phillips, Goldman & Spence (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review January fee application of Steptoe & Johnson (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review February fee application of Steptoe & Johnson (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review March fee application of Steptoe & Johnson (.1); update Grace weekly recommendation memo (.1) | 0.20 | 21.00 |

05/27/2008
| KH | Multiple e-mails with B. Magnuson re: AKO March CNO | 0.20 | 21.00 |

05/29/2008
| KH | Review April Fee Application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review April Fee Application of Hamilton, Rabinovitz & Alschuler(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review April Fee Application of Bilzin Sumberg(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review April Fee Application of Kirkland & Ellis(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review April Fee Application of Hilsoft Notifications(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review Oct-Dec Interim Fee Application of Nelson Mullins(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review April Fee Application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review April Fee Application of Reed Smith(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review January-March Interim Fee Application of Stroock & Stroock(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review July-Sept Interim Fee Application of Lawson Lundell(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
|  | FOR CURRENT SERVICES RENDERED | 23.00 | 3,078.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Kathleen Campbell Davis | 3.90 | $275.00 | $1,072.50 |
| Katherine Hemming | 19.10 | 105.00 | 2,005.50 |

W.R. Grace

Fee Applications, Others


TOTAL CURRENT WORK                                                                    3,078.00


| 05/29/2008 | Payment - Thank you. (July, 2007 - 20% Fees) | -317.90 |
| 05/29/2008 | Payment - Thank you. (August, 2007 - 20% Fees) | -1,332.90 |
| 05/29/2008 | Payment - Thank you. (September, 2007 - 20% Fees) | -515.00 |
| | TOTAL PAYMENTS | -2,165.80 |
| | BALANCE DUE | $13,966.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 05/31/2008 |
| Wilmington  DE | ACCOUNT NO: | 3000-14D |
|  | STATEMENT NO: | 54 |

Financing


PREVIOUS BALANCE                                                                                    $292.50

BALANCE DUE                                                                                          $292.50


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2008
ACCOUNT NO:       3000-15D
STATEMENT NO:                84

Hearings

PREVIOUS BALANCE                                                                        $44,423.75

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/01/2008 | | | | |
| | MTH | Multiple correspondence to and from CC and BC re: hearing | 0.10 | 32.50 |
| 05/20/2008 | | | | |
| | MTH | Correspondence to and from DF re: preliminary agenda re: June 2 hearing | 0.10 | 32.50 |
| | MTH | Additional correspondence to and from DF re: June 2 hearing | 0.10 | 32.50 |
| | MTH | Correspondence to JON re: preliminary agenda | 0.10 | 32.50 |
| 05/21/2008 | | | | |
| | MTH | Review preliminary agenda for hearing | 0.20 | 65.00 |
| | MTH | Correspondence to counsel at PD and FCR re: preliminary agenda for June 2 hearing | 0.10 | 32.50 |
| 05/27/2008 | | | | |
| | MTH | Review correspondence from PVNL re: June 2 hearing | 0.10 | 32.50 |
| | MTH | Hearing preparations; review and mark up of agenda for hearing binder | 0.50 | 162.50 |
| | MTH | Correspondence to PVNL, WBS and RH re: June 2 hearing | 0.20 | 65.00 |
| | BC | Preparations for June 2, 2008 hearing | 0.20 | 19.00 |
| 05/28/2008 | | | | |
| | MTH | Hearing preparation | 0.30 | 97.50 |
| 05/30/2008 | | | | |
| | DM | Prepare trial binder | 1.20 | 114.00 |
| | MTH | Correspondence to PVNL re: amended agenda | 0.10 | 32.50 |
| | MTH | Correspondence to PVNL re: debtors' Response to PD Comm.'s filing re: ZAI Bar Date | 0.10 | 32.50 |
| | MTH | Prepare for hearing | 1.00 | 325.00 |
| | KH | Preparation of attorney binder for 6/2 hearing | 1.30 | 136.50 |

Page: 2

W.R. Grace

05/31/2008

ACCOUNT NO:    3000-15D

STATEMENT NO:    84

Hearings

|  | HOURS |  |
|---|---|---|
| FOR CURRENT SERVICES RENDERED | 5.70 | 1,244.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 3.00 | $325.00 | $975.00 |
| Bruce Campbell | 0.20 | 95.00 | 19.00 |
| Katherine Hemming | 1.30 | 105.00 | 136.50 |
| Dan Mosier | 1.20 | 95.00 | 114.00 |

| TOTAL CURRENT WORK |  | 1,244.50 |
|---|---|---|

| 05/29/2008 | Payment - Thank you. (July, 2007 - 20% Fees) | -1,902.70 |
| 05/29/2008 | Payment - Thank you. (August, 2007 - 20% Fees) | -822.10 |
| 05/29/2008 | Payment - Thank you. (September, 2007 - 20% Fees) | -812.20 |
|  | TOTAL PAYMENTS | -3,537.00 |
|  | BALANCE DUE | $42,131.25 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2008
ACCOUNT NO:        3000-16D
STATEMENT NO:              69

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                                              $1,573.10

| | | | HOURS | |
|---|---|---|---|---|
| 05/01/2008 | | | | |
| | MTH | Review correspondence from BC re: State of Montana's designation and statement | 0.10 | 32.50 |
| 05/02/2008 | | | | |
| | MTH | Review Libby Claimant's Designation of Additional Items on Appeal | 0.10 | 32.50 |
| | MTH | Review Montana's Limited Joinder to Debtors' Motion for Leave to Appeal Order | 0.10 | 32.50 |
| 05/06/2008 | | | | |
| | MTH | Correspondence to and from BC re: Chakarian adversary pleadings | 0.20 | 65.00 |
| 05/07/2008 | | | | |
| | MTH | Review debtors' Reply in Support of Motion for Leave to Appeal | 0.30 | 97.50 |
| | MTH | Review Maryland Casualty's Objection to Libby Claimant's Motion for Leave to File Appeal | 0.10 | 32.50 |
| | MTH | Review Maryland Casualty's Joinder in Debtors' Opposition to Libby Claimant's Leave to Appeal | 0.10 | 32.50 |
| 05/08/2008 | | | | |
| | MTH | Review Royal Indemnity's Joinder in Opposition to Debtors' Opposition to Libby Claimant's Motion for Leave to Appeal | 0.10 | 32.50 |
| 05/09/2008 | | | | |
| | MTH | Review debtors' Corrected Opposition to Libby Claimant's Motion for Leave to Appeal Order | 0.30 | 97.50 |
| | DM | Prepare hearing binder for Adversary Case 01-00771 | 1.20 | 114.00 |
| 05/13/2008 | | | | |
| | MTH | Multiple correspondence to and from representative of State of Montana | | |

Page: 2
W.R. Grace                                                                05/31/2008
                                                      ACCOUNT NO:        3000-16D
                                                      STATEMENT NO:            69
Litigation and Litigation Consulting

|  |  | HOURS |  |
|---|---|---|---|
|  | re: service of District Court filings | 0.10 | 32.50 |
| MTH | Review correspondence from NDF re: filings in District Court re: Libby PI. | 0.10 | 32.50 |
| MTH | Correspondence to PVNL re: Libby Motion to Dissolve Stay Pending Appeal | 0.10 | 32.50 |
| MTH | Correspondence to NDF and PVNL re: Montana Objection to Libby Motion to Dissolve Stay Pending Appeal | 0.10 | 32.50 |
| **05/20/2008** |  |  |  |
| MTH | Review Maryland Casualty's Counter-Designation of items to be included on Appeal | 0.10 | 32.50 |
| MTH | Review debtors' Designation of Additional Items to be included in the record on Appeal | 0.10 | 32.50 |
| **05/29/2008** |  |  |  |
| MTH | Correspondence to PVNL re: debtors' Brief on Appeal re: Preliminary Injunction; review Montana's Brief on Appeal. | 0.10 | 32.50 |
| MTH | Review debtors' Brief on Appeal re: Preliminary Injunction; review Montana's Brief on Appeal | 0.50 | 162.50 |
| MTH | Correspondence to EI and PVNL re: JKF Order on Anderson Memorial | 0.10 | 32.50 |
|  | FOR CURRENT SERVICES RENDERED | 3.90 | 991.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.70 | $325.00 | $877.50 |
| Dan Mosier | 1.20 | 95.00 | 114.00 |

TOTAL CURRENT WORK                                                             991.50

| 05/29/2008 | Payment - Thank you. (July, 2007 - 20% Fees) | -99.40 |
|---|---|---|
| 05/29/2008 | Payment - Thank you. (August, 2007 - 20% Fees) | -42.30 |
| 05/29/2008 | Payment - Thank you. (September, 2007 - 20% Fees) | -46.20 |
|  | TOTAL PAYMENTS | -187.90 |

BALANCE DUE                                                                  $2,376.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-17D |
|  | STATEMENT NO:          69 |

Plan and Disclosure Statement

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $6,531.00 |
|  |  | HOURS |  |
| 05/18/2008 |  |  |  |
| DAC | Review memo re: Libby claim and TDP changes | 0.40 | 180.00 |
| 05/21/2008 |  |  |  |
| MTH | Review correspondence from JAL re: Sealed Air and Fresenius documentation; review documents re: same; discussion with BC re: same | 1.00 | 325.00 |
| 05/25/2008 |  |  |  |
| MRE | Review of memo re: TDP | 0.50 | 192.50 |
|  | FOR CURRENT SERVICES RENDERED | 1.90 | 697.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.40 | $450.00 | $180.00 |
| Mark T. Hurford | 1.00 | 325.00 | 325.00 |
| Marla R. Eskin | 0.50 | 385.00 | 192.50 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 697.50 |

|  |  |  |
|---|---|---|
| 05/29/2008 | Payment - Thank you. (July, 2007 - 20% Fees) | -2,915.60 |
| 05/29/2008 | Payment - Thank you. (August, 2007 - 20% Fees) | -219.60 |
|  | TOTAL PAYMENTS | -3,135.20 |
|  | BALANCE DUE | $4,093.30 |

Page: 2

W.R. Grace                                                                                                    05/31/2008
                                                                            ACCOUNT NO:        3000-17D
                                                                            STATEMENT NO:               69

Plan and Disclosure Statement

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-18D |
|  | STATEMENT NO:            69 |

Relief from Stay Proceedings

|  |  |  | HOURS |  |
|---|---|---|---|---|
| PREVIOUS BALANCE |  |  |  | $161.10 |
| 05/27/2008 |  |  |  |  |
| MTH | Review correspondence from BC to PVNL re: PI Stay Relief Motion |  | 0.10 | 32.50 |
|  | FOR CURRENT SERVICES RENDERED |  | 0.10 | 32.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $325.00 | $32.50 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 32.50 |
|  |  |
| 05/29/2008    Payment - Thank you. (August, 2007 - 20% Fees) | -36.60 |
|  |  |
| BALANCE DUE | $157.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2008
ACCOUNT NO:        3000-19D
STATEMENT NO:              52

Tax Issues

PREVIOUS BALANCE                                                                      $1,048.70

05/29/2008       Payment - Thank you. (September, 2007 - 20% Fees)                    -127.70

BALANCE DUE                                                                            $921.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                      05/31/2008
Wilmington  DE                                              ACCOUNT NO:      3000-20D
                                                            STATEMENT NO:              68

Tax Litigation

PREVIOUS BALANCE                                                              $468.80

BALANCE DUE                                                                   $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                | |
|----------------|----|
| W.R. Grace     | Page: 1 |
| Wilmington  DE | 05/31/2008 |

ACCOUNT NO:    3000-21D
STATEMENT NO:    60

Travel-Non-Working

| | |
|---|---|
| PREVIOUS BALANCE | $6,328.40 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 05/15/2008 | | | | |
| | MTH | Non-working travel time to New York for meeting with debtors (billed at one half time) | 1.00 | 325.00 |
| | MTH | Non-working travel time from New York (billed at one half time) | 1.50 | 487.50 |
| | | FOR CURRENT SERVICES RENDERED | 2.50 | 812.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.50 | $325.00 | $812.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 812.50 |

| | | |
|---|---|---|
| 05/29/2008 | Payment - Thank you. (July, 2007 - 20% Fees) | -122.00 |
| 05/29/2008 | Payment - Thank you. (August, 2007 - 20% Fees) | -317.20 |
| | TOTAL PAYMENTS | -439.20 |
| | BALANCE DUE | $6,701.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
05/31/2008

W.R. Grace
Wilmington  DE

ACCOUNT NO:      3000-22D
STATEMENT NO:              73

Valuation

PREVIOUS BALANCE                                                                                    $1,185.00

BALANCE DUE                                                                                            $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                            05/31/2008
Wilmington  DE                                    ACCOUNT NO:        3000-23D
                                                  STATEMENT NO:             73

ZAI Science Trial

PREVIOUS BALANCE                                                     $1,625.80

BALANCE DUE                                                          $1,625.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 05/31/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-24D |
|  | STATEMENT NO:            46 |

ZAI Science Trial - Expenses

PREVIOUS BALANCE                                                                    -$56.00

CREDIT BALANCE                                                                      -$56.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                05/31/2008
Wilmington  DE                                    ACCOUNT NO:        3000-25D
                                                  STATEMENT NO:             39

Others

PREVIOUS BALANCE                                                          $56.00

BALANCE DUE                                                               $56.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
05/31/2008
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 169.00 | 0.00 | 0.00 | 0.00 | 0.00 | $169.00 |
| 3000-02 Asset Disposition | | | | | |
| 68.50 | 0.00 | 0.00 | 0.00 | -31.20 | $37.30 |
| 3000-03 Business Operations | | | | | |
| 590.20 | 0.00 | 0.00 | 0.00 | 0.00 | $590.20 |
| 3000-04 Case Administration | | | | | |
| 3,144.90 | 348.50 | 0.00 | 0.00 | -510.43 | $2,982.97 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 75,776.30 | 12,805.00 | 0.00 | 0.00 | -8,626.00 | $79,955.30 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 6,536.50 | 130.00 | 0.00 | 0.00 | -292.80 | $6,373.70 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 39,655.74 | 7,288.00 | 0.00 | 0.00 | -5,791.20 | $41,152.54 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 2,603.00 | 1,137.50 | 0.00 | 0.00 | -399.00 | $3,341.50 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 254.70 | 0.00 | 0.00 | 0.00 | 0.00 | $254.70 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,291.50 | 97.50 | 0.00 | 0.00 | -577.90 | $811.10 |

Page: 2
05/31/2008

W.R. Grace

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-11 Expenses | | | | | |
| 16,743.47 | 0.00 | 1,924.12 | 0.00 | 0.00 | $18,667.59 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 7,568.80 | 1,471.00 | 0.00 | 0.00 | -503.30 | $8,536.50 |
| 3000-13 Fee Applications, Others | | | | | |
| 13,054.50 | 3,078.00 | 0.00 | 0.00 | -2,165.80 | $13,966.70 |
| 3000-14 Financing | | | | | |
| 292.50 | 0.00 | 0.00 | 0.00 | 0.00 | $292.50 |
| 3000-15 Hearings | | | | | |
| 44,423.75 | 1,244.50 | 0.00 | 0.00 | -3,537.00 | $42,131.25 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 1,573.10 | 991.50 | 0.00 | 0.00 | -187.90 | $2,376.70 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 6,531.00 | 697.50 | 0.00 | 0.00 | -3,135.20 | $4,093.30 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 161.10 | 32.50 | 0.00 | 0.00 | -36.60 | $157.00 |
| 3000-19 Tax Issues | | | | | |
| 1,048.70 | 0.00 | 0.00 | 0.00 | -127.70 | $921.00 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 6,328.40 | 812.50 | 0.00 | 0.00 | -439.20 | $6,701.70 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,625.80 | 0.00 | 0.00 | 0.00 | 0.00 | $1,625.80 |
| 3000-24 ZAI Science Trial - Expenses | | | | | |
| -56.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$56.00 |

Page: 3
05/31/2008

W.R. Grace

ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-25 Others | | | | | |
| 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | $56.00 |
| 231,095.26 | 30,134.00 | 1,924.12 | 0.00 | -26,361.23 | $236,792.15 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.