```
Date: 05/20/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 1


              W. R. Grace, Inc. % Elihu Inselbuch
              Caplin & Drysdale
              399 Park Avenue, 27th Floor
              New York, New York 10022


Date/Slip# Description                          HOURS/RATE   AMOUNT
---------------------------------------------------------------------------
04/02/08   Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  3.5   2800.00
#4103      Review Florence hearing testimony              800.00

04/08/08   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.2    570.00
#4310      Reconstruct Florence assertions about statistical     475.00
           significance

04/26/08   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  1.2    570.00
#4326      Review email from Mark Garbowski (Anderson-Kill);      475.00
           review insurance analysis performed with/for Kramer

04/28/08   Relles    / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3    142.50
#4327      Correspondence with Garbowski (Anderson-Kill          475.00
           attorney)
```

{D0112647.1 }

Date: 05/20/08              Legal Analysis Systems, Inc.
Time: 12:00pm                                                              Page 2

            W. R. Grace


```
Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
04/03/08  Peterson  / (07) Committee, Creditors'              0.6      480.00
#4106     Telephone Finch                                   800.00

04/05/08  Peterson  / (07) Committee, Creditors'              2.1     1680.00
#4112     Telephone Finch (several)                         800.00

04/07/08  Relles    / (07) Committee, Creditors'              2.0      950.00
#4307     Resolve Cooney questions concerning status of Libby 475.00
          claimants

04/07/08  Relles    / (07) Committee, Creditors'              0.4      190.00
#4308     Telephone Peterson re: Cooney questions concerning 475.00
          Libby claimants

04/09/08  Peterson  / (07) Committee, Creditors'              5.2     4160.00
#4122     Work on Libby settlement issues; draft responses to 800.00
          Cooney questions

04/09/08  Relles    / (07) Committee, Creditors'              4.5     2137.50
#4315     Work on memo responding to to Cooney's questions   475.00

04/10/08  Relles    / (07) Committee, Creditors'              3.5     1662.50
#4316     Derive values used by Cohn in memo to Inselbuch    475.00

04/16/08  Peterson  / (07) Committee, Creditors'              0.4      320.00
#4131     Telephone Finch re: Libby claimants                800.00

04/16/08  Relles    / (07) Committee, Creditors'              1.4      665.00
#4318     Attempt to replicate Libby settlement amounts in   475.00
          spreadsheets sent by Finch

04/21/08  Peterson  / (07) Committee, Creditors'              0.4      320.00
#4137     Telephone Finch re: Libby claims                   800.00

04/21/08  Peterson  / (07) Committee, Creditors'              0.3      240.00
#4138     Telephone Finch and Relles re: Libby claims        800.00

04/21/08  Relles    / (07) Committee, Creditors'              0.3      142.50
#4322     Telephone Finch and Peterson re: Libby claims      475.00

04/25/08  Peterson  / (07) Committee, Creditors'              1.0      800.00
#4142     Telephone Garbowski re: insurance issues           800.00

04/29/08  Peterson  / (07) Committee, Creditors'              1.0      800.00
#4146     Conference call Garbowski and Relles re: insurance 800.00
          issues
```

{D0112647.1 }

```
Date: 05/20/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                      Page 3

            W. R. Grace


Date/Slip# Description                              HOURS/RATE    AMOUNT
--------------------------------------------------------------------------
04/29/08  Relles    / (07) Committee, Creditors'        1.0      475.00
 #4328     Conference call Garbowski and Peterson re: insurance  475.00
           issues
```

{D0112647.1 }

Date: 05/20/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                        Page 4

            W. R. Grace

| Date/Slip# | Description | HOURS/RATE | AMOUNT |
|---|---|---|---|
| 04/08/08 #4119 | Peterson  / (16) Plan and Disclosure Statement Review proposed TDP | 3.5 800.00 | 2800.00 |
| 04/08/08 #4121 | Peterson  / (16) Plan and Disclosure Statement Review documents on settlements and TDP | 2.0 800.00 | 1600.00 |
| 04/08/08 #4314 | Relles    / (16) Plan and Disclosure Statement Review proposed TDP | 1.8 475.00 | 855.00 |
| 04/10/08 #4124 | Peterson  / (16) Plan and Disclosure Statement Review documents on derivation of TDP values | 2.3 800.00 | 1840.00 |
| 04/16/08 #4133 | Peterson  / (16) Plan and Disclosure Statement Review TDP | 1.8 800.00 | 1440.00 |
| 04/16/08 #4134 | Peterson  / (16) Plan and Disclosure Statement Review data on high value claims for TDP issues | 1.4 800.00 | 1120.00 |
| 04/25/08 #4145 | Peterson  / (16) Plan and Disclosure Statement Review TDP analysis | 2.1 800.00 | 1680.00 |

```
Date: 05/20/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 5

        W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
04/01/08  Peterson  / (28) Data Analysis               9.4     7520.00
#4101     Prepare for hearing testimony              800.00

04/02/08  Peterson  / (28) Data Analysis              10.6     8480.00
#4102     Prepare for hearing testimony              800.00

04/03/08  Peterson  / (28) Data Analysis              13.3    10640.00
#4104     Prepare for hearing testimony              800.00

04/03/08  Peterson  / (28) Data Analysis               3.0     2400.00
#4105     Review Grace documents re: claims handling  800.00

04/04/08  Peterson  / (28) Data Analysis               4.9     3920.00
#4107     Review April 1 hearing transcript          800.00

04/04/08  Peterson  / (28) Data Analysis               0.2      160.00
#4108     Telephone Relles re: status of case        800.00

04/04/08  Peterson  / (28) Data Analysis              11.2     8960.00
#4109     Prepare for hearing testimony              800.00

04/04/08  Relles    / (28) Data Analysis               1.4      665.00
#4301     Review and respond to miscellaneous emails 475.00

04/04/08  Relles    / (28) Data Analysis               0.2       95.00
#4302     Telephone Peterson re: status of case      475.00

04/05/08  Peterson  / (28) Data Analysis               8.8     7040.00
#4110     Work on hearing testimony                  800.00

04/05/08  Peterson  / (28) Data Analysis               5.4     4320.00
#4111     Address issues of Libby liabilities for settlement  800.00
          discussions

04/06/08  Peterson  / (28) Data Analysis               8.6     6880.00
#4113     Work on hearing testimony                  800.00

04/06/08  Peterson  / (28) Data Analysis               4.2     3360.00
#4114     Review hearing transcripts                 800.00

04/06/08  Relles    / (28) Data Analysis               1.4      665.00
#4303     Review emails on status of trial           475.00

04/06/08  Relles    / (28) Data Analysis               3.6     1710.00
#4304     Review hearing testimony                   475.00
```

{D0112647.1 }

```
Date: 05/20/08           Legal Analysis Systems, Inc.
Time: 12:00pm                                                   Page 6

          W. R. Grace


Date/Slip# Description                               HOURS/RATE   AMOUNT
------------------------------------------------------------------------
04/07/08  Peterson  / (28) Data Analysis                 4.8   3840.00
#4115     Work on hearing testimony                    800.00

04/07/08  Peterson  / (28) Data Analysis                 4.5   3600.00
#4116     Address Libby liability issues for settlement 800.00

04/07/08  Peterson  / (28) Data Analysis                 0.9    720.00
#4117     Telephone Relles (2 calls)  re: Libby data and 800.00
          issues

04/07/08  Relles    / (28) Data Analysis                 4.8   2280.00
#4305     Review and work on slides for hearing testimony 475.00

04/07/08  Relles    / (28) Data Analysis                 0.5    237.50
#4306     Telephone Peterson re: Libby data             475.00

04/07/08  Relles    / (28) Data Analysis                 4.5   2137.50
#4309     Review hearing testimony                      475.00

04/08/08  Peterson  / (28) Data Analysis                 0.6    480.00
#4118     Telephone Relles re: Libby claimants          800.00

04/08/08  Peterson  / (28) Data Analysis                 1.0    800.00
#4120     Review documents on settlement                800.00

04/08/08  Relles    / (28) Data Analysis                 0.6    285.00
#4311     Telephone Peterson re: Libby claimants        475.00

04/08/08  Relles    / (28) Data Analysis                 1.0    475.00
#4312     State by state order statistics               475.00

04/08/08  Relles    / (28) Data Analysis                 1.3    617.50
#4313     Review data and analysis of Libby settlements 475.00

04/10/08  Peterson  / (28) Data Analysis                 2.8   2240.00
#4123     Work on analyses of Libby claims              800.00

04/11/08  Peterson  / (28) Data Analysis                 2.1   1680.00
#4125     Review Libby documents                        800.00

04/11/08  Peterson  / (28) Data Analysis                 2.6   2080.00
#4126     Work on finishing drafts of trial documents   800.00

04/12/08  Peterson  / (28) Data Analysis                 3.3   2640.00
#4127     Work on finishing drafts of trial documents   800.00
```

Date: 05/20/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                          Page 7

              W. R. Grace


Date/Slip# Description                                      HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
04/13/08  Peterson  / (28) Data Analysis                           3.2  2560.00
#4128     Review Kraus testimony                               800.00

04/14/08  Peterson  / (28) Data Analysis                           3.4  2720.00
#4129     Work on finishing drafts of trial documents          800.00

04/16/08  Peterson  / (28) Data Analysis                           0.4   320.00
#4130     Telephone Relles re: Libby claimants                 800.00

04/16/08  Peterson  / (28) Data Analysis                           1.1   880.00
#4132     Review Libby data                                    800.00

04/16/08  Relles    / (28) Data Analysis                           0.4   190.00
#4317     Telephone Peterson re: Libby claimants               475.00

04/18/08  Peterson  / (28) Data Analysis                           4.4  3520.00
#4135     Work on finishing drafts of trial documents          800.00

04/19/08  Peterson  / (28) Data Analysis                           2.7  2160.00
#4136     Work on trial graphics (2.4); telephone Relles re:   800.00
          graphics (.3)

04/19/08  Relles    / (28) Data Analysis                           2.4  1140.00
#4319     Work on providing additional information for trial   475.00
          graphics

04/19/08  Relles    / (28) Data Analysis                           0.3   142.50
#4320     Telephone Peterson re: trial graphics                475.00

04/21/08  Peterson  / (28) Data Analysis                           2.6  2080.00
#4139     Compare claims values Libby and other jurisdictions  800.00

04/21/08  Relles    / (28) Data Analysis                           2.5  1187.50
#4321     Finish modifications to slides                       475.00

04/22/08  Peterson  / (28) Data Analysis                           1.1   880.00
#4140     Review additional data for trial exhibits            800.00

04/22/08  Peterson  / (28) Data Analysis                           1.2   960.00
#4141     Telephone Relles (.4) re: analyses of claimed values 800.00
          for Libby claims; review analyses (.8)

04/22/08  Relles    / (28) Data Analysis                           1.4   665.00
#4323     Prepare request for information to Libby attorneys   475.00

{D0112647.1 }

```
Date: 05/20/08            Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 8

            W. R. Grace


Date/Slip# Description                               HOURS/RATE    AMOUNT
-------------------------------------------------------------------------
04/22/08  Relles   / (28) Data Analysis                  0.4      190.00
#4324     Telephone Peterson re: analyses of claimed values 475.00
          for Libby claims

04/25/08  Peterson  / (28) Data Analysis                 3.2     2560.00
#4143     Review forecast as they relate to insurance issues 800.00

04/25/08  Peterson  / (28) Data Analysis                 0.2      160.00
#4144     Email to Relles re: insurance analysis         800.00

04/25/08  Relles   / (28) Data Analysis                  2.4     1140.00
#4325     Review insurance analysis issues               475.00

04/29/08  Peterson  / (28) Data Analysis                 1.0      800.00
#4147     Prepare for conference call, review forecast issues 800.00

04/29/08  Peterson  / (28) Data Analysis                 2.4     1920.00
#4148     Review materials previously sent on insurance issues 800.00
-------------------------------------------------------------------------
```

{D0112647.1 }

```
Date: 05/20/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                              Page 9

         W. R. Grace

        Summary Of Time Charges, By Month and Activity
                April 2008 - April 2008


MONTH      ACTIVITY                                HOURS    AMOUNT
     --------------------------------------------------------------
April    - (05) Claims Anal Objectn/Resolutn (Asbest)   6.2   4082.50
April    - (07) Committee, Creditors'                   24.1  15022.50
April    - (16) Plan and Disclosure Statement           14.9  11335.00
April    - (28) Data Analysis                          158.2 117102.50
April    - (99) Total                                  203.4 147542.50


Total    - (05) Claims Anal Objectn/Resolutn (Asbest)   6.2   4082.50
Total    - (07) Committee, Creditors'                   24.1  15022.50
Total    - (16) Plan and Disclosure Statement           14.9  11335.00
Total    - (28) Data Analysis                          158.2 117102.50
Total    - (99) Total                                  203.4 147542.50
```

-------------------------------------------------------------------------------

```
Date: 05/20/08           Legal Analysis Systems, Inc.
Time: 12:00pm                                                     Page 10

            W. R. Grace

          Summary Of Time Charges, By Month and Person
                  April 2008 - April 2008

MONTH       PERSON                                    HOURS    AMOUNT
-----------------------------------------------------------------------
April      - Relles                                    46.7  22182.50
April      - Peterson                                 156.7 125360.00
April      - Total                                    203.4 147542.50

Total      - Relles                                    46.7  22182.50
Total      - Peterson                                 156.7 125360.00
Total      - Total                                    203.4 147542.50

-------------------------------------------------------------------------------
```

{D0112647.1 }

```
Date: 05/20/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 11

          W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                    April 2008 - April 2008

MONTH      PERSON                            HOURS   RATE     AMOUNT
-----------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

April      - Relles                            2.7   475.    1282.50
April      - Peterson                          3.5   800.    2800.00

(07) Committee, Creditors'

April      - Relles                           13.1   475.    6222.50
April      - Peterson                          11.0   800.    8800.00

(16) Plan and Disclosure Statement

April      - Relles                            1.8   475.     855.00
April      - Peterson                          13.1   800.   10480.00

(28) Data Analysis

April      - Relles                           29.1   475.   13822.50
April      - Peterson                         129.1   800.  103280.00

-------------------------------------------------------------------------------
```