```
Date: 06/30/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                      Page 1


               W. R. Grace, Inc. % Elihu Inselbuch
               Caplin & Drysdale
               399 Park Avenue, 27th Floor
               New York, New York 10022


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
05/01/08  Peterson  / (07) Committee, Creditors'        2.8     2240.00
#4401     review correspondence re: Libby claims; telephone  800.00
          Finch re: same 0.4

05/07/08  Relles    / (07) Committee, Creditors'        2.0      950.00
#4603     analyze Heberling data, prepare memo for Finch  475.00

05/08/08  Relles    / (07) Committee, Creditors'        2.3     1092.50
#4605     do additional analysis of Libby cases, update memo  475.00
          to Finch

05/09/08  Relles    / (07) Committee, Creditors'        0.8      380.00
#4608     work on Inselbuch request for summaries by state  475.00

05/09/08  Relles    / (07) Committee, Creditors'        1.3      617.50
#4609     work on Inselbuch request for other additional  475.00
          summaries

05/12/08  Peterson  / (07) Committee, Creditors'        1.0      800.00
#4413     review data on Libby claims in response to Finch  800.00
          questions

05/12/08  Relles    / (07) Committee, Creditors'        1.8      855.00
#4610     respond to Finch questions about Libby claimants  475.00

05/22/08  Peterson  / (07) Committee, Creditors'        0.5      400.00
#4429     participate in committee conference call       800.00

05/22/08  Relles    / (07) Committee, Creditors'        0.7      332.50
#4615     telephone Garbowski (several calls) re: insurance  475.00
          allocation runs

05/22/08  Relles    / (07) Committee, Creditors'        2.6     1235.00
#4617     update Trust simulations for Inselbuch         475.00

05/27/08  Peterson  / (07) Committee, Creditors'        0.3      240.00
#4437     telephone Relles and Garbowski re: insurance   800.00
          analysis

05/27/08  Relles    / (07) Committee, Creditors'        0.3      142.50
#4620     telephone Peterson and Garbowski re: insurance  475.00
          analysis
```

```
Date: 06/30/08           Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 2

              W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
 05/27/08  Relles    / (07) Committee, Creditors'        0.6    285.00
 #4621     prepare and send spreadsheet to Garbowski    475.00

 05/30/08  Relles    / (07) Committee, Creditors'        0.2     95.00
 #4624     telephone Garbowski re: insurance analysis   475.00
```

Date: 06/30/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 3

        W. R. Grace


Date/Slip# Description                                   HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
05/01/08  Peterson  / (16) Plan and Disclosure Statement      1.9   1520.00
#4402     work on TDP criteria; review EPA report           800.00

05/02/08  Peterson  / (16) Plan and Disclosure Statement      3.4   2720.00
#4403     work on TDP criteria; review EPA report           800.00

05/04/08  Peterson  / (16) Plan and Disclosure Statement      3.2   2560.00
#4405     review TDP and related documents                  800.00

05/08/08  Peterson  / (16) Plan and Disclosure Statement      3.2   2560.00
#4410     review latest TDP and related data analyses       800.00

05/08/08  Peterson  / (16) Plan and Disclosure Statement      1.4   1120.00
#4411     analyses of TDP issues re: IR claims values       800.00

05/09/08  Peterson  / (16) Plan and Disclosure Statement      4.8   3840.00
#4412     analyses of TDP issues re: IR claims values; draft 800.00
          memo for Inselbuch

05/12/08  Peterson  / (16) Plan and Disclosure Statement      2.7   2160.00
#4414     respond to Rice TDP questions                     800.00

05/19/08  Peterson  / (16) Plan and Disclosure Statement      1.7   1360.00
#4421     review current TDP draft                          800.00

05/20/08  Peterson  / (16) Plan and Disclosure Statement      1.2    960.00
#4423     review data on Libby settlements; work on TDP     800.00
          parameters

05/20/08  Peterson  / (16) Plan and Disclosure Statement      2.5   2000.00
#4424     review revised TDP draft and Inselbuch memo       800.00

05/20/08  Relles    / (16) Plan and Disclosure Statement      1.2    570.00
#4612     develop TDP parameters for Libby claimants        475.00

05/21/08  Peterson  / (16) Plan and Disclosure Statement      5.3   4240.00
#4427     draft memo on forecast of liabilities for Libby   800.00
          claims under proposed TDP

05/21/08  Relles    / (16) Plan and Disclosure Statement      1.7    807.50
#4613     work on TDP for Libby claimants                   475.00

05/22/08  Peterson  / (16) Plan and Disclosure Statement      1.2    960.00
#4428     review Libby data and TDP for conference call     800.00

```
Date: 06/30/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 4

           W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
05/02/08  Peterson  / (28) Data Analysis               0.3      240.00
#4404     telephone Relles re: Libby settlement values 800.00

05/02/08  Relles   / (28) Data Analysis                0.3      142.50
#4601     review letter to Libby attorneys             475.00

05/02/08  Relles   / (28) Data Analysis                0.3      142.50
#4602     telephone Peterson re: Libby settlement values 475.00

05/07/08  Peterson  / (28) Data Analysis               0.5      400.00
#4406     review Grace Answers to Libby Claimant's      800.00
          interrogatories

05/07/08  Peterson  / (28) Data Analysis               1.3     1040.00
#4407     review Libby data                            800.00

05/07/08  Relles   / (28) Data Analysis                1.0      475.00
#4604     review interrogatories, attempt to match names in 475.00
          exhibit to history data

05/08/08  Peterson  / (28) Data Analysis               1.4     1120.00
#4408     review information and revised memo re: Libby cases 800.00

05/08/08  Peterson  / (28) Data Analysis               0.2      160.00
#4409     telephone Relles re: punitive damages summaries by 800.00
          state

05/08/08  Relles   / (28) Data Analysis                0.6      285.00
#4606     develop list of Libby settling claimants     475.00

05/08/08  Relles   / (28) Data Analysis                0.5      237.50
#4607     punitive damages summaries by state (.3); telephone 475.00
          Peterson (.2) re: same

05/12/08  Peterson  / (28) Data Analysis               2.9     2320.00
#4415     research Libby epidemiological studies       800.00

05/13/08  Peterson  / (28) Data Analysis               2.3     1840.00
#4416     review historic settlement information       800.00

05/13/08  Peterson  / (28) Data Analysis               2.4     1920.00
#4417     research Libby epidemiological studies       800.00

05/13/08  Relles   / (28) Data Analysis                2.8     1330.00
#4611     analyze outcomes of top 10 meso law firms    475.00
```

```
Date: 06/30/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 5

          W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
05/14/08  Peterson  / (28) Data Analysis                 2.0   1600.00
#4418     work on hearing slides for archiving       800.00

05/15/08  Peterson  / (28) Data Analysis                 4.1   3280.00
#4419     work on hearing slides for archiving       800.00

05/16/08  Peterson  / (28) Data Analysis                 2.6   2080.00
#4420     work on final version of trial graphics   800.00

05/19/08  Peterson  / (28) Data Analysis                 1.9   1520.00
#4422     telephone Libby doctors about asbestos injuries  800.00

05/21/08  Peterson  / (28) Data Analysis                 1.2    960.00
#4425     telephone Relles re: Libby claimants       800.00

05/21/08  Peterson  / (28) Data Analysis                 2.6   2080.00
#4426     review data on Libby exposures and claims  800.00

05/21/08  Relles    / (28) Data Analysis                 1.2    570.00
#4614     telephone Peterson re: Libby claimants     475.00

05/22/08  Peterson  / (28) Data Analysis                 0.4    320.00
#4430     telephone Relles re: insurance allocation runs  800.00

05/22/08  Peterson  / (28) Data Analysis                 1.2    960.00
#4431     review analyses of insurance allocation    800.00

05/22/08  Relles    / (28) Data Analysis                 0.4    190.00
#4616     telephone Peterson re: insurance allocation runs  475.00

05/23/08  Peterson  / (28) Data Analysis                 2.4   1920.00
#4432     final draft of trial graphics              800.00

05/23/08  Relles    / (28) Data Analysis                 4.0   1900.00
#4618     develop summaries for insurance analysis   475.00

05/24/08  Peterson  / (28) Data Analysis                 3.7   2960.00
#4433     final draft of trial graphics              800.00

05/26/08  Peterson  / (28) Data Analysis                 4.4   3520.00
#4434     final draft of trial graphics              800.00

05/27/08  Peterson  / (28) Data Analysis                 0.4    320.00
#4435     telephone Relles trial graphics            800.00
```

```
Date: 06/30/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 6

              W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
------------------------------------------------------------------------
05/27/08  Peterson  / (28) Data Analysis                  2.5   2000.00
#4436     review final version or graphics before sending to  800.00
          production

05/27/08  Peterson  / (28) Data Analysis                  2.6   2080.00
#4438     review forecasts and insurance issues         800.00

05/27/08  Relles    / (28) Data Analysis                  2.9   1377.50
#4619     update graphics for Peterson testimony (2.5);  475.00
          telephone Peterson (.4) re: same

05/29/08  Relles    / (28) Data Analysis                  1.2    570.00
#4622     review new set of slides                       475.00

05/29/08  Relles    / (28) Data Analysis                  1.2    570.00
#4623     work on developing models of Trust flows       475.00

05/30/08  Peterson  / (28) Data Analysis                  2.4   1920.00
#4439     review production of graphics                  800.00

05/31/08  Relles    / (28) Data Analysis                  2.5   1187.50
#4625     review slides sent back by Romano              475.00
------------------------------------------------------------------------
```

Date: 06/30/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 7

                W. R. Grace

            Summary Of Time Charges, By Month and Activity
                    May 2008 - May 2008

MONTH        ACTIVITY                                  HOURS    AMOUNT
----------------------------------------------------------------------
May        - (07) Committee, Creditors'                 17.2    9665.00
May        - (16) Plan and Disclosure Statement         35.4   27377.50
May        - (28) Data Analysis                         64.6   45537.50
May        - (99) Total                                117.2   82580.00

Total      - (07) Committee, Creditors'                 17.2    9665.00
Total      - (16) Plan and Disclosure Statement         35.4   27377.50
Total      - (28) Data Analysis                         64.6   45537.50
Total      - (99) Total                                117.2   82580.00

------------------------------------------------------------------------------

```
Date: 06/30/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                              Page 8

            W. R. Grace

          Summary Of Time Charges, By Month and Person
                 May 2008 - May 2008

  MONTH      PERSON                              HOURS    AMOUNT
  ------------------------------------------------------------------
  May        - Relles                            34.4  16340.00
  May        - Peterson                          82.8  66240.00
  May        - Total                            117.2  82580.00

  Total      - Relles                            34.4  16340.00
  Total      - Peterson                          82.8  66240.00
  Total      - Total                            117.2  82580.00

  --------------------------------------------------------------------------
```

```
Date: 06/30/08          Legal Analysis Systems, Inc.
Time: 12:00pm                                                    Page 9

          W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                      May 2008 - May 2008

MONTH      PERSON                        HOURS   RATE    AMOUNT
----------------------------------------------------------------------
(07) Committee, Creditors'

May        - Relles                       12.6   475.   5985.00
May        - Peterson                      4.6   800.   3680.00

(16) Plan and Disclosure Statement

May        - Relles                        2.9   475.   1377.50
May        - Peterson                      32.5   800.   26000.00

(28) Data Analysis

May        - Relles                       18.9   475.   8977.50
May        - Peterson                      45.7   800.   36560.00

------------------------------------------------------------------------------
```