```
Date: 08/06/08              Legal Analysis Systems, Inc.
Time: 8:00am                                                                Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                         HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------------
 06/14/08  Relles    / (16) Plan and Disclosure Statement          1.0       475.00
 #5202     develop Trust simulation software, produce parameter  475.00
           estimates for TDP based on latest Manville data

 06/15/08  Relles    / (16) Plan and Disclosure Statement          1.0       475.00
 #5204     develop Trust simulation software, produce parameter  475.00
           estimates for TDP based on latest Manville data

 06/16/08  Relles    / (16) Plan and Disclosure Statement          1.0       475.00
 #5205     develop Trust simulation software, produce parameter  475.00
           estimates for TDP based on latest Manville data

 06/17/08  Peterson  / (16) Plan and Disclosure Statement          0.8       640.00
 #5006     Review sources and assumptions about TDP              800.00
           qualification rates for simulations

 06/17/08  Relles    / (16) Plan and Disclosure Statement          1.0       475.00
 #5207     develop Trust simulation software, produce parameter  475.00
           estimates for TDP based on latest Manville data

 06/18/08  Peterson  / (16) Plan and Disclosure Statement          2.3      1840.00
 #5007     Review draft TDP and Trust agreements                 800.00

 06/25/08  Peterson  / (16) Plan and Disclosure Statement          0.5       400.00
 #5014     telephone Relles re: TDP results                      800.00

 06/25/08  Peterson  / (16) Plan and Disclosure Statement          1.4      1120.00
 #5015     Review revised TDP analyses                           800.00

 06/25/08  Relles    / (16) Plan and Disclosure Statement          0.5       237.50
 #5212     telephone Peterson re: TDP results                    475.00
```

{D0126753.1 }

```
Date: 08/06/08              Legal Analysis Systems, Inc.
Time: 8:00am                                                            Page 2

                        W. R. Grace


Date/Slip# Description                                    HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 06/03/08  Peterson  / (28) Data Analysis                        3.3   2640.00
 #5001     Review trial exhibits                              800.00

 06/04/08  Peterson  / (28) Data Analysis                        2.2   1760.00
 #5002     Make final edits to trial exhibits                 800.00

 06/05/08  Peterson  / (28) Data Analysis                        2.7   2160.00
 #5003     Review entire set of trial exhibits               800.00

 06/05/08  Relles    / (28) Data Analysis                        0.3    142.50
 #5201     download and review graphics                      475.00

 06/14/08  Peterson  / (28) Data Analysis                        0.2    160.00
 #5004     Telephone Relles to plan modifications to trust   800.00
           simulations

 06/14/08  Relles    / (28) Data Analysis                        0.2     95.00
 #5203     Telephone Peterson to plan modifications to trust 475.00
           simulations

 06/17/08  Peterson  / (28) Data Analysis                        0.2    160.00
 #5005     Telephone Relles to plan modifications to trust   800.00
           simulations

 06/17/08  Relles    / (28) Data Analysis                        0.2     95.00
 #5206     Telephone Peterson to plan modifications to trust 475.00
           simulations

 06/18/08  Peterson  / (28) Data Analysis                        1.8   1440.00
 #5008     Review trust analyses                             800.00

 06/18/08  Relles    / (28) Data Analysis                        1.5    712.50
 #5208     run revised Trust simulations                     475.00

 06/19/08  Peterson  / (28) Data Analysis                        2.8   2240.00
 #5009     Review EPA report on environmental exposures      800.00

 06/19/08  Relles    / (28) Data Analysis                        2.5   1187.50
 #5209     update Trust projections                          475.00

 06/20/08  Peterson  / (28) Data Analysis                        0.8    640.00
 #5010     Review interrogatories re: Libby                  800.00

 06/20/08  Peterson  / (28) Data Analysis                        2.3   1840.00
 #5011     Review Cohn letter re: Libby claimants; review    800.00
           related data
```

{D0126753.1 }

```
Date: 08/06/08            Legal Analysis Systems, Inc.
Time: 8:00am                                                         Page 3

                       W. R. Grace


Date/Slip# Description                                   HOURS/RATE    AMOUNT
------------------------------------------------------------------------------
 06/20/08  Peterson   / (28) Data Analysis                     0.3     240.00
 #5012     telephone Relles re: update Trust projections    800.00

 06/20/08  Relles     / (28) Data Analysis                     1.0     475.00
 #5210     update Trust projections (0.7); telephone Peterson 475.00
           (0.3) re: same

 06/21/08  Relles     / (28) Data Analysis                     1.0     475.00
 #5211     run Trust simulations                            475.00

 06/24/08  Peterson   / (28) Data Analysis                     2.6    2080.00
 #5013     Review Libby claims                              800.00

 06/25/08  Peterson   / (28) Data Analysis                     0.6     480.00
 #5016     Review emails on epidemiological forecasts for   800.00
           asbestos

 06/30/08  Peterson   / (28) Data Analysis                     2.0    1600.00
 #5017     Examine revised trust forecast                   800.00
------------------------------------------------------------------------------
```

```
Date: 08/06/08            Legal Analysis Systems, Inc.
Time: 8:00am                                                          Page 4

                      W. R. Grace

              Summary Of Time Charges, By Month and Activity
                         June 2008 - June 2008

   MONTH      ACTIVITY                                    HOURS     AMOUNT
   ---------------------------------------------------------------------
   June     - (16) Plan and Disclosure Statement           9.5    6137.50
   June     - (28) Data Analysis                          28.5   20622.50
   June     - (99) Total                                  38.0   26760.00

   Total    - (16) Plan and Disclosure Statement           9.5    6137.50
   Total    - (28) Data Analysis                          28.5   20622.50
   Total    - (99) Total                                  38.0   26760.00

   ---------------------------------------------------------------------------
```

{D0126753.1 }

```
Date: 08/06/08            Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 5

                     W. R. Grace

             Summary Of Time Charges, By Month and Person
                       June 2008 - June 2008

   MONTH      PERSON                                       HOURS    AMOUNT
   ---------------------------------------------------------------------------
   June       - Relles                                      11.2    5320.00
   June       - Peterson                                    26.8   21440.00
   June       - Total                                       38.0   26760.00

   Total      - Relles                                      11.2    5320.00
   Total      - Peterson                                    26.8   21440.00
   Total      - Total                                       38.0   26760.00

   ---------------------------------------------------------------------------
```

{D0126753.1 }

```
Date: 08/06/08           Legal Analysis Systems, Inc.
Time: 8:00am                                                              Page 6

                W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                       June 2008 - June 2008

MONTH      PERSON                               HOURS    RATE      AMOUNT
------------------------------------------------------------------------
(16) Plan and Disclosure Statement

June    - Relles                                  4.5    475.     2137.50
June    - Peterson                                5.0    800.     4000.00

(28) Data Analysis

June    - Relles                                  6.7    475.     3182.50
June    - Peterson                               21.8    800.    17440.00

------------------------------------------------------------------------
```

{D0126753.1 }