Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2008 through April 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 01-Apr-08 | BR | Review of Grace Monthly Operating and Financial Report for February 2008. | 3.30 | $ 565.00 | $ 1,864.50 |
| 03-Apr-08 | BR | Review of memorandum from counsel to the ACC. | 0.50 | $ 565.00 | $ 282.50 |
| 03-Apr-08 | BR | Financial analysis at request of counsel to the ACC. | 2.30 | $ 565.00 | $ 1,299.50 |
| 03-Apr-08 | BR | Review of Grace 2007 10-K for purpose of on-going monitoring of chapter 11 proceedings. | 3.20 | $ 565.00 | $ 1,808.00 |
| 04-Apr-08 | BR | Continued review and analysis of Grace 10-K for purpose of on-going monitoring of chapter 11 proceedings. | 3.10 | $ 565.00 | $ 1,751.50 |
| 04-Apr-08 | BR | Review of memorandum from counsel to the ACC. | 0.40 | $ 565.00 | $ 226.00 |
| 04-Apr-08 | BR | Tel C w/ Jimmy Sinclair to discuss status of case and work to be done. | 0.20 | $ 565.00 | $ 113.00 |
| 08-Apr-08 | BR | Review of press release and final version of settlement term sheet. | 0.30 | $ 565.00 | $ 169.50 |
| 09-Apr-08 | BR | Tel C w/ Jimmy Sinclair re issues in connection with the valuation of Grace. | 1.00 | $ 565.00 | $ 565.00 |
| 09-Apr-08 | BR | Review of changes in GAAP relating to accounting for pensions and postretirement benefits. | 2.10 | $ 565.00 | $ 1,186.50 |
| 09-Apr-08 | BR | Analysis of Grace's pension accounting for purpose of updating valuation of Grace. | 2.40 | $ 565.00 | $ 1,356.00 |
| 17-Apr-08 | BR | Review of Charter Oak financial analysis relating to enterprise value, share prices and warrant value. | 0.80 | $ 565.00 | $ 452.00 |
| 17-Apr-08 | BR | Review of latest market multiples valuation of Grace. | 0.70 | $ 565.00 | $ 395.50 |
| 22-Apr-08 | BR | Review of price update for Grace. | 0.10 | $ 565.00 | $ 56.50 |
| 24-Apr-08 | BR | Review of Sinclair memo re Grace 1st quarter results. | 0.10 | $ 565.00 | $ 56.50 |
| 30-Apr-08 | BR | Review of weekly stock report. | 0.30 | $ 565.00 | $ 169.50 |
| | | Total Bradley Rapp | 20.80 | | $ 11,752.00 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 01-Apr-08 | JS | Continue review and analysis of February 2008 Monthly Financial Report for valuation monitoring. | 0.80 | $ 565.00 | $ 452.00 |
| 01-Apr-08 | JS | Commence review and analysis of memorandum from Kirkland & Ellis regarding Libby Settlement with DOJ and attendant documents for purposes of advising ACC counsel for settlement discussions. | 1.90 | $ 565.00 | $ 1,073.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2008 through April 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 02-Apr-08 | JS | Review, analyze debt markets, reports and data, recent financings, debt covenants for exit financing for purposes of advising ACC counsel for settlement discussions. | 2.30 | $ 565.00 | $ 1,299.50 |
| 02-Apr-08 | JS | Met with Robert Mathews of CIFC, 250 Park Ave., to discuss exit financing terms for purposes of advising ACC counsel for settlement discussions. | 2.10 | $ 565.00 | $ 1,186.50 |
| 02-Apr-08 | JS | One-half travel time not working (1/2*1.4hrs) to/from meeting with Robert Mathews of CIFC, 250 Park Ave./4 E. 95th St. to discuss terms of exit financing. | 0.70 | $ 565.00 | $ 395.50 |
| 03-Apr-08 | JS | Further review and analysis of 2007 10-K and February 2008 Monthly Financial Report for valuation monitoring and for purposes of advising ACC | 2.30 | $ 565.00 | $ 1,299.50 |
| 03-Apr-08 | JS | Review proposed POR Term Sheet from ACC counsel for purposes of advising ACC counsel for settlement discussions. | 1.10 | $ 565.00 | $ 621.50 |
| 03-Apr-08 | JS | Review, analyze warrant proposal for purposes of advising ACC counsel for settlement discussions. | 2.90 | $ 565.00 | $ 1,638.50 |
| 03-Apr-08 | JS | Review, analyze terms of components of POR Term Sheet for purposes of advising ACC counsel for settlement discussions. | 2.20 | $ 565.00 | $ 1,243.00 |
| 03-Apr-08 | JS | Call with Piper Jaffray, FCR financial advisor (Sloganic), to discuss POR Term Sheet for purposes of advising ACC counsel for settlement discussions. | 0.40 | $ 565.00 | $ 226.00 |
| 04-Apr-08 | JS | Review memorandum from ACC counsel (Inselbuch) in preparation for conference call with ACC on 4/4/08 for settlement discussions. | 1.80 | $ 565.00 | $ 1,017.00 |
| 04-Apr-08 | JS | Further review and analysis of option/warrant pricing, comparable companies, for purposes of advising ACC and ACC counsel for settlement. | 2.70 | $ 565.00 | $ 1,525.50 |
| 04-Apr-08 | JS | Discuss with Cramp and Duncan Sinclair (by telephone) option/warrant pricing for purposes of advising ACC and ACC counsel for settlement. | 0.40 | $ 565.00 | $ 226.00 |
| 04-Apr-08 | JS | Further review of proposed Terms, and market information in preparation for conference call with ACC on 4/4/08 for settlement discussions. | 1.00 | $ 565.00 | $ 565.00 |
| 04-Apr-08 | JS | Conference call with ACC and ACC counsel for purposes of advising ACC and ACC counsel for settlement discussions. | 0.80 | $ 565.00 | $ 452.00 |
| 07-Apr-08 | JS | Review settlement announcement, latest draft of POR Term Sheet in preparation for call with Company and analysts for purposes of advising ACC and ACC counsel. | 1.70 | $ 565.00 | $ 960.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2008 through April 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 07-Apr-08 | JS | Review, revise warrant pricing and commence review of package to PI Trust for purposes of advising ACC and ACC counsel. | 1.90 | $ 565.00 | $ 1,073.50 |
| 07-Apr-08 | JS | Review January and February 2008 Monthly Financial Reports for development of revised forecasts for 2008 and 2009 for revised valuation. | 2.20 | $ 565.00 | $ 1,243.00 |
| 07-Apr-08 | JS | Conference call with Company and analysts to review settlement terms and outlook for purposes of advising ACC and ACC counsel. | 0.70 | $ 565.00 | $ 395.50 |
| 07-Apr-08 | JS | Call with Robert Mathews of CIFC to discuss deferred debt obligation and exit financing for proposes of advising ACC and ACC counsel. | 0.40 | $ 565.00 | $ 226.00 |
| 08-Apr-08 | JS | Review memorandum from ACC counsel (Inselbuch) regarding terms, POR Term Sheet and next steps for planning and assignments. | 1.30 | $ 565.00 | $ 734.50 |
| 08-Apr-08 | JS | Continue development of 2008 and 2009 revised forecasts for revised valuation. | 1.60 | $ 565.00 | $ 904.00 |
| 08-Apr-08 | JS | Review expanded body of data developed by P Cramp and D Sinclair for valuing warrants and settlement package for purposes of advising ACC and ACC counsel. | 1.20 | $ 565.00 | $ 678.00 |
| 09-Apr-08 | JS | Develop range of values for package to asbestos, range of debt and equity values for purposes of advising ACC and ACC counsel. | 2.20 | $ 565.00 | $ 1,243.00 |
| 09-Apr-08 | JS | Call with Rapp to discuss reinstated liabilities and under-funded pension liabilities for valuation for purposes of advising ACC and ACC counsel. | 1.00 | $ 565.00 | $ 565.00 |
| 09-Apr-08 | JS | Discuss with Cramp spread sheet of range of values for equity, debt and warrants for purposes of advising ACC and ACC counsel. | 0.40 | $ 565.00 | $ 226.00 |
| 09-Apr-08 | JS | Review, revise range of values for equity, debt and warrants for purposes of advising ACC and ACC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| 10-Apr-08 | JS | Review, revise range of values for equity, debt and warrants for valuation for purposes of advising ACC and ACC counsel. | 0.80 | $ 565.00 | $ 452.00 |
| 11-Apr-08 | JS | Review, revise guideline companies market multiple valuation for purposes of advising ACC and ACC counsel. | 1.60 | $ 565.00 | $ 904.00 |
| 11-Apr-08 | JS | Revise range of values for equity, debt and warrants for valuation of purposes of advising ACC and ACC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| 14-Apr-08 | JS | Review comparative data, outline memorandum to ACC counsel (Inselbuch) for purposes of advising counsel. | 1.80 | $ 565.00 | $ 1,017.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2008 through April 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 14-Apr-08 | JS | Commence writing memorandum to ACC counsel regarding comparative values and ranges of values for equity debt and warrants for purposes of advising counsel. | 2.70 | $ 565.00 | $ 1,525.50 |
| 14-Apr-08 | JS | Call with ACC counsel (Inselbuch) to discuss comparative values for purposes of advising ACC and counsel. | 0.30 | $ 565.00 | $ 169.50 |
| 14-Apr-08 | JS | Continue writing memorandum to ACC counsel regarding comparative values and ranges of values for equity, debt and warrants for purposes of advising ACC and ACC counsel. | 1.70 | $ 565.00 | $ 960.50 |
| 15-Apr-08 | JS | Review, revise guideline companies market multiple valuation for purposes of advising ACC and ACC counsel. | 1.80 | $ 565.00 | $ 1,017.00 |
| 21-Apr-08 | JS | Review pricing information, write memorandum to ACC counsel for purposes of advising counsel for POR. | 0.50 | $ 565.00 | $ 282.50 |
| 24-Apr-08 | JS | Review, analyze 1st Quarter Financial Results for valuation monitoring and for purposes of advising ACC counsel. | 1.20 | $ 565.00 | $ 678.00 |
| 24-Apr-08 | JS | Discuss memorandum to ACC counsel regarding 2008 1st Quarter Financial Results with Cramp for purposes of advising ACC counsel. | 0.30 | $ 565.00 | $ 169.50 |
| 24-Apr-08 | JS | Review, revise Cramp's memorandum to ACC counsel regarding 2008 1st Quarter Financial Results for purposes of advising ACC counsel. | 1.40 | $ 565.00 | $ 791.00 |
| 25-Apr-08 | JS | Commence review and analysis of Company's 2008 Plan in preparation for conference call with Company on May 6, 2008 for valuation monitoring. | 2.90 | $ 565.00 | $ 1,638.50 |
| 28-Apr-08 | JS | Review inquiry of ACC counsel (Inselbuch) for purposes of advising ACC counsel. | 0.40 | $ 565.00 | $ 226.00 |
| 29-Apr-08 | JS | Review, analyze materials for recovery analysis and valuation monitoring for memorandum to ACC counsel for purposes of advising counsel at counsel's request. | 2.80 | $ 565.00 | $ 1,582.00 |
| 29-Apr-08 | JS | Further review and analysis of 2008 1st Quarter financial report (8-K) and 2008 Plan for valuation monitoring. | 2.50 | $ 565.00 | $ 1,412.50 |
| 29-Apr-08 | JS | Discuss with Cramp, revise schedules for memorandum to ACC counsel for valuation monitoring and recovery analysis at counsel's request. | 0.80 | $ 565.00 | $ 452.00 |
| 29-Apr-08 | JS | Write memorandum to ACC counsel regarding valuation monitoring and recovery analysis for purposes of advising counsel and counsel's request. | 2.70 | $ 565.00 | $ 1,525.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2008 through April 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 30-Apr-08 | JS | Revise memorandum and schedules to ACC counsel regarding valuation monitoring and recovery analysis for purposes of advising counsel at counsel's request. | 1.80 | $ 565.00 | $ 1,017.00 |
| 30-Apr-08 | JS | Review, analyze 1st Quarter financial report of Sealed Air for valuation monitoring and recovery analysis. | 0.50 | $ 565.00 | $ 282.50 |
| | | Total James Sinclair | 69.10 | | $ 39,041.50 |

**Robert Lindsay - Director**

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 25-Apr-08 | RL | Prepared draft March fee application. | 1.20 | $ 425.00 | $ 510.00 |
| 27-Apr-08 | RL | Finalized and forwarded March invoice to counsel. | 0.20 | $ 425.00 | $ 85.00 |
| | | Total Robert Lindsay | 1.40 | | $ 595.00 |

**Peter Cramp - Analyst**

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 01-Apr-08 | PC | Further review and analysis of FUSRAP motion | 1.00 | $ 210.00 | $ 210.00 |
| 01-Apr-08 | PC | Read and analyze Debtor's response to inquiries regarding Libby Environmental settlement | 2.50 | $ 210.00 | $ 525.00 |
| 02-Apr-08 | PC | Review and analysis of guildeline company 10-Q | 1.50 | $ 210.00 | $ 315.00 |
| 02-Apr-08 | PC | Review and analysis of Company's February Monthly Operating Report | 2.00 | $ 210.00 | $ 420.00 |
| 03-Apr-08 | PC | Further review and analysis of Company's February Monthly Operating Report. | 1.50 | $ 210.00 | $ 315.00 |
| 03-Apr-08 | PC | Term sheet valuation w Sinclair and Rapp | 3.50 | $ 210.00 | $ 735.00 |
| 03-Apr-08 | PC | Review Company's 10-K | 1.00 | $ 210.00 | $ 210.00 |
| 04-Apr-08 | PC | Further valuation of term sheet | 2.00 | $ 210.00 | $ 420.00 |
| 04-Apr-08 | PC | Weekly share price update for E. Inselbuch | 1.00 | $ 210.00 | $ 210.00 |
| 04-Apr-08 | PC | Analyze current option pricing for guildeline companies for comparison to value Company's warrants | 4.00 | $ 210.00 | $ 840.00 |
| 04-Apr-08 | PC | Conference call to finalize and vote on terms of settlement | 0.75 | $ 210.00 | $ 157.50 |
| 07-Apr-08 | PC | Complete weekly share price update for E. Inselbuch | 1.00 | $ 210.00 | $ 210.00 |
| 07-Apr-08 | PC | Continue to value options and warrants from term sheet | 1.50 | $ 210.00 | $ 315.00 |
| 07-Apr-08 | PC | Conference call regarding settlement | 0.70 | $ 210.00 | $ 147.00 |
| 07-Apr-08 | PC | Read various news articles reporting on the settlment | 1.00 | $ 210.00 | $ 210.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2008 through April 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 07-Apr-08 | PC | Continue to value options and warrants from term sheet | 3.00 | $ 210.00 | $ 630.00 |
| 08-Apr-08 | PC | Continue to value options and warrants from term sheet | 2.00 | $ 210.00 | $ 420.00 |
| 08-Apr-08 | PC | Update share prices for guideline companies in market multiple valuation | 1.00 | $ 210.00 | $ 210.00 |
| 09-Apr-08 | PC | Build sensitivy analysis for value of warrants in settlement agreement | 3.00 | $ 210.00 | $ 630.00 |
| 09-Apr-08 | PC | Continue to build sensitivity analysis for value of warrants in settlement agreement. | 2.00 | $ 210.00 | $ 420.00 |
| 09-Apr-08 | PC | Review and analyze various articles and reports on state of the performance chemical industry | 1.00 | $ 210.00 | $ 210.00 |
| 10-Apr-08 | PC | Discuss plan for future updates related to settlement value with J Sinclair | 0.25 | $ 210.00 | $ 52.50 |
| 10-Apr-08 | PC | Make revisions to warrant pricing sensitivity analysis | 1.00 | $ 210.00 | $ 210.00 |
| 10-Apr-08 | PC | Create chart of share price and implied enterprise value | 2.00 | $ 210.00 | $ 420.00 |
| 11-Apr-08 | PC | Create chart of implied warrant value per share price | 1.00 | $ 210.00 | $ 210.00 |
| 11-Apr-08 | PC | Weekly share price update for E. Inselbuch | 1.00 | $ 210.00 | $ 210.00 |
| 11-Apr-08 | PC | Continue weekly share price update for E. Inselbuch | 1.00 | $ 210.00 | $ 210.00 |
| 14-Apr-08 | PC | Share price update and revision to implied share price chart | 0.50 | $ 210.00 | $ 105.00 |
| 14-Apr-08 | PC | Revisions to share price sensitivity analysis | 2.00 | $ 210.00 | $ 420.00 |
| 15-Apr-08 | PC | Review and analyze various articles and reports on state of the performance chemical industry | 1.00 | $ 210.00 | $ 210.00 |
| 16-Apr-08 | PC | Update share prices for guideline companies in market multiple valuation | 1.00 | $ 210.00 | $ 210.00 |
| 16-Apr-08 | PC | Review and analyze Sinclair's memorandum regarding imputed values | 1.00 | $ 210.00 | $ 210.00 |
| 17-Apr-08 | PC | Review guideline company 10-Q for valuation monitoring | 1.00 | $ 210.00 | $ 210.00 |
| 17-Apr-08 | PC | Review guideline company 10-Q for valuation monitoring | 1.00 | $ 210.00 | $ 210.00 |
| 17-Apr-08 | PC | Review guideline company 10-Q for valuation monitoring | 0.50 | $ 210.00 | $ 105.00 |
| 18-Apr-08 | PC | Review guideline company 10-Q for valuation monitoring | 1.00 | $ 210.00 | $ 210.00 |
| 18-Apr-08 | PC | Weekly share price update for E. Inselbuch | 1.50 | $ 210.00 | $ 315.00 |
| 18-Apr-08 | PC | Continue weekly share price update for E. Inselbuch | 1.00 | $ 210.00 | $ 210.00 |
| 21-Apr-08 | PC | Reformat design of weekly share price update | 1.00 | $ 210.00 | $ 210.00 |
| 21-Apr-08 | PC | Review guideline company earnings release for valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| 22-Apr-08 | PC | Review guideline company earnings release for valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| 22-Apr-08 | PC | Review guideline company earnings release for valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| 23-Apr-08 | PC | Review and analyze Company's earnings release | 0.50 | $ 210.00 | $ 105.00 |
| 24-Apr-08 | PC | Further review of Company's earnings release | 1.00 | $ 210.00 | $ 210.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2008 through April 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 24-Apr-08 | PC | Draft memorandum regarding Company's 1st quarter earnings | 1.50 | $ 210.00 | $ 315.00 |
| 24-Apr-08 | PC | Revise memorandum regarind Company's 1st quarter earnings | 1.00 | $ 210.00 | $ 210.00 |
| 25-Apr-08 | PC | Weekly share price update for E. Inselbuch | 2.00 | $ 210.00 | $ 420.00 |
| 25-Apr-08 | PC | Review Company's 2008 Operating Plan | 2.50 | $ 210.00 | $ 525.00 |
| 28-Apr-08 | PC | Review guideline company 10-Q for valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| 28-Apr-08 | PC | Update balance sheet data for market multiple valuation | 2.00 | $ 210.00 | $ 420.00 |
| 29-Apr-08 | PC | Format respond to E. Inselbuch regarding settlement value | 3.00 | $ 210.00 | $ 630.00 |
| 30-Apr-08 | PC | Review guideline company 10-Q for valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| | | Total Peter Cramp | 76.70 | | $ 16,107.00 |

**Duncan Sinclair - Analyst**

| 03-Apr-08 | DS | Developed analysis for warrant valuation for purposes of advising ACC counsel. | 2.00 | $ 210.00 | $ 420.00 |
|---|---|---|---|---|---|
| | | Total Duncan Sincalir | 2.00 | | $ 420.00 |

| | | **TOTAL** | 170.00 | | $ 67,915.50 |
|---|---|---|---|---|---|

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2008 through April 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 28-Apr-08 | JS | Review inquiry of ACC counsel (Inselbuch) for purposes of advising ACC counsel. | 0.40 | $ 565.00 | $ 226.00 |
| 29-Apr-08 | JS | Review, analyze materials for recovery analysis and valuation monitoring for memorandum to ACC counsel for purposes of advising counsel at counsel's request. | 2.80 | $ 565.00 | $ 1,582.00 |
| 30-Apr-08 | JS | Review, analyze 1st Quarter financial report of Sealed Air for valuation monitoring and recovery analysis. | 0.50 | $ 565.00 | $ 282.50 |
| | | Total Asset Analysis and Recovery | 3.70 | | $ 2,090.50 |
| **Business Operations** | | | | | |
| 01-Apr-08 | JS | Continue review and analysis of February 2008 Monthly Financial Report for valuation monitoring. | 0.80 | $ 565.00 | $ 452.00 |
| 01-Apr-08 | PC | Further review and analysis of FUSRAP motion | 1.00 | $ 210.00 | $ 210.00 |
| 01-Apr-08 | PC | Read and analyze Debtor's response to inquiries regarding Libby Environmental settlement | 2.50 | $ 210.00 | $ 525.00 |
| 02-Apr-08 | PC | Review and analysis of guildeline company 10-Q | 1.50 | $ 210.00 | $ 315.00 |
| 02-Apr-08 | PC | Review and analysis of Company's February Monthly Operating Report | 2.00 | $ 210.00 | $ 420.00 |
| 03-Apr-08 | PC | Further review and analysis of Company's February Monthly Operating Report | 1.50 | $ 210.00 | $ 315.00 |
| 03-Apr-08 | PC | Term sheet valuation w Sinclair and Rapp | 3.50 | $ 210.00 | $ 735.00 |
| 03-Apr-08 | PC | Review Company's 10-K | 1.00 | $ 210.00 | $ 210.00 |
| 04-Apr-08 | PC | Further valuation of term sheet | 2.00 | $ 210.00 | $ 420.00 |
| 04-Apr-08 | PC | Weekly share price update for E. Inselbuch | 1.00 | $ 210.00 | $ 210.00 |
| 04-Apr-08 | PC | Analyze current option pricing for guildeline companies for comparison to value Company's warrants | 4.00 | $ 210.00 | $ 840.00 |
| 04-Apr-08 | PC | Conference call to finalize and vote on terms of settlement | 0.75 | $ 210.00 | $ 157.50 |
| 07-Apr-08 | PC | Complete weekly share price update for E. Inselbuch | 1.00 | $ 210.00 | $ 210.00 |
| 07-Apr-08 | PC | Continue to value options and warrants from term sheet | 1.50 | $ 210.00 | $ 315.00 |
| 07-Apr-08 | PC | Conference call regarding settlement | 0.70 | $ 210.00 | $ 147.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2008 through April 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 07-Apr-08 | PC | Read various news articles reporting on the settlment | 1.00 | $ 210.00 | $ 210.00 |
| 07-Apr-08 | PC | Continue to value options and warrants from term sheet | 3.00 | $ 210.00 | $ 630.00 |
| 08-Apr-08 | PC | Continue to value options and warrants from term sheet | 2.00 | $ 210.00 | $ 420.00 |
| 09-Apr-08 | PC | Build sensitivy analysis for value of warrants in settlement agreement | 3.00 | $ 210.00 | $ 630.00 |
| 09-Apr-08 | PC | Continue to build sensitivity analysis for value of warrants in settlement agreement. | 2.00 | $ 210.00 | $ 420.00 |
| 09-Apr-08 | PC | Review and analyze various articles and reports on state of the performance chemical industry | 1.00 | $ 210.00 | $ 210.00 |
| 10-Apr-08 | PC | Discuss plan for future updates related to settlement value with J Sinclair | 0.25 | $ 210.00 | $ 52.50 |
| 10-Apr-08 | PC | Make revisions to warrant pricing sensitivity analysis | 1.00 | $ 210.00 | $ 210.00 |
| 10-Apr-08 | PC | Create chart of share price and implied enterprise value | 2.00 | $ 210.00 | $ 420.00 |
| 11-Apr-08 | PC | Create chart of implied warrant value per share price | 1.00 | $ 210.00 | $ 210.00 |
| 11-Apr-08 | PC | Weekly share price update for E. Inselbuch | 1.00 | $ 210.00 | $ 210.00 |
| 11-Apr-08 | PC | Continue weekly share price update for E. Inselbuch | 1.00 | $ 210.00 | $ 210.00 |
| 14-Apr-08 | PC | Share price update and revision to implied share price chart | 0.50 | $ 210.00 | $ 105.00 |
| 14-Apr-08 | PC | Revisions to share price sensitivity analysis | 2.00 | $ 210.00 | $ 420.00 |
| 15-Apr-08 | PC | Review and analyze various articles and reports on state of the performance chemical industry | 1.00 | $ 210.00 | $ 210.00 |
| 16-Apr-08 | PC | Review and analyze Sinclair's memorandum regarding imputed values | 1.00 | $ 210.00 | $ 210.00 |
| 17-Apr-08 | PC | Review guideline company 10-Q for valuation monitoring | 1.00 | $ 210.00 | $ 210.00 |
| 17-Apr-08 | PC | Review guideline company 10-Q for valuation monitoring | 1.00 | $ 210.00 | $ 210.00 |
| 17-Apr-08 | PC | Review guideline company 10-Q for valuation monitoring | 0.50 | $ 210.00 | $ 105.00 |
| 18-Apr-08 | PC | Review guideline company 10-Q for valuation monitoring | 1.00 | $ 210.00 | $ 210.00 |
| 18-Apr-08 | PC | Weekly share price update for E. Inselbuch | 1.50 | $ 210.00 | $ 315.00 |
| 18-Apr-08 | PC | Continue weekly share price update for E. Inselbuch | 1.00 | $ 210.00 | $ 210.00 |
| 21-Apr-08 | PC | Reformat design of weekly share price update | 1.00 | $ 210.00 | $ 210.00 |
| 21-Apr-08 | PC | Review guideline company earnings release for valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| 22-Apr-08 | PC | Review guideline company earnings release for valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| 22-Apr-08 | PC | Review guideline company earnings release for valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| 23-Apr-08 | PC | Review and analyze Company's earnings release | 0.50 | $ 210.00 | $ 105.00 |
| 24-Apr-08 | JS | Review, analyze 1st Quarter Financial Results for valuation monitoring and for purposes of advising ACC counsel. | 1.20 | $ 565.00 | $ 678.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2008 through April 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 24-Apr-08 | JS | Discuss memorandum to ACC counsel regarding 2008 1st Quarter Financial Results with Cramp for purposes of advising ACC counsel. | 0.30 | $ 565.00 | $ 169.50 |
| 24-Apr-08 | JS | Review, revise Cramp's memorandum to ACC counsel regarding 2008 1st Quarter Financial Results for purposes of advising ACC counsel. | 1.40 | $ 565.00 | $ 791.00 |
| 24-Apr-08 | PC | Further review of Company's earnings release | 1.00 | $ 210.00 | $ 210.00 |
| 24-Apr-08 | PC | Draft memorandum regarding Company's 1st quarter earnings | 1.50 | $ 210.00 | $ 315.00 |
| 24-Apr-08 | PC | Revise memorandum regarind Company's 1st quarter earnings | 1.00 | $ 210.00 | $ 210.00 |
| 25-Apr-08 | JS | Commence review and analysis of Company's 2008 Plan in preparation for conference call with Company on May 6, 2008 for valuation monitoring. | 2.90 | $ 565.00 | $ 1,638.50 |
| 25-Apr-08 | PC | Weekly share price update for E. Inselbuch | 2.00 | $ 210.00 | $ 420.00 |
| 25-Apr-08 | PC | Review Company's 2008 Operating Plan | 2.50 | $ 210.00 | $ 525.00 |
| 28-Apr-08 | PC | Review guideline company 10-Q for valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| 28-Apr-08 | PC | Update balance sheet data for market multiple valuation | 2.00 | $ 210.00 | $ 420.00 |
| 29-Apr-08 | PC | Format respond to E. Inselbuch regarding settlement value | 3.00 | $ 210.00 | $ 630.00 |
| 30-Apr-08 | PC | Review guideline company 10-Q for valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| | | Total Business Operations | 81.30 | | $ 19,416.00 |

Claims Administration and Objections (Non-Asbestos)

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 01-Apr-08 | JS | Commence review and analysis of memorandum from Kirkland & Ellis regarding Libby Settlement with DOJ and attendant documents for purposes of advising ACC counsel for settlement discussions. | 1.90 | $ 565.00 | $ 1,073.50 |
| | | Total Claims Administration and Objections (Non-Asbestos) | 1.90 | | $ 1,073.50 |

Fee Applications (Applicant)

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 25-Apr-08 | RL | Prepared draft March fee application. | 1.20 | $ 425.00 | $ 510.00 |
| 27-Apr-08 | RL | Finalized and forwarded March invoice to counsel. | 0.20 | $ 425.00 | $ 85.00 |
| | | Total Fee Applications (Applicant) | 1.40 | | $ 595.00 |

Financing

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2008 through April 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 02-Apr-08 | JS | Review, analyze debt markets, reports and data, recent financings, debt covenants for exit financing for purposes of advising ACC counsel for settlement discussions. | 2.30 | $ 565.00 | $ 1,299.50 |
| 02-Apr-08 | JS | Met with Robert Mathews of CIFC, 250 Park Ave., to discuss exit financing terms for purposes of advising ACC counsel for settlement discussions. | 2.10 | $ 565.00 | $ 1,186.50 |
| 07-Apr-08 | JS | Call with Robert Mathews of CIFC to discuss deferred debt obligation and exit financing for proposes of advising ACC and ACC counsel. | 0.40 | $ 565.00 | $ 226.00 |
| | | Total Financing | 4.80 | | $ 2,712.00 |

Travel non-working)

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 02-Apr-08 | JS | One-half travel time not working (1/2*1.4hrs) to/from meeting with Robert Mathews of CIFC, 250 Park Ave./4 E. 95th St. to discuss terms of exit financing. | 0.70 | $ 565.00 | $ 395.50 |
| | | Total Travel (non-working) | 0.70 | | $ 395.50 |

Plan and Disclosure Statement

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 03-Apr-08 | JS | Review proposed POR Term Sheet from ACC counsel for purposes of advising ACC counsel for settlement discussions. | 1.10 | $ 565.00 | $ 621.50 |
| 03-Apr-08 | JS | Review, analyze terms of components of POR Term Sheet for purposes of advising ACC counsel for settlement discussions. | 2.20 | $ 565.00 | $ 1,243.00 |
| 03-Apr-08 | JS | Call with Piper Jaffray, FCR financial advisor (Sloganic), to discuss POR Term Sheet for purposes of advising ACC counsel for settlement discussions. | 0.40 | $ 565.00 | $ 226.00 |
| 04-Apr-08 | JS | Review memorandum from ACC counsel (Inselbuch) in preparation for conference call with ACC on 4/4/08 for settlement discussions. | 1.80 | $ 565.00 | $ 1,017.00 |
| 04-Apr-08 | JS | Discuss with Cramp and Duncan Sinclair (by telephone) option/warrant pricing for purposes of advising ACC and ACC counsel for settlement. | 0.40 | $ 565.00 | $ 226.00 |
| 04-Apr-08 | JS | Further review of proposed Terms, and market information in preparation for conference call with ACC on 4/4/08 for settlement discussions. | 1.00 | $ 565.00 | $ 565.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2008 through April 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 04-Apr-08 | JS | Conference call with ACC and ACC counsel for purposes of advising ACC and ACC counsel for settlement discussions. | 0.80 | $ 565.00 | $ 452.00 |
| 07-Apr-08 | JS | Review settlement announcement, latest draft of POR Term Sheet in preparation for call with Company and analysts for purposes of advising ACC and ACC counsel. | 1.70 | $ 565.00 | $ 960.50 |
| 07-Apr-08 | JS | Review, revise warrant pricing and commence review of package to PI Trust for purposes of advising ACC and ACC counsel. | 1.90 | $ 565.00 | $ 1,073.50 |
| 07-Apr-08 | JS | Review January and February 2008 Monthly Financial Reports for development of revised forecasts for 2008 and 2009 for revised valuation. | 2.20 | $ 565.00 | $ 1,243.00 |
| 08-Apr-08 | JS | Review memorandum from ACC counsel (Inselbuch) regarding terms, POR Term Sheet and next steps for planning and assignments. | 1.30 | $ 565.00 | $ 734.50 |
| 09-Apr-08 | JS | Discuss with Cramp spread sheet of range of values for equity, debt and warrants for purposes of advising ACC and ACC counsel. | 0.40 | $ 565.00 | $ 226.00 |
| 09-Apr-08 | JS | Review, revise range of values for equity, debt and warrants for purposes of advising ACC and ACC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| | | Total Plan and Disclosure Statement | 16.50 | | $ 9,322.50 |

Valuation

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 01-Apr-08 | BR | Review of Grace Monthly Operating and Financial Report for February 2008. | 3.30 | $ 565.00 | $ 1,864.50 |
| 03-Apr-08 | BR | Review of memorandum from counsel to the ACC. | 0.50 | $ 565.00 | $ 282.50 |
| 03-Apr-08 | BR | Financial analysis at request of counsel to the ACC. | 2.30 | $ 565.00 | $ 1,299.50 |
| 03-Apr-08 | BR | Review of Grace 2007 10-K for purpose of on-going monitoring of chapter 11 proceedings. | 3.20 | $ 565.00 | $ 1,808.00 |
| 03-Apr-08 | DS | Developed analysis for warrant valuation for purposes of advising ACC counsel. | 2.00 | $ 210.00 | $ 420.00 |
| 03-Apr-08 | JS | Further review and analysis of 2007 10-K and February 2008 Monthly Financial Report for valuation monitoring and for purposes of advising ACC counsel. | 2.30 | $ 565.00 | $ 1,299.50 |
| 03-Apr-08 | JS | Review, analyze warrant proposal for purposes of advising ACC counsel for settlement discussions. | 2.90 | $ 565.00 | $ 1,638.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2008 through April 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 04-Apr-08 | BR | Continued review and analysis of Grace 10-K for purpose of on-going monitoring of chapter 11 proceedings. | 3.10 | $ 565.00 | $ 1,751.50 |
| 04-Apr-08 | BR | Review of memorandum from counsel to the ACC. | 0.40 | $ 565.00 | $ 226.00 |
| 04-Apr-08 | BR | Tel C w/ Jimmy Sinclair to discuss status of case and work to be done. | 0.20 | $ 565.00 | $ 113.00 |
| 04-Apr-08 | JS | Further review and analysis of option/warrant pricing, comparable companies, for purposes of advising ACC and ACC counsel for settlement. | 2.70 | $ 565.00 | $ 1,525.50 |
| 07-Apr-08 | JS | Conference call with Company and analysts to review settlement terms and outlook for purposes of advising ACC and ACC counsel. | 0.70 | $ 565.00 | $ 395.50 |
| 08-Apr-08 | BR | Review of press release and final version of settlement term sheet. | 0.30 | $ 565.00 | $ 169.50 |
| 08-Apr-08 | JS | Continue development of 2008 and 2009 revised forecasts for revised valuation. | 1.60 | $ 565.00 | $ 904.00 |
| 08-Apr-08 | JS | Review expanded body of data developed by Cramp and D. Sinclair for valuing warrants and settlement package for purposes of advising ACC and ACC counsel. | 1.20 | $ 565.00 | $ 678.00 |
| 08-Apr-08 | PC | Update share prices for guideline companies in market multiple valuation | 1.00 | $ 210.00 | $ 210.00 |
| 09-Apr-08 | BR | Tel C w/ Jimmy Sinclair re issues in connection with the valuation of Grace. | 1.00 | $ 565.00 | $ 565.00 |
| 09-Apr-08 | BR | Review of changes in GAAP relating to accounting for pensions and postretirement benefits. | 2.10 | $ 565.00 | $ 1,186.50 |
| 09-Apr-08 | BR | Analysis of Grace's pension accounting for purpose of updating valuation of Grace. | 2.40 | $ 565.00 | $ 1,356.00 |
| 09-Apr-08 | JS | Develop range of values for package to asbestos, range of debt and equity values for purposes of advising ACC and ACC counsel. | 2.20 | $ 565.00 | $ 1,243.00 |
| 09-Apr-08 | JS | Call with Rapp to discuss reinstated liabilities and under-funded pension liabilities for valuation for purposes of advising ACC and ACC counsel. | 1.00 | $ 565.00 | $ 565.00 |
| 10-Apr-08 | JS | Review, revise range of values for equity, debt and warrants for valuation for purposes of advising ACC and ACC counsel. | 0.80 | $ 565.00 | $ 452.00 |
| 11-Apr-08 | JS | Review, revise guideline companies market multiple valuation for purposes of advising ACC and ACC counsel. | 1.60 | $ 565.00 | $ 904.00 |
| 11-Apr-08 | JS | Revise range of values for equity, debt and warrants for valuation of purposes of advising ACC and ACC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| 14-Apr-08 | JS | Review comparative data, outline memorandum to ACC counsel (Inselbuch) for purposes of advising counsel. | 1.80 | $ 565.00 | $ 1,017.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2008 through April 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 14-Apr-08 | JS | Commence writing memorandum to ACC counsel regarding comparative values and ranges of values for equity debt and warrants for purposes of advising counsel. | 2.70 | $ 565.00 | $ 1,525.50 |
| 14-Apr-08 | JS | Call with ACC counsel (Inselbuch) to discuss comparative values for purposes of advising ACC and counsel. | 0.30 | $ 565.00 | $ 169.50 |
| 14-Apr-08 | JS | Continue writing memorandum to ACC counsel regarding comparative values and ranges of values for equity, debt and warrants for purposes of advising ACC and ACC counsel. | 1.70 | $ 565.00 | $ 960.50 |
| 15-Apr-08 | JS | Review, revise guideline companies market multiple valuation for purposes of advising ACC and ACC counsel | 1.80 | $ 565.00 | $ 1,017.00 |
| 16-Apr-08 | PC | Update share prices for guideline companies in market multiple valuation | 1.00 | $ 210.00 | $ 210.00 |
| 17-Apr-08 | BR | Review of Charter Oak financial analysis relating to enterprise value, share prices and warrant value. | 0.80 | $ 565.00 | $ 452.00 |
| 17-Apr-08 | BR | Review of latest market multiples valuation of Grace. | 0.70 | $ 565.00 | $ 395.50 |
| 21-Apr-08 | JS | Review pricing information, write memorandum to ACC counsel for purposes of advising counsel for POR. | 0.50 | $ 565.00 | $ 282.50 |
| 22-Apr-08 | BR | Review of price update for Grace. | 0.10 | $ 565.00 | $ 56.50 |
| 24-Apr-08 | BR | Review of Sinclair memo re Grace 1st quarter results. | 0.10 | $ 565.00 | $ 56.50 |
| 29-Apr-08 | JS | Further review and analysis of 2008 1st Quarter financial report (8-K) and 2008 Plan for valuation monitoring. | 2.50 | $ 565.00 | $ 1,412.50 |
| 29-Apr-08 | JS | Discuss with Cramp, revise schedules for memorandum to ACC counsel for valuation monitoring and recovery analysis at counsel's request. | 0.80 | $ 565.00 | $ 452.00 |
| 29-Apr-08 | JS | Write memorandum to ACC counsel regarding valuation monitoring and recovery analysis for purposes of advising counsel and counsel's request. | 2.70 | $ 565.00 | $ 1,525.50 |
| 30-Apr-08 | BR | Review of weekly stock report. | 0.30 | $ 565.00 | $ 169.50 |
| 30-Apr-08 | JS | Revise memorandum and schedules to ACC counsel regarding valuation monitoring and recovery analysis for purposes of advising counsel at counsel's request. | 1.80 | $ 565.00 | $ 1,017.00 |
| | | Total Valuation | 59.70 | | $ 32,310.50 |
| | | **TOTAL** | 170.00 | | $ 67,915.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period April 1, 2008 through April 30, 2008
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 20.80 | $ 565.00 | $ 11,752.00 |
| James Sinclair - Senior Managing Director | 69.10 | $ 565.00 | $ 39,041.50 |
| Robert Lindsay - Director | 1.40 | $ 425.00 | $ 595.00 |
| Peter Cramp - Analyst | 76.70 | $ 210.00 | $ 16,107.00 |
| Duncan Sinclair - Analyst | 2.00 | $ 210.00 | $ 420.00 |
| Total Professional Hours and Fees | 170.00 | | $ 67,915.50 |

Case 01-01139-AMC    Doc 19300-1    Filed 08/14/08    Page 16 of 17

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - April 1, 2008 through April 30, 2008

| Date | Description of Item | Amount |
|------|---------------------|--------|
| - | No expenses this period. | $0.00 |
| | Total Expenses April 1, 2008 through April 30, 2008 | $0.00 |