Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2008 through June 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|

Bradley Rapp - Senior Managing Director

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 06-Jun-08 | BR | Review of Grace motion to enter into a settlement agreement with the IRS and related exhibits attached thereto. | 3.50 | $ 565.00 | $ 1,977.50 |
| 09-Jun-08 | BR | Review of Grace's monthly financial report for April 2008 for purpose of on-going monitoring of debtor's operating performance. | 2.90 | $ 565.00 | $ 1,638.50 |
| 09-Jun-08 | BR | Review of Charter Oak memo to counsel to the ACC regarding operating performance for April 2008. | 0.30 | $ 565.00 | $ 169.50 |
| 09-Jun-08 | BR | Review of COFC's weekly update of settlement value of package to asbestos claimants and Grace company news. | 0.20 | $ 565.00 | $ 113.00 |
| 12-Jun-08 | BR | Internet research on specialty chemicals industry for purpose of market multiples valuation. | 2.10 | $ 565.00 | $ 1,186.50 |
| 12-Jun-08 | BR | Updated analysis of Rohm and Haas for purpose of market multiples | 1.80 | $ 565.00 | $ 1,017.00 |
| 12-Jun-08 | BR | Updated analysis of Lubrizol for purpose of market multiples valuation. | 2.10 | $ 565.00 | $ 1,186.50 |
| 12-Jun-08 | BR | Updated analysis of Cytech for purpoes of market multiples valuation. | 1.90 | $ 565.00 | $ 1,073.50 |
| 12-Jun-08 | BR | Revisions to model for comparing competitors for purpose of market multiples valuation. | 1.00 | $ 565.00 | $ 565.00 |
| 13-Jun-08 | BR | Financial analysis in connection with market multiples valuation. | 2.80 | $ 565.00 | $ 1,582.00 |
| 13-Jun-08 | BR | Continued financial analysis in connection with market multiples valuation. | 1.90 | $ 565.00 | $ 1,073.50 |
| 16-Jun-08 | BR | Prep of e-mail to Jimmy Sinclair and Peter Cramp re data and ratio analyses of Grace and its competitors. | 0.10 | $ 565.00 | $ 56.50 |
| 18-Jun-08 | BR | Review of weekly Grace report to counsel to the ACC. | 0.20 | $ 565.00 | $ 113.00 |
| 18-Jun-08 | BR | Review of spreadsheet showing accrued interest calculations under varying assumptions for interest rates. | 0.10 | $ 565.00 | $ 56.50 |
| 18-Jun-08 | BR | Review of revised accrured interest spreadsheet prepared by Jimmy Sinclair. | 0.20 | $ 565.00 | $ 113.00 |
| 26-Jun-08 | BR | Review of Grace's motion authorizing implementation of LTIP and related documents. | 1.70 | $ 565.00 | $ 960.50 |
| 26-Jun-08 | BR | Review of compensatioin data set forth in Grace's 10-K's and proxy statements for purpose of analyzing LTIP motion. | 1.90 | $ 565.00 | $ 1,073.50 |
| 27-Jun-08 | BR | Tel C's w/ Jimmy Sinclair re valuation of LTIP warrants in connection with Grace LTIP motion. | 0.30 | $ 565.00 | $ 169.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2008 through June 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 27-Jun-08 | BR | Review of articles addressing the valuation of management warrants under FAS 123R. | 3.40 | $ 565.00 | $ 1,921.00 |
| | | Total Bradley Rapp | 28.40 | | $ 16,046.00 |

James Sinclair - Senior Managing Director

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 05-Jun-08 | JS | Review report from ACC counsel (Hurford) regarding environmental liabilities transfer (ELT) Motion withdrawal for recovery analysis. | 0.30 | $ 565.00 | $ 169.50 |
| 05-Jun-08 | JS | Review ELT Motion memoranda regarding included properties for recovery analysis for purposes of advising ACC counsel. | 1.80 | $ 565.00 | $ 1,017.00 |
| 18-Jun-08 | JS | Review, analyze documents relating to bank debt holders additional interest claim for recovery analysis and POR. | 2.70 | $ 565.00 | $ 1,525.50 |
| 18-Jun-08 | JS | Review, analyze Grace's 364-day Bank Credit Agreement due 5/2/01 and 5-Year Bank Credit Agreement due 5/16/03 for claim and recovery analysis and for POR. | 2.40 | $ 565.00 | $ 1,356.00 |
| 18-Jun-08 | JS | Outline alternative interest claim scenarios for Cramp to develop computational comparisons for claim and recovery analysis and for POR. | 0.40 | $ 565.00 | $ 226.00 |
| 18-Jun-08 | JS | Write memorandum to ACC counsel regarding alternative interest claim scenarios for claim and recovery analysis and for purposes of advising ACC | 2.80 | $ 565.00 | $ 1,582.00 |
| 18-Jun-08 | JS | Revise memorandum to ACC counsel regarding alternative interest claim scenarios for claim and recovery analysis and for purposes of advising ACC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 19-Jun-08 | JS | Write response to inquiry of ACC counsel (Finch) regarding alternative interest claim scenarios for purposes of advising ACC counsel. | 0.30 | $ 565.00 | $ 169.50 |
| 30-Jun-08 | JS | Review price and recovery data for purposes of advising ACC counsel at counsel's request. | 0.60 | $ 565.00 | $ 339.00 |
| 09-Jun-08 | JS | Commence review and analysis of Motion Authorizing Settlement with the IRS Relating to Research Credits, 1993-1996 (R&D Settlement Motion) and Exhibits for purposes of advising ACC counsel. | 2.90 | $ 565.00 | $ 1,638.50 |
| 09-Jun-08 | JS | Further review and analysis of R&D Settlement Motion and Exhibits for purposes of advising ACC counsel. | 2.50 | $ 565.00 | $ 1,412.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2008 through June 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 25-Jun-08 | JS | Review report on Supreme Court rejection of Grace's appeal, upholding of definition of asbestos contamination & violation for purposes of advising ACC counsel and for recovery analysis. | 0.70 | $ 565.00 | $ 395.50 |
| 20-Jun-08 | JS | Commence review and analysis of proposed 2008-2010 LTIP and Watson Wyatt report for purposes of advising ACC counsel at counsel's request. | 2.20 | $ 565.00 | $ 1,243.00 |
| 26-Jun-08 | JS | Further review and analysis of Grace's proposed 2008-2010 LTIP and Watson Wyatt report for purposes of advising ACC counsel. | 2.40 | $ 565.00 | $ 1,356.00 |
| 27-Jun-08 | JS | Review FAS 123R for application to proposed stock option portion of 2008-2010 LTIP for accounting treatment and valuation. | 2.80 | $ 565.00 | $ 1,582.00 |
| 27-Jun-08 | JS | Call with Rapp to discuss stock option portion of 2008-2010 LTIP for purposes of advising ACC counsel. | 0.30 | $ 565.00 | $ 169.50 |
| 27-Jun-08 | JS | Review, analyze Aon and Cognis reports on valuing stock options grants for purposes of advising ACC counsel. | 2.60 | $ 565.00 | $ 1,469.00 |
| 27-Jun-08 | JS | Draft questions for Company and Blackstone regarding proposed 2008-2010 LTIP for purposes of advising ACC counsel (Breshnahan). | 0.80 | $ 565.00 | $ 452.00 |
| 27-Jun-08 | JS | Call with Blackstone (Breshnahan) to discuss proposed 2008-2010 LTIP for purposes of advising ACC counsel. | 0.20 | $ 565.00 | $ 113.00 |
| 30-Jun-08 | JS | Review releases from SEC regarding FAS 123R and fair value of stock option awards in preparation for call with Company and Blackstone regarding proposed 2008-2010 LTIP. | 0.50 | $ 565.00 | $ 282.50 |
| 30-Jun-08 | JS | Commence review and analysis of Motion to Borrow Against COLI (COLI Motion) for purposes of advising ACC counsel. | 2.60 | $ 565.00 | $ 1,469.00 |
| 02-Jun-08 | JS | Review pricing information for update report to ACC counsel at counsel's request for purposes of advising ACC counsel. | 0.50 | $ 565.00 | $ 282.50 |
| 09-Jun-08 | JS | Review price and valuation materials for monitoring and for purposes of advising ACC counsel and counsel's request. | 0.70 | $ 565.00 | $ 395.50 |
| 16-Jun-08 | JS | Review price and valuation materials for monitoring and for purposes of advising ACC counsel at counsel's request. | 0.70 | $ 565.00 | $ 395.50 |
| 16-Jun-08 | JS | Review, analyze Value Line and Reuters statistical data on Grace and its peer companies for valuation monitoring. | 1.60 | $ 565.00 | $ 904.00 |
| 23-Jun-08 | JS | Review price and valuation materials for monitoring and for purposes of advising ACC counsel at counsel's request. | 0.50 | $ 565.00 | $ 282.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2008 through June 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| | | Total James Sinclair | 36.40 | | $ 20,566.00 |

**Robert Lindsay - Director**

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 25-Jun-08 | RL | Reviewed time and expense and prepared draft May invoice. | 1.10 | $ 425.00 | $ 467.50 |
| 26-Jun-08 | RL | Finalized and forwarded May invoice to counsel. | 0.50 | $ 425.00 | $ 212.50 |
| | | Total Robert Lindsay | 1.60 | | $ 680.00 |

**Peter Cramp - Analyst**

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 18-Jun-08 | PC | Calculate possible interest to be paid on Company's debt under multiple scenarios | 4.80 | $ 210.00 | $ 1,008.00 |
| 02-Jun-08 | PC | Weekly share price update for E Inselbuch | 1.10 | $ 210.00 | $ 231.00 |
| 06-Jun-08 | PC | Review and analyze R&E Tax Settlement Motion and Exhibits | 1.20 | $ 210.00 | $ 252.00 |
| 06-Jun-08 | PC | Read and review specialty chemical industry and guideline company articles for due diligence and valuation monitoring | 0.70 | $ 210.00 | $ 147.00 |
| 06-Jun-08 | PC | Weekly share price update for E Inselbuch | 0.80 | $ 210.00 | $ 168.00 |
| 09-Jun-08 | PC | Complete weekly share price update for E Inselbuch | 1.20 | $ 210.00 | $ 252.00 |
| 12-Jun-08 | PC | Read various articles on the performance chemicals industry for due diligence and valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| 16-Jun-08 | PC | Weekly share price update for E Inselbuch | 1.10 | $ 210.00 | $ 231.00 |
| 17-Jun-08 | PC | Read news articles relating to additional interest demands by bondholders | 1.00 | $ 210.00 | $ 210.00 |
| 20-Jun-08 | PC | Review Motion of the Debtors for an Order Authorizing the Implementation of the 2008-2010 Long-Term Incentive Plan for Key Employees | 2.50 | $ 210.00 | $ 525.00 |
| 20-Jun-08 | PC | Weekly share price update for E Inselbuch | 1.10 | $ 210.00 | $ 231.00 |
| 23-Jun-08 | PC | Weekly share price update for E Inselbuch | 0.50 | $ 210.00 | $ 105.00 |
| 26-Jun-08 | PC | Read and review guideline company's Q2 earnings release | 0.80 | $ 210.00 | $ 168.00 |
| 27-Jun-08 | PC | Discuss Company's LTIP Motion with Sinclair and Rapp | 2.40 | $ 210.00 | $ 504.00 |
| 27-Jun-08 | PC | Review and analyze reports from Rapp regarding FAS 123R, the valuation of options used for management compensation | 1.70 | $ 210.00 | $ 357.00 |
| 27-Jun-08 | PC | Weekly share price update for E Inselbuch | 1.60 | $ 210.00 | $ 336.00 |
| 30-Jun-08 | PC | Weekly share price update for E Inselbuch | 0.40 | $ 210.00 | $ 84.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2008 through June 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 16-Jun-08 | PC | Review and analyze Reuters and ValueLine data from Rapp for use in market multiple valuation | 1.70 | $ 210.00 | $ 357.00 |
| 17-Jun-08 | PC | Review year to date share price performance for guideline companies for valuation monitoring | 1.20 | $ 210.00 | $ 252.00 |
| 17-Jun-08 | PC | Update share price data for use in market multiple valuation | 1.40 | $ 210.00 | $ 294.00 |
| | | Total Peter Cramp | 28.70 | | $ 6,027.00 |
| | | **TOTAL** | 95.10 | | $ 43,319.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2008 through June 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| Asset Analysis and Recovery | | | | | |
| 05-Jun-08 | JS | Review report from ACC counsel (Hurford) regarding environmental liabilities transfer (ELT) Motion withdrawal for recovery analysis. | 0.30 | $ 565.00 | $ 169.50 |
| 05-Jun-08 | JS | Review ELT Motion memoranda regarding included properties for recovery analysis for purposes of advising ACC counsel. | 1.80 | $ 565.00 | $ 1,017.00 |
| 18-Jun-08 | PC | Calculate possible interest to be paid on Company's debt under multiple scenarios | 4.80 | $ 210.00 | $ 1,008.00 |
| 18-Jun-08 | JS | Review, analyze documents relating to bank debt holders additional interest claim for recovery analysis and POR. | 2.70 | $ 565.00 | $ 1,525.50 |
| 18-Jun-08 | JS | Review, analyze Grace's 364-day Bank Credit Agreement due 5/2/01 and 5-Year Bank Credit Agreement due 5/16/03 for claim and recovery analysis and for POR. | 2.40 | $ 565.00 | $ 1,356.00 |
| 18-Jun-08 | JS | Outline alternative interest claim scenarios for Cramp to develop computational comparisons for claim and recovery analysis and for POR. | 0.40 | $ 565.00 | $ 226.00 |
| 18-Jun-08 | JS | Write memorandum to ACC counsel regarding alternative interest claim scenarios for claim and recovery analysis and for purposes of advising ACC counsel. | 2.80 | $ 565.00 | $ 1,582.00 |
| 18-Jun-08 | JS | Revise memorandum to ACC counsel regarding alternative interest claim scenarios for claim and recovery analysis and for purposes of advising ACC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 19-Jun-08 | JS | Write response to inquiry of ACC counsel (Finch) regarding alternative interest claim scenarios for purposes of advising ACC counsel. | 0.30 | $ 565.00 | $ 169.50 |
| 30-Jun-08 | JS | Review price and recovery data for purposes of advising ACC counsel at counsel's request. | 0.60 | $ 565.00 | $ 339.00 |
| | | Total Asset Analysis and Recovery | 16.70 | | $ 7,731.50 |
| Business Operations | | | | | |
| 02-Jun-08 | PC | Weekly share price update for E Inselbuch | 1.10 | $ 210.00 | $ 231.00 |
| 06-Jun-08 | PC | Review and analyze R&E Tax Settlement Motion and Exhibits | 1.20 | $ 210.00 | $ 252.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2008 through June 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 06-Jun-08 | PC | Read and review specialty chemical industry and guideline company articles for due diligence and valuation monitoring | 0.70 | $ 210.00 | $ 147.00 |
| 06-Jun-08 | PC | Weekly share price update for E Inselbuch | 0.80 | $ 210.00 | $ 168.00 |
| 09-Jun-08 | PC | Complete weekly share price update for E Inselbuch | 1.20 | $ 210.00 | $ 252.00 |
| 12-Jun-08 | PC | Read various articles on the performance chemicals industry for due diligence and valuation monitoring | 1.50 | $ 210.00 | $ 315.00 |
| 16-Jun-08 | PC | Weekly share price update for E Inselbuch | 1.10 | $ 210.00 | $ 231.00 |
| 17-Jun-08 | PC | Read news articles relating to additional interest demands by bondholders | 1.00 | $ 210.00 | $ 210.00 |
| 20-Jun-08 | PC | Review Motion of the Debtors for an Order Authorizing the Implementation of the 2008-2010 Long-Term Incentive Plan for Key Employees | 2.50 | $ 210.00 | $ 525.00 |
| 20-Jun-08 | PC | Weekly share price update for E Inselbuch | 1.10 | $ 210.00 | $ 231.00 |
| 23-Jun-08 | PC | Weekly share price update for E Inselbuch | 0.50 | $ 210.00 | $ 105.00 |
| 26-Jun-08 | PC | Read and review guideline company's Q2 earnings release | 0.80 | $ 210.00 | $ 168.00 |
| 27-Jun-08 | PC | Discuss Company's LTIP Motion with Sinclair and Rapp | 2.40 | $ 210.00 | $ 504.00 |
| 27-Jun-08 | PC | Review and analyze reports from Rapp regarding FAS 123R, the valuation of options used for management compensation | 1.70 | $ 210.00 | $ 357.00 |
| 27-Jun-08 | PC | Weekly share price update for E Inselbuch | 1.60 | $ 210.00 | $ 336.00 |
| 30-Jun-08 | PC | Weekly share price update for E Inselbuch | 0.40 | $ 210.00 | $ 84.00 |
| | | Total Business Operations | 19.60 | | $ 4,116.00 |

Claims Administration and Objections (Non-Asbestos)

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 09-Jun-08 | JS | Commence review and analysis of Motion Authorizing Settlement with the IRS Relating to Research Credits, 1993-1996 (R&D Settlement Motion) and Exhibits for purposes of advising ACC counsel. | 2.90 | $ 565.00 | $ 1,638.50 |
| 09-Jun-08 | JS | Further review and analysis of R&D Settlement Motion and Exhibits for purposes of advising ACC counsel. | 2.50 | $ 565.00 | $ 1,412.50 |
| | | Total Claims Administration and Objections (Non-Asbestos) | 5.40 | | $ 3,051.00 |

Claims Administration and Objections (Asbestos)

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2008 through June 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 25-Jun-08 | JS | Review report on Supreme Court rejection of Grace's appeal, upholding of definition of asbestos contamination & violation for purposes of advising ACC counsel and for recovery analysis. | 0.70 | $ 565.00 | $ 395.50 |
| | | Total Claims Administration and Objections (Asbestos) | 0.70 | | $ 395.50 |

Employee Benefits/Pensions

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 20-Jun-08 | JS | Commence review and analysis of proposed 2008-2010 LTIP and Watson Wyatt report for purposes of advising ACC counsel at counsel's request. | 2.20 | $ 565.00 | $ 1,243.00 |
| 26-Jun-08 | JS | Further review and analysis of Grace's proposed 2008-2010 LTIP and Watson Wyatt report for purposes of advising ACC counsel. | 2.40 | $ 565.00 | $ 1,356.00 |
| 27-Jun-08 | JS | Review FAS 123R for application to proposed stock option portion of 2008-2010 LTIP for accounting treatment and valuation. | 2.80 | $ 565.00 | $ 1,582.00 |
| 27-Jun-08 | JS | Call with Rapp to discuss stock option portion of 2008-2010 LTIP for purposes of advising ACC counsel. | 0.30 | $ 565.00 | $ 169.50 |
| 27-Jun-08 | JS | Review, analyze Aon and Cognis reports on valuing stock options grants for purposes of advising ACC counsel. | 2.60 | $ 565.00 | $ 1,469.00 |
| 27-Jun-08 | JS | Draft questions for Company and Blackstone regarding proposed 2008-2010 LTIP for purposes of advising ACC counsel (Breshnahan). | 0.80 | $ 565.00 | $ 452.00 |
| 27-Jun-08 | JS | Call with Blackstone (Breshnahan) to discuss proposed 2008-2010 LTIP for purposes of advising ACC counsel. | 0.20 | $ 565.00 | $ 113.00 |
| 30-Jun-08 | JS | Review releases from SEC regarding FAS 123R and fair value of stock option awards in preparation for call with Company and Blackstone regarding proposed 2008-2010 LTIP. | 0.50 | $ 565.00 | $ 282.50 |
| | | Total Employee Benefits/Pensions | 11.80 | | $ 6,667.00 |

Fee Applications (Applicant)

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 25-Jun-08 | RL | Reviewed time and expense and prepared draft May invoice. | 1.10 | $ 425.00 | $ 467.50 |
| 26-Jun-08 | RL | Finalized and forwarded May invoice to counsel. | 0.50 | $ 425.00 | $ 212.50 |
| | | Total Fee Applications (Applicant) | 1.60 | | $ 680.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2008 through June 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| **Financing** | | | | | |
| 30-Jun-08 | JS | Commence review and analysis of Motion to Borrow Against COLI (COLI Motion) for purposes of advising ACC counsel. | 2.60 | $ 565.00 | $ 1,469.00 |
| | | Total Financing | 2.60 | | $ 1,469.00 |
| **Tax Issues** | | | | | |
| 06-Jun-08 | BR | Review of Grace motion to enter into a settlement agreement with the IRS and related exhibits attached thereto. | 3.5 | $ 565.00 | $ 1,977.50 |
| | | Total Tax Issues | 3.50 | | $ 1,977.50 |
| **Valuation** | | | | | |
| 02-Jun-08 | JS | Review pricing information for update report to ACC counsel at counsel's request for purposes of advising ACC counsel. | 0.50 | $ 565.00 | $ 282.50 |
| 09-Jun-08 | BR | Review of Grace's monthly financial report for April 2008 for purpose of on-going monitoring of debtor's operating performance. | 2.9 | $ 565.00 | $ 1,638.50 |
| 09-Jun-08 | BR | Review of Charter Oak memo to counsel to the ACC regarding operating performance for April 2008. | 0.3 | $ 565.00 | $ 169.50 |
| 09-Jun-08 | BR | Review of COFC's weekly update of settlement value of package to asbestos claimants and Grace company news. | 0.2 | $ 565.00 | $ 113.00 |
| 09-Jun-08 | JS | Review price and valuation materials for monitoring and for purposes of advising ACC counsel and counsel's request. | 0.70 | $ 565.00 | $ 395.50 |
| 12-Jun-08 | BR | Internet research on specialty chemicals industry for purpose of market multiples valuation. | 2.1 | $ 565.00 | $ 1,186.50 |
| 12-Jun-08 | BR | Updated analysis of Rohm and Haas for purpose of market multiples valuation. | 1.8 | $ 565.00 | $ 1,017.00 |
| 12-Jun-08 | BR | Updated analysis of Lubrizol for purpose of market multiples valuation. | 2.1 | $ 565.00 | $ 1,186.50 |
| 12-Jun-08 | BR | Updated analysis of Cytech for purpoes of market multiples valuation. | 1.9 | $ 565.00 | $ 1,073.50 |
| 12-Jun-08 | BR | Revisions to model for comparing competitors for purpose of market multiples valuation. | 1.0 | $ 565.00 | $ 565.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2008 through June 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 13-Jun-08 | BR | Financial analysis in connection with market multiples valuation. | 2.8 | $ 565.00 | $ 1,582.00 |
| 13-Jun-08 | BR | Continued financial analysis in connection with market multiples valuation. | 1.9 | $ 565.00 | $ 1,073.50 |
| 16-Jun-08 | PC | Review and analyze Reuters and ValueLine data from Rapp for use in market multiple valuation | 1.70 | $ 210.00 | $ 357.00 |
| 16-Jun-08 | BR | Prep of e-mail to Jimmy Sinclair and Peter Cramp re data and ratio analyses of Grace and its competitors. | 0.1 | $ 565.00 | $ 56.50 |
| 16-Jun-08 | JS | Review price and valuation materials for monitoring and for purposes of advising ACC counsel at counsel's request. | 0.70 | $ 565.00 | $ 395.50 |
| 16-Jun-08 | JS | Review, analyze Value Line and Reuters statistical data on Grace and its peer companies for valuation monitoring. | 1.60 | $ 565.00 | $ 904.00 |
| 17-Jun-08 | PC | Review year to date share price performance for guideline companies for valuation monitoring | 1.20 | $ 210.00 | $ 252.00 |
| 17-Jun-08 | PC | Update share price data for use in market multiple valuation | 1.40 | $ 210.00 | $ 294.00 |
| 18-Jun-08 | BR | Review of weekly Grace report to counsel to the ACC. | 0.2 | $ 565.00 | $ 113.00 |
| 18-Jun-08 | BR | Review of spreadsheet showing accrued interest calculations under varying assumptions for interest rates. | 0.1 | $ 565.00 | $ 56.50 |
| 18-Jun-08 | BR | Review of revised accrured interest spreadsheet prepared by Jimmy Sinclair. | 0.2 | $ 565.00 | $ 113.00 |
| 23-Jun-08 | JS | Review price and valuation materials for monitoring and for purposes of advising ACC counsel at counsel's request. | 0.50 | $ 565.00 | $ 282.50 |
| 26-Jun-08 | BR | Review of Grace's motion authorizing implementation of LTIP and related documents. | 1.7 | $ 565.00 | $ 960.50 |
| 26-Jun-08 | BR | Review of compensatioin data set forth in Grace's 10-K's and proxy statements for purpose of analyzing LTIP motion. | 1.9 | $ 565.00 | $ 1,073.50 |
| 27-Jun-08 | BR | Tel C's w/ Jimmy Sinclair re valuation of LTIP warrants in connection with Grace LTIP motion. | 0.3 | $ 565.00 | $ 169.50 |
| 27-Jun-08 | BR | Review of articles addressing the valuation of management warrants under FAS 123R. | 3.4 | $ 565.00 | $ 1,921.00 |
| | | Total Valuation | 33.20 | | $ 17,231.50 |
| | | **TOTAL** | 95.10 | | $ 43,319.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period June 1, 2008 through June 30, 2008
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 28.40 | $ 565.00 | $ 16,046.00 |
| James Sinclair - Senior Managing Director | 36.40 | $ 565.00 | $ 20,566.00 |
| Robert Lindsay - Director | 1.60 | $ 425.00 | $ 680.00 |
| Peter Cramp - Analyst | 28.70 | $ 210.00 | $ 6,027.00 |
| Total Professional Hours and Fees | 95.10 | | $ 43,319.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - June 1, 2008 through June 30, 2008

| Date | Description of Item | Amount |
|------|---------------------|--------|
| - | No out-of-pocket expenses this reporting period. | - |

Total Expenses June 1, 2008 through June 30, 2008          $0.00