## EXHIBIT B

**Asset Analysis and Recovery (.80 Hours; $ 672.00)**

    Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01           .80**

**Business Operations (.40 Hours; $ 198.00)**

    Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03           .40**

**Case Administration (18.60 Hours; $ 8,393.00)**

    Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04           18.60**

**Claim Analysis Objection & Resolution (Asbestos) (18.00 Hours; $ 14,257.50)**

    Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05           18.00**

**Claim Analysis Objection & Resolution (Non-Asbestos) (5.00 Hours; $ 2,509.50)**

    Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06           5.00**

**Committee, Creditors', Note holders' or Equity Holders' (3.50 Hours; $ 3,220.00)**

- 2 -

Services rendered in this category include Committee meetings and conference calls, general memoranda to Committee and national counsel, telephone inquiries from Committee members and/or his or her counsel.

**Total Task Code .07**          **3.50**

**Employment Applications, Others (1.60 Hours; $ 1,029.00)**

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**          **1.60**

**Fee Applications, Applicant (20.80 Hours; $ 8,455.00)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**          **20.80**

**Fee Applications, Others (.20 Hours; $ 168.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**          **.20**

**Hearings (44.10 Hours; $ 29,842.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15**          **44.10**

**Litigation and Litigation Consulting (489.30 Hours; $ 223,507.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16 489.30**


**Plan & Disclosure Statement (243.90 Hours; $ 174,456.50)**

      Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17 243.90**


**Relief from Stay Proceedings (.10 Hours; $ 84.00)**

      Services rendered in this category pertain to the analysis of and response to motions to lift the automatic stay.

**Total Task Code .18             .10**


**Travel Non-working (115.70 Hours; $ 36,760.00)**

      Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21 115.70**


**Fee Auditor Matters (19.70 Hours; $ 10,565.00)**

      Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32           19.70**