**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | $165.79 |
| Outside Local Deliveries | $247.73 |
| Research Material | $75.68 |
| Professional Fees & Expert Witness Fees | $286,285.67 |
| Charge of Cell and/or Home Phone Usage | $70.20 |
| Air & Train Transportation | $9,545.47 |
| Meals Related to Travel | $1,221.29 |
| Conference Meals | $294.62 |
| Court Reporting/Transcript Service | $5,928.10 |
| Outside Photocopying/Duplication Service | $1,862.92 |
| Miscellaneous: Client Advances | $825.21 |
| Travel Expenses - Hotel Charges | $24,210.81 |
| Travel Expenses - Ground Transportation | $15,153.82 |
| Travel Expenses – Miscellaneous | $64.09 |
| Travel Expenses - LD Calls on Hotel Bill | $498.91 |
| Local Transportation – DC | $234.96 |
| Database Research | $9,206.33 |
| Xeroxing | $2,584.60 |

{D0126971.1 }

| | |
|---|---|
| Postage & Air Freight | $77.86 |
| Long Distance-Equitrac In-House | $27.52 |
| NYO Long Distance Telephone | $2,526.97 |
| **Total Charges** | **$361,108.55** |

{D0126971.1 } 1