IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF TWENTY-NINTH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2008 THROUGH JUNE 30, 2008**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  April 1, 2008 through June 30, 2008

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $514,116.50

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $361,108.55

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $411,293.20

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $361,108.55

Total Amount of Holdback Fees Sought for applicable period:  $102,823.30

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD APRIL 1, 2008 THROUGH JUNE 30, 2008**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | Requested |  | Paid |  |
|---|---|---|---|---|---|
| Date Filed; Docket No. | Period Covered | Fees | Expenses | Fees | Expenses |
| 6/3/08; 18859 | 4/1/08-4/30/08 | $267,395.80 (80% of $334,244.75) | $301,616.80 | **$267,395.80 (80% of $334,244.75)** | **$301,616.80** |
| 6/30/08; 19020 | 5/1/08-5/31/08 | $47,135.60 (80% of $58,919.50) | $49,022.95 | **pending** | **pending** |
| 8/5/08; 19236 | 6/1/08-6/30/08 | $96,761.80 (80% of $120,952.25) | $10,468.80 | **pending** | **pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative April to June, 2008 Hours | Cumulative April to June, 2008 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .8 | $   672.00 | 21.8 | $   11,254.50 |
| Asset Disposition | .0 | .00 | 3.0 | 2,004.00 |
| Business Operations | .4 | 198.00 | 17.8 | 7,813.00 |
| Case Administration | 18.6 | 8,393.00 | 3,332.2 | 814,667.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 18.0 | 14,257.50 | 1,858.3 | 771,340.00 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | 5.0 | 2,509.50 | 89.1 | 46,293.00 |
| Committee, Creditors', Noteholders' or Equity Holders' | 3.5 | 3,220.00 | 121.7 | 77,342.00 |
| Employee Benefits/Pension | .0 | .00 | 14.7 | 9,005.00 |
| Employment | .0 | .00 | 45.1 | 11,352.50 |

| | | | | |
|---|---|---|---|---|
| Applications, Applicant | | | | |
| Employment Applications, Others | 1.6 | 1,029.00 | 75.3 | 36,121.50 |
| Fee Applications, Applicant | 20.8 | 8,455.00 | 521.3 | 151,063.50 |
| Fee Applications, Others | .2 | 168.00 | 120.1 | 46,785.50 |
| Financing | .0 | .00 | 5.3 | 4,437.00 |
| Hearings | 44.1 | 29,842.00 | 377.8 | 297,762.50 |
| Litigation and Litigation Consulting | 489.3 | 223,507.00 | 21,436.3 | 8,967,888.00 |
| Plan & Disclosure Statement | 243.9 | 174,456.50 | 1,450.4 | 812,358.50 |
| Relief from Stay Proceedings | .1 | 84.00 | 2.7 | 1,732.00 |
| Tax Issues | .0 | .00 | 114.5 | 45,979.50 |
| Tax Litigation | .0 | .00 | 29.5 | 10,076.00 |
| Travel-Non-Working | 115.7 | 36,760.00 | 1,265.4 | 314,129.25 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 19.7 | 10,565.00 | 87.8 | 41,682.50 |
| **Totals** | **981.7** | **$514,116.50** | **31,002.0** | **$12,486,720.25** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 4/1/08 – 6/30/08 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $ 9,206.33 | $ 266,350.34 |
| Research Material | 75.68 | 10,356.09 |
| Air Freight & Express Mail | 165.79 | 18,688.84 |
| Outside Local Deliveries | 247.73 | 4,095.40 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 294.62 | 12,764.26 |
| Outside Photocopy Service | 1,862.92 | 256,601.40 |
| Professional Fees & Expert Witness Fees | 286,285.67 | 1,860,187.50 |
| Court Reporting/Transcript Service | 5,928.10 | 166,401.05 |
| Miscellaneous Client Advances | 825.21 | 37,433.67 |
| Air & Train Transportation | 9,545.47 | 141,337.44 |
| Meals Related to Travel | 1,221.29 | 18,305.69 |
| Travel Expenses – Hotel Charges | 24,210.81 | 90,154.13 |
| Travel Expenses – Ground Transportation | 15,153.82 | 54,447.32 |
| Travel Expenses – Miscellaneous | 64.09 | 1,143.50 |
| Travel Expenses – LD Calls on Hotel Bill | 498.91 | 1,846.14 |
| Local Transportation - DC | 234.96 | 4,850.87 |
| Local Transportation – NY | .00 | 384.39 |
| Xeroxing | 2,584.60 | 98,509.95 |
| Postage | 77.86 | 5,344.57 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,376.10 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 27.52 | 2,273.64 |
| NYO Long Distance Telephone | 2,526.97 | 12,794.58 |
| Use of Cell/Home Phone | 70.20 | 2,143.69 |
| **TOTAL** | **$ 361,108.55** | **$ 3,070,074.50** |