# EXHIBIT A

# ORRICK HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# <u>JUNE 1, 2008 THROUGH JUNE 30, 2008</u>



**ORRICK**

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

July 15, 2008
Client No. 17367
Invoice No. 1137274

Orrick Contact: Roger Frankel

FOR SERVICES RENDERED through June 30, 2008 in connection with
the matters described on the attached pages:                    $          365,784.00

DISBURSEMENTS as per attached pages:                                        8,248.24

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**    $          **374,032.24**

Matter(s): 17367/10, 11, 12, 13, 14, 15, 2, 7, 8, 9

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$1,884,751.28
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*4253 Collections Center Drive*
*Chicago, IL 60693*
*Reference: 17367/ Invoice: 1137274*
*E.I.N. 94-2952627*
*Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS TRANSFERS:**
***Wire Transfers Only:***
***ABA Number 0260-0959-3***
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1137274*
*E.I.N. 94-2952627*

**ELECTRONIC FUNDS TRANSFERS:**
***ACH Transfers Only:***
***ABA Number 121-000358***
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1137274*
*E.I.N. 94-2952627*



ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

July 15, 2008
Client No. 17367
Invoice No. 1137274

Orrick Contact: Roger Frankel

FOR SERVICES RENDERED through June 30, 2008 in connection with
the matters described on the attached pages:                        $        365,784.00

DISBURSEMENTS as per attached pages:                                             8,248.24

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**   $ ‾‾‾‾374,032.24‾‾‾‾

Matter(s): 17367/10, 11, 12, 13, 14, 15, 2, 7, 8, 9

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$1,884,751.28
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701. Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
Orrick, Herrington & Sutcliffe LLP
4253 Collections Center Drive
Chicago, IL 60693
Reference: 17367/ Invoice: 1137274
E.I.N. 94-2952627
Overnight deliveries: (312) 974-1642

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number 0260-0959-3*
Bank of America
100 West 33rd Street, NY, NY 10001
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number: 1499410382
Reference: 17367/ Invoice: 1137274
E.I.N. 94-2952627

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number 121-000358*
Bank of America
San Francisco Main Branch
Account of
Orrick, Herrington & Sutcliffe LLP
Account Number: 1499410382
Reference: 17367/ Invoice: 1137274
E.I.N. 94-2952627



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1 202-339-8400
fax +1 202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

July 15, 2008
Client No. 17367
Invoice No. 1137274

Orrick Contact: Roger Frankel

For Legal Services Rendered Through June 30, 2008 in Connection With:

**Matter: 2 - Case Administration**

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/23/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 05/27/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 05/28/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 05/29/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 05/30/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 06/02/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 06/03/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 06/04/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 06/05/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 06/06/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 06/09/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 06/10/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 06/26/08 | D. Fullem | Review calendar of deadlines and calendar objection periods. | 0.50 |

Total Hours    1.70

Total For Services    $338.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.50 | 245.00 | 122.50 |
| Risa L. Mulligan | 1.20 | 180.00 | 216.00 |
| Total All Timekeepers | 1.70 | $199.12 | $338.50 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

July 15, 2008
Invoice No. 1137274

Disbursements
| | | |
|---|---|---|
| Court Messenger Research | 1,361.00 | |
| Document Reproduction | 747.10 | |
| Express Delivery | 59.91 | |
| Postage | 4.80 | |
| Secretarial/Staff Overtime | 48.08 | |
| Telephone | 1.35 | |
| Total Disbursements | | $2,222.24 |

**Total For This Matter** **$2,560.74**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

July 15, 2008
Invoice No. 1137274

For Legal Services Rendered Through June 30, 2008 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 06/03/08 | D. Felder | Begin reviewing materials regarding insurance issues. | 1.50 |
| 06/20/08 | S. Foresta | Telephone conference with R. Frankel to discuss insurance issues (.4); begin review and analysis of information pertaining to CNA coverage (1.3); review e-mail from D. Felder re direct action filed against CNA by Libby claimants (.1); review and analyze materials relating to same (1.0). | 2.80 |
| 06/20/08 | R. Frankel | Telephone conferences with J. Aldock, D. Austern re insurance meeting, CNA (.5); review insurance memos (.8); telephone conference with S. Foresta re same (.4). | 1.70 |
| 06/23/08 | R. Wyron | Review Scotts issues on insurance (.4); attend omnibus hearing on Scotts insurance complaint and follow-up e-mails (.6); confer with R. Frankel re insurance and follow-up (.5). | 1.50 |
| 06/23/08 | S. Foresta | Continue analysis of information pertaining to insurance coverage provided to Grace by CNA. | 2.00 |
| 06/24/08 | D. Felder | Review materials regarding insurance due diligence. | 1.50 |
| 06/24/08 | S. Foresta | Telephone conference with R. Wyron to discuss status of matter and request additional information re CNA (.3); review and analyze e-mails forwarded by R. Wyron re various insurers' offers to settle with Grace (1.4). | 1.70 |
| 06/25/08 | S. Foresta | Continue review of background information re CNA coverage provided to Grace in anticipation of upcoming meeting between FCR and carrier. | 1.30 |
| 06/26/08 | S. Foresta | Review and analyze materials forwarded by D. Felder on CNA's coverage (1.9); discuss status of matter with R. Frankel (.4). | 2.30 |
| 06/26/08 | R. Frankel | Confer with S. Foresta re various insurance matters, including Scotts, CNA (.4); notes re same (.3). | 0.70 |

Total Hours                    17.00
Total For Services                         $13,185.00



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

July 15, 2008
Invoice No. 1137274

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 3.00 | 530.00 | 1,590.00 |
| Stephen G. Foresta | 10.10 | 825.00 | 8,332.50 |
| Roger Frankel | 2.40 | 875.00 | 2,100.00 |
| Richard H. Wyron | 1.50 | 775.00 | 1,162.50 |
| Total All Timekeepers | 17.00 | $775.59 | $13,185.00 |

Disbursements
    Color Document Reproduction          37.50
    Document Reproduction              29.60
    Telephone                       0.09
                    Total Disbursements         $67.19

**Total For This Matter**        **$13,252.19**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 5

July 15, 2008
Invoice No. 1137274

For Legal Services Rendered Through June 30, 2008 in Connection With:

**Matter: 8 - Litigation**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 06/02/08 | D. Felder | Telephonic participation in omnibus hearing. | 5.20 |
| 06/02/08 | R. Wyron | Review pleadings on ZAI bar date issues (.4); attend EPA settlement related portions of omnibus hearing telephonically (1.4); follow-up on pending motions (.3). | 2.10 |
| 06/02/08 | R. Frankel | Attend Omnibus hearing in Pittsburgh. | 5.70 |
| 06/02/08 | R. Frankel | Prepare notes and confer with P. Lockwood re hearing during travel to DC. | 1.30 |
| 06/06/08 | R. Wyron | Review draft tax motions from J. Baer (.4); follow-up with C. Reynolds (.2). | 0.60 |
| 06/06/08 | C. Reynolds | Exchange of e-mails with R. Wyron re tax credit motion and missing Exhibit 2 (.2); begin review of materials related to research tax credit motion (1.5). | 1.70 |
| 06/06/08 | R. Frankel | Review motion, exhibits re settlement with IRS. | 0.80 |
| 06/09/08 | D. Felder | Review recently filed pleadings and draft pleadings for July omnibus hearing. | 2.70 |
| 06/09/08 | R. Wyron | Review e-mails on motion regarding Montana settlement re Libby (.3); review draft agenda (.2). | 0.50 |
| 06/10/08 | R. Wyron | Review and respond to e-mails on tax motion, and follow-up. | 0.40 |
| 06/12/08 | D. Felder | Telephone conference with J. Brownstein regarding tax motion (.1); e-mail correspondence with J. Baer regarding same (.1); review Montana DEQ settlement and e-mail to B. Lawrence regarding same (.3); review tax motion (.6). | 1.10 |
| 06/12/08 | C. Reynolds | Research R&E tax credit regs in relation to tax motion. | 1.30 |
| 06/12/08 | C. Reynolds | Review Exhibit 2 to the protest (obtained from Grace and not included in the motion papers). | 0.40 |
| 06/12/08 | R. Frankel | Review pleadings, suggested changes from PD re ZAI bar date order, publication notice, e-mails re same. | 1.70 |
| 06/12/08 | R. Frankel | Review issues, e-mails re tax controversy settlement. | 0.50 |
| 06/13/08 | A. Freidberg | Review of Stipulation. | 1.20 |
| 06/13/08 | D. Felder | Review Montana DEQ settlement motion (.1); conferences with B. Lawrence regarding same (.2); review due diligence regarding environmental issues (.6); e-mail to R. Wyron regarding same (.1). | 1.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -      July 15, 2008
17367                                                                    Invoice No. 1137274
page 6

| 06/13/08 | R. Lawrence | Review factual background on Libby site (.5); review federal settlement re Libby Site (.3); review proposed state MDEQ settlement re Libby Site (.5); prepare comments memo draft (.3); discuss results of review with D. Felder (.1); finalize comments (.1). | 1.80 |
|---|---|---|---|
| 06/13/08 | R. Frankel | Review revised ZAI bar date order, notice in final. | 0.70 |
| 06/16/08 | D. Felder | Review recently filed pleadings for June 23 and July 21 omnibus hearings (4.5); e-mail correspondence with M. Hurford regarding Debtors' schedules (.1). | 4.60 |
| 06/16/08 | R. Wyron | Review hearing agenda on pending matters and follow-up (.3); review e-mail from J. Baer and pleadings on BNSF motion, and follow-up (.6); review TDP on BNSF issue (.2). | 1.10 |
| 06/16/08 | R. Frankel | Review Grace pleading and exhibit re stay of NJ Dept. of Environment appeal. | 0.60 |
| 06/16/08 | R. Frankel | Review motion to clarify BNSF injunction, e-mails re same (.5); review motion of Debtors re settlement with Montana Dept. of Environment, stipulation (.6). | 1.10 |
| 06/17/08 | D. Felder | Review recently filed pleadings (1.2); e-mail to J. Biggs regarding default interest (.1); e-mail correspondence with M. Hurford regarding Debtors' schedules and review same (.5). | 1.80 |
| 06/17/08 | R. Wyron | Review BNSF pleadings and e-mails (.6); follow-up with D. Austern (.2); e-mails re FCR's position (.2). | 1.00 |
| 06/17/08 | R. Frankel | Review series of e-mails re BNSF motion. | 0.40 |
| 06/18/08 | A. Freidberg | Review of stipulation response. | 0.10 |
| 06/18/08 | D. Felder | Review pleadings for June 23 omnibus hearing (.5); review pleadings for July 21 omnibus hearing (2.3). | 2.80 |
| 06/18/08 | R. Wyron | Review BNSF e-mail response and follow-up. | 0.20 |
| 06/19/08 | R. Frankel | Review agenda in preparation for June 23 hearing; prepare notes re same. | 0.40 |
| 06/23/08 | R. Mulligan | Research Montana court docket for D. Felder. | 0.40 |
| 06/23/08 | D. Felder | Telephonic participation in omnibus hearing (1.8); e-mail correspondence with Z-Axis regarding invoices (.1). | 1.90 |
| 06/23/08 | R. Frankel | Review amended agenda (.2); prepare file for hearing (.2). | 0.40 |
| 06/23/08 | R. Frankel | Attend Omnibus Hearing in DE. | 2.60 |
| 06/23/08 | R. Frankel | Review e-mail memo from D. Felder re Scotts adversary proceeding (.3); confer with R. Wyron re Scotts (.2). | 0.50 |
| 06/24/08 | D. Felder | Review recently filed pleadings for July omnibus hearing. | 0.90 |
| 06/24/08 | R. Frankel | Review memo, e-mails re Scotts adversary proceeding during travel to NY. | 0.70 |
| 06/26/08 | D. Fullem | Research Grace docket for members of UCC for period November 2004 through January 2005; e-mail to R. Wyron with amended appointments and members of same. | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -      July 15, 2008
17367                                                                    Invoice No. 1137274
page 7

| 06/26/08 | R. Frankel | Confer with J. Ansbro re PI estimation case (.4); prepare notes re same (.3). | 0.70 |
|---|---|---|---|
| 06/27/08 | D. Felder | Telephone conference with M. Hurford regarding updates. | 0.20 |
| 06/30/08 | R. Frankel | Review informal discovery request from counsel for Scotts (.5); notes re same (.2). | 0.70 |
| 06/30/08 | R. Frankel | Review pleadings re Debtors request to borrow against COLI policies. | 0.70 |

|  |  |  |
|---|---|---|
| Total Hours | 55.30 |  |
| Total For Services |  | $38,118.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 22.20 | 530.00 | 11,766.00 |
| Roger Frankel | 19.50 | 875.00 | 17,062.50 |
| Alexandra G. Freidberg | 1.30 | 340.00 | 442.00 |
| Debra O. Fullem | 0.80 | 245.00 | 196.00 |
| Robert F. Lawrence | 1.80 | 715.00 | 1,287.00 |
| Risa L. Mulligan | 0.40 | 180.00 | 72.00 |
| Clayton S. Reynolds | 3.40 | 800.00 | 2,720.00 |
| Richard H. Wyron | 5.90 | 775.00 | 4,572.50 |
| Total All Timekeepers | 55.30 | $689.29 | $38,118.00 |

Disbursements

| Document Reproduction | 0.40 |  |
|---|---|---|
| Litigation Support | 266.70 |  |
| Local Taxi Expense | 160.00 |  |
| Out of Town Business Meals | 324.04 |  |
| Outside Services | 316.29 |  |
| Postage | 4.53 |  |
| Telephone | 29.69 |  |
| Travel Expense, Air Fare | 878.50 |  |
| Travel Expense, Out of Town | 225.15 |  |
| Total Disbursements |  | $2,205.30 |

**Total For This Matter**                                              **$40,323.30**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

July 15, 2008
Invoice No. 1137274

For Legal Services Rendered Through June 30, 2008 in Connection With:

**Matter: 9 - Plan & Disclosure Statement**

| 06/02/08 | R. Wyron | Review additional comments on term sheet (.3); attend plan related portions of omnibus hearing telephonically (1.3); review and response to e-mail on plan issues (.3). | 1.90 |
|---|---|---|---|
| 06/03/08 | M. Wallace | Correspond with P. Lockwood and OHS team regarding conference call on term sheet comments. | 0.10 |
| 06/03/08 | R. Wyron | Review term sheet issues for meeting with ACC and follow-up e-mails re same (.7); begin review of draft plan (.6). | 1.30 |
| 06/04/08 | C. Rogers | Discuss fraudulent transfer clause with D. Felder (.2); review documents associated with guaranty agreement (.2); research law review articles on operations of proposed language (.7). | 1.10 |
| 06/04/08 | D. Felder | Telephone conference with M. Wallace regarding plan issues (.1); conference with R. Wyron regarding same (.2); telephone conference with C. Rogers regarding research issue and review term sheet regarding same (.3). | 0.60 |
| 06/04/08 | M. Wallace | Begin review of Debtors' Joint Plan. | 4.20 |
| 06/04/08 | M. Wallace | Conference call with P. Lockwood and J. Leisemer regarding comments to term sheets. | 1.20 |
| 06/04/08 | M. Wallace | Discuss schedule and next steps with R. Frankel and R. Wyron. | 0.30 |
| 06/04/08 | M. Wallace | Prepare debtors' plan redlines against filed and internal documents, respectively, and distribute to ACC and OHS teams. | 0.30 |
| 06/04/08 | M. Wallace | Discuss review of plan and related documents with D. Felder. | 0.10 |
| 06/04/08 | M. Wallace | Revise term sheets based on discussions with the ACC and distribute. | 1.50 |
| 06/04/08 | R. Wyron | Review revised term sheets (.7); call with ACC on changes to term sheets and follow-up (1.2); review draft plan from K&E (2.6). | 4.50 |
| 06/04/08 | R. Frankel | Review revised Term Sheets in preparation for call with P. Lockwood (.7); telephone conference with P. Lockwood, Liesemer re Term Sheets (1.2). | 1.90 |
| 06/04/08 | R. Frankel | Begin review of draft Plan from K&E. | 1.20 |
| 06/05/08 | C. Rogers | Research fraudulent transfer issues under proposed term sheet. | 4.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

July 15, 2008
Invoice No. 1137274

| 06/05/08 | D. Felder | Conference with R. Frankel, R. Wyron and M. Wallace regarding plan issues. | 1.00 |
|---|---|---|---|
| 06/05/08 | M. Wallace | Draft issues list for term sheet discussion and provide to OHS team for review. | 1.40 |
| 06/05/08 | M. Wallace | Continue and finish initial review of debtors' Plan. | 5.80 |
| 06/05/08 | M. Wallace | Correspond with J. Radecki regarding comments to term sheets. | 0.10 |
| 06/05/08 | M. Wallace | Meeting with R. Wyron, R. Frankel and D. Felder regarding initial review of plan. | 1.10 |
| 06/05/08 | M. Wallace | Update issues list for Plan-related issues. | 0.80 |
| 06/05/08 | M. Wallace | Review correspondence regarding warrant term sheet and revise accordingly. | 0.20 |
| 06/05/08 | R. Wyron | Complete initial review of draft plan from K&E (2.1); organize open issues list and review list from M. Wallace (.8); participate in discussions with R. Frankel, M. Wallace, and D. Felder on plan issues (1.0); follow-up notes for call with ACC on 6/6 (.6). | 4.50 |
| 06/05/08 | R. Frankel | Review issues list for discussion with E. Inselbuch, P. Lockwood (.6); review revised issues list and e-mails re same (.7). | 1.30 |
| 06/05/08 | R. Frankel | Review draft plan from K&E. | 3.80 |
| 06/05/08 | R. Frankel | Confer with R. Wyron, M. Wallace and D. Felder re plan issues. | 1.30 |
| 06/06/08 | C. Rogers | Continue research on fraudulent transfer issues. | 2.30 |
| 06/06/08 | D. Felder | E-mail correspondence with C. Rogers regarding research. | 0.10 |
| 06/06/08 | M. Wallace | Telephone call with J. Radecki regarding issues in term sheets. | 0.20 |
| 06/06/08 | M. Wallace | Prepare for conference call with the ACC on plan issues. | 0.70 |
| 06/06/08 | M. Wallace | Conference call with OHS team and ACC counsel regarding Kirkland draft of the plan and strategies for group meeting. | 2.40 |
| 06/06/08 | R. Wyron | Continue work on plan issues (1.6); review open items list for ACC call and meeting with K&E (.4); call with ACC counsel and follow-up (2.3); revise open items list (.2). | 4.50 |
| 06/06/08 | R. Frankel | Review draft plan, review blacklined version, identify major issues. | 2.70 |
| 06/06/08 | R. Frankel | Telephone conference with P. Lockwood, J. Liesemer, R. Wyron, M. Wallace re plan issues. | 2.20 |
| 06/07/08 | M. Wallace | Revise issues list and distribute internally. | 0.30 |
| 06/07/08 | M. Wallace | Research workers compensation issues in Sealed Air Settlement Agreement. | 0.30 |
| 06/07/08 | R. Frankel | Review, refine issues list (.8); identify Tier 1 issues (.6). | 1.40 |
| 06/08/08 | C. Rogers | Research fraudulent transfer issue (1.6); draft memorandum re same (.6). | 2.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -       July 15, 2008
17367                                                                    Invoice No. 1137274
page 10

| 06/08/08 | M. Wallace | Update term sheet comments and distribute. | 0.90 |
|---|---|---|---|
| 06/08/08 | M. Wallace | Update issues list and correspond with OHS team regarding same. | 0.10 |
| 06/09/08 | C. Rogers | Additional research on fraudulent transfer and revise memorandum. | 3.60 |
| 06/09/08 | D. Felder | Review research materials from C. Rogers and follow-up e-mail regarding same (.7); review plan materials (1.1). | 1.80 |
| 06/09/08 | M. Wallace | Telephone call with R. Frankel regarding bullet summary for E. Inselbuch. | 0.10 |
| 06/09/08 | M. Wallace | Review comments from R. Frankel and draft summary of issues for E. Inselbuch. | 0.50 |
| 06/09/08 | M. Wallace | Review correspondence regarding delivery of comments to Kirkland. | 0.10 |
| 06/09/08 | R. Wyron | Review e-mails to and from C. Rogers regarding research on fraudulent transfer issue and follow-up (.3); review open issues list and follow-up (.4); e-mails to and from T. Freedman re 6/11 meeting (.2). | 0.90 |
| 06/09/08 | R. Frankel | Review revised issues list from M. Wallace (.6); prepare bullets for primary negotiations (.6). | 1.20 |
| 06/10/08 | C. Rogers | Research section 548 defenses. | 3.40 |
| 06/10/08 | D. Felder | Telephone conference with M. Wallace regarding research issue (.1); correspondence with C. Rogers regarding same (.1); review plan documents (5.5); prepare for meeting with Debtors regarding same (.4). | 6.10 |
| 06/10/08 | M. Wallace | Review Sealed Air settlement provisions in preparation for meeting with Kirkland. | 2.20 |
| 06/10/08 | M. Wallace | Review term sheet markups and issues in preparation for meeting with Kirkland. | 2.00 |
| 06/10/08 | M. Wallace | Review plan markup in preparation for Kirkland meeting. | 1.50 |
| 06/10/08 | R. Wyron | Review memo on term sheet provisions of fraudulent transfer and follow-up (.8); review open items list for plan meeting (.6). | 1.40 |
| 06/10/08 | R. Frankel | Review Term Sheets, issues memo in preparation for meeting at K&E. | 2.40 |
| 06/11/08 | C. Rogers | Research section 548 defenses. | 3.90 |
| 06/11/08 | D. Felder | Conference with R. Frankel, M. Wallace, E. Inselbuch, P. Lockwood and J. Liesemer regarding plan issues (.5); conference with Debtors and ACC regarding same (7.0). | 7.50 |
| 06/11/08 | M. Wallace | Meeting with ACC counsel to prepare for meeting with Kirkland. | 0.80 |
| 06/11/08 | M. Wallace | Meeting with Kirkland and Grace regarding plan and term sheet issues. | 5.80 |
| 06/11/08 | M. Wallace | Meeting with ACC to discuss Kirkland presentation of issues. | 0.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

July 15, 2008
Invoice No. 1137274

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/11/08 | R. Wyron | Review e-mails on status of plan issues and meeting with Debtors, and respond. | 0.40 |
| 06/11/08 | R. Frankel | Confer with P. Lockwood, E. Inselbuch in preparation for meeting at K&E. | 1.20 |
| 06/11/08 | R. Frankel | Confer with K&E lawyers, P. Lockwood, M. Wallace, D. Felder re plan, deal issues; notes re same. | 5.20 |
| 06/11/08 | R. Frankel | Telephone conference with D. Austern re meeting at K&E, notes re same. | 0.50 |
| 06/12/08 | C. Rogers | Discussion with R. Frankel about savings clauses (.2); telephone call with D. Felder about next steps regarding guarantee agreement (.1); review materials pertaining to savings clauses and guarantee agreements (.4). | 0.70 |
| 06/12/08 | K. Thomas | Review e-mail from D. Felder re researching ZAI issues (.1); conference with D. Felder re same (.2) | 0.30 |
| 06/12/08 | D. Felder | Conference with K. Thomas regarding research (.2); e-mail correspondence regarding same (.1); review materials from plan meeting and follow-up regarding same (2.6); begin reviewing disclosure statement (.5). | 3.40 |
| 06/12/08 | M. Wallace | Draft summary of afternoon meeting with Kirkland and circulate internally. | 0.90 |
| 06/12/08 | M. Wallace | Telephone call with R. Frankel regarding afternoon portion of Kirkland meeting. | 0.10 |
| 06/12/08 | M. Wallace | Begin renewed review and markup of Plan. | 4.70 |
| 06/12/08 | R. Frankel | Telephone conference with M. Wallace re status, review e-mail re plan negotiations, notes re same. | 0.70 |
| 06/12/08 | R. Frankel | Confer with C. Rogers re fraudulent transfer language in plan documents, notes re same. | 0.60 |
| 06/13/08 | A. Englund | Begin review of Grace draft Disclosure Statement. | 1.00 |
| 06/13/08 | R. Frankel | Review redlined disclosure against prior filed version. | 2.40 |
| 06/14/08 | D. Felder | Review recently filed pleadings and default interest motion (1.4); review materials regarding bonded judgment (.2). | 1.60 |
| 06/16/08 | C. Rogers | Research section 548 savings clauses (1.0); draft savings clause provision (.5); draft memorandum regarding savings clauses (.8). | 2.30 |
| 06/16/08 | K. Thomas | Review and respond to e-mail from R. Wyron re reviewing debtors' objection on default interest. | 0.10 |
| 06/16/08 | D. Felder | Review due diligence materials regarding plan. | 1.10 |
| 06/16/08 | M. Wallace | Discuss Grace meeting with R. Wyron. | 0.30 |
| 06/16/08 | R. Wyron | Confer with R. Frankel, M. Wallace, and D. Felder (separate occasions) regarding plan issues and 6/11 meeting (.5); confer with R. Frankel re next steps (.2); calls with J. Radecki re plan term sheets and financial information, and follow-up (.6); review Edwards judgement information and follow-up (.5). | 1.80 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

July 15, 2008
Invoice No. 1137274

| 06/16/08 | R. Frankel | Review draft plan. | 1.30 |
|---|---|---|---|
| 06/16/08 | R. Frankel | Confer with R. Wyron re status. | 0.30 |
| 06/16/08 | R. Frankel | Review Debtors objection to unsecured lender claims, notice and proofs of claim re default interest. | 1.60 |
| 06/17/08 | C. Rogers | Research section 548 (3.7); draft and revise memorandum regarding section 548 (1.2); draft proposed contract language for Guarantee Agreement (.2). | 5.10 |
| 06/17/08 | K. Thomas | Legal research re estimation. | 1.50 |
| 06/17/08 | D. Felder | Review memo regarding default interest. | 0.50 |
| 06/17/08 | M. Wallace | Review correspondence regarding cooperation agreement. | 0.10 |
| 06/17/08 | M. Wallace | Review correspondence with client regarding BNSF motion. | 0.10 |
| 06/17/08 | M. Wallace | Continue review and markup of debtors' draft plan. | 6.00 |
| 06/17/08 | R. Wyron | Call with J. Biggs on status and lender claims, and follow-up (.6); continue review of plan documents (1.1); review memo on savings clause and follow-up (.6). | 2.30 |
| 06/17/08 | R. Frankel | Review plan (1.4); telephone conference with R. Wyron re next steps (.4). | 1.80 |
| 06/18/08 | K. Thomas | Legal research re aggregate claims and impairment (2.7); series of conferences with D. Felder re same (.3). | 3.00 |
| 06/18/08 | M. Wallace | Review correspondence regarding next plan meeting and respond to same. | 0.10 |
| 06/18/08 | M. Wallace | Continue review and revisions to Plan. | 5.40 |
| 06/18/08 | M. Wallace | Telephone call with R. Wyron regarding meetings for plan discussions internally and with P. Lockwood. | 0.10 |
| 06/18/08 | M. Wallace | Discuss default interest motion and consequences to deal if debtors lose with R. Wyron. | 0.20 |
| 06/18/08 | R. Wyron | Call with T. Freedman regarding plan and follow-up (.2); continue review of plan documents (1.3); review objections to lenders' claims (default interest) and review research (1.8); organize notes on open issues on plan and term sheets (.4). | 3.70 |
| 06/18/08 | R. Frankel | Review C. Rogers memo re fraudulent transfer "savings" clause, notes re same. | 0.80 |
| 06/18/08 | R. Frankel | Telephone conferences, e-mails with R. Wyron re plan issues, meetings re plan. | 0.50 |
| 06/18/08 | R. Frankel | Review redlined glossary of K&E against prior Orrick version. | 3.20 |
| 06/19/08 | K. Thomas | Review objection to proof of claim re default interest and associated pleadings (.4); discuss same with R. Wyron (.2) | 0.60 |
| 06/19/08 | D. Felder | Review Debtors' claim schedules (.6); review Debtors' plan (1.2); review term sheets (.8). | 2.60 |
| 06/19/08 | A. Englund | Review disclosure statement. | 2.50 |
| 06/19/08 | M. Wallace | Finish review and markup of Plan and circulate internally. | 4.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 13

July 15, 2008
Invoice No. 1137274

| 06/19/08 | M. Wallace | Review savings clause memorandum. | 0.20 |
|---|---|---|---|
| 06/19/08 | M. Wallace | Review and respond to correspondence regarding revised term sheets. | 0.10 |
| 06/19/08 | R. Wyron | Continue review of draft plan from K&E. | 2.60 |
| 06/19/08 | R. Frankel | Review draft plan from K&E, prepare notes for internal meeting. | 4.70 |
| 06/20/08 | K. Thomas | Prepare for meeting with R. Frankel, R. Wyron and D. Felder re ZAI claims estimation issues (1.1); conference with R. Frankel, R. Wyron and D. Felder re same (1.3). | 2.40 |
| 06/20/08 | K. Thomas | Organize files for various research materials re memorandums. | 0.70 |
| 06/20/08 | D. Felder | Conference with R. Frankel regarding plan due diligence issues (.1); research and review same and e-mail to R. Frankel, R. Wyron and S. Foresta regarding same (.6); e-mail correspondence with R. Mulligan regarding same (.1); review revised term sheets (.8); conference with R. Frankel, R. Wyron and K. Thomas regarding impairment issues (1.0). | 2.60 |
| 06/20/08 | M. Wallace | Begin review of revised term sheets. | 0.40 |
| 06/20/08 | R. Wyron | Meet with R. Frankel, D. Felder and K. Thomas on post-petition default rate interest issue and follow-up research (.8); continue work on draft plan and term sheets (2.3). | 3.10 |
| 06/20/08 | R. Frankel | Confer with R. Wyron re plan - insurance issues; notes re same. | 0.40 |
| 06/20/08 | R. Frankel | Confer with K. Thomas, D. Felder, R. Wyron re ZAI plan treatment. | 1.20 |
| 06/21/08 | R. Frankel | Review, prepare notes re revised term sheets - Deferred Payment, Warrant, Guarantee, Share Issuance. | 3.40 |
| 06/22/08 | D. Felder | Prepare for meeting on plan and term sheets. | 0.60 |
| 06/22/08 | R. Wyron | Continue review of draft plan from Debtors and draft term sheets (2.1); organize open items list (.7). | 2.80 |
| 06/23/08 | C. Clark | Telephone conference with R. Wyron and D. Felder regarding research on plan issues (.4); prepare research plan for same and begin research (.4); follow-up telephone conference with D. Felder (.2). | 1.00 |
| 06/23/08 | K. Thomas | Conference with D. Felder re updating summary of certain Libby indemnity claims. | 0.10 |
| 06/23/08 | K. Thomas | Legal research re aggregate estimation and impairment. | 5.80 |
| 06/23/08 | D. Felder | Conference with R. Frankel, R. Wyron and M. Wallace regarding plan and term sheets (1.1); telephone conference with R. Wyron and C. Clark regarding research issues (.5); follow-up telephone conference with C. Clark regarding same (.1). | 1.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

July 15, 2008
Invoice No. 1137274

| 06/23/08 | M. Wallace | Prepare comparisons of term sheets to original Kirkland drafts and review in preparation for meeting. | 0.70 |
|---|---|---|---|
| 06/23/08 | M. Wallace | Meet with D. Felder, R. Wyron and R. Frankel regarding term sheet issues. | 1.30 |
| 06/23/08 | M. Wallace | Meet with R. Wyron and D. Felder regarding fraudulent conveyance research and additional term sheet issues. | 0.20 |
| 06/23/08 | R. Wyron | Organize notes on Debtors' plan draft (.7); meet with R. Frankel, M. Wallace and D. Felder on plan and term sheet issues, and follow-up notes (1.6); review draft plan for 6/25 meeting comments, and mark-up blacklined version (1.9); confer with C. Clark on fraudulent transfer issue and follow-up (.7). | 4.90 |
| 06/23/08 | R. Frankel | Confer with R. Wyron, M. Wallace re Term Sheet issues, notes re same. | 1.30 |
| 06/23/08 | R. Frankel | Review redlined version of plan from M. Wallace during travel to/from Omnibus Hearing (DE). | 3.70 |
| 06/23/08 | R. Frankel | Confer with R. Wyron re hearing, strategy in connection with PI estimation hearing. | 0.50 |
| 06/24/08 | C. Clark | Continue researching issues relating to plan (.8); draft factual section of memorandum regarding same (.6); research treatises and case law (4.2); begin drafting analysis section of memorandum (2.5). | 8.10 |
| 06/24/08 | K. Thomas | Review cases from results of legal research re aggregate estimation and impairment. | 5.80 |
| 06/24/08 | D. Felder | Conference with R. Frankel, R. Wyron and M. Wallace regarding plan and term sheets (1.6); review criminal issues and e-mail to M. Wallace regarding same (.3); review revisions to plan (.5); telephone conference with R. Frankel, R. Wyron, M. Wallace, P. Lockwood and J. Liesemer regarding plan and term sheets (1.3); review materials in preparation for meeting with Debtors (.6); conference with K. Thomas regarding impairment research (.1). | 4.40 |
| 06/24/08 | A. Englund | Begin review of disclosure statement. | 2.00 |
| 06/24/08 | M. Wallace | Correspond with R. Frankel and R. Wyron regarding poison pill issues. | 0.10 |
| 06/24/08 | M. Wallace | Finish review of revised term sheets. | 1.20 |
| 06/24/08 | M. Wallace | Correspond with K. Milling regarding registration rights market provisions. | 0.10 |
| 06/24/08 | M. Wallace | Meet with R. Frankel, R. Wyron and D. Felder regarding term sheet issues, plan and meeting with Kirkland. | 1.70 |
| 06/24/08 | M. Wallace | Research shelf registration rights agreements. | 1.10 |
| 06/24/08 | M. Wallace | Prepare issues list for all hands meeting. | 1.50 |
| 06/24/08 | M. Wallace | Update comments to plan based on internal meeting. | 2.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -     July 15, 2008
17367                                                                    Invoice No. 1137274
page 15

| 06/24/08 | M. Wallace | Conference call with P. Lockwood and OHS team regarding issues for 6/25 meeting at Kirkland. | 1.30 |
| 06/24/08 | M. Wallace | Review preferred stock terms and summarize concerns regarding change of control issues. | 0.70 |
| 06/24/08 | S. Stengel | Review and analyze term sheets for deferred payments and guarantee. | 0.90 |
| 06/24/08 | R. Wyron | Continue review of revised drafts of plan documents (2.1); confer with R. Frankel, D. Felder and M. Wallace (various times) on term sheet issues (1.6); call with C. Lockwood on term sheet and plan issues (.9); organize materials for plan meeting (.7). | 5.30 |
| 06/24/08 | R. Frankel | Confer with R. Wyron, M. Wallace, D. Felder re plan issues in preparation for meeting at K&E. | 1.40 |
| 06/24/08 | R. Frankel | Telephone conference with P. Lockwood, R. Wyron, M. Wallace in preparation for meeting at K&E (.8); notes in preparation for meeting (.7). | 1.50 |
| 06/24/08 | R. Frankel | Review, edit issues list from M. Wallace (.7); review draft assignment document from K&E (during travel to NY) (.7). | 1.40 |
| 06/24/08 | R. Frankel | Review recent case re treatment of future asbestos claims. | 0.50 |
| 06/24/08 | R. Frankel | Review, prepare notes re primary open issues in preparation for meeting. | 1.80 |
| 06/25/08 | C. Clark | Continue drafting memorandum and researching case law (3.5); draft update e-mail to R. Wyron and D. Felder (.5); office conference with same (.2). | 4.20 |
| 06/25/08 | K. Thomas | Legal research re aggregate estimation and impairment (5.9); draft memorandum re same (.9) | 6.80 |
| 06/25/08 | D. Felder | Conference with R. Frankel, R. Wyron, M. Wallace, P. Lockwood and J. Liesemer regarding plan issues (1.0); conference with Debtors, Equity Committee and ACC regarding plan and term sheets (7.0). | 8.00 |
| 06/25/08 | M. Wallace | Review terms of poison pill and consider implications for Share Issuance Agreement | 1.10 |
| 06/25/08 | M. Wallace | Meet with debtors, ACC, and equity committee representatives regarding term sheet issues and plan comments. | 4.30 |
| 06/25/08 | M. Wallace | Meeting with ACC and OHS team to prepare for meeting with debtors. | 1.20 |
| 06/25/08 | M. Wallace | Meeting with ACC and OHS team to discuss debtors reactions to term sheet issues. | 1.70 |
| 06/25/08 | R. Wyron | Organize notes (.3); meet with ACC counsel to prepare for negotiation session (1.5); meet with Debtors, ACC and Equity Committee on plan drafts (6.7); organize follow-up items list (.6); confer with R. Frankel (.3). | 9.40 |



ORRICK

| 06/25/08 | R. Frankel | Confer with Grace, K&E lawyers, R. Wyron, M. Wallace, D. Felder, P. Lockwood, Liesemer re Term Sheet, plan issues. | 4.70 |
|---|---|---|---|
| 06/25/08 | R. Frankel | Confer with R. Wyron, D. Felder re meeting (.4); notes re status (.4). | 0.80 |
| 06/25/08 | R. Frankel | Confer with R. Wyron, P. Lockwood, M. Wallace in preparation for meeting at K&E (1.6); prepare for meeting (.3). | 1.90 |
| 06/26/08 | C. Clark | Revise fact section of memorandum (.8); continue drafting analysis section (1.6). | 2.40 |
| 06/26/08 | K. Thomas | Draft legal memorandum re aggregate estimation and impairment. | 9.20 |
| 06/26/08 | M. Wallace | Correspond with R. Frankel regarding approach to subordination. | 0.10 |
| 06/26/08 | M. Wallace | Prepare documents and correspond with P. Lockwood regarding subordination and response to Kirkland. | 0.20 |
| 06/26/08 | M. Wallace | Research subordination provisions. | 3.20 |
| 06/26/08 | M. Wallace | Draft summary of subordination provisions. | 1.50 |
| 06/26/08 | M. Wallace | Discuss remaining portion of Grace meeting with R. Wyron. | 0.20 |
| 06/26/08 | M. Wallace | Correspond with Q. Moss regarding subordination provisions. | 0.10 |
| 06/26/08 | M. Wallace | Telephone call with R. Frankel regarding approach to subordination. | 0.10 |
| 06/26/08 | R. Wyron | Begin review of revised plan (2.6); organize notes on insurance provisions (.7); call with P. Lockwood on status and on insurance issues, and follow-up (.6); confer with R. Frankel and M. Wallace on status, and draft follow-up e-mail to T. Freedman re same (.5); review subordination provisions (.4). | 4.80 |
| 06/26/08 | R. Frankel | Review revised blacklined plan from M. Wallace (.9); series of e-mails re status of documents (.3). | 1.20 |
| 06/26/08 | R. Frankel | Review series of e-mails from M. Wallace re subordination issues (.6); telephone conference with M. Wallace re same (.2). | 0.80 |
| 06/26/08 | R. Frankel | Confer with D. Austern re status of plan negotiations. | 1.20 |
| 06/27/08 | C. Clark | Research New York case law (1.4); edit, shepardize and finalize draft memorandum (1.2); draft summarizing e-mail to D. Felder regarding research and memorandum (.2). | 2.80 |
| 06/27/08 | K. Thomas | Review and respond to e-mail from R. Frankel re ZAI memorandum (.1); review e-mails from R. Wyron and D. Felder re informal discovery request (.1). | 0.20 |
| 06/27/08 | M. Wallace | Continue research regarding subordination. | 1.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

July 15, 2008
Invoice No. 1137274

| 06/27/08 | M. Wallace | Correspond with Q. Moss regarding subordinated debt deals. | 0.10 |
| 06/27/08 | R. Wyron | Continue review of plan backup materials and notes re same (2.1); review old drafts for comments (.4); work on insurance issues (.7); call with B. Horkovich re strategy and follow-up (.8); continue work on insurance issues re plan language (.6). | 4.60 |
| 06/27/08 | R. Frankel | Confer with E. Inselbuch, D. Austern re plan issues. | 0.60 |
| 06/29/08 | M. Wallace | Correspond with R. Frankel, R. Wyron and D. Felder regarding subordination. | 0.10 |
| 06/29/08 | R. Wyron | Work on insurance neutrality provisions and revise draft. | 1.20 |
| 06/30/08 | C. Clark | Review e-mail from D. Felder regarding memorandum and draft reply to same. | 0.20 |
| 06/30/08 | K. Thomas | Review memorandum re Scotts adversary (.3); review notes on prior memorandum on Libby claims (.1); series of conferences with D. Felder re updating memorandum (.1); review docket and prepare summary notes of Scotts adversary (.9). | 1.40 |
| 06/30/08 | D. Felder | Review draft memorandum from C. Clark regarding research issue and e-mail correspondence regarding same. | 0.80 |
| 06/30/08 | M. Wallace | Review correspondence regarding revised Grace Plan. | 0.10 |
| 06/30/08 | R. Wyron | Continue work on insurance provisions of plan (3.6); review insurance analysis for insurer meeting (.8); confer with R. Frankel on open issues and strategy, and follow-up e-mail (.5). | 4.90 |
| 06/30/08 | R. Frankel | Confer with R. Wyron re plan issues, meeting with E. Inselbuch. | 0.30 |
| 06/30/08 | R. Frankel | Prepare issues list re plan. | 0.60 |
| 06/30/08 | R. Frankel | Review market subordination issues from M. Wallace. | 1.20 |
| 06/30/08 | R. Frankel | Review detailed memo from K. Thomas re treatment of ZAI claims under plan. | 1.40 |

Total Hours              370.00
Total For Services                          $239,972.00

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Charity R. Clark | 18.70 | 440.00 | 8,228.00 |
| Alyssa D. Englund | 5.50 | 560.00 | 3,080.00 |
| Debra Felder | 44.40 | 530.00 | 23,532.00 |
| Roger Frankel | 76.00 | 875.00 | 66,500.00 |
| Courtney M. Rogers | 29.40 | 400.00 | 11,760.00 |
| Scott A. Stengel | 0.90 | 690.00 | 621.00 |
| Katherine S. Thomas | 37.90 | 470.00 | 17,813.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

July 15, 2008
Invoice No. 1137274

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Mary A. Wallace | 86.40 | 620.00 | 53,568.00 |
| Richard H. Wyron | 70.80 | 775.00 | 54,870.00 |
| Total All Timekeepers | 370.00 | $648.57 | $239,972.00 |

Disbursements

| | |
|---|---|
| Document Reproduction | 0.10 |
| Local Taxi Expense | 55.00 |
| Out of Town Business Meals | 3.66 |
| Parking Expense | 40.00 |
| Telephone | 20.47 |
| Travel Expense, Air Fare | 1,216.32 |
| Travel Expense, Local | 2.00 |
| Travel Expense, Out of Town | 569.24 |
| Westlaw Research | 1,608.55 |
| Total Disbursements | $3,515.34 |

**Total For This Matter**          **$243,487.34**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 19

July 15, 2008
Invoice No. 1137274

For Legal Services Rendered Through June 30, 2008 in Connection With:

**Matter:  10 - Retention of Professionals - Other**

| | | | |
|---|---|---|---|
| 06/02/08 | D. Fullem | Prepare application to employ Tre Angeli LLC, declaration of J. Radecki, notice and proposed order (2.1); prepare, review and respond re several e-mails to and from D. Felder regarding drafts of same, additional filings, motion to shorten time to respond, notice of hearing, and amended PJC application and timing for filing (.5). | 2.60 |
| 06/02/08 | D. Felder | Review Piper Jaffray application and conference with R. Wyron regarding same. | 0.50 |
| 06/03/08 | D. Fullem | Review docket and prepare update to conflict list (.8); prepare e-mail and circulate to R. Wyron and D. Felder for review (.2); prepare e-mail and send to conflicts department (.2). | 1.20 |
| 06/03/08 | D. Felder | Review and revise engagement letters for Piper Jaffray and Tre Angeli (1.7); begin drafting applications regarding same (2.5). | 4.20 |
| 06/04/08 | D. Fullem | Review and respond to e-mails from D. Felder and C. Hartman regarding filing of Tre Angeli employment application and modified PJC employment. | 0.50 |
| 06/04/08 | D. Felder | Continue drafting and revising applications and related pleadings regarding Piper Jaffray and Tre Angeli (8.5); e-mail correspondence with R. Wyron, J. Radecki, J. Brownstein and J. Solganick regarding same (.7); conference with R. Wyron regarding same (.2); telephone conference with J. Radecki regarding same (.1). | 9.50 |
| 06/05/08 | D. Felder | E-mail correspondence with D. Klauder, Piper Jaffray and Tre Angeli regarding employment applications (1.0); revise and finalize application, amendment, proposed orders and declarations (8.3). | 9.30 |
| 06/05/08 | R. Wyron | Finalize PJC and Tre Angeli pleadings and engagement letters. | 0.80 |

lit

---



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

July 15, 2008
Invoice No. 1137274

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/06/08 | D. Felder | Telephone conferences with D. Klauder, J. Radecki and J. Brownstein regarding retention applications (.4); e-mail correspondence regarding same (.8); review and finalize amendment to Piper Jaffray application and application to employ Tre Angeli and review exhibits and proposed orders regarding same (4.5); conference with R. Wyron regarding same (.1); e-mail correspondence with J. Phillips and C. Hartman regarding same (.2); conferences with D. Spicuzza regarding filing (.2). | 6.20 |
| 06/06/08 | R. Wyron | Follow-up on PJC and Tre Angeli issues (.3); calls to D. Klauder (.2); follow-up with D. Felder (.2). | 0.70 |
| 06/06/08 | R. Frankel | Review issues, e-mails re retention of Piper and Tre Angeli. | 0.50 |
| 06/09/08 | D. Felder | E-mail correspondence with J. Radecki and J. Brownstein regarding applications (.1); finalize same for filing and service (1.0); e-mail correspondence to J. Baer and J. O'Neill regarding hearing date on applications (.1). | 1.20 |
| 06/10/08 | D. Fullem | Review and respond to e-mail from D. Felder regarding objection deadline to Tre Angeli employment; calendar same to monitor objections and prepare CNO if no objections. | 0.20 |
| 06/16/08 | R. Wyron | Call with J. Radecki re Piper application and US Trustee's response . | 0.30 |
| 06/17/08 | D. Felder | Review case law regarding indemnification (.4); review Vicorp pleadings regarding Piper Jaffray and Tre Angeli (.4). | 0.80 |

Total Hours 38.50
Total For Services $19,736.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 31.70 | 530.00 | 16,801.00 |
| Roger Frankel | 0.50 | 875.00 | 437.50 |
| Debra O. Fullem | 4.50 | 245.00 | 1,102.50 |
| Richard H. Wyron | 1.80 | 775.00 | 1,395.00 |
| Total All Timekeepers | 38.50 | $512.62 | $19,736.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 21

July 15, 2008
Invoice No. 1137274

Disbursements
    Document Reproduction      0.30
    Telephone      1.44
    Westlaw Research      148.25
        Total Disbursements      $149.99

**Total For This Matter**      **$19,885.99**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 22

July 15, 2008
Invoice No. 1137274

For Legal Services Rendered Through June 30, 2008 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 06/03/08 | R. Wyron | Review draft Piper Jaffray and Tre Angeli engagement letters (.4); follow-up with J. Radecki (.2). | 0.60 |
| 06/10/08 | D. Fullem | Review and respond to e-mail from D. Felder regarding PJC and Towers Perrin fees and expenses as set forth in final report by fee auditor. | 0.40 |
| 06/16/08 | D. Fullem | Review proposed Order and exhibits thereto for quarterly fee applications; e-mail to D. Felder regarding item incorrect on D. Austern's fees/expenses. | 0.50 |
| 06/16/08 | D. Fullem | Confirm fees and expenses of FCR and his professionals are correct in Debtors' chart to quarterly fee order. | 0.30 |
| 06/16/08 | D. Fullem | Review and respond to e-mail from D. Felder regarding CNOs to be prepared for Tillinghast and Piper fee applications. | 0.20 |
| 06/17/08 | D. Fullem | Review docket to determine if any objections to Piper February fee application or Tillinghast March fee application (.2); prepare CNOs for same (.5); provide to D. Felder along with docket and notices (.2); coordinate filing and service of same (.3). | 1.20 |
| 06/17/08 | D. Felder | Review CNOs and conference with D. Fullem regarding same. | 0.20 |
| 06/19/08 | D. Fullem | E-mails to and responses from K. Boeger at Tillinghast regarding status of Jan-Mar monthly fee application filings. | 0.30 |
| 06/23/08 | D. Fullem | Review Tillinghast fee applications filed this year to confirm filings made correctly (.6); e-mail to K. Boeger at Tillinghast regarding correction to March fee application (.2); review March fee application and determine revisions (.4). | 1.20 |
| 06/23/08 | D. Fullem | Review and respond to e-mails from D. Felder regarding Z-Axis invoices, status, payment; e-mail to S. Baker in accounting regarding same. | 0.30 |
| 06/24/08 | D. Fullem | Review Tillinghast quarterly for Jan-Mar 2008 (.2); review filings for March (.2); confer with C. Hartman (.1); prepare notice of document filed in error (.2); confer with R. Wyron re same (.1); coordinate updated March signatures and finalize (.2). | 1.00 |
| 06/24/08 | D. Fullem | Follow-up with D. Felder and accounting re Z-Axis outstanding invoices and status of payments. | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 23

July 15, 2008
Invoice No. 1137274

| | | | |
|---|---|---|---|
| 06/26/08 | D. Fullem | Review April invoice and fee application of Tillinghast; e-mail to K. Boeger re same. | 0.50 |
| 06/26/08 | D. Fullem | Discuss with R. Wyron (.2); prepare amended March fee application for Tillinghast (1.0); e-mail to C. Hartman re same and coordinate filing and service(.6). | 1.80 |
| 06/26/08 | D. Fullem | Review list of original signed fee app pleadings as requested by C. Hartman; assemble same; respond to C. Hartman. | 0.80 |
| 06/26/08 | R. Wyron | Review revised Tillinghast fee application and follow-up with D. Fullem. | 0.30 |
| 06/27/08 | D. Fullem | Review e-mail from C. Hartman with docket number of Tillinghast amended March fee application filing; prepare e-mail to interested parties with copy of Tillinghast's amended March fee application. | 0.20 |
| 06/30/08 | D. Fullem | Review and respond to e-mails from K. Boeger regarding April and May fee applications to file for Tillinghast this week. | 0.50 |
| 06/30/08 | D. Fullem | Review D. Austern's invoices (.5); prepare three fee applications for D. Austern for time periods March 1-31, 2008, April 1-30, 2008 and May 1-31, 2008 (1.0); prepare e-mail to D. Austern for review and approval of same (.2). | 1.70 |

Total Hours          12.50
Total For Services                              $3,596.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.20 | 530.00 | 106.00 |
| Debra O. Fullem | 11.40 | 245.00 | 2,793.00 |
| Richard H. Wyron | 0.90 | 775.00 | 697.50 |
| Total All Timekeepers | 12.50 | $287.72 | $3,596.50 |

Disbursements
    Postage                         1.17
                          Total  Disbursements                    $1.17


**Total For This Matter**                    **$3,597.67**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 24

July 15, 2008
Invoice No. 1137274

For Legal Services Rendered Through June 30, 2008 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| 06/02/08 | D. Felder | Review and revise supplemental disclosure. | 0.10 |
| 06/02/08 | R. Wyron | Review draft 2014 disclosure on K. Miyao. | 0.30 |
| 06/03/08 | D. Felder | Finalize supplemental disclosure (.3); e-mail correspondence with D. Fullem regarding same (.1). | 0.40 |
| 06/05/08 | D. Fullem | Review e-mail from R. Wyron regarding ethical wall on K. Miyao. | 0.20 |

| | Total Hours | 1.00 | |
| | Total For Services | | $546.50 |

| **Timekeeper Summary** | **Hours** | **Rate** | **Amount** |
| --- | --- | --- | --- |
| Debra Felder | 0.50 | 530.00 | 265.00 |
| Debra O. Fullem | 0.20 | 245.00 | 49.00 |
| Richard H. Wyron | 0.30 | 775.00 | 232.50 |
| Total All Timekeepers | 1.00 | $546.50 | $546.50 |

**Total-For This Matter**                    **$546.50**



**ORRICK**

For Legal Services Rendered Through June 30, 2008 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 06/02/08 | D. Fullem | Prepare updates to fee/expense charts; forward to R. Wyron and R. Frankel for review. | 0.40 |
| 06/02/08 | D. Fullem | Prepare e-mail to W. Sparks at Grace regarding CNO filed on March 2008 fee application and total payment due. | 0.20 |
| 06/03/08 | D. Fullem | Begin preparing Orrick's Ninth Quarterly for Jan-Mar 08 time period. | 1.50 |
| 06/03/08 | D. Fullem | Update fee/exense spreadsheets per R. Wyron's comments. | 0.40 |
| 06/04/08 | R. Wyron | Review fee auditor response and follow-up. | 0.30 |
| 06/05/08 | D. Fullem | Review e-mails from fee auditor and R. Wyron regarding backup detail for quarterly (.3); prepare follow up e-mails regarding same (.2); telephone call with fee auditor to discuss issues and concerns, additional information needed to prepare final report (.2); review chart of airfare and send same to fee auditor with e-mail (.2); review and follow-up on specific detail on fee auditor questions regarding expenses (.3); review backup expenses on those items (.1). | 1.30 |
| 06/06/08 | D. Fullem | Obtain certain backup detail from L. Blackhurst in accounting (.2); review same (.3); review original fee auditor request for information (.2); prepare e-mail in follow-up response to fee auditor questions (.8). | 1.50 |
| 06/10/08 | D. Fullem | Review list from C. Hartman of original filings to send to her; follow-up with D. Felder. | 0.50 |
| 06/10/08 | D. Fullem | Begin draft of April fee application. | 0.50 |
| 06/10/08 | D. Fullem | Review docket to determine if fee auditor final report filed on Orrick's quarterly; telephone call to fee auditor regarding status of same. | 0.20 |
| 06/10/08 | R. Wyron | Review May pre-bill and provide comments. | 0.70 |
| 06/12/08 | D. Fullem | Review and assemble original signed fee applications and CNOs to send to C. Hartman. | 0.50 |
| 06/12/08 | D. Fullem | Review May prebill. | 1.20 |
| 06/12/08 | D. Fullem | Review R. Wyron's edits/comments to May prebill; follow-up on time entries and expenses as noted. | 0.30 |
| 06/12/08 | D. Fullem | Follow-up with professionals regarding breakdown of time entries. | 0.10 |
| 06/12/08 | D. Fullem | Continue work on draft of April fee application. | 0.80 |
| 06/13/08 | D. Fullem | Continue work on Orrick's ninth quarterly for Jan-Mar 08 time period. | 1.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                July 15, 2008
17367                                                                        Invoice No. 1137274
page 26

| 06/13/08 | D. Fullem | Finish draft of April fee application. | 0.90 |
|---|---|---|---|
| 06/13/08 | D. Fullem | Prepare e-mail to R. Mullady with May litigation invoice for review. | 0.20 |
| 06/13/08 | D. Fullem | Follow-up with L. Blackhurst regarding certain credits on May prebill. | 0.20 |
| 06/13/08 | R. Mullady, Jr. | Review prebills for confidential information subject to redaction. | 0.50 |
| 06/16/08 | D. Fullem | Review fee auditor report (.5); prepare e-mails to R. Wyron and D. Felder regarding same (.5); review of backup materials and consider items in response (.8). | 1.80 |
| 06/16/08 | D. Fullem | Confirm fees and expenses are correct in Debtors' chart to quarterly fee order. | 0.20 |
| 06/16/08 | D. Fullem | Confer with R. Wyron regarding compensation comparisons with other firms to respond to fee auditor; confer with D. Spicuzza regarding review of fee applications and preparation of chart for R. Wyron; follow-up with D. Spicuzza re same. | 0.70 |
| 06/16/08 | R. Wyron | Review fee auditor's report (.3); calls to D. Fullem re follow-up (.2); review draft of April monthly fee application and provide comments (.4). | 0.90 |
| 06/17/08 | D. Fullem | Review e-mail from R. Wyron to fee auditor regarding reply to final report on Oct-Dec 07 quarterly fee application. | 0.20 |
| 06/17/08 | D. Fullem | Review edits made by R. Wyron and D. Felder to Orrick April fee application (.4); revise same (.5); confer with D. Felder and R. Wyron regarding charts to prepare in support of certain expenses (.2); discuss same with D. Felder (.1); review of April expense backup to continue to prepare/edit detailed summary charts on meals, hotels, air fare (1.0). | 2.20 |
| 06/17/08 | D. Fullem | Confer with R. Wyron regarding fee auditor's final report; follow-up on certain items to confirm correct; confer with accounting regarding certain credits; review e-mail from R. Wyron to fee auditor regarding same. | 1.00 |
| 06/17/08 | D. Felder | Review and revise April 2008 fee application. | 0.40 |
| 06/17/08 | R. Wyron | Review response from fee auditor and analyze issues. | 0.30 |
| 06/18/08 | D. Felder | Review fee applications. | 0.50 |
| 06/19/08 | D. Fullem | Prepare meal, hotel, air/train summary expense charts (1.0); prepare e-mail to R. Wyron explaining same and status of finalizing (.2). | 1.20 |
| 06/20/08 | D. Fullem | Prepare April fee application and related summary charts for meals, air, hotel. | 3.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 27

July 15, 2008
Invoice No. 1137274

| 06/23/08 | D. Fullem | Continue to work on meal, hotel, air/train summaries (1.4); update fee application draft for April (1.0); confer with D. Felder and R. Wyron regarding same (.2); e-mail to both and provide current versions for comment (.2). | 2.80 |
|---|---|---|---|
| 06/23/08 | R. Wyron | Attend telephonic hearing on OHS fee application and objection by Bilzin (.4) follow-up e-mails regarding OHS hotel rate issue (.2); review and revise April fee application (.6). | 1.20 |
| 06/24/08 | D. Fullem | Finalize April fee application for filing. | 3.00 |
| 06/24/08 | D. Felder | Review and revise April fee application and conferences with D. Fullem regarding same. | 0.30 |
| 06/25/08 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding March and April fee applications. | 0.20 |
| 06/25/08 | D. Fullem | Prepare e-mail to and review response from L. Blackhurst regarding March and April invoices. | 0.20 |
| 06/26/08 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding March fee application. | 0.20 |
| 06/26/08 | D. Fullem | Review and respond to assistant to fee auditor e-mail regarding April fee application. | 0.20 |

Total Hours                34.20
Total For Services                                    $10,755.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.20 | 530.00 | 636.00 |
| Debra O. Fullem | 29.10 | 245.00 | 7,129.50 |
| Raymond G. Mullady, Jr. | 0.50 | 710.00 | 355.00 |
| Richard H. Wyron | 3.40 | 775.00 | 2,635.00 |
| Total All Timekeepers | 34.20 | $314.49 | $10,755.50 |

Disbursements
    Document Reproduction                29.60
    Express Delivery                52.03
    Postage                5.38
        Total Disbursements                $87.01

**Total For This Matter**                **$10,842.51**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 28

July 15, 2008
Invoice No. 1137274

For Legal Services Rendered Through June 30, 2008 in Connection With:

**Matter:  14 - Trust Distribution Procedures**

| | | | |
|---|---|---|---|
| 06/02/08 | M. Wallace | Prepare for client call on TDP issues. | 1.40 |
| 06/03/08 | M. Wallace | Telephone conference with D. Austern regarding issues in TDP. | 1.30 |
| 06/03/08 | M. Wallace | Discuss open items in TDP and drafting issues with R. Wyron. | 0.30 |
| 06/03/08 | M. Wallace | Review issues list in preparation for discussion with D. Austern. | 0.20 |
| 06/03/08 | M. Wallace | Review TDP treatment of claims by group and draft chart summarizing same. | 1.70 |
| 06/03/08 | M. Wallace | Discuss TDP chart with R. Wyron. | 0.10 |
| 06/03/08 | M. Wallace | Revise TDP based on client comments and internal discussions. | 1.10 |
| 06/03/08 | R. Wyron | Review comments in preparation for TDP meeting (.8); call with D. Austern on TDP issues and follow-up notes (1.1); organize comments for meeting with ACC (.4); meet with ACC counsel on TDP and follow-up notes (1.2). | 3.50 |
| 06/03/08 | R. Frankel | Telephone conference with D. Austern re TDP draft from ACC (1.1); notes re same (.5). | 1.60 |
| 06/03/08 | R. Frankel | Review TDP issues in preparation for meeting with E. Inselbuch (.6); confer with E. Inselbuch re TDP issues (1.3). | 1.90 |
| 06/03/08 | R. Frankel | Review chart of TDP issues post-meeting with E. Inselbuch. | 0.60 |
| 06/04/08 | M. Wallace | Discuss results of meeting with ACC with R. Wyron and additional changes to the TDP as a result. | 0.20 |
| 06/04/08 | M. Wallace | Review TDP based on discussions with R. Wyron, proof and distribute internally. | 1.10 |
| 06/04/08 | M. Wallace | Review correspondence regarding Grace TDP changes and distribution to the ACC. | 0.10 |
| 06/04/08 | R. Frankel | Review changes to TDP based on D. Austern comments, e-mails re same. | 0.90 |
| 06/04/08 | R. Frankel | Review 3 reports from Towers Perrin following up on May 8 meeting re payment percentage issues. | 1.60 |
| 06/05/08 | M. Wallace | Discuss revisions to TDP with R. Wyron and revise accordingly. | 0.20 |
| 06/05/08 | M. Wallace | Discuss Libby changes with R. Frankel and R. Wyron, and organize revisions to TDP based on same. | 0.20 |
| 06/05/08 | R. Frankel | Review further issues re TDP. | 0.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 29

July 15, 2008
Invoice No. 1137274

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 06/06/08 | R. Wyron | Review e-mail on TDP/Libby issues from E. Inselbuch and follow-up on response. | 0.30 |
| 06/08/08 | M. Wallace | Revise TDP to incorporate Libby provisions and review comments for distribution. | 1.90 |
| 06/13/08 | R. Frankel | Telephone conferences with A. McMillan, D. Austern re TDP, meeting in NY (.5); review Finch memo re TDP issues (.6). | 1.10 |
| 06/13/08 | R. Frankel | Review EPA release re 5-year Libby project, e-mail re same. | 0.40 |
| 06/16/08 | R. Frankel | Confer with R. Wyron re status of TDP issues. | 0.20 |
| 06/16/08 | R. Frankel | Review IRS ruling in USG re sequencing adjustment and request for ruling. | 1.50 |
| 06/17/08 | M. Wallace | Review correspondence regarding BNSF motion. | 0.10 |
| 06/17/08 | M. Wallace | Review TDP regarding indirect claimant treatment and summarize same. | 0.30 |
| 06/26/08 | R. Frankel | Confer with D. Austern re TDP issues in preparation for meeting with E. Inselbuch. | 0.80 |
| 06/27/08 | R. Frankel | Review TDP, notes in preparation for meeting with E. Inselbuch. | 1.80 |
| 06/27/08 | R. Frankel | Confer with E. Inselbuch, D. Austern re TDP issues. | 2.60 |
| 06/27/08 | R. Frankel | Confer with D. Austern post-meeting (.3); prepare notes re meeting during travel (.6). | 0.90 |
| 06/30/08 | M. Wallace | Review correspondence regarding ACC comments to TDP. | 0.10 |
| 06/30/08 | R. Frankel | Review draft notes from meeting with E. Inselbuch (.6); confer with R. Wyron re same (.3). | 0.90 |
| 06/30/08 | R. Frankel | Review article from D. Austern re cancer incidence from Libby vermiculite (.4); review G.U. article from D. Felder (.3). | 0.70 |

Total Hours          32.20

Total For Services                    $25,168.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 18.10 | 875.00 | 15,837.50 |
| Mary A. Wallace | 10.30 | 620.00 | 6,386.00 |
| Richard H. Wyron | 3.80 | 775.00 | 2,945.00 |
| Total All Timekeepers | 32.20 | $781.63 | $25,168.50 |

**Total For This Matter**                    **$25,168.50**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 30

July 15, 2008
Invoice No. 1137274

For Legal Services Rendered Through June 30, 2008 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| 06/02/08 | R. Frankel | Travel to DC. | 2.40 |
|---|---|---|---|
| 06/10/08 | R. Frankel | Non-working travel. | 1.80 |
| 06/11/08 | D. Felder | Travel to NY from DC. | 3.20 |
| 06/11/08 | D. Felder | Travel to DC from NY. | 4.00 |
| 06/11/08 | M. Wallace | Travel from NY to DC after Kirkland meeting. | 4.20 |
| 06/11/08 | M. Wallace | Travel to NY for plan proponent meeting. | 3.30 |
| 06/12/08 | R. Frankel | Travel from NY to DC. | 2.60 |
| 06/23/08 | R. Frankel | Travel to/from DE (non-working). | 0.80 |
| 06/24/08 | R. Wyron | Travel to NY for Plan meeting. | 2.20 |
| 06/24/08 | R. Frankel | Travel to NY for meeting at K&E. | 2.20 |
| 06/25/08 | D. Felder | Travel to NY for meeting with Debtors. | 3.50 |
| 06/25/08 | M. Wallace | Travel to NYC for all parties meeting. | 3.00 |
| 06/25/08 | M. Wallace | Travel to DC from all hands meeting. | 3.70 |
| 06/25/08 | R. Wyron | Return to DC. | 2.20 |
| 06/27/08 | R. Frankel | Travel to DC from NY (non-working). | 2.60 |

|  | Total Hours | 41.70 |  |
|---|---|---|---|
|  | Total For Services |  | $14,367.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 10.70 | 265.00 | 2,835.50 |
| Roger Frankel | 12.40 | 437.50 | 5,425.00 |
| Mary A. Wallace | 14.20 | 310.00 | 4,402.00 |
| Richard H. Wyron | 4.40 | 387.50 | 1,705.00 |
| Total All Timekeepers | 41.70 | $344.54 | $14,367.50 |

**Total For This Matter**      **$14,367.50**

* * * COMBINED TOTALS * * *

|  |  |  |
|---|---|---|
| Total Hours | 604.10 |  |
| Total Fees, all Matters |  | $365,784.00 |
| Total Disbursements, all Matters |  | $8,248.24 |
| Total Amount Due |  | $374,032.24 |