IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | Related to Docket Nos. 18922 |
| ) | and 19072 |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on August 14, 2008, a copy of the **Objections and Responses of the Official Committee of Unsecured Creditors to Debtors' First Set of Interrogatories** and a copy of the **Objections and Responses of the Official Committee of Unsecured Creditors to Debtors' First Set of Requests for Production of Documents Directed to the Official Committee of Unsecured Creditors** were served on the individuals identified on the Certificate of Service attached hereto as Exhibit "A" in the manner indicated therein.

Dated August 14, 2008

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger
Kenneth Pasquale
(Members of the Firm)
180 Maiden Lane
New York, New York  10038-4982
Tel: (212) 806-5400

and

DUANE MORRIS LLP

*/s/ Michael R. Lastowski*

Michael R. Lastowski (DE I.D. 3892)
Richard W. Riley (DE I.D. 4052)
William S. Katchen
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Tel: (302) 657-4942

Counsel to the Official Committee
of Unsecured Creditors

DM3\786835.1