# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowksi, certify that I am not less than 18 years of age, and that service of a copy of the **Objections and Responses of the Official Committee of Unsecured Creditors to Debtors' First Set of Interrogatories** and a copy of the **Objections and Responses of the Official Committee of Unsecured Creditors to Debtors' First Set of Request for Production of Documents Directed to the Official Committee of Unsecured Creditors** was made on August 14, 2008 upon the individuals identified on the attached Service List in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: August 14, 2008
Wilmington, Delaware

Michael R. Lastowski (DE 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4928
Facsimile:    (302) 657-4901
E-mail:         mlastowksi@duanemorris.com

Counsel to the Official Committee
of Unsecured Creditors

2

DM3\786835.1

**W. R. Grace 8/14/08 Discovery Request**

*Via Email Delivery and First Class Mail*
(Counsel to the Debtors
and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Kathleen P. Makowski, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
ljones@pszjlaw.com
joneill@pszjlaw.com
kmakowski@pszjlaw.com
tcairns@pszjlaw.com

**Via Email Delivery**
*(Counsel to Equity Committee)*
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054
teresa.currier@bipc.com

*Via Email Delivery and First Class Mail*
(Counsel to Bank Lenders)
Richard S. Cobb, Esquire
Jim Green, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
cobb@lrclaw.com
green@lrclaw.com

*Via Email Delivery and First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
Arlene Krieger, Esquire
Lewis Kruger, Esquire
Ken Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NJ 10038-4982
akrieger@stroock.com
lkruger@stroock.com
kpasquale@stroock.com

*Via Email Delivery and First Class Mail*
(Counsel to the Bank Lenders)
Andrew N. Rosenberg, Esquire
Stephen J. Shimshak, Esquire
Margaret A. Phillips, Esquire
Rebecca R. Zubaty, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
arosenberg@paulweiss.com
sshimshak@paulweiss.com
mphillips@paulweiss.com
rzubaty@paulweiss.com

*Via Email Delivery and First Class Mail*
(Counsel to Equity Committee)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

*Via Email Delivery and First Class Mail*
(Counsel to the Official Committee of
Property Damages Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg, Dunn, Baena,
Price & Axelrod
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-5340
sbaena@bilzin.com

*Via Email Delivery and First Class Mail*
(Counsel to the Official Committee of
Property Damages Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
mjoseph@ferryjoseph.com

*Via Email Delivery and First Class Mail*
(Counsel to the Official Committee of
Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
ei@capdale.com

*Via Email Delivery and First Class Mail*
(Counsel to the Official Committee of
Personal Injury Claimants)
Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE 19801
meskin@camlev.com

*Via Email Delivery and First Class Mail*
(Counsel to David T. Austern,
Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Phillips Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com

*Via Email Delivery and First Class Mail*
(Counsel to David T. Austern,
Future Claimant's Representative)
Debra L. Felder, Esquire
Orrick Harrington & Sutcliffe, LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
dfelder@orrick.com