Case 01-01139-AMC    Doc 19311    Filed 08/14/08    Page 1 of 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br><br>Ref. Nos. 18922 & 19254 |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 14th day of August 2008, a true and correct copies of: 1) Lehman Commercial Paper Inc.'s Response to Debtors' First Set of Requests for Production of Documents; and 2) Lehman Commercial Paper Inc.'s Response to Debtors' First Set of Interrogatories were caused to be served upon the following in the manner indicated:

*Via Email and Hand Delivery*

James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market St., 17th Floor
Wilmington, DE  19801
Email: joneill@pszyjw.com

*Via Email and Federal Express*

David M. Bernick, P.C.
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL  60601
Email: dbernick@kirkland.com
　　　　eleon@kirkland.com

*Via Email and Hand Delivery*

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, 14th Floor
Wilmington, DE  19801
Email: teresa.currier@bipc.com

*Via Email and Federal Express*

Philip Bentley, Esquire
Douglas H. Mannal, Esquire
Keith Martorana, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036
Email: pbentley@kramerlevin.com
　　　　mannal@kramerlevin.com
　　　　martorana@kramerlevin.com

672.001-21599.DOC

**LANDIS RATH & COBB LLP**

*/s/ Richard S. Cobb*

Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
J. Landon Ellis (No. 4852)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Stephen J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064

*Counsel to the Bank Lenders*