## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
| | **Ref. Nos. 18922 & 19252** |

### NOTICE OF SERVICE

PLEASE TAKE NOTICE that on the 14th day of August 2008, a true and correct copies of: 1) Objections and Responses of JPMorgan Chase Bank, N.A., in its Capacity as Agent for Lenders, to Debtors' First Set of Interrogatories and First Set of Requests for Production of Documents; and 2) the accompanying verification were caused to be served upon the following in the manner indicated:

*Via Email and Hand Delivery*

James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 N. Market St., 17th Floor
Wilmington, DE 19801
Email: joneill@pszyjw.com

*Via Email and Hand Delivery*

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, 14th Floor
Wilmington, DE 19801
Email: teresa.currier@bipc.com

*Via Email and Federal Express*

David M. Bernick, P.C.
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL 60601
Email: dbernick@kirkland.com
        eleon@kirkland.com

*Via Email and Federal Express*

Philip Bentley, Esquire
Douglas H. Mannal, Esquire
Keith Martorana, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Email: pbentley@kramerlevin.com
        mannal@kramerlevin.com
        martorana@kramerlevin.com

**LANDIS RATH & COBB LLP**

Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
J. Landon Ellis (No. 4852)
919 Market Street, Suite 600
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

William T. Russell, Jr.
Kenneth S. Ziman
Marissa A. Piropato
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-2000

*Counsel to JPMorgan Chase Bank, as Agent*

2