Sharp property along the railroad tracks. The plume appears to originate in the vicinity of the MW-4 monitoring well cluster and extends offsite to the east on the neighboring property near MW-11. The upgradient extent of the eastern plume has been determined but the vertical and horizontal downgradient extent have not been determined. The location of each of these two AOCs is illustrated in Figure 2.

## 2.5 Previous Investigations

The ISRA investigation of the site began in 1985. Most of the significant investigation activities did not begin until 1988. Prior to that, NJDEP had assumed control of the western portion of the site to consolidate and remove illegally stored hazardous waste materials under an enforcement directive. Various investigations were completed by NJDEP while the facility was under their control. The NJDEP completed it removal activities in 1988.

During the ISRA investigation a series of AOC's were identified on the site and addressed via soil and groundwater investigations. Initially a series of 5 groundwater wells were installed and sampled twice for volatile organic compounds (VOC's), base neutral compounds plus 15 peaks (BN+15), priority pollutant metals, phenols and cyanide. The results of these two groundwater sampling rounds confirmed that volatile organic groundwater contamination was present beneath the site. The two sampling rounds from 1989 are summarized in Tables 1 and 2. The early data also confirmed that the levels of VOC's were in excess of applicable standards, but were not extreme. However, over the period from 1985 to 1998 the maximum concentrations reported continued to increase suggesting the presence of an on-site source of the contamination.

The remediation of the site proceeded on an area by area basis, with all post excavation sampling conducted for contaminants of specific concern for each AOC. Essentially, no VOC sampling of soils was conducted until 1997. Additional sentinel wells were installed in 1997 to complete the delineation, these new wells revealed elevated levels of VOCs. As a result of the identification of elevated levels of TCE in the groundwater additional soil investigations were recommended by the Department.

Additional soil and groundwater investigations were conducted from 1997 through 1999. A relatively extensive soil removal project was completed in the Southeastern portion of the site as a result of elevated TCE levels found in the overburden soils in that area. On-site soil remediation activities conducted between February through March 2000 include the excavation of approximately 5,600 tons of soil and/or historic fill, and the collection and analysis of associated post-excavation verification soil samples at the Site. Soil was removed from the southeastern portion of the site to a depth corresponding to the top of bedrock. The results of this shallow soil removal action indicates that on-site source areas of impacted soil were removed, however, the removal action did not address the unsaturated bedrock below the impacted shallow soils. The results are presented in detail in the June 13, 2000 Soil Remedial Action Report - Soils.

Following the removal activities, groundwater and soil sampling activities were conducted in October and December 2000 to determine if any source areas for the elevated concentrations of

LITGO-RCRA0004685

verify that dewatering the formation in combination with a high vacuum SVE system is a viable remedial alternative at the Site.

To complete the delineation of the eastern plume, Litgo proposes to abandon and replace one well, MW-5, and install five new bedrock groundwater monitoring wells, perform borehole geophysical investigations, and conduct slug testing in four bedrock groundwater monitoring wells at the Site. In addition, four additional vapor points will be installed to help delineated and monitor the proposed pilot system operation. The following sections provide details regarding the proposed bedrock groundwater monitoring well installation, borehole geophysical testing and slug testing, and justification for the abandonment of MW-5 at the Site. Section 4.0 describes the proposed pilot remediation system. All proposed activities will be conducted in accordance the 1992 NJDEP Field Sampling Procedures Manual, the TRSR, and N.J.A.C. 7:9D-1 through 4 Rules for Well Construction; Maintenance and Sealing of Abandoned Wells.

### 3.1 Monitoring Well Installation

In addition to abandoning and installing a replacement well for MW-5, Litgo proposes to install, develop, and survey five new bedrock groundwater monitoring wells at the Site. The proposed locations of the additional bedrock groundwater monitoring wells are identified on Figure 4. The replacement well for MW-5 will be designated MW-5R and the five new bedrock groundwater monitoring wells will be designated MW-11A, MW-21, MW-22, MW-23, and MW-24. Proposed well MW-11A will be installed adjacent to existing well MW-11 to vertically delineate the elevated concentrations of TCE detected in MW-11. As such, MW-11A will be installed as an open hole well from 80 to 100 feet below the ground surface. Monitoring well MW-21 will be installed adjacent to MW-13 to delineate the shallow groundwater in this area. Monitoring well MW-22 will be installed as a shallow well down strike of MW-13 and be completed as an open hole well from 30 to 50 feet below the ground surface. Monitoring well MW-23 will be installed between existing wells MW-10 and the MW-5 well cluster and be completed as an open hole well from 30 to 50 feet below the ground surface. Monitoring well MW-24 will be installed near the outfall of the 20-inch pipe located south of the MW-5 well cluster and be completed as an open hole well from 18 to 38 feet below the ground surface. Figure 3 illustrates the May 2001 bedrock groundwater contours at the Site and the locations of the proposed monitoring wells are shown on Figure 4.

Litgo proposes to install the proposed groundwater monitoring wells by air rotary drilling methods as field conditions dictate. As a result, soil samples will not be collected from the overburden during the installation of the proposed monitoring wells. Visual observations and soil lithology will be logged and classified, to the extent possible, by a qualified geologist according to the Unified Soil Classification System. Litgo proposes to install the wells in the bedrock aquifer with approximately 20 feet of 6-inch diameter, with 20 feet of open hole. Only MW-11A will be double cased such that the open hole zone in MW-11 will be cased off by installing 10-inch diameter steel casing inside a 14-inch diameter borehole drilled to approximately 62 feet below ground surface. The steel casing will be grouted into place by either the tremie method or by submergence into a slurry. A New Jersey-licensed well driller will install the three proposed monitoring wells in accordance with applicable guidelines for bedrock monitoring well construction. A summary of the

LITGO-RCRA0004688

*3.6.1 Groundwater Monitoring*

Litgo proposes to collect groundwater samples from 12 existing and 6 newly installed (5 new and one replacement) bedrock monitoring wells. Semiannual monitoring of the monitoring wells will be performed in order to establish reference conditions prior to implementing and help evaluate full scale remedial alternatives. The proposed two-year, semiannual groundwater monitoring program described below.

Groundwater samples will be collected from existing Monitoring Wells MW-2B, MW-3C, MW-4R, MW-4A, MW-7, MW-9, MW-10, MW-11, MW-12 and MW-13, and new monitoring wells MW-5R, MW-11A, MW-21, MW-22, MW-23, and MW-24. The following physical field parameters will be measured and analyzed for during the collection of the baseline groundwater monitoring samples: pH, temperature, dissolved oxygen (DO), eH, and electrical conductivity. The proposed groundwater monitoring samples will also be laboratory analyzed for the following natural attenuation (NA) parameters: VOCs, reducing species (i.e., nitrate, nitrite, sulfate, sulfite, iron, and manganese), and chloride. Table 4 provides a sampling summary of the proposed field and laboratory analytical parameters as well as sample locations for the proposed sampling events. The results of this proposed baseline groundwater sampling event will be presented in the Remedial Investigation Report.

All groundwater sampling activities will be conducted according to the procedures provided in the May 1992 *NJDEP Field Sampling Procedures Manual* (NJDEP, 1992). Groundwater samples will be submitted to a New Jersey-licensed analytical laboratory for analysis for VOCs by USEPA Method 624, reducing species nitrate, nitrite, sulfate, and sulfite by USEPA Method 352.1, 354.1, 375.4, and 377.1, respectively, and chloride by USEPA Method 325.2. A summary of the well completion details of the existing and proposed groundwater monitoring wells is presented in Table 3. A sampling summary of the proposed field and laboratory analytical parameters to be collected during the quarterly groundwater monitoring program is presented in Table 4.

**4.0 Proposed High Vacuum SVE Pilot Testing**

A preliminary review of available remedial technologies indicates that a high vacuum soil vapor extraction system may be the most appropriate remedial technology for remediating any potential remaining source material in the unsaturated bedrock. To evaluate this potential remedial alternative, a pilot test will be conducted in conjunction with a pumping test in order to obtain aquifer characteristics. The high vacuum system will be combined with dewatering to expose more bedrock to enhance the vapor recovery. The pilot high vacuum SVE test and pumping test will be conducted under a permit-by-rule in accordance with N.J.A.C. 7:14A-8.5. Potential enhancements to the high vacuum system, such as pneumatic fracturing and heating, will be evaluated following the pilot test. Since most of the tests will be conducted on offsite areas (adjacent Mian Property) a site access agreement will be required. The pumping test and pilot extraction/treatment system test are explained in greater detail below.

LITGO-RCRA0004691

Table 1
Ground Water Sampling (MW - 9 and 10)
F. Sharp - Somerville, NJ
Historic VOC Data

| Location | NJDEP Ground Water Quality Standards | MW-9 | MW-9 | MW-9 | MW-9 | MW-9 | MW-9 | MW-S | MW-10 | MW-10 | MW-10 | MW-10 | MW-10 | MW-10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lab ID# | | 1060-05 | 2074-09 | 5034-019 | 2716-004 | 5279-008 | E81981 - 4 | AC25956 | 3244-001 | 5034-017 | 2756-004 | 5320-006 | E82220 - 10 | AC25972 |
| Sample Date | | 03/25/95 | 05/21/97 | 11/24/97 | 05/08/00 | 05/08/00 | 12/05/00 | 05/09/01 | 03/08/97 | 11/24/97 | 05/10/00 | 08/29/00 | 12/07/00 | 05/10/01 |
| GW Elevation (feet) | | NA | 41.83 | 39.32 | 41.3 | | | 58.66 | | 36.83 | 38.15 | | 37.97 | 39.09 |
| Depth to water (feet) | | 35.55 | 34.27 | 36.78 | 34.8 | | | 18.2 | | 42.12 | 40.8 | | 41.77 | 40.65 |
| Northing | | 628,972 | 628,972 | 628,972 | 628,972 | 628,972 | 629,972 | 629,972 | 630,012 | 630,012 | 630,012 | 630,012 | 630,012 | 630,012 |
| Easting | | 465,631 | 465,631 | 465,631 | 465,631 | 465,631 | 465,631 | 465,631 | 465,431 | 465,431 | 465,431 | 465,431 | 465,431 | 465,431 |
| VOCs (ppb) | | | | | | | | | | | | | | |
| 1,1 - Dichloroethene | 2 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Carbon Tetrachloride | 2 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Vinyl Chloride | 5 | ND | ND | (obscured) | ND | ND | ND | ND | ND | 1.83 | 0.708 | ND | ND | ND |
| trans-1,2-Dichloroethene | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,1-Dichloroethane | 70 | ND | ND | ND | ND | ND | ND | ND | ND | ND | 0.497 | ND | ND | ND |
| 1,1,1-Trichloroethane | 30 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Chloroform | 6 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Tetrachloroethene | 1 | ND | ND | ND | ND | ND | ND | ND | ND | 2.07 | 1.89 | ND | ND | 1 |
| 1,2-Dichloroethane | 2 | ND | ND | ND | ND | ND | ND | ND | ND | ND | 1.07 | ND | ND | ND |
| Trichloroethene | 1 | (obscured) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | (obscured) |
| 1,1,2-Trichloroethane | 3 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | 5 |
| Methylene Chloride | 3 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Benzene | 1 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Total xylene | 40 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,2 - Dichlorobenzene | 600 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Toluene | 1,000 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Ethylbenzene | 700 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Acetone | 700 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | (obscured) |
| cis-1,2-Dichloroethene | 70 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 2-Butanone | 10 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Total Targeted VOs: | NS | 2.62 | 0 | 48.2 | 0 | 0 | ND | 0 | 2,330.00 | 1,808.79 | 1,989.50 | 3,590 | 2,800 | 1,553 |

J = Indicates compound concentration below MDL.
B = compound was detected in laboratory blank

NR = Not Reported
NS = no standard
E = concentration exceeds calibration range

D = The compound was report from the Diluted analysis
ppb = parts per billion

LITGO-RCRA0004710

Table 1
Ground Water Sampling (MW - 11,12, and 13)
F. Sharp - Somerville, NJ
Historic VOC Data

| Location | NJDEP Ground Water Quality Standards | MW-11 | MW-11 | MW-11 | MW-11 | MW-11 | MW-11 | MW-12 | MW-12 | MW-12 | MW-12 | MW-13 | MW-13 | MW-13 | MW-13 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Lab ID# | | 3672-002 | 5034-020 | 2756-005 | 2756-005 | E82220-14 | AC25982 | 27565-001 | 5320-008 | E82220-11 | AC25969 | 2757-007 | 5320-004 | E82220-19 | AC25974 |
| Sample Date | | 09/05/97 | 11/24/97 | 05/10/00 | 08/29/00 | 12/07/00 | 05/11/01 | 05/10/00 | 08/29/00 | 12/07/00 | 05/10/01 | 05/09/00 | 08/29/00 | 12/07/00 | 05/10/01 |
| GW Elevation (feet) | | 42.84 | 31.02 | 43.71 | 30.15 | 31.46 | 43.18 | 44.19 | 30.45 | 37.37 | 37.06 | 28.19 | 37.06 | 27.07 | 37.84 |
| Depth to water (feet) | | | | | | | | | | | | | | | 37.6 |
| Northing | | 629,819 | 629,819 | 629,819 | 629,819 | 629,819 | 629,819 | 629,650 | 629,650 | 629,650 | 629,650 | 629,897 | 629,897 | 629,897 | 629,897 |
| Easting | | 465,624 | 465,624 | 465,624 | 465,624 | 465,624 | 465,624 | 465,707 | 465,707 | 465,707 | 465,707 | 465,798 | 465,798 | 465,798 | 465,798 |
| **VOCs (ppb)** | | | | | | | | | | | | | | | |
| 1,1-Dichloroethene | 2 | ND | | ND | ND | ND | ND | | ND | ND | ND | ND | ND | ND | ND |
| Carbon Tetrachloride | 2 | ND | | ND | ND | ND | | | ND | ND | ND | ND | ND | 1.0 J | ND |
| Vinyl Chloride | 5 | ND | | ND | ND | ND | ND | | ND | ND | ND | ND | ND | ND | ND |
| trans-1,2-Dichloroethene | 100 | ND | 3.91 | ND | ND | ND | ND | | ND | ND | ND | ND | ND | ND | ND |
| 1,1-Dichloroethane | 70 | ND | 1.31 | ND | ND | ND | 3 J | | ND | ND | ND | ND | ND | ND | ND |
| 1,1,1-Trichloroethane | 30 | ND | 3.63 | ND | ND | ND | 4 J | 0.712 | ND | ND | ND | ND | ND | ND | ND |
| Chloroform | 6 | | | ND | ND | ND | | 19.2 | ND | ND | ND | ND | ND | ND | ND |
| Tetrachloroethene | 1 | ND | | ND | ND | ND | | | ND | ND | ND | ND | ND | ND | ND |
| 1,2-Dichloroethane | 2 | ND | | ND | ND | ND | | 1.22 | ND | ND | ND | ND | ND | ND | ND |
| Trichloroethene | 1 | | | | | | | | | | | | | | |
| 1,1,2-Trichloroethane | 3 | ND | 2.48 | ND | ND | ND | | 104 | ND | ND | ND | ND | ND | 2.5 J | ND |
| Methylene Chloride | 3 | ND | | ND | ND | ND | | ND | ND | ND | ND | ND | ND | ND | ND |
| Benzene | 1 | ND | ND | ND | ND | ND | | ND | ND | ND | ND | ND | ND | ND | ND |
| Total xylenes | 40 | ND | ND | ND | ND | ND | | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,2-Dichlorobenzene | 600 | ND | ND | ND | ND | ND | | ND | ND | ND | ND | ND | ND | ND | ND |
| Toluene | 1,000 | ND | ND | ND | ND | ND | | ND | ND | ND | ND | ND | ND | ND | ND |
| Ethylbenzene | 700 | ND | ND | ND | ND | ND | | ND | ND | ND | ND | ND | ND | ND | ND |
| Acetone | 700 | ND | ND | ND | ND | ND | | ND | ND | ND | ND | ND | ND | ND | 24.8 |
| cis-1,2-Dichloroethene | 70 | | ND | ND | ND | ND | | ND | ND | ND | ND | ND | ND | ND | 3.0 J |
| 2-Butanone | 10 | ND | ND | ND | ND | ND | | ND | ND | ND | ND | ND | ND | ND | ND |
| **Total Targeted VOCs** | NS | 253,000 | 229,899.90 | 151,000 | 316,000 | 199,000 | | 7,356.51 | 1,510.00 | 419 | 1,424 | 2,030 | 6,550 | 102.7 | 540 |

NR = Not Reported
NS = no standard
E = concentration exceeds calibration range

J = Indicates compound concentration below MDL
B = compound was detected in laboratory blank

ID = The compound was report from the Diluted analysis
ppb = parts per billion

Table 3
Existing and Proposed Well Construction Summary
Former F-Sharp Screw, Somerville, NJ

| Well No. | Permit Number | Northing | Easting | Date Constructed | Depth Below Surf. | Elevation TOC | Casing Mat. | size | Screen Material | Screen Length |
|---|---|---|---|---|---|---|---|---|---|---|
| MW-1 | 25-33143-4 | 630.2480 | 465.1420 | 03/20/89 | 64 | 83.00 | Steel | 6 | open-hole | 46 |
| MW-1A | 25-57797-1 | 629.8940 | 464.8320 | 03/21/90 | 77.5 | 82.81 | Steel | 6 | open-hole | 15.5 |
| MW-2 | 25-33144-2 | 630.0190 | 464.6550 | 03/20/89 | 59 | 78.34 | Steel | 6 | open-hole | 41 |
| MW2B | 25-35798-1 | 629.8230 | 465.1510 | 03/21/90 | 67 | 79.74 | Steel | 6 | open-hole | 46 |
| MW-3 | 25-33145-1 | 629.9670 | 464.8770 | 03/23/89 | 63 | 76.48 | Steel | 6 | open-hole | 45 |
| MW-3C | 25-35799-9 | 629.7550 | 465.4420 | 03/21/90 | 64.4 | 72.52 | Steel | 6 | open-hole | 43.4 |
| MW-4* | 25-33146-9 | 629.8630 | 465.3350 | 03/23/89 | 41 | 77.57 | Steel | 6 | open-hole | 23 |
| MW-4A | 25-50565 | 629.8770 | 465.3170 | 05/02/87 | 62.5 | 78.11 | Steel | 6 | open-hole | 27.5 |
| MW-4R | 25-57987 | 629.8900 | 465.3260 | 04/20/01 | 41.4 | 77.29 | Steel | 6 | open-hole | 23 |
| MW-5 | 25-33147 | 629.8650 | 465.5000 | 03/23/89 | 43.5 | 76.08 | Steel | 6 | open-hole | 26.5 |
| MW-5A | 25-50566 | 629.8510 | 465.5180 | 05/02/97 | 63 | 78.27 | Steel | 6 | open-hole | 28 |
| MW-5B | 25-50917 | 629.8690 | 465.5220 | 07/18/97 | 118 | 78.29 | Steel | 6 | open-hole | 28 |
| MW-5R | TBD | TBD | TBD | TBD | 44 | TBD | Steel | 6 | open-hole | 20 |
| MW-6 | 25-39046 | 630.2460 | 465.6980 | prior to 7/91 | 61 | 79.43 | Steel | 4 | open-hole | 24 |
| MW-7 | 25-39047-3 | 630.1800 | 465.5260 | prior to 4/89 | 63 | 82.49 | Steel | 4 | open-hole | 31 |
| MW-8 | | 630.9300 | 465.6430 | 05/01/95 | 63 | 77.82 | Steel | 4 | open-hole | 28 |
| MW-9 | | 629.9720 | 465.6310 | 04/29/95 | 41 | 76.86 | Steel | 6 | open-hole | 20 |
| MW-10 | 25-60916 | 630.0120 | 465.4310 | 07/18/97 | 60 | 79.74 | Steel | 6 | open-hole | 25 |
| MW-11 | 25-51116 | 628.8190 | 465.6240 | 08/29/97 | 62.5 | 74.64 | Steel | 6 | open-hole | 27.5 |
| MW-11A | TBD | TBD | TBD | TBD | 100 | TBD | Steel | 4 | open-hole | 20 |
| MW-12 | 25-55182 | 628.6500 | 465.7070 | 04/26/00 | 65 | 65.25 | Steel | 6 | open-hole | 25 |
| MW-13 | 25-55184 | 629.8970 | 465.7860 | 04/14/00 | 95 | 76.34 | Steel | 6 | open-hole | 35 |
| MW-14 | 25-57984 | 630.096 | 464.691 | 04/19/01 | 60.8 | 79.01 | Steel | 6 | open-hole | 20.1 |
| MW-15 | 25-57985 | 630.194 | 464.612 | 04/19/01 | 60.3 | 79.05 | Steel | 6 | open-hole | 19.5 |
| MW-16 | 25-57986 | 630.034 | 464.989 | 04/19/01 | 60.2 | 81.17 | Steel | 6 | open-hole | 20 |
| MW-17** | TBD | TBD | TBD | TBD | 60 | TBD | Steel | 6 | open-hole | 20 |
| MW-18** | TBD | TBD | TBD | TBD | 60 | TBD | Steel | 6 | open-hole | 20 |
| MW-19** | TBD | TBD | TBD | TBD | 60 | TBD | Steel | 6 | open-hole | 20 |
| MW-20** | TBD | TBD | TBD | TBD | 60 | TBD | Steel | 6 | open-hole | 20 |
| MW-21 | TBD | TBD | TBD | TBD | 50 | TBD | Steel | 6 | open-hole | 20 |
| MW-22 | TBD | TBD | TBD | TBD | 50 | TBD | Steel | 6 | open-hole | 20 |
| MW-23 | TBD | TBD | TBD | TBD | 50 | TBD | Steel | 6 | open-hole | 20 |
| MW-24 | TBD | TBD | TBD | TBD | 38 | TBD | Steel | 6 | open-hole | 20 |
| VP-1 | TBD | TBD | TBD | TBD | 38 | TBD | Steel | 4 | open-hole | 20 |
| VP-2 | TBD | TBD | TBD | TBD | 38 | TBD | Steel | 4 | open-hole | 20 |
| VP-3 | TBD | TBD | TBD | TBD | 38 | TBD | Steel | 4 | open-hole | 20 |
| VP-4 | TBD | TBD | TBD | TBD | 36 | TBD | Steel | 4 | open-hole | 20 |

* - MW-4 was abandoned 4/20/01 and replaced with MW-4R
** - Wells to be installed offsite on the Truckform and Findeme Farms properties for delineation of the western plume
TBD - To be determined

LITGO-RCRA0004719



LITGO-RCRA0004724





The Source Group, Inc.

BORING/WELL ID: DW-13

Project Name and Address:  EGAN 2, 36 S. ADAMSVILLE RD., SOMERVILLE, NJ

Boring Location:  ADJACENT TO WELL DVW-8 | Project No.: 01-KVA-001 EGAN 2

| Date/Time | Blows/ 6 Inches | PID (ppm) | Recovery (%) | Fracture # | RQD (%) | Stratigraphy | Depth (feet) | Water-level | LITHOLOGIC DESCRIPTION (classification, color, moisture, density, grain size/plasticity, other) | Well Construction Details |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | 100 | 39 | 60 | | 50 | | 51-55 feet  Siltstone | GROUT |
| | | 3.7 | | | | | 55 | | | |
| | | 3.0 | 100 | 55 | 40 | | 60 | | | 4" OPEN INTERVAL, 60-70 FT |
| | | 4.8 | | | | | 65 | | 65-68 feet  Highly fractured zone | |
| | | 3.1 | | | | | 70 | | 69-71.5 feet  Siltstone <br> Total Depth = 70 FT BGS | |
| | | | | | | | 75 | | Notes: <br> Bore hole data reproduced from the log for cored hole CH-5, located approx. 20 feet east of DW-13;  only cuttings were logged during installation of well DW-13 | |
| | | | | | | | 80 | | | |
| | | | | | | | 85 | | | |
| | | | | | | | 90 | | | |
| | | | | | | | 95 | | | |
| | | | | | | | 100 | | | |
| | | | | | | | 105 | | | |
| | | | | | | | 110 | | | |

Page 27 of 28

LITGO-RCRA0004844

# EXHIBIT R

NOV- 5-97 WED 17:14    FAX NO.    r. uc

SENT BY:Xerox Telecopier 7020 ; 3-10-97 ; 8:54 ;



**State of New Jersey**
Department of Environmental Protection

*file*

Christine Todd Whitman
*Governor*

Robert C. Shinn, Jr.
*Commissioner*

SEP 1 3 1996

Mr. William Friedman, Esq.
Brach, Eichler, Rosenberg, et AL
101 Eisenhower Parkway
Roseland, NJ 07068-1067

RE: F. Sharp Screw Machine Products, Janr Transport, and Morgan
Chemical Co. (F. Sharp)
Somerville Boro., Somerset County
ISRA Case #85647, 85648, 85649

Dear Mr. Friedman:

The New Jersey Department of Environmental Protection (NJDEP) has reviewed F.
Sharp's response dated December 8, 1995 to NJDEP's letter dated November 8,
1995 and F. Sharp's Remedial Investigation Addendum Report dated August 19,
1996. Based upon the review, the NJDEP has the following comments and
requirements.

<u>Area of Concern #5, Drainage Ditch</u>

F. Sharps petition for alternate cleanup standards is acceptable. Therefore,
no further action in the area of the Drainage Ditch is acceptable.

<u>Ground Water</u>

F. Sharp states that NJDEP has indicated that it has two major concerns
regarding F. Sharp's natural remediation of ground water proposal, which are
the degradability of chlorinated solvents and a receptor evaluation. In the
December 11, 1995 meeting, NJDEP stated that delineation of ground water
contamination and a receptor evaluation were the major issues to be addressed
before natural remediation of ground water could be approved. NJDEP does not
believe that contaminant levels are decreasing and the plume size has remained
stable and has not migrated in the past five years. Therefore, NJDEP does not
believe that the contaminant plume is naturally degrading at this time.
Furthermore, the incomplete delineation makes it very difficult to verify the
plume configuration and contaminant levels suggest source(s) may still be
present. Based on the December 11, 1995 meeting, F. Sharp is aware that the
lack of delineation is an impediment to selecting a remedial strategy for this
site, but indicated they are unwilling to commit to completing the delineation
without agreement by NJDEP that active ground water remediation would not be
required. Therefore, F. Sharp's proposal for a natural remediation of ground
water is unacceptable at this time.

1. F. Sharp shall propose to implement a quarterly monitoring program. NJDEP
believes that quarterly monitoring data is needed to assess trends in

*New Jersey Is an Equal Opportunity Employer*
*Recycled Paper*

LITGO 04785

LITGO-RCRA0018889

continue to impact ground water quality. If ground water contamination continue to exist as is believed to be the case at this site, contaminant levels would not decrease. In this case monitoring data may assist F. Sharp in identifying source(s), if F. Sharp is unable to locate sources by other means, such as, historical and operational information. Available ground water data suggests that a source may be present in the area between monitor well 4 (MW-4), MW-5, and MW-3C. Furthermore, an additional source may be present in the vicinity of MW-6.

3. F. Sharp's discussion of contaminant degradability does not provide information that adequately supports a natural remediation proposal for this site. Site characterization data is lacking at this time. Contaminant source(s) have not been found, delineation on and off-site has not been completed. Therefore, F. Sharp shall submit a proposal to completely delineate ground water contamination. If off-site migration of contamination is determined, hydraulic control may be required to control the contaminant plume.

4. F. Sharp should consider utilizing wells installed by Egan Machinery for their investigation, if permission can be obtained from Egan Machinery. These wells would be useful for some of the required plume delineation, although F. Sharp will still have to install additional wells. Wells must also be installed to investigate the extent of contamination that has migrated from the F. Sharp site onto the properties on Dewey Street and Nimitz Road as discussed below.

## Well Search/Production Well

NJDEP requested a well search be completed. F. Sharp stated that a well search was performed and that the results of that search are included in a Ground Water Sampling Report dated August 20, 1990. However, NJDEP was unable to locate the August 20, 1990 report in their files. Therefore, F.Sharp shall resubmit the August 20, 1990 report or complete a well search, so locations of domestic and commercial wells that are known or suspected to exist can be mapped and location information can be documented. Furthermore, F. Sharp shall plot this information on a tax map, along with the location of the on-site supply well. F. Sharp believes the on-site supply well has been sealed. However, NJDEP has not received any documentation that this well has been sealed. Therefore, F. Sharp shall submit documentation that the on-site supply well has been sealed.

## Receptor Evaluation

NJDEP requested a receptor evaluation be completed. F. Sharp has documented the locations of several surface water bodies in the vicinity of the site. The closest is an unnamed stream, located about 1,000 feet from the site in a direction believed to be hydraulically downgradient. Although this stream is about 1,000 feet from the F. Sharp site, it is only 200 to 300 feet downgradient of the F. Sharp plume, based on data from the Egan Machinery site. F. Sharp, quotes a March 1995 report from the Egan Machinery Site that states the stream is a "losing stream". F. Sharp claims that ground water is at least 10 feet below grade. NJDEP, believes that Egan has no data to support the statements made in the December 1995 report. It should be noted that the

LITGO 04786

LITGO-RCRA0018890

# EXHIBIT S

2000.130
File

 **JM Sorge, Inc.**
Environmental Consultants

50 County Line Road, Somerville, NJ 08876 • (908) 218-0066
Fax (908) 218-9185 • email: consult@jmsorge.com

December 1, 2000

Mr. Kenneth Kahora, Case Manager
New Jersey Department of Environmental Protection
Bureau of Environmental Evaluation and Cleanup Responsibility Assessment
401 East State Street
P.O. Box 028
Trenton, New Jersey 08625-0028

Re:    Response to the Department's DRAFT Letter
       (Review of RAR-Soils and RIR-Groundwater both dated June 13,2000)
       Former F. Sharp Screw Site
       Somerville, New Jersey
       ISRA Case Nos. 85647, 85648, and 85649

Dear Mr. Kahora:

JM Sorge, Inc. has been retained by Litgo of New Jersey, Inc. (Litgo) to perform remedial
investigation activities necessary to reasonably satisfy the Department's concerns prior to the
development of the above referenced property. The Department in it's DRAFT letter provided
comments to the Remedial Action Report - Soils dated April 2000 and the Remedial
Investigation Report - Groundwater, dated April 2000.

The following is provided on behalf of Litgo to respond to the requirements of the Department's
letter and only those items requiring a response are provided. The Department's comments as
put forth in the Department's letter are presented below in italics and Litgo's responses are
provided after each item in bold text.

*I. REMEDIAL ACTION REPORT - SOILS*

*A. AOC-1 Subsurface Pits #1 and #2 (Western Side of Property)*

*Please be advised that F. Sharp's proposal for no further action for the AOC-1 Subsurface Pits
#1 and #2.  Please be advised that since soil base samples could not be obtained that the
investigation for the two subsurface pits shall be addressed through groundwater investigation.*

*The Technical Rules for Site Remediation (N.J.A.C. 7:26E et seq.) Require groundwater
sampling for these pits, based on the description of these pits provided by F. sharp.  See area
specific sampling requirements under N.J.A.C. 7:26E-3.9(e)3.iii.  Groundwater sampling must
be conducted at a location that is within two feet of the pits and located hydraulically
downgradient of the pits.  Monitoring well MW-2, which appears to be located hydraulically
downgradient of these pits, is located too far (about 100 feet) away from this AOC, and therefore*

LITGO-RCRA0006453

Mr. Kenneth Kahora                                                    December 1, 2000
NJDEP                                                                 Page 2

*is not acceptable for determination of potential groundwater impacts from these pits. Both pits
were completed within the bedrock, which has limited F. Sharp's ability to conduct soil
sampling. These pits may have discharged directly to groundwater (bedrock) based on the
description of construction. The use of the pits, although not documented, appears to have been
for waste disposal. F. sharp did not describe how wastes were discharged to the pits. Piping
and other structures associated with these pits must be investigated.     Groundwater
contamination has been detected in well MW-2, but limited groundwater sampling has been
conducted in the central and eastern portions of the site and the source of contamination in well
MW-2 are not clear at this time.*

    **Response:  The Pits #1 and #2 reportedly to be utilized for the junction of electrical
lines and were not utilized for disposal purposes.   As discussed during the
November 13, 2000 meeting, one monitoring well will be installed at a location that
will monitor the groundwater quality downgradient of both locations.    The
proposed location is illustrated in Figure 1. The well will be a 6-inch open-hole rock
well and constructed similar to the existing wells on-site.  The boring will be
advanced and continuous split-spoon samples will be collected until rock is
encountered and field logged for lithology. The well will be completed into the first
water encountered with 20 feet of open hole. Based on the geology and water levels
in surrounding wells the well will be approximately 60 feet deep. The boring will be
advanced and the well constructed in accordance with the methods outlined in the
NJDEP's Field Sampling Procedures Manual for monitoring well requirements for
bedrock formations.**

*B. AOC-2 Soil Excavation Southeast Corner of the Property*

*Therefore, F. Sharp's proposal for no further action for AOC-2 Soil Excavation Southeast
Corner of the Property is acceptable.  Please be advised that a groundwater investigation is
being conducted in this area and significant groundwater impacts have been observed.  Please
be advised that future ground water investigations may determine that additional soil
· investigation will be required in this area.*

    **Response:  During an aerial photo review of the site and adjacent properties, two
issues were identified regarding the adjacent property to the east of the F. Sharp
site.  The aerial photos indicate that the entire property consisting of Lot 4.01 and
Block 1 of the Boro of Somerville has been filled and disturbed historically dating
back to the earliest aerial photo in 1940.  In addition, an area of dark staining
appears in the 1969 photo in the area corresponding to the location of MW-11.
Visual observations along the railroad track area indicate that the fill material
consists primarily of ash and cinder fill.**

    **To evaluate whether the dark stained area is potentially a source area for the
concentrations of TCE identified in well MW-11, additional soil borings are
proposed. A minimum of nine (9) soils borings will be performed in the vicinity of
the area of dark staining.  Each boring will be advanced to the top of the bedrock**

LITGO-RCRA0006454

Mr. Kenneth Kahora
NJDEP

December 1, 2000
Page 3

surface with continuous split-spoon or continuous macrocore sampling techniques.
Samples will be collected from the 18 to 24 and 30 to 36 inch interval below the
asphalt. One additional sample will be collected from the interval exhibiting the
highest field screening results, or the 0 to 6 inch interval above the bedrock.
Additional samples may be collected based on the field screening results. Samples
will be submitted for analysis for volatile organic compounds plus 15 peaks. Actual
sample locations may be adjusted in the field based on conditions observed. The
proposed sample locations are illustrated in Figure 1 and are summarized in Table
1.

In addition, as discussed during the November 13, 2000 meeting, a title search of the
adjacent property is currently being conducted. The results of the search will be
forwarded to the Department when available.

*AOC 3: Off-site soil gas survey and soil sampling (Truckform Property)*

*F. sharp has not demonstrated that the soil contamination detected at these two locations
originates from the Truckform Property. None of the other soil gas sampling points located on
the Truckform Property detected contamination. The source of the contamination detected at
these locations could be from the F. sharp Property. The available data is inconclusive. F.
Sharp's proposal for no further action for groundwater on the western portion of the F. sharp
site is unacceptable. A remedial investigation of groundwater beneath the western and central
portions of the property is required. F. sharp has argued that groundwater beneath the western
portion of the property flows to the southwest, from the F. sharp site towards the Truckform
Property. This flow interpretation is not consistent with F. Sharp's interpretation the source of
the contamination detected in well MW-6 and MW-8 originates from the Truckform Property.
The groundwater mound on the eastern portion of the site, as evidenced by data from wells
MW-4 and MW-5, alters local flow conditions and indicates that groundwater contamination
detected in the vicinity of well clusters MW-4 and MW-5 may migrate towards the central and
western portions of the site. Detection of TCE at TF-8, TF-9 ST-51 and ST-45 and groundwater
contamination in MW-6 and MW-8 may be the result of activities on the F. sharp site. Activities
at the Truckform Property may have impacted groundwater quality, but F. sharp has not
demonstrated this is the case.*

Response: To further the investigation of the western portion of the site, F. Sharp
proposes to perform soil sampling in the areas that correspond to potential source
areas identified during an aerial photo review. Based on the aerial photo review,
two areas in the western portion of the site may be sources for the contamination
identified in monitoring wells, a former drainage ditch and sewer line. A small
drainage ditch that may have received sump and trench drain discharge water has
been identified. The ditch originated at the northeast corner of the former JANR
building in the central portion of the property and extended east to the Truckform
Property line where it apparently turned south and headed towards the railroad
tracks. To investigate this area soil sampling is proposed. Samples will be collected
starting at the discharge point at the northeast corner of the former JANR building

Mr. Kenneth Kahora                                          December 1, 2000
NJDEP                                                       Page 4

and continue along the trace of the ditch to the railroad tracks. Samples will be collected from boring locations spaced approximately 100 feet apart. At each location samples will be collected at 18 to 24 inches, 3 to 3.5 feet and 0 to 6 inch interval above the top of bedrock. Approximately 9 locations will be sampled at 3 depth intervals. All samples will be submitted to a New Jersey certified laboratory for analysis of volatile organic compounds plus 15 peaks. The proposed sample locations are illustrated in Figure 1 and are summarized in Table 1.

In addition, a sewer line that runs from James Street through the Truckform Property, and onto the F. Sharp site may have historically received discharges. To investigate this area the location of the sewer line will be established and evidence of the existence of manholes examined. If any manholes are found samples will be collected from the sediments at the base of the manhole. If no manholes are found borings will be placed at the locations where manholes have been historically shown. The borings will be advanced to a depth corresponding to the invert of the manhole located on James Street or the top of bedrock or groundwater, which ever is encountered first. The samples will be submitted for analysis of volatile organic compounds plus 15 peaks. The proposed sample locations are illustrated in Figure 1 and summarized in Table 1.

To further the investigation of the groundwater in this area, one monitoring well will also be installed. The well will be located at the western property line at the junction of the sewer line from the Truckform Property and the sewer line from the F. Sharp site. The well will be a 6-inch open-hole rock well and constructed similar to the existing wells on-site. The boring will be advanced and continuous split-spoon samples will be collected and field logged for lithology until rock is encountered. The well will be completed into the first water encountered with 20 feet of open hole. Based on the geology and water levels in surrounding wells the well will be approximately 60 feet deep. The boring will be advanced and the well constructed in accordance with the methods outlined in the NJDEP's Field Sampling Procedures Manual for monitoring well requirements for bedrock formations.

*D.   F. Sharp's Request for a Site Wide No Further Action - Soils*

*F-Sharp's proposal for a site wide no further action for soil is conditionally acceptable. NJDEP has issued this conditional no further action for soils with the possibility that additional sources of contamination may be identified during the completion of the groundwater investigation. Please be advised that if future ground water investigations determine that additional sources of soil contamination may be present then this conditional no further action for soils will be rescinded. Additionally, F. Sharp has not demonstrated that the contamination detected off-site originates from the Truckform Property. In order to demonstrate that soil contamination is emanating from the Truckform property, additional soil investigation is required in the vicinity of the F. Sharp and Truckform property boundary.*

*F. Sharp intends to build a residential development on the property. As per NJDEP's letters in*

# EXHIBIT T

Aug. 7. 1997    5:41PM    BEACH EICHLER                                     No. 1400    P. 2/2

# BEACH, EICHLER, ROSENBERG, SILVER, BERNSTEIN, HAMMER & GLADSTONE

## A PROFESSIONAL CORPORATION

### COUNSELLORS AT LAW

101 EISENHOWER PARKWAY

ROSELAND, N.J, 07068-1067

(973) 228-5700

FAX (973) 228-7052

26 EAST 94TH STREET
NEW YORK, N.Y. 10081
(212) 935-0012

PLEASE RESPOND TO ROSELAND OFFICE

ALAN H. BERNSTEIN*
WILLIAM L. BRACH
TODD C. BROWER
RICHARD J. ORIVER*
BURTON L. EICHLER*
JOHN D. FANBURG*
WILLIAM J. FRIEDMAN*
STUART M. GLADSTONE*
CHARLES K. GORMALLY*+
JOSEPH M. GORRELL*

OF COUNSEL:
LANCE A. POSNER*
GEORGE Y. SODOWICK
HENRY N. PORTNER*†N

ALAN R. HAMMER**
BRUCE H. NEWMAN*
BRIAN R. LENKER
STUART L. PACHMAN
ALAN S. PRALGEVER*
DAVID J. RITTER
PAUL R. ROSENBERG
MICHAEL L. SCHNECK
HARRIS R. SILVER
ALEXANDER J. TAYKO

ALAN H. KLINGER
*†057-†0981
DOROTHY G. BLACK
†1074-†9981

ANN D. STEVENS
ALOSE V. RADJAN*
DAVID J. HIJIN*
STEVEN H. ROSACKER
DAVID S. BERNSTEIN
GEORGETTE J. SIEGEL
ROBERT C. MIGNOLLA
HILMARD D. ROPING
JOSEPH M. DAVIS
SUSAN Y. LEONARD
BRIAN KALVER*
KATHLEEN M. ABBOTT
JOHN F. ANGELONNO
DANIEL L. SCHMUTTER*
JILL DATCH ROSENBERG
TRACEY S. BAUER*
VICKI SUE MULL-*
JOHN P. WYCISKALA

MICHAEL S. ZICKERMAN*
CARL J. SORIANNO
JAMES L. PETROME
SIMONE HANDLER HUTCHINSON*
HOLLY A. NAU*
MICHAEL R. MARTIRANO
DAVID M. NEUENHAUS*
SHARON L. WONG*†
DEBRA K. BAMPTON
KATHERINE M. WEINSTOCK
SARY M. ALBRECHT*
CHRISTOPHER A. ERO*
ROBERT P. COYNE‡
KRISTINE L. BOGAROUS
SUSAN A. ROHRBACH*
JONATHAN C. LEVITT
PAUL C. DELLORUSSO
M. CHRISTINA ALMANZOR*

ALSO ADMITTED TO PRACTICE IN
* NY  † PA   ‡ DC  ◊ OTHER DISTRICTS
^CERTIFIED CIVIL TRIAL ATTORNEY  +ON LEAVE
*FL

August 7, 1997

Dr. Bilal Mian
Kirby Associates
P.O. Box 6848
Bridgewater, N.J. 08807

RE: Monitoring Well at 36 Kirby Ave.

Dear Dr. Mian:

As you are aware, this law firm represents Sheldon Goldstein, the owner of the property adjacent to your property at 36 Kirby Ave. The purpose of this letter is to confirm my telephone conversation with Rebecca of your office on Thursday, August 7, 1997. Rebecca called me back to advise us that you have consented to our request to install an additional monitoring well at the rear of your property, near the railroad tracks. As set forth in Andrew Waring's July 23, 1997 letter to you, the well drilling will take approximately two days, and groundwater sampling will take several hours. The well will be flush mounted and unobtrusive. As you are aware, we have been working extensively with the NJDEP to conclude the investigation and remediation of the property. We are hopeful that the NJDEP will grant us a sign-off in the near future, so that we may finally develop the site, which will benefit you, the municipality and our client.

If you have any questions or comments, please do not hesitate to contact me. Thank you for your courtesies in this regard.

Very truly yours,

JOHN P. (WY)CISKALA

JPW:mt
cc:  Andrew Waring
     Sheldon Goldstein

000068

# EXHIBIT U





# REMEDIAL INVESTIGATION ADDENDUM REPORT

*Property Known As:*

**F. Sharp Screw**
**Somerville, New Jersey**
**ISRA Case Nos. 85647, 85648 & 85649**

*Prepared for:*

**Litgo of New Jersey, Inc.**
**17 Bon Aire Circle**
**Suffern, New York  10901**

**February 25, 1998**

*Submitted by:*

**Environmental Waste Management Associates, LLC**
**100 Misty Lane, P.O. Box 5430**
**Parsippany, New Jersey   07054**
**EWMA Case No. 88106**

## VOLUME 1 OF 3

Prepared by:  Alfred E. Moffit III
Geologist
NJDEP License No. 0018445

Reviewed by: Kevin D. Orabone
Regional Technical Manager
NJDEP License No. 0011634

LITGO-RCRA0004330

 

Remedial Investigation Addendum Report                                     Page 6
Former F. Sharp Screw Facility
Somerville, Somerset County, New Jersey
ISRA Case Nos. 85647, 85648 & 85649
EWMA Project No. 88106

5.  The Somerset Broadcasting site is abandoned. A new radio station currently operates from a nearby trailer. However, according to representatives of this facility, there is currently no water hook-up, either city or on-site well, at this site.

6.  Two possible additional domestic wells were identified on Van Veghten Drive in Bridgewater. A resident at one of these locations, #95, did not know what type of water was utilized. However, a call to the local water purveyor did not reveal billing records for these two properties. These properties are also located downgradient of the Egan Machinery site.

## 2.8   Records Search

In an effort to identify an on-site source for the contamination detected during the course of this investigation, an exhaustive search of historical and operational records was conducted. During the course of this search, no records were discovered which indicated an on-site source of the contamination.

### 2.8.1   Aerial Photograph Review

EWMA reviewed aerial photographs provided by the NJDEP Aerial Photo and Map Library for the years: 1930/32, 1940 and 1954; and aerial photographs provided by the Somerset County Planning Commission for the years 1962, 1969 and 1980. The purpose of the aerial photograph review was to detect potential sources responsible for chlorinated VO compounds detected in the ground water. Resolutions of NJDEP provided photographs were not provided in the information package but are assumed to be 1 inch = 1,667 feet based on prior reviews of aerial photographs from these years. The building references (i.e. "A", etc.) correspond to the buildings depicted on Figure 1.

### 1930/32

**Subject Site** - A large industrial complex (The Somerville Iron Works), consisting of two large buildings (B and D) and one smaller building (A), is observed on the subject site. The buildings are oriented east to west. The site is bounded by multiple unit residential dwellings to the north, Haynes Street, which extends to the railroad tracks, beyond which is undeveloped, vacant property, to the east, railroad tracks to the south, and James Street, which extends towards the railroad tracks, to the west.

Two small areas of bare soil are observed to the north of building D. One small area of bare soil is observed to the west of building B and to the northwest of building D. Bare soil areas are observed to the southeast of building D along with either an area of ponded liquid or forested growth. Two vertical structures are observed on the roof of building B.

Environmental Waste Management Associates, LLC

LITGO-RCRA0004338



**Remedial Investigation Addendum Report**                                                      Page 7
**Former F. Sharp Screw Facility**
**Somerville, Somerset County, New Jersey**
**ISRA Case Nos. 85647, 85648 & 85649**
**EWMA Project No. 88106**

**Offsite** - A smaller suspected industrial building (The Somerville Iron Works Machine Shop) is observed west of James Street and the subject site.

Sites south of the railroad tracks are undeveloped and vacant, apparently used for farming. The farm houses and barns, situated southwest of the subject site and the railroad tracks are observed.

The site east of the subject site is undeveloped and vacant. A dirt road leads from the northeastern corner of the subject property at Haynes Street and extends southeast to a large area of disturbance, just south of Clark Avenue. Two large bare soil areas are also observed just east of the subject property between the dirt road and the railroad tracks.

Grassy areas are suspected north of the dried pond or soil disturbance area toward Kirby Avenue. Kirby Avenue is suspected to be a dirt road. Potential mounded soils are situated north of Kirby Avenue on either side of Van Doren Avenue, suggesting potential earth moving for construction of homes. South Richards and South Auten Avenues are observed but development of this area is restricted to properties adjacent to East Main Street.

A drainage channel, which discharges to the Raritan River, is observed extending from the northeast between South Richards and Auten Avenues to the southwest.

### April 10, 1940

**Subject Site** - Buildings A - D are observed in this aerial photograph. A bare soil area is observed of off the southeastern corner of building B; this area extends towards the railroad tracks. Kirby Avenue is observed extending across the northeastern portion of the subject site to the northeastern corner of building D. A suspected dirt road from this extension of Kirby Avenue extends into Fairview Avenue. The suspected ponded liquid or forested area is not observed at this location as in 1930/32.

**Offsite** - Offsite property usage north, west, and south is the same as in 1930/32. New structures (houses) are observed on the east side of South Richards Avenue. Extensive soil disturbance is observed throughout this area indicating deposition, excavating or grading activities. Kirby Avenue extends to the east between Van Doren and South Clark Avenues. A distinct drainage culvert is observed commencing at the current location of South Auten Avenue traversing to the southwest towards the railroad tracks. Several apparent drainage channels connect with this primary drainage culvert south of South Clark Avenue. A potential dirt road or drainage channel is observed extending from the subject site toward the southeast, eventually connecting to the drainage culvert. Extensive grading, deposition or excavation has occurred at this location since the 1930/32 aerial photograph.

LITGO-RCRA0004339



**Remedial Investigation Addendum Report**                                            Page 8
Former F. Sharp Screw Facility
Somerville, Somerset County, New Jersey
ISRA Case Nos. 85647, 85648 & 85649
EWMA Project No. 88106

### April 20, 1954

**Subject Site** - Buildings A - E are observed in this aerial photograph. Bare soil areas are observed to the east and west of building C and to the south of building D. All other features are the same as in the 1940 aerial photograph.

**Offsite** - Resolution is poor but changes have occurred at the property west of James Street (machine shop). Suspected soil disturbance is observed surrounding the building and unidentified darkened structures organized in rows oriented north to south are observed at the southern perimeter of the property. These darkened areas are suspected to be trailers.

Property usage to the north and south are the same as in 1940.

Extensive soil disturbance is observed on the property east of Haynes Street and the subject site. Mounded materials are observed south of Van Doren Avenue, adjacent to the railroad tracks. There appear to be several areas of elevation change based on observed shadows. South Clark Avenue extends to the railroad tracks. Kirby Avenue is unchanged from 1940. The drainage culvert is observed, however, there appear to be less channels connecting to this culvert than were observed in 1940. Housing has increased dramatically north of the current Kirby Avenue location. South Auten Avenue is not observed.

### 1962

**Subject Site** - No soil disturbance is observed on-site and vehicles are observed at the east and west perimeters of the site. Kirby Avenue does not appear to extend west across the subject site. All previously noted buildings are observed.

**Offsite** - The properties to the north, west and south are the same as in 1954. The area east of the subject site remains unchanged. Kirby Avenue is completed to Adamsville Road. The drainage culvert is observed south of Kirby Avenue, along with soil disturbance. Additional houses are noted north of Kirby Avenue.

### 1969-1970

**Subject Site** - All site features are the same as those observed on the 1962 aerial photograph.

**Offsite** - The properties to the west, north and south are unchanged. A new structure is noted south of Kirby, South Auten and South Richards Avenues (the current Baker & Taylor facility). A new building is observed south of the railroad tracks and east of the drainage culvert (the current Egan Machinery facility). The drainage channels are no longer observed between the subject site and the Baker & Taylor site and ground disturbance is minimal suggesting areas seeded with grass or sod.

LITGO-RCRA0004340



# REMEDIAL INVESTIGATION ADDENDUM REPORT

*Property Known As:*

**F. Sharp Screw**
**Somerville, New Jersey**
**ISRA Case Nos. 85647, 85648 & 85649**

*Prepared for:*

**Litgo of New Jersey, Inc.**
**17 Bon Aire Circle**
**Suffern, New York  10901**

**February 25, 1998**

*Submitted by:*

**Environmental Waste Management Associates, LLC**
**100 Misty Lane, P.O. Box 5430**
**Parsippany, New Jersey   07054**
**EWMA Case No. 88106**

# VOLUME 2 0F 3

LITGO-RCRA0016738

## INTEGRATED ANALYTICAL LABORATORIES

### VOLATILE ORGANICS

Client/Project: EWMA/F-SHARP SCREW

Lab ID: 3672-001
Client ID: TB
Date Received: 09/08/97
Date Analyzed: 09/08/97
Data file: G1711.D

GC/MS Column: DB-624
Sample wt/vol: 5mL
Matrix-Units: A-$\mu$g/L (ppb)
Dilution Factor: 1
% Moisture: 100

| Compound | Concentration | Q | MDL |
|---|---|---|---|
| Chloromethane | ND | | 1 |
| Vinyl Chloride | ND | | 1 |
| Bromomethane | ND | | 1 |
| Chloroethane | ND | | 1 |
| Trichlorofluoromethane | ND | | 1 |
| 1,1-Dichloroethene | ND | | 1 |
| Methylene Chloride | ND | | 2 |
| trans-1,2-Dichloroethene | ND | | 1 |
| 1,1-Dichloroethane | ND | | 1 |
| Chloroform | ND | | 1 |
| 1,1,1-Trichloroethane | ND | | 1 |
| Carbon Tetrachloride | ND | | 1 |
| 1,2-Dichloroethane | ND | | 1 |
| Benzene | ND | | 0.5 |
| Trichloroethene | ND | | 1 |
| 1,2-Dichloropropane | ND | | 1 |
| Bromodichloromethane | ND | | 1 |
| 2-Chloroethyl Vinyl Ether | ND | | 1 |
| cis-1,3-Dichloropropene | ND | | 1 |
| Toluene | ND | | 1 |
| trans-1,3-Dichloropropene | ND | | 1 |
| 1,1,2-Trichloroethane | ND | | 1 |
| Tetrachloroethene | ND | | 1 |
| Dibromochloromethane | ND | | 1 |
| Chlorobenzene | ND | | 1 |
| Ethylbenzene | ND | | 1 |
| Total Xylenes | ND | | 1 |
| Bromoform | ND | | 1 |
| 1,1,2,2-Tetrachloroethane | ND | | 1 |
| 1,3-Dichlorobenzene | ND | | 1 |
| 1,4-Dichlorobenzene | ND | | 1 |
| 1,2-Dichlorobenzene | ND | | 1 |

Total target Compounds:    0

007

LITGO-RCRA0016764

## INTEGRATED ANALYTICAL LABORATORIES

### VOLATILE ORGANICS

Client/Project:  EWMA/F-SHARP SCREW

Lab ID: 3672-002
Client ID:  MW-11
Date Received:  09/08/97
Date Analyzed:  09/09/97
Data file:  G1739.D

GC/MS Column:  DB-624
Sample wt/vol:  0.001mL
Matrix-Units:  A-$\mu$g/L (ppb)
Dilution Factor:  5000
% Moisture:  100

| Compound | Concentration | Q | MDL |
|---|---|---|---|
| Chloromethane | ND | | 5000 |
| Vinyl Chloride | ND | | 5000 |
| Bromomethane | ND | | 5000 |
| Chloroethane | ND | | 5000 |
| Trichlorofluoromethane | ND | | 5000 |
| 1,1-Dichloroethene | ND | | 5000 |
| Methylene Chloride | ND | | 10000 |
| trans-1,2-Dichloroethene | ND | | 5000 |
| 1,1-Dichloroethane | ND | | 5000 |
| Chloroform | ND | | 5000 |
| 1,1,1-Trichloroethane | ND | | 5000 |
| Carbon Tetrachloride | ND | | 5000 |
| 1,2-Dichloroethane | ND | | 5000 |
| Benzene | ND | | 2500 |
| Trichloroethene | 253000 | | 5000 |
| 1,2-Dichloropropane | ND | | 5000 |
| Bromodichloromethane | ND | | 5000 |
| 2-Chloroethyl Vinyl Ether | ND | | 5000 |
| cis-1,3-Dichloropropene | ND | | 5000 |
| Toluene | ND | | 5000 |
| trans-1,3-Dichloropropene | ND | | 5000 |
| 1,1,2-Trichloroethane | ND | | 5000 |
| Tetrachloroethene | ND | | 5000 |
| Dibromochloromethane | ND | | 5000 |
| Chlorobenzene | ND | — | 5000 |
| Ethylbenzene | ND | | 5000 |
| Total Xylenes | ND | | 5000 |
| Bromoform | ND | | 5000 |
| 1,1,2,2-Tetrachloroethane | ND | | 5000 |
| 1,3-Dichlorobenzene | ND | | 5000 |
| 1,4-Dichlorobenzene | ND | | 5000 |
| 1,2-Dichlorobenzene | ND | | 5000 |

Total target Compounds:    253000

008

  

## INTEGRATED ANALYTICAL LABORATORIES

### VOLATILE ORGANICS

Client/Project: EWMA/F-SHARP SCREW

Lab ID: 5034-019
Client ID: MW-9
Date Received: 11/25/97
Date Analyzed: 11/26/97
Data file: G3630.D

GC/MS Column: DB-624
Sample wt/vol: 5mL
Matrix-Units: A-µg/L (ppb)
Dilution Factor: 1
% Moisture: 100

| Compound | Concentration | Q | MDL |
|---|---|---|---|
| Chloromethane | ND | | 1 |
| Vinyl Chloride | ND | | 1 |
| Bromomethane | ND | | 1 |
| Chloroethane | ND | | 1 |
| Trichlorofluoromethane | ND | | 1 |
| 1,1-Dichloroethene | ND | | 1 |
| Methylene Chloride | ND | | 2 |
| trans-1,2-Dichloroethene | ND | | 1 |
| 1,1-Dichloroethane | ND | | 1 |
| Chloroform | ND | | 1 |
| 1,1,1-Trichloroethane | ND | | 1 |
| Carbon Tetrachloride | ND | | 1 |
| 1,2-Dichloroethane | ND | | 1 |
| Benzene | ND | | 0.5 |
| Trichloroethene | 48.2 | | 1 |
| 1,2-Dichloropropane | ND | | 1 |
| Bromodichloromethane | ND | | 1 |
| 2-Chloroethyl Vinyl Ether | ND | | 1 |
| cis-1,3-Dichloropropene | ND | | 1 |
| Toluene | ND | | 1 |
| trans-1,3-Dichloropropene | ND | | 1 |
| 1,1,2-Trichloroethane | ND | | 1 |
| Tetrachloroethene | ND | | 1 |
| Dibromochloromethane | ND | | 1 |
| Chlorobenzene | ND | | 1 |
| Ethylbenzene | ND | | 1 |
| Total Xylenes | ND | | 1 |
| Bromoform | ND | | 1 |
| 1,1,2,2-Tetrachloroethane | ND | | 1 |
| 1,3-Dichlorobenzene | ND | | 1 |
| 1,4-Dichlorobenzene | ND | | 1 |
| 1,2-Dichlorobenzene | ND | | 1 |

Total target Compounds:    48.2

LITGO-RCRA0016827




## INTEGRATED ANALYTICAL LABORATORIES

### VOLATILE ORGANICS

Client/Project:  EWMA/F-SHARP SCREW

Lab ID:  5034-020
Client ID:  MW-11
Date Received:  11/25/97
Date Analyzed:  11/26/97
Data file:  G3663.D

GC/MS Column:  DB-624
Sample wt/vol:  0.001mL
Matrix-Units:  A-μg/L (ppb)
Dilution Factor:  5000
% Moisture:  100

| Compound | Concentration | Q | MDL |
|---|---|---|---|
| Chloromethane | ND | | 5000 |
| Vinyl Chloride | ND | | 5000 |
| Bromomethane | ND | | 5000 |
| Chloroethane | ND | | 5000 |
| Trichlorofluoromethane | ND | | 5000 |
| 1,1-Dichloroethene | ND | | 5000 |
| Methylene Chloride | ND | | 10000 |
| trans-1,2-Dichloroethene | ND | | 5000 |
| 1,1-Dichloroethane | ND | | 5000 |
| Chloroform | ND | | 5000 |
| 1,1,1-Trichloroethane | ND | | 5000 |
| Carbon Tetrachloride | ND | | 5000 |
| 1,2-Dichloroethane | ND | | 5000 |
| Benzene | ND | | 2500 |
| Trichloroethene | 229000 | | 5000 |
| 1,2-Dichloropropane | ND | | 5000 |
| Bromodichloromethane | ND | | 5000 |
| 2-Chloroethyl Vinyl Ether | ND | | 5000 |
| cis-1,3-Dichloropropene | ND | | 5000 |
| Toluene | ND | | 5000 |
| trans-1,3-Dichloropropene | ND | | 5000 |
| 1,1,2-Trichloroethane | ND | | 5000 |
| Tetrachloroethene | ND | | 5000 |
| Dibromochloromethane | ND | | 5000 |
| Chlorobenzene | ND | — | 5000 |
| Ethylbenzene | ND | | 5000 |
| Total Xylenes | ND | | 5000 |
| Bromoform | ND | | 5000 |
| 1,1,2,2-Tetrachloroethane | ND | | 5000 |
| 1,3-Dichlorobenzene | ND | | 5000 |
| 1,4-Dichlorobenzene | ND | | 5000 |
| 1,2-Dichlorobenzene | ND | | 5000 |

Total target Compounds:  229000

LITGO-RCRA0016829

# EXHIBIT V

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | |
| | ) | |

**RESPONSES OF MIAN REALTY, LLC TO
DEBTORS' FIRST REQUEST FOR PRODUCTION OF
DOCUMENTS AND FIRST SET OF INTERROGATORIES**

TO:    Lori Sinanyan, Esq.
      Kirkland & Ellis
      200 East Randolph Drive
      Chicago, IL 60601
      Attorneys for Debtors and Debtors in Possession

Mian Realty, LLC ("Mian"), by and through its counsel, Trenk, DiPasquale, Webster, Della Fera & Sodono, P.C., hereby responds to the First Request of W.R. Grace & Co., *et al.* (collectively, "Debtors") For Production of Documents and Debtors' First Set of Interrogatories as follows:

## GENERAL OBJECTIONS

1.    Mian objects to the discovery requests to the extent that Debtors seek information concerning matters not relevant to the allegations set forth in the pleadings or the matters in dispute in this action or discovery not reasonably calculated to lead to the discovery of admissible evidence.

2.    Mian objects to the discovery requests to the extent that they are overly broad, vague, ambiguous, unduly burdensome, cumulative, duplicative, or obtainable from some other source that is more convenient, less burdensome, or less expensive.

3.    Mian objects to the discovery requests to the extent that they cause undue burden or expense.

remediation occurring on Litgo's real property, however. Because he does not own the Litgo property and because he has no knowledge of events that have occurred on that property, Mian has taken no actions in response to such events.

7.     Mian was not notified, directly or indirectly, by the New Jersey Department of Environmental Protection or any other person that pollution from the Litgo property might or may have emanated or contaminated the Mian property.

8.     Dr. Mian first learned through the news media of the Debtors' bankruptcy filing. He does not recall exactly when he first learned of the bankruptcy filing.

9.     See Document Request Responses 1 and 3.

10.     Dr. Bilal Mian.

<div style="margin-left: 40%;">

**TRENK, DiPASQUALE, WEBSTER,<br>DELLA FERA & SODONO, P.C.**<br>Attorneys for Mian Realty, LLC

By:_____<br>       HENRY M. KARWOWSKI

</div>

Dated: June 10, 2008

## CERTIFICATION

As the managing member, and on behalf of Mian Realty, LLC, I certify that I have read the foregoing Responses of Mian Realty, LLC to Debtors' First Request For Production of Documents and First Set of Interrogatories.  Based upon matters which are known to me for the purposes of making this Certification, I state that I am informed and I believe that the matters stated are true and correct.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

By: _____
BILAL MIAN, MD

Dated: June _10_, 2008

F:\WPDOCS\a-MMian Realty, LLC\DiscResponse.doc

7

# EXHIBIT W



**JM Sorge, Inc.**
Environmental Consultants

50 County Line Road, Somerville, NJ 08876-3467 • (908) 218-0066
Fax (908) 218-9185 • www.jmsorge.com

December 20, 2004

*Via Federal Express*

Mr. Murdo Morrison, Case Manager
New Jersey Department of Environmental Protection
Bureau of Northern Case Management
401 East State Street
PO Box 028
Trenton, New Jersey 08625-0028

Re:     Response to NJDEP letter of December 14, 2004
         F. Sharp Screw Site
         Somerville, New Jersey
         ISRA Case Nos. 85647, 85648, and 85649

Dear Mr. Morrison:

The following provides our submittal in response to the November 16, 2004 meeting with the Department as outlined in our previous letter dated November 23, 2004. Further, we are providing a response to the Department's latest correspondence, dated December 14, 2004 and received on December 20, 2004. We are also providing an accurate summary of the Litgo schedule to address schedule issues identified in the Department's correspondence.

The following provides a summary of the relevant history of the project regarding the project schedule.

| | |
|---|---|
| **November 14, 2002** | Litgo submitted the Eastern Groundwater Plume RIW. |
| **May 27, 2003** | NJDEP responded to the November Litgo RIW with a conditional approval of the plan. |
| **July 1, 2003** | Litgo provided a response to NJDEP regarding the RIW incorporating the changes requested by the Department. There was no response from NJDEP to the July letter. |
| **August 1, 2003** | Litgo requested a schedule extension to allow Kvaerner time to complete and evaluate a tracer dye test of various Litgo wells. The extension requested included a 3 to 6 month period after receipt of the final tracer study results to modify the Litgo RIW. NJDEP accepted the extension request. As part of a Litgo / Kvaerner access agreement, |

LITGO-RCRA0005499

|  | Kvaerner was to provide Litgo with a copy of the final tracer study report when it became available. Kvaerner only provided the preliminary results to Litgo after the Litgo / NJDEP meeting on November 16, 2004. To date, Litgo has not received the final Kvaerner report. |
|---|---|
| September 2003 | Litgo submitted the Historical Data Review Report in response to a draft letter from NJDEP dated April 10, 2002, requesting this additional investigation. |
| June 30, 2004 | Litgo submitted the Remedial Investigation Report and Workplan for the Western groundwater plume. |
| August 2004 | Litgo completed the Radiological Characterization Survey of the site. The Radiological Scoping Survey Report was submitted to the Department on August 31, 2004. |
| August 2004 | Kvaerner failed to comply with its access agreement with Litgo because they did not provide a copy of the Tracer test results to Litgo as required. NJDEP informed Litgo by telephone that, in a recent meeting with NJDEP, Kvaerner accused Litgo of being the sole source of groundwater contamination. Litgo was not provided with a copy of the presentation or any opportunity to refute the Kvaerner theory. |
| November 10, 2004 | NJDEP letter to Litgo implies that Litgo has failed to meet its schedule. |
| November 16, 2004 | Litgo meeting with NJDEP. Litgo is informed that the Kvaerner preliminary report was provided to NJDEP, Litgo requested a copy. Litgo agrees to move ahead with the Eastern RI plan, to the extent possible. NJDEP agrees to provide a new letter to Somerville indicating that site development can proceed with some conditions. |
| November 17, 2004 | NJDEP letter to Somerville indicating that the No Further Action approval for site soils remains valid and construction can proceed. |
| November 18, 2004 | Kvaerner provides a copy of a preliminary report without supporting data or calculation which purports to show that Kvaerner has not contributed to the VOC plume beneath their site. Litgo has not received the final Kvaerner report with supporting technical documentation or calculations. Litgo has not been advised by NJDEP that the final report has been submitted for NJDEP review. Litgo can not modify the RIW based on a preliminary report only. |
| November 23, 2004 | Litgo provides a summary of activities to be completed in response to the Department's November 17, 2004 letter by the December 20, 2004. |
| December 14, 2004 | NJDEP letter received by Litgo on December 20, 2004. |

**Response to NJDEP letter of December 14, 2004**

**Item 1:**    **Litgo Approved Schedule**

NJDEP was aware of Litgo's schedule extension request to allow Kvaerner to complete the tracer study as confirmed in the November 10, 2004 letter. Therefore the Department knew that the Eastern plume investigation was on hold, contrary to comments provided in the December 20,

ethane, methane, nitrate, nitrite, sulfate, sulfide, iron, manganese, phosphorous and chloride. The presence of the light hydrocarbons (ethene, ethane, and methane) was analyzed by utilizing USEPA Method 3810. Priority Pollutant Metals were analyzed for by USEPA Method 200.7/245.1, the reducing species nitrate, nitrite, sulfate, and sulfide were analyzed for by USEPA Method 352.1, 354.1, 375.4, and 377.1, respectively. The presence of phosphorous was analyzed for using USEPA Method 365.3 and the presence of chloride was analyzed for utilizing USEPA Method 325.2.

The groundwater sampling results are expected by mid January at which time the data will be interpreted and summarized. A groundwater investigation report will be provided to the Department by mid February, in accordance with the project schedule. The report will summarize the December 2004 sampling event in detail and include groundwater contours, data tables, field measurements and conclusions regarding the December 2004 groundwater sampling event.

## SLUG TEST SUMMARY

On December 1 and 2, 2004 Litgo conducted slug testing in five onsite and offsite bedrock groundwater monitoring wells to determine the general hydraulic conductivity (K) of the bedrock aquifer in the vicinity of the eastern groundwater plume. The slug testing was conducted at existing bedrock Monitoring Wells MW-4R, MW-5, MW-5A, MW-11 and MW-13. The eastern plume slug test summary is included as Appendix A.

## BASELINE ECOLOGICAL EVALUATION

The Baseline Ecological Evaluation (BEE) for this site has been completed and updated and is provided as Appendix B to this report.

## REMEDIAL INVESTIGATION SCHEDULE

The Remedial Investigation schedule for the approved workplan has been revised in accordance with the Department's request. The revised schedule is included as Appendix C to this report.

## KVAERNER INVESTIGATION

We have received a copy of the Preliminary Remedial Action Report for Groundwater from the Source Group on behalf of Kvaerner. Litgo has not received the Final Remedial Investigation Report including the technical information required to support Kvaerner's conceptual conclusions. Litgo is currently reviewing the preliminary report which will be incorporated into the detailed RIW revision as indicated on the project schedule, assuming that the final report is submitted to NJDEP and made available.

# EXHIBIT X



**JM Sorge, Inc.**
Environmental Consultants

50 County Line Road, Somerville, NJ 08876-3467 • (908) 218-0066
Fax (908) 218-9185 • www.jmsorge.com

February 28, 2005                                                    *Via First Class Mail*

Dr. Bilal A. Mian
Mian Realty Associates
310 East Main Street
Somerville, New Jersey 08867

Re:    Access to Install Monitoring Wells    ⟶    *Block 1 Lot 4.02*
       6 Kirby Avenue
       Somerville, New Jersey

Dear Dr. Mian:

JM Sorge, Inc. is the environmental consultant for the adjacent property owner, Litgo NJ (Sheldon Goldstein). In response to a letter recently issued by the New Jersey Department of Environmental Protection (NJDEP), Litgo NJ has proposed to perform additional investigation work in the rear and central portions of the property at 6 Kirby Avenue. This corresponds to areas north and east of existing monitoring well MW-11. We have planned to perform the work from March 7 to March 11, 2005 .

The work will consist of the installation of four (4) vapor monitoring wells and three (3) groundwater monitoring wells. Each well will be approximately 4 inches in diameter, and will be installed through the asphalt to a depth where groundwater or bedrock are encountered. The installation of the wells will require the use of a air rotary drill rig and associated equipment at each of the proposed locations, as a result some of the parking area may have to be temporarily cordoned off.. Following completion of the drilling, the well will be finished with a flush mount well cover, similar to the wells that have previously been installed in the parking lot. Drill cuttings will be drummed and stored on an on-site location prior to proper characterization and disposal. Following characterization the drummed materials will be promptly removed.· It is anticipated that this event will be completed in approximately 3 or 4 days. The activities will be conducted such that any inconvenience for building occupants is minimized. If we don't hear from you by the end of the end of next week, Friday March 4, we will assume that the well installation can proceed as scheduled.

We would like to assure you that we are working diligently with the NJDEP to resolve the environmental matters at the adjacent property. Should you have any additional questions regarding this project please do not hesitate to call me at 908-218-0066 ext. 43. Thank you for your cooperation in this matter.

Yours truly,

Matthew Hammerstone
Environmental Scientist

cc.    Dave Thompson, JM Sorge, Inc.

000069

# EXHIBIT Y

# REMEDIAL INVESTIGATION REPORT

### FORMER F SHARP SCREW FACILITY
### SOMERVILLE, NEW JERSEY
### ISRA CASE Nos. E85647, E85648, E85649

*Prepared For:*

***Litgo of New Jersey, Inc.***
***Four Executive Boulevard***
***Suffern, New York 10901***

*Prepared By:*

***JM Sorge, Inc.***
***50 County Line Road***
***Somerville, New Jersey  08876***

**January 20,  2006**

**2000.100**

LITGO-RCRA0005734

water-bearing zones of the Passaic Formation depends on the number and width of vertical fractures present.

Regional bedrock groundwater flow is strongly controlled by the structural features within the bedrock formations. Groundwater in the Passaic Formation Aquifer is generally found under unconfined, water-table conditions and confined conditions where aquicludes are present. Production wells installed in this aquifer typically yield approximately 100 gallons per minute (gpm), but yields as high as 600 gpm have been reported. The formation is generally anisotropic with respect to response to pumping with maximum drawdown measured parallel to the strike of the Passaic Formation. Relatively large drainage areas such as the Raritan River serve as discharge areas for the Passaic Formation bedrock groundwater.

### 3.2.3  Site-Specific Hydrogeology

Overburden and fill are present across the entire Site. The thickness of the overburden/fill is consistent throughout the eastern and western portions of the Site. The overburden generally consists of reddish-brown silt and fine sand, silty clay, and clay, with finer-grained soils more prevalent. The Passaic Formation bedrock exists underneath the Site at depths ranging from four to six feet below ground surface.

In general, the lithology of the bedrock consists of red-brown shale, siltstone, and mudstone that is weathered to varying degrees. Video logging of the wells indicates that most fractures are minor in nature and sub-horizontal, corresponding to bedding planes. Some occasional vertical fracturing is observed, however these fractures are generally very small and filled with calcite and/or gypsum.

The depth to groundwater averages approximately 38 to 40 feet across the Site. Historically, there has been an apparent mounded area in the vicinity of the MW-5, 5A, 5B, well cluster. The mound extends to MW-11 to the east and onto the Egan Machinery Site to the south. This mound is consistent with the trace of the old stream bed identified from historic aerial photos. The mounded area in the vicinity of MW-5, 5A, 5B well cluster is believed to be caused by the leaky casing at former MW-5. The mounded area formerly extended to MW-4 to the west, but its actual presence in this area is suspect because of the anomalously high water levels and poor condition of this former well. Since the recent abandonment of MW-5 water levels have dropped approximately 5 feet, indicating that the casing was likely leaking and causing the high water levels. However, perched water in the shallow bedrock is present in the vicinity of MW-11 and is indicated by the newly installed vapor point wells VP-1 through VP-4. The abandonment of MW-5 is discussed further in Section 4.0 of this report.

The abandonment of monitoring well MW-4 and installation of replacement monitoring well MW-4R has confirmed that the elevated water levels historically observed in MW-4 were due to the lack of any grout seal. Since the installation of the replacement well the general water level elevation has dropped from approximately 70 feet above sea level to 40 feet. The abandonment and installation activities are discussed in detail in the Section 6.0 of the Remedial Investigation Report - Western and Central Groundwater, dated July 13, 2001.

LITGO-RCRA0005742

for the presence of VOCs utilizing a photo-ionization detector (PID). Elevated PID reading were encountered during the installation of MW-11A, and given its proximity to MW-11 the soil cuttings and water were drummed. During the installation of the remaining wells, no elevated PID readings were encountered. Since no elevated PID readings were encountered, the spoils were incorporated into the existing site soils. The bedrock groundwater monitoring well permits, construction details, well records, NJDEP Well Forms A & B, and boring logs are provided in Appendix B. Disposal manifests are provided in Appendix C.

During 2005 Litgo installed, developed, and surveyed 13 new bedrock groundwater monitoring wells to further the delineation of TCE at the Site. The locations of the additional bedrock groundwater monitoring wells are identified on Figure 2. Two replacement wells were installed, the replacement well for MW-5 is designated MW-5R, the replacement well for MW-6 is designated MW-6R. The other eleven new bedrock groundwater monitoring wells are designated MW-6A, MW-11A, MW-20, MW-21, MW-22, MW-23, and MW-24 and Vapor Points VP-1 through VP-4. MW-6A was installed to provide vertical delineation near MW-6R. Monitoring well MW-11A was installed adjacent to existing well MW-11 to vertically delineate the elevated concentrations of TCE detected in MW-11. MW-11A was installed as an open hole well from 80 to 100 feet below the ground surface. Monitoring well MW-20 was installed to provide horizontal delineation of the concentrations in MW-6R and MW-8. Monitoring well MW-21 was installed adjacent to MW-13 to delineate the shallow groundwater in this area. Monitoring well MW-22 was installed as a shallow well down strike of MW-13 and completed as an open hole well from 30 to 50 feet below the ground surface. Monitoring well MW-23 was installed between existing wells MW-10 and the MW-5 well cluster and was completed as an open hole well from 30 to 50 feet below the ground surface. Monitoring well MW-24 was installed in May 2005, near the outfall of the 20-inch pipe located south of the MW-5 well cluster and completed as an open hole well from 18 to 38 feet below the ground surface. Figures 3 and 4 illustrate the August and September 2005 bedrock groundwater contours at the Site.

The replacement well for MW-6 now designated MW-6R, was installed in the bedrock water-bearing zone to an approximate total depth of 60 feet below ground surface with 20 feet of open hole. Approximately 40 feet of bedrock were cased off by installing 6-inch diameter steel casing inside a 10-inch diameter borehole drilled to 40 feet below ground surface. The steel casing was grouted into place by the tremie method. The intermediate bedrock monitoring well MW-6A was drilled to a total depth of 95 feet below the ground surface and finished with 20 feet of open-hole from 95 to 75 feet bgs. A 6-inch steel casing was installed from 75 feet to the ground surface and grouted in place. A New Jersey-licensed well driller installed both monitoring wells and abandoned the existing well in accordance with applicable guidelines for bedrock monitoring well construction and abandonment. A summary of the well completion details of the existing groundwater monitoring wells is presented in Table 1.

Litgo installed the remaining wells in the bedrock aquifer with approximately 20 feet of 6-inch diameter steel casing, with 20 feet of open hole. Only MW-11A was double cased such that the open hole zone in MW-11 was cased off by installing 10-inch diameter steel casing inside a 14-inch diameter borehole drilled to approximately 62 feet below ground surface. The steel casing was grouted into place by the tremie method. Upon completion, the newly installed groundwater monitoring wells were developed to a sediment free discharge in order to facilitate hydraulic

LITGO-RCRA0005747

WR-133M
11/01

**STATE OF NEW JERSEY**
**DEPARTMENT OF ENVIRONMENTAL PROTECTION**
**TRENTON, NJ**

250006496 7
+ U

250006499 73

**MONITORING WELL PERMIT**

Permit No. _____

*VALID ONLY AFTER APPROVAL BY THE D.E.P.*

Mail To:
NJDEP
BUREAU OF WATER ALLOCATION
PO BOX 426
TRENTON, NJ 08625-0426

COORD #: 25.32.833

Owner: Sian Realty
Address: 5 Kirby Avenue
Somerville, NJ 08876
Name of Facility: Same
Address _____

Driller: Samuel Stothoff Co., Inc.
Address: PO Box 306
Flemington, NJ 08822

| Diameter of Well(s) | 6 Inches | Proposed Depth of Well(s) | 50 Feet |
| # of Wells Applied for (max. 10) | 7 | Will pumping equipment be utilized? | YES ☐ NO ☒ |
| Type of Well (see reverse) | Monitoring | If Yes, give pump capacity | cumulative GPM |

**LOCATION OF WELL(S)**

| Lot # | Block # | Municipality | County |
| 4.02 | 1 | Somerville | Somerset |

State Atlas Map No.  25

Draw sketch of well(s) nearest roads, buildings, etc. with marked distances in feet. Each well MUST be labeled with a name and/or number on the sketch.



**PROPOSED WELL LOCATION (NAD 83 HORIZONTAL DATUM)**
**NJ STATE PLANE COORDINATE IN US SURVEY FEET**

NORTHING: _ _ _ _ _ _ _    EASTING: _ _ _ _ _ _ _
OR
LATITUDE: _ _ _ _ _ _    LONGITUDE: _ _ _ _ _ _

FOR MONITORING WELLS, RECOVERY WELLS, OR PIEZOMETERS, THE FOLLOWING MUST BE COMPLETED BY THE APPLICANT. PLEASE INDICATE WHY THE WELLS ARE BEING INSTALLED.

☐ RCRA Site
☐ Underground Storage Tank Site
☐ Operational Ground Water Permit Site
☐ Pretreatment and Residuals Site
☐ Water and Hazardous Waste Enforcement Case
☐ Water Supply Aquifer Test Observation Well
☐ Other (explain) _____

☐ Spill Site
☒ ISRA Site
☐ CERCLA (Superfund) Site

CASE I.D. Number
E85-647-648-649

This Space for Approval Stamp
WELL PERMIT APPROVED N.J. DEP
FEB 25 2005
BUREAU OF WATER ALLOCAT

FOR D.E.P. USE  ☐ Issuance of this permit is subject to the conditions attached. (see next page)   ☒ For monitoring purposes only

SEE REVERSE SIDE FOR IMPORTANT PROVISIONS PERTAINING TO THIS PERMIT.
In compliance with N.J.S.A. 58:4A-14, application is made for a permit to drill a well as described above.

Date 2-18-05   Signature of Driller _Richard W Metcalf Jr_   Registration No. 1085M
Signature of Property Owner _Britt Hauenstein as agent for owner_

LITGO-RCRA0005847

New Jersey Department of Environmental Protection
Bureau of Water Allocation

## MONITORING WELL RECORD

Well Permit Number

2500064967

Atlas Sheet Coordinates

2532833

OWNER IDENTIFICATION   MIAN REALTY

Address   6 KIRBY AVE

ity   Somerville           State    New Jersey           Zip Code  08876

WELL LOCATION - If not the same as owner please give address     Owner's Well No.  VP-1

ounty  Somerset       Municipality   Somerville Boro       Lot No.  4.02   Block No.   1

Address   6 KIRBY AVE

ELL USE  Monitoring

DATE WELL STARTED   3/11/05

DATE WELL COMPLETED  3/15/05

### ELL CONSTRUCTION

Total Depth Drilled _____ 36 ____ ft.

nished Well Depth ___ 36 ___ ft.

orehole Diameter:

Top ____ 10 ___ in.

Bottom ___ 6 ___ in.

Well was finished: ☐ above grade
☒ flush mounted

finished above grade, casing height
(stick up) above land surface ____ ft.

eel protective casing installed?
☐ Yes  ☒ No

tatic Water Level after drilling _ 18 _ ft.

ater Level was Measured Using  m-scope

Well was developed for ___ 1 ___ hours

_ 1/2 _ gpm

method of development   Submersible pump

Pump Capacity _____ gpm

ump Type _____

Drilling Fluid  air      Type of Rig  Reichdrill 650

ealth and Safety Plan Submitted? ☒ Yes  ☐ No

Level of Protection used on site (circle one)   None  (D )  C   B   A

| Note: Measure all depths from land surface | Depth to Top (ft.) | Depth to Bottom (ft.) | Diameter (inches) | Material | Wgt./Rating (lbs/sch no.) |
|---|---|---|---|---|---|
| Single/Inner Casing | 0 | 16 | 6 | Steel | 19/40S |
| Middle Casing (for triple cased wells only) | | | | | |
| Outer Casing (largest diameter) | | | | | |
| Open Hole | 16 | 36 | 6 | | |
| Blank Casings (No. Used        ) | | | | | |
| Tail Piece | | | | | |
| Gravel Pack | | | | | |
| Grout | 0 | 16 | 10x6 | Neat Cement Bentonite | 470 lbs 25 lbs |

Grouting Method  Pressure grout w/tremie

Drilling Method  Air rotary

### GEOLOGIC LOG

Note each depth where water was encountered in consolidated formations

| | | |
|---|---|---|
| 0' - 4' | Fill | |
| 4' - 6' | Shale & clay | |
| 6' - 36' | Shale | |

I certify that I have constructed the above referenced well in
cordance with all well permit requirements and applicable State
les and regulations.

Drilling Company  SAMUEL STOTHOFF CO INC

ell Driller (Print)   Jim Hall

Driller's Signature _____

egistration No. ___ 1469 ___   Date  4 /19/ 05

### AS-BUILT WELL LOCATION
(NAD 83 HORIZONTAL DATUM)

NJ STATE PLANE COORDINATE IN US SURVEY FEET

NORTHING:_____  EASTING:_____

OR

LATITUDE: __ ° __ ' __ "  LONGITUDE: __ ° __ ' __ "

RIGINAL: DEP            COPIES:   DRILLER          OWNER          HEALTH DEPARTMENT

New Jersey Department of Environmental Protection
Bureau of Water Allocation

## MONITORING WELL RECORD

Well Permit Number
2500064968

Atlas Sheet Coordinates
2532833

OWNER IDENTIFICATION   MIAN REALTY

Address   6 KIRBY AVE

City   Somerville       State   New Jersey       Zip Code   08876

WELL LOCATION - If not the same as owner please give address       Owner's Well No.   VP-2

County   Somerset       Municipality   Somerville Boro       Lot No.   4.02   Block No.   1

Address   6 KIRBY AVE

WELL USE   Monitoring

DATE WELL STARTED   3/11/05

DATE WELL COMPLETED   3/15/05

### WELL CONSTRUCTION

Total Depth Drilled   36   ft.

Finished Well Depth   36   ft.

Borehole Diameter:

Top   10   in.

Bottom   6   in.

Well was finished: ☐ above grade
☒ flush mounted

finished above grade, casing height
(stick up) above land surface   –   ft.

Steel protective casing installed?

☐ Yes   ☒ No

Static Water Level after drilling   18   ft.

Water Level was Measured Using   m-scope

Well was developed for   1   hours

@   1/2   gpm

Method of development   Submersible pump

Pump Capacity       gpm

Pump Type

Drilling Fluid   Air       Type of Rig   Reichdrill 650

Health and Safety Plan Submitted? ☒ Yes   ☐ No

Level of Protection used on site (circle one)   None   (D)   C   B   A

| Note: Measure all depths from land surface | Depth to Top (ft.) | Depth to Bottom (ft.) | Diameter (inches) | Material | Wgt./Rating (lbs/sch no.) |
|---|---|---|---|---|---|
| Single/Inner Casing | 0 | 16 | 6 | Steel | 19/40S |
| Middle Casing (for triple cased wells only) | | | | | |
| Outer Casing (largest diameter) | | | | | |
| Open Hole | 16 | 36 | 6 | | |
| Blank Casings (No. Used   ) | | | | | |
| Tail Piece | | | | | |
| Gravel Pack | | | | | |
| Grout | 0 | 16 | 10x6 | Neat Cement Bentonite | 470 lbs 25 lbs |

Grouting Method   Pressure grout w/tremie

Drilling Method   Air rotary

### GEOLOGIC LOG

Note each depth where water was encountered in consolidated formations

| | |
|---|---|
| 0' - 4' | Fill |
| 4' - 5' | Broken shale |
| 5' - 36' | Shale |

Water at 20'

I certify that I have constructed the above referenced well in accordance with all well permit requirements and applicable State rules and regulations.

Drilling Company   SAMUEL STOTHOFF CO INC

Well Driller (Print)   Jim Hall

Driller's Signature

Registration No.   1469J       Date   4/19/05

### AS-BUILT WELL LOCATION
### (NAD 83 HORIZONTAL DATUM)

NJ STATE PLANE COORDINATE IN US SURVEY FEET

NORTHING:_____   EASTING:_____

OR

LATITUDE:__°__'__"   LONGITUDE:__°__'__"

ORIGINAL: DEP       COPIES:   DRILLER       OWNER       HEALTH DEPARTMENT

LITGO-RCRA0005849

New Jersey Department of Environmental Protection
Bureau of Water Allocation

## MONITORING WELL RECORD

Well Permit Number

2500064969

Atlas Sheet Coordinates

2532833

OWNER IDENTIFICATION   MIAN REALTY

| | | | |
|---|---|---|---|
| Address | 6 KIRBY AVE | | |
| City | Somerville | State   New Jersey | Zip Code  08876 |

WELL LOCATION - If not the same as owner please give address      Owner's Well No.    VP-3

County  Somerset      Municipality  Somerville Boro      Lot No.    4.02   Block No.    1

Address   6 KIRBY AVE

WELL USE  Monitoring

DATE WELL STARTED    3/14/05
DATE WELL COMPLETED   3/15/05

### WELL CONSTRUCTION

Total Depth Drilled        36   ft.
Finished Well Depth       36   ft.
Borehole Diameter:
        Top        10   in.
        Bottom      6   in.

Well was finished:  ☐ above grade
                    ☒ flush mounted
If finished above grade, casing height
(stick up) above land surface    –   ft.

Steel protective casing installed?
☐ Yes    ☒ No

Static Water Level after drilling  20  ft.

Water Level was Measured Using    m-scope

Well was developed for    1   hours

: 1/2   gpm

Method of development    Submersible pump

Pump Capacity _____ gpm

Pump Type _____

Drilling Fluid        Air        Type of Rig  Reichdrill 650

Health and Safety Plan Submitted? ☒ Yes    ☐ No

Level of Protection used on site (circle one)   None  (D)  C  B  A

| Note: Measure all depths from land surface | Depth to Top (ft.) | Depth to Bottom (ft.) | Diameter (inches) | Material | Wgt/Rating (lbs/sch no.) |
|---|---|---|---|---|---|
| Single/Inner Casing | 0 | 16 | 6 | Steel | 19/40S |
| Middle Casing (for triple cased wells only) | | | | | |
| Outer Casing (largest diameter) | | | | | |
| Open Hole | 16 | 36 | 6 | | |
| Blank Casings (No. Used         ) | | | | | |
| Tail Piece | | | | | |
| Gravel Pack | | | | | |
| Grout | 0 | 16 | 10x6 | Neat Cement Bentonite | 470 lbs 25 lbs |

Grouting Method  Pressure grout w/tremie
Drilling Method  Air rotary

### GEOLOGIC LOG

Note each depth where water was encountered in consolidated formations

| 0' – 3' | Fill |
|---|---|
| 3' – 6' | Clay |
| 6' – 36' | Shale |

I certify that I have constructed the above referenced well in accordance with all well permit requirements and applicable State rules and regulations.

Drilling Company  SAMUEL STOTHOFF CO INC
Well Driller (Print)    Jim Hall
Driller's Signature _____
Registration No.    1409J        Date   4 /19/ 05

### AS-BUILT WELL LOCATION
(NAD 83 HORIZONTAL DATUM)

NJ STATE PLANE COORDINATE IN US SURVEY FEET

NORTHING:_____   EASTING:_____

OR

LATITUDE:  °  '  "   LONGITUDE:  °  '  "

ORIGINAL: DEP          COPIES:   DRILLER          OWNER          HEALTH DEPARTMENT

LITGO-RCRA0005850

New Jersey Department of Environmental Protection
Bureau of Water Allocation

## MONITORING WELL RECORD

Well Permit Number
2500064970

Atlas Sheet Coordinates
2532833

OWNER IDENTIFICATION    MIAN REALTY

| | |
|---|---|
| Address | 6 KIRBY AVE |
| City | Somerville    State    New Jersey    Zip Code 08876 |

WELL LOCATION - If not the same as owner please give address    Owner's Well No.    VP-4

County Somerset    Municipality Somerville Boro.    Lot No.  4.02   Block No.  1

Address  6 KIRBY AVE

WELL USE Monitoring

DATE WELL STARTED  3/14/05

DATE WELL COMPLETED  3/15/05

WELL CONSTRUCTION

Total Depth Drilled  36 ft.

Finished Well Depth  36 ft.

Borehole Diameter:

Top  10 in.

Bottom  6 in.

Well was finished: ☐ above grade  ☒ flush mounted

finished above grade, casing height
(stick up) above land surface ___ ft.

Steel protective casing installed?

☐ Yes  ☒ No

Static Water Level after drilling  18 ft.

Water Level was Measured Using  m-scope

Well was developed for  1  hours

1/2 gpm

Method of development  Submersible pump

Pump Capacity _____ gpm

Pump Type _____

Drilling Fluid  air  Type of Rig Reichdrill 650

Health and Safety Plan Submitted? ☒ Yes  ☐ No

Level of Protection used on site (circle one)  None ( D )  C  B  A

| Note: Measure all depths from land surface | Depth to Top (ft.) | Depth to Bottom (ft.) | Diameter (inches) | Material | Wgt/Rating (lbs/sch no.) |
|---|---|---|---|---|---|
| Single/Inner Casing | 0 | 16 | 6 | Steel | 19/40S |
| Middle Casing (for triple cased wells only) | | | | | |
| Outer Casing (largest diameter) | | | | | |
| Open Hole | 16 | 36 | 6 | | |
| Blank Casings (No. Used        ) | | | | | |
| Tail Piece | | | | | |
| Gravel Pack | | | | | |
| Grout | 0 | 16 | 10x6 | Neat Cement Bentonite | 470 lbs 25 lbs |

Grouting Method  Pressure grout w/tremie

Drilling Method  Air rotary

### GEOLOGIC LOG

Note each depth where water was encountered in consolidated formations

0' - 3'   Fill
3' - 5'   Clay
5' - 36'  Shale

Water at 20'

I certify that I have constructed the above referenced well in accordance with all well permit requirements and applicable State rules and regulations.

Drilling Company  SAMUEL STOTHOFF CO INC

Well Driller (Print)  Jim Hall

Driller's Signature  Jim Hall

Registration No.  14695    Date  4/19/05

### AS-BUILT WELL LOCATION
### (NAD 83 HORIZONTAL DATUM)

NJ STATE PLANE COORDINATE IN US SURVEY FEET

NORTHING: _____    EASTING: _____

OR

LATITUDE: __° __' __"  LONGITUDE: __° __' __"

ORIGINAL: DEP    COPIES:  DRILLER    OWNER    HEALTH DEPARTMENT

LITGO-RCRA0005851

New Jersey Department of Environmental Protection
Bureau of Water Allocation

## MONITORING WELL RECORD

Well Permit Number
2500064971

Atlas Sheet Coordinates
2532833

OWNER IDENTIFICATION   MIAN REALTY

Address    6 KIRBY AVE

City    Somerville                  State    New Jersey              Zip Code  08876

WELL LOCATION - If not the same as owner please give address    Owner's Well No.    MW-21

County  Somerset       Municipality  Somerville Boro        Lot No.   4.02   Block No.   1

Address   6 KIRBY AVE

WELL USE  Monitoring

DATE WELL STARTED   3/9/05
DATE WELL COMPLETED  3/15/05

### WELL CONSTRUCTION

Total Depth Drilled    50  ft.

Finished Well Depth    50  ft.

Borehole Diameter:
Top    10  in.
Bottom    6  in.

Well was finished: ☐ above grade
☒ flush mounted
finished above grade, casing height
(stick up) above land surface   –  ft.

Steel protective casing installed?
☐ Yes    ☒ No

Static Water Level after drilling  25 ft.

Water Level was Measured Using  m-scope

Well was developed for    1    hours

1 1/2  gpm

Method of development   Submersible pump

Pump Capacity _____ gpm

Pump Type

Drilling Fluid    Air    Type of Rig  Reichdrill 650

Health and Safety Plan Submitted? ☒ Yes   ☐ No

Level of Protection used on site (circle one)    None ( D ) C   B   A

| Note: Measure all depths from land surface | Depth to Top (ft.) | Depth to Bottom (ft.) | Diameter (inches) | Material | Wgt./Rating (lbs/sch no.) |
|---|---|---|---|---|---|
| Single/Inner Casing | 0 | 30 | 6 | Steel | 19/40S |
| Middle Casing (for triple cased wells only) | | | | | |
| Outer Casing (largest diameter) | | | | | |
| Open Hole | 30 | 50 | 6 | | |
| Blank Casings (No. Used          ) | | | | | |
| Tail Piece | | | | | |
| Gravel Pack | | | | | |
| Grout | 0 | 30 | 10x6 | Neat Cement Bentonite | 846 lbs 50 lbs |

Grouting Method  Pressure grout w/tremie
Drilling Method  Air rotary

### GEOLOGIC LOG

Note each depth where water was encountered in consolidated formations

| | |
|---|---|
| 0' – 6' | black top |
| 6' – 5' | Fill |
| 5' – 6' | Clay |
| 6' – 50' | Shale |

I certify that I have constructed the above referenced well in accordance with all well permit requirements and applicable State rules and regulations.

Drilling Company  SAMUEL STOTHOFF CO INC

Well Driller (Print)   Jim Hall

Driller's Signature  _____

Registration No.   1468J   Date   4/19/05

### AS-BUILT WELL LOCATION
(NAD 83 HORIZONTAL DATUM)

NJ STATE PLANE COORDINATE IN US SURVEY FEET

NORTHING: _____   EASTING: _____

OR

LATITUDE: __° __' __"   LONGITUDE: __° __' __"

ORIGINAL: DEP        COPIES:   DRILLER      OWNER      HEALTH DEPARTMENT

LITGO-RCRA0005852

New Jersey Department of Environmental Protection
Bureau of Water Allocation

## MONITORING WELL RECORD

Well Permit Number
2500064972

Atlas Sheet Coordinates
2532833

OWNER IDENTIFICATION    MIAN REALTY

Address    6 KIRBY AVE

City    Somerville    State    New Jersey    Zip Code    08876

WELL LOCATION - If not the same as owner please give address    Owner's Well No.    MW-22

County    Somerset    Municipality    Somerville Boro    Lot No.    4.02    Block No.    1

Address    6 KIRBY AVE

WELL USE    Monitoring

DATE WELL STARTED    3/8/05
DATE WELL COMPLETED    3/9/05

### WELL CONSTRUCTION

Total Depth Drilled    50    ft.

Finished Well Depth    50    ft.

Borehole Diameter:

Top    10    in.

Bottom    6    in.

Well was finished: ☐ above grade
☒ flush mounted

finished above grade, casing height
(stick up) above land surface    -    ft.

Steel protective casing installed?
☐ Yes    ☒ No

Static Water Level after drilling    25    ft.

Water Level was Measured Using    m-scope

Well was developed for    1    hours

: 1/2    gpm

Method of development    submersible pump

Pump Capacity _____ gpm

: Pump Type    air

Drilling Fluid _____ Type of Rig    Reichdrill 650

Health and Safety Plan Submitted? ☒ Yes    ☐ No

Level of Protection used on site (circle one)    None ( D )  C  B  A

| Note: Measure all depths from land surface | Depth to Top (ft.) | Depth to Bottom (ft.) | Diameter (inches) | Material | Wgt/Rating (lbs/sch no.) |
|---|---|---|---|---|---|
| Single/Inner Casing | 0 | 30 | 6 | Steel | 19/40S |
| Middle Casing (for triple cased wells only) | | | | | |
| Outer Casing (largest diameter) | | | | | |
| Open Hole | 30 | 50 | 6 | | |
| Blank Casings (No. Used         ) | | | | | |
| Tail Piece | | | | | |
| Gravel Pack | | | | | |
| Grout | 0 | 30 | 10x6 | Neat Cement Bentonite | 564 lbs 50 lbs |

Grouting Method    Pressure grout w/tremie
Drilling Method    Air rotary

### GEOLOGIC LOG

Note each depth where water was encountered in consolidated formations

| | |
|---|---|
| 0' - 9' | Cinders & gravel |
| 9' - 11' | Clay |
| 11' - 50' | Shale |

Water at 33' 35'

I certify that I have constructed the above referenced well in accordance with all well permit requirements and applicable State rules and regulations.

Drilling Company    SAMUEL STOTHOFF CO INC

Well Driller (Print)    Jim Hall

Driller's Signature _____

Registration No.    1469J    Date    4/19/05

### AS-BUILT WELL LOCATION
(NAD 83 HORIZONTAL DATUM)

NJ STATE PLANE COORDINATE IN US SURVEY FEET

NORTHING: _____    EASTING: _____

OR

LATITUDE: ___°___'___"    LONGITUDE: ___°___'___"

ORIGINAL: DEP    COPIES:    DRILLER    OWNER    HEALTH DEPARTMENT

LITGO-RCRA0005853

New Jersey Department of Environmental Protection
Bureau of Water Allocation

## MONITORING WELL RECORD

Well Permit Number

2500064973

Atlas Sheet Coordinates

2532833

OWNER IDENTIFICATION   MIAN REALTY

Address   6 KIRBY AVE

ty   Somerville          State   New Jersey          Zip Code  08876

WELL LOCATION - If not the same as owner please give address          Owner's Well No.   MW-11A

ounty  Somerset      Municipality  Somerville Boro          Lot No.   4.02   Block No.   I

Address   6 KIRBY AVE

ELL USE  Monitoring

DATE WELL STARTED   3/10/05

DATE WELL COMPLETED   3/15/05

### ELL CONSTRUCTION

Total Depth Drilled   100  ft.

nished Well Depth   100  ft.

orehole Diameter:

Top   15¼"  in.

Bottom   6  in.

Well was finished: ☐ above grade
☒ flush mounted

finished above grade, casing height
(stick up) above land surface   -  ft.

el protective casing installed?

☐ Yes   ☒ No

Static Water Level after drilling  25 ft.

ater Level was Measured Using  m-scope

Well was developed for   1   hours

;   2   gpm

method of development   Submersible pump

Pump Capacity          gpm

] mp Type

Drilling Fluid   air   Type of Rig  Reichdrill 650

] alth and Safety Plan Submitted? ☒ Yes   ☐ No

Level of Protection used on site (circle one)   None  (D)  C  B   A

| Note: Measure all depths from land surface | Depth to Top (ft.) | Depth to Bottom (ft.) | Diameter (inches) | Material | Wgt./Rating (lbs/sch no.) |
|---|---|---|---|---|---|
| Single/Inner Casing | 0 | 80 | 6 | Steel | 19/40S |
| Middle Casing (for triple cased wells only) | | | | | |
| Outer Casing (largest diameter) | 0 | 60 | 10 | Steel | 40/40S |
| Open Hole | 80 | 100 | 6 | | |
| Blank Casings (No. Used   ) | | | | | |
| Tail Piece | | | | | |
| Gravel Pack | | | | | |
| Grout | 0 / 0 | 60 / 80 | 5¼x10 / 0x6 | Neat Cement Bentonite | 4324 lbs / 230 lbs |

Grouting Method   Pressure grout w/tremie

Drilling Method   Air rotary

### GEOLOGIC LOG

Note each depth where water was encountered in consolidated formations

0' - 4'  Fill

4' - 6'  Clay & shale

6' - 100' Shale

Water at 95'

I certify that I have constructed the above referenced well in
cordance with all well permit requirements and applicable State
les and regulations.

Drilling Company  SAMUEL STOTHOFF CO INC

ell Driller (Print)   Jim Hall

Driller's Signature   [signature]

gistration No.   1489J   Date   4/19/05

### AS-BUILT WELL LOCATION
(NAD 83 HORIZONTAL DATUM)

NJ STATE PLANE COORDINATE IN US SURVEY FEET

NORTHING:_____   EASTING:_____

OR

LATITUDE:___°___'___"  LONGITUDE:___°___'___"

RIGINAL: DEP          COPIES:   DRILLER          OWNER          HEALTH DEPARTMENT

LITGO-RCRA0005854

# EXHIBIT Z




# Water Monitoring & Standards

njdep home | about dep | index by topic | programs/units | dep online

Ground Water Quality Standards N.J.A.C. 7:9C

## Appendix Table 1 - Specific Ground Water Quality Criteria

Specific Ground Water Quality Criteria - Class IIA and Practical Quantitation Levels

| Constituent | CASRN | Ground Water Quality Criterion | Practical Quantitation Level (PQL) * | Higher of PQL and Ground Water Quality Criterion (ug/L)* |
|---|---|---|---|---|
| Acenaphthene | 83-32-9 | 400 | 10 | 400 |
| Acetone | 67-64-1 | 6,000 | 10 | 6,000 |
| Acetophenone | 98-86-2 | 700 | 10 | 700 |
| Acrolein | 107-02-8 | 4 | 5 | 5 |
| Acrylamide | 79-06-1 | 0.008 | 0.2 | 0.2 |
| Acrylonitrile | 107-13-1 | 0.06 | 2 | 2 |
| Adipates (Di(2-ethylhexyl) adipate) (DEHA) | 103-23-1 | 30 | 3 | 30 |
| Alachlor | 15972-60-8 | 0.4 | 0.1 | 0.4 |
| Aldicarb sulfone | 1646-88-4 | 7 | 0.3 | 7 |
| Aldrin | 309-00-2 | 0.002 | 0.04 | 0.04 |
| Aluminum | 7429-90-5 | 200 | 30 | 200 |
| Ammonia (Total) | 7664-41-7 | 3,000 | 200 | 3,000 |
| Aniline | 62-53-3 | 6 | 2 | 6 |
| Anthracene | 120-12-7 | 2,000 | 10 | 2,000 |
| Antimony (Total) | 7440-36-0 | 6 | 3 | 6 |

| | | | | |
|---|---|---|---|---|
| Arsenic (Total) | 7440-38-2 | 0.02 | 3 | 3 |
| Asbestos | 1332-21-4 | 7X10$^6$f/L>10um$^a$ | 10$^6$f/L>10um$^a$ | 7X10$^6$f/L>10um$^a$ |
| Atrazine | 1912-24-9 | 3 | 0.1 | 3 |
| Barium ** | 7440-39-3 | 6,000 | 200 | 6,000 |
| Benz(a)anthracene | 56-55-3 | 0.05 | 0.1 | 0.1 |
| Benzene | 71-43-2 | 0.2 | 1 | 1 |
| Benzidine | 92-87-5 | 0.0002 | 20 | 20 |
| Benzo(a)pyrene (BaP) | 50-32-8 | 0.005 | 0.1 | 0.1 |
| Benzo(b)fluoranthene (3,4-Benzofluoranthene) | 205-99-2 | 0.05 | 0.2 | 0.2 |
| Benzo(k)fluoranthene | 207-08-9 | 0.5 | 0.3 | 0.5 |
| Benzoic acid | 65-85-0 | 30,000 | 50 | 30,000 |
| Benzyl alcohol | 100-51-6 | 2,000 | 20 | 2,000 |
| Beryllium | 7440-41-7 | 1 | 1 | 1 |
| alpha-BHC- (alpha-HCH) | 319-84-6 | 0.006 | 0.02 | 0.02 |
| beta-BHC (beta-HCH) | 319-85-7 | 0.02 | 0.04 | 0.04 |
| gamma-BHC (gamma-HCH/Lindane) | 58-89-9 | 0.03 | 0.02 | 0.03 |
| 1,1-Biphenyl | 92-52-4 | 400 | 10 | 400 |
| Bis(2-chloroethyl) ether | 111-44-4 | 0.03 | 7 | 7 |
| Bis(2-chloroisopropyl) ether | 108-60-1 | 300 | 10 | 300 |
| Bis(2-ethylhexyl) phthalate (DEHP) | 117-81-7 | 2 | 3 | 3 |
| Bromodichloromethane (Dichlorobromomethane) | 75-27-4 | 0.6 | 1 | 1 |
| Bromoform | 75-25-2 | 4 | 0.8 | 4 |
| n-Butanol (n-Butyl alcohol) | 71-36-3 | 700 | 20 | 700 |
| tertiary-Butyl alcohol (TBA) | 75-65-0 | 100 | 2 | 100 |

| Butylbenzyl phthalate | 85-68-7 | 100 | 1 | 100 |
|---|---|---|---|---|
| Cadmium | 7440-43-9 | 4 | 0.5 | 4 |
| Camphor | 76-22-2 | 1,000 | 0.5 | 1,000 |
| Carbofuran | 1563-66-2 | 40 | 0.5 | 40 |
| Carbon disulfide | 75-15-0 | 700 | 1 | 700 |
| Carbon tetrachloride | 56-23-5 | 0.4 | 1 | 1 |
| Chlordane | 57-74-9 | 0.01 | 0.5 | 0.5 |
| Chloride | 16887-00-6 | 250,000 | 2,000 | 250,000 |
| 4-Chloroaniline (p-Chloroaniline) | 106-47-8 | 30 | 10 | 30 |
| Chlorobenzene (Monochlorobenzene) | 108-90-7 | 50 | 1 | 50 |
| Chloroform | 67-66-3 | 70 | 1 | 70 |
| 2-Chloronaphthalene | 91-58-7 | 600 | 10 | 600 |
| 2-Chlorophenol | 95-57-8 | 40 | 20 | 40 |
| Chlorpyrifos | 2921-88-2 | 20 | 0.1 | 20 |
| Chromium (Total) | 7440-47-3 | 70 | 1 | 70 |
| Chrysene | 218-01-9 | 5 | 0.2 | 5 |
| Color | | 10 CU | 5 CU | 10 CU |
| Copper | 7440-50-8 | 1,300 | 4 | 1,300 |
| Cumene (Isopropyl benzene) | 98-82-8 | 700 | 1 | 700 |
| Cyanide (free Cyanide) | 57-12-5 | 100 | 6 | 100 |
| 2,4-D (2,4-Dichlorophenoxyacetic acid) | 94-75-7 | 70 | 2 | 70 |
| Dalapon (2,2-Dichloropropionic acid) | 75-99-0 | 200 | 0.1 | 200 |
| 4,4'-DDD (p,p'-TDE) | 72-54-8 | 0.1 | 0.02 | 0.1 |
| 4,4'-DDE | 72-55-9 | 0.1 | 0.01 | 0.1 |

| | | | | |
|---|---|---|---|---|
| 4,4'-DDT | 50-29-3 | 0.1 | 0.1 | 0.1 |
| Demeton | 8065-48-3 | 0.3 | 1 | 1 |
| Dibenz(a,h)anthracene | 53-70-3 | 0.005 | 0.3 | 0.3 |
| Dibromochloromethane (Chlorodibromomethane) | 124-48-1 | 0.4 | 1 | 1 |
| 1,2-Dibromo-3-chloropropane (DBCP) | 96-12-8 | 0.02 | 0.02 | 0.02 |
| Di-n-butyl phthalate | 84-74-2 | 700 | 1 | 700 |
| 1,2-Dichlorobenzene (ortho) | 95-50-1 | 600 | 5 | 600 |
| 1,3-Dichlorobenzene (meta) | 541-73-1 | 600 | 5 | 600 |
| 1,4-Dichlorobenzene (para) | 106-46-7 | 75 | 5 | 75 |
| 3,3-Dichlorobenzidine | 91-94-1 | 0.08 | 30 | 30 |
| Dichlorodifluoromethane (Freon 12) | 75-71-8 | 1,000 | 2 | 1,000 |
| 1,1-Dichloroethane (1,1-DCA) | 75-34-3 | 50 | 1 | 50 |
| 1,2-Dichloroethane | 107-06-2 | 0.3 | 2 | 2 |
| 1,1-Dichloroethylene (1,1-DCE) | 75-35-4 | 1 | 1 | 1 |
| cis-1,2-Dichloroethylene | 156-59-2 | 70 | 1 | 70 |
| trans-1,2-Dichloroethylene | 156-60-5 | 100 | 1 | 100 |
| 2,4-Dichlorophenol (DCP) | 120-83-2 | 20 | 10 | 20 |
| 1,2-Dichloropropane | 78-87-5 | 0.5 | 1 | 1 |
| 1,3-Dichloropropene (cis and trans) | 542-75-6 | 0.4 | 1 | 1 |
| Dieldrin | 60-57-1 | 0.002 | 0.03 | 0.03 |
| Diethyl phthalate | 84-66-2 | 6,000 | 1 | 6,000 |
| Diisodecyl phthalate (DIDP) | 26761-40-0 | 100 | 3 | 100 |
| Diisopropyl ether (DIPE) | 108-20-3 | 20,000 | 5 | 20,000 |
| 2,4-Dimethyl phenol | 105-67-9 | 100 | 20 | 100 |

| | | | | |
|---|---|---|---|---|
| 2,4-Dinitrophenol | 51-28-5 | 10 | 40 | 40 |
| 2,4-Dinitrotoluene/2,6-Dinitrotoluene Mix | 25321-14-6 | 0.05 | 10 | 10 |
| Di-n-octyl phthalate | 117-84-0 | 100 | 10 | 100 |
| Dinoseb | 88-85-7 | 7 | 2 | 7 |
| Diphenylamine | 122-39-4 | 200 | 20 | 200 |
| 1,2-Diphenylhydrazine | 122-66-7 | 0.04 | 20 | 20 |
| Diquat | 85-00-7 | 20 | 2 | 20 |
| Endosulfan (alpha and beta) | 115-29-7 | 40 | 0.1 | 40 |
| alpha-Endosulfan (Endosulfan I) | 959-98-8 | 40 | 0.02 | 40 |
| beta-Endosulfan (Endosulfan II) | 33213-65-9 | 40 | 0.04 | 40 |
| Endosulfan sulfate | 1031-07-8 | 40 | 0.02 | 40 |
| Endothall | 145-73-3 | 100 | 60 | 100 |
| Endrin | 72-20-8 | 2 | 0.03 | 2 |
| Epichlorohydrin | 106-89-8 | 4 | 5 | 5 |
| Ethion | 563-12-2 | 4 | 0.5 | 4 |
| Ethyl acetate | 141-78-6 | 6,000 | 10 | 6,000 |
| Ethylbenzene | 100-41-4 | 700 | 2 | 700 |
| Ethylene dibromide (1,2-Dibromoethane) | 106-93-4 | 0.0004 | 0.03 | 0.03 |
| Ethylene glycol | 107-21-1 | 300 | 200 | 300 |
| Ethylene glycol monomethyl ether | 109-86-4 | 7 | 20,000 | 20,000 |
| Ethyl ether | 60-29-7 | 1,000 | 50 | 1,000 |
| Fluoranthene | 206-44-0 | 300 | 10 | 300 |
| Fluorene | 86-73-7 | 300 | 1 | 300 |
| Fluoride | 7782-41-4 | 2,000 | 500 | 2,000 |

| | | | | |
|---|---|---|---|---|
| Foaming agents (ABS/LAS) | | 500 | 0.5 | 500 |
| Formaldehyde | 50-00-0 | 100 | 30 | 100 |
| Glyphosate | 1071-83-6 | 700 | 30 | 700 |
| Hardness (as CaCO3) | | 250,000 | 10,000 | 250,000 |
| Heptachlor | 76-44-8 | 0.008 | 0.05 | 0.05 |
| Heptachlor epoxide | 1024-57-3 | 0.004 | 0.2 | 0.2 |
| Hexachlorobenzene | 118-74-1 | 0.02 | 0.02 | 0.02 |
| Hexachlorobutadiene | 87-68-3 | 0.4 | 1 | 1 |
| Hexachlorocyclopentadiene | 77-47-4 | 40 | 0.5 | 40 |
| Hexachloroethane | 67-72-1 | 2 | 7 | 7 |
| Hexane (n-Hexane) | 110-54-3 | 30 | 5 | 30 |
| Indeno (1,2,3-cd)pyrene | 193-39-5 | 0.05 | 0.2 | 0.2 |
| Iron | 7439-89-6 | 300 | 20 | 300 |
| Isophorone | 78-59-1 | 40 | 10 | 40 |
| Lead (Total) | 7439-92-1 | 5 | 5 | 5 |
| Malathion | 121-75-5 | 100 | 0.6 | 100 |
| Manganese | 7439-96-5 | 50 | 0.4 | 50 |
| Mercury (Total) | 7439-97-6 | 2 | 0.05 | 2 |
| Methanol | 67-56-1 | 4,000 | 70 | 4,000 |
| Methoxychlor | 72-43-5 | 40 | 0.1 | 40 |
| Methyl acetate | 79-20-9 | 7,000 | 0.5 | 7,000 |
| Methyl bromide (Bromomethane) | 74-83-9 | 10 | 1 | 10 |
| Methylene chloride | 75-09-2 | 3 | 1 | 3 |
| Methyl ethyl ketone (2-Butanone) (MEK) | 78-93-3 | 300 | 2 | 300 |
| Methyl Salicylate | 119-36-8 | 4,000 | 50 | 4,000 |

NJDEP-WMS, Appendix Table 1 - Ground Water Quality Criteria          Page 7 of 10

| | | | | |
|---|---|---|---|---|
| Methyl tertiary butyl ether (MTBE) | 1634-04-4 | 70 | 1 | 70 |
| Mirex | 2385-85-5 | 0.1 | 0.08 | 0.1 |
| Molybdenum | 7439-98-7 | 40 | 2 | 40 |
| Naphthalene | 91-20-3 | 300 | 2 | 300 |
| Nickel (Soluble salts) | 7440-02-0 | 100 | 4 | 100 |
| Nitrate | 14797-55-8 | 10,000 | 100 | 10,000 |
| Nitrite | 14797-65-0 | 1,000 | 10 | 1,000 |
| Nitrate and Nitrite | | 10,000 | 10 | 10,000 |
| Nitrobenzene | 98-95-3 | 4 | 6 | 6 |
| N-Nitrosodimethylamine | 62-75-9 | 0.0007 | 0.8 | 0.8 |
| N-Nitrosodiphenylamine | 86-30-6 | 7 | 10 | 10 |
| N-Nitrosodi-n-propylamine (Di-n-propylnitrosamine) | 621-64-7 | 0.005 | 10 | 10 |
| Odor | | 3b | NA | 3b |
| Oil & Grease & Petroleum Hydrocarbons | | None Noticeable | NA | None Noticeable |
| Oxamyl | 23135-22-0 | 200 | 1 | 200 |
| Parathion | 56-38-2 | 4 | 0.08 | 4 |
| PBBs (Polybrominated biphenyls) | 67774-32-7 | 0.004 | 0.001 | 0.004 |
| PCBs (Polychlorinated biphenyls) | 1336-36-3 | 0.02 | 0.5 | 0.5 |
| Pentachlorophenol | 87-86-5 | 0.3 | 0.1 | 0.3 |
| pH | | 6.5-8.5 | NA | 6.5-8.5 |
| Phenol | 108-95-2 | 2,000 | 10 | 2,000 |
| Picloram | 1918-02-1 | 500 | 1 | 500 |
| Pyrene | 129-00-0 | 200 | 0.1 | 200 |
| Salicylic acid | 69-72-7 | 80 | 30 | 80 |
| Selenium (Total) | 7782-49-2 | 40 | 4 | 40 |
| | 7440- | | | |

| | | | | |
|---|---|---|---|---|
| Silver | 22-4 | 40 | 1 | 40 |
| Simazine | 122-34-9 | 0.3 | 0.8 | 0.8 |
| Sodium | 7440-23-5 | 50,000 | 400 | 50,000 |
| Styrene | 100-42-5 | 100 | 2 | 100 |
| Sulfate | 14808-79-8 | 250,000 | 5,000 | 250,000 |
| Taste | | None Objectionable | NA | None Objectionable |
| TDS (Total dissolved solids) | | 500,000 | 10,000 | 500,000 |
| 2,3,7,8-Tetrachlorodibenzo-p-dioxin (TCDD) | 1746-01-6 | 0.0000002 | 0.00001 | 0.00001 |
| 1,1,1,2-Tetrachloroethane | 630-20-6 | 1 | 1 | 1 |
| 1,1,2,2-Tetrachloroethane | 79-34-5 | 1 | 1 | 1 |
| Tetrachloroethylene (PCE) | 127-18-4 | 0.4 | 1 | 1 |
| 2,3,4,6-Tetrachlorophenol | 58-90-2 | 200 | 3 | 200 |
| Tetrahydrofuran | 109-99-9 | 10 | 10 | 10 |
| Thallium | 7440-28-0 | 0.5 | 2 | 2 |
| Toluene ** | 108-88-3 | 600 | 1 | 600 |
| Toxaphene | 8001-35-2 | 0.03 | 2 | 2 |
| 2,4,5-TP (2-(2,4,5-Trichlorophenoxy)propionic acid) | 93-72-1 | 60 | 0.6 | 60 |
| 1,2,4-Trichlorobenzene | 120-82-1 | 9 | 1 | 9 |
| 1,1,1-Trichloroethane (TCA) | 71-55-6 | 30 | 1 | 30 |
| 1,1,2-Trichloroethane | 79-00-5 | 3 | 2 | 3 |
| Trichloroethene (TCE) | 79-01-6 | 1 | 1 | 1 |
| Trichlorofluoromethane (Freon 11) | 75-69-4 | 2,000 | 1 | 2,000 |
| 2,4,5-Trichlorophenol | 95-95-4 | 700 | 10 | 700 |
| | 88-06- | | | |

| | | | | |
|---|---|---|---|---|
| 2,4,6-Trichlorophenol | 2 | 1 | 20 | 20 |
| 1,2,3-Trichloropropane | 96-18-4 | 0.005 | 0.03 | 0.03 |
| Vanadium pentoxide | 1314-62-1 | 60 | 1 | 60 |
| Vinyl acetate | 108-05-4 | 7,000 | 5 | 7,000 |
| Vinyl chloride | 75-01-4 | 0.08 | 1 | 1 |
| Xylenes (Total) | 1330-20-7 | 1,000 | 2 | 1,000 |
| Zinc | 7440-66-6 | 2,000 | 10 | 2,000 |
| Microbiological criteria[m], Radionuclides & Turbidity | Standards promulgated in the Safe Drinking Water Act Regulations (N.J.A.C. 7:10-1 et seq.) | | | |

## Explanation of Terms:

| | | |
|---|---|---|
| * | = | Ground Water Quality Criteria and PQLs are expressed as ug/L unless otherwise noted. Table 1 criteria are all maximum values unless clearly indicated as a range for which the minimum value is to the left and the maximum value is to the right. |
| ** | = | revised via administrative change (see 39 N.J.R. 3538(a)). |
| PQL | = | Practical Quantitation Level as defined in N.J.A.C. 7:9C-1.4 |
| CASRN | = | Chemical Abstracts System Registration Number |
| NA | = | not available for this constituent. |
| a | = | Asbestos criterion is measured in terms of fibers/L longer than 10 micrometers (f/L > 10 um) |
| ug | = | micrograms, L = liter, f = fibers, CU= Standard Cobalt Units |
| b | = | Odor Threshold Number, mg = milligrams, H = Hardness |
| (Total) | = | means the concentration of metal in an unfiltered sample following treatment with hot dilute mineral acid (as defined in "Methods for Chemical Analysis of Water & Wastes", EPA-600/4-79-020, March 1979) or other digestion defined by the analytical method. However samples that contain less than 1 nephlometric turbidity unit (NTU) and are properly preserved, may be directly analyzed without digestion. |
| m | = | Pursuant to prevailing Safe Drinking Water Act Regulations any positive result for fecal coliform is in violation of the MCL and is therefore an exceedance of the ground water quality standards. |

back to top

---

Click here to see Ground Water Quality Standards N.J.A.C. 7:9C -- Appendix Table 2

---

contact dep I privacy notice I legal statement  

http://www.state.nj.us/dep/wms/bwqsa/

wms: wms home | bwqsa home

department: njdep home | about dep | index by topic | programs/units | dep online
statewide: njhome | my new jersey | people | business | government | departments | search

Copyright © State of New Jersey, 1996-2007
Department of Environmental Protection
P. O. Box 402
Trenton, NJ 08625-0402

Last Updated: September 18, 2007

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Kathleen P. Makowski, hereby certify that on the 14th day of August, 2008, I

caused a copy of the following documents to be served on the individuals on the attached service

list in the manner indicated:

> **EXHIBIT BOOK OF EXHIBITS IN SUPPORT OF DEBTORS'**
> **SUPPLEMENTAL RESPONSE AND OBJECTION TO MOTION OF**
> **MIAN REALTY, LLC REGARDING THE APPLICABILITY OF THE**
> **AUTOMATIC STAY.**

Kathleen P. Makowski (Bar No. 3648)

**W. R. Grace 2002 Service List**
Case No. 01-1139 (JKF)
Doc. No. 22588
041 - Hand Delivery
004 – Foreign First Class Mail
203 - First Class Mail


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to DIP Lender)
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Asbestos PI Committee)
Marla Eskin, Esquire
Mark Hurford, Esquire
Campbell & Levine, LLC
800 N. King Street
#300
Wilmington, DE 19801

*Hand Delivery*
)
William H. Sudell, Jr., Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel to The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Maryland Casualty)
Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Ingersoll-Rand Fluid Products
and State of Montana)
Francis A. Monaco, Jr., Esquire
Womble Carlye Sandridge & Rice LLC
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Asbestos PD Committee)
Michael B. Joseph, Esquire
Theodore J. Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

***Hand Delivery***
)
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

***Hand Delivery***
)
Joseph Grey, Esquire
Stevens & Lee
1105 N. Market Street, Suite 700
Wilmington, DE  19801-1270

***Hand Delivery***
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

***Hand Delivery***
)
Laurie Selber Silverstein, Esquire
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

***Hand Delivery***
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE  19801

***Hand Delivery***
(Counsel for General Electric Corporation)
Todd C. Schiltz, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE  19801

***Hand Delivery***
(Counsel for Reaud, Morgan & Quinn, Inc.
and Environmental Litigation Group, PC)
Kathleen Miller, Esquire
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE  19899

***Hand Delivery***
(Counsel to Century Indemnity Company)
Curtis Crowther, Esquire
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801

***Hand Delivery***
(Counsel to First Union Leasing)
John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, Suite 700
Wilmington, DE  19801-1270

***Hand Delivery***
(Counsel to Mark Hankin and HanMar
Associates, Fireman's Fund Insurance Co.)
Thomas G. Whalen, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE  19801

***Hand Delivery***
(Counsel to Equity Committee)
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE  19899-1397

***Hand Delivery***
(Counsel to Union Tank Car Company)
Rachel B. Mersky, Esquire
Monzack and Monaco, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE  19801

***Hand Delivery***
(Counsel to Royal Insurance)
Megan N. Harper, Esquire
Bifferato, Bifferato & Gentilotti
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE  19899

***Hand Delivery***
(Counsel to The Delaware Division of
Revenue)
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street
8th Floor
Wilmington, DE  19801

***Hand Delivery***
(Counsel to the Libby Mine Claimants)
Steven K. Kortanek, Esquire
Klehr, Harrison, Harvey, Branzburg &
Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE  19801

***Hand Delivery***
(L.A. Unified School District)
William F. Taylor, Jr., Esquire
McCarter & English, LLP
Mellon Bank Center
919 Market Street, Suite 1800
Wilmington, Delaware 19899

***Hand Delivery***
(Counsel to Prudential and Motley Rice
LLC)
Laurie S. Polleck, Esquire
Jaspan Schlesinger Hoffman, LLP
913 N. Market Street
Floor 12
Wilmington, DE  19801

***Hand Delivery***
(Counsel for David T. Austern)
John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE  19806

***Hand Delivery***
(Counsel to Libby Claimants)
Adam G. Landis, Esquire
Kerri K. Mumford, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 1600
Wilmington, DE  19801

***Hand Delivery***
(Counsel to Brayton Purcell, LLP)
Daniel K. Hogan, Esquire
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806

***Hand Delivery***
(Counsel to Allstate Insurance Company)
James S. Yoder, Esquire
White and Williams LLP
824 Market Street, Suite 902
Wilmington, DE  19899-0709

***Hand Delivery***
(Counsel to Everest Reinsurance Company
and Mt. McKinley Insurance Company)
Brian L. Kasprzak, Esquire
Marks, O'Neill, O'Brien and Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE  19801

***Hand Delivery***
(Counsel to American Employers Insurance Co, Employers
Commercial Union n/k/a OneBeacon America Insurance
Co and Unigard Insurance Co)
David P. Primack, Esquire
Drinker Biddle & Reath LLP
1100 North Market Street
Suite 1000
Wilmington, DE 19801-1254

***Hand Delivery***
(Counsel to U.S. Fire Insurance Company)
Ian Connor Bifferato, Esquire
Joseph K. Koury, Esquire
Bifferato, Gentilotti & Biden
1308 Delaware Avenue
P.O. Box 2165
Wilmington, DE 19899

***Hand Delivery***
(Counsel to Anderson Memorial Hospital)
Christopher D. Loizides, Esquire
Loizides & Associates
Legal Arts Bldg.
1225 King Street, Suite 800
Wilmingotn, DE 19801

***Hand Delivery***
(Counsel to PacifiCorp)
Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

***Hand Delivery***
(Counsel to CNA Financial Corporation)
Carmella P. Keener, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
P.O. Box 1070
Wilmington, DE 19899-1070

***Hand Delivery***
(Counsel to State of California, Dept. of
General Svcs)
Tobey M. Daluz, Esquire
Leslie C. Heilman, Esquire
Ballard Spahr Andrews & Ingersoll, LLP
919 N. Market Street, 12th Floor
Wilmington, DE 19801

***Hand Delivery***
(Counsel to Sealed Air Corporation)
Mark S. Chehi, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE 19899-0636

***Hand Delivery***
(Counsel to Zonolite Attic Litigation
Plaintiffs and Gamma Holding, NV)
William D. Sullivan, Esquire
4 E. 8th Street, Suite 400
Wilmington, DE 19801

***First Class Mail***
(Attorneys for PPG Industries, Inc.)
William M. Aukamp, Esquire
Archer & Greiner
300 Delaware Avenue, Suite 1370
Wilmington, DE 19801

***Hand Delivery***
)
Robert Jacobs, Esquire
Maria Rosoff Eskin
Jacobs & Crumplar, P.A.
2 East 7th Street
P.O. Box 1271
Wilmington, DE 19899

*Hand Delivery*
(Counsel to Macerich Fresno LP)
William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19899

*Foreign First Class Mail*
(Canadian Counsel to Debtor)
Derrick C. Tay
Ogilvy Renault LLP
Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J  2Z4
CANADA

*Foreign First Class Mail*
(Counsel to Canadian ZAI Claimants)
Yves Lauzon, Esquire
Michel Belanger, Esquire
LAUZON BELANGER, INC..
286 Saint-Paul West, Suite 100
Montréal (Québec) H2Y 2A3

*Foreign First Class Mail*
(Counsel to Her Majesty the Queen in Right
of Canada as represented by The Attorney
General of Canada)
Jacqueline Dais-Visca, Senior Counsel
Business Law Section
The Exchange Tower
King Street West 3400
C.P. 36
Toronto, Ontario M5X 1K6

*Foreign First Class Mail*
)
Gordon A. Davies
Chief Legal Officer
Nortel
195 The West Mall
Toronto, Ontario
M9C 5K1

*First Class Mail*
(Counsel to Zonolite Attic Litigation
Plaintiffs and Gamma Holding, NV)
William D. Sullivan, Esquire
4 E. 8th Street, Suite 400
Wilmington, DE  19801

*First Class Mail*
(Counsel to Debtor)
David B. Bernick, P.C.
Janet S. Baer, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

*First Class Mail*
(W. R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*First Class Mail*
(Counsel to Asbestos PI Committee)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

*First Class Mail*
(Official Committee of Unsecured
Creditors)
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

*First Class Mail*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

*First Class Mail*
(Counsel to Equity Committee)
Philip Bentley, Esquire
Doug Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

*First Class Mail*
(Counsel to Sealed Air Corporation)
D. J. Baker, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

*First Class Mail*
)
Todd Meyers, Esquire
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA  30309

*First Class Mail*
)
Office of Reorganization
Securities & Exchange Commission
Suite 1000
3475 Lenox Road, N.E.
Atlanta, GA  30326-1232

*First Class Mail*
)
Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

*First Class Mail*
)
Michael A. Berman
Securities & Exchange Commission
Office of General Counsel-Bankruptcy
100 F Street, NE
Washington, DC  20549

*First Class Mail*
)
Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

*First Class Mail*
)
James D. Freeman, Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street
Floor 8
Denver, CO  80294-1961

*First Class Mail*
)
Jon L. Heberling, Esquire
McGarvey, Heberling, Sullivan &
McGarvey PC
745 South Main Street
Kalispel, MT  59901

*First Class Mail*
(Counsel to DIP Lender)
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
233 South Wacker Drive
Chicago, IL 60606

*First Class Mail*
)
Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

*First Class Mail*
)
Ira S. Greene, Esquire
Hogan & Hartson LLP
875 Third Avenue
New York, NY 10022-6225

*First Class Mail*
)
James A. Sylvester, Esquire
Intercat, Inc.
2399 Highway 34 #C1
Manasquan, NJ 08736-1500

*First Class Mail*
)
Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1881 Page Mill Road
Palo Alto, CA 94304-1125

*First Class Mail*
)
Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

*First Class Mail*
)
David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

*First Class Mail*
)
Charles L. Finke, Assistant General Counsel
Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

*First Class Mail*
)
Pamela Zilly
Richard Shinder
Barry Korn
The Blackstone Group
345 Park Avenue, 30th Floor
New York, NY 10154

*First Class Mail*
)
Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn,
L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

*First Class Mail*
(Counsel to Asbestos Claimants)
Michael J. Hanners, Esquire
Silber Pearlman, LLP
3102 Oak Lawn Ave., Ste. 400
Dallas, TX 75219-6403

*First Class Mail*
)
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

*First Class Mail*
)
Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA  94945

*First Class Mail*
)
Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

*First Class Mail*
)
Russell W. Budd
Alan B. Rich
Baron & Budd, P.C.
3102 Oak Lawn Avenue, P.O. Box 8705
Dallas, TX  75219

*First Class Mail*
)
Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX  78471

*First Class Mail*
)
The Mills Corporation
Ontario Mills LP
Legal Department
225 W. Washington Street
Indianapolis, IN  46204-3435

*First Class Mail*
)
T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL  60606-1229

*First Class Mail*
)
Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH  43506

*First Class Mail*
)
Alan Kolod, Esquire
Moses & Singer LLP
The Chrysler Building
405 Avenue
New York, NY  10174-1299

*First Class Mail*
)
John P. Dillman, Esquire
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX  77253-3064

*First Class Mail*
)
The Gibson Law Firm, PLLC
447 Northpark Drive
Ridgeland, MS  39157

*First Class Mail*
)
Paul M. Baisier, Esquire
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA  30309

*First Class Mail*
)
Bernice Conn, Esquire
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3700
Los Angeles, CA  90067

*First Class Mail*
)
Steven R. Schlesinger, Esquire
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

*First Class Mail*
)
Steven J. Kherkher, Esquire
Laurence G. Tien, Esquire
Williams Kherkher Hart & Boundas, LLP
8441 Gulf Freeway, Suite #600
Houston, TX  77017

*First Class Mail*
)
Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

*First Class Mail*
)
Steven T. Hoort, Esquire
Ropes & Gray
One International Place
Boston, MA  02110-2624

*First Class Mail*
)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III, Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

*First Class Mail*
)
Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

*First Class Mail*
)
Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD  21214

*First Class Mail*
)
Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
1534 E. 6th Street, Suite 104
Brownsville, TX  78520

*First Class Mail*
)
Mary A. Coventry
Sealed Air Corporation
200 Riverfront Blvd.
Elmwood Park, NJ  07407-1033

*First Class Mail*
)
Katherine White
Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ  07407

*First Class Mail*
)
Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury
& Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

*First Class Mail*
)
Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX  77630

*First Class Mail*
)
Elizabeth S. Kardos, Esquire
Gibbons P.C.
One Gateway Center
Newark, NJ  07102-5310

*First Class Mail*
)
Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

*First Class Mail*
(Counsel to Public Service Electric and Gas
Company)
William E. Frese, Esquire
Attn:  Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

*First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

*First Class Mail*
(Tennessee Department of Environment and
Conservation – Superfund)
Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

*First Class Mail*
(Counsel to numerous asbestos claimants)
Scott Wert, Esquire
Foster & Sear, LLP
524 E. Lamar Blvd., Ste 200
Arlington, TX  76011

*First Class Mail*
(Counsel to Berry & Berry)
C. Randall Bupp, Esquire
Bardelli, Straw & Cavin LLP
2000 Crow Canyon Place
Suite 330
San Ramon, CA  94583

*First Class Mail*
)
Anton Volovsek
P.O. Box 99
Kooskia, ID  83539-0099

*First Class Mail*
(Counsel to Weatherford U.S. Inc., and
Weatherford International Inc.)
Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY  10017

*First Class Mail*
)
Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL  32399-3000

*First Class Mail*
)
State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
Office of the Attorney General
150 East Gay Street, 23rd Floor
Columbus, OH  43215

**First Class Mail**

)

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

**First Class Mail**

)

Greif, Inc.
Attn:  Credit Department
366 Greif Parkway
Delaware, OH  43015

**First Class Mail**

(Counsel to SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

**First Class Mail**

)

Margaret Ann Nolan, County Solicitor
Camela Chapman, Senior Assistant County
Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive, 3rd Floor
Ellicott City, MD  21043

**First Class Mail**

)

Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896

**First Class Mail**

)

M. Diane Jasinski, Esquire
Michael D. Hess
Corporation Counsel of the City of New
York
100 Church Street, Room 6-127
New York, NY  10007

**First Class Mail**

)

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ  85007-1278

**First Class Mail**

)

Russell W. Savory
Gotten, Wilson & Savory, PLLC
88 Union Avenue, 14th Floor
Memphis, TN  38103

**First Class Mail**

)

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  38103

**First Class Mail**

)

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C.  20004-1109

**First Class Mail**

)

Daniel H. Slate, Esquire
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA  90071-3442

**First Class Mail**
)
Andrea L. Hazzard, Esquire
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY 10004-1482

**First Class Mail**
)
Authur Stein, Esquire
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ 08731-6070

**First Class Mail**
)
Robert H. Rosenbaum, Esquire
M. Evan Meyers, Esquire
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

**First Class Mail**
)
Colin D. Moore
Provost & Umphrey
Law Firm, L.L.P.
490 Park Street
Beaumont, TX 77701

**First Class Mail**
)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ 08034

**First Class Mail**
)
Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

**First Class Mail**
)
Dorine Vork, Esquire
Stibbe, P.C.
489 Fifth Avenue, 32nd Floor
New York, NY 10017

**First Class Mail**
)
Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366

**First Class Mail**
)
Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

**First Class Mail**
)
David Aelvoet, Esquire
Linebarger Goggan Blair Graham Pena &
Sampson, LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX 78205

**First Class Mail**
)
Robert Cimino, Esquire
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst.
County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

*First Class Mail*
(Counsel to Toyota Motor Credit)
Robert T. Aulgur, Jr., Esquire
P.O. Box 617
Odessa, DE 19730

*First Class Mail*
(Counsel to Dow Chemical Company,
Hampshire Chemical Corporation and Union
Carbide Corporation)
Kathleen Maxwell
Legal Department
The Dow Chemical Company
2030 Dow Center/Office 732
Midland, MI 48674

*First Class Mail*
)
Anne Marie P. Kelley, Esquire
Dilworth Paxson, LLP
Liberty View – Suite 700
457 Haddonfield Road
Cherry Hill, NJ 08002

*First Class Mail*
(Counsel to General Electric Capital
Corporation)
Ronald S. Beacher, Esquire
Pitney, Hardin, Kipp & Szuch LLP
7 Times Square
New York, NY 10036-6524

*First Class Mail*
)
Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL 32412-0950

*First Class Mail*
)
Gina Baker Hantel, Esquire
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN 37243

*First Class Mail*
)
Jeffrey L. Glatzer, Esquire
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182

*First Class Mail*
)
Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA 22902

*First Class Mail*
)
E. Katherine Wells, Esquire
South Carolina Department of Health and
Environmental Control
2600 Bull Street
Columbia, SC 29201-1708

*First Class Mail*
)
James M. Garner, Esquire
Sher Garner Cahill Richter Klein & Hilbert,
L.L.C.
909 Poydras Street
Suite 2800
New Orleans, LA 70112-1033

*First Class Mail*
)
William H. Johnson, Esquire
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

*First Class Mail*
(Counsel to Wells Fargo Bank Minnesota,
National Association)
Pillsbury Winthrop LLP
1540 Broadway #9
New York, NY  10036-4039

*First Class Mail*
(Counsel to Wells Fargo Bank Minnesota,
National Association)
Craig Barbarosh, Esquire
Pillsbury Winthrop LLP
650 Town Center Drive, Suite 550
Costa Mesa, CA  92626-7122

*First Class Mail*
(Counsel to Aldine Independent School
District)
Aldine Independent School District
Jonathan C. Hantke, Esquire
Pamela H. Walters, Esquire
14910 Aldine-Westfield Road
Houston, TX  77032

*First Class Mail*
)
DAP Products, Inc.
c/o Julien A. Hecht, Esquire
2400 Boston Street, Suite 200
Baltimore, MD  21224

*First Class Mail*
)
Steven B. Flancher, Esquire
Assistant Attorney General
Department of Attorney General
Revenue and Collections Division
P.O. Box 30754
Lansing, MI  48909

*First Class Mail*
(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco, Esquire
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

*First Class Mail*
(Counsel to Occidental Permian, Ltd.)
John W. Havins, Esquire
Havins & Associates PC
1001 McKinney Street, Suite 500
Houston, TX  77002-6418

*First Class Mail*
(Counsel to The Texas Comptroller of
Public Accounts)
Mark Browning, Esquire
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

*First Class Mail*
(Counsel to Fireman's Fund Insurance
Company)
Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702

*First Class Mail*
(Comptroller of Public Accounts of the State
of Texas)
Kay D. Brock, Esquire
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX 78711-2548

*First Class Mail*
(Counsel to Anderson Memorial Hospital)
Daniel A. Speights, Esquire
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC 29924

*First Class Mail*
)
General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI 48007-5055

*First Class Mail*
)
Donna J. Petrone, Esquire
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX 77079-1398

*First Class Mail*
(Counsel to Potash Corp.)
David W. Wirt, Esquire
Winston & Strawn
35 West Wacker Drive
Chicago, IL 60601

*First Class Mail*
(Counsel for Reaud, Morgan & Quinn, Inc.
and Environmental Litigation Group, PC)
Sander L. Esserman, Esquire
Robert T. Brousseau, Esquire
Van J. Hooker, Esquire
Stutzman Bromberg, Esserman & Plifka PC
2323 Bryan Street, Suite 2200
Dallas, TX 75201

*First Class Mail*
(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX 77002

*First Class Mail*
(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser, Esquire
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA 94111

*First Class Mail*
(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol, Esquire
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, Massachusetts 02142

*First Class Mail*
(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman, Esquire
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street
Suite 800
Chicago, Illinois 60610

*First Class Mail*
)
Edward H. Tillinghast, III, Esquire
Sheppard, Mullin, Richter & Hampton LLP
Twenty-fourth Floor, 30 Rockefeller Plaza
New York, NY 10112

*First Class Mail*
(Counsel to Marco Barbanti)
Darrell W. Scott
The Scott Law Group
926 W. Sprague Ave., Suite 583
Spokane, WA 99201

*First Class Mail*
(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO 65105-0475

*First Class Mail*
(Peters, Smith & Company)
Mr. Charles C. Trascher III, Esquire
Snellings, Breard, Sartor, Inabnett &
Trascher, LLP
PO Box 2055
Monroe, LA 71207

*First Class Mail*
(The Baupost Group LLC)
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

*First Class Mail*
(Attorney General of PA(Commonwealth of
PA, Dept. of Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No. 057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA 19107-3603

*First Class Mail*
)
Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107-3603

*First Class Mail*
(Snack, Inc.)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

*First Class Mail*
(Snack, Inc.)
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

*First Class Mail*
(W.C. Baker, E.E. Jaques, B.H. Miller, M.R.
Fisher, S.R. Ormsbee, M. Rea and the Fisher
Trust)
Richard B. Specter, Esquire
Corbett, Steelman & Specter
18200 Von Karman Avenue, Suite 900
Irvine, CA 92612

*First Class Mail*
(Counsel to AON Consulting, Inc.)
Barry D. Kleban, Esquire
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA 19102

*First Class Mail*
)
Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA 22901

*First Class Mail*
(Hearthside Residential Corp.)
Allan H. Ickowitz, Esquire
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles,CA 90071

*First Class Mail*
(Georgia Department of Revenue)
Oscar B. Fears, III
Office of the Attorney General
40 Capitol Square, SW
Atlanta, GA 30334

*First Class Mail*
)
Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC  20005

*First Class Mail*
)
Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

*First Class Mail*
)
Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J.Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

*First Class Mail*
)
Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta ,GA  30303

*First Class Mail*
)
Bryan Shapiro
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY  10179

*First Class Mail*
(Counsel to County Of Dallas)
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX  75201-2691

*First Class Mail*
)
Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

*First Class Mail*
(Counsel to Travelers Casualty and Surety
Company)
Lynn K. Neuner, Esquire
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

*First Class Mail*
(Counsel to Kaneb Pipe Line Operating
Partnership LP and Support Terminal
Services, Inc.)
Gerald G. Pecht, Esquire
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095

*First Class Mail*
)
Jonathan D. Berger, Esquire
Russell Henkin, Esquire
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365

**First Class Mail**
(Counsel to Novak Landfill RD/RA Group)
Noel C. Burnham, Esquire
Richard G. Placey, Esquire
Montgomery, McCracken, Walker &
Rhoads LLP
123 South Broad Street
Avenue of the Arts
Philadelphia, PA  19109

**First Class Mail**
)
DACA V, LLC
Attn:  Julie Bubnack
1565 Hotel Cir S
Ste 310
San Diego, CA  92108-3419

**First Class Mail**
(Counsel to Lawson Electric Co.)
Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN  37402-2552

**First Class Mail**
)
Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT  06830

**First Class Mail**
(Counsel to County of San Diego)
Martha E. Romero, Esquire
6516 Bright Avenue
Whittier, CA  90601-4503

**First Class Mail**
(Counsel to National Union Fire Insurance
Co. of Pittsburgh, PA)
Michael S. Davis, Esquire
Zeichner Ellman & Krause
575 Lexington Avenue
10th Floor
New York, NY  10022

**First Class Mail**
(Counsel to The Burlington Northern and
Santa Fe Railway Company)
Richard A. O'Halloran, Esquire
Burns, White & Hickton, LLC
100 Four Falls, Suite 515
1001 Conshohocken State Road
West Conshohocken, PA  19428

**First Class Mail**
(Counsel to the City of Knoxville)
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN  37901

**First Class Mail**
(Counsel to Westcor)
Don C. Fletcher, Esquire
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

**First Class Mail**
(Carteret Venture)
Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ  07712-4181

*First Class Mail*
(Counsel to State of New York, Dept. of
Taxation and Finance)
Barbara G. Billet, Esquire
Elaine Z. Cole, Esquire
New York State Department of Taxation and
Finance
340 E. Main Street
Rochester, NY  14604

*First Class Mail*
(Special Counsel to Debtors)
James J. Restivo, Esquire
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219

*First Class Mail*
(Counsel to West Group)
Michael S. Sandberg, Esquire
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN  55344

*First Class Mail*
(Counsel to Certain Underwriters at Lloyd's
London)
Thomas J. Quinn, Esquire
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829

*First Class Mail*
(Counsel to the U.S. Environmental
Protection Agency)
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environment and Natural Resource Division
Environmental Enforcement Section
1961 Stout Street – 8th Floor
Denver, CO  80294

*First Class Mail*
(Counsel to the State of Minnesota)
Ann Beimdiek Kinsella
Assistant Attorney General
445 Minnesota Street, Suite 1200
St. Paul, MN  55101-2127

*First Class Mail*
(Counsel to Union Tank Car Company)
Deborah L. Thorne, Esquire
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL  60603

*First Class Mail*
)
Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach
LLP
One Pennsylvania Plaza
New York, NY  10119-0165

*First Class Mail*
)
Xerox Capital Services, LLC
P.O. Box 660502
Dallas, TX  75266-0502

*First Class Mail*
(Counsel to Royal Insurance)
Carl Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman, Dicker
LLP
150 East 42nd Street
New York, NY  10019-5639

*First Class Mail*
(Counsel to James Grau, Anna Grau and
Harry Grau & Sons, Inc.)
Edward L. Jacobs, Esquire
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY  41075-0070

*First Class Mail*
(Counsel to Ben Bolt-Palito-Blanco ISD,
Brownsville ISD, Cameron County,
Hildalgo County, Orange Grove, Orange
Grove ISD, Premont ISD)
Lori Gruver Robertson, Esquire
Linebarger Goggan Blair Pena & Sampson,
LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX 78760

*First Class Mail*
(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY 14853-2601

*First Class Mail*
(Counsel to the Libby Mine Claimants)
Daniel C. Cohn, Esquire
Christopher M. Candon, Esquire
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, MA 02110

*First Class Mail*
(Counsel to Enron Corp., et al.)
General Counsel
Enron Energy Services
P.O. Box 1188, Suite 1600
Houston, TX 77251-1188

*First Class Mail*
(Counsel to Town of Acton, MA)
Thomas O. Bean
McDermott, Will & Emery
28 State Street
34th Floor
Boston, MA 02109-1775

*First Class Mail*
(Federal Insurance Company)
Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

*First Class Mail*
)
Contrarian Capital Trade Claims LP
Attn: Alisa Minsch
411 W. Putnam Ave. S-225
Greenwich, CT 06830-6263

*First Class Mail*
)
Debt Acquisition Co of America V LLC
1565 Hotel Cir S
Suite 310
San Diego, CA 92108-3419

*First Class Mail*
)
Longacre Master Fund Ltd.
Attn: Maurie Shalome
810 7th Avenue, 33rd Fl.
New York, NY 10019-5818

*First Class Mail*
)
Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA 92614-6264

*First Class Mail*
)
Trade-Debt.Net
P.O. Box 1487
West Babylon, NY 11704-0487

*First Class Mail*
(Counsel for State Street Global Advisors)
Daniel M. Glosband, P.C.
Goodwin Procter LLP
Exchange Place
Boston, MA 02109

*First Class Mail*
)
John Preefer
128 Willow St Apt 6B
Brooklyn, NY 11201

*First Class Mail*
)
Michael B. Schaedle, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

*First Class Mail*
)
Peter B. McGlynn, Esquire
Bruce D. Levin, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

*First Class Mail*
(Counsel to David Austern, the Future
Claimants' Representative)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

*First Class Mail*
)
Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD 21117

*First Class Mail*
(Counsel to Keri Evans, on behalf of herself
and all others similarly situated as Plaintiff
in ERISA litigation, Civil Action No. 04-
11380)
Michael S. Etkin, Esquire
Ira M. Levee, Esquire
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ 07068

*First Class Mail*
(Counsel to Charlotte Transit Center, Inc.)
Amy Pritchard-Williams, Esquire
Margaret R. Westbrook, Esquire
Kennedy Covington Lobdell & Hickman,
LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC 28202

*First Class Mail*
(Counsel to Ancel Abadic and 410
additional claimants)
Julie Ardoin, Esquire
Julie Ardoin, LLC
2200 Veterans Memorial Boulevard
Suite 210
Kenner, LA 70062-4032

*First Class Mail*
(Counsel to Allstate Insurance Company)
Stefano Calogero, Esquire
Andrew K. Craig, Esquire
Cuyler Burk, LLP
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054

**First Class Mail**
(Counsel to Citicorp Del-Lease, Inc. d/b/a
Citicorp Dealer Finance)
Sergio I. Scuteri, Esquire
Capehart & Scatchard, P.A.
Suite 300 S
8000 Midlantic Drive
Mount Laurel, NJ  08054

**First Class Mail**
(Counsel to Everest Reinsurance Company
and Mt. McKinley Insurance Company)
Mark D. Plevin, Esquire
Leslie A. Epley, Esquire
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

**First Class Mail**
(Counsel to The Van Cott, Bagley, Cornwall
& McCarthy 401(K) Profit Sharing Plan)
J. Robert Nelson, Esquire
Van Cott, Bagley, Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, UT  84145

**First Class Mail**
(Counsel to Claimants, American Legion, Catholic Diocese of Little Rock, City of
Barnesville, Cherry Hill Plaza, Church of the Most Holy Redeemer, Church of St. Joseph,
Church of St. Luke, Church of St. Helena, Church of St. Leo the Great, First United
Methodist Church, Fargo Housing Authority, Alvin Foss, State of Washington and Port
of Seattle)
Fredrick Jekel, Esquire
Motley Rice LLC
28 Bridgeside Blvd.,
Mt. Pleasant, SC  29464

**First Class Mail**
(Counsel to American Employers Insurance Co, Employers Commercial Union n/k/a
OneBeacon A (Counsel to American Employers Insurance Co, Employers Commercial
Union n/k/a OneBeacon America Insurance Co and Unigard Insurance Co)
Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

**First Class Mail**
(Counsel to U.S. Fire Insurance Company)
Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC  20036

**First Class Mail**
(Counsel to American Premier
Underwriters, Inc.)
Matthew J. Siembieda, Esquire
Benjamin G. Stonelake, Esquire
Scott E. Coburn, Esquire
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

**First Class Mail**
(Transfer Agent)
DK Acquisition Partners
65 East 55th Street, 19th Floor
New York, NY  10022

**First Class Mail**
(Transfer Agent)
Fair Harbor Capital LLC
875 Avenue of the Americas, Ste. 2305
New York, NY  10001

**First Class Mail**
(Counsel to Macerich Fresno LP)
M. David Minnick, Esquire
Michael P. Ellis, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

**First Class Mail**
(Counsel to Macerich Fresno LP)
Gerald F. George, Esquire
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

*First Class Mail*
(Counsel to HRCL and Eaves)
Joseph D. Frank, Esquire
Frank/Gecker LLP
325 North LaSalle Street
Suite 625
Chicago, IL  60610

*First Class Mail*
(Counsel to all clients of the Robles law
firm)
David Jagolinzer, Esquire
Ferraro & Associates, P.A.
Suite 700
4000 Ponce de Leon Blvd.
Miami, FL  33146

*First Class Mail*
(Counsel to PacifiCorp)
Steven J. McCardell, Esquire
Jared Inouye, Esquire
Durham Jones & Pinegar
111 E. Broadway, Suite 900
Salt Lake City, UT  84111

*First Class Mail*
(Counsel to Iowa Dept. of Revenue)
John Waters, Esquire
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, IA  50306

*First Class Mail*
(Counsel to the Ad Hoc Committee of
Equity Security Holders)
Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

*First Class Mail*
)
Jeffrey S. Hebrank, Esquire
Carl P. McNulty, II, Esquire
Burroughs, Hepler, Broom, MacDonald,
Hebrank & True, LLP
103 West Vandalia Street, Suite 300
P.O. Box 510
Edwardsville, IL  62025-0510

*First Class Mail*
(Counsel to The Prudential Insurance
Company of America)
Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig T. Moran, Esquire
Riker Danzig Scherer Hyland & Perretti
LLP
Headquarters Plaza, 1 Speedwell Avenue
Morristown, NJ  07962-1981

*First Class Mail*
(Counsel to State of California, Dept. of
General Svcs)
Steven J. Mandelsberg, Esquire
Christina J. Kang, Esquire
Hahn & Hessen LLP
488 Madison Avenue
New York, NY  10022

*First Class Mail*
(Counsel to Dies & Hile LLP)
Pryor Cashman LLP
Attn: Richard Levy, Jr., Esquire
410 Park Avenue
New York, NY  10022-4441

*First Class Mail*
)
Dr. Anthony Pilavas
25-09 31st Avenue
Astoria, NY  11106

***First Class Mail***
(Counsel for Personal Injury Claimants)
Hal Pitkow, Esquire
The Falls at Lambertville
351 South Main Street
Lambertville, NJ 08530

W. R. Grace – Mian Realty Service List
Case No. 01-1139 (JKF)
Doc. No. 137563
01 – Hand Delivery
01 – Federal Express


**Hand Delivery**
(Counsel to Mian Realty)
Patrick J. Reilley
Cole, Schotz, Meisel, Forman & Leonard, PA
1000 N. West Street, Suite 1200
Wilmington, DE 19801

**Federal Express**
(Counsel to Mian Realty)
Richard D. Trenk
Henry M. Karwowski
Trent, DiPasquale, Webster, Della Fera & Sodono, P.C.
347 Mt. Pleasant Avenue, Suite 300
West Orange, NJ 07052