# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

## FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF APRIL 1, 2008 THROUGH APRIL 30, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Matter 88 - Acton Site OU3

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 4.6 | $2,599.00 |
| | | | | | |
| TOTAL | | | | 4.6 | $2,599.00 |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

W.R. Grace & Co.

Adam P. Kahn
617-832-1206
Boston

May 28, 2008
Invoice No.: 414809
Matter No.: 08743.00088

**Re:   Acton Site OU3**

For Professional Services rendered through April 30, 2008

        Fees          $2,599.00

     **Total Fees and Disbursements**       **$2,599.00**

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 414809  
May 28, 2008  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 04/09/08 | Jaffe | Review groundwater report to EPA and emails with Ms. Johns regarding same (0.8). | 0.8 |
| 04/23/08 | Jaffe | Emails with team and review revised figures regarding groundwater cleanup approach (0.4). | 0.4 |
| 04/28/08 | Jaffe | Review draft Northeast Area Pre-design report (0.8). | 0.8 |
| 04/29/08 | Jaffe | Review, revise draft Northeast Area groundwater report and cover letter for same (2.4); emails with team regarding same (0.2). | 2.6 |
| | | **Total Hours** | **4.6** |

To ensure proper credit to your account,  
please include remittance page with your payment.

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 414809  
May 28, 2008  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 4.6 |

|  |  |
|---|---|
| **Total Fees** | **$2,599.00** |

|  |  |
|---|---|
| **Total Fees** | $2,599.00 |
| **Total Fees and Disbursements** | <u>$2,599.00</u> |

To ensure proper credit to your account,  
please include remittance page with your payment.

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

May 28, 2008
Invoice No.: 414809
Matter No.: 08743.00088

Re:   Acton Site OU3

Total Fees and Disbursements                    **$2,599.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:
**Client/Matter #:** 08743.00088, **Invoice #:** 414809
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 93 - Concord Landfill Closure

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 8.7 | $4,915.50 |
| | | | | | |
| **TOTAL** | | | | 8.7 | $4,915.50 |

B3534998.1



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

May 28, 2008
Invoice No.: 414810
Matter No.: 08743.00093

Re:   **Concord Landfill Closure**

For Professional Services rendered through April 30, 2008

|  |  |
|---|---|
| Fees | $4,915.50 |
| **Total Fees and Disbursements** | **$4,915.50** |

Matter No.: 08743.00093  
Re: Concord Landfill Closure

Invoice No.: 414810  
May 28, 2008  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 04/04/08 | Jaffe | Review Woodard & Curran draft closure documents (1.1). | 1.1 |
| 04/07/08 | Jaffe | Review, revise draft closure reports (3.7). | 3.7 |
| 04/08/08 | Jaffe | Review, revise draft closure documents and email to Ms. Johns regarding same (3.1). | 3.1 |
| 04/09/08 | Jaffe | Emails with Ms. Johns regarding closure report (0.4). | 0.4 |
| 04/11/08 | Jaffe | Emails with team regarding draft DEP submittals (0.4). | 0.4 |
| | | **Total Hours** | **8.7** |

Matter No.: 08743.00093  Invoice No.: 414810
Re: Concord Landfill Closure  May 28, 2008
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 8.7 |

| | |
|---|---|
| Total Fees | $4,915.50 |

| | |
|---|---|
| Total Fees | $4,915.50 |
| Total Fees and Disbursements | $4,915.50 |

To ensure proper credit to your account,
please include remittance page with your payment.



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

May 28, 2008
Invoice No.: 414810
Matter No.: 08743.00093

Re: Concord Landfill Closure

**Total Fees and Disbursements** $4,915.50

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00093, **Invoice #:** 414810
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP    BOSTON    WASHINGTON, DC    www.foleyhoag.com

### Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 0.8 | $452.00 |
| | | | | | |
| **TOTAL** | | | | **0.8** | **$452.00** |

B3534998.1



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

May 28, 2008
Invoice No.: 414811
Matter No.: 08743.00102

Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass

For Professional Services rendered through April 30, 2008

|  |  |
|---|---|
| Fees | $452.00 |
| **Total Fees and Disbursements** | **$452.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP    BOSTON    WASHINGTON, DC    www.foleyhoag.com

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 414811  
May 28, 2008  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 04/01/08 | Jaffe | Emails with Mr. Bucens and Ms. Duff (0.2); review final EPA status update (0.3). | 0.5 |
| 04/14/08 | Jaffe | Emails with Ms. Duff and Ms. Duft regarding settlement (0.3). | 0.3 |
| | | **Total Hours** | **0.8** |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 414811  
May 28, 2008  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 0.8 |

|  |  |
|---|---|
| Total Fees | $452.00 |

|  |  |
|---|---|
| Total Fees | $452.00 |
| **Total Fees and Disbursements** | **$452.00** |

To ensure proper credit to your account,  
please include remittance page with your payment.



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

May 28, 2008
Invoice No.: 414811
Matter No.: 08743.00102

Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass

**Total Fees and Disbursements**                              **$452.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| **Federal Tax ID : 04-2150535** | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 414811
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company