# Exhibit E

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JUNE 1, 2008 THROUGH JUNE 30, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 100 - Woburn Lease Environmental Issues

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Sheryl Howard | Associate | Real Estate | $455.00 | 0.1 | $45.50 |
| | | | | | |
| **TOTAL** | | | | **0.1** | **$45.50** |



**FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

July 28, 2008
Invoice No.: 419254
Matter No.: 08743.00100

Re:   **Woburn Lease Environmental Issues**

For Professional Services rendered through June 30, 2008

                      Fees                       $45.50

                      **Total Fees and Disbursements**               **$45.50**

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP         BOSTON         WASHINGTON, DC         www.foleyhoag.com

Matter No.: 08743.00100  Invoice No.: 419254
Re: Woburn Lease Environmental Issues  July 28, 2008
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 06/18/08 | Howard | Meeting with L. Popadic regarding MLCs, emails to J. Polatin, and e-mails from/to S. Jaffe regarding status of MLCs (0.1). | 0.1 |
|  |  | **Total Hours** | **0.1** |

Matter No.: 08743.00100  
Re: Woburn Lease Environmental Issues

Invoice No.: 419254  
July 28, 2008  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Howard | 0.1 |

| | |
|---|---|
| Total Fees | $45.50 |

| | |
|---|---|
| Total Fees | $45.50 |
| **Total Fees and Disbursements** | **$45.50** |

 **FOLEY HOAG LLP**
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

July 28, 2008
Invoice No.: 419254
Matter No.: 08743.00100

Re:   Woburn Lease Environmental Issues

Total Fees and Disbursements          $45.50

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:
**Client/Matter #:** 08743.00100, **Invoice #:** 419254
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

Foley Hoag LLP    BOSTON    WASHINGTON, DC    www.foleyhoag.com

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth A. Rice | Paralegal | Bankruptcy | $225.00 | 0.5 | $112.50 |
| | | | | | |
| TOTAL | | | | 0.5 | $112.50 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $9.12 |
| | |
| TOTAL | $9.12 |

B3534998.1



**FOLEY HOAG LLP**
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

July 28, 2008
Invoice No.: 419256
Matter No.: 08743.00101

Re:   **Bankruptcy Matters**

For Professional Services rendered through June 30, 2008

| | |
|---|---|
| Fees | $112.50 |
| Disbursements | 9.12 |
| **Total Fees and Disbursements** | **$121.62** |

Matter No.: 08743.00101  
Re: Bankruptcy Matters

Invoice No.: 419256  
July 28, 2008  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 06/30/08 | Rice | Review and arrange filing for fee application (0.5). | 0.5 |
| | | **Total Hours** | **0.5** |

Matter No.: 08743.00101  
Re: Bankruptcy Matters

Invoice No.: 419256  
July 28, 2008  
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Rice | 0.5 |

| | |
|---|---|
| Total Fees | $112.50 |

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 06/30/08 | In-House Photocopying | 9.12 |
| | Total Disbursements | $9.12 |

| | |
|---|---|
| Total Fees | $112.50 |
| Total Disbursements | 9.12 |
| Total Fees and Disbursements | $121.62 |

To ensure proper credit to your account,  
please include remittance page with your payment.

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

July 28, 2008
Invoice No.: 419256
Matter No.: 08743.00101

Re:   **Bankruptcy Matters**

    Total Fees and Disbursements      **$121.62**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 419256
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 30.0 | $16,950.00 |
| Jonathan M. Ettinger | Partner | Environmental | $550.00 | 0.4 | $220.00 |
| Elisabeth M. DeLisle | Associate | Environmental | $410.00 | 14.7 | $6,027.00 |
| Lea Heffernan | Associate Intern | Environmental | $215.00 | 13.5 | $2,902.50 |
| Lisa A.H. Popadic | Paralegal | Environmental | $220.00 | 2.3 | $506.00 |
| Melissa Patterson | Legal Intern | Environmental | $100.00 | 2.9 | $290.00 |
| | | | | | |
| TOTAL | | | | 63.8 | $26,895.50 |

### Expenses

| Description | Total |
|---|---|
| Telephone | $4.55 |
| Facsimiles | $0.75 |
| Photocopies | $7.47 |
| Document Preparation | $18.00 |
| Graphics, Photography & Visual Aids | $5.00 |
| Official Fees and Costs | $1,675.00 |
| Taxi Fare | $42.05 |
| Mileage, Toll, Parking | $54.92 |
| Computer Research, Westlaw | $39.69 |
| | |
| TOTAL | $1,847.43 |

B3534998.1

 **FOLEY HOAG** LLP
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

July 28, 2008
Invoice No.: 419255
Matter No.: 08743.00102

Re: **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through June 30, 2008

| | |
|---|---|
| Fees | $26,895.50 |
| Disbursements | 1,847.43 |
| **Total Fees and Disbursements** | **$28,742.93** |

Matter No.: 08743.00102                                              Invoice No.: 419255
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass                July 28, 2008
                                                                                    Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 06/02/08 | Jaffe | Review, revise draft comments on EPA draft Feasibility Study and preferred remedy public notice and emails with team regarding same (1.9). | 1.9 |
| 06/03/08 | Jaffe | Review, revise draft comments to EPA and emails with team regarding same (1.1). | 1.1 |
| 06/04/08 | DeLisle | Work on reviewing comments and editing Stipulation and discussions with S. Jaffe regarding same (2.5). | 2.5 |
| 06/04/08 | Jaffe | Conference with E. DeLisle (0.2); review draft presentation for public meeting and prepare for 6/5/08 meeting (1.9). | 2.1 |
| 06/05/08 | Jaffe | Meeting with EPA and pre-meeting and other preparation for same (4.6); emails with team (0.5). | 5.1 |
| 06/06/08 | Jaffe | Grace team conference call (0.6); draft letter to EPA and emails with team regarding same (1.7); telephone call to Mr. Campbell (0.1). | 2.4 |
| 06/09/08 | Hefferman | Conference with S. Jaffe to discuss background of case and legal research issues (0.2); research on National Contingency Plan and procedural requirements it places on EPA (0.5). | 0.7 |
| 06/09/08 | Jaffe | Revise letter to EPA and emails with team regarding same (1.9); emails with Ms. Duff regarding Covidien settlement (0.2); office conference with Ms. Hefferman regarding NCP research (0.2). | 2.3 |
| 06/10/08 | Hefferman | Research National Contingency Plan and whether it requires EPA to issue its Feasibility Study before issuing a proposed plan (0.8). | 2.8 |
| 06/10/08 | Jaffe | Emails with team regarding Shaffers (0.7); review proposed plan and emails regarding same (0.4). | 1.1 |
| 06/12/08 | Hefferman | Research issue regarding EPA ability, under NCP, to submit proposed draft before completing or submitting final Feasibility Study (3.3); conference with S. Jaffe regarding findings and further research assignment to be conducted (0.2). | 3.5 |
| 06/12/08 | Jaffe | Review emails from client regarding institutional controls issues and conference with L. Hefferman regarding same (0.6). | 0.6 |
| 06/13/08 | Jaffe | Team conference call regarding negotiations with EPA, | 1.3 |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 419255  
July 28, 2008  
Page 3

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| | | Covidien, and Shaffers (1.3). | |
| 06/16/08 | DeLisle | Conference with S. Jaffe (0.1); review e-mails and drafts of agreement (0.1); e-mails to S. Jaffe regarding same (0.1). | 0.3 |
| 06/16/08 | Jaffe | Draft, revise draft Covidien settlement and emails with team regarding same (1.7); emails with team regarding Covidien discussions (0.3); review lien issues and emails with client regarding same (0.4). | 2.4 |
| 06/17/08 | Hefferman | Draft memo regarding EPA's failure to issue final Feasibility Study (6.5). | 6.5 |
| 06/17/08 | Jaffe | Attention to lien issue and office conference with S. Howard regarding same (0.4); review revised draft stipulation and emails with team regarding same (0.7); review proposed plan and emails with team regarding same (0.8). | 1.9 |
| 06/18/08 | Jaffe | Attention to lien issue (0.8); review proposed plan and preparation for 6/19 conference call (1.7). | 2.5 |
| 06/18/08 | Patterson | Telephone call to Walpole Town Hall regarding Municipal Lien Certificates and fax list of properties to Walpole Town Hall to obtain Municipal Lien Certificates per request of L. Popadic (1.3). | 1.3 |
| 06/18/08 | Popadic | Conference with S. Howard regarding assignment (0.3); telephone conference with P. Bucens regarding relevant parcels (0.3); telephone conference with and fax to Walpole Assessor's Office to obtain Municipal Lien Certificates for relevant parcels (0.5); conferences with S. Jaffe and J. Polatin regarding same (0.4); conference with M. Patterson regarding obtaining Certificates (0.5). | 2.0 |
| 06/19/08 | Popadic | Telephone conference with Assessor's office regarding Municipal Lien Certificates and tax map (0.2); telephone conference with M. Patterson regarding same (0.1). | 0.3 |
| 06/19/08 | Patterson | Travel to/from Walpole Town Hall to obtain Municipal Lien Certificates and Tax Map per request of L. Popadic (1.6). | 1.6 |
| 06/19/08 | Jaffe | Telephone conference with Grace and Covidien regarding comments to EPA and negotiations with Shaffer and preparation for same (1.7); telephone call with Grace (0.4); review lien issues (0.6). | 2.7 |

To ensure proper credit to your account,  
please include remittance page with your payment.

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 419255  
July 28, 2008  
Page 4

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 06/25/08 | DeLisle | Review e-mail from M. Johns (0.2); review letter regarding SW-3 (0.2); research regarding definition of waters of the United States (1.1); conferences with B. Green (0.3); review documents received from B. Green (0.5). | 2.3 |
| 06/26/08 | DeLisle | Legal research regarding definition of waters of the United States and use surface water quality criteria as ARAR (1.8). | 1.8 |
| 06/27/08 | DeLisle | Research regarding definition of waters of the United States and use of water quality criteria as ARAR (5.1). | 5.1 |
| 06/27/08 | Ettinger | Conference with E. DeLisle regarding tail race, CERCLA (0.4). | 0.4 |
| 06/30/08 | DeLisle | Research regarding definition of waters of the United States and use of water quality criteria as ARAR, review site documents, and conference with S. Jaffe (2.7). | 2.7 |
| 06/30/08 | Jaffe | Review EPA proposed plan and final Feasibility Study and review of potential comment issues (2.3); office conference with E. DeLisle regarding research issues (0.3). | 2.6 |
| | | **Total Hours** | **63.8** |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 419255  
July 28, 2008  
Page 5

### TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| DeLisle | 14.7 |
| Ettinger | 0.4 |
| Popadic | 2.3 |
| Hefferman | 13.5 |
| Patterson | 2.9 |
| Jaffe | 30.0 |

**Total Fees**      $26,895.50

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 06/30/08 | Telephone | 4.55 |
| 06/30/08 | Facsimiles | 0.75 |
| 06/30/08 | In-House Photocopying | 6.72 |
| 06/30/08 | In-House Color Photocopying | 0.75 |
| 06/30/08 | Document Preparation | 18.00 |
| 06/30/08 | Graphics, Photography & Visual Aids | 5.00 |
| 06/30/08 | Official Fees and Costs | 1,675.00 |
| 06/30/08 | Taxi Fare | 42.05 |
| 06/30/08 | Mileage, Toll, Parking | 54.92 |
| 06/30/08 | Computer Research, Westlaw | 39.69 |

**Total Disbursements**      $1,847.43

Total Fees      $26,895.50  
Total Disbursements      1,847.43  
**Total Fees and Disbursements**      **$28,742.93**

To ensure proper credit to your account,  
please include remittance page with your payment.

 **FOLEY HOAG LLP**
ATTORNEYS AT LAW

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

July 28, 2008
Invoice No.: 419255
Matter No.: 08743.00102

Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Total Fees and Disbursements          $28,742.93

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

Client/Matter #: 08743.00102, Invoice #: 419255
Billing Attorney: Adam P. Kahn
Wire Originator: W.R. Grace & Company