# Exhibit 1

## Curriculum Vitae of Edwin N. Ordway, Jr.

background · Ed Ordway is an Executive Director and the Managing Member of Capstone Advisory Group, LLC, and is based in New Jersey. He specializes in providing financial restructuring advisory and investigative services to companies, creditors, equity holders and third-party purchasers in the workout and financial communities. Mr. Ordway has also served as a court appointed examiner, as a trustee, and has provided expert testimony concerning bankruptcy matters.

cases · Mr. Ordway has represented various parties-in-interest of troubled companies including: Kmart; Citation; APS Auto Parts; W.R. Grace; Purina Mills; Vencor Inc.; Loews Cineplex Entertainment; Polaroid; Sunbeam; National Energy Group; U.S. Industries; Atlas Air; and U.S. Office Products.

industry experience · His industry expertise includes automotive, retail, entertainment, apparel, manufacturing, chemicals, real estate, broadcasting, financial services, import/export, energy, consumer products, and transportation.

Prior to co-founding Capstone, Mr. Ordway was a Senior Managing Director at the Policano & Manzo legacy practice at FTI Consulting for fourteen years, most recently as co-leader of FTI's national restructuring practice. Previously, he spent five years as Chief Operating Officer of Knickerbocker Associates, a real estate development and investment company with projects valued in excess of $100 million. He was also with a major auditing firm for eight years.

education · Mr. Ordway holds a BA in Economics and Accounting from Rutgers University. He is a Certified Public Accountant whose professional memberships include the Association of Insolvency and Restructuring Advisors, the New Jersey State Society of CPAs, and the American Institute of CPAs. He has spoken at professional forums and to institutional lenders on topics ranging from DIP financing and valuation to exit financing strategies, among other troubled company issues.