## Exhibit 2

# Syndicated Loan Deals Reviewed By Capstone

**Selection Criteria**

1. Using "Bloomberg" information services, we searched all public filings filed with the SEC and included in the SEC's EDGAR database during 1998 and 1999.

2. We focused our search on all public filings that:

   a. Included credit agreements, executed between January 1, 1998 and December 31, 1999, and

   b. Included credit agreements that provided for a default rate of interest, and

   c. Included a reference to a Base Rate.

3. From the list generated, we selected all syndicated loans in which the syndicated deal size was between $300 million and $700 million.

7

## Exhibit 2 (Cont'd.)

## Loan Syndications Reviewed By Capstone

### Syndicated Loans - 1998

$300 million to $700 million
Source: Bloomberg & SEC Documents

| Company | | Amount ($millions) | Default Rate Increase | Date |
|---|---|---|---|---|
| 1 | Capital Trust | $ 355.0 | 5.0% | 1/1/1998 |
| 2 | Marriott International Inc | $ 620.0 | 2.0% | 1/30/1998 |
| 3 | Magellan Health Services | $ 700.0 | 2.0% | 2/12/1998 |
| 4 | Office Depot Inc | $ 300.0 | 2.0% | 2/20/1998 |
| 5 | Lin Television Corp | $ 345.0 | 2.0% | 3/3/1998 |
| 6 | Chesapeake Acquisition Corp | $ 500.0 | 3.0% | 3/9/1998 |
| 7 | Greif Brothers | $ 325.0 | 2.0% | 3/30/1998 |
| 8 | Young & Rubicam | $ 400.0 | 2.0% | 5/8/1998 |
| 9 | Huntsman Packaging de Mexico | $ 510.0 | 2.0% | 5/14/1998 |
| 10 | Dynatech Corp | $ 370.0 | 2.0% | 5/21/1998 |
| 11 | Hospitality Properties Trust | $ 300.0 | 2.0% | 6/10/1998 |
| 12 | American Tower LP | $ 650.0 | 2.0% | 6/16/1998 |
| 13 | Arch Paging Inc | $ 400.0 | 2.0% | 6/29/1998 |
| 14 | USEC Inc | $ 700.0 | 2.0% | 7/28/1998 |
| 15 | Citation Corp | $ 400.0 | 2.0% | 8/3/1998 |
| 16 | US Home Corp | $ 300.0 | 2.0% | 9/11/1998 |
| 17 | Key Energy Group - Dawson | $ 550.0 | 2.0% | 9/14/1998 |
| 18 | Duke Realty LP | $ 450.0 | 2.0% | 9/24/1998 |
| 19 | Aimco-Apartment Investment & Management | $ 400.0 | 3.0% | 10/1/1998 |
| 20 | Modis Professional Services Inc | $ 500.0 | 2.0% | 10/30/1998 |
| 21 | Cornerstone Properties Inc | $ 550.0 | 4.0% | 11/3/1998 |
| 22 | Palace Station | $ 425.0 | 2.0% | 11/6/1998 |
| 23 | Autozone Inc | $ 350.0 | 2.0% | 11/13/1998 |
| 24 | Developers Diversified Realty | $ 375.0 | 2.0% | 11/16/1998 |
| 25 | Hechinger Co | $ 600.0 | 2.0% | 12/31/1998 |
| 26 | Ames Department Stores Inc | $ 650.0 | 2.0% | 12/31/1998 |
| 27 | Pharmerica-Amerisource Distribution Corp | $ 325.0 | 2.0% | 12/31/1998 |
| 28 | Park Place Entertainment-RIO | $ 650.0 | 2.0% | 12/31/1998 |

| | High | $ 700.0 | 5.0% | |
| | Low | $ 300.0 | 2.0% | |
| | Mean | $ 464.3 | 2.3% | |
| | Median | $ 412.5 | 2.0% | |

# Exhibit 2 (Cont'd.)

## Loan Syndications Reviewed By Capstone

### Syndicated Loans - 1999

$300 million to $700 million
Source: Bloomberg & SEC Documents

| | Company | | Amount ($millions) | Default Rate Increase | Date |
|---|---|---|---|---|---|
| 1 | Prison Realty Corp | $ | 650.0 | 2.0% | 1/1/1999 |
| 2 | Chesapeake Corp | $ | 450.0 | 2.0% | 1/18/1999 |
| 3 | Chesapeake Corp | $ | 450.0 | 2.0% | 3/15/1999 |
| 4 | Hechinger Co | $ | 700.0 | 2.0% | 3/18/1999 |
| 5 | SpectraSite Holdings | $ | 500.0 | 2.0% | 4/20/1999 |
| 6 | Bergen Brunswig Drug | $ | 600.0 | 2.0% | 4/23/1999 |
| 7 | Harrahs Entertainment Inc | $ | 375.0 | 2.0% | 4/30/1999 |
| 8 | Ceridian - ABR Information Services Inc | $ | 450.0 | 2.0% | 6/7/1999 |
| 9 | Wesco International Inc | $ | 400.0 | 2.0% | 6/29/1999 |
| 10 | Hechinger Co | $ | 700.0 | 2.0% | 6/30/1999 |
| 11 | Duke - Weeks Corp | $ | 450.0 | 2.0% | 7/2/1999 |
| 12 | National Golf Properties Inc | $ | 300.0 | 2.0% | 7/30/1999 |
| 13 | Concentra Managed Care Inc | $ | 475.0 | 2.0% | 8/17/1999 |
| 14 | Camden Property Trust | $ | 375.0 | 4.0% | 8/18/1999 |
| 15 | Station Casinos Inc | $ | 450.0 | 2.0% | 8/25/1999 |
| 16 | Kellwood Co | $ | 350.0 | 2.0% | 8/31/1999 |
| 17 | Checkpoint Systems | $ | 425.0 | 2.0% | 10/1/1999 |
| 18 | Flowserve Corp | $ | 460.0 | 2.0% | 10/7/1999 |
| 19 | Devon Energy Corp | $ | 475.0 | 2.0% | 10/15/1999 |
| 20 | Cooper Tire & Rubber Co | $ | 350.0 | 2.0% | 10/15/1999 |
| 21 | Lanier Worldwide Inc | $ | 700.0 | 2.0% | 10/20/1999 |
| 22 | Modis Professional Services Inc | $ | 500.0 | 2.0% | 10/27/1999 |
| 23 | Kilroy Realty Corp | $ | 400.0 | 6.0% | 11/8/1999 |
| 24 | Premcor - Huntway Refining Co | $ | 620.0 | 2.0% | 11/19/1999 |
| 25 | Health Management Associates | $ | 600.0 | 2.0% | 11/30/1999 |
| 26 | Citation Corp | $ | 360.0 | 2.0% | 11/30/1999 |
| 27 | Unicom Ent Corp | $ | 400.0 | 2.0% | 12/17/1999 |

| | | | | |
|---|---|---|---|---|
| High | $ | 700.0 | 6.0% | |
| Low | $ | 300.0 | 2.0% | |
| Mean | $ | 480.2 | 2.2% | |
| Median | $ | 450.0 | 2.0% | |