IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| ) | |
| Debtors. ) | |

## CERTIFICATE OF SERVICE

I, Michael R. Lastowksi, certify that I am not less than 18 years of age, and that service of a copy of **The Declaration of Edwin N. Ordway, Jr. In Support of The Response of The Official Committee of Unsecured Creditors to Debtors' Objection to The Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999** was made on August 15, 2008 upon the individuals identified on the attached Service List in the manner indicated.

Under penalty of perjury, I declare the foregoing is true and correct.

Dated: August 15, 2008
Wilmington, Delaware

Michael R. Lastowski (DE 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:  (302) 657-4928
Facsimile:  (302) 657-4901
E-mail:  mlastowksi@duanemorris.com

Counsel to the Official Committee
of Unsecured Creditors

**W. R. Grace 8/15/08**

*Via Email Delivery and First Class Mail*
(Counsel to the Debtors
and Debtors in Possession)
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Kathleen P. Makowski, Esquire
Timothy P. Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
ljones@pszjlaw.com
joneill@pszjlaw.com
kmakowski@pszjlaw.com
tcairns@pszjlaw.com

**Via Email Delivery**
*(Counsel to Equity Committee)*
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801-1054
teresa.currier@bipc.com

*Via Email Delivery and First Class Mail*
(Counsel to Bank Lenders)
Richard S. Cobb, Esquire
Jim Green, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19899
cobb@lrclaw.com
green@lrclaw.com

*Via Email Delivery and First Class Mail*
(Counsel to Official Committee of
Unsecured Creditors)
Arlene Krieger, Esquire
Lewis Kruger, Esquire
Ken Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NJ 10038-4982
akrieger@stroock.com
lkruger@stroock.com
kpasquale@stroock.com

*Via Email Delivery and First Class Mail*
(Counsel to the Bank Lenders)
Andrew N. Rosenberg, Esquire
Stephen J. Shimshak, Esquire
Margaret A. Phillips, Esquire
Rebecca R. Zubaty, Esquire
Paul, Weiss, Rifkind, Wharton & Garrison
LLP
1285 Avenue of the Americas
New York, NY 10019-6064
arosenberg@paulweiss.com
sshimshak@paulweiss.com
mphillips@paulweiss.com
rzubaty@paulweiss.com

*Via Email Delivery and First Class Mail*
(Counsel to Equity Committee)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com

*Via Email Delivery and First Class Mail*
(Counsel to the Official Committee of
Property Damages Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg, Dunn, Baena,
Price & Axelrod
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-5340
sbaena@bilzin.com

DM3\786835.1

*Via Email Delivery and First Class Mail*
(Counsel to the Official Committee of
Property Damages Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
mjoseph@ferryjoseph.com

*Via Email Delivery and First Class Mail*
(Counsel to the Official Committee of
Personal Injury Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale
399 Park Avenue, 36th Floor
New York, NY 10022
ei@capdale.com

*Via Email Delivery and First Class Mail*
(Counsel to the Official Committee of
Personal Injury Claimants)
Marla Rosoff Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, #300
Wilmington, DE 19801
meskin@camlev.com

*Via Email Delivery and First Class Mail*
(Counsel to David T. Austern,
Future Claimant's Representative)
John C. Phillips, Jr., Esquire
Phillips Goldman & Spence
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com

*Via Email Delivery and First Class Mail*
(Counsel to David T. Austern,
Future Claimant's Representative)
Debra L. Felder, Esquire
Orrick Harrington & Sutcliffe, LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706
dfelder@orrick.com

DM3\786835.1