**EXHIBIT A**

**Relative Price Performance**



Notes:

1.  The speculative nature of market views of Grace's stock results in significantly more volatility as compared to the share prices of other chemical companies. To lessen the magnitude of this volatility, the y-axes have been calibrated on two different scales, providing for a more clear illustration of those instances where Grace's share price deviates from the directional trend of the Chemicals Index.

2.  The Chemicals Index is comprised of a number of different chemical companies that are intended to represent a broad cross-section of the overall chemicals industry. The specific companies in the Chemicals Index are the following: Agrium Inc., Albemarle Corp., Air Products & Chemicals Inc., Airgas Inc., Ashland Inc., BASF SE, Chemtura Corporation, Cytec Industries Inc., EI DuPont de Nemours & Co., Dow Chemical Co., Ecolab Inc., Eastman Chemical Co., FMC Corp., Hercules Inc., Lubrizol Corp., Monsanto Co., Mosaic Co., Nova Chemicals Corp., Olin Corp., PPG Industries Inc., Praxair Inc., Rohm & Haas Co., Sherwin-Williams Co., and Syngenta AG.