IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE W.R. GRACE & CO., ET AL. | :<br>:<br>:<br>: Docket No.<br>01-01139 (JKF) |

## WITHDRAWAL OF APPEARANCE

To the Clerk of Court:

Please withdraw my appearance as counsel on behalf of W.R. Grace & Co. and its affiliated companies ("Debtors"). Kirkland & Ellis LLP and Pachulski Stang Ziehl & Jones LLP will remain as counsel for Debtors.

Dated: August 15, 2008

Respectfully submitted,

/s/ Amanda C. Basta
Amanda C. Basta (admitted pro hac vice)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005
(202) 879-5000
(202) 879-5200 (facsimile)

ATTORNEY FOR DEBTORS

Franklin Mills_ McCoach_ Withdrawal of Appearance