IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON SEPTEMBER 2, 2008, AT 9:00 A.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, AUGUST 28,
2008 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING
CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO.
7709]**

## CONTESTED MATTERS

1. Motion of Mian Realty, LLC for Entry of Order Declaring that (i) the Automatic Stay Does Not Apply to Filing of Its Proposed Third Party Complaint Against Debtor; and (ii) Debtor's Obligation to Cleanup Certain Real Property Does Not Constitute a Claim Under the Bankruptcy Code [Filed: 4/11/08] (Docket No. 18501)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a. [Proposed] Order Declaring that the Automatic Stay Does Not Apply to Filing of Its Proposed Third Party Complaint Against Debtor; and (ii) Debtor's Obligation to Cleanup Certain Real Property Does Not Constitute a Claim Under the Bankruptcy Code [Filed: 4/11/08] (Docket No. 18501)

b. Amended Notice of Motion of Mian Realty, LLC for Entry of Order Declaring that (i) the Automatic Stay Does Not Apply to Filing of Its Proposed Third Party Complaint Against Debtor; and (ii) Debtor's Obligation to Cleanup Certain Real Property Does Not Constitute a Claim Under the Bankruptcy Code [Filed: 4/30/08] (Docket No. 18642)

Response Deadline: May 16, 2008, at 4:00 p.m.

Responses Received:

a. Debtors' Response and Objection to Motion of Mian Realty Regarding Applicability of the Automatic Stay [Filed: 5/16/08] (Docket No. 18735)

b. Debtors' Supplemental Response and Objection to Motion of Mian Realty Regarding the Applicability of the Automatic Stay **[Filed: 8/14/08] (Docket No. 19313)**

c. **Exhibit Book of Exhibits in Support of Debtors' Supplemental Response and Objection to Motion of Mian Realty Regarding the Applicability of the Automatic Stay [Filed: 8/14/08] (Docket No. 19314)**

*[Remainder of page intentionally left blank]*

<u>Status:</u> This matter will go forward.

Dated: August ___, 2008

                                  KIRKLAND & ELLIS LLP
                                  David M. Bernick, P.C.
                                  Janet S. Baer
                                  200 East Randolph Drive
                                  Chicago, IL 60601
                                  Telephone: (312) 861-2000
                                  Facsimile: (312) 861-2200

                                  -and-

                                  PACHULSKI STANG ZIEHL & JONES LLP

                                  */s/ James E. O'Neill*
                                  Laura Davis Jones (Bar No. 2436)
                                  James E. O'Neill (Bar No. 4042)
                                  Kathleen P. Makowski (Bar No. 3648)
                                  Timothy P. Cairns (Bar No. 4228)
                                  919 North Market Street, 17th Floor
                                  Wilmington, DE 19801
                                  Telephone: (302) 652-4100
                                  Facsimile: (302) 652-4400

                                  Co-Counsel for the Debtors and Debtors in Possession