## **CERTIFICATE OF SERVICE**

I, Leslie C. Heilman, Esquire, hereby certify that on this 19th day of August, 2008, I caused a true and correct copy of the foregoing Reply of Claimant State of California, Department of General Services' to Debtors' Response to Motion for Leave to File the Expert Report of Dr. William E. Longo to be served on the addressees listed on the attached service list in the manner indicated.

Dated: August 19, 2008
Wilmington, Delaware

/s/ Leslie C. Heilman
Leslie C. Heilman, Esquire (No. 4716)

## SERVICE LIST

### VIA HAND DELIVERY

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

### VIA FIRST CLASS MAIL

David Bernick, Esq.
Janet Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive

James Restivo, Esq.
Douglas Cameron, Esq.
Traci S. Rea, Esq.
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA 15219-1886