# EXHIBIT B

## Seventeenth Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #18975 under case no. 01-01139. Also available upon request from Ogilvy Renault LLP.

DOCSTOR: 1510367\1