# EXHIBIT C

## Eighteenth Monthly

Available on the docket of the Bankruptcy Court for the District of Delaware at docket #19209 under case no. 01-01139.  Also available upon request from Ogilvy Renault LLP.