IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**NO ORDER REQUIRED** CERTIFICATION OF NO OBJECTION TO
MONTHLY FEE AND EXPENSE INVOICE FOR THE PERIOD
MARCH 1, 2008 THROUGH MARCH 31, 2008
[RE: DOCKET NO. 19170]

On July 28, 2008, Lexecon, Consultants to the Official Committee of Equity Holders, filed its Monthly Fee and Expense Invoice [Docket No. 19170] (the "Invoice"). The Invoice provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on August 18, 2008. The undersigned hereby certifies that she has received no answer, objection or any responsive pleading with respect to the Invoice and that no answer, objection or any responsive pleading with respect to the Invoice has been filed with the Court.

Pursuant to the Amended Administrative Order Under 11 U.S.C. Sections 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members dated April 19, 2002, the Debtors are authorized to pay Lexecon $7,920.00 which represents eighty percent (80%) of the total fees ($9,900.00), and $0.00, which represents 100% of the expenses requested in the Invoice upon the filing of this

Certification and without the need for entry of a Court order approving the Invoice.

           **BUCHANAN INGERSOLL & ROONEY PC**

By:    /s/ Teresa K.D. Currier
       Teresa K. D. Currier (No. 3080)
       The Brandywine Building
       1000 West St., Suite 1410
       Wilmington, DE 19801

                -and-

KRAMER LEVIN NAFTALIS & FRANKEL LLP
Philip Bentley, Esquire
Douglas H. Mannal, Esq.
919 Third Avenue
New York, NY 10022
(212) 715-9100

Co-Counsel to the Official Committee of
Equity Holders

Dated August 20, 2008