IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

### CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 19173)

On July 28, 2008, Lexecon, Consultants to the Official Committee of Equity Holders, filed its Quarterly Fee Application of Lexecon, Consultants to the Official Committee of Equity Holders, for Compensation and Reimbursement of Disbursements for the Period from April 1, 2008 through June 30, 2008 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on August 18, 2008. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Lexecon respectfully requests that the Court enter an order approving this Application at its earliest convenience.

BUCHANAN INGERSOLL & ROONEY PC

By   /s/ Teresa K.D. Currier
    Teresa K. D. Currier (No. 3080)
    The Brandywine Building
    1000 West St. - Suite 1410
    Wilmington, DE 19801

-and-

KRLS/Wilm 58748v1

                                                KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                Philip Bentley, Esquire
                                                Douglas H. Mannal, Esquire
                                                919 Third Avenue
                                                New York, NY 10022
                                                (212) 715-9100
                                                Counsel to the Official Committee of
                                                Equity Holders

Dated: August 20, 2008                 Co-Counsel to the Official Committee
                                                of Equity Holders