# EXHIBIT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  March 24, 2008 @ 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
## FROM JANUARY 1, 2008 THROUGH JANUARY 31, 2008

| | |
|---|---|
| Name of Applicant: | Sullivan Hazeltine Allinson LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | January 1, 2008 through January 31, 2008 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 640.00 |
| Amount of Expenses Reimbursement: | $ 50.28 |

This is a: $\underline{X}$ monthly    _ quarterly    _ final application

Prior Application filed:  Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of Sullivan Hazeltine Allinson LLC (formerly William D. Sullivan, LLC). Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants. As of July 22, 2006 Mr. Sullivan relocated to William D. Sullivan, LLC, which changed its name to Sullivan Hazeltine Allinson LLC effective January 1, 2008.

Docket No. 18194
Date 3/4/2008

This is the eighteenth application of Sullivan Hazeltine Allinson LLC, formerly William D. Sullivan, LLC, ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 1/1/07-1/31/07 | $7,248.75 | $13.92 | No objections served on counsel | No objections served on counsel |
| 3/29/07 | 2/1/07-2/28/07 | $1,102.50 | $882.00 | No objections served on counsel | No objections served on counsel |
| 7/20/07 | 3/1/07-3/31/07 | $8,591.25 | $5,143.33 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 4/1/07-4/30/07 | $5,842.50 | $62.40 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 5/1/07-5/31/07 | $2,970.00 | $2,011.74 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 6/1/07-6/30/07 | $1,110.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 7/1/07-7/31/07 | $615.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 8/1/07-8/31/07 | $960.00 | $690.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 9/1/07-9/30/07 | $544.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 10/1/07-10/31/07 | $1,056.00 | $912.66 | No objections served on counsel | No objections served on counsel |
| 1/14/2008 | 11/1/07-11/30/07 | $1,882.00 | $80.55 | No objections served on counsel | No objections served on counsel |
| 1/14/2008 | 12/1/07-12/31/07 | $320.00 | $0.00 | No objections served on counsel | No objections served on counsel |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $320.00 | 2.0 | $640.00 |
| Elihu E. Allinson, III | Associate | 10 | Bankruptcy | $260.00 | 0.0 | $0.00 |
| TOTALS | | | | | 0.0 | $640.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 1.3 | $416.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 0.7 | $224.00 |
| TOTALS | 2.0 | $640.00 |

## 11 - Fee Applications, Applicant

| Description | Amount |
|---|---|
| Outside Copying and Service by Vendor | $0.00 |
| Courier Service | $0.00 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage | $0.00 |
| Federal Express | $50.28 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $50.28 |

Dated: March 4, 2008
   Wilmington, Delaware

**SULLIVAN HAZELTINE ALLINSON LLC**


William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: March 24, 2008 @ 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
JANUARY 1, 2008 THROUGH JANUARY 31, 2008**

# SULLIVAN HAZELTINE ALLINSON LLC

**Attorneys and Counselors at Law**
**4 East 8th Street, Suite 400**
**Wilmington, DE 19801**
**Tax ID # 20-5238500**

**Tel: (302) 428-8191**
**Fax:(302) 428-8195**

ZAI Claimants
c/o William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

February 28, 2008
Invoice #    10422

**In Reference To:**     **W.R. Grace**
**C.A. 01-01139 (JKF)**

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/10/2008 | WDS | Review miscellaneous pleadings filed in case | 0.30 | 96.00 |
| 1/14/2008 | WDS | Review and file Scott Law Group fee applications for July through September 2007 | 0.30 | 96.00 |
|  | WDS | Prepare WDS, LLC monthly fee application for November 2007 | 0.50 | 160.00 |
|  | WDS | Prepare WDS, LLC monthly fee application for December 2007 | 0.50 | 160.00 |
| 1/28/2008 | WDS | Review agenda for hearing; review miscellaneous pleadings | 0.40 | 128.00 |
|  |  | For professional services rendered | 2.00 | $640.00 |
|  |  | Additional Charges : |  |  |
| 1/14/2008 |  | FedEx (Fee Applications) |  | 50.28 |
|  |  | Total additional charges |  | $50.28 |
|  |  | Total amount of this bill |  | $690.28 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 2.00 | 320.00 | $640.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  March 24, 2008 @ 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

### VERIFICATION OF THE APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM JANUARY 1, 2008 THROUGH JANUARY 31, 2008

I, William D. Sullivan, do hereby verify the following with respect to the Application Of

Sullivan Hazeltine Allinson LLC ("Sullivan") For Compensation For Services And

Reimbursement Of Expenses As ZAI Local Counsel For The Interim Period From January 1,

2008 Through January 31, 2008:

1.     I am an attorney with the applicant law firm, Sullivan Hazeltine Allinson LLC,

admitted to appear before this Court.

2.     I personally performed many of the legal services for which Sullivan is seeking

interim compensation and am thoroughly familiar with the other work performed on behalf of the

ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.     I have reviewed the foregoing application and the facts set forth therein are true

and correct to the best of my knowledge, information and belief.  I am familiar with

Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11*

*U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and*

*Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: March 4, 2008
    Wilmington, Delaware

SULLIVAN HAZELTINE ALLINSON LLC

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 22, 2008 @ 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

Name of Applicant:                                                    Sullivan Hazeltine Allinson LLC

Authorized to Provide Professional Services to:        Zonolite Attic Insulation Claimants

Date of Appointment:                                              July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                                        February 1, 2008 through
                                                                                February 29, 2008

Amount of Compensation sought as actual,
Reasonable, and necessary:                                      $ 2,144.00

Amount of Expenses Reimbursement:                        $ 1,639.92

This is a:  $\underline{X}$ monthly     _ quarterly   _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of Sullivan Hazeltine Allinson LLC (formerly William D. Sullivan, LLC). Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants. As of July 22, 2006 Mr. Sullivan relocated to William D. Sullivan, LLC, which changed its name to Sullivan Hazeltine Allinson LLC effective January 1, 2008.

Docket No. 18437
Date   4/2/2008

This is the eighteenth application of Sullivan Hazeltine Allinson LLC, formerly William D. Sullivan, LLC, ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 1/1/07-1/31/07 | $7,248.75 | $13.92 | No objections served on counsel | No objections served on counsel |
| 3/29/07 | 2/1/07-2/28/07 | $1,102.50 | $882.00 | No objections served on counsel | No objections served on counsel |
| 7/20/07 | 3/1/07-3/31/07 | $8,591.25 | $5,143.33 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 4/1/07-4/30/07 | $5,842.50 | $62.40 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 5/1/07-5/31/07 | $2,970.00 | $2,011.74 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 6/1/07-6/30/07 | $1,110.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 7/1/07-7/31/07 | $615.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 8/1/07-8/31/07 | $960.00 | $690.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 9/1/07-9/30/07 | $544.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 10/1/07-10/31/07 | $1,056.00 | $912.66 | No objections served on counsel | No objections served on counsel |
| 1/14/2008 | 11/1/07-11/30/07 | $1,882.00 | $80.55 | No objections served on counsel | No objections served on counsel |
| 1/14/2008 | 12/1/07-12/31/07 | $320.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 3/4/2008 | 1/1/08 - 1/31/08 | $640.00 | $50.28 | No objections served on counsel | No objections served on counsel |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

2

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $320.00 | 6.7 | $2,144.00 |
| Elihu E. Allinson, III | Associate | 10 | Bankruptcy | $260.00 | 0.0 | $0.00 |
| TOTALS | | | | | 6.7 | $2,144.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 0.6 | $192.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 6.1 | $1,952.00 |
| TOTALS | 6.7 | $2,144.00 |

## Detail of Expenses

| Description | Amount |
|---|---|
| Outside Copying and Service by Vendor | $1,549.92 |
| Courier Service | $90.00 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage | $0.00 |
| Federal Express | $0.00 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $1,639.92 |

Dated: April 2, 2008
Wilmington, Delaware

SULLIVAN · HAZELTINE ALLINSON LLC

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 22, 2008 @ 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM
FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008**

# SULLIVAN HAZELTINE ALLINSON LLC

**Attorneys and Counselors at Law**
**4 East 8th Street, Suite 400**
**Wilmington, DE  19801**
**Tax ID # 20-5238500**

**Tel: (302) 428-8191**
**Fax:(302) 428-8195**

ZAI Claimants
c/o William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

March 27, 2008
Invoice #    10482

**In Reference To:**   **W.R. Grace**
**C.A. 01-01139 (JKF)**

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 2/5/2008 WDS | Correspondence with co-counsel; review filing schedule; revise and file Scott Law Group quarterly fee application | 0.50 | 160.00 |
| WDS | E-mail fee auditor re: Scott Law Group fee application | 0.10 | 32.00 |
| 2/18/2008 WDS | Review agenda letter for hearing (February 25, omnibus) | 0.20 | 64.00 |
| 2/20/2008 WDS | Correspondence with E. Westbrook re: preparation for hearing on February 25 | 0.20 | 64.00 |
| WDS | Review miscellaneous motions regarding Debtor financing | 0.40 | 128.00 |
| WDS | Correspondence with E. Westbrook re: status conference issues | 0.30 | 96.00 |
| 2/25/2008 WDS | Meeting with Ed Westbrook and Darrell Scott in preparation for ZAI status conference with Court | 1.50 | 480.00 |
| WDS | Attend hearing, ZAI status conference | 3.50 | 1,120.00 |
| For professional services rendered |  | 6.70 | $2,144.00 |

Additional Charges :

| | Amount |
|---|---|
| 2/5/2008 Service of the Scott Law Group's Twenty-Sixth Quarterly Fee Application | 67.50 |
| Copying and service of Notice of the Scott Law Group's Twenty-Sixth Quarterly Fee Application | 402.98 |
| 2/21/2008 Delivery of Scott Law Group October and November 2007 Fee Apps | 22.50 |
| Copying and service of The Scott Law Group Notice of Change of Address | 1,146.94 |
| Total additional charges | $1,639.92 |

ZAI Claimants

|  | Amount |
|---|---|
| Total amount of this bill | $3,783.92 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 6.70 | 320.00 | $2,144.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: April 22, 2008 @ 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

### VERIFICATION OF THE APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM FEBRUARY 1, 2008 THROUGH FEBRUARY 29, 2008

I, William D. Sullivan, do hereby verify the following with respect to the Application Of Sullivan Hazeltine Allinson LLC ("Sullivan") For Compensation For Services And Reimbursement Of Expenses As ZAI Local Counsel For The Interim Period From February 1, 2008 Through February 29, 2008:

1.    I am an attorney with the applicant law firm, Sullivan Hazeltine Allinson LLC, admitted to appear before this Court.

2.    I personally performed many of the legal services for which Sullivan is seeking interim compensation and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.    I am familiar with Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: April 2, 2008
   Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

_____
William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

2

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 28, 2008 @ 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

## SUMMARY OF THE APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM MARCH 1, 2008 THROUGH MARCH 31, 2008

| | |
|---|---|
| Name of Applicant: | Sullivan Hazeltine Allinson LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | March 1, 2008 through March 31, 2008 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 6,872.00 |
| Amount of Expenses Reimbursement: | $ 18,882.04 |

This is a: $\underline{X}$ monthly   _ quarterly   _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of Sullivan Hazeltine Allinson LLC (formerly William D. Sullivan, LLC). Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants. As of July 22, 2006 Mr. Sullivan relocated to William D. Sullivan, LLC, which changed its name to Sullivan Hazeltine Allinson LLC effective January 1, 2008.

This is the twentieth application of Sullivan Hazeltine Allinson LLC, formerly William D. Sullivan, LLC, ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.  The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 1/1/07-1/31/07 | $7,248.75 | $13.92 | No objections served on counsel | No objections served on counsel |
| 3/29/07 | 2/1/07-2/28/07 | $1,102.50 | $882.00 | No objections served on counsel | No objections served on counsel |
| 7/20/07 | 3/1/07-3/31/07 | $8,591.25 | $5,143.33 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 4/1/07-4/30/07 | $5,842.50 | $62.40 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 5/1/07-5/31/07 | $2,970.00 | $2,011.74 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 6/1/07-6/30/07 | $1,110.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 7/1/07-7/31/07 | $615.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 8/1/07-8/31/07 | $960.00 | $690.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 9/1/07-9/30/07 | $544.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 10/1/07-10/31/07 | $1,056.00 | $912.66 | No objections served on counsel | No objections served on counsel |
| 1/14/2008 | 11/1/07-11/30/07 | $1,882.00 | $80.55 | No objections served on counsel | No objections served on counsel |
| 1/14/2008 | 12/1/07-12/31/07 | $320.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 3/4/2008 | 1/1/08 - 1/31/08 | $640.00 | $50.28 | No objections served on counsel | No objections served on counsel |
| 4/2/2008 | 2/1/08 - 2/29/08 | $2,144.00 | $1,639.92 | No objections served on counsel | No objections served on counsel |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

2

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $320.00 | 16.6 | $5,312.00 |
| Elihu E. Allinson, III | Associate | 10 | Bankruptcy | $260.00 | 6 | $1,560.00 |
| TOTALS | | | | | 22.6 | $6,872.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 2.5 | $800.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 20.1 | $6,072.00 |
| TOTALS | 22.6 | $6,872.00 |

## Detail of Expenses

| Description | Amount |
|---|---|
| Outside Copying and Service by Vendor | $18,809.34 |
| Courier Service | $40.00 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage | $0.00 |
| Federal Express | $0.00 |
| On-line Search Service (CM/ECF) | $0.00 |
| Total | $18,882.04 |

Dated: August 8, 2008
Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: August 28, 2008 @ 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM MARCH 1, 2008 THROUGH MARCH 31, 2008**

# SULLIVAN HAZELTINE ALLINSON LLC

**Attorneys and Counselors at Law**
**4 East 8th Street, Suite 400**
**Wilmington, DE  19801**
**Tax ID # 20-5238500**

**Tel: (302) 428-8191**
**Fax:(302) 428-8195**

ZAI Claimants
c/o William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

May 01, 2008
Invoice #     10526

**In Reference To:**     **W.R. Grace**
                **C.A.  01-01139 (JKF)**

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/4/2008 | WDS | Prepare William D. Sullivan, LLC 27th interim fee application | 0.50 | 160.00 |
|  | WDS | Prepare January fee application for Sullivan Hazeltine Allinson LLC | 0.40 | 128.00 |
|  | WDS | Review scheduling order; correspondence with co-counsel re: motions on notice issues | 0.30 | 96.00 |
|  | WDS | Prepare William D. Sullivan, LLC 26th quarterly fee application | 0.50 | 160.00 |
|  | WDS | Review and revise Scott Law Group's 27th quarterly fee application | 0.30 | 96.00 |
| 3/10/2008 | WDS | Review e-mail from E. Westbrook re: Debtors pursuit of bar date motion | 0.10 | 32.00 |
|  | WDS | Review auditor's report approving expenses for 26th quarterly period | 0.10 | 32.00 |
|  | WDS | Review certificate of counsel dismissing adversary | 0.10 | 32.00 |
| 3/11/2008 | WDS | Review agenda for March 17 hearing; no matters going forward | 0.10 | 32.00 |
|  | WDS | Correspondence from counsel for Property Damage Committee re: motion | 0.10 | 32.00 |
|  | WDS | Correspondence with E. Westbrook re: response and scheduling | 0.20 | 64.00 |
| 3/12/2008 | EEA | Discuss research issues with W. Sullivan; Rule 54(b) and appealability of claims disallowance | 0.20 | 52.00 |
|  | EEA | Research appeal issue; e-mail E. Westbrook | 2.60 | 676.00 |
|  | EEA | Review science trial opinion and potential for Rule 54(b) dismissal | 2.00 | 520.00 |
|  | WDS | Telephone conversation with Ed Westbrook re: research questions on finality of claim disallowance for appeal purposes | 0.30 | 96.00 |

ZAI Claimants                                                                                               Page    2

|            |     |                                                                                               | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------|-------|--------|
| 3/14/2008  | WDS | Review legal research and code provisions; review docket items; draft memo to E. Westbrook re: contested matter documentation | 1.20  | 384.00 |
|            | WDS | Correspondence with co-counsel; review motion to show cause; review and revise memorandum in support of motion | 0.60  | 192.00 |
|            | WDS | Telephone conversation with co-counsel re: motion to approve class claims | 0.20  | 64.00  |
| 3/17/2008  | WDS | Review revised agenda for March 17 hearing                                                     | 0.10  | 32.00  |
|            | WDS | Correspondence with co-counsel re: revised schedule on brief                                   | 0.20  | 64.00  |
|            | WDS | Attend hearing (telephonically); revised schedule for ZAI briefing of issues approved          | 2.00  | 640.00 |
|            | WDS | Review order on fee applications; forward to co-counsel; e-mail re: amounts due               | 0.40  | 128.00 |
|            | WDS | Review Scott declaration and exhibit; prepare for filing                                       | 0.50  | 160.00 |
|            | WDS | Review motion for class certification and outline revisions                                    | 0.60  | 192.00 |
|            | WDS | Correspondence with co-counsel re: final versions of briefs                                    | 0.20  | 64.00  |
|            | WDS | Correspondence with E. Westbrook re: Rule 54(b) motion and exhibits                            | 0.20  | 64.00  |
| 3/18/2008  | EEA | Telephone call from E. Westbrook re: final version of brief                                    | 0.10  | 26.00  |
|            | EEA | Review and comment on motion for order to show cause                                           | 0.60  | 156.00 |
|            | EEA | Draft order for motion to show cause                                                           | 0.50  | 130.00 |
|            | WDS | Review and revise motion to dismiss claim; prepare notice and order; correspondence with co-counsel re: filing of same | 1.50  | 480.00 |
|            | WDS | Review and revise motion to file class claim; prepare notice and order                         | 1.20  | 384.00 |
|            | WDS | Correspondence with co-counsel re: amended claim; review amended claim; revise order on class claim | 0.60  | 192.00 |
|            | WDS | Review and revise motion on designation of expert; prepare notice; correspondence with co-counsel re: order | 1.40  | 448.00 |
| 3/19/2008  | WDS | Review Debtor's motion to establish a bar date; review proposed notice provisions; e-mail co-counsel re: same | 1.10  | 352.00 |
|            | WDS | Telephone conversation with counsel for Canadian ZAI Claimants re: class claim/bar date motions | 0.20  | 64.00  |
|            | WDS | Review second amended proof of claim and prepare notice of filing                              | 0.60  | 192.00 |
|            | WDS | Review miscellaneous pleadings relating to personal injury and other settlements              | 0.30  | 96.00  |
| 3/25/2008  | WDS | Review and file certificates of no objection for WDS monthly fee applications (27th Quarterly period) | 0.30  | 96.00  |

ZAI Claimants

| | | Hours | Amount |
|---|---|---|---|
| 3/25/2008 | WDS  Review notices and calendar response times for current motions | 0.20 | 64.00 |
| | For professional services rendered | 22.60 | $6,872.00 |
| | Additional Charges : | | |
| 3/4/2008 | FedEx | | 32.70 |
| 3/5/2008 | Service of William D. Sullivan, LLC 26th and 27th quarterly fee applications and the Scott Law Group 27th quarterly fee application | | 277.20 |
| | Courier - service of quarterly fee applications | | 40.00 |
| | Copying and service of the Scott Law Group's Notice of 27th Quarterly Fee Application | | 417.17 |
| 3/18/2008 | Copying and service of five documents on entire 2002 service list (ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim; ZAI Claimants' Memorandum in Support of Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim; ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or for a Rule 54(b) Determination to Permit Appellate Review of the ZAI Opinion; ZAI Claimants' Motion for Order to Show Cause Why Court Appointed Expert Witness Should Not Be Designated; ZAI Claimants' Memorandum in Support of Motion for Order to Show Cause Why Expert Witness Should Not Be Appointed | | 15,885.76 |
| 3/19/2008 | Copying and service of Notice of Filing of Second Amended Proof of Claim on entire 2002 service list | | 2,229.21 |
| | Total additional charges | | $18,882.04 |
| | Total amount of this bill | | $25,754.04 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 16.60 | 320.00 | $5,312.00 |
| Zeke Allinson | 6.00 | 260.00 | $1,560.00 |

# Digital Legal, LLC

1001 Jefferson Plaza  Suite 100
Wilmington, Delaware 19801
Phone # (302) 888-2060
Fax # (302) 888-2042

| Invoice Number | 1961 |
|---|---|

| Date | Terms | Rep | Tax ID # |
|---|---|---|---|
| 3/17/2008 | Net 20 | House | 51-0368307 |

**Bill To:**

Sullivan Hazeltine Allinson, LLC
4 East 8th St.,  Suite 400
Wilmington, DE 19801



PAID
APR 1 8 2008
BY: llaa

| Ordered By | Project Date | P.O. No. | Project Name | DLS Job # |
|---|---|---|---|---|
| Katie | 3/5/08 | | WR Grace | WDS0015 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1,484 | Digital prints (7 originals X 212 copies) 212 MAIL | 0.1425 | 211.47 |
| 210 | Postage - Zone 1 | 0.97 | 203.70 |
| 2 | Postage - Canada | 1.00 | 2.00 |

Thank you for your business.  We look forward to working with you again.

| **Total** | $417.17 |
|---|---|
| **Payments/Credits** | $0.00 |
| **Balance Due** | $417.17 |

Web Site:  www.digitallegalservices.com

If you have any questions please contact Debbie Carroll at (302) 888-2060 or dcarroll@digitallegal.net.  Thank you.

# Digital Legal, LLC

1001 Jefferson Plaza  Suite 100
Wilmington, Delaware 19801
Phone # (302) 888-2060
Fax # (302) 888-2042

| Invoice Number | | | |
|---|---|---|---|
| Date | Terms | Rep | Tax ID # |
| 3/21/2008 | Net 20 | House | 51-0368307 |

| Bill To: |
|---|
| Sullivan Hazeltine Allinson, LLC<br>4 East 8th St.,  Suite 400<br>Wilmington, DE 19801 |

| Ordered By | Project Date | P.O. No. | Project Name | DLS Job # |
|---|---|---|---|---|
| Katie | 3/19/08 | | WR Grace/ZAI | 6000 |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 16,055 | Digital prints (65 originals X 247 copies) 247 MAIL | 0.0975 | 1,565.36 |
| 243 | Postage - Zone | 2.67 | 648.81 |
| 4 | Postage - Canada | 3.76 | 15.04 |

Thank you for your business.  We look forward to working with you again.

| | |
|---|---|
| **Total** | $2,229.21 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,229.21 |

Web Site:  www.digitallegalservices.com

If you have any questions please contact Debbie Carroll at (302) 888-2060 or dcarroll@digitallegal.net.  Thank you.

# Invoice

| Acct. No. | Date | Invoice # | Created From Sales Order #22130 |
|---|---|---|---|
| 807 | 3/6/2008 | 83216 | |

**Customer**

807 William D. Sullivan

## Parcels, inc.
### INTEGRATED OUTSOURCED SERVICES

**Bill To**

Bill Sullivan
William D. Sullivan
4 East 8th Street
Suite 400
Wilmington DE 19801

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | | Terms | Payment Due |
|---|---|---|---|---|
| 83216 | 807 William D. Sullivan | | Net 30 | 4/5/2008 |
| Reference#/P.O.# | Date of Job | Time Received | Created From | Date |
| ZAI/WRGrace | 3/5/2008 | 11:36 am | Sales Order #22130 | 3/6/2008 |

| Contact | Job Detail |
|---|---|
| 807 William D. Sullivan : Katie Davis 302-428-8191 | Service via hand & mail Envelopes provided, labeled and posted 3 Documents |
| **Caller** | WDS 26th Quarterly Fee App |
| Katie | WDS 27th Quarterly Fee App |
| | Scott Law 27th Quarterly Fee App |

**Parcels Division**

Copy Center

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 2310 | Service | 0.12 | 277.20 |
| | | **Total** | **$277.20** |

# Invoice



## Parcels, Inc.
### INTEGRATED OUTSOURCED SERVICES

| Acct. No. | Date | Invoice # | Created From Sales Order #22142 |
|-----------|------|-----------|------|
| 807 | 3/5/2008 | 82995 | |
| **Customer** | | | |
| 807 William D. Sullivan | | | |

**Bill To**

Bill Sullivan
William D. Sullivan
4 East 8th Street
Suite 400
Wilmington DE 19801

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | | |
|-----------|----------|--|--|
| 82995 | 807 William D. Sullivan | | |
| **Reference** | **Date of Job** | **Time Received** | |
| ZAI/WR GRACE | 3/5/2008 | 12:10 pm | |

| Terms | Payment Due |
|-------|-------------|
| Net 30 | 4/4/2008 |
| **Created From** | **Date** |
| Sales Order #22142 | 3/5/2008 |

| Contact | Pickup Information | Delivery Information | Attorney |
|---------|--------------------|--------------------|----------|
| 807 William D. Sullivan : Katie Davis 302-428-8191 | Parcels Copy Center 230 N Market Street Wilmington DE 302-658-0900 | Richards Layton & Finger 920 N King Street One Rodney, 2nd Floor Wilmington DE (302) 651-7600 | |
| **Requested By** | | | |

| Parcels Division | Special Instructions |
|------------------|----------------------|
| **Courier** | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Discounted Delivery | 5.00 | 5.00 |
| | | **Total** | **$5.00** |

# Invoice

| Acct. No. | Date | Invoice # | Created From Sales Order #22145 |
|-----------|------|-----------|----------------|
| 807 | 3/5/2008 | 83148 | |

| Customer |
|----------|
| 807 William D. Sullivan |



**INTEGRATED OUTSOURCED SERVICES**

### Bill To
Bill Sullivan
William D. Sullivan
4 East 8th Street
Suite 400
Wilmington DE 19801

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

...

| Invoice # | Customer | | |
|-----------|----------|--|--|
| 83148 | 807 William D. Sullivan | | |
| Reference | | Date of Job | Time Received |
| ZAI/WR GRACE | | 3/5/2008 | 12:10 pm |

| Terms | Payment Due |
|-------|-------------|
| Net 30 | 4/4/2008 |
| Created From | Date |
| Sales Order #22145 | 3/5/2008 |

| Contact | Pickup Information | Delivery Information | Attorney |
|---------|-------------------|---------------------|----------|
| 807 William D. Sullivan : Katie Davis 302-428-8191 | Parcels Copy Center 230 N Market Street Wilmington DE 302-658-0900 | Campbell & Levine 800 King Street Suite 300 Wilmington DE 19801 302-426-1900 | |
| Requested By | | | |

| Parcels Division | Special Instructions |
|------------------|----------------------|
| **Courier** | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Discounted Delivery | 5.00 | 5.00 |
| | | **Total** | **$5.00** |

# Invoice

**Parcels, Inc.**
**INTEGRATED OUTSOURCED SERVICES**

| Acct. No. | Date | Invoice # | Created From |
|---|---|---|---|
| | | | Sales Order #22139 |
| 807 | 3/5/2008 | 83104 | |
| **Customer** | | | |
| 807 William D. Sullivan | | | |

**Bill To**

Bill Sullivan
William D. Sullivan
4 East 8th Street
Suite 400
Wilmington DE 19801

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | |
|---|---|---|
| 83104 | 807 William D. Sullivan | |
| **Reference** | **Date of Job** | **Time Received** |
| ZAI/WR GRACE | 3/5/2008 | 12:10 pm |

| Terms | Payment Due |
|---|---|
| Net 30 | 4/4/2008 |
| **Created From** | **Date** |
| Sales Order #22139 | 3/5/2008 |

| Contact | Pickup Information | Delivery Information | Attorney |
|---|---|---|---|
| 807 William D. Sullivan : Katie Davis 302-428-8191 | Parcels Copy Center 230 N Market Street Wilmington DE 302-658-0900 | The Bayard Firm 222 Delaware Avenue 9th Floor Wilmington DE 302-655-5000 | |
| **Requested By** | | | |

| Parcels Division | Special Instructions |
|---|---|
| **Courier** | |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Discounted Delivery | 5.00 | 5.00 |
| | | **Total** | **$5.00** |

# Invoice



**Parcels, Inc.**

**INTEGRATED OUTSOURCED SERVICES**

| Acct. No. | Date | Invoice # | Created From Sales Order #22141 |
|-----------|------|-----------|------------|
| 807 | 3/5/2008 | 83005 | |
| Customer | | | |
| 807 William D. Sullivan | | | |

### Bill To

Bill Sullivan
William D. Sullivan
4 East 8th Street
Suite 400
Wilmington DE 19801

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

...

| Invoice # | Customer | | |
|-----------|----------|--|--|
| 83005 | 807 William D. Sullivan | | |
| Reference | | Date of Job | Time Received |
| ZAI/WR GRACE | | 3/5/2008 | 12:10 pm |

| Terms | Payment Due |
|-------|-------------|
| Net 30 | 4/4/2008 |
| Created From | Date |
| Sales Order #22141 | 3/5/2008 |

| Contact | Pickup Information | Delivery Information | Attorney |
|---------|--------------------|--------------------|---------|
| 807 William D. Sullivan : Katie Davis 302-428-8191 | Parcels Copy Center 230 N Market Street Wilmington DE 302-658-0900 | Office of the U.S. Trustee 844 N King Street 2nd Floor Lobby Wilmington DE 302-573-6491 | |
| Requested By | | | |

| Parcels Division | Special Instructions |
|------------------|----------------------|
| Courier | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Discounted Delivery | 5.00 | 5.00 |
| | | **Total** | **$5.00** |

# Invoice

| Acct. No. | Date | Invoice # | Created From |
|-----------|------|-----------|--------------|
| | | | Sales Order #22138 |
| 807 | 3/5/2008 | 83026 | |

| Customer |
|----------|
| 807 William D. Sullivan |

**Parcels, Inc.**

**INTEGRATED OUTSOURCED SERVICES**

### Bill To

Bill Sullivan
William D. Sullivan
4 East 8th Street
Suite 400
Wilmington DE 19801

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer |
|-----------|----------|
| 83026 | 807 William D. Sullivan |

| Reference | Date of Job | Time Received |
|-----------|-------------|---------------|
| ZAI/WR GRACE | 3/5/2008 | 12:10 pm |

| Terms | Payment Due |
|-------|-------------|
| Net 30 | 4/4/2008 |

| Created From | Date |
|--------------|------|
| Sales Order #22138 | 3/5/2008 |

| Contact | Pickup Information | Delivery Information | Attorney |
|---------|--------------------|--------------------|----------|
| 807 William D. Sullivan : Katie Davis<br>302-428-8191 | Parcels Copy Center<br>230 N Market Street<br>Wilmington<br>DE<br>302-658-0900 | Pachulski Stang<br>919 Market Street<br>17th Floor<br>Wilmington<br>DE<br>302-652-4100 | |
| Requested By | | | |

| Parcels Division | Special Instructions |
|------------------|---------------------|
| **Courier** | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Discounted Delivery | 5.00 | 5.00 |
| | | **Total** | **$5.00** |

# Invoice

| Acct. No. | Date | Invoice # | Created From |
|-----------|------|-----------|--------------|
| 807 | 3/5/2008 | 83052 | Sales Order #22144 |

| Customer |
|----------|
| 807 William D. Sullivan |

## Parcels, Inc.
### INTEGRATED OUTSOURCED SERVICES

**Bill To**

Bill Sullivan
William D. Sullivan
4 East 8th Street
Suite 400
Wilmington DE 19801

Please Send Payment To:

**Parcels, Inc.**
**P.O. Box 27**
**Wilmington DE 19899**
**(302) 658-9926**
Tax ID # 51-0255431

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer | | |
|-----------|----------|--|--|
| 83052 | 807 William D. Sullivan | | |
| Reference | | Date of Job | Time Received |
| ZAI/WR GRACE | | 3/5/2008 | 12:10 pm |

| Terms | Payment Due |
|-------|-------------|
| Net 30 | 4/4/2008 |
| Created From | Date |
| Sales Order #22144 | 3/5/2008 |

| Contact | Pickup Information | Delivery Information | Attorney |
|---------|--------------------|--------------------|----------|
| 807 William D. Sullivan : Katie Davis<br>302-428-8191 | Parcels Copy Center<br>230 N Market Street<br>Wilmington<br>DE<br>302-658-0900 | Duane Morris<br>1100 N Market Street<br>12th Floor<br>Wilmington<br>DE<br>302-657-4900 | |
| Requested By | | | |
| | | | |

| Parcels Division | Special Instructions |
|------------------|----------------------|
| Courier | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Discounted Delivery | 5.00 | 5.00 |
| | | **Total** | **$5.00** |

# Invoice

| Acct. No. | Date | Invoice # | Created From |
|-----------|------|-----------|--------------|
| 807 | 3/5/2008 | 83082 | Sales Order #22143 |

| Customer |
|----------|
| 807 William D. Sullivan |

## Parcels, Inc.
### INTEGRATED OUTSOURCED SERVICES

### Bill To

Bill Sullivan
William D. Sullivan
4 East 8th Street
Suite 400
Wilmington DE 19801

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431

---

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

| Invoice # | Customer |
|-----------|----------|
| 83082 | 807 William D. Sullivan |

| Reference | Date of Job | Time Received |
|-----------|-------------|---------------|
| ZAI/WR GRACE | 3/5/2008 | 12:10 pm |

| Terms | Payment Due |
|-------|-------------|
| Net 30 | 4/4/2008 |

| Created From | Date |
|--------------|------|
| Sales Order #22143 | 3/5/2008 |

| Contact | Pickup Information | Delivery Information | Attorney |
|---------|--------------------|--------------------|----------|
| 807 William D. Sullivan : Katie Davis 302-428-8191 | Parcels Copy Center 230 N Market Street Wilmington DE 302-658-0900 | Landis Rath & Cobb 919 N Market St Suite 600 Wilmington DE | |
| Requested By | | | |

| Parcels Division | Special Instructions |
|------------------|----------------------|
| **Courier** | |

| Quantity | Description | Rate | Amount |
|----------|-------------|------|--------|
| 1 | Discounted Delivery | 5.00 | 5.00 |
| | | **Total** | **$5.00** |

# Invoice

| Acct. No. | Date | Invoice # | Created From |
|---|---|---|---|
| | | | Sales Order #25319 |
| 807 | 3/26/2008 | 88036 | |

| Customer |
|---|
| 807 Sullivan, Hazeltine, Allinson LLC |



**Parcels, Inc.**

INTEGRATED OUTSOURCED SERVICES

### Bill To

William Sullivan
Sullivan, Hazeltine, Allinson LLC
4 East 8th Street
Suite 400
Wilmington DE 19801

Please Send Payment To:

**Parcels, Inc.**
P.O. Box 27
Wilmington DE 19899
(302) 658-9926
Tax ID # 51-0255431

Please cut here and return top portion with payment. Make checks payable to Parcels, Inc.

...

| Invoice # | Customer |
|---|---|
| 88036 | 807 Sullivan, Hazeltine, Allinson LLC |

| Reference#/P.O.# | Date of Job | Time Received |
|---|---|---|
| WR GRACE/ZAI | 3/18/2008 | 7:56 pm |

| Terms | Payment Due |
|---|---|
| Net 30 | 4/25/2008 |

| Created From | Date |
|---|---|
| Sales Order #25319 | 3/26/2008 |

| Contact |
|---|
| 807 Sullivan, Hazeltine, Allinson LLC : William Sullivan |
| 302-428-8191 |
| wsullivan@ycst.com |

| Caller |
|---|
| William Sullivan |

| Parcels Division |
|---|
| Copy Center |

**Job Detail**

5 doc service via hands and mail

DI  18323
    18324
    18325
    18326
    18327

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 127089 | Service | 0.10 | 12,708.90 |
| 243 | Expandable Tyvek Envelope (12" X 16 "X 4") | 1.60 | 388.80 |
| 2788.06 | USPS Postage | 1.00 | 2,788.06 |
| | | **Total** | **$15,885.76** |

ZAI Claimants                                                                                    Page    3

|  |  | Hours | Amount |
|---|---|---|---|
| 3/25/2008 | WDS  Review notices and calendar response times for current motions | 0.20 | 64.00 |
|  | For professional services rendered | 22.60 | $6,872.00 |
|  | Additional Charges : |  |  |
| 3/4/2008 | FedEx |  | 32.70 |
| 3/5/2008 | Service of William D. Sullivan, LLC 26th and 27th quarterly fee applications and the Scott Law Group 27th quarterly fee application |  | 277.20 |
|  | Courier - service of quarterly fee applications |  | 40.00 |
|  | Copying and service of the Scott Law Group's Notice of 27th Quarterly Fee Application |  | 417.17 |
|  | Copying and service (D.I. 18212, 18213, 18214) |  | 417.17 |
| 3/18/2008 | Copying and service of five documents on entire 2002 service list (ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim; ZAI Claimants' Memorandum in Support of Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim; ZAI Claimants' Motion for Dismissal of an Individual ZAI Claim or for a Rule 54(b) Determination to Permit Appellate Review of the ZAI Opinion; ZAI Claimants' Motion for Order to Show Cause Why Court Appointed Expert Witness Should Not Be Designated; ZAI Claimants' Memorandum in Support of Motion for Order to Show Cause Why Expert Witness Should Not Be Appointed |  | 15,885.76 |
|  |  |  | 18,809.34 |
| 3/19/2008 | Copying and service of Notice of Filing of Second Amended Proof of Claim on entire 2002 service list |  | 2,229.21 |
|  | Copying and service (D.I.18336) |  | 2,229.21 |
|  | Total additional charges |  | ~~$21,520.42~~ 18,882.04 |
|  | Total amount of this bill |  | $28,400.42 |

## Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 16.60 | 320.00 | $5,312.00 |
| Zeke Allinson | 6.00 | 260.00 | $1,560.00 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
|  | ) | (Jointly Administered) |
|  | ) |  |
| Debtors. | ) | **Objection Deadline: August 28, 2008 @ 4:00 p.m.** |
|  | ) | **Hearing Date:  TBD only if necessary** |

**VERIFICATION OF THE APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC**
**FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF**
**EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD**
**FROM MARCH 1, 2008 THROUGH MARCH 31, 2008**

I, William D. Sullivan, do hereby verify the following with respect to the Application Of Sullivan Hazeltine Allinson LLC ("Sullivan") For Compensation For Services And Reimbursement Of Expenses As ZAI Local Counsel For The Interim Period From March 1, 2008 Through March 31, 2008:

1.      I am an attorney with the applicant law firm, Sullivan Hazeltine Allinson LLC, admitted to appear before this Court.

2.      I personally performed many of the legal services for which Sullivan is seeking interim compensation and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.   I am familiar with Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: August 8, 2008
      Wilmington, Delaware

                    SULLIVAN · HAZELTINE · ALLINSON LLC

                    William D. Sullivan (No. 2820)
                    Elihu E. Allinson, III (No. 3476)
                    4 East 8th Street, Suite 400
                    Wilmington, DE  19801
                    Telephone: (302) 428-8191
                    Facsimile: (302) 428-8195

                    Delaware Counsel for the ZAI Claimants