# EXHIBIT A

***W.R. Grace 8/14/08 Discovery Service List***
Case No. 01-1139 (JKF)
Doc No. 139829
1 – Overnight Delivery


***Overnight Delivery***
(Official Committee of Unsecured Creditors)
Ken Pasquale, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

91100-001\DOCS_DE:139829.1