**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| **Debtors.** | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF BILZIN SUMBERG BAENA  PRICE & AXELROD LLP
FOR THE TWENTY-EIGHTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Bilzin Sumberg Baena Price & Axelrod LLP for the Twenty-Eighth Interim Period</u> (the "Application").

**BACKGROUND**

1.      Bilzin Sumberg Baena Price & Axelrod LLP ("Bilzin") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants.  In the Application, Bilzin seeks approval of fees totaling $166,431.50 and expenses totaling $96,361.24 for its services from January 1, 2008 through March 31, 2008 (the "Application Period").

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2008, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330,

Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Bilzin, and received a response from Bilzin, portions of which response are quoted herein.

## DISCUSSION

3.     In our initial report, we noted the following lodging charges for which more information was needed:

| 01/16/08 | 851.58 | Lodging Travel to Pittsburgh - ...; Matthew Kramer;... Date: 1/16/2008 |
| 01/23/08 | 567.72 | Lodging Travel to Pittsburgh - ...; Matthew Kramer;... Date: 1/23/2008 |

In response to our inquiry, Bilzin provided the following information concerning these charges:

The Fee Auditor requests additional information regarding certain lodging charges. Set forth below is a table that identifies the aggregate room charge, the number of nights, taxes, telephone and other charges and the hotel name/location for each charge.

| DATE | ROOM CHARGE | # of Nights | TAXES, TELEPHONE AND OTHER CHARGES | GUEST NAME | NAME OF HOTEL/LOCATION |
|------|-------------|-------------|------------------------------------|------------|------------------------|
| 1/16/08 | $747.00 | 3 | $104.58 | Matthew I. Kramer | Westin Hotel/Pittsburgh |
| 1/23/08 | $498.00 | 2 | $69.72 | Matthew I. Kramer | Westin Hotel/Pittsburgh |

It appears to us that one can usually obtain satisfactory lodging in Pittsburgh for $300 per night, plus taxes. The charges in question did not exceed that rate, and, thus, we have no objection to these

expenses.

4.    In our initial report, we noted the following air fare charges for which more information was needed:

| | |
|---|---|
| 1,353.00 | Airfare Travel to Pittsburgh - ...; Date: 1/25/2008 |
| 1,397.89 | Airfare Travel to Pittsburgh - ...; Date: 1/25/2008 |
| 1,282.50 | Airfare Travel to Philadelphia; . . .; Scott L. Baena; . . .; Date: 2/25/2008 |

In response to our inquiry, Bilzin provided the following information concerning these charges:

C    $1,353.00, dated 1/25/08.  Roundtrip ticket from Miami to Pittsburgh for Mr. Kramer for attendance at the PI estimation trial from January 13, 2008 through January 16, 2008.  This fare was booked as refundable Coach from Miami to Pittsburgh ($664.50) and a non-refundable "A" First Class fare ($653.50) from Pittsburgh to Miami, plus a $35.00 service charge.

C    $1,397.89, dated 1/25/08.  Roundtrip ticket from Miami to Pittsburgh for Mr. Kramer for attendance at the PI estimation trial from January 21, 2008 through January 28, 2008. This fare was booked as a refundable Coach from Miami to Pittsburgh ($549.30) and a non-refundable "A" First Class fare from Pittsburgh to Miami ($813.50), plus a $35.00 service charge.  Bilzin Sumberg will agree to a reduction in the amount of $264.20 for this fare.

C    $1,282.50, dated 2/25/08.  Roundtrip ticket from Miami to Philadelphia for Mr. Baena.  For this flight in question, the lowest cost refundable coach ticket was $1,593.00.  However, there was a special First-Class fare for $1,247.50 available. Thus, the lower priced fare, plus a $35.00 service charge, was chosen.

We appreciate Bilzin's response and recommend a reduction of $264.20 in expenses.

5.    In our initial report, we noted the following ground transportation charge for which more information was needed:

| | |
|---|---|
| 343.25 | King Limousine and Transportation Service; . . .; Date: 2/29/2008 - Clients |

In response to our inquiry, Bilzin provided the following information concerning this charge:

- $343.25, dated 2/29/08.   Roundtrip transportation for Mr. Baena from Philadelphia Airport to the Bankruptcy Court in Wilmington.  The round-trip charge was $247.00, inclusive of taxes and gratuity, plus $96.25 in charges for wait time due to the extended hearing time.

The bankruptcy court is approximately 25 miles from Philadelphia International Airport.  The response does not indicate why it was necessary to take a car service in this instance.  Round trip cab fare, including taxes, tip, and a two-hour wait time, would have cost less than $200.00.  Thus, we recommend a reduction of $143.25 in expenses.

**CONCLUSION**

6.     Thus, we recommend approval of $166,431.50 in fees and $95,953.79 in expenses ($96,361.24 minus $407.45) for Bilzin's services for the Application Period.


Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**


By:_____
        Warren H. Smith
        Texas State Bar No. 18757050

325 N. St. Paul Street
Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 21st day of August, 2008.

_____
Warren H. Smith

## SERVICE LIST

**Applicant**
Scott L. Baena
Jay M. Sakalo
Matthew I. Kramer
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2385

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Arlene Krieger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801