IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al. ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtor. ) | Objection Date: September 12, 2008 at 4:00 pm |
| ) | Hearing: September 29, 2008 at 1:00 pm |

**COVER SHEET TO NINTH QUARTERLY INTERIM FEE APPLICATION OF
PIPER JAFFRAY & CO., AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF JANUARY 1, 2008 THROUGH MARCH 31, 2008**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | January 1, 2008 – March 31, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary: | $250,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $333.24 |

This is a ___ monthly    _x_ interim    ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

January 1, 2008 – March 31, 2008

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 82.0 | NA |
| Financial Analysis / Financial Review | 628.7 | NA |
| Case Administration | 16.1 | NA |
| Hearing Attendance / Meeting | 66.5 | NA |
| **TOTAL** | **793.3** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

January 1, 2008 – March 31, 2008

| Expense Category | Total |
|---|---|
| Research | $144.88 |
| Meals | 25.00 |
| Telephone | 163.36 |
| **TOTAL** | **$333.24** |

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.