# EXHIBIT A
## W.R. Grace
**PJC Time Records**
**January-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 1/1/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/2/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 1/3/2008 | 2.0 | Financial Analysis | POR analyses |
| Desiree Davis | 1/3/2008 | 2.0 | Financial Analysis | POR documentation |
| Jason Solganick | 1/3/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/3/2008 | 1.0 | Financial Analysis | POR analyses |
| Jason Solganick | 1/3/2008 | 3.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 1/3/2008 | 1.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 1/3/2008 | 3.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 1/3/2008 | 1.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 1/3/2008 | 1.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 1/3/2008 | 2.5 | Financial Analysis | POR documentation |
| Jason Solganick | 1/4/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/4/2008 | 5.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 1/4/2008 | 3.5 | Financial Analysis | POR documentation |
| Joseph Radecki | 1/4/2008 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 1/4/2008 | 3.0 | Financial Analysis | POR documentation |
| Desiree Davis | 1/7/2008 | 1.0 | Business Operations | Review of Remedium tax motion |
| Desiree Davis | 1/7/2008 | 1.5 | Financial Analysis | POR documentation |
| Desiree Davis | 1/7/2008 | 2.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 1/7/2008 | 1.0 | Business Operations | Review of Remedium tax motion |
| Jason Solganick | 1/7/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/7/2008 | 4.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 1/7/2008 | 1.0 | Business Operations | Review of Remedium tax motion |
| Jonathan Brownstein | 1/7/2008 | 3.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 1/7/2008 | 1.0 | Business Operations | Review of Remedium tax motion |
| Maika Hemphill | 1/7/2008 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 1/7/2008 | 3.5 | Financial Analysis | Valuation analyses |
| Desiree Davis | 1/8/2008 | 3.0 | Financial Analysis | POR documentation |
| Desiree Davis | 1/8/2008 | 2.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 1/8/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/8/2008 | 2.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 1/8/2008 | 3.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 1/8/2008 | 2.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 1/8/2008 | 3.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 1/9/2008 | 2.0 | Financial Analysis | POR documentation |
| Desiree Davis | 1/9/2008 | 2.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 1/9/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/9/2008 | 3.0 | Financial Analysis | POR documentation |
| Jason Solganick | 1/9/2008 | 3.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 1/9/2008 | 4.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 1/9/2008 | 1.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 1/9/2008 | 2.5 | Financial Analysis | POR documentation |
| Joseph Radecki | 1/9/2008 | 1.0 | Financial Analysis | Valuation analyses |
| Maika Hemphill | 1/9/2008 | 1.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 1/9/2008 | 4.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 1/10/2008 | 1.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 1/10/2008 | 2.5 | Financial Analysis | POR documentation |
| Desiree Davis | 1/10/2008 | 2.5 | Financial Analysis | Conference calls with Orrick and related analyses |
| Jason Solganick | 1/10/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/10/2008 | 2.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 1/10/2008 | 3.5 | Financial Analysis | POR documentation |
| Jason Solganick | 1/10/2008 | 2.0 | Financial Analysis | Conference calls with Orrick and related analyses |
| Jason Solganick | 1/10/2008 | 1.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 1/10/2008 | 1.5 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 1/10/2008 | 4.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 1/10/2008 | 2.0 | Financial Analysis | Conference calls with Orrick and related analyses |
| Jonathan Brownstein | 1/10/2008 | 2.0 | Financial Analysis | POR analyses |
| Joseph Radecki | 1/10/2008 | 1.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 1/10/2008 | 1.5 | Financial Analysis | Conference calls with Orrick and related analyses |
| Joseph Radecki | 1/10/2008 | 1.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 1/10/2008 | 1.5 | Financial Analysis | Valuation analyses |
| Maika Hemphill | 1/10/2008 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 1/10/2008 | 2.0 | Financial Analysis | Conference calls with Orrick and related analyses |
| Maika Hemphill | 1/10/2008 | 3.0 | Financial Analysis | POR analyses |

# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**January-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 1/11/2008 | 1.0 | Business Operations | Review of Remedium closing agreement |
| Desiree Davis | 1/11/2008 | 0.5 | Business Operations | Conference call re:  Remedium |
| Desiree Davis | 1/11/2008 | 1.5 | Financial Analysis | POR documentation |
| Jason Solganick | 1/11/2008 | 1.0 | Business Operations | Review of Remedium closing agreement |
| Jason Solganick | 1/11/2008 | 0.5 | Business Operations | Conference call re:  Remedium |
| Jason Solganick | 1/11/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/11/2008 | 3.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 1/11/2008 | 1.0 | Business Operations | Review of Remedium closing agreement |
| Jonathan Brownstein | 1/11/2008 | 0.5 | Business Operations | Conference call re:  Remedium |
| Jonathan Brownstein | 1/11/2008 | 3.5 | Financial Analysis | POR documentation |
| Joseph Radecki | 1/11/2008 | 0.5 | Business Operations | Review of Remedium closing agreement |
| Joseph Radecki | 1/11/2008 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 1/11/2008 | 1.0 | Business Operations | Review of Remedium closing agreement |
| Maika Hemphill | 1/11/2008 | 0.5 | Business Operations | Conference call re:  Remedium |
| Maika Hemphill | 1/11/2008 | 1.0 | Financial Analysis | POR documentation |
| Jason Solganick | 1/14/2008 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 1/14/2008 | 7.5 | Hearings | Telephonic court hearing |
| Jonathan Brownstein | 1/14/2008 | 7.5 | Hearings | Telephonic court hearing |
| Desiree Davis | 1/15/2008 | 1.5 | Financial Analysis | POR analyses |
| Jason Solganick | 1/15/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/15/2008 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 1/15/2008 | 2.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 1/15/2008 | 1.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 1/15/2008 | 2.5 | Financial Analysis | POR analyses |
| Desiree Davis | 1/16/2008 | 2.0 | Business Operations | Review of Project Fly materials |
| Desiree Davis | 1/16/2008 | 2.0 | Financial Analysis | POR documentation |
| Jason Solganick | 1/16/2008 | 1.5 | Business Operations | Review of Project Fly materials |
| Jason Solganick | 1/16/2008 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 1/16/2008 | 2.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 1/16/2008 | 1.5 | Business Operations | Review of Project Fly materials |
| Jonathan Brownstein | 1/16/2008 | 3.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 1/16/2008 | 1.5 | Business Operations | Review of Project Fly materials |
| Joseph Radecki | 1/16/2008 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 1/16/2008 | 2.0 | Business Operations | Review of Project Fly materials |
| Maika Hemphill | 1/16/2008 | 1.5 | Financial Analysis | POR documentation |
| Desiree Davis | 1/17/2008 | 1.5 | Business Operations | Review of Project Fly materials |
| Desiree Davis | 1/17/2008 | 1.0 | Business Operations | Conference call re:  Project Fly |
| Desiree Davis | 1/17/2008 | 2.5 | Financial Analysis | POR analyses |
| Desiree Davis | 1/17/2008 | 1.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 1/17/2008 | 1.0 | Business Operations | Review of Project Fly materials |
| Jason Solganick | 1/17/2008 | 1.0 | Business Operations | Conference call re:  Project Fly |
| Jason Solganick | 1/17/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/17/2008 | 1.0 | Financial Analysis | POR analyses |
| Jason Solganick | 1/17/2008 | 1.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 1/17/2008 | 1.0 | Business Operations | Review of Project Fly materials |
| Jonathan Brownstein | 1/17/2008 | 1.0 | Business Operations | Conference call re:  Project Fly |
| Jonathan Brownstein | 1/17/2008 | 1.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 1/17/2008 | 1.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 1/17/2008 | 1.0 | Financial Analysis | POR analyses |
| Joseph Radecki | 1/17/2008 | 1.0 | Financial Analysis | Valuation analyses |
| Maika Hemphill | 1/17/2008 | 1.5 | Business Operations | Review of Project Fly materials |
| Maika Hemphill | 1/17/2008 | 1.0 | Business Operations | Conference call re:  Project Fly |
| Maika Hemphill | 1/17/2008 | 3.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 1/17/2008 | 3.5 | Financial Analysis | Valuation analyses |
| Desiree Davis | 1/18/2008 | 2.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 1/18/2008 | 0.2 | Case Administration | Review court docket |
| Maika Hemphill | 1/18/2008 | 3.5 | Financial Analysis | Valuation analyses |
| Desiree Davis | 1/22/2008 | 2.0 | Business Operations | Preparation of update memo re: Project Fly |
| Desiree Davis | 1/22/2008 | 2.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 1/22/2008 | 2.0 | Business Operations | Preparation of update memo re: Project Fly |
| Jason Solganick | 1/22/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/22/2008 | 2.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 1/22/2008 | 1.0 | Business Operations | Preparation of update memo re: Project Fly |
| Jonathan Brownstein | 1/22/2008 | 1.5 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 1/22/2008 | 2.0 | Financial Analysis | Valuation analyses |
| Maika Hemphill | 1/22/2008 | 3.0 | Business Operations | Preparation of update memo re: Project Fly |
| Maika Hemphill | 1/22/2008 | 4.0 | Financial Analysis | Valuation analyses |

# EXHIBIT A
## W.R. Grace
**PJC Time Records**
**January-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 1/23/2008 | 2.0 | Financial Analysis | POR documentation and analyses |
| Jason Solganick | 1/23/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/23/2008 | 5.0 | Financial Analysis | POR documentation and analyses |
| Jonathan Brownstein | 1/23/2008 | 3.5 | Financial Analysis | POR documentation and analyses |
| Joseph Radecki | 1/23/2008 | 2.5 | Financial Analysis | POR documentation and analyses |
| Maika Hemphill | 1/23/2008 | 2.5 | Financial Analysis | POR documentation and analyses |
| Desiree Davis | 1/24/2008 | 1.0 | Business Operations | Review of Project Fly materials |
| Jason Solganick | 1/24/2008 | 1.0 | Business Operations | Review of Project Fly materials |
| Jason Solganick | 1/24/2008 | 0.2 | Case Administration | Review court docket |
| Jonathan Brownstein | 1/24/2008 | 1.0 | Business Operations | Review of Project Fly materials |
| Maika Hemphill | 1/24/2008 | 1.0 | Business Operations | Review of Project Fly materials |
| Jason Solganick | 1/25/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/28/2008 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 1/28/2008 | 2.5 | Hearings | Telephonic court hearing |
| Jonathan Brownstein | 1/28/2008 | 2.5 | Hearings | Telephonic court hearing |
| Desiree Davis | 1/29/2008 | 2.0 | Financial Analysis | POR documentation and analyses |
| Jason Solganick | 1/29/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/29/2008 | 3.0 | Financial Analysis | POR documentation and analyses |
| Jonathan Brownstein | 1/29/2008 | 2.5 | Financial Analysis | POR documentation and analyses |
| Joseph Radecki | 1/29/2008 | 2.0 | Financial Analysis | POR documentation and analyses |
| Maika Hemphill | 1/29/2008 | 2.0 | Financial Analysis | POR documentation and analyses |
| Desiree Davis | 1/30/2008 | 1.5 | Business Operations | Review of Project Fly materials |
| Desiree Davis | 1/30/2008 | 0.5 | Business Operations | Review of Q4 earnings release |
| Desiree Davis | 1/30/2008 | 3.0 | Financial Analysis | POR documentation and analyses |
| Jason Solganick | 1/30/2008 | 1.0 | Business Operations | Review of Project Fly materials |
| Jason Solganick | 1/30/2008 | 1.0 | Business Operations | Review of Q4 earnings release |
| Jason Solganick | 1/30/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/30/2008 | 3.5 | Financial Analysis | POR documentation and analyses |
| Jonathan Brownstein | 1/30/2008 | 1.0 | Business Operations | Review of Project Fly materials |
| Jonathan Brownstein | 1/30/2008 | 1.0 | Business Operations | Review of Q4 earnings release |
| Jonathan Brownstein | 1/30/2008 | 3.0 | Financial Analysis | POR documentation and analyses |
| Joseph Radecki | 1/30/2008 | 1.5 | Financial Analysis | POR documentation and analyses |
| Maika Hemphill | 1/30/2008 | 1.5 | Business Operations | Review of Project Fly materials |
| Maika Hemphill | 1/30/2008 | 0.5 | Business Operations | Review of Q4 earnings release |
| Maika Hemphill | 1/30/2008 | 2.5 | Financial Analysis | POR documentation and analyses |
| Jason Solganick | 1/31/2008 | 0.3 | Case Administration | Review court docket |

# EXHIBIT A
## W.R. Grace
**PJC Time Records**
February-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 2/1/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 2/4/2008 | 3.5 | Business Operations | Review of Q4 earnings release |
| Desiree Davis | 2/4/2008 | 2.5 | Financial Analysis | Settlement analysis |
| Jason Solganick | 2/4/2008 | 3.5 | Business Operations | Review of Q4 earnings release |
| Jason Solganick | 2/4/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/4/2008 | 2.5 | Financial Analysis | Settlement analysis |
| Jonathan Brownstein | 2/4/2008 | 3.5 | Business Operations | Review of Q4 earnings release |
| Jonathan Brownstein | 2/4/2008 | 2.0 | Financial Analysis | Settlement analysis |
| Joseph Radecki | 2/4/2008 | 1.0 | Financial Analysis | Settlement analysis |
| Maika Hemphill | 2/4/2008 | 3.5 | Business Operations | Review of Q4 earnings release |
| Maika Hemphill | 2/4/2008 | 2.5 | Financial Analysis | Settlement analysis |
| Desiree Davis | 2/5/2008 | 1.5 | Financial Analysis | POR analyses |
| Jason Solganick | 2/5/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/5/2008 | 1.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 2/5/2008 | 1.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 2/5/2008 | 0.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 2/5/2008 | 1.5 | Financial Analysis | POR analyses |
| Desiree Davis | 2/6/2008 | 0.5 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Desiree Davis | 2/6/2008 | 2.5 | Financial Analysis | POR documentation |
| Jason Solganick | 2/6/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/6/2008 | 1.5 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Jason Solganick | 2/6/2008 | 2.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 2/6/2008 | 2.5 | Financial Analysis | POR documentation |
| Joseph Radecki | 2/6/2008 | 1.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 2/6/2008 | 2.0 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Maika Hemphill | 2/6/2008 | 2.5 | Financial Analysis | POR documentation |
| Jason Solganick | 2/7/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 2/8/2008 | 2.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 2/8/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/8/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Maika Hemphill | 2/8/2008 | 3.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Desiree Davis | 2/11/2008 | 2.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Desiree Davis | 2/11/2008 | 0.5 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Jason Solganick | 2/11/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 2/11/2008 | 1.5 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Jason Solganick | 2/11/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Maika Hemphill | 2/11/2008 | 3.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Maika Hemphill | 2/11/2008 | 2.0 | Financial Analysis | Review of press release re: acquisition by comparable company |
| Desiree Davis | 2/12/2008 | 2.0 | Financial Analysis | Conference calls and related analyses re: DIP |
| Desiree Davis | 2/12/2008 | 0.5 | Financial Analysis | Review of press release re: possible acquisition of comparable company |
| Desiree Davis | 2/12/2008 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 2/12/2008 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 2/12/2008 | 1.5 | Financial Analysis | Review of press release re: possible acquisition of comparable company |
| Jason Solganick | 2/12/2008 | 2.0 | Financial Analysis | Conference calls and related analyses re: DIP |
| Jason Solganick | 2/12/2008 | 3.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 2/12/2008 | 2.0 | Financial Analysis | Conference calls and related analyses re: DIP |
| Jonathan Brownstein | 2/12/2008 | 2.0 | Financial Analysis | POR analyses |
| Joseph Radecki | 2/12/2008 | 2.0 | Financial Analysis | Conference calls and related analyses re: DIP |

# EXHIBIT A
## W.R. Grace
**PJC Time Records**
**February-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Joseph Radecki | 2/12/2008 | 1.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 2/12/2008 | 2.0 | Financial Analysis | Conference calls and related analyses re: DIP |
| Maika Hemphill | 2/12/2008 | 2.0 | Financial Analysis | Review of press release re: possible acquisition of comparable company |
| Maika Hemphill | 2/12/2008 | 3.5 | Financial Analysis | POR analyses |
| Jason Solganick | 2/13/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 2/14/2008 | 1.0 | Financial Analysis | Conference call re: Leverage |
| Desiree Davis | 2/14/2008 | 2.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Desiree Davis | 2/14/2008 | 2.0 | Financial Analysis | POR documentation |
| Jason Solganick | 2/14/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/14/2008 | 1.0 | Financial Analysis | Conference call re: Leverage |
| Jason Solganick | 2/14/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 2/14/2008 | 3.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 2/14/2008 | 1.0 | Financial Analysis | Conference call re: Leverage |
| Jonathan Brownstein | 2/14/2008 | 2.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 2/14/2008 | 1.0 | Financial Analysis | Conference call re: Leverage |
| Joseph Radecki | 2/14/2008 | 1.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 2/14/2008 | 1.0 | Financial Analysis | Conference call re: Leverage |
| Maika Hemphill | 2/14/2008 | 3.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Maika Hemphill | 2/14/2008 | 3.0 | Financial Analysis | POR documentation |
| Jason Solganick | 2/15/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/18/2008 | 0.4 | Case Administration | Review court docket |
| Desiree Davis | 2/19/2008 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 2/19/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/19/2008 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 2/19/2008 | 2.5 | Financial Analysis | POR analyses |
| Joseph Radecki | 2/19/2008 | 1.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 2/19/2008 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 2/20/2008 | 1.0 | Business Operations | Pension calls |
| Desiree Davis | 2/20/2008 | 1.5 | Financial Analysis | POR documentation and analyses |
| Jason Solganick | 2/20/2008 | 1.0 | Business Operations | Pension calls |
| Jason Solganick | 2/20/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 2/20/2008 | 1.5 | Financial Analysis | POR documentation and analyses |
| Jonathan Brownstein | 2/20/2008 | 1.0 | Business Operations | Pension calls |
| Jonathan Brownstein | 2/20/2008 | 1.5 | Financial Analysis | POR documentation and analyses |
| Joseph Radecki | 2/20/2008 | 1.0 | Business Operations | Pension calls |
| Joseph Radecki | 2/20/2008 | 0.5 | Financial Analysis | POR documentation and analyses |
| Maika Hemphill | 2/20/2008 | 1.0 | Business Operations | Pension calls |
| Maika Hemphill | 2/20/2008 | 1.5 | Financial Analysis | POR documentation and analyses |
| Jason Solganick | 2/21/2008 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 2/22/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 2/25/2008 | 2.5 | Financial Analysis | Settlement analyses |
| Desiree Davis | 2/25/2008 | 1.5 | Financial Analysis | POR documentation and analyses |
| Desiree Davis | 2/25/2008 | 2.5 | Hearing | Telephonic court hearing |
| Jason Solganick | 2/25/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/25/2008 | 2.0 | Financial Analysis | POR documentation and analyses |
| Jason Solganick | 2/25/2008 | 2.5 | Financial Analysis | Settlement analyses |
| Jason Solganick | 2/25/2008 | 2.5 | Hearing | Telephonic court hearing |
| Jonathan Brownstein | 2/25/2008 | 2.5 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 2/25/2008 | 2.0 | Financial Analysis | POR documentation and analyses |
| Jonathan Brownstein | 2/25/2008 | 2.5 | Hearing | Telephonic court hearing |
| Joseph Radecki | 2/25/2008 | 2.0 | Financial Analysis | Settlement analyses |
| Joseph Radecki | 2/25/2008 | 1.0 | Financial Analysis | POR documentation and analyses |
| Joseph Radecki | 2/25/2008 | 2.5 | Hearing | Telephonic court hearing |
| Maika Hemphill | 2/25/2008 | 2.5 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 2/25/2008 | 2.0 | Financial Analysis | POR documentation and analyses |

# EXHIBIT A
## W.R. Grace
**PJC Time Records**
**February-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Maika Hemphill | 2/25/2008 | 2.5 | Hearing | Telephonic court hearing |
| Desiree Davis | 2/26/2008 | 9.0 | Financial Analysis | Conference calls with Orrick and related analyses |
| Jason Solganick | 2/26/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 2/26/2008 | 9.0 | Financial Analysis | Conference calls with Orrick and related analyses |
| Jonathan Brownstein | 2/26/2008 | 9.0 | Financial Analysis | Conference calls with Orrick and related analyses |
| Joseph Radecki | 2/26/2008 | 9.0 | Financial Analysis | Conference calls with Orrick and related analyses |
| Maika Hemphill | 2/26/2008 | 9.0 | Financial Analysis | Conference calls with Orrick and related analyses |
| Jason Solganick | 2/27/2008 | 0.4 | Case Administration | Review court docket |
| Desiree Davis | 2/28/2008 | 2.0 | Business Operations | Conference calls re: ELT agreement |
| Desiree Davis | 2/28/2008 | 3.0 | Financial Analysis | POR documentation and analyses |
| Jason Solganick | 2/28/2008 | 2.0 | Business Operations | Conference calls re: ELT agreement |
| Jason Solganick | 2/28/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 2/28/2008 | 3.5 | Financial Analysis | POR documentation and analyses |
| Jonathan Brownstein | 2/28/2008 | 2.0 | Business Operations | Conference calls re: ELT agreement |
| Jonathan Brownstein | 2/28/2008 | 2.5 | Financial Analysis | POR documentation and analyses |
| Joseph Radecki | 2/28/2008 | 2.0 | Business Operations | Conference calls re: ELT agreement |
| Joseph Radecki | 2/28/2008 | 1.5 | Financial Analysis | POR documentation and analyses |
| Maika Hemphill | 2/28/2008 | 2.0 | Business Operations | Conference calls re: ELT agreement |
| Maika Hemphill | 2/28/2008 | 3.5 | Financial Analysis | POR documentation and analyses |
| Desiree Davis | 2/29/2008 | 3.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 2/29/2008 | 2.0 | Financial Analysis | Settlement analysis |
| Desiree Davis | 2/29/2008 | 2.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 2/29/2008 | 0.4 | Case Administration | Review court docket |
| Jason Solganick | 2/29/2008 | 2.0 | Financial Analysis | Settlement analysis |
| Jason Solganick | 2/29/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 2/29/2008 | 3.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 2/29/2008 | 3.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 2/29/2008 | 2.0 | Financial Analysis | Settlement analysis |
| Joseph Radecki | 2/29/2008 | 1.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 2/29/2008 | 1.0 | Financial Analysis | Settlement analysis |
| Maika Hemphill | 2/29/2008 | 3.0 | Financial Analysis | Valuation analyses |
| Maika Hemphill | 2/29/2008 | 2.0 | Financial Analysis | Settlement analysis |
| Maika Hemphill | 2/29/2008 | 3.0 | Financial Analysis | Review of earnings on comparable company and related analyses |

# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**March-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 3/3/2008 | 2.0 | Financial Analysis | Settlement analyses |
| Jason Solganick | 3/3/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/3/2008 | 3.0 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 3/3/2008 | 3.0 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 3/3/2008 | 2.0 | Financial Analysis | Settlement analyses |
| Jason Solganick | 3/4/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 3/5/2008 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 3/5/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/5/2008 | 3.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 3/5/2008 | 3.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 3/5/2008 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 3/6/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 3/6/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/6/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jonathan Brownstein | 3/6/2008 | 1.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Maika Hemphill | 3/6/2008 | 3.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Desiree Davis | 3/7/2008 | 0.2 | Financial Analysis | Review of Grace's 8K |
| Jason Solganick | 3/7/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/7/2008 | 0.5 | Financial Analysis | Review of Grace's 8K |
| Jonathan Brownstein | 3/7/2008 | 0.5 | Financial Analysis | Review of Grace's 8K |
| Maika Hemphill | 3/7/2008 | 0.2 | Financial Analysis | Review of Grace's 8K |
| Jason Solganick | 3/10/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 3/11/2008 | 0.2 | Financial Analysis | Review of Grace's 8K |
| Jason Solganick | 3/11/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/11/2008 | 0.5 | Financial Analysis | Review of Grace's 8K |
| Jonathan Brownstein | 3/11/2008 | 0.5 | Financial Analysis | Review of Grace's 8K |
| Maika Hemphill | 3/11/2008 | 0.2 | Financial Analysis | Review of Grace's 8K |
| Jason Solganick | 3/12/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/13/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/14/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/14/2008 | 0.5 | Financial Analysis | Review of DIP information |
| Jonathan Brownstein | 3/14/2008 | 0.5 | Financial Analysis | Review of DIP information |
| Desiree Davis | 3/17/2008 | 4.0 | Hearing | Telephonic court hearing |
| Jason Solganick | 3/17/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/17/2008 | 1.0 | Financial Analysis | POR documentation |
| Jason Solganick | 3/17/2008 | 4.0 | Hearing | Telephonic court hearing |
| Jonathan Brownstein | 3/17/2008 | 1.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 3/17/2008 | 4.0 | Hearing | Telephonic court hearing |
| Maika Hemphill | 3/17/2008 | 4.0 | Hearing | Telephonic court hearing |
| Desiree Davis | 3/18/2008 | 2.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 3/18/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/18/2008 | 2.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jonathan Brownstein | 3/18/2008 | 2.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Maika Hemphill | 3/18/2008 | 3.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Desiree Davis | 3/19/2008 | 0.5 | Business Operations | Call re: Retention issues & Libby |
| Desiree Davis | 3/19/2008 | 1.0 | Financial Analysis | Settlement analyses |
| Desiree Davis | 3/19/2008 | 1.0 | Financial Analysis | Review of an 8K on comparable company |
| Jason Solganick | 3/19/2008 | 0.5 | Business Operations | Call re: Retention issues & Libby |
| Jason Solganick | 3/19/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 3/19/2008 | 1.0 | Financial Analysis | Settlement analyses |
| Jason Solganick | 3/19/2008 | 1.0 | Financial Analysis | Review of an 8K on comparable company |
| Jonathan Brownstein | 3/19/2008 | 0.5 | Business Operations | Call re: Retention issues & Libby |
| Jonathan Brownstein | 3/19/2008 | 1.0 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 3/19/2008 | 0.5 | Financial Analysis | Review of an 8K on comparable company |
| Maika Hemphill | 3/19/2008 | 0.5 | Business Operations | Call re: Retention issues & Libby |
| Maika Hemphill | 3/19/2008 | 1.0 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 3/19/2008 | 0.5 | Financial Analysis | Review of an 8K on comparable company |
| Desiree Davis | 3/20/2008 | 0.5 | Financial Analysis | POR call |
| Desiree Davis | 3/20/2008 | 0.2 | Financial Analysis | Review of Grace's 8K |
| Desiree Davis | 3/20/2008 | 2.0 | Financial Analysis | POR analyses & documentation |
| Desiree Davis | 3/20/2008 | 4.5 | Financial Analysis | Comparable company analyses |

# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**March-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 3/20/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/20/2008 | 0.5 | Financial Analysis | POR call |
| Jason Solganick | 3/20/2008 | 0.3 | Financial Analysis | Review of Grace's 8K |
| Jason Solganick | 3/20/2008 | 5.0 | Financial Analysis | POR analyses & documentation |
| Jonathan Brownstein | 3/20/2008 | 0.5 | Financial Analysis | POR call |
| Jonathan Brownstein | 3/20/2008 | 0.3 | Financial Analysis | Review of Grace's 8K |
| Jonathan Brownstein | 3/20/2008 | 4.0 | Financial Analysis | POR analyses & documentation |
| Maika Hemphill | 3/20/2008 | 0.5 | Financial Analysis | POR call |
| Maika Hemphill | 3/20/2008 | 0.2 | Financial Analysis | Review of Grace's 8K |
| Maika Hemphill | 3/20/2008 | 1.5 | Financial Analysis | POR analyses & documentation |
| Maika Hemphill | 3/20/2008 | 6.0 | Financial Analysis | Comparable company analyses |
| Jason Solganick | 3/21/2008 | 0.1 | Case Administration | Review court docket |
| Desiree Davis | 3/24/2008 | 2.0 | Financial Analysis | Settlement analyses |
| Desiree Davis | 3/24/2008 | 4.5 | Financial Analysis | Comparable company analyses |
| Desiree Davis | 3/24/2008 | 4.5 | Hearing | Telephonic court hearing |
| Jason Solganick | 3/24/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/24/2008 | 3.0 | Financial Analysis | Settlement analyses |
| Jason Solganick | 3/24/2008 | 4.5 | Hearing | Telephonic court hearing |
| Jonathan Brownstein | 3/24/2008 | 3.5 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 3/24/2008 | 4.5 | Hearing | Telephonic court hearing |
| Maika Hemphill | 3/24/2008 | 2.0 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 3/24/2008 | 5.0 | Financial Analysis | Comparable company analyses |
| Maika Hemphill | 3/24/2008 | 4.5 | Hearing | Telephonic court hearing |
| Desiree Davis | 3/25/2008 | 4.0 | Financial Analysis | POR analyses & documentation |
| Desiree Davis | 3/25/2008 | 3.0 | Financial Analysis | Comparable company analyses |
| Jason Solganick | 3/25/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 3/25/2008 | 7.0 | Financial Analysis | POR analyses & documentation |
| Jonathan Brownstein | 3/25/2008 | 6.5 | Financial Analysis | POR analyses & documentation |
| Maika Hemphill | 3/25/2008 | 4.0 | Financial Analysis | POR analyses & documentation |
| Maika Hemphill | 3/25/2008 | 4.5 | Financial Analysis | Comparable company analyses |
| Desiree Davis | 3/26/2008 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 3/26/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 3/26/2008 | 4.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 3/26/2008 | 5.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 3/26/2008 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 3/27/2008 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 3/27/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 3/27/2008 | 4.0 | Financial Analysis | POR analyses |
| Jason Solganick | 3/27/2008 | 0.5 | Financial Analysis | Review of claim information |
| Jonathan Brownstein | 3/27/2008 | 3.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 3/27/2008 | 3.0 | Financial Analysis | POR analyses |
| Jason Solganick | 3/28/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 3/28/2008 | 2.0 | Financial Analysis | Review of comparable company analyses |
| Jonathan Brownstein | 3/28/2008 | 2.0 | Financial Analysis | Review of comparable company analyses |
| Jason Solganick | 3/31/2008 | 1.5 | Business Operations | Review of environmental information |
| Jason Solganick | 3/31/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 3/31/2008 | 3.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 3/31/2008 | 1.5 | Business Operations | Review of environmental information |