# EXHIBIT B

### W.R. Grace
### PJC Expense Detail Report (January 1, 2008 – March 31, 2008)
(Dates Represent Posting Date of Expense)

<u>January</u>

<u>Research</u>

| | | |
|---|---|---|
| Jason Solganick | 01/23/08 | $  144.88 |
| | **Total Research:** | **$  144.88** |

<u>Telephone</u>

| | | |
|---|---|---|
| Jason Solganick | 01/23/08 | $   23.85 |
| | **Total Telephone:** | **$   23.85** |

<u>February</u>

<u>Telephone</u>

| | | |
|---|---|---|
| Joe Radecki | 02/28/08 | $   39.25 |
| Joe Radecki | 02/28/08 | $   38.23 |
| Jason Solganick | 02/28/08 | $   23.81 |
| Joe Radecki | 02/28/08 | $   38.22 |
| | **Total Telephone:** | **$ 139.51** |

<u>Meals</u>

| | | |
|---|---|---|
| Joe Radecki | 02/05/08 | $   25.00 |
| | **Total Meals:** | **$   25.00** |

**TOTAL EXPENSES:**          **$ 333.24**

# EXHIBIT B

## W.R. Grace
### Detail of expenses (January 1, 2008 – January 31, 2008)

Research
Jason Solganick                     01/23/08                $  144.88
                              Total Research:                              $  144.88


Telephone
Jason Solganick                     01/23/08                $   23.85
                              Total Telephone:                             $   23.85



TOTAL EXPENSES:                                            $  168.73

# PACER SERVICE CENTER INVOICE/STATEMENT
## U.S. COURTS – PACER • P.O. BOX 70951 • CHARLOTTE, NC 28272-0951

| | | |
|---|---|---|
| **LOGIN ID:** | PJ0505 | Jason Solganick |
| **BILLING DATE:** | 01/07/2008 | Piper Jaffray |
| **BILLING CYCLE:** | 10/01/07 - 12/31/07 | 212-284-9586 |
| **PAGE:** | 1 | |

## PAYMENT INSTRUCTIONS

Please do not send cash. We accept checks, money orders, Discover, Visa, Master Card, and American Express. Make checks drawn on a U.S. bank in U.S. dollars payable to: **PACER Service Center** and indicate the login ID on your check. For your information, the PACER Service Center's Federal tax identification number is **74-2747938**. To make payment by credit card, change account information, or view transaction details for this statement, visit the "Account Information" Section of the PACER Service Center web site at http://pacer.psc.uscourts.gov.

If you believe there is an error on your statement or if you have a question concerning a transaction, please write to PACER Service Center, P. O. Box 780549, San Antonio, TX 78278. All credit requests must be submitted in writing. You may fax your request to the PACER Service Center at (210) 301-6441. In your correspondence provide us with your name, login ID, and the dollar amount of the suspected error(s) together with a copy of the transactions in question. Please provide a reason for each credit being requested. When the PACER Service Center receives your request, you will be contacted by a representative.

We must hear from you no later than **02/04/2008.** If we do not hear from you and your account becomes delinquent, you are subject to having the account disabled. The address below is for payments only. All other correspondence including address changes should be directed to the PACER Service Center, P.O. Box 780549, San Antonio, TX 78278. If you have any questions regarding this statement, you may contact the PACER Service Center at *(800) 676-6856 or (210) 301-6440.*

## ACCOUNT SUMMARY

| | |
|---|---|
| Number of Dial-Up PACER Transactions: | 0 |
| Dial-Up PACER Billing Rate: | $.60 / Minute |
| Dial-Up PACER Total Time: | 00:00:00 |
| *Dial-Up PACER Charges:* | $0.00 |
| Number of PACER-Net Transactions : | 253 |
| PACER-Net Billing Rate: | $0.08 / Page |
| PACER-Net Total Web Pages: | 3622 |
| *PACER-Net Charges:* | $289.76 |

*Jason Solganick*
*Research charge*
*( misc. data services )*

*on Jason's personal card*

| | |
|---|---|
| **Previous Balance:** | $0.00 |
| **Current Charges:** | $289.76 |
| **Total Amount Due:** | $289.76 |

*Please detach this portion and return with your payment. Thank you!*

# PACER
Public Access to Court Electronic Records

*Visit http://pacer.psc.uscourts.gov for address changes!*

| LOGIN ID | DUE DATE |
|---|---|
| PJ0505 | 02/04/2008 |

| AMOUNT DUE |
|---|
| $289.76 |

• *total WR trace (R2604) = $144.88*
• *total Congoleum (R2605) = $144.88*
          *$289.76*

Mail Payment to:
**PACER Service Center**
**P.O. Box 70951**
**Charlotte, NC 28272-0951**

52681 T8 ***********AUTO**5-DIGIT 10017
Jason Solganick
Piper Jaffray
150 E 42ND ST FL 35
NEW YORK NY 10017-5657

## PUBLIC ACCESS TO COURT ELECTRONIC RECORDS

## at&t

| | |
|---|---|
| Page: | 1 of 5 |
| Billing Cycle Date: | 11/17/07 - 12/16/07 |
| Account Number: | 03075479-001-42 |

*Jason Solganick — phone charges*    *Page 1*

**How To Contact Us:**
- 1-800-331-0500 or 611 from your wireless phone
- For Deaf / Hard of Hearing Customers (TTY/TDD)
  1-866-241-6567

**Wireless Number with Rollover**
917-705-6239 - 3323 Minutes

- total w/ Grace ———— $23.85
- total Congoleum ———— $24.21
- total New Business ———— $24.21

$72.27 ✓

| | |
|---|---|
| Previous Balance | 72.27 |
| Payments Posted | -72.27 |
| **BALANCE** | **0.00** |
| Monthly Service Charges | 59.98 |
| Usage Charges | 0.00 |
| Credits/Adjustments/Other Charges | 5.38 |
| Government Fees and Taxes | 6.91 |
| TOTAL CURRENT CHARGES | 72.27 |
| To be applied to your card on file on/after Jan 08, 2008 | -72.27 |
| **Total Amount Due $0.00** | |

## Get your billing details at att.com/mywireless

In the coming months you may notice our new bill format. We are simplifying your paper bill by removing the itemized call and data details. All the important information you need is still available and now easier to read on fewer pages. As always, all your account details including call and data usage details are available online. Just login to att.com/mywireless it's safe, secure and easy! Thank you for supporting us in our ongoing commitment to the environment.

9020 N. MAY AVE., #250  NYC
OKLAHOMA CITY, OK 73120

#BWNHHBD
#03075479420019#
AT 01  068627  56684H549  A**3DGT
JASON F SOLGANICK
12 RIVERVIEW FARM RD
OSSINING, NY  10562-1912

**Return the portion below with payment only to AT&T Mobility**

| | |
|---|---|
| Account Number: | 03075479-001-42 |
| Total Amount Due: | $0.00 |
| Amount Paid: | |
| $ | |

\* *Please do not send correspondence with payment.*

☐  Yes, enroll me in AutoPay.
Signature required on reverse.

**Total Amount
Due by Jan 08, 2008**
Please Mail Check Payable to:

AT&T Mobility
P.O. Box 537113
Atlanta, GA 30353-7113

4200307547980010200712160000000727706

# EXHIBIT B

### W.R. Grace
### Detail of expenses (February 1, 2008 – February 29, 2008)

Telephone
| | | | |
|---|---|---|---|
| Joe Radecki | 02/28/08 | $ 39.25 | |
| Joe Radecki | 02/28/08 | $ 38.23 | |
| Jason Solganick | 02/28/08 | $ 23.81 | |
| Joe Radecki | 02/28/08 | $ 38.22 | |
| | **Total Telephone:** | | **$ 139.51** |

Meals
| | | | |
|---|---|---|---|
| Joe Radecki | 02/05/08 | $ 25.00 | |
| | **Total Meals:** | | **$ 25.00** |

**TOTAL EXPENSES:**                    $ 164.51

**verizon**wireless
We never stop working for you®

*Page 1*

P.O. BOX 17120
TUCSON, AZ 85731-7120

| Manage Your Account | | Account Number | Date Due |
|---|---|---|---|
| My Account at www.verizonwireless.com | | 581313651-00001 | 11/08/07 |
| | | Invoice Number | 1770507495 |

10030905  02 AV 0.437  **AUTO  T9 3 2013 06840-400291 1 3  E NRNE1312

JOSEPH RADECKI
91 SUNSET HILL RD
NEW CANAAN, CT 06840-4002

*JOE RADECKI —*
*PHONE CHARGES*

## Quick Bill Summary

*Sep 14 – Oct 13*

| | |
|---|---|
| Previous Balance *(see back for details)* | $169.83 |
| Payment – Thank You | –$169.83 |
| **Balance Forward** | **$.00** |
| Monthly Access Charges | $124.98 |
| Usage Charges | |
| Voice | $2.98 |
| Data | $.55 |
| Verizon Wireless' Surcharges and Other Charges & Credits | $5.73 |
| Taxes, Governmental Surcharges & Fees | $9.02 |
| **Total Current Charges** | **$143.26** |

**Total Charges Due by November 08, 2007**     **$143.26**

Verizon Wireless News
**Save time and Money**
It's never been easier to enroll in Auto Bill Pay. See back of Payment Coupon below for details.

- total W.R. Grace (R26004) — $ 39.25
- total Congoleum (R26005) — $ 39.85
- total UTC (R27002) — $ 39.85
    (Project Bev.)

- Joe's cell phone total - $ 67.58
    (203-246-1848)
- Joe's car phone total - $ 51.37
    (203-246-3581)

$ 118.95  ✓

→  $ 118.95  ✓

| Pay from Wireless | Pay on the Web | | Questions: |
|---|---|---|---|
| #PMT (#768) | My Account at www.verizonwireless.com | | 1 800 922.0204 or *611 from your wireless |

**verizon**wireless

*page 1*

P.O. BOX 17120
TUCSON, AZ 85731-7120

| Manage Your Account | | Account Number | Date Due |
|---|---|---|---|
| My Account at www.verizonwireless.com | | 581313651-00001 | 01/08/08 |
| | | Invoice Number | 1795353724 |

10030237  02 AV 0.437  **AUTO   T9 3 2213 06840-400291 123  E NRNE1312

JOSEPH RADECKI
91 SUNSET HILL RD
NEW CANAAN, CT 06840-4002

JOE RADECKI

PHONE CHARGES

## Quick Bill Summary

Nov 14 – Dec 13

| | |
|---|---|
| Previous Balance *(see back for details)* | $146.56 |
| Payment -- Thank You | −$146.56 |
| **Balance Forward** | **$.00** |
| Monthly Access Charges | $124.98 |
| Usage Charges | |
|    Voice | $.00 |
|    Data | $6.93 |
| Verizon Wireless' Surcharges | |
|    and Other Charges & Credits | $5.82 |
| Taxes, Governmental Surcharges & Fees | $8.92 |
| **Total Current Charges** | **$146.65** |

**Total Charges Due by January 08, 2008**    **$146.65**

**Verizon Wireless News**

**Save time and Money**
It's never been easier to enroll in Auto
Bill Pay. See back of Payment Coupon
below for details.

• total Wk. Grace (R24004) ——— # 38.23
• total Congoleum (R26005) ——— # 38.79
• total UTC (R27002) ——— # 38.80
  (Project Bear)

• Joe's cell phone total - #66.02
  (203·246·6648)
• Joe's car phone total - #49.80
  (203·246·3381)
  #115.82                                7 # 115.82

| Pay from Wireless | Pay on the Web | | Questions: |
|---|---|---|---|
| #PMT (#768) | My Account at www.verizonwireless.com | | 1.800.922.0204 or *611 from your wireless |

**at&t**

JASON SOLGANICK
PHONE CHARGES

Page: 1 of 5
Billing Cycle Date: 01/17/08 - 02/16/08
Account Number: 03075479-001-42

*Page 1*

**How To Contact Us:**
- 1-800-331-0500 or 611 from your wireless phone
- For Deaf / Hard of Hearing Customers (TTY/TDD)
  1-866-241-6567

**Wireless Number with Rollover**
917-705-6239 - 4156 Minutes

| | |
|---|---|
| Previous Balance | 72.15 |
| Payments Posted | -72.15 |
| BALANCE | 0.00 |
| Monthly Service Charges | 59.98 |
| Usage Charges | 0.00 |
| Credits/Adjustments/Other Charges | 5.31 |
| Government Fees and Taxes | 6.86 |
| TOTAL CURRENT CHARGES | 72.15 |
| To be applied to your card on file on/after Mar 10, 2008 | -72.15 |
| Total Amount Due $0.00 | |

- total up (race (R2004) — $23.81
- total Congoleum (R2005) — $24.17
- total Viceff (R28001) — $24.17
      $72.15

## Messaging Pay Per Use Rate Change Notification

Effective 3/30/08, AT&T will charge $0.20 for text/instant messages & $0.30 for picture/video messages sent or received on a pay-per-use basis. If you already subscribe to a Messaging Package or MEdia Bundle, there is no change to your rate. By purchasing a Messaging Package, you can send and receive messages for as little as $0.01 per message. Sign up and save at att.com/getmedia.

*9020 N. MAY AVE., #250  NYC*
*OKLAHOMA CITY, OK 73120*

#BWNHHBD
#03075479420019#
AT 01 080056 17094H375 A**3DGT
JASON F SOLGANICK
12 RIVERVIEW FARM RD
OSSINING, NY 10562-1912

Return the portion below with payment
only to AT&T Mobility.

| Account Number: | 03075479-001-42 |
|---|---|
| Total Amount Due: | $0.00 |
| Amount Paid: | |

$

*\* Please do not send correspondence with payment.*

☐ Yes, enroll me in AutoPay.
Signature required on reverse.

**Total Amount**
**Due by Mar 10, 2008**

Please Mail Check Payable to:

AT&T Mobility
P.O. Box 537113
Atlanta, GA 30353-7113

4200307547980010200802160000007215202

**verizon**wireless

*Page 1*

P.O. BOX 17120
TUCSON, AZ 85731–7120

| Manage Your Account | | Account Number | Date Due |
|---|---|---|---|
| My Account at www.verizonwireless.com | | 581313661–00001 | 02/08/08 |
| | | Invoice Number | 1807864620 |

10030318 02 AV 0.437 **AUTO  T2 3 1113 06840-400291 12    E NRNE1312

JOSEPH RADECKI
91 SUNSET HILL RD
NEW CANAAN, CT 06840-4002

*JOE RADECKI —*

*PHONE CHARGES*

## Quick Bill Summary

*Dec 14 – Jan 13*

| | |
|---|---|
| Previous Balance *(see back for details)* | $146.65 |
| Payment – Thank You | –$146.65 |
| **Balance Forward** | **$.00** |
| Monthly Access Charges | $124.98 |
| Usage Charges | |
| Voice | $.00 |
| Data | $2.95 |
| Verizon Wireless' Surcharges and Other Charges & Credits | $5.68 |
| Taxes, Governmental Surcharges & Fees | $8.98 |
| **Total Current Charges** | **$142.59** |

### Total Charges Due by February 08, 2008    $142.59

**Verizon Wireless News**

**Save time and Money**
It's never been easier to enroll in Auto
Bill Pay. See back of Payment Coupon
below for details.

• total WR. Grace (R26004) — $38.22
• total Congoleum (R26005) — $38.82
• total UTC (R27002) — $38.82
  (Project Bear)

• Joe's cell phone total – $65.95
  (203-246-0448)
• Joe's car phone total – $49.91
  (203-246-3381)
  $115.86

$115.86

| Pay from Wireless | Pay on the Web | | Questions: |
|---|---|---|---|
| #PMT (#766) | My Account at www.verizonwireless.com | | 1 800 922 0204 or *611 from your wireless |

Joe Radecki – meals charge – W.R. Grace / Kongoleen
(R26004) (R26005)

Napa & Company
75 Broad Street
Stamford, CT 06901
(203) 353-3319

*personal travel*

Date:           11/21/07
Time:           2:29 PM
Server:         58. Alex K
Order:          44364
Description:    Table 15

Card Type:      Visa/MC
Card No:        ************5812
Appr Code:      00718D

Purchases:  $ 129.35

Tip:        $   25.00

Total:      $  154.35
            RADECKI JR/JOSEPH J

Attendees:

• Joe Radecki - MD
  Piper Jaffray

• Brad Scheler - MD
  Ocean Ridge Capital
              Advisors.

total W.R. Grace (R26004) = #25.00

# EXHIBIT B

## W.R. Grace
### Detail of expenses (March 1, 2008 – March 31, 2008)

TOTAL EXPENSES:                                   $ 0.00