# EXHIBIT C

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., <u>et</u> <u>al</u>.<br><br>Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Chapter 11**

**Case No. 01-1139 (JKF)**
**Jointly Administered**

Objection Date: March 27, 2008 at 4:00 p.m.

Hearing: Scheduled if Necessary (Negative Notice)

**TWENTY-FOURTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY &
CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS'
REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF
EXPENSES FOR THE PERIOD
<u>JANUARY 1, 2008 THROUGH JANUARY 31, 2008</u>**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide<br>Professional Services to: | David T. Austern,<br>Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and<br>reimbursement is sought: | January 1, 2008 – January 31, 2008 |
| 80% of Compensation<br>sought as actual, reasonable and<br>necessary: | $80,000.00 |
| 100% of Expense Reimbursement<br>sought as actual, reasonable and<br>necessary: | $168.73 |

This is a ___x__ monthly ___ interim ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### JANUARY 1-31, 2008

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 48.0 | NA |
| Case Administration Related | 6.2 | NA |
| Financial Analysis Related | 233.0 | NA |
| Hearings | 20.0 | |
| **TOTAL** | **307.2** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Research | $ 144.88 |
| Telephone | 23.85 |

**TOTAL Out-of-Pocket Expenses:**          **$ 168.73**

Respectfully submitted,

PIPER JAFFRAY & CO.

By: _____

Jason Solganick
150 East 42nd St.
New York, New York 10017
(212) 284-9586
Financial Advisor to David T. Austern
Future Claimants' Representative

Dated: 2/27 , 2008

---

1 Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

# EXHIBIT A

## W.R. Grace

### PJC Time Records
### January-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 1/1/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/2/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 1/3/2008 | 2.0 | Financial Analysis | POR analyses |
| Desiree Davis | 1/3/2008 | 2.0 | Financial Analysis | POR documentation |
| Jason Solganick | 1/3/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/3/2008 | 1.0 | Financial Analysis | POR analyses |
| Jason Solganick | 1/3/2008 | 3.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 1/3/2008 | 1.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 1/3/2008 | 3.0 | Financial Analysis | POR documentation |
| Joseph Radecki | 1/3/2008 | 1.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 1/3/2008 | 1.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 1/3/2008 | 2.5 | Financial Analysis | POR documentation |
| Jason Solganick | 1/4/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/4/2008 | 5.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 1/4/2008 | 3.5 | Financial Analysis | POR documentation |
| Joseph Radecki | 1/4/2008 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 1/4/2008 | 3.0 | Financial Analysis | POR documentation |
| Desiree Davis | 1/7/2008 | 1.0 | Business Operations | Review of Remedium tax motion |
| Desiree Davis | 1/7/2008 | 1.5 | Financial Analysis | POR documentation |
| Desiree Davis | 1/7/2008 | 2.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 1/7/2008 | 1.0 | Business Operations | Review of Remedium tax motion |
| Jason Solganick | 1/7/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/7/2008 | 4.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 1/7/2008 | 1.0 | Business Operations | Review of Remedium tax motion |
| Jonathan Brownstein | 1/7/2008 | 3.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 1/7/2008 | 1.0 | Business Operations | Review of Remedium tax motion |
| Maika Hemphill | 1/7/2008 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 1/7/2008 | 3.5 | Financial Analysis | Valuation analyses |
| Desiree Davis | 1/8/2008 | 3.0 | Financial Analysis | POR documentation |
| Desiree Davis | 1/8/2008 | 2.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 1/8/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/8/2008 | 2.5 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 1/8/2008 | 3.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 1/8/2008 | 2.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 1/8/2008 | 3.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 1/9/2008 | 2.0 | Financial Analysis | POR documentation |
| Desiree Davis | 1/9/2008 | 2.5 | Financial Analysis | Valuation analyses |
| Jason Solganick | 1/9/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 1/9/2008 | 3.0 | Financial Analysis | POR documentation |
| Jason Solganick | 1/9/2008 | 3.0 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 1/9/2008 | 4.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 1/9/2008 | 1.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 1/9/2008 | 2.5 | Financial Analysis | POR documentation |
| Joseph Radecki | 1/9/2008 | 1.0 | Financial Analysis | Valuation analyses |
| Maika Hemphill | 1/9/2008 | 1.5 | Financial Analysis | POR documentation |
| Maika Hemphill | 1/9/2008 | 4.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 1/10/2008 | 1.0 | Financial Analysis | Valuation analyses |
| Desiree Davis | 1/10/2008 | 2.5 | Financial Analysis | POR documentation |
| Desiree Davis | 1/10/2008 | 2.5 | Financial Analysis | Conference calls with Orrick and related analyses |
| Jason Solganick | 1/10/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 1/10/2008 | 2.0 | Financial Analysis | Valuation analyses |
| Jason Solganick | 1/10/2008 | 3.5 | Financial Analysis | POR documentation |
| Jason Solganick | 1/10/2008 | 2.0 | Financial Analysis | Conference calls with Orrick and related analyses |
| Jason Solganick | 1/10/2008 | 1.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 1/10/2008 | 1.5 | Financial Analysis | Valuation analyses |
| Jonathan Brownstein | 1/10/2008 | 4.0 | Financial Analysis | POR documentation |
| Jonathan Brownstein | 1/10/2008 | 2.0 | Financial Analysis | Conference calls with Orrick and related analyses |
| Jonathan Brownstein | 1/10/2008 | 2.0 | Financial Analysis | POR analyses |
| Joseph Radecki | 1/10/2008 | 1.0 | Financial Analysis | Valuation analyses |
| Joseph Radecki | 1/10/2008 | 1.5 | Financial Analysis | Conference calls with Orrick and related analyses |
| Joseph Radecki | 1/10/2008 | 1.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 1/10/2008 | 1.5 | Financial Analysis | Valuation analyses |
| Maika Hemphill | 1/10/2008 | 2.0 | Financial Analysis | POR documentation |
| Maika Hemphill | 1/10/2008 | 2.0 | Financial Analysis | Conference calls with Orrick and related analyses |
| Maika Hemphill | 1/10/2008 | 3.0 | Financial Analysis | POR analyses |