# CERTIFICATE OF SERVICE

I, DEBRA O. FULLEM, do hereby certify that I am over the age of 18, and that on August 21, 2008, I caused the *Notice, Cover Sheet, Ninth Quarterly Interim Application of Piper Jaffray & Co., Financial Advisors to David T. Austern, Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Time Period January 1, 2008 through March 31, 2008, Verification and Exhibits A-E*, to be served upon those persons as shown below and a copy of the *Notice and Cover Sheet* to all parties as shown on the attached Service List.

| | |
|---|---|
| *Federal Express*<br><br>Laura Davis Jones, Esquire<br>James O'Neil, Esquire<br>Pachulski, Stang, Ziehl, Young & Jones P.C.<br>919 North Market Street, 16th Floor<br>Wilmington, DE  19899-8705 | *Regular Mail*<br><br>Vito I. DiMaio<br>Parcels, Inc.<br>10th & King Streets<br>P.O. Box 27<br>Wilmington, DE  19899 |
| *Federal Express*<br>David M. Klauder, Esquire<br>Office of the United States Trustee<br>844 King Street, Suite 2207, Lockbox 35<br>Wilmington, DE  19801 | *Federal Express and E-mail:*<br>*feeaudit@whsmithlaw.com*<br>*bruhlander@whsmithlaw.com*<br>Bobbi Ruhlander<br>Warren H. Smith & Associates<br>Republic Center<br>325 N. St. Paul, Suite 1275<br>Dallas, TX  75201 |
| *Federal Express and E-mail:*<br>*william.sparks@grace.com*<br>(W.R. Grace & Co.)<br>David B. Siegel<br>W.R. Grace and Co.<br>7500 Grace Drive<br>Columbia, MD  21044 | *E-mail: nglassmanr@bayardfirm.com*<br>(Local Counsel to DIP Lender)<br>Neil B. Glassman, Esquire<br>The Bayard Firm |
| *E-mail: meskin@camlev.com*<br>(Local Counsel to Asbestos Claimants)<br>Marla Eskin, Esquire<br>Campbell & Levine, LLC | *E-mail: ttacconelli@ferryjoseph.com*<br>(Counsel for Property Damage Claimants)<br>Theodore Tacconelli, Esquire<br>Ferry & Joseph, P.A. |
| *E-mail: mlastowski@duanemorris.com*<br>(Counsel to Official Committee of Unsecured Creditors)<br>Michael R. Lastowski, Esquire<br>Duane, Morris & Heckscher LLP | *E-mail: currier@klettrooney.com*<br>(Counsel for Official Committee of Equity Holders)<br>Teresa K.D.Currier, Esquire<br>Klett Rooney Lieber & Schorling |

| | |
|---|---|
| ***E-mail: elawler@stroock.com***<br>(Official Committee of Unsecured Creditors)<br>Lewis Kruger, Esquire<br>Stroock & Stroock & Lavan LLP | ***E-mail: pvnl@capdale.com***<br>(Official Committee of Personal Injury Claimants)<br>Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered |
| ***E-mail: jbaer@kirkland.com***<br>(Counsel to Debtor)<br><br>James H.M. Sprayregen, P.C.<br>Janet S. Baer, Esquire<br>Kirkland & Ellis | ***E-mail: jsakalo@bilzin.com***<br>(Official Committee of Property Damage Claimants)<br>Scott L. Baena, Esquire<br>Bilzin Sumberg Baena Price & Axelrod LLP |
| ***E-mail: david.heller@lw.com and carol.hennessey@lw.com***<br>(Counsel to DIP Lender)<br>J. Douglas Bacon, Esquire<br>Latham & Watkins | ***E-mail: pbentley@kramerlevin.com***<br>(Counsel to Official Committee of Equity Holders)<br>Philip Bentley, Esquire<br>Kramer Levin Naftalis & Frankel LLP |

/S/ DEBRA O. FULLEM
Debra O. Fullem
Orrick, Herrington & Sutcliffe LLP