# EXHIBIT B

## W.R. Grace
## Tre Angeli Expense Detail Report (March 1, 2008 – March 31, 2008)
(Dates Represent Posting Date of Expense)

March

Telephone

| | | |
|---|---|---|
| Joe Radecki | 03/30/08 | $ 45.10 |
| | **Total Telephone:** | **$ 45.10** |

| | |
|---|---|
| **TOTAL EXPENSES:** | **$ 45.10** |