# EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **W.R. GRACE & CO., et al.** ) | **Case No. 01-1139 (JKF)** |
| ) | **Jointly Administered** |
| ) | |
| **Debtor.** ) | Objection Date: August 28, 2008 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

**FIRST MONTHLY INTERIM APPLICATION OF TRE ANGELI LLC, FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD MARCH 3, 2008 THROUGH MARCH 31, 2008**

| | |
|---|---|
| Name of Applicant: | Tre Angeli LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | July 29, 2008 |
| Period for which compensation and reimbursement is sought: | March 3, 2008 – March 31, 2008 |
| 80% of Compensation sought as actual, reasonable and necessary: | $40,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $45.10 |

This is a   _x_ monthly          __ interim          ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### March 3-31, 2008

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| TOTAL | | NA |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Telephone                                                    $45.10

**TOTAL Out-of-Pocket Expenses:**                            **$45.10**

Respectfully submitted,

TRE ANGELI LLC

By:/S/ JOSEPH J. RADECKI, JR.
    Joseph J. Radecki, Jr.
    Connecticut Business Centers
    Six Landmark Square, Suite 415
    Stamford, CT 06901
    (203) 359-5646
    Financial Advisor to David T. Austern
    Future Claimants' Representative

Dated: August 7, 2008

---

1 Tre Angeli LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.