IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
|  | ) | Jointly Administered |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |

### ORDER GRANTING FIRST QUARTERLY INTERIM APPLICATION OF TRE ANGELI LLC FOR COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES FOR JANUARY 1, 2008 THROUGH MARCH 31, 2008

Tre Angeli LLC ("Tre Angeli"), as financial advisor to the Future Claimants' Representative, filed its First Quarterly Interim Application for allowance of compensation and reimbursement of expenses for January 1, 2008 through March 31, 2008 (the "First Quarterly Application"). The Court has reviewed the First Quarterly Application and finds that: (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. Sections 157 and 1334; and (b) notice of the First Quarterly Application, and any hearing on the First Quarterly Application, was adequate under the circumstances; and (c) all persons with standing have been afforded the opportunity to be heard on the First Quarterly Application. Accordingly, it is hereby ORDERED that the First Quarterly Application of Tre Angeli is GRANTED on an interim basis. The Debtors shall pay to Tre Angeli the sum of $50,000.00 as compensation and $45.10 as reimbursement for expenses for a total of $50,045.10 for services rendered and disbursements incurred by Tre Angeli for the period January 1, 2008 through March 31, 2008, less any amounts which may have been previously paid in connection with the monthly fee applications.

Dated: _____

_____
United States Bankruptcy Judge