EXHIBIT B

# SOIL GAS SURVEY
## 40 Hayes Street
### Somerville, New Jersey

PREPARED FOR

**ENVIRONMENTAL WASTE MANAGEMENT ASSOCIATES**
100 Misty Lane
P.O. Box 5430
Parsippany, New Jersey 07054

PREPARED BY

**TARGET ENVIRONMENTAL SERVICES, INC.**
9180 RUMSEY ROAD
COLUMBIA, MARYLAND 21045
(410) 992-6622

November 1997

**LITGO 12590**

LITGO-RCRA0003730

TARGET Project:  EVA007

## TABLE OF CONTENTS

Page

EXECUTIVE SUMMARY.................................................................................................... ii

Introduction.................................................................................................... 1

Sample Collection and Analysis .................................................................................................... 1

Quality Assurance/Quality Control (QA/QC) Evaluation.................................................................................................... 1

Results.................................................................................................... 2

FIGURES

Figure 1. Soil Gas Sample Locations

Figure 2. TCE Concentrations in Soil Gas

Figure 3. Benzene Concentrations in Soil Gas

Figure 4. Ethyl Benzene Concentrations in Soil Gas

Figure 5. m&p Xylenes Concentrations in Soil Gas

Figure 6. Methylene Chloride Concentrations in Soil Gas

Figure 7. PCE Concentrations in Soil Gas

TABLES

Table 1. Analyte Concentrations via GC/FID/ECD

APPENDICES

APPENDIX A - Sampling and Laboratory Procedures

APPENDIX B - Field Sampling Notes and Sample Chain of Custodies

i

LITGO 12591

TARGET Project: EVA007

## EXECUTIVE SUMMARY

On November 11-12, 1997, **TARGET Environmental Services, Inc. (TARGET)** conducted a soil gas survey at 40 Hayes Street in Somerville, New Jersey. A total of 54 soil gas samples were collected from depths of 2 ½ - 4 feet. The samples were analyzed on a gas chromatograph equipped with a flame ionization detector (GC/FID) for petroleum hydrocarbons and an electron capture detector for chlorinated hydrocarbons. The objective of the survey was to locate and delineate possible sources of volatile organic compounds at the site.

ii

**LITGO 12592**

LITGO-RCRA0003732

TARGET Project: EVA007

### Introduction

ENVIRONMENTAL WASTE MANAGEMENT ASSOCIATES contracted **TARGET Environmental Services, Inc. (TARGET)** to perform a soil gas survey at 40 Hayes Street, Somerville, New Jersey. The objective of the survey was to locate and delineate possible sources of volatile organic compounds at the site.

### Sample Collection and Analysis

Soil gas samples were collected at a total of 54 locations at the site, as shown in Figure 1. A detailed explanation of the sampling and analytical procedures is provided in Appendix A. Specific sampling details are shown in the copies of the field notes and sample chain of custodies in Appendix B.

### Quality Assurance/Quality Control (QA/QC) Evaluation

Field QA/QC Samples

Field control samples (blanks) were collected at the beginning and end of each day's field activities and after every twentieth soil gas sample. These QA/QC blanks consisted of ambient air encapsulated as described in the "Field Procedures" in Appendix A. The laboratory results are reported in Table 1. Concentrations of all analytes were below the reporting limit in all field control blanks, indicating that the QA/QC measures employed were sufficient to prevent cross-contamination of the samples during collection.

Laboratory QA/QC Samples

To document analytical repeatability, a duplicate analysis was performed on every tenth field sample. Laboratory blanks of nitrogen gas were also analyzed after every tenth field sample. The results of these analyses are reported in Table 1. The duplicate analyses were within acceptable

1

**LITGO 12593**

LITGO-RCRA0003733

limits.  Concentrations of all analytes were below the reporting limit in all laboratory blanks.

## Results

In order to provide graphic presentation of the results, selected individual data sets in Table 1 have been mapped to produce Figures 2 - 7 .  Map sample points with no data shown indicate that the results were below the detection limit for that analyte.

2

LITGO 12594

LITGO-RCRA0003734



FIGURE 7. PCE Concentrations in Soil Gas

40 Hayes Street
Somerville, New Jersey

⊕ Soil Gas Sample Location

LITGO-RCRA0003780



FIGURE 6. Methylene Chloride Concentrations in Soil Gas

40 Hayes Street
Somerville, New Jersey

⊕ Soil Gas Sample Location



LITGO 12642

FIGURE 5.  m&p Xylene Concentrations in Soil Gas

⊕  Soil Gas Sample Location

40 Hayes Street
Somerville, New Jersey

ENVIRONMENTAL SERVICES, INC.



LITGO 12643

⊕ Soil Gas Sample Location

FIGURE 1. Sample Locations

40 Hayes Street
Somerville, New Jersey

ENVIRONMENTAL SERVICES, INC.



FIGURE 2. TCE Concentrations in Soil Gas

⊕  Soil Gas Sample Location

40 Hayes Street
Somerville, New Jersey



LITGO 12645

⊕ Soil Gas Sample Location

FIGURE 3. Benzene Concentrations in Soil Gas

40 Hayes Street
Somerville, New Jersey

TARGET ENVIRONMENTAL SERVICES, INC.

LITGO-RCRA0003785



FIGURE 4. Ethyl-Benzene Concentrations in Soil Gas

40 Hayes Street
Somerville, New Jersey

⊕ Soil Gas Sample Location

ENVIRONMENTAL SERVICES, INC.

LITGO 12646

LITGO-RCRA0003786

Mobile Laboratory Services

TerraTech Environmental Services, Inc

| | |
|---|---|
| Samples Collected: | 11/11-11/14/97 |
| Samples Received: | 11/11-11/14/97 |
| Samples Analyzed: | 11/11-11/14/97 |
| Samples Reported: | 11/13-11/14/97 |
| Project Identification: | Somerville,NJ |
| Target Job Code: | EWA007 |
| Purchase Order: | N/A |

| | |
|---|---|
| Collected by: | |
| Received by | |
| Analyzed by | |
| Reported by | |
| Report Revision: | 0.0 |
| Method Deviations: | None |
| Sampling Method: | 4' Slidehammer |

Charlie Kirk
Stu Johnson, Jr.
Stu Johnson, Jr
Stu Johnson, Jr

Client:
Client Address:

Client Contact:
Client Phone:
Client Fax:

Env. Waste Mgmt.
100 Misty Lane
Parsippany, NJ 07054

Kevin Orabone
201-560-1400
210-560-0400

USEPA Method 3810/8010-8020 Gas Sample Duplicate Analysis Results

| Compound | PCL[1] (ug/L) | Upper Limit[2] (ug/L) | ST 20 (ug/L) | ST-20 Duplicate (ug/L) | % Diff | ST 40 (ug/L) | ST-40 Duplicate (ug/L) | % Diff |
|---|---|---|---|---|---|---|---|---|
| 1,1-Dichloroethene | 1.51 | 7.6 | ND | ND | | ND | ND | |
| Methylene Chloride | 0.967 | 4.64 | ND | ND | | ND | ND | |
| trans-1,2-Dichloroethene | 1.73 | 8.7 | ND | ND | | ND | ND | |
| 1,1-Dichloroethane | 1.75 | 8.8 | ND | ND | | ND | ND | |
| cis-1,2-Dichloroethene | 2.21 | 11.1 | ND | ND | | ND | ND | |
| Chloroform | 0.180 | 0.90 | ND | ND | | ND | ND | |
| 1,1,1-Trichloroethane | 0.173 | 0.87 | ND | ND | | ND | ND | |
| Carbon Tetrachloride | 0.218 | 1.09 | ND | ND | | ND | ND | |
| Trichloroethene | 0.168 | 0.84 | ND | ND | | ND | ND | |
| 1,1,2-Trichloroethane | 0.300 | 1.50 | ND | ND | | ND | ND | |
| Tetrachloroethene | 0.215 | 1.08 | ND | ND | | ND | ND | |
| Benzene | 1.00 | 100 | ND | ND | | ND | ND | |
| Toluene | 1.00 | 100 | ND | ND | | ND | ND | |
| Ethylbenzene | 1.00 | 100 | ND | ND | | ND | ND | |
| m&p-Xylenes | 1.00 | 100 | ND | ND | | ND | ND | |
| o-Xylene | 1.00 | 100 | ND | ND | | ND | ND | |

Sample Condition (S,U)/Dilution (PCL)    5
S: Satisfactory, U: Unsatisfactory
U: see sample narrative
Dilution: numerical dilution factor used to quantitate analyte concentrations within the range of the initial calibration curve

[1] PCL: Practical quantitation limit using the initial calibration curve low point and dilution factors where applicable
[2] Upper Limit: The high end on the linear calibration range using the initial calibration curve high point and dilution factors where applicable
ND indicates that no analyte was detected at or above the practical quantitation limit
E indicates the quantified value exceeds the linear calibration range and the true value may be higher
Dilution: numerical dilution factor used to quantitate analyte concentrations within the range of the initial calibration curve

[1] MW: Molecular weight of the analyte
[2] MDL: Method detection limit according to EPA 40CFR Part 136 Appendix B
[3] PCL: Practical quantitation limit using the initial calibration curve low point and dilution factors where applicable

SAMPLE NARRATIVE.

*This report will not be reproduced without the expressed written permission of the client*

Phone: (410)992-6622        9180 Rumsey Rd.  Columbia, MD  21045        Fax: (410)992-0347

LITGO 12651

Env. Waste Mgmt.
100 Misty Lane
Parsippany, NJ 07054

Kevin Orabone
201-560-1400
210-560-0400

Client:
Client Address:

Client Contact:
Client Phone:
Client Fax:

Samples Collected:  11/11-11/14/97  Collected by:  Charlie Kirk
Samples Received:   11/11-11/14/97  Received by:   Stu Johnson, Jr.
Samples Analyzed:   11/11-11/14/97  Analyzed by:   Stu Johnson, Jr.
Samples Reported:   11/13-11/14/97  Reported by:   Stu Johnson, Jr.
Project Identification:  Somerville, NJ   Report Revision#: 0.0
Target Job Code:    EWA007          Method Deviations: None
Purchase Order:     N/A             Sampling Method:  4' Slidehammer

USEPA Method 38108010-8020 Sample Analysis Results

S: Satisfactory, U: Unsatisfactory
U: see sample narrative
Dilution: numerical dilution factor used to quantitate analyte concentrations within the range of the initial calibration curve

¹ PQL: Practical quantitation limit using the initial calibration curve low point and dilution factors where applicable
² Upper Limit: The high end on the linear calibration range using the initial calibration curve high point and dilution factors where applicable
ND indicates that no analyte was detected at or above the practical quantitation limit
E indicates the quantified value exceeds the linear calibration range and the true value may be higher

SAMPLE NARRATIVE:

Quality Control Analyst:

This report will not be reproduced without the expressed written permission of the client

Phone: (410)992-6622        9180 Rumsey Rd., Columbia, MD 21045        Fax: (410)992-0347

LITGO 12652

LITGO-RCRA0003788

TARGET Project:  EVA007

APPENDIX A

LITGO 12653

TARGET Project:  EVA007

## FIELD PROCEDURES

To collect the samples, a 1/2-inch hole was produced to a depth of approximately 4 feet by using a drive rod. [Where pavement was present, a rotary hammer was employed for penetration prior to using the drive rod.] The entire sampling system was purged with ambient air drawn through an organic vapor filter cartridge, and a stainless steel probe was inserted to the full depth of the hole and sealed off from the atmosphere. A sample of in-situ soil gas was then withdrawn through the probe and used to purge atmospheric air from the sampling system. A second sample of soil gas was withdrawn through the probe and encapsulated in a pre-evacuated glass vial at two atmospheres of pressure (15 psig). The self-sealing vial was detached from the sampling system, packaged, labeled, and stored for laboratory analysis. [All sampling holes drilled through pavement were backfilled with bentonite and the surface repaired with like material upon completion of the sampling.]

**LITGO 12654**

LITGO-RCRA0003790

## LABORATORY PROCEDURES

The analytical equipment was calibrated using a 3-point instrument-response curve and injection of known concentrations of the target analytes. Retention times of the standards were used to identify the peaks in the chromatograms of the field samples, and their response factors were used to calculate the analyte concentrations.

**LITGO 12655**

LITGO-RCRA0003791

TARGET Project: EVA007

APPENDIX B

**LITGO 12656**

LITGO-RCRA0003792

**JOB CODE** EVA-007

**DATE:** 11/1/97

**ADDITIONAL OBSERVATIONS** (WRITTEN DESCRIPTION OF SAMPLE LOCATIONS)

| SAMPLE NUMBER | DEPTH | Additional Observations |
|---|---|---|
| ST-50 | 1 | 10:00 |
| ST-53 | 1 | Very Tight – Probably Wet No Water  10:31 |
| ST-54 | 3' | Refused @ 3'  10:41 |
| ST-55 | 2½' | Multiple Attempts Refusal @ 2½'  11:10  11:00 |
| B-5 | | Ambient Air Blank  11:18 |

**ADDITIONAL NOTES:**

**LITGO 12657**

LITGO-RCRA0003793

JOB CODE: FJA 009

DATE: 11/12/93

| SAMPLE NUMBER | ST-47 | ST-48 | ST-49 | ST-50 | ST-51 |
|---|---|---|---|---|---|
| ADDITIONAL OBSERVATIONS (written description of sample locations) | 9:32 | 9:41 | 9:52 | 10:02 | 10:05 |

**AREA**

GENERAL: WOODS / FIELD / LANDSCAPED/PLANTER / PAVED OR GRAVEL LOT / ROAD / INSIDE BLDG. / EXCAVATION / OTHER — marked PAVED OR GRAVEL LOT for all samples

SPECIAL: UST / AST / PUMPS/LINES / GROUND STAINS / DRUMS / JUNK/REFUSE / CONIFERS / VEGETATION

**SURFACE**

MATERIAL: SOIL / GRAVEL / ASPHALT / CONCRETE / ORGANICS

**SUBSURFACE**

COMPOSITION: CLAY / SILT / SAND / GRAVEL / FILL

MOISTURE: DRY / DAMP / WET

PROBE INFO.: DECON PROBE / 4' S.S. PROBE / POST RUN TUBING

DEPTH: 5, 5, 4, 4, 4

TYPE: ROTARY HAMMER / SLIDE HAMMER/DRIVE ROD / HYDRAULIC PROBE / SOIL GAS SAMPLE / WATER SAMPLE / SOIL SAMPLE / OTHER

ADDITIONAL NOTES:

JOB CODE: ELA007

DATE: 4/14/5?

**ADDITIONAL OBSERVATIONS** (WRITTEN DESCRIPTION OF SAMPLE LOCATIONS)

| SAMPLE NUMBER | DEPTH | Additional Observations |
|---|---|---|
| ST-42 | 4' | 8:50 |
| ST-43 | 3½ | Resamth @ 3½' 9:03 |
| SF-44 | 3½ | (Repush) @ 5½' 9:07 |
| ST-45 | 4' | 9:15 |
| SF-44 | 4' | 9:18 |

ADDITIONAL NOTES: _____

**LITGO 12659**

LITGO-RCRA0003795

JOB CODE: EWA009

DATE: 11/14/07

## ADDITIONAL OBSERVATIONS (WRITTEN DESCRIPTION OF SAMPLE LOCATIONS)

| SAMPLE NUMBER | AREA - GENERAL / SPECIAL | SURFACE MATERIAL | SUBSURFACE COMPOSITION | MOISTURE | PROBE INFO | DEPTH | TYPE | ADDITIONAL OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|
| B-4 | FIELD | VEGETATION | SAND, SILT | DAMP | 4' S.S. PROBE | | SOIL GAS SAMPLE, SLIDE HAMMER/DRIVE ROD | Ambient Air Device / Start BDG 11/14/07 8:20 |
| ST-38 | FIELD | VEGETATION | SAND, SILT | DAMP | 4' S.S. PROBE | 4' | SOIL GAS SAMPLE, SLIDE HAMMER/DRIVE ROD | 8:25 |
| ST-39 | FIELD | VEGETATION | CLAY | WET | 4' S.S. PROBE | 3½' | SOIL GAS SAMPLE, SLIDE HAMMER/DRIVE ROD | Two Attempts - Refusal @ 8:29 3½' |
| ST-40 | FIELD | VEGETATION | CLAY | WET | 4' S.S. PROBE | 3½' | SOIL GAS SAMPLE, SLIDE HAMMER/DRIVE ROD | Refusal @ 3½' 8:35 |
| ST-41 | FIELD | VEGETATION | CLAY | WET | 4' S.S. PROBE | 4' | SOIL GAS SAMPLE, SLIDE HAMMER/DRIVE ROD | 8:39 |

ADDITIONAL NOTES:

LITGO 12660

JOB CODE: **EWA.007**

DATE: 11/4/97

**ADDITIONAL OBSERVATIONS** (WRITTEN DESCRIPTION OF SAMPLE LOCATIONS)

| SAMPLE NUMBER | DEPTH | TYPE (SOIL GAS SAMPLE / SLIDE HAMMER DRIVE ROD) | PROBE INFO (4' S.S. PROBE) | MOISTURE (DAMP) | SUBSURFACE COMPOSITION (SILT / CLAY) | SURFACE MATERIAL (GRAVEL / SOIL / VEGETATION) | GENERAL (PAVED OR GRAVEL LOT) | ADDITIONAL OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|
| ST-34 | 4 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 3:11 |
| ST-35 | 4 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 3:18 |
| ST-36 | 3½ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | Refusal @ 3½' 3:33 |
| ST-37 | 3½ | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | Refusal @ 3½' 3:37 |
| B-3 | | | | | | | | Ambient Air Blank  End of Day 11/4/97  3:41 |

ADDITIONAL NOTES:

LITGO 12661

LITGO-RCRA0003797

JOB CODE: EUAC007

DATE: 11/11/97

| SAMPLE NUMBER | GENERAL | SPECIAL | SURFACE MATERIAL | SUBSURFACE COMPOSITION | MOISTURE | PROBE INFO | DEPTH | TYPE | ADDITIONAL OBSERVATIONS (WRITTEN DESCRIPTION OF SAMPLE LOCATIONS) |
|---|---|---|---|---|---|---|---|---|---|
| ST-29 | PAVED OR GRAVEL LOT; OTHER | | SOIL; VEGETATION | CLAY; SILT | DAMP | 4' S.S. PROBE | 3½' | SLIDE HAMMER/DRIVE ROD; SOIL GAS SAMPLE | REFUSAL @ 3½'  2:48 |
| ST-30 | PAVED OR GRAVEL LOT; OTHER | | SOIL | SAND | WET | 4' S.S. PROBE | 4' | SLIDE HAMMER/DRIVE ROD; SOIL GAS SAMPLE | Very Soft (Excavated?) Water Below 3'  2:47 |
| ST-31 | PAVED OR GRAVEL LOT | | SOIL; VEGETATION | SILT; CLAY | WET | 4' S.S. PROBE | 4' | SLIDE HAMMER/DRIVE ROD; SOIL GAS SAMPLE | Very Soft |
| ST-32 | PAVED OR GRAVEL LOT | | VEGETATION | SAND; SILT; CLAY | WET | 4' S.S. PROBE | 4' | SLIDE HAMMER/DRIVE ROD; SOIL GAS SAMPLE | 2:53 |
| ST-33 | PAVED OR GRAVEL LOT | | SOIL | GRAVEL; CLAY | DAMP | 4' S.S. PROBE | 4' | SLIDE HAMMER/DRIVE ROD; SOIL GAS SAMPLE | 2:59   3:04 |

ADDITIONAL NOTES:

LITGO 12662

JOB CODE: EWA007

DATE: 11/11/97

ADDITIONAL OBSERVATIONS (WRITTEN DESCRIPTION OF SAMPLE LOCATIONS)

- Refusal @ 3' — 2:11
- Sample collected @ 3' Due to water. — 2:15
- 2:21
- 2:27
- 2:32

| Category | | | ST-24 | ST-25 | ST-26 | ST-27 | ST-28 |
|---|---|---|---|---|---|---|---|
| AREA — GENERAL | WOODS | | | | | X | X |
| | FIELD | | | | | | X |
| | LANDSCAPED/PLANTER | | | | | | |
| | PAVED OR GRAVEL LOT | | X | X | X | | |
| | ROAD | | | | | | |
| | INSIDE BLDG. | | | | | | |
| | EXCAVATION | | | | | | |
| | OTHER | | X | X | X | | |
| AREA — SPECIAL | UST | | | | | | |
| | AST | | | | | | |
| | PUMPS/LINES | | | | | | |
| | GROUND STAINS | | | | | | |
| | DRUMS | | | | | | |
| | JUNK/REFUSE | | | | | | |
| | CONIFERS | | | | | | |
| | VEGETATION | | X | X | X | X | X |
| SURFACE — MATERIAL | SOIL | | X | X | X | X | X |
| | GRAVEL | | | | | | |
| | ASPHALT | | | | | | |
| | CONCRETE | | | | | | |
| SUBSURFACE — COMPOSITION | ORGANICS | | | | | | |
| | CLAY | | X | | X | X | |
| | SILT | | X | X | X | | X |
| | SAND | | | | | | X |
| | GRAVEL | | | | | | |
| | FILL | | | | | | |
| SUBSURFACE — MOISTURE | DRY | | | | | | |
| | DAMP | | X | X | X | | |
| | WET | | | | | X | X |
| PROBE INFO. | DECON PROBE | | | | | | |
| | 4' S.S. PROBE | | X | X | X | X | X |
| | POST RUN TUBING | | | | | | |
| DEPTH | | | 3' | 4' | 4' | 4' | 4' |
| TYPE | ROTARY HAMMER | | | | | | |
| | SLIDE HAMMER/DRIVE ROD | | X | X | X | X | X |
| | HYDRAULIC PROBE | | | | | | |
| | SOIL GAS SAMPLE | | X | X | X | X | X |
| | WATER SAMPLE | | | | | | |
| | SOIL SAMPLE | | | | | | |
| | OTHER | | | | | | |

ADDITIONAL NOTES:

LITGO 12663

LITGO-RCRA0003799

JOB CODE

EWB 007

DATE: 11/14/73

## ADDITIONAL OBSERVATIONS
(WRITTEN DESCRIPTION OF SAMPLE LOCATIONS)

| SAMPLE NUMBER | DEPTH | TYPE | ADDITIONAL OBSERVATIONS |
|---|---|---|---|
| ST-20 | 3' | SOIL GAS SAMPLE / SLIDE HAMMER/DRIVE ROD | REFUSAL/WATER @ 73'  1:35 |
| ST-21 | 3' | SOIL GAS SAMPLE / HYDRAULIC PROBE | REFUSAL @ 3' |
| B-8 |  |  | AMBIENT AIR BLANK  1:43 |
| ST-22 | 2' | SOIL GAS SAMPLE / SLIDE HAMMER/DRIVE ROD | REFUSAL @ 2'  2:01 |
| ST-23 | 2½' | SOIL GAS SAMPLE / SLIDE HAMMER/DRIVE ROD | REFUSAL @ 2½'  2:00 |

ADDITIONAL NOTES: _____

LITGO 12664

LITGO-RCRA0003800

JOB CODE

E WA-007

DATE: 11/14/97

## ADDITIONAL OBSERVATIONS
(WRITTEN DESCRIPTION OF SAMPLE LOCATIONS)

| SAMPLE NUMBER | GENERAL | SPECIAL | SURFACE MATERIAL | SUBSURFACE COMPOSITION | MOISTURE | PROBE INFO. | DEPTH | TYPE | ADDITIONAL OBSERVATIONS |
|---|---|---|---|---|---|---|---|---|---|
| ST-10 | PAVED OR GRAVEL LOT ✓ | | ASPHALT ✓ | FILL ✓ / CLAY ✓ | DAMP ✓ | 4" S.S. PROBE ✓ | 4 | SLIDE HAMMER/DRIVE ROD ✓ / WATER SAMPLE ✓ | 11:26 |
| ST-11 | PAVED OR GRAVEL LOT ✓ | | ASPHALT ✓ | FILL ✓ / SILT ✓ | DAMP ✓ | 4" S.S. PROBE ✓ | 4 | SLIDE HAMMER/DRIVE ROD ✓ / WATER SAMPLE ✓ | 11:39 |
| ST-12 | PAVED OR GRAVEL LOT ✓ | | ASPHALT ✓ | FILL ✓ / CLAY ✓ | DAMP ✓ | 4" S.S. PROBE ✓ | 4 | SLIDE HAMMER/DRIVE ROD ✓ / WATER SAMPLE ✓ | 11:49 |
| ST-13 | PAVED OR GRAVEL LOT ✓ | | ASPHALT ✓ | CLAY ✓ | DAMP ✓ | 4" S.S. PROBE ✓ | 3½' | HYDRAULIC PROBE ✓ | REFUSAL @ 3½'  12:02 |
| ST-14 | PAVED OR GRAVEL LOT ✓ | | ASPHALT ✓ | CLAY ✓ | DAMP ✓ | 4" S.S. PROBE ✓ | 2½' | HYDRAULIC PROBE ✓ | REFUSAL @ 2½' - BEDROCK  12:00 |

AREA

ADDITIONAL NOTES:  ST-14  Crumbly RED Soil BELOW ASPHALT BASE.

LITGO-RCRA0003801

**JOB CODE** EWA007

**DATE:** 11/11/57

### ADDITIONAL OBSERVATIONS
(WRITTEN DESCRIPTION OF SAMPLE LOCATIONS)

| SAMPLE NUMBER | ADDITIONAL OBSERVATIONS | DEPTH | TYPE (SOIL/GAS SAMPLE) | ROTARY HAMMER / SLIDE HAMMER-DRIVE ROD |
|---|---|---|---|---|
| ST-5 | 10:57 | 4 | ✓ | ✓ |
| ST-6 | 11:05 | 7 | ✓ | ✓ |
| ST-7 | Refusal @ 3½'  11:11 | 3½ | ✓ | ✓ |
| ST-8 | 11:17 | 4 | ✗ | ✓ |
| ST-9 | 11:21 | 4 | ✓ | ✓ |

ADDITIONAL NOTES:

LITGO 12666

LITGO-RCRA0003802

JOB CODE: EWA 007

DATE: 4/1/99

## ADDITIONAL OBSERVATIONS
(WRITTEN DESCRIPTION OF SAMPLE LOCATIONS)

| SAMPLE NUMBER | Additional Observations |
|---|---|
| B-1 | Ambient Air Blank  Start @ Day 4/1/99  10:22 |
| ST-1 | 10:53 |
| ST-2 | Refusal @ 3½'  10:39 |
| ST-3 | 16:44 |
| ST-4 | No sample collected due to perched water  10:53 |

**ADDITIONAL NOTES:** ST-4 - Soil Saturated. No Sample. Next to low spot (Perched Rain Water?) in asphalt with lots of cracks in surface.

**LITGO 12667**

LITGO-RCRA0003803

# TARGET LABORATORIES

9120 Rumsey Road, Columbia, Md. 21045
Office: 410-992-6622 · Fax: 410-992-6623

## CHAIN-OF-CUSTODY RECORD

JOB CODE: EWA - 001

PAGE 1 OF 1

CLIENT: ENVIRONMENTAL WASTE MANAGEMENT

ADDRESS: 100 MISTY LANE · PRESSMANS FERRY

PHONE: 201-560-1400    FAX: 201-560-6400

CLIENT PROJECT #: 84106    PROJECT MANAGER: SWITCO-2

DATE: 11/16/07

TO: EWA SQUARE SOFAW

LOCATION: 410 HAYNES ST Someville (a

COLLECTED BY: O. KULK    DATE OF COLLECTION: 11/6/07

| Sample Number | Depth | Time | Sample Type | Container Type | FIELD NOTES | Total Number of Containers | Laboratory Note Number |
|---|---|---|---|---|---|---|---|
| ST-1 | 1.5 | | S/G | 2oz | | | |
| ST-3 | | | S/G | 40mL | | | |
| ST-5 | | | S/G | 40mL | | | |
| ST-6 | | | S/G | 40mL | | | |
| B-1 | | | S/G | 40mL | | | |
| ST-7 | | | S/G | 40mL | | | |
| ST-0 | | | | | | | |
| ST-8 | | | | | | | |
| ST-9 | | | | | | | |
| ST-12 | | | | | | | |
| ST-13 | | | | | | | |
| ST-14 | | | | | | | |
| ST-15 | | | | | | | |
| ST-16 | | | | | | | |
| ST-17 | | | | | | | |
| ST-18 | | | | | | | |

RELINQUISHED BY (Signature)    DATE/TIME 11/16/07    RECEIVED BY (Signature)    DATE/TIME

RELINQUISHED BY (Signature)    DATE/TIME    RECEIVED BY (Signature)    DATE/TIME

**LABORATORY NOTES:**

SAMPLE RECEIPT:
Custody Seal Intact Y/N NA
Cooler Packed w/Cool Y/N NA
Chain of Custody Seal Y/N NA
Sealed Intact Y/N NA
Container Cond (Cool/Cold)
Notes

LITGO 12668

LITGO-RCRA0003804

# TARGET LABORATORIES

6100 Rumsey Road, Columbia, Md 21045
Office: 410-992-6622    Fax: 410-992-0516

## CHAIN-OF-CUSTODY RECORD

JOB CODE: EWA o# 2

PAGE 1 OF 1

CLIENT: Environmental Trust - WR Grace MGMT

ADDRESS: 100 Mutry Lane - Parsippany, NJ 07054

PHONE: (241) 560 - 1400    FAX: (866) 560 0405

CLIENT PROJECT #: 85.106

DATE: 11-12-97

P.O.: 3 Start Screen

LOCATION: 40 Flannus ST Somerville NJ

COLLECTOR: C. Kirch

PROJECT MANAGER:

DATE OF COLLECTION: 11/12/97

| Sample Number | Depth | Sample Time | Sample Type | Container Type | FIELD NOTES | Total Number of Containers | Laboratory Note Number |
|---|---|---|---|---|---|---|---|
| ST-38 | 4' | | SLG | 20ml vial | | | |
| ST-39 | | | | | | | |
| ST-40 | | | | | | | |
| ST-41 | | | | | | | |
| R.H Black | | | | | | | |
| ST-42 | | | | | | | |
| ST-44 | | | | | | | |
| ST-45 | | | | | | | |
| ST-46 | | | | | | | |
| ST-48 | | | | | | | |
| ST-50 | | | | | | | |
| ST-51 | | | | | | | |
| ST-52 | | | | | | | |
| ST-53 | | | | | | | |
| ST-57 | | | | | | | |

RELINQUISHED BY: (Signature)    DATE/TIME: 14:15 11/12/97

RECEIVED BY: (Signature)    DATE/TIME: 11/13/97

RELINQUISHED BY: (Signature)    DATE/TIME:

RECEIVED BY: (Signature)    DATE/TIME:

LABORATORY NOTES:

SAMPLE RECEIPT
Total Number of Containers: Y/N/NA
Chain of Custody Seals: Y/N/NA
Seals Intact?: Y/N/NA
Rec'd in Good Cond/Cold?: Y/N/NA
Notes:

LITGO 12669

LITGO-RCRA0003805

# TARGET LABORATORIES

## CHAIN-OF-CUSTODY RECORD

JOB CODE: ___

DATE: ___  PAGE: __ OF __

CLIENT: Environmental Management
ADDRESS: 106 Misty Lane, Parsippany, NJ 07054
PHONE: (201) 560-0400   FAX: (201) 560-0400
CLIENT PROJECT #: 881016

P.O.: F. Shank Screen
LOCATION: 20 Haynes St. Somerville NJ
COLLECTOR: C. Kirk
DATE OF COLLECTION: 11/12/97

PROJECT MANAGER: ___

| Sample Number | Depth | Sample Type | Time | Container Type | FIELD NOTES |
|---|---|---|---|---|---|
| ST-55 | 4' | S/G | | 30mL vial | Field Blank |
| B-5 | | | | | |

LABORATORY NOTES:

RELINQUISHED BY: ___  RECEIVED BY: ___
RELINQUISHED BY: ___  RECEIVED BY: ___

LITGO 12670

LITGO-RCRA0003806

TARGET Project: EVA007

TABLE 1

LITGO 12647

LITGO-RCRA0003807

Samples Collected: 11/11-11/14/97
Samples Received: 11/11-11/14/97
Samples Analyzed: 11/11-11/14/97
Samples Reported: 11/13-11/14/97
Project Identification: Somerville,NJ
Target Job Code: EWA007
Purchase Order: N/A

Collected by: Charlie Kirk
Received by: Stu Johnson, Jr.
Analyzed by: Stu Johnson, Jr.
Reported by: Stu Johnson, Jr.
Report Revision: 0.0
Method Deviations: None
Sampling Method: 4' Slidehammer

Client:
Client Address: Env. Waste Mgmt. / 100 Misty Lane / Parsippany, NJ 07054
Client Contact: Kevin Orabone
Client Phone: 201-560-1400
Client Fax: 210-560-0400

## USEPA Method 3810/8010-8020 Sample Analysis Results

| Compound | PGL[1] (ug/L) | Upper Limit[2] (ug/L) | ST 1 (ug/L) | ST 2 (ug/L) | ST 3 (ug/L) | ST 4 (ug/L) | ST 5 (ug/L) | ST 6 (ug/L) | ST 7 (ug/L) | ST 8 (ug/L) | ST 9 (ug/L) | ST 10 (ug/L) | ST 11 (ug/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,1-Dichloroethene | 1.51 | 15.1 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Methylene Chloride | 0.967 | 9.70 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| trans-1,2-Dichloroethene | 1.73 | 17.3 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,1-Dichloroethane | 1.75 | 17.5 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| cis-1,2-Dichloroethene | 2.21 | 22.1 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Chloroform | 0.180 | 1.80 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,1,1-Trichloroethane | 0.173 | 1.70 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Carbon Tetrachloride | 0.218 | 2.20 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Trichloroethene | 0.168 | 1.70 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,1,2-Trichloroethane | 0.300 | 3.00 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Tetrachloroethene | 0.215 | 2.20 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Benzene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Toluene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Ethylbenzene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| m&p-Xylenes | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| o-Xylene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Sample Condition (S,U)/Dilution (PQL) | S | S | S | S | S | S | S | S | S | S | S | S | S |

| Compound | PGL[1] (ug/L) | Upper Limit[2] (ug/L) | ST 12 (ug/L) | ST 13 (ug/L) | ST 14 (ug/L) | ST 15 (ug/L) | ST 16 (ug/L) | ST 17 (ug/L) | ST 18 (ug/L) | ST 19 (ug/L) | ST 20 (ug/L) | ST 21 (ug/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,1-Dichloroethene | 1.51 | 15.1 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Methylene Chloride | 0.967 | 9.70 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| trans-1,2-Dichloroethene | 1.73 | 17.3 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,1-Dichloroethane | 1.75 | 17.5 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| cis-1,2-Dichloroethene | 2.21 | 22.1 | ND | ND | ND | ND | ND | ND | ND | .ND | ND | ND |
| Chloroform | 0.180 | 1.80 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,1,1-Trichloroethane | 0.173 | 1.70 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Carbon Tetrachloride | 0.218 | 2.20 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Trichloroethene | 0.168 | 1.70 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,1,2-Trichloroethane | 0.300 | 3.00 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Tetrachloroethene | 0.215 | 2.20 | ND | ND | ND | ND | ND | 3.82E | ND | ND | ND | ND |
| Benzene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Toluene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Ethylbenzene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| m&p-Xylenes | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| o-Xylene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Sample Condition (S,U)/Dilution (PQL) | S | S | S | S | S | S | S | S | S | S | S | S |

*This report will not be reproduced without the expressed written permission of the client*

Samples Collected: 11/11-11/14/97
Samples Received: 11/11-11/14/97
Samples Analyzed: 11/11-11/14/97
Samples Reported: 11/13-11/14/97
Project Identification: Somerville,NJ
Target Job Code: EWA007
Purchase Order: N/A

Client:
Client Address: Env. Waste Mgmt. 100 Misty Lane Parsippany, NJ 07054
Client Contact: Kevin Orabona 201-560-1400 210-560-0400
Client Phone:
Client Fax:

Collected by: Charlie Kirk
Received by: Stu Johnson, Jr.
Analyzed by: Stu Johnson, Jr.
Reported by: Stu Johnson, Jr.
Report Revisions: 0.0
Method Deviations: None
Sampling Method: 4' Slidehammer

USEPA Method 3810/8010-8020 Sample Analysis Results

| Compound | PQL[1] (ug/L) | Upper Limit[2] (ug/L) | ST 22 (ug/L) | ST 23 (ug/L) | ST 24 (ug/L) | ST 25 (ug/L) | ST 26 (ug/L) | ST 27 (ug/L) | ST 28 (ug/L) | ST 29 (ug/L) | ST 30 (ug/L) | ST 31 (ug/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,1-Dichloroethane | 1.51 | 15.1 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Methylene Chloride | 0.967 | 9.70 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| trans-1,2-Dichloroethene | 1.73 | 17.3 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,1-Dichloroethane | 1.75 | 17.5 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| cis-1,2-Dichloroethene | 2.21 | 22.1 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Chloroform | 0.160 | 1.60 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,1,1-Trichloroethane | 0.173 | 1.70 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Carbon Tetrachloride | 0.216 | 2.20 | ND | 2.47-E | ND | ND | ND | ND | ND | 3.8-E | ND | 3.8-E |
| Trichloroethene | 0.168 | 1.70 | 6.7-E | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,1,2-Trichloroethane | 0.300 | 3.00 | ND | ND | ND | ND | ND | ND | 1.62 | ND | ND | ND |
| Tetrachloroethene | 0.215 | 2.20 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Benzene | 1.00 | 100 | 2.30 | 1.55 | ND | ND | ND | ND | 3.70 | ND | ND | ND |
| Toluene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Ethylbenzene | 1.00 | 100 | ND | 1.18 | ND | ND | ND | ND | ND | ND | ND | ND |
| m&p-Xylenes | 1.00 | 100 | ND | 2.64 | ND | ND | ND | ND | ND | ND | ND | ND |
| o-Xylene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Sample Condition (S,U)/Dilution (PQL) | 5 | 5 | s | s | s | s | s | s | s | s | s | s |

| Compound | PQL[1] (ug/L) | Upper Limit[2] (ug/L) | ST 32 (ug/L) | ST 33 (ug/L) | ST 34 (ug/L) | ST 35 (ug/L) | ST 36 (ug/L) | ST 37 (ug/L) | ST 38 (ug/L) | ST 39 (ug/L) | ST 40 (ug/L) | ST 41 (ug/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,1-Dichloroethane | 1.51 | 15.1 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Methylene Chloride | 0.967 | 9.70 | 3.82 | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| trans-1,2-Dichloroethene | 1.73 | 17.3 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,1-Dichloroethane | 1.75 | 17.5 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| cis-1,2-Dichloroethene | 2.21 | 22.1 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Chloroform | 0.160 | 1.60 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,1,1-Trichloroethane | 0.173 | 1.70 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Carbon Tetrachloride | 0.216 | 2.20 | 6.7-E | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Trichloroethene | 0.168 | 1.70 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,1,2-Trichloroethane | 0.300 | 3.00 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Tetrachloroethene | 0.215 | 2.20 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Benzene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Toluene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Ethylbenzene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| m&p-Xylenes | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| o-Xylene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Sample Condition (S,U)/Dilution (PQL) | 5 | 5 | s | s | s | s | s | s | s | s | s | s |

*This report will not be reproduced without the expressed written permission of the client*

Phone: (410)992-6622          9180 Rumsey Rd.  Columbia, MD  21045          Fax: (410)992-0347

LITGO 12649

LITGO-RCRA0003809

...tile Laboratory Services

Env. Waste Mgmt.
100 Misty Lane
Parispany, NJ 07054

Kevin Orsbone
201-560-1400
210-560-0400

Fax: (410)992-0347

| | |
|---|---|
| Samples Collected: | 11/11-11/14/97 |
| Samples Received: | 11/11-11/14/97 |
| Samples Analyzed: | 11/11-11/14/97 |
| Samples Reported: | 11/13-11/14/97 |
| Project Identification: | Somerville,NJ |
| Target Job Code: | EWA007 |
| Purchase Order: | N/A |

| | |
|---|---|
| Collected by: | Charlie Kirk |
| Received by: | Stu-Johnson, Jr. |
| Analyzed by: | Stu-Johnson, Jr. |
| Reported by: | Stu-Johnson, Jr. |
| Report Revision: | 0.0 |
| Method Deviations: | None |
| Sampling Method: | 4' Slidehammer |

Client:
Client Address:
Client Contact:
Client Phone:
Client Fax:

USEPA Method 8910/8020 Sample Analysis Results

| Compound | PQL¹ (ug/L) | Upper Limit² (ug/L) | ST 42 (ug/L) | ST 43 (ug/L) | ST 44 (ug/L) | ST 45 (ug/L) | ST 46 (ug/L) | ST 47 (ug/L) | ST 48 (ug/L) | ST 49 (ug/L) | ST 50 (ug/L) | ST 51 (ug/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,1-Dichloroethane | 1.51 | 7.6 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Methylene Chloride | 0.967 | 4.84 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| trans-1,2-Dichloroethene | 1.73 | 8.7 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,1-Dichloroethane | 1.75 | 8.8 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| cis-1,2-Dichloroethene | 2.21 | 11.1 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Chloroform | 0.180 | 0.90 | ND | ND | ND | 0.59 | ND | ND | ND | ND | ND | 0.51 |
| 1,1,1-Trichloroethane | 0.173 | 0.87 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Carbon Tetrachloride | 0.218 | 1.09 | ND | ND | ND | 0.58 | ND | ND | ND | ND | ND | 24.4 E |
| Trichloroethene | 0.168 | 0.84 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,1,2-Trichloroethane | 0.300 | 1.50 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Tetrachloroethene | 0.215 | 1.08 | ND | ND | ND | ND | ND | ND | ND | ND | ND | 0.51 |
| Benzene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Toluene | 1.00 | 100 | ND | ND | ND | 1.52 | ND | ND | ND | ND | ND | ND |
| Ethylbenzene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| m&o-Xylenes | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| o-Xylene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Sample Condition (S,U)/Dilution (PQL) | 5 | 5 | s | s | s | s | s | s | s | s | s | s |

| Compound | PQL¹ (ug/L) | Upper Limit² (ug/L) | ST 52 (ug/L) | ST 53 (ug/L) | ST 54 (ug/L) | ST 56 (ug/L) | B-1 (ug/L) | B-2 (ug/L) | B-3 (ug/L) | B-4 (ug/L) | B-5 (ug/L) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1,1-Dichloroethane | 1.51 | 7.6 | ND | ND | ND | ND | 1.70 | ND | ND | ND | ND |
| Methylene Chloride | 0.967 | 4.84 | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| trans-1,2-Dichloroethene | 1.73 | 8.7 | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,1-Dichloroethane | 1.75 | 8.8 | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| cis-1,2-Dichloroethene | 2.21 | 11.1 | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Chloroform | 0.180 | 0.90 | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,1,1-Trichloroethane | 0.173 | 0.87 | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Carbon Tetrachloride | 0.218 | 1.09 | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Trichloroethene | 0.168 | 0.84 | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| 1,1,2-Trichloroethane | 0.300 | 1.50 | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Tetrachloroethene | 0.215 | 1.08 | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Benzene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Toluene | 1.00 | 100 | ND | 1.28 | ND | ND | ND | ND | ND | ND | ND |
| Ethylbenzene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| m&o-Xylenes | 1.00 | 100 | ND | 2.58 | ND | ND | ND | ND | ND | ND | ND |
| o-Xylene | 1.00 | 100 | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| Sample Condition (S,U)/Dilution (PQL) | 5 | 5 | s | s | s | s | s | s | s | s | s |

This report will not be reproduced without the expressed written permission of the client

9180 Rumsey Rd, Columbia, MD 21045

Phone: (410)992-6622

LITGO 12650

LITGO-RCRA0003810