EXHIBIT D

# REMEDIAL INVESTIGATION WORKPLAN
# WESTERN GROUNDWATER PLUME
# FORMER F SHARP SCREW FACILITY
# SOMERVILLE, NEW JERSEY
# ISRA Case Nos. E85647, E85648, E85649

*Prepared For:*

*Litgo of New Jersey, Inc.*
*Two Executive Boulevard*
*Suffern, New York 10901*

*Prepared By:*

*JM Sorge, Inc.*
*50 County Line Road*
*Somerville, New Jersey 08876*

**November 9, 2001**

LITGO-RCRA0016985

Remedial
Investigation
Workplan (RIW)

shown as Penn Series silt loam. The soils are formed from the weathered shale material and are characterized by level to strongly sloping soils on undulating and rolling uplands.

### 2.4 Areas of Concern

Two (2) AOCs remain at the Site. There have been many AOCs at the Site historically, however, through investigation and remediation the only remaining issues are related to groundwater. At this point in the investigation all known soil issues have been addressed at the Site as confirmed by the Department's September 4, 2001 correspondence and No Further Action (NFA) approval for site soils. The following presents a brief description of the two remaining AOCs:

1. The Western Groundwater Plume comprises the western portion of the site and probably extends to upgradient areas to the west. The source of the western groundwater plume is believed to be offsite on an upgradient property. According to historic Sanborn fire insurance maps, the Somerville Iron Works machine shop was located on the upgradient property. Concentrations of chlorinated volatile organic compounds (primarily TCE and its breakdown products) have been detected in this area since the initial monitoring wells were installed in 1989. While the downgadient extent of the plume has been largely determined by the installation of monitoring wells in the central portion of the site, the upgradient extent of the plume has not been determined.

2. The Eastern Groundwater Plume is located in the southeastern portion of the former F Sharp property along the railroad tracks. The plume appears to have originated in the vicinity of the MW-5 monitoring well cluster and extends offsite to the east on the neighboring property near MW-11. The eastern plume appears to be more recent in origin based on the general lack of weathering of the TCE and is probably associated with spillage or dumping around the time of the fire in 1985. In contrast to the western plume, the upgradient extent of the eastern plume has been determined, but the vertical and horizontal downgradient extent have not been determined. This AOC will be addressed in a RIW to be forwarded under separate cover.

The location of each of these two AOCs is illustrated in Figure 2. Historic concentrations of VOCs in groundwater are summarized in Table 1.

### 2.5 Previous Investigations

The ISRA investigation of the site began in 1988. Prior to 1988, NJDEP had assumed control of the western portion of the site to consolidate and remove illegally stored hazardous waste materials under an enforcement directive. Various investigations were completed by NJDEP while the facility was under its control. The NJDEP completed its removal activities in 1988.

5

LITGO-RCRA0016992