EXHIBIT F



000137

M000215

Table 1

Table 1

**Summary of Soil Sample Laboratory Analytical Results**
**Mian**
**Somerville, NJ**

| Sample ID | New Jersey | | | SB-1 | | SB-2 | | SB-3 | | SB-4 | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Laboratory ID | Soil Cleanup Criteria | | | J83612-1 | | J83612-2 | | J83612-3 | | J83612-4 | |
| Sample Media | Residential | Non-Residential | Impact to | Soil | | Soil | | Soil | | Soil | |
| Sample Date | Direct | Direct | Ground | 4/16/2008 | | 4/16/2008 | | 4/16/2008 | | 4/16/2008 | |
| Sample Depth | Contact | Contact | Water | | | | | | | | |
| Units Of Measure | mg/kg | mg/kg | mg/kg | mg/kg | | mg/kg | | mg/kg | | mg/kg | |
| **Volatile Organic Compounds** | | | | | | | | | | | |
| Acrolein | NS | NS | NS | 1.6 | | 1.5 | U | 1.6 | | 1.4 | U |
| Acrylonitrile | 1 | 5 | 1 | 0.29 | | 0.27 | U | 0.29 | U | 0.26 | U |
| Benzene | 3 | 13 | 1 | 0.024 | U | 0.022 | U | 0.024 | U | 0.022 | U |
| Bromodichloromethane | 11 | 46 | 1 | 0.018 | U | 0.017 | U | 0.018 | U | 0.016 | U |
| Bromoform | 86 | 370 | 1 | 0.033 | U | 0.021 | U | 0.023 | U | 0.021 | U |
| Bromomethane | 79 | 1000 | 1 | 0.060 | U | 0.056 | U | 0.061 | U | 0.055 | U |
| Carbon tetrachloride | 2 | 4 | 1 | 0.064 | U | 0.059 | U | 0.064 | U | 0.059 | U |
| Chlorobenzene | 37 | 630 | 1 | 0.020 | U | 0.019 | U | 0.020 | U | 0.019 | U |
| Chloroethane | NS | NS | NS | 0.047 | U | 0.043 | U | 0.047 | U | 0.043 | U |
| 2-Chloroethyl vinyl ether | NS | NS | NS | 0.094 | U | 0.087 | U | 0.094 | U | 0.086 | U |
| Chloroform | 19 | 28 | 1 | 0.032 | U | 0.029 | U | 0.032 | U | 0.029 | U |
| Chloromethane | 520 | 1000 | 10 | 0.048 | U | 0.045 | U | 0.049 | U | 0.044 | U |
| Dibromochloromethane | 110 | 1000 | 1 | 0.018 | U | 0.017 | U | 0.019 | U | 0.017 | U |
| 1,2-Dichlorobenzene | 5100 | 10000 | 50 | 0.025 | U | 0.023 | U | 0.025 | U | 0.023 | U |
| 1,3-Dichlorobenzene | 5100 | 10000 | 100 | 0.021 | U | 0.019 | U | 0.021 | U | 0.019 | U |
| 1,4-Dichlorobenzene | 570 | 10000 | 100 | 0.021 | U | 0.020 | U | 0.022 | U | 0.020 | U |
| Dichlorodifluoromethane | NS | NS | NS | 0.11 | U | 0.10 | U | 0.11 | U | 0.10 | U |
| 1,1-Dichloroethane | 570 | 1000 | 10 | 0.027 | U | 0.025 | U | 0.027 | U | 0.025 | U |
| 1,2-Dichloroethane | 6 | 24 | 1 | 0.059 | U | 0.027 | U | 0.029 | U | 0.027 | U |
| 1,1-Dichloroethene | 8 | 130 | 10 | 0.036 | U | 0.033 | U | 0.036 | U | 0.033 | U |
| cis-1,2-Dichloroethene | 79 | 1000 | 500 | 0.025 | U | 0.023 | U | 0.025 | U | 0.023 | U |
| trans-1,2-Dichloroethene | 1000 | 1000 | 50 | 0.022 | U | 0.020 | U | 0.022 | U | 0.020 | U |
| 1,2-Dichloropropane | 10 | 43 | NS | 0.027 | U | 0.025 | U | 0.027 | U | 0.025 | U |
| cis-1,3-Dichloropropene | 4 | 5 | 1 | 0.017 | U | 0.015 | U | 0.017 | U | 0.015 | U |
| trans-1,3-Dichloropropene | 4 | 5 | 1 | 0.017 | U | 0.016 | U | 0.017 | U | 0.016 | U |
| Ethylbenzene | 1000 | 1000 | 100 | 0.028 | U | 0.026 | U | 0.028 | U | 0.025 | U |
| Methylene chloride | 49 | 210 | 1 | 0.017 | U | 0.016 | U | 0.020 | U | 0.018 | U |
| 1,1,2,2-Tetrachloroethane | 34 | 70 | 1 | 0.017 | U | 0.016 | U | 0.017 | U | 0.016 | U |
| Tetrachloroethene | 4 | 6 | 1 | 0.032 | U | 0.030 | U | 0.032 | U | 0.029 | U |
| Toluene | 1000 | 1000 | 500 | 0.023 | U | 0.021 | U | 0.023 | U | 0.021 | U |
| 1,1,1-Trichloroethane | 210 | 1000 | 50 | 0.036 | U | 0.033 | U | 0.036 | U | 0.033 | U |
| 1,1,2-Trichloroethane | 22 | 420 | 1 | 0.017 | U | 0.016 | U | 0.018 | U | 0.016 | U |
| Trichloroethene | 23 | 54 | 1 | 0.020 | U | 0.019 | U | 0.208 | J | 0.018 | U |
| Trichlorofluoromethane | NS | NS | NS | 0.20 | U | 0.18 | U | 0.20 | U | 0.18 | U |
| Vinyl chloride | 2 | 7 | 10 | 0.043 | U | 0.040 | U | 0.044 | U | 0.040 | U |
| Xylene (total) | 410 | 1000 | 67 | 0.021 | U | 0.019 | U | 0.021 | U | 0.019 | U |
| Total HC, Volatile | NS | NS | NS | 0 | | 0 | | 1.4 | J | 0 | |
| **Pesticides** | | | | | | | | | | | |
| Aldrin | 0.04 | 0.17 | 50 | 0.00031 | U | 0.00030 | U | 0.00031 | U | 0.00029 | U |
| alpha-BHC | NS | NS | NS | 0.00029 | U | 0.00027 | U | 0.00028 | U | 0.00027 | U |
| beta-BHC | NS | NS | NS | 0.00052 | U | 0.00050 | U | 0.00051 | U | 0.00048 | U |
| delta-BHC | NS | NS | NS | 0.00028 | U | 0.00027 | U | 0.00028 | U | 0.00026 | U |
| gamma-BHC (Lindane) | 0.52 | 2.2 | 50 | 0.00038 | U | 0.00036 | U | 0.00038 | U | 0.00035 | U |
| Chlordane | NS | NS | NS | 0.017 | U | 0.016 | U | 0.017 | U | 0.016 | U |
| Dieldrin | 0.042 | 0.18 | 50 | 0.00030 | U | 0.00029 | U | 0.00030 | U | 0.00028 | U |
| 4,4'-DDD | 3 | 12 | 50 | 0.00025 | U | 0.00024 | U | 0.00025 | U | 0.00023 | U |
| 4,4'-DDE | 2 | 9 | 50 | 0.00039 | U | 0.0035 | | 0.00036 | U | 0.00036 | U |
| 4,4'-DDT | 2 | 9 | 500 | 0.0040 | | 0.0100 | | 0.00035 | U | 0.00033 | U |
| Endrin | 17 | 310 | 50 | 0.00033 | U | 0.00032 | U | 0.00033 | U | 0.00031 | U |
| Endosulfan sulfate | NS | NS | NS | 0.00033 | U | 0.00032 | U | 0.00033 | U | 0.00031 | U |
| Endrin aldehyde | NS | NS | NS | 0.00036 | U | 0.00035 | U | 0.00036 | U | 0.00034 | U |
| Endosulfan-I | NS | NS | NS | 0.00032 | U | 0.00030 | U | 0.00031 | U | 0.00029 | U |
| Endosulfan-II | NS | NS | NS | 0.00051 | U | 0.00049 | U | 0.00051 | U | 0.00048 | U |
| Heptachlor | 0.15 | 0.65 | 50 | 0.00041 | U | 0.00039 | U | 0.00039 | U | 0.00040 | U |
| Heptachlor epoxide | NS | NS | NS | 0.00031 | U | 0.00030 | U | 0.00031 | U | 0.00040 | |
| Methoxychlor | 280 | 5200 | 50 | 0.00041 | U | 0.00048 | U | 0.00041 | U | 0.00038 | U |
| Toxaphene | 0.1 | 0.2 | 50 | 0.015 | U | 0.014 | U | 0.014 | U | 0.014 | U |
| **Metals** | | | | | | | | | | | |
| Antimony | 14 | 340 | NS | 2.6 | | 233 | | 8.8 | | 1.8 | J |
| Arsenic | 20 | 20 | NS | 4.9 | | 5.9 | | 5.2 | | 0.76 | U |
| Beryllium | 2 | 2 | NS | 0.40 | J | 0.52 | J | 0.63 | | 1.1 | |
| Cadmium | 39 | 100 | NS | 1.1 | | 0.80 | | 1.5 | | 0.60 | |
| Chromium | NS | NS | NS | 26.0 | | 26.6 | | 28.5 | | 32.0 | |
| Copper | 600 | 600 | NS | 66.7 | | 48.0 | | 107 | | 11.6 | |
| Lead | 400 | 600 | NS | 176 | | 66.2 | | 1360 | | 21.6 | |
| Mercury | 14 | 270 | NS | 0.35 | | 0.097 | | 0.11 | | 0.023 | J |
| Nickel | 250 | 2400 | NS | 27.0 | | 15.9 | | 22.4 | | 32.7 | |
| Selenium | 63 | 3100 | NS | 1.5 | J | 1.3 | U | 1.7 | J | 1.2 | U |
| Silver | 110 | 4100 | NS | 0.37 | J | 0.25 | U | 0.46 | J | 0.24 | U |
| Thallium | 2 | 2 | NS | 0.86 | U | 0.85 | U | 0.87 | U | 1.1 | U |
| Zinc | 1500 | 1500 | NS | 189 | | 99.2 | | 1090 | | 56.9 | |

Notes:
U = Not detected above indicated level
J = Estimated Concentration
NS = No Standard
ND = Not Detected
NT = Not Tested

000138

M000216

Table 1

## Summary of Soil Sample Laboratory Analytical Results
### Mian
### Somerville, NJ

Table 1

| Sample ID | | New Jersey | | SB-1 | SB-2 | SB-3 | SB-4 |
|---|---|---|---|---|---|---|---|
| Laboratory ID | | Soil Cleanup Criteria | | J35612-1 | J35612-2 | J35612-3 | J35612-4 |
| Sample Matrix | Residential | Non-Residential | Impact to | Soil | Soil | Soil | Soil |
| Sample Date | Direct Contact | Direct Contact | Ground Water | 4/16/2008 | 4/16/2008 | 4/16/2008 | 4/16/2008 |
| Sample Depth | Contact | Contact | Water | | | | |
| Units Of Measure | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg | mg/kg |
| **Semi-Volatile Organic Compounds** | | | | | | | |
| 2-Chlorophenol | 280 | 5200 | 10 | 0.023 U | 0.12 U | 0.025 U | 0.023 U |
| 4-Chloro-3-methyl phenol | 10000 | 10000 | 100 | 0.053 U | 0.26 U | 0.052 U | 0.049 U |
| 2,4-Dichlorophenol | 170 | 3100 | 10 | 0.040 U | 0.20 U | 0.040 U | 0.037 U |
| 2,4-Dimethylphenol | 1100 | 10000 | 10 | 0.047 U | 0.23 U | 0.047 U | 0.044 U |
| 2,4-Dinitrophenol | 110 | 2100 | 10 | 0.043 U | 0.21 U | 0.042 U | 0.040 U |
| 4,6-Dinitro-o-cresol | NS | 4 | NS | 0.071 U | 0.34 U | 0.071 U | 0.066 U |
| 2-Nitrophenol | NS | NS | NS | 0.045 U | 0.22 U | 0.045 U | 0.042 U |
| 4-Nitrophenol | NS | NS | NS | 0.068 U | 0.33 U | 0.068 U | 0.063 U |
| Pentachlorophenol | 6 | 24 | 100 | 0.041 U | 0.20 U | 0.040 U | 0.038 U |
| Phenol | 10000 | 10000 | 50 | 0.036 U | 0.18 U | 0.036 U | 0.034 U |
| 2,4,6-Trichlorophenol | 62 | 270 | 10 | 0.078 U | 0.38 U | 0.078 U | 0.073 U |
| Acenaphthene | 3400 | 10000 | 100 | 0.0131 J | 1.00 | 0.121 | 0.011 U |
| Acenaphthylene | NS | NS | NS | 0.105 | 0.735 | 0.0817 | 0.0220 J |
| Anthracene | 10000 | 10000 | 100 | 0.144 | 2.43 | 0.0762 J | 0.053 U |
| Benzidine | NS | NS | NS | 0.0061 U | 0.030 U | 0.0061 U | 0.0057 U |
| Benzo(a)anthracene | 0.9 | 4 | 500 | 0.357 | 3.72 | 0.188 | 0.116 |
| Benzo(a)pyrene | 0.66 | 0.66 | 100 | 0.426 | 2.48 | 0.147 | 0.121 |
| Benzo(b)fluoranthene | 0.9 | 4 | 50 | 0.378 | 2.41 | 0.177 | 0.116 |
| Benzo(g,h,i)perylene | NS | NS | NS | 0.333 | 2.39 | 0.130 | 0.0800 |
| Benzo(k)fluoranthene | 0.9 | 4 | 500 | 0.353 | 2.16 | 0.140 | 0.0833 |
| 4-Bromophenyl phenyl ether | NS | NS | NS | 0.017 U | 0.082 U | 0.017 U | 0.016 U |
| Butyl benzyl phthalate | 1100 | 10000 | 100 | 0.014 U | 0.068 U | 0.014 U | 0.013 U |
| 2-Chloronaphthalene | NS | NS | NS | 0.012 U | 0.057 U | 0.012 U | 0.011 U |
| 4-Chloroaniline | 230 | 4200 | 100 | 0.014 U | 0.068 U | 0.014 U | 0.013 U |
| Chrysene | 9 | 40 | 500 | 0.447 | 5.90 | 0.193 | 0.134 |
| bis(2-Chloroethoxy)methane | NS | NS | NS | 0.015 U | 0.073 U | 0.015 U | 0.014 U |
| bis(2-Chloroethyl)ether | 0.66 | 3 | 10 | 0.018 U | 0.086 U | 0.018 U | 0.016 U |
| bis(2-Chloroisopropyl)ether | 2300 | 10000 | 10 | 0.023 U | 0.11 U | 0.023 U | 0.011 U |
| 4-Chlorophenyl phenyl ether | NS | NS | NS | 0.011 U | 0.054 U | 0.011 U | 0.010 U |
| 1,2-Dichlorobenzene | 5100 | 10000 | 50 | 0.013 U | 0.064 U | 0.013 U | 0.012 U |
| 1,2-Diphenylhydrazine | NS | NS | NS | 0.013 U | 0.061 U | 0.013 U | 0.012 U |
| 1,3-Dichlorobenzene | 3100 | 10000 | 100 | 0.012 U | 0.057 U | 0.012 U | 0.011 U |
| 1,4-Dichlorobenzene | 570 | NS | 100 | 0.010 U | 0.050 U | 0.010 U | 0.0096 U |
| 2,4-Dinitrotoluene | NS | NS | NS | 0.013 U | 0.061 U | 0.012 U | 0.012 U |
| 2,6-Dinitrotoluene | NS | NS | NS | 0.015 U | 0.075 U | 0.015 U | 0.014 U |
| 3,3'-Dichlorobenzidine | 2 | 6 | 100 | 0.028 U | 0.14 U | 0.028 U | 0.026 U |
| Dibenzo(a,h)anthracene | 0.66 | 0.66 | 100 | 0.0977 | 0.691 | 0.0336 J | 0.0234 J |
| Dibenzofuran | 5700 | 10000 | 100 | 0.011 U | 0.052 U | 0.011 U | 0.010 U |
| Di-n-butyl phthalate | 1100 | 10000 | 100 | 0.016 U | 0.077 U | 0.016 U | 0.015 U |
| Di-n-octyl phthalate | 10000 | 10000 | 50 | 0.014 U | 0.066 U | 0.013 U | 0.013 U |
| Diethyl phthalate | 10000 | 10000 | 50 | 0.010 U | 0.051 U | 0.010 U | 0.0097 U |
| Dimethyl phthalate | 10000 | 10000 | 50 | 0.025 U | 0.11 U | 0.025 U | 0.022 U |
| bis(2-Ethylhexyl)phthalate | 49 | 210 | 100 | 0.776 | 10.2 | 0.407 | 0.251 |
| Fluoranthene | 2300 | 10000 | 100 | 0.0212 J | 1.62 | 0.228 | 0.0073 U |
| Fluorene | 2300 | 10000 | 100 | 0.019 U | 0.091 U | 0.019 U | 0.017 U |
| Hexachlorobenzene | 0.66 | 2 | 100 | 0.019 U | 0.091 U | 0.019 U | 0.017 U |
| Hexachlorobutadiene | 1 | 21 | 100 | 0.018 U | 0.087 U | 0.018 U | 0.017 U |
| Hexachlorocyclopentadiene | 490 | 7200 | 100 | 0.018 U | 0.087 U | 0.018 U | 0.015 U |
| Hexachloroethane | 6 | 100 | 500 | 0.016 U | 0.073 U | 0.016 U | 0.0720 U |
| Indeno(1,2,3-cd)pyrene | 0.9 | 4 | 500 | 0.292 | 2.11 | 0.115 | 0.0720 |
| Isophorone | 1100 | 10000 | 50 | 0.012 U | 0.061 U | 0.012 U | 0.012 U |
| Naphthalene | 230 | 4200 | 100 | 0.0304 J | 1.25 | 0.878 | 0.0061 U |
| Nitrobenzene | 22 | 520 | 10 | 0.013 U | 0.082 U | 0.013 U | 0.012 U |
| N-Nitrosodimethylamine | NS | NS | NS | 0.017 U | 0.082 U | 0.017 U | 0.016 U |
| N-Nitroso-di-n-propylamine | 0.66 | 0.66 | 10 | 0.013 U | 0.064 U | 0.013 U | 0.012 U |
| N-Nitrosodiphenylamine | 140 | 600 | 100 | 0.0085 U | 0.041 U | 0.0085 U | 0.0079 U |
| Phenanthrene | NS | NS | NS | 0.352 | 11.7 | 0.438 | 0.342 |
| Pyrene | 1700 | 10000 | 100 | 0.747 | 8.45 | 0.338 | 0.242 |
| 1,2,4-Trichlorobenzene | 62 | 1260 | 100 | 0.012 U | 0.059 U | 0.012 U | 0.011 J |
| Total TIC, Semi-Volatile | NS | NS | NS | 6.16 | 18.1 | 18.61 | 6.16 |
| | | | | | | | |
| **PCB's** | | | | | | | |
| Aroclor 1016 | NS | NS | NS | 0.0074 U | 0.0071 U | 0.0073 U | 0.0068 U |
| Aroclor 1221 | NS | NS | NS | 0.023 U | 0.022 U | 0.023 U | 0.022 U |
| Aroclor 1232 | NS | NS | NS | 0.021 U | 0.020 U | 0.021 U | 0.020 U |
| Aroclor 1242 | NS | NS | NS | 0.012 U | 0.012 U | 0.012 U | 0.011 U |
| Aroclor 1248 | NS | NS | NS | 0.013 U | 0.013 U | 0.013 U | 0.012 U |
| Aroclor 1254 | NS | NS | NS | 0.018 U | 0.018 U | 0.018 U | 0.017 U |
| Aroclor 1260 | NS | NS | NS | 0.0078 U | 0.0075 U | 0.0077 U | 0.0073 U |
| Total PCBs | 0.49 | 2 | 50 | 0.023 U | 0.022 U | 0.023 U | 0.022 U |
| | | | | | | | |
| **General Chemistry** | | | | | | | |
| pH | NS | NS | NS | 7.75 | 7.67 | 8.25 | 7.85 |
| Redox Potential Vs H2 (mv) | NS | NS | NS | 392 | 379 | 382 | 370 |
| Chromium, Hexavalent (mg/kg) | 240 | 6100 | NS | 1.2 | 1.1 | 1.2 U | 1.1 U |
| Cyanide (mg/kg) | 1100 | 21000 | NS | 0.26 U | 0.26 | 0.27 U | 0.23 U |
| Phenols (mg/kg) | NS | NS | NS | 2.7 | 2.3 | 2.7 | 2.1 |
| Solids, Percent (%) | NS | NS | NS | 86.2 | 88.1 | 85.9 | 91.6 |

000139

Notes:
U = Not detected above indicated level
J = Estimated Concentration
NS = No Standard
ND = Not Detected
NT = Not Tested

M000217

Table 2

**Table 2**
**Summary of Groundwater Laboratory Analytical Results**
**Mian**
**Somerville, NJ**

| Sample ID | NJDEP | TB-14-GW | |
|---|---|---|---|
| Laboratory ID | Class IIA | J88612-5 | |
| Sample Media | Ground Water | Ground Water | |
| Sample Date | Quality Criteria | 4/16/2008 | |
| Units Of Measure | ug/l | ug/l | |
| | | | |
| **Volatile Organic Compounds** | | | |
| Acrolein | 5 | 4.3 | U |
| Acrylonitrile | 2 | 1.3 | U |
| Benzene | 1 | 0.26 | U |
| Bromodichloromethane | 1 | 0.14 | U |
| Bromoform | 4 | 0.18 | U |
| Bromomethane | 100 | 0.32 | U |
| Carbon tetrachloride | 1 | 0.18 | U |
| Chlorobenzene | 50 | 0.14 | U |
| Chloroethane | 100 | 0.22 | U |
| 2-Chloroethyl vinyl ether | 100 | 1.0 | U |
| Chloroform | 70 | 0.16 | U |
| Chloromethane | 100 | 0.39 | U |
| Dibromochloromethane | 1 | 0.12 | U |
| 1,2-Dichlorobenzene | 600 | 0.18 | U |
| 1,3-Dichlorobenzene | 600 | 0.26 | U |
| 1,4-Dichlorobenzene | 75 | 0.22 | U |
| Dichlorodifluoromethane | 1000 | 0.88 | U |
| 1,1-Dichloroethane | 50 | 0.16 | U |
| 1,2-Dichloroethane | 2 | 0.35 | U |
| 1,1-Dichloroethene | 1 | 0.29 | U |
| cis-1,2-Dichloroethene | 70 | 0.19 | U |
| trans-1,2-Dichloroethene | 100 | 0.16 | U |
| 1,2-Dichloropropane | 1 | 0.18 | U |
| cis-1,3-Dichloropropene | 1 | 0.15 | U |
| trans-1,3-Dichloropropene | 1 | 0.11 | U |
| Ethylbenzene | 700 | 0.27 | U |
| Methylene chloride | 3 | 0.16 | U |
| 1,1,2,2-Tetrachloroethane | 1 | 0.13 | U |
| Tetrachloroethene | 1 | 0.29 | U |
| Toluene | 600 | 0.15 | U |
| 1,1,1-Trichloroethane | 30 | 0.24 | U |
| 1,1,2-Trichloroethane | 3 | 0.17 | U |
| Trichloroethene | 1 | 0.18 | U |
| Trichlorofluoromethane | 2000 | 0.25 | U |
| Vinyl chloride | 1 | 0.21 | U |
| Xylene (total) | 1000 | 0.39 | U |
| Total TIC, Volatile | 100 each/500 total | 0 | |
| | | | |
| **Pesticides** | | | |
| Aldrin | 0.04 | 0.0019 | U |
| alpha-BHC | 0.02 | 0.0011 | U |
| beta-BHC | 0.04 | 0.0039 | U |
| delta-BHC | 100 | 0.0038 | U |
| gamma-BHC (Lindane) | 0.03 | 0.0012 | U |
| Chlordane | 0.5 | 0.0087 | U |
| Dieldrin | 0.03 | 0.0015 | U |
| 4,4'-DDD | 0.1 | 0.0051 | U |
| 4,4'-DDE | 0.1 | 0.0014 | U |
| 4,4'-DDT | 0.1 | 0.0038 | U |
| Endrin | 2 | 0.0034 | U |
| Endosulfan sulfate | 40 | 0.0029 | U |
| Endrin aldehyde | NS | 0.0041 | U |
| Endosulfan-I | 40 | 0.0019 | U |
| Endosulfan-II | 40 | 0.0038 | U |
| Heptachlor | 0.05 | 0.0022 | U |
| Heptachlor epoxide | 0.2 | 0.0017 | U |
| Methoxychlor | 40 | 0.0074 | U |
| Toxaphene | 2 | 0.23 | U |
| | | | |
| **Metals** | | | |
| Antimony | 6 | 25.3 | |
| Arsenic | 3 | 69.3 | |
| Beryllium | 1 | 4.3 | |
| Cadmium | 4 | 6.0 | J |
| Chromium | 70 | 175 | |
| Copper | 1300 | 612 | |
| Lead | 5 | 1640 | |
| Mercury | 2 | 0.61 | J |
| Nickel | 100 | 168 | |
| Selenium | 40 | 6.7 | J |
| Silver | 40 | 3.3 | U |
| Thallium | 2 | 4.3 | U |
| Zinc | 2000 | 2350 | |

**000140**

Notes:
U = Not detected above indicated level
J = Estimated Concentration
NS = No Standard
ND = Not Detected
NT = Not Tested

5/29/2008
1 of 2
G:\20803 I\Excel\Analytical_Summary_Results_052108

M000218

Table 2

Table 2

**Summary of Groundwater Laboratory Analytical Results**
**Mian**
**Somerville, NJ**

| Sample ID | NJDEP | TB-14-GW | |
|---|---|---|---|
| Laboratory ID | Class IIA | J88613-5 | |
| Sample Media | Ground Water | Ground Water | |
| Sample Date | Quality Criteria | 4/16/2008 | |
| Units Of Measure | ug/l | ug/l | |
| | | | |
| Semi-Volatile Organic Compounds | | | |
| 2-Chlorophenol | 40 | 0.91 | U |
| 4-Chloro-3-methyl phenol | 100 | 1.3 | U |
| 2,4-Dichlorophenol | 20 | 1.5 | U |
| 2,4-Dimethylphenol | 100 | 1.7 | U |
| 2,4-Dinitrophenol | 40 | 1.1 | U |
| 4,6-Dinitro-o-cresol | 100 | 2.3 | U |
| 2-Nitrophenol | 100 | 1.6 | U |
| 4-Nitrophenol | 100 | 1.6 | U |
| Pentachlorophenol | 0.3 | 0.23 | U |
| Phenol | 2000 | 0.71 | U |
| 2,4,6-Trichlorophenol | 20 | 1.1 | U |
| Acenaphthene | 400 | 0.017 | U |
| Acenaphthylene | 100 | 0.0073 | U |
| Anthracene | 2000 | 0.022 | U |
| Benzidine | 20 | 0.45 | U |
| Benzo(a)anthracene | 0.1 | 0.035 | U |
| Benzo(a)pyrene | 0.1 | 0.037 | U |
| Benzo(b)fluoranthene | 0.2 | 0.018 | U |
| Benzo(g,h,i)perylene | 100 | 0.012 | U |
| Benzo(k)fluoranthene | 0.5 | 0.020 | U |
| 4-Bromophenyl phenyl ether | NS | 0.39 | U |
| Butyl benzyl phthalate | 100 | 0.66 | U |
| 2-Chloronaphthalene | 600 | 0.21 | U |
| 4-Chloroaniline | 30 | 0.36 | U |
| Chrysene | 5 | 0.018 | U |
| bis(2-Chloroethoxy)methane | 100 | 0.33 | U |
| bis(2-Chloroethyl)ether | 7 | 0.70 | U |
| bis(2-Chloroisopropyl)ether | 300 | 0.60 | U |
| 4-Chlorophenyl phenyl ether | 100 | 0.30 | U |
| 1,2-Dichlorobenzene | 600 | 0.18 | U |
| 1,2-Diphenylhydrazine | 20 | 0.39 | U |
| 1,3-Dichlorobenzene | 600 | 0.15 | U |
| 1,4-Dichlorobenzene | 75 | 0.15 | U |
| 2,4-Dinitrotoluene | 10 | 0.57 | U |
| 2,6-Dinitrotoluene | 10 | 0.32 | U |
| 3,3'-Dichlorobenzidine | 30 | 1.0 | U |
| Dibenzo(a,h)anthracene | 0.3 | 0.021 | U |
| Di-n-butyl phthalate | 700 | 0.42 | U |
| Di-n-octyl phthalate | 100 | 0.50 | U |
| Diethyl phthalate | 6000 | 0.36 | U |
| Dimethyl phthalate | 100 | 0.35 | U |
| bis(2-Ethylhexyl)phthalate | 3 | 0.91 | U |
| Fluoranthene | 300 | 0.010 | U |
| Fluorene | 300 | 0.020 | U |
| Hexachlorobenzene | 0.02 | 0.010 | U |
| Hexachlorobutadiene | 1 | 0.13 | U |
| Hexachlorocyclopentadiene | 40 | 0.11 | U |
| Hexachloroethane | 7 | 0.17 | U |
| Indeno(1,2,3-cd)pyrene | 0.2 | 0.015 | U |
| Isophorone | 40 | 0.51 | U |
| Naphthalene | 300 | 0.014 | U |
| Nitrobenzene | 6 | 0.73 | U |
| n-Nitrosodimethylamine | 0.8 | 0.76 | U |
| N-Nitroso-di-n-propylamine | 10 | 0.40 | U |
| N-Nitrosodiphenylamine | 10 | 0.43 | U |
| Phenanthrene | 100 | 0.018 | U |
| Pyrene | 200 | 0.013 | U |
| 1,2,4-Trichlorobenzene | 9 | 0.13 | U |
| Total TIC, Semi-Volatile | 100 each/500 total | 0 | |
| | | | |
| PCB's | | | |
| Aroclor 1016 | NS | 0.10 | U |
| Aroclor 1221 | NS | 0.52 | U |
| Aroclor 1232 | NS | 0.45 | U |
| Aroclor 1242 | NS | 0.18 | U |
| Aroclor 1248 | NS | 0.17 | U |
| Aroclor 1254 | NS | 0.12 | U |
| Aroclor 1260 | NS | 0.13 | U |
| Total PCB's | 0.5 | 0.52 | U |
| | | | |
| General Chemistry | | | |
| Cyanide | 100 | 0.010 | U |
| Phenols | NS | 0.20 | U |

**000141**

Notes:
U = Not detected above indicated level
J = Estimated Concentration
NS = No Standard
ND = Not Detected
NT = Not Tested

5/29/2008
2 of 2
G:\2080311\Excel\Analytical_Summary_Results_052108

M000219

## SOIL BORING LOG



| | | |
|---|---|---|
| Boring No.: | **SB-1** | |
| Project Name: | MIAN | |
| Project Location: | Somerville, New Jersey | |
| Project No.: | 208031 | |

| | | | |
|---|---|---|---|
| Date: | 04/10/08 | | |
| ELM Inspector: | M. Morolla | Boring Method: | Geoprobe |
| Total Boring Depth (ft): | 6.5 | Sampler Type: | 4' Macrocore |
| Depth to Groundwater (ft): | — | Drilling Contractor: | Hamer Paul & Shane |

| Blow Counts or Rate | % Recovery | Soil Description/Observations/Samples | Depth (feet) | Sample | PID (ppm) |
|---|---|---|---|---|---|
| | | 0-8" Dk c SAND and GRAVEL. | | | 0 |
| | | 8-12" Rd-Br SILT. | | | |
| | | 12-36" CINDERS and BRICK, some Br Silt, some f Sand; fill material. | | | 0 |
| | 36" | 36-48" Br SILT and f SAND. | 2 | | 0 |
| | | | | | 0 |
| | | | 4 | | |
| | | 0-6" Br SILT and f SAND. | | | 0 |
| | | 6-36" Rd clayey SILT; moist. | | | |
| | 36" | 36-48" Rd SILT. | 6 | | 0 |
| | | | 8 | | |

**Notes:**
EOB and Bedrock at 6.5'.  Sample SB-1 collected at 0850 from 1.0-1.5'.

**Abbreviation Legend:**

| | |
|---|---|
| f - fine | Or - Orange |
| m - medium | Gy - Gray |
| c - coarse | Gr - Green |
| Bl - Black | Lt - Light |
| Br - Brown | Dk - Dark |



## SOIL BORING LOG

| | |
|---|---|
| Boring No.: **SB-2** | Date: 04/10/08 |
| Project Name: MIAN | ELM Inspector: M. Morolla |
| Project Location: Somerville, New Jersey | Total Boring Depth (ft): 7.0 |
| Project No.: 208031 | Depth to Groundwater (ft): — |

Boring Method: Geoprobe
Sampler Type: 4' Macrocore
Drilling Contractor: Hamer Paul & Shane

| Blow Counts or Rate | % Recovery | Soil Description/Observations/Samples | Depth (feet) | Sample | PID (ppm) |
|---|---|---|---|---|---|
| | | 0-18" Br SILT. | | | 0 |
| | | 18-36" Dk Br SILT and f SAND; fill material noted at this interval (cinders, glass, coaltar, slag). | | | |
| | | 36-48" Br SILT and f SAND. | | | 0 |
| | 24" | | 2 | | 0 |
| | | | | | 0 |
| | | 48-56" Dk Br SILT; fill material present but less pronounced then above. | 4 | | 0 |
| | | 55-66" Br f SAND, some Gravel; moist. | | | 0 |
| | | 66-70" Tn m SAND. | | | 0 |
| | 36" | 70-82" Dk Br, Rd SILT, little Cinders. | 6 | | |
| | | | | | 0 |
| | | | 8 | | |

**Notes:**
EOB and Bedrock at 7.0'. Sample SB-2 collected at 0925 from 1.5-2.0'.

**Abbreviation Legend:**

| | |
|---|---|
| f – fine | Or – Orange |
| m – medium | Gy – Gray |
| c – coarse | Gr – Green |
| Bl – Black | Lt – Light |
| Br – Brown | Dk – Dark |

000143

M000221

## SOIL BORING LOG



**Boring No.:** SB-3
**Project Name:** MIAN
**Project Location:** Somerville, New Jersey
**Project No.:** 208031

**Date:** 04/10/08
**ELM Inspector:** M. Morolla
**Total Boring Depth (ft):** 4.0
**Depth to Groundwater (ft):** ---

**Boring Method:** Geoprobe
**Sampler Type:** 4' Macrocore
**Drilling Contractor:** Hamer
Paul & Shane

| Blow Counts or Rate | % Recovery | Soil Description/Observations/Samples | Depth (feet) | Sample | PID (ppm) |
|---|---|---|---|---|---|
| | | 0-6" ASPHALT and GRAVEL. | | | 0 |
| | | 6-36" Br SILT and f SAND, some Cinders, some Brick; fill material noted at approximatley 1.5'. | | | |
| | | 36-48" Rd SILT and weathered SHALE, some Concrete at 36" | | | 0 |
| | 48" | | 2 | | 0 |
| | | | | | 0 |
| | | | 4 | | |
| | | | 6 | | |
| | | | 8 | | |

**Notes:**
EOB and Bedrock at 4.0'. Sample SB-3 collected at 1055 from 1.5-2.0'.

**Abbreviation Legend:**

| | |
|---|---|
| f - fine | Or - Orange |
| m - medium | Gy - Gray |
| c - coarse | Gr - Green |
| Bl - Black | Lt - Light |
| Br - Brown | Dk - Dark |

# SOIL BORING LOG



| | |
|---|---|
| Boring No.: **SB-4** | |
| Project Name: MIAN | |
| Project Location: Somerville, New Jersey | |
| Project No.: 208031 | |

| | |
|---|---|
| Date: | 04/10/08 |
| ELM Inspector: | M. Morolla |
| Total Boring Depth (ft): | 3.0 |
| Depth to Groundwater (ft): | — |

| | |
|---|---|
| Boring Method: | Geoprobe |
| Sampler Type: | 4' Macrocore |
| Drilling Contractor: | Hamer Paul & Shane |

| Blow Counts or Rate | % Recovery | Soil Description/Observations/Samples | Depth (feet) | Sample | PID (ppm) |
|---|---|---|---|---|---|
| | 36" | 0-12" Br f SAND and SILT.<br><br>12-30" SILT and weathered SHALE. | 2<br><br>4<br><br>6<br><br>8 | | 0<br><br>0<br><br>0 |

**Notes:**
EOB and Bedrock at 3.0'. Sample SB-4 collected at 1400 from 2.5-3.0'.

**Abbreviation Legend:**

| | |
|---|---|
| f – fine | Or – Orange |
| m – medium | Gy – Gray |
| c – coarse | Gr – Green |
| Bl – Black | Lt – Light |
| Br – Brown | Dk – Dark |

Environmental Liability Management, Inc.

218 Wall Street, Research Park, Princeton, NJ 08540

00M1A5

M000223



## SOIL BORING LOG

| | | |
|---|---|---|
| Boring No.: **TB1** | Date: 04/10/08 | |
| Project Name: MIAN | ELM Inspector: M. Morolla | Boring Method: Geoprobe |
| Project Location: Somerville, New Jersey | Total Boring Depth (ft): 4.0 | Sampler Type: 4' Macrocore |
| Project No.: 208031 | Depth to Groundwater (ft): — | Drilling Contractor: Hamer Paul & Shane |

| Blow Counts or Rate | % Recovery | Soil Description/Observations/Samples | Depth (feet) | Sample | PID (ppm) |
|---|---|---|---|---|---|
| | | 0-12" Gy c SAND. | | | 0 |
| | | 12-48" Rd SILT; no fill noted, off set to the south. | | | |
| | | | | | 0 |
| | 48" | | — 2 | | 0 |
| | | | | | 0 |
| | | | — 4 | | 0 |
| | | | | | |
| | | | — 6 | | |
| | | | | | |
| | | | — 8 | | |

| Notes: | Abbreviation Legend: | |
|---|---|---|
| EOB and Bedrock at 4.0'. | f - fine | Or - Orange |
| | m - medium | Gy - Gray |
| | c - coarse | Gr - Green |
| | Bl - Black | Lt - Light |
| | Br - Brown | Dk - Dark |

Environmental Liability Management, Inc.          218 Wall Street, Research Park, Princeton, NJ 08540

**000148**

M000224



# SOIL BORING LOG

| | | |
|---|---|---|
| Boring No.: **TB2** | Date: 04/10/08 | |
| Project Name: MIAN | ELM Inspector: M. Morolla | Boring Method: Geoprobe |
| Project Location: Somerville, New Jersey | Total Boring Depth (ft): 5.0 | Sampler Type: 4' Macrocore |
| Project No.: 208031 | Depth to Groundwater (ft): ---- | Drilling Contractor: Hamer Paul & Shane |

| Blow Counts or Rate | % Recovery | Soil Description/Observations/Samples | Depth (feet) | Sample | PID (ppm) |
|---|---|---|---|---|---|
| | | 0-12" Rd-Br SILT. | | | 0 |
| | | 12-18" Rd SILT, some Shale fragments. | | | |
| | | 18-24" Br f SAND; small amount of Cinders. | | | |
| | | 24-48" Rd SILT and weathered SHALE. | | | 0 |
| | 48" | | 2 | | 0 |
| | | | | | 0 |
| | | 48-60 Rd SILT and heavily weathered SHALE. | 4 | | 0 |
| | 12" | | 6 | | |
| | | | 8 | | |

**Notes:**
EOB and Bedrock at 5.0'

**Abbreviation Legend:**

| | |
|---|---|
| f - fine | Or - Orange |
| m - medium | Gy - Gray |
| c - coarse | Gr - Green |
| Bl - Black | Lt - Light |
| Br - Brown | Dk - Dark |

000147

M000225

# SOIL BORING LOG



| Boring No.: | **TB3** | Date: | 04/10/08 | |
|---|---|---|---|---|
| Project Name: | MIAN | ELM Inspector: | M. Morolla | Boring Method: Geoprobe |
| Project Location: | Somerville, New Jersey | Total Boring Depth (ft): | 4.0 | Sampler Type: 4' Macrocore |
| Project No.: | 208031 | Depth to Groundwater (ft): | --- | Drilling Contractor: Hamer / Paul & Shane |

| Blow Counts or Rate | % Recovery | Soil Description/Observations/Samples | Depth (feet) | Sample | PID (ppm) |
|---|---|---|---|---|---|
| | | 0-6" Gy c SAND. | | | 0 |
| | | 6-48" Rd SILT and weathered SHALE. | | | 0 |
| | 48" | | — 2 — | | 0 |
| | | | | | 0 |
| | | | — 4 — | | |
| | | | — 6 — | | |
| | | | — 8 — | | |

**Notes:**
EOB and Bedrock at 4.0'.

**Abbreviation Legend:**
| | |
|---|---|
| f - fine | Or - Orange |
| m - medium | Gy - Gray |
| c - coarse | Gr - Green |
| Bl - Black | Lt - Light |
| Br - Brown | Dk - Dark |

Environmental Liability Management, Inc.    218 Wall Street, Research Park, Princeton, NJ 08540

000148

M000226

# SOIL BORING LOG



| Boring No.: | **TB4** | Date: | 04/10/08 | |
|---|---|---|---|---|
| Project Name: | MIAN | ELM Inspector: | M. Morolla | Boring Method: Geoprobe |
| Project Location: | Somerville, New Jersey | Total Boring Depth (ft): | 4.0 | Sampler Type: 4' Macrocore |
| Project No.: | 208031 | Depth to Groundwater (ft): | --- | Drilling Contractor: Hamer |
| | | | | Paul & Shane |

| Blow Counts or Rate | % Recovery | Soil Description/Observations/Samples | Depth (feet) | Sample | PID (ppm) |
|---|---|---|---|---|---|
| | | 0-6" ASPHALT and GRAVEL | | | 0 |
| | | 6-48" SILT and weathered SHALE. | | | |
| | | | | | 0 |
| | 12" | | — 2 | | |
| | | | | | 0 |
| | | | | | 0 |
| | | | — 4 | | |
| | | | — 6 | | |
| | | | — 8 | | |

**Notes:**
EOB and Bedrock at 4.0'.

**Abbreviation Legend:**

| | |
|---|---|
| f - fine | Or - Orange |
| m – medium | Gy - Gray |
| c – coarse | Gr - Green |
| Bl - Black | Lt - Light |
| Br - Brown | Dk - Dark |

Environmental Liability Management, Inc.          218 Wall Street, Research Park, Princeton, NJ 08540

00014 9

M000227

# SOIL BORING LOG

| | |
|---|---|
| **Boring No.:** **TB5** | |
| **Project Name:** MIAN | |
| **Project Location:** Somerville, New Jersey | |
| **Project No.:** 208031 | |

| | |
|---|---|
| **Date:** | |
| **ELM Inspector:** M. Morolla | **Boring Method:** Geoprobe |
| **Total Boring Depth (ft):** 3.0 | **Sampler Type:** 4' Macrocore |
| **Depth to Groundwater (ft):** --- | **Drilling Contractor:** Hamer Paul & Shane |

| Blow Counts or Rate | % Recovery | Soil Description/Observations/Samples | Depth (feet) | Sample | PID (ppm) |
|---|---|---|---|---|---|
| | | No Recovery | | | |
| | 0 | | — 2 | | |
| | | | — 4 | | |
| | | | — 6 | | |
| | | | — 8 | | |

**Notes:**
EOB at 3.0'.

**Abbreviation Legend:**

| | |
|---|---|
| f - fine | Or - Orange |
| m - medium | Gy - Gray |
| c - coarse | Gr - Green |
| Bl - Black | Lt - Light |
| Br - Brown | Dk - Dark |

Environmental Liability Management, Inc.                218 Wall Street, Research Park, Princeton, NJ 08540

00015A

M000228

# SOIL BORING LOG



| | | |
|---|---|---|
| Boring No.: | **TB6** | |
| Project Name: | MIAN | |
| Project Location: | Somerville, New Jersey | |
| Project No.: | 208031 | |

| | | |
|---|---|---|
| Date: | 04/10/08 | |
| ELM Inspector: | M. Morolla | |
| Total Boring Depth (ft): | 6.0 | |
| Depth to Groundwater (ft): | --- | |

| | |
|---|---|
| Boring Method: | Geoprobe |
| Sampler Type: | 4' Macrocore |
| Drilling Contractor: | Hamer |
| | Paul & Shane |

| Blow Counts or Rate | % Recovery | Soil Description/Observations/Samples | Depth (feet) | Sample | PID (ppm) |
|---|---|---|---|---|---|
| | | 0-6" ASPHALT and GRAVEL. | | | 0 |
| | | 6-24" Br SILT and f SAND, some Cinders; fill material. | | | |
| | | 24-48" Rd clayey SILT; moist. | | | 0 |
| | 36" | | 2 | | 0 |
| | | | | | 0 |
| | | 48-54" Rd clayey SILT; moist. | 4 | | 0 |
| | | 54-60" Rd SILT, some Dk f Sand. | | | |
| | | 60-72" Rd SILT and weathered SHALE. | | | 0 |
| | 24" | | 6 | | |
| | | | 8 | | |

**Notes:**
EOB and Bedrock at 6.0'.

**Abbreviation Legend:**

| | |
|---|---|
| f - fine | Or - Orange |
| m - medium | Gy - Gray |
| c - coarse | Gr - Green |
| Bl - Black | Lt - Light |
| Br - Brown | Dk - Dark |

# SOIL BORING LOG



ELM

| | |
|---|---|
| Boring No.: | **TB7** |
| Project Name: | MIAN |
| Project Location: | Somerville, New Jersey |
| Project No.: | 208031 |

| | |
|---|---|
| Date: | 04/10/08 |
| ELM Inspector: | M. Morolla |
| Total Boring Depth (ft): | 4.0' |
| Depth to Groundwater (ft): | — |

| | |
|---|---|
| Boring Method: | Geoprobe |
| Sampler Type: | 4' Macrocore |
| Drilling Contractor: | Hamer Paul & Shane |

| Blow Counts or Rate | % Recovery | Soil Description/Observations/Samples | Depth (feet) | Sample | PID (ppm) |
|---|---|---|---|---|---|
| | | 0-6" ASPHALT and GRAVEL. | | | 0 |
| | | 6-12" Rd SILT. | | | |
| | | 12-18" Br f SAND, some Cinders; fill material. | | | |
| | | 18-30" Rd SILT, some Cinders; fill material. | | | 0 |
| | 36" | 30-42" Br-Dk Br f SAND; moist. | 2 | | |
| | | 42-48" Rd SILT and weathered SHALE. | | | 0 |
| | | | | | 0 |
| | | | 4 | | |
| | | | 6 | | |
| | | | 8 | | |

**Notes:**
EOB and Bedrock at 4.0'.

**Abbreviation Legend:**

| | |
|---|---|
| f - fine | Or - Orange |
| m - medium | Gy - Gray |
| c - coarse | Gr - Green |
| Bl - Black | Lt - Light |
| Br - Brown | Dk - Dark |

000152

M000230

# SOIL BORING LOG



| Boring No.: | **TB8** | Date: | 04/10/08 | |
|---|---|---|---|---|
| Project Name: | MIAN | ELM Inspector: | M. Morolla | Boring Method: Geoprobe |
| Project Location: | Somerville, New Jersey | Total Boring Depth (ft): | 5.0 | Sampler Type: 4' Macrocore |
| Project No.: | 208031 | Depth to Groundwater (ft): | — | Drilling Contractor: Hamer / Paul & Shane |

| Blow Counts or Rate | % Recovery | Soil Description/Observations/Samples | Depth (feet) | Sample | PID (ppm) |
|---|---|---|---|---|---|
| | | 0-6" ASPHALT. | | | 0 |
| | | 6-48" Br f SAND, some Rd Silt; fill noted throughout boring to 4'. | | | 0 |
| | 48" | | — 2 — | | 0 |
| | | | | | 0 |
| | | Rd SILT and weathered SHALE. | — 4 — | | 0 |
| | 12" | | — 6 — | | |
| | | | — 8 — | | |

**Notes:**
EOB and Bedrock at 5.0'.

**Abbreviation Legend:**

| | |
|---|---|
| f - fine | Or - Orange |
| m - medium | Gy - Gray |
| c - coarse | Gr - Green |
| Bl - Black | Lt - Light |
| Br - Brown | Dk - Dark |


ELM

# SOIL BORING LOG

| | |
|---|---|
| Boring No.: | **TB9** |
| Project Name: | MIAN |
| Project Location: | Somerville, New Jersey |
| Project No.: | 208031 |

| | |
|---|---|
| Date: | 04/10/08 |
| ELM Inspector: | M. Morolla |
| Total Boring Depth (ft): | 6.0 |
| Depth to Groundwater (ft): | --- |

| | |
|---|---|
| Boring Method: | Geoprobe |
| Sampler Type: | 4' Macrocore |
| Drilling Contractor: | Hamer Paul & Shane |

| Blow Counts or Rate | % Recovery | Soil Description/Observations/Samples | Depth (feet) | Sample | PID (ppm) |
|---|---|---|---|---|---|
| | | 0-6" ASPHALT and GRAVEL. | | | 0 |
| | | 6-36" Br f SAND, some Rd SILT; fill material. | | | |
| | | 36-48" Rd clayey SILT; moist. | | | 0 |
| | 48" | | 2 | | 0 |
| | | | | | 0 |
| | | 48-54" Rd clayey SILT; moist. | 4 | | 0 |
| | | 54-72" Rd SILT and weathered SHALE. | | | |
| | 24" | | 6 | | 0 |
| | | | 8 | | |

**Notes:**
EOB and Bedrock at 6.0'.

**Abbreviation Legend:**

| | |
|---|---|
| f - fine | Or - Orange |
| m - medium | Gy - Gray |
| c - coarse | Gr - Green |
| Bl - Black | Lt - Light |
| Br - Brown | Dk - Dark |



## SOIL BORING LOG

| | |
|---|---|
| Boring No.: | **TB10** |
| Project Name: | MIAN |
| Project Location: | Somerville, New Jersey |
| Project No.: | 208031 |

| | |
|---|---|
| Date: | |
| ELM Inspector: | M. Morolla |
| Total Boring Depth (ft): | 6.0 |
| Depth to Groundwater (ft): | --- |

| | |
|---|---|
| Boring Method: | Geoprobe |
| Sampler Type: | 4' Macrocore |
| Drilling Contractor: | Hamer Paul & Shane |

| Blow Counts or Rate | % Recovery | Soil Description/Observations/Samples | Depth (feet) | Sample | PID (ppm) |
|---|---|---|---|---|---|
| | | 0-6" ASPHALT and GRAVEL. | | | 0 |
| | | 6-48" Br f SAND, some Rd Silt, some Slag, some Brick, some Cinders; fill material. | | | 0 |
| | 36" | | 2 | | 0 |
| | | | | | 0 |
| | 24" | 48-72" Br f SAND; slag and cinders present at end of boring. | 4 | | 0 |
| | | | | | 0 |
| | | | 6 | | |
| | | | 8 | | |

**Notes:**
BOB and Bedrock at 6.0'.

**Abbreviation Legend:**
| | |
|---|---|
| f – fine | Or - Orange |
| m - medium | Gy - Gray |
| c - coarse | Gr - Green |
| Bl - Black | Lt - Light |
| Br - Brown | Dk - Dark |

Environmental Liability Management, Inc.                218 Wall Street, Research Park, Princeton, NJ 08540

000155

M000233



# SOIL BORING LOG

| | |
|---|---|
| Boring No.: **TB11** | Date: 04/10/08 |
| Project Name: MIAN | ELM Inspector: M. Morolla |
| Project Location: Somerville, New Jersey | Total Boring Depth (ft): 6.0 |
| Project No.: 208031 | Depth to Groundwater (ft): --- |

Boring Method: Geoprobe
Sampler Type: 4' Macrocore
Drilling Contractor: Hamer
Paul & Shane

| Blow Counts or Rate | % Recovery | Soil Description/Observations/Samples | Depth (feet) | Sample | PID (ppm) |
|---|---|---|---|---|---|
| | | 0-6" ASPHALT and GRAVEL. | | | 0 |
| | | 6-48" Br f SAND and SILT, some Brick, some Slag, some Cinders; heaviest at bottom. | | | |
| | 48" | | 2 | | 0 |
| | | | | | 0 |
| | | | | | 0 |
| | | 48-60" Br f SAND; evidence of Cinders and Fill. | 4 | | 0 |
| | | 60-72" Rd SILT and weathered SHALE. | | | |
| | 24" | | 6 | | 0 |
| | | | 8 | | |

**Notes:**
EOB and Bedrock at 6.0'.

**Abbreviation Legend:**

| | |
|---|---|
| f - fine | Or - Orange |
| m - medium | Gy - Gray |
| c - coarse | Gr - Green |
| Bl - Black | Lt - Light |
| Br - Brown | Dk - Dark |

# SOIL BORING LOG



| Boring No.: | **TB12** | Date: | 04/10/08 | | |
|---|---|---|---|---|---|
| Project Name: | MIAN | ELM Inspector: | M. Morolla | Boring Method: | Geoprobe |
| Project Location: | Somerville, New Jersey | Total Boring Depth (ft): | 3.5' | Sampler Type: | 4' Macrocore |
| Project No.: | 208031 | Depth to Groundwater (ft): | — | Drilling Contractor: | Hamer Paul & Shane |

| Blow Counts or Rate | % Recovery | Soil Description/Observations/Samples | Depth (feet) | Sample | PID (ppm) |
|---|---|---|---|---|---|
| | | 0-6" ASPHALT and GRAVEL. | | | 0 |
| | | 6-42" Rd SILT and weathered SHALE. | | | |
| | | | | | 0 |
| | 42" | | — 2 | | 0 |
| | | | | | 0 |
| | | | — 4 | | |
| | | | — 6 | | |
| | | | — 8 | | |

**Notes:**
BOB and Bedrock at 3.5'.

**Abbreviation Legend:**

| | |
|---|---|
| f – fine | Or – Orange |
| m – medium | Gy – Gray |
| c – coarse | Gr – Green |
| Bi – Black | Lt – Light |
| Br – Brown | Dk – Dark |

Environmental Liability Management, Inc.

218 Wall Street, Research Park, Princeton, NJ 08540

0001 57

M000235

# SOIL BORING LOG

| | | |
|---|---|---|
| Boring No.: **TB13** | Date: 04/10/08 | |
| Project Name: MIAN | ELM Inspector: M. Morolla | Boring Method: Geoprobe |
| Project Location: Somerville, New Jersey | Total Boring Depth (ft): 4.0 | Sampler Type: 4' Macrocore |
| Project No.: 208031 | Depth to Groundwater (ft): --- | Drilling Contractor: Harner Paul & Shane |

| Blow Counts or Rate | % Recovery | Soil Description/Observations/Samples | Depth (feet) | Sample | PID (ppm) |
|---|---|---|---|---|---|
| | | 0-12" Rd SILT. | | | 0 |
| | | 12-48" Br f SAND and SILT; fill (cinders and slag). | | | |
| | | | | | 0 |
| | 36" | | 2 | | 0 |
| | | | | | 0 |
| | | | 4 | | |
| | | | 6 | | |
| | | | 8 | | |

**Notes:**
EOB and Bedrock at 4.0'.

**Abbreviation Legend:**
| | |
|---|---|
| f - fine | Or – Orange |
| m - medium | Gy - Gray |
| c - coarse | Gr - Green |
| Bl - Black | Lt – Light |
| Br - Brown | Dk - Dark |

Environmental Liability Management, Inc.              218 Wall Street, Research Park, Princeton, NJ 08540

M000236

# SOIL BORING LOG

| | |
|---|---|
| Boring No.: | **TB14** |
| Project Name: | MIAN |
| Project Location: | Somerville, New Jersey |
| Project No.: | 208031 |

| | |
|---|---|
| Date: | 04/10/08 |
| ELM Inspector: | M. Morolla |
| Total Boring Depth (ft): | 7.0 |
| Depth to Groundwater (ft): | 6.05 |

| | |
|---|---|
| Boring Method: | Geoprobe |
| Sampler Type: | 4' Macrocore |
| Drilling Contractor: | Hamer Paul & Shane |

| Blow Counts or Rate | % Recovery | Soil Description/Observations/Samples | Depth (feet) | Sample | PID (ppm) |
|---|---|---|---|---|---|
| | | 0-12" Rd SILT. | | | 0 |
| | | 12-18" Bl f SAND; probable fill. | | | |
| | | 18-48" Br f SAND and SILT; no indications of cinders or slag. | | | 0 |
| | 36" | | 2 | | 0 |
| | | | | | 0 |
| | | 48-84" Br f SAND and SILT. | 4 | | 0 |
| | 36" | | 6 | | 0 |
| | | | | | 0 |
| | | | 8 | | |

**Notes:**

EOB and Bedrock at 7.0'. Groundwater reached at 66". Temporary well installed at this point. Groundwater sample collected at 1430.

**Abbreviation Legend:**

| | |
|---|---|
| f - fine | Or - Orange |
| m - medium | Gy - Gray |
| c - coarse | Gr - Green |
| Bl - Black | Lt - Light |
| Br - Brown | Dk - Dark |

Environmental Liability Management, Inc.

218 Wall Street, Research Park, Princeton, NJ 08540

000159

M000237

# SOIL BORING LOG



| | | |
|---|---|---|
| **Boring No.:** TB15 | **Date:** 04/10/08 | |
| **Project Name:** MIAN | **ELM Inspector:** M. Morolla | **Boring Method:** GeoProbe |
| **Project Location:** Somerville, New Jersey | **Total Boring Depth (ft):** 3.0 | **Sampler Type:** 4' Macrocore |
| **Project No.:** 208031 | **Depth to Groundwater (ft):** --- | **Drilling Contractor:** Hamer Paul & Shane |

| Blow Counts or Rate | % Recovery | Soil Description/Observations/Samples | Depth (feet) | Sample | PID (ppm) |
|---|---|---|---|---|---|
| | | 0-12" Rd SILT. | | | 0 |
| | | 12-36" Rd SILT and weathered SHALE. | | | 0 |
| | 36" | | — 2 | | 0 |
| | | | — 4 | | |
| | | | — 6 | | |
| | | | — 8 | | |

**Notes:**
EOB and Bedrock at 3.0'.

**Abbreviation Legend:**

| | |
|---|---|
| f - fine | Or - Orange |
| m - medium | Gy - Gray |
| c - coarse | Gr - Green |
| Bl - Black | Lt - Light |
| Br - Brown | Dk - Dark |

000160

M000238