# Exhibit E

# In re: W.R. GRACE & CO., et al
## OMNIBUS 25: EXHIBIT E - RECLASSIFY CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|
| 1 | NOVAK SITE RD/RA PRP GROUP<br>C/O RICHARD G PLACEY ESQ<br>MONTGOMERY MCCRACKEN WALKER & RHOADS LLP<br>300 DELAWARE AVE, SUITE 750<br>WILMINGTON, DE 19801 | 6054 | $121,810.29 (P) | | (P)<br>(U) | NO BASIS FOR PRIORITY CLAIM - SHOULD BE RECLASSIFIED AS UNSECURED. |
| 2 | ONE BEACON AMERICA INSURANCE COMPANY<br>DRINKER BIDDLE & REATH LLP<br>DAVID P PRIMACK<br>1100 N MARKET ST, STE 1000<br>WILMINGTON, DE 19801-1254 | 15593 | UNKNOWN (S)<br>UNKNOWN (U) | | (S)<br>(U) | NO BASIS FOR SECURED CLAIM - SHOULD BE RECLASSIFIED AS UNSECURED. |
| 3 | SEATON INSURANCE COMPANY<br>DRINKER BIDDLE & REATH LLP<br>DAVID P PRIMACK<br>1100 N MARKET ST, STE 1000<br>WILMINGTON, DE 19801-1254 | 15531 | UNKNOWN (S)<br>UNKNOWN (U) | | (S)<br>(U) | NO BASIS FOR SECURED CLAIM - SHOULD BE RECLASSIFIED AS UNSECURED. |
| | | **Totals:** | $121,810.29 (P)<br>(S)<br>(U) | | | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
  (P) - Priority            (U) - Unsecured

Page 1 of 1                                                          8/22/2008 11:54:19 AM