IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## ORDER GRANTING RELIEF SOUGHT IN DEBTORS' TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE AND NON-SUBSTANTIVE)

Upon the Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) (the "Twenty-Fifth Omnibus Objection") filed by the above captioned debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order disallowing and expunging, amending, reclassifying or reducing, as appropriate, certain claims (collectively, the "Claims" and, each a "Claim"); and no previous application having been made, and upon consideration of the matters set forth herein; and due and proper notice of the Twenty-Fifth Omnibus Objection having been given, it is hereby

ORDERED that, except as hereinafter stated, the relief sought in the Twenty-Fifth Omnibus Objection is granted to the extent not inconsistent with the language herein and with the Exhibits attached hereto; and it is further

ORDERED that, the Objection to the Claims listed on Exhibit A to this Order is sustained, and the Claims listed on Exhibit A under the heading "No Liability" are disallowed and expunged for all purposes; and it is further

ORDERED that, the Objection to the Claims listed on Exhibit B to this Order is sustained, and the Claims listed on Exhibit B under the heading "Insufficient Documentation" are expunged and disallowed for all purposes; and it is further

ORDERED that, the Objection to the Claim listed on Exhibit C to this Order under the heading "Amended" is sustained, and the Claim listed on Exhibit C under the heading "Claim To Be Expunged" is disallowed and expunged for all purposes; and it is further

ORDERED that, the Objection to each of the Claims listed on Exhibit D to this Order under the heading "Reduce and Allow" is sustained, and each of the Claims listed on Exhibit D is allowed in the status and amount stated on Exhibit D; and it is further

ORDERED that, the Objection to each of the Claims listed on Exhibit E to this Order under the heading "Reclassify" is sustained, and each of the Claims listed on Exhibit E is reclassified (but not allowed) in the status and amount stated on Exhibit E; and it is further

ORDERED that, the Objection to each of the Claims listed on Exhibit F to this Order under the heading "Tax Claims" is sustained, and each of the Claims listed on Exhibit F is disallowed and expunged, reclassified, or reduced and allowed in the status and amount stated on Exhibit F; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rule 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the Claims objected to in the Twenty-Fifth Omnibus Objection as to which relief is entered by this Court, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that, this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: _____, 2008

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge