# EXHIBIT A

*DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)*

Exhibit A – Duplicate Claim

| Claimant | Duplicate Claim To Be Expunged | Remaining Claim | Amount | Reason For Proposed Disallowance |
|---|---|---|---|---|
| Dow Corning Corporation | 1740 | 15326 | $16,094.40 | Amended by and duplicative of Proof of Claim #15326[1] |

---

1 Proof of Claim #15326 is also objected to on Exhibit C attached hereto.