# EXHIBIT B

***DEBTORS' TWENTY-SIXTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE)***

Exhibit B – Claims To Be Reduced and Allowed

| Claimant | POC # | Priority | Amount of Claim | Modified Claim Amount | Reason For Proposed Modification |
|---|---|---|---|---|---|
| Dow Corning Corporation | 15326 | Unsecured | $16,173.80 | $16,094.40 | Claimant asserts amounts due on account of the sale of certain equipment plus interest and attorney fees. The Modified Claim Amount reflects the total amount due under the invoice for the sale of the equipment only according to the Debtors' books and records. |
| General Motors Acceptance Corporation | 81 | Unsecured | $11,177.72 | $3,322.60 | Claimant asserts amounts due on account of a lease of a motor vehicle. The vehicle underlying the lease was returned to the claimant. The Modified Claim Amount reflects the remaining prepetition amounts due under the lease according to the Debtors' books and records. |