## IN THE UNITED STATES BANKRUPTCY COURT
## FOR DISTRICT OF DELAWARE

In Re:

| | |
|---|---|
| **Just For Feet, Inc.**<br>Debtor(s) | **Chapter 7**<br>Case No.: 99-4110 |
| **Nixon Fork, Mining, Inc.**<br>Debtor(s) | **Chapter 7**<br>Case No.: 99-2379 |
| **Access Beyond Techologies, Inc.**<br>Debtor(s) | **Chapter 7**<br>Case No.: 98-2276 |
| **Federal-Mogul Global, Inc.**<br>Debtor(s) | **Chapter 11**<br>Case No.: 01-10578 |
| **The Flintkote Company**<br>Debtor(s) | **Chapter 11**<br>Case No.: 04-11300 |
| **ACandS, Inc.**<br>Debtor(s) | **Chapter 11**<br>Case No.: 02-12687 |
| **Kaiser Aluminum Corporation**<br>Debtor(s) | **Chapter 11**<br>Case No.: 02-10429 |
| **Armstrong World Industries, Inc.**<br>Debtor(s) | **Chapter 11**<br>Case No.: 00-4471 |
| **W.R. Grace & Co.**<br>Debtor(s) | **Chapter 11**<br>Case No.: 01-1139 |

### NOTICE OF LOCATION CHANGE

All hearings that were scheduled for Monday November 24, 2008, in Wilmington, Delaware have been moved to Pittsburgh, PA. The starting time for the hearings will be the same. Counsel may participate by phone. Please contact Court Call and sign up by noon two business days before the hearing.

August 26, 2008
Date

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald