IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Date: September 15, 2008** |
| | | **Hearing Deadline: to be scheduled, if necessary** |

FEE DETAIL FOR OGILVY RENAULT LLP'S NINETEENTH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION
<u>FOR THE PERIOD FROM JULY 1, 2008 THROUGH JULY 31, 2008</u>

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCSTOR: 1524909\1



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | August 14, 2008 |
| RE: | Litigation and litigation consulting | INVOICE: 832725 |
| Matter No.: | 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending July 31, 2008

| | |
|---|---:|
| FEES | $55,188.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 76.46 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $55,264.96 |

Canadian Funds

Please return a copy with payment to our address below.

Bank Transfer
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-850-9
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

Suite 3800                              Telephone (416) 216-4000
Royal Bank Plaza, South Tower           Fax (416) 216-3930
200 Bay Street
P.O. Box 84                             ogilvyrenault.com
Toronto, Ontario M5J 2Z4
Canada

Payable upon receipt



## OGILVY RENAULT
L.L.P. / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                          01016442-0006

RE:  Litigation and litigation consulting

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| D.C. Tay | 26 | $24,700.00 |
| T. Reyes | 1.7 | $1,275.00 |
| O. Pasparakis | 23.9 | $14,101.00 |
| J. Stam | 29.3 | $14,650.00 |
| D. Tsai | 0.8 | $148.00 |
| A. Glen | 1.7 | $314.50 |
| Total | 83.40 | $55,188.50 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/7/08 | Derrick C. Tay | Reviewing and considering materials from Kirkland & Ellis regarding protocol motion. | 1.00 | $950.00 |
| 2/7/08 | Orestes Pasparakis | Conference calls regarding settlement (1.2); considering language regarding U.S. pleading (0.3). | 1.50 | $885.00 |
| 2/7/08 | Derrick C. Tay | Communications with Kirkland & Ellis regarding protocol motion (0.4); reviewing and considering revised protocol motion (1.0); considering responses from representative counsel regarding Canadian settlement (0.6). | 2.00 | $1,900.00 |
| 2/7/08 | Jennifer Stam | Revising settlement proposal (0.5); conversations with M. Moloci, D. Thompson and others regarding same (0.5); correspondence with C. Morrissette regarding same (0.1). | 1.10 | $550.00 |
| 3/7/08 | Orestes Pasparakis | Follow-up on settlement issues (0.2); reviewing and considering emails (0.3); discussions regarding next steps and strategy (0.5). | 1.00 | $590.00 |
| 3/7/08 | Jennifer Stam | Correspondence regarding settlement proposal. | 0.50 | $250.00 |
| 3/7/08 | Derrick C. Tay | Reviewing and considering responses from Kirkland & Ellis and Grace regarding representative counsel's objections to settlement. | 1.00 | $950.00 |
| 4/7/08 | Orestes Pasparakis | Conference call regarding status of settlement (0.9); numerous emails (0.6). | 1.50 | $885.00 |

INVOICE: 832725



## OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                      01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 4/7/08 | Derrick C. Tay | Monitoring discussions with representative counsel regarding settlement. | 1.00 | $950.00 |
| 4/7/08 | Jennifer Stam | Conversations with C. Morrissette regarding Crown comments on settlement documents (0.8); conversations and correspondence with M. Moloci and D. Thompson regarding same (0.2); correspondence with J. Baer, R. Finke, D. Cameron and others regarding same (0.5). | 1.50 | $750.00 |
| 7/7/08 | Orestes Pasparakis | Further discussions regarding minutes (0.5); revising same (1.0). | 1.50 | $885.00 |
| 7/7/08 | Jennifer Stam | Revising distribution protocol (1.2); revising minutes of settlement (0.7). | 1.90 | $950.00 |
| 7/7/08 | Derrick C. Tay | Reviewing revised settlement agreement and distribution protocol. | 1.00 | $950.00 |
| 8/7/08 | Orestes Pasparakis | Conference call with D. Thompson regarding settlement issues (0.8); considering numerous emails regarding same (0.3). | 1.10 | $649.00 |
| 8/7/08 | Derrick C. Tay | Dealing with status of settlement with federal government and with representative counsel. | 1.00 | $950.00 |
| 8/7/08 | Jennifer Stam | Conference call with representative counsel to discuss settlement terms (0.5); reviewing and revising same (0.6); correspondence regarding same (0.2). | 1.30 | $650.00 |
| 9/7/08 | Orestes Pasparakis | Conference call with Sealed Air Canada's counsel (0.6); follow-up with U.S. counsel and claimants' counsel (0.2); various emails (0.2). | 1.00 | $590.00 |
| 9/7/08 | Jennifer Stam | Conversations with representative counsel and others regarding settlement. | 0.60 | $300.00 |
| 9/7/08 | Derrick C. Tay | Conference with Kirkland & Ellis regarding status of various matters. | 1.00 | $950.00 |
| 10/7/08 | Orestes Pasparakis | Follow-up on various settlement issues. | 0.50 | $295.00 |
| 11/7/08 | Orestes Pasparakis | Meetings regarding language in agreement and Sealed Air issues. | 2.00 | $1,180.00 |

INVOICE: 832725



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                              01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 11/7/08 | Jennifer Stam | Revising settlement proposal and distribution protocol (1.2); correspondence with Grace regarding same (0.4); correspondence and conversations with representative counsel and Crown regarding same (0.6); conversations and correspondence with D. Harrison regarding same (0.4). | 2.60 | $1,300.00 |
| 11/7/08 | Derrick C. Tay | Reviewing revised documents to reflect Canadian settlement (2.5); communications with Grace (0.5). | 3.00 | $2,850.00 |
| 14/7/08 | Jennifer Stam | Conversations and correspondence with J. Baer regarding minutes of settlement and distribution protocol (0.3); revising same (0.6). | 0.90 | $450.00 |
| 14/7/08 | Derrick C. Tay | Reviewing communications with U.S. counsel regarding settlement documents. | 0.50 | $475.00 |
| 15/7/08 | Jennifer Stam | Correspondence with D. Boll and others regarding minutes of settlement (0.2); considering same (0.2); revising same (0.5). | 0.90 | $450.00 |
| 16/7/08 | Orestes Pasparakis | Meeting regarding status and changes. | 0.80 | $472.00 |
| 16/7/08 | Jennifer Stam | Revising settlement and distribution protocol (0.5); correspondence with representative counsel regarding same (0.2); correspondence with Crown regarding same (0.2); correspondence with Grace regarding same (0.2). | 1.10 | $550.00 |
| 16/7/08 | Derrick C. Tay | Reviewing final version of settlement agreements. | 1.00 | $950.00 |
| 17/7/08 | Derrick C. Tay | Initial review of revised form of disclosure statement. | 2.00 | $1,900.00 |
| 17/7/08 | Jennifer Stam | Correspondence regarding Sealed Air comments (0.2); reviewing same (0.3). | 0.50 | $250.00 |
| 18/7/08 | Orestes Pasparakis | Follow-up on settlement (0.2); conference calls (0.3). | 0.50 | $295.00 |

INVOICE: 832725



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                01016442-0006

RE:   Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 18/7/08 | Jennifer Stam | Conversation with R. Finke regarding documents (0.2); conversation with M. Moloci and D. Thompson regarding settlement (0.4); revising same (0.5); correspondence with Crown regarding same (0.2); correspondence with D. Harrison regarding same (0.1); conversation with C. Morrissette regarding settlement (0.8); correspondence with Grace and Kirkland & Ellis regarding same (0.2). | 2.40 | $1,200.00 |
| 19/7/08 | Derrick C. Tay | Continued review of revised redraft of disclosure statement. | 3.00 | $2,850.00 |
| 20/7/08 | Jennifer Stam | Correspondence regarding settlement and Crown comments. | 0.50 | $250.00 |
| 20/7/08 | Derrick C. Tay | Communications with Kirkland & Ellis regarding motion by the Canadian government. | 0.50 | $475.00 |
| 21/7/08 | Orestes Pasparakis | Follow-up on settlement issues. | 0.50 | $295.00 |
| 21/7/08 | Derrick C. Tay | Dealing with Crown counsel on motion (0.5); reviewing and considering comments from Grace regarding Crown's position (0.5); listening to portion of Delaware hearing pertaining to Canadian issues (1.0). | 2.00 | $1,900.00 |
| 21/7/08 | Jennifer Stam | Dialing into U.S. hearing (4.0); revising Minutes of Settlement based on Crown comments (0.8); correspondence regarding same (0.5); reviewing draft Disclosure Statement (0.5); correspondence with D. Boll regarding plan (0.4). | 6.20 | $3,100.00 |
| 22/7/08 | Orestes Pasparakis | Follow-up and reviewing issues (0.3); numerous discussions regarding settlement issues (1.2). | 1.50 | $885.00 |
| 22/7/08 | Jennifer Stam | Correspondence regarding Crown issues (0.5); considering same (0.3). | 0.80 | $400.00 |
| 22/7/08 | Derrick C. Tay | Communications with Kirkland & Ellis and Grace regarding Crown issues. | 0.50 | $475.00 |
| 23/7/08 | Orestes Pasparakis | Preparing for conference call with the Crown (1.2); conference call with the Crown (1.0); reviewing documents (0.4). | 2.60 | $1,534.00 |
| 23/7/08 | Derrick C. Tay | Reviewing and considering Crown's concerns to the minutes of settlement. | 1.00 | $950.00 |

INVOICE: 832725



## OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                               01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 23/7/08 | Jennifer Stam | Conference call with Crown and others regarding minutes of settlement (1.0); revising same (1.5); correspondence regarding same (0.8). | 3.30 | $1,650.00 |
| 24/7/08 | Derrick C. Tay | Communications with Kirkland & Ellis and Grace regarding Crown's revision to minutes of settlement. | 1.00 | $950.00 |
| 24/7/08 | Jennifer Stam | Correspondence regarding settlement comments. | 0.50 | $250.00 |
| 25/7/08 | Derrick C. Tay | Reviewing draft of certification of counsel and form of order for Canadian ZAI Protocol motion. | 1.00 | $950.00 |
| 25/7/08 | Jennifer Stam | Correspondence regarding settlement. | 0.20 | $100.00 |
| 28/7/08 | Orestes Pasparakis | Follow-up settlement discussions. | 1.00 | $590.00 |
| 29/7/08 | Orestes Pasparakis | Follow-up with opposing counsel (0.3); considering issues (0.4); reviewing documents (0.3). | 1.00 | $590.00 |
| 29/7/08 | Jennifer Stam | Conversations and correspondence regarding settlement. | 0.60 | $300.00 |
| 30/7/08 | Tony Reyes | Discussion with D. Tay and O. Pasparakis regarding power of CCAA Court to discharge claims as against Grace, and non-filing parties (0.3); review of Initial Order, orders staying class actions, order appointing representative counsel, and various reasons (0.4); discussions with D. Tay and J. Stam regarding background (0.2). | 0.90 | $675.00 |
| 30/7/08 | Derrick C. Tay | Reviewing revised minutes of settlement and considering remaining outstanding issues (0.8); considering and dealing with comments on same from Kirkland & Ellis (0.7). | 1.50 | $1,425.00 |
| 30/7/08 | David Tsai | Reviewing draft settlement agreement. | 0.80 | $148.00 |
| 30/7/08 | Jennifer Stam | Meeting with J. Dias-Visca and O. Pasparakis to discuss Crown issues (1.2); considering same (0.2). | 1.40 | $700.00 |
| 30/7/08 | Orestes Pasparakis | Reviewing and revising changes (0.6); meeting with Crown counsel (1.0); considering issues (1.2); revising minutes of settlement (1.4). | 4.20 | $2,478.00 |

INVOICE: 832725



## OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                    01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 31/7/08 | Adrienne Glen | Researching statutes and caselaw on third party releases from liability and jurisdiction of courts to deal with releases from liability. | 1.70 | $314.50 |
| 31/7/08 | Jennifer Stam | Correspondence regarding settlement. | 0.50 | $250.00 |
| 31/7/08 | Orestes Pasparakis | Conference calls regarding issues (1.0); follow-up regarding drafting and other issues (0.7). | 1.70 | $1,003.00 |
| 31/7/08 | Derrick C. Tay | Conference call with Grace and U.S. lawyers regarding settlement agreement. | 1.00 | $950.00 |
| 31/7/08 | Tony Reyes | Discussion with A. Glen regarding research required (0.3); reviewing minutes of settlement (0.5). | 0.80 | $600.00 |
| | | **TOTAL FEES** | | **$55,188.50** |

### DISBURSEMENTS - NON TAXABLE

| | |
|---|---|
| Copies | 10.20 |
| Long distance calls | 11.99 |
| Miscellaneous | 4.03 |
| Telephone conference | 50.24 |
| | $76.46 |

### DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 24/6/08 | Derrick C. Tay | PST Conference call | 4.03 |
| 24/6/08 | Orestes Pasparakis | Telephone conference | 50.24 |
| 2/7/08 | Orestes Pasparakis | Long distance calls 19055231333 | 4.80 |
| 7/7/08 | Jennifer Stam | Copies | 1.70 |
| 9/7/08 | Orestes Pasparakis | Long distance calls 13128612162 | 0.80 |
| 11/7/08 | Orestes Pasparakis | Long distance calls 13128612162 | 4.77 |
| 14/7/08 | Monique Massabki | Copies | 0.10 |
| 14/7/08 | Monique Massabki | Copies | 0.10 |
| 18/7/08 | Monique Massabki | Copies | 0.10 |
| 18/7/08 | Monique Massabki | Copies | 0.10 |
| 18/7/08 | Monique Massabki | Copies | 0.10 |
| 18/7/08 | Monique Massabki | Copies | 0.10 |

INVOICE: 832725



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                      01016442-0006

RE:   Litigation and litigation consulting

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 18/7/08 | Monique Massabki | Copies | 0.10 |
| 23/7/08 | Teresa Walsh | Copies | 0.70 |
| 23/7/08 | Teresa Walsh | Copies | 0.70 |
| 30/7/08 | Orestes Pasparakis | Long distance calls 15613621533 | 1.62 |
| 30/7/08 | Sandra Reynolds | Copies | 1.80 |
| 30/7/08 | Sandra Reynolds | Copies | 0.10 |
| 30/7/08 | Sandra Reynolds | Copies | 1.80 |
| 30/7/08 | Marna McGeorge | Copies | 2.70 |
|  |  | TOTAL | $76.46 |

INVOICE: 832725



# OGILVY RENAULT

LLP / S.E.N.C.R.L., s.r.l.

Client: W.R. GRACE & CO.  
RE: Fee Applications, Applicant  
Matter No.: 01016442-0008

August 14, 2008  
INVOICE: 831234

GST: R1113-10006

W.R. GRACE & CO.  
7500 Grace Drive  
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke  
Senior Litigation Counsel

For professional services rendered and disbursements incurred  
for the period ending July 31, 2008

| | |
|---|---:|
| FEES | $998.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 0.20 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $998.70 |

Bank Transfer  
Please remit by Bank Transfer to RBC Financial Group Main Branch Royal Bank of Canada Toronto Ontario Canada  
Bank Wire Transfer/Swift Code: ROYCCAT2  
ABA # 021000021  
Swift Code: ROYCCAT2  
including invoice number on transfer order

Suite 3800  
Royal Bank Plaza, South Tower  
200 Bay Street  
P.O. Box 84  
Toronto, Ontario M5J 2Z4  
Canada

Telephone (416) 216-4000  
Fax (416) 216-3930  
ogilvyrenault.com

Payable upon receipt



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                01016442-0008

RE: Fee Applications, Applicant

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 0.5 | $267.50 |
| P. Adams | 4.3 | $731.00 |
| Total | 4.80 | $998.50 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 21/7/08 | Penny Adams | Reviewing June accounts (0.3); drafting Eighteenth Monthly Fee Application (0.5). | 0.80 | $136.00 |
| 23/7/08 | Penny Adams | Reviewing and revising Eighteenth Monthly Fee Application (0.3); email correspondence with R. Finke regarding same (0.1); drafting, reviewing and revising Sixth Quarterly Interim Application (0.1). | 0.50 | $85.00 |
| 24/7/08 | Penny Adams | Reviewing and revising Sixth Quarterly Interim Application. | 1.00 | $170.00 |
| 25/7/08 | Penny Adams | Reviewing and revising Sixth Quarterly Interim Application. | 1.00 | $170.00 |
| 30/7/08 | Penny Adams | Finalizing Eighteenth Monthly Fee Application (0.2); discussions with T. Walsh regarding same (0.1); emails to L. Oberholzer, the fee auditor and others regarding same (0.5); letter to L. Oberholzer enclosing original Eighteenth Monthly Fee Application (0.2). | 1.00 | $170.00 |
| 30/7/08 | Teresa Walsh | Reviewing and verifying Eighteenth Monthly Fee Application. | 0.50 | $267.50 |
|  |  | **TOTAL FEES** |  | **$998.50** |

DISBURSEMENTS - NON TAXABLE

| Copies | 0.20 |
|---|---|
|  | $0.20 |

INVOICE: 831234



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                              01016442-0008

RE:   Fee Applications, Applicant

#### DISBURSEMENT DETAIL - NON TAXABLE

| Date    | Timekeeper       | Description |       | Amount |
|---------|------------------|-------------|-------|--------|
| 30/7/08 | Monique Massabki | Copies      |       | 0.10   |
| 30/7/08 | Monique Massabki | Copies      |       | 0.10   |
|         |                  |             | TOTAL | $0.20  |

INVOICE: 831234