# EXHIBIT A

In re: W.R. GRACE & CO., et al
OMNIBUS 25: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | AOXY MANAGEMENT TRUST<br>C/O ANTHONY S CANNATELLA ESQ<br>PAVIA & HARCOURT LLP<br>600 MADISON AVE<br>NEW YORK, NY 10022 | 01-01140<br>W.R. GRACE & CO.-CONN. | 14074 | $5,958.90 | (U) | DEBTORS' BOOKS AND RECORDS SHOW NO CURRENT LIABILITY FOR THIS CLAIM. |
| 2 | CENTRAL PUGET SOUND REGIONAL TRANSIT AUT<br>C/O DESMOND BROWN GENERAL COUNSEL<br>401 S JACKSON ST<br>SEATTLE, WA 98104 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9123 | $87,960.60 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 3 | CIT COMMUNICATION FINANCE CORPORATION<br>BANKRUPTCY DEPT<br>650 CIT DR<br>LIVINGSTON, NJ 07039 | 01-01139<br>W.R. GRACE & CO. | 870 | $767,925.39 | (U) | DEBTORS' BOOKS AND RECORDS SHOWS NO LIABILITY FOR THIS CLAIM BECAUSE DEBTORS CONTINUED TO PAY ALL LEASES AS SCHEDULED AND THERE ARE NO OUTSTANDING AMOUNTS ON DEBTORS' BOOKS. |
| 4 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE, WA 98124 | 01-01140<br>W.R. GRACE & CO.-CONN. | 14050 | UNKNOWN | (U) | BRIDGE RELATED TO CLAIM HAS BEEN REPAIRED PURSUANT TO SETTLEMENT TO WHICH THE DEBTORS ARE NOT A PARTY; DEBTORS HAVE NO LIABILITY UNDER THE SETTLEMENT AGREEMENT. |
| 5 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE, WA 98124 | 01-01139<br>W.R. GRACE & CO. | 14051 | UNKNOWN | (U) | BRIDGE RELATED TO CLAIM HAS BEEN REPAIRED PURSUANT TO SETTLEMENT TO WHICH THE DEBTORS ARE NOT A PARTY; DEBTORS HAVE NO LIABILITY UNDER THE SETTLEMENT AGREEMENT. |
| 6 | FUS INC<br>C/O WILLIAM W ERHART ESQ<br>300 DELAWARE AVE STE 1130<br>PO BOX 234<br>WILMINGTON, DE 19899 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1640 | $83,088.00 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 25: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 7 | GLOBAL HEALTH SCIENCES CREDITOR TRUST C/O DAVID F HEROY ESQ BELL BOYD & LLOYD LLC 70 W MADISON ST STE 3300 CHICAGO, IL 60602-4207 | 01-01139 W.R. GRACE & CO. | 13935 | $33,372.00 | (U) | DEBTORS HAVE NO LIABILITY FOR THIS PREFERENCE CLAIM BASED UPON DEFENSES THERETO, INCLUDING THAT THE ALLEGED PREFERENTIAL PAYMENTS WERE MADE IN THE ORDINARY COURSE OF BUSINESS. |
| 8 | GRAU, JAMES AND ANNA C/O RICHARD L FERRELL ESQ 425 WALNUT ST STE 1800 CINCINNATI, OH 45202 | 01-01140 W.R. GRACE & CO.-CONN. | 9688 | $800,000.00 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 9 | HARY GRAU & SONS INC C/O RICHARD L FERRELL ESQ TAFT STETTINIUS & HOLLISTER LLP 425 WALNUT ST STE 1800 CINCINNATI, OH 45202 | 01-01140 W.R. GRACE & CO.-CONN. | 9687 | $800,000.00 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 10 | HELMS, BRENDA S 307 W EMERALD IOWA PARK, TX 76367 | 01-01140 W.R. GRACE & CO.-CONN. | 601 | $1,227,370.00 | (U) | DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |
| 11 | LEREW, JOHN 0044 HIGH MEADOW DR DILLON, CO 80435 | 01-01140 W.R. GRACE & CO.-CONN. | 399 | $15,000.00 | (U) | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |
| 12 | MUNOZ, GLORIA C/O ANTHONY S PETRU ESQ HILDEBRAND MCLEOD AND NELSON INC 350 FRANK H OGAWA PLAZA 4TH FLR OAKLAND, CA 94612-2006 | 01-01140 W.R. GRACE & CO.-CONN. | 1959 | $100,000.00 | (U) | DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |
| 13 | NATURAL RES & ENV PROT CABINET, COMMONWEALTH OF KY OFFICE OF LEGAL SERVICES FIFTH FLR, CAPITAL PLAZA TOWER FRANKFORT, KY 40601 | 01-01139 W.R. GRACE & CO. | 7046 | $2,141,935.00 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured

In re: W.R. GRACE & CO., et al
OMNIBUS 25: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 14 | OII STEERING COMM MEMBER COMPANIES & USEPA<br>C/O ALLAN H ICKOWITZ ESQ<br>NOSSAMAN GUNTHER KNOX & ELLIOTT LLP<br>445 S FIGUEROA ST 31ST FL<br>LOS ANGELES, CA 90071 | 01-01194<br>REMEDIUM GROUP, INC. | 1981 | UNKNOWN | (U) | THIS CLAIM IS FILED AGAINST THE WRONG DEBTOR AND IS A DUPLICATE OF CLAIM 1958. |
| 15 | OLDCASTLE APG NORTHEAST INC<br>D/B/A FOSTER-SOUTHERN<br>46 SPRING ST<br>HOLBROOK, MA 02343 | 01-01140<br>W.R. GRACE & CO.-CONN. | 12943 | $8,000,000.00 | (U) | THE UNDERLYING LITIGATION FOR THIS CLAIM HAS BEEN RESOLVED; DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |
| 16 | OLDCASTLE APG NORTHEAST INC<br>D/B/A FOSTER-SOUTHERN<br>46 SPRING ST<br>HOLBROOK, MA 02343 | 01-01140<br>W.R. GRACE & CO.-CONN. | 12944 | $200,000.00 | (P) | THE UNDERLYING LITIGATION FOR THIS CLAIM HAS BEEN RESOLVED; DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |
| 17 | PICKENS, JOHN T<br>8499 GREENVILLE AVE #105<br>DALLAS, TX 75231-2411 | 01-01139<br>W.R. GRACE & CO. | 175 | $39,900.00 | (U) | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |
| 18 | RODRIGUEZ, YESSINIA<br>93-1/2 MT PLEASANT AVE 1ST FL<br>NEWARK, NJ 07104 | 01-01139<br>W.R. GRACE & CO. | 709 | $50,000.00<br>$50,000.00 | (P)<br>(U) | THIS CLAIM HAS BEEN SETTLED AND PAID; DEBTORS HAVE NO LIABILITY. |
| 19 | ROWE, RICHARD C<br>C/O STEPHEN R TETRO<br>233 S WACKER DR STE 5800<br>CHICAGO, IL 60606 | 01-01140<br>W.R. GRACE & CO.-CONN. | 14037 | UNKNOWN | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 20 | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS, TN 38127 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1641 | UNKNOWN | (S) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 21 | URS CORPORATION SUCCESSOR TO RADIAN INTL<br>ATTN: MICHAEL A STEUER ESQ<br>130 ROBIN HILL RD<br>SANTA BARBARA, CA 93117 | 01-01139<br>W.R. GRACE & CO. | 2359 | $398,677.95 | (U) | THIS CLAIM WAS AMENDED BY CLAIM 15469 WHICH WAS REDUCED AND ALLOWED PURSUANT TO COURT ORDER (DKT.NO. 14071); DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
  (P) - Priority          (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

## In re: W.R. GRACE & CO., et al
## OMNIBUS 25: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 22 | WESCONN CO INC<br>C/O WILLIAM W ERHART ESQ<br>300 DELAWARE AVE STE 1130<br>PO BOX 234<br>WILMINGTON, DE 19899 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1639 | $395,091.00 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 23 | WHC REALTY CORP<br>C/O MICHAEL S SCHREIBER ESQ<br>ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK PC<br>1345 AVE OF THE AMERICAS 31ST FL<br>NEW YORK, NY 10105 | 01-01139<br>W.R. GRACE & CO. | 297 | $119,116.05 | (U) | THIS CLAIM WAS A CONTINGENT CLAIM FOR THE GUARANTY OF A LEASE THAT EXPIRED ON 12/31/07. DEBTORS HAVE NO LIABILITY ON THIS CLAIM BECAUSE THE LEASE HAS EXPIRED. |
| 24 | WRIGHT, JIM<br>215 ROCK LEDGE DR<br>GLENNWOOD SPRINGS, CO 81601 | 01-01140<br>W.R. GRACE & CO.-CONN. | 603 | $651,678.00 | (P) | DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |
| | | | Totals: | $901,678.00<br>$15,065,394.89 | (P)<br>(U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative  (S) - Secured
(P) - Priority  (U) - Unsecured