# EXHIBIT C

# In re: W.R. GRACE & CO., et al
## OMNIBUS 25: EXHIBIT C - AMENDED CLAIM

| Claim To Be Expunged | | | | Surviving Claim | | | |
|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* / Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* / Claim Class** |
| 1  BP EXPLORATION & OIL INC DBA BP PRODUCTS NA INC<br>ATTN: R E SCHRAG<br>TOLEDO REFINERY<br>PO BOX 696<br>TOLEDO, OH 43697-0696 | 01-01140 | 6356 | $3,900,000.00  (U) | LONGACRE MASTER FUND LTD<br>RE: BP PRODUCTS NORTH AMERICA INC<br>ATTN VLADIMIR JELISAVCIC<br>810 7TH AVE FL 33<br>NEW YORK NY 10019 | 01-01139 | 18497 | $211,246.10  (U) |
| Total Claims Expunged: 1 | | Total Dollars Expunged: | $3,900,000.00 | | | | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative     (S) - Secured
(P) - Priority              (U) - Unsecured