# EXHIBIT D

## In re: W.R. GRACE & CO., et al
## OMNIBUS 25: EXHIBIT D - REDUCE & ALLOW CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | | Modified Claim Amount* Class** | | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | AKZO NOBEL SURFACE CHEMISTRY LLC<br>C/O BOB WAREHAM<br>RT 6 & TABLER RD<br>PO BOX 310<br>MORRIS, IL 60450 | 3344 | $129,500.00 | (U) | $7,015.07 | (U) | REDUCTION IS DUE TO A STIPULATION WITH CONTINENTAL CASUALTY COMPANY ("CNA"), APPROVED BY COURT ORDER (DKT. NO. 16912) WHERE CNA PAID THE CLAIM AND THE REDUCED AMOUNT OF THIS CLAIM OF $7,015.07 IS FOR THE DEDUCTIBLE AMOUNT OWED BY THE DEBTORS. |
| 2 | BROWARD COUNTY DEP OF FINANCE<br>REVENUE COLLECTION DIVISION<br>GOVERNMENTAL CENTER ANNEX<br>115 S ANDREWS AVE<br>FT LAUDERDALE, FL 33301 | 885 | $7,470.66 | (S) | $1,751.95 | (S) | REDUCTION IS DUE TO PAYMENT OF $6,029.99 FOR 2001 REAL ESTATE TAXES. REMAINING ALLOWED PORTION OF CLAIM IS FOR PERSONAL PROPERTY TAX OF $1,751.95. |
| 3 | FIRST CHEMICAL TEXAS LP<br>PO BOX 1607<br>BAYTOWN, TX 77520 | 585 | $159,096.00 | (U) | $8,616.83 | (U) | REDUCTION IS DUE TO A STIPULATION WITH CONTINENTAL CASUALTY COMPANY ("CNA"), APPROVED BY COURT ORDER (DKT. NO. 16912) WHERE CNA PAID THE CLAIM AND THE REDUCED AMOUNT OF THIS CLAIM OF $8,616.83 IS FOR THE DEDUCTIBLE AMOUNT OWED BY THE DEBTORS. |
| | Totals: | | $7,470.66<br>$288,596.00 | (S)<br>(U) | $1,751.95<br>$15,631.90 | (S)<br>(U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative  (S) - Secured
  (P) - Priority  (U) - Unsecured