# EXHIBIT F

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 25: EXHIBIT F - TAX CLAIMS**

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| **No Liability** | | | | | | | |
| 1 | CITY OF MILWAUKEE<br>CITY TREASURER #1353<br>200 E WELLS ST - ROOM 103<br>MILWAUKEE, WI 53202 | 14727 | $7,701.95 | (U) | | | NO CURRENT LIABILITY BECAUSE THIS CLAIM HAS BEEN PAID ON 6/20/08 IN AMOUNT OF $15,673.47, CK. #00475337. |
| 2 | DEPT OF THE TREASURY-INTRNAL REVENUE<br>31 HOPKINS PLAZA ROOM 1150<br>BALTIMORE, MD 21201 | 813 | $246,000,000.00 | (P) | | | NO CURRENT LIABILITY; CLAIM SHOULD HAVE BEEN EXPUNGED PURSUANT TO COURT ORDER (DKT. NO. 16355) IN CONNECTION WITH TWENTY-THIRD OMNIBUS CLAIMS OBJECTION (DKT. NO. 16069). |
| 3 | JEFFERSON COUNTY TAX COLLECTOR<br>ATTN: JACK WILLIAMS<br>716 RICHARD ARRINGTON JR BLVD N<br>ROOM 160 COURTHOUSE<br>BRIMINGHAM, AL 35203 | 841 | $4,435.56 | (P) | | | NO CURRENT LIABILITY BECAUSE THIS CLAIM HAS BEEN PAID ON 6/27/08 IN AMOUNT OF $7,909.79, CK. # 00475334. |
| 4 | PA DEPT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPT 280946<br>HARRISBURG, PA 17128-0946 | 318 | $3,576.00<br>$32,964.32<br>$2,023.60 | (S)<br>(P)<br>(U) | | | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |
| 5 | PA DEPT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPT 280946<br>HARRISBURG, PA 17128-0946 | 407 | $2,703.00<br>$25,479.99<br>$266.00 | (S)<br>(P)<br>(U) | | | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |
| 6 | TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-4015 | 17762 | $7,457.44 | (A) | | | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 25: EXHIBIT F - TAX CLAIMS

### Insufficient Documentation

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Modified Claim Amount* Class** | Reason For Modification |
|---|---|---|---|---|---|
| 1 | INDIANA DEPARTMENT OF REVENUE<br>100 N SENATE AVE<br>BANKRUPTCY SECTION ROOM N-203<br>INDIANAPOLIS, IN 46204 | 15355 | $403,130.64 (P)<br>$40,348.43 (U) | | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 2 | INDIANA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION ROOM N203 BANKRUPTCY SECTION<br>100 N SENATE AVE<br>INDIANAPOLIS, IN 46204-2253 | 15369 | $9,619.24 (A) | | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 3 | MAINE BUREAU OF REVENUE SERVICES<br>ATTN: JOANNE PARKER<br>BUREAU OF REVENUE SERVICES<br>24 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0024 | 182 | BLANK (U) | | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 4 | MAINE BUREAU OF REVENUE SERVICES<br>ATTN: JOANNE PARKER<br>24 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0024 | 183 | BLANK (U) | | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 5 | MAINE BUREAU OF REVENUE SERVICES<br>ATTN: JOANNE PARKER<br>24 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0024 | 184 | BLANK (U) | | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 6 | MAINE BUREAU OF REVENUE SERVICES<br>ATTN: JOANNE PARKER<br>24 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0024 | 185 | BLANK (U) | | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 7 | MAINE BUREAU OF REVENUE SERVICES<br>ATTN: JOANNE PARKER<br>24 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0024 | 186 | BLANK (U) | | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 8 | NEW YORK STATE DEPT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 2701 | $60,779.80 (S)<br>$2,330.97 (P)<br>$262.50 (U) | | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 25: EXHIBIT F - TAX CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Modified Claim Amount* Class** | Reason For Modification |
|---|---|---|---|---|---|
| | **Reduce and Allow** | | | | |
| 1 | MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 17719 | $43,337.71 (U) | $15,234.00 (U) | DEBTORS' BOOKS AND RECORDS SHOW THAT THE ONLY LIABILITY FOR THIS CLAIM IS $15,234.00. THEREFORE, THE CLAIM SHOULD BE ALLOWED IN THE AMOUNT OF $15,234.00. |
| | **Reclassify and Allow** | | | | |
| 1 | STATE OF NEW JERSEY DIVISION OF TAXATION<br>P O BOX 245<br>TRENTON, NJ 08695<br>USA | 17055 | $771.82 (A) | $771.82 (U) | NO BASIS FOR ADMINISTRATIVE CLAIM - SHOULD BE RECLASSIFIED AS UNSECURED AND ALLOWED IN THE AMOUNT OF $771.82 |
| | **Totals:** | | $67,058.80 (S)<br>$17,848.50 (A)<br>$246,468,341.48 (P)<br>$93,940.19 (U) | $16,005.82 (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured