IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Related to Docket No. 18922**

**CERTIFICATION OF COUNSEL REGARDING SCHEDULING ORDER FOR
DEBTORS' OBJECTION TO THE UNSECURED CLAIMS ASSERTED UNDER THE
DEBTORS' CREDIT AGREEMENTS DATED AS OF MAY 14, 1998 AND MAY 5, 1999**

The undersigned hereby certifies that:

1.      The hearing on the Debtors' Objection to the Unsecured Claims Asserted

Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Docket No.

18922] (the "Debtors' Objection") filed in the above-captioned cases and previously scheduled

to be heard on September 15, 2008, has been rescheduled to September 29, 2008 (the

"Rescheduled Hearing") by agreement of the parties and by approval of the Court.  The

Rescheduled Hearing will commence immediately following the conclusion of the scheduled

omnibus hearing which is set for September 29, 2008 at 10:00 a.m., in Wilmington, Delaware.

2.      The parties have conferred and the Court has agreed that any and all

Replies or Trial Briefs with respect to the Debtors' Objection shall be filed no later than Friday,

September 5, 2008 (the "Revised Briefing Deadline").

3.      Attached hereto for the Court's consideration is a proposed form of order which reflects the Rescheduled Hearing date and time and the Revised Briefing Deadline (the "Proposed Order").

4.      The Debtors request that the Court enter the Proposed Order at its earliest convenience.

Dated: August 26, 2008

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
(312) 861-2000

And

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P. O. Box 8705
Wilmington, DE  19899-8705
(302) 652-4100

Co-Counsel for the Debtors and Debtors in Possession

2