# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# JULY 1, 2008 THROUGH
# JULY 31, 2008

Phillips, Goldman & Spence, P.A.<br>
1200 N. Broom Street<br>
Wilmington, DE  19806<br>
(302) 655-4200<br>
EI #: 51-0328786

August 25, 2008

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

```
                                          File  WRG-AUS/JCP
                                          Invoice number  78612
```

Re: W. R. Grace & Co.
    David T. Austern
Case No.: 01-01139 (RLB)

```
        Subtotal for FEES only: 07/31/08       $9,720.00
        Subtotal for COSTS only: 07/31/08        $826.54
                                              -----------
CURRENT PERIOD FEES AND COSTS: 07/31/08      $10,546.54
                                              -----------
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page   2

August 25, 2008

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   78612

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 9.8 | 1,795.00 |
| LITIGATION | 19.1 | 7,640.00 |
| CASE ADMINISTRATION | 1.9 | 285.00 |
| Subtotal for FEES only: 07/31/08 | 30.8 | $9,720.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 400.00 | JCP | 20.40 | 20.40 | 8,160.00 | 0.00 | 0.00 |
| 150.00 | CAH | 10.40 | 10.40 | 1,560.00 | 0.00 | 0.00 |
| Totals | | 30.80 | 30.80 | 9,720.00 | 0.00 | 0.00 |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

08/25/08  Page 1

Sort Fields:
   Grouping code
   Client code                (Paginate)
   Actual employee code
   Transaction date          (Subtotals)

Range Fields:
   Client code               I   WRG - WRG
   Invoice Number            I   78612 - 78612

| Grp Cd | Grouping code description | Act Code | Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Ca |
|---|---|---|---|---|---|---|---|---|
| WRG | CASE ADMINISTRATION | CAH | | 07/07/08 | Update docket to system. | 0.20 | 30.00 | |
| WRG | CASE ADMINISTRATION | CAH | | 07/15/08 | Review of docket for case management orders and procedure for case; phone conference with S. Johnson. | 0.30 | 45.00 | |
| WRG | CASE ADMINISTRATION | CAH | | 07/17/08 | Merge original signatures into filed pleadings. | 0.50 | 75.00 | |
| WRG | CASE ADMINISTRATION | CAH | | 07/22/08 | Merge original signatures into filed documents and e-mail to D. Fullem re: outstanding pleadings. | 0.40 | 60.00 | |
| WRG | CASE ADMINISTRATION | CAH | | 07/29/08 | Merge original signatures into filed documents. | 0.30 | 45.00 | |
| WRG | CASE ADMINISTRATION | CAH | | 07/31/08 | Update docket to system. | 0.20 | 30.00 | |
| | | | | | | 1.90 | 285.00 | |
| | | | | | | 1.90 | 285.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

08/25/08  Page 2

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 07/01/08 | Review of Speights and Runyan's Reply 3rd Circuit Brief re: Class Action appeal (1.1); review of Certification of Counsel re: Order Lifting OCP Expenditure Cap for Ernst and Young with proposed Order (.1); review of Debtors' Counter-Designation of Items to be Included on Appeal (.1). | 1.30 | 520.00 | Li |
| WRG | LITIGATION | JCP | 07/02/08 | Review of miscellaneous pleadings; e-mail from Debbie Felder re: 7/7/08 filing; e-mail from Celeste A. Hartman re: same. | 0.30 | 120.00 | |
| WRG | LITIGATION | JCP | 07/03/08 | Review of 6/23/08 Hearing Transcript; review of Notice of Rescheduled Hearing for 7/22/08. | 0.30 | 120.00 | |
| WRG | LITIGATION | JCP | 07/07/08 | Review of letter from Speights and Runyon to 3rd Circuit re: Reply Brief (.2); review of Certification of No Objection with enclosure (2x)(.1); e-mail from Debbie Felder with enclosure proposed Order re: FCR's retention of Tre Angeli(.1); review of Certificate of No Objection and proposed Order re: FCR's Motion to Modify Employment of Piper Jaffray (.1); conference with Celeste A. Hartman re: filing same (.1); review of Canada's response to Canadian ZAI Claimants' Motion to Establish A Cross-Boarder Protocol with exhibits (.2); review of Debtors' Response to Canadian ZAI Claimants' Protocol Motion (.1); review of Equity Committee's Joinder to Debtor's Objection to Claims Asserted Under Debtors' Credit Agreements (.1). | 1.00 | 400.00 | |
| WRG | LITIGATION | JCP | 07/08/08 | Review of Anderson Memorial Hospital's Request for Oral Argument (.1); review of Anderson Memorial's Motion for Leave to File Reply Brief in Support of Motion to Appeal Order Denying Class Certification with enclosure (.2); review of Anderson's Reply Brief (.8); review of miscellaneous pleadings (.2); review of Debtors' Answering Brief re: New Jersey's Appeal (.3). | 1.60 | 640.00 | |
| WRG | LITIGATION | JCP | 07/09/08 | Review of miscellaneous pleadings; review of Montana's Joinder in Debtors' Motion to Approve Settlement of Montana's DEQ Claims. | 0.30 | 120.00 | |
| WRG | LITIGATION | JCP | 07/10/08 | Review of Order Lifting OCP Expenditure Cap for Ernst and Young; review of Order Granting Anderson memorial Leave to File A Reply in Support of Application to Appeal Order Denying Class Certification | 0.20 | 80.00 | |
| WRG | LITIGATION | JCP | 07/11/08 | Review of Maryland Causality's Objection to BNSF's Motion for Clarification of Order Expanding Preliminary Injunction to Include Actions Against BNSF; review of miscellaneous pleadings; review of Anderson Memorial's as filed Reply Brief in Support of Application of Appeal of Order Denying Class Certification. | 0.50 | 200.00 | |
| WRG | LITIGATION | JCP | 07/14/08 | Review of Creditors' Committee's Response to Debtors' Objection to Unsecured Claims Asserted Under Credit | 4.80 | 1,920.00 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 07/15/08 | Review of Agenda for 7/21/08 Hearing; review of Arrowood/Royal's Joinder in Maryland Casualty's Opposition to BNSF's Motion for Clarification; review of Libby Claimants' Statement in Support of BNSF's Motion for Clarification; review of Certificate of No Objection re: Order Approving Stipulation Resolving Montana's Environmental Claims; review of Certificate of No Objection re: Expanding Scope of Reed Smith's Retention; review of Certificate of No Objection re: Debtors' Motion for Order Authorizing Settlement Agreements (1.7); review of Kruger affidavit and exhibits in support of same (.2); review of Bank Lender Group's Response to Debtors' Objection to Claims Asserted Under Credit Agreements and Exhibits (2.2); review of J.P. Morgan's Joinder in same (.2); review of Bank Lender Groups' Motion to Exceed Page Limit for same and proposed Order (.1); review of Debtors' Opposition to BNSF's Motion for Clarification of Order Expanding Preliminary Injunction (.1); review of Continental Casualty's Response to BNSF's Motion for Clarification (.1); review of Debtors' Motion to File Sur-Reply in Opposition to Anderson Memorial's Application for Appeal of Order Denying Class Certification with enclosure and proposed Order (.1); review of Debtors' Sur-Reply (.1). | 0.50 | 200.00 | |
| WRG | LITIGATION | JCP | 07/16/08 | Letter from Fee Examiner to Judge Fitzgerald re: hotel room rates with enclosure (.1); review of enclosure (.1); review of Agenda for 7/22/08 Hearing (.1); review of Latham and Watkins Notice of Withdrawal as Special Counsel to Debtors (.1); review of Debtors' as filed Sur-Reply in Opposition to Anderson Memorial's Application to Appeal Denial of Class Certification (.1); review of Order Granting Leave to File same (.1). | 0.60 | 240.00 | |
| WRG | LITIGATION | JCP | 07/19/08 | Review of Certificate of No Objection re: Debtors' Motion for Order Authorizing Loans Against Life Insurance Policies (.2); review of California's Motion for Leave to File Longo Report with enclosure; review of Longo's report (.1); e-mail from Fee Examiner re: meal caps (.1); review of 2 Pro Hac Motions (.1); review of Order Expanding Scope of Reed Smith's Employment (.1); review of Landau letter scheduling appeal argument (.1). | 0.70 | 280.00 | |
| WRG | LITIGATION | JCP | 07/21/08 | Review of 2 pro Hac Motions (.1); review of Order Authorizing Stipulation Resolving Montana's Environmental Claims (.1); review of Order Authorizing Settlement with IRS (.1); review of Order Authorizing Loans Against Debtors' Insurance Policies; review of 1 Pro Hac Order (.1); court appearance and telephone appearance for 7/21/08 Omnibus Hearing (4.2); review of Notice of ZAI Bar Date (.1); review of Re-Notice of California's Motion for Leave to File Longo Report (.1). | 4.80 | 1,920.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

08/25/08  Page 4

| Cl Code | Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 07/22/08 | Review of Debtors' Motion re: Authorizing Implementation of 2008-2010 Long Term Incentive Plan with Supporting Affidavit and proposed Order; review of Debtors' Motion re: Authorizing Approval of Settlement Resolving Claims Against WEJA with proposed Order (.2); review of miscellaneous pleadings and Orders (.3); review of Debtors' Counter Designations of Items to be Included in Record on Appeal of Denial of Anderson Memorial's Motion for Class Certification (.1); review of Anderson Memorial's Notice of Appeal re: same with enclosure (.1); review of enclosure (.1). | 0.80 | 320.00 | Li |
| WRG | LITIGATION | JCP | 07/23/08 | Review of Debtors' Notice of Deposition of Lewis Kruger with enclosure; review of Debtors' Request for Production to Kruger. | 0.20 | 80.00 | |
| WRG | LITIGATION | JCP | 07/25/08 | Review of New Jersey's Reply Brief. | 0.30 | 120.00 | |
| WRG | LITIGATION | JCP | 07/28/08 | Review of miscellaneous pleadings. | 0.10 | 40.00 | |
| WRG | LITIGATION | JCP | 07/30/08 | Review of Order Denying BNSF's Motion for Clarification of Order Expanding Preliminary Injunction to Include BNSF (.1); review of Order Authorizing Modification of FCR's Retention of Piper Jaffray (.1); review of miscellaneous pleadings (.2); review of 7/22/08 Hearing transcript (.1); review of Order Authorizing FCR to Employ Tre Angeli (.1). | 0.60 | 240.00 | |
| WRG | LITIGATION | JCP | 07/31/08 | Review of letter from counsel for Debtors' to Judge Buckwalter re: staying Anderson Memorial's appeal; review of miscellaneous pleadings. | 0.20 | 80.00 | |
| | | | | | 19.10 | 7,640.00 | |
| | | | | | 19.10 | 7,640.00 | |

WRG-AUS                                                          LEGALMASTER MIRC For Transactions                                              08/25/08  Page 5
                                                                             -Fees-

| C1 Code | Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/01/08 | Update docket; download and review Quarterly Fee Application Order entered on 6/23/08 and compare to Phillips, Goldman & Spence request. | 0.40 | 60.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/01/08 | Draft Phillips, Goldman & Spence 48th Monthly Fee Application for May. | 0.70 | 105.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/01/08 | Draft Certificate of No Objection for April Fee Application for Phillips, Goldman & Spence. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/01/08 | Scan file and serve Phillips, Goldman & Spence Certificate of No Objection for April Fee Application and Phillips, Goldman & Spence May Fee Application. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/03/08 | Print and download April and May Fee Applications for Towers Perrin and file same; then download and file March, April and May Fee Applications for D. Austern. | 1.30 | 195.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/07/08 | Review of and respond to e-mail from D. Felder re: retention applictions; download and print for John C. Phillips, Jr. review. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/07/08 | Download and file Certificate of No Objection for Piper Jaffray's modified employment and Certificate of No Objection for Tre Angeli's employment. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/15/08 | Download and file Certificate of No Objection for Orrick's April Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/18/08 | Download and file Certificate of No Objection for Tillinghast's March Fee Application. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/18/08 | Download and file Orrick's May Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/22/08 | Code pre-bill to comply with local rules. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/22/08 | Update docket and draft Certificate of No Objection for Phillips, Goldman & Spence May Fee Application. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/24/08 | Download, print and file Certificate of No Objection for Towers Perrin's April and May Fee Applications. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/24/08 | Download, print and file Certificate of No Objection for Austern's March, April and May Fee Applications. | 0.70 | 105.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/24/08 | Download, print and file June Fee Application for Towers Perrin. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/28/08 | Scan file and serve Certificate of No Objection for Phillips, Goldman & Spence May Fee Application. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 07/28/08 | Begin Fee Application for June. | 0.30 | 45.00 | |

WRG-AUS

LEGALMASTER MIRC For Transactions
-Fees-

08/25/08  Page 6

| C1 Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 07/31/08 | Draft Fee Application for June for Phillips, Goldman & Spence and forward to John C. Phillips, Jr. for review. | 0.60 | 90.00 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 07/31/08 | Scan file and serve Phelps-Dodge June Fee Application. | 0.30 | 45.00 | |
| | | | | -------- | ---------- | |
| | | | | 8.50 | 1,275.00 | |
| | | | | -------- | ---------- | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 07/01/08 | Review of, revise and execute Certification of Counsel re: Phillips, Goldman & Spence 47th Monthly Fee Application; review of, revise and execute Phillips, Goldman & Spence 48th Monthly Fee Application; conference with Celeste A. Hartman re: both. | 0.50 | 200.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 07/21/08 | Review of and revise June 2008 pre-bill. | 0.30 | 120.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 07/23/08 | Review of, revise and execute Certificate of No Objection for Phillips, Goldman & Spence May 2008 bill. | 0.20 | 80.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 07/31/08 | Review of, revise and execute Phillips, Goldman & Spence 49th Monthly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 120.00 | |
| | | | | -------- | ---------- | |
| | | | | 1.30 | 520.00 | |
| | | | | -------- | ---------- | |
| | | | | 9.80 | 1,795.00 | |
| | | | | -------- | ---------- | |
| | | | | 30.80 | 9,720.00 | |
| | | | | ======== | ========== | |

48 records printed.