# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# JULY 1, 2008 THROUGH
# JULY 31, 2008

Phillips, Goldman & Spence, P.A.

Page   2

August 25, 2008

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   78612

Re:   W. R. Grace & Co.
      David T. Austern

COSTS ADVANCED

| | | |
|---|---|---:|
| 07/01/08 | Federal Express | 40.21 |
| 07/01/08 | Long distance phone charges | 0.57 |
| 07/01/08 | On-line docket research | 28.08 |
| 07/01/08 | Postage | 4.02 |
| 07/01/08 | Photocopies | 65.10 |
| 07/02/08 | Check No.: 37878 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 20.00 |
| 07/02/08 | Check No.: 37878 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 470.06 |
| 07/18/08 | Check No.: 38027 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 10.00 |
| 07/30/08 | Check No.: 38110 - John C. Phillips, Jr. - expense reimbursement (Court Call). | 109.50 |
| 07/30/08 | Check No.: 38110 - John C. Phillips, Jr. - expense reimbursement (Parking). | 4.00 |
| 07/30/08 | Check No.: 38110 - John C. Phillips, Jr. - expense reimbursement, Court call. | 75.00 |

```
              Subtotal for COSTS only: 07/31/08       $826.54
```