# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | ELT order and NY State's objection thereto and proposed resolution (.6); conf call J. Baer, J. Monahan and then with L. White and J. Hausbe (NY State Attorneys) re: revised proposed ELT order (.5). | | |
| 04/24/2008 | Attend to Government's joinder in Debtors' motion to approve Libby Site Agreement (.3); memorandum to J. Dolan, M. Berg re: same (.6); exchanged memoranda with J. Baer re: status of Montana settlement (.2); exchanged further memoranda with J. Dolan re: Libby Site settlement matter (.1). | Krieger, A. | 1.2 |
| 04/25/2008 | Review US Joinder in Libby Settlement Motion (.3); email to A. Krieger re: risk assessment (.5). | Berg, M. | 0.8 |
| 04/25/2008 | Exchanged memoranda with J. Dolan re: interest under Settlement Agreement (.1); exchanged memoranda with M. Berg re: Public comment on Libby Site Settlement agreement (.6). | Krieger, A. | 0.7 |
| 04/28/2008 | Exchanged memoranda with J. Baer re: restitution issue discussion. | Krieger, A. | 0.1 |
| 04/30/2008 | O/c J. Gutierrez re Libby Site Settlement information. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Beal, Abigail M. | 26.8 | $ 440 | $ 11,792.00 |
| Berg, Madelaine | 10.8 | 650 | 7,020.00 |
| Gutierrez, James S. | 18.7 | 490 | 9,163.00 |
| Krieger, Arlene G. | 24.8 | 650 | 16,120.00 |
| Pasquale, Kenneth | 3.3 | 775 | 2,557.50 |
| Speiser, Mark A. | 2.3 | 875 | 2,012.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71506010v1

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 48,665.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 48,665.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71506010v1

# STROOCK

| RE | Expenses 699843 0024 | |
|---|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 97.11 |
| Meals | 125.00 |
| Local Transportation | 254.90 |
| Long Distance Telephone | 166.48 |
| Duplicating Costs-in House | 28.20 |
| O/S Information Services | 706.14 |
| Word Processing | 132.00 |
| Facsimile Charges | 16.00 |
| Travel Expenses - Transportation | 2558.17 |
| Travel Expenses - Lodging | 1859.62 |
| Travel Expenses - Meals | 262.82 |
| Westlaw | 3937.16 |

| TOTAL DISBURSEMENTS/CHARGES | $ 10,143.60 |
|---|---|

| TOTAL FOR THIS MATTER | $ 10,143.60 |
|---|---|

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/01/2008 | Return travel from Pittsburgh PI Estimation hearing to New York. | Krieger, A. | 3.8 |
| 04/01/2008 | Travel from Pittsburgh estimation hearing. | Pasquale, K. | 3.0 |
| 04/06/2008 | Travel to Pittsburgh for PI Estimation hearing. | Krieger, A. | 3.8 |
| 04/06/2008 | Travel to Pittsburgh for court hearing. | Pasquale, K. | 4.0 |
| 04/07/2008 | Travel back to New York from Pittsburgh court hearing. | Krieger, A. | 3.4 |
| 04/07/2008 | Return travel from Pittsburgh court hearing. | Pasquale, K. | 3.0 |
| 04/21/2008 | Travel to and from omnibus hearing. | Pasquale, K. | 4.0 |
| 04/22/2008 | Travel to Delaware for 4/22/08 ZAI hearings (2.4); return travel to New York (2.7). | Krieger, A. | 5.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 16.1 | $ 650 | $ 10,465.00 |
| Pasquale, Kenneth | 14.0 | 775 | 10,850.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 21,315.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 21,315.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71506010v1

# STROOCK

| RE | Plan and Disclosure Statement |
|---|---|
| | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/03/2008 | O/c AGK re: plan status and issues; work on plan issues; memos from AGK. | Speiser, M. | 0.8 |
| 04/04/2008 | T/c M. Shelnitz and o/cs LK, MAS re: proposed revisions to term sheet and prepare same (2.3); memorandum to M. Shelnitz re: proposed revisions to Term Sheet (.1); memorandum to KP re: same (.1); o/c KP, LK re: term sheet (.3); attend to term sheet (.2); exchanged memorandum with LK re: treatment for unsecured creditors (.1); memorandum to S. Cunningham, J. Dolan re: term sheet and t/c S. Cunningham re: same (.3). | Krieger, A. | 3.4 |
| 04/04/2008 | Review Grace/ACC/FCR term sheet (.3); t/c Committee member re: term sheet and issues (.4); o/c w/A. Krieger and t/c w/Committee member re: term sheet and open issues (.4); o/c w/A. Krieger & t/c w Sean Cunningham re: term sheet (.4);  emails Committee member re: term sheet (.3); o/c w/A. Krieger and t/c w/Shelnitz re: term sheet and open issues, Grace position, timetable, interest issues (.3); o/c w/A. Krieger & K. Pasquale and t/c w/Shelnitz & Bernick re: UCC support & co-sponsorship of POR & interest issues of default interest rate (.8); o/c w/A. Krieger & K. Pasquale re: our t/c w/Shelnitz & Bernick re: cosponsorship, interest rate and debtor presentation to UCC (.4);  t/c Committee members re: possible meeting with bank debtholders and debtors re: overall term sheet and issue of default interest (.3);  review press release and t/c w/Shelnitz re: wording (.7). | Kruger, L. | 4.3 |
| 04/04/2008 | Attention to term sheet including conference calls with Shelnitz, Bernick. | Pasquale, K. | 1.8 |
| 04/04/2008 | O/cs A. Krieger re: plan provision regarding post-petition interest and reviewed draft memo | Speiser, M. | 2.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | and comments re same; o/c L. Kruger and A. Krieger re: interest provision (.7); work on plan issues discussed with A. Krieger (1.4). | | |
| 04/05/2008 | Exchanged memoranda with KP re: status. | Krieger, A. | 0.2 |
| 04/05/2008 | Attention to term sheet issues and emails re: same (.8); telephone conference G. Horowitz re: status (.3). | Pasquale, K. | 1.1 |
| 04/06/2008 | Exchanged memoranda with KP re: Grace agreement on plan term sheet and treatment for unsecured creditors (.7); t/c KP re: same (.4); exchanged memoranda with J. Dolan re: post-petition interest for unsecured creditors (.3). | Krieger, A. | 1.4 |
| 04/06/2008 | Attention to term sheet issues, including telephone conferences G. Horowitz, D. Bernick re: status. | Pasquale, K. | 1.5 |
| 04/07/2008 | Attend to plan-related documents and memoranda to KP re: same (.5); memoranda to S. Cunningham re: investor call (.2); attend investor call re: plan terms agreement (.7); t/c LK re: call (.1); memorandum to LK, KP re: investor call (1.6); exchanged memoranda with S. Cunningham and R. Frezza re: investor call (.2). | Krieger, A. | 3.3 |
| 04/07/2008 | T/Cs w Committee member re: term sheet and debtor/bank debt holder meeting (.5); t/c w/ Committee member re: debtor/bank debt holder meeting (.2); TC w A. Krieger, K. Pasquale re: term sheet (.2). | Kruger, L. | 0.9 |
| 04/07/2008 | Attention to term sheet issues and confer L. Kruger, A. Krieger re: same. | Pasquale, K. | 1.4 |
| 04/07/2008 | Work on plan issues re: plan payments. | Speiser, M. | 1.0 |
| 04/08/2008 | TC w Committee members re: meeting of debtor and bank debt holders (.3); TC w Shelnitz re: debtor meeting w bank debt holders (.2); Conf. A. Krieger, K. Pasquale re: term sheet and issues (.3). | Kruger, L. | 0.8 |
| 04/08/2008 | Attention to issues re: term sheet and confer L. Kruger, A. Krieger re: same. | Pasquale, K. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 04/09/2008 | Work on plan issues re: treatment of unsecured claims; o/c A. Krieger. | Speiser, M. | 0.9 |
| 04/10/2008 | Conference call R. Frezza, J. Dolan re: plan analysis and related matters (.4); attend to treatment analysis (.2); attend to R. Frezza memoranda re: recovery analysis (.1); memorandum to LK, KP re: substance of conversation with R. Frezza (.1). | Krieger, A. | 0.8 |
| 04/10/2008 | T/c  w K. Pasquale re: term sheet. | Kruger, L. | 0.1 |
| 04/10/2008 | Work on plan issues re: payment of post-petition interest. | Speiser, M. | 1.3 |
| 04/11/2008 | Attend to new Capstone recovery analysis (1.6); memoranda to R. Frezza re: analysis (.1); t/c LK, A. Rosenberg re: 4/14/08 meeting (.2). | Krieger, A. | 1.9 |
| 04/11/2008 | O/c w A. Krieger and K. Pasquale, and t/c A. Rosenberg re: 4/14/08 meeting. | Kruger, L. | 0.4 |
| 04/11/2008 | Work on post-petition interest plan issues; and o/cs A. Krieger re: issues. | Speiser, M. | 2.8 |
| 04/14/2008 | Reviewing term sheet for Plan of Reorganization and transcript of conference call describing asbestos plaintiff settlement. | Eichler, M. | 0.5 |
| 04/14/2008 | Exchanged memoranda with LK re: 4/16/08 plan meeting (.1); t/c and exchanged memoranda with S. Cunningham re: same (.1). | Krieger, A. | 0.2 |
| 04/15/2008 | O/c LK, KP re: 4/16/08 plan meeting and memorandum to the parties re: attendance (.2); attend to plan meeting agenda (.1). | Krieger, A. | 0.3 |
| 04/15/2008 | O/c w/ K. Pasquale and A. Krieger re: POR term sheet, attention to treatment of unsecureds, and t/c various creditors (1.1); emails and OC w A. Krieger and K. Pasquale re: Libby and POR issues (.4); review interested related case law (.6); o/c w/ A. Krieger, K. Pasquale re: 4/16 POR meeting (.2); review agenda for meeting (.2). | Kruger, L. | 2.5 |
| 04/15/2008 | Confer A. Krieger, L. Kruger re: plan term | Pasquale, K. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | sheet issues (.5); attention to legal issues re: same (1.3). | | |
| 04/15/2008 | Work on plan issues discussed with A. Krieger re: treatment of unsecured claims. | Speiser, M. | 1.4 |
| 04/16/2008 | To K&E to attend plan meeting and attend briefly (1.3); o/c LK re: above and related plan issues (.5). | Krieger, A. | 1.8 |
| 04/16/2008 | Confer L. Kruger, A. Krieger re: term sheet issues. | Pasquale, K. | 0.3 |
| 04/21/2008 | Review letter from Andy Rosenberg (.2); o/c w A. Krieger and K. Pasquale re: Rosenberg letter and response (.3). | Kruger, L. | 0.5 |
| 04/21/2008 | Confer A. Krieger, L. Kruger re: term sheet issues (.2); attention to bank debt holders' letter (.2). | Pasquale, K. | 0.4 |
| 04/22/2008 | Exchanged memoranda with KP re: plan related issues. | Krieger, A. | 0.3 |
| 04/23/2008 | Attention to Capstone's revised analyses. | Pasquale, K. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Eichler, Mark | 0.5 | $ 635 | $ 317.50 |
| Krieger, Arlene G. | 13.6 | 650 | 8,840.00 |
| Kruger, Lewis | 9.5 | 945 | 8,977.50 |
| Pasquale, Kenneth | 10.5 | 775 | 8,137.50 |
| Speiser, Mark A. | 10.3 | 875 | 9,012.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 35,285.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 35,285.00 |
|-----------------------|-------------|

# STROOCK

| RE | Hearings |
|---|---|
| | 699843 0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/01/2008 | Attend PI Estimation trial (4.5); memorandum to J. Baer re: trial transcripts (.1); o/c G. Horowitz re: hearings (.3). | Krieger, A. | 4.9 |
| 04/01/2008 | Attend by telephone the estimation hearing. | Kruger, L. | 3.2 |
| 04/01/2008 | Estimation hearing. | Pasquale, K. | 7.5 |
| 04/06/2008 | Exchanged memoranda with LK, KP re: 4/7/08 hearing. | Krieger, A. | 0.2 |
| 04/07/2008 | O/c KP re: breakfast meeting re: plan issues and today's hearing (.5); attend Grace hearing and Chambers conference and follow up o/c KP re: same (1.5). | Krieger, A. | 2.0 |
| 04/07/2008 | Court hearing re: WRG term sheet. | Pasquale, K. | 1.7 |
| 04/15/2008 | O/c LK, KP re: 4/21 and 4/22 hearings and agenda notice for 4/21/08. | Krieger, A. | 0.3 |
| 04/15/2008 | O/c w/ A. Krieger, K. Pasquale re: hearing and agendas on 4/21, 4/22. | Kruger, L. | 0.3 |
| 04/18/2008 | Attend to memoranda re: ZAI hearing. | Krieger, A. | 0.3 |
| 04/21/2008 | Attend to memoranda re: 4/22/08 ZAI hearings (.1); attend (telephonically) 4/21/08 omnibus hearing re: ELT liability transfer motion, Montana motion for stay pending appeal, other (1.9). | Krieger, A. | 2.0 |
| 04/21/2008 | TConf. w Court re: agenda. | Kruger, L. | 1.1 |
| 04/21/2008 | Prep for and participated in omnibus hearing in Wilmington, DE. | Pasquale, K. | 2.6 |
| 04/22/2008 | Review ZAI-related pleadings for 4/22/08 hearing (1.2); attend ZAI related hearings (2.0); | Krieger, A. | 4.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | prepare memorandum re hearing (.9). | | |
| 04/22/2008 | Emails from A. Krieger and K. Pasquale re: ZAI court hearing. | Kruger, L. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 13.8 | $ 650 | $ 8,970.00 |
| Kruger, Lewis | 4.9 | 945 | 4,630.50 |
| Pasquale, Kenneth | 11.8 | 775 | 9,145.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 22,745.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 22,745.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71506010v1

# STROOCK

| RE | Tax Issues |
|---|---|
| | 699843  0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 04/03/2008 | Memorandum to L. Sinanyan re: real property tax motion inquiry. | Krieger, A. | 0.1 |
| 04/04/2008 | Attend to memorandum from L. Sinanyan, J. Yoden re: real property tax information (.3); exchanged memoranda with J. Dolan re: additional information for real property tax motion (.2); attend to Capstone draft memorandum (.4). | Krieger, A. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.0 | $ 650 | $ 650.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 650.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 650.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 309,545.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 10,143.60 |
| TOTAL BILL | $ 319,689.10 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71506010v1

# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**APRIL 1, 2008 - APRIL 30, 2008**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 30.6 | $ 945 | $    28,917.00 |
| Pasquale, Kenneth | 64.8 | 775 | 50,220.00 |
| Speiser, Mark A. | 12.6 | 875 | 11,025.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Beal, Abigail M. | 67.3 | 440 | 29,612.00 |
| Berg, Madelaine | 10.8 | 650 | 7,020.00 |
| Eichler, Mark | 0.5 | 635 | 317.50 |
| Gutierrez, James S. | 42.4 | 490 | 20,776.00 |
| Krieger, Arlene G. | 224.2 | 650 | 145,730.00 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Holzberg, Ethel H. | 28.4 | 270 | 7,668.00 |
| Mohamed, David | 47.2 | 175 | 8,260.00 |
|  |  |  |  |
| **Sub Total** | **528.8** |  | **$ 309,545.50** |
| **Less 50% Travel** | **(15.0)** |  | **(10,657.50)** |
| **Total** | **513.8** |  | **$ 298,888.00** |

# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**APRIL 1, 2008 - APRIL 30, 2008**

| | | |
|---|---|---|
| Outside Messenger Service | $ | 97.11 |
| Meals | | 125.00 |
| Local Transportation | | 254.90 |
| Long Distance Telephone | | 166.48 |
| Duplicating Costs-in House | | 28.20 |
| O/S Information Services | | 706.14 |
| Word Processing | | 132.00 |
| Facsimile Charges | | 16.00 |
| Travel Expenses - Transportation | | 2,558.17 |
| Travel Expenses - Lodging | | 1,859.62 |
| Travel Expenses - Meals | | 262.82 |
| Westlaw | | 3,937.16 |
| | | |
| **TOTAL** | **$** | **10,143.60** |

# STROOCK

## Disbursement Register

| DATE | May 16, 2008 |
| --- | --- |
| INVOICE NO. | 443178 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through April 30, 2008, including:

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| **Outside Messenger Service** | | |
| 04/01/2008 | UPS L Croston to A Krieger Westin Convention Center Piitsburgh, PA on 3/24/08 | 8.60 |
| 04/07/2008 | VENDOR: UPS; INVOICE#: 0000010X827148; DATE: 04/05/2008; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Mary Lyman  Esq. Navigant Consulting  Inc., 1801 K Street NW, WASHINGTON, DC 20006 Tracking #:1Z10X8270193876007 on 04/02/2008 | 7.30 |
| 04/07/2008 | VENDOR: UPS; INVOICE#: 0000010X827148; DATE: 04/05/2008; FROM ACCTS PAYABLE, , NEW YORK, NY TO Mary Lyman Esq. Navigant Consulting  Inc., , WASHINGTON, DC 20006 Tracking #:1Z10X8270193876007 on 04/02/2008 | 3.89 |
| 04/07/2008 | VENDOR: UPS; INVOICE#: 10X827148-EA4705148; DATE: 4/5/2008 L Croston to A Krieger Pittsburgh, PA on 3/28/08 | 12.56 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/24/08 - 03/26/08; DATE: 04-11-2008; Package handling fee - 3/25/08 | 5.00 |
| 04/14/2008 | VENDOR: UPS; INVOICE#: 0000010X827158; DATE: 04/12/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stacey F. Tate Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270195640258 on 04/04/2008 | 6.72 |
| 04/14/2008 | VENDOR: UPS; INVOICE#: 0000010X827158; DATE: 04/12/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270199056267 on 04/04/2008 | 6.72 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/14/2008 | VENDOR: UPS; INVOICE#: 0000010X827158; DATE: 04/12/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270197432872 on 04/04/2008 | 6.72 |
| 04/14/2008 | VENDOR: UPS; INVOICE#: 0000010X827158; DATE: 04/12/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270198406087 on 04/04/2008 | 9.54 |
| 04/28/2008 | VENDOR: UPS; INVOICE#: 0000010X827178; DATE: 04/26/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stacey F. Tate Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270199727238 on 04/21/2008 | 6.80 |
| 04/28/2008 | VENDOR: UPS; INVOICE#: 0000010X827178; DATE: 04/26/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270198362044 on 04/21/2008 | 6.80 |
| 04/28/2008 | VENDOR: UPS; INVOICE#: 0000010X827178; DATE: 04/26/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270195085457 on 04/21/2008 | 6.80 |
| 04/28/2008 | VENDOR: UPS; INVOICE#: 0000010X827178; DATE: 04/26/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270195213460 on 04/21/2008 | 9.66 |

**Outside Messenger Service Total**     **97.11**

**Meals**

| 04/16/2008 | VENDOR(EE): LKRUGER: 04/14/08 - 04/14/08; DATE: 04-16-2008; Lunch with LK, KP, AK and S. Cunningham, R. Frezza. | 125.00 |

**Meals Total**     **125.00**

**Local Transportation**

| 04/02/2008 | VENDOR: NYC Taxi; Invoice#: 822749; Invoice Date: 03/21/2008; | 28.32 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Voucher #: 812091383; Abigail Beal 03/13/2008 20:04 from 180 MAIDEN LANE MANHATTAN NY to 14 GRAND ST MANHATTAN NY | |
| 04/02/2008 | VENDOR: NYC Taxi; Invoice#: 822749; Invoice Date: 03/21/2008; Voucher #: 812085064; Abigail Beal 03/10/2008 20:45 from 180 MAIDEN LA MANHATTAN NY to 90 BEDFORD ST MANHATTAN NY | 28.32 |
| 04/10/2008 | VENDOR: NYC Taxi; Invoice#: 824534; Invoice Date: 04/04/2008; Voucher #: 812087133; Abigail Beal 03/11/2008 20:33 from 180 MAIDEN LA MANHATTAN NY to 90 BEDFORD ST MANHATTAN NY | 28.32 |
| 04/14/2008 | VENDOR: Petty Cash; INVOICE#: PC041408; DATE: 4/14/2008 - 04/02/08   NY PETTY CASH - A.Krieger | 21.00 |
| 04/16/2008 | VENDOR: NYC Taxi; Invoice#: 825334; Invoice Date: 04/11/2008; Voucher #: 812098055; David Mohamed 03/18/2008 20:27 from 180 MAIDEN LANE MANHATTAN NY to ASTORIA QUEENS NY | 49.74 |
| 04/16/2008 | VENDOR: NYC Taxi; Invoice#: 825334; Invoice Date: 04/11/2008; Voucher #: 812123197; Arlene Krieger 04/04/2008 20:15 from 180 MAIDEN LA MANHATTAN NY to 10 EAST END AVE MANHATTAN NY | 37.50 |
| 04/18/2008 | VENDOR(EE): LKRUGER: 04/14/08 - 04/16/08; DATE: 04-18-2008; parking expenses | 40.20 |
| 04/23/2008 | VENDOR: Petty Cash; INVOICE#: PC042308; DATE: 4/23/2008 - 04/22/08   NY PETTY CASH - A.Krieger | 21.50 |

**Local Transportation Total**                                                          **254.90**

**Long Distance Telephone**

| 04/04/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-032308; DATE: 3/23/2008 - Teleconference  03-18-08 | 34.11 |
| 04/04/2008 | EXTN.5431, TEL.410-531-4212, S.T.10:35, DUR.00:01:36 | 0.94 |
| 04/04/2008 | EXTN.5431, TEL.201-587-7111, S.T.12:44, DUR.00:05:24 | 2.81 |
| 04/04/2008 | EXTN.5431, TEL.312-927-6420, S.T.18:07, DUR.00:01:30 | 0.94 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/04/2008 | EXTN.5431, TEL.302-571-6699, S.T.18:15, DUR.00:00:36 | 0.47 |
| 04/04/2008 | EXTN.5475, TEL.302-657-4938, S.T.15:53, DUR.00:03:54 | 1.88 |
| 04/04/2008 | EXTN.5544, TEL.206-399-9847, S.T.16:54, DUR.00:00:42 | 0.47 |
| 04/04/2008 | EXTN.5544, TEL.206-399-9847, S.T.18:41, DUR.00:03:30 | 1.88 |
| 04/06/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-040608; DATE: 4/6/2008 - Teleconference        04-02-08 | 8.33 |
| 04/06/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-040608; DATE: 4/6/2008 - Teleconference        04-03-08 | 27.56 |
| 04/06/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-040608; DATE: 4/6/2008 - Teleconference        04-04-08 | 13.65 |
| 04/08/2008 | EXTN.5562, TEL.302-252-4361, S.T.17:35, DUR.00:03:42 | 1.88 |
| 04/09/2008 | EXTN.5431, TEL.973-424-2000, S.T.12:03, DUR.00:04:48 | 2.35 |
| 04/09/2008 | EXTN.5544, TEL.201-587-7123, S.T.11:49, DUR.00:08:12 | 4.22 |
| 04/10/2008 | EXTN.5562, TEL.973-424-2031, S.T.13:20, DUR.00:00:24 | 0.47 |
| 04/11/2008 | EXTN.5431, TEL.410-531-4212, S.T.16:22, DUR.00:00:18 | 0.47 |
| 04/11/2008 | EXTN.5544, TEL.973-424-2031, S.T.16:16, DUR.00:04:12 | 2.35 |
| 04/13/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-041308; DATE: 4/13/2008 - Teleconference    04-10-08 | 57.48 |
| 04/15/2008 | EXTN.5431, TEL.201-587-7111, S.T.11:20, DUR.00:05:12 | 2.81 |
| 04/21/2008 | EXTN.5544, TEL.201-587-7144, S.T.14:27, DUR.00:00:30 | 0.47 |
| 04/29/2008 | EXTN.5475, TEL.302-657-4938, S.T.16:18, DUR.00:00:42 | 0.47 |
| 04/30/2008 | EXTN.5544, TEL.973-912-2059, S.T.16:40, DUR.00:01:00 | 0.47 |

**Long Distance Telephone Total**  166.48

**Duplicating Costs-in House**
04/01/2008                                                                                       0.60

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 04/01/2008 | | 0.80 |
| 04/02/2008 | | 4.70 |
| 04/02/2008 | | 0.60 |
| 04/08/2008 | | 0.20 |
| 04/09/2008 | | 1.80 |
| 04/09/2008 | | 1.40 |
| 04/11/2008 | | 1.60 |
| 04/16/2008 | | 0.20 |
| 04/16/2008 | | 0.40 |
| 04/22/2008 | | 0.30 |
| 04/25/2008 | | 0.10 |
| 04/30/2008 | | 2.10 |
| 04/30/2008 | | 13.40 |
| | **Duplicating Costs-in House Total** | **28.20** |

**O/S Information Services**

| 04/23/2008 | VENDOR: Chase Card Services; INVOICE#: 040208; DATE: 4/2/2008  -  visa charge 3/21/08 Court Call LLC | 109.50 |
|------|-------------|-------:|
| 04/28/2008 | Pacer Search Service on 2/29/2008 | 0.72 |
| 04/28/2008 | Pacer Search Service on 3/20/2008 | 0.08 |
| 04/28/2008 | Pacer Search Service on 2/28/2008 | 1.28 |
| 04/28/2008 | Pacer Search Service on 2/29/2008 | 0.88 |
| 04/28/2008 | Pacer Search Service on 1/3/2008 | 0.40 |
| 04/28/2008 | Pacer Search Service on 1/2/2008 | 4.80 |
| 04/28/2008 | Pacer Search Service on 1/3/2008 | 5.76 |
| 04/28/2008 | Pacer Search Service on 1/4/2008 | 1.36 |
| 04/28/2008 | Pacer Search Service on 1/6/2008 | 2.40 |
| 04/28/2008 | Pacer Search Service on 1/8/2008 | 25.44 |
| 04/28/2008 | Pacer Search Service on 1/10/2008 | 7.76 |
| 04/28/2008 | Pacer Search Service on 1/11/2008 | 2.80 |
| 04/28/2008 | Pacer Search Service on 1/13/2008 | 4.48 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/2008 | Pacer Search Service on 1/14/2008 | 13.52 |
| 04/28/2008 | Pacer Search Service on 1/15/2008 | 2.96 |
| 04/28/2008 | Pacer Search Service on 1/15/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 1/17/2008 | 2.24 |
| 04/28/2008 | Pacer Search Service on 1/18/2008 | 0.64 |
| 04/28/2008 | Pacer Search Service on 1/22/2008 | 8.40 |
| 04/28/2008 | Pacer Search Service on 1/22/2008 | 19.68 |
| 04/28/2008 | Pacer Search Service on 1/23/2008 | 7.12 |
| 04/28/2008 | Pacer Search Service on 1/24/2008 | 3.20 |
| 04/28/2008 | Pacer Search Service on 1/25/2008 | 6.08 |
| 04/28/2008 | Pacer Search Service on 1/28/2008 | 14.96 |
| 04/28/2008 | Pacer Search Service on 1/29/2008 | 4.16 |
| 04/28/2008 | Pacer Search Service on 1/30/2008 | 0.56 |
| 04/28/2008 | Pacer Search Service on 1/30/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 1/31/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 2/1/2008 | 4.56 |
| 04/28/2008 | Pacer Search Service on 2/4/2008 | 0.08 |
| 04/28/2008 | Pacer Search Service on 2/5/2008 | 7.60 |
| 04/28/2008 | Pacer Search Service on 2/6/2008 | 0.40 |
| 04/28/2008 | Pacer Search Service on 2/7/2008 | 2.40 |
| 04/28/2008 | Pacer Search Service on 2/8/2008 | 22.56 |
| 04/28/2008 | Pacer Search Service on 2/11/2008 | 8.72 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/2008 | Pacer Search Service on 2/11/2008 | 26.64 |
| 04/28/2008 | Pacer Search Service on 2/12/2008 | 2.72 |
| 04/28/2008 | Pacer Search Service on 2/12/2008 | 6.72 |
| 04/28/2008 | Pacer Search Service on 2/13/2008 | 2.40 |
| 04/28/2008 | Pacer Search Service on 2/14/2008 | 5.04 |
| 04/28/2008 | Pacer Search Service on 2/15/2008 | 1.12 |
| 04/28/2008 | Pacer Search Service on 2/19/2008 | 13.84 |
| 04/28/2008 | Pacer Search Service on 2/21/2008 | 3.36 |
| 04/28/2008 | Pacer Search Service on 2/21/2008 | 3.04 |
| 04/28/2008 | Pacer Search Service on 2/22/2008 | 5.44 |
| 04/28/2008 | Pacer Search Service on 2/25/2008 | 12.64 |
| 04/28/2008 | Pacer Search Service on 2/26/2008 | 1.52 |
| 04/28/2008 | Pacer Search Service on 2/27/2008 | 6.40 |
| 04/28/2008 | Pacer Search Service on 2/28/2008 | 2.08 |
| 04/28/2008 | Pacer Search Service on 2/29/2008 | 14.80 |
| 04/28/2008 | Pacer Search Service on 2/29/2008 | 2.48 |
| 04/28/2008 | Pacer Search Service on 3/4/2008 | 27.44 |
| 04/28/2008 | Pacer Search Service on 3/5/2008 | 21.36 |
| 04/28/2008 | Pacer Search Service on 3/7/2008 | 3.44 |
| 04/28/2008 | Pacer Search Service on 3/7/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 3/10/2008 | 0.32 |
| 04/28/2008 | Pacer Search Service on 3/10/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 3/11/2008 | 6.40 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/2008 | Pacer Search Service on 3/11/2008 | 0.64 |
| 04/28/2008 | Pacer Search Service on 3/11/2008 | 2.16 |
| 04/28/2008 | Pacer Search Service on 3/12/2008 | 4.64 |
| 04/28/2008 | Pacer Search Service on 3/12/2008 | 2.40 |
| 04/28/2008 | Pacer Search Service on 3/14/2008 | 10.40 |
| 04/28/2008 | Pacer Search Service on 3/17/2008 | 9.68 |
| 04/28/2008 | Pacer Search Service on 3/18/2008 | 64.08 |
| 04/28/2008 | Pacer Search Service on 3/19/2008 | 10.56 |
| 04/28/2008 | Pacer Search Service on 3/20/2008 | 1.28 |
| 04/28/2008 | Pacer Search Service on 3/20/2008 | 5.12 |
| 04/28/2008 | Pacer Search Service on 3/20/2008 | 0.08 |
| 04/28/2008 | Pacer Search Service on 3/21/2008 | 0.40 |
| 04/28/2008 | Pacer Search Service on 3/21/2008 | 0.24 |
| 04/28/2008 | Pacer Search Service on 3/21/2008 | 0.56 |
| 04/28/2008 | Pacer Search Service on 3/24/2008 | 5.68 |
| 04/28/2008 | Pacer Search Service on 3/25/2008 | 0.40 |
| 04/28/2008 | Pacer Search Service on 3/25/2008 | 2.40 |
| 04/28/2008 | Pacer Search Service on 3/26/2008 | 2.40 |
| 04/28/2008 | Pacer Search Service on 3/28/2008 | 5.92 |
| 04/28/2008 | Pacer Search Service on 3/31/2008 | 3.44 |
| 04/28/2008 | Pacer Search Service on 1/8/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 1/24/2008 | 0.16 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/28/2008 | Pacer Search Service on 1/30/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 2/8/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 2/15/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 3/4/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 3/11/2008 | 13.28 |
| 04/28/2008 | Pacer Search Service on 2/5/2008 | 2.40 |
| 04/28/2008 | Pacer Search Service on 3/10/2008 | 2.64 |
| 04/28/2008 | Pacer Search Service on 1/3/2008 | 2.40 |
| 04/28/2008 | Pacer Search Service on 1/14/2008 | 2.40 |
| 04/28/2008 | Pacer Search Service on 1/23/2008 | 1.84 |
| 04/28/2008 | Pacer Search Service on 1/25/2008 | 0.88 |
| 04/28/2008 | Pacer Search Service on 1/28/2008 | 0.24 |
| 04/28/2008 | Pacer Search Service on 1/28/2008 | 0.48 |
| 04/28/2008 | Pacer Search Service on 1/28/2008 | 9.92 |
| 04/28/2008 | Pacer Search Service on 1/29/2008 | 6.56 |
| 04/28/2008 | Pacer Search Service on 1/31/2008 | 12.72 |
| 04/28/2008 | Pacer Search Service on 1/31/2008 | 2.56 |
| 04/28/2008 | Pacer Search Service on 2/1/2008 | 31.84 |
| 04/28/2008 | Pacer Search Service on 2/8/2008 | 0.80 |
| 04/28/2008 | Pacer Search Service on 2/28/2008 | 0.32 |
| 04/28/2008 | Pacer Search Service on 2/29/2008 | 0.16 |
| 04/28/2008 | Pacer Search Service on 3/5/2008 | 0.48 |
| 04/28/2008 | Pacer Search Service on 3/11/2008 | 2.40 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/28/2008 | Pacer Search Service on 3/11/2008 | 2.64 |
| 04/28/2008 | Pacer Search Service on 3/12/2008 | 1.04 |
| 04/28/2008 | Pacer Search Service on 1/28/2008 | 7.20 |
| | **O/S Information Services Total** | **706.14** |

**Facsimile Charges**

| | | |
|---|---|---|
| 04/01/2008 | Fax # 412-227-4500 | 16.00 |
| | **Facsimile Charges Total** | **16.00** |

**Travel Expenses - Transportation**

| | | |
|---|---|---|
| 04/01/2008 | VENDOR: Arlene G. Krieger; INVOICE#: AK031008; DATE: 4/1/2008 - 03/03 - 03/04  Business trip to Washington, DC - cabfares | 47.00 |
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE LGA PIT LGA on 03/23/08, 3/26/08. | 209.00 |
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE on 03/06/2008 | 32.25 |
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE LGA PIT LGA on 03/24/08 | 160.00 |
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE on 03/19/2008 | 32.25 |
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE LGA PIT LGA on 4/6/08, 4/8/08 | 239.00 |
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE on 03/24/2008 | 32.25 |
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE LGA PIT on 03/30/2008 | 164.50 |
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE PIT LGA on 04/1/08 | 144.50 |
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH EWR PIT EWR | 539.00 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/02/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH on 03/28/2008 | 32.25 |
| 04/09/2008 | VENDOR(EE): KPASQUALE: 04/06/08 - 04/07/08; DATE: 04-09-2008; Taxis re Pittsburgh hearing | 211.50 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/24/08 - 03/26/08; DATE: 04-11-2008; Taxi from LaGuardia-home $28.40 (4.60 tip) - 3/26/08 | 33.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/30/08 - 04/01/08; DATE: 04-11-2008; Taxi fare $24.50 ($4.50 toll, $4.00 tip) - 3/30/08 | 33.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/24/08 - 03/26/08; DATE: 04-11-2008; Taxi fare to LaGuardia Airport $26.25 (3.75 tip)  - 3/24/08 | 30.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 04/06/08 - 04/07/08; DATE: 04-11-2008; Taxi fare to LaGuardia $22.50 (5.00 toll, 5.50 tip) - April 6, 2008 | 33.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/24/08 - 03/26/08; DATE: 04-11-2008; Taxi fare - 3/26/08 | 44.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 04/06/08 - 04/07/08; DATE: 04-11-2008; Taxi fare, Pittsburgh Airport  -  April 7, 2008 | 70.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 04/06/08 - 04/07/08; DATE: 04-11-2008; Taxi fare from LaGuardia home 22.70 (4.15 toll, 5.15 tip) - April 7, 2008 | 32.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/30/08 - 04/01/08; DATE: 04-11-2008; Taxi fare from LaGuardia - home $20.60 ($4.50 toll, $4.90 tip) - 4/1/08 | 30.00 |
| 04/16/2008 | VENDOR: Elite Taxi; Invoice#: 1298974; Invoice Date: 03/07/2008; Voucher #: 8030303304; Arlene Krieger 03/03/2008 15:25 from 180 MAIDEN LN MANHATTAN NY to 400 W. 33 ST MANHATTAN NY | 33.42 |
| 04/16/2008 | VENDOR(EE): KPASQUALE: 03/30/08 - 04/01/08; DATE: 04-16-2008; Taxis re Pittsburgh hearings | 233.00 |
| 04/23/2008 | VENDOR(EE): KPASQUALE: 04/21/08 - 04/21/08; DATE: 04-23-2008; Tolls and Mileage for trip to Wilmington, DE | 137.25 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/23/2008 | VENDOR(EE): KPASQUALE: 04/21/08 - 04/21/08; DATE: 04-23-2008; Parking expense | 6.00 |

**Travel Expenses - Transportation Total**     **2,558.17**

**Travel Expenses - Lodging**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/01/2008 | VENDOR: Arlene G. Krieger; INVOICE#: AK031008; DATE: 4/1/2008  -  03/03 - 03/04   Business trip to Washington, DC - hotel | 360.68 |
| 04/09/2008 | VENDOR(EE): KPASQUALE: 04/06/08 - 04/07/08; DATE: 04-09-2008; Hotel in Pittsburgh hearing | 241.30 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/30/08 - 04/01/08; DATE: 04-11-2008; Westin hotel - 3/30/08 | 175.67 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/24/08 - 03/26/08; DATE: 04-11-2008; 2 Nights at Westin Hotel - 3/24 & 3/25/08 | 362.52 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/30/08 - 04/01/08; DATE: 04-11-2008; Westin hotel - 3/31/08 | 175.67 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 04/06/08 - 04/07/08; DATE: 04-11-2008; Westin Hotel - April. 6, 2008 | 181.26 |
| 04/16/2008 | VENDOR(EE): KPASQUALE: 03/30/08 - 04/01/08; DATE: 04-16-2008; Hotel expenses 3/30/08 & 3/31/08 re: Pittsburgh hearings. | 362.52 |

**Travel Expenses - Lodging Total**     **1,859.62**

**Travel Expenses - Meals**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/01/2008 | VENDOR: Arlene G. Krieger; INVOICE#: AK031008; DATE: 4/1/2008  -  03/03 - 03/04   Business trip to Washington, DC - meals (2 dinners and 1 breakfast). | 73.78 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 04/06/08 - 04/07/08; DATE: 04-11-2008; Dinner at hotel - 4/6/08 | 33.14 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 04/06/08 - 04/07/08; DATE: 04-11-2008; Bottled water - 4/7/08 | 2.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/24/08 - 03/26/08; DATE: 04-11-2008; Dinner at airport - 3/26/08 | 24.33 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/24/08 - 03/26/08; DATE: 04-11-2008; Breakfast - 3/26/08 | 10.33 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/24/08 - 03/26/08; DATE: 04-11-2008; Breakfast - 3/25/08 | 15.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/24/08 - 03/26/08; DATE: 04-11-2008; Dinner - 3/25/08 | 50.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/30/08 - 04/01/08; DATE: 04-11-2008; Breakfast at hotel - 3/31/08 | 15.00 |
| 04/11/2008 | VENDOR(EE): AKRIEGER: 03/30/08 - 04/01/08; DATE: 04-11-2008; Dinner at hotel - $39.24 - 3/30/08 | 39.24 |
| | **Travel Expenses - Meals Total** | **262.82** |

**Westlaw**

| | | |
|------|-------------|--------|
| 04/01/2008 | Transactional Search by Beal, Abigail M. | 122.01 |
| 04/03/2008 | Duration 0:03:40; by Gutierrez, James S. | 322.57 |
| 04/04/2008 | Transactional Search by Beal, Abigail M. | 143.31 |
| 04/06/2008 | Transactional Search by Gutierrez, James S. | 57.32 |
| 04/07/2008 | Transactional Search by Gutierrez, James S. | 28.66 |
| 04/09/2008 | Transactional Search by Pasquale, Kenneth | 625.17 |
| 04/11/2008 | Duration 0:06:28; by Gutierrez, James S. | 117.39 |
| 04/14/2008 | Duration 0:03:18; by Gutierrez, James S. | 109.69 |
| 04/15/2008 | Transactional Search by Krieger, Arlene G. | 57.32 |
| 04/15/2008 | Duration 0:02:50; by Gutierrez, James S. | 26.95 |
| 04/16/2008 | Transactional Search by Krieger, Arlene G. | 14.33 |
| 04/17/2008 | Transactional Search by Gutierrez, James S. | 214.96 |
| 04/18/2008 | Transactional Search by Krieger, Arlene G. | 42.99 |
| 04/18/2008 | Transactional Search by Beal, Abigail M. | 259.74 |
| 04/21/2008 | Duration 0:05:17; by Gutierrez, James S. | 154.83 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 04/21/2008 | Transactional Search by Beal, Abigail M. | 152.86 |
| 04/22/2008 | Duration 0:29:33; by Gutierrez, James S. | 579.26 |
| 04/24/2008 | Transactional Search by Beal, Abigail M. | 257.95 |
| 04/25/2008 | Transactional Search by Beal, Abigail M. | 277.85 |
| 04/28/2008 | Transactional Search by Krieger, Arlene G. | 86.78 |
| 04/28/2008 | Transactional Search by Beal, Abigail M. | 270.89 |
| 04/29/2008 | Transactional Search by Krieger, Arlene G. | 14.33 |
| **Westlaw Total** | | **3,937.16** |

**Word Processing - Logit**

| | | |
|------|---|------|
| 04/01/2008 | | 48.00 |
| 04/05/2008 | | 36.00 |
| 04/05/2008 | | 42.00 |
| 04/06/2008 | | 6.00 |
| **Word Processing - Logit Total** | | **132.00** |

# STROOCK

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 97.11 |
| Meals | 125.00 |
| Local Transportation | 254.90 |
| Long Distance Telephone | 166.48 |
| Duplicating Costs-in House | 28.20 |
| O/S Information Services | 706.14 |
| Word Processing | 132.00 |
| Facsimile Charges | 16.00 |
| Travel Expenses - Transportation | 2558.17 |
| Travel Expenses - Lodging | 1859.62 |
| Travel Expenses - Meals | 262.82 |
| Westlaw | 3937.16 |

| TOTAL DISBURSEMENTS/CHARGES | $ 10,143.60 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71506010v1