# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**MAY 1, 2008 - MAY 31, 2008**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 9.2 | $ 6,337.50 |
| 0013 | Business Operations | 0.3 | 195.00 |
| 0014 | Case Administration | 44.8 | 12,482.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 0.4 | 260.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 80.7 | 45,514.50 |
| 0018 | Fee Application, Applicant | 43.8 | 20,898.50 |
| 0019 | Creditor Inquiries | 0.8 | 582.50 |
| 0020 | Fee Application, Others | 5.4 | 2,655.00 |
| 0021 | Employee Benefits, Pension | 0.9 | 585.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 55.7 | 34,407.50 |
| 0036 | Plan and Disclosure Statement | 20.3 | 13,321.00 |
| 0037 | Hearings | 4.5 | 2,925.00 |
| 0040 | Employment Applications - Others | 0.8 | 520.00 |
| | | | |
| | | | |
| | | | |
| | **Total** | **267.6** | **$ 140,683.50** |
| | **Credit Applied from Overpayment of March Invoice # 440453** | | **-2,000.00** |
| | **Amount due** | | **$ 138,683.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | June 24, 2008 |
| INVOICE NO. | 445949 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through May 31, 2008, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2008 | Memorandum from J. Restivo re: PD claims settlements and status of ZAI Mediation. | Krieger, A. | 0.1 |
| 05/02/2008 | Memorandum to J. Restivo re: PD claims settlement information. | Krieger, A. | 0.2 |
| 05/02/2008 | Review ZAI pleadings. | Kruger, L. | 0.2 |
| 05/02/2008 | Attention to ZAI pleadings and Montana appeal papers. | Pasquale, K. | 0.5 |
| 05/06/2008 | Attend to orders, appellate documents re: Montana stay appeal, Grace's leave to appeal, amending complaint (.6); attend to appellate documents re: Debtors' and Montana's separate appeals of order denying expansion of preliminary injunction and reply re: leave to appeal (.4). | Krieger, A. | 1.0 |
| 05/08/2008 | Review memo from A. Krieger re: 5/15 meeting and supplemental memo re: Libby and | Kruger, L. | 0.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Montana (.3);  oc w A. Krieger re: 5/15 meeting, review memo re: ZAI settlement and Speight's mediation settlement (.5). | | |
| 05/19/2008 | Attend to ZAI related response filed. | Krieger, A. | 1.3 |
| 05/22/2008 | Attend to Libby claimant's reply in support of leave to appeal decision enjoining action against BNSF and related pleadings. | Krieger, A. | 0.6 |
| 05/23/2008 | Attend to Canadian ZAI Claimants' opposition to motion to dismiss (.7); attend to Grace's opposition to Libby claimants (.8); attend to Grace's motion for leave to appeal order denying expansion of injunction for actions against State of Montana (.9); attend to Libby Claimants' appellate designations, issue statements in BNSF and Montana Injunction decisions (.2). | Krieger, A. | 2.6 |
| 05/26/2008 | Attend to Debtors Amended ZAI Bar date pleadings. | Krieger, A. | 0.6 |
| 05/28/2008 | Attend to PD Committee's motion for partial continuance of ZAI Bar Date hearing, Canadian ZAI Claimants' joinder and court's order denying same. | Krieger, A. | 0.5 |
| 05/29/2008 | Attend to Court's memorandum opinion re Anderson Memorial class certification motion (.7); attend to Everest Reinsurance and Mt McKinley Insurance Cos statement re Libby Site Agreement (.1). | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 7.7 | $ 650 | $ 5,005.00 |
| Kruger, Lewis | 1.0 | 945 | 945.00 |
| Pasquale, Kenneth | 0.5 | 775 | 387.50 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 6,337.50 | |

| TOTAL FOR THIS MATTER | $ 6,337.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71570725v1

# STROOCK

| RE | Business Operations |
|----|---------------------|
|    | 699843  0013        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/13/2008 | Exchanged memoranda with R. Dawson re: letter of credit draw (.2); memorandum to J. Dolan re: same (.1). | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.3 | $ 650 | $ 195.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 195.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 195.00 |
|-----------------------|----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71570725v1

# STROOCK

| RE | Case Administration |
|---|---|
| | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2008 | Prepare response to Fee Auditor's initial report to SSL's 27th quarterly fee application. | Krieger, A. | 2.4 |
| 05/02/2008 | Exchanged memoranda with H. Kretzer re: estimation documentation. | Krieger, A. | 0.1 |
| 05/02/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); retrieve and distribute recently filed pleadings re: adv. pro. case docket nos. 01-771 and 05-52724 (.5). | Mohamed, D. | 1.4 |
| 05/05/2008 | Reviewed legal docket to update status (1.3); retrieved and reviewed documents and distributed same (1.2). | Holzberg, E. | 2.5 |
| 05/06/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.9). | Mohamed, D. | 1.2 |
| 05/07/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case docket nos. 04-55083 and 05-52724 (.3); retrieve and distribute recently filed pleadings re: adv. pro. case no. 01-771 (.6); obtain certain pleadings for attorney review (.5); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 2.5 |
| 05/08/2008 | Review and update case docket no. 01-1139 (.3); review case file documents (.8); retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 1.7 |
| 05/09/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.3 |
| 05/09/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); retrieve and distribute recently filed pleadings re: adv. pro. case no. 07-771 (.4); review adv. pro. case docket nos. 04-55083 and 05-52724 (.3); | Mohamed, D. | 1.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | review court of appeals case docket no. 08-2069 (.2). | | |
| 05/13/2008 | Reviewed legal docket to update status (1.2); reviewed and distributed documents (.7). | Holzberg, E. | 1.9 |
| 05/16/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.5 |
| 05/16/2008 | Attend to memorandum from B. Ruhlander re: additional inquiries on hotel expenses and response to Ms. Ruhlander. | Krieger, A. | 0.2 |
| 05/19/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.3 |
| 05/19/2008 | Attend to further information sought by Fee Auditor and preparation of supplemental response (2.8); exchanged memoranda with KP re: same (.1); memoranda to B. Ruhlander, W. Smith re: supplemental response to Fee Auditor's additional inquiries regarding 27th quarterly (.2). | Krieger, A. | 3.1 |
| 05/19/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.9); retrieve certain pleadings for attorney review (.6); retrieve and distribute recently filed pleadings re adv. pro. case docket no. 01-771 (.4); review adv. pro. case docket nos. 04-55083 and 05-52724 (.3); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 2.8 |
| 05/19/2008 | Attention to draft response to fee auditor. | Pasquale, K. | 0.2 |
| 05/20/2008 | Reviewed legal docket to update status. | Holzberg, E. | 0.8 |
| 05/20/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); obtain certain pleadings for attorney review (.5). | Mohamed, D. | 1.4 |
| 05/21/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.5); review court of appeals case docket no. 08-2069 (.2); review case file documents (1.1); retrieve certain documents for attorney | Mohamed, D. | 3.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | review (.7). | | |
| 05/22/2008 | Review and update case docket no. 01-1139 (.5); retrieve and distribute recently filed pleadings in main case (.6); prepare certain pleadings for attorney review (.6). | Mohamed, D. | 1.7 |
| 05/23/2008 | O/c EH re: court call arrangements for 6/2/08 hearing (.1); review documentation and exchanged memoranda and t/cs with D. Mohamed requesting certain documents (.4). | Krieger, A. | 0.5 |
| 05/23/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.4); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); review court of appeals case docket no. 08-2069 (.2); obtain certain documents for attorney review (.8). | Mohamed, D. | 2.1 |
| 05/27/2008 | Attend to arrangements for 6/2/08 hearing (.3); exchanged memoranda with LK, KP re: Fee Auditor's response to SSL's 27th quarterly (.1); t/c and follow-up exchange of memoranda with R. Ruhlander re: expense reimbursement matter (.3). | Krieger, A. | 0.7 |
| 05/27/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.4). | Mohamed, D. | 0.7 |
| 05/28/2008 | Attend to Court call arrangements for 6/2/08 hearings (.1); exchanged memoranda with DM re: requesting additional Judge Fitzgerald hearing transcripts (.2); exchanged memoranda with B. Ruhlander re: expense reimbursement matter (.1). | Krieger, A. | 0.4 |
| 05/28/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.3); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); retrieve certain documents for attorney review (.9); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 3.2 |
| 05/29/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed | Mohamed, D. | 1.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (.9). | | |
| 05/30/2008 | Attend to obtaining transcript for attorney review. | Holzberg, E. | 0.3 |
| 05/30/2008 | Memorandum to B. Ruhlander and memorandum to LK, KP re: Fee Auditor's response to reimbursement inquiry. | Krieger, A. | 0.2 |
| 05/30/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.8); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); research regarding documents sought by attorney (.7); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 2.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 9.6 | $ 270 | $ 2,592.00 |
| Krieger, Arlene G. | 7.6 | 650 | 4,940.00 |
| Mohamed, David | 27.4 | 175 | 4,795.00 |
| Pasquale, Kenneth | 0.2 | 775 | 155.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,482.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 12,482.00 |
|-----------------------|-------------|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|---|---|
| | 699843  0015 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/06/2008 | Memorandum to J. Baer re: memorandum on creditor inquiry (.2); exchanged memoranda with creditor, J. Baer re: Debtors' position on claim (.2). | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.4 | $ 650 | $ 260.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 260.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 260.00 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843 0017 |
|----|---------------------------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/01/2008 | Conduct follow up research regarding interest issues for A. Krieger (2.6); research caselaw for postpetition interest issues (2.4); incorporate comments to A. Krieger memo (1.1). | Beal, A. | 6.1 |
| 05/01/2008 | Memorandum to the Committee re: meeting to address the Libby Site Settlement and restitution issues (.7); t/c C. Freedgood re: meeting (.1); attend to memorandum re: Government joinder on Libby Settlement (1.9); attend to memoranda from Committee members re: Libby Site Settlement meeting (.2). | Krieger, A. | 2.9 |
| 05/02/2008 | Review memo regarding postpetition interest and committee issues (2.8); incorporate changes into memo (1.1); conduct additional research regarding same (1.1); check citations in same (.9). | Beal, A. | 5.9 |
| 05/02/2008 | Exchanged memoranda with Committee member re: Libby Site Settlement meeting (.1); attend to memorandum re: Libby Site Settlement and Government's joinder requesting settlement approval (3.4); attend to plan issues (2.9). | Krieger, A. | 6.4 |
| 05/05/2008 | Revise committee memo regarding postpetition interest issues (3.1); conduct additional research as per A. Krieger (.7). | Beal, A. | 3.8 |
| 05/05/2008 | Exchanged memoranda with R. Frezza re: comments on memo (.1); attend to memoranda re: plan treatment (5.8); t/c R. Frezza, J. Dolan re: comments on Committee memorandum (.7). | Krieger, A. | 6.6 |
| 05/06/2008 | Conf call Grace representatives and o/c LK, KP re: pending matters (.5); attend to revisions to | Krieger, A. | 5.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memorandum re: plan treatment (1.6); memorandum to the Committee re: Libby Site settlement meeting (.4); memorandum to the Committee re: Libby Site Settlement (2.8). | | |
| 05/06/2008 | OC w A. Krieger and K. Pasquale, and TC debtor and debtor professionals re status, upcoming court hearing, PD and related matters. | Kruger, L. | 0.4 |
| 05/06/2008 | Conference call with debtors, professionals re: status. | Pasquale, K. | 0.5 |
| 05/07/2008 | Exchanged memoranda with M. Berg re: comments to Committee memo re: government's joinder for approval of Libby Site Settlement (.2); memoranda to Committee member re: 5/16/08 meeting (.1); o/c LK re: Libby Site/restitution meeting (.1); attend to Committee memo re: Libby site Settlement information (.2); attend to memorandum re: Montana settlement (.9); o/c LK re: further change in Libby Site, restitution meeting and conf call with KP re: same (.2); memorandum to the Committee re: proposed meeting on Libby Site/restitution issues and exchanged memoranda with members thereon (.6); exchanged memoranda with JG re: same (.2). | Krieger, A. | 2.5 |
| 05/08/2008 | Exchanged memoranda with Committee members re: 5/15/08 meeting (.3); memorandum to LK, KP re: 5/15/08 meeting and supplemental memorandum on Libby Site and Montana's settlements (.4); memorandum to the Committee re: confirming 5/15/08 meeting (.2); attend to memorandum to the Committee re: Speights' claims mediation and ZAI settlement discussions (1.5); memorandum to the Committee re: supplemental memorandum re: Libby Site settlements (.4); o/c LK re: 5/15/08 meeting logistics (.1); attend to Committee memo re: Mian Realty motion (2.6). | Krieger, A. | 5.5 |
| 05/09/2008 | T/c B. Katchen re: Libby settlement and interest issues (.3); attend to revised recovery analyses (.2). | Krieger, A. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/12/2008 | Memo to AB re: plan issue research (.1); conf call R. Frezza, J. Dolan re: Libby Site meeting and issues (.5); t/c B. Katchen re: Libby Site question (.1); memorandum to the Committee re: 5/15/08 meeting (.2). | Krieger, A. | 0.9 |
| 05/13/2008 | Attention to criminal proceeding status and restitution issues in advance of 5/15 meeting. | Pasquale, K. | 0.8 |
| 05/14/2008 | Memorandum to J. Cohen re: restitution issues. | Krieger, A. | 0.3 |
| 05/14/2008 | Review A. Krieger memo re: interest issues (.3); OC w/ A. Krieger re: conf. call and memo to creditors' counsel (.2). | Kruger, L. | 0.5 |
| 05/15/2008 | Exchanged memoranda with Committee member re: meeting (.1); memorandum to W. Katchen re: meeting information (.1); attend to memorandum to the Committee re: pending matters (1.7). | Krieger, A. | 1.9 |
| 05/15/2008 | Review restitution issue (.4) and OC w K. Pasquale re: results of restitution meeting (.3). | Kruger, L. | 0.7 |
| 05/18/2008 | Attend to memorandum to the Committee re: Debtors' objection to Mian Realty motion. | Krieger, A. | 0.4 |
| 05/19/2008 | Attend to memorandum to the Committee re: Mian's motion and Debtors' objection, other pending matters (.9); exchanged memoranda with J. Baer and KP re: call with Grace representatives (.1); attend to memorandum re: ZAI settlement status (.5). | Krieger, A. | 1.5 |
| 05/20/2008 | Attend to Committee memorandum re: Mian Realty motion and Debtors' objection thereto. | Krieger, A. | 0.9 |
| 05/22/2008 | Review memo re: restitution meeting. | Kruger, L. | 0.4 |
| 05/23/2008 | O/c G. Sasson re: research on relevant rulings by the court (.3); attend to Committee memorandum re: pending matters (.8). | Krieger, A. | 1.1 |
| 05/23/2008 | Emails and TCs w creditor's counsel re: interest issues (.3);  emails and TCs w K. Pasquale re: same (.2). | Kruger, L. | 0.5 |
| 05/23/2008 | Met with Arlene Krieger to discuss assignment and began research re: Court ruling. | Sasson, G. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/27/2008 | O/c LK re plan issues (.1); memorandum re plan issues (.2); attend to Committee memo re pending issues (2.3). | Krieger, A. | 2.6 |
| 05/27/2008 | OC w K. Pasquale and A. Krieger, and TC w Grace management and professionals re: 6/2/08 agenda, POR issues (.5) and OC w  K. Pasquale and A. Krieger re: same (.2); oc w/ A. Krieger re: POR issues (.1); review memo to committee re pending issues (.3). | Kruger, L. | 1.1 |
| 05/27/2008 | Conference call with debtors, professionals re: status. | Pasquale, K. | 0.5 |
| 05/27/2008 | Conducted research on rulings by the court. | Sasson, G. | 1.7 |
| 05/28/2008 | Memorandum to the Committee re: June 2 hearing (1.4); o/cs G. Sasson re: rulings by the court (.5); attend to case law (.9). | Krieger, A. | 2.8 |
| 05/28/2008 | Review memo to committee re: June 2 hearing (.3); review Judge Fitzgerald's comments on plan issues (.6). | Kruger, L. | 0.9 |
| 05/28/2008 | Attention to draft memo to committee re PPI issues. | Pasquale, K. | 0.6 |
| 05/28/2008 | Met with A. Krieger re: research and preparation of memo (.5); Continued research on court rulings (1.5). | Sasson, G. | 2.0 |
| 05/29/2008 | Attend to memorandum to the Committee re pending matters and June 2 Hearing (.3); exchanged memoranda with J. Dolan re memorandum to the Committee re pension motion (.1). | Krieger, A. | 0.4 |
| 05/29/2008 | Review material re: position of court re: POR issues. | Kruger, L. | 0.4 |
| 05/29/2008 | Completed research and commenced memo for A. Krieger. | Sasson, G. | 3.5 |
| 05/30/2008 | Exchanged memoranda with J. Dolan re: pension motion memorandum (.1); attend to G. Sasson memo re: court's position on certain plan related issues and case law (1.7). | Krieger, A. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/30/2008 | Completed draft memo on court's rulings for Arlene Krieger. | Sasson, G. | 3.5 |
| 05/31/2008 | Attend to Capstone memorandum re pension memorandum (.6); attend to recent case law and G. Sasson memo re plan related matters (.5). | Krieger, A. | 1.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Beal, Abigail M. | 15.8 | $ 440 | $ 6,952.00 |
| Krieger, Arlene G. | 45.4 | 650 | 29,510.00 |
| Kruger, Lewis | 4.9 | 945 | 4,630.50 |
| Pasquale, Kenneth | 2.4 | 775 | 1,860.00 |
| Sasson, Gabriel | 12.2 | 210 | 2,562.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 45,514.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 45,514.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71570725v1

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/06/2008 | Started to work on the 85th monthly fee application for April. | Holzberg, E. | 2.8 |
| 05/09/2008 | Worked on 85th fee application. | Holzberg, E. | 1.0 |
| 05/09/2008 | Attend to 28th quarterly fee application. | Krieger, A. | 0.4 |
| 05/12/2008 | Attend to April fee application (1.7); started to work on 28th Quarterly (2.1). | Holzberg, E. | 3.8 |
| 05/12/2008 | Attend to 28th Quarterly fee application. | Krieger, A. | 2.3 |
| 05/13/2008 | Attend to April 2008 fee statement. | Krieger, A. | 2.8 |
| 05/14/2008 | Attend to 28th Quarterly fee application (5.7); memorandum to D. Azrilen re: same (.1); attend to disbursements for April 2008 fee statement (.5). | Krieger, A. | 6.3 |
| 05/15/2008 | Attend to 28th Quarterly fee application. | Krieger, A. | 0.8 |
| 05/16/2008 | Worked on quarterly application. | Holzberg, E. | 0.8 |
| 05/19/2008 | Worked on 28th Quarterly fee application. | Holzberg, E. | 0.9 |
| 05/20/2008 | Worked on 85th Monthly Fee Application (2.1); started to review charts for quarterly (.7). | Holzberg, E. | 2.8 |
| 05/20/2008 | Attend to 28th quarterly fee application. | Krieger, A. | 4.1 |
| 05/21/2008 | Attend to 28th Quarterly fee application. | Krieger, A. | 3.9 |
| 05/22/2008 | Attend to 28th Quarterly fee application. | Krieger, A. | 1.2 |
| 05/23/2008 | Worked on and completed 28th Quarterly application. | Holzberg, E. | 1.7 |
| 05/23/2008 | O/c EH re: 28th quarterly and status of April 2008 fee statement (.1); attend to revisions to | Krieger, A. | 0.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | 28th quarterly (.6). | | |
| 05/27/2008 | Worked on 85th Monthly application for April. | Holzberg, E. | 1.9 |
| 05/27/2008 | Review Stroock twenty-eighth quarterly fee application in preparation for filing (.9); prepare affidavit of service re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee application (.7). | Mohamed, D. | 2.1 |
| 05/29/2008 | Attend to April 2008 fee statement. | Krieger, A. | 1.6 |
| 05/30/2008 | Attend to 85th Monthly fee application. | Holzberg, E. | 1.6 |
| 05/30/2008 | Attend to April 2008 fee statement. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 17.3 | $ 270 | $ 4,671.00 |
| Krieger, Arlene G. | 24.4 | 650 | 15,860.00 |
| Mohamed, David | 2.1 | 175 | 367.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 20,898.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 20,898.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71570725v1

# STROOCK

| RE | Creditor Inquiries<br>699843 0019 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 05/05/2008 | T/c Creditor re: inquiry on status of claim. | Krieger, A. | 0.1 |
| 05/07/2008 | Exchanged memoranda with J. Baer re: claims approval (.1); memorandum to creditor re: informed as to Debtors' allowance of claim (.1). | Krieger, A. | 0.2 |
| 05/19/2008 | Telephone conference D. Fournier, A. Krieger re: trade interest issues. | Pasquale, K. | 0.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 0.3 | $ 650 | $ 195.00 |
| Pasquale, Kenneth | 0.5 | 775 | 387.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 582.50 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 582.50 |
| --- | --- |

# STROOCK

| RE | Fee Application, Others<br>699843  0020 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/06/2008 | Attend to fee applications of other professionals. | Krieger, A. | 0.3 |
| 05/09/2008 | Attend to Debtors' motion for payment of Ernst & Young. | Krieger, A. | 0.5 |
| 05/21/2008 | Attend to other professionals' fee applications. | Krieger, A. | 0.4 |
| 05/22/2008 | Attend to fee applications of other professionals. | Krieger, A. | 0.9 |
| 05/23/2008 | Attend to fee applications of other professionals. | Krieger, A. | 0.4 |
| 05/29/2008 | Attend to fee applications of other professionals. | Krieger, A. | 0.3 |
| 05/29/2008 | Review Capstone's 50th monthly fee statement in preparation for filing (.7); prepare notice and affidavit of service re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee statement (.5). | Mohamed, D. | 1.8 |
| 05/30/2008 | Attend to other professionals' fee applications. | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.6 | $ 650 | $ 2,340.00 |
| Mohamed, David | 1.8 | 175 | 315.00 |
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | | $ 2,655.00 | |

| TOTAL FOR THIS MATTER | $ 2,655.00 |
|---|---|

# STROOCK

| RE | Employee Benefits, Pension<br>699843 0021 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/09/2008 | Attend to Debtors' draft motion for authority to make pension payments for 08-09 period (.5); memorandum to J. Dolan re: pension motion (.1). | Krieger, A. | 0.6 |
| 05/27/2008 | Attend to Debtors' pension payment motion. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.9 | $ 650 | $ 585.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 585.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 585.00 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation |
|---|---|
| | 699843 0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 05/01/2008 | E-mails from and to A. Krieger re: upcoming mtg. at Kirkland & Ellis's New York office re: Libby Settlement and restitution issues. | Gutierrez, J. | 0.3 |
| 05/01/2008 | Exchanged memoranda with J. Baer and with LK, KP re: 5/15/08 meeting on Libby Site Settlement Agreement (.6); memorandum to MB re: same (.3); memoranda to J. Gutierrez re: restitution issues and Debtors' meeting to address same (.2). | Krieger, A. | 1.1 |
| 05/06/2008 | E-mail from A. Krieger re: mtg. w/ Debtors' counsel re: Libby Settlement and Restitution Issues. | Gutierrez, J. | 0.1 |
| 05/06/2008 | Memorandum to J. Baer re: multi-site information (.1); exchanged memoranda with J. Baer re: Montana, Libby Site environmental settlements (.2); memorandum to M. Berg re: Libby Site memo and Montana settlement information (.2). | Krieger, A. | 0.5 |
| 05/07/2008 | Follow-up e-mails from and to A. Krieger re: mtg. w/ Debtors' counsel re: Libby Settlement and Restitution Issues. | Gutierrez, J. | 0.2 |
| 05/07/2008 | Attend to case law re restitution issues (3.5); exchanged multiple memoranda with J. Baer re proposed Montana settlement, Libby Site/restitution issues meeting (.5); exchanged memoranda with J. Dolan re Libby Settlement (.2).; exchanged memoranda with M. Berg re Montana claim (.4). | Krieger, A. | 4.6 |
| 05/08/2008 | Update e-mails from and to A. Krieger re: mtg. w/ Debtors' counsel re: Libby Settlement and Restitution Issues (.2); reviewed A. Krieger's summary re: public comments to Libby Settlement (.3). | Gutierrez, J. | 0.5 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71570725v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/08/2008 | Exchanged memoranda with J. Baer re: Committee attendance for Libby Site/Restitution meeting and request for materials in advance of the meeting (.4); attend to motion by Mian Realty for declaration that stay does not apply to a third-party complaint against the Debtors and case law (2.3); exchanged further memoranda with J. Baer re: 5/15/08 meeting arrangements and materials (.3); exchanged memoranda with J. Baer re: Debtors' position on Mian Realty motion (.1). | Krieger, A. | 3.1 |
| 05/09/2008 | Review and comment on Mian motion to commence third party action for CERCLA recovery (1.5); review and comment on blackline draft on memo to committee on Joinder (.3); telephone call with Krieger regarding Mian motion to add company as third party defendant in NJ action (.4). | Berg, M. | 2.2 |
| 05/09/2008 | Attend to case law re: Mian Realty motion (2.8); exchanged memoranda with M. Berg re: same (.3); t/c L. Sinanyan re: Debtors' response to the motion (.2); t/c M. Berg re: Mian Realty (.4); memorandum to L. Sinanyan re: Mian motion (.1); attend to restitution case law (.9). | Krieger, A. | 4.7 |
| 05/09/2008 | OC w A. Krieger re: Libby issues. | Kruger, L. | 0.2 |
| 05/09/2008 | Attention to draft memo re: Libby settlement. | Pasquale, K. | 0.3 |
| 05/12/2008 | E-mails from and to A. Krieger confirming mtg. at Kirkland & Ellis's offices re: Libby Settlement and related issues (.3); reviewed Debtors' motion for approval of Libby Settlement agreement (.9). | Gutierrez, J. | 1.2 |
| 05/12/2008 | Attend to Libby Site settlement materials and issues (4.9); exchanged memoranda with JG re: same (.1); exchanged memoranda with S. Millman re: DOJ claim inquiry (.1). | Krieger, A. | 5.1 |
| 05/12/2008 | Review of Wheeling Pitt pleadings to locate docs with DOJ. | Millman, S. | 0.8 |
| 05/13/2008 | Mtg. w/ A. Krieger re: case status, upcoming mtg. w/ Debtors' counsel and possibility of | Gutierrez, J. | 1.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | filing objections to the Libby Settlement. | | |
| 05/13/2008 | Attend to Libby Site issues (1.0); o/c J. Gutierrez and MAS re: possible grounds for objection to Libby Site (1.1); memoranda to JG re: settlement related case law and documents (.2). | Krieger, A. | 2.3 |
| 05/13/2008 | Further search for docs from Wheeling case and o/c each of Speiser, Krieger and Handelsman re: same. | Millman, S. | 1.0 |
| 05/14/2008 | E-mails from and to A. Krieger re: mtg. w/ J. Cohen to discuss restitution issues (.3); reviewed 9019 files and term sheet re: resolution of Asbestos Personal Injury Claims (1.1); reviewed precedent agreement re: settlement btw. a debtor and the U.S. EPA of the EPA's enforcement actions (.4); began drafting outline possible for objection to the Libby Settlement motion (.8). | Gutierrez, J. | 2.6 |
| 05/14/2008 | Exchanged memorandum to L. Sinanyan re: Mian Realty motion. | Krieger, A. | 0.2 |
| 05/15/2008 | Participate by phone in meeting at K&E in NY regarding Libby EPA settlement. | Berg, M. | 1.9 |
| 05/15/2008 | Mtg. w/ A. Krieger and J. Cohen re: restitution issues (.6); continued drafting outline of potential objection to the Libby Settlement (.5); travel to and from Kirkland & Ellis's NY offices and attended mtg. w/ Debtors' counsel, committee members, K. Pasquale and A. Krieger re: Libby Settlement, restitution issues and the committee's reaction thereto (3.7). | Gutierrez, J. | 4.8 |
| 05/15/2008 | Exchanged memorandum with J. Dolan re: Libby Settlement (.3); memorandum to J. Baer re: meeting (.1); review materials for meeting with Debtors' counsel re: restitution issues (.6); memorandum to M. Berg re: Mian Realty public fund information (.1); o/c J. Cohen re: restitution issues (.3); follow-up o/cs JG (.6); meeting with K&E re restitution issues and Libby settlement and follow-up meeting with Committee re same (2.4); o/c J. Baer, B. Harding re: Committee position on Libby Site | Krieger, A. | 5.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | settlement and issues (.5); memorandum to M. Hurford re: Committee's position on Libby Site settlement (.1). | | |
| 05/15/2008 | Meeting with debtors, professionals re: restitution issues (1.5); meeting with UCC re: same and Libby settlement (.5). | Pasquale, K. | 2.0 |
| 05/18/2008 | Attend to Debtors' response to Mian Realty motion that stay does not apply to environmental action. | Krieger, A. | 0.6 |
| 05/20/2008 | Prepared memorandum re: mtg. w/ Debtors' counsel to discuss restitution issues with respect to the Libby Settlement as per e-mail from A. Krieger and submitted draft memorandum to A. Krieger. | Gutierrez, J. | 1.3 |
| 05/20/2008 | Memorandum re: restitution discussion (.7); memorandum to JG re: same (.1). | Krieger, A. | 0.8 |
| 05/21/2008 | Attend to Mian Realty motion for determination that stay not applicable. | Krieger, A. | 0.4 |
| 05/22/2008 | Revised memorandum re: mtg. w/ Debtors' counsel to discuss restitution issues with respect to the Libby Settlement as per e-mails from and TC w/ A. Krieger and submitted revised memorandum to A. Krieger. | Gutierrez, J. | 1.4 |
| 05/22/2008 | Attend to JG memorandum re: restitution meeting (2.7); o/c JG re: same (.3). | Krieger, A. | 3.0 |
| 05/23/2008 | Attend to memorandum to J. Cohen re: restitution issues (.2); attend to Multi-Site order (.1). | Krieger, A. | 0.3 |
| 05/27/2008 | Attend to Mian Realty related pleadings and Debtors' response. | Krieger, A. | 2.1 |
| 05/29/2008 | Review A. Krieger's emails regarding June 2 hearing. | Berg, M. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71570725v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Berg, Madelaine | 4.2 | $ 650 | $ 2,730.00 |
| Gutierrez, James S. | 13.4 | 490 | 6,566.00 |
| Krieger, Arlene G. | 33.8 | 650 | 21,970.00 |
| Kruger, Lewis | 0.2 | 945 | 189.00 |
| Millman, Sherry M. | 1.8 | 650 | 1,170.00 |
| Pasquale, Kenneth | 2.3 | 775 | 1,782.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 34,407.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 34,407.50 |
|---|---|

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843 0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|------------------------------------------|--------|

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 30.06 |
| Meals | 23.98 |
| Local Transportation | 262.50 |
| Long Distance Telephone | 46.45 |
| Duplicating Costs-in House | 14.40 |
| Filing Fees | 748.00 |
| In House Messenger Service | 31.17 |
| Travel Expenses - Transportation | 1027.50 |
| Westlaw | 1465.89 |

| TOTAL DISBURSEMENTS/CHARGES | $ 3,649.95 |
|-----------------------------|------------|

| TOTAL FOR THIS MATTER | $ 3,649.95 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71570725v1

# STROOCK

| RE | Plan and Disclosure Statement<br>699843  0036 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 05/09/2008 | Attend to case law re: plan issues (.4); t/c B. Katchen re: same (.2). | Krieger, A. | 0.6 |
| 05/09/2008 | OC w A. Krieger, K. Pasquale & A. Rosenberg re: PPI issues. | Kruger, L. | 0.3 |
| 05/09/2008 | Conference call with A. Rosenberg, L. Kruger re: PPI issues. | Pasquale, K. | 0.3 |
| 05/12/2008 | Attend to case law re: plan issues. | Krieger, A. | 0.9 |
| 05/13/2008 | Attend to plan-related issues (1.7); o/c MAS re: plan-related issues (.2). | Krieger, A. | 1.9 |
| 05/14/2008 | T/c D. Fournier re: interest issues and memorandum to LK, KP re: same (.5); o/c LK re: conf call and memorandum to D. Fournier re: conf call (.2); attend to Judge Fitzgerald decision re: plan issues (.5). | Krieger, A. | 1.2 |
| 05/15/2008 | O/c JG re: plan-related issues. | Krieger, A. | 0.4 |
| 05/18/2008 | Attend to plan-related materials. | Krieger, A. | 0.6 |
| 05/19/2008 | Conf call D. Fournier and KP re: post petition interest issues (.5); attend to issues raised (1.3). | Krieger, A. | 1.8 |
| 05/27/2008 | Attend to plan issues. | Krieger, A. | 1.6 |
| 05/28/2008 | Attend to Judge Fitzgerald comments re: plan issues and preparation of memorandum thereon. | Krieger, A. | 4.6 |
| 05/29/2008 | Attend to material re: Judge Fitzgerald position on relevant plan issues and memoranda thereon (3.2); attend to plan related material (.8). | Krieger, A. | 4.0 |
| 05/30/2008 | Attend to plan related material (1.4); o/cs DM re: same (.2); exchanged memoranda with M. Lastowski, KP re: same (.5). | Krieger, A. | 2.1 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 19.7 | $ 650 | $ 12,805.00 |
| Kruger, Lewis | 0.3 | 945 | 283.50 |
| Pasquale, Kenneth | 0.3 | 775 | 232.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,321.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 13,321.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71570725v1

# STROOCK

| RE | Hearings |
|----|----------|
|    | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 05/26/2008 | Attend to agenda notice for 6/2/08 hearing. | Krieger, A. | 0.1 |
| 05/27/2008 | Conf call with Grace representatives re: June 2 hearing and other pending matters (.4); follow up o/c LK re same and June 2 hearing (.3). | Krieger, A. | 0.7 |
| 05/30/2008 | Attend to ZAI related bar date pleadings and responses for 6/2/08 hearing (3.2); attend to the US' joinder to Debtors' motion to approve the multi-site settlement (.4); attend to amended agenda notice (.1). | Krieger, A. | 3.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 4.5 | $ 650 | $ 2,925.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,925.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,925.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71570725v1

# STROOCK

| RE | Employment Applications - Others<br>699843 0040 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 05/09/2008 | Attend to FCR's motion to modify employment of Piper Jaffray. | Krieger, A. | 0.7 |
| 05/18/2008 | Attend to US trustee's objection to modification of employment of Piper Jaffray. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 0.8 | $ 650 | $ 520.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 520.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 520.00 |
| --- | --- |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 140,683.50 |
| --- | --- |
| TOTAL DISBURSEMENTS/CHARGES | $ 3,649.95 |
| TOTAL BILL | $ 144,333.45 |
| CREDIT APPLIED FROM OVERPAYMENT OF MARCH INVOICE # 440453. | - $ 2,000.00 |
| AMOUNT DUE | $ 142,333.45 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.