# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**MAY 1, 2008 - MAY 31, 2008**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Kruger, Lewis | 6.4 | $ 945 | $ 6,048.00 |
| Pasquale, Kenneth | 6.2 | 775 | 4,805.00 |
|  |  |  |  |
| **Associates** |  |  |  |
| Beal, Abigail M. | 15.8 | 440 | 6,952.00 |
| Berg, Madelaine | 4.2 | 650 | 2,730.00 |
| Gutierrez, James S. | 13.4 | 490 | 6,566.00 |
| Krieger, Arlene G. | 149.4 | 650 | 97,110.00 |
| Millman, Sherry M. | 1.8 | 650 | 1,170.00 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Holzberg, Ethel H. | 26.9 | 270 | 7,263.00 |
| Mohamed, David | 31.3 | 175 | 5,477.50 |
| Sasson, Gabriel | 12.2 | 210 | 2,562.00 |
|  |  |  |  |
| **Total** | 267.6 |  | $ 140,683.50 |
| **Credit Applied from** |  |  |  |
| **Overpayment of March** |  |  | -2,000.00 |
| **Invoice 440453** |  |  |  |
| **Amount Due** |  |  | $ 138,683.50 |

NY 71570725v1

# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**MAY 1, 2008 - MAY 31, 2008**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 30.06 |
| Meals | | 23.98 |
| Local Transportation | | 262.50 |
| Long Distance Telephone | | 46.45 |
| Duplicating Costs-in House | | 14.40 |
| Filing Fees | | 748.00 |
| In House Messenger Service | | 31.17 |
| Travel Expenses - Transportation | | 1,027.50 |
| Westlaw | | 1,465.89 |
| | | |
| **TOTAL** | **$** | **3,649.95** |

# STROOCK

## Disbursement Register

| DATE | June 24, 2008 |
|---|---|
| INVOICE NO. | 445949 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through May 31, 2008, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 05/05/2008 | VENDOR: UPS; INVOICE#: 0000010X827188; DATE: 05/03/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stacey F. Tate Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270193524431 on 04/29/2008 | 6.80 |
| 05/05/2008 | VENDOR: UPS; INVOICE#: 0000010X827188; DATE: 05/03/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270190480047 on 04/29/2008 | 6.80 |
| 05/05/2008 | VENDOR: UPS; INVOICE#: 0000010X827188; DATE: 05/03/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193884454 on 04/29/2008 | 9.66 |
| 05/05/2008 | VENDOR: UPS; INVOICE#: 0000010X827188; DATE: 05/03/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270194641660 on 04/29/2008 | 6.80 |
| **Outside Messenger Service Total** | | **30.06** |
| **Meals** | | |
| 05/08/2008 | VENDOR: Seamless Web; Invoice#: 339518; Date: 5/4/2008 - | 23.98 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | Liberatos Pizza & Parmigiana; Please add extra plates.  Order Date: 05/01/08 19:22:00 | |
| **Meals Total** | | **23.98** |

**Local Transportation**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/01/2008 | VENDOR: NYC Taxi; Invoice#: 826876; Invoice Date: 04/25/2008; Voucher #: 77905; Arlene Krieger 04/08/2008 22:00 from 180 MAIDEN LANE MANHATTAN NY to 10 E 80 ST MANHATTAN NY | 37.50 |
| 05/01/2008 | VENDOR: NYC Taxi; Invoice#: 826876; Invoice Date: 04/25/2008; Voucher #: 77942; Arlene Krieger 04/09/2008 13:00 from 180 MAIDEN LANE MANHATTAN NY to 10 E 80 ST MANHATTAN NY | 37.50 |
| 05/12/2008 | VENDOR: NYC Taxi; Invoice#: 827999; Invoice Date: 05/02/2008; Voucher #: 812150223; Abigail Beal 04/24/2008 20:04 from 180 MAIDEN LA MANHATTAN NY to 90 BEDFORD ST MANHATTAN NY | 39.03 |
| 05/12/2008 | VENDOR: NYC Taxi; Invoice#: 827999; Invoice Date: 05/02/2008; Voucher #: 812146984; Abigail Beal 04/22/2008 20:15 from 180 MAIDEN LA MANHATTAN NY to 90 BEDFORD ST MANHATTAN NY | 28.32 |
| 05/12/2008 | VENDOR: NYC Taxi; Invoice#: 827999; Invoice Date: 05/02/2008; Voucher #: 71431; Arlene Krieger 04/21/2008 02:02 from 180 MAIDEN LANE MANHATTAN NY to 10 EAST END AVE MANHATTAN NY | 38.52 |
| 05/19/2008 | VENDOR: Elite Taxi; Invoice#: 1304182; Invoice Date: 04/11/2008; Voucher #: 8040429492; James Gutierrez 04/04/2008 19:48 from 180 MAIDEN LN MANHATTAN NY to 222 W. 14 ST MANHATTAN NY | 52.80 |
| 05/22/2008 | VENDOR: NYC Taxi; Invoice#: 829554; Invoice Date: 05/16/2008; Voucher #: 812160215; Abigail Beal 05/01/2008 21:01 from 180 MAIDEN LA MANHATTAN NY to 90 BEDFORD ST MANHATTAN NY | 28.83 |
| **Local Transportation Total** | | **262.50** |

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/09/2008 | EXTN.5544, TEL.973-424-2031, S.T.09:41, DUR.00:16:54 | 7.97 |
| 05/09/2008 | EXTN.5544, TEL.213-680-8209, S.T.13:08, DUR.00:07:30 | 3.75 |
| 05/12/2008 | EXTN.5562, TEL.973-424-2031, S.T.10:22, DUR.00:00:24 | 0.47 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 05/14/2008 | EXTN.5544, TEL.302-777-6565, S.T.11:06, DUR.00:11:06 | 5.63 |
| 05/19/2008 | EXTN.5562, TEL.302-777-6565, S.T.15:00, DUR.00:31:12 | 15.01 |
| 05/27/2008 | EXTN.5544, TEL.972-369-0646, S.T.15:32, DUR.00:03:24 | 1.88 |
| 05/28/2008 | EXTN.5562, TEL.215-665-2147, S.T.11:55, DUR.00:00:30 | 0.47 |
| 05/30/2008 | EXTN.5475, TEL.412-644-4060, S.T.11:51, DUR.00:02:18 | 1.41 |
| 05/30/2008 | EXTN.5475, TEL.412-261-2122, S.T.13:54, DUR.00:00:06 | 0.47 |
| 05/30/2008 | EXTN.5475, TEL.412-644-4060, S.T.13:56, DUR.00:01:06 | 0.94 |
| 05/30/2008 | EXTN.5475, TEL.412-208-7572, S.T.13:58, DUR.00:01:06 | 0.94 |
| 05/30/2008 | EXTN.5475, TEL.412-261-6122, S.T.14:55, DUR.00:02:12 | 1.41 |
| 05/30/2008 | EXTN.5562, TEL.215-665-2147, S.T.17:06, DUR.00:12:54 | 6.10 |
| | **Long Distance Telephone Total** | **46.45** |

**Duplicating Costs-in House**

| | | |
|------|-------------|--------|
| 05/01/2008 | | 0.20 |
| 05/13/2008 | | 7.50 |
| 05/13/2008 | | 2.50 |
| 05/30/2008 | | 1.40 |
| 05/30/2008 | | 2.80 |
| | **Duplicating Costs-in House Total** | **14.40** |

**Filing Fees**

| | | |
|------|-------------|--------|
| 05/12/2008 | VENDOR: Chase Card Services; INVOICE#: 050208; DATE: 5/2/2008  -  visa charge 4/3/08 Court Call LLC | 226.50 |
| 05/12/2008 | VENDOR: Chase Card Services; INVOICE#: 050208; DATE: 5/2/2008  -  visa charge 4/7/08 Court Call LLC | 213.50 |
| 05/12/2008 | VENDOR: Chase Card Services; INVOICE#: 050208; DATE: 5/2/2008  -  visa charge 4/9/08 Court Call LLC | 155.00 |
| 05/12/2008 | VENDOR: Chase Card Services; INVOICE#: 050208; DATE: 5/2/2008  -  visa charge 4/12/08 Court Call LLC | 25.00 |
| 05/12/2008 | VENDOR: Chase Card Services; INVOICE#: 050208; DATE: 5/2/2008  -  visa charge 4/23/08 Court Call LLC | 64.00 |
| 05/12/2008 | VENDOR: Chase Card Services; INVOICE#: 050208; DATE: | 64.00 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | 5/2/2008 - visa charge 4/23/08 Court Call LLC | |

**Filing Fees Total**                                                                      **748.00**

**In House Messenger Service**
| 05/21/2008 | VENDOR: Early Bird Messenger; INVOICE #: DATE: 5/15/2008 Vehicle Rush from to ARLENE S KRIEGER, 10 EAST END AVE | 31.17 |

**In House Messenger Service Total**                                          **31.17**

**Travel Expenses - Transportation**
| 05/16/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE PIT LGA on 04/07/2008 | 170.00 |
| 05/16/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE on 04/18/2008 | 32.25 |
| 05/16/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: KRIEGER/ARLENE WIL NYP on 04/21/2008 | 254.00 |
| 05/16/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH on 04/04/2008 | 32.25 |
| 05/16/2008 | VENDOR: AMEX; INVOICE #: INVOICE DATE: PASQUALE/KENNETH EWR PIT EWR on 04/06/2008 | 539.00 |

**Travel Expenses - Transportation Total**                            **1,027.50**

**Westlaw**
| 04/11/2008 | Duration 0:45:25; by Speiser, Mark A. | 416.24 |
| 05/01/2008 | Transactional Search by Beal, Abigail M. | 353.05 |
| 05/02/2008 | Transactional Search by Krieger, Arlene G. | 59.09 |
| 05/06/2008 | Transactional Search by Krieger, Arlene G. | 73.86 |
| 05/08/2008 | Transactional Search by Krieger, Arlene G. | 73.86 |
| 05/08/2008 | Transactional Search by Krieger, Arlene G. | 19.39 |
| 05/09/2008 | Duration 0:05:51; by Krieger, Arlene G. | 93.53 |
| 05/13/2008 | Transactional Search by Krieger, Arlene G. | 303.75 |
| 05/14/2008 | Transactional Search by Krieger, Arlene G. | 58.35 |
| 05/30/2008 | Transactional Search by Krieger, Arlene G. | 14.77 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | **Westlaw Total** | **1,465.89** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 30.06 |
| Meals | 23.98 |
| Local Transportation | 262.50 |
| Long Distance Telephone | 46.45 |
| Duplicating Costs-in House | 14.40 |
| Filing Fees | 748.00 |
| In House Messenger Service | 31.17 |
| Travel Expenses - Transportation | 1027.50 |
| Westlaw | 1465.89 |

| TOTAL DISBURSEMENTS/CHARGES | $ 3,649.95 |
|------|------|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

# Monthly Fee Statement for the Period from:

# June 1, 2008 thru June 30, 2008

NY 71685042v1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co. et al.[1]; | ) | Case No. 01-01139(JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline:**
**August 25, 2008 at 4:00 p.m.**
**Hearing date: To be scheduled only if objections**
**are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel

to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee

of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and

(7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Stroock & Stroock & Lavan LLP ("Stroock"), counsel to the Official Committee of

Unsecured Creditors (the "Committee") of the above captioned debtor and debtors in possession

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

in the above-captioned chapter 11 cases, filed and served the Eighty-Seventh Monthly Fee Application of Stroock & Stroock & Lavan LLP for Interim Compensation and for Reimbursement of Expenses for the services rendered during the period June 1, 2008 through June 30, 2008, seeking compensation in the amount of $213,559.00, and reimbursement for actual and necessary expenses in the amount of $12,357.78, and payment of the fees or expenses of the Asbestos Issues Expert employed by the Committee in the amount of $96.84 for the period from June 1, 2008 through June 30, 2008.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **August 25, 2008 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the Affected Professional and each of the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500,

Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755), and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins, Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, to Stephen L. Bossay, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201.


[SIGNATURE PAGE FOLLOWS]

Dated: August 4, 2008
      Wilmington, DE

**RESPECTFULLY SUBMITTED,**

Michael R. Lastowski, Esq. (DE I.D. No. 3892)
Richard W. Riley (DE I.D. No. 4052)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:     (302) 657-4900
Facsimile:      (302) 657-4901
E-mail:         mlastowski@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:     (973) 424-2000
Facsimile:      (973) 424-2001
E-mail:         wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:     (212) 806-5400
Facsimile:      (212) 806-6006
E-mail:         lkruger@stroock.com
                    kpasquale@stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co. et al.;** | ) | **Case No. 01-01139(JKF)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |

Objection Deadline:
August 25, 2008 at 4:00 p.m.
Hearing date:  To be scheduled only
  if objections are timely filed and served.

**EIGHTY SEVENTH MONTHLY FEE APPLICATION OF STROOCK & STROOCK &
LAVAN LLP FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE OFFICIAL
COMMITTEE OF UNSECURED CREDITORS FOR THE PERIOD
FROM JUNE 1, 2008 THROUGH JUNE 30, 2008**

| | |
|---|---|
| Name of Applicant | **Stroock & Stroock & Lavan LLP** |
| Authorized to Provide Professional Services to: | **Official Committee of Unsecured Creditors** |
| Date of Retention: | **April 12, 2001** |
| Period for which compensation and reimbursement is sought | **June 1, 2008 – June 30, 2008** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$213,559.00 (80% - $170,847.20)** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$12,357.78 (Stroock)** |
| | **$      96.84 (Navigant)** |

This is an: ☒ interim ☐ final application

**Attachment A**

## Monthly Interim Fee Applications

| | | Payment Requested: | | CNO Filed Approving: | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| May 30, 2001 D.I.339 | 4/12/01- 4/30/01 | $138,926.00 | $1,975.13 | $111,140.80 | $1,975.13 |
| July 2, 2001 D.I.613 | 5/1/01 – 5/31/01 | $139,928.75 | $6,884.73 | $111.943.00 | $6,884.73 |
| July 30, 2001 D.I.772 | 6/1/01 – 6/30/01 | $91,019.00 | $10,458.14 | $72,815.20 | $10,458.14 |
| September 5, 2001 D.I.889 | 7/1/01- 7/31/01 | $92,308.00 | $5,144.37 | $73,846.40 | $5,144.37 |
| October 2, 2001 D.I.983 | 8/1/01 8/31/01 | $53,873.50 | $3,069.88 | $43,098.80 | $3,069.88 |
| October 31, 2001 D.I.1058 | 9/1/01 – 9/30/01 | $58,742.00 | $6,801.32 | $46,993.60 | $6,801.32 |
| November 26, 2001 D.I.1239 | 10/1/01 – 10/31/01 | $101,069.00 | $3,562.09 | $80,855.20 | $3,562.09 |
| January 8, 2002 D.I.1470 | 11/1/01 – 11/30/01 | $136,368.50 | $8,847.34 | $109,094.80 | $8,847.34 |
| February 1, 2002 D.I.1608 | 12/01/01 – 12/31/01 | $92,064.50 | $9,471.47 | $73,651.60 | $9,471.47 |
| March 14, 2002 D.I.1812 | 01/01/02 – 01/31/02 | $100,231.50 | $14,675.58 | $80,185.20 | $14,675.58 |
| April 22, 2002 D.I.1951 | 02/01/02 – 02/28/02 | $88,974.50 | $16,863.97 | $71,179.60 | $16,863.97 |
| May 8, 2002 D.I.2029 | 03/01/02 – 03/31/02 | $77,964.25 | $1,190.44 | $62,371.40 | $1,190.44 |
| June 3, 2002 D.I.2156 | 04/01/02- 04/30/02 | $97,251.50 | $1,816.40 (Stroock) $9,772.37 (Chambers) | $77,801.20 | $11,588.86 |

| | | | | | |
|---|---|---|---|---|---|
| July 2, 2002<br>D.I.2324 | 05/01/02 –<br>05/31/02 | $74,910.75 | $2,9154.43 (Stroock)<br>$43,190.69 (Chambers) | $59,928.60 | $46,105.12 |
| August 5, 2002<br>D.I.2495 | 06/01/02 –<br>06/30/02 | $73,096.75 | $2,054.05 (Stroock)<br>$114,666.72 (Chambers) | $58,477.4011 | $116,720.77 |
| September 20, 2002<br>D.I.2720 | 07/01/02 –<br>07/31/02 | $90,903.27 | $1,250.79 (Stroock)<br>$11,996.25 (Chambers) | $72,722.61 | $13,274.04 |
| October 29, 2002<br>D.I.2898 | 08/01/02 –<br>08/31/02 | $93,151.25 | $11,539.51 (Stroock)<br>$5,046.70 (Chambers) | $74,521.00 | $16,586.21 |
| November 14, 2002<br>D.I.2981 | 09/01/02 –<br>09/30/02 | $96,613.25 | $15,567.77 (Stroock)<br>$771.50 (Chambers) | $77,290.60 | $16,339.27 |
| December 10, 2002<br>D.I.3129 | 10/1/02 –<br>10/31/02 | $68,404.00 | $2,956.54 (Stroock)<br>$1,780.75 (Chambers) | $54,723.20 | $4,737.29 |
| January 28, 2003<br>D.I.3286 | 11/1/02 –<br>11/30/02 | $75,345.50 | $8,712.16 (Stroock) | $60,276.40 | $8,712.16 |
| February 7, 2003<br>D.I.3349 | 12/1/02 –<br>12/31/02 | $27,683.50 | $13,332.14 (Stroock) | $22,146.80 | $13,332.14 |
| March 26, 2003<br>D.I.3552 | 1/1/03 –<br>1/31/03 | $88,139.00 | $1,210.11 (Stroock) | $70,511.20 | $1,210.11 |
| April 7, 2003<br>D.I.3626 | 2/1/03 –<br>2/28/03 | $76,313.00 | $2,022.78 (Stroock)<br>$1,077.80 (Chambers) | $61,050.40 | $3,100.58 |
| April 29, 2003<br>D.I. 3718 | 3/1/03 –<br>3/31/03 | $60,163.50 | $6,191.15 (Stroock) | $48,130.80 | $6,191.15 |
| June 2, 2003<br>D.I. 3850 | 4/1/03 –<br>4/30/03 | $60,269.00 | $814.02 (Stroock)<br>$2,043.00 (Chambers) | $48,215.20 | $2,857.02 |
| July 1, 2003<br>D.I. 3983 | 5/1/03 –<br>5/31/03 | $111,990.50 | $691.84 (Stroock)<br>$9,830.50 (Chambers) | $89,592.40 | $10,522.34 |
| August 5, 2003<br>D.I. 4152 | 6/1/03 –<br>6/30/03 | $43,824.00 | $1,220.42 (Stroock)<br>$61,755.00 (Chambers) | $35,059.20 | $62,975.42 |
| September 4, 2003<br>D.I. 4381 | 7/1/03 –<br>7/31/03 | $79,090.50 | $2,301.33 (Stroock)<br>$14,274.25 (Chambers) | $55,941.60 | $16,575.58 |
| September 30, 2003<br>D.I. 4512 | 8/1/03 –<br>8/31/03 | $69,927.00 | $1,164.19 (Stroock)<br>$12,488.94 (Chambers) | $55,941.60 | $13,653.13 |

| October 29, 2003 D.I. 4625 | 9/1/03 – 9/30/03 | $69,409.50 | $1,076.94 (Stroock) $10,102.00 (Chambers) | $55,527.60 | $11,178.94 |
|---|---|---|---|---|---|
| December 19, 2002 D.I. 4843 | 10/1/03 – 10/31/03 | $96,980.50 | $3,800.45 (Stroock) $42,881.50 (Chambers) | $77,584.40 | $46,681.95 |
| January 23, 2003 D.I. 4976 | 11/1/03 – 11/30/03 | $66,428.50 | $1,225.38 (Stroock) $30,463.00 (Navigant f/k/a Chambers) | $53,142.80 | $31,688.38 |
| February 4, 2004 D.I. 5056 | 12/1/03 – 12/31/03 | $52,321.50 | $924.99 (Stroock) $27,005.00 (Navigant f/k/a Chambers) | $41,857.20 | $27,929.99 |
| March 17, 2004 D.I. 5309 | 1/1/04 – 1/31/04 | $65,980.50 | $1,917.93 (Stroock) $47,654.57 (Navigant f/k/a Chambers) | $52,784.40 | $49,572.50 |
| April 6, 2004 D.I. 5406 | 2/1/04 – 2/29/04 | $90,421.50 | $3,636.48 (Stroock) $35,492.50 (Navigant f/k/a Chambers) | $72,337.20 | $39,128.98 |
| April 28, 2004 D.I. 5498 | 3/1/04 – 3/31/04 | $103,524.00 | $5,567.34 (Stroock) | $82,819.20 | $5,567.34 |
| June 14, 2004 D.I. 5803 | 4/1/04 – 4/30/04 | $99,136.00 | $3,518.96 (Stroock) $1,515.00 (Navigant February) $49,667.00 (Navigant March) $80,307.11 (Navigant April) | $79,308.80 | $135,008.07 |
| July 2, 2004 D.I. 5917 | 5/1/04 – 5/31/04 | $134,324.50 | $2,409.97 (Stroock) $78,360.05 (Navigant May) | $107,459.60 | $80,770.02 |
| August 2, 2004 D.I. 6105 | 6/1/04 – 6/30/04 | $120,501.00 | $1,831.49 (Stroock) $62,625.00 (Navigant June) | $96,400.80 | $64,456.49 |
| September 9, 2004 D.I. 6341 | 7/1/04 – 7/31/04 | $72,394.00 | $3,461.84 (Stroock) $40,427.50 (Navigant July) | $57,915.20 | $43,889.34 |
| September 23, 2004 D.I. 6444 | 8/1/04 – 8/31/04 | $70,457.00 | $1,764.40 (Stroock) | $56,365.60 | $1,764.40 |

| | | | | | |
|---|---|---|---|---|---|
| October 14, 2004<br>D.I. 6625 | 9/1/04 –<br>9/30/04 | $83,903.50 | $1,535.61 (Stroock)<br>$27,142.00 (Navigant August) | $67,122.80 | $28,677.61 |
| December 3, 2004<br>D.I. 7086 | 10/1/04 –<br>10/31/04 | $200,155.50 | $1,368.18 (Stroock)<br>$ 24,659.00 (Navigant September) | $160,124.40 | $26,027.18 |
| January 7, 2005<br>D.I. 7481 | 11/1/04 –<br>11/30/04 | $218,608.50 | $14,019.09 (Stroock)<br>$25,102.80 (Navigant October)<br>$27,972.34 (Navigant November) | $174,886.80 | $67,094.23 |
| February 2, 2005<br>D.I. 7667 | 12/1/04 –<br>12/31/04 | $235,503.70 | $10,442.92 (Stroock)<br>$62,687.97 (Navigant December) | $188,402.96 | $73,130.89 |
| March 15, 2005<br>D.I. 8026 | 1/1/05 –<br>1/31/05 | $187,168.00 | $4,411.55 (Stroock)<br>$15,686.00 (Navigant January) | $149,734.40 | $20,097.55 |
| April 1, 2005<br>D.I. 8155 | 2/1/05 –<br>2/28/05 | $108,180.25 | $8,102.85 (Stroock)<br>$18,303.37 (Navigant February) | $86,544.20 | $26,406.22 |
| April 25, 2005<br>D.I. 8331 | 3/1/05 –<br>3/31/05 | $56,941.25 | $287.23 (Stroock)<br>$6,114.86 (Navigant March) | $45,553.00 | $6,402.09 |
| June 6, 2005<br>D.I.  8562 | 4/1/05 –<br>4/30/05 | $127,695.00 | $3,531.45 (Stroock)<br>$20,129.06 (Navigant April) | $102,156.00 | $23,660.51 |
| June 28, 2005<br>D.I. 8704 | 5/1/05 –<br>5/31/05 | $115,453.75 | $858.21(Stroock) | $78,855.20 | $858.21 |
| August 3, 2005<br>D.I. 9135 | 6/1/05 –<br>6/30/05 | $114,903.75 | $4,871.74 (Stroock)<br>$34,075.28 (Navigant) | $91,923.00 | $38,947.02 |
| September 8, 2005<br>D.I. 9356 | 7/1/05 –<br>7/31/05 | $117,780.75 | $2,088.44 (Stroock)<br>$2,211.00 (Navigant) | 94,224.60 | $4,299.44 |
| October 14, 2005<br>D.I. 9565 | 8/1/05<br>8/31/05 | $106,796.25 | $5,046.99 (Stroock)<br>$18,550.00 (Navigant) | $85,437.00 | $23,596.99 |
| November 1, 2005<br>D.I. 10951 | 9/1/05<br>9/31/05 | $67,697.50 | $1,399.68 (Stroock)<br>$11,197.50 (Navigant) | $54,158.00 | $12,597.18 |

| | | | | | |
|---|---|---|---|---|---|
| November 29, 2005<br>D.I. 11202 | 10/1/05 -<br>10/31/05 | $98,216.75 | $1,611.30 (Stroock)<br>$11,582.50 (Navigant) | $78,573.40 | $13,193.80 |
| January 9, 2006<br>D.I. 11507 | 11/1/05<br>11/30/05 | $104,348.00 | $2,847.45 (Stroock)<br>$71,598.50 (Navigant) | $83,478.40 | $74.445.95 |
| January 30, 2006<br>D.I. 11655 | 12/1/05 –<br>12/31/05 | $96,855.00 | $1,379.53 (Stroock)<br>$20,317.49 (Navigant) | $77,484.00 | $21,697.02 |
| March 1, 2006<br>D.I. 11921 | 1/1/06 –<br>1/31/06 | $73,383.00 | $1,810.85 (Stroock)<br>$14,124.01 (Navigant) | $58,706.40 | $15,934.86 |
| March 28, 2006<br>D.I. 12134 | 2/1/06 –<br>2/28/06 | $105,083.75 | $1,434.62 (Stroock)<br>$25,971.70 (Navigant) | $84,067.00 | $27,406.32 |
| May 2, 2006<br>D.I. 12354 | 3/1/2006 -<br>3/31/2006 | $145,189.50 | $2,512.81 (Stroock)<br>$25,838.37 (Navigant) | $116,151.60 | $28,351.18 |
| May 31, 2006<br>D.I. 12558 | 4/1/2006 -<br>4/30/2006 | $116,817.00 | $2,141.42 (Stroock)<br>$7,425.00 (Navigant) | $93,453.60 | $9,566.42 |
| July 6, 2006<br>D.I. 12748 | 5/1/2006 –<br>5/31/2006 | $121,304.50 | $1,838.71 (Stroock)<br>$17,493.75 (Navigant) | $97,043.60 | $19,332.46 |
| August 1, 2006<br>D.I. 12899 | 6/1/2006 –<br>6/30/2006 | $94,856.50 | $1,869.66 (Stroock)<br>$38,548.75 (Navigant) | $75,885.20 | $40,418.41 |
| August 30, 2006<br>D.I. 13117 | 7/1/2006 –<br>7/31/2006 | $97,397.25 | $496.76 (Stroock)<br>$30,280.00 (Navigant) | $77,917.80 | $30,776.76 |
| October 2, 2006<br>D.I. 13336 | 8/1/2006-<br>8/31/2006 | $131,856.25 | $98.34 (Stroock)<br>$98,317.50 (Navigant) | $105,485.00 | $98,415.84 |
| November 2, 2006<br>D.I. 13559 | 9/1/2006 –<br>9/30/2006 | $150,960.00 | $4,147.01 (Stroock)<br>$91,179.11 (Navigant) | $120,768.00 | $95,326.12 |
| November 29, 2006<br>D.I. 13838 | 10/1/06 –<br>10/31/06 | $196,223.50 | $915.14 (Stroock)<br>$147,374.20 (Navigant) | $156,978.89 | $148,289.34 |
| January 12, 2007<br>D.I. 14292 | 11/1/06 –<br>11/30/06 | $188,638.00 | $3,370.16 (Stroock)<br>$133,438.70 (Navigant) | $150,910.40 | $136,808.86 |
| January 29, 2007<br>D.I. 14415 | 12/1/06 –<br>12/31/06 | $99,832.00 | $5,752.89 (Stroock)<br>$55,245.22 (Navigant) | $79,865.60 | $60,998.11 |
| March 8, 2007<br>D.I. 14810 | 1/1/2007<br>1/31/2007 | $77,582.00 | $962.06 (Stroock)<br>$90,474.74 (Navigant) | $62,065.60 | $91,436.80 |

| | | | | | |
|---|---|---|---|---|---|
| April 10, 2007<br>D.I. 15132 | 2/1/2007<br>2/28/2007 | $119,140.50 | $3,092.88 (Stroock)<br>$77,301.25 (Navigant) | $95,312.40 | $80,394.13 |
| May 1, 2007<br>D.I. 15457 | 3/1/2007 –<br>3/31/2007 | $135,228.00 | $6,635.25 (Stroock)<br>$104,674.53 (Navigant) | $108,182.40 | $111,309.78 |
| June 22, 2007<br>D.I. 16136 | 4/1/2007 –<br>4/30/2007 | $177,646.00 | $815.81 (Stroock)<br>$173,437.45 (Navigant) | $142,116.80 | $174,253.26 |
| July 17,2007<br>D.I. 16309 | 5/1/2007 –<br>5/31/2007 | $205,937.25 | $6,405.01 (Stroock)<br>$162,431.03 (Navigant) | $164,749.80 | $168,836.04 |
| August 10, 2007<br>D.I. 16528 | 6/1/2007 –<br>6/30.2007 | $225,650.50 | $5,929.97 (Stroock)<br>$200,294.81 (Navigant) | $180,520.40 | $206,224.78 |
| September 14, 2007<br>D.I. 16822 | 7/1/2007 –<br>7/31/2007 | $157.268.50 | $4,021.65 (Stroock)<br>$208,116.54 (Navigant) | $125,814.80 | $212,138.19 |
| October 1, 2007<br>D.I. 16959 | 8/1/2007 –<br>8/31/2007 | $145,866.50 | $3,354.61 (Stroock)<br>$210,152.54 (Navigant) | $116,693.20 | $213,507.15 |
| November 19, 2007<br>D.I. 17394 | 9/1/2007 –<br>9/30/2007 | $206,908.50 | $3,056.89 (Stroock) | $165,526.80 | $3,056.89 |
| December 5, 2007<br>D.I. 17548 | 10/1/07 -<br>10/31/07 | $288,976.50 | $22,324.58 (Stroock)<br>$325,509.63 (Navigant) | $231,181.20 | $347,834.21 |
| January 11, 2008<br>D.I. 17803 | 11/1/07 –<br>11/30/07 | $249,372.50 | $32,780.40 (Stroock)<br>$162,394.93 (Navigant) | $199,498.00 | $195,175.33 |
| February 1, 2008<br>D.I. 17957 | 12/1/07 –<br>12/31/97 | $116,522.50 | $57,717.92 (Stroock)<br>$47,444.43 (Navigant) | $93,218.00 | $105,162.35 |
| March 4, 2008<br>D.I. 18202 | 1/1/08 –<br>1/31/08 | $201,472.50 | $3,282.80 (Stroock)<br>$86,070.26 (Navigant) | $161,178.00 | $89,353.06 |
| April 4, 2008<br>D.I. 18450 | 2/1/08 –<br>2/29/08 | $195,491.00 | $5,922.25 (Stroock)<br>$73,924.16 (Navigant) | $156,392.80 | $79,846.41 |
| April 29, 2008<br>D.I. 18639 | 3/1/08 –<br>3/31/08 | $275,659.00 | $11,217.17 (Stroock)<br>$69,201.53 (Navigant) | $220,527.20 | $80,418.70 |
| June 4, 2008<br>D.I. 18862 | 4/1/08 -<br>4/30/08 | $298,888.00 | $10,143.60 (Stroock)<br>$38,800.00 (Navigant) | $239,110.40 | $48,943.60 |
| July 1, 2008<br>D.I. 19032 | 5/1/08  -<br>5/31/08 | $138,683.50 | $3,649.95 (Stroock) | $110,946.80 | $3,649.95 |

NY 71649604v1

WR GRACE & CO
ATTACHMENT B
JUNE 1, 2008 - JUNE 30, 2008

|  | Hours | Rate | Amount | No. of Years in Position |
|---|---|---|---|---|
| **Partners** | | | | |
| Greenberg, Mayer | 0.7 | $ 825 | $    577.50 | 19 |
| Kruger, Lewis | 22.9 | 945 | 21,640.50 | 39 |
| Pasquale, Kenneth | 10.7 | 775 | 8,292.50 | 9 |
| Speiser, Mark A. | 0.7 | 875 | 612.50 | 21 |
| | | | | |
| **Associates** | | | | |
| Berg, Madelaine | 2.0 | 650 | 1,300.00 | 27 |
| Eichler, Mark | 6.3 | 635 | 4,000.50 | 10 |
| Gutierrez, James S. | 7.5 | 490 | 3,675.00 | 5 |
| Krieger, Arlene G. | 172.4 | 650 | 112,060.00 | 22 |
| Lieberman, Nina E. A. | 1.0 | 620 | 620.00 | 5 |
| Strauss, Joseph E. | 73.9 | 595 | 43,970.50 | 7 |
| | | | | |
| **Paraprofessionals** | | | | |
| Holzberg, Ethel H. | 24.3 | 270 | 6,561.00 | 36 |
| McHugh, Steven R. | 7.9 | 210 | 1,659.00 | N/A |
| Mohamed, David | 39.8 | 175 | 6,965.00 | 18 |
| Sasson, Gabriel | 4.5 | 210 | 945.00 | N/A |
| Williams Herman, Onika A. | 24.9 | 210 | 5,229.00 | N/A |
| | | | | |
| **Sub Total** | 399.5 | | $ 218,108.00 | |
| **Less 50% Travel** | (6.0) | | (4,549.00) | |
| **Total** | 393.5 | | $ 213,559.00 | |