# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JUNE 1, 2008 - JUNE 30, 2008**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 9.5 | $ 6,175.00 |
| 0013 | Business Operations | 4.1 | 2,665.00 |
| 0014 | Case Administration | 44.7 | 8,915.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 84.0 | 51,685.50 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 177.8 | 102,897.00 |
| 0018 | Fee Application, Applicant | 21.6 | 6,943.50 |
| 0019 | Creditor Inquiries | 4.5 | 2,991.50 |
| 0020 | Fee Application, Others | 4.7 | 2,152.50 |
| 0021 | Employee Benefits, Pension | 2.5 | 1,625.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 6.7 | 4,355.00 |
| 0035 | Travel - Non Working | 12.0 | 9,098.00 |
| 0037 | Hearings | 13.0 | 9,217.00 |
| 0040 | Employment Applications - Others | 1.6 | 1,040.00 |
| 0047 | Tax Issues | 12.8 | 8,348.00 |
| | | | |
| | Sub Total | 399.5 | $ 218,108.00 |
| | Less 50% Travel | (6.0) | (4,549.00) |
| | Total | 393.5 | $ 213,559.00 |

# STROOCK

## INVOICE

| DATE | July 25, 2008 |
|---|---|
| INVOICE NO. | 448474 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through June 30, 2008, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/09/2008 | Attend to decisions on confirmation issues re: asbestos debtors. | Krieger, A. | 0.9 |
| 06/11/2008 | Attend to Anderson Memorial's motion for leave to appeal memorandum decision denying class certification and memorandum to the Committee re: same. | Krieger, A. | 2.3 |
| 06/13/2008 | Attend to proposed orders re: ZAI related matters. | Krieger, A. | 0.2 |
| 06/18/2008 | Attend to BNSF Railway Company's motion for clarification of 4/08 Order expanding preliminary injunction and related motion to shorten time (.2); attend to Court orders denying ZAI Claimants' motion (1) for appointment of expert witness, (2) for dismissal of individual ZAI claim and (3) for stay relief, without prejudice (.2); attend to certification of counsel re: establishing 10/31/08 bar date for ZAI claims and memo | Krieger, A. | 0.9 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71649604v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | regarding same (.5). | | |
| 06/20/2008 | Exchanged memoranda with J. Baer re: status of discussion with Canadian ZAI Claimants (.2); attend to BNSF's motion for clarification of Court's order expanding preliminary injunction (.2); attend to Canadian ZAI counsel's motion to establish a cross-border protocol and preparation of memorandum thereon (2.3); attend to Anderson Memorial's statement of issues, related documents (.1). | Krieger, A. | 2.8 |
| 06/23/2008 | Attend to Debtors' brief in opposition to Anderson Memorial's appeal of order denying class certification. | Krieger, A. | 0.7 |
| 06/24/2008 | Attend to Debtors' Brief in opposition to Anderson Memorial's motion for leave to appeal and preparation of memorandum thereon. | Krieger, A. | 1.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 9.5 | $ 650 | $ 6,175.00 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,175.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 6,175.00 |

# STROOCK

| RE | Business Operations 699843  0013 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/10/2008 | O/c J. Dolan re: business plan, second quarter results and Debtors' IRS settlement (.2); memorandum to J. Dolan re: valuation analyses (.4). | Krieger, A. | 0.6 |
| 06/23/2008 | Memorandum to S. Cunningham re: Debtors' motion to borrow against Coli policies. | Krieger, A. | 0.2 |
| 06/24/2008 | Exchanged memoranda with S. Cunningham, J. Dolan re: Debtors' motion to borrow against Coli policies. | Krieger, A. | 0.2 |
| 06/26/2008 | Attend to draft Capstone report on 2008 Business Plan and first quarter 2008 performance. | Krieger, A. | 2.5 |
| 06/27/2008 | Complete review of Capstone report on 2008 business plan, 2007 operations, other. | Krieger, A. | 0.3 |
| 06/30/2008 | T/c J. Dolan re: Capstone's report on the Debtors' 2008 business plan and first quarter results of operation, LTIP and Coli motion and information requests. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 4.1 | $ 650 | $ 2,665.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,665.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,665.00 |
|---|---|

# STROOCK

| RE | Case Administration<br>699843 0014 | | |
|---|---|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/02/2008 | Reviewed legal docket to update status (1.1); attend to obtaining transcript for attorney review (.2). | Holzberg, E. | 1.3 |
| 06/02/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); retrieve and distribute recently filed pleadings re: court of appeals case no. 08-2069 (.3). | Mohamed, D. | 1.5 |
| 06/03/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); obtain certain documents for attorney review (.5). | Mohamed, D. | 1.5 |
| 06/04/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.4); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.4); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 1.3 |
| 06/05/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.6 |
| 06/05/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); review case file documents (1.4). | Mohamed, D. | 2.4 |
| 06/06/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.4); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 1.5 |
| 06/09/2008 | Review and update case docket no. 01-1139 | Mohamed, D. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.3); retrieve and distribute recently filed pleadings in main case (.9); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.4); review court of appeals case docket no. 08-2069 (.2). | | |
| 06/10/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); obtain certain pleadings for attorney review (.4). | Mohamed, D. | 1.2 |
| 06/11/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.4); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 1.4 |
| 06/12/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.9); obtain certain pleadings for attorney review (.4). | Mohamed, D. | 1.6 |
| 06/13/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.1); retrieve and distribute recently filed pleadings re adv. pro. case docket no. 01-771 (.4); review adv. pro. case docket nos. 04-55083 and 05-52724 (.3); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 2.4 |
| 06/16/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.2); review case file documents (1.1); obtain certain pleadings for attorney review (.5). | Mohamed, D. | 3.2 |
| 06/17/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.2 |
| 06/17/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (1.5); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 2.4 |
| 06/18/2008 | Attend to numerous claims transfers (.3); | Krieger, A. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | attend to Fee Auditors final reports (.2). | | |
| 06/18/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (1.0); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 1.5 |
| 06/19/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); review adversary proceeding case docket nos. 01-771, 04-55083 and 05-52724 (.4). | Mohamed, D. | 1.4 |
| 06/20/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.9); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 1.5 |
| 06/23/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.3 |
| 06/23/2008 | O/c DM re Court's order approving 27th quarterly applications, project category inquiry and hearing. | Krieger, A. | 0.2 |
| 06/23/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.8); retrieve and distribute recently filed pleadings re adv. pro. case docket no. 01-771 (.4); review adv. pro. case docket nos. 04-55083 and 05-52724 (.3); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 2.0 |
| 06/24/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); retrieve certain pleadings for attorney review (.5). | Mohamed, D. | 1.3 |
| 06/25/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); retrieve and distribute recently filed pleadings re adv. pro. case docket no. 07-771 (.4); review adv. pro. case docket no.s. 04-55083 and 05-52724 (.3); retrieve and distribute recently filed pleadings re court of appeals case docket no. 08-2069 (.3). | Mohamed, D. | 1.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/26/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 1.0 |
| 06/27/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.2 |
| 06/27/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case docket  nos. 01-771, 04-55083 and 05-52724 (.4); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 1.4 |
| 06/30/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.4 |
| 06/30/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); retrieve and distribute recently filed pleadings re adv. pro. case no. 01-771 (.2); retrieve certain documents for attorney review (.4); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 8.0 | $ 270 | $ 2,160.00 |
| Krieger, Arlene G. | 0.7 | 650 | 455.00 |
| Mohamed, David | 36.0 | 175 | 6,300.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,915.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,915.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71649604v1

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843 0015 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 06/13/2008 | Attend to recently filed Third Circuit pleadings re: NJDEP appeal from denial of motion to file late claims. | Krieger, A. | 0.6 |
| 06/16/2008 | Attention to debtors' objection to bank debt claims (2.0); attention to prior research re PPI issues (1.5); drafting outline for response to objection (2.2); confer L. Kruger re: same (.4); telephone conferences A. Rosenberg re: same (.4). | Pasquale, K. | 6.5 |
| 06/17/2008 | Confer J. Strauss, L. Kruger re: response to objection to bank debt claims (.5); telephone conference A. Rosenberg re: objection issues (.3); drafting outline for response (1.1). | Pasquale, K. | 1.9 |
| 06/17/2008 | Meeting with K. Pasquale (.5); reviewed pleadings in prep. for opposition brief (5.2). | Strauss, J. | 5.7 |
| 06/18/2008 | Confer A. Krieger, L. Kruger re: PPI issues and objection. | Pasquale, K. | 0.5 |
| 06/18/2008 | Research and prep. for brief in response to objection. | Strauss, J. | 7.6 |
| 06/19/2008 | Confer J. Strauss re: response to debtors' objection. | Pasquale, K. | 0.3 |
| 06/19/2008 | Additional research and prep. for response to objection; drafting response to objection. | Strauss, J. | 9.3 |
| 06/20/2008 | Attend to Debtors' opposition to NJDEP motion holding appellate briefing in abeyance and related documents. | Krieger, A. | 0.3 |
| 06/20/2008 | Drafting response to Objection. | Strauss, J. | 8.2 |
| 06/22/2008 | Drafting response to Objection. | Strauss, J. | 3.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/23/2008 | Drafting response to Objection. | Strauss, J. | 9.1 |
| 06/24/2008 | Drafting response to Objection. | Strauss, J. | 7.6 |
| 06/25/2008 | Drafting response to Opposition. | Strauss, J. | 7.5 |
| 06/26/2008 | Completed draft of response to Objection. | Strauss, J. | 6.8 |
| 06/27/2008 | Reviewed draft brief in response to Objection. | Strauss, J. | 1.4 |
| 06/29/2008 | Attention to e-mails concerning draft of response to Objection. | Strauss, J. | 0.5 |
| 06/30/2008 | Editing response to Objection. | Strauss, J. | 6.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.9 | $ 650 | $ 585.00 |
| Pasquale, Kenneth | 9.2 | 775 | 7,130.00 |
| Strauss, Joseph E. | 73.9 | 595 | 43,970.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 51,685.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 51,685.50 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/01/2008 | Attend to Capstone memorandum to the Committee re: pension motion, and prepare proposed changes thereto (1.6); memorandum to J. Dolan re: comments to memorandum (.1). | Krieger, A. | 1.7 |
| 06/02/2008 | Attend to memorandum to the Committee re: Court's 5/29/08 memorandum opinion denying Anderson Memorial class action motion. | Krieger, A. | 1.2 |
| 06/03/2008 | Extended o/c G. Sasson re: post-petition interest issues and memorandum (1.3); attend to memorandum to the Committee re: Judge Fitzgerald memorandum opinion denying class certification (Anderson Memorial) and underlying pleadings (2.8); attend to memorandum re: Omnibus hearing (1.2). | Krieger, A. | 5.3 |
| 06/03/2008 | Review memo to Committee re: Fitzgerald denial of class certification re: Anderson Memorial and related pleadings (.6); review memo re: omnibus hearing (.3). | Kruger, L. | 0.9 |
| 06/03/2008 | Met with AK to discuss hearing and Court's decisions, completed revisions of memo re: Court's decisions. | Sasson, G. | 4.5 |
| 06/04/2008 | Attend to memorandum to the Committee re: June 2, 2008 hearing (3.0); attend to memorandum re: Anderson Memorial class motion opinion (2.0). | Krieger, A. | 5.0 |
| 06/04/2008 | Attend to plan-related matters. | Krieger, A. | 3.2 |
| 06/04/2008 | Review memo to Committee re: 6/2/08 court hearing. | Kruger, L. | 0.6 |
| 06/05/2008 | Memorandum to the Committee re: June 2, 2008 omnibus hearing (.2); memorandum to the Committee re: memorandum decision on | Krieger, A. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Anderson Memorial class certification (.3). | | |
| 06/05/2008 | Attend to disclosure statement and plan related issues and research (6.2); exchanged memoranda with LK, KP re: disclosure statement (.2); review USG confirmation hearing transcript for relevance (1.3). | Krieger, A. | 7.7 |
| 06/05/2008 | Review POR and DS issues (.6); exchange memoranda with K. Pasquale, A. Krieger re DS issues (.2); review USG confirmation hearing transcript (.3). | Kruger, L. | 1.1 |
| 06/06/2008 | Attend to memorandum re interest related issues (1.9); attend to case law re disclosure statement issues (4.6); o/c S. McHugh re plan issues research (.2); attend to plan-related material (1.3). | Krieger, A. | 8.0 |
| 06/06/2008 | Review email re tax motion (.4); review claim issue raised by creditor who purchased non-bank debt claim (.3) and OC w A. Krieger re: same (.2). | Kruger, L. | 0.9 |
| 06/06/2008 | Did research about 1126(c) issue in preparation for writing memo. | McHugh, S. | 1.7 |
| 06/09/2008 | Attend to memorandum re: interest-related issues (1.4); attend to disclosure statement case law and issues (3.8); attend to memorandum to the Committee re: Debtors' motion re: settlement with IRS (1.6). | Krieger, A. | 6.8 |
| 06/09/2008 | Review creditors' request for claim information (.2); email from A. Krieger re same (.2). | Kruger, L. | 0.4 |
| 06/09/2008 | Researched and started writing memo about 1126(c) issue. | McHugh, S. | 1.5 |
| 06/10/2008 | Attend to plan related documentation. | Krieger, A. | 1.1 |
| 06/10/2008 | Continued writing memo and revise same. | McHugh, S. | 2.2 |
| 06/11/2008 | Attend to memorandum to the Committee re: settlement with the State of Montana (1.4); o/c Onika A. Williams Herman re: case law research on plan issue (.7); attend to plan and disclosure statement issues (1.3). | Krieger, A. | 3.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/11/2008 | Review memo to Committee re: Montana settlement (.2); review Anderson Memorial motion for leave to appeal class certification decision (.2); review FCR application to retain Tre Angeli (.2). | Kruger, L. | 0.6 |
| 06/11/2008 | Received introduction to research matter re: plan issue from Arlene Krieger. | Williams Herman, O. | 0.5 |
| 06/12/2008 | Attend to memorandum to the Committee re: pending matters for 7/21/08 hearing (2.4); attend to case law re post- petition interest and disclosure statement related matters (3.6); memorandum to the Committee re: Anderson Memorial's appeal of order denying class certification (.6). | Krieger, A. | 6.6 |
| 06/12/2008 | OC w A. Krieger re fee examiner issues (.1); review memo to Committee re 7/21 pending matters (.2). | Kruger, L. | 0.3 |
| 06/12/2008 | Completed memo on 1126(c) issue. | McHugh, S. | 2.5 |
| 06/12/2008 | Attention to draft memos to committee re: Anderson. | Pasquale, K. | 0.2 |
| 06/13/2008 | Attend to materials for memorandum on Montana settlement motion and revise memo to reflect same (1.8); attend to memorandum re additional pending matters (1.1); attend to post-petition interest case law (.9). | Krieger, A. | 3.8 |
| 06/14/2008 | Exchanged memoranda with KP re: Debtors' objection to bank debt holders' claims for post-petition interest and attend to same. | Krieger, A. | 0.4 |
| 06/16/2008 | Attend to Committee memorandum re Debtors' objection to bank debt holders ppi claims and review objection (1.3); memorandum to R. Frezza, S. Cunningham re: same (.1). | Krieger, A. | 1.4 |
| 06/16/2008 | Review pleadings re objection to bank creditors request for default interest (.6); OC w K. Pasquale re same (.3); OC w K. Pasquale and TC w C. Freedgood re debtors' objection and committee meeting to discuss it (.3); OC w K. Pasquale and TC w Andy Rosenberg re debtors | Kruger, L. | 1.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | objections (.3); TC Jan Baer re status conference on agenda for 6/23 (.2) and OC w K. Pasquale re status conference (.2). | | |
| 06/17/2008 | Attend to KP draft response and exchanged memoranda with J. Strauss re: document request (.3); attend to Debtors' objection re: post petition interest and related documentation (.8); exchanged memoranda with J. Dolan re: Debtors' objection (.2). | Krieger, A. | 1.3 |
| 06/17/2008 | Reviewed objection to default interest and draft response (.6) and OC w K. Pasquale re response (.4); OC w K. Pasquale and TC A. Rosenberg re: objection to default interest (.3). | Kruger, L. | 1.3 |
| 06/18/2008 | Attend to materials for response to Debtors' objection on post petition interest and memoranda to LK, KP re: same (4.1); t/c R. Frezza, J. Dolan re: 6/18/08 Committee call (.2); o/c KP re: Debtors' objection and response (.5); exchanged memoranda with R. Frezza, J. Dolan re: information for response (.2); prepare for and participate on Committee conference call re: Debtors' objection and response and follow-up o/c LK, KP re: same (.7); attend to case law re: objection (.7); further exchange of memoranda with J. Dolan re: analyses and other information for response and attend to same (.6). | Krieger, A. | 7.0 |
| 06/18/2008 | OC w K. Pasquale and A. Krieger re: response to objection to bank creditors default interest (.5); TC w Creditors' Committee re: objection, Committee response, status conference re: same (.7). | Kruger, L. | 1.2 |
| 06/18/2008 | Prep for and conference call with Committee re: PPI objection. | Pasquale, K. | 1.0 |
| 06/18/2008 | Research re: disputed claims issue. | Williams Herman, O. | 2.2 |
| 06/19/2008 | Attend to Committee memorandum re: Montana claim settlement (.8); attend to case law for Committee's response to Debtors' | Krieger, A. | 7.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71649604v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | objection on post-petition interest and on related plan issues (5.7); o/c Onika Williams Herman re: plan issue research (.5); exchanged memoranda with B. Katchen re: case law for response (.1). | | |
| 06/19/2008 | OC w K. Pasquale and A. Krieger re: default interest motion and status conf. (.3); review case law re: default interest issue (1.3). | Kruger, L. | 1.6 |
| 06/19/2008 | Further research into disputed claims issue and additional meeting w/ A. Krieger. | Williams Herman, O. | 1.7 |
| 06/20/2008 | Attend to case law re: Debtors' interest objection and Committee response (2.9); memorandum to KP re: case law (.1); o/c MAS re: Debtors' objection (.8); exchanged memoranda with LK, KP re: same (.3). | Krieger, A. | 4.1 |
| 06/20/2008 | Emails w K. Pasquale and A. Krieger re default interest rate issue (.3); review draft LTIP motion (.2); emails w A. Krieger re memo from L. Sinanyan re creditor inquiry (.2); case law re contract issues (.3). | Kruger, L. | 1.0 |
| 06/20/2008 | O/c A. Krieger re: plan issues. | Speiser, M. | 0.7 |
| 06/20/2008 | Research & follow-up discussion w/ A. Krieger re: disputed claims issue. | Williams Herman, O. | 3.2 |
| 06/23/2008 | Attend to M. Berg comments to memorandum re Montana settlement and memorandum to MB re same (.3); attend to memorandum to the Committee re status conference on default interest objection (1.3); attend to case law re plan issues (1.3). | Krieger, A. | 2.9 |
| 06/23/2008 | Research re: disputed claims issue. | Williams Herman, O. | 2.6 |
| 06/24/2008 | Attend to memoranda to the Committee re: 6/23/08 hearing (1.5); attend to memorandum to the Committee re ZAI related order, motions and settlement discussions (.8); attend to memorandum to the Committee re Settlement of State of Montana's claim and t/c M. Berg re same (.6); o/c J. Strauss and exchanged memoranda with JS re information for | Krieger, A. | 4.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Committee response to Debtors' interest objection (.7); t/c Committee members counsel re 6/23/08 hearing on Debtors' objection (.5); attend to plan related case law (.7). | | |
| 06/24/2008 | Review memo to Committee re 6/23 Court hearing (.3) and review memo to Committee re ZAI (.2). | Kruger, L. | 0.5 |
| 06/24/2008 | Research re: disputed claims issue. | Williams Herman, O. | 2.5 |
| 06/25/2008 | Initial e-mails from and to and mtg. w/ A. Krieger re: Plan and Disclosure Statement issues (.7);  began conducting legal research re: plan issue (.6). | Gutierrez, J. | 1.3 |
| 06/25/2008 | Attend to plan related case law (2.1); t/c J. Dolan re post-petition interest information for Committee's response (.2); attend to memorandum re: Anderson motion for leave to appeal (1.2); o/c JG re plan, disclosure statement issues (.5); memorandum to C. Freedgood re Montana Settlement (.2). | Krieger, A. | 4.2 |
| 06/25/2008 | Review LTIP notes (.2); review memo to Committee re Montana settlement (.4); OC w A. Krieger re creditor inquiry (.1); prepare for 6/26 conf. call w committee (.2). | Kruger, L. | 0.9 |
| 06/25/2008 | Research disputed claim issue. | Williams Herman, O. | 2.7 |
| 06/26/2008 | Continued conducting legal research re: plan issue as per mtg. w/ A. Krieger. | Gutierrez, J. | 1.1 |
| 06/26/2008 | Attend to memorandum to the Committee re IRS Settlement (.5); attend to memorandum re Debtors' brief in opposition to Anderson appeal (1.1); memorandum to the Committee re Montana settlement (.2); attend to plan related issues (1.2); attend to revised memorandum re IRS settlement reflecting conference call with Debtors' tax representatives (.8); exchanged multiple memoranda re Committee's response to Debtors' default interest objection (.3). | Krieger, A. | 4.1 |
| 06/26/2008 | Review Capstone report re Debtors' 2008 business plan (.4); review draft Committee response to Debtors' objection re: default | Kruger, L. | 1.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | interest (.6); TC w D. Bernick re extension of Committee's time to reply (.2). | | |
| 06/26/2008 | Case reading and analysis re: disputed claims issue. | Williams Herman, O. | 2.5 |
| 06/27/2008 | Continued conducting legal research re: plan issue as per mtg. w/ A. Krieger. | Gutierrez, J. | 1.8 |
| 06/27/2008 | Attend to Debtors' default interest objection and draft Committee response thereto and exchanged memoranda with KP, LK, JS re: same (6.9); exchanged memoranda with J. Baer re: extension on Committee's time to respond to the objection (.2); memorandum to the Committee re: revised response date (.2); telephone conference with A. Rosenberg re: same (.1). | Krieger, A. | 7.4 |
| 06/27/2008 | Emails w K. Pasquale and A. Krieger re Committee response to debtors' default interest objection and review draft response. | Kruger, L. | 0.7 |
| 06/27/2008 | Prepare memo re: disputed claims issue. | Williams Herman, O. | 5.5 |
| 06/28/2008 | Attend to Committee's response to Debtors' post petition interest objection and exchanged memoranda with KP re: same. | Krieger, A. | 4.2 |
| 06/28/2008 | Further review of Committee's response to debtor objection re default interest. | Kruger, L. | 0.4 |
| 06/29/2008 | Exchanged memoranda with J. Strauss re: response to Debtors' objection (.6); attend to Committee's response (2.9). | Krieger, A. | 3.5 |
| 06/30/2008 | Continued conducting legal research re: plan issue as per mtg. w/ A. Krieger. | Gutierrez, J. | 3.3 |
| 06/30/2008 | Attend to KP mark up of draft response and AGK mark-up (6.8); attend to related documentation (1.6); t/c J. Dolan re financial information for Committee response (.3). | Krieger, A. | 8.7 |
| 06/30/2008 | OC w A. Krieger re memo to Committee re IRS issue. | Kruger, L. | 0.2 |
| 06/30/2008 | Edited Memo on disputed claims issue. | Williams Herman, O. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Gutierrez, James S. | 7.5 | $ 490 | $ 3,675.00 |
| Krieger, Arlene G. | 115.4 | 650 | 75,010.00 |
| Kruger, Lewis | 15.7 | 945 | 14,836.50 |
| McHugh, Steven R. | 7.9 | 210 | 1,659.00 |
| Pasquale, Kenneth | 1.2 | 775 | 930.00 |
| Sasson, Gabriel | 4.5 | 210 | 945.00 |
| Speiser, Mark A. | 0.7 | 875 | 612.50 |
| Williams Herman, Onika A. | 24.9 | 210 | 5,229.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 102,897.00 |
|------------------------------------------|--------------|

| TOTAL FOR THIS MATTER | $ 102,897.00 |
|-----------------------|--------------|

# STROOCK

| RE | Fee Application, Applicant |
|---|---|
| | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/02/2008 | Worked on 85th monthly fee application disbursements and bill. | Holzberg, E. | 1.6 |
| 06/03/2008 | Worked on and completed 85th monthly fee application (disbursements and fees). | Holzberg, E. | 3.2 |
| 06/03/2008 | Attend to April 2008 fee statement and o/cs EH re: same. | Krieger, A. | 0.4 |
| 06/04/2008 | Review Stroock's eighty-fifth monthly fee statement in preparation for filing (.8); prepare affidavit of service re: same and forward to local counsel for filing (.5); prepare and effectuate service re: fee statement (.6). | Mohamed, D. | 1.9 |
| 06/10/2008 | Started to review May time for 86th monthly fee application. | Holzberg, E. | 1.8 |
| 06/13/2008 | Worked on 86th monthly fee application. | Holzberg, E. | 1.2 |
| 06/13/2008 | Attend to May 2008 fee statement. | Krieger, A. | 1.8 |
| 06/16/2008 | Worked on 86th monthly fee application. | Holzberg, E. | 2.0 |
| 06/17/2008 | Worked on 86th monthly application (2.3) and monthly bill (1.4). | Holzberg, E. | 1.6 |
| 06/20/2008 | Worked on 86th monthly fee application and disbursements. | Holzberg, E. | 1.8 |
| 06/22/2008 | Attend to May 2008 fee statement and related expenses. | Krieger, A. | 0.9 |
| 06/23/2008 | Worked on 86th monthly fee application. | Holzberg, E. | 0.8 |
| 06/27/2008 | Worked on 86th monthly fee application. | Holzberg, E. | 0.6 |
| 06/27/2008 | Exchanged memoranda with A. McIntosh re: Navigant's May 2008 invoice. | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/30/2008 | Worked on charts for 86th monthly fee application. | Holzberg, E. | 1.7 |
| 06/30/2008 | O/c EH re advice re Navigant's May 2008 invoice. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 16.3 | $ 270 | $ 4,401.00 |
| Krieger, Arlene G. | 3.4 | 650 | 2,210.00 |
| Mohamed, David | 1.9 | 175 | 332.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,943.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 6,943.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71649604v1

# STROOCK

| RE | Creditor Inquiries |
|----|--------------------|
|    | 699843  0019       |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/06/2008 | Exchanged memoranda with LK re creditor inquiry and attend to material sent (.3); o/c N. Lieberman re same (.5); memorandum to J. Baer re creditor inquiry (.1). | Krieger, A. | 0.9 |
| 06/06/2008 | Conference with A. Krieger regarding creditor's inquiry re: recognition as the claimholder of record. | Lieberman, N. | 0.5 |
| 06/09/2008 | Memorandum to LK re: creditor inquiry. | Krieger, A. | 0.3 |
| 06/10/2008 | Attend to memorandum from L. Sinanyan and conf with N. Lieberman re: same and exchanged memoranda with L. Sinanyan re: outstanding issue. | Krieger, A. | 0.6 |
| 06/10/2008 | Various conferences with A. Krieger regarding creditor's inquiry. | Lieberman, N. | 0.5 |
| 06/11/2008 | O/c LK re: creditor inquiry and status of review. | Krieger, A. | 0.2 |
| 06/18/2008 | Memorandum to L. Sinanyan re: creditor inquiry. | Krieger, A. | 0.1 |
| 06/18/2008 | Telephone conference bank debt holder re: debtors' objection on PPI. | Pasquale, K. | 0.3 |
| 06/20/2008 | Attend to memorandum from L. Sinanyan re: status of information responding to creditor inquiry and memorandum to LK re: same. | Krieger, A. | 0.2 |
| 06/24/2008 | Exchanged memoranda with L. Sinanyan re: information for creditor inquiry (.2); t/c creditor re 6/23/08 hearing and Debtors' objection (.2); memoranda with LK and o/c NL re: creditor inquiry (.2). | Krieger, A. | 0.6 |
| 06/25/2008 | O/c LK re creditor inquiry. | Krieger, A. | 0.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/27/2008 | Creditors call re: interest rate. | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 3.0 | $ 650 | $ 1,950.00 |
| Kruger, Lewis | 0.2 | 945 | 189.00 |
| Lieberman, Nina E. A. | 1.0 | 620 | 620.00 |
| Pasquale, Kenneth | 0.3 | 775 | 232.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,991.50 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 2,991.50 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71649604v1

# STROOCK

| RE | Fee Application, Others |
|----|-------------------------|
|    | 699843  0020            |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/03/2008 | Review Capstone's seventeenth quarterly fee application in preparation for filing (.7); prepare notice and affidavit of service re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee application (.6). | Mohamed, D. | 1.9 |
| 06/05/2008 | Attend to other professionals fee statements. | Krieger, A. | 0.2 |
| 06/10/2008 | Attend to fee applications of other professionals. | Krieger, A. | 1.2 |
| 06/11/2008 | Attend to other professionals fee applications. | Krieger, A. | 0.3 |
| 06/12/2008 | O/c LK re: Fee Examiner's positions and review of applications (.1); attend to Fee Examiner's final reports on various professionals 27th quarterly applications (.2); attend to other professionals' fee applications (.4). | Krieger, A. | 0.7 |
| 06/20/2008 | Attend to other professionals fee applications, related certifications. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.8 | $ 650 | $ 1,820.00 |
| Mohamed, David | 1.9 | 175 | 332.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,152.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,152.50 |
|-----------------------|------------|