# STROOCK

| RE | Employee Benefits, Pension<br>699843  0021 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/20/2008 | Attend to J. Baer memorandum re: revised LTIP program and memorandum to J. Dolan re: same (.2); attend to review of draft LTIP motion and related affidavit (.5). | Krieger, A. | 0.7 |
| 06/23/2008 | Memorandum to S. Cunningham re LTIP motion. | Krieger, A. | 0.1 |
| 06/24/2008 | Exchanged memoranda with S. Cunningham, J. Dolan re LTIP motion and information request. | Krieger, A. | 0.2 |
| 06/25/2008 | Review LTIP motion and preparation of information request in preparation for 6/26/08 conf call. | Krieger, A. | 0.5 |
| 06/26/2008 | Attend to Capstone's draft information request on the revised LTIP program (.1); conference call J. Dolan re revised LTIP program (.5); attend to revised information request (.4). | Krieger, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.5 | $ 650 | $ 1,625.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,625.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,625.00 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation |
|---|---|
| | 699843  0022 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/09/2008 | Review motion and stipulation regarding State of Montana claim. | Berg, M. | 0.5 |
| 06/09/2008 | Memorandum to M. Berg re: Debtors' settlement with the State of Montana. | Krieger, A. | 0.1 |
| 06/10/2008 | Attend to Debtors' motion for approval of Montana settlement stipulation and related documentation (1.8); attend to M. Berg's memorandum thereon (.1); memorandum to MB re: Montana settlement (.1). | Krieger, A. | 2.0 |
| 06/11/2008 | Telephone call with A. Krieger regarding Montana claim settlement stipulation. | Berg, M. | 0.5 |
| 06/11/2008 | T/c M. Berg re: Montana settlement (.6); memorandum to J. Baer re: outstanding issues (.6). | Krieger, A. | 1.2 |
| 06/13/2008 | Review debtor's response to A. Krieger's questions on Montana settlement. | Berg, M. | 0.1 |
| 06/13/2008 | Memorandum to MB re: Montana settlement (.2); memorandum from J. Baer re: response to AGK inquiry (.2). | Krieger, A. | 0.4 |
| 06/18/2008 | Memorandum to L. Sinanyan re: status of Mian matter (.1); attend to J. Baer memorandum re: Montana settlements and memoranda to M. Berg re: same (.3). | Krieger, A. | 0.4 |
| 06/19/2008 | Exchanged memoranda with J. Baer re: Mian motion and discovery (.2); further exchange of memoranda with J. Baer re: Montana Settlement (.1); exchanged memoranda with J. Dolan re: Libby Settlement payment (.1). | Krieger, A. | 0.4 |
| 06/23/2008 | Review motion re:  Montana settlement (.2); review draft memo to clients re:  settlement | Berg, M. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.3). | | |
| 06/24/2008 | T/c. Krieger re:  Montana settlement. | Berg, M. | 0.4 |
| 06/24/2008 | Exchanged memoranda with J. Dolan re payment of Libby Site settlement. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 2.0 | $ 650 | $ 1,300.00 |
| Krieger, Arlene G. | 4.7 | 650 | 3,055.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,355.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 4,355.00 |
|-----------------------|-----------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71649604v1

# STROOCK

RE      Expenses
        699843 0024

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 154.96 |
| Meals | 12.92 |
| Local Transportation | 230.59 |
| Long Distance Telephone | 18.18 |
| Duplicating Costs-in House | 2.50 |
| Court Reporting Services | 74.70 |
| Word Processing | 6.00 |
| Lexis/Nexis | 670.16 |
| Facsimile Charges | 36.00 |
| Travel Expenses - Transportation | 501.25 |
| Westlaw | 10650.52 |

| TOTAL DISBURSEMENTS/CHARGES | $ 12,357.78 |
|---|---|

| TOTAL FOR THIS MATTER | $ 12,357.78 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71649604v1

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|----|------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 06/02/2008 | Travel to Pittsburgh for omnibus hearing (3.7); return travel from Pittsburgh after omnibus hearing (3.9). | Krieger, A. | 7.6 |
| 06/23/2008 | Travel time to and from Court hearing in Delaware. | Kruger, L. | 4.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 7.6 | $ 650 | $ 4,940.00 |
| Kruger, Lewis | 4.4 | 945 | 4,158.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,098.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 9,098.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71649604v1

# STROOCK

| RE | Hearings |
|---|---|
| | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/02/2008 | Attend omnibus hearing re: Libby Site settlement, multi-site settlement, ZAI related matters including Debtors' bar date motion. | Krieger, A. | 5.6 |
| 06/03/2008 | Memorandum to J. Baer re: January 2009 hearing dates. | Krieger, A. | 0.1 |
| 06/18/2008 | Attend to agenda notice for 6/23/08 omnibus. | Krieger, A. | 0.1 |
| 06/23/2008 | Attend to amended agenda and pleadings for hearing (1.3); o/c LK re hearing (.2); memoranda to LK re notice of appearance filed, Bilzin, Fee Auditor's dispute over expenses, other (.5); attend telephonically omnibus hearing including discussion on Debtors' objection to post-petition interest to unsecured creditors (2.1); t/c LK re hearing (.1). | Krieger, A. | 4.2 |
| 06/23/2008 | Preparation for court hearing and review of revised agenda (.4); attend court hearing re published agenda (2.2). | Kruger, L. | 2.6 |
| 06/24/2008 | O/c LK re 6/23/08 hearing and post-petition interest and POR issues. | Krieger, A. | 0.2 |
| 06/26/2008 | T/c Jan Baer re Court's ruling on E&Y and discussion over Charleston, Scotts Company. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 10.4 | $ 650 | $ 6,760.00 |
| Kruger, Lewis | 2.6 | 945 | 2,457.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,217.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 9,217.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71649604v1

# STROOCK

| RE | Employment Applications - Others |
|---|---|
| | 699843 0040 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/11/2008 | Attend to FCR's application to retain Tre Angeli as co-financial advisor to Piper Jaffrey (1.2) and attend to FCR's amendment to employment application of Piper Jaffrey (.2). | Krieger, A. | 1.4 |
| 06/20/2008 | Attend to Debtors' motion to expand scope of Reed Smith's services (.1); exchanged memoranda with J. Baer re: same (.1). | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.6 | $ 650 | $ 1,040.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,040.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,040.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71649604v1

# STROOCK

| RE | Tax Issues |
|---|---|
| | 699843 0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/06/2008 | Attend to memorandum from J. Baer re: IRS settlement motion and exchanged memoranda with J. Dolan re: same. | Krieger, A. | 0.2 |
| 06/08/2008 | Attend to Debtors' draft motion and exhibits re: IRS settlement over research credits. | Krieger, A. | 2.1 |
| 06/09/2008 | Memorandum to MG, ME re: Debtors' motion for settlement with IRS of research credit dispute. | Krieger, A. | 0.2 |
| 06/10/2008 | Attend to draft memorandum to the Committee re: Debtors' motion for IRS settlement of research credits. | Krieger, A. | 1.1 |
| 06/12/2008 | Reviewing motion re: settlement of research credit dispute with IRS. | Eichler, M. | 1.7 |
| 06/12/2008 | Memorandum to ME re: proposed IRS Settlement. | Krieger, A. | 0.2 |
| 06/13/2008 | Review materials and e-mails with M. Eichler re refund claim. | Greenberg, M. | 0.7 |
| 06/13/2008 | Exchanged memoranda with M. Eichler re: IRS Settlement motion. | Krieger, A. | 0.2 |
| 06/18/2008 | O/c M. Eichler re: Debtors' proposed settlement with the IRS. | Krieger, A. | 0.1 |
| 06/18/2008 | Memorandum to J. Baer re: conference call to discuss IRS settlement. | Krieger, A. | 0.1 |
| 06/23/2008 | Reviewing Research Credit motion. | Eichler, M. | 0.4 |
| 06/23/2008 | Exchanged memoranda with J. Baer and with ME re conference call to discuss proposed IRS Research Credit settlement. | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 06/24/2008 | Memorandum to S. Cunningham, J. Dolan re advice regarding 6/26/08 conference call to discuss proposed IRS settlement. | Krieger, A. | 0.1 |
| 06/25/2008 | Exchanged memoranda with J. Baer re conf call to discuss proposed Research Credits Settlement (.1); prepare for 6/26/08 conf call to discuss settlement and attend to Committee memorandum re same (.6). | Krieger, A. | 0.7 |
| 06/26/2008 | Conference call re: settlement of research credit issue (.6); revising memo drafted by A. Krieger to reflect discussion (3.6). | Eichler, M. | 4.2 |
| 06/26/2008 | Conf call ME, J. Baer, C. Finke, M. Margolies, B. Frezza re: proposed settlement with IRS and follow-up o/c ME re: same. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Eichler, Mark | 6.3 | $ 635 | $ 4,000.50 |
| Greenberg, Mayer | 0.7 | 825 | 577.50 |
| Krieger, Arlene G. | 5.8 | 650 | 3,770.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 8,348.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 8,348.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 218,108.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 12,357.78 |
| TOTAL BILL | $ 230,465.78 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71649604v1

# EXHIBIT B

**WR GRACE & CO**
**SUMMARY OF FEES**
**JUNE 1, 2008 - JUNE 30, 2008**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** |  |  |  |
| Greenberg, Mayer | 0.7 | $ 825 | $        577.50 |
| Kruger, Lewis | 22.9 | 945 | 21,640.50 |
| Pasquale, Kenneth | 10.7 | 775 | 8,292.50 |
| Speiser, Mark A. | 0.7 | 875 | 612.50 |
|  |  |  |  |
| **Associates** |  |  |  |
| Berg, Madelaine | 2.0 | 650 | 1,300.00 |
| Eichler, Mark | 6.3 | 635 | 4,000.50 |
| Gutierrez, James S. | 7.5 | 490 | 3,675.00 |
| Krieger, Arlene G. | 172.4 | 650 | 112,060.00 |
| Lieberman, Nina E. A. | 1.0 | 620 | 620.00 |
| Strauss, Joseph E. | 73.9 | 595 | 43,970.50 |
|  |  |  |  |
| **Paraprofessionals** |  |  |  |
| Holzberg, Ethel H. | 24.3 | 270 | 6,561.00 |
| McHugh, Steven R. | 7.9 | 210 | 1,659.00 |
| Mohamed, David | 39.8 | 175 | 6,965.00 |
| Sasson, Gabriel | 4.5 | 210 | 945.00 |
| Williams Herman, Onika A. | 24.9 | 210 | 5,229.00 |
|  |  |  |  |
| **Sub Total** | **399.5** |  | **$ 218,108.00** |
| **Less 50% Travel** | **(6.0)** |  | **(4,549.00)** |
| **Total** | **393.5** |  | **$ 213,559.00** |

# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JUNE 1, 2008 - JUNE 30, 2008**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 154.96 |
| Meals | | 12.92 |
| Local Transportation | | 230.59 |
| Long Distance Telephone | | 18.18 |
| Duplicating Costs-in House | | 2.50 |
| Court Reporting Services | | 74.70 |
| Word Processing | | 6.00 |
| Lexis/Nexis | | 670.16 |
| Facsimile Charges | | 36.00 |
| Travel Expenses - Transportation | | 501.25 |
| Westlaw | | 10,650.52 |
| | | |
| **TOTAL** | | **$12,357.78** |

# STROOCK

## Disbursement Register

| DATE | July 21, 2008 |
| --- | --- |
| INVOICE NO. | 448474 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through June 30, 2008, including:

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |

**Outside Messenger Service**

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 06/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827228; DATE: 05/31/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270192409479 on 05/27/2008 | 16.51 |
| 06/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827228; DATE: 05/31/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270192470250 on 05/27/2008 | 10.64 |
| 06/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827228; DATE: 05/31/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270194721841 on 05/27/2008 | 10.64 |
| 06/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827228; DATE: 05/31/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270195277151 on 05/29/2008 | 7.09 |
| 06/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827228; DATE: 05/31/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270196907165 on | 10.06 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

NY 71649604v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| | 05/29/2008 | |
| 06/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827228; DATE: 05/31/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270196971747 on 05/29/2008 | 7.09 |
| 06/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827228; DATE: 05/31/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stacey F. Tate Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270198474932 on 05/29/2008 | 7.09 |
| 06/02/2008 | VENDOR: UPS; INVOICE#: 0000010X827228; DATE: 05/31/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270190091468 on 05/27/2008 | 10.64 |
| 06/09/2008 | VENDOR: UPS; INVOICE#: 0000010X827238; DATE: 06/07/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270197335334 on 06/03/2008 | 7.48 |
| 06/09/2008 | VENDOR: UPS; INVOICE#: 0000010X827238; DATE: 06/07/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270197456141 on 06/03/2008 | 10.61 |
| 06/09/2008 | VENDOR: UPS; INVOICE#: 0000010X827238; DATE: 06/07/2008; FROM David; Mohamed, 180 Maiden Lane, New York, NY TO Stacey F. Tate Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270197907127 on 06/03/2008 | 7.48 |
| 06/09/2008 | VENDOR: UPS; INVOICE#: 0000010X827238; DATE: 06/07/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270199825551 on 06/03/2008 | 7.48 |
| 06/09/2008 | VENDOR: UPS; INVOICE#: 0000010X827238; DATE: 06/07/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Julie Kienzle Court Reporter, 5380 U.S. Court House, PITTSBURGH, PA 15219 Tracking #:1Z10X8271392371960 on 06/03/2008 | 9.10 |
| 06/09/2008 | VENDOR: UPS; INVOICE#: 0000010X827238; DATE: 06/07/2008; | 7.48 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270190174833 on 06/04/2008 | |
| 06/09/2008 | VENDOR: UPS; INVOICE#: 0000010X827238; DATE: 06/07/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270190410014 on 06/04/2008 | 7.48 |
| 06/09/2008 | VENDOR: UPS; INVOICE#: 0000010X827238; DATE: 06/07/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Stacey F. Tate Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270191424801 on 06/04/2008 | 7.48 |
| 06/09/2008 | VENDOR: UPS; INVOICE#: 0000010X827238; DATE: 06/07/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander  Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193212027 on 06/04/2008 | 10.61 |
| | **Outside Messenger Service Total** | **154.96** |

**Meals**

| | | |
|---|---|---|
| 06/05/2008 | VENDOR(EE): AKRIEGER: 06/02/08 - 06/02/08; DATE: 06-05-2008; Dinner at Airport -  6/2/08 | 12.92 |
| | **Meals Total** | **12.92** |

**Local Transportation**

| | | |
|---|---|---|
| 06/02/2008 | VENDOR(EE): ABEAL - DATE: 02/05/2008; Taxi Travel re C/M #699843.0017 | 13.00 |
| 06/02/2008 | VENDOR(EE): ABEAL - DATE: 03/06/2008; Taxi Travel re C/M #699843.0022 | 7.00 |
| 06/02/2008 | VENDOR(EE): ABEAL - DATE: 04/02/2008; Taxi Travel re C/M #699843.0017 | 9.00 |
| 06/02/2008 | VENDOR(EE): ABEAL – DATE: 04/29/2008; Taxi Travel re C/M #699843.0017 | 11.00 |
| 06/05/2008 | VENDOR(EE): AKRIEGER -DATE: 06/02/2008; Taxi fare from Pittsburgh Airport to Courthouse | 45.00 |
| 06/05/2008 | VENDOR(EE): AKRIEGER: 06/02/08 - 06/02/08; DATE: 06-05-2008; Taxi fare from Courthouse to Pittsburgh Airport - 6/2/08 | 40.00 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/05/2008 | VENDOR(EE): AKRIEGER: 06/02/08 - 06/02/08; DATE: 06-05-2008; Taxi fare from LaGuardia Airport to home - 6/2/08 | 30.00 |
| 06/18/2008 | VENDOR: NYC Taxi; Invoice#: 832755; Invoice Date: 06/13/2008; Voucher #: 122539; Arlene Krieger 06/02/2008 07:35 from 10 EAST END AVE MANHATTAN NY to LaGuardia Airport Flushing NY | 67.59 |
| 06/26/2008 | VENDOR(EE): LKRUGER: 06/23/08 - 06/23/08; DATE: 06-26-2008; Taxi expense ($8.00) to court in Delaware. | 8.00 |
| | **Local Transportation Total** | **230.59** |

**Long Distance Telephone**

| | | |
|------|-------------|--------|
| 06/04/2008 | EXTN.5475, TEL.412-261-6122, S.T.16:07, DUR.00:00:06 | 0.47 |
| 06/17/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-051808; DATE: 5/20/2008 - Teleconference  05/15/08 | 6.52 |
| 06/17/2008 | EXTN.5431, TEL.312-861-2162, S.T.12:09, DUR.00:00:06 | 0.47 |
| 06/17/2008 | EXTN.5431, TEL.302-778-6407, S.T.12:37, DUR.00:00:36 | 0.47 |
| 06/17/2008 | EXTN.5431, TEL.302-657-4942, S.T.12:39, DUR.00:01:12 | 0.94 |
| 06/17/2008 | EXTN.5562, TEL.201-541-2126, S.T.10:33, DUR.00:00:12 | 0.47 |
| 06/17/2008 | EXTN.5562, TEL.302-652-4100, S.T.11:07, DUR.00:01:18 | 0.94 |
| 06/18/2008 | EXTN.5431, TEL.410-531-4212, S.T.16:26, DUR.00:00:30 | 0.47 |
| 06/19/2008 | EXTN.5006, TEL.410-531-4212, S.T.11:25, DUR.00:00:54 | 0.47 |
| 06/20/2008 | EXTN.5562, TEL.518-213-6000, S.T.09:33, DUR.00:01:48 | 0.86 |
| 06/24/2008 | EXTN.5544, TEL.201-587-7144, S.T.16:07, DUR.00:00:30 | 0.47 |
| 06/26/2008 | EXTN.5544, TEL.312-861-2162, S.T.18:08, DUR.00:09:30 | 4.69 |
| 06/27/2008 | EXTN.5544, TEL.312-861-2162, S.T.10:39, DUR.00:01:24 | 0.94 |
| | **Long Distance Telephone Total** | **18.18** |

**Duplicating Costs-in House**

| | |
|------|------|
| 06/03/2008 | 0.80 |
| 06/04/2008 | 0.80 |
| 06/19/2008 | 0.90 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Duplicating Costs-in House Total** | **2.50** |
| **Court Reporting Services** | | |
| 06/02/2008 | VENDOR: Julie Kienzle, Court Reporter;  INVOICE#: 060208; DATE: 06/02/2008;  FOR: Order Transcript | 74.70 |
| | **Court Reporting Services Total** | **74.70** |
| **Lexis/Nexis** | | |
| 06/18/2008 | Research on 06/18/2008 | 135.25 |
| 06/20/2008 | Research on 06/20/2008 | 19.85 |
| 06/20/2008 | Research on 06/20/2008 | 92.25 |
| 06/23/2008 | Research on 06/23/2008 | 285.75 |
| 06/24/2008 | Research on 06/24/2008 | 129.75 |
| 06/25/2008 | Research on 06/25/2008 | 0.06 |
| 06/25/2008 | Research on 06/25/2008 | 7.25 |
| | **Lexis/Nexis Total** | **670.16** |
| **Facsimile Charges** | | |
| 06/16/2008 | Fax # 312-944-1320 | 36.00 |
| | **Facsimile Charges Total** | **36.00** |
| **Travel Expenses - Transportation** | | |
| 06/05/2008 | VENDOR(EE): AKRIEGER: 06/02/08 - 06/02/08; DATE: 06-05-2008; Airfare exchange fare (missed flight because of length of court hearing) -  6/2/08 | 150.00 |
| 06/24/2008 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; KRIEGER/ARLENE LGA PIT LGA on 05/27/2008 | 319.00 |
| 06/24/2008 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; KRIEGER/ARLENE on 05/27/2008 | 32.25 |
| | **Travel Expenses - Transportation Total** | **501.25** |
| **Westlaw** | | |
| 06/05/2008 | Transactional Search by Krieger, Arlene G. | 195.98 |
| 06/09/2008 | Transactional Search by Krieger, Arlene G. | 4.90 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71649604v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/12/2008 | Transactional Search by Krieger, Arlene G. | 252.82 |
| 06/13/2008 | Transactional Search by Krieger, Arlene G. | 15.68 |
| 06/17/2008 | Duration 1:10:36; by Strauss, Joseph E. | 746.46 |
| 06/18/2008 | Transactional Search by Krieger, Arlene G. | 277.51 |
| 06/18/2008 | Duration 2:19:56; by Strauss, Joseph E. | 1,711.36 |
| 06/18/2008 | Transactional Search by Strauss, Joseph E. | 172.46 |
| 06/19/2008 | Duration 3:13:39; by Strauss, Joseph E. | 2,198.48 |
| 06/19/2008 | Duration 0:25:32; by Strauss, Joseph E. | 452.55 |
| 06/20/2008 | Duration 0:24:08; by Strauss, Joseph E. | 344.69 |
| 06/21/2008 | Duration 0:36:24; by Strauss, Joseph E. | 371.82 |
| 06/23/2008 | Duration 1:55:53; by Strauss, Joseph E. | 963.46 |
| 06/24/2008 | Duration 0:15:18; by Strauss, Joseph E. | 147.98 |
| 06/25/2008 | Duration 0:03:35; by Strauss, Joseph E. | 51.54 |
| 06/26/2008 | Transactional Search by Krieger, Arlene G. | 15.68 |
| 06/26/2008 | Transactional Search by Krieger, Arlene G. | 94.07 |
| 06/26/2008 | Duration 2:11:13; by Strauss, Joseph E. | 1,568.11 |
| 06/27/2008 | Duration 0:17:11; by Gutierrez, James S. | 386.57 |
| 06/30/2008 | Duration 0:36:29; by Strauss, Joseph E. | 458.94 |
| 06/30/2008 | Duration 0:16:53; by Gutierrez, James S. | 219.46 |
| **Westlaw Total** | | **10,650.52** |

**Word Processing - Logit**
| | | |
|---|---|---|
| 06/01/2008 | | 6.00 |
| **Word Processing - Logit Total** | | **6.00** |

# STROOCK

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 154.96 |
| Meals | 12.92 |
| Local Transportation | 230.59 |
| Long Distance Telephone | 18.18 |
| Duplicating Costs-in House | 2.50 |
| Court Reporting Services | 74.70 |
| Word Processing | 6.00 |
| Lexis/Nexis | 670.16 |
| Facsimile Charges | 36.00 |
| Travel Expenses - Transportation | 501.25 |
| Westlaw | 10650.52 |

| TOTAL DISBURSEMENTS/CHARGES | $ 12,357.78 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71649604v1

# <u>Navigant Consulting, Inc. Invoice</u>
# <u>June 2008</u>

NY 71649604v1



Navigant Consulting, Inc.
7 St. Paul Street, Suite 1210
Baltimore, MD 21202
(410) 528-4811 - Direct
(410) 528-4801 - Fax

July 16, 2008

Kenneth Pasquale
Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038

---

*For Services Rendered For*
*WR Grace Creditor's Committee*

---

**Professional Fees:**

None billable at this time.

**Expenses:**

Research                           $        96.84

Total Expenses incurred prior to June 2008 ........................................................................... $96.84

Total Amount Due for Services and Expenses incurred prior to June 2008 ..................... $96.84

**Outstanding Invoices:**

Inv No.    244347          May 13, 2008                    $38,800.00

Total Outstanding Invoices........................................................................................................ $38,800.00

Total Amount Due For Services, Expenses incurred prior to June 2008
    and Outstanding Invoices ............................................................................................. $38,896.84

Navigant Consulting, Inc. Project No.: 113758                    Invoice No.: 249697

# Expense Detail

Project:    WR GRACE CREDITOR'S COMMITTEE
Project No.:    113758
Client:    Stroock & Stroock & Lavan

Invoice No.:    249697
Invoice Date:    07/16/2008
Rev. Inv. Amt:    $96.84

## EXPENSE SUMMARY

| Code | Description | Amount |
|------|-------------|--------|
| RESRCH | Research | 96.84 |
| | Disbursements Total: | 96.84 |

## EXPENSE DETAIL

| Vendor Name | | Code | Date | Hours | Amount | | Narrative |
|-------------|---|------|------|-------|--------|---|-----------|
| LEXIS-NEXIS | | RESRCH | 1/31/2008 | | 96.84 | Research | RESEARCH - Vendor: LEXIS-NEXIS |
| SUBTOTAL TASK: 10 | | | | | 96.84 | | |