-3-

# EXHIBIT C

## WR GRACE & CO
## SUMMARY OF FEES
## APRIL 1, 2008 - JUNE 30, 2008

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Greenberg, Mayer | 0.7 | $ 825 | $ 577.50 |
| Kruger, Lewis | 59.9 | 945 | 56,605.50 |
| Pasquale, Kenneth | 81.7 | 775 | 63,317.50 |
| Speiser, Mark A. | 13.3 | 875 | 11,637.50 |
| | | | |
| **Associates** | | | |
| Beal, Abigail M. | 83.1 | 440 | 36,564.00 |
| Berg, Madelaine | 17.0 | 650 | 11,050.00 |
| Eichler, Mark | 6.8 | 635 | 4,318.00 |
| Gutierrez, James S. | 63.3 | 490 | 31,017.00 |
| Krieger, Arlene G. | 546.0 | 650 | 354,900.00 |
| Lieberman, Nina E. A. | 1.0 | 620 | 620.00 |
| Millman, Sherry M. | 1.8 | 650 | 1,170.00 |
| Strauss, Joseph E. | 73.9 | 595 | 43,970.50 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 79.6 | 270 | 21,492.00 |
| McHugh, Steven R. | 7.9 | 210 | 1,659.00 |
| Mohamed, David | 118.3 | 175 | 20,702.50 |
| Sasson, Gabriel | 16.7 | 210 | 3,507.00 |
| Williams Herman, Onika A. | 24.9 | 210 | 5,229.00 |
| | | | |
| **Sub Total** | 1,195.9 | | $ 668,337.00 |
| **Less 50% Travel** | (21.0) | | (15,206.50) |
| | | | |
| **Total** | 1,174.9 | | $ 653,130.50 |

-4-