# EXHIBIT D

## WR GRACE & CO
## DISBURSEMENT SUMMARY
## APRIL 1, 2008 - JUNE 30, 2008

| | |
|---|---:|
| Outside Messenger Service | $ 282.13 |
| Meals | 161.90 |
| Local Transportation | 747.99 |
| Long Distance Telephone | 231.11 |
| Duplicating Costs-in House | 45.10 |
| Court Reporting Services | 74.70 |
| Filing Fees | 748.00 |
| In House Messenger Service | 31.17 |
| O/S Information Services | 706.14 |
| Word Processing | 138.00 |
| Lexis/Nexis | 670.16 |
| Facsimile Charges | 52.00 |
| Travel Expenses - Transportation | 4,086.92 |
| Travel Expenses - Lodging | 1,859.62 |
| Travel Expenses - Meals | 262.82 |
| Westlaw | 16,053.57 |
| | |
| TOTAL | $ 26,151.33 |