IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: September 16, 2008 at 4:00 p.m. |

### FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM JULY 1, 2008 THROUGH JULY 31, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

August 8, 2008
Invoice 886871  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 07/31/08 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

07/15/08    Send follow up e-mail to Mitch Obradovic regarding security at facility in Travelers Rest, SC.
           D.B. RUSTIN                              0.20 hrs.   220.00/hr              $44.00

**Total Fees for Legal Services** ................................................................................  **$44.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| D.B. RUSTIN | 0.20 | 220.00 | 44.00 |
| TOTAL | 0.20 | $220.00 | $44.00 |

**Net current billing for this invoice**................................................................................  **$44.00**

**GRAND TOTAL** ................................................................................  **$44.00**

W. R. Grace & Co.

August 8, 2008
Invoice 886871  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 07/31/08

W. R. Grace & Co.
General
Our Matter # 02399/06000

| | |
|---|---|
| Fees for Professional Services | $44.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| Net current billing for this invoice | $44.00 |
| **GRAND TOTAL** | **$44.00** |

**Terms of Payment: Balance due within thirty days of invoice date**

### DOMESTIC WIRING INSTRUCTIONS
Receiving Bank: Columbus Bank & Trust (CB&T)
ABA Number: 061100606
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC 29151-1798
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

### FOREIGN WIRING INSTRUCTIONS
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC 29151-1798
ABA Number: 053200666
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

August 8, 2008  
Invoice 886872  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 07/31/08 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

| | | | | |
|---|---|---|---|---|
| 07/28/08 | Confer with client regarding claim. | | | |
| | R.T. CARLISLE | 0.20 hrs. | 280.00/hr | $56.00 |

07/29/08 Review file pertaining to claim and transmit to client latest versions of relevant documents (0.2); confer with client regarding terms in dispute (0.4); revise draft settlement (0.1); detailed voice mail message to attorney for claimant regarding settlement (0.1).
R.T. CARLISLE              0.80 hrs.    280.00/hr              $224.00

**Total Fees for Legal Services** .................................................................................. **$280.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 1.00 | 280.00 | 280.00 |
| TOTAL | 1.00 | $280.00 | $280.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 07/29/2008 | Telephone 1-410-531-4210 | 0.90 |

Total Charges for Other Services Provided/Expenses Incurred ...................... **$0.90**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.90 |
| TOTAL | $0.90 |

**Net current billing for this invoice**................................................................................ **$280.90**

**GRAND TOTAL** .................................................................................................................. **$280.90**

W. R. Grace & Co.
                                                          August 8, 2008
                                          Invoice 886872   Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 07/31/08

W. R. Grace & Co.
Beaco Road Site
Our Matter # 02399/06003

| | |
|---|---|
| Fees for Professional Services | $280.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.90 |
|     Net current billing for this invoice............................................................... | $280.90 |
| **GRAND TOTAL** ................................................................................................................ | **$280.90** |

| **Terms of Payment:  Balance due within thirty days of invoice date** |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:**  Columbus Bank & Trust (CB&T)
**ABA Number:**  061100606
**Beneficiary Bank:**  National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:**  Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:**  00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:**  National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:**  053200666
**Beneficiary Customer:**  Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:**  00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

August 12, 2008
Invoice 886873   Page 1

Our Matter #           02399/06091                                For Services Through 07/31/08
Name of Matter:        Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 07/01/08 | Revise May 2008 fee application.<br>B.A. WRIGHT | 0.20 hrs. | 120.00/hr | $24.00 |
| 07/01/08 | Draft and revise 28th quarterly fee application and fee application summary for review.<br>B.A. WRIGHT | 1.10 hrs. | 120.00/hr | $132.00 |
| 07/03/08 | Review and approve May fee application.<br>B.J. BURN | 0.20 hrs. | 240.00/hr | $48.00 |
| 07/07/08 | Revise fee application for May 2008.<br>B.A. WRIGHT | 0.30 hrs. | 120.00/hr | $36.00 |
| 07/16/08 | Review, edit and approve June fee application.<br>B.J. BURN | 0.30 hrs. | 240.00/hr | $72.00 |
| 07/16/08 | Edit, review and approve the 28th quarterly fee application.<br>B.J. BURN | 0.40 hrs. | 240.00/hr | $96.00 |
| 07/16/08 | Review and edit monthly fee application (May 2008).<br>B.J. BURN | 0.30 hrs. | 240.00/hr | $72.00 |
| 07/16/08 | Revise May 2008 fee application, quarterly fee application and draft June 2008 fee application.<br>B.A. WRIGHT | 2.30 hrs. | 120.00/hr | $276.00 |
| 07/25/08 | Update fee application chart with current status of all fee applications with objection deadlines dates and certificate of no objection filings.<br>B.A. WRIGHT | 1.30 hrs. | 120.00/hr | $156.00 |

**Total Fees for Legal Services** ................................................................................... **$912.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 1.20 | 240.00 | 288.00 |
| B.A. WRIGHT | 5.20 | 120.00 | 624.00 |
| TOTAL | 6.40 | 142.50 | 912.00 |

W. R. Grace & Co.

August 12, 2008
Invoice 886873  Page 2

**Net current billing for this invoice**..................................................................... **$912.00**

**GRAND TOTAL** ........................................................................................... <u>**$912.00**</u>

W. R. Grace & Co.

August 12, 2008
Invoice 886873  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 07/31/08

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $912.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$912.00** |
| **GRAND TOTAL** | **$912.00** |

**Terms of Payment: Balance due within thirty days of invoice date**

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701