W. R. Grace & Co. et al.
District of Delaware, Bankruptcy Case No. 01-01139
Exhibit A
Stipulation Resolving Claims of Beaco Road Site PRP Group

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*[1], | ) | **Chapter 11** |
| | ) | |
| **Debtors.** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |

## STIPULATION RESOLVING CLAIMS OF
## BEACO ROAD SITE PRP GROUP

This stipulation is entered into this $\underline{26^{th}}$ day of August, 2008, between W.R. Grace &

Co. and its affiliates (collectively, the "Debtors") and the Beaco Road Site PRP Group and its

Members, including CNA Holdings, Inc., f/k/a Hoechst Celanese Corporation, Square D.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food ⊡N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Company, and National Starch and Chemical Co. division of Indopco, Inc., individually and as members of Beaco Road Site PRP Group ("Claimant").[2]

WHEREAS, on April 2, 2001 (the "Petition Date"), the Debtors commenced their respective reorganization cases by filing voluntary petitions for relief under chapter 11 of the Bankruptcy Code.

WHEREAS, this Court issued its Bar Date Order on April 22, 2002, which established March 31, 2003 as the Bar Date for the filing of certain pre-petition (a) non-asbestos, (b) asbestos property damage, and (c) medical monitoring claims.

WHEREAS, on March 25, 2003, Claimant filed one Proof of Claim against the Debtors with respect to the site located in Greer, South Carolina known as the Beaco Road Site, described as follows:

| Claim No. | Amount | Priority | Basis |
|-----------|--------|----------|-------|
| 6052 | $660,086 | Unsecured, Non-Priority | Investigation and Clean-Up Costs |

WHEREFORE, for good and valuable consideration, the parties hereby stipulate and agree as follows:

1.    Claim Number 6052 shall be allowed as an unsecured, pre-petition, non-priority claim against the chapter 11 estates of the Debtors in the amount of $660,086 which allowed claim is inclusive of pre or post-petition interest up to the effective date of the Debtors' anticipated confirmed chapter 11 Plan or Plans (the "Plan"). All other amounts outlined in Claim No. 6052 shall hereby be disallowed and expunged.

---

[2] Current Members of the PRP Group are CNA Holdings, Inc., f/k/a Hoechst Celanese Corporation, Square D. Company, and National Starch and Chemical Co. division of Indopco, Inc.

2.    The Debtors acknowledge a pre-petition, unsecured, non-priority claim of Claimant in the total amount of $660,086, which claim will be paid in the same manner as all other similarly situated claims, pursuant to the Debtors Plan, without any further obligation of Claimant to submit invoices or other documentation for the costs of the work outlined herein.

3.    Upon approval of this Stipulation by the Bankruptcy Court, the Debtors shall direct their Claims Agent, Rust Consulting, Inc. ("Claims Agent"), to mark the Claims Register to reflect that Claim No. 6052 shall be Allowed as outlined herein.

4.    Except as set forth in this agreement, the Claimant and W.R. Grace forever release and discharge  each other for, and covenant and agree not to assert against each other (by way of commencement of an action, joinder in an existing action, or in any other fashion), any and all "Covered Matters." "Covered Matters" means all past and future claims of any kind whatsoever in law or in equity arising out of or in connection with any conditions at the Beaco Road, Greenville County, South Carolina Superfund Site, including but not limited to claims under CERCLA sections 107 and 113 or under the PRP Agreement, for response costs, including pre-judgment interest accrued thereon, and for any other costs, damages, expenses, and/or fees, including but not limited to any attorney's fees, costs, fees and/or expenses, arising out of or in connection with negotiations related to this Agreement, except for and not including (1) claims for natural resource damages, and (2) claims made by third parties after the Petition Date for property and other economic damages, personal injury, or death arising from any conditions at the site, other than claims made by contractors and their employees engaged by Claimant.

5.    Claimant agrees to perform its obligations as set forth in the Beaco Road Site PRP Group Agreement.

3

6.      Claimant further agrees to take full responsibility, including bearing any and all costs for any further assessment, investigation, soil removal or remediation and groundwater remediation and monitoring required by the South Carolina Department of Health and Environmental Control (SCDHEC) in connection with the Beaco Road Site, which is more particularly described in Exhibit 1 and Exhibit 2 attached to the Claimant's Proof of Claim. Claimant has agreed to the remediation method identified by SDHEC in its Record of Decision dated January 2003, and in the approved and accepted Remedial Design/Remedial Action, both of which  SCDHEC may seek to amend.

7. Claimant agrees to apply for a No Further Action letter (NFA) for the soil and groundwater at the Beaco Road Site at such time as Claimant, in its sole and absolute discretion, believes such an application is appropriate.

8. The parties shall take whatever additional action, if any, is necessary to make sure that Claim No. 6052 is allowed as outlined herein.

9.  Claimant and Debtors agree that this Agreement may be executed in one or more counterparts (including by means of facsimile), each of which shall be deemed an original but all of which together will constitute one and the same instrument.

The Beaco Road PRP Group and its Members ("Claimant")

By: _____

Name: _____

Title: _____

W. R. Grace & Co., *et al.* ("Debtors")

By: _____
William M. Corcoran
Vice President
Public and Regulatory Affairs

4

CNA Holdings, Inc., f/k/a
    Hoechst Celanese Corporation

By: _____

Name: _____

Title: _____


Square D Company

By: _____

Name: _____

Title: _____


Akzo Nobel SPG, LLC on behalf of Indopco Inc.,
    d/b/a National Starch & Chemical Company

By: _____

Name: _____

Title: _____

6.    Claimant further agrees to take full responsibility, including bearing any and all costs for any further assessment, investigation, soil removal or remediation and groundwater remediation and monitoring required by the South Carolina Department of Health and Environmental Control (SCDHEC) in connection with the Beaco Road Site, which is more particularly described in Exhibit 1 and Exhibit 2 attached to the Claimant's Proof of Claim. Claimant has agreed to the remediation method identified by SDHEC in its Record of Decision dated January 2003, and in the approved and accepted Remedial Design/Remedial Action, both of which SCDHEC may seek to amend.

7. Claimant agrees to apply for a No Further Action letter (NFA) for the soil and groundwater at the Beaco Road Site at such time as Claimant, in its sole and absolute discretion, believes such an application is appropriate.

8. The parties shall take whatever additional action, if any, is necessary to make sure that Claim No. 6052 is allowed as outlined herein.

9.    Claimant and Debtors agree that this Agreement may be executed in one or more counterparts (including by means of facsimile), each of which shall be deemed an original but all of which together will constitute one and the same instrument.


The Beaco Road PRP Group and its Members ("Claimant")

By: _____

Name: Gregory J. English

Title: Attorney for Beaco Road Site PRP Group


W. R. Grace & Co., et al. ("Debtors")

By: _____

William M. Corcoran
Vice President
Public and Regulatory Affairs


4

CNA Holdings, Inc., f/k/a
  Hoechst Celanese Corporation

By: _____

Name: _CHRISTOPHER JENSEN_

Title: _VP OF FINANCE & TREASURER_


Square D Company

By: _____

Name: _____

Title: _____


Akzo Nobel SPG, LLC on behalf of Indopco Inc.,
  d/b/a National Starch & Chemical Company

By: _____

Name: _____

Title: _____

5

CNA Holdings, Inc., f/k/a
    Hoechst Celanese Corporation

By: _____

Name: _____

Title: _____


Square D Company

By: _____

Name:   **Richard Widdowson**

Title:   **VP, Safety, Real Estate & Environment**


Akzo Nobel SPG, LLC on behalf of Indopco Inc.,
    d/b/a National Starch & Chemical Company

By: _____

Name: _____

Title: _____

5

CNA Holdings, Inc., f/k/a
    Hoechst Celanese Corporation

By: _____

Name: _____

Title: _____


Square D Company

By: _____

Name: _____

Title: _____


Akzo Nobel SPG, LLC on behalf of Indopco Inc.,
    d/b/a National Starch & Chemical Company

By: _____

Name:   David Wake

Title:   Vice President, Finance

5