IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

## CERTIFICATE OF SERVICE

I, Kathleen P. Makowski, hereby certify that on the 27th day of August, 2008, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

**SIXTEENTH CLAIM SETTLEMENT NOTICE.**

_____
Kathleen P. Makowski (Bar No. 3648)

WR Grace & Company
Claim Settlement Negative Notice Parties
Fax Service List
Case No. 01-01139 (JKF)
Document No. 134012
18 – Facsimile

*Facsimile*
302 573-6497
United States Trustee's Office
Attn: David M. Klauder
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801

*Facsimile*
212 806-6006
(Counsel To The Official Committee Of Unsecured Creditors')
Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene G. Krieger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038-4982

*Facsimile*
212 644-6755
(Counsel To The Official Committee Of Asbestos Personal Injury Claimants)
Elihu Inselbuch, Esquire
Rita Tobin, Esquire
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, New York 10152

*Facsimile*
202 429-3301
(Counsel To The Official Committee Of Asbestos Personal Injury Claimants)
Peter Van N. Lockwood, Esquire
Julie W. Davis, Esquire
Trevor W. Swett, III< Esquire
Nathan D. Finch, Esquire
Caplin & Drysdale
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005

*Facsimile*
302 426-9947
(Counsel To The Official Committee Of Asbestos Personal Injury Claimants)
Mark T. Hurford, Esquire
Marla Eskin, Esquire
Campbell & Levine
800 North King Street, Suite 300
Wilmington, Delaware 19801

*Facsimile*
305 374-7593
(Counsel To The Official Committee Of Property Damage Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, Florida 33131

*Facsimile*
312 993-9767
(Counsel To The Dip Lender)
J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

*Facsimile*
212 715-8000
(Counsel To The Official Committee Of
Equity Security Holders)
Phillip Bentley, Esquire
Thomas M. Mayer, Esquiqre
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, New York 10022

*Facsimile*
312 861-2200
(Co-Counsel To The Debtors)
Janet S. Baer, Esquire
David B. Bernick, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, Illinois 60601

*Facsimile*
302-658-6548
(Counsel for The Chase Manhattan Bank)
Mark D. Collins, Esquire
Deborah E. Spivack, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Facsimile*
302-658-6395
Steven M. Yoder, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
P.O. Box 25130
Wilmington, DE 19899

*Facsimile*
410-531-4545
(W. R. Grace & Co.)
Mark Shelniz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*Facsimile*
302-657-4901
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Richard W. Riley, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Facsimile*
973-424-2001
(Counsel to Official Committee of
Unsecured Creditors)
William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102-3889

*Facsimile*
302-552-4295
(Equity Committee Counsel)
Teresa K. D. Currier
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

*Facsimile*
302-654-4210
(Counsel to David T. Austern, Future
Claimant's Representative)
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806

*Facsimile*
202-424-7643
(Counsel for David T. Austern)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Matthew W. Cheney, Esquire
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005-1706

***Facsimile***
302-575-1714
(Counsel for Property Damage Claimants)
Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899