## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In Re: | ) | Chapter 11 |
|  | ) |  |
| W.R. Grace & Co., et al. | ) | Case No. 01-01139-JKF |
|  | ) |  |
|  | ) | Jointly Administered |
| Debtors. | ) |  |

### NOTICE OF WITHDRAWAL OF DOCKET ENTRY NO. 19398 ENTERED IN ERROR

PLEASE TAKE NOTICE that the undersigned attorney hereby requests the Clerk of the Court to withdraw the Fee Auditor's Combined Final Report Regarding Interim Fee Application of Houlihan, Lokey, Howard & Zukin Capital, Inc., For the Sixth Interim Period. The document was filed in error

Date: August 28, 2008

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com