## IN THE UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: September 18, 2008 |
| | : | Hearing Date: TBD, if necessary |

### FEE DETAIL FOR DAY PITNEY LLP'S
### EIGHTY-FIFTH INTERIM FEE APPLICATION FOR THE PERIOD
### FROM JULY 1, 2008 THROUGH JULY 31, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A

### FEES FOR THE FEE PERIOD JULY 1, 2008 THROUGH JULY 31, 2008[2]

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| | | | |
|---|---|---|---|
| 07/01/08 | Telephone calls regarding court status letter request. | | |
| 14 | A. Marchetta | 0.5 | 310.00 |
| | | | |
| 07/03/08 | Emails regarding review of appeal brief. | | |
| 14 | A. Marchetta | 0.4 | 248.00 |
| | | | |
| 07/05/08 | Review and email regarding revisions to reply brief. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| | | | |
| 07/05/08 | Review proposed district court appeal brief and provide comments re same. | | |
| 3 | B. Moffitt | 0.5 | 200.00 |
| | | | |
| 07/10/08 | E-mails and follow up regarding mediation for Third Circuit. | | |
| 14 | A. Marchetta | 0.5 | 310.00 |
| | | | |
| 07/10/08 | Review e-mails re NJDEP mediation submission. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| | | | |
| 07/10/08 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.4 | 60.00 |
| | | | |
| 07/14/08 | Telephone call with client and follow up regarding Third Circuit mediation and information needed for same. | | |
| 14 | A. Marchetta | 0.7 | 434.00 |
| | | | |
| 07/14/08 | Work with A. Marchetta re assembling materials relevant to upcoming Third Circuit mediation. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| | | | |
| 07/15/08 | E-mails and follow up regarding information for mediation. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |
| | | | |
| 07/16/08 | Work with B. Moffitt regarding information for mediation and notice to individual defendants. | | |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

83090839A01081508

| 14 | A. Marchetta | 0.9 | 558.00 |

07/16/08   Work with A. Marchetta and S. Parker re assembling materials relevant to upcoming Third Circuit mediation.

| 3 | B. Moffitt | 3.8 | 1,520.00 |

07/16/08   Work with A. Marchetta re updating co-counsel re upcoming Third Circuit mediation and prepare e-mail to client and co-counsel re same.

| 3 | B. Moffitt | 0.3 | 120.00 |

07/16/08   Compilation and organization of documents requested by B. Moffitt needed in preparation for upcoming mediation in the Third Circuit matter and worked with B. Moffitt in follow-up to same.

| 14 | S. Parker | 0.6 | 90.00 |

07/17/08   Telephone call from State regarding settlement and Third Circuit mediation and e-mails and telephone calls regarding State refusal to mediate.

| 14 | A. Marchetta | 1.0 | 620.00 |

07/17/08   Further e-mails regarding letter to Third Circuit and follow up with client and attorneys regarding same.

| 14 | A. Marchetta | 1.1 | 682.00 |

07/17/08   Work with B. Moffitt regarding information to co-defendants.

| 14 | A. Marchetta | 1.0 | 620.00 |

07/17/08   E-mails and follow up regarding individuals claims.

| 14 | A. Marchetta | 0.9 | 558.00 |

07/17/08   Work with A. Marchetta re updating co-counsel re upcoming Third Circuit mediation and assemble additional materials in preparation for same.

| 3 | B. Moffitt | 1.4 | 560.00 |

07/17/08   Work with A. Marchetta re D.A.G. Dickinson response re settlement offer and re updating client and co-counsel re same.

| 3 | B. Moffitt | 0.5 | 200.00 |

07/17/08   Review further e-mail exchange re notifying Third Circuit of NJDEP position re mediation.

| 3 | B. Moffitt | 0.2 | 80.00 |

07/18/08   Telephone calls and follow up regarding non-response of State and mediation appearance.

| 14 | A. Marchetta | 0.9 | 558.00 |

07/18/08   Follow up re NJDEP position re mediation and update co-counsel re same.

3

| 3 | B. Moffitt | 0.2 | 80.00 |

07/21/08 Telephone calls regarding mediation.
| 14 | A. Marchetta | 0.3 | 186.00 |

07/21/08 Work with B. Moffitt regarding information to co-defendants.
| 14 | A. Marchetta | 0.5 | 310.00 |

07/21/08 Telephone call with client and follow up regarding handling of same.
| 14 | A. Marchetta | 0.5 | 310.00 |

07/21/08 Work with A. Marchetta to prepare for Third Circuit mediation and e-mail to co-defendants' counsel re same.
| 3 | B. Moffitt | 0.4 | 160.00 |

07/22/08 Numerous e-mails and telephone calls with clients, co-counsel and adversary regarding Third Circuit mediation.
| 14 | A. Marchetta | 2.4 | 1,488.00 |

07/22/08 Work with A. Marchetta and follow up re same re preparation for Third Circuit mediation, including e-mail exchanges re strategy.
| 3 | B. Moffitt | 1.8 | 720.00 |

07/22/08 Searched all current dockets in order to determine current status of same.
| 14 | S. Parker | 0.5 | 75.00 |

07/23/08 Work with B. Moffitt regarding information for mediation, including follow up with client regarding same.
| 14 | A. Marchetta | 0.8 | 496.00 |

07/23/08 Preparation of chronology, including; review file material and work with A. Marchetta re same.
| 3 | B. Moffitt | 2.1 | 840.00 |

07/24/08 Prepare for, and attend Third Circuit mediation and strategy session with client and follow up regarding same.
| 14 | A. Marchetta | 7.0 | 4,340.00 |

07/24/08 Review voice mail and e-mails from co-defendant's counsel, V. Broderick, and telephone call with him re update of appeal and settlement negotiation status; prepare follow up e-mail re same.
| 3 | B. Moffitt | 0.4 | 160.00 |

07/24/08 Telephone call with A. Marchetta re second mediation session and follow up research re proposed mediator.
| 3 | B. Moffitt | 0.8 | 320.00 |

4

83090839A01081508

| | | | |
|---|---|---|---|
| 07/24/08 | Review NJDEP reply brief re district court appeal of injunction ruling and prepare e-mail forwarding same to client and co-counsel. | | |
| 3 | B. Moffitt | 0.4 | 160.00 |
| | | | |
| 07/25/08 | Review and analysis of portion of Judge Fitzgerald's 4/08 memorandum decision, including further analysis of Bankruptcy Code. | | |
| 14 | S. Zuber | 2.0 | 960.00 |
| | | | |
| 07/25/08 | Review State's appellate reply brief and several discussions regarding same with B. Moffitt and S. Sheldon. | | |
| 14 | S. Zuber | 0.9 | 432.00 |
| | | | |
| 07/25/08 | Prepare memo and discuss same with B. Moffitt and A. Marchetta. | | |
| 14 | S. Zuber | 1.0 | 480.00 |
| | | | |
| 07/25/08 | Numerous telephone calls and e-mails regarding settlement conference and issue of liability and follow up with B. Moffitt regarding same. | | |
| 14 | A. Marchetta | 1.5 | 930.00 |
| | | | |
| 07/25/08 | Review client e-mail re inquiry and follow up with A. Marchetta, S. Zuber and S. Sheldon re same, including review of file material re same and prepare e-mail to client re same. | | |
| 3 | B. Moffitt | 3.3 | 1,320.00 |
| | | | |
| 07/25/08 | Confer with S. Zuber regarding issues. | | |
| 14 | S. Sheldon | 0.5 | 172.50 |
| | | | |
| 07/25/08 | Confer with A. Marchetta, B. Moffitt, and S. Zuber regarding issues. | | |
| 14 | S. Sheldon | 0.3 | 103.50 |
| | | | |
| 07/25/08 | Legal research regarding debtor. | | |
| 14 | S. Sheldon | 2.6 | 897.00 |
| | | | |
| 07/25/08 | Searched regarding compilation of documents requested by B. Moffitt in preparation for next mediation session, and worked with B. Moffitt in follow-up to same. | | |
| 14 | S. Parker | 0.6 | 90.00 |
| | | | |
| 07/26/08 | E-mails with client and B. Moffitt regarding research . | | |
| 14 | A. Marchetta | 0.5 | 310.00 |
| | | | |
| 07/28/08 | Review various correspondence regarding claims and confer with B. Moffitt and S. Sheldon and legal analysis. | | |
| 3 | S. Zuber | 2.0 | 960.00 |

5

83090839A01081508

| 07/28/08 | Subsequent conferences with A. Marchetta, S. Sheldon and B. Moffitt. | | |
|---|---|---|---|
| 3 | S. Zuber | 0.5 | 240.00 |

| 07/28/08 | Telephone calls and e-mails and legal research and follow up regarding mediation and rescheduling of same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 1.6 | 992.00 |

| 07/28/08 | Address memo on issue of enforcement. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 80.00 |

| 07/28/08 | Review additional client e-mail and follow up with A. Marchetta, S. Zuber and S. Sheldon re same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.1 | 440.00 |

| 07/28/08 | Research re penalties. | | |
|---|---|---|---|
| 3 | B. Moffitt | 1.2 | 480.00 |

| 07/28/08 | Confer with A. Marchetta and S. Zuber regarding issues. | | |
|---|---|---|---|
| 14 | S. Sheldon | 0.5 | 172.50 |

| 07/28/08 | Continue legal research. | | |
|---|---|---|---|
| 14 | S. Sheldon | 1.0 | 345.00 |

| 07/30/08 | E-mails and follow up regarding notice of mediation. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.7 | 434.00 |

| 07/30/08 | Prepare e-mail forwarding Notice of Mediation to co-defendants' counsel; review various e-mails re same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.4 | 160.00 |

| 07/31/08 | Telephone calls and e-mails regarding mediation. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.5 | 310.00 |

| 07/31/08 | Review additional e-mails re mediation and docket deadline to submit letter re same. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 80.00 |

| 07/31/08 | Review e-mail exchange re J. Baer proposal. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 80.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 25.4 | 620.00 | 15,748.00 |
| S. Zuber | 3 | 2.5 | 480.00 | 1,200.00 |
| | 14 | 3.9 | 480.00 | 1,872.00 |

83090839A01081508

| W. Hatfield | 14 | 0.2 | 400.00 | 80.00 |
| B. Moffitt | 3 | 19.6 | 400.00 | 7,840.00 |
| S. Parker | 14 | 2.1 | 150.00 | 315.00 |
| S. Sheldon | 14 | 4.9 | 345.00 | 1,690.50 |
| | TOTAL | 58.6 | | 28,745.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 07/01/08 | Conference call with J. Baer on bankruptcy motion issues. | | |
| 14 | W. Hatfield | 0.3 | 120.00 |

| 07/10/08 | Prepare memo to J. Baer on settlements with confidential agreements with instructions on draft for motion issues. | | |
| 14 | W. Hatfield | 0.4 | 160.00 |

| 07/16/08 | Address status of NY action with J. Borg and next steps. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |

| 07/16/08 | Telephone conference with S. Lynch regarding adjournment. | | |
| 3 | J. Borg | 0.1 | 40.50 |

| 07/16/08 | Telephone conference with W. Hatfield regarding adjournment and status. | | |
| 3 | J. Borg | 0.1 | 40.50 |

| 07/16/08 | Preparation of correspondence to Court regarding adjournment. | | |
| 3 | J. Borg | 0.3 | 121.50 |

| 07/17/08 | Call with Shell counsel on settlement and status of bankruptcy approval. | | |
| 14 | W. Hatfield | 0.3 | 120.00 |

| 07/17/08 | Review letter to NYS court on Teich action. | | |
| 14 | W. Hatfield | 0.1 | 40.00 |

| 07/21/08 | Review Bankruptcy Court motion to approve settlement and B. Hatfield proposed revisions to same. | | |
| 14 | R. Rose | 0.6 | 297.00 |

| 07/21/08 | Memo and call from Bankruptcy counsel on additional revisions to motion and service list issues. | | |
| 14 | W. Hatfield | 0.5 | 200.00 |

| 07/21/08 | Review draft motion papers and revisions to same. | | |
| 14 | W. Hatfield | 1.7 | 680.00 |

| 07/21/08 | Prepare memo to bankruptcy counsel on revisions to draft motion papers. | | |

83090839A01081508

（

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 160.00 |

07/22/08      Address service issues on motion in bankruptcy court and memo to counsel on same.

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 160.00 |

07/25/08      Memos with J. Baer on creditor counsel request for information.

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 80.00 |

07/29/08      Memos with J. Baer on bankruptcy issues and disclosure.

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.3 | 120.00 |

07/30/08      Prepare letter with attachments to defense counsel with notice on disclosure to Unsecured Creditor's Committee of settlement agreements and finalize same.

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 1.2 | 480.00 |

07/30/08      Call with J. Baer on creditor's committee request for settlement agreements.

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.5 | 200.00 |

07/31/08      Follow up on correspondence and notice to Sunoco counsel.

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.3 | 120.00 |

07/31/08      Memos with Bankruptcy and Creditor's counsel on questions on litigation.

| | | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 160.00 |

07/31/08      Attention to letter to defense counsel concerning disclosure of settlement agreements to creditor's committee in bankruptcy.

| | | | |
|---|---|---|---|
| 14 | R. Rose | 0.1 | 49.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 0.7 | 495.00 | 346.50 |
| W. Hatfield | 14 | 7.2 | 400.00 | 2,880.00 |
| J. Borg | 3 | 0.5 | 405.00 | 202.50 |
| TOTAL | | 8.4 | | 3,429.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

07/02/08      (Intercat) Receipt and review of notice of default for non-payment of 2Q 2008 Plan payment.

| | | | |
|---|---|---|---|
| 14 | S. Zuber | 0.2 | 96.00 |

07/03/08      Receipt and review of correspondence from S. Whittier to Intercat regarding

83090839A01081508

|        |             | past due 2Q payment; review related matters; subsequent correspondence to and from S. Whittier and Grace team regarding same (Intercat). | | |
|--------|-------------|---|---|
| 14     | S. Zuber    | | 0.3 | 144.00 |

| 07/10/08 | Draft June 2008 fee application. | | |
|----------|---|---|---|
| 18       | K. Piper | 1.9 | 636.50 |

| 07/11/08 | Review and revise DP's June, 2008 fee application. | | |
|----------|---|---|---|
| 14       | S. Zuber | 0.3 | 144.00 |

| 07/11/08 | Draft quarterly fee application for the 29th interim period. | | |
|----------|---|---|---|
| 18       | K. Piper | 0.6 | 201.00 |

| 07/15/08 | Continued drafting of Quarterly Fee Application for 29th interim period. | | |
|----------|---|---|---|
| 18       | K. Piper | 1.2 | 402.00 |

| 07/21/08 | Review and revise DP's 2Q 2008 Fee Application. | | |
|----------|---|---|---|
| 14       | S. Zuber | 0.4 | 192.00 |

| 07/28/08 | Attention to revising and filing June 2008 fee application. | | |
|----------|---|---|---|
| 18       | K. Piper | 1.0 | 335.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|------------|-----------|-------|------|-----|
| S. Zuber   | 14        | 1.2   | 480.00 | 576.00 |
| K. Piper   | 18        | 4.7   | 335.00 | 1,574.50 |
| TOTAL      |           | 5.9   |        | 2,150.50 |

9

83090839A01081508

## EXHIBIT B

### EXPENSES FOR THE FEE PERIOD JULY 1, 2008 THROUGH JULY 31, 2008

Engagement Costs - NJDEP V. W.R. GRACE ET AL.

| | | |
|---|---|---|
| 07/24/08 | Travel for Third Circuit mediation[3] | 154.65 |
| | Matter Total Engagement Cost | 154.65 |

Engagement Costs - WEJA, INC.

| | | |
|---|---|---|
| | Photocopying | 30.20 |
| | Matter Total Engagement Cost | 30.20 |

Engagement Costs - CHAPTER 11 ADMINISTRATION

| | | |
|---|---|---|
| 06/04/08 | PACER Docket Searching and Retrieval | 16.48 |
| | Matter Total Engagement Cost | 16.48 |

---

[3] See Expense Reimbursement Form for Anthony J. Marchetta dated 7/28/08 attached hereto as Exhibit 1.

83090839A01082808

# EXHIBIT 1

# DAY PITNEY LLP

## EXPENSE REIMBURSEMENT FORM

**Bar Code Label**

Vendor Number - A/P Use Only

ROSE3720

Invoice Number

***ALL EXPENSE REQUESTS ARE REIMBURSED THROUGH PAYROLL*** (Check Mark Partner, Associate, or Employee)

**Full Name:** ANTHONY J. MARCHETTA

NOTE: SUPPORTING DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| | Exp ID# | Office: | Partner | Atty/Counsel | Employee | Employee's Department | Week Ending Date (Saturday) 7/26/2008 |
|---|---|---|---|---|---|---|---|
| | 4163 | Florham Park | ☑ | ☐ | ☐ | | |

| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | Auto Expenses Prior to 7/1/2008 Miles x .505 7/1/2008 and after Miles x .585 | Amount | Parking, Tolls, Train, Bus, Cab, Subway, Airplane | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or GL Acct Number | *Disb Codes | Code Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 7/24/2008 | Travel to Philadelphia for Third Circuit mediation in NJDEP/WRG | 190.00 | $111.15 | $12.50 | | $16.00 | | $139.65 | 482910.114715 | 18 | Fax - Outside Vendor |
| | | | $0.00 | $15.00 | | | | $15.00 | WRG/NJDEP | 36 | Photocopies |
| | | | $0.00 | | | | | $0.00 | | 43 | Other |
| | | | $0.00 | | | | | $0.00 | | 45 | Meals |
| | | | $0.00 | | | | | $0.00 | | 46 | Hotel |
| | | | $0.00 | | | | | $0.00 | | 57 | Parking |
| | | | $0.00 | | | | | $0.00 | | 73 | Auto Mileage |
| | | | $0.00 | | | | | $0.00 | | 74 | Air Fare |
| | | | $0.00 | | | | | $0.00 | | 75 | Bus |
| | | | $0.00 | | | | | $0.00 | | 76 | Limo |
| | | | $0.00 | | | | | $0.00 | | 77 | Taxi |
| | | | $0.00 | | | | | $0.00 | | 78 | Train |
| | | | $0.00 | | | | | $0.00 | | 97 | Tolls |
| | | | $0.00 | | | | | $0.00 | | 100 | Auto Rental |
| | | | $0.00 | | | | | $0.00 | | 119 | Phone |
| | | | $0.00 | | | | | $0.00 | | 151 | Event Attendance |
| | | | $0.00 | | | | | $0.00 | | 152 | Seminar Attendance |
| | | | $0.00 | | | | | $0.00 | | 153 | Business Meetings |
| | | | $0.00 | | | | | $0.00 | | 154 | Membership Dues |
| | | | $0.00 | | | | | $0.00 | | | |
| | | | $0.00 | | | | | $0.00 | | | |
| | | | $0.00 | | | | | $0.00 | | | |
| | | | $0.00 | | | | | $0.00 | | | |
| | | | $0.00 | | | | | $0.00 | | | |
| **GRAND TOTAL** | | | $111.15 | $27.50 | $0.00 | $16.00 | $0.00 | $154.65 | | | |

Less Cash Advance (if applicable) GL#15150; IOU#13007    $0.00

**TOTAL DUE**    **$154.65**

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature _____  Date 7/28/08

Approval _____  Date _____

Prepared By: _____  Extension _____

For A/P Use Only
Session # _____  Session Date: _____  Processor's Initials _____

***E-mail form and receipts via PDF to Expense, Forms in Outlook Address Book and keep the originals for your records.***