# *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                                    July 1, 2008 to July 31, 2008

Invoice No.:  27928

**RE:**        WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|------|------|------|------|
| B14 | Case Administration - | 16.80 | 3,984.00 |
| B17 | Committee, Creditors', Noteholders' or Equity - | 4.20 | 1,155.50 |
| B18 | Fee Applications, Others - | 3.30 | 394.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) - | 15.50 | 4,340.00 |
| B25 | Fee Applications, Applicant - | 3.50 | 631.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 9.20 | 2,576.00 |
| B32 | Litigation and Litigation Consulting - | 0.20 | 38.00 |
| B36 | Plan and Disclosure Statement - | 2.30 | 644.00 |
| B37 | Hearings - | 12.00 | 3,351.00 |
| B40 | Employment Applications, Others - | 0.30 | 84.00 |
| B41 | Relief from Stay Litigation - | 0.10 | 28.00 |
| | **Total** | **67.40** | **$17,226.00** |
| | | | |
| | **Grand Total** | **67.40** | **$17,226.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|------|------|------|------|
| Lisa L. Coggins | 215.00 | 2.30 | 494.50 |
| Rick S. Miller | 275.00 | 0.50 | 137.50 |
| Steven G. Weiler | 190.00 | 1.20 | 228.00 |
| Theodore J. Tacconelli | 280.00 | 55.70 | 15,596.00 |
| Legal Assistant - MH | 100.00 | 6.20 | 620.00 |
| Legal Assistant - NMC | 100.00 | 1.50 | 150.00 |
| **Total** | | **67.40** | **$17,226.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                          **$2,147.64**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Jul-01-08 | *Case Administration* - 6/23/08 hearing follow-up and advise T. Tacconelli re same | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of proof of claim by Copy Concepts Inc. | 0.10 | TJT |
| | *Case Administration* - Correspond with committee member re future omnibus hearing dates and objections deadlines | 0.20 | TJT |
| | *Case Administration* - Confer with paralegal re future 2008 omnibus hearing dates and objections deadlines | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re proposed order re E&Y exceeding OCP fee cap | 0.20 | TJT |
| | *Case Administration* - Review e-mail from S. Weiler re 6/23/08 hearing transcript | 0.10 | TJT |
| | *Case Administration* - Review Reed Smith May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review LAS May Fee Application | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's May 08 invoice and prepare notice, Fee Application and Certificate of Service | 0.90 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's May 08 Fee Application | 0.40 | MH |
| Jul-02-08 | *Fee Applications, Others* - Review Bilzin May 08 Fee Application for filing | 0.10 | LLC |
| | *Case Administration - Fee Applications, Others* - Review HRA May 08 Fee Application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' counter-designation of items to be included in record on appeal re Anderson Memorial Hospital class action | 0.50 | TJT |
| | *Case Administration* - Review Kramer Levine May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Foley Hoag May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Charter Oak May Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re teleconference with committee | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's May 08 Fee Application and related documents and prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's May 08 Fee Application | 0.40 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's May 08 Fee Application and related documents and prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's May 08 Fee Application | 0.40 | MH |
| Jul-03-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review renotice of hearing on Washington State ZAI class action motion | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' response to Can. ZAI claimants' motion to establish protocol for cross-border communications | 0.20 | TJT |

| | | | |
|---|---|---:|---|
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review equity committee's response in support of debtors' objection to bank debt holders' claims | 0.30 | TJT |
| | *Case Administration* - Review Anderson Kill April Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement by Scott & Scott | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review PWC Darex PR audit Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Capstone April Fee Application | 0.10 | TJT |
| Jul-04-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena and J. Sakalo re Her Majesty The Crown's response to Can. ZAI claimants' motion to establish protocol for cross-border communications | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 6/23/08 hearing transcript re PD claim issues | 0.70 | TJT |
| | *Case Administration* - Review case status memo for week ending 6/27/08 | 0.10 | TJT |
| | *Case Administration* - Review Day Pitney May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill May Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 6/23/08 hearing transcript re plan issues | 0.40 | TJT |
| Jul-05-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by Her Majesty The Crown to Can. ZAI claimants' motion to establish protocol for cross-border communications with attachments | 1.70 | TJT |
| | *Case Administration* - Review PGS May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale May Fee Application | 0.10 | TJT |
| Jul-06-08 | *Claims Analysis Obj. & Res. (Asbestos)* - complete review of Her Majesty The Crown's response to Can. ZAI claimants' motion to establish protocol for cross-border communications with exhibits | 1.30 | TJT |
| | *Case Administration* - Review Casner Edwards May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for May 08 | 0.40 | TJT |
| Jul-07-08 | *Case Administration* - Review case status report for week ending 6/27/08 | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re ZAI issues | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review draft proposed order re expanded scope of ZAI special counsel | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Research re PD issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review and analyze reply brief filed by appellant in Mission Towers appeal in 3rd circuit | 1.40 | TJT |
| | *Case Administration* - Review docket in Mission Towers appeal and review letter from appellant | 0.20 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review W. Smith & Assoc. June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | NMC |
| Jul-08-08 | *Committee, Creditors', Noteholders' or* - Verify service of Equity Holders' Joinder to debtors' objection to unsecured claims on co-counsel and forward evidence of same to T. Tacconelli for review | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Correspond with S. Baena re response by equity committee re debtors' objection to claims by banks for default rate interest | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' answering brief in NJDEP district court appeal 08-250 | 0.60 | TJT |
| | *Case Administration* - Review Stroock May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review two invoices from service providers re appear to be duplicates and memo to paralegal re same | 0.10 | TJT |
| | *Case Administration* - Review K&E May Fee Application | 0.40 | TJT |
| | *Case Administration* - Review 13th amended 2019 statement by The David Law Firm | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review debtors' Notice of Service re response to discovery issued by Mian Realty | 0.10 | TJT |
| Jul-09-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review motion by Anderson Memorial Hospital for leave to file reply and review proposed reply with attachment re appeal no. 08-118 | 1.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review request by Anderson Memorial Hospital for oral argument in appeal no. 08-118 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review e-mail from H. Sasso re State of Montana Dept. of Environmental Quality response to debtors' settlement motion re Libby | 0.10 | TJT |
| | *Case Administration* - Review memo from paralegal re possible duplicate bills from vendor | 0.10 | TJT |
| | *Case Administration* - Review 2 Certificates of No Objection filed by FCR | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Sealed Air settlement and Fresenius settlement agreements | 0.50 | TJT |
| Jul-10-08 | *Case Administration* - Review amended entry of appearance and forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review additional entry of appearance and forward same to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by Montana Dept. of Environmental Quality to debtors' motion to settle Libby environmental claims with attachment | 0.50 | TJT |
| | *Case Administration* - Review Woodcock & Washburn May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review order lifting OCP cap for E&Y | 0.10 | TJT |
| | *Case Administration* - Review amended entry of appearance by bank debt holders and forward to paralegal | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement filed by Paul Weiss | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 7/4/08 | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare e-mail to J. Sakalo re committee meeting tomorrow | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting tomorrow | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 7/4/08; memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| Jul-11-08 | *Case Administration* - Review case status memo for week ending 7/4/08 | 0.20 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review MMC's objection to BNSF's motion for clarification | 0.20 | TJT |

| Date | Description | Hours | Init. |
|---|---|---|---|
| | *Case Administration* - Review supplemental 2019 statement by Landis, Rath & Cobb | 0.10 | TJT |
| | *Case Administration* - Review 2 Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review debtors' statement of amounts paid to ordinary course professionals with attachment and calendar objection deadline | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re PD Committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review documents in preparation for committee meeting | 0.70 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.70 | TJT |
| Jul-12-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' statement in support of BNSF's motion for clarification | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' opposition to BNSF's motion for clarification | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion for leave to file sur-reply in appeal 08-118 and review proposed sur-reply | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Research re authorities cited in debtors' sur-reply in appeal 08-118 | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review CCC's opposition to BNSF's motion for clarification | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Prepare correspondence to S. Baena re response in opposition by Bank Lender Group to debtors' claim objection | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review motion by Bank Lender Group to exceed page limitation on its brief | 0.10 | TJT |
| | *Case Administration* - Review PWC May Fee Application | 0.10 | TJT |
| Jul-13-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review unsecured creditors committee's response to debtors' objection to Bank Lender Group's claims re default interest with attachments | 2.00 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Prepare correspondence to S. Baena re response by unsecured creditors committee's to debtors' objection to claim asserted by Bank Lender Group | 0.20 | TJT |
| Jul-14-08 | *Case Administration* - Review case status memo for week ending 7/11/08 | 0.20 | LLC |
| | *Committee, Creditors', Noteholders' or* - confer with T. Tacconelli re committee teleconference | 0.30 | RSM |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Bank Lender Group's response in opposition to debtors' objection to default interest claim with attachments | 2.80 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review joinder by J. P. Morgan, Chase and Bank Lender Group's response in opposition to debtors' claim objection | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Baena re unsecured creditor committee's response to debtors' objection to Bank Lender Group claim and related issues | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 7/11/08 | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re preparation for 7/21/08 hearing | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review docket re case status for week ending 7/11/08; memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
|  | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.50 | NMC |
| Jul-15-08 | *Case Administration* - Review agenda re 7/21/08 hearing | 0.10 | LLC |
|  | *Case Administration* - e-mail from B. Ruhlander re letter to judge on hotel rates and review same | 0.20 | LLC |
|  | *Litigation and Litigation Consulting* - Review order granting Anderson Memorial Hospital's leave to file reply re order denying application for class certification and confer with T. Tacconelli re same | 0.20 | SGW |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review joinder by Arrowwood Insurance Co. and MCC and CCC's objection to BNSF's motion for clarification | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting Anderson Memorial Hospital's motion for leave to file reply | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Research re Dow Corning 6th circuit opinion | 0.80 | TJT |
|  | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Case Administration* - Review e-mail from B. Ruhlander re letter to Judge Fitzgerald re hotel caps | 0.10 | TJT |
|  | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
|  | *Case Administration* - Review Protini's April-Nov. 07 Fee Applications | 0.10 | TJT |
|  | *Hearings* - Review agenda for 7/21/08 hearing | 0.20 | TJT |
|  | *Hearings* - Review agenda for 7/22/08 hearing | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Confer with M. Joseph re plan issues | 0.20 | TJT |
| Jul-16-08 | *Case Administration* - Review agenda re 7/22/08 hearing | 0.10 | LLC |
|  | *Case Administration* - Confer with T. Tacconelli re 7/22/08 hearing | 0.10 | LLC |
|  | *Case Administration* - Review notice of withdrawal of Latham & Watkins as counsel for debtors | 0.10 | TJT |
|  | *Case Administration* - Review Holme Roberts Oct. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review letter from W. Smith to Judge Fitzgerald re hotel charges in various cities with attachments and review same | 0.50 | TJT |
|  | *Case Administration* - Review docket in L. Tersigni bankruptcy case | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -- Review correspondence from S. Baena re committee matters | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* -- Review correspondence from committee member re committee matters | 0.10 | TJT |
|  | *Hearings* - Review e-mail from J. Sakalo re 7/22/08 hearing re ZAI matters | 0.10 | TJT |
| Jul-17-08 | *Case Administration* - Review Holme Roberts Nov. Fee Application | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
|  | *Employment Applications, Others* - Review order expanding scope of retention of Reed Smith | 0.10 | TJT |
| Jul-18-08 | *Case Administration* - e-mail from R. Ruhlander re meal caps and confer with T. Tacconelli re same | 0.20 | LLC |
|  | *Case Administration* - Review amended agenda for 7/21/08 hearing | 0.10 | LLC |

| Date | Description | Hours | Init |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of California's motion for leave to file expert report of Dr. Longo and review proposed expert report | 1.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with counsel for State of California re motion for leave | 0.10 | TJT |
| | *Case Administration* - Review e-mail from fee auditor re new caps for meals | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 7/21/08 hearing | 0.10 | TJT |
| | *Hearings* - Correspond with S. Baena and J. Sakalo re amended agenda for 7/21/08 hearing | 0.20 | TJT |
| Jul-19-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review renotice of hearing filed by State of California re motion for leave to file expert report | 0.10 | TJT |
| | *Case Administration* - Review Certificate of No Objection re debtors' Coli loan motion | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 7/21/08 hearing | 2.00 | TJT |
| Jul-20-08 | *Case Administration* - Review Holme Roberts Dec. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Orrick May Fee Application | 0.10 | TJT |
| | *Hearings* - Correspond with J. Sakalo re 7/21/08 hearing coverage | 0.20 | TJT |
| | *Hearings* - Review matters on agenda for 7/22/08 hearing re Washington State class certification motion re ZAI | 1.60 | TJT |
| Jul-21-08 | *Case Administration* - 7/21 and 7/22/08 hearing follow-up and advise T. Tacconelli re same | 0.10 | SGW |
| | *Hearings* - Assist co-counsel in preparing for hearing at 1:00 | 0.10 | SGW |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 4.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re confirmation hearing dates | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 7/18/08; memo to T. Tacconelli and L. Coggins re same | 0.20 | MH |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | NMC |
| Jul-22-08 | *Case Administration* - Review case status report for week ending 7/21/08 | 0.10 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re 7/21 and 7/22 hearings and various case issues | 0.20 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin May 08 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re HRA May 08 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re May 2008 Fee Application for filing | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* - Confer with T. Tacconelli re 7/21/08 hearing | 0.20 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with co-counsel after conclusion of hearing re ZAI issues | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting debtors' motion to file sur reply in appeal 08-118 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving settlement with Montana Dept. of Environmental Quality | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 7/18/08 | 0.10 | TJT |
| | *Case Administration* - Review 7/21/08 hearing notes | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review order approving debtors' R&E settlement with IRS | 0.10 | TJT |
| | *Case Administration* - Review order approving Coli loan motion | 0.10 | TJT |
| | *Case Administration* - Review Beveridge and Diamond May Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* -- Review e-mail from J. Sakalo re committee matters | 0.20 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 2.80 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - draft Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's May 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's May 08 Fee Application | 0.30 | MH |
| Jul-23-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review 7/22 hearing notes re ZAI issues | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with M. Joseph re results of hearing re ZAI issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice to attorneys re ZAI bar date with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of deposition of L. Kruger | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re Mass. Dept. of Revenue claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' request for production to L. Kruger | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Prepare correspondence to S. Baena and J. Sakalo re Kruger discovery and deposition | 0.20 | TJT |
| | *Case Administration* - Review 4 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re HRA May 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's May 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's May 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's May 08 Fee Application | 0.30 | MH |
| Jul-24-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Bilzin memo re ZAI issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from committee member re ZAI issues | 0.10 | TJT |
| | *Case Administration* - Review 6 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review LTIP motion with attachments | 0.60 | TJT |
| | *Case Administration* - Review revised order re 27th interim period | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | Quarterly Fee Applications | | |
| | *Case Administration* - Review debtors' motion to approve settlement with Wega | 0.40 | TJT |
| | *Case Administration* - Review PSZY&J May Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.90 | TJT |
| | *Fee Applications, Others* - Prepare correspondence to J. Sakalo re revised order re 27th interim period Quarterly Fee Application for Bilzin | 0.10 | TJT |
| | *Case Administration* - determine allocation of Fee Application payment and hold-back payments; retrieve and print supporting documentation | 0.20 | MH |
| Jul-25-08 | *Case Administration* - Review Nelson Mullins May Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Capstone May Fee Application | 0.10 | TJT |
| Jul-26-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' opening brief in appeal 08-246 | 1.40 | TJT |
| | *Case Administration* - Review Protiviti 13th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Deloitte Oct., Nov. and Dec. Fee Application | 0.10 | TJT |
| Jul-27-08 | *Case Administration* - Review debtors' monthly operating report for May 08 | 0.30 | TJT |
| | *Case Administration* - Review Casner Edwards June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins June Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Research re PPI Industries case re post-petition interest issue | 0.40 | TJT |
| Jul-28-08 | *Case Administration* - 7/21/08 hearing follow-up and advise T. Tacconelli re same | 0.20 | SGW |
| | *Case Administration* - 7/22/08 hearing follow-up and advise T. Tacconelli re same | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 7/21/08 hearing transcript re ZAI issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review NJDEP's reply brief in appeal no. 08-250 | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of proof of claim by Hamilton County | 0.10 | TJT |
| | *Case Administration* - Review Lexacon Jan.-April Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review docket in L. Tersigni bankruptcy case | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Hearings* - Review correspondence from S. Weiler re 7/21/08 hearing transcript | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 7/21/08 hearing transcript re plan issues | 0.70 | TJT |
| | *Fee Applications, Applicant* - Confer with paralegal re Ferry, Joseph & Pearce's June prebill | 0.10 | TJT |
| | *Case Administration* - Review dockets re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | NMC |
| Jul-29-08 | *Case Administration* - Review Fee Auditor's Final Report re BIR 28th interim period Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 2nd amended 2019 statement by Baldwin | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
| | and Baldwin firm | | |
| | *Case Administration* - Review Protiviti 14th Quarterly Fee Application | 0.10 | TJT |
| | *Hearings* - Review correspondence from S. Weiler re 7/22/08 hearing transcript | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's June prebill | 1.20 | TJT |
| Jul-30-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review 7/22/08 hearing transcript re ZAI issues | 0.70 | TJT |
| | *Case Administration* - Review Lexacon Jan.-March and April-June Quarterly Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review e-mail from J. Sakalo re possible acquisition of debtor and review article re same | 0.20 | TJT |
| | *Employment Applications, Others* - Review order approving retention of Tre Angeli | 0.10 | TJT |
| | *Employment Applications, Others* - Review order approving modification retention of Piper Jaffery | 0.10 | TJT |
| Jul-31-08 | *Case Administration* - Review BIR June Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's revised June prebill re same | 0.20 | TJT |
| | Totals | 67.40 | |

### DISBURSEMENTS

| | | |
|---|---|---|
| Jul-01-08 | Photocopy Cost | 7.80 |
| | Photocopy Cost | 1.80 |
| | Photocopy Cost | 0.50 |
| Jul-02-08 | Photocopy Cost | 12.00 |
| Jul-08-08 | Photocopy Cost | 2.50 |
| Jul-09-08 | Blue Marble - copies 10.50; service 11.60 | 22.10 |
| | Blue Marble - copies 10.50; service 11.60 | 22.10 |
| Jul-10-08 | Photocopy Cost | 0.60 |
| Jul-11-08 | Blue Marble - copies 4.50; service 11.60 (Inv # 25131) | 16.10 |
| Jul-13-08 | Photocopy Cost | 3.60 |
| | Photocopy Cost | 0.50 |
| Jul-17-08 | Pacer Service Center - 4/1/08 - 6/30/08 (RSM) Account # FJ0091 | 25.44 |
| | Pacer Service Center - 4/1/08 - 6/30/08 (TJT) Acct # FJ0093 | 130.32 |
| Jul-18-08 | J&J Court Transcribers | 427.55 |
| | Pacer Service Center - 4/1/08 - 6/30/08 (SGW) Acct # FJ0321) | 167.28 |
| | West Law - Legal Research (May 08) Acct #1000634693; Inv # 0816106921 | 104.25 |
| Jul-22-08 | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 3.00 |
| Jul-24-08 | Photocopy Cost | 1.20 |
| | Photocopy Cost | 0.90 |

|          | Photocopy Cost | 1.20 |
| Jul-25-08 | Tristate Courier & Carriage - delivery charge (Inv # 27038) | 13.00 |
| Jul-28-08 | Photocopy Cost | 1.00 |
| Jul-31-08 | Elaine M. Ryan - Transcript | 701.50 |
|          | Transcripts Plus | 480.10 |
|          | Totals | $2,147.64 |
|          | **Total Fees & Disbursements** | **$19,373.64** |

**Balance Due Now**                    **$19,373.64**