IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., <u>et al.</u> ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Objection Deadline: September 17, 2008 at 4:00 pm |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO THIRTY-EIGHTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>JULY 1, 2008 THROUGH JULY 31, 2008</u>**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered February 21, 2004) |
| Period for which compensation is sought: | July 1, 2008 through July 31, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $9,630.50 |
| 80% of fees to be paid: | $7,704.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $    35.00 |
| Total Fees @ 80% and 100% Expenses: | $7,739.40 |

This is an:    __    interim    <u>X</u>    monthly    __    final application.

**COMPENSATION SUMMARY**
**July 2008**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (23 years) FCAS | $650 | 2.40 | $1,560.00 |
| Julianne Callaway | Analyst (5 years) ACAS | $325 | 4.70 | $1,527.50 |
| Bryan Gillespie | Consulting Actuary (2 years) FCAS | $410 | 1.10 | $451.00 |
| Jeffrey Kimble | Consulting Actuary (7 years) ACAS | $400 | 11.60 | $4,640.00 |
| Ken Leonard | Analyst (3 years) | $410 | 1.30 | $533.00 |
| Brent Petzoldt | Analyst (1 year) | $240 | 1.10 | $264.00 |
| David Powell | Consulting Actuary (22 years) ACAS | $700 | 0.50 | $350.00 |
| Rhamonda Riggins | Analyst (5 years) | $305 | 1.00 | $305.00 |
| **Total Blended Rate: $406.35** | | | **23.70** | **$9,630.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 23.70 | $9,630.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| News article | $35.00 |

| **July 2008 – Grand Total** | **$9,665.50** |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: /S/ JENNIFER L. BIGGS
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: August 25, 2008