**EXHIBIT A**

**Jul-08**

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jenni Biggs | 7/3/2008 | 0.50 | $650 | $325.00 | Research Libby information |
| Jenni Biggs | 7/10/2008 | 0.20 | $650 | $130.00 | Billing |
| Jenni Biggs | 7/16/2008 | 0.30 | $650 | $195.00 | Billing |
| Jenni Biggs | 7/17/2008 | 0.20 | $650 | $130.00 | Billing |
| Jenni Biggs | 7/18/2008 | 1.20 | $650 | $780.00 | Conference call with Orrick regarding settlement discussions |
|  |  | 2.40 |  | $1,560.00 |  |
|  |  |  |  |  |  |
| Julianne Calllaway | 7/8/2008 | 0.80 | $325 | $260.00 | File retention and deletion |
| Julianne Calllaway | 7/16/2008 | 0.30 | $325 | $97.50 | Data requests |
| Julianne Calllaway | 7/17/2008 | 3.60 | $325 | $1,170.00 | Data requests |
|  |  | 4.70 |  | $1,527.50 |  |
|  |  |  |  |  |  |
| Bryan Gillespie | 7/17/2008 | 0.80 | $410 | $328.00 | Information to Debbie Felder regarding RMQ verdict |
| Bryan Gillespie | 7/19/2008 | 0.30 | $410 | $123.00 | Review ATSDR article by Horton, Bove and Kapil |
|  |  | 1.10 |  | $451.00 |  |
|  |  |  |  |  |  |
| Jeff Kimble | 7/18/2008 | 3.00 | $400 | $1,200.00 | Prepare Trust cash flow slides |
| Jeff Kimble | 7/18/2008 | 0.50 | $400 | $200.00 | Conference call with Orrick regarding settlement discussions |
| Jeff Kimble | 7/21/2008 | 2.80 | $400 | $1,120.00 | Prepare Trust cash flow slides |
| Jeff Kimble | 7/22/2008 | 4.30 | $400 | $1,720.00 | Prepare Trust cash flow slides |
| Jeff Kimble | 7/23/2008 | 0.50 | $400 | $200.00 | Prepare Trust cash flow slides |
| Jeff Kimble | 7/24/2008 | 0.50 | $400 | $200.00 | Prepare Trust cash flow slides |
|  |  | 11.60 |  | $4,640.00 |  |
|  |  |  |  |  |  |
| Ken Leonard | 7/8/2008 | 1.30 | $410 | $533.00 | File retention and deletion |
|  |  | 1.30 |  | $533.00 |  |
|  |  |  |  |  |  |
| Brent Petzoldt | 7/22/2008 | 1.10 | $240 | $264.00 | Tech review cash flow exhibits |
|  |  | 1.10 |  | $264.00 |  |

| | | | | | |
|---|---|---|---|---|---|
| Dave Powell | 7/23/2008 | <u>0.50</u> | $700 | <u>$350.00</u> | Peer review |
| | | 0.50 | | $350.00 | |
| Rhamonda Riggins | 7/17/2008 | <u>1.00</u> | $305 | <u>$305.00</u> | Felder email 7-17-08, RMQ names research |
| | | 1.00 | | $305.00 | |
| | | **23.70** | | **$9,630.50** | |