## **EXHIBIT B**

**Expenses - July 2008**

| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
|---|---|---|---|---|
| Bryan Gillespie | 7/19/2008 | $35.00 | To obtain article requested by Jenni Biggs for the Grace project | Yes |
| | | $35.00 | | |
| | | $35.00 | | |