IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objection Date: September 17, 2008 at 4:00 pm |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**FOURTH MONTHLY INTERIM APPLICATION OF TRE ANGELI LLC, FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JUNE 1, 2008 THROUGH JUNE 30, 2008**

| | |
|---|---|
| Name of Applicant: | Tre Angeli LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | July 29, 2008, *nunc pro tunc* to March 3, 2008 |
| Period for which compensation and reimbursement is sought: | June 1, 2008 – June 30, 2008 |
| 80% of Compensation sought as actual, reasonable and necessary: | $40,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $145.03 |

This is a   _x_ monthly        __ interim        ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### June 1-30, 2008

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Communication | $ 25.03 |
| Legal | 120.00 |

**TOTAL Out-of-Pocket Expenses:**            $145.03

Respectfully submitted,

TRE ANGELI LLC

By: /S/ JOSEPH J. RADECKI, JR.
    Joseph J. Radecki, Jr.
    Connecticut Business Centers
    Six Landmark Square, Suite 415
    Stamford, CT 06901
    (203) 359-5646
    Financial Advisor to David T. Austern
    Future Claimants' Representative

Dated: August 26, 2008

---

[1] Tre Angeli LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.