# EXHIBIT A

**WR Grace**
**June 2008 Time**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review docket/pleadings | 1.1 |
| | Telephonic hearing/prep | 4.0 |
| Tue 3 | Comm w/OHS(Wy) re new eng ltrs | 0.6 |
| | Review docket/pleadings | 0.6 |
| | Research fincl filing req | 1.4 |
| | Review/ revise edits on Eng ltrs/app/decl | 2.0 |
| Wed 4 | Review/ revise edits on Eng ltrs/app/decl | 1.5 |
| | Research Wt terms | 2.6 |
| | Review docket/pleadings | 1.2 |
| Thu 5 | Finalize eng ltr w/OHS (Fe) | 0.7 |
| | Review/edit Grace term sheet response | 3.5 |
| | Disc w/OHS (Fe) re hearing timing | 0.7 |
| | Review docket/pleadings | 0.3 |
| Fri 6 | Comm w/OHS(Wa) re term sheets | 2.5 |
| | Review/edit Grace term sheet response | 2.5 |
| | Review docket/pleadings | 0.7 |
| | Comm w/ OHS(Wy) re 6/23 hearing agenda | 0.5 |
| | Comm w/OHS (Fe) re UST communication | 0.5 |
| Mon 9 | Comm w/OHS(Wy) re UST position | 1.0 |
| | Review/analyze covenant (reorgs) | 3.1 |
| Tue 10 | Review docket/pleadings | 0.5 |
| Wed 11 | Review docket/pleadings | 0.5 |
| Thu 12 | Review docket/pleadings | 0.4 |
| Fri 13 | Review 6/12 transcript | 1.0 |
| Mon 16 | Review pleadings re default int | 2.4 |
| | Research/analyze default int issues | 1.5 |
| | Review docket/pleadings | 0.8 |
| | Comm w OHS(Wy) re financial condition, meeting | 0.6 |
| Tues 17 | Research/analyze default int issues | 3.1 |
| | Review draft POR/DS | 2.8 |
| | Review docket/pleadings | 1.3 |
| | I/D re retention | 0.3 |
| Wed 18 | Research/analyze default int issues | 1.5 |
| Thu 19 | Review draft POR/DS | 6.1 |
| | Review docket/pleadings | 0.5 |
| Fri 20 | Review draft POR/DS | 1.2 |
| | Comm w/ OHS(Wy) re 6/23 hearing agenda | 0.3 |
| | Review docket/pleadings | 1.0 |
| Tue 24 | Comm w/OHS (Wy) re July meeting, financial condition | 0.4 |
| | Review docket/pleadings | 0.5 |
| Wed 25 | Review docket/pleadings | 0.7 |
| Thu 26 | Review docket/pleadings | 0.2 |
| Fri 27 | Review docket/pleadings | 0.8 |
| Mon 30 | Review/analyze COLI motion | 1.3 |
| | TOTAL TIME (hours) | 60.7 |