# EXHIBIT B

**W.R. Grace**
**Detail of expenses (June 1, 2008 – June 30, 2008)**

Communication
Joe Radecki                June 2008           $ 25.03
            **Total Communication:**           **$ 25.03**

Legal
Joe Radecki                June 2008           $120.00
            **Total Legal:**           **$120.00**

**TOTAL EXPENSES:**                                        **$145.03**