IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al</u>. | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Objection Date: September 17, 2008 at 4:00 pm |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**FIFTH MONTHLY INTERIM APPLICATION OF TRE ANGELI LLC, FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>JULY 1, 2008 THROUGH JULY 31, 2008</u>**

| | |
|---|---|
| Name of Applicant: | Tre Angeli LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | July 29, 2008, *nunc pro tunc* to March 3, 2008 |
| Period for which compensation and reimbursement is sought: | July 1, 2008 – July 31, 2008 |
| 80% of Compensation sought as actual, reasonable and necessary: | $40,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $963.79 |

This is a    <u>x</u>  monthly          __ interim          ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### July 1-31, 2008

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | | NA |
| Case Administration Related | | NA |
| Financial Analysis Related | | NA |
| Hearings | | NA |
| **TOTAL** | | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Communication | $  45.34 |
| Transportation | 909.70 |
| Meals | <u>8.75</u> |
| | |
| **TOTAL Out-of-Pocket Expenses:** | **$963.79** |

Respectfully submitted,

TRE ANGELI LLC

By: /S/ JOSEPH J. RADECKI, JR.
    Joseph J. Radecki, Jr.
    Connecticut Business Centers
    Six Landmark Square, Suite 415
    Stamford, CT 06901
    (203) 359-5646
    Financial Advisor to David T. Austern
    Future Claimants' Representative

Dated: August 26, 2008

---

[1] Tre Angeli LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.