# EXHIBIT A

**WR Grace**
**July 2008 Time**

| Day/Date | Action | Time |
|---|---|---|
| Tue 2 | Review docket/pleadings | |
| | Prepare fee apps (Mar-May) | 5.0 |
| Wed 3 | Review docket/pleadings | 0.2 |
| | I/D re CNOs | 0.3 |
| | Prepare fee apps (Mar-May) | 1.1 |
| Mon 7 | Comm w/OHS(Fe) re COLI borrow | 0.4 |
| | Review docket/pleadings | 0.5 |
| | Prepare FCR presentation | 4.0 |
| Tue 8 | Prepare/file fee apps | 0.8 |
| Thu 10 | Prepare FCR presentation | 2.1 |
| | Review docket/pleadings | 1.0 |
| | Comm w/Blackstone re COLI and LTIP | 0.7 |
| | Review /analyze Watson Wyatt spreadsheet info | 1.1 |
| | Comm w/OHS(Fe) re COLI borrow | 1.0 |
| | PJC calls re COLI, LTIP | 2.4 |
| | Prep FCR presentation | 2.0 |
| Fri 11 | Resolve COLI w/OHS (Fe) | 0.2 |
| | Prepare FCR presentation | 3.0 |
| | Review new draft FCR pres | 2.5 |
| Mon 14 | Prepare FCR presentation | 3.1 |
| | Comm w/PJC(MH) re reports | 0.7 |
| | Review docket/pleadings | 1.2 |
| Tue 15 | Comm w/OHS (Fe) re hearing attendance | 0.3 |
| | Review docket/pleadings | 0.2 |
| | Review fee auditor new hotel/meal policies | 0.7 |
| Wed 16 | Final prep FCR presentation | 1.0 |
| | SEE research | 6.1 |
| | Review supplemental data for FCR | 1.3 |
| | Review docket/pleadings | 0.4 |
| Thu 17 | Travel | 7.5 |
| | FCR presentation | 3.0 |
| | Comm w/Blackstone re exit fin | 0.2 |
| Fri 18 | Review docket/pleadings | 0.6 |
| | Analyze exit fin mkt | 1.7 |
| Mon 21 | Travel | 9.5 |
| | Hearing | 3.5 |
| Tues 22 | Review/analyze final LTIP motion | 1.6 |
| | Review docket/pleadings | 1.5 |
| | Comm w/Blackstone re exit fin | 1.0 |
| Wed 23 | I/C re followup to FCR meeting all topics | 1.0 |
| | Review docket/pleadings | 0.2 |
| Thu 24 | Review docket/pleadings | 0.4 |
| Fri 25 | Review docket/pleadings | 0.6 |
| Mon 28 | Review docket/pleadings | 0.7 |
| Tue 29 | Comm w/OHS(Wy) re exec contr, prin mtg | 0.3 |
| Wed 30 | Review docket/pleadings | 0.4 |
| | Research exec comp/cont | 4.2 |
| Thu 31 | Comm w/OHS(Wy) re meeting, all issues | 1.0 |
| | Research exec comp/cont | 3.1 |
| | Review docket/pleadings | 0.6 |
| | TOTAL TIME (hrs) | 85.9 |