# EXHIBIT B

### W.R. Grace
### Detail of expenses (July 1, 2008 – July 31, 2008)

Communication
Joe Radecki                    July 2008         $  45.34
                    **Total Communication:**              **$  45.34**


Transportation
Joe Radecki                    July 2008         $909.70
                    **Total Transportation:**              **$909.70**

Meals
Joe Radecki                    July 2008         $    8.75
                    **Total Meals:**              **$    8.75**


**TOTAL EXPENSES:**                              **$963.79**