# EXHIBIT A

## W.R. Grace
### PJC Time Records
### June-08

| Professional | Date | Hours | Category | Description |
| --- | --- | --- | --- | --- |
| Desiree Davis | 6/2/2008 | 0.5 | Hearing | Telephonic court hearing |
| Jason Solganick | 6/2/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/2/2008 | 0.5 | Hearing | Telephonic court hearing |
| Jonathan Brownstein | 6/2/2008 | 0.5 | Hearing | Telephonic court hearing |
| Maika Hemphill | 6/2/2008 | 0.5 | Hearing | Telephonic court hearing |
| Jason Solganick | 6/3/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/4/2008 | 0.1 | Case Administration | Review court docket |
| Desiree Davis | 6/5/2008 | 1.5 | Business Operations | Review of tax settlement information |
| Desiree Davis | 6/5/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 6/5/2008 | 1.5 | Business Operations | Review of tax settlement information |
| Jason Solganick | 6/5/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/5/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jonathan Brownstein | 6/5/2008 | 2.0 | Business Operations | Review of tax settlement information |
| Jonathan Brownstein | 6/5/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Maika Hemphill | 6/5/2008 | 1.0 | Business Operations | Review of tax settlement information |
| Maika Hemphill | 6/5/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 6/6/2008 | 0.1 | Case Administration | Review court docket |
| Desiree Davis | 6/9/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 6/9/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/9/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jonathan Brownstein | 6/9/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Maika Hemphill | 6/9/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 6/10/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/11/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 6/12/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 6/13/2008 | 0.1 | Case Administration | Review court docket |
| Desiree Davis | 6/16/2008 | 5.0 | Financial Analysis | Financial analyses preparation for presentation to client |
| Jason Solganick | 6/16/2008 | 2.0 | Business Operations | Review of draft POR and Disclosure Statement |
| Jason Solganick | 6/16/2008 | 0.3 | Case Administration | Review court docket |
| Jonathan Brownstein | 6/16/2008 | 2.0 | Business Operations | Review of draft POR and Disclosure Statement |
| Maika Hemphill | 6/16/2008 | 6.0 | Financial Analysis | Financial analyses preparation for presentation to client |
| Desiree Davis | 6/17/2008 | 6.5 | Financial Analysis | Financial analyses preparation for presentation to client |
| Jason Solganick | 6/17/2008 | 0.2 | Case Administration | Review court docket |
| Maika Hemphill | 6/17/2008 | 7.0 | Financial Analysis | Financial analyses preparation for presentation to client |
| Desiree Davis | 6/18/2008 | 4.0 | Financial Analysis | Financial analyses preparation for presentation to client |
| Jason Solganick | 6/18/2008 | 0.3 | Case Administration | Review court docket |
| Maika Hemphill | 6/18/2008 | 6.0 | Financial Analysis | Financial analyses preparation for presentation to client |
| Desiree Davis | 6/19/2008 | 1.0 | Business Operations | Review of LTIP materials |

# EXHIBIT A
## W.R. Grace
### PJC Time Records
#### June-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 6/19/2008 | 5.0 | Financial Analysis | Presentation preparation for client and other related analyses |
| Jason Solganick | 6/19/2008 | 1.0 | Business Operations | Review of LTIP materials |
| Jason Solganick | 6/19/2008 | 0.2 | Case Administration | Review court docket |
| Jonathan Brownstein | 6/19/2008 | 1.0 | Business Operations | Review of LTIP materials |
| Maika Hemphill | 6/19/2008 | 1.0 | Business Operations | Review of LTIP materials |
| Maika Hemphill | 6/19/2008 | 3.5 | Financial Analysis | Presentation preparation for client and other related analyses |
| Desiree Davis | 6/20/2008 | 3.0 | Financial Analysis | Presentation preparation for client and other related analyses |
| Jason Solganick | 6/20/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 6/20/2008 | 0.5 | Hearing | Review of hearing agenda |
| Maika Hemphill | 6/20/2008 | 3.0 | Financial Analysis | Presentation preparation for client and other related analyses |
| Desiree Davis | 6/24/2008 | 5.0 | Financial Analysis | Presentation preparation for client and other related analyses |
| Jason Solganick | 6/24/2008 | 0.1 | Case Administration | Review court docket |
| Maika Hemphill | 6/24/2008 | 6.0 | Financial Analysis | Presentation preparation for client and other related analyses |
| Desiree Davis | 6/25/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 6/25/2008 | 6.0 | Financial Analysis | Presentation preparation for client and other related analyses |
| Jason Solganick | 6/25/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 6/25/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jonathan Brownstein | 6/25/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Maika Hemphill | 6/25/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Maika Hemphill | 6/25/2008 | 7.0 | Financial Analysis | Presentation preparation for client and other related analyses |
| Jason Solganick | 6/26/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 6/26/2008 | 2.0 | Financial Analysis | Review of financial analyses prepared for presentation to client |
| Jonathan Brownstein | 6/26/2008 | 3.0 | Financial Analysis | Review of financial analyses prepared for presentation to client |
| Desiree Davis | 6/27/2008 | 2.0 | Financial Analysis | Review of press release of comparable company and related analyses |
| Jason Solganick | 6/27/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/27/2008 | 1.0 | Financial Analysis | Review of press release of comparable company and related analyses |
| Jason Solganick | 6/27/2008 | 3.0 | Financial Analysis | Review of presentation prepared for client |
| Jonathan Brownstein | 6/27/2008 | 2.5 | Financial Analysis | Review of presentation prepared for client |
| Jonathan Brownstein | 6/27/2008 | 1.0 | Financial Analysis | Review of press release of comparable company and related analyses |
| Maika Hemphill | 6/27/2008 | 2.0 | Financial Analysis | Review of press release of comparable company and related analyses |
| Jason Solganick | 6/30/2008 | 0.2 | Case Administration | Review court docket |