# EXHIBIT B

### W.R. Grace
### Detail of expenses (June 1, 2008 – June 30, 2008)

Telephone

| | | | |
|---|---|---|---|
| Jason Solganick | 06/09/08 | $ 23.86 | |
| Desiree Davis | 06/30/08 | $ 25.50 | |
| Desiree Davis | 06/30/08 | $ 35.00 | |
| Maika Hemphill | 06/30/08 | $ 28.00 | |
| Maika Hemphill | 06/30/08 | $ 23.10 | |
| | **Total Telephone:** | | **$ 135.46** |

**TOTAL EXPENSES:** $ 135.46