IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

### AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON SEPTEMBER 2, 2008, AT 1:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, AUGUST 28, 2008 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

## CONTINUED MATTERS

1. Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a. [Signed] Order Regarding Relief Sought in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 7/22/08] (Docket No. 19119)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a. Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to September 29, 2008, at 10:00 a.m.

## UNCONTESTED MATTERS

2. Motion of the Debtors for Entry of an Order Authorizing the Implementation of the 2008-2010 Long-Term Incentive Plan for Key Employees [Filed: 7/21/08] (Docket No. 19116)

   Related Documents:

   a. [Proposed] Order Authorizing the Implementation of the 2008-2010 Long-Term Incentive Plan for Key Employees [Filed: 7/21/08] (Docket No. 19116)

   b. **Certification of No Objection Regarding Motion of the Debtors for Entry of an Order Authorizing the Implementation of the 2008-2010 Long-Term Incentive Plan for Key Employees [Filed: 8/21/08] (Docket No. 19359)**

   c. **[Signed] Order Authorizing the Implementation of the 2008-2010 Long-Term Incentive Plan for Key Employees [Filed: 8/26/08] (Docket No. 19375)**

   Response Deadline: August 15, 2008, at 4:00 p.m. *(extended until August 19, 2008 at 4:00 p.m. for the Asbestos Creditors Committee)*

   Responses Received: None as of the date of this Notice of Agenda.

   **Status: The Court has entered an Order approving the Motion. This matter will not go forward.**

3. Debtors' Motion for an Order Authorizing Approval of Its Entry Into Settlement Agreements Resolving Claims Against WEJA, Inc., et al. [Filed: 7/21/08] (Docket No. 19118)

   Related Documents:

   a. [Proposed] Order Authorizing Approval of Its Entry Into Settlement Agreements Resolving Claims Against WEJA, Inc., et al. [Filed: 7/21/08] (Docket No. 19118)

   b. Certification of No Objection Regarding Debtors' Motion for an Order Authorizing Approval of Its Entry Into Settlement Agreements Resolving Claims Against WEJA, Inc., et al. [Filed: 8/18/08] (Docket No. 19330)

c.  [Signed] Order Authorizing Approval of Its Entry Into Settlement Agreements Resolving Claims Against WEJA, Inc., et al. [Filed: 8/26/08] (Docket No. 19374)

Response Deadline: August 8, 2008, at 4:00 p.m. *(extended until August 15, 2008, at 4:00 p.m. for the Official Committee of Unsecured Creditors)*

Responses Received: None.

**Status: The Court has entered an Order approving the Motion. This matter will not go forward.**

## CONTESTED MATTERS

4.  Motion of The Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 11/15/04] (Docket No. 323) *W. R. Grace & Co., et al. v. Margaret Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771]*.

    Response Deadline: December 15, 2004 at 4:00 p.m.

    Responses Received:

    a.  Objection of Maryland Casualty Company to Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 01-771, Docket No. 355)

    b.  Response of One Beacon America Insurance Company and Seaton Insurance Company to the Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary From the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 04-55083, Docket No. 14)

    c.  Objection of Continental Casualty Company and Boston Old Colony Insurance Company to the Scotts Company's Motion Seeking Relief From the Automatic Stay and the Modified Preliminary Junction Order Dated January 22, 2002 [Filed: 2/18/05] (Adv. Pro. No. 01-771, Docket No. 356)

    Status: A status conference will go forward on this matter.

5.  Motion of the City of Charleston, South Carolina for Relief from the Automatic Stay [Filed: 12/21/08] (Docket No. 17685)

    Related Documents:

    a.  [Proposed] Order Granting Motion of City of Charleston, South Carolina for Relief From the Automatic Stay [Filed: 12/21/07] (Docket No. 17685)

Response Deadline: January 11, 2008, at 4:00 p.m.

Responses Received:

a. Debtors' Objection to the Motion of the City of Charleston, South Carolina for Relief From the Automatic Stay [Filed: 1/11/08] (Docket No. 17807)

Status: A status conference will go forward on this matter.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

6. Claimant State of California, Department of General Services' Motion for Leave to File the Expert Report of Dr. William E. Longo [Filed: 7/17/08] (Docket No. 19101)

    Related Documents:

    a. [Proposed] Order Granting Claimant State of California, Department of General Services' Motion for Leave to File the Expert Report of Dr. William E. Longo [Filed: 7/17/08] (Docket No. 19101)

    b. Re-Notice of Hearing on Claimant State of California, Department of General Services' Motion for Leave to File the Expert Report of Dr. William E. Longo [Filed: 7/18/08] (Docket No. 19105)

    Response Deadline: August 8, 2008, at 4:00 p.m.

    Responses Received:

    a. Debtors' Response to Claimant State of California, Department of General Services' Motion for Leave to File the Expert Report of Dr. William E. Longo [Filed: 8/8/08] (Docket No. 19266)

    **Replies Received:**

    a. **Reply of Claimant State of California, Department of General Services, to Debtors' Response to Motion for Leave to File Expert Report of Dr. William E. Longo [Filed: 8/19/08] (Docket No. 19335)**

    Status: This matter will go forward.

7. Status Report on Asbestos Property Damage Claims and Mediation

    Related Documents:

    a. Settlement Judge's Report [Filed: 5/23/08] (Docket No. 18779)

    Status: A status conference will go forward on this matter.

8. Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 4/27/07] (Docket No. 15421)

    Status: These claims have been resolved and the parties intend to present a settlement agreement shortly.

9.  Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Filed: 7/2/07] (Docket No. 16220)

    Status: These claims have been resolved and the parties intend to present a settlement agreement shortly.

## ZAI MATTERS

10. Status on Canadian ZAI PD Claims Settlement and Other Matters

    Related Documents:

    a.  Expedited Motion of the Canadian ZAI Claimants for Relief From the Automatic Stay [Filed: 4/15/08] (Docket No. 18523)

    b.  [Proposed] Order Granting Relief From the Automatic Stay [Filed: 4/15/08] (Docket No. 18523)

    c.  Motion of the Canadian ZAI Claimants to Shorten Notice for Expedited Consideration of Their Motion for Relief From the Automatic Stay [Filed: 4/15/08] (Docket No. 18522)

        (i) [Signed] Order Granting Expedited Consideration of the Canadian ZAI Claimants' Motion for Relief From the Automatic Stay [Filed: 4/23/08] (Docket No. 18593)

    Response Deadline: May 16, 2008, at 4:00 p.m.

    Responses Received:

    a.  Debtors' Objection to the Canadian ZAI Claimants' Motion to Lift the Automatic Stay [Filed: 5/16/08] (Docket No. 18734)

    Status: A status conference will go forward on this matter.

## STATUS REGARDING CHAPTER 11 PLAN

11. Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 6/13/08] (Docket No. 18922)

    Related Documents:

    a.  Certification of Counsel [Filed: 8/7/08] (Docket No. 19245)

    b.  **Certification of Counsel Regarding Scheduling Order for Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 8/26/08] (Docket No. 19383)**

(i) **[Proposed] Order Regarding Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 8/26/08] (Docket No. 19383)**

Response Deadline: July 3, 2008, at 4:00 p.m. *(extended until July 11, 2008 for Ad Hoc Committee, Agent for the Lenders and the Official Committee of Unsecured Creditors)*

Status: A status conference will go forward on this matter.

Dated: August 28, 2008

    KIRKLAND & ELLIS LLP
    David M. Bernick, P.C.
    Janet S. Baer
    200 East Randolph Drive
    Chicago, IL 60601
    Telephone: (312) 861-2000
    Facsimile: (312) 861-2200

    -and-

    PACHULSKI STANG ZIEHL & JONES LLP

    */s/ Kathleen Makowski*
    Laura Davis Jones (Bar No. 2436)
    James E. O'Neill (Bar No. 4042)
    Kathleen P. Makowski (Bar No. 3648)
    Timothy P. Cairns (Bar No. 4228)
    919 North Market Street, 17th Floor
    Wilmington, DE 19801
    Telephone: (302) 652-4100
    Facsimile: (302) 652-4400

    Co-Counsel for the Debtors and Debtors in Possession