REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number      1743548
One Town Center Road               Invoice Date        08/28/08
Boca Raton, FL   33486             Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              0.00
        Expenses                     27,273.94

                     TOTAL BALANCE DUE UPON RECEIPT      $27,273.94
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1743548
One Town Center Road                    Invoice Date        08/28/08
Boca Raton, FL   33486                  Client Number        172573
                                        Matter Number         60026

================================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

         IKON Copy Services                        35.10
         PACER                                     23.84
         Duplicating/Printing/Scanning           312.60
         Postage Expense                           0.59
         Consulting Fees                       26,771.01
         Courier Service - Outside                74.27
         Secretarial Overtime                     15.00
       , Meal Expense                             41.53

                  CURRENT EXPENSES                     27,273.94
                                                    -------------

             TOTAL BALANCE DUE UPON RECEIPT       $27,273.94
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      1743548
One Town Center Road                     Invoice Date       08/28/08
Boca Raton, FL   33486                   Client Number        172573
                                         Matter Number         60026

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | | |
|---|---|---|---|
| 05/07/08 | PACER | | 9.44 |
| 05/12/08 | PACER | | 4.96 |
| 06/05/08 | PACER | | 2.48 |
| 06/24/08 | PACER | | 1.52 |
| 06/26/08 | Secretarial Overtime: W.R. Grace Litigation - assist with monthly fee application | | 15.00 |
| 06/30/08 | PACER | | 5.44 |
| 07/07/08 | Duplicating/Printing/Scanning ATTY # 4810; 4 COPIES | | .40 |
| 07/07/08 | Duplicating/Printing/Scanning ATTY # 000559: 13 COPIES | | 1.30 |
| 07/11/08 | Duplicating/Printing/Scanning ATTY # 7015; 824 COPIES | | 82.40 |
| 07/11/08 | Duplicating/Printing/Scanning ATTY # 7015; 1010 COPIES | | 101.00 |
| 07/14/08 | Duplicating/Printing/Scanning ATTY # 0710; 6 COPIES | | .60 |
| 07/14/08 | Duplicating/Printing/Scanning ATTY # 7015; 762 COPIES | | 76.20 |
| 07/15/08 | Courier Service - UPS - Shipped from Reed Smith LLP - Washington to Carol Ward, Environ International Corp. (ARLINGTON VA 22203). | | 69.67 |

172573 W. R. Grace & Co.                          Invoice Number  1743548
60026  Litigation and Litigation Consulting       Page    2
August 28, 2008

| | | |
|---|---|---|
| 07/15/08 | Courier Service - UPS - Shipped from Reed Smith LLP - Washington to Carol Ward, Environ International Corp. (ARLINGTON VA 22203). | 4.60 |
| 07/18/08 | Meal Expense - - VENDOR: ERICA L. WEBBER LUNCH FOR TONY KLAPPER MEETING IN 11A 7/10/08 - - LUNCH FOR 4. | 41.53 |
| 07/18/08 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. COPYING | 35.10 |
| 07/18/08 | Duplicating/Printing/Scanning ATTY # 4810; 3 COPIES | .30 |
| 07/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 13 COPIES | 1.30 |
| 07/21/08 | Duplicating/Printing/Scanning ATTY # 4810; 11 COPIES | 1.10 |
| 07/21/08 | Duplicating/Printing/Scanning ATTY # 4810; 10 COPIES | 1.00 |
| 07/22/08 | Duplicating/Printing/Scanning ATTY # 4810; 2 COPIES | .20 |
| 07/23/08 | Duplicating/Printing/Scanning ATTY # 000559: 13 COPIES | 1.30 |
| 07/23/08 | Duplicating/Printing/Scanning ATTY # 4810; 4 COPIES | .40 |
| 07/24/08 | Duplicating/Printing/Scanning ATTY # 4810; 4 COPIES | .40 |
| 07/28/08 | Duplicating/Printing/Scanning ATTY # 4810; 24 COPIES | 2.40 |
| 07/28/08 | Duplicating/Printing/Scanning ATTY # 4810; 6 COPIES | .60 |
| 07/28/08 | Duplicating/Printing/Scanning ATTY # 0559; 12 COPIES | 1.20 |
| 07/28/08 | Duplicating/Printing/Scanning ATTY # 000559: 52 COPIES | 5.20 |
| 07/28/08 | Postage Expense Postage Expense: ATTY # 000559 User: Miller, Jas | .59 |

172573 W. R. Grace & Co.                      Invoice Number  1743548
60026  Litigation and Litigation Consulting   Page    3
August 28, 2008

| | | |
|---|---|---:|
| 07/29/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 176 COPIES | 17.60 |
| 07/29/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 140 COPIES | 14.00 |
| 07/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 07/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 07/30/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 07/30/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 08/21/08 | Consulting Fees - - VENDOR: ENVIRON INT'L<br>CORPORATION  - CONSULTANT FEES FOR WORK ON<br>PERSONAL INJURY CLAIMS AGAINST W.R. GRACE<br>FOR JULY, 2008 | 26771.01 |

```
                         CURRENT EXPENSES              27,273.94
                                                      ------------
                    TOTAL BALANCE DUE UPON RECEIPT    $27,273.94
                                                      =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                           Invoice Number      1743549
5400 Broken Sound Blvd., N.W.         Invoice Date        08/28/08
Boca Raton, FL 33487                  Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

          Fees                              0.00
          Expenses                        359.60

                    TOTAL BALANCE DUE UPON RECEIPT        $359.60
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1743549 |
| Invoice Date | 08/28/08 |
| Client Number | 172573 |
| Matter Number | 60028 |

====================================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 3.45 |
| Duplicating/Printing/Scanning | 3.80 |
| Courier Service - Outside | 16.27 |
| Parking/Tolls/Other Transportation | 20.00 |
| Air Travel Expense | 162.00 |
| Taxi Expense | 70.00 |
| Mileage Expense | 28.08 |
| Meal Expense | 8.00 |
| General Expense | 48.00 |

CURRENT EXPENSES                             359.60
                                     - - - - - - - - - - - - -

TOTAL BALANCE DUE UPON RECEIPT           $359.60
                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1743549 |
| Invoice Date | 08/28/08 |
| Client Number | 172573 |
| Matter Number | 60028 |

===============================================================================

Re: (60028)  ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 07/24/08 | Courier Service - UPS - Shipped to MATTHEW T. MURPHY CASNER & EDWARDS (BOSTON MA 02210. | 16.27 |
| 07/25/08 | Telephone Expense<br>212-595-8992/NEW YORK, NY/36 | 1.75 |
| 07/25/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/35 | 1.70 |
| 07/25/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 07/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 07/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 07/30/08 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON TRAVEL TO PHL FOR MEETING WITH W. R. GRACE COUNSEL AND WITNESSES 7/24/08 - - ONE BREAKFAST. | 8.00 |
| 07/30/08 | Air Travel Expense - - VENDOR: DOUGLAS E. CAMERON TRAVEL TO PHL FOR MEETING WITH W. R. GRACE COUNSEL AND WITNESSES 7/24/08 - - ROUND TRIP COACH CLASS TICKET. | 162.00 |
| 07/30/08 | Taxi Expense - - VENDOR: DOUGLAS E. CAMERON TRAVEL TO PHL FOR MEETING WITH W. R. GRACE COUNSEL AND WITNESSES 7/24/08 - - TRAVEL TO/FROM PHL AIRPORT. | 70.00 |

172573 W. R. Grace & Co.                          Invoice Number  1743549
60028  ZAI Science Trial                          Page    2
August 28, 2008


07/30/08    Mileage Expense - - VENDOR: DOUGLAS E. CAMERON        28.08
            TRAVEL TO PHL FOR MEETING WITH W. R. GRACE
            COUNSEL AND WITNESSES 7/24/08 - - MILEAGE
            TO/FROM PIT AIRPORT.

07/30/08    Parking/Tolls/Other Transportation - - VENDOR:        20.00
            DOUGLAS E. CAMERON TRAVEL TO PHL FOR MEETING
            WITH W. R. GRACE COUNSEL AND WITNESSES 7/24/08
            - - PARKING AT PIT AIRPORT.

07/30/08    General Expense - - VENDOR: DOUGLAS E. CAMERON        48.00
            TRAVEL TO PHL FOR MEETING WITH W. R. GRACE
            COUNSEL AND WITNESSES 7/24/08 TICKETING FEE

07/30/08    Duplicating/Printing/Scanning                          .10
            ATTY # 000349: 1 COPY

07/31/08    Duplicating/Printing/Scanning                          .90
            ATTY # 000349: 9 COPIES

07/31/08    Duplicating/Printing/Scanning                          .90
            ATTY # 000349: 9 COPIES

07/31/08    Duplicating/Printing/Scanning                          .90
            ATTY # 000349: 9 COPIES

                        CURRENT EXPENSES                        359.60
                                                           ------------
                        TOTAL BALANCE DUE UPON RECEIPT        $359.60
                                                           ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1743550
One Town Center Road                      Invoice Date        08/28/08
Boca Raton, FL    33486                    Client Number        172573


========================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                                 0.00
         Expenses                           743.81

                          TOTAL BALANCE DUE UPON RECEIPT        $743.81
                                                           ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1743550 |
| Invoice Date | 08/28/08 |
| Client Number | 172573 |
| Matter Number | 60033 |

===============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 2.55 |
| PACER | 47.28 |
| Duplicating/Printing/Scanning | 37.10 |
| Courier Service - Outside | 7.39 |
| Lodging | 296.40 |
| Parking/Tolls/Other Transportation | 30.00 |
| Air Travel Expense | 190.48 |
| Taxi Expense | 35.00 |
| Mileage Expense | 14.04 |
| Meal Expense | 59.57 |
| General Expense | 24.00 |

                    CURRENT EXPENSES              743.81
                                              -------------

                    TOTAL BALANCE DUE UPON RECEIPT      $743.81
                                              =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1743550
One Town Center Road                      Invoice Date    08/28/08
Boca Raton, FL    33486                   Client Number     172573
                                          Matter Number      60033

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 06/20/08 | PACER | 2.16 |
| 06/27/08 | Courier Service - UPS - Shipped from Reed Smith LLP - Pittsburgh to Jean Riffe, JAMS (PHILADELPHIA PA 19103). | 7.39 |
| 06/27/08 | PACER | 2.64 |
| 06/30/08 | PACER | 42.48 |
| 07/01/08 | Duplicating/Printing/Scanning ATTY # 0349; 2 COPIES | .20 |
| 07/01/08 | Duplicating/Printing/Scanning ATTY # 4810; 6 COPIES | .60 |
| 07/01/08 | Duplicating/Printing/Scanning ATTY # 000349: 2 COPIES | .20 |
| 07/02/08 | Duplicating/Printing/Scanning ATTY # 000349: 7 COPIES | .70 |
| 07/03/08 | Duplicating/Printing/Scanning ATTY # 4810; 119 COPIES | 11.90 |
| 07/08/08 | Duplicating/Printing/Scanning ATTY # 000349: 8 COPIES | .80 |
| 07/11/08 | Duplicating/Printing/Scanning ATTY # 4810; 9 COPIES | .90 |
| 07/13/08 | Duplicating/Printing/Scanning ATTY # 0559; 9 COPIES | .90 |

172573  W. R. Grace & Co.                        Invoice Number  1743550
60033  Claim Analysis Objection Resolution       Page    2
       & Estimation (Asbestos)
August 28, 2008


07/15/08    Duplicating/Printing/Scanning              1.10
            ATTY # 4810; 11 COPIES

07/15/08    Duplicating/Printing/Scanning              1.30
            ATTY # 0559; 13 COPIES

07/15/08    Duplicating/Printing/Scanning              1.30
            ATTY # 000349: 13 COPIES

07/17/08    Meal Expense - - VENDOR: DOUGLAS E. CAMERON      59.57
            TRAVEL TO PHL FOR MEDIATION OF TRADITIONAL
            PROPERTY DAMAGE CLAIMS 6/30-7/2/08 - - ONE
            BREAKFAST, ONE LUNCH, ONE DINNER.

07/17/08    Lodging - - VENDOR: DOUGLAS E. CAMERON TRAVEL    296.40
            TO PHL FOR MEDIATION OF TRADITIONAL PROPERTY
            DAMAGE CLAIMS 6/30-7/2/08 - - ONE NIGHT STAY AT
            PHL WESTIN ($260 plus tax).

07/17/08    Air Travel Expense - - VENDOR: DOUGLAS E.        190.48
            CAMERON TRAVEL TO PHL FOR MEDIATION OF
            TRADITIONAL PROPERTY DAMAGE CLAIMS 6/30-7/2/08
            - - ROUND TRIP COACH CLASS TICKET FOR PHL.

07/17/08    Taxi Expense - - VENDOR: DOUGLAS E. CAMERON      35.00
            TRAVEL TO PHL FOR MEDIATION OF TRADITIONAL
            PROPERTY DAMAGE CLAIMS 6/30-7/2/08 - -TAXI
            TRAVEL TO/FROM PHL AIRPORT.

07/17/08    Mileage Expense - - VENDOR: DOUGLAS E. CAMERON   14.04
            TRAVEL TO PHL FOR MEDIATION OF TRADITIONAL
            PROPERTY DAMAGE CLAIMS 6/30-7/2/08 - -TRAVEL TO
            PIT AIRPORT.

07/17/08    Parking/Tolls/Other Transportation - - VENDOR:   30.00
            DOUGLAS E. CAMERON TRAVEL TO PHL FOR MEDIATION
            OF TRADITIONAL PROPERTY DAMAGE CLAIMS
            6/30-7/2/08 - - PARKING AT PIT AIRPORT.

07/17/08    General Expense - - VENDOR: DOUGLAS E. CAMERON   24.00
            TRAVEL TO PHL FOR MEDIATION OF TRADITIONAL
            PROPERTY DAMAGE CLAIMS 6/30-7/2/08 TRAVEL AGENT
            FEES

07/17/08    Duplicating/Printing/Scanning                     .30
            ATTY # 4810; 3 COPIES

07/18/08    Telephone Expense                                 .10
            617-426-5900/BOSTON, MA/2

```
172573 W. R. Grace & Co.                        Invoice Number  1743550
60033  Claim Analysis Objection Resolution      Page    3
       & Estimation (Asbestos)
August 28, 2008
```

| Date | Description | Amount |
|------|-------------|-------:|
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 34 COPIES | 3.40 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 53 COPIES | 5.30 |
| 07/24/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/22 | 1.10 |
| 07/25/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 07/28/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .50 |
| 07/29/08 | Telephone Expense<br>803-943-4444/HAMPTON, SC/3 | .15 |
| 07/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 07/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 07/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 7 COPIES | .70 |
| 07/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 07/30/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 7 COPIES | .70 |
| 07/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 07/31/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/24 | 1.20 |
| 07/31/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 12 COPIES | 1.20 |
| 07/31/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 12 COPIES | 1.20 |

172573 W. R. Grace & Co.                        Invoice Number  1743550
60033  Claim Analysis Objection Resolution      Page    4
       & Estimation (Asbestos)
August 28, 2008


    07/31/08   Duplicating/Printing/Scanning                    1.90
               ATTY # 000349: 19 COPIES

                              CURRENT EXPENSES                 743.81
                                                         ------------
                              TOTAL BALANCE DUE UPON RECEIPT   $743.81
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1743551
One Town Center Road                      Invoice Date        08/28/08
Boca Raton, FL    33486                   Client Number        172573

=============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                                 0.00
        Expenses                         2,528.22

                    TOTAL BALANCE DUE UPON RECEIPT        $2,528.22
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      1743551
One Town Center Road                     Invoice Date      08/28/08
Boca Raton, FL   33486                   Client Number       172573
                                         Matter Number        60035


===============================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Duplicating/Printing/Scanning          1,449.20
        Courier Service - Outside                 45.94
        Secretarial Overtime                     175.00
        Parking/Tolls/Other Transportation        20.00
        Air Travel Expense                       741.00
        Taxi Expense                              36.00
        Mileage Expense                           28.08
        Meal Expense                               9.00
        General Expense                           24.00

                    CURRENT EXPENSES                      2,528.22
                                                        --------------

                    TOTAL BALANCE DUE UPON RECEIPT       $2,528.22
                                                        ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1743551 |
| Invoice Date | 08/28/08 |
| Client Number | 172573 |
| Matter Number | 60035 |

==========================================================================

Re: (60035)  Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 1 COPY | .10 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 46 COPIES | 4.60 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 46 COPIES | 4.60 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 47 COPIES | 4.70 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 52 COPIES | 5.20 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 196 COPIES | 19.60 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 2 COPIES | .20 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 1 COPY | .10 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 07/01/08 | Secretarial Overtime: Track dictation; print<br>current outlines | 17.50 |

172573  W. R. Grace & Co.                          Invoice Number  1743551
60035  Grand Jury Investigation                    Page    2
August 28, 2008

| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 55 COPIES | 5.50 |
|---|---|---|
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 55 COPIES | 5.50 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 64 COPIES | 6.40 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 1 COPY | .10 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 64 COPIES | 6.40 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 71 COPIES | 7.10 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 77 COPIES | 7.70 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 76 COPIES | 7.60 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 64 COPIES | 6.40 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 76 COPIES | 7.60 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 1 COPY | .10 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 07/02/08 | Secretarial Overtime: Edits; track dictation;<br>print current outlines | 105.00 |
| 07/03/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 8 COPIES | .80 |
| 07/03/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 134 COPIES | 13.40 |
| 07/03/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 129 COPIES | 12.90 |

172573  W. R. Grace & Co.                          Invoice Number  1743551
60035  Grand Jury Investigation                    Page    3
August 28, 2008


| | | |
|---|---|---:|
| 07/03/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 65 COPIES | 6.50 |
| 07/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 75 COPIES | 7.50 |
| 07/03/08 | Secretarial Overtime: Track dictation; print<br>current outlines | 26.25 |
| 07/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 75 COPIES | 7.50 |
| 07/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 80 COPIES | 8.00 |
| 07/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 80 COPIES | 8.00 |
| 07/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 2 COPIES | .20 |
| 07/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 2 COPIES | .20 |
| 07/07/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 07/07/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 07/07/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 07/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 5 COPIES | .50 |
| 07/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 6 COPIES | .60 |
| 07/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 22 COPIES | 2.20 |
| 07/08/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 75 COPIES | 7.50 |
| 07/08/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 90 COPIES | 9.00 |
| 07/08/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 90 COPIES | 9.00 |

172573  W. R. Grace & Co.                          Invoice Number  1743551
60035  Grand Jury Investigation                    Page    4
August 28, 2008

| 07/08/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 2 COPIES | .20 |
| 07/08/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 1 COPY | .10 |
| 07/08/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 07/08/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 1 COPIES | .10 |
| 07/08/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 6 COPIES | .60 |
| 07/08/08 | Courier Service - UPS - Shipped to TONY<br>KLAPPER REED SMITH LLP (WASHINGTON DC 20005). | 28.63 |
| 07/09/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 81 COPIES | 8.10 |
| 07/09/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 80 COPIES | 8.00 |
| 07/09/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 104 COPIES | 10.40 |
| 07/09/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 108 COPIES | 10.80 |
| 07/09/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 3 COPIES | .30 |
| 07/09/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 3 COPIES | .30 |
| 07/09/08 | Secretarial Overtime: Edits to outlines from<br>previous evening | 26.25 |
| 07/10/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 136 COPIES | 13.60 |
| 07/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 113 COPIES | 11.30 |
| 07/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 4 COPIES | .40 |
| 07/11/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 1004 COPIES | 100.40 |

172573 W. R. Grace & Co.                          Invoice Number  1743551
60035 Grand Jury Investigation                    Page    5
August 28, 2008

| Date | Description | Amount |
|------|-------------|--------|
| 07/11/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 523 COPIES | 52.30 |
| 07/11/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 1152 COPIES | 115.20 |
| 07/11/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 14 COPIES | 1.40 |
| 07/11/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 88 COPIES | 8.80 |
| 07/11/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 87 COPIES | 8.70 |
| 07/14/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 151 COPIES | 15.10 |
| 07/14/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 221 COPIES | 22.10 |
| 07/14/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 200 COPIES | 20.00 |
| 07/14/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 89 COPIES | 8.90 |
| 07/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 876 COPIES | 87.60 |
| 07/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 3 COPIES | .30 |
| 07/14/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 3 COPIES | .30 |
| 07/15/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 101 COPIES | 10.10 |
| 07/15/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 104 COPIES | 10.40 |
| 07/15/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 92 COPIES | 9.20 |
| 07/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 157 COPIES | 15.70 |
| 07/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 157 COPIES | 15.70 |

172573  W. R. Grace & Co.                          Invoice Number  1743551
60035  Grand Jury Investigation                    Page     6
August 28, 2008


| 07/15/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 3 COPIES | .30 |
| 07/15/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 07/15/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 1 COPY | .10 |
| 07/15/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 07/15/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 1 COPY | .10 |
| 07/16/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 94 COPIES | 9.40 |
| 07/16/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 3 COPIES | .30 |
| 07/17/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 144 COPIES | 14.40 |
| 07/17/08 | Duplicating/Printing/Scanning<br>ATTY # 5254; 207 COPIES | 20.70 |
| 07/17/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 93 COPIES | 9.30 |
| 07/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 160 COPIES | 16.00 |
| 07/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 1 COPY | .10 |
| 07/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 2 COPIES | .20 |
| 07/17/08 | Courier Service - UPS - Shipped  to TONY<br>KLAPPER REED SMITH LLP (WASHINGTON DC 20005). | 10.73 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 5254; 1 COPY | .10 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 5254; 1 COPY | .10 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 5254; 2 COPIES | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1743551
60035  Grand Jury Investigation                   Page    7
August 28, 2008

| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 102 COPIES | 10.20 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 171 COPIES | 17.10 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 1 COPY | .10 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 4 COPIES | .40 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 3 COPIES | .30 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 1 COPY | .10 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 3 COPIES | .30 |
| 07/21/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 109 COPIES | 10.90 |
| 07/21/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 113 COPIES | 11.30 |
| 07/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 181 COPIES | 18.10 |
| 07/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 3 COPIES | .30 |
| 07/21/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 6 COPIES | .60 |
| 07/21/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 4 COPIES | .40 |
| 07/22/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 93 COPIES | 9.30 |
| 07/22/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 270 COPIES | 27.00 |
| 07/22/08 | Duplicating/Printing/Scanning<br>ATTY # 1700; 54 COPIES | 5.40 |

172573 W. R. Grace & Co.                    Invoice Number  1743551
60035  Grand Jury Investigation             Page    8
August 28, 2008

| 07/22/08 | Duplicating/Printing/Scanning<br>ATTY # 0887; 170 COPIES | 17.00 |
|---|---|---|
| 07/22/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 118 COPIES | 11.80 |
| 07/22/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 4 COPIES | .40 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 123 COPIES | 12.30 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 124 COPIES | 12.40 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 125 COPIES | 12.50 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 212 COPIES | 21.20 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 6 COPIES | .60 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 6 COPIES | .60 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 5 COPIES | .50 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 4 COPIES | .40 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 4 COPIES | .40 |
| 07/24/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 07/24/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 07/24/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 136 COPIES | 13.60 |
| 07/24/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 4 COPIES | .40 |
| 07/24/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 103 COPIES | 10.30 |

172573 W. R. Grace & Co.
60035 Grand Jury Investigation
August 28, 2008

Invoice Number  1743551
Page    9

| | | |
|---|---|---|
| 07/24/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 8 COPIES | .80 |
| 07/24/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 362 COPIES | 36.20 |
| 07/24/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 421 COPIES | 42.10 |
| 07/24/08 | Duplicating/Printing/Scanning<br>ATTY # 4995; 135 COPIES | 13.50 |
| 07/24/08 | Courier Service - UPS - Shipped from Reed<br>Smith LLP - Washington to Carol Ward Environ<br>International Corp. (ARLINGTON VA 22203). | 6.58 |
| 07/25/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 141 COPIES | 14.10 |
| 07/25/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 244 COPIES | 24.40 |
| 07/25/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 4 COPIES | .40 |
| 07/25/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 4 COPIES | .40 |
| 07/28/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 143 COPIES | 14.30 |
| 07/28/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 149 COPIES | 14.90 |
| 07/28/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 149 COPIES | 14.90 |
| 07/28/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 834 COPIES | 83.40 |
| 07/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 271 COPIES | 27.10 |
| 07/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 4 COPIES | .40 |
| 07/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 4 COPIES | .40 |
| 07/28/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 4 COPIES | .40 |

172573 W. R. Grace & Co.                          Invoice Number  1743551
60035  Grand Jury Investigation                   Page  10
August 28, 2008


07/28/08    Duplicating/Printing/Scanning                      .80
            ATTY # 004995: 8 COPIES

07/28/08    Duplicating/Printing/Scanning                    19.80
            ATTY # 004995: 198 COPIES

07/30/08    Meal Expense - - VENDOR: DOUGLAS E. CAMERON        9.00
            TRAVEL TO WASHINGTON DC FOR MEETING WITH
            EXPERTS 7/23/08 - - One breakfast.

07/30/08    Air Travel Expense - - VENDOR: DOUGLAS E.        741.00
            CAMERON TRAVEL TO WASHINGTON DC FOR MEETING
            WITH EXPERTS 7/23/08 - - one coach-class
            round-trip ticket.

07/30/08    Taxi Expense - - VENDOR: DOUGLAS E. CAMERON       36.00
            TRAVEL TO WASHINGTON DC FOR MEETING WITH
            EXPERTS 7/23/08 - - Taxi travel to/from airport
            in Washington, D.C.

07/30/08    Mileage Expense - - VENDOR: DOUGLAS E. CAMERON    28.08
            TRAVEL TO WASHINGTON DC FOR MEETING WITH
            EXPERTS 7/23/08 - - Travel to/from PIT airport.

07/30/08    Parking/Tolls/Other Transportation - - VENDOR:    20.00
            DOUGLAS E. CAMERON TRAVEL TO WASHINGTON DC FOR
            MEETING WITH EXPERTS 7/23/08 - - Parking at PIT
            airport

07/30/08    General Expense - - VENDOR: DOUGLAS E. CAMERON    24.00
            TRAVEL TO WASHINGTON DC FOR MEETING WITH
            EXPERTS 7/23/08 TICKETING FEE

07/30/08    Duplicating/Printing/Scanning                    16.40
            ATTY # 004995: 164 COPIES

07/30/08    Duplicating/Printing/Scanning                    16.30
            ATTY # 004995: 163 COPIES

07/30/08    Duplicating/Printing/Scanning                    22.10
            ATTY # 004995: 221 COPIES

07/30/08    Duplicating/Printing/Scanning                    22.10
            ATTY # 004995: 221 COPIES

07/30/08    Duplicating/Printing/Scanning                     1.80
            ATTY # 000887: 18 COPIES

07/30/08    Duplicating/Printing/Scanning                     1.80
            ATTY # 000887: 18 COPIES

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
August 28, 2008

Invoice Number  1743551
Page  11

| 07/30/08 | Duplicating/Printing/Scanning | .60 |
| | ATTY # 000887: 6 COPIES | |

CURRENT EXPENSES      2,528.22
------------
TOTAL BALANCE DUE UPON RECEIPT    $2,528.22
============