# Buchanan Ingersoll ⚭ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    AUGUST 18, 2008
                                              MATTER :  0066609-000002
                                              INVOICE : 10136562

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08    6548

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/21/08 | TC | Reviewed Order Authorizing the Debtors to Enter into the R&E Settlement | .20 |
| 07/22/08 | TC | Reviewed Motion to Approve Compromise under Rule 9019 Resolving Claims Against WEJA, Inc., et al. Filed by W.R. Grace & Co., et al. and all attached documents | .50 |
| 07/31/08 | TC | Reviewed Debtors' Twenty-Eighth Quarterly Report Of Settlements From April 1, 2008 Through June 30, 2008 In Accordance With That Certain Amended Order Authorizing And Approving An Omnibus Procedure For Settling Certain Claims And Causes Of Action Brought By Or Against The Debtors In A Judicial, Administrative, Arbitral Or Other Action Or Proceeding | .40 |
| 07/31/08 | TC | Reviewed Debtors' Twenty-Eighth Quarterly Report Of Asset Sales From April 1, 2008 Through June 30, 2008 In Accordance With That Certain Order Establishing Procedures For The Sale Or Abandonment Of De Minimis Assets | .50 |

## T I M E   S U M M A R Y

|            | RATE   | HOURS | TOTALS |
|------------|--------|-------|--------|
| T. Currier | 515.00 | 1.60  | 824.00 |
| TOTALS     |        | 1.60  | 824.00 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

**Buchanan Ingersoll ⚖ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    AUGUST 18, 2008
MATTER :  0066609-000002
INVOICE : 10136562

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08   6548

RE:  ASSET DISPOSITION


TOTAL FEES :                                  824.00

TOTAL DUE  :                                  824.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   AUGUST 18, 2008
                                              MATTER :  0066609-000003
                                              INVOICE : 10136563

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08   6548

    RE:  BUSINESS OPERATIONS


  DATE   ATTY    DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----   ----    -------------------------------                     -----

07/14/08 TC     Reviewed Debtors Statement Of Amounts Paid To          .20
                Ordinary Course Professionals From April 1,
                2008 through June 30, 2008 Filed by W.R. Grace
                & Co., et al..

07/21/08 TC     Reviewed Order Authorizing Loans Against               .10
                Debtors' Company Owned Life Insurance Policies

07/25/08 TC     Reviewed monthly operating report, may 2008           .70

07/30/08 TC     Dreviewed ebtor-In-Possession Monthly Operating       .60
                Report for Filing Period June 1 - 30, 2008
                Filed by W.R. Grace & Co., et al


                    T I M E   S U M M A R Y
                    -----------------------

                           RATE      HOURS          TOTALS
                           ----      -----          ------

    T. Currier            515.00     1.60           824.00
                 TOTALS              1.60           824.00


                    TOTAL FEES :                      824.00


                    TOTAL DUE  :                      824.00
```

**Buchanan Ingersoll ⚭ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   AUGUST 18, 2008
                                            MATTER : 0066609-000004
                                            INVOICE : 10136564


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08   6548

    RE:  CASE ADMINISTRATION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/01/08 | TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .80 |
| 07/01/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 07/01/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 07/02/08 | TC | Reviewed all ecf filings and forwarded to all team counsel and paralegals | .60 |
| 07/02/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 07/03/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 07/07/08 | TC | Reviewed all ecf filings and distributed to all team counsel and paralegals | .60 |
| 07/07/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 07/08/08 | TC | Reviewed all ecf filings and forwarded same to all team counsel and paralegals | .60 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :   AUGUST 18, 2008
                                           MATTER : 0066609-000004
                                           INVOICE : 10136564


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08   6548

    RE:   CASE ADMINISTRATION
```

| Date | Init | Description | Hours |
|------|------|-------------|-------|
| 07/08/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 07/08/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 07/09/08 | TC | Reviewed all ecf filings and distributed to all team counsel and paralegals | .60 |
| 07/09/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 07/10/08 | TC | Reviewed all incoming ecf filings; distributed same to counsel and paralegals for our team | .50 |
| 07/10/08 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 07/11/08 | TC | Reviewed all ecf filings and distributed them to team counsel and paralegals | .60 |
| 07/11/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 07/14/08 | TC | Reviewed all ecf filings and forwarded same to all team counsel and paralegals | .50 |

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   AUGUST 18, 2008
                                            MATTER : 0066609-000004
                                            INVOICE : 10136564


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08    6548

      RE:   CASE ADMINISTRATION
```

| Date | | Description | Hours |
|------|------|-------------|------|
| 07/14/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 07/15/08 | TC | Reviewed all incoming ecf filings and distributed all to team counsel and paralegals | .60 |
| 07/15/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 07/16/08 | TC | Reviewed all ecf filings and forwarded same to counsel and paralegals for our team | .60 |
| 07/16/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 07/17/08 | TC | Reviewed all ecf filings and distributed same to team counsel and paralegals | .50 |
| 07/17/08 | TC | Reviewed/revised/approved pro hac for keith martorana | .20 |
| 07/17/08 | MNF | Draft Pro Hace vice of Keith R. Martorana; Coordinate payment of same; e-file and serve Pro Hac Vice of K. Martorana | 1.50 |
| 07/17/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 07/18/08 | TC | Reviewed all ecf filings and distributed them to all team counsel and paralegals | .60 |

# Buchanan Ingersoll ⋀ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   AUGUST 18, 2008
                                              MATTER : 0066609-000004
                                              INVOICE : 10136564
```

```
     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08   6548

     RE:   CASE ADMINISTRATION
```

| Date | | Description | Hours |
|---|---|---|---|
| 07/21/08 | TC | Reviewed all ecf filings and forwarded same to counsel and paralegals for our team | .50 |
| 07/21/08 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 07/22/08 | TC | Reviewed all incoming ecf filings and distributed to all team counsel and paralegals | .50 |
| 07/22/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 07/23/08 | TC | Reviewed all ecf filings daily for team counsel and paralegals | .50 |
| 07/23/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 07/24/08 | TC | Reviewed all ecf filings and distributed same to team counsel and paralegals | .80 |
| 07/24/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 07/25/08 | TC | Reviewed all ecf filings and distributed same to team counsel and paralegals | .60 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⅍ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    AUGUST 18, 2008
MATTER :  0066609-000004
INVOICE : 10136564

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08    6548

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---:|
| 07/25/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 07/28/08 | TC | Reviewed all ecf filings, distributed same to team counsel and paralegals | .60 |
| 07/28/08 | TC | Reviewed updated docket | .40 |
| 07/28/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 07/28/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 07/29/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 07/30/08 | TC | Reviewed all ecf filings in past two days; distributed all to counsel and paralegals | .80 |
| 07/30/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 07/31/08 | TC | Reviewed all overnight ecf filings and distributed to team counsel and paralegals | .40 |
| 07/31/08 | TC | Reviewed updated docket | .40 |
| 07/31/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll ⚖ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    AUGUST 18, 2008
MATTER :  0066609-000004
INVOICE : 10136564

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08   6548

RE:  CASE ADMINISTRATION

```
              T I M E   S U M M A R Y
              -----------------------

                      RATE     HOURS           TOTALS
                      ----     -----           ------

T. Currier           515.00   12.80           6592.00
M. Flores            175.00   13.50           2362.50
             TOTALS           26.30           8954.50


             TOTAL FEES :                        8,954.50


             TOTAL DUE  :                        8,954.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚹ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :   AUGUST 18, 2008
                                           MATTER :  0066609-000005
                                           INVOICE : 10136565


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08   6548

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                 HOURS
  ----  ----   -------------------------------                  -----

07/02/08 TC    Reviewed draft equity committee joinder           .50

07/11/08 TC    Reviewed Response to and Joinder in Motion of     .20
               Debtors for Entry of an Order Approving
               Stipulation Resolving Claims of Montana
               Department of Environmental Quality

07/21/08 TC    Reviewed Order Authorizing Stipulation            .10
               Resolving Claims of Montana Department of
               Environmental Quality

07/24/08 TC    Reviewed brief of appellees in district court     .70
               action of campbell v. wrgrace
```

```
                  T I M E   S U M M A R Y
                  -----------------------

                       RATE    HOURS           TOTALS
                       ----    -----           ------

   T. Currier         515.00    1.50           772.50
              TOTALS            1.50           772.50


              TOTAL FEES :                            772.50


              TOTAL DUE  :                            772.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :   AUGUST 18, 2008
                                            MATTER : 0066609-000006
                                            INVOICE : 10136566

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08   6548

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/03/08 | MNF | E-file and serve Joinder to Debtors Objection to the unsecured Claims;emails to and from TKDC re: Joinder | 2.00 |
| 07/11/08 | TC | Reviewed Response of the Official Committee of Unsecured Creditors to Debtors' Objection to to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 Filed by Official Committee of Unsecured Creditors and all attachments and exhibits thereto | 1.30 |
| 07/11/08 | TC | Reviewed Response of the Bank Lender Group in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 (related document(s)[18922 ) Filed by Bank Debt Holders [(i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Bass Companies; (iv) Caspian Capital Advisors, LLC; (v) Catalyst Investment Management Co., LLC; (vi) Citigroup Special and all attachments and exhibits thereto. | 1.70 |
| 07/14/08 | TC | Reviewed Response of the Bank Lender Group in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 (related document(s)[18922 ) Filed by Bank Debt Holders [(i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Bass Companies; (iv) Caspian Capital Advisors, LLC; (v) Catalyst Investment Management Co., LLC; (vi) Citigroup Special | 1.20 |

# Buchanan Ingersoll &ᴿ Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   AUGUST 18, 2008
                                              MATTER : 0066609-000006
                                              INVOICE : 10136566

      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08   6548

      RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


07/14/08 TC   Reviewed Joinder in the Response of the Bank        .10
              Lender Group in Opposition to the Debtors'
              Objection to Claims Asserted Under the Debtors'
              Credit Agreements Dated May 14, 1998 and May 5,
              1999 Filed by Administrative Agent (a) JPMorgan
              Chase Bank as Administrative Agent for the
              Credit Agreement dated as of May 14, 1998; and
              (b) JPMorgan Chase Bank as Administrative Agent
```

```
                     T I M E   S U M M A R Y
                     -----------------------

                          RATE     HOURS          TOTALS
                          ----     -----          ------

   T. Currier            515.00    4.30           2214.50
   M. Flores             175.00    2.00            350.00
              TOTALS               6.30           2564.50


              TOTAL FEES :                             2,564.50


              TOTAL DUE  :                             2,564.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 18, 2008
MATTER : 0066609-000008
INVOICE : 10136567

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08   6548

RE:  EMPLOYEE BENEFITS / PENSION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/21/08 | TC | Reviewed Motion of the Debtors for Entry of an Order Authorizing the Implementation of the 2008-2010 Long-Term Incentive Plan for Key Employees Filed by W.R. Grace & Co., et al | .60 |

## T I M E   S U M M A R Y

|            | RATE   | HOURS | TOTALS |
|------------|--------|-------|--------|
| T. Currier | 515.00 | .60   | 309.00 |
| TOTALS     |        | .60   | 309.00 |

TOTAL FEES :                    309.00

TOTAL DUE  :                    309.00

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚘ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 18, 2008
MATTER : 0066609-000011
INVOICE : 10136568

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08    6548

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/21/08 | MNF | Draft/work on 80th monthly fee app of BIR for June 2008 | 1.50 |
| 07/21/08 | MNF | Review/make edits to June pre-bills; Finalize bills and send same to accting | .60 |
| 07/22/08 | TC | Reviewed cno for buchanan; reviewed underlying fee application to compare to cno; reviewed updated docket to certify cno | .40 |
| 07/22/08 | MNF | Review docket re: objections to 79th monthly fee app of BIR (.1); Draft CNO re: same (.4) | .50 |
| 07/23/08 | TC | Reviewed final report on buchanan copying charges | .20 |
| 07/23/08 | MNF | E-file and serve CNO re: 79th monthly fee app of BIR | .80 |
| 07/30/08 | TC | Reviewed fee application; approved same; conf with paralegal re charges for inhouse duplicating | .70 |
| 07/30/08 | MNF | E-file and serve 80th monthly fee app of BIR (.8); Convert and send same to fee auditor(.2) | 1.00 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    :   AUGUST 18, 2008
MATTER  :   0066609-000011
INVOICE :   10136568

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08    6548

RE:   FEE APPLICATIONS, APPLICANT

## T I M E   S U M M A R Y

|              | RATE   | HOURS | TOTALS  |
|--------------|--------|-------|---------|
| T. Currier   | 515.00 | 1.30  | 669.50  |
| M. Flores    | 175.00 | 4.40  | 770.00  |
| TOTALS       |        | 5.70  | 1439.50 |

TOTAL FEES :                        1,439.50

TOTAL DUE  :                        1,439.50

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚹ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   AUGUST 18, 2008
                                            MATTER : 0066609-000012
                                            INVOICE : 10136569


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08   6548

     RE:   FEE APPLICATIONS, OTHERS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/01/08 | MNF | E-file and serve 81st monthly fee app of Kramer Levin (.8); scan and send same to fee auditor(.2) | 1.00 |
| 07/16/08 | TC | Reviewed letter us trustee sent to judge fitzgerald on hotel rates, at her request | .40 |
| 07/18/08 | TC | Reviewed new proposed meal caps from us trustee's office | .40 |
| 07/22/08 | TC | Reviewed kramer levin cno; reviewed underlying kramer levin fee app; reviewed updated docket re kramer levin certification; reviewed emails to keith martorana re same | .40 |
| 07/22/08 | MNF | Review docket re: objections to 81st monthly fee app of Kramer Levin(.1); Draft CNO re: same(.4) | .50 |
| 07/23/08 | MNF | E-file and serve CNO re: 81st monthly fee app of Kramer Levin | .80 |
| 07/28/08 | TC | Reviewed lexecon quarterly fee applications; reviewed and approved notices for same | .40 |
| 07/28/08 | MNF | E-file and serve Monthly fee expense invoice of Lexecon for Jan-April 2008(1.5); E-file and serve Quarterly fee app of Lexecon for Jan-March 2008(.5); E-file and serve Quarterly fee app of Lexecon for April-June 2008(.5) | 2.50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   AUGUST 18, 2008
                                            MATTER : 0066609-000012
                                            INVOICE : 10136569


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08   6548

    RE:  FEE APPLICATIONS, OTHERS




                      T I M E   S U M M A R Y
                      -----------------------

                         RATE     HOURS        TOTALS
                         ----     -----        ------

T. Currier              515.00    1.60         824.00
M. Flores               175.00    4.80         840.00
                TOTALS            6.40        1664.00


                TOTAL FEES :                        1,664.00


                TOTAL DUE  :                        1,664.00
```

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚭ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :  AUGUST 18, 2008
                                              MATTER :  0066609-000014
                                              INVOICE : 10136570

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08   6548

     RE:  HEARINGS


  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                  HOURS
  ----  ----   -------------------------------                   -----

07/15/08 TC    Reviewed Notice of Agenda of Matters Scheduled      .40
               for Hearing Before the Honorable Judith K.
               Fitzgerald Filed by W.R. Grace & Co., et al;
               communication to kramer levin about this
               hearing

07/21/08 TC    Reviewed Amended Notice of Agenda of Matters        .30
               Scheduled for Hearing Before the Honorable
               Judith K. Fitzgerald


                 T I M E   S U M M A R Y
                 -----------------------

                      RATE    HOURS         TOTALS
                      ----    -----         ------

   T. Currier        515.00    .70          360.50
              TOTALS          .70          360.50


              TOTAL FEES :                         360.50


              TOTAL DUE  :                         360.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    AUGUST 18, 2008
MATTER :  0066609-000015
INVOICE : 10136571

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 07/02/08 | TC | Conferences with kramer levin about joinder to be filed and issues relating thereto | .50 |
| 07/03/08 | TC | Reviewed joinder, gave comments to joinder, communications with kramer levin about local rules related to joinder | .70 |
| 07/03/08 | TC | Worked on issues with joinder and eventual filing of joinder, conference with counsel and paralegals re same | 2.80 |
| 07/08/08 | TC | Reviewed Response to Canadian ZAI Claimants Motion for An Order to Establish a Protocol for Cross-Border Communication Between the United States Bankruptcy Court and the CCAA Court Filed by Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada | .40 |
| 07/10/08 | TC | Reviewed request for oral argument by andersen memorial (0.1), and motion for leave to file a reply (0.2), and attached reply (0.4) | .70 |
| 07/18/08 | TC | Reviewed Motion for Leave to File the Expert Report of Dr. William E. Longo Filed by State of California | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
**Attorneys &amp; Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : AUGUST 18, 2008
MATTER : 0066609-000015
INVOICE : 10136571

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08   6548

RE:  LITIGATION AND LITIGATION CONSULTING

## T I M E   S U M M A R Y

|              | RATE   | HOURS | TOTALS  |
|--------------|--------|-------|---------|
| T. Currier   | 515.00 | 5.50  | 2832.50 |
| TOTALS       |        | 5.50  | 2832.50 |

TOTAL FEES :                    2,832.50

TOTAL DUE  :                    2,832.50

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   AUGUST 18, 2008
                                              MATTER :  0066609-001000
                                              INVOICE : 10136572


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 07/31/08   6548

     RE:   EXPENSES




          DESCRIPTION OF EXPENSE ADVANCES            AMOUNT
          -------------------------------            ------

07/01/08 Photocopies M. Flores                         6.60
07/17/08 Clerk, U.S. District Court - Pro Hac Vice of 25.00
         Keith Martorona
07/21/08 Courier Services, Copy Services, Document   115.00
            Retrieval - PARCELS Invoice 111336 (7/05/08)
07/21/08 Courier Services, Copy Services, Document   686.63
            Retrieval - PARCELS Invoice 111468 (7/05/08)
07/23/08 Photocopies M. Flores                         0.20
07/28/08 Photocopies M. Flores                        10.30
07/30/08 Photocopies M. Flores                         1.00
07/31/08 Photocopies M. Flores                         0.20
07/31/08 Photocopies M. Flores                         5.70
07/31/08 Photocopies M. Flores                         0.60

                         TOTAL EXPENSE ADVANCES :           851.23

                         TOTAL DUE  :                       851.23
```

California :: Delaware :: Florida :: New Jersey :: New York :: Ohio :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA