# **Exhibit A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

August 25, 2008

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 498488
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

**056772-00007/REORGANIZATION PLAN**

| | |
|---|---|
| FEES.................................................................................................. | $20,193.00 |
| DISBURSEMENTS ........................................................................... | 1,310.34 |
| MATTER TOTAL................................................................................ | $21,503.34 |

**056772-00008/FEE APPLICATIONS, APPLICANT**

| | |
|---|---|
| FEES.................................................................................................. | $1,957.00 |
| DISBURSEMENTS ........................................................................... | 14.92 |
| MATTER TOTAL................................................................................ | $1,971.92 |

**056772-00010/CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)**

| | |
|---|---|
| FEES.................................................................................................. | $14,494.50 |
| DISBURSEMENTS ........................................................................... | 134.96 |
| MATTER TOTAL................................................................................ | $14,629.46 |

**056772-00019/HEARINGS**

| | |
|---|---|
| FEES.................................................................................................. | $8,682.50 |
| DISBURSEMENTS ........................................................................... | 597.52 |
| MATTER TOTAL................................................................................ | $9,280.02 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 498488 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2228126.3

**056772-00028/TRAVEL\NON-WORKING**

| | |
|---|---|
| FEES.................................................................................................... | $1,076.75 |
| DISBURSEMENTS ............................................................................. | 576.50 |
| MATTER TOTAL................................................................................ | $1,653.25 |
| CLIENT GRAND TOTAL.................................................................. | $49,037.99 |

KL4 2228126.3

Kramer Levin Naftalis & Frankel LLP                                                  Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE                                        August 25, 2008
056772-00007                                                                Invoice No. 498488

## REORGANIZATION PLAN

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 06/29/08 | KOLEVZON, PETER S. | Read poison pill & analyze. | 2.00 | 1,590.00 |
| 06/30/08 | KOLEVZON, PETER S. | Read/analyze poison pill and provide comments. | 1.30 | 1,033.50 |
| 07/06/08 | BENTLEY, PHILIP | Review and edit memo re ZAI issues. | 2.10 | 1,522.50 |
| 07/06/08 | BENTLEY, PHILIP | Trade emails re plan issues (.2). | 0.20 | 145.00 |
| 07/08/08 | BENTLEY, PHILIP | Trade emails re plan and related issues. | 0.30 | 217.50 |
| 07/08/08 | MARTORANA, KEITH R | Review and summarize Debtors' proposed LTIP. | 0.60 | 219.00 |
| 07/10/08 | MARTORANA, KEITH R | Prepare for tomorrow's Plan Proponent Meeting. | 1.50 | 547.50 |
| 07/11/08 | MARTORANA, KEITH R | Attend Plan Proponent conference call. | 2.10 | 766.50 |
| 07/12/08 | BENTLEY, PHILIP | Trade emails re plan issues. | 0.20 | 145.00 |
| 07/14/08 | BENTLEY, PHILIP | Discs TW and KM, and trade emails, re plan issues. | 0.40 | 290.00 |
| 07/14/08 | MARTORANA, KEITH R | Summarize key issues discussed at Friday's Plan Proponent Meeting (.9) e-mail to T. Weschler (.1) and conversations w/ T. Weschler and P. Bentley re: same (.4). | 1.40 | 511.00 |
| 07/15/08 | BENTLEY, PHILIP | Trade emails re: plan issues. | 0.10 | 72.50 |
| 07/15/08 | MANNAL, DOUGLAS | Attn. to LTIP and summary of same. | 1.50 | 877.50 |
| 07/16/08 | BENTLEY, PHILIP | Trade emails re plan issues. | 0.20 | 145.00 |
| 07/18/08 | BENTLEY, PHILIP | TC D. Bernick, and trade emails, re plan issues | 0.30 | 217.50 |
| 07/19/08 | BENTLEY, PHILIP | Trade emails re motion to acquire technology Newco. | 0.20 | 145.00 |
| 07/19/08 | MARTORANA, KEITH R | Review and summarize draft version of Debtors' proposed motion to enter into a joint venture with a technology company. | 1.80 | 657.00 |
| 07/20/08 | BENTLEY, PHILIP | Trade emails re: plan issues. | 0.10 | 72.50 |
| 07/22/08 | BENTLEY, PHILIP | Trade emails with DM re plan issues and PPI. | 0.30 | 217.50 |
| 07/29/08 | MANNAL, DOUGLAS | Office conference with P. Bentley re: meeting with plan proponents (.4); preparation for plan meeting (1.7). | 2.10 | 1,228.50 |
| 07/29/08 | BENTLEY, PHILIP | Discs Ted Freedman, TW and DM re plan issues. | 0.50 | 362.50 |

Kramer Levin Naftalis & Frankel LLP                                              Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                                August 25, 2008
056772-00007                                                                     Invoice No. 498488

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/30/08 | BENTLEY, PHILIP | Trade emails re: plan issues. | 0.10 | 72.50 |
| 07/30/08 | BENTLEY, PHILIP | Discs DM and voicemail, and trade emails, re today's plan meeting. | 0.40 | 290.00 |
| 07/30/08 | MANNAL, DOUGLAS | Attend plan proponent conference at Kirkland & Ellis (6.1); draft outline of notes re: memo to TW (1.8); leave detailed messages for PB and TW re: same (.3); review revised plan and draft corporate agreements (3.2). | 11.40 | 6,669.00 |
| 07/31/08 | BENTLEY, PHILIP | Trade emails re: plan issues. | 0.10 | 72.50 |
| 07/31/08 | MANNAL, DOUGLAS | Draft memo re: plan meeting and e-mail same to PB and KM. | 3.60 | 2,106.00 |

**TOTAL HOURS AND FEES**                                                   **34.80**   **$20,193.00**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| RESEARCH SERVICES | 13.00 |
| LONG-DISTANCE TEL. | 0.31 |
| LEXIS/NEXIS ON-LINE RESEARCH | 7.39 |
| MESSENGER/COURIER | 10.37 |
| CAB FARES | 651.56 |
| MEALS/IN-HOUSE | 104.03 |
| DOCUMENT RETRIEVAL FEES | 523.68 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**            **$1,310.34**

**TOTAL FOR THIS MATTER**                            **$21,503.34**

KL4 2228126.3

Kramer Levin Naftalis & Frankel LLP                                       Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                         August 25, 2008
056772-00008                                                              Invoice No. 498488

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/22/08 | MARTORANA, KEITH R | Review June 2008 bill and begin preparing fee application. | 1.80 | 657.00 |
| 07/29/08 | WIERMAN, LAUREN E | Organized and assembled 82nd monthly fee application. | 4.00 | 1,040.00 |
| 07/31/08 | WIERMAN, LAUREN E | Prepared and sent fee apps for 82nd monthly billing | 1.00 | 260.00 |
| **TOTAL HOURS AND FEES** | | | **6.80** | **$1,957.00** |

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 4.90 |
| MESSENGER/COURIER | 10.02 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$14.92** |

**TOTAL FOR THIS MATTER**                                                 **$1,971.92**

KL4 2228126.3

Kramer Levin Naftalis & Frankel LLP                                                Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                        August 25, 2008
056772-00010                                                                  Invoice No. 498488

## CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/01/08 | BENTLEY, PHILIP | Review and comment on our draft Response in support of Debtors' PPI objection (.4), and TC DM re same (.3). | 0.70 | 507.50 |
| 07/01/08 | MARTORANA, KEITH R | Revise Joinder per comments of D. Mannal. | 2.20 | 803.00 |
| 07/01/08 | MANNAL, DOUGLAS | Draft and revise EC Joinder to Debtors' post-petition claim objection (6.2); e-mail with TW re: same (.2); e-mail and telephone call with PB re: same (.3); e-mail with local counsel re: filing same (.2). | 6.90 | 4,036.50 |
| 07/02/08 | BENTLEY, PHILIP | Trade emails re our PPI Response. | 0.20 | 145.00 |
| 07/02/08 | MARTORANA, KEITH R | Revise Joinder per comments of P. Bentley (.9). E-mails with P. Bentley, D. Mannal and local counsel regarding local counsel's conflict in representation (.3). | 1.20 | 438.00 |
| 07/03/08 | BENTLEY, PHILIP | Prepare Response to Debtors' PPI objection. | 2.70 | 1,957.50 |
| 07/03/08 | MARTORANA, KEITH R | Attend to filing Joinder (.9); e-mails with P. Bentley and local counsel, coordinate filing (.5); review transcript of June 23rd Omnibus, summarize key portions (.4). | 1.80 | 657.00 |
| 07/06/08 | BENTLEY, PHILIP | Review transcript of recent bankruptcy court hearing re PPI dispute (.5). | 0.50 | 362.50 |
| 07/07/08 | BENTLEY, PHILIP | Discs J. Baer, J. Serino, and trade emails, re PPI dispute. | 0.90 | 652.50 |
| 07/12/08 | HOROWITZ, GREGORY A. | Review bank submissions on post-petition interest (.5). | 0.50 | 340.00 |
| 07/13/08 | BENTLEY, PHILIP | Trade emails re PPI briefs. | 0.70 | 507.50 |
| 07/13/08 | MARTORANA, KEITH R | Detailed review of UCC and Bank Lender's responses to the Debtors' PPI objection (1.3); draft detailed summary to T. Weschler re: same (3.6); respond by e-mail to questions of P. Bentley regarding same (.8). | 5.70 | 2,080.50 |
| 07/17/08 | BENTLEY, PHILIP | Review banks' letter and proposed stip, and leave voicemail for TW re same. | 0.40 | 290.00 |
| 07/22/08 | MANNAL, DOUGLAS | Attn. to recent 9th Circuit case re: PPI | 1.50 | 877.50 |

KL4 2228126.3

Kramer Levin Naftalis & Frankel LLP

Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00010

August 25, 2008
Invoice No. 498488

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/23/08 | MARTORANA, KEITH R | Review recent post-petition interest decision in the 9th Circuit (.8); analyze and draft memo e-mail to T. Weschler (1.0); revise per comments of D. Mannal (.5). | 2.30 | 839.50 |

**TOTAL HOURS AND FEES**    **28.20**    **$14,494.50**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| DOCUMENT RETRIEVAL FEES | 134.96 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**    **$134.96**

**TOTAL FOR THIS MATTER**    **$14,629.46**

KL4 2228126.3

Kramer Levin Naftalis & Frankel LLP                                      Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE                                        August 25, 2008
056772-00019                                                             Invoice No. 498488

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/01/08 | WIERMAN, LAUREN E | Reviewed transcript information for June 23rd hearing and reviewed correspondence. | 0.40 | 104.00 |
| 07/15/08 | WIERMAN, LAUREN E | Researched information and reviewed hearing binder for K Martorana. | 5.50 | 1,430.00 |
| 07/17/08 | WIERMAN, LAUREN E | Created and reviewed documents re hearing binder for K Martorana. | 5.00 | 1,300.00 |
| 07/17/08 | MARTORANA, KEITH R | Prepare for Monday's omnibus hearing. | 2.40 | 876.00 |
| 07/18/08 | WIERMAN, LAUREN E | Organized documents re hearing next week for K Martorana and D Mannal. | 2.00 | 520.00 |
| 07/21/08 | BENTLEY, PHILIP | Trade emails re today's hearing. | 0.10 | 72.50 |
| 07/21/08 | MARTORANA, KEITH R | Prepare for and attend omnibus hearing (4.5); draft summary of hearing; voicemails/e-mails re: same (2.3). | 6.80 | 2,482.00 |
| 07/22/08 | MARTORANA, KEITH R | Attend hearing in Delaware (2.5); draft summary of hearing to TW; voicemails re: same (2.7). | 5.20 | 1,898.00 |

**TOTAL HOURS AND FEES**                                                 27.40      $8,682.50

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| VELOBINDINGS | 45.00 |
| TABS | 75.00 |
| PHOTOCOPYING | 260.80 |
| CAB FARES | 71.00 |
| MEALS/IN-HOUSE | 42.02 |
| OUT-OF-TOWN TRAVEL | 29.00 |
| TRANSCRIPT FEES | 74.70 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**        $597.52

**TOTAL FOR THIS MATTER**        $9,280.02

KL4 2228126.3

| Kramer Levin Naftalis & Frankel LLP | Page No. 9 |
|---|---|
| W.R. GRACE & CO. EQUITY COMMITTEE | August 25, 2008 |
| 056772-00028 | Invoice No. 498488 |

### TRAVEL\NON-WORKING

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 07/21/08 | MARTORANA, KEITH R | Travel to/from hearing in Delaware. | 2.40 | 438.00 |
| 07/22/08 | MARTORANA, KEITH R | Travel to/from hearing in Delaware. | 3.50 | 638.75 |

**TOTAL HOURS AND FEES**                                                     **5.90**   **$1,076.75**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| OUT-OF-TOWN TRAVEL | 576.50 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**        **$576.50**

**TOTAL FOR THIS MATTER**        **$1,653.25**