# Exhibit B

```
alp_132rc: Client Analysis Sheet         KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   1
                                             *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 08/27/08 11:25:22        Worked : 12/31/99 thru 08/27/08

        Matter
Number          Name                           Hours      Fees        Disbursements   Total Charges    Resp Partners              Class    Freq    Stat
------          ----                           -----      ----        -------------   -------------    -------------              -----    ----    ----

056772-00007    REORGANIZATION PLAN             0.00      0.00            1,310.34         1,310.34    BENTLEY PHILIP   - 02495     M       B
056772-00008    FEE APPLICATIONS, APPLIC        0.00      0.00               14.92            14.92    BENTLEY PHILIP   - 02495     M       B
056772-00010    CLAIM ANALYSIS OBJ. & RE        0.00      0.00              134.96           134.96    BENTLEY PHILIP   - 02495     M       B
056772-00019    HEARINGS                        0.00      0.00              597.52           597.52    BENTLEY PHILIP   - 02495     M       B
056772-00028    TRAVEL\NON-WORKING              0.00      0.00              576.50           576.50    BENTLEY PHILIP   - 0249H     M       B

056772          W.R. GRACE & CO. EQUITY COMMITTEE  0.00   0.00            2,634.24         2,634.24

Total  BENTLEY PHILIP - 02495      0.00          0.00            2,634.24         2,634.24
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    1
                                             *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 08/27/2008 11:25:21
Matter No: 056772-00001                                   Orig Prtnr : CRED. RGTS - 06975        Proforma Number:   2641963
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : REORGANIZATION PLAN                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status    : ACTIVE

Special Billing Instructions:

                                        PRE-BILLING SUMMARY REPORT

       UNBILLED TIME FROM:                              TO:
       UNBILLED DISB FROM: 05/31/2008                  TO: 07/30/2008
                              FEES                          COSTS
                              ----                          -----
       GROSS BILLABLE AMOUNT:    0.00                       1,310.34
       AMOUNT WRITTEN DOWN:
               PREMIUM:
       ON ACCOUNT BILLED:
       DEDUCTED FROM PAID RETAINER:
            AMOUNT BILLED:
               THRU DATE:                                                      07/30/2008
       CLOSE MATTER/FINAL BILLING?   YES OR NO
       EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:
                            BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

       BILLING COMMENTS:


                             ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH
       FEES:                               0.00    UNIDENTIFIED RECEIPTS:           0.00
       DISBURSEMENTS:                  1,310.34    PAID FEE RETAINER:               0.00
       FEE RETAINER:                       0.00    PAID DISB RETAINER:              0.00
       DISB RETAINER:                      0.00    TOTAL AVAILABLE FUNDS:           0.00
       TOTAL OUTSTANDING:              1,310.34    TRUST BALANCE:
                                                   BILLING HISTORY
       DATE OF LAST BILL:           07/29/08       LAST PAYMENT DATE:       08/19/08
       LAST BILL NUMBER:             457336        ACTUAL FEES BILLED TO DATE:   211,155.50
                                                   ON ACCOUNT FEES BILLED TO DATE:     0.00
                                                   TOTAL FEES BILLED TO DATE:   211,155.50
       LAST BILL THRU DATE:          06/30/08       FEES WRITTEN OFF TO DATE:          0.00
                                                   COSTS WRITTEN OFF TO DATE:       123.99
FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:
       (1) Exceeded Fixed Fee         (4) Excessive Legal Time      (7) Fixed Fee
       (2) Late Time & Costs Posted   (5) Business Development      (8) Premium
       (3) Pre-arranged Discount      (6) Summer Associate          (9) Rounding     (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                                                                                    PAGE    2

Run Date & Time: 08/27/2008 11:25:21                    KRAMER LEVIN NAFTALIS & FRANKEL LLP
                                                          *PRIVILEGED AND CONFIDENTIAL*
Matter No: 056772-00007                                                                       Proforma Number:   2643963
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                       Orig Prtnr : CRED. RGTS - 06975         Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                     Bill Prtnr : BENTLEY PHILIP - 02495
Matter Opened : 07/27/2001                                            Supv Prtnr : MAYER THOMAS MOERS - 03976        Status : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  ------------ Total Unbilled --------------
                                  Oldest    Latest       Total
Code Description                  Entry     Entry        Amount
0840 MANUSCRIPT SERVICE           07/01/08  07/01/08         0.00
0841 RESEARCH SERVICES            07/07/08  07/07/08        13.00
0885 LONG-DISTANCE TEL            07/30/08  07/30/08         0.31
0921 LEXIS/NEXIS ON-LINE RESEARCH 07/02/08  07/07/08         7.39
0930 MESSENGER/COURIER            07/17/08  07/17/08        10.37
0940 CAB FARES                    06/09/08  07/09/08       651.56
0942 MEALS/IN-HOUSE               06/12/08  06/25/08       104.03
0992 DOCUMENT RETRIEVAL FEES      05/31/08  06/30/08       523.68

               Total                                    1,310.34

U N B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee            Date        Amount   Index#   Batch No   Batch Date

MANUSCRIPT SERVICE 0840
  MANUSCRIPT SERVICE                          TAYLOR, P           07/01/08     0.00   8383102   577341    07/08/08
                         0840 MANUSCRIPT SERVICE Total :                        0.00

RESEARCH SERVICES 0841
  RESEARCH SERVICES                           BOYLE, B B          07/07/08    13.00   8389740   590270    07/15/08
    Set up Google alert re press release for P
    Bentley
                         0841 RESEARCH SERVICES Total :                       13.00

LONG-DISTANCE TEL 0885
  PREMIERE CONFERENCING                       CATON, A            07/30/08     0.31   8409065   588748    07/31/08
                         0885 LONG-DISTANCE TEL. Total :                       0.31

LEXIS/NEXIS ON-LINE RESEARCH 0921
  LEXIS/NEXIS ON-LINE                         MASTORANA, K R      07/02/08     6.48   8415340   592117    08/04/08
  LEXIS/NEXIS ON-LINE                         BOYLE, B B          07/07/08     0.91   8415341   592117    08/04/08
                         0921 LEXIS/NEXIS ON-LINE Total :                      7.39

MESSENGER/COURIER 0930
  FEDERAL EXPRESS CORPORAT                    WIERMAN, L E        07/17/08    10.37   8408684   588590    07/31/08
    BUCHANAN INGERSOLL & ROONEY PC
                         0930 MESSENGER/COURIER Total :                       10.37

CAB FARES 0940
  CAB FARES - ODYSSEY                         MANNAL, D M         06/09/08    93.84   8393981   581834    07/17/08
  CAB FARES - ODYSSEY                         MANNAL, D M         06/11/08   160.14   8393982   581834    07/17/08
```

alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                     PAGE  3
                                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 08/27/2008 11:25:21
Matter No: 056772-00007                                                                                              Proforma Number: 2643963
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Orig Prtnr : CRED. RGTS - 06975              Bill Frequency: M
Matter Name : REORGANIZATION PLAN                        Bill Prtnr : BENTLEY PHILIP - 02495
Matter Opened : 07/27/2001                               Supv Prtnr : MAYER THOMAS MORIS - 03976      Status : ACTIVE

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| CAB FARES | | | | | | |
| CAB FARES - ODYSSEY | MANNAL, D M | 06/25/08 | 136.68 | 8394531 | 581902 | 07/17/08 |
| JULIET RAMDIN, CASHIER | MARTORANA, K R | 06/25/08 | 11.00 | 8390679 | 581186 | 07/16/08 |
| CAB FARES | MANNAL, D M | 07/07/08 | 38.94 | 8404060 | 585343 | 07/28/08 |
| CAB FARES - ODYSSEY | MANNAL, D M | 07/09/08 | 150.96 | 8431632 | 599998 | 08/21/08 |
| CAB FARES - ODYSSEY | | | | | | |
| 0340 CAB FARES Total | | | 651.56 | | | |
| MEALS/IN-HOUSE 0342 | | | | | | |
| JULIET RAMDIN, CASHIER | BENTLEY, P | 06/12/08 | 23.00 | 8390676 | 581186 | 07/16/08 |
| MEALS/IN-HOUSE | MARTORANA, K R | 06/22/08 | 23.91 | 8394292 | 581900 | 07/17/08 |
| IN-HOUSE/MEALS | MARTORANA, K R | 06/29/08 | 19.78 | 8403412 | 585801 | 07/25/08 |
| IN-HOUSE/MEALS | MARTORANA, K R | 06/29/08 | 23.91 | 8403413 | 585801 | 07/25/08 |
| IN-HOUSE/MEALS | MARTORANA, K R | 06/29/08 | 13.43 | 8403414 | 585801 | 07/25/08 |
| 0342 MEALS/IN-HOUSE Total | | | 104.03 | | | |
| DOCUMENT RETRIEVAL FEES 0972 | | | | | | |
| DOCUMENT RETRIEVAL F | PIZZARELLO, C | 05/31/08 | 170.96 | 8390699 | 581271 | 07/16/08 |
| PACER RETRIEVAL FEES | PIZZARELLO, C | 05/31/08 | 41.36 | 8391000 | 581271 | 07/16/08 |
| DOCUMENT RETRIEVAL F | PIZZARELLO, C | 05/31/08 | 166.72 | 8391005 | 581271 | 07/16/08 |
| PACER RETRIEVAL FEES | PIZZARELLO, C | 06/30/08 | 15.04 | 8390917 | 581270 | 07/16/08 |
| DOCUMENT RETRIEVAL F | PIZZARELLO, C | 06/30/08 | 95.36 | 8390918 | 581270 | 07/16/08 |
| PACER RETRIEVAL FEES | PIZZARELLO, C | 06/30/08 | 14.24 | 8390919 | 581270 | 07/16/08 |
| 0972 DOCUMENT RETRIEVAL Total | | | 523.68 | | | |
| Costs Total | | | 1,310.34 | | | |

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    4
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 08/27/2008 11:25:21

Matter No: 056772-00007                                        Orig Prtnr : CRED. RGTS - 06975      Proforma Number:  2643963
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : REORGANIZATION PLAN                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status     : ACTIVE

   B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

Code Description                Amount           Bill        W/o / W/u       Transfer To    Clnt/Mtr   Carry Forward

0840 MANUSCRIPT SERVICE           0.00
0841 RESEARCH SERVICES           13.00
0885 LONG-DISTANCE TEL.           0.31
0921 LEXIS/NEXIS ON-LINE RESRA    7.39
0930 MESSENGR/COURIER            10.37
0940 CAB FARES                  651.56
0942 MEALS/IN-HOUSE             104.03
0972 DOCUMENT RETRIEVAL FEES    523.68

              Costs Total     1,310.34
```

alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                         PAGE    5
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 08/27/2008 11:25:21
Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS - 06975           Proforma Number:   2641963
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status     : ACTIVE

Special Billing Instructions:

-------------------------------------------------------------------------------------------------------------------------------------
                                              PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------------------

            UNBILLED TIME FROM:   07/01/2008           TO:   07/22/2008
            UNBILLED DISB FROM:                        TO:   07/22/2008

                                              FEES                    COSTS
                                              ----                    -----

        GROSS BILLABLE AMOUNT:                 0.00                   14.92
        AMOUNT WRITTEN DOWN:
                      PREMIUM:
            ON ACCOUNT BILLED:
  DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                    THRU DATE:                                     07/22/2008
    CLOSE MATTER/FINAL BILLING?        YES   OR   NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:  BENTLEY PHILIP - 02495            WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

    BILLING COMMENTS:


-------------------------------------------------------------------------------------------------------------------------------------
                              ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
-------------------------------------------------------------------------------------------------------------------------------------

                FEES:                         0.00
        DISBURSEMENTS:                       14.92            UNIDENTIFIED RECEIPTS:      0.00
         FEE RETAINER:                        0.00            PAID FEE RETAINER:          0.00
        DISB RETAINER:                        0.00            PAID DISB RETAINER:         0.00
    TOTAL OUTSTANDING:                       14.92            TOTAL AVAILABLE FUNDS:      0.00
                                                              TRUST BALANCE:
                                              BILLING HISTORY

    DATE OF LAST BILL:       07/29/08                 LAST PAYMENT DATE:         08/19/08
    LAST BILL NUMBER:          497336         ACTUAL FEES BILLED TO DATE:        164,556.50
                                             ON ACCOUNT FEES BILLED TO DATE:           0.00
                                                TOTAL FEES BILLED TO DATE:      164,556.50
                             06/30/08           FEES WRITTEN OFF TO DATE:        18,370.00
    LAST BILL THRU DATE:                       COSTS WRITTEN OFF TO DATE:           493.88

FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:

        (1) Exceeded Fixed Fee           (4) Excessive Legal Time       (7) Fixed Fee
        (2) Late Time & Costs Posted     (5) Business Development       (8) Premium
        (3) Pre-arranged Discount        (6) Summer Associate           (9) Rounding         (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp_132r: Matter Detail                                  KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   6
                                                             *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 08/27/2008 11:25:21

Matter No: 056772-00008                                                              Orig Prtnr : CRED. RGTS - 06975          Proforma Number:   2643963
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                                      Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                                            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                                    Status     : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y  ----------- Total Unbilled -----------
Code  Description                         Oldest      Latest      Total
                                          Entry       Entry       Amount
                                          --------    --------    --------
0820  PHOTOCOPYING                        07/22/08    07/22/08        4.90
0930  MESSENGER/COURIER                   07/01/08    07/01/08       10.02
                                                                  --------
                          Total                                      14.92

U N B I L L E D    C O S T S    D E T A I L
Description/Code                              Employee                   Date           Amount     Index#    Batch No   Batch Date
----------------                              --------                   ----           ------     ------    --------   ----------

PHOTOCOPYING 0820
  PHOTOCOPYING                                MARTORANA, K R            07/22/08          4.90    8399091    585081     07/24/08
                                  0820 PHOTOCOPYING Total :                              4.90

MARTORANA KEITH R

MESSENGER/COURIER 0930
  FEDERAL EXPRESS CORPORAT                    BENTLEY, P                07/01/08         10.02    8395787    583002     07/21/08
  Buchanan Ingersoll & Rooney
                                  0930 MESSENGER/COURIER Total :                        10.02

                         Costs Total :                                                  14.92

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

alp_132r: Matter Detail                                                                PAGE    7

Run Date & Time: 08/27/2008 11:25:21

Matter No: 056772-00008                     Orig Prtnr : CRED. RGTS - 06975        Proforma Number: 2643963
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                          Status   : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

Code Description                    Amount        Bill      W/o / W/u    Transfer To    Clnt/Mtr    Carry Forward

0820 PHOTOCOPYING                     4.90
0930 MESSENGER/COURIER               10.02

Costs Total :                        14.92

nlp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE     8

Run Date & Time: 08/27/2008 11:25:21
Matter No: 056772-00010                             Orig Prtnr : CRED. RGTS - 06975       Proforma Number:    2643963
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status     : ACTIVE

Special Billing Instructions:

PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:       05/31/2008                  TO:   05/31/2008
UNBILLED DISB FROM:       05/31/2008                  TO:   05/31/2008

                          FEES                              COSTS
                          ----                              -----
GROSS BILLABLE AMOUNT:     0.00                             134.96
  AMOUNT WRITTEN DOWN:
  PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
  AMOUNT BILLED:
  THRU DATE:                                                05/31/2008
CLOSE MATTER/FINAL BILLING?       YES     OR     NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:      BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                       ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH

FEES:                              0.00
DISBURSEMENTS:                   134.96      UNIDENTIFIED RECEIPTS:        0.00
FEE RETAINER:                      0.00      PAID FEE RETAINER:            0.00
DISB RETAINER:                     0.00      PAID DISB RETAINER:           0.00
TOTAL OUTSTANDING:               134.96      TOTAL AVAILABLE FUNDS:        0.00
                                             TRUST BALANCE:
                                             BILLING HISTORY
DATE OF LAST BILL:              07/29/08     LAST PAYMENT DATE:         06/03/08
LAST BILL NUMBER:                 497336     ACTUAL FEES BILLED TO DATE:      24,810.50
                                             ON ACCOUNT FEES BILLED TO DATE:       0.00
                                             TOTAL FEES BILLED TO DATE:      24,810.50
                                             FEES WRITTEN OFF TO DATE:           0.00
LAST BILL THRU DATE:            06/30/08     COSTS WRITTEN OFF TO DATE:        339.89

FOR ACCTG USE ONLY:    Write Down/Up Reason Codes:
    (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
    (2) Late Time & Costs Posted  (5) Business Development      (8) Premium
    (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____   DATE OF BILL: _____   Processed by: _____   FRC: _____   CRC: _____

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP

*PRIVILEGED AND CONFIDENTIAL*

PAGE  9

Run Date & Time: 08/27/2008 11:25:21

Matter No: 056772-00010                                  Orig Prtnr : CRED. RGTS - 06975          Proforma Number: 2643963
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status       : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------- Total Unbilled -------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|---|---|---|---|---|
| 0972 | DOCUMENT RETRIEVAL FEES | 05/31/08 | 05/31/08 | 134.96 |
| | Total | | | 134.96 |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|---|---|---|---|---|---|---|
| DOCUMENT RETRIEVAL FEES 0972 | | | | | | |
| DOCUMENT RETRIEVAL F | PIZZARELLO, C | 05/31/08 | 116.80 | 8391001 | 581271 | 07/16/08 |
| PACER RETRIEVAL FEES | | | | | | |
| DOCUMENT RETRIEVAL F | PIZZARELLO, C | 05/31/08 | 18.16 | 8391002 | 581271 | 07/16/08 |
| PACER RETRIEVAL FEES | | | | | | |
| 0972 DOCUMENT RETRIEVAL F Total : | | | 134.96 | | | |
| Costs Total : | | | 134.96 | | | |

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   10
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 08/27/2008 11:25:21
Matter No: 056772-00010                                                    Orig Prtnr : CRED. RGTS - 06975         Proforma Number:   2643963
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                         Status : ACTIVE

       B I L L I N G    I N S T R U C T I O N S    F O R   U N B I L L E D    C O S T S    S U M M A R Y
Code Description                        Amount            Bill         W/o / W/u        Transfer To      Clnt/Mtr     Carry Forward

0972 DOCUMENT RETRIEVAL FEES            134.96        _____       _____                                    _____

           Costs Total :                134.96
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   14

Run Date & Time: 08/27/2008 11:25:21
Matter No: 056772-00039                                          Orig Prtnr : CRED. RGTS - 06975       Proforma Number:  2643963
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495   Bill Frequency: M
Matter Name : HEARINGS                                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/05/2002                                                                              Status : ACTIVE

Special Billing Instructions:

                                           PRE-BILLING SUMMARY REPORT

UNBILLED TIME FROM:                                          TO:
UNBILLED DISB FROM: 06/02/2008                               TO: 07/23/2008

                              FEES                                         COSTS

GROSS BILLABLE AMOUNT:          0.00                                        597.52
AMOUNT WRITTEN DOWN:
PREMIUM:
ON ACCOUNT BILLED:
DEDUCTED FROM PAID RETAINER:
AMOUNT BILLED:
THRU DATE:                                                               07/23/2008
CLOSE MATTER/FINAL BILLING?    YES OR NO
EXPECTED DATE OF COLLECTION:

BILLING PARTNER APPROVAL:    BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

BILLING COMMENTS:


                ACCOUNTS RECEIVABLE TOTALS                              UNAPPLIED CASH

         FEES:                  0.00
         DISBURSEMENTS:       597.52           UNIDENTIFIED RECEIPTS:            0.00
         FEE RETAINER:          0.00           PAID FEE RETAINER:                0.00
         DISB RETAINER:         0.00           PAID DISB RETAINER:               0.00
         TOTAL OUTSTANDING:   597.52           TOTAL AVAILABLE FUNDS:            0.00
                                               TRUST BALANCE:
                                               BILLING HISTORY

DATE OF LAST BILL:       07/29/08              LAST PAYMENT DATE:           08/19/08
LAST BILL NUMBER:         497336               ACTUAL FEES BILLED TO DATE:  313,772.00
                                               ON ACCOUNT FEES BILLED TO DATE:   0.00
                                               TOTAL FEES BILLED TO DATE:   313,772.00
LAST BILL THRU DATE:     06/30/08              FEES WRITTEN OFF TO DATE:      9,834.18
                                               COSTS WRITTEN OFF TO DATE:     1,461.44
FOR ACCTG USE ONLY:          Write Down/Up Reason Codes:
       (1) Exceeded Fixed Fee          (4) Excessive Legal Time    (7) Fixed Fee
       (2) Late Time & Costs Posted    (5) Business Development    (8) Premium
       (3) Pre-arranged Discount       (6) Summer Associate        (9) Rounding           (10) Client Arrangement

BILL NUMBER: _____    DATE OF BILL: _____    Processed by: _____    FRC: _____    CRC: _____

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   15
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 08/27/2008 11:25:21
Matter No: 056772-00015                                         Orig Prtnr : CRED. RGTS - 06975         Proforma Number:   2643943
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                              Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y  --------- Total Unbilled ---------
Code  Description                              Oldest       Latest       Total
                                               Entry        Entry        Amount

0816  VELOBINDINGS                             07/18/08     07/18/08         45.00
0817  TABS                                     07/18/08     07/18/08         75.00
0820  PHOTOCOPYING                             07/17/08     07/18/08        260.80
0940  CAB FARES                                06/02/08     07/22/08         71.00
0942  MEALS/IN-HOUSE                           06/23/08     07/21/08         42.02
0950  OUT-OF-TOWN TRAVEL                       07/23/08     07/23/08         29.00
0980  TRANSCRIPT FEES                          07/07/08     07/07/08         74.70

              Total                                                         597.52


U N B I L L E D   C O S T S   D E T A I L
Description/Code                     Employee            Date        Amount   Index#   Batch No  Batch Date

VELOBINDINGS   0816
  VELOBINDINGS
    WIERMAN   LAUREN  E     17062  BINDING   WIERMAN, L E         07/18/08      45.00  8401987   585093   07/24/08
                                             0816 VELOBINDINGS Total:          45.00

TABS   0817
  TABS
    WIERMAN   LAUREN  E     17062  TABS      WIERMAN, L E         07/18/08      75.00  8401949   585092   07/24/08
                                             0817 TABS Total :                 75.00

PHOTOCOPYING   0820
  PHOTOCOPYING
    WIERMAN   LAUREN  E                      WIERMAN, L E         07/17/08     166.60  8339032   585081   07/24/08
  PHOTOCOPYING
    WIERMAN   LAUREN  E                      WIERMAN, L E         07/18/08      94.20  8399093   585081   07/24/08
                                             0820 PHOTOCOPYING Total :        260.80

CAB FARES   0940
  CAB FARES
    CAB FARES - ODYSSEY                      MARTORANA, K R        06/02/08      51.00  8393715   581806   07/17/08
    CAB FARES - JULIET RAMDIN CASHIER        MARTORANA, K R        07/22/08      20.00  8468436   588538   07/31/08
                                             0940 CAB FARES Total :            71.00

MEALS/IN-HOUSE   0942
  JULIET RAMDIN  CASHIER                     MARTORANA, K R        06/23/08      12.32  8390680   581886   07/16/08
  MEALS/IN-HOUSE                             MARTORANA, K R        06/29/08      23.91  8403415   585801   07/25/08
  IN-HOUSE/MEALS
  JULIET RAMDIN  CASHIER                                           07/21/08       5.79  8408413   588538   07/31/08
                                             0942 MEALS/IN-HOUSE Total :        42.02
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    16
                                               *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 08/27/2008 11:25:21
Matter No: 056772-00019                        Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2643963
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : HEARINGS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                              Status      : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code           Employee              Date         Amount      Index#    Batch No  Batch Date

OUT-OF-TOWN TRAVEL 0950
  KEITH R MARTORANA        MARTORANA, K R        07/23/08       29.00     8417436    593789    08/07/08
    From: Wilmington, DE, To: New York, Date(s): 7/
    23/08
                          0950 OUT-OF-TOWN TRAVEL Total :        29.00

TRANSCRIPT FEES 0980
  JAY COURT TRANSCRIBERS   WIERMAN, L E          07/07/08       74.70     8389527    579804    07/16/08
                          0980 TRANSCRIPT FEES Total :           74.70


                            Costs Total :                       597.52
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                PAGE   17
                                                    *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 08/27/2008 11:25:21
Matter No: 056772-00019                                            Orig Prtnr : CRED. RGTS - 06975          Proforma Number:    2643963
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : HEARINGS                                             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                  Status     : ACTIVE

              B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    C O S T S    S U M M A R Y
Code Description              Amount            Bill        W/o / W/u    Transfer To      Clnt/Mtr    Carry Forward

0816 VELOBINDINGS              45.00       _____   _____  _____
0817 TABS                      75.00       _____   _____  _____
0820 PHOTOCOPYING             260.80       _____   _____  _____
0940 CAB FARES                 73.00       _____   _____  _____
0942 MEALS/IN-HOUSE            42.02       _____   _____  _____
0950 OUT OF TOWN TRAVEL        29.00       _____   _____  _____
0980 TRANSCRIPT FEES           74.70       _____   _____  _____

       Costs Total :          597.52
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   18
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 08/27/2008 11:25:21
Matter No: 056772-00028                              Orig Prtnr : CRED. RGTS - 06975         Proforma Number: 2643963
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                   Status : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.15 Bill this matter only at 1/2 standard rate

                                       PRE-BILLING SUMMARY REPORT

        UNBILLED TIME FROM:                             TO:
        UNBILLED DISB FROM: 07/31/2008                  TO: 07/31/2008

                                 FEES                           COSTS

        GROSS BILLABLE AMOUNT:           0.00                     576.50
        AMOUNT WRITTEN DOWN:
        PREMIUM:
        ON ACCOUNT BILLED:
        DEDUCTED FROM PAID RETAINER:
        AMOUNT BILLED:
        THRU DATE:                                              07/31/2008
        CLOSE MATTER/FINAL BILLING?    YES    OR    NO
        EXPECTED DATE OF COLLECTION:

        BILLING PARTNER APPROVAL:   BENTLEY PHILIP - 02495   WRITE OFF APPROVAL (necessary for write downs over $2,000.00)

        BILLING COMMENTS:


                           ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH
                                        0.00
        FEES:                         576.50   UNIDENTIFIED RECEIPTS:            0.00
        DISBURSEMENTS:                  0.00   PAID FEE RETAINER:                0.00
        FEE RETAINER:                   0.00   PAID DISB RETAINER:               0.00
        DISB RETAINER:                          TOTAL AVAILABLE FUNDS:           0.00
        TOTAL OUTSTANDING:            576.50   TRUST BALANCE:
                                                BILLING HISTORY
        DATE OF LAST BILL:         07/29/08   LAST PAYMENT DATE:        07/29/08
        LAST BILL NUMBER:            497336   ACTUAL FEES BILLED TO DATE:  116,622.50
                                              ON ACCOUNT FEES BILLED TO DATE:    0.00
                                              TOTAL FEES BILLED TO DATE:  116,622.50
        LAST BILL THRU DATE:       06/30/08   FEES WRITTEN OFF TO DATE:    25,912.27
                                              COSTS WRITTEN OFF TO DATE:       0.00

FOR ACCTG USE ONLY:         Write Down/Up Reason Codes:
        (1) Exceeded Fixed Fee          (4) Excessive Legal Time      (7) Fixed Fee
        (2) Late Time & Costs Posted    (5) Business Development      (8) Premium
        (3) Pre-arranged Discount       (6) Summer Associate          (9) Rounding          (10) Client Arrangement

BILL NUMBER: _____  DATE OF BILL: _____  Processed by: _____  FRC: _____  CRC: _____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   19
                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 08/27/2008 11:25:21

Matter No: 056772-00028                                  Orig Prtnr : CRED. RGTS - 06975      Proforma Number:  2643963
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495  Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                    Status : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y  ----------- Total Unbilled -----------
                                      Oldest      Latest       Total
Code Description                      Entry       Entry        Amount
                                      07/31/08    07/31/08        576.50
0950  OUT-OF-TOWN TRAVEL

              Total                                               576.50


U N B I L L E D    C O S T S    D E T A I L
Description/Code            Employee          Date        Amount      Index#   Batch No  Batch Date

OUT-OF-TOWN TRAVEL 0950
  DINERS CLUB CITICORP DIN  MASTORANA, K P    07/31/08     576.50    8415123   591859    08/04/08
    OUT-OF-TOWN TRAVEL VENDOR- DINERS CLUB
    CITICORP DINERS CLUB 7/22/2008  NYP TO WIL TO
    NYP
                                    0950 OUT-OF-TOWN TRAVEL Total :  576.50

                                    Costs Total :                    576.50
```

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE   20

Run Date & Time: 08/27/2008 11:25:21
Matter No: 056772-00028                                           Orig Prtnr : CRED. RGTS - 06975        Proforma Number:     2543963
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                   Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : TRAVEL\NON-WORKING                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 10/04/2002                                                                               Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

Code Description              Amount         Bill        W/o / W/u       Transfer To        Clnt/Mtr     Carry Forward
0950 OUT-OF-TOWN TRAVEL        576.50                    _____                           _____

      Costs Total :            576.50