IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JFK) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | Re: Docket No. 18922 |

**ORDER REGARDING DEBTORS' OBJECTION TO THE UNSECURED CLAIMS ASSERTED UNDER THE DEBTORS' CREDIT AGREEMENTS DATED AS OF MAY 14, 1998 AND MAY 5, 1999**

The Court hereby reschedules the hearing on Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 (the "Debtors' Objection") [Docket No. 18922] to September 29, 2008, commencing immediately following the conclusion of the omnibus hearing scheduled in these cases for September 29, 2008 at for 10:00 a.m., in Wilmington, Delaware.

Any and all replies or trial briefs with respect to the Objection must be in writing and be filed with the Bankruptcy Court no later than September 5, 2008.

Dated: August 29, 2008

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

rmab

3

DOCS_DE:139960.2