**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 1/8/2008 | Amanda C Basta | 1.7 | $500 | $ 850.00 | Travel from Washington, DC to Pittsburgh, PA for estimation trial (billed at half time). |
| 1/8/2008 | Raina A Jones | 0.7 | $350 | $ 245.00 | Travel from Washington, DC to Pittsburgh, PA for trial (billed at half time). |
| 1/8/2008 | Elli Leibenstein | 0.8 | $635 | $ 508.00 | Travel from Washington, DC to Pittsburgh, PA to trial site (billed at half time). |
| 1/9/2008 | Brian T Stansbury | 4.8 | $500 | $ 2,400.00 | Travel from San Francisco, CA to Pittsburgh, PA for trial (billed at half time). |
| 1/12/2008 | David E Mendelson | 1.2 | $560 | $ 672.00 | Travel from Washington, DC to Pittsburgh, PA for trial (billed at half time). |
| 1/13/2008 | Deanna D Boll | 1.1 | $625 | $ 687.50 | Travel from New York, NY to Pittsburgh, PA for estimation trial (billed at half time). |
| 1/13/2008 | Janet S Baer | 2 | $795 | $ 1,590.00 | Travel from Chicago IL to Pittsburgh, PA for estimation hearing (billed at half time). |
| 1/13/2008 | Salvatore F Bianca | 1.7 | $520 | $ 884.00 | Travel from Chicago IL to Pittsburgh, PA for estimation hearing (billed at half time). |
| 1/13/2008 | Scott A McMillin | 1.4 | $580.00 | $ 812.00 | Travel from Chicago IL to Pittsburgh, PA for estimation hearing (billed at half time). |
| 1/14/2008 | Deanna D Boll | 1.2 | $625 | $ 750.00 | Travel from Pittsburgh, PA to New Jersey for trial (billed at half time). |
| 1/14/2008 | Elli Leibenstein | 2 | $635 | $ 1,270.00 | Travel from Pittsburgh, PA to Chicago, IL (billed at half time). |
| 1/14/2008 | Deanna D Boll | 4.4 | $625 | $ 2,750.00 | …; attend estimation trial (4.4). |
| 1/14/2008 | David E Mendelson | 2.5 | $560 | $ 1,400.00 | …; attend estimation hearing (2.5). |
| 1/14/2008 | Janet S Baer | 9 | $795 | $ 7,155.00 | Prepare for estimation trial (2.2); attend same (6.8); … |
| 1/14/2008 | Salvatore F Bianca | 8 | $520 | $ 4,160.00 | Prepare for and attend estimation trial (8.0); … |

**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 1/14/2008 | Daniel T Rooney | 12 | $230 | $ 2,760.00 | Prepare for, attend and assist re Daubert and opening arguments (12.0); … |
| 1/14/2008 | Amanda C Basta | 7 | $500 | $ 3,500.00 | …; attend estimation trial (7.0). |
| 1/14/2008 | Brian T Stansbury | 2 | $500 | $ 1,000.00 | ..; attend estimation trial opening statement (2.0); … |
| 1/14/2008 | Raina A Jones | 10.6 | $350 | $ 3,710.00 | Prepare for estimation trial (3.3); attend trial (7.3); … |
| 1/14/2008 | Ellen T Ahern | 8.5 | $570 | $ 4,845.00 | Prepare for and attend opening statements and related follow up projects, including team conference (8.5); … |
| 1/14/2008 | David M Bernick, PC | 4.7 | $915 | $ 4,300.50 | …; conduct estimation trial (4.7). |
| 1/14/2008 | Theodore L Freedman | 6.7 | $850 | $ 5,695.00 | …; attend estimation hearing (6.7). |
| 1/14/2008 | Travis J Langenkamp | 5.5 | $250 | $ 1,375.00 | …; support trial team during Daubert argument (5.5); … |
| 1/14/2008 | Elli Leibenstein | 7 | $635 | $ 4,445.00 | Attend estimation trial (7.0); … |
| 1/14/2008 | Barbara M Harding | 7 | $585 | $ 4,095.00 | …; attend trial and prepare rebuttal material (7.0); … |
| 1/14/2008 | Scott A McMillin | 8 | $580.00 | $ 4,640.00 | …; participate in estimation trial (8.0); … |
| 1/15/2008 | Elli Leibenstein | 1 | $635 | $ 635.00 | Travel from Chicago, IL to Pittsburgh, PA for trial (billed at half time). |
| 1/16/2008 | David E Mendelson | 1.4 | $560 | $ 784.00 | …; attend estimation hearing (1.4). |
| 1/16/2008 | Janet S Baer | 2 | $795 | $ 1,590.00 | …; attend portions of estimation hearing (2.0). |
| 1/16/2008 | Salvatore F Bianca | 3.2 | $520 | $ 1,664.00 | Attend portions of expert witness examinations (3.2); … |
| 1/16/2008 | Daniel T Rooney | 10 | $230 | $ 2,300.00 | Prepare for and attend expert witness direct examination (10.0); … |
| 1/16/2008 | Amanda C Basta | 8 | $500 | $ 4,000.00 | …; attend estimation trial (8.0). |
| 1/16/2008 | Brian T Stansbury | 6.3 | $500 | $ 3,150.00 | …; assist B. Harding in direct and cross examination of expert witnesses (6.3); … |
| 1/16/2008 | Timothy J Fitzsimmons | 5.2 | $230 | $ 1,196.00 | Attend estimation trial (5.2); … |
| 1/16/2008 | Ellen T Ahern | 8.5 | $570 | $ 4,845.00 | …; attend trial re examinations of expert witness (8.5); … |

**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 1/16/2008 | David M Bernick, PC | 7.5 | $915 | $ 6,862.50 | …; attend estimation trial (7.5). … |
| 1/16/2008 | Travis J Langenkamp | 6.5 | $250 | $ 1,625.00 | …; attend and assist at estimation hearing re expert witnesses (6.5). |
| 1/16/2008 | Elli Leibenstein | 5 | $635 | $ 3,175.00 | Attend estimation hearing (5.0); … |
| 1/16/2008 | Barbara M Harding | 8.3 | $585 | $ 4,855.50 | …; attend trial (8.3); … |
| 1/16/2008 | Scott A McMillin | 9.4 | $580.00 | $ 5,452.00 | …; participate in estimation trial (9.4); … |
| 1/16/2008 | Janet S Baer | 2 | $795 | $ 1,590.00 | Travel from Pittsburgh, PA to Chicago, IL after estimation trial (billed at half time). |
| 1/16/2008 | Salvatore F Bianca | 1.7 | $520 | $ 884.00 | Return travel from Pittsburgh, PA to Chicago, IL after trial (billed at half time). |
| 1/16/2008 | Brian T Stansbury | 1.3 | $500 | $ 650.00 | Travel from Pittsburgh, PA to Washington, DC (billed at half time). |
| 1/16/2008 | Raina A Jones | 1.8 | $350 | $ 630.00 | Return travel to Washington, DC from Pittsburgh, PA trial site (billed at half time). |
| 1/16/2008 | Elli Leibenstein | 1 | $635 | $ 635.00 | Return travel from Pittsburgh, PA to Chicago, IL (billed at half time). |
| 1/17/2008 | David E Mendelson | 1.2 | $560 | $ 672.00 | Return travel from Pittsburgh, PA to Washington, DC (billed at half time). |
| 1/20/2008 | David E Mendelson | 1.4 | $560 | $ 784.00 | Travel from Washington, DC to Pittsburgh, PA (billed at half time). |
| 1/20/2008 | Salvatore F Bianca | 1.7 | $520 | $ 884.00 | Travel from Chicago, IL to Pittsburgh, PA for trial (billed at half time). |
| 1/20/2008 | Brian T Stansbury | 1.2 | $500 | $ 600.00 | Travel from Washington, DC to Pittsburgh, PA for estimation trial (billed at half time). |
| 1/20/2008 | Raina A Jones | 1.3 | $350 | $ 455.00 | Travel to Pittsburgh, PA from Washington, DC (billed at half time). |
| 1/20/2008 | Elli Leibenstein | 1.2 | $635 | $ 762.00 | Travel from Chicago, IL to Pittsburgh, PA for trial (billed at half time). |
| 1/20/2008 | Scott A McMillin | 1.5 | $580.00 | $ 870.00 | Travel from Chicago, IL to Pittsburgh, PA for trial (billed at half time). |
| 1/21/2008 | Janet S Baer | 2 | $795 | $ 1,590.00 | Travel from Chicago, IL to Pittsburgh, PA for estimation hearing (billed at half time). |
| 1/22/2008 | David E Mendelson | 2.5 | $560 | $ 1,400.00 | …; attend estimation hearing (2.5). |

**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 1/22/2008 | Janet S Baer | 2.5 | $795 | $ 1,987.50 | Participate in PI estimation trial. |
| 1/22/2008 | Salvatore F Bianca | 6 | $520 | $ 3,120.00 | …; prepare for and attend trial examinations of expert witnesses (6.0). |
| 1/22/2008 | Daniel T Rooney | 11.5 | $230 | $ 2,645.00 | Prepare for and attend direct examination of Drs. Weill and Henry (11.5); … |
| 1/22/2008 | Brian T Stansbury | 7.5 | $500 | $ 3,750.00 | …; attend hearing and assist in direct, cross and re-direct examinations of expert witnesses (7.5); … |
| 1/22/2008 | Raina A Jones | 7 | $350 | $ 2,450.00 | …; attend estimation trial (7.0); … |
| 1/22/2008 | Ellen T Ahern | 3 | $570 | $ 1,710.00 | …; attend portions of witness examinations for expert witnesses (3.0);… |
| 1/22/2008 | David M Bernick, PC | 8.2 | $915 | $ 7,503.00 | …; attend trial re same (8.2). |
| 1/22/2008 | Travis J Langenkamp | 8 | $250 | $ 2,000.00 | …; provide support for expert witness testimony at estimation hearing (8.0); … |
| 1/22/2008 | Elli Leibenstein | 7 | $635 | $ 4,445.00 | …; attend estimation trial (7.0). |
| 1/22/2008 | Barbara M Harding | 7 | $585 | $ 4,095.00 | …; attend estimation trial (7.0); … |
| 1/22/2008 | Scott A McMillin | 5.4 | $580.00 | $ 3,132.00 | …; participate in estimation trial (5.4); … |
| 1/23/2008 | David E Mendelson | 4.5 | $560 | $ 2,520.00 | …; attend estimation hearing (4.5). |
| 1/23/2008 | Salvatore F Bianca | 5.5 | $520 | $ 2,860.00 | Prepare for and attend estimation trial (5.5);… |
| 1/23/2008 | Daniel T Rooney | 9.5 | $230 | $ 2,185.00 | Prepare deposition designation packets and attend trial (9.5); … |
| 1/23/2008 | Amanda C Basta | 7 | $500 | $ 3,500.00 | …; attend estimation trial (7.0); … |
| 1/23/2008 | Ellen T Ahern | 9 | $570 | $ 5,130.00 | Prepare for and attend trial (9.0); … |
| 1/23/2008 | David M Bernick, PC | 5.2 | $915 | $ 4,758.00 | …; attend estimation trial (5.2). |
| 1/23/2008 | Barbara M Harding | 6.1 | $585 | $ 3,568.50 | …; representation of client at estimation trial (6.1); … |
| 1/23/2008 | Scott A McMillin | 6.7 | $580.00 | $ 3,886.00 | Prepare for and participate in estimation trial (6.7); … |
| 1/23/2008 | David E Mendelson | 1 | $560 | $ 560.00 | Travel from Pittsburgh, PA to Washington, |
| 1/23/2008 | Salvatore F Bianca | 2.4 | $520 | $ 1,248.00 | Return travel from Pittsburgh, PA to |
| 1/23/2008 | Brian T Stansbury | 1.3 | $500 | $ 650.00 | Return travel from Pittsburgh, PA to |
| 1/23/2008 | Elli Leibenstein | 1.2 | $635 | $ 762.00 | Return travel from Pittsburgh, PA to |
| 1/24/2008 | Raina A Jones | 1.7 | $350 | $ 595.00 | Return travel from Pittsburgh, PA to |

**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 1/24/2008 | Scott A McMillin | 1.5 | $580.00 | $870.00 | Return travel from Pittsburgh, PA to Chicago, IL from estimation trial (billed at half time). |
| 1/25/2008 | Amanda C Basta | 1.5 | $500 | $750.00 | Return travel from Pittsburgh, PA to Washington, DC (billed at half time). |
| 3/17/2008 | Andrew Erskine | 2.2 | $155 | $341.00 | Travel from Chicago, IL to Pittsburgh, PA re estimation trial (billed at half time). |
| 3/20/2008 | Raina A Jones | 1.2 | $350 | $420.00 | Travel from Washington, DC to Pittsburgh, PA for trial (billed at half time). |
| 3/20/2008 | Laura M Durity | 3 | $295 | $885.00 | Travel to Pittsburgh, PA (flight delays) (billed at half time) |
| 3/20/2008 | Ritu Kelotra | 2.5 | $295 | $737.50 | Travel from Washington, DC to trial site in Pittsburgh, PA (flight delays) (billed at half time). |
| 3/20/2008 | Scott A McMillin | 1.5 | $580 | $870.00 | Travel to Pittsburgh, PA for estimation trial (billed at half time). |
| 3/21/2008 | Brian T Stansbury | 1.1 | $500 | $550.00 | Travel from Washington, DC to Pittsburgh, PA for estimation trial (billed at half time). |
| 3/21/2008 | Laura M Durity | 10.2 | $295 | $3,009.00 | Attend PI estimation trial and provide on-site trial support. |
| 3/22/2008 | Salvatore F Bianca | 2.5 | $520 | $1,300.00 | Travel to Pittsburgh, PA for estimation trial (delays) (billed at half time). |
| 3/22/2008 | Laura M Durity | 11 | $295 | $3,245.00 | Attend PI estimation hearing and provide on-site trial support. |
| 3/23/2008 | Laura M Durity | 12.2 | $295 | $3,599.00 | Attend PI estimation trial and provide on-site trial support. |
| 3/23/2008 | Janet S Baer | 1.5 | $795 | $1,192.50 | Travel to Pittsburgh, PA for PI estimation trial (billed at half time). |
| 3/23/2008 | Elli Leibenstein | 1.2 | $635 | $762.00 | Travel to Pittsburgh, PA for trial (billed at half time). |
| 3/24/2008 | Andrew Erskine | 10 | $155 | $1,550.00 | Track exhibits and support attorneys at trial. |
| 3/24/2008 | Janet S Baer | 2 | $795 | $1,590.00 | Attend PI trial. |
| 3/24/2008 | Laura M Durity | 15.1 | $295 | $4,454.50 | Attend PI estimation hearing and provide on-site trial support. |

**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 3/24/2008 | David M Bernick PC | 10 | $915 | $ 9,150.00 | Prepare for and attend trial. |
| 3/24/2008 | Barbara M Harding | 3 | $585 | $ 1,755.00 | Represent client at trial. |
| 3/24/2008 | Scott A McMillin | 6 | $580 | $ 3,480.00 | Participate in estimation trial. |
| 3/25/2008 | Brian T Stansbury | 6.5 | $500 | $ 3,250.00 | …; assist B. Harding with testimony of S. Moolgavkar at estimation trial (6.5); … |
| 3/25/2008 | Ritu Kelotra | 8.5 | $295 | $ 2,507.50 | …; attend trial and assist in S. Moolgavkar direct exam (8.5). |
| 3/25/2008 | Andrew J Ross | 8.5 | $145 | $ 1,232.50 | …; assist with estimation trial proceedings (8.5). |
| 3/25/2008 | Andrew Erskine | 10 | $155 | $ 1,550.00 | Track exhibits and support attorneys at trial. |
| 3/25/2008 | Amanda C Basta | 2.5 | $500 | $ 1,250.00 | …; attend estimation trial (2.5). |
| 3/25/2008 | Timothy J Fitzsimmons | 7.5 | $230 | $ 1,725.00 | Attend trial and provide trial support. |
| 3/25/2008 | Laura M Durity | 14.8 | $295 | $ 4,366.00 | Attend PI estimation trial and provide on-site trial support. |
| 3/25/2008 | David M Bernick PC | 13 | $925 | $ 12,025.00 | Prepare for and attend trial. |
| 3/25/2008 | Elli Leibenstein | 2.5 | $635 | $ 1,587.50 | Attend trial (2.5); … |
| 3/25/2008 | Barbara M Harding | 7 | $585 | $ 4,095.00 | Represent client at hearing and conduct direct and re-direct examination of witness and review materials re same. |
| 3/26/2008 | Elli Leibenstein | 1 | $635 | $ 635.00 | …; attend trial (1.0); … |
| 3/26/2008 | Andrew Erskine | 10 | $155 | $ 1,550.00 | Track exhibits and support attorneys at trial. |
| 3/26/2008 | Janet S Baer | 3 | $795 | $ 2,385.00 | Attend portion of PI estimation hearing re E. Anderson testimony (3.0); … |
| 3/26/2008 | Salvatore F Bianca | 2.6 | $520 | $ 1,352.00 | Attend portion of estimation trial re Anderson examination. |
| 3/26/2008 | Amanda C Basta | 1.5 | $500 | $ 750.00 | Attend trial (1.5); … |
| 3/26/2008 | Brian T Stansbury | 4 | $500 | $ 2,000.00 | Attend estimation hearing. |
| 3/26/2008 | Raina A Jones | 2.5 | $350 | $ 875.00 | Attend Grace trial. |
| 3/26/2008 | Timothy J Fitzsimmons | 7.5 | $230 | $ 1,725.00 | Attend trial and provide trial support. |
| 3/26/2008 | Laura M Durity | 9.4 | $295 | $ 2,773.00 | Attend PI estimation hearing and provide on-site trial support. |
| 3/26/2008 | Ritu Kelotra | 4 | $295 | $ 1,180.00 | Attend trial for cross examination and redirect of E. Anderson. |

**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 3/26/2008 | Andrew J Ross | 8 | $145 | $ 1,160.00 | Provide assistance during estimation trial. |
| 3/26/2008 | Ellen T Ahern | 7 | $570 | $ 3,990.00 | Prepare for and attend trial re E. Anderson testimony. |
| 3/26/2008 | David M Bernick PC | 12 | $915 | $ 10,980.00 | Prepare for and attend trial. |
| 3/26/2008 | Barbara M Harding | 7 | $585 | $ 4,095.00 | Represent client at PI hearing and review transcripts of ACC expert testimony. |
| 3/26/2008 | Scott A McMillin | 8.5 | $580 | $ 4,930.00 | Participate in estimation trial (8.5); … |
| 3/26/2008 | Amanda C Basta | 1.8 | $500 | $ 900.00 | Return travel from estimation trial in Pittsburgh, PA (billed at half time). |
| 3/26/2008 | Elli Leibenstein | 1.5 | $635 | $ 952.50 | Return travel to Chicago, IL from trial (billed at half time). |
| 3/27/2008 | Laura M Durity | 10.7 | $295 | $ 3,156.50 | Attend PI estimation trial and provide on-site trial support. |
| 3/27/2008 | Brian T Stansbury | 1 | $500 | $ 500.00 | Return travel from Pittsburgh, PA to Washington, DC after hearing (billed at half time). |
| 3/27/2008 | Raina A Jones | 2.2 | $350 | $ 770.00 | Return travel from Pittsburgh, PA after hearing to Washington, DC (billed at half time). |
| 3/27/2008 | Ritu Kelotra | 1 | $295 | $ 295.00 | Return travel from trial site in Pittsburgh, PA to Washington, DC (billed at half time). |
| 3/27/2008 | Scott A McMillin | 1.2 | $580 | $ 696.00 | Return travel from trial (billed at half time). |
| 3/28/2008 | Laura M Durity | 10.5 | $295 | $ 3,097.50 | Provide on-site support at estimation hearing. |
| 3/29/2008 | Laura M Durity | 3 | $295 | $ 885.00 | Provide on-site estimation trial support. |
| 3/29/2008 | Amanda C Basta | 2.5 | $500 | $ 1,250.00 | Travel to Pittsburgh, PA for estimation trial (billed at half time). |
| 3/30/2008 | Janet S Baer | 1.5 | $795 | $ 1,192.50 | Travel to Pittsburgh, PA for PI estimation trial (billed at half time). |
| 3/30/2008 | Elli Leibenstein | 1.2 | $635 | $ 762.00 | Travel to Pittsburgh, PA for trial (billed at half time). |
| 3/30/2008 | Laura M Durity | 13 | $295 | $ 3,835.00 | Provide on-site support at trial. |
| 3/30/2008 | Scott A McMillin | 1.6 | $580 | $ 928.00 | Travel to Pittsburgh, PA for estimation trial (billed at half time). |

**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 3/31/2008 | Andrew Erskine | 10 | $155 | $ 1,550.00 | Track and prepare exhibits and support attorneys during trial. |
| 3/31/2008 | Janet S Baer | 6 | $795 | $ 4,770.00 | Attend PI estimation trial. |
| 3/31/2008 | Amanda C Basta | 3.2 | $500 | $ 1,600.00 | Attend trial (3.2); … |
| 3/31/2008 | Laura M Durity | 15.5 | $295 | $ 4,572.50 | Provide on-site estimation trial support. |
| 3/31/2008 | Ellen T Ahern | 2 | $570 | $ 1,140.00 | Attend oral argument on Rule 408 motion (1.0); attend Court re direct examination of T. Florence (1.0). |
| 3/31/2008 | David M Bernick PC | 14 | $915 | $ 12,810.00 | Prepare for and attend trial re T. Florence examination. |
| 3/31/2008 | Elli Leibenstein | 8.5 | $635 | $ 5,397.50 | …; attend trial (8.5). |
| 3/31/2008 | Scott A McMillin | 8.5 | $580 | $ 4,930.00 | Participate in estimation trial. |
|  |  | **748.2** |  | **$ 360,568.00** |  |