# EXHIBIT 2

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |
| NOTE: The last day on which to file this form is OCTOBER 31, 2008. Use this form only if you have a ZAI Claim against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | THIS SPACE IS FOR COURT USE ONLY |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): | | |
| Name and address where notices should be sent:<br><br>Telephone Number: | | |
| 1. **Building Information:**<br><br>a. **Address of the building that contains ZAI:**<br><br>_____<br><br>b. **Approximate date the building was constructed:**<br><br>_____<br><br>c. **Approximate date ZAI was installed in the building:**<br><br>_____<br><br>d. **Location within building where ZAI is located:**<br><br>_____<br><br>e. **What is your legal interest in the building (i.e., own or lease)?**<br><br>_____<br><br>f. **Date of removal of ZAI (if applicable):**<br><br>_____<br><br>\*\*\***Attach any backup documents to this form that are related to these questions.** | THIS SPACE INTENTIONALLY LEFT BLANK | |
| 2. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | | This Space is for Court Use Only |
| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _____<br>_____ | |