# EXHIBIT 6

**Exhibit 6 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29879 | BURLINGTON NORTHERN SANTA FE RAILWAY, DUSTIN C. EATON, BURNS, WHITE & HICKTON LLC, FOUR NORTHSHORE CENTER, 106 ISABELLA STREET, PITTSBURGH, PA, 15212 | US Mail (1st Class) |
| 29879 | DONALD GOLTZ, C/O RICK LAVERDIERE, 999 WESTVIEW DRIVE, HASTINGS, MN, 55033 | US Mail (1st Class) |

**Subtotal for this group: 2**