IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Reference Dkt. No. 19419 |
| | ) | |

**NOTICE OF WITHDRAWAL OF DOCUMENT FILED IN ERROR
[DOCKET NO. 19419]**

On August 29, 2008, the undersigned filed a Certification of No Objection relating to the Twenty-Fifth Monthly Interim Application of Piper Jaffray & Co. ("Piper"), Financial Advisor to David T. Austern, Future Claimants' Representative for the time period February 1, 2008 through February 29, 2008. This Certification of No Objection inadvertently referenced Piper's February fee application and intended to reference Piper's March 2008 fee application. A Certification of No Objection was previously filed on June 17, 2008, Dkt. No. 18938, regarding Piper's February 2008 fee application  The correct Certification of No Objection for Piper's March 2008 fee application will be filed with the Court subsequent to the filing of this Notice of Withdrawal.

The undersigned hereby states that Docket No. 19419 should be removed from the docket as an incorrect filing.

PHILLIPS, GOLDMAN & SPENCE P.A.

Dated: September 2, 2008    By: _____
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

—and—

Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
Debra L. Felder, admitted *pro hac vice*
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005
(202) 339-8400

Co-Counsel to David T. Austern,
Future Claimants' Representative