**SIGN-IN-SHEET**

CASE NAME: W.R. Grace & Co.
CASE NO.: 01-1139

COURTROOM : Multi-Purpose Room
DATE: 9/2/03

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|------|---------------------|---------------------|
| Jennifer Whitener | Duane, LeBoeuf LLP | Ad the Comm of Equity Sec. Holders |
| Sam Rubin | Simpson Thacher | Trustees |
| Theodore Tacconelli | Ferry, Joseph & Pearce | PD Comm/fee |
| Janis Baer | Kirkland & Ellis | Debtor |
| Kathleen P. Makowski | Pachulski Stang | Debtor |
| Patrick Reilley | Cole Schotz | Many Realty |
| Harvey Rynkowski | Frank DiPasquale | '' '' |
| Lydia Duff | W. R. Grace | Grace |
| Pam Marks | Beveridge + Diamond | Grace |
| Mark T. Hurford | Campbell + Levine | ACC |
| David Austern | Orrick Cardul | U.S. Trustee |
| David Klauder | U.S. Trustee | U.S. Trustee |
| Peter Lockwood | Caplin & Drysdale | ACC |
| Guy Neal | Sidley Austin LLP | Debtor |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

**SIGN-IN-SHEET**

CASE NAME: W.R. Grace & Co.
CASE NO.: 01-1139

COURTROOM : Multi-Purpose Room
DATE: 9/2/03

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| James ONeill | PSZJ | Debtors |
| Debra Felder | Orrick | Future Claimants' Representative |
| Ken Pasqualc | Stroock | UCC |
| Scott S. Bast | Kirkland & Ellis | Grace |
| Stephen Shimshak | Paul Weiss | Bank Lenders |
| Margaret Phillips | " | " |
| Danial K. Hogan | The Hogan Firm | Casa L ZAI Claimants |
| Christian M. Thompson | Connolly Bove Lodge & Hutz | City of Charleston |
| Michael Rossanski | Grant Morris | JCE |
| Michael E. Brown | Drinker Biddle Silett CCP | One Beacon and Seaton |
| Amras ABB | Londis Rath + GVB | Bank Lenders |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

**SIGN - IN - SHEET**

CASE NAME: W.R. Grace & Co.
CASE NO.: 01-1139

COURTROOM : Multi-Purpose Room
DATE: 9/2/03

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Jeffrey Wisler | Connolly Bove | Manville D Carmen |
| Amanda M. Winfrea | Ashby-Geddes, PA. | Macench Fresno |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

# U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Judith Fitzgerald (Visiting)
## Courtroom

Calendar Date: 09/02/2008
Calendar Time: 01:00 PM

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2360398 | Gregory Boyer | 212-813-1300 | Conway, Del Genio, Gries & Co., LLC | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2360396 | Elizabeth J. Cabraser | 415-956-1000 | Leiff, Cabraser, Heimann & Bernstein | Interested Party, Official Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2360397 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2360392 | Joseph Schwartz | 973-539-0800 ext. 8506 | Riker, Danzig, Scherer, Hyland & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2308325 | Marti Murray | 646-445-8000 | Babson Capital Management, Inc | Interested Party, Babson Capital Management, Inc. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2360387 | Jay Sakalo | 305-375-6156 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2360388 | Matthew Kramer | 305-350-7245 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2360389 | Alan Runyan | 803-943-4599 | Speights & Runyan | Claimant, Official Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2360391 | Elizabeth Devine | 202-973-9374 | LECG | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2360394 | Darrell Scott | 509-465-3966 | Scott Law Group | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2360393 | Daniel Speights | 803-943-4444 | Speights & Runyan | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2351729 | Anne Marie Aaronson | 215-981-4065 ext. 00 | Pepper Hamilton, LLP | Creditor, BNSF Railway Company / LISTEN ONLY |

Erika Orozco

| Company | Case | Type | ID | Name | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 2353543 | Beau Harbour | 646-403-8236 | Citadel Investment Group | Interested Party, Citadel Investment Group / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2354261 | James J. Restivo | 412-288-3122 | Reed, Smith, Shaw & McClay | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2356130 | Tara Nauful | 803-779-3080 | Haynsworth Sinkler Boyd, P.A. | Interested Party, City of Charleston, South Carolina / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2360465 | Ari Berman | 212-237-0228 | Vinson & Elkins LLP | Interested Party, Vinson & Elkins LLP / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2360390 | Marion Fairey | 803-943-4444 | Speights & Runyan | Interested Party, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2353377 | Lewis Kruger | 212-806-5430 | Stroock & Stroock & Lavan LLP | Creditor, Official Committee of Unsecured Creditors / LIVE (New |
| W. R. Grace & Co. | 01-01139 | Hearing | 2362853 | Andrew K. Craig | 973-734-3200 | Cozier Burk, LLP | Creditor, Allstate Insurance Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2360422 | Joshua Katz | 831-531-4682 | Hamilton, Rabinovitz & Alschuler | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2359508 | Ramsey Lewis | 973-367-3521 | Drinker Biddle & Reath LLP | Creditor, American Employers Insurance Company, et al / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2353268 | Robert J. Givone | 212-313-9767 | Brencourt Advisors | Interested Party, Brencourt Advisors / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2361678 | Brian Pastuszenski | 617-570-1094 | Goodwin Procter LLP | Creditor, CNA / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2366408 | David Siegel | 802-253-9264 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2352204 | Sander L. Esserman | 214-969-4910 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2353870 | Laura Hammond | 212-301-8307 | Dune Capital Management | Interested Party, Laura Hammond / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2353323 | Jennifer Whitener | 212-259-7106 | Dewey & LeBoeuf LLP | Creditor, Ad Hoc Committee of Equity Security Holders / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2356398 | Theodore Freedman | 212-446-4800 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2359493 | Terence D. Edwards | 415-989-1800 | The Brandi Law Firm | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2367391 | Jason Solganick | 212-284-9596 | Piper Jaffray & Co. | Other Prof., David T. Austern, Future Claimants Representative / LISTEN ONLY |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 2356467 | Barbara Harding | 202-879-5081 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2350952 | Shayne Spencer | 212-269-4900 | Ford Marrin Esposito Witmeyer & | Interested Party, Ford Marrin Esposito Witmeyer & Gleser, L.L.P. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2366423 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2351032 | Gerald George | 415-983-7263 | Pillsbury Winthrop Shaw Pittman LLP | Creditor, Macerich Fresno Limited Partners / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2359482 | Richard Levy | 212-326-0886 | Pryor Cashman LLP | Interested Party, Asbestos Property Damage Claimants represented by Dies & Hite, LLP / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2359364 | Arlene Krieger | 212-806-5544 | Stroock & Stroock & Lavan LLP (New | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2366760 | Gentry Klein | 203-552-3542 | Cetus Capital | Interested Party, Cetus Capital / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2352209 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2359489 | Martin Dies | 512-476-4394 | Dies & Hite LLP | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2352235 | John C. Phillips, Jr. | 302-655-4200 | Phillips, Goldman & Spence, P.A. | Other Prof., David T. Austem / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2352372 | Christina J. Kang | 212-478-7200 | Hahn & Hessen | Interested Party, State of California / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2350988 | Melanie Dritz | 212-230-8819 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Hartford Financial Service Group, Inc./ LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2366400 | Paul J. Norris | 410-531-4362 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2350984 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2350898 | Peg Brickley | 302-778-5386 | Dow Jones News Wires | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2369287 | Dale R. Cockrell | 406-751-6003 | Christensen, Moore, Cockrell, | Interested Party, State of Montana / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2354275 | Douglas E. Cameron | 412-288-4104 | Reed, Smith, Shaw & McClay | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2352206 | Van J. Hooker | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2356461 | Lisa Esayian | 312-861-2226 | Kirkland & Ellis | Debtor, W.R. Grace & Co. / LIVE |

Erika Orozco

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 2368582 | Jacqueline Dais-Visca | 416-952-7911 | Office of the Attorney General | Interested Party, Her Majesty the Queen in Right of Canada / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2356437 | Janet Baer | 212-446-4800 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2358118 | Alex Mueller | 212-261-8296 | Mendes & Mount | Interested Party, London Market Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2359478 | Scott L. Baena | 305-350-2403 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2367387 | Joseph Radecki | 203-359-5646 | Tre Angeli LLC | Other Prof., David T. Austern, Future Claimants Representative / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2367410 | Andrew Chan | 212-526-4503 | Lehman Brothers | Creditor, Lehman Brothers / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2353303 | Robert M. Horkovich | 212-278-1000 | Anderson Kill & Olick | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2353311 | Walter Slocombe | 202-862-5000 | Caplin & Drysdale | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2356866 | David R. Beame | 610-478-2210 | Stevens & Lee, P.C. | Interested Party, Fireman's Fund Insurance Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2367388 | Debra Felder | 202-339-8567 | Orrick Herrington & Sutcliffe | Other Prof., David T. Austern, Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2356445 | David M. Bernick | 312-861-2248 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |

Erika Orozco

CourtConfCal2006