IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 19267)

On August 8, 2008, Buchanan Ingersoll & Rooney PC, ("Buchanan"), co-counsel to the Official Committee of Equity Holders, filed its Twenty-Ninth Quarterly Fee Application of Buchanan Ingersoll & Rooney, Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from April1, 2008 through June 30, 2008 (the "Application").  The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on August 28, 2008.  The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Buchanan respectfully requests that the Court enter an order approving this Application at its earliest convenience.

BUCHANAN INGERSOLL & ROONEY PC

By   /s/ Teresa K.D. Currier
     Teresa K. D. Currier (No. 3080)
     The Brandywine Building
     1000 West St. - Suite 1410
     Wilmington, DE 19801

-and-

KRLS/Wilm 58748v1

|  |  |
|---|---|
|  | KRAMER LEVIN NAFTALIS & FRANKEL LLP |
|  | Philip Bentley, Esq. |
|  | Douglas H. Mannal, Esq. |
|  | 1177 Avenue of the Americas |
|  | New York, New York 10036 |
|  | (212) 715-9100 |
| Dated: September 2, 2008 | Co-Counsel to the Official Committee of Equity Holders |

KRLS/Wilm 58748v1
#1013070-v1