IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al. | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Re: Docket No. 17905 and** |
| | ) | **9/2/08 Agenda Item No. 1** |

**ORDER REGARDING RELIEF SOUGHT IN DEBTORS' OBJECTION TO CLAIM FILED BY MASSACHUSETTS DEPARTMENT OF REVENUE**

Upon the Objection to Claim Filed By Massachusetts Department Of Revenue (the "Objection") filed by the above-captioned debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order (i) reducing Proof of Claim # 15370 (the "Claim") in part, and reserving the remainder of the Claim for adjudication at a later date, and (ii) requesting adjudication of the reduced Claim in this Court; and no previous application having been made, and upon consideration of the matters set forth herein; and due and proper notice of the Objection having been given, it is hereby

ORDERED that, the Objection to the Claim is continued to the September 29, 2008 omnibus hearing; and it is further

ORDERED that, the rights of the Debtors to object to the Claim for any reason are expressly preserved; and it is further

ORDERED that, this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: 9/2, 2008

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

DOCS_DE:130407.12