```
Date: 09/01/08              Legal Analysis Systems, Inc.
Time: 10:00am                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                  HOURS/RATE    AMOUNT
-----------------------------------------------------------------------------
 07/09/08  Peterson  / (07) Committee, Creditors'              0.6    480.00
 #5501     telephone McMillan and Finch re: Libby claims     800.00

 07/20/08  Peterson  / (07) Committee, Creditors'              2.2   1760.00
 #5513     review Trust liability forecasts at request of    800.00
           McMillan

 07/30/08  Peterson  / (07) Committee, Creditors'              2.5   2000.00
 #5517     review inflation issues for trust, send memo to   800.00
           McMillan
```

{D0129861.1 }

```
Date: 09/01/08          Legal Analysis Systems, Inc.
Time: 10:00am                                                         Page 2

                    W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 07/11/08  Peterson  / (16) Plan and Disclosure Statement      0.8      640.00
 #5505     work on alternative Libby TDP values              800.00

 07/11/08  Relles    / (16) Plan and Disclosure Statement      2.0      950.00
 #5702     work on Libby TDP                                 475.00

 07/13/08  Peterson  / (16) Plan and Disclosure Statement      0.5      400.00
 #5506     telephone Relles re: Libby TDP                   800.00

 07/13/08  Peterson  / (16) Plan and Disclosure Statement      1.4     1120.00
 #5507     review TDP re: Libby claims, generally           800.00

 07/13/08  Peterson  / (16) Plan and Disclosure Statement      1.0      800.00
 #5508     address Libby TDP issues                         800.00

 07/13/08  Relles    / (16) Plan and Disclosure Statement      0.5      237.50
 #5703     telephone Peterson re: Libby TDP                 475.00

 07/13/08  Relles    / (16) Plan and Disclosure Statement      1.2      570.00
 #5705     run Libby TDP with several alternative values    475.00

 07/13/08  Relles    / (16) Plan and Disclosure Statement      1.8      855.00
 #5706     run non-Libby TDP with several alternative values 475.00

 07/14/08  Peterson  / (16) Plan and Disclosure Statement      2.8     2240.00
 #5510     review series of output on Libby liability under 800.00
           alternative TDPs

 07/14/08  Peterson  / (16) Plan and Disclosure Statement      4.3     3440.00
 #5511     draft memo on effects of proposed Libby TDP      800.00
           treatment on other asbestos claims

 07/15/08  Peterson  / (16) Plan and Disclosure Statement      3.2     2560.00
 #5512     finish and send memo on effects of proposed Libby 800.00
           TDP values

 07/22/08  Peterson  / (16) Plan and Disclosure Statement      3.4     2720.00
 #5514     review historic settlement and TDP values; send memo 800.00
           to McMillan
```

{D0129861.1 }

```
Date: 09/01/08            Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 3

                         W. R. Grace


Date/Slip# Description                                    HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 07/09/08  Peterson  / (28) Data Analysis                        1.5   1200.00
 #5502     review data and analyses of Libby claims            800.00

 07/11/08  Peterson  / (28) Data Analysis                        1.0    800.00
 #5503     telephone Relles re: forecast for Libby claims      800.00
           (several)

 07/11/08  Peterson  / (28) Data Analysis                        1.0    800.00
 #5504     review Libby claims and forecast                    800.00

 07/11/08  Relles    / (28) Data Analysis                        1.0    475.00
 #5701     telephone Peterson re: forecast for Libby claims    475.00
           (several)

 07/13/08  Relles    / (28) Data Analysis                        0.5    237.50
 #5704     regenerate average values from proposed scheduled   475.00
           values and maxima

 07/14/08  Peterson  / (28) Data Analysis                        0.7    560.00
 #5509     telephone Relles re: Libby runs                     800.00

 07/14/08  Relles    / (28) Data Analysis                        2.0    950.00
 #5707     update Libby runs, summarize results               475.00

 07/14/08  Relles    / (28) Data Analysis                        0.7    332.50
 #5708     telephone Peterson re: Libby runs                   475.00

 07/14/08  Relles    / (28) Data Analysis                        1.0    475.00
 #5709     make additional Libby runs and summaries            475.00

 07/22/08  Peterson  / (28) Data Analysis                        2.3   1840.00
 #5515     review files and send drafts of declarations to     800.00
           counsel

 07/28/08  Peterson  / (28) Data Analysis                        2.1   1680.00
 #5516     review parameters for payment percentage            800.00
-------------------------------------------------------------------------------
```

{D0129861.1 }

```
Date: 09/01/08           Legal Analysis Systems, Inc.
Time: 10:00am                                                             Page 4

                 W. R. Grace

              Summary Of Time Charges, By Month and Activity
                         July 2008 - July 2008

     MONTH      ACTIVITY                                      HOURS     AMOUNT
     ---------------------------------------------------------------------------
     July     - (07) Committee, Creditors'                      5.3    4240.00
     July     - (16) Plan and Disclosure Statement             22.9   16532.50
     July     - (28) Data Analysis                             13.8    9350.00
     July     - (99) Total                                     42.0   30122.50

     Total    - (07) Committee, Creditors'                      5.3    4240.00
     Total    - (16) Plan and Disclosure Statement             22.9   16532.50
     Total    - (28) Data Analysis                             13.8    9350.00
     Total    - (99) Total                                     42.0   30122.50
     ---------------------------------------------------------------------------
```

{D0129861.1 }

```
Date: 09/01/08            Legal Analysis Systems, Inc.
Time: 10:00am                                                                 Page 5

                    W. R. Grace

              Summary Of Time Charges, By Month and Person
                       July 2008 - July 2008

   MONTH       PERSON                                              HOURS      AMOUNT
   ----------------------------------------------------------------------------------
   July      - Relles                                               10.7     5082.50
   July      - Peterson                                             31.3    25040.00
   July      - Total                                                42.0    30122.50

   Total     - Relles                                               10.7     5082.50
   Total     - Peterson                                             31.3    25040.00
   Total     - Total                                                42.0    30122.50

   ----------------------------------------------------------------------------------
```

{D0129861.1 }

```
Date: 09/01/08        Legal Analysis Systems, Inc.
Time: 10:00am                                                          Page 6

              W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                        July 2008 - July 2008

  MONTH       PERSON                                HOURS    RATE     AMOUNT
  ---------------------------------------------------------------------------
  (07) Committee, Creditors'

  July      - Peterson                                5.3    800.    4240.00

  (16) Plan and Disclosure Statement

  July      - Relles                                  5.5    475.    2612.50
  July      - Peterson                               17.4    800.   13920.00

  (28) Data Analysis

  July      - Relles                                  5.2    475.    2470.00
  July      - Peterson                                8.6    800.    6880.00

  ---------------------------------------------------------------------------
```

{D0129861.1 }