# EXHIBIT A

**Asset Analysis and Recovery (.10 Hours; $ 84.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $840 | 84.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/10/08 | PVL | 840.00 | 0.10 | Review CEAI letter. |

**Total Task Code .01    .10**


**Business Operations (.20 Hours; $ 168.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $840 | 168.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/20/08 | PVL | 840.00 | 0.10 | Review draft motion re technology investment and email Baer. |
| 07/28/08 | PVL | 840.00 | 0.10 | Review Sinclair email. |

**Total Task Code .03    .20**


**Case Administration (6.10 Hours; $ 2,466.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.00 | $840 | 840.00 |
| Rita C. Tobin | .80 | $530 | 424.00 |
| James P. Wehner | .80 | $475 | 380.00 |
| David B. Smith | 3.50 | $235 | 822.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|

{D0129875.1 }

| 07/02/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and dockets re EI update (.2) |
| 07/03/08 | PVL | 840.00 | 0.10 | Review draft motion re ZAI counsel. |
| 07/07/08 | PVL | 840.00 | 0.10 | Review 5/08 MOR. |
| 07/08/08 | PVL | 840.00 | 0.10 | Review 3 misc. filings and misc. email. |
| 07/10/08 | DBS | 235.00 | 1.40 | Compile trial testimony and demonstratives of expert witness at estimation hearing for attorney review. |
| 07/11/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and dockets re EI update (.2) |
| 07/14/08 | DBS | 235.00 | 1.00 | Compile plans of reorganization from relevant bankruptcy proceedings for attorney review. |
| 07/15/08 | PVL | 840.00 | 0.10 | Review 15 miscellaneous filings. |
| 07/15/08 | JPW | 475.00 | 0.20 | Check bankruptcy status |
| 07/18/08 | PVL | 840.00 | 0.20 | Prep for omni hearing. |
| 07/18/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and dockets re EI update (.2) |
| 07/22/08 | PVL | 840.00 | 0.10 | Review Hurford memo to comm and reply. |
| 07/24/08 | PVL | 840.00 | 0.20 | Review draft Hurford memo and reply (.1); review 5 miscellaneous filings (.1). |
| 07/24/08 | JPW | 475.00 | 0.60 | LTC bankruptcy update - review recent filings |
| 07/25/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and docket re EI update (.2) |
| 07/28/08 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |
| 07/29/08 | DBS | 235.00 | 1.10 | Cite check memorandum. |

**Total Task Code .04      6.10**

**Claim Analysis Objection & Resolution (Asbestos) (2.30 Hours; $ 1,932.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.30 | $840 | 1,932.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/08/08 | PVL | 840.00 | 0.50 | Review comments to EPA SAB. |
| 07/09/08 | PVL | 840.00 | 0.10 | Review Montana DEQ joinder. |
| 07/11/08 | PVL | 840.00 | 0.50 | Review MCC and CCC resps. to BNSF motion (.2), review AKO memo re Scotts (.1), review Grace brief re NJDEP appeal (.2). |
| 07/15/08 | PVL | 840.00 | 0.10 | Review Grace surreply re Anderson class cert. appeal. |
| 07/16/08 | PVL | 840.00 | 1.10 | Teleconference Hughes, Clark, Baer, Wyron et al. |

**Total Task Code .05      2.30**

**Claim Analysis Objection & Resolution (Non-Asbestos) (1.20 Hours; $ 594.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jeffrey A. Liesemer | 1.20 | $495 | 594.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/30/08 | JAL | 495.00 | 1.20 | Further review and analysis of materials relating to default interest rate issue. |

**Total Task Code .06      1.20**

**Employment Applications, Others (2.90 Hours; $ 1,827.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Bernard Bailor | 2.90 | $630 | 1,827.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/30/08 | BSB | 630.00 | 0.90 | FOIA Research |
| 07/31/08 | BSB | 630.00 | 2.00 | FOIA Requests |

**Total Task Code .10        2.90**

**Fee Applications, Applicant (7.10 Hours; $ 3,275.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 5.60 | $530 | 2,968.00 |
| Andrew D. Katznelson | 1.50 | $205 | 307.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/08 | RCT | 530.00 | 1.00 | Address fee and expense issues (1.0) |
| 07/08/08 | RCT | 530.00 | 1.50 | Review pre-bills (1.5) |
| 07/09/08 | RCT | 530.00 | 0.70 | Address fee issue (.7) |
| 07/09/08 | RCT | 530.00 | 0.80 | Review exhibits (.8) |
| 07/16/08 | RCT | 530.00 | 0.30 | Address fee and scheduling issues (.3) |
| 07/22/08 | ADK | 205.00 | 1.00 | Worked on fee application. |
| 07/23/08 | RCT | 530.00 | 0.50 | Review monthly fee applications (.5) |
| 07/23/08 | ADK | 205.00 | 0.50 | Worked on fee application. |
| 07/24/08 | RCT | 530.00 | 0.60 | Address fee issues (.6) |
| 07/29/08 | RCT | 530.00 | 0.20 | Review fee schedules for August (.2) |

**Total Task Code .12        7.10**

**Fee Applications, Others (.10 Hours; $ 84.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $840 | 84.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/29/08 | PVL | 840.00 | 0.10 | Review 4 miscellaneous fee applications. |

**Total Task Code .13       .10**


**Financing (.10 Hours; $ 84.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .10 | $840 | 84.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/08 | PVL | 840.00 | 0.10 | Review COLI motion. |

**Total Task Code .14       .10**


**Hearings (4.00 Hours; $ 3,360.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 4.00 | $840 | 3,360.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/14/08 | PVL | 840.00 | 0.50 | Teleconference Horkovich (.4); review agenda and email Hurford (.1). |
| 07/21/08 | PVL | 840.00 | 3.50 | Attend omni hearing. |

**Total Task Code .15       4.00**

**Litigation and Litigation Consulting (79.70 Hours; $ 35,548.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | .10 | $920 | 92.00 |
| Nathan D. Finch | 42.70 | $610 | 26,047.00 |
| Andrew J. Sackett | 36.90 | $255 | 9,409.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/08 | NDF | 610.00 | 2.10 | Work on chrysotile project v. tremolite to address Libby issues. |
| 07/02/08 | NDF | 610.00 | 4.50 | Review EI memo re TDP issues (0.5); edit Peterson analysis (4.0). |
| 07/07/08 | EI | 920.00 | 0.10 | Review ZAI order. |
| 07/07/08 | NDF | 610.00 | 0.60 | Review pleading filed by Equity Committee re interest issues (0.5); respond to Cooney re bar date for ZAI (0.1). |
| 07/08/08 | NDF | 610.00 | 2.60 | Telephone conference with Welch re TDP issues (0.5); review medical articles and insurance policy memos related to issues re Libby (2.1). |
| 07/09/08 | NDF | 610.00 | 2.50 | Draft letter response to Cohn's June 25 letter (1.0); confer with ACM re TDP issues (0.5); telephone conference with Peterson and ACM re TDP issues (0.5); begin review of new article re Libby fiber and disease elsewhere (0.5). |
| 07/10/08 | NDF | 610.00 | 2.60 | Review medical articles re Libby (1.5); telephone conference with Horkovich re insurance issues (0.5); review insurance policies re Libby issues (0.6). |
| 07/11/08 | NDF | 610.00 | 1.90 | Edit and revise letter to Cohn (0.8); review pleadings filed re interest rate issue (1.0); email to EI re same (0.1). |
| 07/13/08 | NDF | 610.00 | 0.50 | Email to various experts re Libby issues and responses to same. |
| 07/14/08 | NDF | 610.00 | 3.50 | Revise and edit letter to Cohn. |
| 07/15/08 | NDF | 610.00 | 3.50 | Telephone conference with EI and ACM re Libby issues (0.6); revise letter in light of Welch and |

| | | | | |
|---|---|---|---|---|
| | | | | Peterson comments (0.5); review Peterson memo re nonmalignant claims (0.3); review medical articles re chrysotile issue v. tremolite (2.1). |
| 07/16/08 | NDF | 610.00 | 1.00 | Telephone conference with EI re Libby wrongful death issues (0.5); review and revise letter to Cohn (0.3); review agenda for 7/22 hearing and email re same (0.2). |
| 07/17/08 | NDF | 610.00 | 2.00 | Work on TDP re Libby issues. |
| 07/18/08 | NDF | 610.00 | 1.40 | Emails to EI and ACM re Cohn letter (0.5); review Libby vermiculite article recently published (0.9). |
| 07/18/08 | AJS | 255.00 | 0.30 | Meeting with NDF and ACM regarding wrongful death action research. |
| 07/20/08 | NDF | 610.00 | 0.30 | Review ACM edits to TDP and comment on same. |
| 07/21/08 | AJS | 255.00 | 4.80 | Legal research regarding wrongful death actions. |
| 07/22/08 | AJS | 255.00 | 7.00 | Legal research regarding wrongful death actions. |
| 07/23/08 | NDF | 610.00 | 0.50 | Work on TDP issues. |
| 07/24/08 | NDF | 610.00 | 1.40 | Review memos re insurance issues and send emails re same (1.1); review memo re 7/22 hearings (0.1); response to email about Libby claimant meeting (0.2). |
| 07/24/08 | AJS | 255.00 | 4.50 | Legal research regarding wrongful death actions. |
| 07/25/08 | NDF | 610.00 | 1.20 | Review insurance memos from Horkovich. |
| 07/28/08 | NDF | 610.00 | 3.30 | Review TDP and materials re Libby to prepare for 7/30 meeting with Libby counsel (2.8); email correspondence with Horkovich re insurance issues (0.5). |
| 07/28/08 | AJS | 255.00 | 6.80 | Legal research regarding wrongful death actions. |
| 07/29/08 | NDF | 610.00 | 2.40 | Plan issues - Libby - review TDP (1.2); teleconference with J. Heberling re case issues (0.7); prepare memo re same (0.5). |
| 07/29/08 | AJS | 255.00 | 5.80 | Legal research regarding wrongful death actions. |
| 07/29/08 | AJS | 255.00 | 1.80 | Preparation of memo regarding wrongful death actions. |

| Date | Init | Rate | Hours | Narrative |
|---|---|---|---|---|
| 07/30/08 | NDF | 610.00 | 4.90 | Meet with Libby lawyers re TDP issues (3.5); prepare for same (0.9); confer with J. Cooney (0.5). |
| 07/30/08 | AJS | 255.00 | 5.90 | Legal research regarding wrongful death actions. |

**Total Task Code.16         79.70**


**Plan & Disclosure Statement (162.10 Hours; $ 101,647.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 17.80 | $920 | 16,376.00 |
| Peter Van N. Lockwood | 31.60 | $840 | 26,544.00 |
| Ann C. McMillan | 34.60 | $580 | 20,068.00 |
| Jeffrey A. Liesemer | 78.10 | $495 | 38,659.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/01/08 | PVL | 840.00 | 1.50 | Review Horkovich email and reply (.1), review revised POR (1.4). |
| 07/01/08 | EI | 920.00 | 0.10 | Reviewing insurance issue (.1). |
| 07/02/08 | PVL | 840.00 | 0.50 | Telephone call from Boll re POR. |
| 07/02/08 | EI | 920.00 | 1.40 | Midland offer review (.1); Cohn letter review and memo to NDF and ACM re: same (1.3). |
| 07/02/08 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges between counsel re: draft plan of reorganization. |
| 07/03/08 | PVL | 840.00 | 0.60 | Review revised draft POR (.5), review Wallace email (.1). |
| 07/03/08 | PVL | 840.00 | 0.10 | Review Aldock email and email Horkovich. |
| 07/03/08 | EI | 920.00 | 0.60 | Libby medical article review (.3); memo PVNL re: PR issue (.1); insurance issues with Horkovich (.2). |
| 07/03/08 | JAL | 495.00 | 0.80 | Review and analysis of materials relating to plan issues. |
| 07/05/08 | PVL | 840.00 | 0.10 | Review EI email and NDF reply. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 07/07/08 | PVL | 840.00 | 0.30 | Conference with JAL (.1), review emails and reply (.1), review Frankel email and email EI (.1). |
| 07/07/08 | ACM | 580.00 | 1.30 | Review Libby claimant issues. |
| 07/07/08 | JAL | 495.00 | 0.20 | Reviewed memo from R. Frankel and R. Wyron re: issues relating to plan and term sheets. |
| 07/07/08 | JAL | 495.00 | 1.30 | Review and analysis of materials relating to draft plan of reorganization (1.1); telephone call w/PVNL re: same (.20). |
| 07/07/08 | JAL | 495.00 | 0.90 | Drafting and revisions to proposed Cooperation Agreement. |
| 07/08/08 | PVL | 840.00 | 1.10 | Review Equity Comm. joinder re UCC interest (.1), telephone call from EI re POR (.7), review emails (.1), review Orrick POR draft resp. (.2). |
| 07/08/08 | EI | 920.00 | 1.60 | Reviewing Futures Rep's TDP changes with ACM (.6); plan issues with PVNL (1.0). |
| 07/08/08 | ACM | 580.00 | 1.10 | Teleconference EI re FCR comments on TDP; review same. |
| 07/08/08 | JAL | 495.00 | 2.30 | Review and analysis of draft plan of reorganization. |
| 07/08/08 | JAL | 495.00 | 0.40 | Review and analysis of materials relating to draft plan and term sheets. |
| 07/08/08 | JAL | 495.00 | 1.90 | Drafted and revised memo to PVNL re: comments on the draft Plan. |
| 07/08/08 | JAL | 495.00 | 0.20 | Drafted memo to FCR's counsel re: subordination issue. |
| 07/08/08 | JAL | 495.00 | 1.00 | Review and analysis of FCR's markup of insurance-related provisions in the draft plan. |
| 07/08/08 | JAL | 495.00 | 1.00 | Revisions to draft of cooperation agreement. |
| 07/09/08 | PVL | 840.00 | 1.30 | Review emails and reply (.2), conference with JAL (.1), review revised POR and email comments to Wallace et al. (1.0). |
| 07/09/08 | EI | 920.00 | 0.20 | Review Libby status (.1); arranging call with Frankle (.1). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 07/09/08 | ACM | 580.00 | 1.20 | Teleconference M. Peterson, NDF re Libby issues; conference NDF re same; review Cohn letter. |
| 07/09/08 | JAL | 495.00 | 1.50 | Further review and analysis of FCR's proposed insurance provisions to the draft plan. |
| 07/09/08 | JAL | 495.00 | 0.90 | Review and analysis of materials related to plan issues. |
| 07/09/08 | JAL | 495.00 | 0.20 | Telephone call w/S. Levine re: insurance assignment issues. |
| 07/09/08 | JAL | 495.00 | 0.40 | Drafted and revised memo to PVNL re: the mark-up by the FCR's counsel of the insurance-related provisions in the plan. |
| 07/09/08 | JAL | 495.00 | 0.40 | Drafted and revised memo to PVNL addressing issue related to draft plan and term sheets. |
| 07/09/08 | JAL | 495.00 | 4.40 | Review of materials and drafting of language relating to insurance assignment agreement. |
| 07/09/08 | JAL | 495.00 | 0.20 | Second telephone call w/S. Levine re: insurance assignment issues. |
| 07/09/08 | JAL | 495.00 | 0.10 | Telephone call w/M. Wallace re: her mark-up of the draft plan of reorganization. |
| 07/09/08 | JAL | 495.00 | 0.10 | Reviewed e-mail from PVNL re: the FCR's mark-up of the draft plan's insurance provisions. |
| 07/10/08 | PVL | 840.00 | 2.50 | Teleconference with Frankel, Wyron, Wallace, Felder, EI and JAL re POR (1.0), conference with ACM (.1), conference with JAL (.2), review draft POR revs. (.7), telephone call from Wyron re same (.3), review emails and reply re same (.1), review Horkovich email and reply (.1). |
| 07/10/08 | EI | 920.00 | 1.20 | Prepare for call (.1); review ZAI inquiry (.1); conf. Frankel, et al., PVNL, JAL re: plan status (1.0). |
| 07/10/08 | ACM | 580.00 | 1.10 | Conference PVNL, JAL re Cooperation Agreement and Insurance Rights Agreement; review Cooperation Agreement; exchange e-mails with M. Eskin re same. |
| 07/10/08 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges between PVNL and EI re: draft plan and term sheet issues. |

| | | | | |
|---|---|---|---|---|
| 07/10/08 | JAL | 495.00 | 1.00 | Telephone conference w/EI, PVNL, and FCR's counsel re: draft plan and term sheet issues. |
| 07/10/08 | JAL | 495.00 | 3.80 | Further drafting and revisions of insurance assignment language. |
| 07/10/08 | JAL | 495.00 | 0.10 | Telephone call from S. Levine re: insurance assignment language. |
| 07/10/08 | JAL | 495.00 | 1.00 | Review and analysis of FCR's revised mark-up and insurance provisions in draft plan. |
| 07/10/08 | JAL | 495.00 | 0.20 | Review of FCR's revised mark-up of other plan provisions. |
| 07/10/08 | JAL | 495.00 | 0.20 | Office conference w/PVNL re: issues relating to plan, draft cooperation agreement, and insurance agreement. |
| 07/10/08 | JAL | 495.00 | 0.70 | Review and analysis of materials related to PI insurance assignment. |
| 07/10/08 | JAL | 495.00 | 0.30 | Telephone call w/R. Wyron re: mark-up of insurance-related provisions in the plan. |
| 07/10/08 | JAL | 495.00 | 0.20 | Reviewed e-mail correspondence between PVNL and R. Horkovich re: plan insurance issues. |
| 07/11/08 | PVL | 840.00 | 4.20 | Teleconference with Horkovich, Austern, Frankel, Wyron & Felder (1.1), teleconference with Freedman, Baer, Wyron, Wallace et al. (2.2), review UCC brief re interest (.7), review emails (.1), email Wyron (1.). |
| 07/11/08 | ACM | 580.00 | 2.80 | Draft proposed response to Cohn letter; exchange e-mails with NDF re same; exchange e-mails with JWD re TDP matter; review FCR comments on TDP; teleconference NDF re sequencing adjustments. |
| 07/11/08 | JAL | 495.00 | 2.30 | Telephone conference w/PVNL, the FCR's attorneys, and Grace attorneys re: plan and insurance provision issues. |
| 07/11/08 | JAL | 495.00 | 2.00 | Further review and analysis of insurance assignment provisions in preparation of assignment agreement. |
| 07/12/08 | PVL | 840.00 | 1.30 | Review bank debt holders brief re interest (1.0), review B&W, CE and Congoleum ins. assignment agmts. (.2), review draft coop. agmt. (.1). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 07/13/08 | ACM | 580.00 | 0.70 | Draft proposed response to Cohn letter. |
| 07/14/08 | PVL | 840.00 | 0.90 | Review ACM email and reply (.2); review misc. emails (.1); review Edwards appeal brief (.6). |
| 07/14/08 | EI | 920.00 | 0.30 | Review weekly report (.1) and Libby letter status (.2). |
| 07/14/08 | ACM | 580.00 | 5.20 | Teleconference EI re Libby issues; teleconference NDF re same; revise TDP re FCR comments; review Cooperation Agreement; exchange e-mails with PVNL re same. |
| 07/14/08 | JAL | 495.00 | 0.60 | Review and analysis of materials relating to plan and term sheet issues. |
| 07/14/08 | JAL | 495.00 | 0.20 | Further drafting and revising of insurance assignment agreement. |
| 07/14/08 | JAL | 495.00 | 0.30 | Drafted and revised memo to DBS re: insurance-related plan issues. |
| 07/14/08 | JAL | 495.00 | 0.10 | Drafted e-mail to D. Felder re: bonded judgments issue. |
| 07/14/08 | JAL | 495.00 | 0.30 | Brief review of materials related to the Edwards bonded judgment. |
| 07/14/08 | JAL | 495.00 | 1.40 | Review and analysis of materials relating to drafting of insurance assignment agreement. |
| 07/14/08 | JAL | 495.00 | 0.60 | Further drafting and revisions to insurance assignment agreement. |
| 07/15/08 | EI | 920.00 | 1.80 | Review Frankel memo (.2); read NDF/ACM Libby draft (.6); t/c NDF/ACM re: Libby draft (.7); address wrongful death issues (.3). |
| 07/15/08 | ACM | 580.00 | 3.50 | Conference NDF re letter to D. Cohn re TDP; conference NDF, EI re same; revise letter; exchange e-mails with various persons re TDP issues; revise TDP. |
| 07/15/08 | JAL | 495.00 | 3.30 | Further drafting and revisions to draft asbestos PI insurance assignment agreement and related plan provisions. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 07/15/08 | JAL | 495.00 | 0.90 | Review and analysis of materials in connection with Edward bonded judgment issues. |
| 07/16/08 | PVL | 840.00 | 1.00 | Teleconference Wyron re POR and TDP (.8); review email re coop agreement and reply (.2). |
| 07/16/08 | EI | 920.00 | 1.40 | T/c NDF/ACM re: Cohn letter response (.3); revised draft and t/c ACM (1.0); Rice re: ZAI (.1). |
| 07/16/08 | ACM | 580.00 | 4.10 | Teleconference NDF, EI re TDP issues; revise letter to D. Cohn re TDP; teleconference EI re same; exchange e-mails with M. Eskin, PVNL, JAL re Cooperation Agreement; revise TDP. |
| 07/16/08 | JAL | 495.00 | 2.90 | Further review and analysis of materials relating to Edwards bonded judgment. |
| 07/16/08 | JAL | 495.00 | 3.30 | Further drafting and edits to draft Asbestos PI Insurance Rights Assignment Agreement and parallel changes to the Plan. |
| 07/16/08 | JAL | 495.00 | 0.90 | Tele. conf. w/PVNL, FCR counsel, and Grace counsel re: Edwards bonded judgment. |
| 07/17/08 | EI | 920.00 | 0.10 | Status inquiries with Freedman. |
| 07/17/08 | ACM | 580.00 | 0.80 | Meeting with NDF, AJS re wrongful death research project; exchange e-mails AJS re same. |
| 07/18/08 | PVL | 840.00 | 0.90 | Review email and reply (.2); review draft ins assignment agreement and email JAL et al (.7). |
| 07/18/08 | EI | 920.00 | 1.00 | Review Cohn response draft and cover memo (.7); t/c ACM re: same (.3). |
| 07/18/08 | ACM | 580.00 | 3.00 | Draft memo to Negotiating Subcommittee; teleconference EI re same; revise letter to Cohn. |
| 07/18/08 | JAL | 495.00 | 2.10 | Further drafting and revisions to cooperation agreement. |
| 07/18/08 | JAL | 495.00 | 0.40 | Further editing and revisions to draft asbestos insurance assignment agreement. |
| 07/18/08 | JAL | 495.00 | 0.20 | Brief legal research re: issue pertaining to draft plan. |
| 07/20/08 | PVL | 840.00 | 1.20 | Review draft POR exhibit agreements. |
| 07/20/08 | ACM | 580.00 | 1.40 | Revise TDP; exchange e-mails with NDF re same. |

Case 01-01139-AMC    Doc 19442-1    Filed 09/03/08    Page 14 of 19

14

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 07/21/08 | PVL | 840.00 | 1.70 | Confer Kruger and Rosenberg (.3); confer Frankel (.5); review draft reg rights agreement (.5); review draft warrant agreement (.3); review Horkovich email and reply (.1). |
| 07/21/08 | EI | 920.00 | 0.10 | Meeting scheduling (.1). |
| 07/21/08 | ACM | 580.00 | 1.30 | Revise TDP. |
| 07/21/08 | JAL | 495.00 | 0.10 | Drafted response e-mail to PVNL and R. Wyron re: recent drafts of deal documents from Grace. |
| 07/21/08 | JAL | 495.00 | 0.10 | Reviewed comments from PVNL on draft asbestos PI insurance assignment agreement. |
| 07/21/08 | JAL | 495.00 | 0.10 | Drafted response e-mail to PVNL re: the draft asbestos PI insurance assignment agreement. |
| 07/21/08 | JAL | 495.00 | 1.40 | Further revisions and editing to draft asbestos PI insurance assignment agreement. |
| 07/21/08 | JAL | 495.00 | 3.70 | Review and analysis of draft corporate documents to accompany plan of reorganization. |
| 07/21/08 | JAL | 495.00 | 1.40 | Legal research and analysis pertaining to plan-related issues. |
| 07/22/08 | PVL | 840.00 | 1.30 | Teleconference EI (.1); review Horkovich email and reply (.2); review revised POR (.9); review email (.1). |
| 07/22/08 | EI | 920.00 | 0.20 | T/c PVNL re: status (.2). |
| 07/22/08 | JAL | 495.00 | 4.80 | Revisions and editing to draft PI insurance assignment agreement. |
| 07/23/08 | EI | 920.00 | 0.70 | T/c PVNL re: status (.2); negotiating subcommittee re: Libby (.5). |
| 07/23/08 | JAL | 495.00 | 0.10 | Reviewed e-mail and document forwarded by J. Hughes re: Edwards bonded judgment matter. |
| 07/23/08 | JAL | 495.00 | 2.20 | Review and analysis of draft deferred payment documents to accompany plan. |
| 07/23/08 | JAL | 495.00 | 0.60 | Review and analysis of bank groups' and UCC's responses to Debtors' default-interest objection. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 07/23/08 | JAL | 495.00 | 0.50 | Review and analysis of revised insurance provisions in draft plan. |
| 07/24/08 | PVL | 840.00 | 1.70 | Review revised ins. assignment agreement (.1); review draft warrant agreement (.3); review AKO memo re Libby ins (.6); review AKO memo re consent to settlement issues (.2); email Horkovich re same (.3); prep for 7/25 teleconference w/FCR counsel (.2). |
| 07/24/08 | EI | 920.00 | 0.20 | Conf. ACM re: Cohn issues (.2). |
| 07/24/08 | ACM | 580.00 | 1.40 | Revise letter to D. Cohn re TDP; revise TDP; exchange e-mails with R. Frankel, NDF re same. |
| 07/24/08 | JAL | 495.00 | 1.00 | Further review and analysis of deferred payment documents and related materials to accompany plan. |
| 07/24/08 | JAL | 495.00 | 2.50 | Review and analysis of revisions to plan of reorganization. |
| 07/24/08 | JAL | 495.00 | 0.20 | Tele. conf. w/R. Wyron re: issues relating to the draft plan and transactional documents. |
| 07/24/08 | JAL | 495.00 | 0.40 | Drafted and revised memo to PVNL re: issues relating to the draft plan and transactional documents. |
| 07/24/08 | JAL | 495.00 | 0.20 | Review and analysis of materials relating to bonded judgments. |
| 07/24/08 | JAL | 495.00 | 0.70 | Review and analysis of materials relating to default interest issue. |
| 07/25/08 | PVL | 840.00 | 3.10 | Teleconference Frankel, Wyron, Wallace, Felder and JAL re POR (2.7); review draft POR insert and reply (.2); review prop. POR revisions (.2). |
| 07/25/08 | JAL | 495.00 | 2.70 | Tele. conf. w/PVNL and FCR's counsel re: draft plan and insurance assignment agreement. |
| 07/25/08 | JAL | 495.00 | 0.90 | Further revisions and editing to bonded claim language. |
| 07/25/08 | JAL | 495.00 | 0.30 | Reviewed memo from R. Wyron re: plan issues and next steps. |
| 07/25/08 | JAL | 495.00 | 0.20 | Drafted e-mail to R. Wyron re: bonded judgment issue. |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 07/27/08 | PVL | 840.00 | 0.10 | Review Wyron email re POR. |
| 07/28/08 | PVL | 840.00 | 1.10 | Teleconference Frankel, Wyron, Wallace and JAL (1); teleconference Wyron (.1). |
| 07/28/08 | EI | 920.00 | 0.10 | Libby meeting planning. |
| 07/28/08 | JAL | 495.00 | 0.10 | Reviewed e-mail from R. Wyron re: plan issues. |
| 07/28/08 | JAL | 495.00 | 1.00 | Tel. conf. w/ PVNL and FCR's counsel re: issues relating to draft plan and deal documents. |
| 07/29/08 | PVL | 840.00 | 0.50 | Teleconference Freedman (.2); review NDF memo re Heberting call (.1); prep for 7/30 meeting (.2). |
| 07/29/08 | ACM | 580.00 | 0.80 | Exchange e-mails with R. Frankel re Libby meeting; prepare for same. |
| 07/29/08 | JAL | 495.00 | 1.30 | Review and analysis of materials relating to plan confirmation issues. |
| 07/29/08 | JAL | 495.00 | 0.70 | Review and analysis of materials relating to insurance assignment agreement. |
| 07/30/08 | PVL | 840.00 | 4.60 | Teleconference Wyron (.3); confer Bernick, Freedman, Shalnitz, Frankel, Wyron, EI et al (4.2); review email and reply (.1). |
| 07/30/08 | EI | 920.00 | 6.70 | Read NDF memo fo Heberling call (.1); t/c Cooney (.3); Frankel memos (.3); Libby conf. (2.0); plan conf. call (4.0). |
| 07/30/08 | ACM | 580.00 | 4.90 | Conference call with Negotiating Subcommittee, Libby representatives and others to discuss TDP issues; review FCR memo re TDP issues. |
| 07/31/08 | EI | 920.00 | 0.10 | Meeting scheduling with Frankel. |
| 07/31/08 | JAL | 495.00 | 1.00 | Further review and analysis of materials relating to default interest issue. |
| 07/31/08 | JAL | 495.00 | 0.40 | Tele. call w/PVNL re: plan issues and developments. |
| 07/31/08 | JAL | 495.00 | 1.40 | Review and analysis of recent changes to the plan and related materials. |
| 07/31/08 | JAL | 495.00 | 0.30 | Review and analysis of materials relating to insurance assignment issues. |

**Total Task Code .17        162.10**


**Tax Issues (.30 Hours; $ 141.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Neal M. Kochman | .30 | $470 | 141.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/11/08 | NMK | 470.00 | 0.30 | Conference with ACM re TDP issues |


**Total Task Code .19        .30**


**Travel – Non Working (10.40 Hours; $ 4,000.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 7.20 | $420 | 3,024.00 |
| Nathan D. Finch | 3.20 | $305 | 976.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/21/08 | PVL | 420.00 | 1.70 | Travel to/from Wilmington (half). |
| 07/30/08 | PVL | 420.00 | 5.50 | Travel to/from NY for meeting. |
| 07/30/08 | NDF | 305.00 | 3.20 | Travel to New York for meeting with Libby lawyers. |


**Total Task Code.21        10.40**


**Fee Auditor Matters (4.70 Hours; $ 2,491.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 4.70 | $530 | 2,491.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 07/15/08 | RCT | 530.00 | 0.30 | Review Fee Auditor response to Court and research re same (.3) |
| 07/30/08 | RCT | 530.00 | 2.00 | Review initial report and obtain information for Fee Auditor (2.0) |
| 07/31/08 | RCT | 530.00 | 2.40 | Work on Fee Auditor reply (2.4) |

**Total Task Code .32        4.70**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 962.00 |
| Air Freight & Express Mail | 13.35 |
| Conference Meals | 24.30 |
| Court Reporting/Transcript Service | 1,652.23 |
| Database Research | 4,148.43 |
| Local Transportation - DC | 20.00 |
| Long Distance-Equitrac In-House | 11.14 |
| Meals Related to Travel | 116.25 |
| Outside Local Deliveries | 34.75 |
| Travel Expenses - Ground Transportation | 177.46 |
| Travel Expenses - Hotel Charges | 629.09 |
| Xeroxing | 202.30 |
| **Total:** | **$ 7,991.30** |

{D0129875.1}