**EXHIBIT B**

**Asset Analysis & Recovery (.10 Hours; $ 84.00)**

   Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01**    .10

**Business Operations (.20 Hours; $ 168.00)**

   Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**    .20

**Case Administration (6.10 Hours; $ 2,466.50)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**    6.10

**Claim Analysis Objection & Resolution (Asbestos) (2.30 Hours; $ 1,932.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05**    2.30

**Claim Analysis Objection & Resolution (Non-Asbestos) (1.20 Hours; $ 594.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .06**    1.20

**Fee Applications, Others (2.90 Hours; $ 1,827.00)**

{D0129876.1 }
DOC#151898

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10          2.90**

**Fee Applications, Applicant (7.10 Hours; $ 3,275.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12          7.10**

**Fee Applications, Others (.10 Hours; $ 84.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13          .10**

**Financing (.10 Hours; $ 84.00)**

Services rendered in this category pertain to this category pertain to the additional review of the debtors' executory contracts, DIP financing, financial projections, and other financing issues.

**Total Task Code .14          .10**

**Hearings (4.00 Hours; $ 3,360.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15          4.00**

**Litigation and Litigation Consulting (79.70 Hours; $ 35,548.50)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

{D0129876.1 }

**Total Task Code .16**       79.70

**Plan & Disclosure Statement (162.10 Hours; $ 101,647.50)**

      Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17**       162.10

**Tax Issues (.30 Hours; $ 141.00)**

      Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19**       .30

**Travel – Non Working (10.40 Hours; $ 4,000.00)**

      Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21**       10.40

**Fee Auditor Matters (4.70 Hours; $ 2,491.00)**

      Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32**       4.70

{D0129876.1 }