## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 962.00 |
| Air Freight & Express Mail | 13.35 |
| Conference Meals | 24.30 |
| Court Reporting/Transcript Service | 1,652.23 |
| Database Research | 4,148.43 |
| Local Transportation - DC | 20.00 |
| Long Distance-Equitrac In-House | 11.14 |
| Meals Related to Travel | 116.25 |
| Outside Local Deliveries | 34.75 |
| Travel Expenses - Ground Transportation | 177.46 |
| Travel Expenses - Hotel Charges | 629.09 |
| Xeroxing | 202.30 |
| **Total:** | **$ 7,991.30** |

{D0129877.1 }