| | | | |
|---|---|---|---|
| **Client Number:  4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter       000** | **Disbursements** | | 8/19/2008 |

Print Date/Time: 08/19/2008  9:23:56AM

Attn:

Invoice #

## PREBILL / CONTROL  REPORT

Trans Date Range:  1/1/1950  to: 7/31/2008

**Matter       000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 7/31/2008 | 13,655 |
|---|---|---|---|---|---|---|---|---|

$3,181.68
Client Retainers Available            Committed to Invoices:        $0.00        Remaining:        $3,181.68

$3,077,903.64
Total Expenses Billed To Date

| | | |
|---|---|---|
| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 891.57 | 0.00 | 586.27 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 13.35 | 0.00 | 13.35 |
| 0187 | NDF | Nathan D Finch | 0.00 | 45.50 | 0.00 | 45.50 |
| 0207 | PE | Pam  Elias | 0.00 | 12.20 | 0.00 | 12.20 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 17.10 | 0.00 | 17.10 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 3.90 | 0.00 | 3.90 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 0.20 | 0.00 | 0.20 |
| 0308 | DBS | David B Smith | 0.00 | 1,700.48 | 0.00 | 1,700.48 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 1,366.83 | 0.00 | 1,366.83 |
| 0363 | AJS | Andrew J Sackett | 0.00 | 71.30 | 0.00 | 71.30 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 4,174.17 | 0.00 | 4,174.17 |
| **Total Fees** | | | **0.00** | **8,296.60** | **0.00** | **7,991.30** |

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |

{D0129878.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008  9:23:56AM

Attn:

Invoice #

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2250201 | ADA Travel  PVNL 6/10 travel to NYC  (business class $388.00) | | E | 06/17/2008 | 0020 | PVL | 0.00 | $603.00 | 0.00 | $388.00 | 388.00 |
| 2250202 | ADA Travel  Agency fee on  PVNL 6/10 travel to NYC  (business class $388.00) | | E | 06/17/2008 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $0.00 | 388.00 |
| 2252613 | ADA Travel;  Refund on PVNL 6/10 travel to NYC | | E | 06/27/2008 | 0020 | PVL | 0.00 | -$542.70 | 0.00 | -$388.00 | 0.00 |
| 2256863 | Equitrac - Long Distance to 2123199240 | | E | 07/01/2008 | 0999 | C&D | 0.00 | $1.06 | 0.00 | $1.06 | 1.06 |
| 2256895 | Equitrac - Long Distance to 3105819309 | | E | 07/01/2008 | 0999 | C&D | 0.00 | $0.41 | 0.00 | $0.41 | 1.47 |
| 2256896 | Equitrac - Long Distance to 8054993572 | | E | 07/01/2008 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 2.57 |
| 2256898 | Equitrac - Long Distance to 2123199240 | | E | 07/01/2008 | 0999 | C&D | 0.00 | $0.71 | 0.00 | $0.71 | 3.28 |
| 2256902 | Equitrac - Long Distance to 3024269910 | | E | 07/01/2008 | 0999 | C&D | 0.00 | $0.34 | 0.00 | $0.34 | 3.62 |
| 2257299 | Photocopy | | E | 07/01/2008 | 0317 | JAL | 0.00 | $19.20 | 0.00 | $19.20 | 22.82 |
| 2257409 | Photocopy | | E | 07/01/2008 | 0232 | LK | 0.00 | $2.10 | 0.00 | $2.10 | 24.92 |
| 2257412 | Photocopy | | E | 07/01/2008 | 0232 | LK | 0.00 | $0.30 | 0.00 | $0.30 | 25.22 |
| 2256998 | Equitrac - Long Distance to 2124464759 | | E | 07/02/2008 | 0999 | C&D | 0.00 | $1.14 | 0.00 | $1.14 | 26.36 |
| 2257718 | Photocopy | | E | 07/03/2008 | 0317 | JAL | 0.00 | $26.00 | 0.00 | $26.00 | 52.36 |
| 2257779 | Photocopy | | E | 07/07/2008 | 0999 | C&D | 0.00 | $4.70 | 0.00 | $4.70 | 57.06 |
| 2255866 | Elite Limousine car service for JAL from hotel to 153 E. 53 Street in NYC on 6/25 | | E | 07/07/2008 | 0317 | JAL | 0.00 | $34.68 | 0.00 | $34.68 | 91.74 |
| 2255879 | Petty Cash  late night cab home for NDF on 5/12 | | E | 07/08/2008 | 0187 | NDF | 0.00 | $20.00 | 0.00 | $20.00 | 111.74 |
| 2255880 | Petty Cash  Meal expenses for PVNL while in | | E | 07/08/2008 | 0020 | PVL | 0.00 | $65.27 | 0.00 | $65.27 | 177.01 |

{D0129878.1 }

| Client Number: | 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | | Disbursements | | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008  9:23:56AM

Attn:

Invoice #

Newark and NY for meetings on 6/24-25

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2255881 | Petty Cash  Parking and cab expenses for PVNL in Newark and NY for meetings on 6/24-25 | E | 07/08/2008 | 0020 | PVL | | 0.00 | $53.00 | 0.00 | $53.00 | 230.01 |
| 2256116 | Federal Express to Matthew Brushwood from EI on 6/24 | E | 07/08/2008 | 0120 | EI | | 0.00 | $6.56 | 0.00 | $6.56 | 236.57 |
| 2257123 | Equitrac - Long Distance to 6317495007 | E | 07/08/2008 | 0999 | C&D | | 0.00 | $0.74 | 0.00 | $0.74 | 237.31 |
| 2257127 | Equitrac - Long Distance to 6019571173 | E | 07/08/2008 | 0999 | C&D | | 0.00 | $0.20 | 0.00 | $0.20 | 237.51 |
| 2257957 | Photocopy | E | 07/08/2008 | 0220 | SKL | | 0.00 | $3.10 | 0.00 | $3.10 | 240.61 |
| 2257174 | Equitrac - Long Distance to 4122610310 | E | 07/09/2008 | 0999 | C&D | | 0.00 | $0.09 | 0.00 | $0.09 | 240.70 |
| 2257192 | Equitrac - Long Distance to 8054993572 | E | 07/09/2008 | 0999 | C&D | | 0.00 | $0.29 | 0.00 | $0.29 | 240.99 |
| 2256333 | Elite Limousine car service for JAL in NYC on 6/24 | E | 07/09/2008 | 0317 | JAL | | 0.00 | $39.78 | 0.00 | $39.78 | 280.77 |
| 2257216 | Equitrac - Long Distance to 4122610310 | E | 07/10/2008 | 0999 | C&D | | 0.00 | $0.06 | 0.00 | $0.06 | 280.83 |
| 2258157 | Photocopy | E | 07/10/2008 | 0207 | PE | | 0.00 | $6.00 | 0.00 | $6.00 | 286.83 |
| 2258188 | Photocopy | E | 07/10/2008 | 0308 | DBS | | 0.00 | $13.50 | 0.00 | $13.50 | 300.33 |
| 2258238 | Equitrac - Long Distance to 3105819309 | E | 07/11/2008 | 0999 | C&D | | 0.00 | $0.75 | 0.00 | $0.75 | 301.08 |
| 2258271 | Photocopy | E | 07/11/2008 | 0220 | SKL | | 0.00 | $6.50 | 0.00 | $6.50 | 307.58 |
| 2256500 | Dart Express to Orrick from DBS on 3/11 | E | 07/11/2008 | 0308 | DBS | | 0.00 | $16.00 | 0.00 | $16.00 | 323.58 |
| 2256505 | Dart Express to Orrick from DBS on 3.19 | E | 07/11/2008 | 0308 | DBS | | 0.00 | $12.50 | 0.00 | $12.50 | 336.08 |
| 2256518 | Dart Express to Orrick, Herrington & Sutcliffe from DBS on 4/3 | E | 07/11/2008 | 0308 | DBS | | 0.00 | $6.25 | 0.00 | $6.25 | 342.33 |
| 2258434 | Equitrac - Long Distance to 8054993572 | E | 07/14/2008 | 0999 | C&D | | 0.00 | $0.09 | 0.00 | $0.09 | 342.42 |

{D0129878.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter   000 | | Disbursements | | | | | | | | 8/19/2008 |
| | | | | | | | | | Print Date/Time: | 08/19/2008  9:23:56AM |
| Attn: | | | | | | | | | | |
| | | | | | | | | | | Invoice # |
| 2258435 | Equitrac - Long Distance to 6317495007 | | E | 07/14/2008 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 342.51 |
| 2258196 | ADA Travel   PVNL 6/24 travel to Newark   (coach fare $398.00) | | E | 07/14/2008 | 0020 | PVL | 0.00 | $603.00 | 0.00 | $398.00 | 740.51 |
| 2258197 | ADA Travel  Agency fee on  PVNL 6/24 travel to Newark   (coach fare $398.00) | | E | 07/14/2008 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 780.51 |
| 2258201 | ADA Travel  JAL 6/24  business class travel to NYC | | E | 07/14/2008 | 0317 | JAL | 0.00 | $387.00 | 0.00 | $387.00 | 1,167.51 |
| 2258202 | ADA Travel Agency fee on  JAL 6/24  business class travel to NYC | | E | 07/14/2008 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 1,207.51 |
| 2258556 | Equitrac - Long Distance to 6317495007 | | E | 07/15/2008 | 0999 | C&D | 0.00 | $1.45 | 0.00 | $1.45 | 1,208.96 |
| 2258650 | Photocopy | | E | 07/15/2008 | 0317 | JAL | 0.00 | $5.70 | 0.00 | $5.70 | 1,214.66 |
| 2260246 | Equitrac - Long Distance to 9174450518 | | E | 07/16/2008 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 1,215.06 |
| 2260364 | Photocopy | | E | 07/16/2008 | 0999 | C&D | 0.00 | $2.40 | 0.00 | $2.40 | 1,217.46 |
| 2262078 | Equitrac - Long Distance to 6095862311 | | E | 07/17/2008 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 1,217.54 |
| 2262277 | Photocopy | | E | 07/18/2008 | 0232 | LK | 0.00 | $1.00 | 0.00 | $1.00 | 1,218.54 |
| 2262282 | Photocopy | | E | 07/18/2008 | 0232 | LK | 0.00 | $0.50 | 0.00 | $0.50 | 1,219.04 |
| 2261976 | J&J Court Transcribers;  Federal Court Daily on 3/31 | | E | 07/18/2008 | 0308 | DBS | 0.00 | $1,652.23 | 0.00 | $1,652.23 | 2,871.27 |
| 2262319 | Petty Cash  Late night dinner for NDF on 7/14 (split between 7534 and 4642) | | E | 07/21/2008 | 0187 | NDF | 0.00 | $24.30 | 0.00 | $24.30 | 2,895.57 |
| 2262706 | Photocopy | | E | 07/21/2008 | 0317 | JAL | 0.00 | $4.30 | 0.00 | $4.30 | 2,899.87 |
| 2262716 | Photocopy | | E | 07/21/2008 | 0363 | AJS | 0.00 | $1.20 | 0.00 | $1.20 | 2,901.07 |
| | | | | | | AJS | | | | | |

{D0129878.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008 9:23:56AM

Attn:

| | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| 2262730 | Photocopy | | E | 07/21/2008 | 0363 | | 0.00 | $4.20 | 0.00 | $4.20 | 2,905.27 |
| 2262731 | Photocopy | | E | 07/21/2008 | 0363 | AJS | 0.00 | $0.20 | 0.00 | $0.20 | 2,905.47 |
| 2262743 | Photocopy | | E | 07/21/2008 | 0363 | AJS | 0.00 | $0.60 | 0.00 | $0.60 | 2,906.07 |
| 2262799 | Photocopy | | E | 07/21/2008 | 0363 | AJS | 0.00 | $7.30 | 0.00 | $7.30 | 2,913.37 |
| 2263031 | Photocopy | | E | 07/22/2008 | 0207 | PE | 0.00 | $6.20 | 0.00 | $6.20 | 2,919.57 |
| 2263165 | Photocopy | | E | 07/22/2008 | 0363 | AJS | 0.00 | $6.30 | 0.00 | $6.30 | 2,925.87 |
| 2263657 | Photocopy | | E | 07/23/2008 | 0999 | C&D | 0.00 | $6.60 | 0.00 | $6.60 | 2,932.47 |
| 2263679 | Photocopy | | E | 07/23/2008 | 0220 | SKL | 0.00 | $2.40 | 0.00 | $2.40 | 2,934.87 |
| 2263686 | Photocopy | | E | 07/23/2008 | 0317 | JAL | 0.00 | $4.60 | 0.00 | $4.60 | 2,939.47 |
| 2263736 | Photocopy | | E | 07/24/2008 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 2,939.57 |
| 2263738 | Photocopy | | E | 07/24/2008 | 0220 | SKL | 0.00 | $2.00 | 0.00 | $2.00 | 2,941.57 |
| 2263814 | Photocopy | | E | 07/24/2008 | 0363 | AJS | 0.00 | $10.90 | 0.00 | $10.90 | 2,952.47 |
| 2263489 | Petty Cash   PVNL cab and parking expense on travel to Wilmington on 7/21 | | E | 07/25/2008 | 0020 | PVL | 0.00 | $25.00 | 0.00 | $25.00 | 2,977.47 |
| 2263490 | Petty Cash   Meal expenses for PVNL 7/21 travel to Wilmington | | E | 07/25/2008 | 0020 | PVL | 0.00 | $5.00 | 0.00 | $5.00 | 2,982.47 |
| 2264840 | Photocopy | | E | 07/25/2008 | 0220 | SKL | 0.00 | $3.10 | 0.00 | $3.10 | 2,985.57 |
| 2264845 | Photocopy | | E | 07/25/2008 | 0999 | C&D | 0.00 | $0.80 | 0.00 | $0.80 | 2,986.37 |
| 2264667 | Equitrac - Long Distance to 3024261900 | | E | 07/25/2008 | 0999 | C&D | 0.00 | $0.69 | 0.00 | $0.69 | 2,987.06 |
| 2264960 | Photocopy | | E | 07/28/2008 | 0363 | AJS | 0.00 | $18.30 | 0.00 | $18.30 | 3,005.36 |
| | | | | | | AJS | | | | | |

{D0129878.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008 9:23:56AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2264987 | Photocopy | | E | 07/29/2008 | 0363 | | 0.00 | $10.00 | 0.00 | $10.00 | 3,015.36 |
| 2265015 | Photocopy | | E | 07/29/2008 | 0237 | SRB | 0.00 | $0.20 | 0.00 | $0.20 | 3,015.56 |
| 2265072 | Photocopy | | E | 07/29/2008 | 0187 | NDF | 0.00 | $1.20 | 0.00 | $1.20 | 3,016.76 |
| 2264760 | Equitrac - Long Distance to 2124464934 | E | 07/29/2008 | 0999 | C&D | 0.00 | $0.29 | 0.00 | $0.29 | 3,017.05 |
| 2265118 | Equitrac - Long Distance to 2122481111 | E | 07/30/2008 | 0999 | C&D | 0.00 | $1.16 | 0.00 | $1.16 | 3,018.21 |
| 2265159 | Photocopy | | E | 07/30/2008 | 0363 | AJS | 0.00 | $5.40 | 0.00 | $5.40 | 3,023.61 |
| 2265201 | Photocopy | | E | 07/30/2008 | 0363 | AJS | 0.00 | $6.90 | 0.00 | $6.90 | 3,030.51 |
| 2264459 | JAL; Travel expenses to NY for Plan meetings on 6/24-25 for meals | E | 07/30/2008 | 0317 | JAL | 0.00 | $45.98 | 0.00 | $45.98 | 3,076.49 |
| 2264460 | JAL; Travel expenses to NY for Plan meetings on 6/24-25 for upgrade on train fare | E | 07/30/2008 | 0317 | JAL | 0.00 | $97.00 | 0.00 | $97.00 | 3,173.49 |
| 2264461 | JAL; Travel expenses to NY for Plan meetings on 6/24-25 for NY Marriott Marquis hotel | E | 07/30/2008 | 0317 | JAL | 0.00 | $629.09 | 0.00 | $629.09 | 3,802.58 |
| 2264462 | JAL; Travel expenses to NY for Plan meetings on 6/24-25 for cabs | E | 07/30/2008 | 0317 | JAL | 0.00 | $25.00 | 0.00 | $25.00 | 3,827.58 |
| 2265377 | Federal Express to Katherine Hemming from EI on 7/23 | E | 07/31/2008 | 0120 | EI | 0.00 | $6.79 | 0.00 | $6.79 | 3,834.37 |
| 2265694 | Photocopy | | E | 07/31/2008 | 0317 | JAL | 0.00 | $5.40 | 0.00 | $5.40 | 3,839.77 |
| 2265700 | Photocopy | | E | 07/31/2008 | 0317 | JAL | 0.00 | $3.10 | 0.00 | $3.10 | 3,842.87 |
| 2267715 | Database Research - Westlaw by DBS on 7/29 | E | 07/31/2008 | 0999 | C&D | 0.00 | $85.56 | 0.00 | $85.56 | 3,928.43 |
| 2267716 | Database Research - Westlaw by AJS on 7/21-30 | E | 07/31/2008 | 0999 | C&D | 0.00 | $3,823.28 | 0.00 | $3,823.28 | 7,751.71 |
| 2267717 | Database Research - Westlaw by JAL on 7/18-21 | E | 07/31/2008 | 0999 | C&D | 0.00 | $125.57 | 0.00 | $125.57 | 7,877.28 |

{D0129878.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008  9:23:56AM

Attn:

| | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|
| | | | | C&D | | | | | |
| 2268383 | Database Research Lexis for the month of July by AJS | E | 07/31/2008 | 0999 | 0.00 | $114.02 | 0.00 | $114.02 | 7,991.30 |

**Total Expenses**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | $8,296.60 |  |
|  |  |  |  |  | $7,991.30 |
|  |  |  | 0.00 |  | 0.00 |
| Matter Total Fees |  |  |  | 0.00 | 0.00 |
| Matter Total Expenses |  |  |  | 8,296.60 | 7,991.30 |
| Matter Total |  |  | 0.00 | 8,296.60 | 0.00 | 7,991.30 |
|  |  |  |  |  |  |
| Prebill Total Fees |  |  |  |  |  |
| Prebill Total Expenses |  |  |  | $8,296.60 | $7,991.30 |
| Prebill Total |  |  | 0.00 | $8,296.60 | 0.00 | $7,991.30 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 61,476 | 01/24/2008 | 678,109.50 | 14,038.88 |
| 61,925 | 02/25/2008 | 918,478.75 | 183,695.75 |
| 62,322 | 03/24/2008 | 497,631.50 | 99,526.30 |
| 62,687 | 04/23/2008 | 773,798.25 | 154,759.65 |
| 63,204 | 05/29/2008 | 334,244.75 | 66,848.95 |
| 63,675 | 06/26/2008 | 107,942.45 | 107,942.45 |
| 63,976 | 07/25/2008 | 131,421.05 | 131,421.05 |
|  |  | 4,550,666.50 | 793,843.45 |

{D0129878.1 }