# EXHIBIT A

## (FUSRAP)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

| | |
|---|---|
| W. R. Grace & Co. - Conn<br>Attn: Lydia B. Duff, Esq.<br>7500 Grace Drive<br>Columbia, MD  21044 | July 24, 2008<br>Client/Matter #   01246-011548<br>Invoice # 123981<br>Federal ID# 52-1247549 |

For Legal Services Rendered Through 06/30/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| | | | |
|---|---|---|---|
| 06/11/08 | P. Marks | 0.50 | Telephone conference re Building 23 project and finalization of contractor hiring and update re FSS contractor hiring. |

|  |  |
|---|---|
| Total Hours : | 0.50 |
| Total Fees : | $200.00 |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  123981
July 24, 2008
PAGE   2

**Disbursements:**

| | |
|---|---:|
| Long Distance Telephone | 0.30 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA325337 dated 6/1/08 for data research services | 10.57 |

| | |
|---|---:|
| **Total Disbursements :** | $10.87 |

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| P. Marks | 0.50 | $400.00 | $200.00 |

| | |
|---|---:|
| **Total Fees :** | $200.00 |
| **Total Disbursements :** | $10.87 |
| **TOTAL DUE :** | $210.87 |