# EXHIBIT B

**(Bankruptcy Fee Application)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

July 24, 2008
Client/Matter #   01246-012629
Invoice # 123983
Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Bankruptcy Fee Application**

**Disbursements:**

| | |
|---|---|
| Postage | 10.32 |
| Duplicating | 36.40 |
| **Total Disbursements :** | **$46.72** |
| **TOTAL DUE :** | **$46.72** |