# EXHIBIT C

**(Somerville)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

July 28, 2008
Client/Matter #  01246-013520
Invoice # 124031
Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Somerville</u>

| | | | |
|---|---|---|---|
| 06/03/08 | P. Marks | 1.00 | Conference with S. Albert re docuemnt management system, utilization and setup, and document review and strategy. |
| 06/03/08 | S. Albert | 2.00 | Conference with P. Marks re document review strategy; review and tag documents in Concordance. |
| 06/03/08 | S. Albert | 3.50 | Review and tag documents provided by Patton Boggs. |
| 06/04/08 | P. Marks | 0.30 | Supervision of S. Albert document work. |
| 06/04/08 | S. Albert | 3.50 | Review New Jersey docket listings and designate pleadings to be tagged; review pleadings; document review on concordance database; review process with P. Marks. |
| 06/05/08 | P. Marks | 2.00 | Conference with S. Albert re case strategy, documents under review; preparation for conference with L. Duff. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  124031
July 28, 2008
PAGE  2

| 06/05/08 | S. Albert | 4.00 | Review of Litgo and NJDEP documents; preparation for strategy meeting with P. Marks and L. Duff. |
|---|---|---|---|
| 06/06/08 | P. Marks | 2.80 | Prepare for and conference with L. Duff and S. Albert re document management and case strategy. |
| 06/06/08 | S. Albert | 3.00 | Review of Litgo documents; strategy meeting with P. Marks and L. Duff. |
| 06/10/08 | P. Marks | 0.20 | Coordinate with S. Albert. |
| 06/10/08 | S. Albert | 1.00 | Submit three OPRA requests to NJDEP for more records; review notes from meeting and summarize in email to P. Marks. |
| 06/10/08 | T. Horch | 0.50 | Review Concordance database. |
| 06/11/08 | P. Marks | 0.20 | Coordinate with S. Albert re document review. |
| 06/11/08 | S. Albert | 6.30 | Review Litgo documents and include in chronology. |
| 06/12/08 | S. Albert | 8.50 | Review Litgo documents and include in chronology. |
| 06/13/08 | S. Albert | 5.00 | Review Litgo documents and include in chronology. |
| 06/13/08 | S. Albert | 6.00 | Review Litgo documents and include in chronology; exchange emails with P. Marks re same. |
| 06/16/08 | P. Marks | 0.50 | Telephone conference with S. Albert re tasks; coordinate with L. Duff re same. |
| 06/16/08 | T. Horch | 5.00 | Meet with S. Albert to review Concordance Database and review case responsibilities; review and organize documents; collect dates for all documents. |
| 06/17/08 | P. Marks | 1.00 | Coordinate with S. Albert re tasks; review discovery responses and requests with L. Duff; work on getting information on insurance re same and coordinating re preparing responses. |
| 06/17/08 | S. Albert | 4.00 | Review of Litgo documents and update case chronology; designation of documents from database for inclusion in documents binder. |

BEVERIDGE & DIAMOND, P.C.                          INVOICE #  124031
                                                   July 28, 2008
                                                   PAGE  3


06/17/08    J. Metcalfe          3.30       Creation of Mian database; process and load
                                            incoming discovery materials into same database
                                            in preparation for review

06/17/08    T. Horch             4.00       Review and organize documents; assist with
                                            organization of numerous databases and put
                                            documents in chronological order.

06/18/08    P. Marks             1.00       Coordinate with S. Albert re discovery
                                            responses and NJ DEP doducment requests;
                                            communicate with L. Duff re same.

06/18/08    S. Albert            6.50       Preparation of documents binder; notation of
                                            documents; preparation of discovery requests;
                                            meeting with P. Marks re discovery requests.

06/18/08    J. Metcalfe          1.30       Finish creation of database and processing of
                                            materials and data as it relates to Litgo
                                            production materials

06/18/08    T. Hendricks         3.00       Conference with S. Albert re: discovery
                                            responses; draft interrogatory and requests for
                                            production of documents responses re same.

06/19/08    S. Albert            3.50       Preparation of discovery responses.

06/19/08    T. Hendricks         3.00       Assist S.Albert with preparation of discovery
                                            responses.

06/20/08    P. Marks             0.50       Review communications; evaluate next steps.

06/20/08    S. Albert            7.20       Preparation of interrogatory and document
                                            request responses.

06/22/08    S. Albert            1.20       Preparation of interrogatory and document
                                            request responses.

06/23/08    P. Marks             0.20       Email review and exchange re documents;
                                            evaluate same.

06/23/08    S. Albert            5.70       Document review at Grace; preparation of
                                            discovery responses; exchange emails with P.
                                            Marks and L. Duff re same.

06/23/08    T. Horch             5.00       Review document binder and organize; chart
                                            documents in an index.

06/24/08    S. Albert           11.00       Preparation of interrogatory responses;
                                            preparation of document production based on new
                                            documents received from Grace.

BEVERIDGE & DIAMOND, P.C.

INVOICE #  124031
July 28, 2008
PAGE  4

| | | | |
|---|---|---|---|
| 06/24/08 | J. Metcalfe | 1.30 | Load incoming materials into existing discovery databases; Creation of new preproduction database for review of materials prior to inclusion in production |
| 06/24/08 | T. Horch | 3.00 | Review and update document binder per S. Albert; review and answer interrogatory/ Document request with Grace database. |
| 06/25/08 | P. Marks | 1.00 | Conference with S. Albert and L. Kiddoo re document product issues privilege decisions, general case strategy, and next tasks. |
| 06/25/08 | S. Albert | 8.30 | Preparation of document production and determination of privileged documents; preparation of responses to document requests; conference with P. Marks re potentially privileged documents discovery responses; exchange emails with P. Marks and L. Duff re same. |
| 06/25/08 | J. Metcalfe | 0.50 | Remove and adjust database content in response to requests by S. Albert as it relates to inclusion in upcoming production |
| 06/25/08 | L. Kiddoo | 3.00 | Prepare specific objections to response for production requests; prepare memorandum re scope of attorney client privilege issues; conference with P. Marks and S. Albert re Grace production and privilege log. |
| 06/26/08 | S. Albert | 0.30 | Conference with L. Kiddoo re discovery responses. |
| 06/26/08 | L. Kiddoo | 3.00 | Research and prepare email re privilege issues; prepare objections to response for production requests. |
| 06/27/08 | S. Albert | 0.50 | Conference with L. Kiddoo re discovery responses. |
| 06/27/08 | L. Kiddoo | 3.00 | Prepare objections to response for production requests' prepare specific objections and responses to interrogatories; review and summarize Mian documents for S. Albert. |
| 06/28/08 | S. Albert | 3.60 | Preparation of discovery responses and document production. |
| 06/29/08 | S. Albert | 1.10 | Preparation of discovery responses and document production. |

BEVERIDGE & DIAMOND, P.C.

| 06/30/08 | P. Marks | 2.00 | Prepare discovery responses; conference with S. Albert and L. Kiddoo re same. |
|---|---|---|---|
| 06/30/08 | S. Albert | 4.00 | Preparation of discovery responses and document production; conference with P. Marks and L. Kiddoo re same. |
| 06/30/08 | L. Kiddoo | 1.00 | Prepare Grace's response to Mian's request for production of documents and things; conference with S. Albert and P. Marks re responses to Mian production requests and interrogatories. |
| 06/30/08 | T. Horch | 4.00 | Put documents in chronological order per S. Albert; Review and duplicate Grace Evidence of Mian's Notice document into the factual research plus add documents to chart per S. Albert; Update Notice of Service documents. |

Total Hours :          156.30

Total Fees :      $38,880.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  124031
July 28, 2008
PAGE  6

**Disbursements:**

| | |
|---|---:|
| Postage | 1.94 |
| Long Distance Telephone | 3.80 |
| Duplicating | 145.50 |
| Commercial Duplicating | 76.80 |
| Travel Expenses | 17.00 |
| Air/Train Fare | 1010.00 |
| Travel Meals | 32.18 |
| Client Meeting Meals | 40.00 |

**Total Disbursements :**          **$1,327.22**

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| P. Marks | 12.70 | $400.00 | $5,080.00 |
| S. Albert | 99.70 | $260.00 | $25,922.00 |
| J. Metcalfe | 6.40 | $190.00 | $1,216.00 |
| L. Kiddoo | 10.00 | $185.00 | $1,850.00 |
| T. Hendricks | 6.00 | $175.00 | $1,050.00 |
| T. Horch | 21.50 | $175.00 | $3,762.50 |

**Total Fees :**          **$38,880.50**

**Total Disbursements :**          **$1,327.22**

**TOTAL DUE :**          **$40,207.72**