# EXHIBIT D

**(General Regulatory/Compliance Issues)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

July 24, 2008
Client/Matter #  01246-012100
Invoice # 123982
Federal ID# 52-1247549

For Legal Services Rendered Through 06/30/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

General Regulatory/Compliance Issues

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 06/05/08 | A. Goldberg | 1.50 | Prepare for and participate in telephone conference with L. Duff, et al., re RCRA regulatory status of used catalysts destined for recycling. |

Total Hours :    1.50

Total Fees :    $712.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  123982
July 24, 2008
PAGE   2

Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| A. Goldberg | 1.50 | $475.00 | $712.50 |
|  | **Total Fees :** |  | $712.50 |
|  | **TOTAL DUE :** |  | $712.50 |