IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM MARCH 1, 2008 THROUGH MARCH 31, 2008
FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## MARCH 2008 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
| --- | --- | --- |
| 3/3 | 3.0 | Continue review of actions with House Energy and Commerce Committees on asbestos ban; telephone conferences with Grace officials and Committee staff |
| 3/2 | 2.0 | Attend meeting with Grace official |
| 3/6 | 2.0 | Continue to follow House Energy consideration of asbestos ban; calls to Committee staff |
| 3/7 | 1.5 | Telephone conferences with Grace official regarding court case and implications in legislative arena |
| 3/8 | 1.5 | Telephone conferences with Grace official regarding court case and implications in legislative arena |
| 3/11 | 2.5 | Follow Congressional reaction to announcement of Grace/EPA Montana settlement |
| 3/12 | 2.0 | Read reviews of Grace/EPA Montana settlement |
| 3/18 | 2.0 | Telephone conference with Grace official regarding Japanese concrete issues |
| 3/20 | 1.0 | Meet with Grace official on a variety of matters |
| 3/25 | 0.5 | Telephone conference with Grace official |

## MARCH 2008 EXPENSES FOR JAMES D. RANGE

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 03/31/2008**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 2/11/2008 | $5.95 |
| Cab Fare | 2/13/2008 | $8.00 |
| Long Distance Charge | 2/26/2008 | $0.35 |
| Long Distance Charge | 2/27/2008 | $3.15 |
| Client Meals | 3/4/2008 | $23.25 |
| Photo Reproduction Charge | 3/11/2008 | $1.60 |
| Photo Reproduction Charge | 3/17/2008 | $0.40 |
| Photo Reproduction Charge | 3/17/2008 | $1.60 |
| Photo Reproduction Charge | 3/18/2008 | $1.80 |
| **Itemized Totals** | | **$46.10** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $9.45 |
| Cab Fare | $8.00 |
| Client Meals | $23.25 |
| Photo Reproduction Charge | $5.40 |
| **Summarized Totals** | **$46.10** |

W JDR 150487 v1
2850487-000001 4/9/2008