IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM APRIL 1, 2008 THROUGH APRIL 30, 2008
FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 150767 v1
2850487-000001 5/8/2008                    **Exhibit B**

# APRIL 2008 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 4/8  | 0.5   | Telephone conference with Grace official |
| 4/9  | 1.0   | Telephone conference with Grace consultant regarding Chesapeake Bay |
| 4/15 | 1.5   | Follow asbestos legislation |
| 4/16 | 1.0   | Follow current actions taken by Federal agencies regarding asbestos and asbestos liability |
| 4/22 | 1.5   | Work with Grace officials on government funded projects in Maryland |
| 4/23 | 0.5   | Follow asbestos legislation |
| 4/29 | 1.5   | Follow the Federal litigation regarding Grace officials in order to assess potential impacts on Congressional actions |
| 4/30 | 1.0   | Follow the Federal litigation regarding Grace officials in order to assess potential impacts on Congressional actions |

W JDR 150767 v1
2850487-000001 5/8/2008

## APRIL 2008 EXPENSES FOR JAMES D. RANGE
### W.R. Grace Expenses
### Client #2850487-000001
Itemized and summarized through 04/30/2008

| Description | Date | Amount |
|---|---|---|
| Long Distance Charges | 1/8/2008 | $2.45 |
| Long Distance Charges | 1/9/2008 | $4.90 |
| Long Distance Charges | 3/26/2008 | $0.70 |
| Long Distance Charges | 4/7/2008 | $0.35 |
| Long Distance Charges | 4/8/2008 | $1.05 |
| Long Distance Charges | 4/14/2008 | $3.15 |
| **Itemized Totals** | | **$12.60** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $12.60 |
| **Summarized Totals** | **$12.60** |

W JDR 150767 v1
2850487-000001 5/8/2008