# EXHIBIT 2

# WR Grace & Co. et al

Total number of parties: 47

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29905 | AKZO NOBEL SURFACE CHEMISTRY LLC, C/O BOB WAREHAM, RT 6 & TABLER RD, PO BOX 310, MORRIS, IL, 60450 | US Mail (1st Class) |
| 29905 | AOXY MANAGEMENT TRUST, C/O ANTHONY S CANNATELLA ESQ, PAVIA & HARCOURT LLP, 600 MADISON AVE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 29905 | BP EXPLORATION & OIL INC DBA BP PRODUCTS NA INC, ATTN: R E SCHRAG, TOLEDO REFINERY, PO BOX 696, TOLEDO, OH, 43697-0696 | US Mail (1st Class) |
| 29905 | BROWARD COUNTY DEP OF FINANCE, REVENUE COLLECTION DIVISION, GOVERNMENTAL CENTER ANNEX, 115 S ANDREWS AVE, FT LAUDERDALE, FL, 33301 | US Mail (1st Class) |
| 29905 | CENTRAL PUGET SOUND REGIONAL TRANSIT AUT, C/O DESMOND BROWN GENERAL COUNSEL, 401 S JACKSON ST, SEATTLE, WA, 98104 | US Mail (1st Class) |
| 29905 | CIT COMMUNICATION FINANCE CORPORATION, BANKRUPTCY DEPT, 650 CIT DR, LIVINGSTON, NJ, 07039 | US Mail (1st Class) |
| 29905 | CITY OF MILWAUKEE, CITY TREASURER #1353, 200 E WELLS ST - ROOM 103, MILWAUKEE, WI, 53202 | US Mail (1st Class) |
| 29905 | DEPT OF THE TREASURY-INTRNAL REVENUE, 31 HOPKINS PLAZA ROOM 1150, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 29905 | DILLINGHAM-MANSON JOINT VENTURE, MANSON CONSTRUCTION, ATTN PRESIDENT, 5209 E MARGINAL WAY S, SEATTLE, WA, 98124 | US Mail (1st Class) |
| 29905 | FIRST CHEMICAL TEXAS LP, PO BOX 1607, BAYTOWN, TX, 77520 | US Mail (1st Class) |
| 29905 | FUS INC, C/O WILLIAM W ERHART ESQ, 300 DELAWARE AVE STE 1130, PO BOX 234, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 29905 | GLOBAL HEALTH SCIENCES CREDITOR TRUST, C/O DAVID F HEROY ESQ, BELL BOYD & LLOYD LLC, 70 W MADISON ST, STE 3300, CHICAGO, IL, 60602-4207 | US Mail (1st Class) |
| 29905 | GRAU, JAMES AND ANNA, C/O RICHARD L FERRELL ESQ, 425 WALNUT ST STE 1800, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 29905 | HARY GRAU & SONS INC, C/O RICHARD L FERRELL ESQ, TAFT STETTINIUS & HOLLISTER LLP, 425 WALNUT ST STE 1800, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 29905 | HELMS, BRENDA S, 307 W EMERALD, IOWA PARK, TX, 76367 | US Mail (1st Class) |
| 29905 | INDIANA DEPARTMENT OF REVENUE, 100 N SENATE AVE, BANKRUPTCY SECTION ROOM N-203, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 29905 | INDIANA DEPARTMENT OF REVENUE, COMPLIANCE DIVISION ROOM N203 BANKRUPTCY SECTION, 100 N SENATE AVE, INDIANAPOLIS, IN, 46204-2253 | US Mail (1st Class) |
| 29905 | JEFFERSON COUNTY TAX COLLECTOR, ATTN: JACK WILLIAMS, 716 RICHARD ARRINGTON JR BLVD N, ROOM 160 COURTHOUSE, BRIMINGHAM, AL, 35203 | US Mail (1st Class) |
| 29905 | LEREW, JOHN, 0044 HIGH MEADOW DR, DILLON, CO, 80435 | US Mail (1st Class) |
| 29905 | LONGACRE MASTER FUND LTD, (TRANSFEROR: URS CORPORATION), ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 33, NEW YORK, NY, 10019 | US Mail (1st Class) |
| 29905 | LONGACRE MASTER FUND LTD, (TRANSFEROR: BP PRODUCTS NORTH AMERICA INC), ATTN VLADIMIR JELISAVCIC, 810 7TH AVE FL 33, NEW YORK, NY, 10019 | US Mail (1st Class) |
| 29905 | MAINE BUREAU OF REVENUE SERVICES, ATTN: JOANNE PARKER, 24 STATE HOUSE STATION, AUGUSTA, ME, 04333-0024 | US Mail (1st Class) |
| 29905 | MAINE BUREAU OF REVENUE SERVICES, ATTN: JOANNE PARKER, BUREAU OF REVENUE SERVICES, 24 STATE HOUSE STATION, AUGUSTA, ME, 04333-0024 | US Mail (1st Class) |
| 29905 | MISSOURI DEPARTMENT OF REVENUE, BOX 475, JEFFERSON CITY, MO, 65105 | US Mail (1st Class) |
| 29905 | MRE PRP GROUP, ATTN: JOHN J LITTLE ESQ, LITTLE PEDERSON & FRANKHAUSER, 901 MAIN ST, SUITE 4100, DALLAS, TX, 75202 | US Mail (1st Class) |
| 29905 | MUNOZ, GLORIA, C/O ANTHONY S PETRU ESQ, HILDEBRAND MCLEOD AND NELSON INC, 350 FRANK H OGAWA PLAZA 4TH FLR, OAKLAND, CA, 94612-2006 | US Mail (1st Class) |
| 29905 | NATURAL RES & ENV PROT CABINET, COMMONWEALTH OF KY, OFFICE OF LEGAL SERVICES, FIFTH FLR, CAPITAL PLAZA TOWER, FRANKFORT, KY, 40601 | US Mail (1st Class) |
| 29905 | NEW YORK STATE DEPT OF TAXATION & FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY, 12205-0300 | US Mail (1st Class) |

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29905 | NOVAK SITE RD/RA PRP GROUP, C/O RICHARD G PLACEY ESQ, MONTGOMERY MCCRACKEN WALKER & RHOADS LLP, 300 DELAWARE AVE, SUITE 750, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 29905 | OII STEERING COMM MEMBER COMPANIES & USEPA, C/O ALLAN H ICKOWITZ ESQ, NOSSAMAN GUNTHER KNOX & ELLIOTT LLP, 445 S FIGUEROA ST 31ST FL, LOS ANGELES, CA, 90071 | US Mail (1st Class) |
| 29905 | OLDCASTLE APG NORTHEAST INC, D/B/A FOSTER-SOUTHERN, 46 SPRING ST, HOLBROOK, MA, 02343 | US Mail (1st Class) |
| 29905 | ONE BEACON AMERICA INSURANCE COMPANY, DRINKER BIDDLE & REATH LLP, DAVID P PRIMACK, 1100 N MARKET ST, STE 1000, WILMINGTON, DE, 19801-1254 | US Mail (1st Class) |
| 29905 | PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 29905 | PICKENS, JOHN T, 8499 GREENVILLE AVE #105, DALLAS, TX, 75231-2411 | US Mail (1st Class) |
| 29905 | RODRIGUEZ, YESSINIA, 93-1/2 MT PLEASANT AVE 1ST FL, NEWARK, NJ, 07104 | US Mail (1st Class) |
| 29905 | ROWE, RICHARD C, C/O STEPHEN R TETRO, 233 S WACKER DR STE 5800, CHICAGO, IL, 60606 | US Mail (1st Class) |
| 29905 | ROWE, RICHARD C, PO BOX 27184, MEMPHIS, TN, 38127 | US Mail (1st Class) |
| 29905 | SEATON INSURANCE COMPANY, DRINKER BIDDLE & REATH LLP, DAVID P PRIMACK, 1100 N MARKET ST, STE 1000, WILMINGTON, DE, 19801-1254 | US Mail (1st Class) |
| 29905 | STATE OF NEW JERSEY DIVISION OF TAXATION, P O BOX 245, TRENTON, NJ, 08695 USA | US Mail (1st Class) |
| 29905 | TENNESSEE DEPT OF REVENUE, C/O ATTORNEY GENERAL, P.O. BOX 20207, NASHVILLE, TN, 37202-4015 | US Mail (1st Class) |
| 29905 | THE BURLINGTON NORTHERN & SANTA FE RAILW, 920 SE QUINCY, ATTN FINANCIAL SERVICES, TOPEKA, KS, 66612 | US Mail (1st Class) |
| 29905 | URS CORPORATION SUCCESSOR TO RADIAN INTL, ATTN: MICHAEL A STEUER ESQ, 130 ROBIN HILL RD, SANTA BARBARA, CA, 93117 | US Mail (1st Class) |
| 29905 | US BANK NATIONAL ASSOCIATES, (RE: LONGACRE MASTER FUND LTD), CORPORATE TRUST SERVICES, ATTN KYLE J LUNDE, 1420 FIFTH AVE 7TH FL, SEATTLE, WA, 98101 | US Mail (1st Class) |
| 29905 | US ENVIRONMENTAL PROTECTION ACGENY, (RE: OII STEERING COMM MEMBER COMPANIES & USEPA), C/O HARRISON KARR ESQ, 75 HAWTHORNE ST, SAN FRANCISCO, CA, 91405 | US Mail (1st Class) |
| 29905 | WESCONN CO INC, C/O WILLIAM W ERHART ESQ, 300 DELAWARE AVE STE 1130, PO BOX 234, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 29905 | WHC REALTY CORP, C/O MICHAEL S SCHREIBER ESQ, ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK PC, 1345 AVE OF THE AMERICAS 31ST FL, NEW YORK, NY, 10105 | US Mail (1st Class) |
| 29905 | WRIGHT, JIM, 215 ROCK LEDGE DR, GLENWOOD SPRINGS, CO, 81601 | US Mail (1st Class) |

**Subtotal for this group: 47**