**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u> | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Objection Date: September 24, 2008 at 4:00 pm |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**THIRTIETH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JULY 1, 2008 THROUGH JULY 31, 2008**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | July 1, 2008 – July 31, 2008 |
| 80% of Compensation sought as actual, reasonable and necessary: | $40,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $1,243.89 |

This is a   <u>x</u> monthly         __ interim         __ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### JULY 1-31, 2008

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 71.0 | NA |
| Case Administration Related | 3.3 | NA |
| Financial Analysis Related | 33.5 | NA |
| Hearings | 3.0 | NA |
| Non-Working Travel | 13.0 | NA |
| **TOTAL** | **123.8** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

| | |
|---|---|
| Telephone | $   57.99 |
| Airfare | $ 922.90 |
| Transportation (train, cab) | $ 263.00 |

**TOTAL Out-of-Pocket Expenses:**    **$1,243.89**

Respectfully submitted,

PIPER JAFFRAY & CO.

By: /S/ JASON SOLGANICK
    Jason Solganick
    150 East 42nd St.
    New York, New York 10017
    (212) 284-9586
    Financial Advisor to David T. Austern
    Future Claimants' Representative

Dated: September 3, 2008

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.