# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**July-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 7/1/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 7/2/2008 | 1.5 | Business Operations | Presentation preparation for client and other related analyses |
| Jason Solganick | 7/2/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/2/2008 | 2.0 | Financial Analysis | Review of Grace's Q1 Financial Briefing |
| Jonathan Brownstein | 7/2/2008 | 1.5 | Business Operations | Presentation preparation for client and other related analyses |
| Jonathan Brownstein | 7/2/2008 | 2.5 | Financial Analysis | Review of Grace's Q1 Financial Briefing |
| Maika Hemphill | 7/2/2008 | 2.0 | Business Operations | Presentation preparation for client and other related analyses |
| Maika Hemphill | 7/2/2008 | 2.0 | Financial Analysis | Review of Grace's Q1 Financial Briefing |
| Jason Solganick | 7/3/2008 | 2.0 | Business Operations | Presentation preparation for client and other related analyses |
| Jason Solganick | 7/3/2008 | 0.3 | Case Administration | Review court docket |
| Jonathan Brownstein | 7/3/2008 | 1.0 | Business Operations | Presentation preparation for client and other related analyses |
| Maika Hemphill | 7/3/2008 | 2.5 | Business Operations | Presentation preparation for client and other related analyses |
| Desiree Davis | 7/7/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 7/7/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 7/7/2008 | 2.0 | Financial Analysis | Review of Grace's Q1 Financial Briefing |
| Jonathan Brownstein | 7/7/2008 | 1.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Maika Hemphill | 7/7/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 7/8/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 7/8/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jonathan Brownstein | 7/8/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Maika Hemphill | 7/8/2008 | 1.0 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 7/9/2008 | 1.5 | Business Operations | Presentation preparation for client and other related analyses |
| Desiree Davis | 7/9/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 7/9/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 7/9/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 7/9/2008 | 1.5 | Financial Analysis | LTIP analyses |
| Jonathan Brownstein | 7/9/2008 | 1.5 | Business Operations | Presentation preparation for client and other related analyses |
| Jonathan Brownstein | 7/9/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jonathan Brownstein | 7/9/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Maika Hemphill | 7/9/2008 | 2.0 | Business Operations | Presentation preparation for client and other related analyses |
| Maika Hemphill | 7/9/2008 | 1.0 | Financial Analysis | Review of 8-K for comparable company |
| Maika Hemphill | 7/9/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 7/10/2008 | 3.5 | Business Operations | Presentation preparation for client and other related analyses |
| Desiree Davis | 7/10/2008 | 0.2 | Case Administration | Review court docket |
| Jonathan Brownstein | 7/10/2008 | 2.5 | Business Operations | Presentation preparation for client and other related analyses |
| Maika Hemphill | 7/10/2008 | 3.0 | Business Operations | Presentation preparation for client and other related analyses |
| Desiree Davis | 7/11/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 7/14/2008 | 3.5 | Business Operations | Presentation preparation for client and other related analyses |
| Jason Solganick | 7/14/2008 | 2.0 | Business Operations | Presentation preparation for client and other related analyses |
| Jason Solganick | 7/14/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/14/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jonathan Brownstein | 7/14/2008 | 2.5 | Business Operations | Presentation preparation for client and other related analyses |
| Maika Hemphill | 7/14/2008 | 4.0 | Business Operations | Presentation preparation for client and other related analyses |

# EXHIBIT A
## W.R. Grace
**PJC Time Records**
**July-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 7/15/2008 | 1.5 | Business Operations | Presentation preparation for client and other related analyses |
| Desiree Davis | 7/15/2008 | 1.5 | Financial Analysis | Review of recent M&A transaction |
| Jason Solganick | 7/15/2008 | 2.5 | Business Operations | Presentation preparation for client and other related analyses |
| Jason Solganick | 7/15/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/15/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 7/15/2008 | 1.0 | Financial Analysis | Review of recent M&A transaction |
| Jonathan Brownstein | 7/15/2008 | 2.5 | Business Operations | Presentation preparation for client and other related analyses |
| Jonathan Brownstein | 7/15/2008 | 1.0 | Financial Analysis | Review of recent M&A transaction |
| Maika Hemphill | 7/15/2008 | 2.0 | Business Operations | Presentation preparation for client and other related analyses |
| Maika Hemphill | 7/15/2008 | 1.0 | Financial Analysis | Review of recent M&A transaction |
| Desiree Davis | 7/16/2008 | 1.5 | Business Operations | Presentation preparation for client and other related analyses |
| Jason Solganick | 7/16/2008 | 1.5 | Business Operations | Presentation preparation for client and other related analyses |
| Jason Solganick | 7/16/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/16/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 7/16/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jonathan Brownstein | 7/16/2008 | 1.0 | Business Operations | Presentation preparation for client and other related analyses |
| Maika Hemphill | 7/16/2008 | 2.0 | Business Operations | Presentation preparation for client and other related analyses |
| Desiree Davis | 7/17/2008 | 3.0 | Business Operations | Meeting with Client |
| Desiree Davis | 7/17/2008 | 4.5 | Non-Working Travel | Travel to Meeting with Client |
| Jason Solganick | 7/17/2008 | 0.2 | Case Administration | Review court docket |
| Jonathan Brownstein | 7/17/2008 | 3.0 | Business Operations | Meeting with Client |
| Jonathan Brownstein | 7/17/2008 | 4.5 | Non-Working Travel | Travel to Meeting with Client |
| Jason Solganick | 7/18/2008 | 2.0 | Business Operations | Review of Sealed Air Settlement |
| Jason Solganick | 7/18/2008 | 0.2 | Case Administration | Review court docket |
| Jonathan Brownstein | 7/18/2008 | 2.0 | Business Operations | Review of Sealed Air Settlement |
| Jason Solganick | 7/21/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/21/2008 | 3.0 | Hearing | Court Hearing |
| Jason Solganick | 7/21/2008 | 4.0 | Non-Working Travel | Travel to Court Hearing |
| Desiree Davis | 7/22/2008 | 2.0 | Financial Analysis | Review of press release of comparable company and related analyses |
| Jason Solganick | 7/22/2008 | 2.0 | Business Operations | Review of LTIP materials and Project Red Sox |
| Jason Solganick | 7/22/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/22/2008 | 1.0 | Financial Analysis | Review of press release of comparable company and related analyses |
| Jonathan Brownstein | 7/22/2008 | 2.0 | Business Operations | Review of LTIP materials and Project Red Sox |
| Maika Hemphill | 7/22/2008 | 2.5 | Financial Analysis | Review of press release of comparable company and related analyses |
| Jason Solganick | 7/23/2008 | 2.0 | Business Operations | Call re: LTIP; Project Red Sox; Financing |
| Jason Solganick | 7/23/2008 | 0.2 | Case Administration | Review court docket |
| Jonathan Brownstein | 7/23/2008 | 2.0 | Business Operations | Call re: LTIP; Project Red Sox; Financing |
| Maika Hemphill | 7/23/2008 | 2.0 | Business Operations | Call re: LTIP; Project Red Sox; Financing |
| Jason Solganick | 7/24/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 7/25/2008 | 0.2 | Case Administration | Review court docket |