# EXHIBIT B

<u>W.R. Grace</u>
<u>Detail of expenses (July 1, 2008 – July 31, 2008)</u>

<u>Telephone</u>
| | | | |
|---|---|---|---|
| Jason Solganick | 07/01/08 | $ 23.86 | |
| Jason Solganick | 07/01/08 | $ 11.13 | |
| Jon Brownstein | 07/01/08 | $ 23.00 | |
| **Total Telephone:** | | | **$   57.99** |

<u>Airfare</u>
| | | | |
|---|---|---|---|
| Jon Brownstein | 07/23/08 | $ 448.70 | |
| Jon Brownstein | 07/23/08 | $     8.50 | |
| Desiree Davis | 07/23/08 | $ 448.70 | |
| Desiree Davis | 07/23/08 | $     8.50 | |
| Jon Brownstein | 07/23/08 | $     8.50 | |
| **Total Airfare:** | | | **$ 922.90** |

<u>Transportation (train, cab)</u>
| | | | |
|---|---|---|---|
| Desiree Davis | 07/23/08 | $ 15.00 | |
| Desiree Davis | 07/23/08 | $ 20.00 | |
| Jason Solganick | 07/25/08 | $ 10.00 | |
| Jason Solganick | 07/25/08 | $ 218.00 | |
| **Total Transportation:** | | | **$ 263.00** |

**TOTAL EXPENSES:**                                                                                        **$1,243.89**