IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | **Objection Deadline: September 3, 2008 at 4:00 p.m.** |
| | ) | **Hearing Date: December 15, 2008 at 1:00 p.m.** |

## CERTIFICATION OF NO OBJECTION
## REGARDING DOCKET NO. 19303

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Twenty-Ninth Quarterly Fee Application of Ferry, Joseph & Pearce, P.A. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Asbestos Property Damage Claimants for the Period from April 1, 2008 through June 30, 2008 ("the Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than September 3, 2008[1] at 4:00 p.m.

Dated: September 4, 2008            FERRY, JOSEPH & PEARCE, P.A.

                                                 /s/ Lisa L. Coggins
                                                 Michael B. Joseph (No. 392)
                                                 Theodore J. Tacconelli (No. 2678)
                                                 Lisa L. Coggins (No. 4234)
                                                 824 Market Street, Suite 904
                                                 P.O. Box 1351
                                                 Wilmington, DE 19899
                                                 Tel:   (302) 575-1555
                                                 Fax:  (302) 575-1714

                                                 *Counsel to the Official Committee of*
                                                 *Asbestos Property Damage Claimants*

---

[1] The applicant may have received informal comments from the fee auditor, but has not yet received the final report from the fee auditor.