# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 4th day of September, 2008, I caused the ***Response of Seaton Insurance Company to Debtors' Amended Twenty-Fifth Omnibus Objection to Claims*** to be served upon the parties listed below by first class mail, postage pre-paid, address as follows:

Christopher T. Greco, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022

James E. O'Neill, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY  10038-4982

Michael R. Lastowski, Esq.
Duane, Morris & Heckscher, LLP
1100 N. Market Street, Suite 1200
Wilmington, DE  19801-1246

Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL  33131

- 2 -

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Peter Van L. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle, N.W.
Washington, DC  20005

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY  10038-4982

|  |  |
|---|---|
| Dated:  September 4, 2008 | **DRINKER BIDDLE & REATH LLP** |
|  | /s/  Warren T. Pratt |
|  | Warren T. Pratt (4334) |
|  | 1100 N. Market Street, Suite 1000 |
|  | Wilmington, DE  19801 |
|  | Telephone: (302) 467-4200 |
|  | Facsimile:  (302) 467-4201 |
|  | Counsel for Claimant |
|  | Seaton Insurance Company |