**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
<u>April 1, 2008 through June 30, 2008</u>

1. Asbestos: Claims Analysis & Evaluation – 7.0 ($4,375.00)

    Read Kinsella Deposition

    Review materials and attend Committee call

    Read objections to ZAI motion; PD and ZAI committees objection to Bar Date motion

    Review Quick review of ZAI response and Canadian materials

    Review various analyses of value of settlement and discuss with counsel