**EXHIBIT "C"**

# HR&A                                                    INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

May 8, 2008
Invoice No. HRA20080508

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of April, 2008.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz | |
| 5.0 hours @ $ 625 per hour | $ 3,125.00 |
| **TOTAL DUE:** | **$ 3,125.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351

APRIL, 2008 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|------|------|------|
| 04/04/08 | 1.00 | Read Kinsella deposition. |
| 04/07/08 | 1.00 | Review materials and attend Committee call. |
| 04/11/08 | 2.00 | Read objections to ZAI motion; PD and ZAI committees objection to Bar Date motion. |
| 04/15/08 | 1.00 | Quick review of ZAI response and Canadian materials. |
| TOTAL: | 5.00 | |

# HR&A                                                               INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

June 6, 2008
Invoice No. HRA20080606

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida 33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the month of May, 2008.

### FEES

| | |
|---|---|
| Francine F. Rabinovitz<br>2.0 hours @ $ 625 per hour | $ 1,250.00 |
| **TOTAL DUE:** | **$ 1,250.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922   TEL: (831) 626-1350   FAX: (831) 626-1351

MAY, 2008 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 05/21/08 | 1.50 | Review various analyses of value of settlement. |
| 05/27/08 | 0.50 | Talk with Matt Kramer re value of Settlement per Greg Boyer. |
| TOTAL: | 2.00 | |