**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**

**MARCH 25, 2008 THROUGH JUNE 30, 2008**

1. Notice Planning –90.1033 hours ($28,427.42)

    Review Debtors' Notices and Notice Plan and motion for bar date

    Draft memorandum on Debtors' Notices and Notice Plan

    Discuss methodology behind reach estimations for Internet banners

    Travel to Philadelphia for client meeting on notice program

    Attend hearing on Bar Date notices