**EXHIBIT "C"**

**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX 75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/30/2008 | 44927 |

| BILL TO |
|---|
| Bilzin Sumberg Dunn Baena Price & Axelrod<br>Luisa Flores<br>First Union Financial Center,<br>200 S. Biscayne Blvd. Suite 2500<br>Miami, Florida 33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | Staff time and out of pocket expenses in connection with the W. R. Grace litigation.<br><br>GI: Gina Intrepido, CP: Carla Peak, JK: JoAnn King, SW: Shannon Wheatman, SLB: Sandy Lee Brown; JAK: Judith Kooker; PT: Philip Turicik; LS: Lauran Schultz; J: Evan Jackson | | |
| GI | 0.2 | 3/25/2008 | Respond to clients email requesting review of ZAI Bankruptcy documents. | 325.00 | 65.00 |
| SW | 4.7 | 3/28/2008 | Review Debtor's notices and notice plan; review Debtor's motion for bar date. | 325.00 | 1,527.50 |
| PT | 1.25 | 3/28/2008 | Run Kinsella's notice plan through eTelmar to research reach and frequency numbers for case critique. | 175.00 | 218.75 |
| SW | 5.2 | 3/31/2008 | Outline critique of Debtor's notice and notice plan. | 325.00 | 1,690.00 |
| GI | 3 | 3/31/2008 | Read and review debtor's notice plan; staff discussions. | 325.00 | 975.00 |
| SW | 7.3 | 4/1/2008 | Review and critique Debtor's notices and notice plan. | 325.00 | 2,372.50 |
| GI | 0.9 | 4/2/2008 | Recalculate reach of Debtor's Plan to include American Profile; contact Internet media vendors to discuss methodology behind reach estimations for Internet banners. | 325.00 | 292.50 |
| SW | 6.7 | 4/2/2008 | Review and critique Debtor's notices and notice plan. | 325.00 | 2,177.50 |
| CP | 2.75 | 4/3/2008 | Assist Notice Director in review of Debtor's Notice Plan and Notices. | 200.00 | 550.00 |
| SW | 4.9 | 4/3/2008 | Draft memo on review of Debtor's notice and notice plan. | 325.00 | 1,592.50 |
| SW | 3.1 | 4/3/2008 | Continue drafting memo reviewing Debtor's notices and notice plan. | 325.00 | 1,007.50 |

Billing contact: JoAnn King, (215) 721-2120, jking@hilsoft.com. Fed. ID 23-2785427
Thank you.

**Total**

**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX  75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/30/2008 | 44927 |

| BILL TO |
|---|
| Bilzin Sumberg Dunn Baena Price & Axelrod<br>Luisa Flores<br>First Union Financial Center,<br>200 S. Biscayne Blvd. Suite 2500<br>Miami, Florida  33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| CP | 0.33333 | 4/4/2008 | Assist Notice Director in review of Debtor's Notice Plan and Notices. | 200.00 | 66.67 |
| CP | 2.5 | 4/8/2008 | Review memo on critique of Debtor's Plan. | 200.00 | 500.00 |
| GI | 0.9 | 4/8/2008 | Review Debtors expert's notice program and provide critique points related to inflated Internet banner reach calculations; proof memo to client regarding Hilsoft critique. | 325.00 | 292.50 |
| SW | 6.6 | 4/8/2008 | Discuss Debtor's notices with client; finalize draft of memo on Debtor's notice and notice plan for client review. | 325.00 | 2,145.00 |
| SW | 0.2 | 4/11/2008 | Discus bar date hearing with client. | 325.00 | 65.00 |
| GI | 3.1 | 4/21/2008 | Travel from work to Philadelphia for meeting with client- meeting delayed with client. | 325.00 | 1,007.50 |
| GI | 2.4 | 4/21/2008 | Dinner meeting with client to prepare for hearing. | 325.00 | 780.00 |
| GI | 1.3 | 4/21/2008 | Review case documents, including Canadian Notice Program; discuss reach methodology with Internet providers. | 325.00 | 422.50 |
| SW | 3 | 4/21/2008 | Travel to and from Philadelphia to meet clients for dinner to discuss bar date hearing. | 325.00 | 975.00 |
| SW | 3.8 | 4/21/2008 | Prepare for client meeting on bar date hearing; have dinner with clients to discuss issues surrounding bar date notices and notice plan. | 325.00 | 1,235.00 |
| SW | 2.1 | 4/21/2008 | Attend hearing on bar date notice. | 325.00 | 682.50 |
| GI | 3.1 | 4/22/2008 | Travel from home to court house; travel from court house to train station and then home. | 325.00 | 1,007.50 |
| GI | 2.1 | 4/22/2008 | Attend hearing on bar date hearing | 325.00 | 682.50 |
| SW | 3.1 | 4/22/2008 | Travel from Philadelphia to Wilmington for bar date hearing; travel from Wilmington to Philadelphia. | 325.00 | 1,007.50 |
| LS | 1.17 | 4/11/2008 | Communication, re: potential Canadian client and conflict of interest. | 350.00 | 409.50 |
| MILES | | | G. Intrepido-mileage from meeting after Zonolite Hearing. | 10.40 | 10.40 |

Billing contact: JoAnn King, (215) 721-2120, jking@hilsoft.com. Fed. ID 23-2785427
Thank you.

**Total**

**Hilsoft Notifications**
*123 E. Broad St*
*Souderton, PA 18964*

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX 75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 4/30/2008 | 44927 |

| BILL TO |
|---|
| Bilzin Sumberg Dunn Baena Price & Axelrod<br>Luisa Flores<br>First Union Financial Center,<br>200 S. Biscayne Blvd. Suite 2500<br>Miami, Florida 33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| MILES | | | G. Intrepido-mileage to and from Zonolite Hearing for G. Intrepido. | 41.19 | 41.19 |
| MILES | | | S. Wheatman- transportation after Zonolite Hearing. | 7.17 | 7.17 |
| Reimb. Air & ... | | | S. Wheatman-rail transportation after Zonolite Hearing. | 6.00 | 6.00 |

Billing contact: JoAnn King, (215) 721-2120, jking@hilsoft.com. Fed. ID 23-2785427
Thank you.

**Total** $23,812.18

**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX 75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/30/2008 | 44961 |

| BILL TO |
|---|
| Bilzin Sumberg Dunn Baena Price & Axelrod<br>Luisa Flores<br>First Union Financial Center,<br>200 S. Biscayne Blvd. Suite 2500<br>Miami, Florida 33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| | | | Staff time and out of pocket expenses in connection with the W. R. Grace hearing. | | |
| | | | GI: Gina Intrepido, CP: Carla Peak, JK: JoAnn King, SW: Shannon Wheatman, SLB: Sandy Lee Brown; JAK: Judith Kooker; PT: Philip Turicik; LS: Lauran Schultz; EJ: Evan Jackson | | |
| GI | 0.3 | 5/29/2008 | Pull files for Friday call and for bar date hearing. | 325.00 | 97.50 |
| GI | 0.2 | 5/30/2008 | Logistics and preparation to attend hearing in Pittsburgh. | 325.00 | 65.00 |
| SW | 12.6 | 6/2/2008 | Travel to WR Grace hearing in Pittsburgh; review Debtor's materials in preparation for hearing; attend hearing. | 325.00 | 4,095.00 |
| SW | 1.3 | 6/11/2008 | Review revised debtor's notice and provide comments for client review. | 325.00 | 422.50 |
| Reimb. Air & ... | | | Travel agent fee for G. Intrepido's Pittsburgh air travel for WR Grace Hearing on 6/2/08. | 39.00 | 39.00 |
| Reimb. Air & ... | | | Travel agent service fee for Dr. Wheatman's Pittsburgh travel for WR Grace Hearing on 6/2/08. | 39.00 | 39.00 |
| Reimb. Air & ... | | | Dr. Wheatman's Pittsburgh air travel for WR Grace Hearing on 6/2/08. | 327.00 | 327.00 |
| Reimb. Air & ... | | | Travel agent fee due to Dr. Wheatman taking a later flight after WR Grace hearing in Pittsburgh. | 35.00 | 35.00 |
| Reimb. Air & ... | | | Flight change fee due to Dr. Wheatman taking a later flight after WR Grace hearing in Pittsburgh on 06/02/08. | 156.00 | 156.00 |
| Reim. Auto | | | Dr. Wheatman's transportation from PHL airport for WR Grace Hearing on 6/2/08, in Pittsburgh. | 134.00 | 134.00 |

Billing contact: JoAnn King, (215) 721-2120, jking@hilsoft.com. Fed. ID 23-2785427
Thank you.

**Total**

Page 1

**Hilsoft Notifications**
123 E. Broad St
Souderton, PA 18964

Remit To Address:
Hilsoft, Inc.
Dept. 0266
P.O. Box 120266
Dallas, TX  75312-0266

# Invoice

| DATE | INVOICE # |
|---|---|
| 6/30/2008 | 44961 |

| BILL TO |
|---|
| Bilzin Sumberg Dunn Baena Price & Axelrod<br>Luisa Flores<br>First Union Financial Center,<br>200 S. Biscayne Blvd. Suite 2500<br>Miami, Florida  33131 |

| P.O. NO. | TERMS | PROJECT |
|---|---|---|
| S. Baena | Due on receipt | W.R. Grace Bankrup... |

| ITEM | QUANTITY | SERVICED | DESCRIPTION | RATE | AMOUNT |
|---|---|---|---|---|---|
| Reim. Auto | | | Dr. Wheatman's transportation to PHL airport for WR Grace Hearing on 6/2/08, in Pittsburgh. | 133.50 | 133.50 |
| Reim. Meal | | | Dr. Wheatman's dinner during WR Grace hearing. | 3.72 | 3.72 |
| Reim. Meal | | | Dr. Wheatman's lunch during WE Grace hearing. | 9.24 | 9.24 |
| Reim. Meal | | | Dr. Wheatman's breakfast during WR Grace hearing. | 6.52 | 6.52 |
| Reim. Auto | | | Dr. Wheatman's taxi to WR Grace hearing. | 47.00 | 47.00 |
| Reim. Auto | | | Dr. Wheatman's taxi from WR Grace hearing. | 47.00 | 47.00 |
| MCI | | | Reimbursed Costs-Telephone calls from 04/17/08 to 04/21/08. | 0.72 | 0.72 |

Billing contact: JoAnn King, (215) 721-2120, jking@hilsoft.com. Fed. ID 23-2785427
Thank you.

**Total** $5,657.70