UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:  W.R.GRACE & CO.,
      ET AL.
      Debtors                                                               Ch 11
                                                                                                    01-01139 (JKF)
_____)

**RESPONSE BY NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE TO DEBTORS' TWENTY FIFTH OMNIBUS OBJECTION TO CLAIMS**

      The New York State Department of Taxation and Finance (the "Department"), by Elaine Z. Cole, of counsel, answers the Debtors' Twenty Fifth Omnibus Objection to its claims, as follows:

      1.  The Debtors object to claim number 2701 on the ground that there is insufficient documentation for the claim.

      2.  The claim dated October 22, 2002, consists of priority taxes for which the Debtors, Asbestos Management, Inc. and Litigation Management, Inc. filed returns.  Thus, all the amounts shown on the proof of claim are taken from returns filed by the Debtors.

      3.  A bare assertion that "there is insufficient documentation attached to support claim" does not overcome the presumptive validity of the claim.

      4.  If the Debtors have information that the figures they put on their returns are incorrect, they should have produced it before the expiration of the protest periods for these assessments.

      Therefore, the proof of claim should be allowed as filed.

September 5, 2008                                                   Daniel Smirlock
                                                                                                    Counsel and Deputy Commissioner
                                                                                                    Department of Taxation and Finance

                                                                                                     _____/s/_____
                                                                                                    By Elaine Z. Cole, Esq., of counsel
                                                                                                    340 E. Main St.
                                                                                                    Rochester, NY  14604
                                                                                                    (585) 530 8465
                                                                                                    (585) 530 2017 FAX
                                                                                                    elaine_cole@tax.state.ny.us