**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |  |
|---|---|---|
| | | Page: 1 |
| W.R. Grace | | 07/31/2008 |
| Wilmington DE | ACCOUNT NO: | 3000-01D |
| | STATEMENT NO: | 68 |

Asset Analysis and Recovery

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE | | $39.00 |

| | | | HOURS | |
|---|---|---|---|---|
| 07/25/2008 | | | | |
| | MTH | Reviewing Debtors' Motion re Settlement with WEJA. | 0.30 | 97.50 |
| | | FOR CURRENT SERVICES RENDERED | 0.30 | 97.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $325.00 | $97.50 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 97.50 |
| BALANCE DUE | $136.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2008
ACCOUNT NO:        3000-02D
STATEMENT NO:              86

Asset Disposition

PREVIOUS BALANCE                                                            $37.30

BALANCE DUE                                                                  $37.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|                    |                    |
|--------------------|--------------------|
|                    | Page: 1            |
| W.R. Grace         | 07/31/2008         |
| Wilmington DE      | ACCOUNT NO:  3000-03D |
|                    | STATEMENT NO:        74 |

Business Operations

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $138.20 |

| | | | HOURS | |
|---|---|---|---|---|
| 07/21/2008 | | | | |
| | MTH | Reviewing correspondence from JB re possible business deal and Reviewing correspondence from PVNL to JS re same and reviewing response to same. | 0.40 | 130.00 |
| 07/29/2008 | | | | |
| | MTH | Reviewing correspondence from JS re Red Sox Motion. | 0.10 | 32.50 |
| | MTH | Reviewing correspondence from JS and JO re Red Sox Motion. | 0.10 | 32.50 |
| | MTH | Reviewing additional correspondence from JS re Red Sox Motion; reviewing correspondence from PZ re same. | 0.10 | 32.50 |
| | | FOR CURRENT SERVICES RENDERED | 0.70 | 227.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.70 | $325.00 | $227.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 227.50 |
| BALANCE DUE | $365.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
07/31/2008
ACCOUNT NO:     3000-04D
STATEMENT NO:          86

Case Administration

|  |  | HOURS |  |
|---|---|---|---|
| | PREVIOUS BALANCE | | $2,842.87 |
| **07/02/2008** | | | |
| PEM | Review Debtor-In-Possession Monthly Operating Report for Filing Period May, 2008 | 0.70 | 280.00 |
| **07/10/2008** | | | |
| SEL | Follow up e-mail with Jeff Lessimer at Caplan Drysdale | 0.30 | 135.00 |
| **07/14/2008** | | | |
| MTH | Reviewing Debtors' Statement of Amounts Paid to Professionals | 0.10 | 32.50 |
| **07/16/2008** | | | |
| SMB | Review of docket re: 2019 statements | 0.10 | 9.50 |
| MTH | Reviewing Notice of Withdrawal of Special Counsel to the Debtors. | 0.10 | 32.50 |
| **07/17/2008** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.30 | 28.50 |
| **07/21/2008** | | | |
| MB | Create hearing memo for MTH re: July 21, 2008 hearing | 0.70 | 63.00 |
| | FOR CURRENT SERVICES RENDERED | 2.30 | 581.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stanley E. Levine | 0.30 | $450.00 | $135.00 |
| Philip E. Milch | 0.70 | 400.00 | 280.00 |
| Santae M. Boyd | 0.40 | 95.00 | 38.00 |
| Matthew Brushwood | 0.70 | 90.00 | 63.00 |
| Mark T. Hurford | 0.20 | 325.00 | 65.00 |

Page: 2

W.R. Grace

07/31/2008

ACCOUNT NO:        3000-04D

STATEMENT NO:              86

Case Administration

TOTAL CURRENT WORK                                                                581.00

| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees) | -556.70 |
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -225.50 |
| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) | -229.00 |
| | TOTAL PAYMENTS | -1,011.20 |
| | BALANCE DUE | $2,412.67 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2008 |
| Wilmington  DE | ACCOUNT NO:     3000-05D |
|  | STATEMENT NO:              86 |

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  |  |  |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $57,667.10 |
| | | | HOURS | |
| 07/03/2008 | | | | |
| | MTH | Reviewing correspondence from JB re proposed Order re ZAI counsel | 0.10 | 32.50 |
| 07/07/2008 | | | | |
| | MTH | Review correspondence from PVNL re: ZAI Claims Bar Date Order; review correspondence from Debtors' counsel re: same; correspondence to and from PEM and MRE re: same; correspondence to PVNL re: same | 0.30 | 97.50 |
| | MTH | Review correspondence from PVNL re: correspondence to Debtors' counsel re: ZAI Bar Date Motion; correspondence to MRE and PEM re: same | 0.10 | 32.50 |
| | MTH | Reviewing correspondence from SB (x2) and JB re proposed Order re ZAI. | 0.20 | 65.00 |
| | MTH | Reviewing correspondence from PVNL re proposed ZAI counsel Order. | 0.10 | 32.50 |
| 07/08/2008 | | | | |
| | MTH | Reviewing correspondence from SB re proposed ZAI Order and response to same from JB. | 0.30 | 97.50 |
| 07/09/2008 | | | | |
| | MTH | Reviewing correspondence from NDF re ZAI Bar Date; reviewing Bar Date order and related exhibits, reviewing COC re Bar Date Order; reviewing Debtors' Supplemental Filing re ZAI Bar Date and review of transcript of hearing re ZAI Bar Date. | 1.20 | 390.00 |
| 07/10/2008 | | | | |
| | MTH | Reviewing Montana's Response and Joinder to Debtors' Montana DEQ Motion. | 0.10 | 32.50 |
| 07/15/2008 | | | | |
| | MTH | Reviewing correspondence from BT re estimation hearing and response | | |

Page: 2
07/31/2008

W.R. Grace

ACCOUNT NO:   3000-05D
STATEMENT NO:     86

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | to same. |  | 0.20 | 65.00 |
| 07/16/2008 | | | | |
|  | MTH | Reviewing Order granting S&R Motion for leave to file appeal re Class Cert. Motion. | 0.10 | 32.50 |
| 07/18/2008 | | | | |
|  | MTH | Reviewing State of California's Motion for Leave to File Longo Report. | 0.20 | 65.00 |
| 07/21/2008 | | | | |
|  | MTH | Reviewing Re-Notice of Hearing on California's Motion re Longo Report. | 0.10 | 32.50 |
| 07/23/2008 | | | | |
|  | MTH | Telephone conference with S. Fallensby re: questions re: possible asbestos injury during home remodeling | 0.20 | 65.00 |
|  | MTH | Reviewing Notice of Deposition of L. Kruger. | 0.10 | 32.50 |
| 07/29/2008 | | | | |
|  | MTH | Meeting with MF re background and information re ZAI claim Bar Date and review of Order re same. | 0.50 | 162.50 |
|  | MF | Met with MTH to discuss court determinations for property damage and personal injury claimants, bar dates for pre-petition claims. | 0.50 | 145.00 |
| 07/30/2008 | | | | |
|  | MTH | Telephone conference with claimant re questions following ZAI Bar Date advertisement. | 0.10 | 32.50 |
|  | MTH | Telephone conference with Stutz re questions re asbestos personal injury claims. | 0.30 | 97.50 |
|  | MTH | Reviewing correspondence from NDF (x2) re estimation; reviewing documents re same and Correspondence to NDF re same. | 0.30 | 97.50 |
|  | MTH | Reviewing correspondence from PVNL re estimation; reviewing additional correspondence from NDF re same. | 0.10 | 32.50 |
| 07/31/2008 | | | | |
|  | MTH | Telephone conference with J. Ortiz re: questions re: ZAI Bar Date Order | 0.20 | 65.00 |
|  | | FOR CURRENT SERVICES RENDERED | 5.30 | 1,705.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 4.80 | $325.00 | $1,560.00 |
| Martha Fox | 0.50 | 290.00 | 145.00 |

TOTAL CURRENT WORK                                          1,705.00

W.R. Grace

Claims Analysis Objection & Resolution (Asbestos)

| | | |
|---|---|---:|
| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees) | -7,813.90 |
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -3,052.60 |
| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) (Amount should have been $3,215.10 but was reduced by $303.50 pursuant to Fee Auditors Report) | -2,911.60 |
| 07/29/2008 | Payment - Thank you. (April, 2008 - 80% Fees) | -11,858.80 |
| | TOTAL PAYMENTS | -25,636.90 |
| | BALANCE DUE | $33,735.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2008

ACCOUNT NO:     3000-06D
STATEMENT NO:              86

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                                    $4,336.10

|  |  | | HOURS |  |
|---|---|---|---|---|
| 07/08/2008 | | | | |
| | MTH | Correspondence to EI re Equity Joinder to Debtors' Bank Claims Motion. | 0.10 | 32.50 |
| 07/11/2008 | | | | |
| | MTH | Reviewing correspondence from NDF re Bank Interest Claims filings. | 0.10 | 32.50 |
| | MTH | Multiple correspondence to EI, PVNL and NDF re responses to Debtors' Motion re Bank Interest Claims. | 0.20 | 65.00 |
| | MTH | Reviewing Amended Entry of Appearance re certain Bank Claim Holders. | 0.10 | 32.50 |
| 07/14/2008 | | | | |
| | MTH | Reviewing UCC's Response to the Debtors' Objection to Bank Claims. | 0.70 | 227.50 |
| | MTH | Reviewing Joinder of JP Morgan re Bank Claims Objection. | 0.10 | 32.50 |
| | MTH | Reviewing Response of Bank Lender Group to Debtors' Bank Claims Objection; and related Motion to Exceed Page Limit | 0.60 | 195.00 |
| 07/23/2008 | | | | |
| | MTH | Reviewing correspondence from JAL re hearing memo and related pleadings and response to same. | 0.20 | 65.00 |
| | MTH | Correspondence to EI, PVNL re Debtors' discovery related to Bank Claims Objection. | 0.10 | 32.50 |
| | MTH | Reviewing Debtors' First Set of Interrogatories Directed to Lewis Kruger. | 0.20 | 65.00 |
| 07/28/2008 | | | | |
| | MTH | Correspondence to JAL re discovery re Bank Claims Objection. | 0.10 | 32.50 |
| 07/31/2008 | | | | |
| | MTH | Reviewing correspondence from JAL re briefing on Debtors' Objection to Bank Interest Claims and response to same. | 0.10 | 32.50 |
| | | FOR CURRENT SERVICES RENDERED | 2.60 | 845.00 |

W.R. Grace

Claims Analysis Objection & Resol. (Non-Asbestos)

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.60 | $325.00 | $845.00 |

TOTAL CURRENT WORK                                        845.00

| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees) | -643.30 |
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -103.70 |
| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) | -183.00 |
| 07/29/2008 | Payment - Thank you. (April, 2008 - 80% Fees) | -156.00 |
| | TOTAL PAYMENTS | -1,086.00 |
| | BALANCE DUE | $4,095.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 07/31/2008 |
| Wilmington  DE | ACCOUNT NO:     3000-07D |
| | STATEMENT NO:            86 |

Committee, Creditors, Noteholders, Equity Holders

| | PREVIOUS BALANCE | | | $35,560.64 |
|---|---|---|---|---|

| | | | HOURS | |
|---|---|---|---|---|
| **07/01/2008** | | | | |
| | DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | MB | Review July 1, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | MTH | Reviewing correspondence from MB to Committee re expense reimbursements | 0.10 | 32.50 |
| **07/02/2008** | | | | |
| | DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | BC | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | MB | Review July 2, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 90.00 |
| | MTH | Reviewing correspondence from EI to Committee re insurance negotiations | 0.10 | 32.50 |
| | MTH | Prepare weekly recommendation memo | 1.20 | 390.00 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| **07/03/2008** | | | | |
| | PEM | Review weekly recommendation report re: pending motions and matters | 0.20 | 80.00 |
| | DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | MB | Review July 3, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | BC | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | BC | Download, review and prepare Rule 2019 Statement for Scott & Scott, Ltd. (.2); address e-filing; send e-file notifications to same (.2) | 0.40 | 38.00 |
| | BC | Begin drafting weekly recommendation memo for 7/11/08 | 0.30 | 28.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  | HOURS |  |
|---|---|---|---|
| 07/07/2008 |  |  |  |
| DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| DM | Update attorney binders | 0.20 | 19.00 |
| MB | Review Monday, July 7, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| BC | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.30 | 28.50 |
| BC | Draft weekly recommendation memo for 7/11/08 | 0.60 | 57.00 |
| MK | Review committee events calendar; update attorney case calendar | 0.10 | 12.50 |
| MTH | Review daily memo. | 0.10 | 32.50 |
| 07/08/2008 |  |  |  |
| DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| MB | Review July 7, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| MTH | Review daily memo. | 0.10 | 32.50 |
| 07/09/2008 |  |  |  |
| DM | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| MB | Review July 9, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| 07/10/2008 |  |  |  |
| DM | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 19.00 |
| DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| MB | Review July 10, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| MTH | Review daily memo. | 0.10 | 32.50 |
| 07/11/2008 |  |  |  |
| DM | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.30 | 28.50 |
| DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| MB | Review July 11, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| PEM | Review weekly recommendation memo to ACC re: pending motions and matters | 0.20 | 80.00 |
| MTH | Prepare weekly recommendation memos. | 1.00 | 325.00 |
| MTH | Distribution of weekly recommendation memo to Committee. | 0.20 | 65.00 |
| MTH | Review daily memo. | 0.10 | 32.50 |
| MTH | Reviewing Order entered. | 0.10 | 32.50 |
| 07/13/2008 |  |  |  |
| DAC | Review counsel's weekly memo | 0.10 | 45.00 |
| 07/14/2008 |  |  |  |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 12.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Review daily memo. | 0.10 | 32.50 |
| **07/15/2008** | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | MB | Review July 15, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.30 | 28.50 |
| **07/16/2008** | | | | |
| | MB | Review July 16, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| **07/17/2008** | | | | |
| | MB | Review July 17, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| **07/18/2008** | | | | |
| | SMB | Draft weekly recommendation memo | 0.60 | 57.00 |
| | PEM | Review weekly recommendation re: pending motions and matters | 0.20 | 80.00 |
| | MB | Review July 18, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | MTH | Prepare weekly recommendation memos. | 1.00 | 325.00 |
| | MTH | Correspondence to Committee re weekly recommendation memos. | 0.20 | 65.00 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | DAC | Review counsel's weekly memo | 0.20 | 90.00 |
| **07/21/2008** | | | | |
| | MK | Review committee events calendar; update attorney case calendar | 0.10 | 12.50 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 19.00 |
| **07/22/2008** | | | | |
| | MB | Review July 22, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | MTH | Reviewing correspondence from PVNL re draft hearing memo | 0.10 | 32.50 |
| | MTH | Drafting memorandum re July 21 hearing. | 2.20 | 715.00 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| | MTH | Reviewing three orders entered. | 0.10 | 32.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |

Page: 4

W.R. Grace                                                                      07/31/2008

ACCOUNT NO:        3000-07D
STATEMENT NO:            86

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| KH | Review daily memo re: fee issues | 0.10 | 10.50 |

**07/23/2008**

| | | | |
|---|---|---|---|
| MK | Review committee hearing memo | 0.10 | 12.50 |
| MTH | Further review and revisions to July 21 hearing memo and distribution of same to Committee. | 0.40 | 130.00 |
| DAC | Review memo re: 7/21 hearing | 0.20 | 90.00 |
| MTH | Review daily memo. | 0.10 | 32.50 |
| PEM | Review July 21, 2008 hearing memo | 0.10 | 40.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| KH | Review daily memo re: fee issues | 0.10 | 10.50 |

**07/24/2008**

| | | | |
|---|---|---|---|
| MK | Update service documents | 0.10 | 12.50 |
| PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| MTH | Reviewing correspondence from PVNL re: draft hearing memo | 0.10 | 32.50 |
| MTH | Drafting memorandum re July 22 hearing and Correspondence to EI and PVNL re same. | 1.10 | 357.50 |
| MTH | Review daily memo. | 0.10 | 32.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 9.50 |

**07/25/2008**

| | | | |
|---|---|---|---|
| PEM | Review July 22, 2008 hearing memo | 0.10 | 40.00 |
| PEM | Review weekly recommendation memo to committee re: pending motions and matters | 0.20 | 80.00 |
| KH | Update Committee email service list | 0.10 | 10.50 |
| MTH | Reviewing correspondence from LK re distribution of Committee memo and response to same and Correspondence to KH re same. | 0.10 | 32.50 |
| MTH | Reviewing and revising memorandum re July 22 hearing and distribution of same to Committee. | 0.50 | 162.50 |
| MTH | Reviewing and revising weekly recommendation memo and distribution of same to Committee. | 1.80 | 585.00 |
| MTH | Correspondence to NDF re July hearing, October dates for hearings. | 0.10 | 32.50 |
| DAC | Review daily memo | 0.20 | 90.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 9.50 |
| DAC | Review memo re: 7/22 hearing | 0.10 | 45.00 |

**07/28/2008**

| | | | |
|---|---|---|---|
| KH | Review email from MTH re: email service list; Review and draft responsive email | 0.20 | 21.00 |
| MK | Review committee events calendar and update attorney case calendar. | 0.10 | 12.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 9.50 |

Page: 5

W.R. Grace                                                                          07/31/2008
                                                          ACCOUNT NO:          3000-07D
                                                          STATEMENT NO:               86

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/29/2008 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 40.00 |
|  | SMB | Review recently filed pleading and electronic filing notices; draft and distribute Daily Memo | 0.10 | 9.50 |
| 07/31/2008 |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 40.00 |
|  | DAC | Review counsel's weekly memo | 0.20 | 90.00 |
|  | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.20 | 80.00 |
|  | KH | Prepare and distribute Weekly Recommendation Memo to Committee (Fee App & Motions) | 0.30 | 31.50 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 9.50 |
|  | MTH | Draft weekly recommendation memo | 1.00 | 325.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 24.90 | 6,418.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.20 | $450.00 | $540.00 |
| Philip E. Milch | 2.10 | 400.00 | 840.00 |
| Michele Kennedy | 0.60 | 125.00 | 75.00 |
| Santae M. Boyd | 2.00 | 95.00 | 190.00 |
| Matthew Brushwood | 1.30 | 90.00 | 117.00 |
| Mark T. Hurford | 12.90 | 325.00 | 4,192.50 |
| Bruce Campbell | 1.80 | 95.00 | 171.00 |
| Katherine Hemming | 0.80 | 105.00 | 84.00 |
| Dan Mosier | 2.20 | 95.00 | 209.00 |

TOTAL CURRENT WORK                                                             6,418.50

| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees) | -1,711.20 |
|---|---|---|
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -1,359.60 |
| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) | -1,100.50 |
| 07/29/2008 | Payment - Thank you. (April, 2008 - 80% Fees) | -9,686.40 |
|  | TOTAL PAYMENTS | -13,857.70 |
|  | BALANCE DUE | $28,121.44 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2008 |
| Wilmington DE | ACCOUNT NO:    3000-08D |
|  | STATEMENT NO:    85 |

Employee Benefits/Pension

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $1,073.00 |

| | | | HOURS | |
|---|---|---|---|---|
| 07/01/2008 | | | | |
| | MTH | Reviewing correspondence from JS re LTIP conference call and analysis. | 0.10 | 32.50 |
| 07/25/2008 | | | | |
| | MTH | Correspondence to PVNL, JS, BR and NDF re Debtors' LTIP Motion, review of same. | 0.30 | 97.50 |
| | MTH | Reviewing Debtors' COLI Motion. | 0.40 | 130.00 |
| 07/30/2008 | | | | |
| | MTH | Reviewing correspondence from JS re Debtors' LTIP Motion. | 0.10 | 32.50 |
| | | FOR CURRENT SERVICES RENDERED | 0.90 | 292.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.90 | $325.00 | $292.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 292.50 |
| BALANCE DUE | $1,365.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2008
ACCOUNT NO:       3000-09D
STATEMENT NO:              38

Employee Applications, Applicant

PREVIOUS BALANCE                                                                      $72.70

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/16/2008 |  |  |  |  |
| MTH | Reviewing pre-bill. |  | 1.60 | 520.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 1.60 | 520.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.60 | $325.00 | $520.00 |

TOTAL CURRENT WORK                                                                   520.00

07/29/2008    Payment - Thank you. (December, 2007 - 20% Fees)                        -27.20

BALANCE DUE                                                                          $565.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 07/31/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-10D |
| | STATEMENT NO:              86 |

Employment Applications, Others

| | | | |
|---|---|---|---:|
| | PREVIOUS BALANCE | | $1,883.60 |
| | | HOURS | |
| 07/18/2008 | | | |
| MTH | Reviewing Order entered re Reed Smith. | 0.10 | 32.50 |
| 07/29/2008 | | | |
| MTH | Telephone conference with DF re retention application; Correspondence to and from DF re same. | 0.20 | 65.00 |
| | FOR CURRENT SERVICES RENDERED | 0.30 | 97.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $325.00 | $97.50 |

| | | |
|---|---|---:|
| TOTAL CURRENT WORK | | 97.50 |
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -3.80 |
| BALANCE DUE | | $1,977.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace
07/31/2008
Wilmington DE
ACCOUNT NO:      3000-11D
STATEMENT NO:            84

Expenses

PREVIOUS BALANCE                                                                        $10,672.26

| | | |
|---|---|---|
| 07/01/2008 | Federal Express to Debra Felder on 6/18/08 | 26.50 |
| 07/01/2008 | Parcels charge for hand and mail service of AKO April Fee Appl. | 57.68 |
| 07/01/2008 | Parcels charge for hand and mail service of AKO May Fee Appl. | 52.18 |
| 07/01/2008 | Parcels charge for hand delivery to Ferry Joseph & Pearce, Pachulski Stang, Duane, and the Office of the U.S. Trustee. | 20.00 |
| 07/01/2008 | Parcels charge for hand delivery to the Office of the U.S. Trustee, Duane Morris, Ferry Joseph & Pearce, and Pachulski Stang. | 20.00 |
| 07/01/2008 | Charges for technical/support services for multiple temporary computer networks for  Grace Estimation hearings in January 2008, 3 visits from PC Networks | 1,755.25 |
| 07/01/2008 | Pacer charges for the month of June | 469.52 |
| 07/03/2008 | Parcels charge for hand delivery to U.S. District Court. | 7.50 |
| 07/03/2008 | Parcels charge for hand delivery to Office of the U.S. Trustee. | 7.50 |
| 07/07/2008 | 558 total copies printed. | 55.80 |
| 07/07/2008 | 146 total copies scanned. | 14.60 |
| 07/08/2008 | 6/30/08 Parcels charge for hand delivery to Ferry Joseph & Pearce. | 5.00 |
| 07/08/2008 | 6/30/08 Parcels charge for hand delivery to Pachulski Stang. | 5.00 |
| 07/08/2008 | 6/30/08 Parcels charge for hand delivery to Duane Morris. | 5.00 |
| 07/08/2008 | 6/30/08 Parcels charge for hand delivery to Office of the U.S. Trustee. | 5.00 |
| 07/08/2008 | 6/30/08 Parcels charge for hand and mail service of C&L May Fee Appl. | 52.18 |
| 07/08/2008 | 6/30/08 Parcels charge for hand and mail service of C&D May Fee Appl. | 27.88 |
| 07/08/2008 | 6/30/08 Parcels charge for hand and mail service of LAS May Fee Appl. | 35.08 |
| 07/08/2008 | 6/30/08 Parcels charge for hand and mail service of Charter Oak May Fee Appl. | 99.08 |
| | TOTAL EXPENSES | 2,720.75 |
| | TOTAL CURRENT WORK | 2,720.75 |

Page: 2

W.R. Grace                                                                                          07/31/2008
                                                                    ACCOUNT NO:        3000-11D
                                                                    STATEMENT NO:            84

Expenses


07/29/2008        Payment - Thank you. (April, 2008 - 100% Expenses)                    -5,746.42

                  BALANCE DUE                                                          $7,646.59


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2008
ACCOUNT NO:      3000-12D
STATEMENT NO:              84

Fee Applications, Applicant

PREVIOUS BALANCE                                                                        $6,114.90

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/01/2008 |  |  |  |  |
| MB | Update fee tracking schedule with May fee application information for C&L filed on 6/30/08 |  | 0.20 | 18.00 |
| KH | 6/24/08 - Review e-mail from DGS re: May bill (.1); prepare C&L May fee application; e-mail to MB (.9) |  | 1.00 | 105.00 |
| KH | 6/24/08 - Prepare Excel spreadsheet re: professional hours v. project categories for C&L May bill |  | 0.40 | 42.00 |
| 07/02/2008 |  |  |  |  |
| PEM | Review June prebill for Pittsburgh time |  | 0.20 | 80.00 |
| 07/08/2008 |  |  |  |  |
| MB | Update Fee and Expense Tracking Binder |  | 0.20 | 18.00 |
| 07/15/2008 |  |  |  |  |
| MRE | Review of letter from BR; e-mail to MTH re: same |  | 0.10 | 38.50 |
| MTH | Reviewing correspondence from MRE and Fee Examiner re guidelines for hotel expense reimbursements. |  | 0.20 | 65.00 |
| 07/22/2008 |  |  |  |  |
| MRE | E-mails with MTH re: response to fee auditor inquiry |  | 0.20 | 77.00 |
| MTH | Reviewing information re expenses included on Fee Application and discussion with MRE re same. |  | 0.40 | 130.00 |
| 07/23/2008 |  |  |  |  |
| KH | Review case docket for objection to C&L May fee application (.1); prepare Certificate of No Objection (.2); finalize and e-file CNO(.2) |  | 0.50 | 52.50 |
| MRE | Review and sign CNO |  | 0.30 | 115.50 |
|  | FOR CURRENT SERVICES RENDERED |  | 3.70 | 741.50 |

W.R. Grace

Fee Applications, Applicant

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $400.00 | $80.00 |
| Matthew Brushwood | 0.40 | 90.00 | 36.00 |
| Mark T. Hurford | 0.60 | 325.00 | 195.00 |
| Marla R. Eskin | 0.60 | 385.00 | 231.00 |
| Katherine Hemming | 1.90 | 105.00 | 199.50 |

TOTAL CURRENT WORK                                          741.50

| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees) | -258.30 |
|---|---|---|
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -299.40 |
| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) | -249.20 |
| 07/29/2008 | Payment - Thank you. (April, 2008 - 80% Fees) | -1,066.80 |
| | TOTAL PAYMENTS | -1,873.70 |
| | BALANCE DUE | $4,982.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 07/31/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-13D |
| | STATEMENT NO:    71 |

Fee Applications, Others

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $10,663.00 |

| | | | HOURS | |
|---|---|---|---|---|
| 07/01/2008 | | | | |
| | MB | Update Committee fee application tracking chart | 0.60 | 54.00 |
| | MB | Draft and distribute Committee Expense e-mail reminder for Grace for the period of April through June 2008 | 0.30 | 27.00 |
| | MB | Create AKO fee application for April; e-file | 0.50 | 45.00 |
| | MB | Create AKO fee application for May; e-file | 0.60 | 54.00 |
| | MRE | Review and revise AO fee applications | 0.30 | 115.50 |
| | KH | Review e-mail from D. Relles re: May bill (.1); prepare LAS May fee application; e-mail to MB (.7) | 0.80 | 84.00 |
| | KH | 6/29/08 - Review e-mail from B. Lindsay re: May bill (.1); prepare C/O May fee application; e-mail to MB(.7) | 0.80 | 84.00 |
| 07/02/2008 | | | | |
| | MB | Update Committee fee application tracking chart | 0.40 | 36.00 |
| | MB | Review May fee application for Duane Morris [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| | MB | Review May fee application for Towers Perrin [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| | MB | Review May fee application for Stroock & Stroock & Lavan [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| | MB | Review May fee application for Casner & Edwards [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| | MB | Review May fee application for Phillips, Goldman, & Spence[.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| | MB | Review May fee application for Ferry, Joseph & Pearce [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| | MB | Review May fee application for Kramer Levin Naftalis & Frankel[.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| | MB | Review May fee application for Kirkland & Ellis[.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MB | Review May fee application for Foley Hoag [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review May fee application for Day Pitney [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review May fee application for Buchanan Ingersoll & Rooney [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review May fee application for Reed Smith [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| **07/09/2008** | | | |
| MB | E-mail and telephone conference with Arline Pelton of AKO re: fees | 0.30 | 27.00 |
| **07/10/2008** | | | |
| MB | Review fee application of PricewaterhouseCoopers re:Darex PR[.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review May fee application of Bilzin Sumberg Baena Price & Axelrod[.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review May fee application of Hamilton, Rabinovitz & Alschuler[.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review April fee application of Capstone Advisory Group [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review April fee application of Towers Perrin [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review May fee application of Towers Perrin [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review March fee application of David T. Austern [.1]; Update W.R. Grace Weekly Recommendation Memo. [.1] | 0.20 | 18.00 |
| MB | Review April fee application of  David T. Austern [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review May fee application of David T. Austern [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review May fee application of Woodcock Washburn [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review June fee application for Warren H. Smith [.1]  update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review May fee application for PricewaterhouseCoopers [.1]  update weekly recommendation memo [.1] | 0.20 | 18.00 |
| **07/14/2008** | | | |
| MB | Em-ail correspondence with Arline Pelton re: W.R. Grace billing | 0.20 | 18.00 |
| **07/15/2008** | | | |
| MTH | Correspondence to NDF re Fee Auditor's new guidelines re hotel expenses. | 0.10 | 32.50 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/17/2008 |  |  |  |  |
| | MB | Review October 2007 fee application for Holme Roberts & Owen [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| | MB | Review April 2007 fee application for Protiviti Inc. [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| | MB | Review May 2007 fee application for Protiviti Inc. [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| | MB | Review June 2007 fee application for Protiviti Inc. [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| | MB | Review July 2007 fee application for Protiviti Inc. [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| | MB | Review August 2007 fee application for Protiviti Inc. (.1) update weekly recommendation memo (.1) | 0.20 | 18.00 |
| | MB | Review September 2007 fee application for Protiviti Inc. (.1) update weekly recommendation memo (.1) | 0.20 | 18.00 |
| | MB | Review October 2007 fee application for Protiviti Inc. (.1) update weekly recommendation memo (.1) | 0.20 | 18.00 |
| | MB | Review November 2007 fee application for Protiviti Inc. (.1) and update weekly recommendation memo (.1) | 0.20 | 18.00 |
| 07/23/2008 |  |  |  |  |
| | KH | Review case docket for objection to C&D May fee application (.1) prepare CNO(.2) finalize; e-file CNO(.2) | 0.50 | 52.50 |
| | KH | Review case docket for objection to LAS May fee application(.1) prepare CNO (.2) finalize and e-file CNO(.2) | 0.50 | 52.50 |
| | KH | Review case docket for objection to Charter Oak May fee application(.1) prepare CNO (.2); finalize and e-file CNO(.2) | 0.50 | 52.50 |
| | KH | Review case docket for objection to AKO April fee application (.1) prepare CNO (.2); finalize and e-file CNO(.2) | 0.50 | 52.50 |
| | KH | Review case docket for objection to AKO May fee application (.1); prepare CNO (.2); finalize and e-file CNO(.2) | 0.50 | 52.50 |
| | MTH | Reviewing Revised Order re 27th Period. | 0.10 | 32.50 |
| 07/24/2008 |  |  |  |  |
| | KH | Update Committee Fee Application Tracking Chart | 0.30 | 31.50 |
| | KH | Review November fee application of Holme Roberts & Owen (.1) update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review May fee application of Orrick, Herrington & Sutcliffe (.1) update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review May fee application of Capstone Advisory Group (.1) update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review May fee application of Nelson Mullins Riley & Scarborough(.1) update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review May fee application of Pachulski Stang Ziehl & Jones(.1) update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review May fee application of Beveridge & Diamond (.1); update weekly |  |  |

Page: 4
07/31/2008
ACCOUNT NO:        3000-13D
STATEMENT NO:        71

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review December fee application of Holme Roberts & Owen (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |

07/25/2008
| KH | Review e-mail from E. Benetos re: payment; research and draft responsive e-mail | 0.20 | 21.00 |

07/28/2008
| KH | Review multiple emails from T. Roy re: missing payment;  Research and draft responsive emails | 0.90 | 94.50 |

07/31/2008
| KH | Review June fee application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review April-June fee application of Protiviti Inc.(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review July-September fee application of Protiviti Inc.(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review October-December fee application of Protiviti Inc.(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review June fee application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review January fee application of Lexecon(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review February fee application of Lexecon(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review March fee application of Lexecon(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review April fee application of Lexecon(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review January-March Interim fee application of Lexecon(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review April-June Interim fee application of Lexecon(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review April-June Interim fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review June fee application of Kirkland & Ellis(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review June fee application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review June fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review June fee application of Buchanan Ingersoll & Rooney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review June fee application of Reed Smith(.1); Update Grace Weekly |  |  |

W.R. Grace

Fee Applications, Others

|  | HOURS |  |
|---|---|---|
| Recommendation Memo(.1) | 0.20 | 21.00 |
| FOR CURRENT SERVICES RENDERED | 20.30 | 2,117.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 9.50 | $90.00 | $855.00 |
| Mark T. Hurford | 0.20 | 325.00 | 65.00 |
| Marla R. Eskin | 0.30 | 385.00 | 115.50 |
| Katherine Hemming | 10.30 | 105.00 | 1,081.50 |

TOTAL CURRENT WORK                                                                2,117.00

| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees) | -698.60 |
|---|---|---|
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -736.70 |
| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) | -384.20 |
| 07/29/2008 | Payment - Thank you. (April, 2008 - 80% Fees) | -1,984.00 |
|  | TOTAL PAYMENTS | -3,803.50 |
|  | BALANCE DUE | $8,976.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| W.R. Grace | Page: 1 |
| Wilmington  DE | 07/31/2008 |
|  | ACCOUNT NO:        3000-14D |
|  | STATEMENT NO:              56 |

Financing

|  |  |
|---|---|
| PREVIOUS BALANCE | $286.00 |

| | | | HOURS | |
|---|---|---|---|---|
| 07/07/2008 | | | | |
| | MTH | Review correspondence from B. Rapp re: Debtors' COLI Motion | 0.10 | 32.50 |
| | | FOR CURRENT SERVICES RENDERED | 0.10 | 32.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $325.00 | $32.50 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 32.50 |
| BALANCE DUE | $318.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2008
ACCOUNT NO:    3000-15D
STATEMENT NO:         86

Hearings

PREVIOUS BALANCE                                                                          $26,963.75

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/14/2008 |  |  |  |  |
|  | MTH | Reviewing correspondence from PVNL re hearing. | 0.10 | 32.50 |
|  | MTH | Reviewing correspondence from RH re July omnibus hearing. | 0.10 | 32.50 |
|  | MTH | Reviewing correspondence from NDF re July hearing. | 0.10 | 32.50 |
|  | MTH | Reviewing Agenda for hearing and Correspondence to PVNL, RH, WBS re same. | 0.30 | 97.50 |
| 07/15/2008 |  |  |  |  |
|  | MTH | Hearing preparations. | 0.20 | 65.00 |
|  | SMB | Coordinate logistics for hearing on July 21, 2008; e-mails re: same | 0.20 | 19.00 |
| 07/16/2008 |  |  |  |  |
|  | MTH | Reviewing correspondence from PVNL re July 22 hearing; Reviewing correspondence from NDF re July 22 hearing. | 0.10 | 32.50 |
|  | MTH | Reviewing Agenda for hearing re Washington Class ZAI Proof of Claim and Correspondence to PVNL, NDF re same. | 0.20 | 65.00 |
| 07/17/2008 |  |  |  |  |
|  | SMB | Coordinate logistics re: hearing on July 22, 2008 e-mails re: same | 0.10 | 9.50 |
|  | MTH | Hearing preparations. | 0.20 | 65.00 |
| 07/18/2008 |  |  |  |  |
|  | MTH | Telephone conference with PVNL re: July omnibus hearing | 0.10 | 32.50 |
|  | MB | Prepare hearing binder for MTH for July 21, 2008 hearing | 2.10 | 189.00 |
|  | MTH | Reviewing Amended Agenda and preparing for hearing. | 1.30 | 422.50 |
| 07/21/2008 |  |  |  |  |
|  | MTH | Attending hearing. | 3.50 | 1,137.50 |
|  | MB | Update July 21, 2008 hearing binder for recent orders filed prior to hearing | 0.30 | 27.00 |

W.R. Grace

Hearings

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/22/2008 |  |  |  |  |
|  | MTH | Attend hearing | 3.00 | 975.00 |
|  | MTH | Prepare for hearing | 0.80 | 260.00 |
|  | KH | Prepare attorney binder for 7/22 hearing | 0.20 | 21.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 12.90 | 3,515.50 |

### RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 0.30 | $95.00 | $28.50 |
| Matthew Brushwood | 2.40 | 90.00 | 216.00 |
| Mark T. Hurford | 10.00 | 325.00 | 3,250.00 |
| Katherine Hemming | 0.20 | 105.00 | 21.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 3,515.50 |

| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees) | -589.70 |
|---|---|---|
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -778.40 |
| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) | -449.30 |
| 07/29/2008 | Payment - Thank you. (April, 2008 - 80% Fees) | -6,028.40 |
|  | TOTAL PAYMENTS | -7,845.80 |
|  | BALANCE DUE | $22,633.45 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2008
ACCOUNT NO:    3000-16D
STATEMENT NO:         71

Litigation and Litigation Consulting

| | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $7,775.40 |
| | | | **HOURS** | |
| 07/14/2008 | | | | |
| | MTH | Correspondence to PVNL, RH re recent filings re BNSF Motion to Clarify. | 0.10 | 32.50 |
| 07/23/2008 | | | | |
| | MTH | Reviewing correspondence from RW re insurance issues. | 0.10 | 32.50 |
| | | FOR CURRENT SERVICES RENDERED | 0.20 | 65.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $325.00 | $65.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 65.00 |

| | | |
|---|---|---|
| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees) | -47.00 |
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -91.50 |
| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) | -18.30 |
| 07/29/2008 | Payment - Thank you. (April, 2008 - 80% Fees) | -1,232.40 |
| | TOTAL PAYMENTS | -1,389.20 |
| | BALANCE DUE | $6,451.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 07/31/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-17D |
| | STATEMENT NO:            71 |

Plan and Disclosure Statement

| | PREVIOUS BALANCE | | $5,709.70 |
|---|---|---|---|
| | | HOURS | |
| **07/02/2008** | | | |
| MTH | Reviewing correspondence from RH re insurance discussions. | 0.10 | 32.50 |
| | | | |
| **07/03/2008** | | | |
| MTH | Reviewing correspondence from RH re insurance issues. | 0.10 | 32.50 |
| MTH | Reviewing correspondence from RH and EI re insurers. | 0.30 | 97.50 |
| | | | |
| **07/07/2008** | | | |
| MRE | E-mails with MTH re: Plan and Disclosure Statement | 0.10 | 38.50 |
| | | | |
| **07/09/2008** | | | |
| SEL | Review plan and closing documents relating to Plan of Reorganization provision dealing with assignment of Debtor's insurance rights; telephone conference with Jeff Lessimer at Caplan Drysdale re: same | 1.50 | 675.00 |
| | | | |
| **07/10/2008** | | | |
| MRE | E-mails with AM re: cooperation agreement | 0.10 | 38.50 |
| MTH | Reviewing correspondence from RH re insurance issues. | 0.10 | 32.50 |
| | | | |
| **07/11/2008** | | | |
| MTH | Telephone conference with DF re Plan related meeting, documents re same. | 0.40 | 130.00 |
| MTH | Reviewing documents re information needed by RH and PVNL re insurance and asbestos estimation. | 2.00 | 650.00 |
| | | | |
| **07/15/2008** | | | |
| MTH | Reviewing correspondence from DF re Plan questions, documents and response to same; additional correspondence re same. | 0.10 | 32.50 |
| MTH | Multiple correspondence to and from DF re Plan of reorganization. | 0.10 | 32.50 |

Page: 2
07/31/2008

W.R. Grace

ACCOUNT NO:     3000-17D
STATEMENT NO:          71

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/16/2008 |  |  |  |  |
|  | MRE | Revise cooperation agreement | 3.00 | 1,155.00 |
|  | MTH | Research and review documents re Plan | 1.80 | 585.00 |
| 07/23/2008 |  |  |  |  |
|  | MTH | Reviewing correspondence from RH re memo re insurance issues. | 0.50 | 162.50 |
| 07/24/2008 |  |  |  |  |
|  | MTH | Review correspondence from RH, PVNL and NDF re: insurance issues | 0.10 | 32.50 |
|  | MTH | Review correspondence from PVNL to RH re: insurance memo and related issues | 0.10 | 32.50 |
|  | MTH | Review additional correspondence from RH re: insurance issues | 0.10 | 32.50 |
|  | MTH | Multiple correspondence to and from PEM re: insurance issues | 0.10 | 32.50 |
| 07/25/2008 |  |  |  |  |
|  | MTH | Telephone conference with NDF re: Plan and D/S hearing dates, dates reserved for estimation resumption and hearing re: Bank Interest Claims | 0.30 | 97.50 |
|  | MTH | Reviewing correspondence from RH re insurance issues. | 0.10 | 32.50 |
|  |  | FOR CURRENT SERVICES RENDERED | 11.00 | 3,954.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stanley E. Levine | 1.50 | $450.00 | $675.00 |
| Mark T. Hurford | 6.30 | 325.00 | 2,047.50 |
| Marla R. Eskin | 3.20 | 385.00 | 1,232.00 |

TOTAL CURRENT WORK                                                                    3,954.50

| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -280.30 |
|---|---|---|
| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) | -151.80 |
| 07/29/2008 | Payment - Thank you. (April, 2008 - 80% Fees) | -1,066.00 |
|  | TOTAL PAYMENTS | -1,498.10 |
|  | BALANCE DUE | $8,166.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                      07/31/2008
Wilmington  DE                                              ACCOUNT NO:      3000-18D
                                                            STATEMENT NO:           71

Relief from Stay Proceedings

PREVIOUS BALANCE                                                            $157.00

| | | |
|---|---|---|
| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) | -44.20 |
| 07/29/2008 | Payment - Thank you. (April, 2008 - 80% Fees) | -260.00 |
| | TOTAL PAYMENTS | -304.20 |
| | CREDIT BALANCE | -$147.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2008 |
| Wilmington  DE | ACCOUNT NO:       3000-19D |
|  | STATEMENT NO:              54 |

Tax Issues

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $895.00 |
| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees) | -30.50 |
| | BALANCE DUE | $864.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                07/31/2008
Wilmington  DE                                      ACCOUNT NO:      3000-20D
                                                    STATEMENT NO:            70

Tax Litigation

PREVIOUS BALANCE                                                         $468.80

BALANCE DUE                                                             $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2008 |
| Wilmington  DE | ACCOUNT NO:        3000-21D |
|  | STATEMENT NO:              62 |

Travel-Non-Working

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $6,142.70 |

| | | |
|---|---|---|
| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees) | -274.50 |
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -317.20 |
| 07/29/2008 | Payment - Thank you. (April, 2008 - 80% Fees) | -1,742.00 |
| | TOTAL PAYMENTS | -2,333.70 |
| | BALANCE DUE | $3,809.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 07/31/2008 |
| Wilmington  DE | ACCOUNT NO: | 3000-22D |
|  | STATEMENT NO: | 75 |

Valuation


PREVIOUS BALANCE                                                                    $1,185.00


BALANCE DUE                                                                          $1,185.00


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                    |                |          |
|--------------------|----------------|----------|
|                    | Page: 1        |          |
| W.R. Grace         | 07/31/2008     |          |
| Wilmington  DE     | ACCOUNT NO:    | 3000-23D |
|                    | STATEMENT NO:  | 75       |

ZAI Science Trial


PREVIOUS BALANCE                                                    $1,287.80

BALANCE DUE                                                        $1,287.80


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2008 |
| Wilmington  DE | ACCOUNT NO:        3000-24D |
|  | STATEMENT NO:              48 |

ZAI Science Trial - Expenses


PREVIOUS BALANCE                                                                                  -$56.00


CREDIT BALANCE                                                                                      -$56.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2008
ACCOUNT NO:        3000-25D
STATEMENT NO:              41

Others

PREVIOUS BALANCE                                                                    $56.00

BALANCE DUE                                                                         $56.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                          07/31/2008
Wilmington  DE                                    ACCOUNT NO:         3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 39.00 | 97.50 | 0.00 | 0.00 | 0.00 | $136.50 |
| 3000-02 Asset Disposition | | | | | |
| 37.30 | 0.00 | 0.00 | 0.00 | 0.00 | $37.30 |
| 3000-03 Business Operations | | | | | |
| 138.20 | 227.50 | 0.00 | 0.00 | 0.00 | $365.70 |
| 3000-04 Case Administration | | | | | |
| 2,842.87 | 581.00 | 0.00 | 0.00 | -1,011.20 | $2,412.67 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 57,667.10 | 1,705.00 | 0.00 | 0.00 | -25,636.90 | $33,735.20 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 4,336.10 | 845.00 | 0.00 | 0.00 | -1,086.00 | $4,095.10 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 35,560.64 | 6,418.50 | 0.00 | 0.00 | -13,857.70 | $28,121.44 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 1,073.00 | 292.50 | 0.00 | 0.00 | 0.00 | $1,365.50 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 72.70 | 520.00 | 0.00 | 0.00 | -27.20 | $565.50 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,883.60 | 97.50 | 0.00 | 0.00 | -3.80 | $1,977.30 |

Page: 2
W.R. Grace                                                                      07/31/2008
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-11 Expenses | | | | | |
| 10,672.26 | 0.00 | 2,720.75 | 0.00 | -5,746.42 | $7,646.59 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 6,114.90 | 741.50 | 0.00 | 0.00 | -1,873.70 | $4,982.70 |
| 3000-13 Fee Applications, Others | | | | | |
| 10,663.00 | 2,117.00 | 0.00 | 0.00 | -3,803.50 | $8,976.50 |
| 3000-14 Financing | | | | | |
| 286.00 | 32.50 | 0.00 | 0.00 | 0.00 | $318.50 |
| 3000-15 Hearings | | | | | |
| 26,963.75 | 3,515.50 | 0.00 | 0.00 | -7,845.80 | $22,633.45 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 7,775.40 | 65.00 | 0.00 | 0.00 | -1,389.20 | $6,451.20 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 5,709.70 | 3,954.50 | 0.00 | 0.00 | -1,498.10 | $8,166.10 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 157.00 | 0.00 | 0.00 | 0.00 | -304.20 | -$147.20 |
| 3000-19 Tax Issues | | | | | |
| 895.00 | 0.00 | 0.00 | 0.00 | -30.50 | $864.50 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 6,142.70 | 0.00 | 0.00 | 0.00 | -2,333.70 | $3,809.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,287.80 | 0.00 | 0.00 | 0.00 | 0.00 | $1,287.80 |
| 3000-24 ZAI Science Trial - Expenses | | | | | |
| -56.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$56.00 |

W.R. Grace

Page: 3
07/31/2008
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-25 Others | | | | | |
| 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | $56.00 |
| 181,971.82 | 21,210.50 | 2,720.75 | 0.00 | -66,447.92 | $139,455.15 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.