

August 18, 2008

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   143511

FOR PROFESSIONAL SERVICES RENDERED
     THROUGH July 31, 2008

### CLIENT SUMMARY

BALANCE AS OF- 07/31/08

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $1,410.50 | $13,001.85 | $14,412.35 |
| 03 - Creditors Committee - .15539 | $5,441.00 | $0.00 | $5,441.00 |
| 06 - DIP Financing - .15542 | $296.00 | $0.00 | $296.00 |
| 07 - Applicant's Fee Application - .15543 | $2,036.50 | $0.00 | $2,036.50 |
| 08 - Hearings - .15544 | $11,500.50 | $0.00 | $11,500.50 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $1,056.00 | $0.00 | $1,056.00 |
| 10 - Travel - .15546 | $3,459.00 | $0.00 | $3,459.00 |
| 18 - Plan & Disclosure Statement - .15554 | $5,806.00 | $0.00 | $5,806.00 |
| 30 - Fee Application of Others - .17781 | $184.50 | $0.00 | $184.50 |
| 38 - ZAI Science Trial - .17905 | $12,773.00 | $0.00 | $12,773.00 |
| *Client Total* | *$43,963.00* | *$13,001.85* | *$56,964.85* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| TIMEKEEPER | HOURS | RATE | AMOUNT |
| Baena, Scott L | 10.50 | $675.00 | $7,087.50 |
| Flores, Luisa M | 6.10 | $205.00 | $1,250.50 |
| Sakalo, Jay M | 51.50 | $430.26 | $22,158.50 |
| Snyder, Jeffrey I | 4.30 | $275.00 | $1,182.50 |
| Kramer, Matthew I | 31.00 | $309.52 | $9,595.00 |
| Lazarus, Shanon | 3.60 | $190.00 | $684.00 |
| Rojas,Susana | 3.70 | $190.00 | $703.00 |
| Botros, Paul M | 4.20 | $310.00 | $1,302.00 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | | **$43,963.00** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $2,580.00 |
| Telecopies | $1.00 |
| Federal Express | $20.35 |
| Long Distance Telephone | $184.96 |
| Long Distance Telephone-Outside Services | $865.09 |
| Lodging | $877.80 |
| Meals | $199.92 |
| Messenger Services | $30.00 |
| Miscellaneous Costs | $7,227.50 |
| Pacer - Online Services | $513.28 |
| Parking | $109.89 |
| Westlaw-Online Legal Research | $87.76 |
| Copies | $304.30 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | *$13,001.85* |
| **TOTAL BALANCE DUE THIS PERIOD** | **$56,964.85** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE: 01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 07/01/08 | MIK | 1.10 | 418.00 | Review docket (1.1). |
| 07/08/08 | LMF | 0.30 | 61.50 | Analysis of pleadings. |
| 07/11/08 | SR | 0.10 | 19.00 | Attend to analyzing daily docket and sending via e-mail to J. Sakalo and M. Kramer. |
| 07/14/08 | SR | 0.20 | 38.00 | Attend to reviewing daily docket and sending via e-mail to J. Sakalo and M. Kramer. |
| 07/17/08 | MIK | 2.30 | 874.00 | Review docket (2.3). |

**PROFESSIONAL SERVICES**                                                    **$1,410.50**

**COSTS ADVANCED**

| | | |
|---|---|---|
| 06/01/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 816248363; DATE: 7/1/2008  -  Account# 5306220025395504 | 49.77 |
| 06/02/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 816248363; DATE: 7/1/2008  -  Account# 5306220025395504 | 19.70 |
| 06/06/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 05/28/08-06/26/08; DATE: 6/26/2008  -  Acct. #5306220025395504 | 148.00 |
| 06/06/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 05/28/08-06/26/08; DATE: 6/26/2008  -  Acct. #5306220025395504 | 148.50 |
| 06/09/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 05/28/08-06/26/08; DATE: 6/26/2008  -  Acct. #5306220025395504 | 103.00 |
| 06/09/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 05/28/08-06/26/08; DATE: 6/26/2008  -  Acct. #5306220025395504 | 148.50 |
| 06/09/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 05/28/08-06/26/08; DATE: 6/26/2008  -  Acct. #5306220025395504 | 148.50 |
| 06/09/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 05/28/08-06/26/08; DATE: 6/26/2008  -  Acct. #5306220025395504 | 148.50 |
| 06/10/08 | Airfare Airfare to/from Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 05/28/08-06/26/08; DATE: 6/26/2008  -  Acct. #5306220025395504 | 1,290.00 |


BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 06/19/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01562104; DATE: 6/30/2008 - Account# 306300 | 20.09 |
| 06/30/08 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/08-06/30/08; DATE: 6/30/2008 - Account# RB0120 | 110.48 |
| 06/30/08 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/08-06/30/08; DATE: 6/30/2008 - Account# RB0120 | 15.52 |
| 06/30/08 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/08-06/30/08; DATE: 6/30/2008 - Account# RB0120 | 382.00 |
| 06/30/08 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/08-06/30/08; DATE: 6/30/2008 - Account# RB0120 | 2.88 |
| 06/30/08 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 04/01/08-06/30/08; DATE: 6/30/2008 - Account# RB0120 | 2.40 |
| 06/30/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 816248363; DATE: 7/1/2008 - Account# 5306220025395504 | 18.29 |
| 06/30/08 | Meals VENDOR: PERRICONE'S MARKETPLACE; INVOICE#: 162701-06/30/08; DATE: 6/30/2008 - Client - 15537 | 34.05 |
| 07/01/08 | Long Distance Telephone 1(310)743-1849; 4 Mins. | 5.56 |
| 07/07/08 | Long Distance Telephone 1(843)987-3805; 12 Mins. | 16.68 |
| 07/09/08 | Telecopies   1.00 pgs @ $1.00/pg | 1.00 |
| 07/11/08 | Long Distance Telephone 1(973)451-8506; 1 Mins. | 1.39 |
| 07/14/08 | Long Distance Telephone 1(803)943-8094; 1 Mins. | 1.39 |
| 07/14/08 | Long Distance Telephone 1(803)943-8094; 11 Mins. | 16.68 |
| 07/15/08 | Long Distance Telephone 1(803)943-4444; 3 Mins. | 4.17 |
| 07/15/08 | Long Distance Telephone 1(803)943-4599; 5 Mins. | 8.34 |
| 07/15/08 | Long Distance Telephone 1(973)451-8506; 10 Mins. | 15.29 |
| 07/17/08 | Long Distance Telephone 1(201)665-4279; 1 Mins. | 1.39 |
| 07/17/08 | Parking Home to airport - Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-07/22/08; DATE: 7/22/2008 - Client - 15537 | 19.89 |
| 07/18/08 | Messenger Services VENDOR: Concorde Express; INVOICE#: 9344; DATE: 7/18/2008 - Account# BILZ5 | 30.00 |
| 07/21/08 | Long Distance Telephone 1(302)594-3108; 18 Mins. | 26.41 |
| 07/21/08 | Meals Travel to Delaware - VENDOR: Matthew Kramer; INVOICE#: MIK-07/22/08; DATE: 7/22/2008 - Client - 15537 | 4.87 |
| 07/21/08 | Meals Travel to Delaware - VENDOR: Matthew Kramer; INVOICE#: MIK-07/22/08; DATE: 7/22/2008 - Client - 15537 | 16.75 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| Date | Description | Amount |
|---|---|---|
| 07/21/08 | Meals Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-07/22/08; DATE: 7/22/2008  -  Client - 15537 | 47.00 |
| 07/22/08 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 283200722 DATE: 7/25/2008 | 20.35 |
| 07/22/08 | Meals Travel to Delaware - VENDOR: Matthew Kramer; INVOICE#: MIK-07/22/08; DATE: 7/22/2008  -  Client - 15537 | 10.99 |
| 07/22/08 | Lodging Lodging - travel to Delaware - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-07/22/08; DATE: 7/22/2008  -  Client - 15537 | 438.90 |
| 07/22/08 | Parking Airport parking - travel to Delaware - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-07/22/08; DATE: 7/22/2008  -  Client - 15537 | 30.00 |
| 07/22/08 | Airfare Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-07/22/08; DATE: 7/22/2008  -  Client - 15537 | 668.50 |
| 07/22/08 | Lodging Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-07/22/08; DATE: 7/22/2008  -  Client - 15537 | 438.90 |
| 07/22/08 | Airfare Travel from Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-07/22/08; DATE: 7/22/2008  -  Client - 15537 | 586.50 |
| 07/22/08 | Airfare Agency fee - Travel from Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-07/22/08; DATE: 7/22/2008  -  Client - 15537 | 35.00 |
| 07/22/08 | Meals Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-07/22/08; DATE: 7/22/2008  -  Client - 15537 | 70.50 |
| 07/22/08 | Meals Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-07/22/08; DATE: 7/22/2008  -  Client - 15537 | 6.62 |
| 07/22/08 | Meals Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-07/22/08; DATE: 7/22/2008  -  Client - 15537 | 9.14 |
| 07/22/08 | Parking Airport parking  - Travel to Philadelphia - VENDOR: JAY M. SAKALO; INVOICE#: JMS-07/22/08; DATE: 7/22/2008  -  Client - 15537 | 60.00 |
| 07/24/08 | Long Distance Telephone 1(843)524-5708; 8 Mins. | 12.51 |
| 07/25/08 | Long Distance Telephone 1(212)813-1703; 1 Mins. | 1.39 |
| 07/25/08 | Long Distance Telephone 1(509)455-3966; 4 Mins. | 6.95 |
| 07/25/08 | Long Distance Telephone 1(225)709-0146; 6 Mins. | 9.73 |
| 07/25/08 | Long Distance Telephone 1(207)344-8245; 6 Mins. | 9.73 |
| 07/28/08 | Long Distance Telephone 1(860)923-3811; 1 Mins. | 1.39 |
| 07/28/08 | Long Distance Telephone 1(703)768-9040; 1 Mins. | 1.39 |
| 07/28/08 | Long Distance Telephone 1(847)697-4699; 1 Mins. | 1.39 |
| 07/28/08 | Long Distance Telephone 1(407)671-4459; 4 Mins. | 2.87 |
| 07/29/08 | Long Distance Telephone 1(703)768-9040; 9 Mins. | 13.90 |
| 07/30/08 | Long Distance Telephone 1(406)752-5852; 9 Mins. | 12.51 |
| 07/31/08 | Long Distance Telephone 1(516)883-0371; 9 Mins. | 13.90 |



| | | |
|---|---|---|
| 07/31/08 | Miscellaneous Costs / Professional/Expert fees related to PD | 7,227.50 |
| | Estimation for July 2008   $ 7,227.50 | |
| 07/16/08 | Copies 162 pgs @ 0.10/pg | 16.20 |
| 07/17/08 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 07/17/08 | Copies 433 pgs @ 0.10/pg | 43.30 |
| 07/17/08 | Copies 420 pgs @ 0.10/pg | 42.00 |
| 07/18/08 | Copies 175 pgs @ 0.10/pg | 17.50 |
| 07/24/08 | Copies 73 pgs @ 0.10/pg | 7.30 |
| 07/25/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 07/25/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 07/28/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 07/28/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/28/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 07/28/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 07/28/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/28/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/28/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 07/28/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 07/28/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 07/28/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 07/18/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 07/18/08 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 07/18/08 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 07/18/08 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 07/18/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 07/18/08 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 07/18/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 07/18/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 07/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/18/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 07/18/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 07/18/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 07/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/21/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 07/21/08 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 07/01/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 07/01/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 07/01/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 07/01/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 07/01/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 07/01/08 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 07/01/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 07/01/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 07/01/08 | Copies 29 pgs @ 0.10/pg | 2.90 |



| 07/01/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 07/02/08 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 07/02/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 07/02/08 | Copies 21 pgs @ 0.10/pg | 2.10 |
| 07/02/08 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 07/02/08 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 07/02/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 07/02/08 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 07/02/08 | Copies 74 pgs @ 0.10/pg | 7.40 |
| 07/07/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 07/07/08 | Copies 57 pgs @ 0.10/pg | 5.70 |
| 07/07/08 | Copies 29 pgs @ 0.10/pg | 2.90 |
| 07/09/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 07/11/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 07/11/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 07/11/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/11/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 07/14/08 | Copies 52 pgs @ 0.10/pg | 5.20 |
| 07/14/08 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 07/14/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 07/15/08 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 07/15/08 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 07/15/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 07/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/15/08 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 07/15/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 07/15/08 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 07/17/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 07/17/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 07/17/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 07/17/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 07/17/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 07/17/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 07/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 07/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/17/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 07/17/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 07/17/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 07/17/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 07/17/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 07/17/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 07/17/08 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 07/17/08 | Copies 5 pgs @ 0.10/pg | 0.50 |

| 07/17/08 | Copies 21 pgs @ 0.10/pg  | 2.10  |
| 07/17/08 | Copies 14 pgs @ 0.10/pg  | 1.40  |
| 07/17/08 | Copies 14 pgs @ 0.10/pg  | 1.40  |
| 07/17/08 | Copies 6 pgs @ 0.10/pg   | 0.60  |
| 07/17/08 | Copies 34 pgs @ 0.10/pg  | 3.40  |
| 07/17/08 | Copies 74 pgs @ 0.10/pg  | 7.40  |
| 07/17/08 | Copies 7 pgs @ 0.10/pg   | 0.70  |
| 07/17/08 | Copies 36 pgs @ 0.10/pg  | 3.60  |
| 07/17/08 | Copies 3 pgs @ 0.10/pg   | 0.30  |
| 07/17/08 | Copies 4 pgs @ 0.10/pg   | 0.40  |
| 07/17/08 | Copies 4 pgs @ 0.10/pg   | 0.40  |
| 07/17/08 | Copies 5 pgs @ 0.10/pg   | 0.50  |
| 07/17/08 | Copies 54 pgs @ 0.10/pg  | 5.40  |
| 07/17/08 | Copies 71 pgs @ 0.10/pg  | 7.10  |
| 07/17/08 | Copies 51 pgs @ 0.10/pg  | 5.10  |
| 07/17/08 | Copies 6 pgs @ 0.10/pg   | 0.60  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 211 pgs @ 0.10/pg | 21.10 |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |
| 07/17/08 | Copies 2 pgs @ 0.10/pg   | 0.20  |

| | | |
|---|---|---:|
| 07/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 07/17/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 07/17/08 | Copies 55 pgs @ 0.10/pg | 5.50 |
| 07/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 07/17/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 07/17/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 07/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 07/17/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 07/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 07/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 07/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 07/17/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 07/17/08 | Copies 33 pgs @ 0.10/pg | 3.30 |

**TOTAL COSTS ADVANCED**                                                      $13,001.85

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Kramer, Matthew I | 3.40 | $380.00 | $1,292.00 |
| Flores, Luisa M | 0.30 | $205.00 | $61.50 |
| Rojas,Susana | 0.30 | $190.00 | $57.00 |
| *TOTAL* | *4.00* | | *$1,410.50* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---:|
| Airfare | $2,580.00 |
| Telecopies | $1.00 |
| Federal Express | $20.35 |
| Long Distance Telephone | $184.96 |
| Long Distance Telephone-Outside Services | $865.09 |
| Lodging | $877.80 |
| Meals | $199.92 |
| Messenger Services | $30.00 |
| Miscellaneous Costs | $7,227.50 |
| Pacer - Online Services | $513.28 |
| Parking | $109.89 |
| Westlaw-Online Legal Research | $87.76 |
| Copies | $304.30 |
| *TOTAL* | *$13,001.85* |

**CURRENT BALANCE DUE THIS MATTER**                                          **$14,412.35**

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

RE:  03 - Creditors Committee

| | | | | |
|---|---|---|---|---|
| 07/02/08 | JMS | 0.20 | 91.00 | E-mail to Committee regarding conference call. |
| 07/10/08 | JMS | 0.30 | 136.50 | E-mails with Committee members regarding call. |
| 07/11/08 | SLB | 1.80 | 1,215.00 | Prepare for and conduct committee meeting (1.2); post meeting debriefing and prepare/circulation of memo for committee direction (.6). |
| 07/11/08 | JMS | 1.50 | 682.50 | Conference with S. Baena regarding preparation for call (.5); Committee call (1.0). |
| 07/11/08 | JIS | 1.90 | 522.50 | Conference in preparation for committee call regarding ZAI/special counsel issues (0.5); committee call (1.0); follow up to same (0.4). |
| 07/11/08 | MIK | 1.40 | 532.00 | Prepare for and attend committee call (1.4). |
| 07/17/08 | JMS | 0.20 | 91.00 | E-mail to Committee regarding call. |
| 07/22/08 | SLB | 0.90 | 607.50 | Emails from and to R. Levy regarding agenda for 7/24 meeting (.3); telephone conference with J. Sakalo regarding same (.6). |
| 07/23/08 | JMS | 0.30 | 136.50 | E-mail to Committee regarding Committee call. |
| 07/24/08 | JMS | 1.90 | 864.50 | Prepare for and hold Committee call (1.6); telephone conference with S. Baena regarding update on same (.3). |
| 07/24/08 | MIK | 1.00 | 380.00 | Committee call (1.0). |
| 07/31/08 | JMS | 0.40 | 182.00 | E-mail to D. Speights, D. Scott regarding Committee call (.2); e-mail to Committee thereon (.2). |

**PROFESSIONAL SERVICES**                                                                                   **$5,441.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 2.70 | $675.00 | $1,822.50 |
| Sakalo, Jay M | 4.80 | $455.00 | $2,184.00 |
| Kramer, Matthew I | 2.40 | $380.00 | $912.00 |
| Snyder, Jeffrey I | 1.90 | $275.00 | $522.50 |
| *TOTAL* | *11.80* | | *$5,441.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                                         **$5,441.00**

**Atty – SLB**
**Client No.: 74817/15542**

**RE:  06 - DIP Financing**

| 07/01/08 | JMS | 0.40 | 182.00 | Review motion to borrow against COLI policies. |
| 07/01/08 | MIK | 0.30 | 114.00 | [6/30/08] Review motion to authorize loans (.3). |

**PROFESSIONAL SERVICES** $296.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $455.00 | $182.00 |
| Kramer, Matthew I | 0.30 | $380.00 | $114.00 |
| *TOTAL* | *0.70* | | *$296.00* |

**CURRENT BALANCE DUE THIS MATTER** $296.00

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| 07/01/08 | LMF | 0.60 | 123.00 | Revise and submit May invoices with notice and summary to local counsel for filing. |
|---|---|---|---|---|
| 07/01/08 | SL | 0.50 | 95.00 | Review pleading and email thereon for J. Sakalo. |
| 07/02/08 | LMF | 0.60 | 123.00 | Begin review of June prebill. |
| 07/14/08 | JMS | 0.20 | 91.00 | Review letter from Fee Auditor regarding rates. |
| 07/15/08 | JIS | 0.80 | 220.00 | Review June prebill. |
| 07/16/08 | JIS | 1.20 | 330.00 | Review and revise June prebill. |
| 07/17/08 | JIS | 0.30 | 82.50 | Call with W. Smith and M. Kramer regarding new system for determining hotel rates. |
| 07/17/08 | MIK | 0.30 | 114.00 | Telephone conference with W. Smith regarding hotel issues (.3). |
| 07/18/08 | JMS | 0.30 | 136.50 | Review revised order regarding Bilzin fees and expenses (.2); review recommended meal caps (.1) |
| 07/18/08 | SR | 0.80 | 152.00 | Attention to service, preparation of certificate of service on objection to various fee applications. |
| 07/21/08 | LMF | 0.70 | 143.50 | Review and begin compiling backup to address issues raised by the fee auditor's interim report. |
| 07/21/08 | JMS | 0.20 | 91.00 | Review revised order regarding Bilzin fees and expenses. |
| 07/22/08 | LMF | 0.70 | 143.50 | Review fee auditor report and continue compiling backup for response. |
| 07/22/08 | JIS | 0.10 | 27.50 | Review fee auditors initial report. |
| 07/24/08 | LMF | 0.80 | 164.00 | Attend to finalizing June statement. |

**PROFESSIONAL SERVICES** $2,036.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.70 | $455.00 | $318.50 |
| Kramer, Matthew I | 0.30 | $380.00 | $114.00 |
| Snyder, Jeffrey I | 2.40 | $275.00 | $660.00 |
| Flores, Luisa M | 3.40 | $205.00 | $697.00 |
| Lazarus, Shanon | 0.50 | $190.00 | $95.00 |
| Rojas,Susana | 0.80 | $190.00 | $152.00 |
| *TOTAL* | *8.10* | | *$2,036.50* |

**CURRENT BALANCE DUE THIS MATTER** $2,036.50



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE: 08 - Hearings

| | | | | |
|---|---|---|---|---|
| 07/14/08 | LMF | 0.30 | 61.50 | Review agenda of hearings and prepare for telephone attendance of various parties. |
| 07/14/08 | JMS | 0.60 | 273.00 | Review agenda for 7/21 hearing (.2); e-mail to Committee thereon (.2); e-mail to M. Kramer regarding same (.2). |
| 07/15/08 | JMS | 1.50 | 682.50 | E-mails to S. Rojas regarding notebook (.2); conference with M. Kramer regarding hearing preparation (.3); attend to same (1.0). |
| 07/15/08 | SR | 0.30 | 57.00 | Review various emails from J. Sakalo regarding hearing agenda's for 7/21 and 7/22 hearings. Review letter and meet with J. Sakalo regarding hearing notebooks. |
| 07/16/08 | LMF | 0.60 | 123.00 | Work with assistant on setting up telephone conference calls for various parties for 7/21 and 7/22 hearings. |
| 07/16/08 | SR | 0.30 | 57.00 | Attend to arranging telephonic appearances for hearings July 21 and July 22, 2008. |
| 07/17/08 | LMF | 0.60 | 123.00 | Review all court call confirmations and advise attorney. |
| 07/17/08 | SL | 2.50 | 475.00 | Analyze and review documents for upcoming hearing. |
| 07/17/08 | SR | 1.40 | 266.00 | Attention to sending court confirmation emails to all relevant parties. |
| 07/17/08 | SR | 0.60 | 114.00 | Attend to preparing hearing notebook for July 22, 2008 hearing. |
| 07/18/08 | SL | 0.60 | 114.00 | Analyze and review pleadings in preparation for upcoming hearing for J. Sakalo. |
| 07/21/08 | JMS | 6.50 | 2,957.50 | Prepare for hearing (2.5); attend omnibus hearing (4.0). |
| 07/21/08 | MIK | 5.40 | 2,052.00 | Prepare for and attend hearing (5.4). |
| 07/22/08 | JMS | 5.00 | 2,275.00 | Prepare for and attend ZAI hearing. |
| 07/22/08 | MIK | 3.50 | 1,330.00 | Attend hearing (3.5). |
| 07/28/08 | SLB | 0.80 | 540.00 | Review 7/21 hearing transcript regarding interest issue, etc. (.8). |

PROFESSIONAL SERVICES $11,500.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.80 | $675.00 | $540.00 |
| Sakalo, Jay M | 13.60 | $455.00 | $6,188.00 |
| Kramer, Matthew I | 8.90 | $380.00 | $3,382.00 |
| Flores, Luisa M | 1.50 | $205.00 | $307.50 |
| Lazarus, Shanon | 3.10 | $190.00 | $589.00 |
| Rojas,Susana | 2.60 | $190.00 | $494.00 |
| *TOTAL* | *30.50* | | *$11,500.50* |

CURRENT BALANCE DUE THIS MATTER $11,500.50

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 07/01/08 | MIK | 0.30 | 114.00 | Review IRS settlement motion (.3). |
| 07/03/08 | MIK | 1.60 | 608.00 | Review criminal case opinions (.9); review environmental settlements (.7). |
| 07/07/08 | MIK | 0.40 | 152.00 | Review 9th circuit decision (.4). |
| 07/23/08 | JMS | 0.40 | 182.00 | Review State of California, Department of General Services motion for leave to file Longo expert report. |

**PROFESSIONAL SERVICES**                                                                     **$1,056.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.40 | $455.00 | $182.00 |
| Kramer, Matthew I | 2.30 | $380.00 | $874.00 |
| *TOTAL* | *2.70* | | *$1,056.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                            **$1,056.00**

**Atty – SLB**
**Client No.: 74817/15546**

**RE: 10 - Travel**

| 07/21/08 | JMS | 2.10 | 477.75 | Non-working travel to Wilmington. |
|---|---|---|---|---|
| 07/21/08 | MIK | 5.00 | 950.00 | Travel to hearing (5.0). |
| 07/22/08 | JMS | 3.50 | 796.25 | Non-working travel. |
| 07/22/08 | MIK | 6.50 | 1,235.00 | Travel from hearing (6.5). |

**PROFESSIONAL SERVICES**                                      **$3,459.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 5.60 | $227.50 | $1,274.00 |
| Kramer, Matthew I | 11.50 | $190.00 | $2,185.00 |
| *TOTAL* | *17.10* | | *$3,459.00* |

**CURRENT BALANCE DUE THIS MATTER**                                      **$3,459.00**

**Atty – SLB**
**Client No.: 74817/15554**

**RE:  18 - Plan & Disclosure Statement**

| Date | TK | Hours | Amount | Description |
|---|---|---|---|---|
| 07/01/08 | JMS | 1.30 | 591.50 | Conference with P. Botros regarding research on Debtors' objection to Bank's claim for interest and analysis of same. |
| 07/01/08 | PMB | 4.20 | 1,302.00 | Discussion with J. Sakalo regarding postpetition interest issues (1.3); additional research and analysis regarding solvency requirements (2.9). |
| 07/02/08 | JMS | 0.20 | 91.00 | E-mail exchange with B. Fairey regarding term sheet. |
| 07/03/08 | MIK | 1.90 | 722.00 | Review objection to lenders' proofs of claim and exhibits. |
| 07/05/08 | JMS | 0.30 | 136.50 | Review Equity Committee joinder to Debtors' objection to Bank's proof of claim. |
| 07/07/08 | JMS | 0.40 | 182.00 | Review equity committee response regarding objection to Bank lender's claim. |
| 07/08/08 | SLB | 0.70 | 472.50 | Review and prepare memo on default interest dispute pleadings (.7). |
| 07/12/08 | JMS | 1.60 | 728.00 | Review Bank Lenders and GUCs' responses to Debtors' objection for post-petition interest. |
| 07/14/08 | SLB | 1.60 | 1,080.00 | Review and prepare analysis for PD committee of unsecured committee response in default interest dispute (1.1); email from and to committee member regarding same (.5). |
| 07/14/08 | JMS | 0.60 | 273.00 | Conference with S. Baena regarding bank lender interest issues and telephone conference with D. Speights thereon. |
| 07/20/08 | JMS | 0.20 | 91.00 | E-mails with D. Speights regarding confirmation hearing. |
| 07/25/08 | JMS | 0.30 | 136.50 | E-mail exchange with K. Pasquale regarding L. Kruger deposition. |

**PROFESSIONAL SERVICES**                                                                                          **$5,806.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 2.30 | $675.00 | $1,552.50 |
| Sakalo, Jay M | 4.90 | $455.00 | $2,229.50 |
| Kramer, Matthew I | 1.90 | $380.00 | $722.00 |
| Botros, Paul M | 4.20 | $310.00 | $1,302.00 |
| *TOTAL* | *13.30* | | *$5,806.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                                 **$5,806.00**

**Atty – SLB**
**Client No.: 74817/17781**

**RE:  30 - Fee Application of Others**

| | | | | |
|---|---|---|---|---|
| 07/01/08 | LMF | 0.30 | 61.50 | Revise and submit May invoices with notice and summary to local counsel for filing on behalf of Hamilton Rabinovitz |
| 07/23/08 | LMF | 0.60 | 123.00 | Attend to revisions to statement from LECG. |

**PROFESSIONAL SERVICES**                                                                                       **$184.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 0.90 | $205.00 | $184.50 |
| *TOTAL* | *0.90* | | *$184.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                                    **$184.50**

**Atty – SLB**
**Client No.: 74817/17905**

RE: **38 - ZAI Science Trial**

| 07/03/08 | JMS | 0.50 | 227.50 | Review e-mail from J. Baer regading special counsel appointment (.3); e-mail to S. Baena thereon (.2). |
|---|---|---|---|---|
| 07/05/08 | JMS | 0.90 | 409.50 | E-mail exchange with S. Baena, M. Kramer regarding proposed order regarding special counsel (.3); review Canada objection regarding proposed protocol (.3); review Debtor's response regarding same (.3). |
| 07/07/08 | SLB | 1.30 | 877.50 | Interoffice conference with J. Sakalo and attention to proposed order expanding role of ZAI counsel and email exchange with E. Westbrook and D. Scott regarding same (.9); telephone call from D. Speights regarding same (.2); email to J. Baer regarding filing of proposed order and motion (.2). |
| 07/07/08 | JMS | 2.20 | 1,001.00 | E-mail to Committee regarding proposed order regarding ZAI special counsel (.2); conference with S. Baena regarding same and work on memo to D. Scott, E. Westbrook (1.3); conference with S. Baena regading Canadian Protocol (.3); email exchange with Debtors thereon (.4). |
| 07/08/08 | SLB | 2.20 | 1,485.00 | Telephone conference with E. Westbrook and D. Scott and email to J. Baer regarding proposed Special ZAI counsel (1.8); email from and to M. Dies regarding role of ZAI Special Counsel (.2); review debtors' response to Canadian protocol motion (0.2). |
| 07/08/08 | JMS | 0.90 | 409.50 | Review Crown's opposition to protocol (.3); e-mails regarding ZAI special counsel order (.6). |
| 07/09/08 | SLB | 0.60 | 405.00 | Telephone call from E. Westbrook and email to and from committee members regarding proposed special counsel order (.6). |
| 07/09/08 | JMS | 1.90 | 864.50 | E-mails with S. Baena regarding special counsel order (.4); telephone conference with S. Baena regarding same (.4); e-mail to Committee thereon (.3); e-mails with Committee members following up (.8). |
| 07/11/08 | SLB | 0.60 | 405.00 | Attention to responsive email from J. Baer regarding special counsel (.2); telephone call from R. Levy regarding same (.3); email to D. Speights regarding same (.1). |
| 07/11/08 | JMS | 0.30 | 136.50 | Review e-mail from J. Baer regarding questions on proposed order. |
| 07/15/08 | JMS | 0.30 | 136.50 | E-mail to Committee regarding ZAI hearing. |
| 07/16/08 | JMS | 0.30 | 136.50 | E-mail from J. Baer regarding special counsel order and telephone conference with S. Baena thereon. |
| 07/21/08 | JMS | 1.00 | 455.00 | Prepare for ZAI hearing. |
| 07/22/08 | JMS | 1.30 | 591.50 | Telephone conference with D. Speights regarding recap of hearing (.3); e-mail exchange with R. Levy, S. Baena regarding same (.5); telephone conference with S. Baena regarding summary of hearing (.5). |
| 07/23/08 | JMS | 1.90 | 864.50 | Telephone conference with claimant regarding removal of product before filing a claim (.3); memorandum to Committee regarding summary of hearing (1.3); e-mail exchange with S. Baena, M. Dies, R. Levy reading special counsel (.3). |
| 07/24/08 | JMS | 0.70 | 318.50 | Attend to special counsel issues (.2); telephone conference with S. Walsh (ZAI claimant) regarding proof of claim (.3); e-mail to S. Baena regarding update on ZAI calls (.2) |
| 07/25/08 | JMS | 2.50 | 1,137.50 | Telephone conference with J. Williams regarding ZAI claim (.4); telephone conference with A. Lessard regarding ZAI claims (.3); telephone conference with 4 ZAI claimants (1.3); telephone conference with D. Scott regarding omnibus claims objections (.5). |
| 07/28/08 | JMS | 2.00 | 910.00 | Telephone conference with J. McKenzie regarding ZAI (.4); telephone conference with M. Chakroboritz regarding ZAI claims (.2); telephone conference with M. Seward regarding ZAI claims (.2); telephone conference with E. Tanzi regarding ZAI claim (.4); telephone conference with 3 other ZAI claimants (.8). |



| 07/29/08 | JMS | 1.90 | 864.50 | Review FAQs from website (.6); telephone conference with 4 claimants regarding ZAI claims (1.3). |
| 07/30/08 | JMS | 1.40 | 637.00 | E-mail to D. Scott and E. Westbrook regarding ZAI questions (.3); telephone conference with M. Reeger regarding ZAI claims (.3); telephone conference with D. Dye regarding ZAI claims issues (.4); telephone conference with J. Porter regarding ZAI claims (.4). |
| 07/31/08 | JMS | 1.10 | 500.50 | Telephone conference with B. London regarding ZAI claims (.4); telephone conference with 3 ZAI claimants (.7). |

**PROFESSIONAL SERVICES**      **$12,773.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 4.70 | $675.00 | $3,172.50 |
| Sakalo, Jay M | 21.10 | $455.00 | $9,600.50 |
| *TOTAL* | *25.80* | | *$12,773.00* |

**CURRENT BALANCE DUE THIS MATTER**      **$12,773.00**