# HR&A                                            INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

August 8, 2008
Invoice No. HRA20080808

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of July, 2008.

**FEES**

Francine F. Rabinovitz
0.5 hours @ $ 625 per hour                                     $ 312.50

**TOTAL DUE:**                                                 **$ 312.50**

*Please remit to corporate address below:*

P.O. Box 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351

JULY, 2008 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 07/30/08 | 0.50 | Receive and review discussions of potential BASF acquisition of Grace. |
| TOTAL: | 0.50 | |