**From:** Tarola, Robert
**Sent:** Monday, November 08, 2004 11:25 AM
**To:** 'blechman@blackstone.com'; Norris, Paul J.; Siegel, David; 'zilly@blackstone.com'
**Cc:** Sarikas, Bridget; Festa, Fred; Corcoran, William
**Subject:** RE: Maher

I spoke with Tom this morning. He stated that he is willing to compromise – BUT the committee reps only hold a small tranch of the bank debt and the non-committee holders are posturing for a full default rate. I asked him to work with us on a rate at about 4%. He will get back to me tomorrow. Bob

-----Original Message-----
**From:** Tarola, Robert
**Sent:** Friday, November 05, 2004 12:21 PM
**To:** 'blechman@blackstone.com'; Norris, Paul J.; Siegel, David; 'zilly@blackstone.com'
**Cc:** Sarikas, Bridget; Festa, Fred; Corcoran, William
**Subject:** Maher

Tom was out today. I left a detailed message. Expect a call on Monday. Bob

DR00525