**Krieger, Arlene G.**

| | |
|---|---|
| **From:** | Krieger, Arlene G. |
| **Sent:** | Friday, April 04, 2008 1:33 PM |
| **To:** | Shelnitz, Mark |
| **Cc:** | Kruger, Lewis |
| **Subject:** | W. R. Grace - Term Sheet |

Date: April 4, 2008

Mark,

Set forth below are our initial thoughts on changes to the Allowed General Unsecured Claims treatment description in the Term Sheet.

7.  Allowed General Unsecured Claims: 100% of allowed amount plus post-petition interest as follows: (i) for holders of pre-petition bank credit facilities, post-petition interest at the rate of 6.09% from the filing date through December 31, 2005 and thereafter at floating prime, in each case compounded quarterly in the manner provided for under such bank credit facilities; and (ii) for all other unsecured claims, interest at 4.19%, compounded annually, or if pursuant to an existing contract, interest at the non-default contract rate; provided however, any such holder may seek to obtain a higher interest rate and shall be entitled to such higher interest rate if the Court determines such rate is appropriate.

CC-SSL-0000158