IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> W.R. GRACE & CO., et al., <br><br> Debtors. | ) Chapter 11 <br> ) <br> ) Case No. 01-01139 (JKF) <br> ) (Jointly Administered) <br> ) <br> ) Hearing Date: September 29, 2008 at 10:00 a.m. <br> ) <br> ) Related to Docket No. 18922 |

**JOINDER OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN THE PRE-TRIAL MEMORANDUM OF THE BANK LENDER GROUP IN OPPOSITION TO THE DEBTORS' OBJECTION TO CLAIMS ASSERTED UNDER THE DEBTORS' CREDIT AGREEMENTS DATED AS OF MAY 14, 1998 AND MAY 5, 1999**

The Official Committee of Unsecured Creditors of W.R. Grace & Co., et al. (the "Creditors' Committee"), by and through its undersigned counsel, hereby expressly joins in the Pre-Trial Memorandum Of The Bank Lender Group In Opposition To The Debtors' Objection To Claims Asserted Under The Debtors' Credit Agreements Dated As Of May 14, 1998 And May 5, 1999, dated September 5, 2008, and each of the exhibits annexed thereto, as if fully set forth herein.

In connection with the September 29, 2008 hearing, the Creditors' Committee also respectfully refers the Court to the Response of the Official Committee of Unsecured Creditors To Debtors' Objection To The Unsecured Claims Asserted Under The Debtors' Credit Agreements Dated As Of May 14, 1998 And May 5, 1999, dated July 11, 2008 (the "Response"), the Declaration of Lewis Kruger submitted in support of the Response (both the Response and the Kruger Declaration are filed under Docket No. 19072), and the Declaration of Edwin N. Ordway, Jr. In Support Of The Response Of the Official Committee of Unsecured Creditors To Debtors' Objection To The Unsecured Claims Asserted Under The Debtors' Credit Agreements

DM3\799718.1

Dated As Of May 14, 1998 And May 5, 1999, dated August 14, 2008 [Docket No. 19321], each of which is expressly incorporated by reference as if fully set forth herein.

Dated: September 5, 2008

**STROOCK & STROOCK & LAVAN LLP**

Lewis Kruger
Kenneth Pasquale
(Members of the Firm)
180 Maiden Lane
New York, New York 10038-4982
Tel: (212) 806-5400
Fax: (212) 806-6006

and

**DUANE MORRIS LLP**

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE I.D. 3892)
Richard W. Riley (DE I.D. 4052)
William S. Katchen
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246
Tel: (302) 657-4942
Fax: (302) 657-4901

Counsel for the Official Committee
   of Unsecured Creditors