**EXHIBIT 13**

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF: | : | Chapter 11 |
| | : | |
| | : | Case No. 01-1139 (MFW) through |
| W.R. GRACE & CO., *et al* | : | Case No. 01-1200 (MFW) |
| | : | |
| | : | ***SECOND AMENDED** NOTICE |
| | : | OF APPOINTMENT OF OFFICIAL |
| Debtors. | : | COMMITTEE OF UNSECURED |
| ------------------------------ | : | CREDITORS** |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Official Committee of Unsecured Creditors in connection with the above captioned case:

1. J.P. Morgan Chase & Co., Attn: Thomas F. Maher, 380 Madison Avenue, New York, NY 10017, Phone: (212) 622-3671, Fax: (212) 622-3783;

2. Wachovia Bank, f/k/a First Union National Bank, Attn: Jill W. Akre, 1339 Chestnut Street, Philadelphia, PA 19107, Phone: (215) 786-4135, Fax: (215) 973-8783;

3. Sealed Air Corporation, Attn: Mary A. Coventry, Park 80 East, Saddle Brook, NJ 07663, Saddle Brook, NJ 07663, Phone: (201) 703-7600, Fax: (201) 703-4205; and

4. The Bank of Nova Scotia, Attn: Olivia L. Brown, 1 Liberty Plaza, New York, NY 10006, Phone: (212) 225-5063, Fax: (212) 225-5205.

                ROBERTA A DEANGELIS
                ACTING UNITED STATES TRUSTEE

                /S/ Frank J. Perch, III
                Frank J. Perch, III
                ASSISTANT UNITED STATES TRUSTEE

DATED: December 3, 2003

Attorney assigned to this Case: Frank J. Perch, III, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497.
Debtors counsel: Laura Davis Jones, Esq., Phone: (302) 652-4100, Fax: (302) 652-4400.

**Zhagrus Environmental has resigned effective October 31, 2003. Wachovia Bank, N.A. resigned effective December 17, 2001 (however, First Union National Bank is now known as Wachovia Bank). Wells Fargo Bank resigned effective October 2, 2001. Bankers Trust resigned effective June 12, 2001. Bank of America and ABN Amro Bank have also previously resigned. Bank of Nova Scotia is added to the Committee effective immediately.**

H:\dstump\myfiles\Frank\WR Grace\Second Amended Notice of OCUC.wpd

UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
DISTRICT OF DELAWARE

| | |
|---|---|
| IN THE MATTER OF: | Chapter 11 |
| W.R. GRACE & CO., *et al* | Case No. 01-1139 (MFW) through<br>Case No. 01-1200 (MFW) |
| | ** *THIRD AMENDED* NOTICE OF APPOINTMENT OF OFFICIAL COMMITTEE OF UNSECURED CREDITORS** |
| Debtors. | |

Pursuant to Section 1102(a)(1) of the Bankruptcy Code, I hereby appoint the following persons to the Official Committee of Unsecured Creditors in connection with the above captioned case:

1. J.P. Morgan Chase & Co., Attn: Thomas F. Maher, 380 Madison Avenue, New York, NY 10017, Phone: (212) 622-3671, Fax: (212) 622-3783;

2. Wachovia Bank, f/k/a First Union National Bank, Attn: Jill W. Akre, 1339 Chestnut Street, Philadelphia, PA 19107, Phone: (215) 786-4135, Fax: (215) 973-8783;

3. Sealed Air Corporation, Attn: Mary A. Coventry, Park 80 East, Saddle Brook, NJ 07663, Saddle Brook, NJ 07663, Phone: (201) 703-7600, Fax: (201) 703-4205; and

KELLY BEAUDIN STAPLETON
UNITED STATES TRUSTEE

/S/ David M. Klauder for
Andrew R. Vara
ASSISTANT UNITED STATES TRUSTEE

DATED: July 10, 2006

Attorney assigned to this Case: David M. Klauder, Esquire, Phone: (302) 573-6491, Fax: (302) 573-6497.

Debtors counsel: Laura Davis Jones, Esq., Phone: (302) 652-4100, Fax: (302) 652-4400.

* The Bank of Nova Scotia resigned from the Committee effective April 24, 2006.