**EXHIBIT 16**

| | |
|---|---|
| **From:** | Pasquale, Ken |
| **Sent:** | Tuesday, April 15, 2008 3:13 PM |
| **To:** | 'Rosenberg, Andrew N. Esq.' |
| **Cc:** | Kruger, Lewis; Krieger, Arlene G. |
| **Subject:** | WR Grace |
| **Attachments:** | wrg1001.PDF; wrg2001.PDF |

 

wrg1001.PDF (46 KB)  wrg2001.PDF (66 KB)

Andy:

Attached are the letters we discussed earlier today. These are not "public" documents and are being sent to you with the understanding that you will not distribute them outside of your firm, including to your clients. Please confirm.

Thanks, Ken.

Ken Pasquale
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, New York 10038
Tel.: (212) 806-5562
Fax: (212) 806-2562

1

CC-SSL-0000008