**EXHIBIT 22**

```
                UNITED STATES BANKRUPTCY COURT
                     DISTRICT OF DELAWARE


IN RE:                          .    Chapter 7
                                .
W.R. GRACE & CO.,               .    Case No. 01-01139(JKF)
et al.,                         .    (Jointly Administered)
                                .
          Debtors.              .    July 21, 2008 (1:06 p.m.)
                                .    (Wilmington)
```

TRANSCRIPT OF PROCEEDINGS
BEFORE THE HONORABLE JUDITH K. FITZGERALD
UNITED STATES BANKRUPTCY COURT JUDGE

Proceedings recorded by electronic sound recording;
transcript produced by transcription service.

1        THE COURT: The parties I have participating by
2   phone are: Ken Pasquale, Marion Fairey, Elizabeth Cabraser,
3   Janet Baer, Christopher Candon, Jennifer Whitener, Darrell
4   Scott, Douglas Cameron, Van Hooker, Jacqueline Dais-Visca,
5   Michel Belanger, Debra Felder, Theodore Freedman, Terence
6   Edwards, Edward Westbrook, Melanie Schmid, John Phillips,
7   Daniel Cohn, Amanda Basta, Lisa Esayian, Alex Mueller, Carl
8   Pernicone, Warren Smith, Elizabeth Devine, Gregory Boyer,
9   William Kirley, Richard Wyron, Joseph Radecki, Arlene
10  Krieger, Robert Horkovich, Tara Nauful, Scott McMillin, David
11  Bernick, Lindsey Hoelzle, Joseph Schwartz, Careen Hannouche,
12  Walter Slocombe, James Restivo, Gentry Klein, Beau Harbor,
13  Andrew Craig, Christina Kang, Martin Dies, David Parsons,
14  David Beane, Jay Sakalo, Matthew Kramer, David Thompson,
15  David Siegel, Douglas Mannal, Tiffany Cobb, Gerald George,
16  Mark Schlnitz, Jonathan Brownstein, Sander Esserman, Alan
17  Runyan, Jay Hughes, Robert Givone, Daniel Speights, Scott
18  Baena, Jason Solganick, Michael Davis, Robert Guttmann, Ari
19  Berman, Marti Murray, Richard Levy, and Elizabeth
20  DeCristofaro. I'll take entries in court if you're ready.
21         MR. BERNICK: Yes, Your Honor. David Bernick for
22  Grace.
23         MS. BAER: Janet Baer for Grace.
24         MR. O'NEILL: James O'Neill for Grace.
25         MR. KRUGER: Your Honor, Lewis Kruger for Unsecured

1              THE COURT: That's all I am using this for.  So -

2              MR. BERNICK: That is the only purpose, and I would

3    not have gone down this road.

4              THE COURT: Okay, well, keep it short, Mr. Bernick.

5              MR. BERNICK: All right, I was -

6              THE COURT: But tell me what the dispute is because

7    I'm still not getting it.  Okay.

8              MR. BERNICK:  I think, in the last ten minutes,

9    I'm not sure how much time I let him talk about that.  I will

10   keep it short.

11             THE COURT: All right.

12             MR. BERNICK: So, our position is that today

13   solvency is disputed and on September the 15th this solvency

14   is going to be disputed because it has been unresolved, the

15   estimation proceeding has been suspended.  If they want to

16   put on a case that says that their solvency for purposes of

17   demonstrating that they're entitled to default interest,

18   they're certainly - I say "they" because I want to talk about

19   who is in a position to be able to do that.  They are

20   certainly free to argue that matter under the law on

21   September the 15th.  That is that this is a solvent debtor.

22   So we then get to the question of, Well, what will that

23   actually involve, and we now know what it will actually

24   involve because their papers have been filed and they made

25   commitments to what it will actually involve.  With respect