IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.,<br><br>　　　　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>**Ref. Nos. 19478, 19479, 19480, 19481, 19482, 19483, 19484, and 19487** |

## REQUEST TO CHANGE FILING DATE

PLEASE TAKE NOTICE that on September 5, 2008 at approximately 11:47, Landis Rath & Cobb LLP attempted to electronically file the *Pre-Trial Memorandum of the Bank Lender Group in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999* and the corresponding Compendium of Exhibits and Exhibits 1 through 23 (collectively, the "Pre-Trial Memorandum"). Due to CM/ECF experiencing technical difficulties, the Pre-Trial Memorandum electronic filing timed out and did not register on the docket. The Pre-Trial Memorandum subsequently was filed electronically in the early hours of September 6, 2008. (*See* Docket Nos. 19478, 19479, 19480, 19481, 19482, 19483, 19484, and 19487.)

672.001-21922.DOC

Accordingly, it is hereby respectfully requested that the Court change the filing date of the Pre-Trial Memorandum from September 6, 2008 to September 5, 2008.

Dated: September 8, 2008
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

_____
Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
J. Landon Ellis (No. 4852)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, Delaware 19899
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

*Attorneys for The Bank Lender Group*