IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Re: Dkt. Nos. 19224 and 19387 |

## *AMENDED* CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 19387

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Eighty Seventh Monthly Fee Application of Stroock & Stroock & Lavan LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period June 1, 2008 through June 30, 2008 (the "Application") [Docket No. 19224] filed on August 4, 2008.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than August 25, 2008 at 4:00 p.m.

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications signed November 20, 2001, the Debtors are hereby authorized to immediately pay eighty percent

DM3\800379.1

(80%) of requested compensation $170,847.20 and one hundred percent (100%) of expenses of $12,357.78 (Stroock) and *$96.84* (Navigant) without further order from the court.

Dated: September 8, 2008
       Wilmington, Delaware

*/s/ Michael R. Lastowski*
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:  (302)-657-4900
Facsimile:  (302)-657-4901
Email:  mlastowski@duanemorris.com
        rwriley@duanemorris.com

*Co-Counsel for the Official*
*Committee of Unsecured Creditors*