IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al., ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| ) | Re: Docket Nos. 18501, ~~18642, 18735, 19313,~~ |
| ) | ~~19314, 19366~~ |
| | 9/2/08 Agenda Item No. 1 |

**ORDER DENYING MOTION OF MIAN REALTY, LLC FOR ENTRY OF ORDER DECLARING THAT THE AUTOMATIC STAY DOES NOT APPLY TO FILING OF ITS PROPOSED THIRD PARTY COMPLAINT AGAINST DEBTOR; AND DEBTOR'S OBLIGATION TO CLEANUP CERTAIN REAL PROPERTY DOES NOT CONSTITUTE A CLAIM UNDER THE BANKRUPTCY CODE**

This matter having come before the Court on Motion of Mian Realty, LLC For Entry of Order Declaring that the Automatic Stay Does Not Apply to Filing of Its Proposed Third Party Complaint Against Debtor; and Debtor's Obligation to Cleanup Certain Real Property Does Not Constitute a Claim Under the Bankruptcy Code (the "Motion") (Docket No.18501); the Court having reviewed the Motion of Mian Realty, LLC, the Debtors' objections, Mian Realty, LLC's reply, and all exhibits thereto; and the Court having considered the arguments of counsel at the hearing, for the reasons stated on the record at the September 2, 2008 hearing, it is hereby:

ORDERED that Motion is denied; and it is further

ORDERED that the automatic stay applies to prevent the filing of Mian Realty, LLC's proposed third party complaint against the Debtors; and it is further

ORDERED that the claim asserted by Mian Realty, LLC against the Debtors is a prepetition claim.

Dated: September 8, 2008

*Judith K. Fitzgerald*
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

rmab

3