# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : CIVIL ACTION NO. 08-118 |
| | : |
| W.R. GRACE & CO., *et al.*, | : BANKRUPTCY CASE NO. 01-1139 |
| | : |
| Debtors. | : |

## ORDER

AND NOW, this 4th day of September, 2008, upon consideration of Anderson Memorial Hospital's Motion for Leave to Appeal the Bankruptcy Court's Order Denying Class Certification Under Fed. R. Bankr. P. 7023 (Docket No. 1), Debtors' Brief in Opposition (Docket No. 2), Anderson Memorial Hospital's Reply Memorandum (Docket No. 9), and Debtors' Sur-reply (Docket No. 10), it is hereby **ORDERED** that Anderson Memorial Hospital's Motion for Leave to Appeal is **DENIED**.

BY THE COURT:

*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.

6