## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | (Jointly Administered) |
| | **Ref. Nos. 19478, 19479, 119480, 19481, 19482, 19483, 19484, 19485, 19486, and 19487** |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE )
                    ) SS
NEW CASTLE COUNTY )

        Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Bank Debt Holders and the Administrative Agent in the above-referenced cases, and on the 5th day of September, 2008 the *Pre-Trial Memorandum of the Bank Lender Group in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors'Credit Agreements Dated as of May 14, 1998 and May 5, 1999* [D.I. 19478], the Compendium of Exhibits [D.I. 19479] and Exhibits 1 through 23 [D.I. 19480, 19481, 19482, 19483, 19484, and 19487] (collectively, the "Pre-Trial Memorandum") were filed and on the 6th day of September, 2008, copies of the *Pre-Trial Memorandum,* the *Joinder of JPMorgan Chase Bank, N.A. in the Pre-Trial Memorandum of the Bank Lender Group in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999* [D.I. 19485], and the *Motion for Leave to Exceed the Page Limit Requirement for Pre-Trial Memorandum of the Bank Lender Group in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements*

*Dated as of May 14, 1998 and May 5, 1999* [D.I. 19486] were caused to be served upon the parties on the attached list in the manner as indicated.

Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 8th day of September, 2008.

Notary Public

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 20, 2011

2

**FIRST CLASS MAIL &**
**EMAIL:   dbernick@kirkland.com**
**          jbaer@kirkland.com**
(Counsel to Debtors)
David M. Bernick, P.C.
Theodore L. Freedman, Esq.
Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601


**HAND DELIVERY**
(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
William S. Katchen, Esq.
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801


**FIRST CLASS MAIL**
(Counsel to Equity Committee)
Philip Bentley, Esq.
Douglas H. Mannal, Esq.
Keith Martorana, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036


**HAND DELIVERY**
(Counsel to Property Damage Claimants)
Michael B. Joseph, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19801


**HAND DELIVERY**
(Counsel to the Official Committee of Asbestos Personal
Injury Claimants)
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801


**FIRST CLASS MAIL**
(Counsel to Debtors)
Eric F. Leon, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY  10022-4611


**HAND DELIVERY &**
**EMAIL:   jo'neill@pszjlaw.com**
(Counsel to Debtors)
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Kathleen P. Makowski, Esq.
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801


**FIRST CLASS MAIL**
(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Arlene G. Krieger, Esq.
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982


**HAND DELIVERY**
(Counsel to Equity Committee)
Teresa K.D. Currier, Esq.
Buchanan, Ingersoll & Rooney, P.C.
1000 West Street, Suite 1410
Wilmington, DE 19801


**FIRST CLASS MAIL**
(Counsel to Property Damage Claimants)
Scott L. Baena, Esq.
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

**FIRST CLASS MAIL**
(Counsel to Future Claimants' Representative)
John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

**FIRST CLASS MAIL**
(Counsel to the Official Committee of Asbestos Personal
Injury Claimants)
Peter Van N. Lockwood, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

**FIRST CLASS MAIL**
(Counsel to Future Claimants' Representative)
Richard H. Wyron, Esq.
Orrick, Herrington & Sutcliffe, LLP
3050 K Street, NW
Suite 300
Washington, DC  20007

**HAND DELIVERY**
David Klauder, Esq.
Office of the United States Trustee
844 N. King Street
Wilmington, DE 19801