# Warren H. Smith & Associates, P.C.
325 North St. Paul Street
Suite 1275
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

August 05, 2008

In Reference To:         Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #          11142

Professional Services

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 7/1/2008 | JW | detailed review of Orrick Herrington's March 2008 monthly invoice (8.9) | 8.90 | 1,201.50 |
|  | BSR | draft memo re New York hotel rates | 2.80 | 644.00 |
|  | DTW | Research regarding hotel  rates (.8). | 0.80 | 116.00 |
|  | BSR | telephone conference with James Wehrmann re Orrick's fee detail (.1); draft email to Debra Fullem re same (.1) | 0.20 | 46.00 |
|  | BSR | detailed review of BMC's Jan. and Feb. 2008 monthly fee applications | 1.00 | 230.00 |
|  | BSR | telephone conferences with Doreen Williams re hotel rate survey | 0.20 | 46.00 |
|  | BSR | research regarding Chicago hotel rates (.5); draft email to Warren Smith re same (.5) | 1.00 | 230.00 |
|  | MWS | review and summarize amendments to local rules (0.5); email WHS re same (0.2) | 0.70 | 161.00 |
| 7/2/2008 | BSR | research regarding Washington DC hotel rates | 6.70 | 1,541.00 |

W.R. Grace & Co.                                                                                              Page      2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/2/2008 | JW | detailed review of Orrick Herrington's March 2008 monthly invoice (2.5); draft summary of same (3.4) | 5.90 | 796.50 |
|  | CR | Update database with monthly invoices for PwC 4.08, K&E 5.08 (Forward to J. Wehrmann), Buchanan 5.08, Foley 5.08 and Pitney 5.08 | 0.30 | 12.00 |
|  | DTW | Research regarding hotel rates and review revised hotel guide prepared by B. Ruhlander (.5). | 0.50 | 72.50 |
| 7/3/2008 | DTW | Telephone call with B. Ruhlander regarding hotel rates (.1). | 0.10 | 14.50 |
|  | CR | Update database with monthly invoices for Towers 3.08A, D.Morris 5.08, Kramer 5.08, Stroock 5.08, Casner 5.08, Phillips 5.08 | 0.30 | 12.00 |
|  | CR | Update database with e-detail of Orrick's Summaries for Jan, Feb & Mar 08 | 0.20 | 8.00 |
|  | BSR | draft chart re Washington DC hotel rates | 2.00 | 460.00 |
|  | BSR | research regarding Chicago hotel rates | 2.00 | 460.00 |
| 7/4/2008 | CR | Update final report database and check calculations for 25th, 26th and beginning of 27th interim | 4.80 | 528.00 |
|  | BSR | research regarding Chicago hotel rates | 1.70 | 391.00 |
| 7/5/2008 | BSR | research regarding Chicago hotel rates | 2.30 | 529.00 |
|  | BSR | draft chart re Chicago hotel rates | 1.10 | 253.00 |
| 7/7/2008 | BSR | detailed review of Campbell & Levine's Feb. 2008 monthly invoice | 0.30 | 69.00 |
|  | BSR | draft revised hotel survey for New York (1.6); draft email to Warren Smith re same (.5) | 2.10 | 483.00 |

W.R. Grace & Co.                                                                                           Page      3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/7/2008 | BSR | telephone conference with Warren Smith re format of hotel rate surveys (.1); telephone conference with Doreen Williams re same (.1) | 0.20 | 46.00 |
|  | DL | e-filing of WHS CNO for 5.08 | 0.20 | 22.00 |
|  | CR | Update database with monthly invoices of Capstone 4.08, Austern 3.08, 4.08, 5.08, Towers 4.08, 5.08 | 0.50 | 20.00 |
|  | BSR | review hotel rate information for Chicago, New York, and Washington | 0.30 | 69.00 |
|  | BSR | telephone conference with Warren Smith re hotel rate survey (.1); telephone conference with Doreen Williams re hotel rate survey (.4) | 0.50 | 115.00 |
|  | DL | Draft of WHS monthly application for 6.08 | 0.20 | 22.00 |
|  | DL | e-filing of WHS monthly application for 6.08 | 0.10 | 11.00 |
|  | DTW | Several telephone calls with B. Ruhlander regarding hotel rates in Chicago, DC and NYC (.4); several additional calls with B. Ruhlander regarding same (.3). | 0.70 | 101.50 |
|  | BSR | detailed review of Campbell & Levine's Jan. 2008 monthly invoice | 0.30 | 69.00 |
| 7/8/2008 | CR | Update database with e-detail of montly invoices for Reed 5.08, Buchanan 5.08, Campbell 5.08, Caplin 5.08, LAS 5.08, Charter 5.08, Kramer 5.08, Austern 5.08, Ferry 5.08, Stroock 5.08, Casner 5.08 | 0.50 | 20.00 |
|  | BSR | receive, review, and respond to email from Cherie Rogers re PwC Darex project; draft email to Yoprak Soysal of PwC re same; review response from Kathleen Miller | 0.10 | 23.00 |
|  | BSR | receive, review, and respond to email from Cherie Rogers re Casner & Edwards (review and include fee auditor order in same) | 0.10 | 23.00 |
|  | DTW | Two telephone calls with B. Ruhlander regarding hotel rates and research regarding same (.3). | 0.30 | 43.50 |

W.R. Grace & Co.                                                                                             Page     4

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/8/2008 | CR | Update database with monthly application of Woodcock 5.08 | 0.10 | 4.00 |
| | CR | Update database with e-detail of 28th interim application for PwC- DAREX PRICO Audit May 2006-Jan 2007 and e-detail of monthly invoices of Bilzin 5.08, Hamilton 5.08, Austern 3.08 & 4.08, Towers 4.08 | 0.50 | 20.00 |
| | CR | Update database with e-detail of monthly invoices for Capstone 4.08 | 0.20 | 8.00 |
| | CR | draft e-mail to B.Ruhlander regarding: PricewaterhouseCoopers LLP DAREX Puerto Rico Audit Application - request for fees and expenses | 0.10 | 4.00 |
| | CR | Update database with monthly invoice for PricewaterhouseCoopers LLP Darex Puerto Rico Audit | 0.20 | 8.00 |
| | BSR | telephone conference with Warren Smith re rating system on New York chart (.1); additional research and draft revised chart (.5) | 0.60 | 138.00 |
| 7/9/2008 | DTW | Telephone call with B. Ruhlander regarding hotel rates and revise chart regarding same (.4). | 0.40 | 58.00 |
| | BSR | telephone conference with Warren Smith re New York hotel rate chart; telephone conference with Doreen Williams re same | 0.20 | 46.00 |
| | BSR | research (additional) regarding Washington DC hotel rates | 2.00 | 460.00 |
| | BSR | telephone conference with Warren Smith re New York Hotel chart | 0.10 | 23.00 |
| | WHS | draft letter to Judge Fitzgerald re hotels | 2.10 | 577.50 |
| 7/10/2008 | CR | Update database with e-detail of monthly invoices for PricewaterhouseCoopers LLP 5.08, K&E 5.08 and Protivity 4.07 - 11.07 | 0.40 | 16.00 |
| | BSR | draft portion of letter to Judge Fitzgerald re London hotel rates | 1.20 | 276.00 |

W.R. Grace & Co.                                                                                              Page      5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/10/2008 | DTW | several telephone calls and emails with B. Ruhlander regarding hotel rates in Chicago, DC, London, and several other cities (.4); research regarding hotel rates in 5 different US cities (1.3); compose memo regarding same (.6); additional calls and emails with B. Ruhlander regarding rates (.2). | 2.50 | 362.50 |
|  | BSR | draft revised chart for Washington DC hotels | 0.80 | 184.00 |
|  | BSR | draft portion of letter to Judge Fitzgerald pertaining to Washington DC hotel rates | 1.00 | 230.00 |
|  | BSR | receive and review draft letter to Judge Fitzgerald; make notes as to proposed revisions | 0.40 | 92.00 |
|  | BSR | draft portion of letter to Judge Fitzgerald pertaining to Chicago hotel rates | 0.70 | 161.00 |
|  | BSR | telephone conference with Warren Smith re letter to Judge Fitzgerald re hotel rates (.1); telephone conference with Doreen Williams re same (.1) | 0.20 | 46.00 |
|  | BSR | receive and review results of Doreen Williams' research re hotel rates in other major cities (.2); telephone conference with Doreen re same (.1) | 0.30 | 69.00 |
|  | BSR | additional research re hotel rates in London | 1.70 | 391.00 |
|  | BSR | draft letter to Judge Fitzgerald re hotel rates; make notes of additional proposed revisions | 0.70 | 161.00 |
| 7/11/2008 | BSR | research hotel rates in San Francisco (.5); draft revised chart and email to Warren re same (.2) | 0.70 | 161.00 |
|  | BSR | draft letter to Judge Fitzgerald re hotel surveys (.6); draft email memo to Warren Smith re same (.8) | 1.40 | 322.00 |
|  | BSR | research regarding hotel rates in other major cities (1.5); draft email to Warren Smith re same (.3) | 1.80 | 414.00 |
| 7/14/2008 | BSR | receive and review final drafts of letter to Judge Fitzgerald and email same to all applicants | 1.70 | 391.00 |
|  | BSR | detailed review of Caplin & Drysdale's Jan. 2008 monthly application | 1.00 | 230.00 |

W.R. Grace & Co.

Page    6

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/14/2008 | WHS | revise hotel rate letter | 1.10 | 302.50 |
| | BSR | telephone conferences with Warren Smith re letter to Judge Fitzgerald (.1); review final draft of same (.1) | 0.20 | 46.00 |
| 7/15/2008 | WHS | receive and review agenda | 0.10 | 27.50 |
| | BSR | draft charts for hotels in downtown Wilmington (.4); draft emails re same (.3) | 0.70 | 161.00 |
| | BSR | research regarding hotels in downtown Wilmington | 0.60 | 138.00 |
| | BSR | detailed review of Caplin & Drysdale's March 2008 monthly application | 0.60 | 138.00 |
| | BSR | detailed review of Caplin & Drysdale's Feb. 2008 monthly application | 0.60 | 138.00 |
| | BSR | detailed review of Anderson Kill & Olick's Feb. 2008 monthly invoice | 0.10 | 23.00 |
| 7/16/2008 | BSR | draft initial report re Bilzin for the 28th interim period | 0.30 | 69.00 |
| | BSR | detailed review of Bilzin Sumberg's 28th interim fee application | 0.10 | 23.00 |
| | BSR | detailed review of David Austern's monthly applications for Jan. through March 2008 | 0.30 | 69.00 |
| | BSR | detailed review of Anderson Kill & Olick's 28th interim fee application | 0.20 | 46.00 |
| | BSR | detailed review of expense application of Asbestos Personal Injury Committee | 0.30 | 69.00 |
| | BSR | research (additional) re hotels in Wilmington DE (.2); respond to emails from Warren Smith re same (.1) | 0.30 | 69.00 |

W.R. Grace & Co.                                                                                                        Page      7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/16/2008 | MWS | review 2008 local rule revisions; email whs re same | 0.50 | 115.00 |
| 7/17/2008 | BSR | telephone conferences (2) with Warren Smith re meal survey (.2); research breakfast prices in New York, Washington, DC, and Chicago (1.5); draft emails to Warren Smith re same (.1) | 1.80 | 414.00 |
|  | BSR | research regarding meal costs in Chicago and Dallas (4.8); telephone conferences (2) with Warren Smith re same (.1) | 4.90 | 1,127.00 |
|  | BSR | detailed review of Blackstone's 28th interim fee application and monthly invoices | 0.40 | 92.00 |
|  | BSR | detailed review of Beveridge & Diamond's 28th interim fee application | 0.10 | 23.00 |
|  | ALP | Drafted final revisions to Bilzen initial report concerning the 28th interim period (1-3.08) (.4) | 0.40 | 62.00 |
|  | CR | Prepare and serve 28th Interim initial report for Bilzin | 0.20 | 8.00 |
| 7/18/2008 | CR | Update database with monthly invoices for Holme 10.07, 11.07; Campbell 5.08, Bilzin 5.08, PricewaterhouseCoopers LLP DAREK 5/1/06-7/31/07, Hamilton 5.08, Casner 5.08, PricewaterhouseCoopers LLP 5.08, Anderson Kill & Olick 4.08, 5.08, Ferry 5.08, Reed 5.08, CHarter 5.08, Caplin 5.08, LAS 5.08, Protivity 4.07, 5.07, 6.07, 7.07, 8.07, 9.07, 10.07, 11.07 | 0.50 | 20.00 |
|  | CR | prepare and serve Blackstone 28th interim initial report | 0.20 | 8.00 |
|  | CR | Update database with e-detail of monthly applications for Orrick 5.08 and Holme 12.07 | 0.20 | 8.00 |
|  | DTW | Review and revise 28th initial report for Blackstone (.1). | 0.10 | 14.50 |
|  | BSR | receive, review, and respond to email from Warren Smith inquiring as to per diem charges | 0.20 | 46.00 |
|  | BSR | telephone conferences (2) with Warren Smith re meal caps | 0.20 | 46.00 |

W.R. Grace & Co.

Page    8

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/18/2008 | BSR | draft e-mail to all applicants in case re new recommended meal caps | 0.30 | 69.00 |
| | BSR | receive and review proposed order for Bilzin's fees and expenses (27th) and compare to our report for that period (.3); draft email to Warren Smith re same (.1) | 0.40 | 92.00 |
| | BSR | draft initial report re Blackstone Advisory Services for the 28th interim period | 0.40 | 92.00 |
| | BSR | detailed review of March 2008 and 28th interim fee application of BMC Group | 0.60 | 138.00 |
| 7/21/2008 | BSR | detailed review of Campbell & Levine's March 2008 monthly invoice and 28th interim fee application | 0.40 | 92.00 |
| | BSR | draft e-mail to Kathleen Davis with inquiry concerning the 28th interim fee application | 0.20 | 46.00 |
| | BSR | detailed review of Caplin & Drysdale's 28th interim fee application | 0.20 | 46.00 |
| | BSR | draft e-mail to Cherie Rogers re obtaining BMC fee app. for the 5th, 6th and 7th interim periods; respond to email from Cherie Rogers re same | 0.10 | 23.00 |
| | CR | Update database with Holme 12.07 and Orrick 5.08 | 0.20 | 8.00 |
| | CR | draft e-mail to W.Smith regarding Final report for 28th interim Buchanan | 0.10 | 4.00 |
| | CR | Update database with e-detail Orrick 5.08 pdf format (corrected application) and Orrick 5.08 doc format | 0.20 | 8.00 |
| | LMH | receive and review e-mail from W. Smith re: Judge Fitzgerald's approval of revised hotel and meal rates. | 0.10 | 13.50 |
| | BSR | draft final report re Buchanan Ingersoll & Rooney (28th) | 0.20 | 46.00 |
| | BSR | detailed review of 28th interim (and prior applications) of BMC on issue of fees for fee application preparation | 3.60 | 828.00 |

W.R. Grace & Co.                                                                                    Page      9

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/21/2008 | BSR | research docket for hearing agenda; telephone conference with Jeff Allgood re same; forward same to Warren Smith and Jeff Allgood | 0.20 | 46.00 |
|  | BSR | draft e-mail to Jamie O'Neill re revised order on Bilzin; review second draft of revised order and respond to Warren re same | 0.20 | 46.00 |
|  | BSR | telephone conference with Jeff Allgood re proposed order on Bilzin expenses | 0.10 | 23.00 |
| 7/22/2008 | WHS | detailed review of, and revisions to, Final Report re Buchanan Ingersoll & Rooney 28th | 0.20 | 55.00 |
|  | CR | Update database with Beveridge 5.08 | 0.20 | 8.00 |
|  | CR | Update database with e-detail of Capstone 5.08 | 0.20 | 8.00 |
|  | CR | Electronic filing with court of Buchanan 28th interim final report | 0.20 | 8.00 |
|  | BSR | draft e-mails to various applicants re their initial reports (28th) | 0.20 | 46.00 |
|  | BSR | draft initial report re Caplin & Drysdale for the 28th interim period | 4.20 | 966.00 |
|  | BSR | detailed review of Capstone's 28th interim fee application and monthly invoices | 0.40 | 92.00 |
| 7/23/2008 | BSR | detailed review of Casner & Edwards 28th interim fee application and monthly invoices | 0.60 | 138.00 |
|  | BSR | detailed review of Charter Oak's 28th interim fee application and monthly invoices | 0.60 | 138.00 |
|  | BSR | draft initial report re Charter Oak's 28th interim fee application | 0.40 | 92.00 |
|  | CR | Update database with 5.08 monthly invoices for Nelson and Pachulski | 0.30 | 12.00 |

W.R. Grace & Co.                                                                                       Page    10

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/24/2008 | CR | prepare and serve 28th interim initial reports for Charter Oak and Caplin | 0.30 | 12.00 |
|  | BSR | draft e-mails to various applicants re initial report for the 28th interim period | 0.20 | 46.00 |
|  | DTW | Review and revise Charter Oaks 28th initial report (.1); telephone call with B. Ruhlander regarding Duane Morris (.1). | 0.20 | 29.00 |
|  | WHS | receive, review, and respond to e-mail from Struthers-Kennedy re Protiviti | 0.20 | 55.00 |
|  | BSR | receive and review Deloitte & Touche's Expanded Scope Order and prior fee application history | 0.40 | 92.00 |
|  | BSR | detailed review of Ferry Joseph & Pearce's March 2008 monthly application and 28th interim fee application | 0.20 | 46.00 |
|  | BSR | receive and review response from Campbell & Levine to inquiry on meal expense (28th) | 0.10 | 23.00 |
|  | BSR | detailed review of Ferry Joseph & Pearce's January and February 2008 monthly applications | 0.30 | 69.00 |
|  | BSR | detailed review of Day Pitney's 28th interim fee application and monthly invoices (.5); draft email to A. Marchetta of Day Pitney re same (.2) | 0.70 | 161.00 |
|  | BSR | draft initial report re Duane Morris for the 28th interim period | 1.60 | 368.00 |
|  | BSR | detailed review of Duane Morris' 28th interim fee application and monthly invoices | 0.60 | 138.00 |
|  | BSR | receive and review email from Warren Smith re Protiviti application; telephone conference with Warren Smith re same | 0.10 | 23.00 |
|  | BSR | detailed review of Deloitte & Touche's August through Dec. 2008 monthly applications (.3); research server and docket for quarterly application covering this period (.2); draft email to Tony Scoles inquiring as to same (.1) | 0.60 | 138.00 |
|  | BSR | detailed review of Deloitte & Touche's June and July 2007 monthly applications | 0.20 | 46.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/25/2008 | CR | Update database with monthly invoices for Nelson 6.08, Deloitte Tax 10.07, 11.07 and 12.07, Towers 6.08 | 0.50 | 20.00 |
| | CR | draft project category spreadsheet for 28th interim | 2.00 | 80.00 |
| | CR | prepare and serve 28th interim initial report for D. Morris | 0.30 | 12.00 |
| | DTW | Review and revise Duane Morris 28th initial report (.1) | 0.10 | 14.50 |
| | BSR | detailed review of Hamilton's 28th interim fee application and monthly invoices (including prior invoices on the issue of rounding) | 0.20 | 46.00 |
| | BSR | detailed review of Fragomen's 28th interim fee application and monthly invoices; draft email to Scott Bettridge re same | 0.50 | 115.00 |
| | BSR | receive, review, and respond to email questions from Protiviti | 0.30 | 69.00 |
| | BSR | detailed review of Foley Hoag 28th interim fee application (including monthly invoices) | 0.60 | 138.00 |
| | WHS | receive and review e-mail from Andrews-Struthers re Protiviti | 0.10 | 27.50 |
| 7/28/2008 | WHS | receive and review e-mail from Andrew Struthers-Kennedy re Protiviti | 0.10 | 27.50 |
| | BSR | draft initial report re Kirkland & Ellis for the 28th interim period | 5.40 | 1,242.00 |
| | BSR | telephone conference with Tony Scoles re Deloitte & Touche fee application | 0.20 | 46.00 |
| | DL | Draft of WHS CNO for 6/08 | 0.20 | 22.00 |
| 7/29/2008 | CR | prepare and serve  28th interim initial report for D. Morris | 0.20 | 8.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/29/2008 | CR | Update database with e-detail of monthly invoices for Reed 6.08 | 0.20 | 8.00 |
| | CR | draft e-mail to Philip Bently, Esquire, Kramer requesting mailing address due to receipt of ret'd mail - corrected address and forwarded good address to Mike at Lone Star | 0.30 | 12.00 |
| | CR | Update database with 6.08 monthly invoice for Casner | 0.20 | 8.00 |
| | BSR | detailed review of Kirkland & Ellis' Jan. 2008 monthly invoice | 1.70 | 391.00 |
| 7/30/2008 | CR | Update database with e-detail monthly invoices for Buchanan 6.08, Lexecon Interim app for 4/1/08-6/30/08, 1/1/08-3/31/08 and monthly invoices for 4.08, 3.08, 2.08 and 1.08; D. Morris 6.08, Casner 6.08; Ogilvy 6.08 | 1.00 | 40.00 |
| | BSR | detailed review of Kirkland & Ellis' Jan. 2008 monthly invoice | 0.30 | 69.00 |
| | BSR | detailed review of BMC's prior fee applications on the issue of fee application preparation fees | 0.50 | 115.00 |
| | BSR | draft initial report re BMC Group for the 28th interim period | 0.40 | 92.00 |
| | BSR | detailed review of Kirkland & Ellis' Feb. and March 2008 monthly invoices and fee summaries re same | 3.00 | 690.00 |
| 7/31/2008 | DTW | Review and revise K&E 28th interim initial report (.1). | 0.10 | 14.50 |
| | CR | Prepare and serve bmc 28th interim initial report | 0.20 | 8.00 |
| | BSR | draft initial report re Kirkland & Ellis for the 28th interim period | 5.40 | 1,242.00 |
| | CR | Update database with Buchanan 6.08, K&E 6.08, D.Morris 6.08, Foley 6.08, D.Pitney 6.08, Casner 6.08, Lexecon 1.08, 2.08, 3.08 ,4.08 and 28th and 29th Interim. Protivity 25th, 26th and 27th interims and Nelson 28th interim | 0.60 | 24.00 |

W.R. Grace & Co.                                                                              Page     13

|                                        | **Hours** | **Amount** |
|----------------------------------------|-----------|------------|
| **For professional services rendered** | **133.40** | **$26,055.00** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|------|-------|------|--------|
| Alexa L. Parnell | 0.40 | 155.00 | $62.00 |
| Bobbi S. Ruhlander | 90.10 | 230.00 | $20,723.00 |
| Cherie Rogers | 4.80 | 110.00 | $528.00 |
| Cherie Rogers | 11.60 | 40.00 | $464.00 |
| Debbie Lucas | 0.70 | 110.00 | $77.00 |
| Doreen Williams | 5.80 | 145.00 | $841.00 |
| James Wehrmann | 14.80 | 135.00 | $1,998.00 |
| Lisa M Hamm | 0.10 | 135.00 | $13.50 |
| Mark W Steirer | 1.20 | 230.00 | $276.00 |
| Warren H Smith | 3.90 | 275.00 | $1,072.50 |