## APPENDIX B – EXPANDED SCOPE ORDER

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.[1] ) | Case No. 01-01139 (JKF) |
| ) | (Jointly Administered) |
| Debtors. ) | |
| | Related Docket Nos. 17691, 17848 |

## ORDER AUTHORIZING THE DEBTORS' SECOND APPLICATION REQUESTING THE APPROVAL OF AN ORDER AUTHORIZING THE FURTHER EXPANSION OF THE SCOPE OF SERVICES TO BE PROVIDED BY DELOITTE & TOUCHE LLP TO THE DEBTORS TO INCLUDE CERTAIN ENTERPRISE RISK MANAGEMENT SERVICES AND CRISIS MANAGEMENT PLANNING SERVICES

Upon consideration of the second application (the "Second Application")[2] of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") seeking entry of an order authorizing the expansion of the scope of services to be provided by Deloitte & Touche LLP ("Deloitte & Touche") to the Debtors to include certain Enterprise Risk Management Services and Crisis Management Planning Services; and upon the Affidavit of Edmund Landry

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Capitalized terms not defined herein shall have the same meaning as in the Application.

(the "Landry Affidavit"); and the Court being satisfied, based on the representations made in the Application and Landry Affidavit, that Deloitte & Touche represent no interest adverse to the Debtors' estates with respect to the matters upon which they are to be engaged, that Deloitte & Touche is a "disinterested person" as that term is defined under section 104(14) of title 11 of the United States Code (as amended, the "Bankruptcy Code"), and that the employment of Deloitte & Touche is necessary and would be in the best interests of the Debtors, their creditors and the Debtors' estates; and it appearing that this proceeding is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation and sufficient cause appearing therefore, it is

ORDERED that the Application is granted; and it is further

ORDERED that the Debtors are authorized to further expand the scope of services provided by Deloitte & Touche to serve the Debtors in these Chapter 11 cases by providing certain enterprise risk management services (the "Enterprise Risk Management Services") and certain crisis management planning services (the "Crisis Management Planning Services") in accordance with the terms of the Second Application, the Landry Affidavit, the Enterprise Risk Management Services Engagement Letter and the Crisis Management Planning Services Engagement Letter; and it is further

ORDERED that with respect to the Expanded Scope Services performed by Deloitte & Touche under the Enterprise Risk Management Services Engagement Letter and the Crisis Management Planning Services Engagement Letter during the pendency of these Chapter 11 cases, paragraphs 6(a) and 6(c) of the General Business Terms attached to such engagement letters shall be deemed to be null and void; and it is further

2

ORDERED that Deloitte & Touche shall be relieved of the requirements to provide daily activity descriptions of its personnel providing Expanded Scope Services and instead shall provide daily time records of its personnel reflecting the number of hours devoted by such personnel to the discrete categories of tasks comprising Expanded Scope Services of part of its monthly fee statements and interim and final fee applications; and it is further

ORDERED that, other than the exceptions detailed herein, Deloitte & Touche shall be compensated for services provided and reimbursed for expenses incurred in accordance with the procedures set forth in the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, the Local Bankruptcy Rules and orders of this Court, including without limitation, (a) the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, dated May 3, 2001, effective as of April 2, 2001 and (b) the Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members, dated April 17, 2002 (together, the "Administrative Order"); and it is further

ORDERED that, notwithstanding anything to the contrary herein or in the Second Application, the Landry Affidavit or the Administrative Order, Deloitte & Touche's fees shall be subject to the approval of the Court under a reasonableness standard upon proper application by Deloitte & Touche in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and any applicable orders of this Court, including, without limitation, the Administrative Order; and it is further

ORDERED that this Court retains jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Dated: January 24, 2008

*Judith K. Fitzgerald*
The Honorable Judith K. Fitzgerald
United Stated Bankruptcy Judge    SAJ

4

## EXHIBIT A

### Summary June - December, 2007

| Name | Level | Hours | Total Fees |
|---|---|---|---|
| ALLISON, SANDRA | Manager | 167.5 | $31,121.00 |
| CHHENG, PANHA | Manager | 0 | $0.00 |
| CRONIN, MICHAEL J. | Senior Manager | 11.05 | $3,630.00 |
| DICKIE, TAD Total | Senior Consultant | 220.5 | $54,696.00 |
| DIXON, DONALD R. | Director | 42.5 | $15,895.00 |
| KIMBROUGH, ROBERT LANE | Manager | 382.5 | $114,750.00 |
| LANDRY, EDMOND J. | Partner | 35 | $14,525.00 |
| LAW, ERICA | Senior Consultant | 31.5 | $6,142.50 |
| ROSS, STEVE | Director | 41.5 | $3,354.00 |
| STURISKY, DERRICK LARRY | Senior Manager | 309 | $101,970.00 |
| ZMOIRA, ALEXANDER | Senior Manager | 8 | $2,640.00 |
| Grand Total | | 1249.05 | $348,723.50 |

### Summary January - March, 2008

| Name | Level | Hours | Total Fees |
|---|---|---|---|
| Firm Expense | | 0 | $0.00 |
| KIMBROUGH, ROBERT LANE | Manager | 139 | $41,700.00 |
| LANDRY, EDMOND J. | Partner | 1 | $415.00 |
| STURISKY, DERRICK LARRY | Senior Manager | 104 | $34,320.00 |
| Grand Total | | 244 | $76,435.00 |

| Total For Entire Interim Compensation Period | | | Total Fees |
|---|---|---|---|
| | | 1493.05 | $425,158.50 |

**Overall Blended Hourly Rate: $270/hour**

* Adjusted to $401,856.00

EXHIBIT B

**W.R. Grace Work Activity - Daily Hours - ERM Project**
**June, 2007 - December, 2007**

| PHASE 1 OVERVIEW: START-UP, ERM OPERATIONAL FRAMEWORK & RISK MANAGEMENT CAPABILITY ASSESSMENT | Total Jun-Dec |
|---|---|
| 1. Clarification of objectives, vision and roles | 20.8 |
| 2. Documentation review | 42.5 |
| 3. ERM Oprational Framework development (includes risk universe) | 14 |
| 4. ERM capability assessment survey | 134 |
| 5. Preliminary ERM capability assessment report | 44 |
| 6. Leadership interviews | 130 |
| 7. Draft ERM capability assessment report | 30 |
| 8. Steering Committee orientation session | 25.5 |
| 9. Kick-off session on project plan and operational framework | 31 |
| | |
| PHASE 2A ENTERPRISE RISK ASSESSMENTS (ERAs) | |
| 1. ERA approach and tools development | 38.5 |
| 2. Communication with Steering Committee | 26 |
| 3. ERA coordination | 11 |
| 4. ERA workshop facilitation/education | 64 |
| 5. Draft ERA report production | 18 |
| | |
| PHASE 2B GRACE RISK APPETITE MODEL | |
| 1. Objectives and process development | 2 |
| 2. Development of understanding | 2 |
| 3. Meetings with executives and stakeholders | 0 |
| 4. Recommended risk appetite model | 19.5 |
| 5. Presentation to executives | 8.5 |
| | |
| PHASE 3 RECOMMENTATIONS TO IMPROVE ERM CAPABILITY | |
| 1. Proposed activities list | 10.5 |
| 2. Program plan | 14 |
| 3. Resource estimates | 3 |
| | |
| OTHER | |
| General Project Admin | 46 |
| Project Management | 48 |
| Bankrupcy Admin | 6.5 |
| Status Reporting | 30 |
| | |
| **TOTAL DAILY HOURS:** | **819.3** |

**W. R. Grace Work Activity - Daily Hours - Crisis Management**
**June, 2007 - December, 2007**

| PHASE I PROJECT INITIATION AND PLANNING | Total Jun-Dec |
|---|---|
| 1. Identify Key Stakeholders | 3.00 |
| 2. Identify Corporate Crisis Management Team Members | 7.25 |
| 3. Identify Functional Groups for Project Participation | 7.25 |
| 4. Develop Steering Project Plan | 14.50 |
| 4a. Develop Project Status Report Template | 6.00 |
| 5. Kickoff Presentation, Meetings & Interviews | 31.00 |
| | |
| PHASE II CURRENT STATE ASSESSMENT | |
| 1. Understand Current State of Preparedness | 21.00 |
| 1a. Review current Crisis Management Processes | 12.50 |
| 1b. Review current Emergency Response Planning Processes & Plans | 15.50 |
| 2. Develop Crisis Response Model & Incident Flow | 28.00 |
| 3. Status Reports | 6.00 |
| | |
| PHASE III CRISIS MANAGEMENT PLAN DEVELOPMENT | |
| 1. Define Corporate Crisis Management Plan Components | 2.50 |
| 1a. Define Crisis Response Team Roles/Responsibilities | 13.25 |
| 1b. Define Command Center Equipment & Space Requirements | 6.30 |
| 1c. Define Crisis Management Plan Activation Triggers | 18.25 |
| 1d. Define Crisis Management Plan Logical Geographical Requirements | 5.00 |
| 1e. Define Crisis Management Plan Activation and Deactivation Processes | 9.50 |
| 1f. Document the Plan Details | 158.80 |
| 1g. Define Crisis Management Plan Continuous Improvement Process | 30.40 |
| 1h. Develop Crisis Management Training & Awareness Plans | 23.00 |
| 1ha. Exercise and Test Strategy | 3.20 |
| 2. Present CMP to Grace Management (Delivered) | 0.00 |
| 3. Revise Crisis Management Plan as required | 4.50 |
| 4. Status Reports | 2.50 |
| | |
| OTHER | |
| General Project Admin | 0.00 |
| Project Management | 0.00 |
| Bankrupcy Admin | 0.00 |
| | |
| **TOTAL DAILY HOURS:** | **429.20** |

**EXHIBIT B**

**W.R. Grace Work Activity - Daily Hours - ERM Project**
**January, 2008 - March, 2008**

| Activity | Hours |
|---|---|
| **WORK STREAM 1: GOVERNANCE** | |
| 1. Design & planning of ERM organization | 3 |
| 2. Transitioning of ERM Steering Committee to Risk Committee | 3 |
| 3. ERM Vision and Charter | 4.5 |
| 4. Executive Risk Owner roles and responsibilities | 1 |
| 5. Alignment of risk management governance across functions geographies, and business units | 1 |
| 6. Regional ERM support establishment and maintenance | 1 |
| 7. Risk Appetite Framework | 2 |
| 8. Governance process for global external compliance | 0 |
| | |
| **WORK STREAM 2: ERM PROCESS** | |
| 1. Risk identification and assessment process development | 40.5 |
| 2. Assistance conducting risk prioritization and assessments | 12 |
| 3. Integration with strategic and operations planning processes | 2 |
| 4. Facilitation of 2 - 3 risk assessment workshops | 0 |
| | |
| **WORK STREAM 3: RISK INTELLIGENCE** | |
| 1. Risk awareness and training plans | 5.5 |
| 2. Requirements for ERM Intranet site | 0 |
| 3. Process for gathering and disseminating emerging risk trends, external threats and future opportunities | 0 |
| 4. Customized risk reporting | 2 |
| 5. Risk monitoring and escalation processes | 0 |
| | |
| **WORK STREAM 4: PROJECT AND CAPABILITY SUPPORT** | |
| 1. ERM office project management and progress reporting | 44.5 |
| 2. Alignment of ERM with corporate initiatives | 2 |
| 3. Development of internal ERM capabilities | 2 |
| 4. Participation in risk meetings, risk assessments and presentations | 77 |
| 5. Discussion of ERM enabling technology requirements | 8 |
| | |
| **ADMINISTRATIVE ACTIVITIES** | |
| General Project admin | 14 |
| Bankruptcy admin | 7 |
| Status reporting | 12 |
| **TOTAL DAILY HOURS:** | **244** |

EXHIBIT C

Enterprise Risk Management Services
Expense Detail June 1, 2007 to December 31, 2007

| Employee Name | Date Incurred | Expense Incurred | Expense Type | Additional Detail — If travel: City to and From | If Hotel: Indicate City and State |
|---|---|---|---|---|---|
| CHHENG, PANHA | 10/11/2007 | 582.80 | Airfare: Business Travel | San Jose to Boston | |
| | 10/11/2007 | 245.00 | Hotel or Other Lodging | | Boston, MA |
| | 10/11/2007 | 30.51 | Hotel: Tax | | Boston, MA |
| | 10/11/2007 | 49.00 | Meals: Travel (Yours) | | |
| | 10/12/2007 | 25.00 | Airfare: Business Travel | San Jose to Boston | |
| | 10/12/2007 | 15.00 | Taxi (Not Car Service) | | |
| CHHENG, PANHA Total | | 947.31 | | | |
| DIXON, DONALD R | 06/03/2007 | 352.27 | Airfare: Business Travel | Raleigh to Boston | |
| | 06/05/2007 | 637.53 | Airfare: Business Travel | Boston to Raleigh | |
| | 06/12/2007 | 175.00 | Hotel or Other Lodging | | Columbia, MD |
| | 06/12/2007 | 17.50 | Hotel: Tax | | Columbia, MD |
| | 06/13/2007 | 15.00 | Auto Parking: Travel | | |
| | 06/13/2007 | 47.00 | Taxi (Not Car Service) | | |
| | 07/02/2007 | 100.40 | Airfare: Business Travel | Raleigh to Baltimore | |
| | 07/06/2007 | 121.40 | Airfare: Business Travel | Baltimore to Raleigh | |
| | 07/09/2007 | | Airfare: Business Travel | | |
| | 07/10/2007 | 10.00 | Auto Parking: Travel | | |
| | 07/10/2007 | 46.50 | Taxi (Not Car Service) | | |
| | 07/19/2007 | 122.40 | Airfare: Business Travel | Raleigh to Baltimore | |
| | 07/27/2007 | 5.00 | Auto Parking: Travel | | |
| | 09/04/2007 | 191.70 | Airfare: Business Travel | Chicago to Baltimore | |
| | 09/04/2007 | 206.00 | Hotel or Other Lodging | | Columbia, MD |
| | 09/04/2007 | 20.60 | Hotel: Tax | | Columbia, MD |
| | 09/05/2007 | 10.35 | Meals: Travel (Yours) | | |
| | 09/05/2007 | 45.78 | Taxi (Not Car Service) | | |
| DIXON, DONALD R Total | | 2,124.43 | | | |
| KIMBROUGH, ROBERT LANE | 05/31/2007 | 396.17 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 06/10/2007 | 10.68 | Mileage | | |
| | 06/12/2007 | 12.95 | Hotel Internet Acces | | |
| | 06/12/2007 | 175.00 | Hotel or Other Lodging | | Columbia, MD |
| | 06/12/2007 | 17.50 | Hotel: Tax | | Columbia, MD |
| | 06/13/2007 | 25.00 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 06/13/2007 | 56.00 | Auto Parking: Travel | | |
| | 06/13/2007 | 4.94 | Meals: Travel (Yours) | | |
| | 06/17/2007 | 10.68 | Mileage | | |
| | 06/18/2007 | 641.62 | Airfare: Business Travel | Atlanta to Boston | |
| | 06/19/2007 | 269.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 06/19/2007 | 33.49 | Hotel: Tax | | Cambridge, MA |
| | 06/19/2007 | 80.23 | Meals: Travel (Yours) | | |
| | 06/19/2007 | 75.00 | Taxi (Not Car Service) | | |
| | 06/20/2007 | 269.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 06/20/2007 | 33.49 | Hotel: Tax | | Cambridge, MA |
| | 06/20/2007 | 3.68 | Meals: Travel (Yours) | | |
| | 06/20/2007 | 4.00 | Travelain, Subway, Bus | | |
| | 06/21/2007 | 42.00 | Auto Parking: Travel | | |
| | 06/21/2007 | 5.86 | Meals: Travel (Yours) | | |
| | 06/21/2007 | 40.00 | Taxi (Not Car Service) | | |
| | 06/21/2007 | 10.00 | Tips: Other than Meals | | |
| | 06/21/2007 | 2.00 | Travelain, Subway, Bus | | |
| | 07/03/2007 | 180.17 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 07/05/2007 | 122.12 | Airfare: Business Travel | Atlanta to Boston | |
| | 07/08/2007 | 537.00 | Hotel or Other Lodging | | Columbia, MD |
| | 07/08/2007 | 53.70 | Hotel: Tax | | Columbia, MD |
| | 07/08/2007 | 21.04 | Meals: Travel (Yours) | | |
| | 07/08/2007 | 10.68 | Mileage | | |
| | 07/09/2007 | 12.45 | Meals: Travel (Yours) | | |
| | 07/10/2007 | 29.96 | Meals: Travel (Yours) | | |
| | 07/11/2007 | 177.89 | Auto Rental | | |
| | 07/11/2007 | 16.28 | Auto Rental: Gasoline | | |
| | 07/11/2007 | 728.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 07/11/2007 | 90.63 | Hotel: Tax | | Cambridge, MA |
| | 07/11/2007 | 44.17 | Meals: Travel (Yours) | | |
| | 07/11/2007 | 42.00 | Taxi (Not Car Service) | | |
| | 07/12/2007 | 66.24 | Meals: Travel (Yours) | | |
| | 07/12/2007 | 4.00 | Travelain, Subway, Bus | | |
| | 07/13/2007 | 60.00 | Auto Parking: Travel | | |
| | 07/13/2007 | 3.00 | Meals: Travel (Yours) | | |
| | 07/13/2007 | 67.00 | Taxi (Not Car Service) | | |
| | 07/13/2007 | 10.00 | Tips: Other than Meals | | |
| | 07/16/2007 | 1.98 | Meals: Travel (Yours) | | |
| | 07/17/2007 | 552.56 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 07/19/2007 | 50.00 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 07/20/2007 | 1.94 | Telephone: Conference | | |
| | 07/22/2007 | 179.00 | Hotel or Other Lodging | | Columbia, MD |
| | 07/22/2007 | 17.90 | Hotel: Tax | | Columbia, MD |
| | 07/22/2007 | 6.78 | Meals: Travel (Yours) | | |
| | 07/22/2007 | 10.68 | Mileage | | |
| | 07/23/2007 | 179.00 | Hotel or Other Lodging | | Columbia, MD |
| | 07/23/2007 | 17.90 | Hotel: Tax | | Columbia, MD |
| | 07/23/2007 | 32.95 | Meals: Travel (Yours) | | |
| | 07/24/2007 | 179.00 | Hotel or Other Lodging | | Columbia, MD |
| | 07/24/2007 | 17.90 | Hotel: Tax | | Columbia, MD |
| | 07/24/2007 | 38.74 | Meals: Travel (Yours) | | |

EXHIBIT C

| Employee Name | Date Incurred | Expense Incurred | Expense Type | Additional Detail If travel: City to and From | If Hotel: Indicate City and State |
|---|---|---|---|---|---|
| | 07/25/2007 | 926.05 | Airfare: Business Travel | Atlanta to Boston | |
| | 07/25/2007 | 33.00 | Auto Parking: Travel | | |
| | 07/25/2007 | 205.68 | Auto Rental | | |
| | 07/25/2007 | 6.52 | Meals: Travel (Yours) | | |
| | 07/29/2007 | 10.68 | Mileage | | |
| | 07/31/2007 | 1.77 | Telephone: Conference | | |
| | 08/01/2007 | 269.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 08/01/2007 | 33.49 | Hotel: Tax | | Cambridge, MA |
| | 08/01/2007 | 14.42 | Meals: Travel (Yours) | | |
| | 08/01/2007 | 48.00 | Taxi (Not Car Service) | | |
| | 08/02/2007 | 18.00 | Auto Parking: Travel | | |
| | 08/02/2007 | 59.00 | Car Service | | |
| | 08/02/2007 | 14.27 | Meals: Travel (Yours) | | |
| | 08/02/2007 | 22.00 | Taxi (Not Car Service) | | |
| | 08/02/2007 | 2.17 | Telephone: Conference | | |
| | 08/03/2007 | 2.39 | Telephone: Conference | | |
| | 08/06/2007 | 9.78 | Telephone: Conference | | |
| | 08/07/2007 | 6.10 | Meals: Travel (Yours) | | |
| | 08/08/2007 | 269.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 08/08/2007 | 33.49 | Hotel: Tax | | Cambridge, MA |
| | 08/08/2007 | 54.06 | Meals: Travel (Yours) | | |
| | 08/08/2007 | 19.00 | Taxi (Not Car Service) | | |
| | 08/09/2007 | 607.12 | Airfare: Business Travel | Atlanta to Boston | |
| | 08/09/2007 | 18.00 | Auto Parking: Travel | | |
| | 08/09/2007 | 6.34 | Meals: Travel (Yours) | | |
| | 08/09/2007 | 46.00 | Taxi (Not Car Service) | | |
| | 08/10/2007 | 5.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 08/12/2007 | 10.68 | Mileage | | |
| | 08/14/2007 | 269.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 08/14/2007 | 33.49 | Hotel: Tax | | Cambridge, MA |
| | 08/14/2007 | 5.00 | Meals: Business (Client)ent) | | |
| | 08/14/2007 | 61.40 | Meals: Travel (Yours) | | |
| | 08/14/2007 | 98.00 | Taxi (Not Car Service) | | |
| | 08/14/2007 | 5.00 | Tips: Other than Meals | | |
| | 08/14/2007 | 5.00 | Travelain, Subway, Bus | | |
| | 08/15/2007 | 248.80 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 08/15/2007 | 269.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 08/15/2007 | 33.49 | Hotel: Tax | | Cambridge, MA |
| | 08/15/2007 | 11.36 | Meals: Travel (Yours) | | |
| | 08/15/2007 | 5.00 | Travelain, Subway, Bus | | |
| | 08/16/2007 | 27.00 | Auto Parking: Travel | | |
| | 08/16/2007 | 9.03 | Meals: Travel (Yours) | | |
| | 08/16/2007 | 39.00 | Taxi (Not Car Service) | | |
| | 08/21/2007 | 4.21 | Telephone: Conference | | |
| | 08/22/2007 | 0.90 | Telephone: Conference | | |
| | 08/24/2007 | 0.10 | Telephone: Conference | | |
| | 09/04/2007 | 179.00 | Hotel or Other Lodging | | Columbia, MD |
| | 09/04/2007 | 17.90 | Hotel: Tax | | Columbia, MD |
| | 09/04/2007 | 47.07 | Meals: Travel (Yours) | | |
| | 09/05/2007 | 17.19 | Auto Rental: Gasoline | | |
| | 09/05/2007 | 179.00 | Hotel or Other Lodging | | Columbia, MD |
| | 09/05/2007 | 17.90 | Hotel: Tax | | Columbia, MD |
| | 09/05/2007 | 3.57 | Meals: Business (Client) | | |
| | 09/05/2007 | 26.71 | Meals: Travel (Yours) | | |
| | 09/06/2007 | 538.62 | Airfare: Business Travel | Atlanta to Boston | |
| | 09/06/2007 | 27.00 | Auto Parking: Travel | | |
| | 09/06/2007 | 228.30 | Auto Rental | | |
| | 09/06/2007 | 6.56 | Meals: Business (Client) | | |
| | 09/06/2007 | 7.01 | Meals: Travel (Yours) | | |
| | 09/09/2007 | 21.36 | Mileage | | |
| | 09/10/2007 | 46.00 | Car Service | | |
| | 09/10/2007 | 449.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 09/10/2007 | 55.90 | Hotel: Tax | | Cambridge, MA |
| | 09/10/2007 | 35.47 | Meals: Travel (Yours) | | |
| | 09/10/2007 | 10.00 | Travelain, Subway, Bus | | |
| | 09/11/2007 | 449.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 09/11/2007 | 55.90 | Hotel: Tax | | Cambridge, MA |
| | 09/11/2007 | 63.62 | Meals: Travel (Yours) | | |
| | 09/12/2007 | 27.00 | Auto Parking: Travel | | |
| | 09/12/2007 | 40.00 | Car Service | | |
| | 09/12/2007 | 9.39 | Meals: Travel (Yours) | | |
| | 09/23/2007 | 455.04 | Airfare: Business Travel | Atlanta to Boston | |
| | 09/30/2007 | 10.68 | Mileage | | |
| | 10/01/2007 | 75.00 | Airfare: Business Travel | Atlanta to Boston | |
| | 10/01/2007 | 57.00 | Car Service | | |
| | 10/01/2007 | 399.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 10/01/2007 | 49.67 | Hotel: Tax | | Cambridge, MA |
| | 10/01/2007 | 61.98 | Meals: Travel (Yours) | | |
| | 10/02/2007 | 18.00 | Auto Parking: Travel | | |
| | 10/02/2007 | 55.00 | Car Service | | |
| | 10/02/2007 | 11.49 | Meals: Travel (Yours) | | |
| | 10/02/2007 | 2.00 | Tips: Other than Meals | | |
| | 10/05/2007 | 533.27 | Airfare: Business Travel | Atlanta to Boston | |
| | 10/07/2007 | 10.68 | Mileage | | |
| | 10/11/2007 | 894.68 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 10/11/2007 | 90.00 | Car Service | | |
| | 10/11/2007 | 10.45 | Hotel Internet Acces | | |
| | 10/11/2007 | 245.00 | Hotel or Other Lodging | | Cambridge, MA |

EXHIBIT C

| Employee Name | Date Incurred | Expense Incurred | Expense Type | Additional Detail<br>If travel: City to and From | If Hotel: Indicate City and State |
|---|---|---|---|---|---|
| | 10/11/2007 | 30.51 | Hotel: Tax | | Cambridge, MA |
| | 10/11/2007 | 85.28 | Meals: Travel (Yours) | | |
| | 10/12/2007 | 18.00 | Auto Parking: Travel | | |
| | 10/12/2007 | 88.00 | Car Service | | |
| | 10/12/2007 | 5.60 | Meals: Travel (Yours) | | |
| | 10/14/2007 | 10.68 | Mileage | | |
| | 10/17/2007 | 269.00 | Hotel or Other Lodging | | Columbia, MD |
| | 10/17/2007 | 26.90 | Hotel: Tax | | Columbia, MD |
| | 10/17/2007 | 38.86 | Meals: Travel (Yours) | | |
| | 10/18/2007 | 269.00 | Hotel or Other Lodging | | Columbia, MD |
| | 10/18/2007 | 26.90 | Hotel: Tax | | Columbia, MD |
| | 10/18/2007 | 1.56 | Meals: Business (Client) | | |
| | 10/18/2007 | 25.26 | Meals: Travel (Yours) | | |
| | 10/19/2007 | 27.00 | Auto Parking: Travel | | |
| | 10/19/2007 | 249.99 | Auto Rental | | |
| | 10/19/2007 | 7.53 | Meals: Travel (Yours) | | |
| | 11/05/2007 | 473.44 | Airfare: Business Travel | Atlanta to Boston | |
| | 11/11/2007 | 10.68 | Mileage | | |
| | 11/13/2007 | 77.00 | Car Service | | |
| | 11/13/2007 | 419.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 11/13/2007 | 52.16 | Hotel: Tax | | Cambridge, MA |
| | 11/13/2007 | 56.39 | Meals: Travel (Yours) | | |
| | 11/14/2007 | 18.00 | Auto Parking: Travel | | |
| | 11/14/2007 | 50.00 | Car Service | | |
| | 11/14/2007 | 6.10 | Meals: Travel (Yours) | | |
| | 11/18/2007 | 128.06 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 11/18/2007 | 0.90 | Meals: Travel (Yours) | | |
| | 11/18/2007 | 5.00 | Taxi (Not Car Service) | | |
| | 12/02/2007 | 10.68 | Mileage | | |
| | 12/05/2007 | 206.00 | Hotel or Other Lodging | | Columbia, MD |
| | 12/05/2007 | 20.60 | Hotel: Tax | | Columbia, MD |
| | 12/05/2007 | 36.34 | Meals: Travel (Yours) | | |
| | 12/06/2007 | 195.81 | Auto Rental | | |
| | 12/06/2007 | 9.40 | Meals: Travel (Yours) | | |
| | 12/07/2007 | 27.00 | Auto Parking: Travel | | |
| | 12/17/2007 | 2.67 | Telephone: Conference | | |
| | 12/26/2007 | 368.80 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 12/30/2007 | 206.00 | Hotel or Other Lodging | | Columbia, MD |
| | 12/30/2007 | 11.12 | Mileage | | |
| KIMBROUGH, ROBERT LANE Total | | 18,369.20 | | | |
| LANDRY, EDMOND J | 06/12/2007 | 564.80 | Airfare: Business Travel | Boston to Columbia, MD | |
| | 06/12/2007 | 179.00 | Hotel or Other Lodging | | Columbia, MD |
| | 06/12/2007 | 17.90 | Hotel: Tax | | Columbia, MD |
| | 06/12/2007 | 70.00 | Taxi (Not Car Service) | | |
| | 06/14/2007 | 24.00 | Auto Parking: Travel | | |
| | 06/29/2007 | 364.80 | Airfare: Business Travel | Boston to Columbia, MD | |
| | 07/09/2007 | 3.00 | Auto Tolls | | |
| | 07/09/2007 | 109.00 | Taxi (Not Car Service) | | |
| | 07/10/2007 | 24.00 | Auto Parking: Travel | | |
| | 07/24/2007 | 394.80 | Airfare: Business Travel | Boston to Columbia, MD | |
| | 07/25/2007 | 3.00 | Auto Tolls | | |
| | 07/25/2007 | 100.00 | Taxi (Not Car Service) | | |
| | 07/26/2007 | 24.00 | Auto Parking: Travel | | |
| LANDRY, EDMOND J Total | | 1,878.30 | | | |
| STURISKY, DERRICK LARRY | 06/04/2007 | 396.17 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 06/07/2007 | 4.68 | Telephone: Conference | | |
| | 06/10/2007 | 20.37 | Mileage | | |
| | 06/12/2007 | 179.00 | Hotel or Other Lodging | | Columbia, MD |
| | 06/12/2007 | 17.90 | Hotel: Tax | | Columbia, MD |
| | 06/12/2007 | 60.08 | Meals: Travel (Yours) | | |
| | 06/13/2007 | 25.00 | Airfare: Business Travel | | |
| | 06/13/2007 | 17.00 | Auto Parking: Travel | | |
| | 06/13/2007 | 86.23 | Meals: Travel (Yours) | | |
| | 06/14/2007 | 6.22 | Telephone: Conference | | |
| | 06/17/2007 | 29.10 | Mileage | | |
| | 06/18/2007 | 698.80 | Airfare: Business Travel | Atlanta to Boston | |
| | 06/18/2007 | 6.11 | Telephone: Conference | | |
| | 06/19/2007 | 0.50 | Auto Tolls | | |
| | 06/19/2007 | 339.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 06/19/2007 | 42.20 | Hotel: Tax | | Cambridge, MA |
| | 06/19/2007 | 106.11 | Meals: Travel (Yours) | | |
| | 06/19/2007 | 0.20 | Telephone: Conference | | |
| | 06/20/2007 | 339.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 06/20/2007 | 42.20 | Hotel: Tax | | Cambridge, MA |
| | 06/20/2007 | 30.00 | Meals: Travel (Yours) | | |
| | 06/20/2007 | 8.00 | Travelain, Subway, Bus | | |
| | 06/21/2007 | 42.00 | Auto Parking: Travel | | |
| | 06/21/2007 | 0.50 | Auto Tolls | | |
| | 06/21/2007 | 15.00 | Meals: Travel (Yours) | | |
| | 06/21/2007 | 36.00 | Taxi (Not Car Service) | | |
| | 06/21/2007 | 2.00 | Tips: Other than Meals | | |
| | 06/22/2007 | 5.03 | Telephone: Conference | | |
| | 06/26/2007 | 4.52 | Telephone: Conference | | |
| | 06/28/2007 | 1.02 | Telephone: Conference | | |
| | 06/29/2007 | 12.75 | Telephone: Conference | | |
| | 07/02/2007 | 608.80 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 07/05/2007 | 523.80 | Airfare: Business Travel | Atlanta to Boston | |
| | 07/06/2007 | 3.38 | Telephone: Conference | | |

EXHIBIT C

| Employee Name | Date Incurred | Expense Incurred | Expense Type | Additional Detail — If travel: City to and From | If Hotel: Indicate City and State |
|---|---|---|---|---|---|
| | 07/07/2007 | 20.00 | Telephone: Cell phon | | |
| | 07/08/2007 | 0.50 | Auto Tolls | | |
| | 07/08/2007 | 358.00 | Hotel or Other Lodging | | Columbia, MD |
| | 07/08/2007 | 35.80 | Hotel: Tax | | Columbia, MD |
| | 07/08/2007 | 24.00 | Meals: Travel (Yours) | | |
| | 07/08/2007 | 62.08 | Mileage | | |
| | 07/09/2007 | 200.25 | Meals: Travel (Yours) | | |
| | 07/10/2007 | 40.00 | Auto Parking: Travel | | |
| | 07/10/2007 | 0.50 | Auto Tolls | | |
| | 07/10/2007 | 36.00 | Meals: Travel (Yours) | | |
| | 07/10/2007 | 2.00 | Tips: Other than Meals | | |
| | 07/12/2007 | 15.00 | Airfare: Business Travel | Atlanta to Boston | |
| | 07/12/2007 | 0.50 | Auto Tolls | | |
| | 07/12/2007 | 339.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 07/12/2007 | 42.20 | Hotel: Tax | | Cambridge, MA |
| | 07/12/2007 | 22.00 | Meals: Travel (Yours) | | |
| | 07/12/2007 | 40.00 | Taxi (Not Car Service) | | |
| | 07/12/2007 | 0.33 | Telephone: Conference | | |
| | 07/13/2007 | 24.00 | Auto Parking: Travel | | |
| | 07/13/2007 | 0.50 | Auto Tolls | | |
| | 07/13/2007 | 33.00 | Meals: Travel (Yours) | | |
| | 07/13/2007 | 2.00 | Tips: Other than Meals | | |
| | 07/17/2007 | 518.80 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 07/19/2007 | 15.00 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 07/19/2007 | 24.50 | Taxi (Not Car Service) | | |
| | 07/20/2007 | 7.28 | Telephone: Conference | | |
| | 07/22/2007 | 1.00 | Auto Tolls | | |
| | 07/22/2007 | 179.00 | Hotel or Other Lodging | | Columbia, MD |
| | 07/22/2007 | 17.90 | Hotel: Tax | | Columbia, MD |
| | 07/22/2007 | 22.00 | Meals: Travel (Yours) | | |
| | 07/22/2007 | 31.04 | Mileage | | |
| | 07/23/2007 | 179.00 | Hotel or Other Lodging | | Columbia, MD |
| | 07/23/2007 | 17.90 | Hotel: Tax | | Columbia, MD |
| | 07/23/2007 | 41.00 | Meals: Travel (Yours) | | |
| | 07/24/2007 | 179.00 | Hotel or Other Lodging | | Columbia, MD |
| | 07/24/2007 | 17.90 | Hotel: Tax | | Columbia, MD |
| | 07/24/2007 | 42.50 | Meals: Travel (Yours) | | |
| | 07/24/2007 | 38.90 | Taxi (Not Car Service) | | |
| | 07/25/2007 | 44.00 | Auto Parking: Travel | | |
| | 07/25/2007 | 38.00 | Meals: Travel (Yours) | | |
| | 07/25/2007 | 6.76 | Telephone: Conference | | |
| | 07/25/2007 | 3.00 | Tips: Other than Meals | | |
| | 07/26/2007 | 0.54 | Telephone: Conference | | |
| | 07/27/2007 | 3.94 | Telephone: Conference | | |
| | 08/01/2007 | 593.80 | Airfare: Business Travel | Atlanta to Boston | |
| | 08/03/2007 | 0.96 | Telephone: Conference | | |
| | 08/05/2007 | 31.04 | Mileage | | |
| | 08/07/2007 | 267.40 | Airfare: Business Travel | Atlanta to Boston | |
| | 08/07/2007 | 1.00 | Auto Tolls | | |
| | 08/07/2007 | 14.26 | Telephone: Cell phon | | |
| | 08/07/2007 | 12.61 | Telephone: Conference | | |
| | 08/08/2007 | 401.20 | Airfare: Business Travel | Atlanta to Boston | |
| | 08/08/2007 | 269.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 08/08/2007 | 33.49 | Hotel: Tax | | Cambridge, MA |
| | 08/08/2007 | 45.50 | Meals: Travel (Yours) | | |
| | 08/09/2007 | (232.40) | Airfare: Business Travel | Atlanta to Boston | |
| | 08/09/2007 | 132.36 | Meals: Travel (Yours) | | |
| | 08/09/2007 | 28.00 | Taxi (Not Car Service) | | |
| | 08/10/2007 | 28.00 | Auto Parking: Travel | | |
| | 08/10/2007 | 5.72 | Telephone: Conference | | |
| | 08/12/2007 | 14.55 | Mileage | | |
| | 08/14/2007 | 339.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 08/14/2007 | 42.20 | Hotel: Tax | | Cambridge, MA |
| | 08/14/2007 | 43.00 | Taxi (Not Car Service) | | |
| | 08/15/2007 | 339.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 08/15/2007 | 42.20 | Hotel: Tax | | Cambridge, MA |
| | 08/15/2007 | 25.00 | Meals: Travel (Yours) | | |
| | 08/15/2007 | 4.00 | Travelain, Subway, Bus | | |
| | 08/16/2007 | 21.00 | Auto Parking: Travel | | |
| | 08/16/2007 | 0.50 | Auto Tolls | | |
| | 08/16/2007 | 12.00 | Meals: Travel (Yours) | | |
| | 08/16/2007 | 2.61 | Telephone: Conference | | |
| | 08/17/2007 | 2.40 | Telephone: Conference | | |
| | 08/20/2007 | 8.45 | Telephone: Conference | | |
| | 08/21/2007 | 448.80 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 08/22/2007 | 3.34 | Telephone: Conference | | |
| | 08/23/2007 | 10.88 | Telephone: Conference | | |
| | 08/24/2007 | 9.66 | Telephone: Conference | | |
| | 08/28/2007 | 30.00 | Taxi (Not Car Service) | | |
| | 08/31/2007 | 0.17 | Telephone: Conference | | |
| | 09/02/2007 | 31.04 | Mileage | | |
| | 09/04/2007 | 1.00 | Auto Tolls | | |
| | 09/04/2007 | 179.00 | Hotel or Other Lodging | | Columbia, MD |
| | 09/04/2007 | 17.90 | Hotel: Tax | | Columbia, MD |
| | 09/04/2007 | 50.00 | Meals: Travel (Yours) | | |
| | 09/05/2007 | 179.00 | Hotel or Other Lodging | | Columbia, MD |
| | 09/05/2007 | 17.90 | Hotel: Tax | | Columbia, MD |
| | 09/05/2007 | 84.60 | Meals: Travel (Yours) | | |

EXHIBIT C

| Employee Name | Date Incurred | Expense Incurred | Expense Type | Additional Detail: If travel: City to and From | If Hotel: Indicate City and State |
|---|---|---|---|---|---|
| | 09/06/2007 | 42.00 | Auto Parking: Travel | | |
| | 09/07/2007 | 21.75 | Telephone: Cell phon | | |
| | 09/17/2007 | 5.21 | Telephone: Conference | | |
| | 09/18/2007 | 8.99 | Telephone: Conference | | |
| | 09/20/2007 | 8.25 | Telephone: Conference | | |
| | 09/26/2007 | 527.80 | Airfare: Business Travel | Atlanta to Boston | |
| | 09/26/2007 | 3.13 | Telephone: Conference | | |
| | 09/28/2007 | 4.13 | Telephone: Conference | | |
| | 09/30/2007 | 31.04 | Mileage | | |
| | 10/01/2007 | 359.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 10/01/2007 | 44.69 | Hotel: Tax | | Cambridge, MA |
| | 10/01/2007 | 44.36 | Meals: Travel (Yours) | | |
| | 10/01/2007 | 22.00 | Taxi (Not Car Service) | | |
| | 10/02/2007 | 70.00 | Airfare: Business Travel | Atlanta to Boston | |
| | 10/02/2007 | 28.00 | Auto Parking: Travel | | |
| | 10/02/2007 | 1.00 | Auto Tolls | | |
| | 10/02/2007 | 45.51 | Meals: Travel (Yours) | | |
| | 10/02/2007 | 22.00 | Taxi (Not Car Service) | | |
| | 10/02/2007 | 3.00 | Tips: Other than Meals | | |
| | 10/03/2007 | 4.46 | Telephone: Conference | | |
| | 10/05/2007 | 597.80 | Airfare: Business Travel | Atlanta to Boston | |
| | 10/05/2007 | 9.35 | Telephone: Conference | | |
| | 10/07/2007 | 31.04 | Mileage | | |
| | 10/07/2007 | 21.80 | Telephone: Cell phon | | |
| | 10/08/2007 | 5.59 | Telephone: Conference | | |
| | 10/09/2007 | 5.10 | Telephone: Conference | | |
| | 10/10/2007 | 450.80 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 10/11/2007 | 245.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 10/11/2007 | 30.51 | Hotel: Tax | | Cambridge, MA |
| | 10/11/2007 | 42.69 | Meals: Travel (Yours) | | |
| | 10/12/2007 | (15.00) | Airfare: Business Travel | Atlanta to Baltimore | |
| | 10/12/2007 | 28.00 | Auto Parking: Travel | | |
| | 10/12/2007 | 1.00 | Auto Tolls | | |
| | 10/12/2007 | 32.42 | Meals: Travel (Yours) | | |
| | 10/12/2007 | 20.00 | Taxi (Not Car Service) | | |
| | 10/12/2007 | 3.00 | Tips: Other than Meals | | |
| | 10/14/2007 | 31.04 | Mileage | | |
| | 10/15/2007 | 13.79 | Telephone: Conference | | |
| | 10/17/2007 | 206.00 | Hotel or Other Lodging | | Columbia, MD |
| | 10/17/2007 | 20.60 | Hotel: Tax | | Columbia, MD |
| | 10/17/2007 | 46.01 | Meals: Travel (Yours) | | |
| | 10/18/2007 | 206.00 | Hotel or Other Lodging | | Columbia, MD |
| | 10/18/2007 | 20.60 | Hotel: Tax | | Columbia, MD |
| | 10/18/2007 | 65.75 | Meals: Travel (Yours) | | |
| | 10/19/2007 | 42.00 | Auto Parking: Travel | | |
| | 10/19/2007 | 1.00 | Auto Tolls | | |
| | 10/19/2007 | 19.32 | Meals: Travel (Yours) | | |
| | 10/22/2007 | 2.90 | Telephone: Conference | | |
| | 10/26/2007 | 3.50 | Telephone: Conference | | |
| | 10/30/2007 | 5.47 | Telephone: Conference | | |
| | 10/31/2007 | 11.82 | Telephone: Conference | | |
| | 11/01/2007 | 10.52 | Telephone: Conference | | |
| | 11/02/2007 | 1.87 | Telephone: Conference | | |
| | 11/05/2007 | 8.28 | Telephone: Conference | | |
| | 11/06/2007 | 551.09 | Airfare: Business Travel | Atlanta to Boston | |
| | 11/06/2007 | 13.00 | Auto Parking: Local, | | |
| | 11/07/2007 | 13.55 | Telephone: Cell phon | | |
| | 11/08/2007 | 4.61 | Telephone: Conference | | |
| | 11/11/2007 | 0.50 | Auto Tolls | | |
| | 11/11/2007 | 15.52 | Mileage | | |
| | 11/12/2007 | 319.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 11/12/2007 | 39.71 | Hotel: Tax | | Cambridge, MA |
| | 11/12/2007 | 52.00 | Taxi (Not Car Service) | | |
| | 11/12/2007 | 3.40 | Telephone: Conference | | |
| | 11/13/2007 | 319.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 11/13/2007 | 39.71 | Hotel: Tax | | Cambridge, MA |
| | 11/13/2007 | 35.60 | Meals: Travel (Yours) | | |
| | 11/13/2007 | 24.00 | Taxi (Not Car Service) | | |
| | 11/14/2007 | 32.00 | Auto Parking: Travel | | |
| | 11/14/2007 | 44.39 | Meals: Travel (Yours) | | |
| | 11/14/2007 | 20.00 | Taxi (Not Car Service) | | |
| | 11/14/2007 | 2.00 | Tips: Other than Meals | | |
| | 11/16/2007 | 3.62 | Telephone: Conference | | |
| | 11/28/2007 | 2.21 | Telephone: Conference | | |
| | 11/29/2007 | 2.00 | Telephone: Conference | | |
| | 11/30/2007 | 6.64 | Telephone: Conference | | |
| | 12/02/2007 | 3.88 | Mileage | | |
| | 12/03/2007 | 3.65 | Telephone: Conference | | |
| | 12/04/2007 | 603.04 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 12/05/2007 | 206.00 | Hotel or Other Lodging | | Columbia, MD |
| | 12/05/2007 | 20.60 | Hotel: Tax | | Columbia, MD |
| | 12/05/2007 | 42.18 | Meals: Travel (Yours) | | |
| | 12/05/2007 | 3.50 | Travel, in, Subway, Bus | | |
| | 12/06/2007 | 8.00 | Auto Parking: Travel | | |
| | 12/06/2007 | 38.74 | Meals: Travel (Yours) | | |
| | 12/06/2007 | 55.00 | Taxi (Not Car Service) | | |
| | 12/06/2007 | 4.19 | Telephone: Conference | | |
| | 12/06/2007 | 1.00 | Tips: Other than Meals | | |

**EXHIBIT C**

| Employee Name | Date Incurred | Expense Incurred | Expense Type | Additional Detail — If travel: City to and From | If Hotel: Indicate City and State |
|---|---|---|---|---|---|
| | 12/07/2007 | 10.87 | Telephone: Cell phon | | |
| | 12/10/2007 | 2.44 | Telephone: Conference | | |
| | 12/14/2007 | 4.08 | Telephone: Conference | | |
| | 12/18/2007 | 1.44 | Telephone: Conference | | |
| | 12/30/2007 | 32.32 | Mileage | | |
| STURISKY, DERRICK LARRY Total | | 19,143.49 | | | |
| ZMOIRA, ALEXANDER | 06/06/2007 | 21.47 | Meals: Travel (Yours) | | |
| | 06/12/2007 | 337.28 | Airfare: Business Travel | Boston to Columbia, MD | |
| | 06/12/2007 | 79.48 | Auto Rental | | |
| | 06/12/2007 | 179.00 | Hotel or Other Lodging | | Columbia, MD |
| | 06/12/2007 | 17.90 | Hotel: Tax | | Columbia, MD |
| | 06/12/2007 | 11.31 | Meals: Travel (Yours) | | |
| | 06/12/2007 | 23.00 | Taxi (Not Car Service) | | |
| | 06/13/2007 | 65.00 | Car Service | | |
| | 06/13/2007 | 1.56 | Meals: Travel (Yours) | | |
| ZMOIRA, ALEXANDER Total | | 736.00 | | | |
| Grand Total | | 43,198.73 | | | |

**EXHIBIT D**

Enterprise Risk Management Services
Expense Detail January 1, 2008 to March 31, 2008

| Employee Name | Date Incurred | Expense Incurred | Expense Type | Additional Detail — If travel: City to and From | If Hotel: Indicate City and State |
|---|---|---|---|---|---|
| KIMBROUGH, ROBERT LANE | 02/19/2008 | 11.14 | Telephone: Conference | | |
| | 01/02/2008 | 20.60 | Hotel: Tax | | Columbia, MD |
| | 01/02/2008 | 206.00 | Hotel or Other Lodging | | Columbia, MD |
| | 01/02/2008 | 46.11 | Meals: Travel (Yours) | | |
| | 01/03/2008 | 50.00 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 01/03/2008 | 18.00 | Auto Parking: Travel | | |
| | 01/03/2008 | 228.91 | Auto Rental | | |
| | 01/03/2008 | 9.16 | Meals: Travel (Yours) | | |
| | 01/08/2008 | 1.28 | Telephone: Conference | | |
| | 01/09/2008 | 0.53 | Telephone: Conference | | |
| | 01/11/2008 | 3.06 | Telephone: Conference | | |
| | 01/16/2008 | 3.34 | Telephone: Conference | | |
| | 01/17/2008 | 0.25 | Telephone: Conference | | |
| | 01/23/2008 | 12.86 | Telephone: Conference | | |
| | 01/25/2008 | 179.00 | Airfare: Business Travel | Atlanta to Boston | |
| | 01/28/2008 | 6.32 | Telephone: Conference | | |
| | 01/29/2008 | 105.00 | Car Service | | |
| | 01/29/2008 | 11.72 | Meals: Travel (Yours) | | |
| | 01/29/2008 | 8.03 | Telephone: Conference | | |
| | 01/29/2008 | 88.00 | Train, Subway, Bus | Boston to New York | |
| | 02/01/2008 | 1.27 | Telephone: Conference | | |
| | 02/03/2008 | 11.12 | Mileage | | |
| | 02/05/2008 | 22.66 | Hotel: Tax | | Columbia, MD |
| | 02/05/2008 | 48.58 | Meals: Travel (Yours) | | |
| | 02/05/2008 | 3.59 | Telephone: Conference | | |
| | 02/06/2008 | 206.00 | Hotel or Other Lodging | | Columbia, MD |
| | 02/06/2008 | 22.66 | Hotel: Tax | | Columbia, MD |
| | 02/06/2008 | 9.91 | Meals: Travel (Yours) | | |
| | 02/07/2008 | 27.00 | Auto Parking: Travel | | |
| | 02/07/2008 | 331.92 | Auto Rental | | |
| | 02/12/2008 | 17.74 | Telephone: Conference | | |
| | 02/13/2008 | 6.02 | Telephone: Conference | | |
| | 02/14/2008 | 4.42 | Telephone: Conference | | |
| | 02/26/2008 | 3.76 | Telephone: Conference | | |
| | 02/28/2008 | 262.99 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 03/02/2008 | 11.12 | Mileage | | |
| | 03/04/2008 | 2.60 | Telephone: Conference | | |
| | 03/05/2008 | 9.00 | Auto Parking: Travel | | |
| | 03/05/2008 | 38.83 | Meals: Travel (Yours) | | |
| | 03/05/2008 | 45.00 | Taxi (Not Car Service) | | |
| | 03/05/2008 | 7.96 | Telephone: Conference | | |
| | 03/07/2008 | 5.19 | Telephone: Conference | | |
| | 03/10/2008 | 6.72 | Telephone: Conference | | |
| | 03/13/2008 | 4.95 | Telephone: Conference | | |
| | 03/14/2008 | 5.44 | Telephone: Conference | | |
| | 03/16/2008 | 567.76 | Airfare: Business Travel | Atlanta to Boston | |
| | 03/23/2008 | 11.12 | Mileage | | |
| | 03/24/2008 | 80.00 | Car Servicee | | |
| | 03/24/2008 | 219.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 03/24/2008 | 27.26 | Hotel: Tax | | Cambridge, MA |
| | 03/24/2008 | 87.23 | Meals: Travel (Yours) | | |
| | 03/25/2008 | 25.00 | Car Servicee | | |
| | 03/25/2008 | 219.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 03/25/2008 | 27.26 | Hotel: Tax | | Cambridge, MA |
| | 03/25/2008 | 60.57 | Meals: Travel (Yours) | | |
| | 03/25/2008 | 5.00 | Train, Subway, Bus | | |
| | 03/26/2008 | 506.12 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 03/26/2008 | 27.00 | Auto Parking: Travel | | |
| | 03/26/2008 | 80.00 | Car Servicee | | |
| | 03/26/2008 | 17.08 | Meals: Travel (Yours) | | |
| | 03/30/2008 | 11.12 | Mileage | | |
| KIMBROUGH, ROBERT LANE Total | | 4,096.26 | | | |
| STURISKY, DERRICK LARRY | 01/01/2008 | 603.24 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 01/02/2008 | 159.00 | Hotel or Other Lodging | | Columbia, MD |
| | 01/02/2008 | 15.90 | Hotel: Tax | | Columbia, MD |
| | 01/02/2008 | 75.27 | Meals: Travel (Yours) | | |
| | 01/02/2008 | 52.00 | Taxi (Not Car Service) | | |
| | 01/03/2008 | 28.00 | Auto Parking: Travel | | |
| | 01/03/2008 | 1.00 | Auto Tolls | | |
| | 01/03/2008 | 13.44 | Meals: Travel (Yours) | | |
| | 01/03/2008 | 1.00 | Tips: Other than Meals | | |
| | 01/04/2008 | 2.65 | Telephone: Conference | | |
| | 01/07/2008 | 4.07 | Telephone: Conference | | |
| | 01/08/2008 | 0.22 | Telephone: Conference | | |
| | 01/17/2008 | 1.23 | Telephone: Conference | | |
| | 01/18/2008 | 2.10 | Telephone: Conference | | |
| | 01/22/2008 | 2.52 | Telephone: Conference | | |
| | 01/24/2008 | 2.95 | Telephone: Conference | | |
| | 01/25/2008 | 6.51 | Telephone: Conference | | |
| | 01/30/2008 | 1.98 | Telephone: Conference | | |
| | 02/03/2008 | 493.63 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 02/10/2008 | 1.00 | Auto Tolls | | |
| | 02/10/2008 | 206.00 | Hotel or Other Lodging | | Columbia, MD |
| | 02/10/2008 | 25.65 | Hotel: Tax | | Columbia, MD |
| | 02/10/2008 | 24.89 | Meals: Travel (Yours) | | |
| | 02/10/2008 | 32.32 | Mileage | | |
| | 02/11/2008 | 206.00 | Hotel or Other Lodging | | Columbia, MD |
| | 02/11/2008 | 25.65 | Hotel: Tax | | Columbia, MD |
| | 02/11/2008 | 39.89 | Meals: Travel (Yours) | | |

EXHIBIT D

| Employee Name | Date Incurred | Expense Incurred | Expense Type | Additional Detail – If travel: City to and From | If Hotel: Indicate City and State |
|---|---|---|---|---|---|
| | 02/11/2008 | 91.75 | Taxi (Not Car Service) | | |
| | 02/12/2008 | 42.00 | Auto Parking: Travel | | |
| | 02/12/2008 | 43.57 | Meals: Travel (Yours) | | |
| | 02/12/2008 | 76.00 | Taxi (Not Car Service) | | |
| | 02/12/2008 | 2.00 | Tips: Other than Meals | | |
| | 02/13/2008 | 6.56 | Telephone: Conference | | |
| | 02/14/2008 | 303.00 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 02/17/2008 | 32.32 | Mileage | | |
| | 02/20/2008 | 1.00 | Auto Tolls | | |
| | 02/20/2008 | 199.00 | Hotel or Other Lodging | | Columbia, MD |
| | 02/20/2008 | 21.89 | Hotel: Tax | | Columbia, MD |
| | 02/20/2008 | 46.24 | Meals: Travel (Yours) | | |
| | 02/20/2008 | 22.00 | Taxi (Not Car Service) | | |
| | 02/21/2008 | 28.00 | Auto Parking: Travel | | |
| | 02/21/2008 | 44.25 | Meals: Travel (Yours) | | |
| | 02/21/2008 | 22.00 | Taxi (Not Car Service) | | |
| | 02/21/2008 | 1.00 | Tips: Other than Meals | | |
| | 02/18/2008 | 0.78 | Telephone: Conference | | |
| | 02/22/2008 | 1.05 | Telephone: Conference | | |
| | 03/03/2008 | 1.44 | Telephone: Conference | | |
| | 03/04/2008 | 6.60 | Telephone: Conference | | |
| | 03/07/2008 | 0.06 | Telephone: Conference | | |
| | 03/16/2008 | 32.32 | Mileage | | |
| | 03/17/2008 | 1.52 | Telephone: Conference | | |
| | 03/18/2008 | 3.67 | Telephone: Conference | | |
| | 03/19/2008 | 588.00 | Airfare: Business Travel | Atlanta to Boston | |
| | 03/20/2008 | 0.31 | Telephone: Conference | | |
| | 03/21/2008 | 3.68 | Telephone: Conference | | |
| | 03/24/2008 | 1.00 | Auto Tolls | | |
| | 03/24/2008 | 179.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 03/24/2008 | 22.28 | Hotel: Tax | | Cambridge, MA |
| | 03/24/2008 | 79.67 | Meals: Travel (Yours) | | |
| | 03/24/2008 | 3.55 | Telephone: Conference | | |
| | 03/25/2008 | 179.00 | Hotel or Other Lodging | | Cambridge, MA |
| | 03/25/2008 | 22.28 | Hotel: Tax | | Cambridge, MA |
| | 03/25/2008 | 15.25 | Meals: Travel (Yours) | | |
| | 03/26/2008 | 42.00 | Auto Parking: Travel | | |
| | 03/26/2008 | 28.45 | Meals: Travel (Yours) | | |
| | 03/27/2008 | 2.79 | Telephone: Conference | | |
| | 03/28/2008 | 663.00 | Airfare: Business Travel | Atlanta to Baltimore | |
| | 03/28/2008 | 3.35 | Telephone: Conference | | |
| | 03/30/2008 | 32.32 | Mileage | | |
| | 03/31/2008 | 1.00 | Auto Tolls | | |
| | 03/31/2008 | 179.00 | Hotel or Other Lodging | | Columbia, MD |
| | 03/31/2008 | 19.69 | Hotel: Tax | | Columbia, MD |
| | 03/31/2008 | 24.52 | Meals: Travel (Yours) | | |
| | 03/31/2008 | 30.00 | Taxi (Not Car Service | | |
| | 03/31/2008 | 2.15 | Telephone: Conference | | |
| STURISKY, DERRICK LARRY Total | | 2,533.21 | | | |
| Grand Total | | 6,629.47 | | | |

EXHIBIT E

Crisis Management Planning Services
Expense Detail June 1, 2007 to December 31, 2007

| Employee Name | Date Incurred | Expenses Incurred | Comments | Additional Detail If Travel: City To and From | If Hotel: Indicate City and State |
|---|---|---|---|---|---|
| ALLISON, SANDRA K | 07/09/2007 | $161.93 | Travel Exp-Airline | Detroit MI to Baltimore MD | |
| | 07/09/2007 | $76.76 | Travel Exp-Rental Car | | |
| | 07/09/2007 | $153.53 | Traveling Exp-Hotel | | Linthicum Heights, MD |
| | 07/09/2007 | $9.96 | Travel Exp-Meal Expense | | |
| | 07/10/2007 | $7.50 | Parking-Travel | | |
| | 07/10/2007 | $2.00 | Traveling Exp-Misc | | |
| | 07/23/2007 | $336.34 | Travel Exp-Airline | Sterling Forest NY to Baltimore MD to Detroit MI | |
| | 07/23/2007 | $100.00 | Business Meals | | |
| | 07/25/2007 | $795.40 | Traveling Exp-Hotel | | Columbia, MD |
| | 07/26/2007 | $30.86 | Parking-Travel | | |
| | 07/26/2007 | $252.68 | Travel Exp-Rental Car | | |
| | 07/23-07/26 | $54.31 | Travel Exp-Meal Expense | | |
| | 07/26/2007 | $21.98 | Traveling Exp-Misc | | |
| | 08/03/2007 | $4.64 | Conference Call | | |
| | 08/07/2007 | $17.46 | Cellular Phone/PDA | | |
| | 08/09/2007 | $1.06 | Conference Call | | |
| | 08/16/2007 | $8.33 | Conference Call | | |
| | 08/27/2007 | $217.80 | Travel Exp-Airline | Detroit MI to Chicago IL | |
| | 08/30/2007 | $761.60 | Traveling Exp-Hotel | | Deerfield IL |
| | 08/30/2007 | $56.91 | Business Meals | | |
| | 08/31/2007 | $45.00 | Parking-Travel | | |
| | 08/31/2007 | $337.55 | Travel Exp-Rental Car | | |
| | 08/27-08/31 | $112.85 | Travel Exp-Meal Expense | | |
| | 09/04/2007 | $140.36 | Travel Exp-Airline | Detroit MI to Baltimore MD | |
| | 09/06/2007 | $67.85 | Business Meals | | |
| | 09/06/2007 | $573.78 | Traveling Exp-Hotel | | Columbia, MD |
| | 09/07/2007 | $36.00 | Parking-Travel | | |
| | 09/07/2007 | $260.44 | Travel Exp-Rental Car | | |
| | 09/04-09/07 | $53.95 | Travel Exp-Meal Expense | | |
| | 09/07/2007 | $38.20 | Cellular Phone/PDA | | |
| | 09/07/2007 | $2.88 | Conference Call | | |
| | 09/07/2007 | $66.65 | Traveling Exp-Misc | | |
| | 09/11/2007 | $214.84 | Travel Exp-Airline | Detroit MI to Baltimore MD | |
| | 09/11/2007 | $191.26 | Traveling Exp-Hotel | | Columbia, MD |
| | 09/12/2007 | $18.00 | Parking-Travel | | |
| | 09/12/2007 | $118.59 | Travel Exp-Rental Car | | |
| | 09/11-09/12 | $37.65 | Travel Exp-Meal Expense | | |
| | 09/12/2007 | $6.00 | Traveling Exp-Misc | | |
| ALLISON, SANDRA K TOTAL | | $5,392.90 | | | |
| DICKIE, MALCOLM ALEXANDER II | 07/23/2007 | $394.46 | Travel Exp-Airline | Detroit MI to Baltimore MD | |
| | 07/24/2007 | $590.70 | Traveling Exp-Hotel | | Columbia, MD |
| | 07/24/2007 | $33.20 | Traveling Exp-Misc | | |
| | 07/25/2007 | $67.00 | Parking-Travel | | |
| | 07/23-07/25 | $115.40 | Travel Exp-Meal Expense | | |
| | 08/27/2007 | $140.36 | Travel Exp-Airline | Detroit MI to Chicago IL | |
| | 08/30/2007 | $761.60 | Traveling Exp-Hotel | | Deerfield IL |
| | 08/30/2007 | $9.25 | Travel Expense: Other | | |
| | 08/29/2007 | $36.31 | Business Meals | | |
| | 08/31/2007 | $85.00 | Parking-Travel | | |
| | 08/27-08/31 | $173.10 | Travel Exp-Meal Expense | | |
| | 09/04/2007 | $248.80 | Travel Exp-Airline | Detroit MI to Baltimore MD | |
| | 09/06/2007 | $590.70 | Traveling Exp-Hotel | | Columbia, MD |
| | 09/07/2007 | $72.00 | Parking-Travel | | |
| | 09/04-09/07 | $99.01 | Travel Exp-Meal Expense | | |
| | 09/07/2007 | $49.62 | Traveling Exp-Misc | | |
| | 09/11/2007 | $123.10 | Travel Exp-Airline | Detroit MI to Baltimore MD | |
| | 09/12/2007 | $211.68 | Traveling Exp-Hotel | | Columbia, MD |
| | 09/13/2007 | $18.00 | Parking-Travel | | |
| | 09/13/2007 | $87.93 | Travel Exp-Rental Car | | |
| | 09/11-9/13 | $74.33 | Travel Exp-Meal Expense | | |
| DICKIE, MALCOLM ALEXANDER II Total | | $3,981.55 | | | |
| ROSS, STEVEN J | 09/04/2007 | $982.80 | Travel Exp-Airline | New York to Baltimore MD | |
| | 09/04/2007 | $79.31 | Travel Exp-Rental Car | | |
| | 09/04/2007 | $44.35 | Travel Exp - Car Service | | |
| | 09/04/2007 | $211.50 | Traveling Exp-Hotel | | Columbia, MD |
| | 09/04/2007 | $67.36 | Travel Exp-Meal Expense | | |
| | 09/05/2007 | $82.42 | Travel Exp-Car Service | | |
| ROSS, STEVEN J Total | | $1,467.74 | | | |
| (blank) | | $27.00 | S ROSS Agency Trx Fee Ticket 7147774596 | | |
| | | $5.00 | S ALLISON Travelport Trx Fee Ticket  7147310197 | | |
| | | $5.00 | S ALLISON Travelport Trx Fee Ticket  7147779491 | | |
| | | $5.00 | M DICKIE Travelport Trx Fee Ticket  7147310182 | | |
| | | $5.00 | M DICKIE Travelport Trx Fee Ticket  7148078106 | | |
| (blank) Total | | | | | |
| WRG10005-01-01-1000 Total | | $10,889.19 | | | |
| Grand Total | | $10,889.19 | | | |