IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al.,[1] | ) Case No. 01-1139 (JKF) |
| | ) |
| Debtors. | ) |
| | Objection Deadline: September 29, 2008 at 4:00 p.m. |
| | Hearing Date: Scheduled if Necessary |

## EIGHTY-SEVENTH MONTHLY APPLICATION OF PACHULSKI STANG ZIEHL & JONES LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JUNE 1, 2008 THROUGH JUNE 30, 2008

| | |
|---|---|
| Name of Applicant: | Pachulski Stang Ziehl & Jones LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 3, 2001 |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2008 through June 30, 2008 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $50,398.50 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $21,811.39 |

This is a:    xx monthly    _ interim    _ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company

The total time expended for preparation of this fee application is approximately 3.0 hours and the corresponding compensation requested is approximately $1,000.00.[2]

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/10/01 | 04/02/01 – 04/30/01 | $ 62,472.75 | $ 23,277.13 | $ 62,472.75 | $ 23,277.13 |
| 08/09/01 | 05/01/01 – 05/31/01 | $ 29,929.00 | $ 15,670.64 | $ 29,929.00 | $ 15,670.64 |
| 09/07/01 | 06/01/01 – 06/30/01 | $ 30,195.50 | $ 37,763.45 | $ 30,195.50 | $ 37,763.45 |
| 09/11/01 | 07/01/01 – 07/31/01 | $ 17,040.50 | $ 20,323.76 | $ 17,040.50 | $ 18,184.95[3] |
| 10/31/01 | 08/01/01 – 08/31/01 | $ 9,407.50 | $ 20,486.61 | $ 9,407.50 | $ 20,486.61 |
| 11/13/01 | 09/01/01 – 09/30/01 | $ 13,158.00 | $ 10,035.46 | $ 13,158.00 | $ 10,035.46 |
| 11/27/01 | 10/01/01 – 10/31/01 | $ 13,420.75 | $ 8,922.92 | $ 13,420.75 | $ 8,922.92 |
| 01/22/02 | 11/01/01 – 11/30/01 | $ 39,991.50 | $ 22,398.11 | $ 39,991.50 | $ 22,398.11 |
| 01/30/02 | 12/01/01 – 12/31/01 | $ 35,017.00 | $ 13,575.07 | $ 32,778.50 | $ 13,575.07 |
| 04/02/02 | 01/01/02 – 01/31/02 | $ 48,356.50 | $ 38,671.08 | $ 48,356.50 | $ 38,671.08 |
| 05/31/02 | 02/01/02 – 02/28/02 | $ 46,611.50 | $ 25,627.01 | $ 46,611.50 | $ 25,627.01 |
| 06/06/02 | 03/01/02 – 03/31/02 | $ 44,145.00 | $ 29,280.21 | $ 41,141.00[4] | $ 29,280.21 |
| 06/28/02 | 04/01/02 – 04/30/02 | $ 49,562.00 | $ 25,475.46 | $ 49,562.00 | $ 25,475.46 |
| 07/12/02 | 05/01/02 – 05/31/02 | $ 42,495.50 | $ 21,543.54 | $ 42,495.50 | $ 21,543.54 |
| 08/13/02 | 06/01/02 – 06/30/02 | $ 32,819.00 | $ 29,869.61 | $ 32,539.00[5] | $ 29,776.36[6] |
| 10/01/02 | 07/01/02 – 07/31/02 | $ 22,630.00 | $ 17,187.01 | $ 22,630.00 | $ 17,187.01 |
| 10/30/02 | 08/01/02 – 08/31/02 | $ 34,536.00 | $ 45,540.43 | $ 34,536.00 | $ 45,540.43 |
| 11/14/02 | 09/01/02 – 09/30/02 | $ 32,858.50 | $ 33,313.79 | $ 30,731.00[7] | $ 11,436.76[8] |
| 12/30/02 | 10/01/02 – 10/31/02 | $ 19,370.50 | $ 24,488.86 | $ 19,370.50 | $ 24,488.86 |

---

[2] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in PSZ&J's subsequent fee applications.

[3] In the Court's Order approving quarterly fee applications for the First, Second & Third Periods, the Court approved $248,394.00 in fees which reflects a reduction of $2,483.50. For the purposes of this application, we have noted the reduction in the last month of that period.

[4] In the Court's Order approving quarterly fee applications for the Fourth Period, the Court approved $136,109.00 for fees which reflects a reduction of $3,004.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[5] In the Court's Order approving quarterly fee applications for the Fifth Period, the Court approved $124,596.50 for fees which reflects a reduction of $280.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[6] In the Court's Order approving quarterly fee applications for the Fifth Period, the Court approved $76,795.36 for expenses which reflects a reduction of $93.25. For the purposes of this application, we have noted the reduction in the last month of that period.

[7] In the Court's Order approving quarterly fee applications for the Sixth Period, the Court approved $87,897.00 for fees which reflects a reduction of $2,127.50. For the purposes of this application, we have noted the reduction in the last month of that period.

[8] In the Court's Order approving quarterly fee applications for the Sixth Period, the Court approved $95,393.85 for expenses which reflects a reduction of $647.38. For the purposes of this application, we have noted the reduction in the last month of that period.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 01/21/03 | 11/01/02 – 11/30/02 | $ 25,948.50 | $ 31,181.03 | $ 25,948.50 | $ 31,181.03 |
| 01/30/03 | 12/01/02 – 12/31/02 | $ 16,407.00 | $ 14,016.95 | $ 16,263.00[9] | $ 14,016.95 |
| 03/18/03 | 01/01/03 – 01/31/03 | $ 25,984.50 | $ 19,035.00 | $ 25,984.50 | $ 19,035.00 |
| 04/23/05 | 02/01/03 – 02/28/03 | $ 18,094.50 | $ 23,616.14 | $ 18,094.50 | $ 23,616.14 |
| 06/17/03 | 03/01/03 – 03/31/03 | $ 15,853.00 | $ 15,586.33 | $ 15,740.50[10] | $ 15,586.33 |
| 07/21/03 | 04/01/03 – 04/30/03 | $ 12,140.50[11] | $ 17,776.64 | $ 12,140.50 | $ 17,776.64 |
| 08/13/03 | 05/01/03 – 05/31/03 | $ 13,234.50 | $ 16,624.15 | $ 13,234.50 | $ 16,624.15 |
| 09/02/03 | 06/01/03 – 06/30/03 | $ 11,137.00 | $ 14,033.07 | $ 9,888.50 | $ 14,033.07 |
| 09/29/03 | 07/01/03 – 07/31/03 | $ 18,546.50 | $ 18,663.30 | $ 18,546.50 | $ 18,663.30 |
| 10/24/03 | 08/01/03 – 08/31/03 | $ 20,376.00 | $ 43,075.91 | $ 20,376.00 | $ 43,075.91 |
| 10/30/03 | 09/01/03 – 09/30/03 | $ 24,433.50 | $ 19,744.93 | $ 24,410.00[12] | $ 19,744.93 |
| 12/03/03 | 10/01/03 – 10/31/03 | $ 22,988.00 | $ 30,531.15 | $ 22,988.00 | $ 30,531.15 |
| 12/29/03 | 11/01/03 – 11/30/03 | $ 20,729.50 | $ 33,211.18 | $ 20,729.50 | $ 33,211.18 |
| 01/26/04 | 12/01/03 – 12/31/03 | $ 22,073.00 | $ 19,772.62 | $ 22,073.00 | $ 19,772.62 |
| 03/24/04 | 01/01/04 – 01/31/04 | $ 22,238.50 | $ 13,200.84 | $ 22,238.50 | $ 13,200.84 |
| 04/05/04 | 02/01/04 – 02/29/04 | $ 20,551.50 | $ 13,096.88 | $ 20,551.50 | $ 13,096.88 |
| 05/11/04 | 03/01/04 – 03/31/04 | $ 25,911.00 | $ 19,056.44 | $ 25,911.00 | $ 19,056.44 |
| 06/18/04 | 04/01/04 – 04/30/04 | $ 21,730.50 | $ 15,444.69 | $ 21,730.50 | $ 15,444.69 |
| 07/20/04 | 05/01/04 – 05/31/04 | $ 21,891.00 | $ 20,728.27 | $ 21,891.00 | $ 20,728.27 |
| 07/30/04 | 06/01/04 – 06/30/04 | $ 25,219.00 | $ 33,778.62 | $ 25,219.00 | $ 33,778.62 |
| 09/27/04 | 07/01/04 – 07/31/04 | $ 18,385.50 | $ 24,458.32 | $ 18,385.50 | $ 24,458.32 |
| 10/14/04 | 08/01/04 – 08/31/04 | $ 36,394.00 | $ 45,292.19 | $ 36,394.00 | $ 45,292.19 |
| 12/17/04 | 09/01/04 – 09/30/04 | $ 30,767.50 | $ 25,111.50 | $ 30,767.50 | $ 25,111.50 |
| 01/12/05 | 10/01/04 – 10/31/04 | $ 48,426.50 | $ 38,476.13 | $ 48,426.50 | $ 38,476.13 |
| 01/28/05 | 11/01/04 – 11/30/04 | $ 38,293.00 | $ 45,333.34 | $ 38,293.00 | $ 45,333.34 |
| 02/03/05 | 12/01/04 – 12/31/04 | $ 35,898.50 | $ 32,468.11 | $ 35,898.50 | $ 32,468.11 |
| 03/25/05 | 01/01/05 – 01/31/05 | $ 43,205.00 | $ 43,350.70 | $ 43,147.00[13] | $ 43,350.70 |
| 04/11/05 | 02/01/05 – 02/28/05 | $ 31,155.00 | $ 48,274.20 | $ 31,155.00 | $ 48,274.20 |
| 04/27/05 | 03/01/05 – 03/31/05 | $ 24,291.50 | $ 22,823.74 | $ 24,291.50 | $ 22,823.74 |
| 06/22/05 | 04/01/05 – 04/30/05 | $ 37,512.00 | $ 14,813.08 | $ 37,512.00 | $ 14,813.08 |
| 07/15/05 | 05/01/05 – 05/31/05 | $ 26,114.50 | $ 43,949.18 | $ 26,114.50 | $ 43,949.18 |

[9] In the Court's Order approving quarterly fee applications for the Seventh Period, the Court approved $61,582.00 for fees which reflects a reduction of $144.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[10] In the Court's Order approving quarterly fee applications for the Eighth Period, the Court approved $59,819.50 for fees which reflects a reduction of $112.50. For the purposes of this application, we have noted the reduction in the last month of that period.

[11] Due to a clerical error, an incorrect amount was requested in the April 2003 fee application although the correct amount was requested in the Ninth Quarterly Fee Application. This amount reflects the correct amount on the bill attached to the April 2003 Fee Application.

[12] In the Court's Order approving quarterly fee applications for the Tenth Period, the Court approved $63,332.50 for fees which reflects a reduction of $23.50. For the purposes of this application, we have noted the reduction in the last month of that period.

[13] This amount reflects a reduction of $58.00 due to a billing error in the January 2005 Fee Application which resulted in an over-bill of $58.00.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 08/19/05 | 06/01/05 – 06/30/05 | $ 27,609.50 | $ 21,315.97 | $ 27,609.50 | $ 21,315.97 |
| 10/03/05 | 07/01/05 – 07/31/05 | $ 38,213.00 | $ 44,301.75 | $ 38,213.00 | $ 44,301.75 |
| 10/28/05 | 08/01/05 – 08/31/05 | $ 28,971.50 | $ 31,439.92 | $ 28,971.50 | $ 31,439.92 |
| 11/28/05 | 09/01/05 – 09/30/05 | $ 44,764.00 | $ 36,267.24 | $ 44,386.00[14] | $ 36,267.24 |
| 12/20/05 | 10/01/05 – 10/31/05 | $ 50,950.00 | $103,851.05 | $ 50,950.00 | $103,851.05 |
| 01/13/06 | 11/01/05 – 11/30/05 | $ 36,400.50 | $ 43,157.91 | $ 36,400.50 | $ 43,157.91 |
| 02/01/06 | 12/01/05 – 12/31/05 | $ 36,758.50 | $ 43,874.74 | $ 36,758.50 | $ 43,874.74 |
| 03/28/06 | 01/01/06 – 01/31/06 | $ 52,254.00 | $ 48,711.17 | $ 41,803.20 | $ 48,711.17 |
| 04/14/06 | 02/01/06 – 02/28/06 | $ 33,777.00 | $ 20,287.51 | $ 27,021.60 | $ 20,287.51 |
| 05/23/06 | 03/01/06 – 03/31/06 | $ 37,490.00 | $ 42,269.65 | $ 29,992.00 | $ 42,269.65 |
| 06/08/06 | 04/01/06 – 04/30/06 | $ 23,329.00 | $ 13,404.99 | $ 23,329.00 | $ 13,404.99 |
| 07/10/06 | 05/01/06 – 05/31/06 | $ 22,086.50 | $ 20,308.04 | $ 22,086.50 | $ 20,308.04 |
| 09/11/06 | 06/01/06 – 06/30/06 | $ 28,381.00 | $ 20,172.11 | $ 28,381.00 | $ 20,172.11 |
| 09/26/06 | 07/01/06 – 07/31/06 | $ 42,241.50 | $ 17,213.10 | $ 42,241.50 | $ 17,213.10 |
| 10/18/06 | 08/01/06 – 08/31/06 | $ 34,823.50 | $ 52,621.31 | $ 34,823.50 | $ 52,621.31 |
| 11/30/06 | 09/01/06 – 09/30/06 | $ 38,083.50 | $ 37,349.95 | $ 38,083.50 | $ 37,349.95 |
| 01/05/07 | 10/01/06 – 10/31/06 | $ 46,850.00 | $ 33,686.75 | $ 46,850.00 | $ 33,686.75 |
| 01/16/07 | 11/01/06 – 11/30/06 | $ 58,085.50 | $ 46,386.50 | $ 58,085.50 | $ 46,386.50 |
| 01/29/07 | 12/01/06 – 12/31/06 | $ 68,530.75 | $ 75,908.53 | $ 68,530.75 | $ 75,908.53 |
| 03/14/07 | 01/01/07 – 01/31/07 | $ 48,436.00 | $ 37,841.07 | $ 48,436.00 | $ 37,841.07 |
| 04/10/07 | 02/01/07 – 02/28/07 | $ 50,806.00 | $ 56,496.93 | $ 50,806.00 | $ 56,496.93 |
| 05/30/07 | 03/01/07 – 03/31/07 | $ 73,009.50 | $ 50,234.71 | $ 73,009.50 | $ 50,234.71 |
| 06/21/07 | 04/01/07 – 04/30/07 | $ 66,798.50 | $ 33,725.68 | $ 66,798.50 | $ 33,725.68 |
| 07/26/07 | 05/01/07 – 05/31/07 | $ 76,830.00 | $ 51,572.69 | $ 76,830.00 | $ 51,572.69 |
| 08/13/07 | 06/01/07 – 06/30/07 | $ 58,121.75 | $ 59,565.35 | $ 58,121.75 | $ 59,565.35 |
| 09/27/07 | 07/01/07 – 07/31/07 | $ 59,295.25 | $ 47,248.88 | $ 59,295.25 | $ 47,248.88 |
| 10/29/07 | 08/01/07 – 08/31/07 | $ 47,800.00 | $ 37,403.65 | $ 47,800.00 | $ 37,403.65 |
| 12/10/07 | 09/01/07 – 09/30/07 | $ 30,816.50 | $ 44,491.86 | $ 30,191.00[15] | $ 44,491.86 |
| 01/07/08 | 10/01/07 – 10/31/07 | $ 46,538.50 | $ 74,986.20 | $ 46,538.50 | $ 74,986.20 |
| 01/14/08 | 11/01/07 – 11/30/07 | $ 43,130.00 | $ 30,908.27 | $ 43,130.00 | $ 30,908.27 |
| 01/24/08 | 12/01/07 – 12/31/07 | $ 37,358.00 | $ 35,631.22 | $ 37,358.00 | $ 35,631.22 |

---

[14] In the Court's Order approving quarterly fee applications for the Eighteenth Period, the Court approved $111,570.50 for fees which reflects a reduction of $378.00. For the purposes of this application, we have noted the reduction in the last month of that period.

[15] In the Court's Order approving quarterly fee applications for the Twenty-Sixth Period, the Court approved $137,286.25 for fees which reflects a reduction of $625.50. For the purposes of this application, we have noted the reduction in the last month of that period.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 04/03/08 | 01/01/08 – 01/31/08 | $ 64,549.00 | $ 30,696.23 | $ 51,639.20 | $ 30,696.23 |
| 04/21/08 | 02/01/08 – 02/28/08 | $ 45,108.00 | $42,260.40[16] | $ 36,086.40 | $ 45,260.40 |
| 05/19/08 | 03/01/08 – 03/31/08 | $ 56,820.50 | $ 34,316.25 | $ 45,456.40 | $ 34,316.25 |
| 06/11/08 | 04/01/08 – 04/30/08 | $ 55,454.00 | $ 37,166.47 | $ 44,363.20 | $ 37,166.47 |
| 07/22/08 | 05/01/08 – 05/31/08 | $ 58,966.50 | $ 57,918.40 | $ 47,173.20 | $ 57,918.40 |

## PSZ&J PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Laura Davis Jones | Partner 2000; Joined Firm 2000; Member of DE Bar since 1986 | $775.00 | 0.80 | $ 620.00 |
| James E. O'Neill | Partner 2005; Member of DE Bar since 2001; Member of PA Bar since 1985 | $515.00<br>$257.50 | 35.20<br>3.00 | $18,128.00<br>$ 772.50 |
| William L. Ramseyer | Of Counsel; Member of CA Bar since 1980 | $450.00 | 1.60 | $ 720.00 |
| Kathleen P. Makowski | Associate 2008; Member of PA Bar since 1996; Member of DE Bar since 1997 | $395.00 | 11.80 | $ 4,661.00 |
| Timothy P. Cairns | Associate 2007; Member of DE Bar since 2002 | $375.00 | 3.70 | $ 1,387.50 |
| Patricia E. Cuniff | Paralegal 2000 | $195.00 | 68.20 | $13,299.00 |
| Louise R. Tuschak | Paralegal 2000 | $195.00 | 0.70 | $ 136.50 |
| Margaret L. Oberholzer | Paralegal 2007 | $190.00 | 29.10 | $ 5,529.00 |
| Cheryl A. Knotts | Paralegal 2000 | $185.00 | 1.00 | $ 185.00 |
| Sheryle L. Pitman | Case Management Assistant 2001 | $105.00 | 40.00 | $ 4,200.00 |
| Karen S. Neil | Case Management Assistant 2003 | $ 95.00 | 8.00 | $ 760.00 |

**Total Fees:**     $   50,398.50
**Total Hours:**         203.10
**Blended Rate:** $        248.15

---

[16] Due to a clerical error, an incorrect amount was requested for the expenses in the February 2008 fee application. This amount reflects the correct amount on the bill attached to the February 2008 Fee Application. The correct amount was used in the Twenty-Eighth Quarterly Fee Application.

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Case Administration | 88.40 | $12,963.00 |
| WRG-Claims Analysis (Asbestos) | 10.30 | $ 4,114.50 |
| WRG-Claims Analysis | 6.20 | $ 2,573.00 |
| WRG-Employee App., Others | 5.00 | $ 1,602.00 |
| Employee Benefit/Pension | 1.70 | $   371.50 |
| WRG-Fee Apps., Applicant | 3.90 | $ 1,333.00 |
| WRG-Fee Applications, Others | 28.80 | $ 7,162.50 |
| Financing | 1.40 | $   441.00 |
| Litigation (Non-Bankruptcy) | 51.00 | $18,026.50 |
| Plan & Disclosure Statement | 2.80 | $   922.00 |
| Stay Litigation | 0.60 | $   117.00 |
| Travel | 3.00 | $   772.50 |

## EXPENSE SUMMARY

| Expense Category | Service Provider (if applicable) | Total Expenses |
|---|---|---|
| Conference Call | CourtCall | $   148.50 |
| Delivery/Courier Service | Tristate | $ 4,056.89 |
| Express Mail | DHL and Federal Express | $ 3,318.28 |
| Fax Transmittal (outgoing only) | | $    26.00 |
| Hotel Expense | Omni Hotel | $   111.25 |
| Miscellaneous | DE Petty Cash | $    48.82 |
| Court Research | Pacer | $   288.40 |
| Postage | US Mail | $ 2,427.15 |
| Reproduction Expense | | $11,386.10 |

WHEREFORE, PSZ&J respectfully requests that, for the period June 1, 2008 through June 30, 2008, an interim allowance be made to PSZ&J for compensation in the amount of $50,398.50 and actual and necessary expenses in the amount of $21,811.39 for a total allowance of $72,209.89; payment of $40,318.80 (80% of the allowed fees) and reimbursement of $21,811.39 (100% of the allowed expenses) be authorized for a total payment of $62,130.19; and for such other and further relief as this Court may deem just and proper.

Dated: September 8, 2008            PACHULSKI STANG ZIEHL & JONES LLP

/s/ Laura Davis Jones
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-counsel for Debtors and Debtors in Possession

## **VERIFICATION**

STATE OF DELAWARE       :
                                              :
COUNTY OF NEW CASTLE  :

Laura Davis Jones, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant law firm Pachulski Stang Ziehl & Jones LLP, and have been admitted to appear before this Court.

b) I am thoroughly familiar with the work performed on behalf of the Debtors by the lawyers and paraprofessionals of PSZ&J.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the "Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members", signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Laura Davis Jones

SWORN AND SUBSCRIBED
before me this 8th day of Sept, 2008.

_____
Notary Public
My Commission Expires:  11/4/09

MARY E. CORCORAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 4, 2009

91100-001\DOCS_DE:140282.2