```
                    UNITED STATES BANKRUPTCY COURT
                        DISTRICT OF DELAWARE


IN RE:                      .    Case No.  01-1139 (JKF)
                            .
W.R. GRACE & CO.,           .
et al.,                     .
                            .    824 North Market Street
                            .    Wilmington, DE  19801
             Debtors.  .
                            .    September 2, 2008
. . . . . . . . . . . . ..    1:37 p.m.


                       TRANSCRIPT OF HEARING
            BEFORE HONORABLE JUDITH K. FITZGERALD
             UNITED STATES BANKRUPTCY COURT JUDGE


APPEARANCES:

For the Debtors:          Kirkland & Ellis, LLP
                          By:  JANET S. BAER, ESQ.
                               DAVID BERNICK, ESQ.
                          200 East Randolph Drive
                          Chicago, IL  60601


For the Debtors:          Reed Smith
                          By:  JAMES J. RESTIVO, ESQ.
                               DOUGLAS E. CAMERON, ESQ.
                          435 Sixth Avenue
                          Pittsburgh, PA  15219
                          (Telephonic appearance)


Audio Operator:           Sherry Johnson


Proceedings recorded by electronic sound recording, transcript
              produced by transcription service.
```

---

**J&J COURT TRANSCRIBERS, INC.**
**268 Evergreen Avenue**
**Hamilton, New Jersey 08619**
**E-mail:  jjcourt@optonline.net**

**(609)586-2311      Fax No. (609) 587-3599**

APPEARANCES (CONT'D):

| | |
|---|---|
| For W.R. Grace: | W.R. Grace & Co.<br>By:  LYDIA DUFF, ESQ.<br>7500 Grace Drive<br>Columbia, MD  21044 |
| For the Debtors: | Sidley Austin LLP<br>By:  GUY NEAL, ESQ.<br>1501 K Street, N.W.<br>Washington, D.C.  20005 |
| For the U.S. Trustee: | Office of the U.S. Trustee<br>By:  DAVID KLAUDER, ESQ.<br>833 Chestnut Street, Suite 800<br>Philadelphia, PA  19107 |
| For the ACC: | Campbell & Levine<br>By:  MARK T. HURFORD, ESQ.<br>800 North King Street<br>Suite 300<br>Wilmington, DE  19801 |
| For Mian Realty: | Trenk. DiPasquale, Webster,<br>  Della Fera & Sodono, P.C.<br>By:  HENRY M. KARWOWSKI, ESQ.<br>347 Mt. Pleasant Avenue<br>Suite 300<br>West Orange, NJ  07052 |
| For Mian Realty: | Cole, Schotz, Meisel, Forman &<br>  Leonard, P.A.<br>By:  PATRICK J. REILLEY, ESQ.<br>10000 N. West Street, Suite 1200<br>Wilmington, DE  19801 |
| For the Debtors: | Pachulski, Stang, Ziehl, Young,<br>Jones & Weintraub<br>By:  KATHLEEN P. MAKOWSKI, ESQ.<br>     JAMES O'NEILL, ESQ.<br>919 North Market Street, 17th Fl.<br>Wilmington, DE  19899-8705 |
| For the FCR: | Orrick, Herrington & Sutcliffe<br>  LLP<br>By:  DEBRA FELDER, ESQ.<br>Washington Harbour<br>3050 K Street, N.W.<br>Washington, D.C.  20007 |

**J&J COURT TRANSCRIBERS, INC.**

APPEARANCES (CONT'D):

For the PD Committee:                Ferry, Joseph & Pearce, P.A.
                                     By:   THEODORE J. TACCONELLI, ESQ.
                                     824 Market Street, Suite 19899
                                     Wilmington, DE  19899

For the State of CA,                 Hahn & Hessen LLP
Dept. of Gen. Services:              By:  STEVEN J. MANDELSBERG, ESQ.
                                     488 Madison Avenue, 14th Fl.
                                     New York, NY  10022

For State of Montana/                Womble Carlyle Sandridge & Rice
Canada:                              By:  FRANCIS A. MONACO, JR., ESQ.
                                     222 Delaware Avenue, Suite 1501
                                     Wilmington, DE  19801

For the Ad Hoc Committee             Dewey & LeBoeuf LLP
of Equity Security Holders:          By:  JENNIFER WHITENER, ESQ.
                                     1301 Avenue of the Americas
                                     New York, NY  10019-6092

For Travelers:                       Simpson Thacher & Bartlett LLP
                                     By:  SAMUEL RUBIN, ESQ.
                                     425 Lexington venue
                                     New York, NY  10017

For the Unsecured Creditors'         Stroock & Stroock & Lavan LLP
Committee:                           By:  KENNETH PASQUALE, ESQ.
                                     180 Maiden Lane
                                     New York, NY  10038-4982

For the Bank Lenders:                Paul, Weiss, Rifkind, Wharton &
                                       Garrison, LLP
                                     By:  STEPHEN  J. SHIMSHAK, ESQ.
                                          MARGARET PHILLIPS, ESQ.
                                     1285 Avenue of the Americas
                                     New York, NY  10019-6064

For the Bank Lenders:                Landis, Rath & Cobb
                                     By:   RICHARD S. COBB, ESQ.
                                     919 Market Street, Suite 600
                                     Wilmington, DE  19801

For the ACC:                         Caplin & Drysdale
                                     By:  PETER LOCKWOOD, ESQ.
                                     One Thomas Circle, N.W.
                                     Washington, D.C.  20005


**J&J COURT TRANSCRIBERS, INC.**

APPEARANCES (CONT'D):

```
For the Canadian            The Hogan Firm
Zonolite Claimants:         By:  DANIEL K. HOGAN, ESQ.
                            1311 Delaware Avenue
                            Wilmington, DE  19806


For One Beacon and          Drinker, Biddle & Reath LLP
Seaton:                     By:  MICHAEL F. BROWN, ESQ.
                            One Logan Square
                            18th and Cherry Streets
                            Philadelphia, PA  19103-6996


For the City of             Connolly Bove Lodge & Hutz
Charleston:                 By:  CHRISTINA M. THOMPSON, ESQ.
                                 JEFFREY WISLER, ESQ.
                            The Nemours Building
                            1007 N. Orange Street
                            Wilmington, DE  1989


For W.R. Grace:             Beveridge & Diamond, P.C.
                            By:  PAMELA D. MARKS, ESQ.
                            Suite 2210, 201 North Charles St.
                            Baltimore, MD  21201


For the ACC:                Caplin & Drysdale
                            By:  WALTER SLOCOMBE, ESQ.
                            One Thomas Circle, N.W.
                            Washington, D.C.  20005


For Dune Capital Management:  Dune Capital Management
                            By:  LAURA HAMMOND
                            (Telephonic appearance)


For the PD Committee:       Speights & Runyan
                            By:  DANIEL SPEIGHTS, ESQ.
                                 MARION FAIREY, ESQ.
                                 ALAN RUNYAN, ESQ.
                            200 Jackson Avenue, East
                            Hampton, SC  29924
                            (Telephonic appearances)


For the PD Committee:       Bilzin Sumberg Baena Price &
                              Axelrod LLP
                            By:  SCOTT BAENA, ESQ.
                                 JAY SAKALO, ESQ.
                            200 South Biscayne Boulevard
                            Suite 2500
                            Miami, FL  33131
                            (Telephonic appearances)
```

**J&J COURT TRANSCRIBERS, INC.**

APPEARANCES (CONT'D):

For Official Committee of    Anderson Kill & Olick, P.C.
Asbestos Personal Injury     By:  ROBERT M. HORKOVICH, ESQ.
Claimants:                   53 East Gay Street
                             Columbus, OH  43216
                             (Telephonic appearance)

For the PD Claimants:        Pryor Cashman LLP
                             By:  RICHARD LEVY, ESQ.
                             410 Park Avenue
                             New York, NY  10022
                             (Telephonic appearance)

For the State of CA,         Hahn & Hessen LLP
Dept. of Gen. Services:      By:  CHRISTINA J. KANG, ESQ.
                             488 Madison Avenue, 14th Fl.
                             New York, NY  10022
                             (Telephonic appearances)

For Macerich:                Pillsbury Winthrop Shaw Pittman
                               LLP
                             By:  GERALD GEORGE, ESQ.
                             500 Fremont Street
                             San Francisco, CA  94105
                             (Telephonic appearance)

For UC, CSU:                 Brandi Law Firm
                             By:  TERENCE EDWARDS, ESQ.
                             44 Montgomery St., Suite 1050
                             San Francisco, CA  94104
                             (Telephonic appearance)

For the Roman Catholic       Dies, Henderson & Cafona
Church Archdiocese of        By:  MARTIN DIES, ESQ.
New Orleans:                 1009 Green Avenue
                             Orange, TX  77630
                             (Telephonic appearance)

For W.R. Grace:              W.R. Grace
                             By:  MARK SHELNITZ, ESQ.
                                  DAVID SIEGEL, ESQ.
                                  PAUL J. NORRIS, ESQ.
                             7500 Grace Drive
                             Columbia, MD  21044
                             (Telephonic appearance)

**J&J COURT TRANSCRIBERS, INC.**

APPEARANCES (CONT'D):

For London Market                 Mendes & Mount, LLP
Companies:                        By:  ALEXANDER MUELLER, ESQ.
                                  750 Seventh Avenue
                                  New York, NY  10019-6829
                                  (Telephonic appearance)


For the Official Committee        Stroock & Stroock & Lavan
Unsecured Creditors'              By:  ARLENE KRIEGER, ESQ.
Committee:                             LEWIS KRUGER, ESQ.
                                  180 Maiden Lane
                                  New York, NY  10038-4982
                                  (Telephonic appearances)


For the Official                  LECG
Committee of Asbestos             By:  ELIZABETH DEVINE, ESQ.
Property Damage Claimants:        (Telephonic appearance)


For the PD Committee:             Bilzin Sumberg Baena Price &
                                    Axelrod LLP
                                  By:  MATTHEW KRAMER, ESQ.
                                  200 South Biscayne Boulevard
                                  Suite 2500
                                  Miami, FL  33131
                                  (Telephonic appearance)


For CNA:                          Goodwin Procter LLP
                                  By:  BRIAN PASTUSZENSKI, ESQ.
                                  Exchange Place
                                  Boston, MA  02109-2881
                                  (Telephonic appearance)


For Fireman's Fund:               Stevens & Lee, P.C.
                                  By:  DAVID R. BEANE, ESQ.
                                  111 North Sixth Street
                                  P.O. Box 679
                                  Reading, PA  19603
                                  (Telephonic appearance)


For Allstate Insurance:           Cuyler Burk, LLP
                                  By:  ANDREW K. CRAIG, ESQ.
                                  Parsippany Corporate Center
                                  Four Century Drive
                                  Parsippany, NJ  07054
                                  (Telephonic appearance)




                    **J&J COURT TRANSCRIBERS, INC.**

APPEARANCES (CONT'D):

For Lehman Brothers:                Lehman Brothers
                                    By:  ANDREW CHAN
                                    (Telephonic appearance)

For David T. Austern,               Phillips, Goldman & Spence, P.A.
the Future Claimants'               By:  JOHN C. PHILLIPS, ESQ.
Representative:                     1200 North Broom Street
                                    Wilmington, DE  19806
                                    (Telephonic appearance)

For Macerich:                       Ashby & Geddes, LLP
                                    By:  AMANDA WINFREE, ESQ.
                                    500 Delaware Avenue, 8th Fl.
                                    Wilmington, DE  19899
                                    (Telephonic appearance)

For Asbestos Property               Scott Law Group
Damage Claimants:                   By:  DARRELL SCOTT, ESQ.
                                    (Telephonic appearance)

For W.R. Grace:                     Kirkland & Ellis LLP
                                    By:  THEODORE L. FREEDMAN, ESQ.
                                    Citigroup Center
                                    153 East 53rd Street
                                    New York, NY  10022-4675
                                    (Telephonic appearance)

For Official Committee of           Conaway, Del Genio, Gries & Co.,
Asbestos Property Damage              LLC
Claimants:                          By:  GREGORY BOYER
                                    (Telephonic appearance)

For Official Committee of           Lieff, Cabraser, Heimann &
Asbestos Property Damage              Bernstein LLP
Claimants:                          By:  ELIZABETH J. CABRASER, ESQ.
                                    Embarcadero Center West, 30th Fl.
                                    275 Battery Street
                                    San Francisco, CA  94111
                                    (Telephonic appearance)

For Official Committee of           Richardson Patrick Westbrook
Asbestos Property Damage             & Brickman LLC
Claimants:                          By:  EDWARD J. WESTBROOK, ESQ.
                                    174 East Bay Street
                                    Charleston, SC  29401
                                    (Telephonic appearance)

**J&J COURT TRANSCRIBERS, INC.**

APPEARANCES (CONT'D):

| | |
|---|---|
| For Official Committee of Asbestos Property Damage Claimants: | Riker, Danzig, Scherer, Hyland & Perretti<br>By:  JOSEPH SCHWARTZ, ESQ.<br>Headquarters Plaza<br>One Speedwell Avenue<br>Morristown, NJ  07962<br>(Telephonic appearance) |
| For Babson Capital Management, Inc.: | By:  MARTI MURRAY<br>(Telephonic appearance) |
| For BNSF Railway Co.: | Pepper Hamilton, LLP<br>By:  ANNE MARIE AARONSON, ESQ.<br>3000 Two Logan Square<br>Eighteenth & Arch Streets<br>Philadelphia, PA  19103<br>(Telephonic appearance) |
| For Citadel Investment Group: | Citadel Investment Group<br>By:  BEAU HARBOR<br>(Telephonic appearance) |
| For Vinson & Elkins: | Vinson & Elkins LLP<br>By:  ARI BERMAN, ESQ.<br>666 Fifth Avenue, 26th Floor<br>New York, NY  10103-0040<br>(Telephonic appearance) |
| For City of Charleston: | Haynsworth Sinkler Boyd, P.A.<br>By:  TARA NAUFUL, ESQ.<br>1201 Main Street, Suite 2200<br>Columbia, SC  29211<br>(Telephonic appearance) |
| For the Official Committee of Asbestos Property Damage Claimants: | Hamilton, Rabinovitz & Alschuler<br>By:  JOSHUA KATZ<br>(Telephonic appearance) |
| For American Employers Insurance: | Drinker Biddle & Reath LLP<br>By:  RAMSEY LEWIS, ESQ.<br>(Telephonic appearance) |
| For Brencourt Advisors: | Brencourt Advisors<br>By:  ROBERT J. GIVONE<br>(Telephonic appearance) |

**J&J COURT TRANSCRIBERS, INC.**

APPEARANCES (CONT'D):

```
For Various Claimants Firms:    Stutzman, Bromberg, Esserman &
                                   Plifka
                                By:  SANDER L. ESSERMAN, ESQ.
                                     DAVID PARSONS, ESQ.
                                     VAN J. HOOKER, ESQ.
                                2323 Bryan Street, Suite 2200
                                Dallas, TX  75201
                                (Telephonic appearance)

For David T. Austern,           Piper Jaffray & Company
Future Claimants                By:  JASON SOLGANICK
Representative:                 (Telephonic appearance)

For the Debtors:                Kirkland & Ellis, LLP
                                By:  BARBARA HARDING, ESQ.
                                     LISA ESAYIAN, ESQ.
                                200 East Randolph Drive
                                Chicago, IL  60601
                                (Telephonic appearance)

For Ford Marrin:                Ford Marrin Esposito Witmeyer &
                                   Gleser, LLP
                                By:  SHAYNE W. SPENCER, ESQ.
                                Wall Street Plaza
                                New York, NY  10005-1875
                                (Telephonic appearance)

For State of Montana:           Christensen, Moore, Cockrell,
                                   Cummings & Axelberg, P.C.
                                By:  DALE R. COCKRELL, ESQ.
                                Two Medicine Building
                                160 Heritage Way, Suite 104
                                Kalispell, MT  59904
                                (Telephonic appearance)

For Celus Capital:              Celus Capital
                                By:  GENTRY KLEIN
                                (Telephonic appearance)

For W.R. Grace:                 Cohn Whitesell & Goldberg, LLP
                                By:  CHRISTOPHER M. CANDON, ESQ.
                                101 Arch Street
                                Boston, MA  02110
                                (Telephonic appearance)
```

**J&J COURT TRANSCRIBERS, INC.**

APPEARANCES (CONT'D):

For Dow Jones New Wires:        Dow Jones New Wires
                                By:  PEG BRICKLEY
                                (Telephonic appearance)

For Hartford Financial          Wilmer Cutler Pickering Hale &
Service Group:                    Dorr
                                By:  MELANIE DRITZ, ESQ.
                                399 Park Avenue
                                New York, NY
                                (Telephonic appearance)

For Her Majesty the Queen       Office of the Attorney General
in Right of Canada:             By:  JACQUELINE DAIS-VISCA, ESQ.
                                Toronto, Ontario
                                Canada
                                (Telephonic appearance)

For David T. Austern:           Tre Angeli LLC
                                By:  JOSEPH RADECKI, ESQ.
                                (Telephonic appearance)

1                THE CLERK:  All rise.

2                THE COURT:  Good afternoon.  Please be seated.  This

3  is the matter of W.R. Grace & Company, 01-1139.  Participating

4  by phone, Gregory Boyer, Elizabeth Cabraser, Edward Westbrook,

5  Joseph Schwartz, Marti Murray, Jay Sakalo, Matthew Kramer, Alan

6  Runyan, Elizabeth Devine, Darrell Scott, Daniel Speights, Anne

7  Marie Aaronson, Beau Harbour, James Restivo, Tara Nauful, Ari

8  Berman, Marion Fairey, Lewis Kruger, Andrew Craig, Joshua Katz,

9  Ramsey Lewis, Robert Givone, Brian Pastu -- I'm sorry,

10 Pastuszenski, David Siegel, Sandy Esserman, Laura Hammond,

11 Jennifer Whitener, Theodore Freedman, Terence Edwards, Jason

12 Solganick, Barbara Harding, Shayne Spencer, Mark Shelnitz,

13 Gerald George, Richard Levy, Arelene Krieger, Gentry Klein,

14 David Parsons, Martin Dies, John Phillips, Christina Kang,

15 Melanie Dritz, Paul Norris, Christopher Candon, Peg Brickley,

16 Dale Cockrell, Douglas Cameron, Van Hooker, Lisa Esayian,

17 Jacqueline Dais-Visca, Janet Baer, Alex Mueller, Scott Baena,

18 Joseph Radecki, Andrew Chan, Robert Horkovich, Walter Slocombe,

19 David Beane, Debra Felder and David Bernick.  I'll take entries

20 in Court, please.

21                MS. BAER:  Good afternoon, Your Honor.  Janet Baer,

22 on behalf of W.R. Grace.

23                MR. BERNICK:  David Bernick on behalf of Grace.

24                MR. O'NEILL:  James O'Neill, on behalf of Grace.

25                MR. PASQUALE:  Good afternoon, Your Honor.  Ken

1  Pasquale, Stroock and Stroock and Lavan, for the unsecured

2  creditors' committee.

3        MR. SHIMSHAK:  Good afternoon, Your Honor.  Steve

4  Shimshak, Paul Weiss, for the bank lenders.  Also appearing

5  with me is my colleague, Margaret Phillips.

6        MR. COBB:  Good afternoon, Your Honor.  Richard Cobb,

7  Landis, Rath & Cobb, on behalf of the bank lenders.

8        MS. FELDER:  Good afternoon, Your Honor.  Debra

9  Felder, Orrick, Herrington & Sutcliffe, on behalf of the future

10  claimants' representative.

11        MR. MANDELSBERG:  Good afternoon, Your Honor.  Steven

12  J. Mandelsberg, Hahn & Hessen, on behalf of the State of

13  California Department of General Services.

14        MR. LOCKWOOD:  Good afternoon, Your Honor.  Peter

15  Lockwood, Caplin & Drysdale, for the ACC.

16        MR. HOGAN:  Good afternoon, Your Honor.  Daniel Hogan

17  on behalf of the Canadian Zonolite claimants.

18        MR. BROWN:  Good afternoon, Your Honor.  Michael

19  Brown on behalf of One Beacon and Seaton.

20        MR. MONACO:  Good afternoon, Your Honor.  Frank

21  Monaco for the Crown.

22        MR. TACCONELLI:  Good afternoon, Your Honor.

23  Theodore Tacconelli for the property damage committee.

24        THE COURT:  Ms. Baer?

25        MS. BAER:  Thank you, Your Honor.  Your Honor, Agenda

1  Item Number 1 on the docket is another continuance on the

2  Massachusetts Department of Revenue claim, and we'd ask that it

3  just be continued to the September 29th hearing.

4          THE COURT:  All right.

5          MS. BAER:  Your Honor entered orders on Number 2,

6  which is the L-TIP motion, and Number 3, our motion to approve

7  a settlement with WEJA, Inc. and others.

8          Agenda Item Number 4, Your Honor, is the Scott's

9  Company's continuing motion for permission to commence an

10 adversary proceeding with respect to whether or not there's

11 shared insurance.  Your Honor, as I reported last time, we have

12 provided the Scott's Company with all of the Grace insurance

13 policies and some additional information.  They are digesting

14 that information.  I communicated with Scott's counsel last

15 week.  They are awaiting Grace filing its Chapter 11 plan, and

16 I think we've agreed that we will continue this matter until

17 September 29th, see what gets filed, and then once they are

18 able to see that and react to it we can figure out who needs to

19 talk to who to proceed.

20         THE COURT:  All right.

21         MS. BAER:  Your Honor, Agenda Item Number 5 is the

22 continued motion of the City of Charleston to lift stay.  As

23 you might recall this is a situation where the City of

24 Charleston would like to take by eminent domain a piece of

25 Grace property if they cannot negotiate a sale of that property

1 from Grace to them.  The matter continues, Your Honor.  The

2 ball is really in the City's court right now.  The City is

3 working on finalizing a phase one environmental report and

4 developing a scope of work for assessment that the city

5 believes is necessary in order to do a Brownfields agreement,

6 which will be an agreement necessary for them to commence what

7 they need to do, construct on the property and the like.  So,

8 right now there's nothing further for Grace to do while these

9 matters continue on, and we would ask that this motion just be

10 continued again to the September 29th hearing.

11           THE COURT:  Is the City in agreement?

12           MS. NAUFUL:  Your Honor, Tara Nauful on behalf of the

13 City.  We are in agreement with that.

14           THE COURT:  All right.  Thank you.

15           MS. BAER:  Thank you, Your Honor.  Agenda Item Number

16 6, Your Honor, is the claimant State of California's motion for

17 leave to file an expert report.  I believe claimant's counsel

18 is here, and I know Mr. Restivo is responding on behalf of the

19 debtor.

20           THE COURT:  All right.

21           MR. RESTIVO:  Good afternoon, Your Honor.  Jim

22 Restivo.

23           MR. MANDELSBERG:  Good afternoon, Your Honor.  Steven

24 Mandelsberg, State of California.  Since it's our motion,

25 perhaps I'll just briefly address it first.  Your Honor, we

1 filed this motion for leave to file an expert report of a

2 hazard expert, Dr. William Longo.  W.R. Grace did respond, and

3 although it preserves the right to object to certain aspects of

4 the report at any hearing, I don't believe it has objected to

5 the motion on timeliness or any other grounds.  We believe the

6 motion should therefore be granted.  The motion itself sets

7 forth the predicates for it.  I'm not going to waste time,

8 unless the Court has any questions, in repeating them.  We did

9 file a reply to address some comments in the response that we

10 thought related to the pending summary judgment motions that

11 are extraneous to this motion, so we believe we've submitted an

12 order, and believe the motion should be granted.

13          THE COURT:  Mr. Restivo?

14          MR. RESTIVO:  Your Honor, can you hear me?

15          THE COURT:  Yes, sir.

16          MR. RESTIVO:  Your Honor, we have no objection to the

17 entry of the order.  We are not objecting to the timeliness of

18 the filing of the report.  We obviously reserve all other

19 objections to its relevancy or admission.

20          THE COURT:  Okay.  Did you bring an order with you,

21 Mr. Mandelsberg?

22          MR. MANDELSBERG:  I believe we have submitted an

23 order.  I don't have a copy with me.  I can submit one --

24          THE COURT:  No, that's fine.  I'll --

25          MR. MANDELSBERG:  But I do believe we've submitted an

1  order.

2         THE COURT:  I'll just have it stamped on the

3  electronic filing system if you don't have one here.

4         MR. MANDELSBERG:  Thank you very much, Judge.

5         THE COURT:  Okay.  Thank you.

6         MS. BAER:  Your Honor, Agenda Item 7 and 8 relate to

7  traditional property damage.  A number of settlements have been

8  recently filed, and Mr. Restivo can give an update to the Court

9  on that situation.

10         MR. RESTIVO:  Your Honor, with respect to Item Number

11  7, the status report on PD claims, we did file the Jamison -- a

12  motion to approve the Jamison Hospital settlement on August 25,

13  at Docket Number 19372.  The Court will recall that we were

14  using Jamison Hospital as the settlement template.  We filed

15  this morning the Bayshore Hospital motion to approve

16  settlement.  I understand that the Children's Hospital

17  settlement is in the process of being signed up and that ought

18  to be filed within the next day or two.  Also signed up, I am

19  told, the settlement of 32 California State University property

20  damage claims and 50 University of California property damage

21  claims, and a motion seeking approval of those settlements

22  likewise should be filed in the next couple of days.  Pacific

23  Free Homes (sic) is another single case which settled.  That is

24  out for execution by the parties.  I believe that should also

25  be filed in the next few days.  That will leave us, Your Honor,

1  with documenting the settlement of 16 remaining -- its U.S.

2  claims.  We hope to get settlement agreements out to Mr.

3  Speights later this week, get them signed up and filed.  That

4  will leave us, Your Honor, with 74 unresolved property damage

5  claims.  Of those 74, 55 come from Canada.  Mr. Speights gave

6  me some counter proposals for some ideas I had given him.  I

7  need to disclose and discuss those counter proposals with te

8  debtor, and so, those Canadian negotiations still appear to

9  have some life left in them, and Mr. Speights and I will

10 continue to talk and hopefully be in a position at the next

11 omnibus to pronounce that we've resolved the cases or ask the

12 Court to rule on the summary judgment motions.

13          Sixteen of the case that are remaining are the

14 Department of General Services claims, which we talked about as

15 the first order of business.  Those are sub judice before Your

16 Honor and are ready to be decided.  The same is true with a

17 single Macerich claim.  That has been briefed and argued and

18 before the Court.  And that would leave two remaining claims,

19 Your Honor, a claim which was pending in New York State.

20 That's to lift the stay.  We probably will be coming back to

21 the Court with a suggestion on Solo.  Last is the Anderson

22 Memorial Hospital itself, not the class action, but the actual

23 hospital building.  And that's the status of the 74 remaining

24 unresolved property damage claims.

25          THE COURT:  Okay.

1          MR. RESTIVO:  Your Honor, you are still carrying on

2    your agenda Items 8 and 9, which was a motion by Mr. Speights

3    to alter or amend in order to deal with issues relating to the

4    Jamison, Bayshore, and Children's Hospital claims.  Because

5    they have now been settled, we would intend to submit an order

6    dismissing those motions as moot due to settlement, and we will

7    do that once the settlements are approved, assuming they are

8    approved, and that will take Items 8 and 9 off your agenda,

9    Your Honor.

10          THE COURT:  All right.

11          MR. RESTIVO:  And that's the conclusion of my report.

12          THE COURT:  Ms. Baer?

13          MS. BAER:  Your Honor, that takes us to Agenda Item

14   Number 10, which is a status with respect to Canadian ZAI.

15   Your Honor, I am very pleased to report that this morning we

16   signed up a settlement with the Canadian ZAI claimants.  Your

17   Honor, unfortunately this settlement does not involve the

18   Crown, so there are still outstanding issues with respect to

19   the Crown.  The Crown made great efforts to try to participate

20   in this settlement but ultimately decided not to at this point

21   in time.  There is still the room for the possibility of still

22   speaking with the Crown and ultimately getting them involved in

23   the settlement.  But, Your Honor, we're at the point where we

24   have to move forward because this settlement will be an

25   integral part of our Chapter 11 plan.

1          Your Honor, with respect to the settlement

2   procedurally, what we would like to do, Your Honor, first is go

3   to the Canadian Court and get the Canadian Court's approval of

4   the settlement terms.  Your Honor, there are Canadian law

5   issues.  These are Canadian pending lawsuits.  And procedurally

6   it makes sense to go to the Canadian Court first.

7          Secondly, Your Honor, we would like to come to this

8   Court and ask for an approval of a bar date notice program for

9   Canada.  It will be essentially identical to he bar date notice

10  program we had previously provided for Canada that we cut out

11  while we were doing the settlement negotiations.  This

12  settlement involves the establishment of a ZAI property damage

13  fund for the payment of ZAI property damage claims in Canada to

14  the extent that there are, in fact, allowed claims there.  The

15  notice and bar date program is integral to that.  It will bring

16  out the claims, and it will be those people who file timely

17  claims that would then be entitled to look to the Canadian

18  settlement fund for payment of the claims.

19         Your Honor, the settlement calls for Grace to

20  contribute 6.5 million to the property damage ZAI fund.  Out of

21  that fund fees will be funded, expenses will be funded, and

22  monies will be available for allowed Canadian ZAI PD claims.

23  The settlement agreement outlines the terms under which a claim

24  can proceed.  It outlines the terms under which a claim would

25  be paid, if at all.

**J&J COURT TRANSCRIBERS, INC.**

1      Your Honor, because we just signed this up we have

2 not yet had the opportunity to circulate it to the various

3 committees.  We will do so shortly.

4      The Canadian settlement provides that the terms of

5 the settlement will ultimately be baked into our Chapter 11

6 plan.  We will have a separate class of claims for Canadian ZAI

7 PD claims.  Those claims will be paid pursuant to this

8 settlement agreement with the establishment of this trust.

9 Canadian ZAI personal injury claimants will have the

10 opportunity to file their claims against the trust that's being

11 set up, the 524(g) trust to deal with all personal injury

12 claims.  There will be no separate and different treatment for

13 Canadian PAI -- I'm sorry -- Canadian ZAI PI claims to the

14 extent there are any.

15      Your Honor, at this time, again, procedurally all we

16 would ask from Your Honor at this point is to permit us to go

17 to Canada first and get the approval of the settlement in

18 Canada.  At the same time, Your Honor, we would then anticipate

19 filing a motion here for approval of the Canadian ZAI notice

20 program, bar date and notice program.  And I have nothing more

21 to report.

22      THE COURT:  Mr. Hogan?

23      MR. HOGAN:  Thank you, Your Honor.  Daniel Hogan, for

24 the Canadian ZAI claimants.  Your Honor, that was an accurate

25 representation of the status of events.  We had hoped that the

1  Crown could be involved.  Ultimately they weren't.  We've

2  decided to move forward with the debtor and we're ready,

3  willing and able to proceed to do that.  We agree that we need

4  to go back to the Canadian Courts to garner their approval,

5  that Court's approval, and then I imagine we'll be back before

6  the Court here with regard to the bar date motion.

7          THE COURT:  Okay.  So, what do you need from me?

8          MS. BAER:  Your Honor, at this point I think all we

9  need is Your Honor's blessing for us to go to Canada first, and

10  we -- the next thing I think we will be doing here is we will

11  be filing a motion for approval of the bar date.

12          THE COURT:  Okay.  Well, go to Canada.

13                    (Laughter)

14          THE COURT:  But come back.

15                    (Laughter)

16          MS. BAER:  That's our plan.  It is a lovely spot, but

17  that's is our plan, is to come back.

18          THE COURT:  All right.

19          MR. HOGAN:  Thank you, Your Honor.

20          THE COURT:  So, this is just going to be carried

21  until -- you're going to put it back on an appropriate agenda?

22  Is that the idea?

23          MS. BAER:  Yes, Your Honor.  I think, frankly, the

24  matter here is just simply a status, and I think that can be

25  taken off the agenda.  We would anticipate filing a motion for

1  approval of the bar date shortly.  Clearly we won't be able to

2  make the September 29th hearing unless we shorten the notice

3  period.  And I probably wouldn't want to do that anyway.  I'm

4  not sure we'll have the Canadian approval yet.  But I think the

5  goal would be to get it on file no later than so that it can be

6  heard for the October 20th omnibus hearing.

7            THE COURT:  All right.  Okay.  Thank you.

8            MS. BAER:  Your Honor, the last item on the agenda is

9  really just a status with respect to our Chapter 11 plan, and

10 the objection with respect to default interest.  I don't think

11 we have anything specific to take up.  Mr. Bernick is here.

12           THE COURT:  Mr. Bernick?

13           MR. BERNICK:  I think that there really isn't

14 anything specific to take up at this point.  Just very, very

15 briefly, there are obviously very extensive efforts underway to

16 complete the finalization of the plan, and we hope that that

17 will be -- that that is highly, highly imminent.  I know that

18 we've promised, at some point a little bit earlier on, but

19 we're still on track to get it done.  There's to be a meeting

20 tomorrow in New York that we think is going to be important to

21 finalizing a lot of that.  But we're anxious to get the plan

22 filed in the next few days, so, in that respect I think we're

23 still on track.  We're sensitive to the fact that Your Honor I

24 think has asked to have two of the disclosure statement hearing

25 days in October, the first two, released for other purposes.

1 That still leaves us with three dates, I think, in October,

2 which ought to be more than sufficient, so we're still on track

3 with that.  We have the confirmation hearing scheduled in

4 January.  We're still on track for that.

5       With respect to the default interest issue, pursuant

6 to contacts with the Court, we're going to have trial briefs

7 submitted simultaneously on that matter by this Friday, so that

8 it can then be heard as scheduled.  And insofar as the

9 discovery that relates to that is concerned, there was one

10 deposition and there's some documents that have been exchanged.

11 There may be a few more.  But that essentially is all but

12 complete.  So, I think we're on track to have the matter

13 briefed before Your Honor by this Friday and then to be heard

14 as scheduled a little bit later on in the month.  I don't know

15 if Mr. Pasquale wants to add anything --

16       MR. PASQUALE:  Just so we're clear --

17       MR. BERNICK:  -- or counsel for the bank lenders?

18       MR. PASQUALE:  I'm sorry.  Ken Pasquale for the

19 unsecured creditors' committee.  The date I think is now the

20 29th, Your Honor.  I think you've already signed an order to

21 that effect.  We're going to have the hearing on the next

22 omnibus.

23       THE COURT:  I --

24       MR. PASQUALE:  The only thing I'll add is pursuant to

25 the Court's directions, the parties did meet in person with

1 principals and try to resolve the issue.  I think everyone did

2 proceed in good faith, but we were not able to resolve the

3 issue, so we will be, as we stand here today, going ahead with

4 the hearing.

5           THE COURT:  Okay.  I know I agreed to move it, but a

6 word to the wise, I mean, that is an omnibus hearing date.

7           MR. BERNICK:  Well, I think --

8           MR. PASQUALE:  We understood that there was not much

9 on the agenda that day, and this would work out, Your Honor.

10 This was in consultation, of course, with the debtors.

11           MR. BERNICK:  We're set to start earlier that day, I

12 think at ten o'clock.  And I don't think that anybody believes

13 that our argument is going to be -- is going to put in jeopardy

14 whatever other plans people have for later on in the day's -- I

15 know that we discussed briefly, Your Honor, Rosh Hashanah

16 starts at sundown that evening, and that was one of the reasons

17 that we wanted to have the omnibus scheduled earlier, so I

18 think we'll get everything done in a very timely fashion, and

19 there won't be an issue.  And so, we're on track right now to

20 have that issue teed up before Your Honor, which of course is

21 very important in terms of our progress towards getting to the

22 confirmation hearing.  There's nothing else that we have to

23 report.  I don't know whether my esteemed colleagues from the

24 ACC, and FCR, and PD, and anyone else who is, I guess, an

25 interested party in the case has to add, but that's all that

1  the debtor has to report.

2          THE COURT:  Anyone have anything to add?  You mean

3  Grace is going to get done in a half an hour?

4                          (Laughter)

5          THE COURT:  Be still my heart.  Okay.  All right.

6  See you next month.  We're adjourned.

7          MR. BERNICK:  Thank you.

8                          * * * * *

### C E R T I F I C A T I O N

          I, TAMMY DeRISI, court approved transcriber, certify

that the foregoing is a correct transcript from the official

electronic sound recording of the proceedings in the above-

entitled matter.


/s/ Tammy DeRisi            Date:  September 9, 2008

TAMMY DeRISI

J&J COURT TRANSCRIBERS, INC.


**J&J COURT TRANSCRIBERS, INC.**