# EXHIBIT 2

# WR Grace & Co. et al

Total number of parties: 40

## Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29942 | ALLEN SAAD, ALLEN.J.SAAD@BOEING.COM | E-mail |
| 29942 | ANGEL MARTINEZ, ANGELMTZ@COMCAST.NET<br>email failed | E-mail |
| 29942 | ANNA CRAVEN, ALORENZ@GREENSTREAK.COM | E-mail |
| 29942 | BARBARA C. HUGHES, BARBARA_C_HUGHES@YAHOO.COM | E-mail |
| 29942 | BEVERLY M. APPLEGATE, BEVERLYMARIE@YAHOO.COM | E-mail |
| 29942 | BOB FRENCH, BGFRENCH@JUNO.COM | E-mail |
| 29942 | BOBBIE LARSEN, BOBBIE@NUORBIT.COM | E-mail |
| 29942 | CAMIE PERRIN, NPERRIN7@HOTMAIL.COM | E-mail |
| 29942 | CASEY SMITH, CASJAM@SBCGLOBAL.NET<br>email failed | E-mail |
| 29942 | CLAIRE GENDRON, GIAG@WORLDPATH.NET | E-mail |
| 29942 | DANIEL L. OGDEN, MIDATRY@HOTMAIL.COM | E-mail |
| 29942 | DAUGHTER OF HERBERT ZIEGLE, HELZ.A.HERBZ@VERIZON.NET | E-mail |
| 29942 | DAVID ANDERSON, DANDERSO@GWU.EDU | E-mail |
| 29942 | GERD BRIGIOTTA, GBRIGIOTTA@YAHOO.COM | E-mail |
| 29942 | HARRY M. JOHNSON, HARLYN@ROUTE24.NET<br>email failed | E-mail |
| 29942 | J. WOLF, DREBIN5@GMAIL.COM | E-mail |
| 29942 | JAMES CODD, JAMESCODD@MSN.COM | E-mail |
| 29942 | JOEL KIEDA, JANDRKIEDA@JACKPINE.COM | E-mail |
| 29942 | KENNETH AND DARCY THOMSON, KJDJTHOMSON@YAHOO.COM<br>email failed | E-mail |
| 29942 | KRIS ABBOTT, KSABBOTT@IOWATELECOM.NET | E-mail |
| 29942 | LARRY JONES, PREMO3000@AOL.COM | E-mail |
| 29942 | LAURA HUSEBY, AURAMUSE1964@MSN.COM | E-mail |
| 29942 | LAURA OTT, CHAPDOJR@AOL.COM<br>email failed | E-mail |
| 29942 | LAURA SINTON, LSINTON@MUM.EDU<br>email failed | E-mail |
| 29942 | LEO J. HOURIHAN, WHISKERS@SLIC.COM<br>email failed | E-mail |
| 29942 | LEO MAZZOLIN, LEOMAZZOLIN@HOTMAIL.COM<br>email failed | E-mail |
| 29942 | LINDA DUQUAINE, DUQUAINEL@WI-REDCROSS.ORG | E-mail |
| 29942 | LORI NICHOLS, BNL@NEMONTEL.NET | E-mail |
| 29942 | MICHAEL SUMMA, MASUMMA@COX.NET | E-mail |
| 29942 | MIKE SMITH, M_S_9622AJJ@MY-SUPER-MAIL.COM | E-mail |
| 29942 | MR. LEE WILSON, LEEFWILSON@YAHOO.COM | E-mail |
| 29942 | MS. GERI MARQUARDT, GERIM@ADELPHIA.NET<br>email failed | E-mail |
| 29942 | MS. JAMIE HEBERLING (RE: CLIENT WITH VERMICULITE), 9268@SBCGLOBAL.NET<br>email failed | E-mail |
| 29942 | PATRICK PAOLETTA, PATRICK_PAOLETTA@KEYBANK.COM<br>email failed | E-mail |
| 29942 | RICHARD A. SCHILKE, RICKSTJO@YAHOO.COM<br>email failed | E-mail |
| 29942 | RICHARD SCHANIEL, RSCHANIEL@TACONIC.NET | E-mail |

**Exhibit 2 - WR Grace Mailing**

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29942 | TERRY D. PATTY, TERRY.PATTY@GMAIL.COM | E-mail |
| 29942 | THOMAS HORN, UNKLETOMIE223@YAHOO.COM | E-mail |
| 29942 | WAYNE, WZ4848@SBCGLOBAL.NET<br>*email failed* | E-mail |
| 29942 | WAYNE ZIBELL, WZ4848@SBCGLOBAL.NET<br>*email failed* | E-mail |

**Subtotal for this group: 40**