Case 01-01139-AMC    Doc 19512    Filed 09/10/08    Page 1 of 1

United States Bankruptcy Court
For the District Of Delaware

| | |
|---|---|
| W.R. Grace & Co., Et Al | } Chapter 11 |
| | } |
| | } |
| | } |
| | } Case No. 01-01139 |
| | } |
| Debtor | } |

NOTICE OF WITHDRAWAL OF TRANSFER OF CLAIM

PLEASE TAKE NOTICE that the transfer of claim **WOODWISE INC (related document [19264])** in the amount of **$$4,671.00** is hereby withdrawn by Liquidity Solutions Inc.

By: /s/James Yenzer
Liquidity Solutions, Inc
201-968-0001

16286