**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1250
Dallas, TX  75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

September 09, 2008

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #     11176

Professional Services

|  |  |  | <u>Hours</u> | <u>Amount</u> |
|---|---|---|---:|---:|
| 8/1/2008 | CR | Prepare and serve K&E 28th Interim Initial report w/exhibit | 0.30 | 12.00 |
|  | DTW | Telephone call with B. Ruhlander K&E (.1). | 0.10 | 14.50 |
|  | BSR | detailed review of Kramer's 28th interim fee application and monthly invoices | 0.70 | 161.00 |
|  | BSR | draft e-mails to various applicants re initial reports (28th) | 0.30 | 69.00 |
|  | BSR | draft initial report re Kramer Levin for the 28th interim period | 0.70 | 161.00 |
|  | BSR | detailed review of Lexecon's 28th interim and monthly invoices for Jan. through March 2008 (including review of server and docket for same) | 0.30 | 69.00 |
|  | BSR | draft initial report re Lexecon for the 28th interim period | 0.40 | 92.00 |
|  | BSR | detailed review of Latham & Watkins' 28th interim fee application and monthly invoices | 0.20 | 46.00 |
|  | BSR | detailed review of LAS' 28th interim fee application and monthly invoices and draft email to Dan Relles re same | 0.40 | 92.00 |

W.R. Grace & Co. Page 2

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/1/2008 | BSR | detailed review of Nelson Mullins' 28th interim fee application and monthly invoices (including check of cumulative fee application preparation fees) | 0.70 | 161.00 |
| | CR | Prepare and serve K&E's 28th interim initial report w/exhibits | 0.20 | 8.00 |
| 8/2/2008 | BSR | detailed review of Ogilvy Renault's 28th interim fee application and monthly invoices (including cumulative fees for fee application preparation) | 0.70 | 161.00 |
| | BSR | draft initial report re Ogilvy Renault for the 28th interim period | 0.20 | 46.00 |
| | BSR | detailed review of Orrick's Jan., Feb. and March 2008 monthly invoices, along with fee summaries re same | 1.40 | 322.00 |
| 8/4/2008 | BSR | detailed review of Phillips' 28th interim fee application and monthly invoices | 0.60 | 138.00 |
| | BSR | receive and review Nelson's 28th interim fee application | 0.10 | 23.00 |
| | CR | Update database with Kramer 6.08, Phillips 6.08 and Ogilvy 6.08 | 0.30 | 12.00 |
| | BSR | detailed review of Orrick's quarterly application (28th) and expense detail | 1.10 | 253.00 |
| | BSR | draft initial report re Pachulski for the 28th interim period | 0.90 | 207.00 |
| | BSR | detailed review of Pachulski's 28th interim fee application and monthly invoices | 1.00 | 230.00 |
| | DTW | Review and revise 28th interim initial reports for Kramer, Lexecon and Ogilvy (.2). | 0.20 | 29.00 |
| 8/5/2008 | BSR | detailed review of Piper Jaffray's Jan. and Feb. 2008 monthly applications (.2); research docket and database for Piper Jaffray's March 2008 and 28th interim application (.2); review Piper Jaffray's modified retention order and application for same (.2) | 0.60 | 138.00 |
| | BSR | detailed review of PwC's Jan. 2008 monthly fee application | 0.90 | 207.00 |

W.R. Grace & Co.                                                                                                   Page    3

|            |     |                                                                                                                                                           | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 8/5/2008   | BSR | detailed review of PwC's Feb. and March 2008 monthly fee applications and 28th interim fee application                                                    | 0.90  | 207.00 |
|            | BSR | draft initial report re PwC for the 28th interim period                                                                                                   | 0.70  | 161.00 |
|            | CR  | Prepare and serve Phillips and Pachulski's 28th interim Initial reports w/exhibits                                                                        | 0.30  | 12.00  |
|            | CR  | Prepare and serve Ogilvy's, Lexecon's and Kramer's 28th interim Initial reports                                                                           | 0.40  | 16.00  |
|            | CR  | Update database with Stroock 6.08, Orrick 28th interim app and Towers 28th interim app.                                                                   | 0.40  | 16.00  |
|            | DTW | Review and revise Phillips and Pachulski 28th interim initial reports (.1).                                                                               | 0.10  | 14.50  |
| 8/6/2008   | WHS | receive and review e-mail from Celeste A. Hartman re Phillips, Goldman                                                                                    | 0.10  | 27.50  |
|            | DTW | Review and revise PwC initial report for the 28th interim (.1).                                                                                           | 0.10  | 14.50  |
|            | DL  | Draft of WHS monthly application for compensation July 2008 and research all pending payments                                                             | 1.30  | 143.00 |
|            | BSR | detailed review of Scott's Jan. and Feb. 2008 monthly fee applications (.1); research server for status of March 2008 and quarterly fee application (.1)  | 0.20  | 46.00  |
|            | DL  | e-filing of WHS Monthly Application for July 2008                                                                                                         | 0.20  | 22.00  |
|            | BSR | draft e-mails to various applicants concerning initial reports for the 28th interim period                                                                | 0.30  | 69.00  |
|            | BSR | left telephone voicemail for Celeste Hartman (called per request of Warren Smith); responded to Celeste Hartman's email                                    | 0.10  | 23.00  |
|            | BSR | telephone conference with Celeste Hartman re issues raised in initial report for Phillips (28th); review email response to initial report sent by Celeste Hartman | 0.20  | 46.00  |

| W.R. Grace & Co. | | | | Page | 4 |
|---|---|---|---|---:|---:|
| | | | | **Hours** | **Amount** |
| 8/6/2008 | BSR | detailed review of Reed Smith's Jan. 2008 monthly invoice | | 0.50 | 115.00 |
| | BSR | detailed review of Reed Smith's Feb. 2008 monthly fee application | | 0.40 | 92.00 |
| | BSR | detailed review of Reed Smith's March 2008 monthly fee application and 28th interim application | | 0.60 | 138.00 |
| | BSR | research regarding status of Richardson fee applications | | 0.10 | 23.00 |
| 8/7/2008 | BSR | detailed review of Sullivan's Jan. and Feb. 2008 monthly invoices (.1); research server for status of March 2008 and 28th interim fee application (.1) | | 0.20 | 46.00 |
| | BSR | detailed review of Woodcock Washburn's 28th interim fee application and monthly invoices | | 0.20 | 46.00 |
| | BSR | detailed review of Steptoe's Jan., Feb. and March 2008 monthly fee applications (.1); research server for status of 28th interim fee application (.1) | | 0.20 | 46.00 |
| | BSR | detailed review of Stroock's 28th interim fee application and monthly invoices | | 1.50 | 345.00 |
| | BSR | draft initial report re Stroock for the 28th interim period | | 0.50 | 115.00 |
| | BSR | draft e-mail to Jason Solganick inquiring as to Piper Jaffray's fee applications | | 0.10 | 23.00 |
| | BSR | draft initial report re Blackstone for the 28th interim period | | 0.30 | 69.00 |
| | BSR | research docket and server for Deloitte & Touche's quarterly fee application | | 0.10 | 23.00 |
| | BSR | draft e-mail to Bill Sullivan inquiring as to Sullivan and Scott fee applications | | 0.10 | 23.00 |
| | BSR | draft e-mail to Steptoe inquiring as to status of its quarterly fee application (28th) | | 0.10 | 23.00 |

| W.R. Grace & Co. | | | | Page | 5 |
|---|---|---|---|---:|---:|
| | | | | **Hours** | **Amount** |
| 8/7/2008 | BSR | draft initial report re Legal Analysis Systems for the 28th interim period | | 0.20 | 46.00 |
| | BSR | detailed review of Steptoe's 28th interim fee application; draft email to Anne Moran re same | | 0.20 | 46.00 |
| 8/8/2008 | BSR | draft e-mail to Bilzin inquiring as to response to initial report (28th) | | 0.10 | 23.00 |
| | DTW | review and revise 28TH Initial report for LAS, Stroock and Protivity (.2); telephone call with B. Ruhlander regarding Protivity expenses (.1). | | 0.30 | 43.50 |
| | BSR | detailed review of Protiviti's interim fee application (26th) | | 0.10 | 23.00 |
| | BSR | draft initial report re Protiviti for the 27th interim period | | 0.20 | 46.00 |
| | BSR | detailed review of Protiviti's interim fee application (27th) | | 0.10 | 23.00 |
| | BSR | draft initial report re Protiviti (26th) | | 0.60 | 138.00 |
| | BSR | draft initial report re Protiviti for the 25th interim period | | 0.30 | 69.00 |
| | BSR | detailed review of Protiviti's fee application for the 25th interim period | | 0.10 | 23.00 |
| | BSR | research regarding prior final reports filed re Protiviti fee applications | | 0.50 | 115.00 |
| | BSR | detailed review of Protiviti monthly applications for April through Nov. 2007 | | 0.50 | 115.00 |
| 8/11/2008 | CR | prepare and serve 28th interim initial reports for Stroock and LAS | | 0.30 | 12.00 |
| | CR | Update database with e-detail Kramer 28th interim initial report response, Buchanan 29th interim fee app 4/1/08-6/30/08 and Steptoe 28th interim fee app | | 0.40 | 16.00 |

| W.R. Grace & Co. | | | | Page | 6 |
|---|---|---|---|---|---|
| | | | | **Hours** | **Amount** |
| 8/11/2008 | CR | Update database with e-detail of monthly invoices for Phillips 6.08, Kramer 6.08, LAS 6.08, Official Comm of Asbestos Property Damage 6.08, Hillsoft 6.08, Kramer 6.08, Ferry 6.08, PricewaterhouseCoopers LLP 6.08, and Interim Apps for Holme 10.07-12.07 27th interim, Phillips 4.1.08-6/30/08 29th interim and Orrick 1/1/08-3/31/08 28th interim | | 0.60 | 24.00 |
| | CR | Update database with E-Detail of monthly invoices for Stroock 6.08, Bilzin 6.08, Campbell 6.08, Caplin 6.08, Charter 6.08 and Anderson Kill & Olick 6.08 and interim apps for Towers 1/1/08-3/31/08 28th interim and Austern 1/1/08-3/31/08 28th interim | | 0.60 | 24.00 |
| | CR | draft e-mail to W.Smith regarding: 28th interim final report for Blackstone to review | | 0.20 | 8.00 |
| | CR | Prepare and serve PricewaterhouseCoopers LLP 28th Interim Initial report | | 0.30 | 12.00 |
| 8/12/2008 | DTW | Review and revise 3 initial reports for Protivity (.1). | | 0.10 | 14.50 |
| | WHS | detailed review of 28th - Final Report re Blackstone | | 0.20 | 55.00 |
| | CR | Prepare and service Protivity 25th, 26th and 27th interim initial reports | | 0.60 | 24.00 |
| | CR | Electronic filing with court of Blackstone's 28th interim final report | | 0.40 | 16.00 |
| 8/13/2008 | BSR | detailed review of Orrick's 28th interim fee application | | 4.50 | 1,035.00 |
| | CR | Update database with E-Detail Kramer's notice of 29th interim 4/1/08-6/30/08 | | 0.33 | 13.33 |
| | BSR | detailed review of Towers' 28th interim fee application and monthly invoices | | 0.40 | 92.00 |
| | BSR | detailed review of David Austern's 28th interim fee application | | 0.10 | 23.00 |
| | BSR | receive and review Kramer's response to initial report for the 28th interim period | | 0.10 | 23.00 |

W.R. Grace & Co.                                                                                                                                  Page    7

|            |     |                                                                                                                                   | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 8/13/2008  | BSR | receive and review Bilzin's response to initial report for the 28th interim period                                                | 0.10  | 23.00  |
| 8/14/2008  | CR  | Update database with E-Details of Towers 29th interim app, PricewaterhouseCoopers LLP 29th Interim app                            | 0.40  | 16.00  |
|            | CR  | Prepare and serve Orrick 28th interim initial report w/exhibit                                                                    | 0.30  | 12.00  |
|            | CR  | draft Project Category Spreadsheet for 28th interim period                                                                        | 3.50  | 385.00 |
|            | BSR | draft final report re Bilzin Sumberg for the 28th interim period                                                                  | 2.60  | 598.00 |
|            | BSR | draft e-mails to various applicants concerning initial reports (28th)                                                             | 0.70  | 161.00 |
|            | BSR | draft final report re Kramer Levin for the 28th interim period                                                                    | 0.70  | 161.00 |
|            | DTW | Review and revise Orrick 28th interim initial report (.1); telephone call with B. Ruhlander regarding Bilzin travel charges (.1). | 0.20  | 29.00  |
| 8/15/2008  | CR  | draft e-mail to WHSmith for 28th Interim final report for Kramer and Bilzin for review                                            | 0.40  | 16.00  |
|            | CR  | Update database with e-detail Orrick 6.08 monthly invoice                                                                         | 0.20  | 8.00   |
|            | CR  | Update database with e-detail of 29th Interim apps for Campbell, Caplin LAS, Anderson Kill & Olick, Charter Oak, Asbestos Committee, Ferry and Foley | 0.70  | 28.00  |
|            | BSR | detailed review of Sullivan's March 2008 monthly fee application                                                                  | 0.10  | 23.00  |
|            | BSR | draft e-mails to various applicants re responses to initial reports and status of quarterly fee application filings               | 0.30  | 69.00  |
|            | BSR | detailed review of Deloitte Tax's Oct. through Dec. 2008 monthly fee applications                                                 | 0.20  | 46.00  |

W.R. Grace & Co.       Page 8

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/15/2008 | BSR | research server for quarterly fee applications of various applicants | 0.20 | 46.00 |
| | BSR | detailed review of Holme's 27th interim fee application and monthly invoices | 0.30 | 69.00 |
| 8/18/2008 | CR | Update database with e-detail of Protiviti 7.08 monthly fee app and Protiviti's response to 28th interim initial report (2nd part of response) | 0.20 | 8.00 |
| | DTW | Telephone call with B. Ruhlander regarding MBC group (.1). | 0.10 | 14.50 |
| | CR | draft e-mail to W.Smith regarding: BMC 28th interim Final report | 0.10 | 4.00 |
| | BSR | telephone conference with Warren Smith re Wilmington hotel survey; forward survey and prior emails | 0.10 | 23.00 |
| | BSR | draft omnibus final report (28th) | 0.80 | 184.00 |
| | BSR | draft final report re BMC Group for the 28th interim period | 1.60 | 368.00 |
| | WHS | receive and review agenda | 0.10 | 27.50 |
| 8/19/2008 | CR | Update database with Deloitte & Touche LLP 1.08, 2.08, 3.08 and Orrick 6.08 monthly invoices. Forwarded the Orrick 6.08 invoice to J.Wehrmann for review | 0.20 | 8.00 |
| | WHS | receive, review, and respond to e-mail from Jan Baer re K&E | 0.20 | 55.00 |
| | BSR | draft final report re Phillips Goldman & Spence for the 28th interim period | 0.50 | 115.00 |
| | BSR | receive and review response of Protiviti to initial report (26th) | 0.20 | 46.00 |
| | CR | Update database with monthly invoices for Piper 3.08, Tre Angeli 3.08, 4.08 & 5.08, Reed 6.08 (Forwarded to J.Wehrmann for review) and 27th interim application for Holme 10/1/07-12/31/07 | 0.40 | 16.00 |

W.R. Grace & Co.                                                                                                     Page    9

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 8/20/2008 | CR | Update database with monthly invoices for Protiviti 7.08, Bilzin 6.08, Official Committe of Asbestos 6.08, Tre Angeli 4.08 & 5.08, Piper 5.08 & 4.08 and Hillsoft 5/1/08-6/30/08 | 0.40 | 16.00 |
|  | CR | Update database with e-detail of Ogilvy's 29th interim app for 4/1/08-6/30/08 | 0.20 | 8.00 |
|  | CR | Update database with e-detail of monthly invoices for Deloitte & Touche LLP 1.08, 2.08, 3.08, 4.08 & 5.08 and 29th interim app for K&E, 28th interim initial report response for BMC and PricewaterhouseCoopers LLP. | 0.40 | 16.00 |
|  | CR | draft e-mail to W.Smith regarding:Phillips 28th Interim Final report | 0.10 | 4.00 |
| 8/21/2008 | CR | Update database with 29th interim apps 4/1/08-6/30/08 for Phillips, Buchanan, Casner, Day Pitney & Kramer and monthly invoices for Campbell 6.08, Anderson Kill & Olick 6.08, Charter 6.08, Caplin 6.08 and PricewaterhouseCoopers LLP 6.08, LAS 8.08, Sullivan 3.08, Ferry 6.08, Deloitte & Touche 5.08, Deloitte & Touche LLP 4.08 | 1.00 | 40.00 |
|  | CR | draft e-mail to W.Smith regarding: BMC 28th interim period final report (v.2) | 0.10 | 4.00 |
|  | CR | Update database with e-detail monthly invoice for Protiviti 7.08 | 0.20 | 8.00 |
|  | CR | Update database with e-detail Stroock 28th interim Initial report response | 0.20 | 8.00 |
|  | CR | Electronic filing with court of 28th interim final reports for Kramer, Bilzin and Phillips | 1.00 | 40.00 |
|  | CR | Update database with K&E's 28th interim Initial report response - forwarded response to B.Ruhlander for review | 0.20 | 8.00 |
|  | WHS | detailed review of, and revisions to, Final Report to Young Conaway - 6th interim | 0.30 | 82.50 |
|  | WHS | detailed review of 28th - Final Report re Kramer Levin | 0.20 | 55.00 |
|  | WHS | detailed review of 28th - Final Report re Phillips Goldman & Spence | 0.20 | 55.00 |

W.R. Grace & Co. Page 10

| Date | Init | Description | Hours | Amount |
|---|---|---|---:|---:|
| 8/21/2008 | WHS | detailed review of 28th - Final Report re Bilzin | 0.20 | 55.00 |
| 8/22/2008 | CR | Update database with 28th interim app 1/1/08-3/31/08 for Piper and Tre Angeli | 0.30 | 12.00 |
| | CR | Update database with e-detail of Piper's 28th interim 1/1/08-3/31/08 application | 0.10 | 4.00 |
| 8/25/2008 | WHS | receive and review e-mail re hearings | 0.10 | 27.50 |
| 8/26/2008 | CR | Update database with e-detail of Tre Angeli filing of first application | 0.10 | 4.00 |
| | BSR | draft revised final report re BMC (28th) (.8); draft email to Warren Smith re same (.2) | 1.00 | 230.00 |
| 8/27/2008 | BSR | receive and review Kirkland & Ellis' response to initial report for the 28th interim period | 0.70 | 161.00 |
| | BSR | detailed review of 27th interim fee application of Deloitte & Touche | 0.30 | 69.00 |
| | WHS | detailed review of, and revisions to, 28th - Final Report re BMC Group | 0.40 | 110.00 |
| | CR | draft e-mail to W.Smith regarding: 28th interim final report for BMC (v3) | 0.20 | 8.00 |
| | BSR | detailed review of 28th interim fee application of Piper Jaffray and Tre Angeli | 0.30 | 69.00 |
| | BSR | draft final report re Kirkland & Ellis for the 28th interim period | 1.50 | 345.00 |
| | CR | Update database with e-detail of Phillips 7.08 and 29th interim apps for Deloitte & Touche LLP | 0.20 | 8.00 |
| | CR | Electronic filing with court of BMC 28th interim final report | 0.20 | 8.00 |

W.R. Grace & Co.  Page   11

| Date | | | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 8/27/2008 | CR | Update database with e-detail Scott Law 28th interim app 1/1/08-3/31/08 | 0.10 | 4.00 |
| | CR | Electronic filing with court of 28th interim final report for BMC | 0.20 | 8.00 |
| 8/28/2008 | CR | Update database with e-detail Stroock 29th interim app, D. Morris 7.08, Ogilvy 7.08 monthly invoices | 0.30 | 12.00 |
| | CR | Update database with Stroock 29th interim app 4/1/08-6/30/08 | 0.10 | 4.00 |
| | CR | draft e-mail to B. Ruhlander regarding: Protiviti fee app for July 08 | 0.10 | 4.00 |
| | CR | draft e-mail to W.Smith regarding: K&E 28th interim final report w/exhibit | 0.10 | 4.00 |
| | WHS | receive, review, and respond to e-mail from Mike Lastowski re Duane Morris | 0.30 | 82.50 |
| | WHS | receive and review amended agenda | 0.10 | 27.50 |
| | BSR | research docket for Deloitte Tax quarterly (28th); review file and draft email to Tony Scoles re same | 0.20 | 46.00 |
| | BSR | detailed review of Sullivan and Scott quarterly fee applications for the 28th interim period; draft email to Bill Sullivan requesting additional information | 0.30 | 69.00 |
| | BSR | research regarding ZAI fees and expenses of ZAI and debtor's counsel to determine where firms stand vis a vis the budget | 1.50 | 345.00 |
| | BSR | detailed review of Piper Jaffray 28th interim fee application | 0.10 | 23.00 |
| | BSR | receive and review Stroock's response to initial report (28th) | 0.20 | 46.00 |
| | BSR | draft final report re Kirkland & Ellis for the 28th interim period | 2.80 | 644.00 |

W.R. Grace & Co. Page 12

| Date | | | | Hours | Amount |
|---|---|---|---|---:|---:|
| 8/29/2008 | CR | Update database with K&E 7.08 and forwarded to J. Wehrmann for review, and Day Pitney 7.08 | | 0.20 | 8.00 |
| | CR | Update database with e-detail of K&E 28th interim Initial report response, Ferry 7.08, Reed 7.08, Buchanan 7.08 and Kramer 7.08 monthly invoices | | 0.40 | 16.00 |
| | CR | Electronic filing with court of K&E 28th interim period final report | | 0.20 | 8.00 |
| | CR | Update database with e-detail Casner 7.08 | | 0.10 | 4.00 |
| | JW | detailed review of Kirkland & Ellis April 2008 monthly invoice (8.1) | | 8.10 | 1,093.50 |
| | WHS | detailed review of 28th - Final Report re Kirkland & Ellis | | 0.30 | 82.50 |
| | BSR | detailed review of Deloitte & Touche's 28th interim fee application and monthly invoices | | 1.20 | 276.00 |
| 8/30/2008 | JW | detailed review of Kirkland & Ellis April 2008 monthly invoice (4.9) | | 4.90 | 661.50 |

**For professional services rendered**                                         **82.13 $14,180.83**

Additional Charges :

| | Price | |
|---|---:|---:|
| Third party copies & document prep/setup. for 8/08 | 117.60 | 117.60 |
| Third party copies & document prep/setup for 7/08 | 80.05 | 80.05 |
| Third party copies & document prep/setup. for 6/08 | 915.46 | 915.46 |
| Third party copies & document prep/setup. for 5/08 | 210.91 | 210.91 |

W.R. Grace & Co.  Page   13

| | Price | Amount |
|---|---:|---:|
| Third party copies & document prep/setup. for 4/08 | 8.26 | 8.26 |
| **Total costs** | | **$1,332.28** |
| **Total amount of this bill** | | **$15,513.11** |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Bobbi S. Ruhlander | 45.00 | 230.00 | $10,350.00 |
| Cherie Rogers | 3.50 | 110.00 | $385.00 |
| Cherie Rogers | 15.23 | 40.00 | $609.33 |
| Debbie Lucas | 1.50 | 110.00 | $165.00 |
| Doreen Williams | 1.20 | 145.00 | $174.00 |
| James Wehrmann | 13.00 | 135.00 | $1,755.00 |
| Warren H Smith | 2.70 | 275.00 | $742.50 |