# EXHIBIT A

**WR GRACE & CO**
**COMPENSATION BY PROJECT CATEGORY**
**JULY 1, 2008 - JULY 31, 2008**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 8.5 | $ 5,525.00 |
| 0008 | Asset Analysis and Recovery | 1.0 | 650.00 |
| 0013 | Business Operations | 1.1 | 715.00 |
| 0014 | Case Administration | 49.9 | 9,825.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 90.9 | 56,330.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 144.9 | 93,421.00 |
| 0018 | Fee Application, Applicant | 13.0 | 4,621.50 |
| 0019 | Creditor Inquiries | 6.2 | 5,306.50 |
| 0020 | Fee Application, Others | 5.1 | 1,605.00 |
| 0021 | Employee Benefits, Pension | 1.7 | 1,105.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 3.7 | 2,405.00 |
| 0035 | Travel - Non Working | 6.8 | 5,746.00 |
| 0036 | Plan and Disclosure Statement | 0.2 | 98.00 |
| 0037 | Hearings | 28.3 | 21,542.50 |
| 0040 | Employment Applications - Others | 0.1 | 65.00 |
| | | | |
| | **Sub Total** | **361.4** | **$ 208,960.50** |
| | **Less 50% Travel** | **(3.4)** | **(2,873.00)** |
| | **Total** | **358.0** | **$ 206,087.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | August 19, 2008 |
| INVOICE NO. | 451249 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through July 31, 2008, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843 0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/03/2008 | Attend to Crown's response to Canadian ZAI claimants motion for a cross-border communication protocol (.3); attend to 6/2/08 memoranda, ZAI special counsel order (.1). | Krieger, A. | 0.4 |
| 07/06/2008 | Attend to portions of June 2, 2008 hearing transcript and review of proposed agreed order re: enlarging appointment of ZAI Claimants' Special Counsel (.9); attend to the Crown's response to Canadian ZAI Claimants proposed cross border communication protocol (.3). | Krieger, A. | 1.2 |
| 07/08/2008 | Attend to memoranda re ZAI special counsel order and questions relating to it (.1); attend to Debtors' response to Canadian ZAI claims cross boarder protocol motion (.1). | Krieger, A. | 0.2 |
| 07/10/2008 | Attend to BNSF's motion for clarification of expansion order, and order granting expedited hearing. | Krieger, A. | 0.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/15/2008 | Attend to recently filed response to BNSF's motion for clarification of order expanding the preliminary injunction (.6); attend to Anderson Memorial pleading to the District Court, District Court's order and Debtors motion for leave to file sur-replys (1.6); attend to District Court appellate brief filed by NJDEP and Grace to Court's order on declaratory injunction and granting preliminary injunction (1.3); attend to Debtors' brief on appeal to District Court (.4); memorandum to D. Mohamed re: same (.1). | Krieger, A. | 4.0 |
| 07/17/2008 | Attend to article re: asbestos claims. | Krieger, A. | 1.9 |
| 07/18/2008 | Attend to State of California's motion for leave to file expert report. | Krieger, A. | 0.5 |
| 07/21/2008 | Attend to ZAI Bar Date Notice. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 8.5 | $ 650 | $ 5,525.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,525.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 5,525.00 |
|-----------------------|-----------|

# STROOCK

| RE | Asset Analysis and Recovery |
|----|-----------------------------|
|    | 699843  0008                |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/15/2008 | Memoranda to Capstone re Grace investment motion. | Krieger, A. | 0.2 |
| 07/21/2008 | Attend to draft motion from J. Baer and exchanged memoranda with J. Baer re draft on Red Sox Acquisition (.3); exchanged memoranda with J. Dolan re motion and failure to receive underlying documentation (.3). | Krieger, A. | 0.6 |
| 07/25/2008 | Attend to draft motion for investment in LLC company. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.0 | $ 650 | $ 650.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 650.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 650.00 |
|-----------------------|----------|

# STROOCK

| RE | Business Operations |
|---|---|
| | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/01/2008 | Attend to COLI motion and related information request (.3); t/c J. Dolan re LTIP and COLI matters (.5). | Krieger, A. | 0.8 |
| 07/10/2008 | Exchanged memoranda with J. Dolan re: COLI approval sought and new 7th Amendment to the DIP. | Krieger, A. | 0.2 |
| 07/22/2008 | Exchanged memoranda with J. McFarland re: status of investment motion. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $ 650 | $ 715.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 715.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 715.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Case Administration | |
| | 699843  0014 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/01/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 0.9 |
| 07/02/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case docket nos. 01-771, 04-52724 and 05-52724 (.4); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 1.4 |
| 07/03/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.8). | Mohamed, D. | 1.2 |
| 07/07/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.9 |
| 07/07/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 1.6 |
| 07/08/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.4). | Mohamed, D. | 0.7 |
| 07/09/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 1.4 |
| 07/10/2008 | Memorandum to EH re court call arrangements for 7/21 and 7/22 (.1); memorandum to DM re 27th quarterly fee and expense chart (.1). | Krieger, A. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/10/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 0.9 |
| 07/11/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); obtain certain pleadings for attorney review (.5); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 2.0 |
| 07/14/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.1 |
| 07/14/2008 | Exchanged memoranda with J. Baer re: agenda for 7/21/08 hearing (.1); exchanged memoranda with DM re: agenda notice for hearing (.1). | Krieger, A. | 0.2 |
| 07/14/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); retrieve and distribute recently filed pleadings re: adv. pro. case no. 01-771 (.4); review adv. pro. case docket nos. 04-55083 and 05-52724 (.3); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 1.9 |
| 07/15/2008 | TCs to Court Call to arrange for A. Krieger and K. Pasquale to attending hearing on 7/21 and 7/22 telephonically. | Holzberg, E. | 0.4 |
| 07/15/2008 | Attend to correspondence from B. Ruhlander re: correspondence to the Court re: reimbursement of hotel charges (.3); memorandum to EH re: Court call arrangements for 7/12 and 22 hearings (.1). | Krieger, A. | 0.4 |
| 07/15/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.9); retrieve certain pleadings for attorney review (.6); review case file documents (1.0); retrieve and distribute pleading re district court case docket no. 08-250 (.3). | Mohamed, D. | 3.2 |
| 07/16/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed | Mohamed, D. | 1.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (.8); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); review court of appeals case docket no. 08-2069 (.2); review district court case docket no. 08-250 (.2). | | |
| 07/17/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); review fee auditor's project category chart for the 27th interim period with SSL quarterly fee application (.6); review case file documents (1.5); obtain certain pleadings for attorney review (.5). | Mohamed, D. | 3.6 |
| 07/18/2008 | Reviewed legal docket to update status. | Holzberg, E. | 0.7 |
| 07/18/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.8); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); review court of appeals case docket no. 08-2069 (.2); review district court case docket no. 08-250 (.2). | Mohamed, D. | 1.9 |
| 07/21/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (1.0); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); review court of appeals case docket no. 08-2069 (.2); review district court case docket no. 08-250 (.2). | Mohamed, D. | 2.1 |
| 07/22/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.1); prepare documents for attorney review internally (.6). | Mohamed, D. | 2.1 |
| 07/23/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.8); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); review court of appeals re case docket no. 08-2069 (.2); review district court case docket no. 08-250 (.2). | Mohamed, D. | 2.0 |
| 07/24/2008 | Exchanged memoranda with DM re pleadings filed by Debtors and Weja, Inc., other settling parties. | Krieger, A. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/24/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.4); review case file documents (1.5); prepare documents for attorney review (.5). | Mohamed, D. | 2.7 |
| 07/25/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.0 |
| 07/25/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); review court of appeals re case no. 08-2069 (.2); review district court case no. 08-250 (.2). | Mohamed, D. | 1.6 |
| 07/28/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.4); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); retrieve pleadings for attorney review (.6); review district court case docket no. 08-250 (.2); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 2.1 |
| 07/29/2008 | Reviewed legal  docket to update status. | Holzberg, E. | 0.9 |
| 07/29/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.8); attention to retrieval of pleadings re district court case no. 08-250 (.6). | Mohamed, D. | 1.8 |
| 07/30/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); review case file documents (1.1); review district court case docket no. 08-250 (.2); review court of appeals case docket no. 08-2069 (.2); attention to research and retrieval of certain pleadings for attorney review (.8). | Mohamed, D. | 3.5 |
| 07/31/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.9); retrieve certain documents for attorney review (1.1). | Mohamed, D. | 2.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 6.0 | $ 270 | $ 1,620.00 |
| Krieger, Arlene G. | 1.1 | 650 | 715.00 |
| Mohamed, David | 42.8 | 175 | 7,490.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,825.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 9,825.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843  0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/01/2008 | Completed revision of draft response to Debtors' Objection. | Strauss, J. | 5.2 |
| 07/02/2008 | Editing draft response to Objection. | Strauss, J. | 3.0 |
| 07/03/2008 | Editing response to objection. | Strauss, J. | 2.3 |
| 07/07/2008 | Continued edits to response to objection. | Strauss, J. | 7.2 |
| 07/08/2008 | Cite check brief, as per Joseph Strauss and Christine Mariano. | De Pinto, L. | 2.0 |
| 07/08/2008 | Conference call with ad hoc group's counsel (.7); memo to K. Pasquale re: call (.3); continued edits and review of response to objection (5.8). | Strauss, J. | 6.8 |
| 07/09/2008 | Cite check brief, as per Joseph Strauss and Christine Mariano. | De Pinto, L. | 3.5 |
| 07/09/2008 | L. DePinto: Years for statutes. | Dhanraj, J. | 0.2 |
| 07/09/2008 | Continued review and edits to response to objection. | Strauss, J. | 6.5 |
| 07/10/2008 | Reviewing and finalizing response papers for filing. | Strauss, J. | 2.3 |
| 07/14/2008 | Exchanged memoranda with J. Green re ad hoc committee's draft discovery schedule and memorandum to KP re same. | Krieger, A. | 0.2 |
| 07/16/2008 | Attention to potential discovery issues re: PPI objection (.4); attention to bank debt holders and equity submissions (1.2). | Pasquale, K. | 1.6 |
| 07/17/2008 | O/c LK re: discovery issues (.1); attend to case law re claims objection (1.9); o/c LK, KP re: substance of conversation with D. Bernick and | Krieger, A. | 2.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | related issues (.2). | | |
| 07/18/2008 | Telephone conference A. Rosenberg re PPI issues (.3); confer L. Kruger re same (.2). | Pasquale, K. | 0.5 |
| 07/22/2008 | Attention to discovery demands from debtors re: PPI issue. | Pasquale, K. | 0.8 |
| 07/22/2008 | Call w/K. Pasquale re discovery-related issues. | Strauss, J. | 0.1 |
| 07/23/2008 | Attend to deposition notice and notice of service of discovery on LK and memorandum to LK, KP re same (.2); o/cs KP re discovery, conversation with D. Bernick re stipulation to obviate discovery and draft stipulation (.5); attend to draft stipulation and comments thereon (.8); attend to objection-related materials (4.8). | Krieger, A. | 6.3 |
| 07/23/2008 | Prepared draft fact stipulation re: PPI issues (.5); emails re: same (.3). | Pasquale, K. | 0.8 |
| 07/24/2008 | Conference call A. Rosenberg, R. Cobb, KP re: discovery issues (.5); t/c and memo Ed Ordway re discovery, affidavit (.2); attend to draft discovery requests and o/c KP re same (.9). | Krieger, A. | 1.6 |
| 07/24/2008 | Conference call with A. Rosenberg, others re: discovery issues (.5); attention to bank debt holders draft discovery demands (.5); telephone conference with E. Ordway re: PPI issues (.2). | Pasquale, K. | 1.2 |
| 07/24/2008 | Conference call re discovery issues. | Strauss, J. | 0.6 |
| 07/25/2008 | Conference calls KP, DB re: discovery issues and meeting, and follow-up o/cs KP (.8); attend to discovery matters (4.1). | Krieger, A. | 4.9 |
| 07/25/2008 | Conference call w/D. Bernick, A. Krieger re: discovery issues (.6); attention to same and substantive issues (.7). | Pasquale, K. | 1.3 |
| 07/27/2008 | Attend to discovery re interest objection. | Krieger, A. | 1.8 |
| 07/28/2008 | Attend to discovery matters (7.1); o/c J. Strauss re same (.1). | Krieger, A. | 7.2 |
| 07/28/2008 | Attention to PPI issues and record for | Pasquale, K. | 2.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | September 15 court hearing; discovery issues. | | |
| 07/29/2008 | O/c KP re discovery-related matters (.2); attend to discovery materials (6.7). | Krieger, A. | 6.9 |
| 07/29/2008 | Conference with A. Krieger regarding discovery issues. | Pasquale, K. | 0.3 |
| 07/30/2008 | Conf call with KP, A. Rosenberg, R. Cobb re: discovery (.4); follow-up memorandum to KP re: same and research (.1); memorandum to J. Gutierrez re: case law to review (.1); exchanged memorandum with A. Rosenberg and R. Cobb re: discovery (.1); attend to draft scheduling stipulation and comments to KP re same (.4); attend to memoranda re discovery meeting (.5); o/c JG re research issues (.3); attend to discovery (.6). | Krieger, A. | 2.5 |
| 07/30/2008 | Conference call with A. Rosenberg, R. Cobb, A. Krieger regarding discovery and related PPI issues. | Pasquale, K. | 0.4 |
| 07/31/2008 | Attend to memoranda with KP re: conf call to discuss scheduling order, stipulation (.2); memorandum to R. Cobb re comment on scheduling order (.1); attend to ad hoc's draft discovery requests of Debtors and Equity (2.0); attend to memoranda re: conference call to discuss scheduling order and D. Bernick's comments thereon (.6); exchanged memo with KP re stipulation and D. Bernick's's comments thereon and further revised draft of discovery requests (1.1); attend to further drafts of discovery requests (.8); attend to discovery materials (.9). | Krieger, A. | 5.7 |
| 07/31/2008 | T/c D. Bernick re: schedule (.3); attention to draft discovery demands (1.5); attention to evidentiary and related issues (1.2). | Pasquale, K. | 3.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| De Pinto, Lauren M. | 5.5 | $ 235 | $ 1,292.50 |
| Dhanraj, Judy N. | 0.2 | 200 | 40.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 39.3 | 650 | 25,545.00 |
| Pasquale, Kenneth | 11.9 | 775 | 9,222.50 |
| Strauss, Joseph E. | 34.0 | 595 | 20,230.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 56,330.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 56,330.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/01/2008 | Continued conducting legal research re: plan treatment as per mtg. w/ A. Krieger. | Gutierrez, J. | 3.1 |
| 07/01/2008 | Attend to review and revisions to response (7.9); exchanged memoranda with Onika Williams Herman re memorandum on plan issue (.2); exchanged memoranda with Committee member re contact information (.1). | Krieger, A. | 8.2 |
| 07/01/2008 | Review revisions to response re interest issue. | Kruger, L. | 0.9 |
| 07/02/2008 | Continued conducting legal research re: plan treatment as per mtg. w/ A. Krieger. | Gutierrez, J. | 5.6 |
| 07/02/2008 | Attend to revision to response (.6); o/c and exchange of memoranda with J. Strauss re same (2.9); memorandum to LK, KP re response (.3); t/c J. Dolan re Committee's draft response (.2); attend to memorandum and case law re plan issue (3.6). | Krieger, A. | 7.6 |
| 07/02/2008 | Review response to default interest objection (.8) and review memo from A. Krieger re same (.2). | Kruger, L. | 1.0 |
| 07/03/2008 | Continued conducting legal research re: plan treatment as per mtg. w/ A. Krieger and discussed research results w/ A. Krieger. | Gutierrez, J. | 1.3 |
| 07/03/2008 | Attend to case law re: plan issues (3.7); o/cs LK re: Committee's response (.2); exchanged memoranda with A. Rosenberg re response to Debtors' objection (.3); memorandum to the Committee re draft response (.1); exchanged memoranda with J. Dolan re market inquiry (.2); o/c J. Strauss re revisions to draft response and preparation of declaration (.1); o/c J. Gutierrez re plan treatment research (.2); attend to draft declaration (.2). | Krieger, A. | 5.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/03/2008 | OC w A. Krieger re committee response (.2); review case law re plan issues (.4). | Kruger, L. | 0.6 |
| 07/05/2008 | Attend to Equity's response. | Krieger, A. | 0.4 |
| 07/06/2008 | Memorandum to LK, KP, JS re Equity's response joining in Debtors' objection and contentions therein (.4); memorandum to KP re LK comments to draft response (.1). | Krieger, A. | 0.5 |
| 07/07/2008 | Attend to Equity's joinder and exchanged multiple memoranda with JS and o/cs JS re: Debtors' objection, including Equity's joinder, discovery and Committee's response (4.7); exchanged memoranda with M. Lastowski re: Committee response (.2); memorandum to A. Rosenberg re: Equity Committee's joinder (.1); exchanged memoranda with R. Cobb re discovery (.1); exchanged memoranda with KP re: discovery (.1); exchanged memoranda with J. Dolan re: memorandum re: Debtors' COLI sales motion (.2); o/c LK re: response to Debtors' objection (.1); attend to interest litigation related material (1.3). | Krieger, A. | 6.8 |
| 07/07/2008 | Review equity committee joinder (.3); OC w A. Krieger re response to debtors objection (.1); review interest rate issue (.4); review 6/23 transcript (.6); tc Mark Chehi re status and interest issue (.3); tc Andy Rosenberg re our response and discovery issue (.2). | Kruger, L. | 1.9 |
| 07/08/2008 | Attend to revised Committee response to Debtors' and Equity's objection, the Kruger Declaration and related material and o/cs and exchanged memoranda with JS re same (5.8); conf call R. Cobb, A. Rosenberg, J. Strauss re discovery and schedule and follow-up o/c J. Strauss (.6); t/c J. Baer re request for one day extension of time to file response (.1); exchanged memoranda with M. Lastowski re same and filing date (.2); attend to memoranda re discovery (.4); attend to Capstone's memorandum for the Committee re COLI motion (.3); t/c J. Dolan re: COLI memorandum comments, response material (.8); o/cs LK re response (.2). | Krieger, A. | 8.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/08/2008 | Review revised committee response to debtor and equity interest objection, my declaration (1.6); OC w A. Krieger re response and one-day extension (.2). | Kruger, L. | 1.8 |
| 07/09/2008 | Began preparing memorandum summarizing research results on plan treatment as per mtg. w/ A. Krieger. | Gutierrez, J. | 2.4 |
| 07/09/2008 | Attend to revised response, Kruger declaration and further modifications thereto and memoranda and o/cs JS re same (3.6); exchanged memoranda with M. Lastowski and R. Riley re response (.3); exchanged memoranda with J. Dolan re information for response (.2); attend to plan related materials, case law (4.9); o/cs LK re Term Sheet and response (.4); attend to KP comments to response (.1). | Krieger, A. | 9.5 |
| 07/09/2008 | Review of response on default interest and my certification (1.6); oc w A. Krieger re term sheet and response (.4). | Kruger, L. | 2.0 |
| 07/10/2008 | Finalized memorandum summarizing research results on plan treatment as per mtg. w/ A. Krieger and submitted same and related caselaw to A. Krieger. | Gutierrez, J. | 2.4 |
| 07/10/2008 | Attend to final revisions to and forms of response and declaration and exchanged memoranda with o/cs JS re same (5.2);  o/cs LK re response and declaration, ad hoc bank group's draft response (.5); attend to ad hoc bank group's draft response (2.7); memorandum to M. Lastowski re Committee's response and related Declaration for filing (.3); correspondence to M. Lastowski re Kruger declaration (.1); memorandum to JG re plan related case law (.1). | Krieger, A. | 8.9 |
| 07/10/2008 | Review ad hoc bank debt brief (1.3); review revised committee brief and Kruger certification (1.1); oc w A. Krieger re briefs (.4). | Kruger, L. | 2.8 |
| 07/11/2008 | Exchanged memoranda with S. Tate re filing of | Krieger, A. | 0.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Committee response. | | |
| 07/11/2008 | Review ad hock bank group brief. | Kruger, L. | 0.6 |
| 07/15/2008 | O/cs LK, KP re: interest issues, upcoming hearing (.6); attend to draft discovery stipulation (.1); memorandum to J. Green re comments to the draft discovery stipulation (.2); attend to article on interest dispute (.1); t/c M. Lastowski re Committee response (.1); attend to verified statement and supplemental statement of Paul Weiss and related pleadings (.1); attend to motion to leave to exceed page limitation (.1); attend to ad hoc bank group's filed response to Debtors' objection to claims (1.9). | Krieger, A. | 3.2 |
| 07/15/2008 | OC w Pasquale, Krieger, Tcnf w Baer & debtor officers re 7/21-22 hearing agenda items, status (.5); oc w Pasquale, Krieger, tc Andy Rosenberg re interest issue (.4); review Rosenberg letter to Bernick (.2); oc w Pasquale, tc Rosenberg re letter and 7/21 status conf (.5). | Kruger, L. | 1.6 |
| 07/15/2008 | Conference call with debtors, professionals re status. | Pasquale, K. | 0.5 |
| 07/16/2008 | Attend to JG memorandum and case law re plan-related issue (3.6); attend to interest dispute-related materials (2.1). | Krieger, A. | 5.7 |
| 07/17/2008 | Follow-up e-mails from and to A. Krieger re: research on plan treatment issue (.3); mtg. w/ A. Krieger re: same (.4); conducted follow-up legal research on plan issue as per mtg. w/ A. Krieger (.9). | Gutierrez, J. | 1.6 |
| 07/17/2008 | Exchanged memoranda with JG re plan related issue and meeting with same (.4); review case law (.4). | Krieger, A. | 0.8 |
| 07/17/2008 | TC Pasquale and Bernick re PPI issue (.4); TC Rosenberg re same (.3); review PPI litigation issues (.3). | Kruger, L. | 1.0 |
| 07/17/2008 | Telephone conference L. Kruger, D. Bernick re PPI issues (.4); telephone conference A. | Pasquale, K. | 1.5 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Rosenberg re same (.3); attention to PPI litigation issues (.8). | | |
| 07/18/2008 | Attend to objection related case law and articles. | Krieger, A. | 4.6 |
| 07/18/2008 | TC Andy Rosenberg re 7/21 hearing. | Kruger, L. | 0.3 |
| 07/21/2008 | Attend to case law re PPI issues. | Krieger, A. | 1.6 |
| 07/22/2008 | Continued follow-up legal research on plan treatment as per mtg. w/ A. Krieger and began revising memorandum re: same. | Gutierrez, J. | 4.1 |
| 07/22/2008 | Memorandum to Committee re 7/21/08 hearings (4.4); attend to interest-related materials (1.2). | Krieger, A. | 5.6 |
| 07/23/2008 | Conducted research re: attorney client privilege. | Cutler, I. | 3.7 |
| 07/23/2008 | Continued follow-up legal research on plan issue as per mtg. w/ A. Krieger and continued revising memorandum re: same. | Gutierrez, J. | 4.3 |
| 07/23/2008 | Attend to memorandum to the Committee re 7/21/08 hearings and revise as per KP comments. | Krieger, A. | 1.9 |
| 07/23/2008 | TC A. Rosenberg re status and negotiation (.2); oc w K. Pasquale re notice to me of my deposition and document request (.5); review draft stipulation re discovery (.3); review memorandum to committee re 7/21 hearing (.2). | Kruger, L. | 1.2 |
| 07/24/2008 | Conducted research on attorney client privilege; confer w/K. Pasquale re: same. | Cutler, I. | 1.0 |
| 07/24/2008 | Concluded follow-up legal research as per mtg. w/ A. Krieger and submitted revised memorandum re: same to A. Krieger (1.0). Mtg. w/ A. Krieger re: case status and reviewed A. Krieger's memorandum on July 21, 2008 hr'g on the Debtors' default interest objection (.6). | Gutierrez, J. | 1.6 |
| 07/24/2008 | Memorandum to the Committee re 7/21/08 hearings (.5); o/c JG re plan issues research | Krieger, A. | 4.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.3); reviewed JG memorandum (.3); memorandum to JD re interest (.1); attend to plan related case law (.9); attend to objection related materials (2.3). | | |
| 07/25/2008 | Exchanged memoranda with J. Dolan and KP re: interest (.3); attend to plan related case law (1.9). | Krieger, A. | 2.2 |
| 07/26/2008 | Exchanged memoranda with J. Dolan re: interest rate information. | Krieger, A. | 0.2 |
| 07/27/2008 | Memoranda to J. Dolan re: interest rate information and memo to LK, KP re: same. | Krieger, A. | 0.2 |
| 07/28/2008 | T/c J. Dolan re: information for PPI issues and Debtors' proposed interest rate. | Krieger, A. | 0.6 |
| 07/29/2008 | Attend to memorandum re 7/22/08 hearing on ZAI class claim. | Krieger, A. | 0.4 |
| 07/30/2008 | Initial e-mails and mtg. w/ A. Krieger re: new research, assignment re: PPI issues. | Gutierrez, J. | 0.6 |
| 07/30/2008 | Attend to memorandum to the Committee re July 22, 2008 hearing on ZAI class (3.7); exchanged memoranda with J. Dolan re memorandum for the Committee on the LTIP motion (.1); attend to Capstone's draft Committee memo to LTIP motion (1.2). | Krieger, A. | 5.0 |
| 07/31/2008 | Conducted legal research as per mtg. w/ A. Krieger re: PPI related issue. | Gutierrez, J. | 1.9 |
| 07/31/2008 | Attend to Capstone memo re motion approving LTIP program (.5); exchanged memoranda with R. Frezza re same (.2); conf call R. Frezza re LTIP motion (.5). | Krieger, A. | 1.2 |
| 07/31/2008 | Review draft discovery demands (.4); OC w K. Pasquale re same (.2). | Kruger, L. | 0.6 |

| SUMMARY OF HOURS | | HOURS | RATE | TOTAL |
|------------------|--|-------|------|-------|
| Cutler, Ilana | | 4.7 | $ 395 | $ 1,856.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Gutierrez, James S. | 28.9 | 490 | 14,161.00 |
| Krieger, Arlene G. | 93.0 | 650 | 60,450.00 |
| Kruger, Lewis | 16.3 | 945 | 15,403.50 |
| Pasquale, Kenneth | 2.0 | 775 | 1,550.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 93,421.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 93,421.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1

# STROOCK

| RE | Fee Application, Applicant<br>699843  0018 |
|----|----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/01/2008 | Review Stroock's eighty-sixth monthly fee statement in preparation for filing (.7); prepare affidavit of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee statement (.7). | Mohamed, D. | 1.9 |
| 07/08/2008 | Started to work on 87th monthly fee application. | Holzberg, E. | 1.0 |
| 07/10/2008 | Memorandum to EH re June 2008 fee statement. | Krieger, A. | 0.1 |
| 07/11/2008 | Worked on 87th monthly fee application for June. | Holzberg, E. | 1.9 |
| 07/16/2008 | Attend to June 2008 fee statement. | Krieger, A. | 1.8 |
| 07/18/2008 | Worked on 87th monthly fee application. | Holzberg, E. | 1.2 |
| 07/18/2008 | Attend to June 2008 fee statement (.4); memorandum to EH re Navigant's invoice for expenses (.1). | Krieger, A. | 0.5 |
| 07/22/2008 | Worked on 87th monthly fee application and disbursements for June. | Holzberg, E. | 1.2 |
| 07/23/2008 | Attend to June 2008 fee statement. | Krieger, A. | 0.8 |
| 07/25/2008 | Worked on 87th monthly fee application. | Holzberg, E. | 0.6 |
| 07/29/2008 | Worked on 87th monthly fee application. | Holzberg, E. | 1.8 |
| 07/29/2008 | O/cs EH re June 2008 fee statement. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holzberg, Ethel H. | 7.7 | $ 270 | $ 2,079.00 |
| Krieger, Arlene G. | 3.4 | 650 | 2,210.00 |
| Mohamed, David | 1.9 | 175 | 332.50 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,621.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 4,621.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1

# STROOCK

| | | | |
|---|---|---|---|
| RE | Creditor Inquiries<br>699843  0019 | | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/03/2008 | Exchanged memoranda with L. Sinanyan re status of information for creditor inquiry. | Krieger, A. | 0.1 |
| 07/08/2008 | TC bank debt holder re interest issue and timetable. | Kruger, L. | 0.4 |
| 07/09/2008 | Tc w bank debt holders. | Kruger, L. | 0.9 |
| 07/10/2008 | Conf w bank debt holder re: Debtors' objection. | Kruger, L. | 1.8 |
| 07/14/2008 | Telephone conference with bank debt holder re briefs filed on 7/11/08 by Committee and ad hoc. | Kruger, L. | 0.3 |
| 07/16/2008 | Exchanged memoranda with L. Sinanyan re status of resolution of B of A issues and docketing transfer of claim to creditor (.2); exchanged memoranda with J. Baer re same (.1); t/c Craig Briens and Chris Greco re additional information for BMC regarding transfer (.3). | Krieger, A. | 0.6 |
| 07/17/2008 | Attend to memorandum re status of claim-related issue raised by creditor and next steps. | Krieger, A. | 0.7 |
| 07/21/2008 | Tc bank debt holder re: court hearing. | Kruger, L. | 0.3 |
| 07/22/2008 | Tc bank debt holder re outcome of court hearing on 7/21/08 and issues raised by parties and court. | Kruger, L. | 0.5 |
| 07/22/2008 | Telephone conference with bank debt holder re: PPI issues. | Pasquale, K. | 0.3 |
| 07/30/2008 | T/cs creditor inquiry re ZAI bar date and e-mail to J. Sakalo re same (.2); o/c LK re response to creditor inquiry on status (.1). | Krieger, A. | 0.3 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.7 | $ 650 | $ 1,105.00 |
| Kruger, Lewis | 4.2 | 945 | 3,969.00 |
| Pasquale, Kenneth | 0.3 | 775 | 232.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,306.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 5,306.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843 0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/03/2008 | Review Capstone's fifty-first monthly fee statement in preparation for filing (.7); prepare notice and affidavit of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee statement (.6). | Mohamed, D. | 1.8 |
| 07/07/2008 | Attend to fee applications of other professionals. | Krieger, A. | 0.3 |
| 07/15/2008 | Attend to miscellaneous fee application notices. | Krieger, A. | 0.2 |
| 07/18/2008 | Exchanged memoranda with A. McIntosh re June invoice for expenses. | Krieger, A. | 0.2 |
| 07/21/2008 | Attend to revised Navigant June 2008 invoice and exchanged memo with A. McIntosh re: same and memorandum to EH re: Navigant invoice. | Krieger, A. | 0.2 |
| 07/22/2008 | Review Capstone's fifty-second monthly fee statement in preparation for filing (.7); prepare notice and affidavit of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee statement (.6). | Mohamed, D. | 1.8 |
| 07/29/2008 | Attend to fee applications of other professionals. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.5 | $ 650 | $ 975.00 |
| Mohamed, David | 3.6 | 175 | 630.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,605.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,605.00 |
|---|---|

# STROOCK

| RE | Employee Benefits, Pension<br>699843 0021 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/01/2008 | Attend to responses to information request re LTIP motion. | Krieger, A. | 0.6 |
| 07/02/2008 | T/c J. Dolan re conference call on LTIP motion. | Krieger, A. | 0.1 |
| 07/15/2008 | Exchanged memoranda with J. Dolan re: LTIP motion (.2); t/c S. Cunningham re: same (.1). | Krieger, A. | 0.3 |
| 07/22/2008 | Memorandum to J. Dolan re LTIP motion. | Krieger, A. | 0.1 |
| 07/24/2008 | Attend to filed LTIP motion and exchanged memoranda with J. Dolan re Capstone analysis and change in treatment for CEO. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.7 | $ 650 | $ 1,105.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,105.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,105.00 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843 0022 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 07/24/2008 | Attend to motion for settlements with environmental contamination claims against Weja, Inc., other entities and exchanged memoranda with J. Baer re request for settlement agreements, related documentation (.6); memorandum to M. Berg re Weja settlement matter (.1). | Krieger, A. | 0.7 |
| 07/29/2008 | Exchanged memoranda with J. Baer re: access to Weja Settlements. | Krieger, A. | 0.2 |
| 07/30/2008 | Review motion re: Weja settlements, emails re: obtaining settlement documentation. | Berg, M. | 0.5 |
| 07/30/2008 | Exchanged memoranda with J. Baer re Weja Settlements and response deadline (.2); exchanged memoranda with M. Berg re same (.1); exchanged memoranda with W. Hatfield re Weja Settlement information (.2). | Krieger, A. | 0.5 |
| 07/31/2008 | T/c A. Krieger re: Weja settlements. | Berg, M. | 0.6 |
| 07/31/2008 | Attend to Weja motion and o/c M. Berg re same (.9); memorandum to W. Hatfield, J. Baer re conference call to discuss Settlement (.1); exchanged further memo re W. Hatfield, J. Baer, MB re conference call re Weja Settlements (.2). | Krieger, A. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Berg, Madelaine | 1.1 | $ 650 | $ 715.00 |
| Krieger, Arlene G. | 2.6 | 650 | 1,690.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,405.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 2,405.00 |
| --- | --- |

| RE | Expenses<br>699843 0024 |
| --- | --- |

# STROOCK

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

### MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 108.04 |
| Meals | 28.65 |
| Local Transportation | 337.76 |
| Long Distance Telephone | 64.28 |
| Duplicating Costs-in House | 27.50 |
| Filing Fees | 64.00 |
| O/S Information Services | 359.52 |
| Lexis/Nexis | 620.25 |
| Travel Expenses - Transportation | 292.00 |
| Westlaw | 4815.13 |

| TOTAL DISBURSEMENTS/CHARGES | $ 6,717.13 |
|---|---|

| TOTAL FOR THIS MATTER | $ 6,717.13 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1

# STROOCK

| RE | Travel - Non Working 699843  0035 |
|----|-----------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/21/2008 | Travel time to/from Wilmington DE for court hearing. | Kruger, L. | 2.8 |
| 07/22/2008 | Travel to and from Wilmington for court hearing. | Pasquale, K. | 4.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Kruger, Lewis | 2.8 | $ 945 | $ 2,646.00 |
| Pasquale, Kenneth | 4.0 | 775 | 3,100.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 5,746.00 |
|------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 5,746.00 |
|-----------------------|-----------|

# STROOCK

| RE | Plan and Disclosure Statement |
|---|---|
| | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 07/07/2008 | E-mails from and to A. Krieger re: status of filing of disclosure statement and plan. | Gutierrez, J. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Gutierrez, James S. | 0.2 | $ 490 | $ 98.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 98.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 98.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1

# STROOCK

| RE | Hearings |
|----|----------|
|    | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/07/2008 | Attend to 6/23/08 hearing transcript. | Krieger, A. | 1.4 |
| 07/15/2008 | Attend to agenda notice for 6/21/08 hearing (.2); conf call with Grace representatives re status of matters to be addressed during 6/21/08 hearing and motions to be filed (.5). | Krieger, A. | 0.7 |
| 07/17/2008 | O/c LK re 7/21/08 status conf on Debtors' objection to default interest (.1); review pleading for 7/22/08 hearing re ZAI class proof of claim argument (1.7);  o/c KP re hearing (.1). | Krieger, A. | 1.9 |
| 07/18/2008 | Attend to pleadings for 7/21 and 7/22 hearings (1.6); attend to amended agenda and memorandum to LK re same (.2). | Krieger, A. | 1.8 |
| 07/21/2008 | Attend to pleadings for today's omnibus hearing (1.5); attend (telephonically) omnibus hearing re Debtors' objection and Committee response re default interest, Canadian ZAI matters, Mian Realty matter, other (3.0); follow up o/c KP re argument on default  interest (.3); exchanged memoranda with and t/c M. Lastowski re hearing (.7). | Krieger, A. | 5.5 |
| 07/21/2008 | In court before Judge Fitzgerald re agenda issue of default interest (4.1); conf. w Andy Rosenberg preparing for court hearing (1.3); review of briefs re default interest motion (1.4). | Kruger, L. | 6.8 |
| 07/21/2008 | Omnibus court hearing (telephonic) (3.1); preparation for 7/22 court hearing re: ZAI issues (.6). | Pasquale, K. | 3.7 |
| 07/22/2008 | Attend (telephonically) hearing on ZAI Claimant's motion recognizing class representatives and filing class claim. | Krieger, A. | 2.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/22/2008 | Tc K. Pasquale re today's court hearing and subpoena for my testimony. | Kruger, L. | 0.3 |
| 07/22/2008 | Court hearing re: ZAI claims. | Pasquale, K. | 2.6 |
| 07/28/2008 | Review record for 9/15 court hearing (.3); oc w Pasquale re discovery (.2); TC w bank debt holder (.2) and OC w A. Krieger re discovery (.2). | Kruger, L. | 0.9 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 14.0 | $ 650 | $ 9,100.00 |
| Kruger, Lewis | 8.0 | 945 | 7,560.00 |
| Pasquale, Kenneth | 6.3 | 775 | 4,882.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 21,542.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 21,542.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1

# STROOCK

| RE | Employment Applications - Others<br>699843  0040 |
|----|--------------------------------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 07/18/2008 | Memorandum to J. Baer re Latham & Watkins withdrawals. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.1 | $ 650 | $ 65.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 65.00 |
|------------------------------------------|---------|

| TOTAL FOR THIS MATTER | $ 65.00 |
|-----------------------|---------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 208,960.50 |
|------------------------------------------|--------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 6,717.13 |
| TOTAL BILL | $ 215,677.63 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.