# EXHIBIT B

NY 71732509v1

**WR GRACE & CO**
**SUMMARY OF FEES**
**JULY 1, 2008 - JULY 31, 2008**

|  | **Hours** | **Rate** | **Amount** |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 31.3 | $ 945 | $ 29,578.50 |
| Pasquale, Kenneth | 24.5 | 775 | 18,987.50 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 1.1 | 650 | 715.00 |
| Cutler, Ilana | 4.7 | 395 | 1,856.50 |
| Gutierrez, James S. | 29.1 | 490 | 14,259.00 |
| Krieger, Arlene G. | 169.0 | 650 | 109,850.00 |
| Strauss, Joseph E. | 34.0 | 595 | 20,230.00 |
| | | | |
| **Paraprofessionals** | | | |
| De Pinto, Lauren M. | 5.5 | 235 | 1,292.50 |
| Dhanraj, Judy N. | 0.2 | 200 | 40.00 |
| Holzberg, Ethel H. | 13.7 | 270 | 3,699.00 |
| Mohamed, David | 48.3 | 175 | 8,452.50 |
| | | | |
| **Sub Total** | **361.4** | | **$ 208,960.50** |
| **Less 50% Travel** | **(3.4)** | | **(2,873.00)** |
| **Total** | **358.0** | | **$ 206,087.50** |

NY 71732509v1