# Navigant Consulting, Inc. Invoice
# July 2008



Navigant Consulting, Inc.
7 St. Paul Street, Suite 1210
Baltimore, MD 21202
(410) 528-4811 - Direct
(410) 528-4801 - Fax

August 27, 2008
Original Invoice Dated: August 18, 2008

Kenneth Pasquale
Stroock, Stroock & Lavan
180 Maiden Lane
New York, NY 10038

**REVISED INVOICE**

*For Expenses Incurred For*
*WR Grace Creditor's Committee*
*Feb-Apr 07, 2008*

**Professional Fees:**

  None billable at this time.

**Expenses:**

  Research -  February -April 7, 2008     $        259.90

**Total Expenses**..................................................................................................... **$259.90**

**Total Amount Due for February, March & April Expenses** ........................................... $259.90

**Outstanding Invoices:**

  Inv No.    249697           July 16, 2008                    $96.84

**Total Outstanding Invoices**................................................................................... **$96.84**

**Total Amount Due For Feb-April Expenses and Outstanding Invoices** ......................... $356.74

Navigant Consulting, Inc. Project No.: 113758              Invoice No.: 252172