**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1250
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

September 10, 2008

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #      11179

Professional Services

| Date | Init. | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/2/2008 | BSR | telephone conference with Warren Smith re W.R. Grace | 0.10 | 23.00 |
|  | BSR | telephone conference with Doreen Williams re WR Grace | 0.20 | 46.00 |
|  | WHS | telephone conference with Bobbi Ruhlander re status, assignments | 0.20 | 55.00 |
|  | BSR | telephone conference with Steve Bossay re case status and background | 0.30 | 69.00 |
|  | DTW | telephone conference with W. Smith regarding status of audit and telephone call with B. Ruhlander regarding same | 0.30 | 43.50 |
| 1/3/2008 | BSR | telephone conferences (2) with Warren Smith re case status (.1); office conference with Cherie re case status (.3) | 0.40 | 92.00 |
| 1/4/2008 | BSR | telephone conference with Warren Smith re distribution of work; telephone conference with Lisa Hamm re same | 0.10 | 23.00 |
| 1/7/2008 | JW | detailed review of Kirkland & Ellis August 2007 monthly invoice (3.9) | 3.90 | 526.50 |
| 1/8/2008 | BSR | detailed review of Bilzin Sumberg's July 2007 monthly invoice | 0.40 | 92.00 |

214 698-3868

W.R. Grace & Co. Page 2

| Date | | | Hours | Amount |
|---|---|---|---:|---:|
| 1/8/2008 | JW | detailed review of Kirkland & Ellis August 2007 monthly invoice (9.8) | 9.80 | 1,323.00 |
| | BSR | detailed review of Caplin & Drysdale's 26th interim fee application (including monthly invoices) | 0.50 | 115.00 |
| | BSR | detailed review of Bilzin's Sept. 2007 monthly invoice and 26th interim fee application | 0.30 | 69.00 |
| | BSR | detailed review of Bilzin's August 2007 monthly invoice | 0.40 | 92.00 |
| | BSR | detailed review of Beveridge & Diamond's 26th interim fee application and monthly invoices | 0.40 | 92.00 |
| | BSR | draft initial report re Beveridge & Diamond for the 26th interim period | 0.70 | 161.00 |
| | BSR | telephone conference with Cherie Rogers re information needed to prepare quarterly project chart | 0.10 | 23.00 |
| | BSR | detailed review of Capstone's 26th interim fee application and Oct. 2007 monthly invoice | 0.30 | 69.00 |
| | BSR | detailed review of Capstone's August 2007 monthly invoice | 0.40 | 92.00 |
| | BSR | detailed review of Capstone's July 2007 monthly invoice | 0.70 | 161.00 |
| | BSR | detailed review of Orrick's Aug. 2007 monthly invoice and fee summary re same | 0.30 | 69.00 |
| | BSR | research server for Orrick's 26th interim fee application; draft email to Richard Wyron re same | 0.10 | 23.00 |
| | BSR | detailed review of Orrick's July 2007 monthly invoice | 1.00 | 230.00 |
| 1/9/2008 | LMH | receive and review e-mail from B. Ruhlander confirming that no fee application cap applies to this case. | 0.10 | 13.50 |

W.R. Grace & Co.      Page 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/9/2008 | LMH | receive, review, and respond to e-mail from B. Ruhlander re: initial reports for Pachulski's and Stroock's quarterly applications for the twenty-sixth interim period. | 0.10 | 13.50 |
| | LMH | telephone conference with B. Ruhlander re: remaining initial reports for the twenty-sixth interim period. | 0.10 | 13.50 |
| | JW | detailed review of Kirkland & Ellis August 2007 monthly invoice (9.3) | 9.30 | 1,255.50 |
| | DTW | Review and revise 26th interim initial report for Beveridge (.1) | 0.10 | 14.50 |
| | BSR | draft initial report re Bilzin for the 26th interim period | 1.00 | 230.00 |
| | BSR | detailed review of Hamilton's 26th interim fee application and monthly invoices | 0.20 | 46.00 |
| | BSR | telephone conference with Lisa Hamm re WR Grace initial reports and draft email to Lisa re same (.1); determine which applications for her to review (.1) | 0.20 | 46.00 |
| | BSR | research database to determine status of applications of various professionals for the 26th interim period | 0.50 | 115.00 |
| | BSR | detailed review of Caplin & Drysdale's 26th interim fee application with monthly invoices | 1.60 | 368.00 |
| 1/10/2008 | JW | detailed review of Kirkland & Ellis August 2007 monthly invoice (6.7); draft summary of same (3.6) | 10.30 | 1,390.50 |
| | DTW | Review and revise Bilzen initial report (.1) | 0.10 | 14.50 |
| | WHS | receive and review e-mail from Jan Baer re expenses | 0.10 | 27.50 |
| | BSR | draft initial report re Caplin & Drysdale for the 26th interim period | 0.80 | 184.00 |
| | BSR | draft initial report re Bilzin for the 26th interim period (cont.) | 0.50 | 115.00 |

W.R. Grace & Co.                                                                                                          Page     4

| Date | | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/11/2008 | JW | draft summary of Kirkland & Ellis August 2007 monthly invoice (2.9) | 2.90 | 391.50 |
| | JW | detailed review of Kirkland & Ellis September 2007 monthly invoice (6.1) | 6.10 | 823.50 |
| | WHS | receive, review, and respond to e-mail from Bobbi Ruhlander re Kirkland | 0.10 | 27.50 |
| | DTW | review and revise Caplin 26th initial report (.1) | 0.10 | 14.50 |
| | BSR | detailed review of Baker's monthly invoices for July - Sept. 2007 | 1.10 | 253.00 |
| | BSR | draft e-mails to applicants regarding initial reports for the 26th interim period | 0.20 | 46.00 |
| | BSR | draft initial report re Caplin & Drysdale for the 26th interim period | 1.80 | 414.00 |
| | BSR | detailed review of Anderson Kill & Olick's 26th interim fee application and monthly invoices | 0.30 | 69.00 |
| | BSR | draft initial report re Anderson Kill & Olick for the 26th interim period | 0.30 | 69.00 |
| | BSR | detailed review of David Austern's 26th interim fee application and monthly invoices | 0.20 | 46.00 |
| | BSR | draft initial report re Baker Donelson for the 26th interim period | 1.70 | 391.00 |
| | BSR | detailed review of Buchanan's 26th interim fee application and monthly invoices | 0.50 | 115.00 |
| | BSR | telephone conference with Warren Smith re status of application review; telephone conference with Steve Bossay re issues in 26th interim fee applications | 0.10 | 23.00 |
| 1/12/2008 | BSR | detailed review of LAS' 26th interim fee application and monthly invoices | 0.30 | 69.00 |

W.R. Grace & Co.                                                                                                                Page     5

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/12/2008 | BSR | detailed review of Latham & Watkins' August 2007 monthly invoice; check status of firm's July and Sept 2007 invoices and quarterly fee application | 0.10 | 23.00 |
|  | JW | detailed review of Kirkland & Ellis September 2007 monthly invoice (2.7) | 2.70 | 364.50 |
|  | BSR | detailed review of Casner's 26th interim fee application and monthly invoices | 0.40 | 92.00 |
|  | BSR | receive and review Charter Oak's retention application and order | 0.20 | 46.00 |
|  | BSR | detailed review of Charter Oak's quarterly application for the 26th period as well as monthly invoices for same | 0.30 | 69.00 |
|  | BSR | detailed review of Day Pitney's 26th interim fee application and monthly invoices | 0.40 | 92.00 |
|  | BSR | draft initial report re Day Pitney for the 26th interim period | 0.30 | 69.00 |
|  | BSR | detailed review of Deloitte's April and June 2007 monthly invoices; check status of filing of quarterly fee application | 0.20 | 46.00 |
|  | BSR | detailed review of Foley Hoag's 26th interim fee application and monthly invoices | 0.30 | 69.00 |
|  | BSR | draft initial report re Ogilvy Renault for the 26th interim period | 0.30 | 69.00 |
|  | BSR | detailed review of Ogilvy Renault's 26th interim fee application and monthly invoices (.7); research prior Ogilvy invoices to determine purpose of current database maintenance charges (.6) | 1.30 | 299.00 |
|  | BSR | research database to determine status of missing monthly invoices and interim applications of various applicants | 0.40 | 92.00 |
| 1/14/2008 | DTW | Review and revise 26th interim initial reports for AKO, Baker, Day Pitney and Ogilvie (.3) | 0.30 | 43.50 |
|  | BSR | draft initial report re Reed Smith for the 26th interim period | 0.70 | 161.00 |

W.R. Grace & Co.      Page 6

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/14/2008 | BSR | detailed review of Reed Smith's Sept. 2007 monthly invoice | 0.40 | 92.00 |
| | BSR | telephone conference with Mark Zumbach of Lexecon concerning status of their monthly invoices and quarterly fee application for the 26th period; brief review of file; draft email to Cherie Rogers inquiring as to prior quarterly fee applications and status of review of same | 0.20 | 46.00 |
| | JW | detailed review of Kirkland & Ellis September 2007 monthly invoice (9.2) | 9.20 | 1,242.00 |
| | BSR | detailed review of Reed Smith's July and August 2007 monthly invoices | 0.70 | 161.00 |
| 1/15/2008 | BSR | draft (continued) Reed Smith inital report for the 26th interim period | 0.40 | 92.00 |
| | JW | detailed review of Kirkland & Ellis September 2007 monthly invoice (5.9); draft summary of same (3.1) | 9.00 | 1,215.00 |
| 1/16/2008 | JW | draft summary of K&E September 2007 monthly invoice (1.2) | 1.20 | 162.00 |
| | BSR | telephone conference with Cherie Rogers re emailing initial reports for the 26th interim period | 0.10 | 23.00 |
| | BSR | detailed review of Orrick's Sept. 2007 monthly invoice and 26th interim fee application (including copies of several hundred expense receipts provided by Orrick) | 2.40 | 552.00 |
| | BSR | draft initial report re Orrick for the 26th interim period | 2.20 | 506.00 |
| | BSR | detailed review of Kirkland & Ellis's expenses for July through September 2007 | 1.60 | 368.00 |
| 1/17/2008 | BSR | telephone conference with Warren Smith re handling of various expense issues in Kirkland & Ellis' fee applications | 0.10 | 23.00 |
| | BSR | detailed review of Kirkland & Ellis' 26th interim fee application and monthly invoices (including review and edit of fee summaries re same for inclusion in initial report) | 6.40 | 1,472.00 |

W.R. Grace & Co. Page   7

| | | | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 1/17/2008 | BSR | draft initial report re Kirland & Ellis for the 26th interim period | 1.50 | 345.00 |
| | DTW | detailed review and revision of Orrick 26th Int. initial report | 0.10 | 14.50 |
| | BSR | review past initial and final reports re Kirkland & Ellis | 0.80 | 184.00 |
| 1/18/2008 | BSR | detailed review of Nelson's monthly invoices for July through Sept. 2007 | 0.10 | 23.00 |
| | WHS | receive and review agenda | 0.10 | 27.50 |
| | DTW | detailed review of and revisions to K&E and Towers initial reports for the 26th period (.2) | 0.20 | 29.00 |
| | BSR | detailed review of PwC's August and September 2007 monthly invoices | 0.60 | 138.00 |
| | BSR | detailed review of Phillips' 26th interim fee application and monthly invoices | 0.80 | 184.00 |
| | BSR | detailed review of Steptoe's monthly invoices for July through Sept. 2007; check database to determine status of firm's quarterly fee application | 0.10 | 23.00 |
| | BSR | detailed review of Sullivan's monthly invoices for July through Sept. 2007; search database for status of quarterly fee application | 0.20 | 46.00 |
| | BSR | draft initial report re Piper Jaffray for the 26th interim period | 0.30 | 69.00 |
| | BSR | receive and review Piper Jaffray's engagement letter | 0.20 | 46.00 |
| | BSR | detailed review of Piper Jaffray's 26th interim fee application and monthly invoices | 0.20 | 46.00 |
| | BSR | draft initial report re Towers Perrin for the 26th interim period | 0.90 | 207.00 |

W.R. Grace & Co.                                                                                                                            Page     8

|            |     |                                                                                                                                                           | **Hours** | **Amount** |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 1/18/2008  | BSR | detailed review of Woodcock's 26th interim fee application and monthly invoices                                                                           | 0.20      | 46.00      |
|            | BSR | draft initial report re Kirkland & Ellis for the 26th interim period                                                                                      | 2.30      | 529.00     |
| 1/20/2008  | LMH | detailed review of Ferry Joseph's July 2007 application.                                                                                                  | 0.50      | 67.50      |
|            | LMH | detailed review of Stroock's July 2007 application.                                                                                                       | 1.00      | 135.00     |
|            | LMH | detailed review of Ferry Joseph's August 2007 application.                                                                                                | 0.40      | 54.00      |
| 1/21/2008  | LMH | detailed review of Stroock's September 2007 application.                                                                                                  | 0.40      | 54.00      |
|            | LMH | detailed review of Stroock's August 2007 application.                                                                                                     | 0.60      | 81.00      |
|            | WHS | receive and review certification                                                                                                                          | 0.10      | 27.50      |
|            | BSR | review of initial and final reports for previous period to determine Forman Perry's response on the issue of excess time spent on fee application matters | 0.20      | 46.00      |
|            | BSR | telephone conference with Cherie Rogers concerning checking for Forman Perry's response on the issue of fee application preparation time for the previous period | 0.10 | 23.00 |
|            | BSR | telephone conference with Steve Bossay re various applicant issues                                                                                        | 0.20      | 46.00      |
|            | BSR | detailed review of Perkins Coie's monthly invoices for September, November, and December 2006, and March 2007, as well as order allowing Perkins (an OCP) to file for fees in excess of its $50k cap | 1.00 | 230.00 |
|            | BSR | draft initial report re Perkins Coie for the 26th interim period                                                                                          | 1.00      | 230.00     |

W.R. Grace & Co.          Page 9

| Date | Atty | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/21/2008 | BSR | research regarding status of Forman Perry's quarterly application for the 26th interim period; left voice mail message for Marcy Croft inquiring as to same | 0.20 | 46.00 |
| 1/22/2008 | BSR | draft e-mail to Alexa Parnell concerning review of initial reports; telephone conference with Cherie Rogers re same | 0.10 | 23.00 |
| | LMH | draft e-mail to B. Ruhlander re: expert retention order. | 0.10 | 13.50 |
| | LMH | telephone conference with B. Ruhlander re: various reviewing issues. | 0.30 | 40.50 |
| | LMH | receive and review e-mail from B. Ruhlander re: expert retention order. | 0.10 | 13.50 |
| | BSR | telephone conference with Lisa Hamm re issues arising in the fee applications she is reviewing for the 26th interim period | 0.30 | 69.00 |
| | LMH | draft initial report for Stroock's quarterly application for the twenty-sixth interim period. | 1.40 | 189.00 |
| | DTW | detailed review and revisions of Piper Jafferey initial report for the 26th interim, same re: Perkins initial report for the 26th interim | 0.20 | 29.00 |
| 1/23/2008 | BSR | receive and review draft initial report re Stroock for the 26th interim period prepared by L. Hamm (.6); telephone conference with Lisa re revisions to same (.1) | 0.70 | 161.00 |
| | LMH | Additions to draft initial report for Stroock's quarterly application for the twenty-sixth interim period. | 1.00 | 135.00 |
| | LMH | draft e-mail to B. Ruhlander re: expert retention order. | 0.20 | 27.00 |
| 1/24/2008 | LMH | detailed review of Ferry Joseph's September 2007 application. | 0.30 | 40.50 |
| | LMH | detailed review of Ferry Joseph's quarterly application for the twenty-sixth interim period, and draft e-mail to B. Ruhlander re: same. | 0.40 | 54.00 |
| | LMH | detailed review of BMC's July 2007 application. | 0.80 | 108.00 |

W.R. Grace & Co. Page 10

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 1/24/2008 | LMH | receive and review e-mail from B. Ruhlander re: initial report for Ferry Joseph's quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
| | LMH | detailed review of BMC's August 2007 application. | 0.30 | 40.50 |
| | BSR | receive, review, and respond to email from Lisa Hamm re preparation of initial report for Ferry Joseph for the 26th interim period | 0.10 | 23.00 |
| | BSR | receive, review, and respond to Cherie concerning application filed by CSX for administrative expenses | 0.10 | 23.00 |
| 1/25/2008 | LMH | detailed review of Richardson Patrick's quarterly application for the twenty-sixth interim period, and draft e-mail to B. Ruhlander re: same. | 0.10 | 13.50 |
| | LMH | detailed review of Richardson Patrick's September 2007 application. | 0.10 | 13.50 |
| | LMH | research regarding why no fee detail was attached to any of Kramer Levin's monthly applications for the twenty-sixth interim period, and draft e-mail to J. Allgood re: same. | 0.20 | 27.00 |
| | LMH | detailed review of Richardson Patrick's August 2007 application. | 0.10 | 13.50 |
| | LMH | detailed review of Richardson Patrick's July 2007 application. | 0.10 | 13.50 |
| | LMH | detailed review of Kramer's quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
| | LMH | receive and review e-mail from B. Ruhlander re: potential fee and expense issues in Duane Morris' quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
| | LMH | receive and review e-mail from B. Ruhlander re: issues to raise in an initial report for Campbell's quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
| | LMH | Multiple telephone conferences with J. Allgood re: CD/DVD duplication expenses in Campbell's quarterly application for the twenty-sixth interim period. | 0.20 | 27.00 |

W.R. Grace & Co. Page 11

| | | | Hours | Amount |
|---|---|---|---:|---:|
| 1/25/2008 | LMH | draft notes on issues for Campbell's twenty-sixth interim period application, and draft e-mail to B. Ruhlander re: same. | 0.70 | 94.50 |
| | WHS | receive and review response of Day Pitney | 0.10 | 27.50 |
| | LMH | detailed review of Duane Morris' July 2007 application. | 0.20 | 27.00 |
| | LMH | detailed review of Kramer's August 2007 application. | 0.10 | 13.50 |
| | LMH | detailed review of Kramer's July 2007 application. | 0.10 | 13.50 |
| | LMH | draft notes on issues in Duane Morris' applications for the twenty-sixth interim period and draft e-mail to B. Ruhlander re: same. | 0.40 | 54.00 |
| | LMH | detailed review of Duane Morris' September 2007 application. | 0.20 | 27.00 |
| | LMH | detailed review of Duane Morris' August 2007 application. | 0.10 | 13.50 |
| | LMH | detailed review of Campbell's quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
| | LMH | detailed review of Campbell's September 2007 application. | 0.50 | 67.50 |
| | LMH | detailed review of Campbell & Levine's August 2007 application. | 0.50 | 67.50 |
| | LMH | detailed review of Campbell & Levine's July 2007 application. | 0.50 | 67.50 |
| | BSR | receive, review, and respond to emails from Lisa Hamm regarding applications she has reviewed for the 26th interim period | 0.20 | 46.00 |
| | LMH | detailed review of Kramer's September 2007 application. | 0.10 | 13.50 |

W.R. Grace & Co.                                                                                                                                Page    12

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/27/2008 | LMH | detailed review of Pachulski's August 2007 application. | 0.50 | 67.50 |
| | LMH | detailed review of BMC's September 2007 application. | 0.60 | 81.00 |
| | LMH | detailed review of Pachulski's September 2007 application. | 0.30 | 40.50 |
| | LMH | detailed review of BMC's August 2007 application. | 1.10 | 148.50 |
| | LMH | detailed review of Pachulski's July 2007 application. | 0.50 | 67.50 |
| 1/28/2008 | LMH | draft notes for potentially objectionable fee and expense entries from BMC's filings in the twenty-sixth interim period, and draft e-mail to B. Ruhlander re: same. | 0.90 | 121.50 |
| | BSR | research server and database for status of applications filed by various applicants (.1); draft email to Tony Scoles of Deloitte inquiring as to status of Deloitte's quarterly application for the 26th interim period (.1) | 0.20 | 46.00 |
| | BSR | draft final report re Ogilvy for the 26th interim period | 0.40 | 92.00 |
| | LMH | draft notes on potentially objectionable fees and expenses from Pachulski's twenty-sixth interim period filings, and draft e-mail to B. Ruhlander re: same. | 0.40 | 54.00 |
| | LMH | detailed review of historical documents to determine status of Kramer's requirement to provide fee detail in its applications. | 0.60 | 81.00 |
| | BSR | detailed review of Asbestos Claimants' Committee expense application for the 26th interim period | 0.10 | 23.00 |
| | BSR | detailed review (continued) of Forman Perry's July 2007 monthly invoice | 0.30 | 69.00 |
| | BSR | receive and review Ogilvy's response to initial report for the 26th interim period | 0.10 | 23.00 |

W.R. Grace & Co. Page 13

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/28/2008 | DTW | detailed review and revision of 26th interim initial reports for Campbell and Ferry Joseph (.2) | 0.20 | 29.00 |
| | BSR | receive, review, and respond to email information from Lisa Hamm re BMS expenses for 26th interim period | 0.20 | 46.00 |
| | BSR | receive, review, and respond to Lisa Hamm concerning email information she sent re issues with Pachulski 26th application | 0.10 | 23.00 |
| | BSR | telephone conference with Towers Perrin re issues raised in initial report for the 26th interim period | 0.10 | 23.00 |
| | BSR | receive and review draft initial report re Ferry Joseph for the 26th period prepared by Lisa Hamm; revise same and forward to Doreen | 0.20 | 46.00 |
| | BSR | receive and review draft initial report re Campbell & Levine prepared by Lisa Hamm (.1); revise same and forward to Doreen (.1) | 0.20 | 46.00 |
| | LMH | receive and review e-mail from B. Ruhlander re: parameters for initial report for Pachulski's quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
| | LMH | receive, review, and respond to e-mail from J. Allgood re: Kramer's fee applications with no fee detail attached. | 0.10 | 13.50 |
| | LMH | draft initial report for Campbell's quarterly application for the twenty-sixth interim period. | 0.40 | 54.00 |
| | LMH | draft initial report for Ferry Joseph's quarterly application for the twenty-sixth interim period. | 0.30 | 40.50 |
| | LMH | receive and review e-mail from B. Ruhlander re: draft initial report for Campbell's twenty-sixth interim period application. | 0.10 | 13.50 |
| | LMH | detailed review of Pachulski's quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
| | LMH | draft e-mail to B. Ruhlander re: lack of fee detail in Kramer's fee applications. | 0.10 | 13.50 |
| | LMH | telephone conference with S. Bossay re: Kramer's fee applications and lack of any fee detail. | 0.10 | 13.50 |

W.R. Grace & Co.                                                                                                    Page    14

|            |     |                                                                                                                                      | **Hours** | **Amount** |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 1/28/2008  | LMH | draft e-mail to L. Cotto, Kramer Levin, re: missing fee detail for the twenty-sixth interim period.                                  | 0.10      | 13.50      |
|            | LMH | receive and review e-mail from B. Ruhlander re: parameters for initial report for BMC's quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
| 1/29/2008  | LMH | draft initial report for BMC's quarterly application for the twenty-sixth interim period.                                            | 0.60      | 81.00      |
|            | LMH | draft initial report for Pachulski's quarterly application for the twenty-sixth interim perod.                                       | 0.30      | 40.50      |
|            | LMH | receive, review, and respond to e-mail from B. Ruhlander re: initial report status.                                                  | 0.10      | 13.50      |
|            | LMH | receive and review e-mail from B. Ruhlander re: draft initial report for Pachulski's quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
|            | LMH | receive, review, and respond to e-mail from B. Ruhlander re: Kramer's lack of fee detail in any of its monthly invoices for the twenty-sixth interim period. | 0.10 | 13.50 |
|            | BSR | telephone conference with Jeff Allgood re final report deadlines for the 26th period                                                 | 0.10      | 23.00      |
|            | BSR | draft e-mails to various applicants inquiring as to status of quarterly and monthly filings for the 26th period                      | 0.50      | 115.00     |
|            | BSR | draft e-mail to Lisa Hamm checking status of initial reports; respond to email from Lisa re issues with Kramer's application         | 0.10      | 23.00      |
|            | BSR | receive and review Fee Auditor Retention Order and Amended Administrative Order for Professionals                                    | 0.20      | 46.00      |
|            | BSR | receive, review, and respond to two emails from Yaprak Soysal of Smith Katzenstein concerning due dates for fee applications and forward fee auditor orders | 0.30 | 69.00 |
|            | BSR | receive and review draft initial report re Pachulski (26th) and revise same (.2); review draft initial report re BMC (26th) and revise same (.2) | 0.40 | 92.00 |
|            | BSR | draft e-mails (multiple) to Cherie Rogers re missing PwC fee applications                                                            | 0.20      | 46.00      |

W.R. Grace & Co.                                                                                                   Page    15

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 1/29/2008 | LMH | receive and review e-mail from B. Ruhlander re: draft initial report for BMC's quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
| 1/30/2008 | LMH | receive and review e-mail from B. Ruhlander re: status of Kramer's requested fee application detail. | 0.10 | 13.50 |
|  | DTW | detailed review and revisions of 26th interim initial report for Pachulski and BMC (.2) | 0.20 | 29.00 |
|  | WHS | receive and review e-mail from Janet Baer re fee apps | 0.10 | 27.50 |
|  | LMH | telephone conference with V. Rodriguez, Kramer, re: status of requested fee detail, and draft e-mail to B. Ruhlander re: same. | 0.40 | 54.00 |
| 1/31/2008 | BSR | receive and review Steptoe's quarterly fee application for the 26th interim period | 0.10 | 23.00 |

**For professional services rendered**                                                              **141.60  $24,338.00**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 53.60 | 230.00 | $12,328.00 |
| Doreen Williams | 1.80 | 145.00 | $261.00 |
| James Wehrmann | 64.40 | 135.00 | $8,694.00 |
| Lisa M Hamm | 21.00 | 135.00 | $2,835.00 |
| Warren H Smith | 0.80 | 275.00 | $220.00 |