**EXHIBIT A**

Professional services rendered  APRIL 2008: Tax Litigation Issue

Professional services rendered through: April 30, 2008

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/14/08 | M.D. Lerner | Discuss outline for IRS with S. Teplinsky. | 0.10 |
| 04/23/08 | S.B. Teplinsky | Draft outline re IRS presentation. | 2.00 |
| 04/25/08 | S.B. Teplinsky | Draft outline re IRS presentation. | 2.00 |
| 04/29/08 | M.J. Silverman | Consider SRLY analysis for IRS presentation. | 1.00 |
| 04/30/08 | M.J. Silverman | Review SRLY analysis. | 1.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 2.50 | 895.00 | 2,237.50 |
| M.D. Lerner | 0.10 | 700.00 | 70.00 |
| S.B. Teplinsky | 4.00 | 700.00 | 2,800.00 |
| Total | 6.60 | | 5,107.50 |

Total Fees     $5,107.50

**EXHIBIT A**

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma: 603794

Professional services rendered through: April 30, 2008: Tax Reorganization Issue (Review of all tax issues that might be relevant as company emerges from bankruptcy)

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 04/07/08 | A.E. Moran | Research issue on withholding on annuity cashouts. | 1.50 |
| 04/07/08 | A.E. Moran | Write up notes on withholding on annuities. | 0.50 |
| 04/07/08 | A.E. Moran | Telephone conference with C. Finke on withholding. | 0.40 |
| 04/07/08 | M.D. Lerner | Call with Ms. Finke re 382 loss carryforward issues. | 0.30 |
| 04/07/08 | M.J. Silverman | Review 382 materials and bankruptcy issues affecting loss carry forwards. | 1.00 |
| 04/08/08 | M.D. Lerner | Read materials re section 382. | 0.30 |
| 04/09/08 | M.D. Lerner | Meet with Mr. Silverman re section 382. | 0.80 |
| 04/09/08 | M.D. Lerner | Prepare for and make call to Ms. Finke re section 382. | 0.80 |
| 04/09/08 | M.J. Silverman | Meet with Mr. Lerner re section 382. | 0.80 |
| 04/09/08 | M.J. Silverman | Research and review 382 issues. | 0.90 |
| 04/09/08 | M.J. Silverman | Call with Ms. Finke re 382 issues. | 0.80 |
| 04/10/08 | M.D. Lerner | Work on 382 questions from client. | 0.10 |
| 04/11/08 | A.E. Moran | Work on quarterly bill. | 1.30 |
| 04/11/08 | M.D. Lerner | Consider 382 issues to discuss with Mr. Williams. | 0.40 |
| 04/14/08 | S.T. Williams | Research regarding how warrants and stock pledges are treated under section 382 of the Internal Revenue Code. | 1.50 |
| 04/15/08 | S.T. Williams | Research regarding how warrants and stock pledges are treated under section 382 of the Internal Revenue Code. | 8.50 |
| 04/16/08 | S.T. Williams | Draft memo on how warrants and stock pledges are treated under section 382 of the Internal Revenue Code. | 9.80 |
| 04/17/08 | A.E. Moran | Review of billing issues. | 0.50 |
| 04/17/08 | S.T. Williams | Draft memo on how warrants and stock pledges are treated under section 382 of the Internal Revenue Code. | 7.50 |
| 04/18/08 | S.T. Williams | Answer question from M. Lerner regarding memo on how warrants and stock pledges are treated under section 382 of the Internal Revenue Code. | 0.50 |
| 04/21/08 | M.D. Lerner | Read memo re 382 option rules. | 0.20 |

6

| Date | Name | Description | Hours |
|---|---|---|---|
| 04/22/08 | A.E. Moran | Work on updates for bankruptcy. | 0.50 |
| 04/22/08 | M.J. Silverman | Review memo on loss carry forwarrds. | 1.50 |
| 04/23/08 | M.J. Silverman | Redraft and review 382 memo. | 0.50 |
| 04/30/08 | A.E. Moran | Check on billing filings for January-March. | 0.60 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 5.50 | 895.00 | 4,922.50 |
| M.D. Lerner | 2.90 | 700.00 | 2,030.00 |
| A.E. Moran | 5.30 | 570.00 | 3,021.00 |
| S.T. Williams | 27.80 | 315.00 | 8,757.00 |
| Total | 41.50 | | 18,730.50 |

Total Fees     $18,730.50

Disbursements Tax Litigation & Tax Reorganization:

Duplicating     2.30

7