```
STEPTOE & JOHNSON LLP                              EXHIBIT B
Detail Cost Report
Proforma:  624638
```

NOTE: *Highlighted numbers in 5th column show total number of pages copied. Application charges .10 per page, not the .15 per page shown in this report. Total number of pages is 23.*

*012046.00003 TAX LITIGATION AUDIT ISSUE*

```
Cost                Timekeeper
Code       Date     Number   Name                      Quantity   Rate    Amount
=================================================================================
LASR       04/02/08 00206    Moran, Anne E.               1.00    0.15     0.15
  LASR     04/02/08 00206    Moran, Anne E.               1.00    0.20     0.20
PC/Network Printing

PC LASER   1 Pages Wieczorek, JoAnn

Report Total:                                                              0.15
```

*012046.00004 TAX REORGANIZATION ISSUE*

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  624639


Cost                Timekeeper
Code       Date     Number   Name                      Quantity   Rate    Amount
=================================================================================
LASR       04/11/08 00206    Moran, Anne E.              11.00    0.15     1.65
  LASR     04/11/08 00206    Moran, Anne E.              11.00    0.20     2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR       04/11/08 00206    Moran, Anne E.               8.00    0.15     1.20
  LASR     04/11/08 00206    Moran, Anne E.               8.00    0.20     1.60
PC/Network Printing

PC LASER   8 Pages Ward, Brenda
LASR       04/11/08 00206    Moran, Anne E.               2.00    0.15     0.30
  LASR     04/11/08 00206    Moran, Anne E.               2.00    0.20     0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda
LASR       04/11/08 00206    Moran, Anne E.               1.00    0.15     0.15
  LASR     04/11/08 00206    Moran, Anne E.               1.00    0.20     0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       04/11/08 Total:                                                 3.30
```