IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARIZED INTERIM FEE APPLICATION OF STEPTOE & JOHNSON LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE MONTHLY INTERIM PERIOD FROM MAY 1- MAY 31, 2008 THE QUARTER OF APRIL –JUNE 2008**

---

Name of Applicant: **Steptoe & Johnson LLP**

Authorized to Provide Professional Services to: **W.R. Grace & Co. et al. Debtors and Debtors in Possession**

Date of Retention: **Order entered January 28, 2002 effective as of July 1, 2001**

Period for Which Compensation and Reimbursement is Sought: **May 1, 2008 to May 31, 2008**

Objection Deadline: **October 15, 2008**

Total Amount of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$56,329.50**

Total Expense Reimbursement Sought as Actual, Reasonable and Necessary for Applicable Period: **$387.42**

80% of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$45,063.60**

Total Amount of Holdback Fees Sought for Applicable Period: **$11,265.90**

---

This is a **X** monthly **X** interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 3 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $1,710.00

This application is the 76th application for interim compensation of services filed by S&J. A history of the applications follows:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 03/29/02 | 07/01/01 – 07/31/01 | $57,542.50 | $3,135.22 | $46,034.00 | $3,032.12 | $10,574.62 |
| 03/29/02 | 09/01/01 – 09/30/01 | $75,710.50 | $4,130.52 | $60,568.40 | $4,077.17 | $15,142.10 |
| 03/29/02 | 11/01/01 – 11/30/01 | $28,941.00 | $ 638.26 | $23,152.80 | $ 627.16 | $ 5,788.20 |
| 03/29/02 | 12/01/01 – 12/31/01 | $ 3,275.00 | $ 9.77 | $ 2,620.00 | $ 8.72 | $ 655.80 |
| 05/09/02 | 10/01/01 – 10/31/01 | $36,497.00 | $ 330.84 | $29,197.60 | $ 330.84 | $ 7,299.40 |
| 05/09/02 | 01/01/02 – 01/31/02 | $29,944.00 | $3,162.92 | $18,102.70 | $3,162.92 | $ 5,988.80 |
| 05/09/02 | 02/01/02 – 02/28/02 | $38,747.50 | $4,709.66 | $14,830.50 | $2,849.66 | $ 7,749.50 |
| 05/09/02 | 03/01/02 – 03/31/02 | $25,718.50 | $ 401.90 | $20,574.50 | $ 401.90 | $ 5,143.70 |
| 08/26/02 | 04/01/02 – 04/30/02 | $19,519.40 | $ 198.24 | $15,615.20 | $ 198.24 | $ 3,903.80 |
| 08/26/02 | 05/01/02 – 05/31/02 | $57,288.00 | $4,600.88 | $45,840.40 | $4,600.88 | $11,457.60 |
| 08/23/02 | 06/01/02 – 06/30/02 | $32,015.00 | $2,634.28 | $25,612.00 | $2.634.28 | $ 6,403.00 |
| 11/21/02 | 07/01/02 - 07/31/02 | $15,366.00 | $5,138.86 | $12,292.80 | $5,138.86 | $ 3,073.20 |
| 11/21/02 | 08/01/02 - 08/31/02 | $14,951.00 | $ 135.85 | $11,960.80 | $ 135.85 | $ 2,990.20 |
| 11/21/02 | 09/01/02 - 09/30/02 | $22,133.00 | $ 141.59 | $17,706.40 | $ 141.96 | $ 4,426.60 |
| 03/04/03 | 10/01/02 - 10/31/02 | $19,208.00 | $ 207.40 | $15,366.40 | $ 207.40 | $ 3,841.60 |
| 03/04/03 | 11/01/02 - 11/30/02 | $30,075.00 | $ 895.26 | $24,060.00 | $ 895.26 | $ 6,015.00 |
| 03/04/03 | 12/01/02 - 12/31/02 | $18,304.50 | $ 279.68 | $14,643.60 | $ 279.68 | $ 3,660.90 |
| 08/09/03 | 01/01/03 - 01/31/03 | $ 3,566.50 | $ 78.40 | $ 2,853.20 | $ 78.40 | $ 2,853.20 |
| 08/09/03 | 02/01/03 - 02/28/03 | $25,685.00 | $ 62.59 | $20,548.00 | $ 62.59 | $ 5,137.00 |
| 08/09/03 | 03/01/03 - 03/31/03 | $49,493.00 | $2,681.28 | $39,594.40 | $2,681.28 | $ 9,898.60 |
| 10/06/03 | 04/01/03 - 04/30/03 | $55,499.50 | $3,369.95 | $43,339.60 | $3,369.95 | $11,099.90 |
| 10/06/03 | 05/01/03 - 05/31/03 | $ 6,046.50 | $ 120.80 | $ 4,837.20 | $ 120.80 | $ 1,209.30 |
| 10/06/03 | 06/01/03 - 06/31/03 | $ 4,619.50 | $ 15.14 | $ 3,695.60 | $ 15.14 | $ 923.90 |
| 1/23/04 | 07/01/03 - 07/07/03 | $ 2,781.50 | $ 66.32 | $ 2,225.20 | $ 66.32 | $ 556.30 |
| 1/23/04 | 08/01/03 - 08/31/03 | $ 2,773.50 | $ 11.58 | $ 2,218.80 | $ 11.58 | $ 554.70 |
| 1/23/04 | 09/01/03 - 09/30/03 | $14,415.00 | $ 169.29 | $11,532.00 | $ 169.29 | $ 2,883.00 |
| 2/25/04 | 10/01/03 - 10/31/03 | $ 1,827.50 | $ 32.28 | $ 1,462.00 | $ 32.28 | $ 365.50 |
| 2/25/04 | 11/01/03 - 11/30/03 | $ 3,002.00 | $ 28.33 | $ 2,401.60 | $ 28.33 | $ 600.40 |
| 2/25/04 | 12/01/03 - 12/31/03 | $11,850.00 | $ 32.70 | $ 9,480.00 | $ 32.70 | $ 2,370.00 |
| 6/14/04 | 01/01/04 - 01/31/04 | $ 1,827.00 | $ 29.33 | $ 1,461.60 | $ 29.33 | $ 365.40 |
| 6/14/04 | 02/01/04 - 02/29/04 | $ 5,774.50 | $ 70.80 | $ 4,619.60 | $ 70.80 | $ 1,154.90 |
| 6/14/04 | 03/01/04 - 03/31/04 | $ 3,697.58 | $ 35.08 | $ 2,938.06 | $ 35.08 | $ 739.52 |
| 9/17/04 | 04/01/04 - 04/30/04 | $ 2,433.50 | $ 9.59 | $ 1,946.80 | $ 9.59 | $ 486.70 |
| 9/17/04 | 05/01/04 - 05/31/04 | $ 8,038.00 | $ 23.30 | $ 6,430.40 | $ 23.30 | $ 1,607.60 |
| 9/17/04 | 06/01/04 - 06/30/04 | $32,636.000 | $2,581.55 | $26,108.80 | $2,581.55 | $ 6,527.20 |
| 11/19/04 | 07/01/04 - 07/31/04 | $14,710.50 | $1,557.11 | $11,768.40 | $1,557.11 | $ 2,942.10 |
| 11/19/04 | 09/01/04 - 09/30/04 | $ 2,973.50 | $ 81.64 | $ 2,378.80 | $ 81.64 | $ 594.70 |
| 2/25/05 | 10/01/04 - 10/31/04 | $ 5,498.00 | $ 67.21 | $ 4,398.40 | $ 67.21 | $ 1,099.60 |
| 2/25/05 | 11/01/04 - 11/30/04 | $54,782.00 | $ 455.69 | $43,825.60 | $ 455.69 | $10,956.40 |
| 2/25/05 | 12/01/04 - 12/31/04 | $ 798.00 | $1,420.25 | $ 638.40 | $1,420.25 | $ 159.60 |
| 6/07/05 | 02/01/05 - 02/28/05 | $ 3,277.50 | $ 46.91 | $ 2,622.00 | $ 46.91 | $ 655.50 |
| 11/05/05 | 05/01/05 - 05/31/05 | $ 1,472.50 | $ 17.85 | $ 1,178.50 | $ 17.85 | $ 294.50 |
| 11/14/05 | 08/01/05 - 08/31/05 | $ 4,567.00 | $ 38.27 | $ 3,653.60 | $ 38.27 | $ 913.40 |
| 11/14/05 | 09/01/05 - 09/31/05 | $18,503.00 | $ 175.04 | $14,802.40 | $ 175.04 | $ 3,700.60 |
| 3/31/06 | .10/01/05 - 10/31/05 | $ 1,306.50 | $ 4.02 | $ 1,045.20 | $ 4.02 | $ 261.30 |

2

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/31/06 | 11/01/05 - 11/30/05 | $ 3,378.00 | $ 24.45 | $ 2,702.40 | $ 24.45 | $ 675.60 |
| 3/31/06 | 12/01/05 - 12/31/05 | $ 8,456.50 | $ 73.62 | $ 6,765.20 | $ 73.62 | $ 1,691.30 |
| 5/23/06 | 01/01/06 – 01/31/06 | $ 39,042.00 | $9,134.32 | $31,233.00 | $9,134.32 | $ 7,808.40 |
| 5/23/06 | 02/01/06 – 02/28/06 | $62,377.00 | $ 142.09 | $49,901.60 | $ 142.09 | $12,475.40 |
| 5/23/06 | 03/01/06 – 03/31/06 | $20,321.00 | $ 85.95 | $16,256.00 | $ 85.95 | $ 4,064.20 |
| 9/12/06 | 04/01/06 - 04/30/06 | $67,143.00 | $ 751.36 | $53,714.40 | $ 751.36 | $13,428.60 |
| 9/12/06 | 05/01/06 – 05/31/06 | $79,523.50 | $ 366.70 | $63,618.80 | $ 366.70 | $15,904.70 |
| 9/12/06 | 06/01/06 – 06/30/06 | $11,149.50 | $ 24.17 | $ 8,919.60 | $ 24.17 | $ 2,229.90 |
| 12/04/06 | 07/01/06 – 07/31/06 | $15,602.50 | $ 88.56 | $12,482.00 | $ 88.56 | $ 3,120.50 |
| 12/04/06 | 08/01/06 – 08/31/06 | $20,218.00 | $ 66.58 | $16,174.40 | $ 66.58 | $ 4,043.60 |
| 12/04/06 | 09/01/06 – 09/30/06 | $31,624.00 | $ 16.50 | $25,299.20 | $ 16.50 | $ 6,324.80 |
| 03/02/07 | 10/01/06 – 10/31/06 | $17,852.00 | $ 45.97 | $14.281.60 | $ 45.97 | $ 3,570.40 |
| 03/02/07 | 11/01/06 - 11/30/06 | $ 891.00 | $ 26.70 | $ 712.80 | $ 26.70 | $ 178.20 |
| 03/02/07 | 12/01/06 – 12/31/06 | $32,354.50 | $ 42.09 | $25,883.60 | $ 42.09 | $ 6,470.90 |
| 05/31/07 | 01/01/07 - 01/31/07 | $45,021.50 | $ 28.09 | $36,017.20 | $ 28.09 | $ 9004.30 |
| 05/31/07 | 02/01/07 - 02/28/07 | $71,630.00 | $ 783.33 | $57,304.00 | $ 783.33 | $14,326.00 |
| 05/31/07 | 03/01/07 – 03/31/07 | $43,373.00 | $ 48.07 | $34,698.40 | $ 48.07 | $ 8,674.60 |
| 08/07/07 | 04/01/07 - 04/31/07 | $36,927.50 | $ 102.40 | $29,542.00 | $ 102.40 | $ 7,385.50 |
| 08/07/07 | 05/01/07 – 05/31/07 | $41,712.00 | $ 127.45 | $33,369.60 | $ 127.45 | $ 8,342.40 |
| 08/07/07 | 06/01/07 – 06/30/07 | $54,204.00 | $ 209.69 | $43,363.20 | $ 209.69 | $10,840.80 |
| 12/03/07 | 07/01/07 – 07/31/07 | $ 6,358.00 | $ 44.35 | $ 5,086.40 | $ 44.35 | $ 1,271.60 |
| 12/03/07 | 08/01/07 – 08/31/07 | $ 5,074.50 | $ 30.40 | $ 4,059.60 | $ 30.40 | $ 1,014.90 |
| 12/03/07 | 09/01/07 – 09/30/07 | $ 3,861.00 | $ 27.80 | $ 3,088.80 | $ 27.80 | $ 772.20 |
| 03/04/08 | 10/01/07 – 10/31/07 | $20,994.00 | $ 205.76 | $16,795.20 | $ 205.76 | $ 4,198.80 |
| 03/04/08 | 11/01/07 – 11/30/07 | $ 4,971.00 | $ 24.45 | $ 3,876.80 | $ 24.45 | $ 994.20 |
| 03/04/08 | 12/01/07 – 12/31/07 | $ 4,333.50 | $ 46.35 | $ 3,466.80 | $ 46.35 | $ 866.70 |
| 05/21/08 | 01/01/08 – 01/31/08 | $ 6,972.50 | $ 88.98 | $ 5,578.00 | $ 88.98 | $ 1,394.50 |
| 05/21/08 | 02/01/08 – 02/29/08 | $ 1,324.00 | $ 16.35 | $ 1,059.20 | $ 16.35 | $ 264.80 |
| 05/21/08 | 03/01/08 – 03/31/08 | $ 3,490.00 | $ 37.11 | $ 2,792.00 | $ 37.11 | $ 698.00 |
| Current | 04/01/08-04/30/08 | $23,838.00 | $ 2.30 | $19,070.49 | $ 2.30 | $ 4,767.60 |
| Current | 05/01/08-05/31/08 | $56,329.50 | $ 387.42 | $45,063.60 | $ 387.42 | $11,265.90 |

The S&J attorneys who rendered professional services in these cases during the May 2008 Fee Period are:

| Name of Professional Person & Matter | Position with the Applicant | Number of Years As an Attorney | Department | Hourly 2008 Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| A. E. Moran | Partner | Over 20 | Tax | $570.00 | 7.3 | $4,161 |
| M. D. Lerner | Partner | Over 20 | Tax | $700.00 | 5.4 | $ 37.80 |
| M. Silverman | Partner | Over 20 | Tax | $895.00 | 18.00 | $16,110.00 |
| S. Teplnsky | Partner | Over 20 | Tax | $700.00 | 17.00 | $11,900.00 |
| G. Kidder | Associate | 8 | Tax | $470.00 | 3.6 | 1,692.00 |
| P. West | Partner | Over 20 | Tax | $875.00 | .70 | $612.50 |
| M. Durst | Counsel | Over 20 | Tax | $865.00 | .70 | $605.00 |
| S. Williamson | Associate | 1 | Tax | $315.00 | 32.90 | $10,363.50 |
| L. Zarlenga | Partner | Over 15 | Tax | $580.00 | 12.25 | $7,150.00 |

Compensation by Matter

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 29 | File, Docket, Calendar Maintenance | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 32 | S&J Fee Application, Preparation of | 2.60 | $1,482.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 38 | Retention of Professionals/Fees | 0 | 0 |
| 41 | Tax Matters | | |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
| 46 | IRS Tax Litigation | 95.25 | $54,847.50 |
| | Total | 97.85 | $56,329.50 |

Expense Summary – All attributable to subject matter 46 unless otherwise indicated.

| Description | Amount |
|---|---|
| Long Distance Telephone | $12.31 |
| Copies – Matter 32            170pp | $17.00 |
| Copies – Matter 46            2910pp | $291.00 |
| Online Research | $20.05 |
| Postage | 0 |
| Federal Express/Overnight Messenger | $47.06 |
| Facsimile | |
| Hotel | |
| Working Meals | |
| Local Transportation/Parking/Messenger | |
| Airfare | |
| Total | $387.42 |

4

A detailed description of fees and expenses can be found at Exhibits A and B.

Date: *Sept. 9, 2008*

Respectfully submitted,

STEPTOE & JOHNSON LLP

*/s/ Anne E. Moran*

Anne E. Moran
1330 Connecticut Avenue, NW
Washington, DC 20036  (202) 429-6449

5