**EXHIBIT A**

Professional services rendered:  May 2008: Consolidated Returns – IRS Appeals

Professional services rendered through: May 31, 2008

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/01/08 | S.B. Teplinsky | Draft summary presentation outline for Appeals. | 1.50 |
| 05/07/08 | S.B. Teplinsky | Draft outline presentation for Appeals Conference. | 1.50 |
| 05/08/08 | M.J. Silverman | Prepare for call by reviewing materials from Ms. Finke. | 1.40 |
| 05/08/08 | M.J. Silverman | Conference call with Ms. Finke on notice 2003-65. | 1.10 |
| 05/08/08 | S.B. Teplinsky | Review bankruptcy tax issues. | 0.90 |
| 05/08/08 | S.B. Teplinsky | Draft outline presentation for Appeals Conference. | 1.50 |
| 05/08/08 | S.B. Teplinsky | Teleconference with Messrs. Silverman, Lerner, Williams and Ms. Finke re bankruptcy tax issues. | 1.10 |
| 05/14/08 | M.D. Lerner | Emails re Appeals and Trial Notice. | 0.20 |
| 05/14/08 | M.J. Silverman | Review emails to/from Ms. Finke and analyze. | 1.00 |
| 05/20/08 | M.J. Silverman | Review materials for appeals. | 1.50 |
| 05/20/08 | S.B. Teplinsky | Draft outline re appeals presentation. | 2.00 |
| 05/21/08 | M.D. Lerner | Call with IRS counsel re appeals. | 0.10 |
| 05/23/08 | M.D. Lerner | Call to appeals re consolidated return issue. | 0.50 |
| 05/23/08 | M.J. Silverman | Call IRS appeals re consolidated return issue. | 0.50 |
| 05/23/08 | M.J. Silverman | Review section 382 issues raised by client. | 1.00 |
| 05/27/08 | A.E. Moran | Work on billings. | 0.50 |
| 05/27/08 | G.N. Kidder | Phone call with Matt Lerner, Mark Silverman, and Steve Teplinsky to discuss status and preparation of materials for appeals. | 0.90 |
| 05/27/08 | G.N. Kidder | Review SRLY materials and outline prepared by Steve Teplinsky. | 0.90 |
| 05/27/08 | M.D. Lerner | Call with Appeals officer. | 0.30 |
| 05/27/08 | M.D. Lerner | Conference with Steptoe lawyers re Appeals Conference. | 0.90 |
| 05/27/08 | M.J. Silverman | Call with Appeals officer. | 0.30 |
| 05/27/08 | M.J. Silverman | Review outline for IRS Appeals. | 1.30 |
| 05/27/08 | M.J. Silverman | Review appeals issues with Messrs. Teplinsky and Lerner. | 0.90 |
| 05/27/08 | S.B. Teplinsky | Conference with Messrs. Silverman and Lerner re appeals presentation. | 0.90 |
| 05/27/08 | S.B. Teplinsky | Draft outline re presentation. | 6.10 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/28/08 | G.N. Kidder | Review outline drafted by Steve Teplinsky re: proposed appeals presentation, as well as SRLY protest and other materials. | 1.80 |
| 05/28/08 | M.J. Silverman | Review Appeals outline. | 1.00 |
| 05/29/08 | M.D. Lerner | Begin preparing for Appeals by review of arguments. | 1.00 |
| 05/29/08 | M.J. Silverman | Talk with Mr. Steinsaltz re agenda. | 1.00 |
| 05/29/08 | M.J. Silverman | Talk with client re upcoming meetings. | 1.50 |
| 05/29/08 | S.B. Teplinsky | Review files re prior submissions to and responses from IRS. | 1.50 |
| 05/30/08 | A.E. Moran | Work on bankruptcy court filings. | 0.50 |
| 05/30/08 | M.D. Lerner | Read and edit Appeals outline. | 0.50 |
| 05/30/08 | M.J. Silverman | Consider lawyers' comments on SRLY issues and outline. | 1.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 13.50 | 895.00 | 12,082.50 |
| S.B. Teplinsky | 17.00 | 700.00 | 11,900.00 |
| M.D. Lerner | 3.50 | 700.00 | 2,450.00 |
| A.E. Moran | 1.00 | 570.00 | 570.00 |
| G.N. Kidder | 3.60 | 470.00 | 1,692.00 |
| Total | 38.60 | | 28,694.50 |

Total Fees $28,694.50

Professional services rendered through: May 31, 2008: Tax Reorganization Issues (Review of all tax issues that might be relevant as company emerges from bankruptcy)

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/01/08 | A.E. Moran | Work on 2008 billing. | 0.40 |
| 05/06/08 | M.J. Silverman | Review memo on warrants and pledges with Mr. Williams. | 1.00 |
| 05/06/08 | S.T. Williams | Revise memo regarding the treatment of warrants and stock pledges under section 382 of the Internal Revenue Code and consolidated return regulations. | 3.50 |
| 05/06/08 | S.T. Williams | Review memo with Mark Silverman. | 1.00 |
| 05/07/08 | A.E. Moran | Telephone calls re billing issues. | 0.80 |
| 05/07/08 | M.J. Silverman | Review 382 analysis and materials from Ms. Finke. | 1.00 |
| 05/07/08 | S.T. Williams | Revise memo regarding the treatment of warrants and stock pledges under section 382 of the Internal Revenue Code based on client's spreadsheets showing ownership changes. | 9.30 |

7

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/08/08 | M.D. Lerner | Review questions from Ms. Finke on options and warrants. | 0.10 |
| 05/08/08 | M.D. Lerner | Call with Ms. Finke on options/warrants issues and stock acquisition. | 1.10 |
| 05/08/08 | S.T. Williams | Research regarding clients questions concerning the stock acquisitions and the effect of acquisitions on post-bankruptcy tax position. | 6.20 |
| 05/08/08 | S.T. Williams | Call with C. Finke, S. Teplinsky, M. Lerner, M. Silverman concerning Citadel. | 1.10 |
| 05/09/08 | A.E. Moran | Work on bills for January through March 2008. | 0.40 |
| 05/09/08 | S.T. Williams | Revise memo regarding the treatment of warrants and stock pledges under section 382 of the Internal Revenue Code and IRS Notice 2003-65. | 4.30 |
| 05/13/08 | S.T. Williams | Research regarding the section 382 segregation regulation to respond to Carol Finke's question about treatment of the warrants. | 3.00 |
| 05/14/08 | S.T. Williams | Research regarding the section 382 segregation regulation to respond to Carol Finke's question about treatment of the warrants and draft email to Mr. Silverman explaining my research. | 3.00 |
| 05/15/08 | M.J. Silverman | Review issues raised by client and call with Ms. Finke. | 1.50 |
| 05/15/08 | S.T. Williams | Meeting with Mark Silverman to discuss segregations regulations and treatment of warrants; call with Carol Finke to discuss warrants. | 0.50 |
| 05/16/08 | S.T. Williams | Review warrant and stock pledge documents. | 1.00 |
| 05/19/08 | A.E. Moran | Review question on sale of annuities. | 3.20 |
| 05/21/08 | L.M. Zarlenga | Review materials re emergence restructuring. | 1.50 |
| 05/21/08 | M.D. Lerner | Call with Ms. Finke re 10 year issue. | 0.20 |
| 05/21/08 | M.J. Silverman | Continue to review 382 memo. | 1.00 |
| 05/22/08 | L.M. Zarlenga | Review materials re emergence restructuring. | 0.75 |
| 05/22/08 | M.D. Lerner | Consider approach to staffing bankruptcy tax issues. | 0.10 |
| 05/23/08 | A.E. Moran | Review issues to consider connection with follow up on projects and administration of case. | 1.50 |
| 05/24/08 | L.M. Zarlenga | Review materials re emergence restructuring to draft outline of identified potential issues including inter-group restructuring, reorganizations, transfer pricing, foreign tax issues, state tax, use of net operating losses, and allocation of tax attributes among Grace entities for 5/27/08 call. | 3.75 |
| 05/25/08 | L.M. Zarlenga | Consolidate materials re emergence restructuring to draft and circulate outline for 2/7/08 call. | 2.75 |
| 05/27/08 | L.M. Zarlenga | Review comments to draft agenda and revise same to include foreign as well as domestic issues. | 3.50 |

8

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/29/08 | M.C. Durst | Conversation with R. McAlonan regarding appraisals. | 0.70 |
| 05/29/08 | M.D. Lerner | Review economist choice and privilege with Mr. West. | 0.20 |
| 05/29/08 | P.R. West | Telephone call with Deloitte & Touche regarding IP valuation. | 0.30 |
| 05/29/08 | P.R. West | Meeting with Mr. Lerner regarding privilege. | 0.20 |
| 05/29/08 | P.R. West | Telephone call with Ms. Napoli-Filon regarding privilege. | 0.20 |
| 05/30/08 | M.D. Lerner | Call with Mr. Finke re retaining experts. | 0.20 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 4.50 | 895.00 | 4,027.50 |
| P.R. West | 0.70 | 875.00 | 612.50 |
| M.C. Durst | 0.70 | 865.00 | 605.50 |
| M.D. Lerner | 1.90 | 700.00 | 1,330.00 |
| L.M. Zarlenga | 12.25 | 580.00 | 7,105.00 |
| A.E. Moran | 6.30 | 570.00 | 3,591.00 |
| S.T. Williams | 32.90 | 315.00 | 10,363.50 |
| Total | 59.25 |  | 27,635.00 |

Total Fees $27,635.00

Disbursements : Audit and Reorganization Issues:

| | |
|---|---|
| Duplications (3080 * :10) | 308.00 |
| Overnight Messenger | 47.06 |
| Duplicating | 20.05 |
| Long Distance Telephone | 12.31 |

Total Disbursements <u>$387.42</u>

9