STEPTOE & JOHNSON LLP                                    **EXHIBIT B**
Detail Cost Report
Proforma: 624640

*NOTE: Bolded numbers in 5th column represeent number of pages copied; these copies were charged in this application at .10 a page, not the $1.00 per page or .15 per page shown in this report.  Total copies for May 2008 were 3080.*

*012046.00003 TAX LITIGATION AUDIT ISSUE*


| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| CCOPY | 05/22/08 | 09066 | Merrill, | **105.00** | 1.00 | 105.00 |
| CCOPY | 05/22/08 | 09066 | Merrill, | 105.00 | | 105.00 |
| 105 PHOTOCOPIES MADE BY 09066 | | | | | | |
| | | | | | | |
| CCOPY | 05/22/08 | 09066 | Merrill, | **42.00** | 1.00 | 42.00 |
| CCOPY | 05/22/08 | 09066 | Merrill, | 42.00 | | 42.00 |
| 42 PHOTOCOPIES MADE BY 09066 | | | | | | |
| | | | | | | |
| CCOPY | 05/22/08 | Total : | | 147.00 | | |
| CCOPY | 05/29/08 | 09066 | Merrill, | **6.00** | 1.00 | 6.00 |
| CCOPY | 05/29/08 | 09066 | Merrill, | 6.00 | | 6.00 |
| 6 COLOR COPIES BY 09066 | | | | | | |
| | | | | | | |
| COPY | | Total : | | 153.00 | | |
| | | | | | | |
| DLFD | 05/30/08 | 00206 | Moran, Anne E. | 1.00 | 47.06 | 47.06 |
| DLFD | 05/30/08 | 00206 | Moran, Anne E. | 1.00 | | 47.06 |
| Federal Express from Joanne Wieczorek | | | | | | |
| to Greg Kidder, Esq. on May 30, 2008. | | | | | | |
| | | | | | | |
| Tracking Number 798452278960 | | | | | | |
| DUPLDC | 05/29/08 | 09066 | Merrill, | **835.00** | 0.15 | 125.25 |
| DUPLDC | 05/29/08 | 09066 | Merrill, | 835.00 | 0.20 | 167.00 |
| 835 PHOTOCOPIES MADE BY 09066 | | | | | | |
| | | | | | | |
| DUPLDC | 05/29/08 | 09066 | Merrill, | **609.00** | 0.15 | 91.35 |
| DUPLDC | 05/29/08 | 09066 | Merrill, | 609.00 | 0.20 | 121.80 |
| 609 PHOTOCOPIES MADE BY 09066 | | | | | | |
| | | | | | | |
| DUPLDC | 05/29/08 | Total : | | 216.60 | | |
| DUPLDC | 05/30/08 | 09066 | Merrill, | **238.00** | 0.15 | 35.70 |
| DUPLDC | 05/30/08 | 09066 | Merrill, | 238.00 | 0.20 | 47.60 |
| 238 PHOTOCOPIES MADE BY 09066 | | | | | | |
| | | | | | | |
| DUPLDC | 05/30/08 | 09066 | Merrill, | **886.00** | 0.15 | 132.90 |
| DUPLDC | 05/30/08 | 09066 | Merrill, | 886.00 | 0.20 | 177.20 |
| 886 PHOTOCOPIES MADE BY 09066 | | | | | | |
| | | | | | | |
| DUPLDC | 05/30/08 | Total : | | 168.60 | | |
| | | | | | | |
| DUPLDC | | Total : | | 385.20 | | |

```
LASR      05/14/08 00206    Moran, Anne E.              1.00    0.15      0.15
   LASR   05/14/08 00206    Moran, Anne E.              1.00    0.20      0.20
PC/Network Printing

PC LASER  1 Pages Wieczorek, JoAnn
LASR      05/27/08 00206    Moran, Anne E.             32.00    0.15      4.80
   LASR   05/27/08 00206    Moran, Anne E.             32.00    0.20      6.40
PC/Network Printing

PC LASER  32 Pages Kidder, Gregory
LASR      05/29/08 00206    Moran, Anne E.             30.00    0.15      4.50
   LASR   05/29/08 00206    Moran, Anne E.             30.00    0.20      6.00
PC/Network Printing

PC LASER  30 Pages Lerner, Matthew

LASR             Total :                               9.45

TELECO    05/07/08 00206    Moran, Anne E.              1.00   12.31     12.31
   TELECO 05/07/08 00206    Moran, Anne E.              1.00             12.31
Soundpath charge for
Conferencing Services on
05/07/08 for 130 minutes.
Moderator: Anne E. Moran

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE       607.02
```

*012046.00004 TAX REORGANIZATION ISSUES*

```
Cost              Timekeeper
Code      Date    Number  Name                       Quantity  Rate    Amount
=============================================================================

DUPLDC    05/06/08 03102    Williams, Samuel T.         7.00    0.15      1.05
   DUPLDC 05/06/08 03102    Williams, Samuel T.         7.00    0.20      1.40
7 PHOTOCOPIES MADE BY 03102

DUPLDC    05/23/08 08906    Knight, Jamal              36.00    0.15      5.40
   DUPLDC 05/23/08 08906    Knight, Jamal              36.00    0.20      7.20
36 PHOTOCOPIES MADE BY 08906

DUPLDC    05/23/08 08906    Knight, Jamal              36.00    0.15      5.40
   DUPLDC 05/23/08 08906    Knight, Jamal              36.00    0.20      7.20
36 PHOTOCOPIES MADE BY 08906

DUPLDC    05/23/08 Total :                             10.80
DUPLDC    05/30/08 00206    Moran, Anne E.             22.00    0.15      3.30
   DUPLDC 05/30/08 00206    Moran, Anne E.             22.00    0.20      4.40
22 PHOTOCOPIES MADE BY 00206
```

```
DUPLDC              Total :                           15.15

LASR      05/06/08 00206    Moran, Anne E.        7.00   0.15    1.05
   LASR   05/06/08 00206    Moran, Anne E.        7.00   0.20    1.40
PC/Network Printing

PC LASER  7 Pages Williams, Samuel
LASR      05/15/08 00206    Moran, Anne E.        2.00   0.15    0.30
   LASR   05/15/08 00206    Moran, Anne E.        2.00   0.20    0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      05/15/08 00206    Moran, Anne E.        2.00   0.15    0.30
   LASR   05/15/08 00206    Moran, Anne E.        2.00   0.20    0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      05/15/08 00206    Moran, Anne E.        2.00   0.15    0.30
   LASR   05/15/08 00206    Moran, Anne E.        2.00   0.20    0.40
PC/Network Printing


PC LASER  2 Pages Ward, Brenda
LASR      05/15/08 00206    Moran, Anne E.        1.00   0.15    0.15
   LASR   05/15/08 00206    Moran, Anne E.        1.00   0.20    0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      05/15/08 00206    Moran, Anne E.        1.00   0.15    0.15
   LASR   05/15/08 00206    Moran, Anne E.        1.00   0.20    0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      05/15/08 00206    Moran, Anne E.        2.00   0.15    0.30
   LASR   05/15/08 00206    Moran, Anne E.        2.00   0.20    0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      05/15/08 00206    Moran, Anne E.        1.00   0.15    0.15
   LASR   05/15/08 00206    Moran, Anne E.        1.00   0.20    0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      05/15/08 00206    Moran, Anne E.        2.00   0.15    0.30
   LASR   05/15/08 00206    Moran, Anne E.        2.00   0.20    0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      05/15/08 00206    Moran, Anne E.        2.00   0.15    0.30
   LASR   05/15/08 00206    Moran, Anne E.        2.00   0.20    0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      05/15/08 00206    Moran, Anne E.        2.00   0.15    0.30
```

```
   LASR     05/15/08 00206      Moran, Anne E.              2.00    0.20      0.40
PC/Network Printing

PC LASER   2 Pages Ward, Brenda
LASR       05/15/08 00206      Moran, Anne E.              4.00    0.15      0.60
   LASR    05/15/08 00206      Moran, Anne E.              4.00    0.20      0.80
PC/Network Printing

PC LASER   4 Pages Ward, Brenda
LASR       05/15/08 00206      Moran, Anne E.              3.00    0.15      0.45
   LASR    05/15/08 00206      Moran, Anne E.              3.00    0.20      0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       05/15/08 00206      Moran, Anne E.              3.00    0.15      0.45
   LASR    05/15/08 00206      Moran, Anne E.              3.00    0.20      0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       05/15/08 00206      Moran, Anne E.              3.00    0.15      0.45
   LASR    05/15/08 00206      Moran, Anne E.              3.00    0.20      0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       05/15/08 00206      Moran, Anne E.              3.00    0.15      0.45
   LASR    05/15/08 00206      Moran, Anne E.              3.00    0.20      0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       05/15/08 00206      Moran, Anne E.              3.00    0.15      0.45
   LASR    05/15/08 00206      Moran, Anne E.              3.00    0.20      0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       05/15/08 00206      Moran, Anne E.              3.00    0.15      0.45
   LASR    05/15/08 00206      Moran, Anne E.              3.00    0.20      0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       05/15/08 00206      Moran, Anne E.              3.00    0.15      0.45
   LASR    05/15/08 00206      Moran, Anne E.              3.00    0.20      0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       05/15/08 00206      Moran, Anne E.              3.00    0.15      0.45
   LASR    05/15/08 00206      Moran, Anne E.              3.00    0.20      0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       05/15/08 Total :                               6.75
LASR       05/19/08 00206      Moran, Anne E.              8.00    0.15      1.20
   LASR    05/19/08 00206      Moran, Anne E.              8.00    0.20      1.60
PC/Network Printing

PC LASER   8 Pages Moran, Anne
```

```
LASR      05/19/08 00206    Moran, Anne E.              8.00    0.15       1.20
   LASR   05/19/08 00206    Moran, Anne E.              8.00    0.20       1.60
PC/Network Printing

PC LASER  8 Pages Moran, Anne

LASR      05/19/08 00206    Moran, Anne E.             15.00    0.15       2.25
   LASR   05/19/08 00206    Moran, Anne E.             15.00    0.20       3.00
PC/Network Printing

PC LASER  15 Pages Moran, Anne
LASR      05/19/08 00206    Moran, Anne E.              9.00    0.15       1.35
   LASR   05/19/08 00206    Moran, Anne E.              9.00    0.20       1.80
PC/Network Printing

PC LASER  9 Pages Moran, Anne
LASR      05/19/08 00206    Moran, Anne E.              9.00    0.15       1.35
   LASR   05/19/08 00206    Moran, Anne E.              9.00    0.20       1.80
PC/Network Printing

PC LASER  9 Pages Moran, Anne
LASR      05/19/08 00206    Moran, Anne E.             11.00    0.15       1.65
   LASR   05/19/08 00206    Moran, Anne E.             11.00    0.20       2.20
PC/Network Printing

PC LASER  11 Pages Moran, Anne
LASR      05/19/08 00206    Moran, Anne E.             10.00    0.15       1.50
   LASR   05/19/08 00206    Moran, Anne E.             10.00    0.20       2.00
PC/Network Printing

PC LASER  10 Pages Ward, Brenda
LASR      05/19/08 00206    Moran, Anne E.             10.00    0.15       1.50
   LASR   05/19/08 00206    Moran, Anne E.             10.00    0.20       2.00
PC/Network Printing

PC LASER  10 Pages Ward, Brenda
LASR      05/19/08 00206    Moran, Anne E.              8.00    0.15       1.20
   LASR   05/19/08 00206    Moran, Anne E.              8.00    0.20       1.60
PC/Network Printing

PC LASER  8 Pages Moran, Anne
LASR      05/19/08 00206    Moran, Anne E.              8.00    0.15       1.20
   LASR   05/19/08 00206    Moran, Anne E.              8.00    0.20       1.60
PC/Network Printing

PC LASER  8 Pages Ward, Brenda
LASR      05/19/08 00206    Moran, Anne E.              2.00    0.15       0.30
   LASR   05/19/08 00206    Moran, Anne E.              2.00    0.20       0.40
PC/Network Printing

PC LASER  2 Pages Moran, Anne
LASR      05/19/08 00206    Moran, Anne E.              9.00    0.15       1.35
   LASR   05/19/08 00206    Moran, Anne E.              9.00    0.20       1.80
PC/Network Printing

PC LASER  9 Pages Ward, Brenda
LASR      05/19/08 00206    Moran, Anne E.             10.00    0.15       1.50
```

14

```
LASR     05/19/08 00206     Moran, Anne E.          10.00     0.20       2.00
PC/Network Printing

PC LASER  10 Pages Ward, Brenda
LASR     05/19/08 00206     Moran, Anne E.           2.00     0.15       0.30
  LASR   05/19/08 00206     Moran, Anne E.           2.00     0.20       0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR     05/19/08 00206     Moran, Anne E.           1.00     0.15       0.15
  LASR   05/19/08 00206     Moran, Anne E.           1.00     0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     05/19/08 00206     Moran, Anne E.           1.00     0.15       0.15
  LASR   05/19/08 00206     Moran, Anne E.           1.00     0.20       0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR     05/19/08 00206     Moran, Anne E.           1.00     0.15       0.15
  LASR   05/19/08 00206     Moran, Anne E.           1.00     0.20       0.20
PC/Network Printing


PC LASER  1 Pages Ward, Brenda
LASR     05/19/08 00206     Moran, Anne E.           2.00     0.15       0.30
  LASR   05/19/08 00206     Moran, Anne E.           2.00     0.20       0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR     05/19/08 Total :                           18.60
LASR     05/22/08 00206     Moran, Anne E.           1.00     0.15       0.15
  LASR   05/22/08 00206     Moran, Anne E.           1.00     0.20       0.20
PC/Network Printing

PC LASER  1 Pages Sutjipto, Laura Ann
LASR     05/27/08 00206     Moran, Anne E.           9.00     0.15       1.35
  LASR   05/27/08 00206     Moran, Anne E.           9.00     0.20       1.80
PC/Network Printing

PC LASER  9 Pages Zarlenga, Lisa
LASR     05/27/08 00206     Moran, Anne E.           9.00     0.15       1.35
  LASR   05/27/08 00206     Moran, Anne E.           9.00     0.20       1.80
PC/Network Printing

PC LASER  9 Pages Zarlenga, Lisa
LASR     05/27/08 Total :                            2.70

LASR              Total :                           29.25

WESTLAW  05/30/08 00206     Moran, Anne E.           1.00    20.05      20.05
  WESTLAW 05/30/08 00206    Moran, Anne E.           1.00               20.05
Westlaw On-Line Research
DC Westlaw Search by:  DATTALO, ELMO

Total: 012046.00004 TAX REORGANIZATION ISSUES      95.81
```

Report Total:                                        95.81