**EXHIBIT A**

Professional services rendered: June 2008: **IRS Audit issue – preparation of materials for Appeals (100 page presentation) plus preparation for and attendance at appeals meeting.**

Professional services rendered through: June 30, 2008

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/02/08 | G.N. Kidder | Review SRLY research, arguments, and past submissions to organize materials for IRS appeals. | 3.50 |
| 06/02/08 | M.D. Lerner | Call with Charlie Chiapperino and email re his proposed schedule. | 0.20 |
| 06/02/08 | M.D. Lerner | Work on scheduling of conference call with client. | 0.50 |
| 06/02/08 | M.D. Lerner | Work on presentation to appeals. | 1.70 |
| 06/02/08 | M.J. Silverman | Review memo re SRLY audit issue. | 1.00 |
| 06/02/08 | M.J. Silverman | Call with client on audit issues. | 0.50 |
| 06/03/08 | G.N. Kidder | Meeting with Mark Silverman, Steve Teplinsky, and Matt Lerner to discuss status and outline of appeals presentation. | 0.90 |
| 06/03/08 | G.N. Kidder | Review outline of appeals presentation and draft presentation. | 1.20 |
| 06/03/08 | M.D. Lerner | Work on scheduling appeals conference. | 0.40 |
| 06/03/08 | M.D. Lerner | Meeting to discuss status of appeals preparation. | 0.90 |
| 06/03/08 | M.J. Silverman | Review outline for Appeals. | 1.30 |
| 06/03/08 | M.J. Silverman | Meeting with Messrs. Lerner and Teplinsky re Appeals meeting. | 0.90 |
| 06/03/08 | M.J. Silverman | Talk with Mr. Steinsaltz re meeting. | 1.30 |
| 06/03/08 | S.B. Teplinsky | Conference with Messrs. Silverman, Lerner and Kidder re Appeals | 0.90 |
| 06/03/08 | S.B. Teplinsky | Draft outline of Appeals presentation. | 1.10 |
| 06/04/08 | G.N. Kidder | Review arguments re: SRLY and draft appeals conference presentation. | 7.20 |
| 06/04/08 | M.J. Silverman | Review materials for Appeals meeting re SRLY issues. | 1.00 |
| 06/05/08 | G.N. Kidder | Draft powerpoint presentation for appeals conference. | 2.80 |
| 06/05/08 | S.B. Teplinsky | Prepare Book of Documents for Appeals that includes statutory background, regulatory background, arguments, and proof of facts. | 3.00 |
| 06/06/08 | G.N. Kidder | Draft powerpoint presentation for appeals conference. | 7.80 |
| 06/06/08 | S.B. Teplinsky | Prepare Book of Documents for Appeals and outline of Appeals presentation. | 3.00 |
| 06/09/08 | G.N. Kidder | Research post-docketing appeals procedures. | 2.00 |
| 06/09/08 | G.N. Kidder | Draft powerpoint presentation and e-mail to Matt Lerner describing procedures for appeals conference. | 5.30 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/09/08 | M.D. Lerner | Call with IRS Appeals officer and email re same. | 0.30 |
| 06/09/08 | S.B. Teplinsky | Revise outline for Appeals presentation. | 2.00 |
| 06/10/08 | G.N. Kidder | Draft powerpoint for Appeals conference. | 5.50 |
| 06/10/08 | S.B. Teplinsky | Revise Notebook of Documents for Appeals and review outline re same. | 5.00 |
| 06/11/08 | G.N. Kidder | Draft powerpoint presentation for Appeals conference. | 7.80 |
| 06/12/08 | G.N. Kidder | Draft powerpoint presentation for Appeals conference. | 6.50 |
| 06/13/08 | M.J. Silverman | Review outline for Appeals meeting re SRLY. | 1.50 |
| 06/16/08 | G.N. Kidder | Meeting with Steve Teplinsky to discuss draft appeals presentation re: SRLY. | 3.00 |
| 06/16/08 | G.N. Kidder | Revise appeals presentation re: SRLY based on comments from Steve Teplinsky. | 4.10 |
| 06/16/08 | M.D. Lerner | Edit outline for Appeals. | 0.60 |
| 06/16/08 | M.D. Lerner | Edit motion for continuance. | 0.10 |
| 06/16/08 | S.B. Teplinsky | Conference with Mr. Kidder to review draft slides for Appeals presentation. | 3.00 |
| 06/17/08 | G.N. Kidder | Revise Appeals presentation | 4.50 |
| 06/17/08 | G.N. Kidder | Discuss SRLY issue and slides with Steve Teplinsky. | 0.80 |
| 06/17/08 | M.J. Silverman | Review SRLY issues with Mr. Kidder. | 0.40 |
| 06/17/08 | S.B. Teplinsky | Conference with Mr. Kidder re Appeals power point slides | 0.80 |
| 06/17/08 | S.B. Teplinsky | Review powerpoint slide. | 1.20 |
| 06/18/08 | A.E. Moran | Work on responses to update on relationships with W.R. Grace. | 0.80 |
| 06/18/08 | G.N. Kidder | Revise appeals presentation re: SRLY issue. | 3.10 |
| 06/19/08 | A.E. Moran | Review information on bills from court. | 0.10 |
| 06/19/08 | G.N. Kidder | Revise draft appeals conference presentation. | 1.50 |
| 06/20/08 | A.E. Moran | Work on and finish quarterly billing. | 2.10 |
| 06/20/08 | S.B. Teplinsky | Review Lonely Parent issue in Wessel outline. | 1.00 |
| 06/23/08 | A.E. Moran | Review quarterly bill. | 0.20 |
| 06/23/08 | G.N. Kidder | Edit draft powerpoint presentation for Appeals conference re: SRLY issue. | 3.50 |
| 06/24/08 | A.E. Moran | Revise, sign and send out quarterly bill. | 0.10 |
| 06/24/08 | G.N. Kidder | Edit draft powerpoint presentation for Appeals conference in light of article by Thomas Wessel and comments re group continuation transactions. | 7.70 |
| 06/25/08 | G.N. Kidder | Edit draft powerpoint presentation for Appeals conference re: SRLY issue. | 3.40 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/26/08 | G.N. Kidder | Review guidance cited in Thomas Wessel article re: group continuation transactions and reverse acquisitions. | 1.20 |
| 06/30/08 | M.D. Lerner | Edit power point for Appeals presentation. | 1.20 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 7.90 | 895.00 | 7,070.50 |
| S.B. Teplinsky | 21.00 | 700.00 | 14,700.00 |
| M.D. Lerner | 5.90 | 700.00 | 4,130.00 |
| A.E. Moran | 3.30 | 570.00 | 1,881.00 |
| G.N. Kidder | 83.30 | 470.00 | 39,151.00 |
| Total | 121.40 | | 66,932.50 |

Total Fees    $66,932.50

Professional services rendered in June 2008: **Tax Reorganization Issues –**
Review of all major tax issues resulting from Company's eventual emergence from bankruptcy, including corporate restructuring, sales and dispositions of assets, insurance, international and transfer pricing, and allocation of assets and losses, plus preparation of outline addressing issues and attendance at client's request at meeting to discuss same and to plan for organized review and implementation.

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/02/08 | L.M. Zarlenga | Meet with Messrs. Silverman, West, Durst and Williams to prepare for Deloitte meeting on domestic and international tax issues. | 1.00 |
| 06/02/08 | L.M. Zarlenga | Meet with Messrs. West and Durst to prepare for call with Ms. Poole of W.R. Grace. | 0.30 |
| 06/02/08 | L.M. Zarlenga | Teleconference with Messrs. West, Durst and Ms. Poole re cross-border international activities. | 0.70 |
| 06/02/08 | M.C. Durst | Meeting with M. Silverman, P. West, S. Williams, and L. Zarlenga to list pending issues. | 1.00 |
| 06/02/08 | M.C. Durst | Meeting with L. Zarlenga, P. West to prepare for discussion with D. Poole. | 0.30 |
| 06/02/08 | M.C. Durst | Conference call with D. Poole regarding international structure. | 0.70 |
| 06/02/08 | M.J. Silverman | Review reorganization issues with Ms. Zarlenga and Mr. West in preparation for all-hands meeting discussed with and agreed to by W.R. Grace. | 1.00 |
| 06/02/08 | P.R. West | Meeting with Mr. Durst and Ms. Zarlenga regarding objectives for call with Debra Poole regarding international issues and discuss substance of same. | 0.30 |
| 06/02/08 | P.R. West | Telephone call with Ms. Poole regarding company objectives for international tax results, tactics contemplated, completed, and considered but not undertaken, European advisors, etc. | 0.70 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/02/08 | P.R. West | Meeting with Messrs. Silverman, Durst, Williams, and Ms. Zarlenga regarding reorganization issues. | 1.00 |
| 06/02/08 | S.T. Williams | Meeting with Messrs. Silverman, Durst, West, and Ms. Zarlenga to organize a plan for discussions with Deloitte & Touche. | 1.00 |
| 06/02/08 | S.T. Williams | Draft document outlining major issues discussed at meeting including allocation of tax attributes, identification of effect of bankruptcy on 382 planning, and foreign issues. | 4.80 |
| 06/03/08 | M.C. Durst | Review of background documents. | 0.30 |
| 06/05/08 | L.M. Zarlenga | Obtain materials from Mr. Williams and review same. | 0.70 |
| 06/05/08 | L.M. Zarlenga | Prepare outline of items to be discussed, possible planning goals and allocation of resources for Deloitte meeting. | 1.10 |
| 06/05/08 | L.M. Zarlenga | Review and revise issue list. | 0.90 |
| 06/05/08 | L.M. Zarlenga | Teleconference with Messrs. Silverman and West re preparation/objectives for meeting with Deloitte. | 1.00 |
| 06/05/08 | M.J. Silverman | Review memos on agenda issues. | 1.00 |
| 06/05/08 | M.J. Silverman | Calls with Mr. West and Ms. Zarlenga re agenda issues. | 1.00 |
| 06/05/08 | M.J. Silverman | Discussion with Deloitte on capabilities for analysis. | 1.00 |
| 06/05/08 | P.R. West | Telephone call with Mr. Silverman, Ms. Zarlenga regarding facts, issues, and preparation for Deloitte & Touche meeting. | 1.00 |
| 06/05/08 | P.R. West | Review and revise outlines for discussion with Deloitte & Touche. | 0.50 |
| 06/05/08 | S.T. Williams | Review and analysis of 5-percent shareholder spreadsheets to determine ownership structure of Grace under tax rules. | 3.80 |
| 06/06/08 | L.M. Zarlenga | Review materials from Mr. Williams and memo re 5% shareholder review. | 0.70 |
| 06/06/08 | L.M. Zarlenga | Draft email to client re process of coordinating counsel. | 0.80 |
| 06/06/08 | L.M. Zarlenga | Revise and circulate detailed agenda for Deloitte meeting. | 1.30 |
| 06/06/08 | M.D. Lerner | Discuss privilege issues with M. Silverman. | 0.40 |
| 06/06/08 | M.D. Lerner | Review agenda and outline for privilege issues. | 0.30 |
| 06/06/08 | M.J. Silverman | Draft memo to client re work responsibility. | 2.00 |
| 06/06/08 | M.J. Silverman | Review agenda for Deloitte meeting and review memo re warranty and stock as security and effect on 382 issues (limitations on loss carry forwards). | 1.00 |
| 06/06/08 | M.J. Silverman | Consider privilege issues with Mr. Lerner. | 0.40 |

8

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/06/08 | M.J. Silverman | Send agenda to Deloitte. | 0.10 |
| 06/06/08 | P.R. West | Review and revise issues list and meeting agenda, emails regarding same with Deloitte and emails with client regarding foreign advisors. | 0.90 |
| 06/08/08 | M.J. Silverman | Review files and memo agenda and Notice 2003-65. | 3.00 |
| 06/08/08 | S.T. Williams | Research regarding how payments to the 524g trust will be treated after an ownership change under notice 2003-65. | 1.30 |
| 06/09/08 | A.E. Moran | Telephone conference with C. Finke on insurance issues. | 0.20 |
| 06/09/08 | A.E. Moran | Review materials for W.R. Grace on insurance issues. | 0.60 |
| 06/09/08 | A.E. Moran | Begin research on insurance issues. | 1.20 |
| 06/09/08 | L.M. Zarlenga | Review Notice 2003-65 and consider issues re payments to 524(g) trust. | 1.70 |
| 06/09/08 | L.M. Zarlenga | Meet with team from Steptoe & Deloitte. | 3.00 |
| 06/09/08 | L.M. Zarlenga | Meet with Messrs. Silverman, West and Williams to discuss domestic tax issues prior to Deloitte meeting. | 0.50 |
| 06/09/08 | M.C. Durst | Meeting with Deloitte regarding overall foreign planning on foreign tax planning. | 3.60 |
| 06/09/08 | M.D. Lerner | Meet with team from Deloitte to discuss steps for implementing agenda. | 1.00 |
| 06/09/08 | M.D. Lerner | Review agenda for meeting. | 0.20 |
| 06/09/08 | M.J. Silverman | Meeting with Deloitte. | 3.00 |
| 06/09/08 | M.J. Silverman | Meeting with Steptoe lawyers prior to Deloitte meeting. | 0.50 |
| 06/09/08 | M.J. Silverman | Prepare for meeting with Deloitte. | 1.50 |
| 06/09/08 | P.R. West | Meeting with Deloitte regarding substance and process issues in representation. | 3.00 |
| 06/09/08 | P.R. West | Meeting with Mr. Silverman, Ms. Zarlenga, Mr. Williams regarding issues in representation and Deloitte meeting. | 0.50 |
| 06/09/08 | S.T. Williams | Meeting with Mr. Silverman, Ms. Zarlenga, Mr. West to review agenda before meeting with Deloitte. | 0.50 |
| 06/09/08 | S.T. Williams | Meeting with Deloitte & Touche. | 3.00 |
| 06/09/08 | S.T. Williams | Draft issue list and document request document and agenda for call on Wednesday 6/11/08. | 4.50 |
| 06/10/08 | A.E. Moran | Telephone conference with S. Serling on insurance issues. | 0.30 |
| 06/10/08 | A.E. Moran | Review modified endowment contract (MEC) rules and loan repayments rules. | 4.90 |
| 06/10/08 | A.E. Moran | Telephone conference with V. Judson on loans from MECs. | 0.80 |

9

| | | | |
|---|---|---|---|
| 06/10/08 | A.E. Moran | Prepare and send emails with draft outline of IRS rules. | 2.20 |
| 06/10/08 | A.E. Moran | Telephone conference with C. Finke and D. Nagasake re loans from MECs. | 0.80 |
| 06/10/08 | A.E. Moran | Office communication with S. Serling on loan rules. | 0.30 |
| 06/10/08 | E.C. Ramey | Research on policy loans and tax consequences. | 2.00 |
| 06/10/08 | S.H. Serling | Telephone conference with Anne Moran regarding tax ramifications of taking policy loans from life insurance contracts that are modified endowment contracts. | 0.30 |
| 06/10/08 | S.H. Serling | Review Sections 72(e), 72(v), and other IRC provisions relating to taxation of policy loans from modified endowment contracts, including consideration of ability to apply operating losses and NOLs to reduce income includable as a result of Section 72(e) and excise tax under Section 72(v). | 1.50 |
| 06/10/08 | S.T. Williams | Research regarding treatment of payments to 524g Trust under Notice 2003-65. | 4.50 |
| 06/10/08 | S.T. Williams | Revise agenda for 6/11/08 call. | 0.50 |
| 06/10/08 | V.A. Judson | Review Code and regulations re loan rescission issue and Rev. Rul. 80-58 and Treasury Regulations. | 0.50 |
| 06/10/08 | V.A. Judson | Draft and transmit email response to Ms. Moran re loan issues. | 0.20 |
| 06/10/08 | V.A. Judson | Telephone conference with Ms. Moran on loan issues. | 0.80 |
| 06/11/08 | A.E. Moran | Revise, review and finalize memo on insurance issues. | 5.90 |
| 06/11/08 | A.E. Moran | Telephone calls to library re procedures for researching COLI article. | 0.20 |
| 06/11/08 | A.E. Moran | Telephone conference with S. Smilack re reporting issue and estimated taxes. | 0.40 |
| 06/11/08 | A.E. Moran | Telephone conference with S. Serling re drafts of memo. | 0.30 |
| 06/11/08 | L.M. Zarlenga | Review Deloitte's revisions to agenda for today's call. | 0.20 |
| 06/11/08 | L.M. Zarlenga | Review list of questions/information needed and revise same. | 1.00 |
| 06/11/08 | M.C. Durst | Planning call with D. Poole on international issues. | 1.20 |
| 06/11/08 | M.D. Lerner | Consider Kovel letter issues. | 0.10 |
| 06/11/08 | M.J. Silverman | Finalize agenda and call with client and review fact list detailing ownership issues, subsidiary structures, and foreign structure for meeting. | 1.70 |
| 06/11/08 | M.J. Silverman | Call with Deloitte, Grace. | 1.30 |
| 06/11/08 | S. Smilack | Telephone conference with Ms. Moran re reporting of Section 72(v) additional tax. | 0.40 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/11/08 | S. Smilack | Research re estimated tax and Section 72(v) additional tax. | 0.20 |
| 06/11/08 | S.H. Serling | Telephone call with Anne Moran re conclusions on loans. | 0.30 |
| 06/11/08 | S.H. Serling | Continued attention to memorandum regarding tax consequences of policy loans. | 0.20 |
| 06/11/08 | S.T. Williams | Revise agenda for 6/11/08 call. | 0.20 |
| 06/11/08 | S.T. Williams | Call with Deloitte & Touche, Grace on fact-finding issues and methods to accomplish information review. | 1.30 |
| 06/11/08 | S.T. Williams | Revise list of needed information and document requests. | 0.50 |
| 06/12/08 | M.D. Lerner | Calls with Mr. Silverman and Ms. Filon re Kovel privilege issue. | 0.50 |
| 06/12/08 | M.J. Silverman | Call with Ms. Filon re privilege. | 0.50 |
| 06/12/08 | S.T. Williams | Research regarding treatment of payments to 524g Trust under Notice 2003-65. | 2.50 |
| 06/13/08 | L.M. Zarlenga | Review draft Kovel letter. | 0.20 |
| 06/13/08 | L.M. Zarlenga | Review memo re 5% shareholder analysis and client's spreadsheet. | 0.30 |
| 06/13/08 | M.C. Durst | Meeting with M. Steinsaltz et al. in Philadelphia. | 1.20 |
| 06/13/08 | M.C. Durst | **Travel to and from Philadelphia for meeting with M. Steinsaltz et al., (half-time billed).** | 1.50 |
| 06/13/08 | M.C. Durst | Followup on meeting with M. Steinsaltz. | 0.30 |
| 06/13/08 | M.J. Silverman | Talk with Mr. Steinsaltz re issues and meeting with client. | 0.50 |
| 06/15/08 | M.J. Silverman | Review and revise fact list and Kovel letter to provide comments to Messrs. Lerner and Williams. | 3.00 |
| 06/16/08 | L.M. Zarlenga | Discuss fact request with Mr. Williams and seek input from Messrs. West and Durst. | 0.60 |
| 06/16/08 | L.M. Zarlenga | Review Mr. Steinsaltz' notes from 6/11 call. | 0.30 |
| 06/16/08 | L.M. Zarlenga | Review revised fact and issue lists on restructuring. | 0.60 |
| 06/16/08 | M.C. Durst | Preparation of questions regarding international issues. | 0.20 |
| 06/16/08 | M.D. Lerner | Read and edit Kovel letter. | 0.10 |
| 06/16/08 | M.J. Silverman | Review fact list with Ms. Zarlenga and Mr. Williams. | 0.60 |
| 06/16/08 | M.J. Silverman | Talk with Mr. Steinsaltz re factual and legal issues. | 0.40 |
| 06/16/08 | S.T. Williams | Discuss fact request with Ms. Zarlenga and seek input from Messrs. West and Durst. | 0.60 |

| 06/16/08 | S.T. Williams | Revise list of legal issues based on input from attorneys on aspects of tax code affected by emergence from bankruptcy and information request document. | 3.40 |
|---|---|---|---|
| 06/17/08 | L.M. Zarlenga | Review Notice 2003-65 and commentary re same. | 0.80 |
| 06/17/08 | L.M. Zarlenga | Review list of requested information from Mr. Steinsaltz and revised outline of factual issues. | 0.50 |
| 06/17/08 | L.M. Zarlenga | Review Mr. Silverman's comments to factual and legal issue outlines. | 0.50 |
| 06/17/08 | L.M. Zarlenga | Consider application of Section 108 to contingent liabilities. | 0.40 |
| 06/17/08 | L.M. Zarlenga | Review and comment re outline of legal issues. | 0.30 |
| 06/17/08 | M.C. Durst | Preparation of questions regarding international issues. | 0.30 |
| 06/17/08 | M.D. Lerner | Edit Kovel letter (privilege issues). | 1.50 |
| 06/17/08 | M.J. Silverman | Review and revise fact list and legal issues and send to client. | 3.60 |
| 06/17/08 | P.R. West | Review and revise legal issues outline and factual information requests and emails and telephone calls regarding same. | 1.00 |
| 06/17/08 | S.T. Williams | Revise list of legal issues and information request document. | 2.00 |
| 06/18/08 | L.M. Zarlenga | Review Notice 2003-65 commentary. | 0.50 |
| 06/18/08 | P.R. West | Prepare for meeting by review of Debra Poole other emails and file documents. | 0.50 |
| 06/18/08 | S.T. Williams | Research regarding cancellation of indebtedness in bankruptcy cases. | 2.50 |
| 06/19/08 | L.M. Zarlenga | Review public filings, etc. on W.R. Grace to prepare for fact-finding meeting. | 2.20 |
| 06/19/08 | L.M. Zarlenga | **Travel to meeting (half-time billed).** | 1.00 |
| 06/19/08 | L.M. Zarlenga | Meet with Messrs. Silverman and Williams re tax rules limiting losses, loss carry forwards, and gains when corporate structures change (§ 382 issues). | 0.70 |
| 06/19/08 | L.M. Zarlenga | Meeting with client and Deloitte in Columbia, MD. | 3.50 |
| 06/19/08 | M.C. Durst | **Travel to and from Columbia, Maryland for client meeting (half-time billed).** | .70 |
| 06/19/08 | M.C. Durst | Meeting in Columbia, Maryland on transfer pricing and other issues. | 4.00 |
| 06/19/08 | M.D. Lerner | Meeting on transfer pricing. | 4.00 |
| 06/19/08 | M.D. Lerner | **Travel to meeting re transfer pricing (half-time billed).** | .60 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/19/08 | M.J. Silverman | Client meeting on privilege issues, discuss domestic issues, transfer pricing. | 3.50 |
| 06/19/08 | M.J. Silverman | **Travel to and from meeting (half-time billed).** | 1.00 |
| 06/19/08 | M.J. Silverman | Pre-meeting with Steptoe and transfer pricing. | 0.50 |
| 06/19/08 | P.R. West | **Travel to and from meeting (half-time billed).** | 1.00 |
| 06/19/08 | P.R. West | Meeting with Ms. Filon and Deloitte regarding transfer pricing issues. | 3.50 |
| 06/19/08 | S.T. Williams | **Travel to and from meeting (half-time billed).** | 1.00 |
| 06/19/08 | S.T. Williams | Meeting with Ms. Filon and Deloitte regarding transfer pricing issues. | 3.50 |
| 06/19/08 | S.T. Williams | Meeting with Mr. Silverman and Ms. Zarlenga regarding section 382 issues. | 0.70 |
| 06/20/08 | L.M. Zarlenga | Review Section 382(h) research and compile relevant facts. | 4.00 |
| 06/20/08 | M.C. Durst | Preparation of memorandum regarding transfer pricing meeting. | 0.30 |
| 06/20/08 | M.J. Silverman | Talk with Messrs. Teplinsky and Kidder re --75d2; review memos to German counsel. | 1.50 |
| 06/21/08 | M.C. Durst | Review of 2006 Transfer Pricing documentation. | 1.00 |
| 06/23/08 | L.M. Zarlenga | Review research 382 and allocation of tax attributes among various Grace entities. | 3.50 |
| 06/23/08 | L.M. Zarlenga | Meet with Mr. Williams to discuss section 382 allocation of tax and attribute issues. | 1.00 |
| 06/23/08 | L.M. Zarlenga | Meet with Messrs. Silverman and Williams to discuss 382 allocation of tax attribute issues. | 1.00 |
| 06/23/08 | M.C. Durst | Prepare for June 25 conference call. | 0.60 |
| 06/23/08 | M.D. Lerner | Analyze pricing report and call client to discuss same. | 0.70 |
| 06/23/08 | M.J. Silverman | Call with Ms. Filon re Deloitte representation. | 0.50 |
| 06/23/08 | M.J. Silverman | Continue Section 382 analysis and review fact issues re 382(h)(6). | 1.50 |
| 06/23/08 | M.J. Silverman | Call with Mr. Steinsaltz on his progress. | 0.50 |
| 06/23/08 | P.R. West | Telephone call with Ms. Filon re Deloitte planning issues. | 0.50 |
| 06/23/08 | P.R. West | Emails with Mr. Durst, Ms. Poole and Mr. Keshk regarding information needed from Ms. Poole. | 0.60 |
| 06/23/08 | S.T. Williams | Meet with Lisa Zarlenga to discuss 382 and other allocation of tax attribute issues. | 1.00 |
| 06/23/08 | S.T. Williams | Meet with Mark Silverman and Lisa Zarlenga to discuss 382 and other allocation of tax attribute issues. | 1.00 |
| 06/23/08 | S.T. Williams | Draft tax attribute planning outline. | 8.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 06/24/08 | L.M. Zarlenga | Review research re domestic issues. | 0.80 |
| 06/24/08 | L.M. Zarlenga | Review memo re 382 analysis and revise same. | 6.80 |
| 06/24/08 | M.C. Durst | Conversation with D. Poole, A. Keshk re international issues. | 1.50 |
| 06/24/08 | S.T. Williams | Research regarding section 382 issues. | 2.60 |
| 06/25/08 | L.M. Zarlenga | Revise memo re 382 analysis and send same to Mr. Williams. | 3.80 |
| 06/25/08 | M.C. Durst | Conversation with D. Poole, P. West, A. Keshk. | 0.90 |
| 06/25/08 | M.J. Silverman | Review outline on carry forward issues. | 1.70 |
| 06/25/08 | M.J. Silverman | Meet with S.T. Williams re outline. | 0.30 |
| 06/25/08 | P.R. West | Telephone call with Ms. Filon, Ms. Poole, German counsel et al. regarding transfer of IP and process for gathering information. | 0.90 |
| 06/25/08 | S.T. Williams | Research regarding section 382 issues. | 1.50 |
| 06/25/08 | S.T. Williams | Revise tax attribute outline. | 3.80 |
| 06/25/08 | S.T. Williams | Meet with Mark Silverman to discuss tax attribute outline. | 0.30 |
| 06/26/08 | L.M. Zarlenga | Research domestic issues. | 0.50 |
| 06/26/08 | L.M. Zarlenga | Review and revise 382 outline. | 2.80 |
| 06/26/08 | L.M. Zarlenga | Discuss 382 outline with Mr. Willaims. | 0.20 |
| 06/26/08 | M.D. Lerner | Edit and transmit Kovel letter. | 0.30 |
| 06/26/08 | M.J. Silverman | Review revised Kovel letter and review revised 382 outline and send to client. | 2.00 |
| 06/26/08 | S.T. Williams | Meet with Lisa Zarlenga to discuss the tax attribute outline. | 0.20 |
| 06/27/08 | A.E. Moran | Send out disinterestedness review to Kirkland. | 0.20 |
| 06/27/08 | L.M. Zarlenga | Research domestic and 382 issues. | 1.00 |
| 06/29/08 | L.M. Zarlenga | Research domestic issues. | 1.50 |
| 06/29/08 | M.J. Silverman | Revise 382 outline and send to client. | 2.00 |
| 06/30/08 | M.C. Durst | Conversation with A. Keshk re transfer pricing issues. | 0.30 |
| 06/30/08 | S.T. Williams | Research regarding section 382 issues. | 3.30 |
| 06/30/08 | S.T. Williams | Review Carol Finke's comments on tax attribute outline, the 382 ownership change spreadsheet, and the 382 limitation chart. | 0.70 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 42.10 | 895.00 | 37,679.50 |
| P.R. West | 15.90 | 875.00 | 13,912.50 |

14

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.C. Durst | 19.90 | 865.00 | 17,213.50 |
| S. Smilack | 0.60 | 705.00 | 423.00 |
| M.D. Lerner | 9.70 | 700.00 | 6,790.00 |
| S.H. Serling | 2.30 | 700.00 | 1,610.00 |
| V.A. Judson | 1.50 | 595.00 | 892.50 |
| L.M. Zarlenga | 54.20 | 580.00 | 31,436.00 |
| A.E. Moran | 18.30 | 570.00 | 10,431.00 |
| S.T. Williams | 64.50 | 315.00 | 20,317.50 |
| E.C. Ramey | 2.00 | 275.00 | 550.00 |
| Total | 231.00 |  | 141,255.50 |

Total Fees  $141,255.50

Disbursements: Audit Issue

| | | |
|---|---|---|
| | Color Copies | 16.10 |
| | Local Messenger | 39.12 |
| | Overnight Messenger | 76.22 |
| | Duplicating | 219.50 |
| | Duplicating Supplies | 43.75 |
| | Facsimile | 13.00 |
| | Long Distance Telephone – Conference Calls | 40.72 |
| 06/09/08 | Guest Services Meals ORDER 1268, SILVERMAN, MARK FOR W.R. GRACE MEETI | 344.63 |

Audit Disbursements  $793.04

Disbursements: Reorganization issue

| | | |
|---|---|---|
| | Color Copies | 3.30 |
| | Duplicating | 58.80 |
| | Facsimile | 15.00 |
| | On-Line Research/Information Retrieval | 841.77 |
| | Long Distance Telephone – Conference Calls | 41.95 |
| 06/25/08 | Local Transportation - MICHAEL DURST- - Travel to Columbia, MD on 06/19/08 re Meeting with W.R. Grace | 22.49 |
| 06/25/08 | Parking - MICHAEL DURST- Travel to Philadelphia, PA on 06/13/08 re ClientMeeting re W. R. Grace | 22.00 |
| 06/25/08 | Travel - MICHAEL DURST- Travel to Philadelphia, PA on 06/13/08 re ClientMeeting re W. R. Grace | 46.16 |

15

16

Reorganization Disbursements             $<u>1,051.47</u>