**EXHIBIT B**

STEPTOE & JOHNSON LLP
Detail Cost Report

*NOTE: the highlighted numbers in the 5th column show the total number of pages copied, not the charge. The application was changed to charge .10 per page, as required by the bankruptcy court, not the .15 per page shown in this exhibit.*

*012046.00003 TAX LITIGATION AUDIT ISSUE:*

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| CCOPY | 06/05/08 | 09066 | Merrill, | 6.00 | 1.00 | 6.00 |
| CCOPY | 06/05/08 | 09066 | Merrill, | 6.00 | | 6.00 |

**6 COLOR COPIES BY 09066**

| CCOPY | 06/06/08 | 09066 | Merrill, | 125.00 | 1.00 | 125.00 |
| CCOPY | 06/06/08 | 09066 | Merrill, | 125.00 | | 125.00 |

**125 COLOR COPIES BY 09066**

| CCOPY | 06/06/08 | 09066 | Merrill, | 25.00 | 1.00 | 25.00 |
| CCOPY | 06/06/08 | 09066 | Merrill, | 25.00 | | 25.00 |

**25 COLOR COPIES BY 09066**

| CCOPY | 06/06/08 | 09066 | Merrill, | 5.00 | 1.00 | 5.00 |
| CCOPY | 06/06/08 | 09066 | Merrill, | 5.00 | | 5.00 |

**5 COLOR COPIES BY 09066**

| CCOPY | 06/06/08 Total : | | | 155.00 | | |

| **CCOPY** | | **Total :** | | **161.00** | | |

| DELMES | 06/18/08 | 08174 | DEFAULT ATTORNEY, | 1.00 | 28.02 | 28.02 |
| DELMES | 06/18/08 | 08174 | DEFAULT ATTORNEY, | 1.00 | | 28.02 |

Local Messenger: Caller: Wieczorek J
Pick up company: STEPTOE & JOHNSON
Pick up address: 1330 Connecticut Ave NW
Drop off company: US TAX COURT
Drop off address: 400 2nd St NW

| DELMES | 06/18/08 | 08174 | DEFAULT ATTORNEY, | 1.00 | 11.10 | 11.10 |
| DELMES | 06/18/08 | 08174 | DEFAULT ATTORNEY, | 1.00 | | 11.10 |

Local Messenger Caller: Wieczorek J
Pick up company: US TAX COURT
Pick up address: 400 2nd St NW
Drop off company: STEPTOE & JOHNSON
Drop off address: 1330 Connecticut Ave NW

| DELMES | 06/18/08 Total : | | | 39.12 | | |

| **DELMES** | | **Total :** | | **39.12** | | |

```
DLFD       06/02/08 00206      Moran, Anne E.                  1.00   42.30      42.30
  DLFD     06/02/08 00206      Moran, Anne E.                  1.00              42.30
Federal Express from Joanne Wieczorek
to Greg Kidder, Esq. on June 02, 2008.
Tracking Number 792065309963

DLFD       06/09/08 00206      Moran, Anne E.                  1.00   33.92      33.92
  DLFD     06/09/08 00206      Moran, Anne E.                  1.00              33.92
Federal Express from Grace Chang
to Greg Kidder on June 09, 2008.
Tracking Number 799336887052

DLFD               Total :                                    76.22

DUPLDC     06/03/08 07530      Wieczorek, Joann E.           116.00    0.15      17.40
  DUPLDC   06/03/08 07530      Wieczorek, Joann E.           116.00    0.20      23.20
116 PHOTOCOPIES MADE BY 07530

DUPLDC     06/05/08 09066      Merrill,                       96.00    0.15      14.40
  DUPLDC   06/05/08 09066      Merrill,                       96.00    0.20      19.20
96 PHOTOCOPIES MADE BY 09066

DUPLDC     06/05/08 09066      Merrill,                       59.00    0.15       8.85
  DUPLDC   06/05/08 09066      Merrill,                       59.00    0.20      11.80
59 PHOTOCOPIES MADE BY 09066

DUPLDC     06/05/08 Total :                                   23.25
DUPLDC     06/06/08 09066      Merrill,                     1752.00    0.15     262.80
  DUPLDC   06/06/08 09066      Merrill,                     1752.00    0.20     350.40
1752 PHOTOCOPIES MADE BY 09066

DUPLDC     06/06/08 09066      Merrill,                       59.00    0.15       8.85
  DUPLDC   06/06/08 09066      Merrill,                       59.00    0.20      11.80
59 PHOTOCOPIES MADE BY 09066

DUPLDC     06/06/08 Total :                                  271.65
DUPLDC     06/16/08 06515      Kidder, Gregory                66.00    0.15       9.90
  DUPLDC   06/16/08 06515      Kidder, Gregory                66.00    0.20      13.20
66 PHOTOCOPIES MADE BY 06515

DUPLDC     06/18/08 07530      Wieczorek, Joann E.            24.00    0.15       3.60
  DUPLDC   06/18/08 07530      Wieczorek, Joann E.            24.00    0.20       4.80
24 PHOTOCOPIES MADE BY 07530

DUPLDC             Total :                                   325.80

DUSPDC     06/09/08 09066      Merrill,                        1.00   23.75      23.75
  DUSPDC   06/09/08 09066      Merrill,                        1.00              23.75
DISBURSEMENTS BY 09066

DUSPDC     06/09/08 09066      Merrill,                        1.00    4.50       4.50
  DUSPDC   06/09/08 09066      Merrill,                        1.00               4.50
DISBURSEMENTS BY 09066

DUSPDC     06/09/08 09066      Merrill,                        1.00    5.50       5.50
  DUSPDC   06/09/08 09066      Merrill,                        1.00               5.50
DISBURSEMENTS BY 09066
```

```
DUSPDC     06/09/08 09066      Merrill,                    1.00  10.00      10.00
   DUSPDC  06/09/08 09066      Merrill,                    1.00             10.00
DISBURSEMENTS BY 09066

DUSPDC     06/09/08 Total :                               43.75

DUSPDC              Total :                               43.75

FAXDC      06/05/08 08906      Knight, Jamal             13.00   1.00       13.00
   FAXDC   06/05/08 08906      Knight, Jamal             13.00   1.15       14.95
DC FAX 13 pages sent to 12106819681

GSMEAL     06/09/08 00051      Silverman, Mark J.         1.00 344.63      344.63
   GSMEAL  06/09/08 00051      Silverman, Mark J.         1.00             344.63
Guest Services Meals

LASR       06/05/08 00206      Moran, Anne E.             4.00   0.15        0.60
   LASR    06/05/08 00206      Moran, Anne E.             4.00   0.20        0.80
PC/Network Printing

PC LASER   4 Pages Zarlenga, Lisa
LASR       06/06/08 00206      Moran, Anne E.             3.00   0.15        0.45
   LASR    06/06/08 00206      Moran, Anne E.             3.00   0.20        0.60
PC/Network Printing

PC LASER   3 Pages Bogdonoff, Philip
LASR       06/06/08 00206      Moran, Anne E.             3.00   0.15        0.45
   LASR    06/06/08 00206      Moran, Anne E.             3.00   0.20        0.60
PC/Network Printing

PC LASER   3 Pages Bogdonoff, Philip
LASR       06/06/08 00206      Moran, Anne E.             3.00   0.15        0.45
   LASR    06/06/08 00206      Moran, Anne E.             3.00   0.20        0.60
PC/Network Printing

PC LASER   3 Pages Zarlenga, Lisa
LASR       06/06/08 Total :                                1.35

LASR       06/09/08 00206      Moran, Anne E.             1.00   0.15        0.15
   LASR    06/09/08 00206      Moran, Anne E.             1.00   0.20        0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR       06/10/08 00206      Moran, Anne E.             3.00   0.15        0.45
   LASR    06/10/08 00206      Moran, Anne E.             3.00   0.20        0.60
PC/Network Printing

PC LASER   3 Pages Ward, Brenda
LASR       06/10/08 00206      Moran, Anne E.             3.00   0.15        0.45
   LASR    06/10/08 00206      Moran, Anne E.             3.00   0.20        0.60
PC/Network Printing

PC LASER   3 Pages Moran, Anne
LASR       06/10/08 Total :                                0.90
LASR       06/19/08 00206      Moran, Anne E.             1.00   0.15        0.15
   LASR    06/19/08 00206      Moran, Anne E.             1.00   0.20        0.20
PC/Network Printing
```

```
PC LASER   1 Pages Wieczorek, JoAnn
LASR       06/25/08 00206    Moran, Anne E.        2.00    0.15    0.30
  LASR     06/25/08 00206    Moran, Anne E.        2.00    0.20    0.40
PC/Network Printing

PC LASER   2 Pages Wieczorek, JoAnn

LASR                Total :                        3.45

TELECO     06/11/08 00051    Silverman, Mark J.    1.00   40.72   40.72
  TELECO   06/11/08 00051    Silverman, Mark J.    1.00           40.72
Soundpath charge for Conferencing Services
on 06/11/08 for 430 minutes.
Moderator: Mark Silverman
```

*012046.00004 TAX REORGANIZATION ISSUES*

```
Cost              Timekeeper
Code     Date     Number   Name                    Quantity   Rate    Amount
==============================================================================

CCOPY    06/18/08 09066    Merrill,                   33.00   1.00     33.00
  CCOPY  06/18/08 09066    Merrill,                   33.00            33.00
33 COLOR COPIES BY 09066

DUPLDC   06/16/08 00206    Moran, Anne E.              1.00   0.15      0.15
  DUPLDC 06/16/08 00206    Moran, Anne E.              1.00   0.20      0.20
1 PHOTOCOPIES MADE BY 00206

DUPLDC   06/18/08 09066    Merrill,                  342.00   0.15     51.30
  DUPLDC 06/18/08 09066    Merrill,                  342.00   0.20     68.40
342 PHOTOCOPIES MADE BY 09066

DUPLDC   06/20/08 03102    Williams, Samuel T.        43.00   0.15      6.45
  DUPLDC 06/20/08 03102    Williams, Samuel T.        43.00   0.20      8.60
43 PHOTOCOPIES MADE BY 03102

DUPLDC            Total :                             57.90

FAXDC    06/25/08 03102    Williams, Samuel T.        15.00   1.00     15.00
  FAXDC  06/25/08 03102    Williams, Samuel T.        15.00   1.15     17.25
DC FAX 15 pages sent to 3016569281

LASR     06/02/08 00206    Moran, Anne E.              7.00   0.15      1.05
  LASR   06/02/08 00206    Moran, Anne E.              7.00   0.20      1.40
PC/Network Printing

PC LASER  7 Pages Williams, Samuel
LASR     06/05/08 00206    Moran, Anne E.              8.00   0.15      1.20
  LASR   06/05/08 00206    Moran, Anne E.              8.00   0.20      1.60
PC/Network Printing

PC LASER  8 Pages Zarlenga, Lisa
LASR     06/05/08 00206    Moran, Anne E.              8.00   0.15      1.20
  LASR   06/05/08 00206    Moran, Anne E.              8.00   0.20      1.60
PC/Network Printing

PC LASER  8 Pages Zarlenga, Lisa
LASR     06/05/08 00206    Moran, Anne E.              2.00   0.15      0.30
  LASR   06/05/08 00206    Moran, Anne E.              2.00   0.20      0.40
PC/Network Printing

PC LASER  2 Pages Williams, Samuel
LASR     06/05/08 00206    Moran, Anne E.              2.00   0.15      0.30
  LASR   06/05/08 00206    Moran, Anne E.              2.00   0.20      0.40
PC/Network Printing

PC LASER  2 Pages Williams, Samuel
LASR     06/05/08 Total :                              3.00
LASR     06/06/08 00206    Moran, Anne E.              8.00   0.15      1.20
```

```
    LASR     06/06/08 00206      Moran, Anne E.             8.00    0.20        1.60
PC/Network Printing

PC LASER   8 Pages Bogdonoff, Philip

LASR       06/06/08 00206      Moran, Anne E.             8.00    0.15        1.20
    LASR     06/06/08 00206      Moran, Anne E.             8.00    0.20        1.60
PC/Network Printing

PC LASER   8 Pages Bogdonoff, Philip
LASR       06/06/08 Total :                                2.40
LASR       06/09/08 00206      Moran, Anne E.             8.00    0.15        1.20
    LASR     06/09/08 00206      Moran, Anne E.             8.00    0.20        1.60
PC/Network Printing

PC LASER   8 Pages Zarlenga, Lisa

LASR       06/09/08 00206      Moran, Anne E.             3.00    0.15        0.45
    LASR     06/09/08 00206      Moran, Anne E.             3.00    0.20        0.60
PC/Network Printing

PC LASER   3 Pages Williams, Samuel
LASR       06/09/08 00206      Moran, Anne E.             3.00    0.15        0.45
    LASR     06/09/08 00206      Moran, Anne E.             3.00    0.20        0.60
PC/Network Printing

PC LASER   3 Pages Williams, Samuel
LASR       06/09/08 00206      Moran, Anne E.             3.00    0.15        0.45
    LASR     06/09/08 00206      Moran, Anne E.             3.00    0.20        0.60
PC/Network Printing

PC LASER   3 Pages Williams, Samuel
LASR       06/09/08 00206      Moran, Anne E.             3.00    0.15        0.45
    LASR     06/09/08 00206      Moran, Anne E.             3.00    0.20        0.60
PC/Network Printing

PC LASER   3 Pages Williams, Samuel
LASR       06/09/08 00206      Moran, Anne E.             3.00    0.15        0.45
    LASR     06/09/08 00206      Moran, Anne E.             3.00    0.20        0.60
PC/Network Printing

PC LASER   3 Pages Williams, Samuel
LASR       06/09/08 00206      Moran, Anne E.             2.00    0.15        0.30
    LASR     06/09/08 00206      Moran, Anne E.             2.00    0.20        0.40
PC/Network Printing

PC LASER   2 Pages Williams, Samuel
LASR       06/09/08 Total :                                3.75
LASR       06/10/08 00206      Moran, Anne E.             2.00    0.15        0.30
    LASR     06/10/08 00206      Moran, Anne E.             2.00    0.20        0.40
PC/Network Printing

PC LASER   2 Pages Moran, Anne
LASR       06/10/08 00206      Moran, Anne E.             2.00    0.15        0.30
    LASR     06/10/08 00206      Moran, Anne E.             2.00    0.20        0.40
PC/Network Printing
```

```
PC LASER   2 Pages Ward, Brenda
LASR       06/10/08 Total :                              0.60
LASR       06/11/08 00206      Moran, Anne E.            3.00   0.15    0.45
  LASR     06/11/08 00206      Moran, Anne E.            3.00   0.20    0.60
PC/Network Printing

PC LASER   3 Pages Moran, Anne
LASR       06/11/08 00206      Moran, Anne E.            3.00   0.15    0.45
  LASR     06/11/08 00206      Moran, Anne E.            3.00   0.20    0.60
PC/Network Printing

PC LASER   3 Pages Moran, Anne
LASR       06/11/08 00206      Moran, Anne E.            3.00   0.15    0.45
  LASR     06/11/08 00206      Moran, Anne E.            3.00   0.20    0.60
PC/Network Printing

PC LASER   3 Pages Moran, Anne
LASR       06/11/08 00206      Moran, Anne E.            3.00   0.15    0.45
  LASR     06/11/08 00206      Moran, Anne E.            3.00   0.20    0.60
PC/Network Printing

PC LASER   3 Pages Moran, Anne
LASR       06/11/08 00206      Moran, Anne E.            3.00   0.15    0.45
  LASR     06/11/08 00206      Moran, Anne E.            3.00   0.20    0.60
PC/Network Printing

PC LASER   3 Pages Moran, Anne
LASR       06/11/08 00206      Moran, Anne E.            1.00   0.15    0.15
  LASR     06/11/08 00206      Moran, Anne E.            1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne

LASR       06/11/08 00206      Moran, Anne E.            1.00   0.15    0.15
  LASR     06/11/08 00206      Moran, Anne E.            1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Moran, Anne
LASR       06/11/08 00206      Moran, Anne E.            1.00   0.15    0.15
  LASR     06/11/08 00206      Moran, Anne E.            1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       06/11/08 Total :                              2.70
LASR       06/12/08 00206      Moran, Anne E.            1.00   0.15    0.15
  LASR     06/12/08 00206      Moran, Anne E.            1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       06/17/08 00206      Moran, Anne E.            9.00   0.15    1.35
  LASR     06/17/08 00206      Moran, Anne E.            9.00   0.20    1.80
PC/Network Printing

PC LASER   9 Pages Williams, Samuel
LASR       06/18/08 00206      Moran, Anne E.            7.00   0.15    1.05
  LASR     06/18/08 00206      Moran, Anne E.            7.00   0.20    1.40
PC/Network Printing
```

```
PC LASER    7 Pages Williams, Samuel
LASR        06/18/08 00206      Moran, Anne E.           10.00    0.15    1.50
  LASR      06/18/08 00206      Moran, Anne E.           10.00    0.20    2.00
PC/Network Printing

PC LASER   10 Pages Williams, Samuel
LASR        06/18/08 Total :                              2.55
LASR        06/20/08 00206      Moran, Anne E.            8.00    0.15    1.20
  LASR      06/20/08 00206      Moran, Anne E.            8.00    0.20    1.60
PC/Network Printing

PC LASER    8 Pages Ward, Brenda
LASR        06/20/08 00206      Moran, Anne E.           11.00    0.15    1.65
  LASR      06/20/08 00206      Moran, Anne E.           11.00    0.20    2.20
PC/Network Printing

PC LASER   11 Pages Moran, Anne
LASR        06/20/08 00206      Moran, Anne E.           11.00    0.15    1.65
  LASR      06/20/08 00206      Moran, Anne E.           11.00    0.20    2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR        06/20/08 Total :                              4.50
LASR        06/23/08 00206      Moran, Anne E.           11.00    0.15    1.65
  LASR      06/23/08 00206      Moran, Anne E.           11.00    0.20    2.20
PC/Network Printing

PC LASER   11 Pages Ward, Brenda
LASR        06/23/08 00206      Moran, Anne E.            8.00    0.15    1.20
  LASR      06/23/08 00206      Moran, Anne E.            8.00    0.20    1.60
PC/Network Printing

PC LASER    8 Pages Ward, Brenda
LASR        06/23/08 00206      Moran, Anne E.            1.00    0.15    0.15
  LASR      06/23/08 00206      Moran, Anne E.            1.00    0.20    0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda
LASR        06/23/08 00206      Moran, Anne E.            2.00    0.15    0.30
  LASR      06/23/08 00206      Moran, Anne E.            2.00    0.20    0.40
PC/Network Printing

PC LASER    2 Pages Ward, Brenda
LASR        06/23/08 00206      Moran, Anne E.            2.00    0.15    0.30
  LASR      06/23/08 00206      Moran, Anne E.            2.00    0.20    0.40
PC/Network Printing

PC LASER    2 Pages Ward, Brenda
LASR        06/23/08 Total :                              3.60
LASR        06/24/08 00206      Moran, Anne E.            2.00    0.15    0.30
  LASR      06/24/08 00206      Moran, Anne E.            2.00    0.20    0.40
PC/Network Printing
```

```
PC LASER   2 Pages Ward, Brenda
LASR       06/24/08 00206    Moran, Anne E.           1.00    0.15      0.15
  LASR     06/24/08 00206    Moran, Anne E.           1.00    0.20      0.20
PC/Network Printing

PC LASER   1 Pages Ward, Brenda
LASR       06/24/08 Total :                           0.45
LASR       06/25/08 00206    Moran, Anne E.          14.00    0.15      2.10
  LASR     06/25/08 00206    Moran, Anne E.          14.00    0.20      2.80
PC/Network Printing

PC LASER   14 Pages Bogdonoff, Philip
LASR       06/26/08 00206    Moran, Anne E.           2.00    0.15      0.30
  LASR     06/26/08 00206    Moran, Anne E.           2.00    0.20      0.40
PC/Network Printing

PC LASER   2 Pages Williams, Samuel
LASR       06/30/08 00206    Moran, Anne E.           3.00    0.15      0.45
  LASR     06/30/08 00206    Moran, Anne E.           3.00    0.20      0.60
PC/Network Printing

PC LASER   3 Pages Knight, Jamal
LASR       06/30/08 00206    Moran, Anne E.           9.00    0.15      1.35
  LASR     06/30/08 00206    Moran, Anne E.           9.00    0.20      1.80
PC/Network Printing

PC LASER   9 Pages Knight, Jamal
LASR       06/30/08 Total :                           1.80

LASR                Total :                          30.30

LEXIS      06/11/08 00206    Moran, Anne E.           1.00  841.77    841.77
  LEXIS    06/11/08 00206    Moran, Anne E.           1.00            841.77
Lexis On-Line Research

DC Lexis Search by: GLIDEWELL, DEVO
LOCALTR    06/25/08 00361    Durst, Michael C.        1.00   22.49     22.49
Local Transportation - MICHAEL DURST- - Travel
to Columbia, MD on 06/19/08 re Meeting with
W.R. Grace

PARKX      06/25/08 00361    Durst, Michael C.        1.00   22.00     22.00
Parking -  MICHAEL DURST- Travel to
Philadelphia, PA on 06/13/08 re Client Meeting
re W. R. Grace

TELECO     06/20/08 00206    Moran, Anne E.           1.00   41.95     41.95
  TELECO   06/20/08 00206    Moran, Anne E.           1.00             41.95
Soundpath charge for Conferencing Services
on 06/20/08 for 443 minutes.
Moderator: Anne E. Moran

TRAVELX    06/25/08 00361    Durst, Michael C.        1.00   46.16     46.16
Travel -  MICHAEL DURST- Travel to
Philadelphia, PA on 06/13/08  re Client Meeting
re W. R. Grace
```