# EXHIBIT C

NY 71732509v1

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JULY 1, 2008 - JULY 31, 2008**

| | |
|---|---:|
| Outside Messenger Service | $ 108.04 |
| Meals | 28.65 |
| Local Transportation | 337.76 |
| Long Distance Telephone | 64.28 |
| Duplicating Costs-in House | 27.50 |
| Filing Fees | 64.00 |
| O/S Information Services | 359.52 |
| Lexis/Nexis | 620.25 |
| Travel Expenses - Transportation | 292.00 |
| Westlaw | 4,815.13 |
| | |
| **TOTAL** | **$ 6,717.13** |

NY 71732509v1

# STROOCK

## Disbursement Register

| | |
|---|---|
| DATE | August 19, 2008 |
| INVOICE NO. | 451249 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through July 31, 2008, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 07/07/2008 | VENDOR: UPS; INVOICE#: 0000010X827278; DATE: 07/05/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270190608454 on 07/01/2008 | 7.48 |
| 07/07/2008 | VENDOR: UPS; INVOICE#: 0000010X827278; DATE: 07/05/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270192139672 on 07/01/2008 | 7.48 |
| 07/07/2008 | VENDOR: UPS; INVOICE#: 0000010X827278; DATE: 07/05/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270194285662 on 07/01/2008 | 10.61 |
| 07/07/2008 | VENDOR: UPS; INVOICE#: 0000010X827278; DATE: 07/05/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270194884041 on 07/01/2008 | 7.48 |
| 07/15/2008 | VENDOR: UPS; INVOICE#: 0000010X827288; DATE: 07/12/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270196297806 | 7.48 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

NY 71732509v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | on 07/03/2008 | |
| 07/15/2008 | VENDOR: UPS; INVOICE#: 0000010X827288; DATE: 07/12/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270199166817 on 07/03/2008 | 7.48 |
| 07/15/2008 | VENDOR: UPS; INVOICE#: 0000010X827288; DATE: 07/12/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270199176422 on 07/03/2008 | 10.61 |
| 07/15/2008 | VENDOR: UPS; INVOICE#: 0000010X827288; DATE: 07/12/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270199693391 on 07/03/2008 | 7.48 |
| 07/15/2008 | UPS 7/12/08 L Croston to Michael Lastowski Wilmington, DE on 7/10/08 | 7.74 |
| 07/28/2008 | VENDOR: UPS; INVOICE#: 0000010X827308; DATE: 07/26/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270190951065 on 07/22/2008 | 7.74 |
| 07/28/2008 | VENDOR: UPS; INVOICE#: 0000010X827308; DATE: 07/26/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270191565445 on 07/22/2008 | 7.74 |
| 07/28/2008 | VENDOR: UPS; INVOICE#: 0000010X827308; DATE: 07/26/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270191801859 on 07/22/2008 | 10.98 |
| 07/28/2008 | VENDOR: UPS; INVOICE#: 0000010X827308; DATE: 07/26/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270193537838 on 07/22/2008 | 7.74 |

**Outside Messenger Service Total**                                                                                           108.04

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| **Meals** | | |
| 07/28/2008 | VENDOR(EE): KPASQUALE: 07/22/08 - 07/22/08; DATE: 07-28-2008; lunch w/M. Lastowski, local counsel | 28.65 |
| **Meals Total** | | **28.65** |
| **Local Transportation** | | |
| 07/09/2008 | VENDOR: NYC Taxi; Invoice#: 835030; Invoice Date: 07/04/2008; Voucher #: 212040; Arlene Krieger 06/28/2008 18:00 from 180 MAIDEN LA MANHATTAN NY to 1 E 80 ST MANHATTAN NY | 38.52 |
| 07/15/2008 | VENDOR: Petty Cash; INVOICE#: 071108; DATE: 7/15/2008    L. Kruger  cab home from meeting     7/10 | 16.90 |
| 07/17/2008 | VENDOR: NYC Taxi; Invoice#: 835654; Invoice Date: 07/11/2008; Voucher #: 812242510; James Gutierrez 06/30/2008 20:09 from 180 MAIDEN LA MANHATTAN NY to 222 W 14 ST MANHATTAN NY | 29.34 |
| 07/25/2008 | VENDOR: NYC Taxi; Invoice#: 836284; Invoice Date: 07/18/2008; Voucher #: 812253444; Lewis Kruger 07/10/2008 13:30 from 180 MAIDEN LA MANHATTAN NY to 1 E 47 ST MANHATTAN NY | 35.46 |
| 07/25/2008 | VENDOR: NYC Taxi; Invoice#: 836284; Invoice Date: 07/18/2008; Voucher #: 812252344; James Gutierrez 07/09/2008 19:49 from 180 MAIDEN LA MANHATTAN NY to 222 W 14 ST MANHATTAN NY | 29.34 |
| **Local Transportation Total** | | **149.56** |
| **Long Distance Telephone** | | |
| 07/02/2008 | EXTN.5475, TEL.214-698-3868, S.T.12:57, DUR.00:01:42 | 0.94 |
| 07/02/2008 | EXTN.5475, TEL.302-657-4900, S.T.13:04, DUR.00:01:18 | 0.94 |
| 07/03/2008 | EXTN.5475, TEL.302-657-4900, S.T.13:08, DUR.00:01:42 | 0.94 |
| 07/07/2008 | EXTN.5431, TEL.302-651-3160, S.T.16:20, DUR.00:00:12 | 0.47 |
| 07/08/2008 | EXTN.3544, TEL.312-861-2162, S.T.11:40, DUR.00:01:24 | 0.94 |
| 07/17/2008 | EXTN.5430, TEL.312-861-2248, S.T.10:19, DUR.00:01:06 | 0.94 |
| 07/17/2008 | EXTN.5562, TEL.973-424-2031, S.T.09:40, DUR.00:00:42 | 0.47 |
| 07/21/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-062208; DATE: 6/22/2008  -  Teleconference           06/18/08 | 17.35 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/24/2008 | EXTN.5562, TEL.201-587-7114, S.T.15:00, DUR.00:04:06 | 2.35 |
| 07/25/2008 | EXTN.5562, TEL.312-861-2248, S.T.13:00, DUR.00:20:36 | 9.85 |
| 07/25/2008 | EXTN.5562, TEL.312-861-2248, S.T.13:31, DUR.00:00:30 | 0.47 |
| 07/28/2008 | EXTN.5544, TEL.201-587-7144, S.T.10:25, DUR.00:01:24 | 0.94 |
| 07/28/2008 | EXTN.5544, TEL.201-587-7144, S.T.11:13, DUR.00:32:42 | 15.48 |
| 07/31/2008 | EXTN.5544, TEL.201-587-7123, S.T.15:03, DUR.00:24:36 | 11.73 |
| 07/31/2008 | EXTN.5562, TEL.302-467-4430, S.T.15:54, DUR.00:01:00 | 0.47 |
| **Long Distance Telephone Total** | | **64.28** |

**Duplicating Costs-in House**

| | | |
|---|---|---|
| 07/02/2008 | By Krieger, Arlene G. | 4.40 |
| 07/08/2008 | By Grant, Rhonda H. | 3.00 |
| 07/17/2008 | By Krieger, Arlene G. | 5.50 |
| 07/18/2008 | By Stern, Janice S. | 4.10 |
| 07/23/2008 | By Ryan, Mindy | 0.10 |
| 07/25/2008 | By Pasquale, Kenneth | 0.10 |
| 07/25/2008 | By Mohamed, David | 0.20 |
| 07/29/2008 | By Beal, Abigail M. | 0.40 |
| 07/29/2008 | By Croston-Williams, Laura V. | 3.70 |
| 07/29/2008 | By Croston-Williams, Laura V. | 2.40 |
| 07/29/2008 | By Krieger, Arlene G. | 3.60 |
| **Duplicating Costs-in House Total** | | **27.50** |

**Filing Fees**

| | | |
|---|---|---|
| 07/17/2008 | VENDOR: Chase Card Services; INVOICE#: 070208; DATE: 7/2/2008  -  visa charge 6/26/08 Court Call LLC | 64.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Filing Fees Total** | | **64.00** |

**O/S Information Services**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/30/2008 | Pacer Search Service on 6/20/2008 | 2.96 |
| 07/30/2008 | Pacer Search Service on 4/22/2008 | 0.72 |
| 07/30/2008 | Pacer Search Service on 4/24/2008 | 0.64 |
| 07/30/2008 | Pacer Search Service on 4/24/2008 | 0.24 |
| 07/30/2008 | Pacer Search Service on 4/22/2008 | 0.88 |
| 07/30/2008 | Pacer Search Service on 4/24/2008 | 1.28 |
| 07/30/2008 | Pacer Search Service on 4/28/2008 | 0.24 |
| 07/30/2008 | Pacer Search Service on 5/8/2008 | 1.28 |
| 07/30/2008 | Pacer Search Service on 5/9/2008 | 0.16 |
| 07/30/2008 | Pacer Search Service on 5/23/2008 | 0.32 |
| 07/30/2008 | Pacer Search Service on 5/28/2008 | 0.16 |
| 07/30/2008 | Pacer Search Service on 5/30/2008 | 0.24 |
| 07/30/2008 | Pacer Search Service on 6/2/2008 | 3.04 |
| 07/30/2008 | Pacer Search Service on 6/9/2008 | 0.24 |
| 07/30/2008 | Pacer Search Service on 6/13/2008 | 0.32 |
| 07/30/2008 | Pacer Search Service on 6/17/2008 | 2.00 |
| 07/30/2008 | Pacer Search Service on 6/25/2008 | 0.40 |
| 07/30/2008 | Pacer Search Service on 4/1/2008 | 4.48 |
| 07/30/2008 | Pacer Search Service on 4/2/2008 | 2.40 |
| 07/30/2008 | Pacer Search Service on 4/4/2008 | 6.96 |
| 07/30/2008 | Pacer Search Service on 4/8/2008 | 8.00 |
| 07/30/2008 | Pacer Search Service on 4/9/2008 | 6.08 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/30/2008 | Pacer Search Service on 4/10/2008 | 23.28 |
| 07/30/2008 | Pacer Search Service on 4/11/2008 | 10.16 |
| 07/30/2008 | Pacer Search Service on 4/14/2008 | 6.88 |
| 07/30/2008 | Pacer Search Service on 4/15/2008 | 16.72 |
| 07/30/2008 | Pacer Search Service on 4/16/2008 | 4.88 |
| 07/30/2008 | Pacer Search Service on 4/17/2008 | 1.04 |
| 07/30/2008 | Pacer Search Service on 4/18/2008 | 1.12 |
| 07/30/2008 | Pacer Search Service on 4/21/2008 | 8.88 |
| 07/30/2008 | Pacer Search Service on 4/21/2008 | 0.48 |
| 07/30/2008 | Pacer Search Service on 4/23/2008 | 3.92 |
| 07/30/2008 | Pacer Search Service on 4/24/2008 | 4.08 |
| 07/30/2008 | Pacer Search Service on 4/25/2008 | 5.44 |
| 07/30/2008 | Pacer Search Service on 4/28/2008 | 0.88 |
| 07/30/2008 | Pacer Search Service on 4/30/2008 | 4.80 |
| 07/30/2008 | Pacer Search Service on 5/2/2008 | 2.80 |
| 07/30/2008 | Pacer Search Service on 5/5/2008 | 0.48 |
| 07/30/2008 | Pacer Search Service on 5/6/2008 | 4.96 |
| 07/30/2008 | Pacer Search Service on 5/7/2008 | 0.56 |
| 07/30/2008 | Pacer Search Service on 5/8/2008 | 6.16 |
| 07/30/2008 | Pacer Search Service on 5/9/2008 | 2.72 |
| 07/30/2008 | Pacer Search Service on 5/12/2008 | 0.16 |
| 07/30/2008 | Pacer Search Service on 5/16/2008 | 0.40 |
| 07/30/2008 | Pacer Search Service on 5/18/2008 | 2.64 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/30/2008 | Pacer Search Service on 5/19/2008 | 31.20 |
| 07/30/2008 | Pacer Search Service on 5/19/2008 | 6.16 |
| 07/30/2008 | Pacer Search Service on 5/20/2008 | 1.68 |
| 07/30/2008 | Pacer Search Service on 5/21/2008 | 0.48 |
| 07/30/2008 | Pacer Search Service on 5/23/2008 | 9.44 |
| 07/30/2008 | Pacer Search Service on 5/26/2008 | 4.80 |
| 07/30/2008 | Pacer Search Service on 5/28/2008 | 25.36 |
| 07/30/2008 | Pacer Search Service on 5/28/2008 | 0.88 |
| 07/30/2008 | Pacer Search Service on 5/29/2008 | 2.40 |
| 07/30/2008 | Pacer Search Service on 5/29/2008 | 2.40 |
| 07/30/2008 | Pacer Search Service on 5/30/2008 | 5.44 |
| 07/30/2008 | Pacer Search Service on 5/30/2008 | 1.60 |
| 07/30/2008 | Pacer Search Service on 6/2/2008 | 0.72 |
| 07/30/2008 | Pacer Search Service on 6/3/2008 | 5.04 |
| 07/30/2008 | Pacer Search Service on 6/3/2008 | 2.40 |
| 07/30/2008 | Pacer Search Service on 6/5/2008 | 2.40 |
| 07/30/2008 | Pacer Search Service on 6/6/2008 | 0.72 |
| 07/30/2008 | Pacer Search Service on 6/9/2008 | 5.84 |
| 07/30/2008 | Pacer Search Service on 6/10/2008 | 3.68 |
| 07/30/2008 | Pacer Search Service on 6/13/2008 | 8.40 |
| 07/30/2008 | Pacer Search Service on 6/14/2008 | 4.08 |
| 07/30/2008 | Pacer Search Service on 6/16/2008 | 12.40 |
| 07/30/2008 | Pacer Search Service on 6/17/2008 | 14.24 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 07/30/2008 | Pacer Search Service on 6/18/2008 | 0.72 |
| 07/30/2008 | Pacer Search Service on 6/18/2008 | 0.16 |
| 07/30/2008 | Pacer Search Service on 6/19/2008 | 1.68 |
| 07/30/2008 | Pacer Search Service on 6/20/2008 | 9.20 |
| 07/30/2008 | Pacer Search Service on 6/23/2008 | 1.92 |
| 07/30/2008 | Pacer Search Service on 6/23/2008 | 1.44 |
| 07/30/2008 | Pacer Search Service on 6/25/2008 | 1.68 |
| 07/30/2008 | Pacer Search Service on 6/27/2008 | 0.96 |
| 07/30/2008 | Pacer Search Service on 4/24/2008 | 0.40 |
| 07/30/2008 | Pacer Search Service on 4/24/2008 | 0.16 |
| 07/30/2008 | Pacer Search Service on 4/17/2008 | 8.64 |
| 07/30/2008 | Pacer Search Service on 4/18/2008 | 2.40 |
| 07/30/2008 | Pacer Search Service on 4/17/2008 | 2.40 |
| 07/30/2008 | Pacer Search Service on 4/17/2008 | 8.56 |
| 07/30/2008 | Pacer Search Service on 4/18/2008 | 3.28 |
| 07/30/2008 | Pacer Search Service on 4/24/2008 | 0.16 |
| 07/30/2008 | Pacer Search Service on 4/24/2008 | 5.44 |
| 07/30/2008 | Pacer Search Service on 5/30/2008 | 1.92 |
| 07/30/2008 | Pacer Search Service on 4/24/2008 | 0.16 |
| | **O/S Information Services Total** | **359.52** |

**Lexis/Nexis**

| | | |
|---|---|---|
| 07/23/2008 | Research on 07/23/2008 | 553.00 |
| 07/24/2008 | Research on 07/24/2008 | 67.25 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| | **Lexis/Nexis Total** | **620.25** |
| | | |
| **Travel Expenses - Transportation** | | |
| 07/03/2008 | VENDOR(EE): LKRUGER: 06/23/08 - 06/23/08; DATE: 07-03-2008; Taxi expense for travel from NY Penn Station to office. | 9.90 |
| 07/17/2008 | VENDOR: Chase Card Services; INVOICE#: 070208; DATE: 7/2/2008  -  visa charge 6/17/08 L Kruger 6/23/08 Penn Station to Wilmington, DE | 292.00 |
| 07/25/2008 | VENDOR: Petty Cash; INVOICE#: 072308; DATE: 7/25/2008  L. Kruger    transp. to & from station    7/21 | 11.90 |
| 07/28/2008 | VENDOR(EE): KPASQUALE: 07/22/08 - 07/22/08; DATE: 07-28-2008; mileage and tolls to Wilmington DE | 157.90 |
| 07/28/2008 | VENDOR(EE): KPASQUALE: 07/22/08 - 07/22/08; DATE: 07-28-2008; Wilmington DE | 8.50 |
| | **Travel Expenses - Transportation Total** | **480.20** |
| **Westlaw** | | |
| 07/01/2008 | Duration 0:00:00; by Gutierrez, James S. | 247.86 |
| 07/01/2008 | Duration 0:00:00; by Krieger, Arlene G. | 21.69 |
| 07/01/2008 | Duration 0:58:08; by Strauss, Joseph E. | 838.18 |
| 07/02/2008 | Duration 0:19:05; by Strauss, Joseph E. | 132.72 |
| 07/02/2008 | Duration 0:08:57; by Gutierrez, James S. | 120.06 |
| 07/07/2008 | Duration 0:43:17; by Strauss, Joseph E. | 558.51 |
| 07/08/2008 | Duration 0:18:51; by Strauss, Joseph E. | 184.92 |
| 07/08/2008 | Duration 0:01:02; by Strauss, Joseph E. | 47.82 |
| 07/09/2008 | Duration 0:00:00; by Krieger, Arlene G. | 139.63 |
| 07/09/2008 | Duration 0:16:07; by Strauss, Joseph E. | 211.90 |
| 07/09/2008 | Duration 2:36:09; by De Pinto, Lauren M. | 1,630.33 |
| 07/17/2008 | Duration 0:00:00; by Krieger, Arlene G. | 200.35 |
| 07/17/2008 | Duration 0:00:00; by Gutierrez, James S. | 16.52 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 07/18/2008 | Duration 0:00:00; by Krieger, Arlene G. | 36.35 |
| 07/22/2008 | Duration 0:03:16; by Gutierrez, James S. | 130.96 |
| 07/23/2008 | Duration 0:12:39; by Gutierrez, James S. | 125.04 |
| 07/31/2008 | Duration 0:05:46; by Gutierrez, James S. | 172.29 |
| **Westlaw Total** | | **4,815.13** |

MATTER DISBURSEMENT SUMMARY

| | |
|---|---:|
| Outside Messenger Service | $ 108.04 |
| Meals | 28.65 |
| Local Transportation | 149.56 |
| Long Distance Telephone | 64.28 |
| Duplicating Costs | 27.50 |
| Filing Fees | 64.00 |
| O/S Information Services | 359.52 |
| Lexis/Nexis | 620.25 |
| Travel Expenses - Transportation | 480.20 |
| Westlaw | 4815.13 |

| | |
|---|---:|
| TOTAL DISBURSEMENTS/CHARGES | $ 6,717.13 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71732509v1