**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|                          |     |                        |
|--------------------------|-----|------------------------|
|                          | :   | Chapter 11             |
| In re:                   | :   |                        |
| W.R. GRACE & CO., et al.,| :   | Case No. 01-01139 (JKF)|
|                          | :   | (Jointly Administered) |
|                          | :   |                        |
| Debtors                  | :   | Re: Docket No. 19369   |


**RESPONSE OF COMMONWEALTH OF PENNSYLVANIA,**
**DEPARTMENT OF REVENUE TO DEBTOR'S**
**TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS**


TO THE HONORABLE JUDITH K. FITZGERALD,
UNITED STATES BANKRUPTCY JUDGE:

The Commonwealth of Pennsylvania, Department of Revenue (hereinafter "Commonwealth"), by and through its attorney, Thomas W. Corbett, Jr., Attorney General of Pennsylvania, and his deputy, Christopher R. Momjian, Deputy Attorney General, hereby responds to Debtor's Twenty-Fifth Omnibus Objection to Claims:

1.  The Commonwealth has filed claim number 318 in the above bankruptcy which asserts actual and estimated secured, priority and general unsecured liabilities in the amount of $38,563.92.

2.  The debtor has objected to claim number 318, seeking to expunge the claim.

3.  The claim represents actual and estimated corporation tax liabilities which are entitled to secured status pursuant to 11 U.S.C. § 506 and priority treatment pursuant to 11 U.S.C. § 507.

4.   The Commonwealth's proof of claim provides detailed information relating to the basis of the liability.

5.   This information includes the account number, the assessment number, the date of assessment, the periods covered and the amount owed including a breakdown of tax, interest and penalty.

6.   The Commonwealth's records indicate that corporation tax returns for tax years ending December 1996 to present have not been filed by the debtor. And therefore liabilities encompassed within the claim are due and owing.

7.   The Commonwealth has filed claim number 407 in the above bankruptcy which asserts actual and estimated secured, priority and general unsecured liabilities in the amount of $28,448.99.

8.   The debtor has objected to claim number 407, seeking to expunge the claim.

9.   The Commonwealth's proof of claim provides detailed information relating to the basis of the liability.

10.   This information includes the account number, the assessment number, the date of assessment, the periods covered and the amount owed including a breakdown of tax, interest and penalty.

11.   The Commonwealth's records indicate that corporation tax returns for tax years ending December 2004 to present have not been filed by the debtor. And therefore liabilities encompassed within the claim are due and owing.

WHEREFORE, the Commonwealth of Pennsylvania, Department of Revenue

respectfully requests this Court allow proofs of claim 318 and 407 filed by the Commonwealth

of Pennsylvania, Department of Revenue in their entirety.


Respectfully submitted,

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL



DATED: <u>September 11 2008</u>          BY:   /s/ Christopher R. Momjian
                                              Christopher R. Momjian
                                              Senior Deputy Attorney General
                                              PA Attorney ID #57482
                                              Office of Attorney General
                                              21 South 12th Street, 3rd Floor
                                              Philadelphia, PA  19107
                                              Tel: (215) 560-2424
                                              Fax: (215) 560-2202
                                              E-mail: crmomjian@attorneygeneral.gov

COMMONWEALTH OF PENNSYLVANIA   :
                                                          :   SS
COUNTY OF PHILADELPHIA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and exact copy of the Response of the

Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus

Objection to Claims, was served upon the following by Regular First Class Mail on

 September 11, 2008, to:

Christopher T. Greco, Esquire
**Kirkland & Ellis, LLP**
Citigroup Center
153 East 53rd Street
New York, NY  10022

James E. O'Neill, Esquire
**Pachulski Stang Ziehl & Jones LLP**
919 North Market Street
17th Floor
P. O. Box 8705
Wilmington, DE  19899-8705

Lewis Kruger, Esquire
**Stroock & Stroock & Lavan**
180 Maiden Lane
New York, NY  10038-4982

Michael R. Latowski, Esquire
**Duane, Morris & Heckscher, LLP**
1100 N. Market Street
Suite 1200
Wilmington, DE  19801-1246

Scott L. Baena, Esquire
**Sumberg, Dunn, Baena, Price & Axelrod**
First Union Financial Center
200 South Biscayne Blvd.
Suite 2500
Miami, FL  33131

Michael B. Joseph, Esquire
**Ferry & Joseph, P.A.**
824 Market Street
Suite 904
P. O. Box 1351
Wilmington, DE  19899

Peter Van L. Lockwood, Esquire
**Caplin & Drysdale, Chartered**
One Thomas Circle, N.W.,
Washington, DC  20005

Mark T. Hurford, Esquire
**Campbell & Levine, LLC**
800 N. King Street
Suite 300
Wilmington, DE  19801

Gary Becker, Esquire
**Kramer Levin Naftalis & Frankel, LLP**
919 Third Avenue
New York, NY  10022

Theresa K.D. Currier, Esquire
**Buchanan, Ingersoll & Rooney, P. C.**
1000 West Street
Suite 1410
P. O. Box 1397
Wilmington, DE  19899-1397

Richard H. Wyron, Esquire
**Orrick, Herrington & Sutcliffe, LLP**
3050 K. Street,  NW
Suite 300
Wilmington, DE  19806

Office of United States Trustee
844 N. King Street
Wilmington, DE  19801

Attn:  David Klauder, Esquire


Respectfully Submitted,

THOMAS W. CORBETT, JR.
ATTORNEY GENERAL

DATED: September 11, 2008            BY:    /s/ Christopher R. Momjian
                                     Christopher R. Momjian
                                     Senior Deputy Attorney General
                                     Type Attorney No. 57482
                                     Office of Attorney General
                                     21 South 12th Street, 3rd Floor
                                     Philadelphia, PA  19107
                                     Tel: (215) 560-2424
                                     Fax: (215) 560-2202
                                     E-mail: crmomjian@attorneygeneral.gov