# CERTIFICATE OF SERVICE

      I, Debra O. Fullem, do hereby certify that I am over the age of 18, and that on this 11th day of September, 2008, I caused copies of the *First Supplemental Declaration of Jonathan Brownstein Under Fed. R. Bankr. P. 2014 and 5002 in Support of Application for an Order Authorizing Retention and Employment of Piper Jaffray & Co. as Financial Advisor to David T. Austern as Future Claimants' Representative,* to be served by first class mail, postage prepaid, on the parties listed on the attached service list.

                                         */S/ DEBRA O. FULLEM*
                                         Debra O. Fullem
                                         Orrick, Herrington & Sutcliffe LLP