IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) Case No. 01-1139 (JKF) |
| W.R. GRACE & CO., et al., | ) (Jointly Administered) |
| Debtors. | ) Related Dkt. Nos. 12022, 12379, 12896, 13019, |
| | ) 13421, 13509, 15690, 18883 and 19223 |

**EIGHTH SUPPLEMENTAL DECLARATION UNDER
FED. R. BANKR. P. 2014 AND 5002 IN SUPPORT OF APPLICATION
FOR AN ORDER AUTHORIZING RETENTION AND EMPLOYMENT OF
ORRICK, HERRINGTON & SUTCLIFFE LLP AS BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN AS FUTURE CLAIMANTS' REPRESENTATIVE**

I, Richard H. Wyron, state:

1. I am a partner in the law firm of Orrick, Herrington & Sutcliffe LLP ("Orrick"), and maintain an office for the practice of law at The Columbia Center, 1152 15th Street, N.W., Washington, D.C. 20005. I am admitted to practice law before the Bars of the District of Columbia and the State of Maryland, and am authorized to execute this Eighth Supplemental Declaration on behalf of Orrick. Orrick is bankruptcy counsel to David T. Austern, the Future Claimants' Representative appointed by the Court in the above-captioned cases (the "FCR"), pursuant to an Order entered on May 8, 2006, which authorizes Orrick's employment effective as of February 6, 2006.

2. On March 9, 2006, Roger Frankel of Orrick submitted his declaration pursuant to Rules 2014 and 5002 of the Federal Rules of Bankruptcy Procedure (the "Rules") in support of the Application of the FCR seeking the entry of an Order authorizing the retention and employment of Orrick as his bankruptcy counsel (the "Application") (Dkt. No. 12022). Mr. Frankel submitted supplemental declarations in support of the Application on August 1, 2006 (Dkt. No. 12896), August 21, 2006 (Dkt. No. 13019), October 18, 2006 (Dkt. No. 13421),

October 27, 2006 (Dkt. No. 13509), May 18, 2007 (Dkt. No. 15690), June 9, 2008 (Dkt. No. 18883) and August 4, 2008 (Dkt. 19223).

3. Except as is otherwise provided below, the facts set forth in this declaration are based upon my personal knowledge, upon records maintained by Orrick in the ordinary course of its business which have been reviewed by me and/or by other partners or employees of Orrick at my direction, or upon information known by other partners or employees of Orrick and conveyed to me.

4. I make this Eighth Supplemental Declaration out of an abundance of caution, and not because I believe the matters set forth herein are within the scope of Rules 2014 or 5002.

5. Jill L. Van Dalen ("Ms. Van Dalen") has joined Orrick as an associate in our San Francisco office. Prior to joining Orrick, Ms. Van Dalen was an associate at Thelen Reid Brown Raysman & Steiner LLP ("Thelen"). During her employment at Thelen, Ms. Van Dalen represented Sealed Air Corporation on matters unrelated to these cases. Although there is no conflict between Orrick's continuing representation of the FCR in these bankruptcy cases and Ms. Van Dalen's prior representation of Sealed Air Corporation, Orrick has established an ethical wall between Ms. Van Dalen and the Orrick lawyers and legal assistants working on these cases.

6. Christopher Gladbach is an associate at Orrick in our Washington DC office. Mr. Gladbach's wife, Kathryn Einspanier, will be employed as an associate at Kirkland & Ellis LLP ("Kirkland") in the litigation/appellate litigation group as of September 15, 2008. Although there is no conflict between Orrick's continuing representation of the FCR in these bankruptcy cases, on the one hand, and Mr. Gladbach's employment as an associate at Orrick and Ms. Einspanier's employment as an associate at Kirkland, on the other hand, out of an abundance of

caution, Orrick has established an ethical wall between Mr. Gladbach and the Orrick lawyers and legal assistants working on these cases.

7. Joseph J. Radecki, Jr. of Tre Angeli LLC and Piper Jaffray & Company, the FCR's financial advisors employed in these cases, are also employed as financial advisors to the Debtors in the bankruptcy cases of VI Acquisition Corp. and its affiliates ("VICORP"), which are pending in this Court as Case No. 08-10623. Orrick has been retained to represent Fidelity National Special Opportunities, Inc. ("FNSO") in its capacity as a creditor and as a member of the Official Committee of Unsecured Creditors in the VICORP cases. Orrick's representation of FNSO, and Mr. Radecki's and Piper Jaffray's employment by VICORP, are unrelated to these cases.

8. Mr. Frankel stated in his original declaration, filed as Exhibit A to Orrick's employment Application, that, as part of its finance practices, Orrick represents ABN Amro Bank N.V. and affiliates ("ABN Amro") in matters unrelated to these cases. Orrick has recently been engaged to represent ABN Amro with regard to restructuring matters in certain bankruptcy proceedings, all of which are unrelated to these cases.

9. Orrick represents or has represented Avenue Capital Group, Lehman Brothers, Intermarket Corporation, Loeb Partners Corporation, and P. Schoenfeld Asset Management, or affiliates, all of which have been identified as holders of certain bank debt of the Debtors, in matters unrelated to the Debtors or these chapter 11 cases.

10. Orrick will use reasonable efforts to identify any additional relevant fact or relationship not previously disclosed. If any such fact or relationship is discovered, Orrick will, as soon as reasonably practicable, file additional supplemental declarations with the Court.

*  *  *  *  *  *

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

>  */S/ Richard H. Wyron*
>  Richard H. Wyron

Executed on September 11, 2008