# **CERTIFICATE OF SERVICE**

      I, Debra O. Fullem, do hereby certify that I am over the age of 18, and that on this 11th day of September, 2008, I caused copies of the *First Supplemental Declaration of Joseph J. Radecki, Jr. Under Fed. R. Bankr. P. 2014 and 5002 in Support of Application for an Order Authorizing Retention and Employment of Tre Angeli LLC as Financial Advisor to David T. Austern as Future Claimants' Representative,* to be served by first class mail, postage prepaid, on the parties listed on the attached service list.

      */S/ DEBRA O. FULLEM*
      Debra O. Fullem
      Orrick, Herrington & Sutcliffe LLP