**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**July 2008**

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended July 31, 2008

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $698.50 | 24.9 | $ 17,392.65 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $588.00 | 3.0 | $ 1,764.00 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | $698.50 | 4.0 | $ 2,794.00 |
| Jesse Reed Tracey | Audit Director | 11 | Integrated Audit | $501.65 | 1.0 | $ 501.65 |
| Rafael Garcia | Tax Director | 15 | Integrated Audit | $414.75 | 15.0 | $ 6,221.25 |
| Stephanie Beckes | Audit Manager | 7 | Integrated Audit | $412.75 | 0.7 | $ 288.93 |
| Justin Bray | Audit Manager | 7 | Integrated Audit | $311.15 | 37.6 | $ 11,699.24 |
| Juei Ping Joanna Own | Tax Manager | 4 | Integrated Audit | $283.50 | 17.3 | $ 4,904.55 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $349.25 | 2.2 | $ 768.35 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $199.50 | 19.3 | $ 3,850.35 |
| Pamela Barkley | Audit Senior Associate | 5 | Integrated Audit | $227.33 | 100.4 | $ 22,823.93 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $209.55 | 68.0 | $ 14,249.40 |
| Lyndsay Signori | Audit Senior Associate | 4 | Integrated Audit | $223.52 | 1.0 | $ 223.52 |
| Lynda Keorlet | Audit Associate | 3 | Integrated Audit | $156.21 | 104.3 | $ 16,292.70 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | $123.19 | 63.6 | $ 7,834.88 |
| Karen Geung | Audit Associate | 3 | Integrated Audit | $170.18 | 38.7 | $ 6,585.97 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $156.21 | 154.5 | $ 24,134.45 |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | $156.21 | 131.6 | $ 20,557.24 |
| Jian Hui Lee | Audit Associate | <1 | Integrated Audit | $266.70 | 1.5 | $ 400.05 |

| | | | | | |
|---|---|---|---|---|---|
| Todd Chesla | Tax Associate | 1 | $147.00 | 23.5 | Integrated Audit | $ 3,454.50 |
| Kathleen Bradley | Audit Intern | <1 | $92.71 | 84.2 | Integrated Audit | $ 7,806.18 |
| Joseph Landsman | Audit Intern | <1 | $92.71 | 27.7 | Integrated Audit | $ 2,568.07 |
| | | TOTAL | | 924.0 | | $ 177,115.86 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

Totals    26.4    $ 4,023.37

Summary of PwC's Fees By Project Category:
July 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 26.4 | $4,023.37 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |

| | | |
|---|---|---|
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 924.0 | $177,115.86 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 950.4 | $181,139.23 |

Expense Summary
July 2008

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $4,956.45 |
| Lodging | N/A | $430.36 |
| Sundry | N/A | $8.37 |
| Business Meals | N/A | $576.10 |
| TOTAL: | | $5,971.28 |