# EXHIBIT B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended July 31, 2008

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| Rafael Garcia | Integrated Audit | 7/17/08 | $ 47.98 | | | | Mileage of 82 miles from Miami Office To Grace Office and back (82 miles * .585= 47.98) |
| Justin Bray | Integrated Audit | 7/16/08 | $ 22.82 | | | | Mileage to Grace from office (less normal commute)(39 miles * $0.585) |
| | Integrated Audit | 7/17/08 | $ 22.82 | | | | Mileage to Grace from office (less normal commute)(39 miles * $0.585) |
| | Integrated Audit | 7/22/08 | $ 22.82 | | | | Mileage to Grace from office (less normal commute)(39 miles * $0.585) |
| | Integrated Audit | 7/23/08 | $ 21.06 | | | | Mileage to Grace - roundtrip (less normal commute)(36 miles * $0.585) |
| | Integrated Audit | 7/24/08 | $ 22.82 | | | | Mileage to Grace from office (less normal commute)(39 miles * $0.585) |
| | Integrated Audit | 7/29/08 | $ 22.82 | | | | Mileage to Grace from office (less normal commute)(39 miles * $0.585) |
| | Integrated Audit | 7/31/08 | $ 21.06 | | | | Mileage to Grace - roundtrip (less normal commute)(36 miles * $0.585) |
| Pamela Barkley | Integrated Audit | 7/23/08 | $ 9.36 | | | | Excess mileage to the client site (16miles (41 miles to client - 25 miles to office) * .585 = $9.36) |
| | Integrated Audit | 7/29/08 | $ 146.00 | | | | working team lunch: P.Barkley, L.Keorlet, E.Margolius, K.Bradley, A.Lueck and P.Katsiak (6), Columbia, MD |
| Shahin Rahmani | Integrated Audit | 7/1/08 | $ 39.78 | | | | Miles from Home to Tyson's is 20 miles; Home to Curtis Bay facility is 54 miles (34 excess miles * $.585 = $19.89) Round trip cost = $39.78 |
| | Integrated Audit | 7/2/08 | $ 39.78 | | | | Miles from Home to Tyson's is 20 miles; Home to Curtis Bay facility is 54 miles (34 excess miles * $.585 = $19.89) Round trip cost = $39.78 |
| | Integrated Audit | 7/7/08 | $ 39.78 | | | | Miles from Home to Tyson's is 20 miles; Home to Curtis Bay facility is 54 miles (34 excess miles * $.585 = $19.89) Round trip cost = $39.78 |
| | Integrated Audit | 7/8/08 | $ 39.78 | | | | Miles from Home to Tyson's is 20 miles; Home to Elkridge Warehouse is 41 miles (21 excess miles * $.585 = $12.285) Round trip cost = $24.57 |
| | Integrated Audit | 7/9/08 | $ 24.57 | | | | |
| | Integrated Audit | 7/10/08 | $ 39.78 | | | | Miles from Home to Tyson's is 20 miles; Home to Curtis Bay facility is 54 miles (34 excess miles * $.585 = $19.89) Round trip cost = $39.78 |
| | Integrated Audit | 7/11/08 | $ 39.78 | | | | Miles from Home to Tyson's is 20 miles; Home to Curtis Bay facility is 54 miles (34 excess miles * $.585 = $19.89) Round trip cost = $39.78 |
| | Integrated Audit | 7/13/08 | $ 5.85 | | | | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925) Round trip cost = $5.85 |
| | Integrated Audit | 7/14/08 | $ 5.85 | | | | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925) Round trip cost = $5.85 |
| | Integrated Audit | 7/16/08 | $ 5.85 | | | | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925) Round trip cost = $5.85 |
| | Integrated Audit | 7/17/08 | $ 23.98 | | | | Had meeting at the Tyson's office in the morning. Tyson's to Columbia is 36 miles (36 excess miles * $.585 = $21.06) Miles from Home to Tyson's is 20 miles; Columbia Headquarters to Home is 25 miles (5 excess miles * $.585 = $2.925) Round trip cost = $21.06 + $2.92 = $23.98 |
| | Integrated Audit | 7/18/08 | $ 5.85 | | | | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925) Round trip cost = $5.85 |
| Erica Margolius | Integrated Audit | 7/10/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 7/16/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 7/17/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 7/18/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 7/22/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 7/23/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 7/25/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 7/28/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 7/29/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 7/30/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 7/31/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| Pavel Katsiak | Integrated Audit | 6/30/08 | $ 39.86 | | | | Mileage in excess over regular commute of 34.07 miles one way from Arlington, VA to Baltimore, MD (34.07 miles * $0.585 per mile * 2 (roundtrip)= 39.86 |
| | Integrated Audit | 6/30/08 | | | | $ 26.42 | Lunches while traveling (P. Katsiak and S. Rahmani) in Baltimore, MD |
| | Integrated Audit | 7/1/08 | $ 39.86 | | | | Mileage in excess over regular commute of 34.07 miles one way from Arlington, VA to Baltimore, MD (34.07 miles * $0.585 per mile * 2 (roundtrip)= 39.86 |
| | Integrated Audit | 7/1/08 | | | | $ 26.42 | Lunches while traveling (P. Katsiak and S. Rahmani) in Baltimore, MD |
| | Integrated Audit | 7/2/08 | $ 39.86 | | | | Mileage in excess over regular commute of 34.07 miles one way from Arlington, VA to Baltimore, MD (34.07 miles * $0.585 per mile * 2 (roundtrip)= 39.86 |
| | Integrated Audit | 7/2/08 | | | | $ 26.42 | Lunches while traveling (P. Katsiak and S. Rahmani) in Baltimore, MD |

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| | Integrated Audit | 7/7/08 | $ 39.86 | | | | Mileage in excess over regular commute of 34.07 miles one way from Arlington, VA to Baltimore, MD (34.07 miles * $0.585 per mile * 2 (roundtrip)= 39.86 |
| | Integrated Audit | 7/7/08 | | | | $ 26.42 | Lunches while traveling (P. Katsiak and S. Rahmani) in Baltimore, MD |
| | Integrated Audit | 7/8/08 | $ 39.86 | | | | Mileage in excess over regular commute of 34.07 miles one way from Arlington, VA to Baltimore, MD (34.07 miles * $0.585 per mile * 2 (roundtrip)= 39.86 |
| | Integrated Audit | 7/8/08 | | | | $ 26.42 | Lunches while traveling (P. Katsiak and S. Rahmani) in Baltimore, MD |
| | Integrated Audit | 7/9/08 | $ 28.74 | | | | Mileage in excess over regular commute of 24.56 miles one way from Arlington, VA to Elkridge, MD (24.56 miles * .585 per mile * 2 = 28.74) |
| | Integrated Audit | 7/9/08 | | | | $ 26.42 | Lunches while traveling (P. Katsiak and S. Rahmani) in Baltimore, MD |
| | Integrated Audit | 7/10/08 | $ 39.86 | | | | Mileage in excess over regular commute of 24.56 miles one way from Arlington, VA to Elkridge, MD (24.56 miles * .585 per mile * 2 = 28.74) |
| | Integrated Audit | 7/10/08 | | | | $ 26.42 | Lunches while traveling (P. Katsiak and S. Rahmani) In Baltimore, MD |
| | Integrated Audit | 7/11/08 | $ 39.86 | | | | Mileage in excess over regular commute of 24.56 miles one way from Arlington, VA to Elkridge, MD (24.56 miles * .585 per mile * 2 = 28.74) |
| | Integrated Audit | 7/11/08 | | | | $ 26.40 | Lunches while traveling (P. Katsiak and S. Rahmani) in Baltimore, MD |
| | Integrated Audit | 7/14/08 | $ 30.92 | | | | Mileage in excess over regular commute of 26.43 miles one way from Arlington, VA to Columbia, MD (26.43 miles * .585 per mile * 2 = 30.92) |
| | Integrated Audit | 7/15/08 | $ 30.92 | | | | Mileage in excess over regular commute of 26.43 miles one way from Arlington, VA to Columbia, MD (26.43 miles * .585 per mile * 2 = 30.92) |
| | Integrated Audit | 7/16/08 | $ 30.92 | | | | Mileage in excess over regular commute of 26.43 miles one way from Arlington, VA to Columbia, MD (26.43 miles * .585 per mile * 2 = 30.92) |
| | Integrated Audit | 7/17/08 | $ 30.92 | | | | Mileage in excess over regular commute of 26.43 miles one way from Arlington, VA to Columbia, MD (26.43 miles * .585 per mile * 2 = 30.92) |
| | Integrated Audit | 7/18/08 | $ 30.92 | | | | Mileage in excess over regular commute of 26.43 miles one way from Arlington, VA to Columbia, MD (26.43 miles * .585 per mile * 2 = 30.92) |
| | Integrated Audit | 7/21/08 | $ 30.92 | | | | Mileage in excess over regular commute of 26.43 miles one way from Arlington, VA to Columbia, MD (26.43 miles * .585 per mile * 2 = 30.92) |
| | Integrated Audit | 7/22/08 | $ 30.92 | | | | Mileage in excess over regular commute of 26.43 miles one way from Arlington, VA to Columbia, MD (26.43 miles * .585 per mile * 2 = 30.92) |
| | Integrated Audit | 7/23/08 | $ 30.92 | | | | Mileage in excess over regular commute of 26.43 miles one way from Arlington, VA to Columbia, MD (26.43 miles * .585 per mile * 2 = 30.92) |
| | Integrated Audit | 7/24/08 | $ 30.92 | | | | Mileage in excess over regular commute of 26.43 miles one way from Arlington, VA to Columbia, MD (26.43 miles * .585 per mile * 2 = 30.92) |
| | Integrated Audit | 7/25/08 | $ 30.92 | | | | Mileage in excess over regular commute of 26.43 miles one way from Arlington, VA to Columbia, MD (26.43 miles * .585 per mile * 2 = 30.92) |
| | Integrated Audit | 7/28/08 | $ 30.92 | | | | Mileage in excess over regular commute of 26.43 miles one way from Arlington, VA to Columbia, MD (26.43 miles * .585 per mile * 2 = 30.92) |
| | Integrated Audit | 7/29/08 | $ 30.92 | | | | Mileage in excess over regular commute of 26.43 miles one way from Arlington, VA to Columbia, MD (26.43 miles * .585 per mile * 2 = 30.92) |
| | Integrated Audit | 7/30/08 | $ 30.92 | | | | Mileage in excess over regular commute of 26.43 miles one way from Arlington, VA to Columbia, MD (26.43 miles * .585 per mile * 2 = 30.92) |
| | Integrated Audit | 7/31/08 | $ 30.92 | | | | Mileage in excess over regular commute of 26.43 miles one way from Arlington, VA to Columbia, MD (26.43 miles * .585 per mile * 2 = 30.92) |
| | Integrated Audit | 8/1/08 | $ 30.92 | | | | Mileage in excess over regular commute of 26.43 miles one way from Arlington, VA to Columbia, MD (26.43 miles * .585 per mile * 2 = 30.92) |
| | Integrated Audit | 8/4/08 | $ 30.92 | | | | Mileage in excess over regular commute of 26.43 miles one way from Arlington, VA to Columbia, MD (26.43 miles * .585 per mile * 2 = 30.92) |
| | Integrated Audit | 8/5/08 | $ 30.92 | | | | Mileage in excess over regular commute of 26.43 miles one way from Arlington, VA to Columbia, MD (26.43 miles * .585 per mile * 2 = 30.92) |
| | Integrated Audit | 8/6/08 | $ 30.92 | | | | Mileage in excess over regular commute of 26.43 miles one way from Arlington, VA to Columbia, MD (26.43 miles * .585 per mile * 2 = 30.92) |
| | Integrated Audit | 8/7/08 | $ 30.92 | | | | Mileage in excess over regular commute of 26.43 miles one way from Arlington, VA to Columbia, MD (26.43 miles * .585 per mile * 2 = 30.92) |
| Adam Lueck | Integrated Audit | 7/1/08 | $ 671.88 | | | | Airfine cancellation fee, the result of Grace Internal Audit rescheduling Lake Charles trip. |
| | Integrated Audit | 7/1/08 | $ 12.00 | | | | Amex Travel Fee for using customer service call center for canceling trip |
| | Integrated Audit | 7/1/08 | $ 721.28 | | | | Roundtrip airfare from Baltimore to Lake Charles for Kathleen Bradley. |
| | Integrated Audit | 7/1/08 | $ 794.15 | | | | Roundtrip airfare from Baltimore to Lake Charles to Lake Charles for Kathleen Bradley. |
| | Integrated Audit | 7/1/08 | $ 449.85 | | | | Airfare cancellation fee, the result of Grace Internal Audit rescheduling Lake Charles trip. Fees related to Kathleen Bradley, PwC employee. |
| | Integrated Audit | 7/15/08 | | | | 47.95 | Group travel dinner in Lake Charles, LA including myself and Kathleen Bradley |
| | Integrated Audit | 7/15/08 | | | | 13.71 | Group travel lunch in Lake Charles, LA including myself and Kathleen Bradley |
| | Integrated Audit | 7/15/08 | | | | 7.11 | Group travel breakfast in Lake Charles, LA including myself and Kathleen Bradley |
| | Integrated Audit | 7/15/2008 | $ 36.28 | | | | 62 miles round trip to and from airport (62 * .585 per mile) |
| | Integrated Audit | 7/16/08 | | | | 175.00 | Group travel dinner in Lake Charles, LA including myself, Kathleen Bradley (PwC), Ed Henry (Grace), and Kristy Chen (G |
| | Integrated Audit | 7/17/08 | | | | 20.78 | Group travel dinner in Lake Charles, LA including myself and Kathleen Bradley |
| | Integrated Audit | 7/17/08 | | | | 7.65 | Group travel lunch in Lake Charles, LA including myself and Kathleen Bradley |
| | Integrated Audit | 7/17/08 | $ 246.05 | | | | 2 day rental car fees in Lake Charles, LA. |

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Integrated Audit | 7/17/08 | | | | $ 60.00 | Weekly airport parking at Baltimore, MD, BWI airport. |
| Integrated Audit | 7/17/08 | | $ 190.00 | | | Hotel costs for 2 nights for A. Lueck in Lake Charles, LA at $95.00 per night. |
| Integrated Audit | 7/17/08 | | $ 25.18 | | | Hotel taxes for 2 nights for A.Lueck. |
| Integrated Audit | 7/17/08 | | $ 190.00 | | | Hotel costs for 2 nights for Kathleen Bradley in Lake Charles, LA at $95.00 per night. |
| Integrated Audit | 7/17/08 | | $ 25.18 | | | Hotel tax charges for 2 nights for Kathleen Bradley. |
| Integrated Audit | 7/16/08 | | | | $ 17.43 | Group travel dinner in Lake Charles, LA including myself and Kathleen Bradley |
| Jacqueline Calvo | | | | | | |
| Integrated Audit | 7/17/08 | $ 81.90 | | | | 90 miles each trip, less 20 regular commute.  70 miles each way x 2 = 140 miles * .585= 81.90 |
| Integrated Audit | 7/17/08 | $ 9.00 | | | | 4.50 each way = 9.0 total (9 miles * .585= 5.27 + tolls 3.73) |
| Integrated Audit | 7/21/08 | | | | $ 15.13 | Overtime Meal, Dinner, Jacqueline Calvo, Miami, Florida |
| Todd Chesla | | | | | | |
| Integrated Audit | 7/17/08 | $ 53.82 | | | | Round trip travel from Miami to Boca Raton (Grace office) - 92 total miles* .585= 53.82 |
| Integrated Audit | 7/21/08 | $ 53.82 | | | | Round trip travel from Miami to Boca Raton (Grace office) - 92 total miles * .585= 53.82 |
| Joseph Landsman | | | | | | |
| Integrated Audit | 7/8/08 | $ 12.29 | | | | Mileage in excess over regular commute from Towson, MD to Columbia, MD (10.5 miles one way* .585 * 2 (roundtrip) |
| Integrated Audit | 7/10/08 | $ 12.29 | | | | Mileage in excess over regular commute from Towson, MD to Columbia, MD (10.5 miles one way* .585 * 2 (roundtrip) |
| Integrated Audit | 7/15/08 | $ 12.29 | | | | Mileage in excess over regular commute from Towson, MD to Columbia, MD (10.5 miles one way* .585 * 2 (roundtrip) |
| Integrated Audit | 7/22/08 | $ 12.29 | | | | Mileage in excess over regular commute from Towson, MD to Columbia, MD (10.5 miles one way* .585 * 2 (roundtrip) |
| Integrated Audit | 7/23/08 | $ 12.29 | | | | Mileage in excess over regular commute from Towson, MD to Columbia, MD (10.5 miles one way* .585 * 2 (roundtrip) |
| Melissa Noel | | | | | | |
| Integrated Audit | 7/1/2008 | | | $ 8.37 | | courier charge- mailing of fee app |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 5,971.28 | $ 4,956.45 | $ 430.36 | $ 8.37 | $ 576.10 |