**EXHIBIT A**

| Date | Initials | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 1/3/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 1/4/2008 | MLO | Organize documents to file | 0.2 | $190 | $ 38.00 |
| 1/7/2008 | MLO | Organize documents to file | 0.3 | $190 | $ 57.00 |
| 1/8/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 1/9/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 1/10/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 1/11/2008 | CAK | Maintain document control. | 0.1 | $185 | $ 18.50 |
| 1/11/2008 | MLO | Organize documents to file | 0.2 | $190 | $ 38.00 |
| 1/11/2008 | MLO | Organize documents to file | 0.2 | $190 | $ 38.00 |
| 1/14/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 1/15/2008 | MLO | Organize documents to file | 0.2 | $190 | $ 38.00 |
| 1/17/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 1/22/2008 | MLO | Organize documents to file | 0.3 | $190 | $ 57.00 |
| 1/23/2008 | CAK | Maintain document control. | 0.1 | $185 | $ 18.50 |
| 1/23/2008 | MLO | Organize documents to file | 0.2 | $190 | $ 38.00 |
| 1/24/2008 | MLO | Organize documents to file | 0.2 | $190 | $ 38.00 |
| 1/25/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 1/28/2008 | MLO | Organize documents to file | 0.3 | $190 | $ 57.00 |
| 1/29/2008 | CAK | Maintain document control. | 0.2 | $185 | $ 37.00 |
| 1/29/2008 | MLO | Organize documents to file | 0.3 | $190 | $ 57.00 |
| 1/30/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 1/31/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 2/4/2008 | MLO | Organize documents to file | 0.2 | $190 | $ 38.00 |
| 2/5/2008 | CAK | Maintain document control. | 0.1 | $185 | $ 18.50 |
| 2/5/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 2/6/2008 | MLO | Organize documents to file | 0.2 | $190 | $ 38.00 |
| 2/8/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 2/11/2008 | MLO | Organize documents to file | 0.2 | $190 | $ 38.00 |
| 2/12/2008 | MLO | Organize documents to file | 0.2 | $190 | $ 38.00 |
| 2/13/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 2/14/2008 | CAK | Maintain document control. | 0.2 | $185 | $ 37.00 |
| 2/14/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 2/19/2008 | CAK | Maintain document control. | 0.1 | $185 | $ 18.50 |
| 2/19/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 2/20/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 2/21/2008 | CAK | Maintain document control. | 0.1 | $185 | $ 18.50 |
| 2/21/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 2/22/2008 | MLO | Organize documents to file | 0.2 | $190 | $ 38.00 |
| 2/25/2008 | MLO | Organize documents to file | 0.3 | $190 | $ 57.00 |
| 2/26/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 2/28/2008 | CAK | Maintain document control. | 0.1 | $185 | $ 18.50 |
| 2/28/2008 | MLO | Organize documents to file | 0.2 | $190 | $ 38.00 |
| 3/3/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 3/4/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 3/10/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 3/11/2008 | MLO | Organize documents to file | 0.2 | $190 | $ 38.00 |
| 3/12/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 3/13/2008 | MLO | Organize documents to file | 0.2 | $190 | $ 38.00 |
| 3/14/2008 | MLO | Organize documents to file | 0.2 | $190 | $ 38.00 |
| 3/18/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |
| 3/20/2008 | CAK | Maintain document control. | 0.1 | $185 | $ 18.50 |
| 3/20/2008 | MLO | Organize documents to file | 0.1 | $190 | $ 19.00 |

**EXHIBIT A**

| 3/20/2008 | MLO | Organize documents to file | 0.1 | $190 | $ | 19.00 |
|---|---|---|---|---|---|---|
| 3/21/2008 | MLO | Organize documents to file | 0.1 | $190 | $ | 19.00 |
| 3/25/2008 | MLO | Organize documents to file | 0.1 | $190 | $ | 19.00 |
| 3/27/2008 | MLO | Organize documents to file | 0.1 | $190 | $ | 19.00 |
| 3/28/2008 | MLO | Organize documents to file | 0.2 | $190 | $ | 38.00 |
| 3/31/2008 | MLO | Organize documents to file | 0.1 | $190 | $ | 19.00 |
| | | | **8.6** | | **$** | **1,628.50** |