IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF DELOITTE & TOUCHE LLP
FOR THE TWENTY-EIGHTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Deloitte & Touche LLP for the Twenty-Eighth Interim Period (the "Application").

## BACKGROUND

1.  Deloitte & Touche LLP ("Deloitte & Touche") was retained to provide risk management and crisis management planning services to the Debtors and Debtors-in-Possession. In the Application, Deloitte seeks approval of fees totaling $401,856.00 and expenses totaling $60,287.13 for its services from June 1, 2007 through March 31, 2008 (the "Application Period").

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2008, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued

January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Deloitte & Touche, and received a response from Deloitte & Touche, portions of which response are quoted herein.

## DISCUSSION

### General Issues

3. In our initial report, we noted that Deloitte & Touche had requested total fees of $401,856.00. However, we calculated Deloitte & Touche's total fees at $401,695.00, for a difference of $161.00.[1] Thus, we asked Deloitte & Touche whether it agreed with our calculation of Deloitte & Touche's fees, and if so, whether it would agree to a fee reduction of $161.00. Deloitte & Touche responded that it would agree to waive the $161.00 in fees. We appreciate Deloitte & Touche's response and recommend a reduction of $161.00 in fees.

### Specific Time and Expense Entries

4. In our initial report, we noted the following hotel expenses for which more information was needed:

---

[1] We arrived at this total by adding the fees requested in all of Deloitte & Touche's monthly fee applications, for a total of $424,997.50, then subtracting from this amount Deloitte & Touche's voluntary fee credit of $23,302.50, to arrive at the total of $401,695.00.

**FEE AUDITOR'S FINAL REPORT** - Page 2
wrg FR Deloitte Touche 28Q 6.07-3.08.wpd

| Employee Name | Date Incurred | Expenses Incurred | Comments | City & State |
|---|---|---|---|---|
| Allison, Sandra K. | 07/25/2007 | 795.40* | Traveling Exp - Hotel | Columbia, MD |
| Allison, Sandra K. | 08/30/2007 | 761.60* | Traveling Exp - Hotel | Deerfield, IL |
| Allison, Sandra K. | 09/06/2007 | 573.78* | Traveling Exp - Hotel | Columbia, MD |
| Dickie, Malcolm Alexander II | 07/24/2007 | 590.70* | Traveling Exp - Hotel | Columbia, MD |
| Dickie, Malcolm Alexander II | 08/30/2007 | 761.60* | Traveling Exp - Hotel | Deerfield, IL |
| Dickie, Malcolm Alexander II | 09/06/2007 | 590.70* | Traveling Exp - Hotel | Columbia, MD |
| Kimbrough, Robert Lane | 07/08/2007 | 537.00 | Hotel or Other Lodging | Columbia, MD |
| Kimbrough, Robert Lane | 07/11/2007 | 728.00 | Hotel or Other Lodging | Cambridge, MA |
| Kimbrough, Robert Lane | 09/10/2007 | 449.00 | Hotel or Other Lodging | Cambridge, MA |
| Kimbrough, Robert Lane | 09/11/2007 | 449.00 | Hotel or Other Lodging | Cambridge, MA |
| Kimbrough, Robert Lane | 10/01/2007 | 399.00 | Hotel or Other Lodging | Cambridge, MA |
| Kimbrough, Robert Lane | 11/13/2007 | 419.00 | Hotel or Other Lodging | Cambridge, MA |
| Sturisky, Derrick Larry | 06/19/2007 | 339.00 | Hotel or Other Lodging | Cambridge, MA |
| Sturisky, Derrick Larry | 06/20/2007 | 339.00 | Hotel or Other Lodging | Cambridge, MA |
| Sturisky, Derrick Larry | 07/08/2007 | 358.00 | Hotel or Other Lodging | Columbia, MD |
| Sturisky, Derrick Larry | 07/12/2007 | 339.00 | Hotel or Other Lodging | Cambridge, MA |
| Sturisky, Derrick Larry | 08/14/2007 | 339.00 | Hotel or Other Lodging | Cambridge, MA |
| Sturisky, Derrick Larry | 08/15/2007 | 339.00 | Hotel or Other Lodging | Cambridge, MA |
| Sturisky, Derrick Larry | 10/01/2007 | 359.00 | Hotel or Other Lodging | Cambridge, MA |
| Sturisky, Derrick Larry | 11/12/2007 | 319.00 | Hotel or Other Lodging | Cambridge, MA |
| Sturisky, Derrick Larry | 11/13/2007 | 319.00 | Hotel or Other Lodging | Cambridge, MA |

In response to our inquiry, Deloitte & Touche provided additional information which we have included as Response Exhibit "A." During the period in which these charges were incurred, we

utilized a guideline of $250 per night, plus taxes, to evaluate the reasonableness of hotel charges in most locales. Based upon this guideline, we accept Deloitte & Touche's response, except with respect to the following charges:

| | |
|---|---|
| $537.00 for one night in Columbia, MD | Reduce by $287.00 |
| $728.00 for one night in Cambridge, MA | Reduce by $478.00 |
| $449.00 for one night in Cambridge, MA | Reduce by $199.00 |
| $449.00 for one night in Cambridge, MA | Reduce by $199.00 |
| $399.00 for one night in Cambridge, MA | Reduce by $149.00 |
| $419.00 for one night in Cambridge, MA | Reduce by $169.00 |
| $339.00 for one night in Cambridge, MA | Reduce by $89.00 |
| $339.00 for one night in Cambridge, MA | Reduce by $89.00 |
| $358.00 for one night in Columbia, MD | Reduce by $108.00 |
| $339.00 for one night in Cambridge, MA | Reduce by $89.00 |
| $339.00 for one night in Cambridge, MA | Reduce by $89.00 |
| $339.00 for one night in Cambridge, MA | Reduce by $89.00 |
| $359.00 for one night in Cambridge, MA | Reduce by $109.00 |
| $319.00 for one night in Cambridge, MA | Reduce by $69.00 |
| $319.00 for one night in Cambridge, MA | Reduce by $69.00 |

Thus, for all items in this paragraph, we recommend a reduction of $2,281.00 in expenses.

5. In our initial report, we noted the following meal charges for which more information was needed:

Allison, Sandra K. 07/23/2007 100.00 Business Meals

| | | | |
|---|---|---|---|
| Allison, Sandra K. | 08/27-08/31/2007 | 112.85 | Travel Exp - Meal Expense |
| Dickie, Malcolm Alexander II | 07/23-07/25/2007 | 115.40 | Travel Exp - Meal Expense |
| Dickie, Malcolm Alexander II | 08/27-08/31/2007 | 173.10 | Travel Exp - Meal Expense |
| Sturisky, Derrick Larry | 08/09/2007 | 132.36 | Meals: Travel (Yours) |

In response to our inquiry, Deloitte & Touche provided additional information, which information is included in Response Exhibit "A." We accept Deloitte & Touche's response and have no objection to these expenses.

## CONCLUSION

6.      Thus, we recommend approval of $401,695.00 in fees ($401,856.00 minus $161.00) and $58,006.13 in expenses ($60,287.13 minus $2,281.00) for Deloitte & Touche's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
Warren H. Smith
Texas State Bar No. 18757050

325 N. St. Paul, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served by first class mail upon the attached service list on this 15th day of September, 2008.

_Warren H. Smith_ (signature)

Warren H. Smith

## SERVICE LIST
### Notice Parties

**The Applicant**
Tony Scoles
Assistant General Counsel
DELOITTE LLP
1633 Broadway
New York, NY 10019-6754

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
Wilmington, DE 19801

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Lockbox 35, Room 2207
Wilmington, DE 19801