**Additional Expense Detail**

| Employee Name | Date Incurred | Expenses Incurred | Comments | City, State |
|---|---|---|---|---|
| Allison, Sandra K. | 7/25/2007 | 795.40 | Traveling Exp - Hotel - 4 nights<br>7/22 - $164.68 rate + 16.46 tax<br>7/23 - 173.88 rate + 17.38 tax<br>7/24- 192.28 rate + 19.22 tax<br>7/25 - 192.28 rate + 19.22 tax | Columbia, MD |
| Allison, Sandra K. | 08/30/2007 | 761.60 | Traveling Exp - Hotel - 4 nights<br>$170.00 rate + 20.40 tax | Deerfield, IL |
| Allison, Sandra K. | 9/6/2007 | 573.78 | Traveling Exp - Hotel - 3 nights<br>$173.88 rate + 17.38 tax | Columbia, MD |
| Allison, Sandra K. | 7/23/2007 | 100.00 | Business Meals<br>Dinner for 3 | Columbia, MD |
| Allison, Sandra K. | 8/27-31/20007 | 112.85 | Traveling Exp - Meal<br>8/27 - Dinner for 2 $48.00<br>8/28 - Dinner for 1 $8.50<br>8/29 - water in room $2.68<br>8/30 - Dinner for 2 $48.00<br>8/31 - lunch for 1 $5.67 | |
| Dickie, Malcolm Alexander II | 7/24/2007 | 590.70 | Traveling Exp - Hotel - 3 nights<br>$179.00 rate + 17.90 tax | Columbia, MD |
| Dickie, Malcolm Alexander II | 8/30/2007 | 761.60 | Traveling Exp - Hotel - 5 nights<br>$170 rate + 20.40 tax | Deerfield, IL |
| Dickie, Malcolm Alexander II | 9/6/2007 | 590.70 | Traveling Exp - Hotel - 3 nights<br>$179.00 rate + 17.90 tax | Columbia, MD |
| Dickie, Malcolm Alexander II | 7/23-25/2007 | 115.40 | Traveling Exp - Meal<br>7/22 - Dinner for 2 $52.57<br>7/23 - Breakfast for 1 $4.90<br>7/23 - Lunch for 1 $6.55<br>7/24 - Breakfast for 1 $4.90<br>7/24 - Lunch for 1 $7.29<br>7/24 Dinner for 2 $21.83<br>7/25 - Breakfast for 1 $4.53<br>7/25 - Dinner for 1 $12.83 | |
| Dickie, Malcolm Alexander II | 8/27-31/2007 | 173.10 | Traveling Exp - Meal<br>8/27 - Dinner for 3 $42.36<br>8/28 - Breakfast for 1 $8.90<br>8/28 - Dinner for 2 $48.50<br>8/29 - Breakfast for 1 $8.90<br>8/29 - Dinner for 1 $22.30<br>8/30 - Breakfast for 2 $23.65<br>8/31 - Breakfast for 1 $8.90<br>8/31 - Lunch for 1 $9.59 | |
| Kimbrough, Robert Lane | 7/8/2007 | 537.00 | Hotel or Other Lodging - 1 night, rate only - tax not included | Columbia, MD |
| Kimbrough, Robert Lane | 7/11/2007 | 728.00 | Hotel or Other Lodging - 1 night, rate only | Cambridge, MA |
| Kimbrough, Robert Lane | 9/10/2007 | 449.00 | Hotel or Other Lodging - 1 night, rate only | Cambridge, MA |
| Kimbrough, Robert Lane | 9/11/2007 | 449.00 | Hotel or Other Lodging - 1 night, rate only | Cambridge, MA |
| Kimbrough, Robert Lane | 10/1/2007 | 399.00 | Hotel or Other Lodging - 1 night, rate only | Cambridge, MA |
| Kimbrough, Robert Lane | 11/13/2007 | 419.00 | Hotel or Other Lodging - 1 night, rate only | Cambridge, MA |
| Sturisky, Derrick Larry | 6/19/2007 | 339.00 | Hotel or Other Lodging - 1 night, rate only | Cambridge, MA |
| Sturisky, Derrick Larry | 6/20/2007 | 339.00 | Hotel or Other Lodging - 1 night, rate only | Cambridge, MA |
| Sturisky, Derrick Larry | 7/8/2007 | 358.00 | Hotel or Other Lodging - 1 night, rate only | Columbia, MD |
| Sturisky, Derrick Larry | 7/12/2007 | 339.00 | Hotel or Other Lodging - 1 night, rate only | Cambridge, MA |
| Sturisky, Derrick Larry | 8/14/2007 | 339.00 | Hotel or Other Lodging - 1 night, rate only | Cambridge, MA |
| Sturisky, Derrick Larry | 8/15/2007 | 339.00 | Hotel or Other Lodging - 1 night, rate only | Cambridge, MA |
| Sturisky, Derrick Larry | 10/1/2007 | 359.00 | Hotel or Other Lodging - 1 night, rate only | Cambridge, MA |
| Sturisky, Derrick Larry | 11/12/2007 | 319.00 | Hotel or Other Lodging - 1 night, rate only | Cambridge, MA |
| Sturisky, Derrick Larry | 11/13/2007 | 319.00 | Hotel or Other Lodging - 1 night, rate only | Cambridge, MA |
| Sturisky, Derrick Larry | 8/9/2007 | 132.36 | Traveling Exp - Meal<br>Breakfast for 1 $10.00<br>9 hr flight delay snack $9.00<br>Dinner for 1 $24.50<br>Dinner for 3 $88.86 | |