IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JULY 1, 2008 THROUGH JULY 31,  2008

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850


W. R. Grace & Co. - Conn                    August 31, 2008
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-011548
7500 Grace Drive                            Invoice # 124583
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 07/31/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
                                  SUITE 700
                                  1350 I STREET, N.W.
                                  WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**


| | | | |
|---|---|---|---|
| 07/07/08 | P. Marks | 0.50 | Evaluate ARAR issue; emails re same, status update, and approaching meeting. |
| 07/08/08 | P. Marks | 0.80 | Telephone conference with P. Bucens re MDE comments and health and safety plan potential applicability to FUSRAP work; telephone conference with L. Duff re same. |
| 07/14/08 | P. Marks | 1.00 | Prepare for and conduct conference with P. Bucens, M. Obradovic and L. Duff re health and safety policies. |
| 07/17/08 | P. Marks | 0.50 | Telephone conference with P. Bucens re Sledds Pt. inquiry, meeting re Building 23 and general update on meeting with MDE and RWDA. |
| 07/29/08 | A. Goldberg | 0.30 | Research re status of definition of solid waste rulemaking; exchange messages with L. Duff re same. |

                                  **Total Hours :**              **3.10**

**BEVERIDGE & DIAMOND, P.C.**

INVOICE #  124583
August 31, 2008
PAGE  2

Total Fees :                    $1,262.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  124583
August 31, 2008
PAGE  3

## Disbursements:

| | |
|---|---|
| Long Distance Telephone | 4.80 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA329065 dated 7/1/08 for database research | 10.58 |

Total Disbursements :                    $15.38

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| A. Goldberg | 0.30 | $475.00 | $142.50 |
| P. Marks | 2.80 | $400.00 | $1,120.00 |

Total Fees :            $1,262.50

Total Disbursements :            $15.38

TOTAL DUE :            $1,277.88

# EXHIBIT B

## (Bankruptcy Fee Application)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
**SUITE 2210**
**201 NORTH CHARLES STREET**
**BALTIMORE, MD 21201-4150**
**(410) 230-3850**

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

August 31, 2008
Client/Matter #   01246-012629
Invoice # 124582
Federal ID# 52-1247549

---

For Legal Services Rendered Through 07/31/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**

**Disbursements:**

| | |
|---|---|
| Postage | 4.02 |
| Duplicating | 11.40 |

**Total Disbursements :**      **$15.42**

**TOTAL DUE :**      **$15.42**

# EXHIBIT C

**(Somerville)**

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn          August 31, 2008
Attn: Lydia B. Duff, Esq.         Client/Matter #  01246-013520
7500 Grace Drive                  Invoice # 124587
Columbia, MD  21044               Federal ID# 52-1247549

---

For Legal Services Rendered Through 07/31/08 in Connection With:

PLEASE REMIT PAYMENT TO :      BEVERIDGE & DIAMOND, P.C.
                               SUITE 700
                               1350 I STREET, N.W.
                               WASHINGTON, D.C. 20005-3311

<u>Somerville</u>

| 07/01/08 | P. Marks | 0.50 | Coordinate with S. Albert and L. Kiddoo re draft discovery responses, and with legal team re same. |
| 07/01/08 | S. Albert | 5.80 | Prepare discovery responses and document production ; prepare task list for research issues and motion; email to L. Kiddoo and P. Marks re research assignment on sanitary landfill act. |
| 07/01/08 | J. Metcalfe | 1.50 | Process client materials and related data identified as responsive for production; load same into existing discovery database for use by team |
| 07/01/08 | L. Kiddoo | 2.50 | Prepare responses to production and interrogatories; conference with S. Albert re Grace's responses to discovery; prepare letter to J. Baer and organize enclosures. |
| 07/01/08 | T. Horch | 6.50 | Organize document production; proof response to Mian's first request for production and first set of interrogatories. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  124587
August 31, 2008
PAGE  2

| 07/02/08 | P. Marks | 0.20 | Prepare discovery responses. |
| 07/02/08 | L. Kiddoo | 3.50 | Prepare Grace production; research and prepare Grace research memorandum re sanitary landfill closure and contingency fund act. |
| 07/03/08 | P. Marks | 1.50 | Prepare discovery responses; telephone conference with L. Duff and S. Albert re same; followup emails (to M. Obradovic, B. Corcoran, J. Baer, R. Finke) and followup tasks. |
| 07/03/08 | S. Albert | 5.30 | Review comments from J. Baer, J. O'Neil on discovery responses; exchange emails with P. Marks, J. Baer, and L. Kiddoo re same; telephone conference with L. Duff and P. Marks re same; revision of discovery responses. |
| 07/03/08 | L. Kiddoo | 1.30 | Prepare comments and corrections to production from J. Baer. |
| 07/07/08 | P. Marks | 0.20 | Monitor progress of completing document production, and associated communications. |
| 07/07/08 | S. Albert | 0.70 | Coordination of discovery responses and document production with L. Kiddoo, K. Duff and P. Marks. |
| 07/07/08 | L. Kiddoo | 6.20 | Prepare Grace discovery responses to interrogatories and production requests. |
| 07/07/08 | T. Horch | 5.50 | Review and proof our response to Mian's first request for production and first set of interrogatories; organize document production. |
| 07/08/08 | P. Marks | 1.30 | Followup re document production; clarify document search with L. Gardner; review emails; review newly located document; telephone conference with S. Albert and L. Kiddoo re same; followup tasks. |
| 07/08/08 | S. Albert | 0.50 | Coordination of discovery responses and document production with L. Kiddoo, L. Duff, and P. Marks. |
| 07/08/08 | J. Metcalfe | 0.50 | Process client documents for inclusion in supplemental production materials |
| 07/08/08 | L. Kiddoo | 0.50 | Finalize Mian production. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  124587
August 31, 2008
PAGE  3

| | | | |
|---|---|---|---|
| 07/14/08 | P. Marks | 1.00 | Evaluate status of court schedule and communications; email to J. Baer re same and telephone conference with client re same; schedule conference call. |
| 07/14/08 | S. Albert | 0.10 | Review and exchange emails re scheduling of hearings and motions with P. Marks and others. |
| 07/15/08 | M. Murphy | 1.00 | Telephone conference with P. Marks re research issues; conference with S. Haggerty re same. |
| 07/15/08 | P. Marks | 3.00 | Evaluate status; telephone conference with M. Obradovic, J. Baer and S. Albert re same; followup communication with L. Duff; evaluate scope of discovery and newly found telephone directories; conference with S. Albert re same; telephone conference with L. Duff re same; telephone conferences with M. Murphy re reserach. |
| 07/15/08 | S. Haggerty | 2.00 | Conference with M. Murphy concerning case history, activity, strategy, research items; attend conference call with S. Albert on same; review motion, amended complaint; review sanitary landfill closure act and applicable regulations. |
| 07/15/08 | S. Albert | 8.30 | Conference with P. Marks, J. Baer, and M. Obradovic re preparation for hearing and motion; review of Grace telephone directories re responsiveness to discovery requests; draft chronology of document production in preparation for hearing; preparation of documents indicating Mian's notice. |
| 07/15/08 | T. Horch | 4.50 | Update "Grace Evidence of Mian's Notice" chart with hot documents per S. Albert. |
| 07/16/08 | M. Murphy | 0.20 | Conference with S. Haggerty re research issues. |
| 07/16/08 | S. Haggerty | 2.00 | Conduct case law research on sanitary landfill closure act, solid waste management act, applicable regulations; review case law on same; office conference with M. Murphy on same. |
| 07/16/08 | S. Albert | 3.80 | Review and preparation of documents for J. Baer bankruptcy court hearing; direct T. Hendricks re document research. |
| 07/16/08 | T. Hendricks | 7.50 | Conduct concordance research of preliminary documents per S. Albert; multiple conferences re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  124587
August 31, 2008
PAGE  4

| 07/17/08 | P. Marks | 1.20 | Telephone conference with L. Duff, M. Obradovic, S. Albert re preparation for bankruptcy hearing and factual development; conference with S. Albert to review documents and prepare for bankruptcy hearing. |
| --- | --- | --- | --- |
| 07/17/08 | S. Albert | 11.20 | Preparation of preliminary information for J. Baer bankruptcy hearing and abbreviated chronology; review of technical reports; telephone conference with P. Marks, L. Duff, and M. Obradovic re case assessment. |
| 07/17/08 | T. Hendricks | 8.00 | Concordance research of preliminary documents in  preparation of supporting document summary for J. Baer per S. Albert; create binders re same. |
| 07/18/08 | P. Marks | 2.30 | Telephone conference with J. Baer, L. Duff and S. Albert re bankruptcy hearing strategy; review and evaluate memorandum on Reading and Frenville cases and email to J. Baer re contingency claim issue; review Landfill Act cases and conference with S. Albert re New Jersey research. |
| 07/18/08 | S. Haggerty | 2.50 | Draft summary of research on sanitary landfill closure act, solid waste management act, corresponding regulations; telephone conference call with S. Albert on research findings; draft and review correspondence on same. |
| 07/18/08 | S. Albert | 8.90 | Preparation of preliminary information for J. Baer bankruptcy hearing and abbreviated chronology; telephone conference with P. Marks, L. Duff, J. Baer re same; research when cause of action accrues for contribution claim under New Jersey Spill Act. |
| 07/18/08 | L. Kiddoo | 1.00 | Review sanitary landfill cases, organize and brief P. Marks. |
| 07/18/08 | T. Hendricks | 5.00 | Continue preliminary document research in concordance; conference with S. Albert re same; forward findings to J. Baer and M. Obradovic per S. Albert |
| 07/19/08 | S. Albert | 0.20 | Exchange emails with P. Marks re environmental claims research. |
| 07/20/08 | P. Marks | 1.30 | Evaluation of New Jersey Landfill Act cases and research emails from S. Albert. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  124587
August 31, 2008
PAGE  5

| 07/21/08 | P. Marks | 5.00 | Preparation for conference with L. Duff re response for bankruptcy court; conference with L. Duff and team re same and to listen to bankruptcy court hearing; evaluate same and prepare action plan re same. |
|----------|----------|------|---|
| 07/21/08 | S. Haggerty | 4.30 | Conduct case law research on statute of limitations issues, Sanitary Landfill Closure and Contingency Fund Act; procedure for filing claims to Fund; attend telephone conference call with P. Marks, S. Albert, in-house counsel regarding bankruptcy court brief, timing of same, strategy for same, specifics on the Sanitary Landfill Closure and Contingency Fund Act, research action items; conduct research on Fund specifics; conference call with New Jersey Department of Environmental Protection on same. |
| 07/21/08 | S. Albert | 4.10 | Conference with P. Marks, L. Duff, and L. Kiddoo re bankruptcy hearing, brief-writing strategy; conference with P. Marks re brief writing strategy. |
| 07/21/08 | T. Hendricks | 4.50 | Finalize concordance document research and tag of technical reports; prepare report and chronology re same. |
| 07/21/08 | L. Kiddoo | 0.00 | Conference with P. Marks, L. Duff and S. Albert; attend bankruptcy proceeding; discuss upcoming motion. (NO CHARGE) |
| 07/22/08 | P. Marks | 3.00 | Brief preparation and coordination with team re same. |
| 07/22/08 | W. Sinclair | 1.30 | Conference with P. Marks and S. Albert re response to motion; research and review federal caselaw re automatic stay. |
| 07/22/08 | S. Haggerty | 0.30 | Attend to issues concerning New Jersey register citations regarding Sanitary Landfill Closure and Contingency Act Fund. |
| 07/22/08 | S. Albert | 5.30 | Draft background section of brief; conference with P. Marks, L. Duff, J. Baer re bankruptcy issues and brief-writing; exchange emails re same. |
| 07/22/08 | L. Kiddoo | 2.00 | Research accrual of state law claims. |
| 07/22/08 | T. Hendricks | 3.00 | Review findings of technical  documents; compile report re same per S. Albert |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  124587
August 31, 2008
PAGE  6

| 07/23/08 | M. Murphy | 1.00 | Telephone conference with S. Haggerty and S. Albert re status of case and research issues; conference with S. Haggerty re Claim Application. |
| 07/23/08 | P. Marks | 0.30 | Telephone conference with S. Albert re tasks and strategy. |
| 07/23/08 | W. Sinclair | 2.50 | Conference with S. Albert re response to motion; review pleadings; research and review federal caselaw re CERCLA/bankruptcy. |
| 07/23/08 | S. Haggerty | 2.00 | Attend telephone conference call with S. Albert; M. Murphy concerning submission of claim to sanitary landfill act fund, drafting of bankruptcy court brief, substance of arguments for same; conduct case law research on New Jersey contract claims; review case law research on same; contract the New Jersey Department of Environmental Protection regarding Sanitary Landfill Closure and Contingency Fund Act claims, payment and assessment of claims. |
| 07/23/08 | S. Albert | 10.00 | Research and draft brief for bankruptcy court; direct T.Hendricks research tasks. |
| 07/23/08 | T. Hendricks | 7.80 | Conference with S Albert regarding witness list; conduct concordance research  re same. |
| 07/24/08 | P. Marks | 1.20 | Coordinate with S. Albert and W. Sinclair re brief preparation; evaluate same. |
| 07/24/08 | W. Sinclair | 7.00 | Research and review federal caselaw re accrual of CERCLA cause of action and state caselaw re accrual of common law and statutory claims. |
| 07/24/08 | S. Haggerty | 0.50 | Attend to issues concerning sanitary landfill fund claim. |
| 07/24/08 | S. Albert | 10.70 | Research and draft brief for bankruptcy court. |
| 07/24/08 | T. Hendricks | 7.00 | Continue concordance research  regarding potential witnesses. |
| 07/25/08 | P. Marks | 2.00 | Conference with S. Albert and W. Sinclair re research results and strategy for drafting brief; participate in telephone conference with S. Haggerty re same concerning NJ law portion of brief; evaluate same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  124587
August 31, 2008
PAGE  7

| 07/25/08 | W. Sinclair | 3.70 | Research and review federal law re CERCLA contribution and cost recovery actions; draft response to motion re same; conference with P. Marks re same. |
|---|---|---|---|
| 07/25/08 | S. Haggerty | 3.30 | Attend telephone conference call with S. Albert, P Marks on Sanitary Landfill Closure and Contingency Fund and contract claims, response to Mian motion to bankruptcy court, legislative history, case law research on same; conduct case law research on Sanitary Landfill Closure and Contingency Fund; review same; attend to issues concerning draft claim to Sanitary Landfill Closure and Contingency Fund. |
| 07/25/08 | S. Albert | 8.90 | Research and draft brief for bankruptcy court; conferences with B. Sinclair, P. Marks, S. Haggerty re brief. |
| 07/25/08 | T. Hendricks | 7.00 | Conduct Lexis research of referenced cases in support of discovery responses; conduct concordance research of documents listing potential witnesses; draft witness list; conference with S. Albert re same. |
| 07/26/08 | S. Haggerty | 1.30 | Conduct legislative history research on the Sanitary Landfill Closure and Contingency Fund act and regulations; review research on same. |
| 07/26/08 | S. Albert | 0.70 | Research and draft brief for bankruptcy court. |
| 07/28/08 | M. Murphy | 0.50 | Review preliminary draft of portion of bankruptcy court brief. |
| 07/28/08 | P. Marks | 1.30 | Prepare brief; conference with S. Albert and B. Sinclair re same. |
| 07/28/08 | W. Sinclair | 5.00 | Conference with P. Marks and S. Albert re response to motion; review and revise same. |
| 07/28/08 | S. Haggerty | 4.00 | Draft portion of bankruptcy court response to Mian motion concerning contract claims, proper parties, statute of limitations periods, Sanitary Landfill Closure and Contingency Fund; review correspondence concerning same; confer with M. Murphy on same, potential arguments, case law, claim to Sanitary Landfill Closure and Contingency Fund. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  124587
August 31, 2008
PAGE  8

| 07/28/08 | S. Albert | 8.80 | Research and draft brief for bankruptcy court; develop facts section of brief; review T. Hendricks list of potential witnesses in preparation for document review of NJDEP. |
| 07/28/08 | L. Kiddoo | 5.30 | Research cases containing Frenville of state law claims for debtor's supplemental response and objection to motion of Mian Realty re the applicability of the automatic stay. |
| 07/28/08 | T. Hendricks | 7.80 | Continue document review and identification of potential witness; multiple conferences with S. Albert re same; update and  finalize report re same. |
| 07/29/08 | P. Marks | 1.00 | Prepare brief; direct T. Hendricks' tasks. |
| 07/29/08 | W. Sinclair | 4.00 | Review/revise response to Mian motion. |
| 07/29/08 | S. Haggerty | 8.50 | Attend and conduct document review at the New Jersey Department of Environmental Protection in Trenton, New Jersey; draft and review correspondence in connection with same. |
| 07/29/08 | S. Albert | 10.80 | Conduct document review at NJDEP; send summary email of document review to P. Marks; draft and edit brief for bankruptcy court. |
| 07/29/08 | L. Kiddoo | 2.00 | Research cases containing Frenville of state law claims for debtor's supplemental response and objection to motion of Mian Realty re the applicability of the automatic stay and provide support for arguments for paragraphs 12 and 13 in the motion. |
| 07/29/08 | T. Hendricks | 3.80 | Conference with P. Marks re TCE detections; review of technical reports for TCE detections on Mian Property; further concordance research of technical reports. |
| 07/30/08 | P. Marks | 2.50 | Evaluate first draft of response; telephone conference with client re status; conference with team re next steps and necessary elements to brief. |
| 07/30/08 | W. Sinclair | 5.20 | Conference with P. Marks, S. Albert, and L. Kiddoo re response; review/revise same. |
| 07/30/08 | S. Haggerty | 1.50 | Draft claim for submission to Sanitary Landfill Closure and Contingency Fund; review documents in connection with same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE #  124587
August 31, 2008
PAGE  9

| 07/30/08 | S. Albert | 9.20 | Draft and edit brief for bankruptcy court; telephone conference with P. Marks, J. Baer, L. Duff re same; direct T. Hendricks' tasks. |
|---|---|---|---|
| 07/30/08 | L. Kiddoo | 2.00 | Research and prepare analysis for Grace supplementary response. |
| 07/30/08 | T. Hendricks | 3.80 | Continue concordance research regarding technical reports and  TCE detections; conference with S. Albert re same. |
| 07/31/08 | P. Marks | 3.00 | Prepare response for bankruptcy court; conference with team re same. |
| 07/31/08 | W. Sinclair | 7.00 | Research/review accrual of CERCLA contribution claim; draft memorandum and correspond with P. Marks re same; review/revise Response to Mian Motion; conference/correspond with P. Marks re same. |
| 07/31/08 | S. Haggerty | 1.50 | Confer with S. Albert regarding bankruptcy brief, Sanitary Landfill Closure and Contingency Fund claims, OPRA documents; draft summary of research findings; draft and review correspondence on same; review documents in connection with drafting of Sanitary Landfill Closure and Contingency Fund claim. |
| 07/31/08 | S. Albert | 12.50 | Draft and edit brief for bankruptcy court; conferences with P. Marks and L. Kiddoo re same. |
| 07/31/08 | L. Kiddoo | 5.70 | Research and prepare facts update and Frenville analysis for Grace supplemental response. |
| 07/31/08 | T. Hendricks | 2.50 | Assist P. Marks with soil analysis and report regarding same; conference with S. Albert regarding exhibits, conduct concordance search re same. |

Total Hours :          347.90

Total Fees :          $87,699.00

BEVERIDGE & DIAMOND, P.C.

INVOICE #  124587
August 31, 2008
PAGE 10

## Disbursements:

| | |
|---|---|
| Long Distance Telephone | 33.16 |
| Duplicating | 74.55 |
| Commercial Duplicating | 20.07 |
| Express Delivery | 115.07 |

**Total Disbursements :**         **$242.85**

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| M. Murphy | 2.70 | $400.00 | $1,080.00 |
| P. Marks | 31.80 | $400.00 | $12,720.00 |
| W. Sinclair | 35.70 | $305.00 | $10,888.50 |
| S. Haggerty | 33.70 | $275.00 | $9,267.50 |
| S. Albert | 125.80 | $260.00 | $32,708.00 |
| J. Metcalfe | 2.00 | $190.00 | $380.00 |
| L. Kiddoo | 32.00 | $185.00 | $5,920.00 |
| T. Hendricks | 67.70 | $175.00 | $11,847.50 |
| T. Horch | 16.50 | $175.00 | $2,887.50 |

**Total Fees :**         **$87,699.00**

**Total Disbursements :**         **$242.85**

**TOTAL DUE :**         **$87,941.85**

# EXHIBIT D

**(General Regulatory/Compliance Issues)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

August 31, 2008
Client/Matter #  01246-012100
Invoice # 124581
Federal ID# 52-1247549

---

For Legal Services Rendered Through 07/31/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**     **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

**General Regulatory/Compliance Issues**

| 07/11/08 | C. Lewis | 0.30 | Correspondence re pesticide/FIFRA question. |
| 07/15/08 | C. Lewis | 1.00 | Conference call with L. Duff and D. Curreri re FIFRA issues re Daravair and other concrete admixtures. |

Total Hours :          1.30

Total Fees :          $682.50

BEVERIDGE & DIAMOND, P.C.

INVOICE #  124581
August 31, 2008
PAGE  2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| C. Lewis | 1.30 | $525.00 | $682.50 |

Total Fees :    $682.50

TOTAL DUE :    $682.50