# Exhibit B

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Hearing Date: September 29, 2008 at 10:00 a.m. (ET)<br><br>Ref. No. _____ |

### ORDER GRANTING BANK LENDER GROUP'S MOTION
### FOR LEAVE TO FILE A SUR-REPLY
### TO DEBTORS' TRIAL BRIEF IN SUPPORT OF OBJECTION

Upon the motion (the "Motion")[1] of the Bank Lender Group for the entry of an order, as set forth in the motion, for leave to file a Sur-Reply to the Debtors' Trial Brief in Support of Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements, dated September 5, 2008 [D.I. 19476]; and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that leave is granted for the Bank Claimants (as defined in the Motion) to file the Reply limited to five (5) pages, including exhibits, in accordance with the undersigned's Chambers Procedures.

Dated: September _____, 2008
    Wilmington, Delaware

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

---

[1] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in Motion.

672.001-22015.doc