

*RUST CONSULTING, INC.*
*201 South Lyndale Avenue*
*Faribault, MN 55021-5758*
*(507) 333-4300   (507) 333-4330 Fax*

September 11, 2008

Deborah Colmyer
U.S. Bankruptcy Court
District of Delaware
824 N. Market Street
Wilmington, DE 19801

Greetings Ms. Colmyer,

Please find enclosed the WR Grace Personal Injury Claim Register.

Sincerely,

Eric Hudgens