IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Objection Deadline: October 6, 2008 |

### SUMMARY APPLICATION OF MORRISON & FOERSER LLP AS ORDINARY COURSE PROFESSIONAL FOR ALLOWANCE OF FEES AND EXPENSES IN EXCESS OF OCP MONTHLY FEE CAP FOR MAY 2007

| | |
|---|---|
| Name of Applicant: | **Morrison & Foerster LLP** |
| Authorized to Provide Professional Services to: | **W.R. Grace & Co., et al., Debtors and Debtors-in Possession** |
| Date of Retention: | **Retained as an Ordinary Course Professional, April 13, 2001**[2] |
| Fee Period for which Compensation and Reimbursement is Sought: | **May 2007** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$37,176.25** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$80,427.56** |

This is a monthly **X** monthly ___ interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] On April 13, 2001, Morrison & Foerster LLP ("Morrison & Foerster") was retained by the Debtors as an ordinary course professional ("OCP") in the Chapter 11 Cases to provide legal services regarding our representation of the Debtors in state tax litigation. On May 8, 2001, Morrison & Foerster filed its affidavit of disinterestedness to support its retention as an OCP. See Docket No. 11490. No objections were filed to Morrison & Foerster's retention. Thus, Morrison & Foerster is employed, and continues to be employed, as an OCP in these Chapter 11 Cases.

1

This is Morrison & Foerster LLP's ("Morrison & Foerster") monthly application for interim compensation of services in excess of the OCP cap for the fee period May 1, 2007 through May 31, 2007. Pursuant to the *Order Pursuant to II U.S.C. §§1107(a) and 1108 Granting Leave in Authorizing the Debtors to Employ and Compensate Ordinary Course Professionals Utilized in the Course of the Debtors' Business* (Docket No. 197), which was later amended on December 10, 2002 (Docket No. 3126) and July 24, 2006 (Docket No. 12855) (as amended collectively, the "OCPI Orders"), Morrison & Foerster is permitted to file its fee application for excess OCP fees and expenses for previous months and future months in which it incurs excess OCP fees and expenses.

For the May 2007 fee period, Morrison & Foerster has incurred and billed $168,255.77 in legal fees and expenses. The breakdown for legal fees and expenses for May 2007 is as follows:

| Dates of Services Rendered | Fees | Expenses | Total | Expected Standard OCP Payment | Excess OCP Fees and Expenses |
|---|---|---|---|---|---|
| 5/1/07 - 5/31/07 | $37,176.25 | $130,427.56 | $167,603.81 | <$50,000.00> | $117,603.81 |

The Morrison & Foerster attorneys who rendered professional services during the Fee Period in excess of the monthly cap for OCP for May 2007, are:

| Name of Professional Person | Position with the Applicant and Year Admitted | Hourly Billing Rate[3] | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Irwin M. Slomka | Partner, 1980 | $600.00 | 53.25 | $31,920.00 |
| Paul H. Frankel | Partner, 1961 | $725.00 | 8.00 | $5,256.25 |
| **Totals for Attorneys** | | | 61.25 | $37,176.25 |

**Grand Total for Fees:** $37,176.25

**Total Hours:** 61.25

**Blended Rate:** $606.96

**Expected Normal Course OCP Compensation:** <- 0 ->

**Balance of Compensation Sought in Application:** $37,176.25

---

[3] Travel time during which client work was not conducted was billed at half this rate.

2

## Expense Summary

| Service Description | Amount |
|---|---|
| Photocopies | $71.10 |
| Long Distance Telephone | $11.10 |
| Air Freight | $42.43 |
| Messenger Service | $30.90 |
| Local Arizona Attorney Fees – BANCROFT SUSA & GALLOWAY 4/27/07 - Professional services rendered regarding Arizona Income Tax. | $884.00 |
| Local Massachusetts Attorney Fees – MINTZ, LEVIN, COHN, FERRIS, GLOVSKY & POPEO, P.C. | $32,976.30 |
| Expert and Consultant Fees | $95,727.47 |
| Travel | $281.51 |
| Miscellaneous Disbursement – COMMONWEALTH OF MASSACHUSETTS – W.R. Grace V COR Volume 2 C271787. | $402.75 |
| **Grand Total for Expenses** | **$130,427.56** |
| **Expected Normal Course OCP Compensation** | **<$50,000>** |
| **Balance of Expenses Sought in Application** | **$80,427.56** |

WHEREFORE, Morrison & Foerster respectfully requests (a) that an allowance be made to it, as fully described above for the (i) 80% of the amount of $37,176.25 for reasonable and necessary professional services Morrison & Foerster has rendered to the Debtors during the Fee Period ($29,741.00) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by Morrison & Foerster during the Fee Period ($80,427.56); (b) that both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) that this Court grant such further relief as is equitable and just.

Dated: September ___, 2008
      Wilmington, Delaware      Respectfully submitted,

MORRISON & FOERSTER LLP

By *Paul H. Frankel*
_____
Paul H. Frankel, Esq.
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, NY 10104-0050
(212) 468-8000

ny-806739

**MORRISON | FOERSTER**

FILE NO. 72497
P.O. BOX 60000
SAN FRANCISCO
CALIFORNIA 94160-2497

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

DENVER, NORTHERN VIRGINIA,
ORANGE COUNTY, SACRAMENTO,
WALNUT CREEK, CENTURY CITY

TOKYO, LONDON, BEIJING,
SHANGHAI, HONG KONG,
SINGAPORE, BRUSSELS

Mr. Tim Cremin
W.R. Grace & Co
5400 Broken Sound Boulevard Nw
Boca Raton, FL 33487-2707

Taxpayer ID #94-0697210
Invoice Number: 4622960
Invoice Date: June 12, 2007

Client/Matter Number: 012642-0000003

Matter Name:   NEW YORK TAX

RE:   NEW YORK TAX

---

*For Professional Services Rendered and Disbursements Incurred through May 31, 2007*

|  | U.S.Dollars |
|---|---|
| Current Fees | 37,176.25 |
| Current Disbursements | 130,427.56 |
| **Total This Invoice** | 167,603.81 |

---

**Payment may be made by wire transfer to the firm's account**

Bank of America – Main Branch   San Francisco, CA 94104
Account # 1499401830 - ABA Routing # 026009593

Our billing statements are due and payable within thirty days of receipt. For your convenience, we have included a summary of your account balance on the last page of this invoice.
Billing questions may be directed to our Billing Hotline at (415) 268-2594 or (866) 314-5320

**MORRISON | FOERSTER**

012642-0000003  
NEW YORK TAX

Invoice Number: 4622960  
Invoice Date: June 12, 2007

## Time Detail

| Date | Services | Timekeeper | Hours | Value |
|---|---|---|---|---|
| 03-May-2007 | Revise letter advising on | Slomka, Irwin M. | 3.00 | 1,800.00 |
| 04-May-2007 | Revise letter on  and e-mail to . | Slomka, Irwin M. | 3.00 | 1,800.00 |
| 08-May-2007 | Finalize letter advising on  prepare | Slomka, Irwin M. | 4.00 | 2,400.00 |
| 09-May-2007 | Mass: prepare | Slomka, Irwin M. | 4.00 | 2,400.00 |
| 10-May-2007 | Mass: revise : discussion with  discussion with | Slomka, Irwin M. | 1.70 | 1,020.00 |
| 11-May-2007 | Mass: revise draft | Slomka, Irwin M. | 1.00 | 600.00 |
| 13-May-2007 | MA case - Trip to Boston (1.5 hr.); preparation for [1] | Frankel, Paul H. | 2.00 | 1,450.00 |
| 14-May-2007 | MA case - Appearance before , meeting with  preparation; return trip (1.5 hr.) [2] | Frankel, Paul H. | 3.00 | 1,631.25 |
| 25-May-2007 | Mass: Commence preparation of | Slomka, Irwin M. | 5.50 | 3,300.00 |
| 28-May-2007 | Mass: prepare | Slomka, Irwin M. | 3.00 | 1,800.00 |
| 29-May-2007 | MA case | Frankel, Paul H. | 1.50 | 1,087.50 |
| 29-May-2007 | Mass: prepare | Slomka, Irwin M. | 9.00 | 5,400.00 |
| 30-May-2007 | MA case | Frankel, Paul H. | 1.50 | 1,087.50 |
| 30-May-2007 | Mass: prepare | Slomka, Irwin M. | 10.00 | 6,000.00 |
| 31-May-2007 | Mass: prepare | Slomka, Irwin M. | 9.00 | 5,400.00 |
|  | Total Fees |  |  | 37,176.25 |

---

1 Case preparation conducted during travel to Boston.  
2 Travel time billed at half the hourly rate.

2

**MORRISON | FOERSTER**

012642-0000003  
NEW YORK TAX

Invoice Number: 4622960  
Invoice Date: June 12, 2007

## Timekeeper Summary

| No.   | Name             | Rate[3] | Hours | Value     |
|-------|------------------|---------|-------|-----------|
| 03405 | Slomka, Irwin M. | 600.00  | 53.20 | 31,920.00 |
| 07002 | Frankel, Paul H. | 725.00  | 8.00  | 5,256.25  |
|       | TOTAL            |         | 61.20 | 37,176.25 |

[3] Travel time during which client work was not performed was billed at half this rate.

3

**MORRISON | FOERSTER**

012642-0000003  
NEW YORK TAX

Invoice Number: 4622960  
Invoice Date: June 12, 2007

## Disbursement Detail

| Date | Description | Value |
|---|---|---:|
| 31-May-2007 | Photocopies | 71.10* |
| 31-May-2007 | Long Distance Telephone | 11.10 |
| 31-May-2007 | Air Freight | 42.43 |
| 31-May-2007 | Messenger Service | 30.90 |
| 27-Apr-2007 | Local Arizona Attorney Fees | 884.00 |
| 02-May-2007 | Local Massachusetts Attorney Fees | 32,976.30 |
| 03-May-2007 | Accountant Fees | 25,203.52 |
| 19-Apr-2007 | Expert Fees | 20,505.04 |
| 21-Apr-2007 | Expert Fees | 26,405.05 |
| 02-May-2007 | Expert Fees | 1,523.86 |
| 02-May-2007 | Expert Fees | 22,090.00 |
| 16-May-2007 | Travel | 281.51 |
| 18-May-2007 | Miscellaneous Disbursement | 402.75 |
| | **Total Disbursements** | 130,427.56 |
| | **Total This Invoice** USD | 168,147.56 |

\* 711 photocopies @ 10¢ per page

4