IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DELAWARE DISTRICT OF
WILMINGTON DIVISION

| | |
|---|---|
| IN THE MATTER OF: | CASE NO. 01-1139-JKF-11<br>CHAPTER 11 |
| W. R. GRACE & CO., ET AL | |
| Debtor(s). | |

## APPEARANCE

Comes now Steve Carter, Attorney General of Indiana, and enters his appearance by Brian D. Salwowski, Deputy Attorney General, on behalf of Creditor, Indiana Department of Revenue, in the above-entitled cause of action.

Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone:  317-232-6211
Facsimile:   317-232-7979
E-mail: bsalwowski@atg.in.gov

Respectfully submitted,

STEVE CARTER
Attorney General of Indiana
Atty. No.  4150-64


By: /s/ Brian D. Salwowski
    Brian D. Salwowski
    Deputy Attorney General
    Atty. No.  2100-49

**CERTIFICATE OF SERVICE**

      I do hereby certify that a copy of the foregoing pleading has been duly served upon all counsel of record listed below, by ECF notification or U. S. first class mail, postage prepaid, on September 17, 2008.

Laura Davis Jones
Attorney for the Debtor
Pachulski, Stang, Ziehl Young & Jones
919 N. Market Street
16th Floor
Wilmington, DE 19899-8705

      By: /s/ Brian D. Salwowski
      Brian D. Salwowski
      Deputy Attorney General
      Atty. No. 2100-49

Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone:  317-232-6211
Facsimile:   317-232-7979
E-mail: bsalwowski@atg.in.gov