| | |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE EASTERN DISTRICT OF MICHIGAN<br>SOUTHERN DIVISION | |
| IN RE:<br><br>WR2 LIQUIDATION CORP.,<br><br><br>Debtor(s). | CASE NO. 07-46741-SWR-11<br>Docket No. 272<br>CHAPTER 11 |

### VERIFIED MOTION FOR LEAVE TO APPEAR PRO HAC VICE

Comes now counsel, Brian D. Salwowski, Deputy Attorney General for the State of Indiana represents his Motion for Leave to Appear *Pro Hac Vice* for the Indiana Department of Revenue in the above bankruptcy proceeding, and in support hereof states as follows:

1. Counsel is a Deputy Attorney General in the office of the Attorney General of Indiana. His office is located at Indiana Government Center South, Fifth Floor, 302 W. Washington Street, Indianapolis, Indiana 46204.

2. Counsel is duly licensed to practice law in the State of Indiana.

3. Counsel is currently admitted to practice before the United States District Courts for the Northern and Southern Districts of Indiana.

4. Counsel requests that he be allowed to appear in the bankruptcy case herein *pro hac vice*.

5. Counsel requests that the Court grant leave for counsel to appear without local counsel.

6. Brian D. Salwowski agrees to be bound by all the rules of the U.S. Bankruptcy Court, for the Eastern District of Michigan, Southern Division, and all the rules of this court.

Wherefore, Brian D. Salwowski moves this Court for his admission *pro hac vice* in this case, and requests that the Court grant leave for movant to appear without local counsel.

I affirm under the penalties for perjury that the foregoing representations set forth above are true and accurate.

          Respectfully submitted,

          STEVE CARTER
          Attorney General of Indiana
          Indiana Attorney No. 4150-64

          By:    /s/Brian D. Salwowski
                  Brian D. Salwowski
                  Deputy Attorney General
                  Atty. No. 2100-49

**CERTIFICATE OF SERVICE**

I do hereby certify that a copy of the foregoing pleading has been duly served upon all counsel and parties of record listed below, first-class postage prepaid, on this 17th day of July, 2008:

Wallace M. Handler
Attorney for Debtor
25800 Northwestern Hwy
Suite 1000
Southfield, MI 48075

/s/Brian D. Salwowski
Brian D. Salwowski
Deputy Attorney General
Atty. No. 2100-49

Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone:  317-232-6211
Facsimile:   317-232-7979
BDS: