|  |  |
|---|---|
| IN THE UNITED STATES BANKRUPTCY COURT<br>FOR THE DELAWARE DISTRICT OF<br>WILMINGTON DIVISION ||
| IN THE MATTER OF:<br><br>W. R. GRACE, ET AL<br><br><br><br>Debtor(s). | CASE NO. 01-1139-JKF-11<br>Docket No. 19378<br>CHAPTER 11 |

## ORDER

This matter having come before the court on the Verified Motion of , Indiana Deputy Attorney General, for Leave to Appear *Pro Hac Vice* for Indiana Department of Revenue in this cause, and the Court having considered the matter and being duly advised in the premises, hereby grants said Motion. should be and hereby is granted leave to appear in this action as counsel for Indiana Department of Revenue, a creditor herein.

###

Prepared by:
Office of Attorney General
Indiana Government Center South, Fifth Floor
302 West Washington Street
Indianapolis, IN  46204-2770
Telephone:  317-232-6211
Facsimile:   317-232-7979


**DISTRIBUTION**:
Laura Davis Jones