

# AUDIT SUMMARY

Page 1 of 12 Pages

FORM AD-7                                                          Control No.: 263419-08

| Tax Type: | Taxpayer: | | | | | | FID Number: |
|---|---|---|---|---|---|---|---|
| Sales & Use | WR Grace & Co. - Conn. | | | | | | 13-5114230 |
| Type Audit: | | | | | | | TID Number: |
| Field | | | | | | | 00-1048660-000-7 |
| Bus. Code: | Tax Form #: | Address: | | | | | Incorporation Date: |
| 9999 | ST-103 | 5400 Broken Sound Blvd., NW, Suite 300 | | | | | 6/20/1899 |
| County: | City: | | State: | Zip Code: | | | Under Laws of: |
| OOS | Boca Raton | | FL | 33487 | | | Connecticut |
| Mailing Address: | | | | | | | Qualification Date: |
| Same as above | | | | | | | 5/13/54 |

| Period or Year Ending | Statute Date | Deficiency (Over-Assessment) | Base Tax Previously Billed | Additional Tax to be Billed | Penalty | Interest | Totals |
|---|---|---|---|---|---|---|---|
| 12/31/95 | 6/30/03 | 21,927.80 | | | 2,192.78 | 11,822.79 | $35,943.57 |
| 12/31/96 | 6/30/03 | 11,100.97 | | | 1,110.10 | 5,208.33 | $17,419.40 |
| 12/31/97 | 6/30/03 | 9,766.79 | | | 976.68 | 3,900.56 | $14,644.03 |
| 12/31/98 | 6/30/03 | 1,425.24 | | | 142.52 | 469.43 | $2,037.19 |
| | | | | | | | |
| Totals | N/A | 44,220.80 | 0.0 | | | | $70,044.19 |

This Audit Was Discussed With:
James Munsche - Tax Consultant

Auditor's Signature and Number:                                                            Date of Completion:
Lisa Lafferty #0675             Lisa Lafferty #0675                          March 19, 2003

Remarks:

RECEIVED
SEP 15 2008
OAG-COLL

Copy

Power of Attorney:     None

# AUDIT SUMMARY

Page 1 of 48 Pages

FORM AD-7　　　　　　　　　　　　　　　　　　　　　　　　Control No.: 263418-10

| Tax Type: | Taxpayer: | FID Number: |
|---|---|---|
| INCOME | **W.R. GRACE & CO.-CONN.& SUBSIDIARIES** | 13-5114230-00-05 |
| Type Audit: | | TID Number: |
| FIELD | | 00-1048660-001-5 |

| Bus. Code : | Tax Form #: | Address: | Incorporation Date: |
|---|---|---|---|
| 2815 | IT-20 | 5400 BROKEN SOUND BOULEVARD, N.W. | 06/20/1899 |

| County: | City: | State: | Zip Code: | Under Laws of: |
|---|---|---|---|---|
| OUT-OF-STATE | BOCA RATON | FLORIDA | 33487 | CONNECTICUT |

| Mailing Address: | Qualification Date: |
|---|---|
| Same as above | N/A |

| Period or Year Ending | Statute Date | Deficiency (Over-Assessment) | Base Tax Previously Billed | Additional Tax to be Billed | Penalty | Interest | Totals |
|---|---|---|---|---|---|---|---|
| 12/31/93 | 06/30/02 | (131,746.00) | | | | | |
| 12/31/94 | 06/30/02 | (66,524.27) | | | | | |
| 12/31/95 | 06/30/02 | 3,017.61 | | | | | |
| 09/28/96 | 06/30/02 | 459.80 | | | | | |
| 12/31/96 | 06/30/02 | 0.00 | | | | | |
| 12/31/97 | 06/30/02 | 8,962.04 | | | | | |
| | | | | | | | |
| Totals | N/A | (185,830.82) | 0.00 | | | | |

This Audit Was Discussed With:
JAMES MUNSCHE - TAX ACCOUNTANT

Auditor's Signature and Number:　　William D. Dick　#0044

Date of Completion: March 1, 2002

Remarks:



Power of Attorney:　　Firm - NONE