**FIFTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JUNE 1, 2008 THROUGH JUNE 30, 2008)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 6/1/08 through 6/30/08**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $650 | 12.70 | $8,255.00 |
| S. Cunningham | Member | $650 | 19.60 | $12,740.00 |
| R. Frezza | Consultant | $550 | 13.10 | $7,205.00 |
| J. Dolan | Consultant | $395 | 84.20 | $33,259.00 |
| M. Desalvio | Research | $165 | 12.30 | $2,029.50 |
| N. Backer | Paraprofessional | $110 | 3.50 | $385.00 |
| **For the Period 6/1/08 through 6/30/08** | | | **145.40** | **$63,873.50** |

## W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 6/1/08 through 6/30/08**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and reviewed recovery scenarios under various assumptions and prepared interest accrued scenarios. Applicant also analyzed the Debtors objection to default interest. | 13.10 | $5,695.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports. | 8.70 | $4,762.50 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant prepared various analyses related to pension funding amd TIP and prepared reports to the Committee thereon. | 10.30 | $4,732.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the 17th quarterly fee application and the April and May monthly Fee Statements. | 9.70 | $3,012.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding Q1 08 results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports. A report to Committee was prepared thereon. | 18.30 | $8,146.50 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant prepared various analyses on the 2008 Business Plan, industry analysis as well as sensitivity analyses for inclusion in the Business Plan Report to the Committee | 69.20 | $33,918.00 |
| 19. Tax Issues | During the Fee Application Period, the Applicant prepared a report to the Committee related to the IRS settlement motion. | 3.80 | $1,577.50 |
| 21. Research | During the Fee Application period, the Applicant researched various industry and peer information for inclusion in Business Plan report to the committee. | 12.30 | $2,029.50 |
| **For the Period 6/1/08 through 6/30/08** | | **145.40** | **$63,873.50** |

**Capstone Advisory Group, LLC**                                                                                               Page 1 of 1
**Invoice for the June 2008 Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 6/1/08 through 6/30/08

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 03. Claims Analysis & Valuation | | | |
| 6/4/2008 | J. Dolan | 1.40 | Reviewed research regarding Grace's peer in support of multiple valuation. |
| 6/17/2008 | J. Dolan | 1.50 | Prepared equity dilution analysis determining the impact of warrant exercise. |
| 6/17/2008 | J. Dolan | 2.40 | Read and analyzed objection to default interest from the Company and discussed with counsel. |
| 6/17/2008 | J. Dolan | 2.00 | Updated recovery analysis based on changes in assumptions. |
| 6/19/2008 | R. Frezza | 1.10 | Call with counsel re: warrant value and prep for call with committee. |
| 6/25/2008 | R. Frezza | 0.50 | Read and discussed counsel updates re: ZAI claims hearing. |
| 6/26/2008 | R. Frezza | 0.60 | Prepared for and participated in call with counsel regarding claims analysis. |
| 6/26/2008 | R. Frezza | 0.50 | Read and discussed motion re: settlement with State of Montana. |
| 6/26/2008 | E. Ordway | 0.40 | Read and analyzed data regarding Montana/Libby settlement. |
| 6/30/2008 | J. Dolan | 0.60 | Read and analyzed counsel's memo regarding Montana settlement. |
| 6/30/2008 | J. Dolan | 2.10 | Read and analyzed loans against COLI policy motion. |
| Subtotal | | 13.10 | |
| 04. Creditor Committee Matters | | | |
| 6/2/2008 | J. Dolan | 1.20 | Read and analyzed recent docket submissions. |
| 6/5/2008 | E. Ordway | 0.30 | Read counsel's memo regarding June 2 court hearing. |
| 6/10/2008 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 6/12/2008 | E. Ordway | 0.40 | Read counsel's memo regarding Anderson matter. |
| 6/17/2008 | S. Cunningham | 3.30 | Analyzed objection motion to bank claim to prepare for committee call. |
| 6/24/2008 | E. Ordway | 0.50 | Read counsel's memo regarding property damage claims status. |

**Capstone Advisory Group, LLC**  Page 1 of 6
**Invoice for the June 2008 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/24/2008 | E. Ordway | 0.40 | Read counsel's memo on June 24 court hearing. |
| 6/24/2008 | J. Dolan | 1.20 | Read and analyzed recent docket submissions. |
| 6/26/2008 | E. Ordway | 0.30 | Read counsel's memo regarding Anderson matter status. |
| Subtotal | | 8.70 | |

05. Employee Matters/KERP/Other

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/2/2008 | R. Frezza | 0.50 | Follow up with counsel on Pension Memo comments and distribution. |
| 6/2/2008 | J. Dolan | 1.80 | Prepared report to the Committee related to pension funding. |
| 6/20/2008 | R. Frezza | 1.50 | Read/analyzed LTIP motion. |
| 6/23/2008 | R. Frezza | 0.80 | Review of LTIP analyses and report. |
| 6/25/2008 | J. Dolan | 1.10 | Review of prior year motion, requests and report regarding LTIP. |
| 6/25/2008 | J. Dolan | 1.50 | Read and analyzed LTIP draft motion. |
| 6/25/2008 | J. Dolan | 0.80 | Prepared follow up questions and request information related to LTIP motion. |
| 6/26/2008 | J. Dolan | 0.60 | Finalized request for information to Debtors. |
| 6/26/2008 | J. Dolan | 0.80 | Review of LTIP issues with counsel and team. |
| 6/27/2008 | E. Ordway | 0.90 | Reviewed LTIP data. |
| Subtotal | | 10.30 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/2/2008 | J. Dolan | 1.10 | Prepared 17th quarterly fee application. |
| 6/3/2008 | N. Backer | 1.40 | Prepared April Fee Statement. |
| 6/3/2008 | J. Dolan | 0.70 | Prepared April fee app. |
| 6/10/2008 | J. Dolan | 0.90 | Prepared April fee app. |
| 6/16/2008 | N. Backer | 1.10 | Prepared April fee statement. |
| 6/20/2008 | N. Backer | 0.50 | Prepared April Statement. |
| 6/24/2008 | E. Ordway | 0.70 | Prepared fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/24/2008 | N. Backer | 0.50 | Prepared Fee statement for April . |
| 6/24/2008 | J. Dolan | 0.90 | Prepared April fee app. |
| 6/26/2008 | J. Dolan | 0.70 | Prepared April fee app. |
| 6/30/2008 | J. Dolan | 1.20 | Prepared May fee app. |
| Subtotal | | 9.70 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/4/2008 | J. Dolan | 2.50 | Read and analyzed April 2008 monthly financials. |
| 6/5/2008 | E. Ordway | 0.80 | Read and analyzed April financial statements and listed items for staff to investigate. |
| 6/9/2008 | E. Ordway | 1.10 | Continued analysis of April financial statements. |
| 6/11/2008 | J. Dolan | 2.70 | Prepared analysis and related commentary for the report to the Committee. |
| 6/11/2008 | E. Ordway | 1.30 | Reviewed 10-Q and listed items for staff to investigate/include in committee report. |
| 6/12/2008 | J. Dolan | 2.80 | Analyzed 1st quarter results and review of 10Q. |
| 6/12/2008 | E. Ordway | 0.40 | Directed staff in reviewing 1st Q financial information. |
| 6/13/2008 | J. Dolan | 2.40 | Prepared analyses of 1st quarter results including EBITDA bridges, cash flow analysis and divisional results to Plan. |
| 6/16/2008 | J. Dolan | 1.00 | Prepared analysis of 1Q08 results compared to Plan for inclusion in report to the Committee. |
| 6/19/2008 | J. Dolan | 3.30 | Analyzed 1st quarter results including divisional results. |
| Subtotal | | 18.30 | |

09. Financial Analysis - Business Plan

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/2/2008 | J. Dolan | 1.30 | Prepared report to the Committee on Company's 2008 Plan including cash flow analysis. |
| 6/3/2008 | J. Dolan | 3.10 | Prepared business plan analyses and related commentary in report to the Committee. |
| 6/3/2008 | R. Frezza | 0.50 | Continued 2008 business plan review process. |
| 6/4/2008 | R. Frezza | 0.50 | Continued 2008 business plan review process. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/5/2008 | R. Frezza | 0.80 | Continued 2008 business plan review process. |
| 6/6/2008 | R. Frezza | 0.60 | Business plan analyses; discussions with staff on status of analyses. |
| 6/9/2008 | J. Dolan | 3.30 | Prepared a quarterly trends analysis related to the 2008 business plan. |
| 6/9/2008 | J. Dolan | 2.30 | Prepared various analyses related to the 2008 Business Plan including Sales and EBITDA bridges by division. |
| 6/11/2008 | S. Cunningham | 2.30 | Review of FY 2008 business plan and Q1 results. |
| 6/12/2008 | R. Frezza | 0.70 | Continued review and analysis on business plan. |
| 6/12/2008 | S. Cunningham | 2.40 | Review of FY 2008 business plan and Q1 results. |
| 6/13/2008 | R. Frezza | 0.50 | Continued review and analysis on business plan. |
| 6/13/2008 | E. Ordway | 0.90 | Read and analyzed debtor's business plan. |
| 6/16/2008 | J. Dolan | 1.80 | Analyzed peer information to assist in multiple assumptions related to the 2008 Plan. |
| 6/16/2008 | J. Dolan | 2.20 | Prepared cash flow analysis for 2007 to 2008 Plan including filed and non-filed entities for business plan report. |
| 6/16/2008 | R. Frezza | 0.50 | Continued review and analysis on business plan. |
| 6/17/2008 | E. Ordway | 1.40 | Analyzed balance sheet assumptions included in business plan. |
| 6/18/2008 | J. Dolan | 4.40 | Prepared sensitivities to the 2008 Plan based on significant analysis performed. |
| 6/19/2008 | J. Dolan | 1.70 | Prepared commentary on the 2008 Business Plan analyses. |
| 6/19/2008 | J. Dolan | 2.80 | Prepared sensitivities to the 2008 Plan based on significant analysis performed. |
| 6/20/2008 | J. Dolan | 1.90 | Prepared both EBITDA and cash flow sensitivities based on risks identified in the Plan. |
| 6/20/2008 | J. Dolan | 2.40 | Continued commentary on the 2008 Plan and 1st quarter results report to the Committee. |
| 6/20/2008 | J. Dolan | 2.60 | Prepared commentary on the 2008 Business Plan analyses. |
| 6/20/2008 | E. Ordway | 1.30 | Prepared/edited report to committee regarding business plan. |
| 6/20/2008 | S. Cunningham | 5.00 | Review of FY 2008 business plan and Q1 results. |
| 6/23/2008 | E. Ordway | 1.30 | Continued to prepare/edit report to the committee regarding business plan. |

**Capstone Advisory Group, LLC**  **Page 4 of 6**
**Invoice for the June 2008 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/23/2008 | J. Dolan | 3.50 | Review of Business Plan report and additional analyses related to 1Q08 results. |
| 6/23/2008 | S. Cunningham | 2.30 | Review of FY 2008 business plan and Q1 results. |
| 6/24/2008 | R. Frezza | 3.50 | Review Business Plan draft report |
| 6/24/2008 | J. Dolan | 3.20 | Continued to prepared 2008 business plan report and 1st quarter results report to the Committee. |
| 6/25/2008 | J. Dolan | 1.70 | Discussed comments on Plan report from team and made appropriate changes to report. |
| 6/26/2008 | S. Cunningham | 4.30 | Read and reviewed Grace 2008 business plan report. |
| 6/26/2008 | J. Dolan | 1.10 | Final comments on report and distributed to counsel for review. |
| 6/30/2008 | J. Dolan | 1.10 | Obtained counsels comments to Business Plan/1st Qtr report and revised as appropriate. Distributed to Committee Chair for review. |
| Subtotal | | 69.20 | |

19. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/10/2008 | J. Dolan | 1.80 | Read and analyzed IRS tax settlement motion and discussed with counsel. |
| 6/26/2008 | J. Dolan | 1.20 | Prepared for and participated in call with Debtors and counsel to discuss Research tax credit motion. |
| 6/30/2008 | E. Ordway | 0.30 | Read counsel's memo regarding IRS settlement. |
| 6/30/2008 | J. Dolan | 0.50 | Read and analyzed counsels memo regarding research credit settlement with the IRS. |
| Subtotal | | 3.80 | |

21. Research

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 6/6/2008 | M. Desalvio | 4.00 | Research related to the 2008 business plan report. |
| 6/10/2008 | M. Desalvio | 4.00 | Research related to the 2008 business plan report. |
| 6/11/2008 | M. Desalvio | 0.50 | Research related to the 2008 business plan report. |
| 6/16/2008 | M. Desalvio | 2.50 | Research related to the 2008 business plan report including peer group analysis. |
| 6/18/2008 | M. Desalvio | 1.30 | Research related to 2008 business plan including retrieving 1st qtr housing starts for 2007 and 2008. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| Subtotal | | 12.30 | |
| **Total Hours** | | **145.40** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 6/1/08 through 6/30/08

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Research | | | |
| 6/20/2008 | Capstone Expense | Pacer | $6.32 |
| 6/30/2008 | Capstone Expense | Bloomberg | $347.00 |
| Subtotal - Research | | | $353.32 |
| Telecom | | | |
| 6/29/2008 | Capstone Expense | June Telephone - Saddle Brook Office | $138.01 |
| Subtotal - Telecom | | | $138.01 |
| **For the Period 6/1/08 through 6/30/08** | | | **$491.33** |

**Capstone Advisory Group, LLC**  
**Invoice for the June Fee Application**

Page 1 of 1