# EXHIBIT 1

**The entities below, or an affiliated entity, are adverse to Steptoe in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

|    | Name Searched |
|----|---|
| 1  | A.B.C. Supply |
| 2  | A.P. Green Industries, Inc. |
| 3  | A.P. Green Services, Inc. |
| 4  | ABN Amro |
| 5  | ABN Amro Bank N.V. |
| 6  | ABN Amro Chicago Corp. |
| 7  | ABN Amro Informational Technology Services |
| 8  | ABN Amro Private Equity |
| 9  | Agilent Technologies |
| 10 | Air Products And Chemicals Inc |
| 11 | Akzo Coatings |
| 12 | Akzo Nobel Functional Chemicals LLC |
| 13 | Akzo Nobel Polymer Chemicals LLC |
| 14 | Akzo Nobel Surface Chemistry LLC |
| 15 | Akzo Nobel, Inc. |
| 16 | Alabama Power Co. |
| 17 | Alcoa, Inc. |
| 18 | Allied Building Products |
| 19 | Amchem Products, Inc. |
| 20 | America Inc. f/k/a/ Pennwalt Corp. |
| 21 | American Manufacturers Mutual |
| 22 | American Standard Inc. |
| 23 | Ametek, Inc. |
| 24 | AON Consulting, Inc. |
| 25 | AON Risk Services Inc of NY |
| 26 | AQR Capital Management LLC |
| 27 | ASARCO Incorporated |
| 28 | Asbestos Corp. |
| 29 | Atofina Chemicals f/k/a Elf Atochem North |
| 30 | Atofina Chemicals Inc. |
| 31 | Atofina Petrochemicals Inc. |
| 32 | Attorney General of the State of Georgia |
| 33 | Attorney General of the State of Ohio |
| 34 | Attorney General of the State of Tennessee |
| 35 | Babcock & Wilcox Company |
| 36 | Baltimore Gas And Electric Company (BGE) |
| 37 | Bank of Tokyo |
| 38 | Bayer - Baytown, TX |
| 39 | Bayer Corp. |
| 40 | BCS |
| 41 | Bio-medical Applications of Indiana |
| 42 | Bio-medical Applications of Mississippi |
| 43 | Bio-medical Applications of Oklahoma |
| 44 | Bio-medical Applications of Rhode Island |
| 45 | Bio-medical Applications of South Carolina |
| 46 | Blue Cross Blue Shield (Denver, CO) |
| 47 | Bluffton-Richland Public Library |
| 48 | Borealis |
| 49 | Brown & Williamson Tobacco Corporation |
| 50 | Bureau of Customs and Border Protection |

**The entities below, or an affiliated entity, are adverse to Steptoe in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

|     | Name Searched |
| --- | --- |
| 51  | Burnham Corp. |
| 52  | Burns & Roe Synthetic Fuels, Inc. |
| 53  | Caldor Department Store |
| 54  | Cambridge Electric Light Co. d/b/a Nstar Electric |
| 55  | Canadian Imperial Bank of Commerce |
| 56  | Capital One |
| 57  | Carey Canada Inc. |
| 58  | CBS Broadcasting |
| 59  | CBS Corp. |
| 60  | Celanese Ltd. |
| 61  | Celotex Corporation |
| 62  | Cemex Inc. |
| 63  | Cemex SA de CV |
| 64  | Cemex USA |
| 65  | Champion International Corp. |
| 66  | Citadel Equity Fund Ltd. |
| 67  | Citadel Investment Group |
| 68  | Citadel Investment Group, LLC |
| 69  | Citadel Limited Partnership |
| 70  | City National Bank |
| 71  | City/County of San Francisco - Public Utilities Commission |
| 72  | Coca Cola Enterprises Inc |
| 73  | Cole, Eddy J. |
| 74  | Coltec Industries, Inc. |
| 75  | Combustion Engineering |
| 76  | ComEd |
| 77  | Commonwealth of Massachusetts Dept of Revenue |
| 78  | Comsat Laboratories & Penthouses |
| 79  | Conectiv Power Delivery |
| 80  | Connecticut Dept. of Public Works |
| 81  | Connecticut, State of |
| 82  | Consolidated Container Company (f/k/a Continental Can Company, Inc.) |
| 83  | Cornell University |
| 84  | Corporate Express |
| 85  | County of San Diego |
| 86  | Crane Co. |
| 87  | CRH PLC |
| 88  | Crouse-Hinds Sepco Corp. |
| 89  | CSR America |
| 90  | Dana Corp. |
| 91  | Dap Inc. |
| 92  | DAP Products, Inc. |
| 93  | Department of the Treasury |
| 94  | Department of the Treasury Internal Revenue Service |
| 95  | Drinker Biddle & Reath LLP |
| 96  | Dynasol, Inc. |
| 97  | Eagle, Inc. |
| 98  | Elf Atochem |
| 99  | Elf Atochem North America Inc |
| 100 | Enova Corporation |

**The entities below, or an affiliated entity, are adverse to Steptoe in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

|     | Name Searched |
| --- | --- |
| 101 | Equitable Life Insurance |
| 102 | Ericsson Radio Systems, Inc. |
| 103 | Ernst & Young |
| 104 | Exelon Energy Inc. |
| 105 | Federated Department Stores Inc. |
| 106 | Figgie International |
| 107 | Fisher Trust, The |
| 108 | Flintkote Company, The |
| 109 | Florida Department of Environmental Protection |
| 110 | Florida, State of |
| 111 | Ford Motor Company |
| 112 | Fortress Investment Group LLC |
| 113 | Fresenius National Medical Care, Inc. |
| 114 | Fresenius USA Inc. |
| 115 | Garlock Industries |
| 116 | Gencorp, Inc. |
| 117 | General Cable Corp. |
| 118 | General Mills |
| 119 | General Motors Acceptance Corporation |
| 120 | Georgia Department of Revenue |
| 121 | Georgia, State of |
| 122 | Glidden Company |
| 123 | Global Equipment |
| 124 | Great Plains Insurance Company |
| 125 | Guardian Industries Corp. |
| 126 | Hanson PLC |
| 127 | Harbison-Walker Refractories Co. |
| 128 | Herc (Hercules) |
| 129 | Hertz Equipment Rental Corp. |
| 130 | Hi-Tech |
| 131 | Holiday Inn (Cincinnati, OH) |
| 132 | Holiday Inn (Dayton, OH) |
| 133 | Holiday Inn (Des Moines, IA) |
| 134 | Holiday Inn (Fargo, ND) |
| 135 | Holiday Inn (Huntington, WV) |
| 136 | Holiday Inn (IN-no city specified) |
| 137 | Holiday Inn (Norwalk, CT) |
| 138 | Holiday Inn (San Francisco, CA) |
| 139 | Holiday Inn (Sioux Falls, SD) |
| 140 | Holiday Inn (Tampa, FL) |
| 141 | Holiday Inn (Washington, DC) |
| 142 | Hospital Corp. of America |
| 143 | Houston, City of |
| 144 | Hyatt Corporation |
| 145 | Hyatt Hotels Corporation |
| 146 | Hydro-Quebec |
| 147 | Hydrosol Inc. |
| 148 | IBM Building |
| 149 | IBM Corporation |
| 150 | IBM Office Building |

**The entities below, or an affiliated entity, are adverse to Steptoe in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

|     | Name Searched |
| --- | --- |
| 151 | ICI Americas Inc |
| 152 | ICI Americas Inc. & Indopco |
| 153 | Indiana Department of Revenue |
| 154 | Indiana, State of |
| 155 | Indresco, Inc. (n/k/a Harbison-Walker Refractories) |
| 156 | Ingersoll-Dresser Pump |
| 157 | Ingersoll-Rand Company Inc |
| 158 | Ingersoll-Rand Fluid Products |
| 159 | Insul Co., Inc. |
| 160 | Internal Revenue Service |
| 161 | International Paper |
| 162 | International Partners |
| 163 | Kent Holding LLC |
| 164 | Kentile Floors, Inc. |
| 165 | Kohler Company |
| 166 | LA Dept. Of Revenue |
| 167 | Lake Asbestos of Quebec, Ltd. |
| 168 | Leeds & Northrup Co. |
| 169 | Lehn & Fink Industrial Products [Reckitt Benckiser acquired-1994] |
| 170 | Lincoln National Life Insurance Co., The |
| 171 | Lockheed Martin Building 400 |
| 172 | Long Island Lighting Corp. |
| 173 | Los Angeles Unified School District |
| 174 | Louisiana, State of |
| 175 | Lousiana Department of Revenue & Taxation |
| 176 | M&T Bank |
| 177 | Manson Construction |
| 178 | Maremont Corp. |
| 179 | Marriott Hotel (Chicago, IL) |
| 180 | MARS, Inc. |
| 181 | Marson Company |
| 182 | Maryland Department of the Treasury |
| 183 | Maryland, State of |
| 184 | Massachusetts Bay Transportation Authority |
| 185 | Massachusetts Department of Revenue |
| 186 | Massachusetts, Commonwealth of |
| 187 | May Department Store Co., The |
| 188 | McMaster University |
| 189 | Mesa Petroleum Co. |
| 190 | MGM Grand Hotel (Reno, NV) |
| 191 | Miles Laboratories, Inc. [absorbed by Bayer in 1995] |
| 192 | Minnesota Pollution Control Agency |
| 193 | Minnesota, State of |
| 194 | Mitsui & Co. (U.S.A.), Inc. |
| 195 | Motiva |
| 196 | Murphy Oil USA, Inc. |
| 197 | National City Bank |
| 198 | NC Dept. of Environmental and Natural Resources, Superfund Section, Division of Waste Management |
| 199 | NCR Distribution Center |

**The entities below, or an affiliated entity, are adverse to Steptoe in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

|     | Name Searched |
| --- | --- |
| 200 | Neenah Foundry Company |
| 201 | New York State Department of Taxation and Finance |
| 202 | New York, State of |
| 203 | NL Industries Inc. |
| 204 | Nortel Networks, Inc. |
| 205 | North American Refractories Co. |
| 206 | North Carolina Department of Justice |
| 207 | North Carolina, State of |
| 208 | Nstar Gas |
| 209 | NY State Dept of Taxation and Finance |
| 210 | Ogilvy-Renault |
| 211 | Ohio, State of |
| 212 | Oldcastle APG Northeast Inc |
| 213 | Olin Corporation |
| 214 | Olive Garden |
| 215 | Oneida Co. Office Building |
| 216 | Oppenheimer Asset Management Inc. |
| 217 | Oppenheimer Funds Inc. |
| 218 | Orrick, Herrington & Sutcliffe LLP |
| 219 | Pacific Gas and Electric Company |
| 220 | Panacon Corp. |
| 221 | Parker Hannifin Corporation |
| 222 | Penn Mutual Life Insurance Company |
| 223 | Pepper Hamilton LLP |
| 224 | Pfizer, Inc. |
| 225 | PGI Oriented Polymers [Polymer Group Inc] |
| 226 | Pharmacia Corporation |
| 227 | Philadelphia Electric Company |
| 228 | Philip Carey Manufacturing Co. |
| 229 | Pioneer Natural Resources Co. |
| 230 | Pioneer Natural Resources USA, Inc. |
| 231 | Pneumo Abex Corp. |
| 232 | Polymer Group, Inc. |
| 233 | PricewaterhouseCoopers LLP |
| 234 | Princeton University, The Trustees of |
| 235 | Provident Life Accident Insurance Company |
| 236 | Public Service Company of Colorado |
| 237 | Radian International |
| 238 | Reliant Energy |
| 239 | Repsol Quimica S.A. |
| 240 | Reynolds Metals Company |
| 241 | Richmond, City of |
| 242 | Rust Oleum Corporation |
| 243 | Safety Kleen Corporation |
| 244 | Safeway Stores, Inc. |
| 245 | San Diego Gas |
| 246 | San Diego Gas & Electric Co. |
| 247 | Scott Paper Limited |
| 248 | Sears Roebuck |
| 249 | Securities & Exchange Commission |

**The entities below, or an affiliated entity, are adverse to Steptoe in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

|     | Name Searched |
| --- | --- |
| 250 | Security Pacific Bank |
| 251 | Sempra Energy |
| 252 | Sheraton Hotel |
| 253 | Sidley & Austin |
| 254 | Silver Point Capital, L.P. |
| 255 | Smurfit Stone Container Corp |
| 256 | Sprayon Products |
| 257 | State of Indiana |
| 258 | State of Louisiana Department of Revenue |
| 259 | State of Maryland Central Collection |
| 260 | State of Minnesota |
| 261 | State of Ohio |
| 262 | State of Ohio Environmental Protection Agency |
| 263 | State of Washington and Port of Seattle |
| 264 | Stone & Webster, Inc. |
| 265 | Stone Container Corporation |
| 266 | Sun Chemical |
| 267 | Tennessee Dept. of Revenue |
| 268 | Tennessee, State of |
| 269 | Terra Nova Ins. Co. Ltd. |
| 270 | Tesoro |
| 271 | The Asbestos Settlement Trust Celotex |
| 272 | The Commonwealth Of Massachusetts |
| 273 | The Old Line Life Insurance |
| 274 | TN Attorney General's Office, Bankr. Unit |
| 275 | TN Atty General |
| 276 | TN Dept of Envir & Conserv |
| 277 | Tokai Financial |
| 278 | Treasury, Department of |
| 279 | Tri-State Generation & Transmission |
| 280 | Trustees Of Princeton University |
| 281 | TXU Electric Company |
| 282 | Tyco Healthcare Group LP |
| 283 | U.S. Attorney District of New Jersey |
| 284 | U.S. Department of Justice |
| 285 | U.S. Department of Justice Environmental Enforcement Section |
| 286 | U.S. Environmental Protection Agency |
| 287 | U.S. Justice Department |
| 288 | Unifirst Corporation |
| 289 | Union Central Life Insurance Company |
| 290 | Union Mutual Life Insurance Company |
| 291 | United States Department of Defense |
| 292 | United States Department of Interior |
| 293 | United States Treasury |
| 294 | URS Corporation |
| 295 | US Dept Of Commerce Bureau Of Industry |
| 296 | Viacom Inc. |
| 297 | VIAD Corp. |
| 298 | Virginia Dept. of Mental Health |
| 299 | Virginia, Commonwealth of |

**The entities below, or an affiliated entity, are adverse to Steptoe in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

|     | Name Searched |
| --- | --- |
| 300 | Washington Gas & Light |
| 301 | Washington State Dept. of Revenue |
| 302 | Washington, State of |
| 303 | Wellington Management Co. LLP |
| 304 | Wells Fargo |
| 305 | Wells Fargo Bank Minnesota, NA |
| 306 | Wells Fargo Building |
| 307 | Wells Fargo Building Fka 550 California Bldg. |
| 308 | Wells Fargo Financial Leasing |
| 309 | Wells Fargo Office Building |
| 310 | Westinghouse Electric Corp. |
| 311 | Xerox Corporation |