# EXHIBIT 2

**The entities below, or an affiliated entity, are clients of Steptoe in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

|    | Name Searched |
|----|---|
| 1  | Allied Waste Industries Inc. |
| 2  | Allstate Insurance Company |
| 3  | Alltech Associates (Australia) |
| 4  | Alltech Associates Applied Science |
| 5  | Alltech Associates, Inc. |
| 6  | Amerada Hess |
| 7  | American Legion |
| 8  | Ameripol Synpol Corporation |
| 9  | Amicon Ireland Limited |
| 10 | Aquila Inc |
| 11 | Baker & McKenzie |
| 12 | Baker Hughes Inc |
| 13 | Ball Corp. |
| 14 | BFI Waste Systems of North America |
| 15 | Bishopsgate Ins. Co. Ltd. |
| 16 | Black & Decker Corp. |
| 17 | BNSF Railway Company |
| 18 | Boston Old Colony Ins Co |
| 19 | Browning Ferris Industries |
| 20 | Burlington Northern Santa Fe Railway, The |
| 21 | CFS |
| 22 | Chemcentral Corporation |
| 23 | Ciba Specialty Chemicals Corp. |
| 24 | City of Knoxville TN |
| 25 | Coalgrace II, Inc. |
| 26 | College Retirement Equities Fund |
| 27 | Contrarian Capital Management, LLC |
| 28 | Contrarian Capital Trade Claims LP |
| 29 | Covington & Burling |
| 30 | Crowell & Moring LLP |
| 31 | CSX Transportation Inc. |
| 32 | CVC Capital Funding, LLC |
| 33 | CVC Capital Partners Limited |
| 34 | D.E. Shaw & Co. L.P. |
| 35 | Darex Puerto Rico, Inc. |
| 36 | Darex UK Limited |
| 37 | Del Taco, Inc. |
| 38 | Dell Financial Services Inc |
| 39 | Dewey and Almy, LLC |
| 40 | Dorsey & Whitney LLP |
| 41 | Etablissements Pieri SA |
| 42 | Ethyl Corporation |
| 43 | Everest Reinsurance Company |
| 44 | First Fire & Casualty Insurance of Hawaii, Inc |
| 45 | FKI Industries, Inc. |
| 46 | G C Limited Partners I, Inc. |
| 47 | Galway Insurance Company |
| 48 | Goulds Pumps Incorporated |
| 49 | Gowling Lafleur Henderson LLP |
| 50 | Grace (New Zealand) |

**The entities below, or an affiliated entity, are clients of Steptoe in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

|  | Name Searched |
|---|---|
| 51 | Grace AB |
| 52 | Grace A-B II, Inc. |
| 53 | Grace A-B, Inc. |
| 54 | Grace Asia Pacific, Inc. |
| 55 | Grace Australia Pty. Ltd. |
| 56 | Grace Bauprodukte GmbH |
| 57 | Grace C.U. |
| 58 | Grace Canada, Inc. |
| 59 | Grace Catalyst AB |
| 60 | Grace Chemical Company of Cuba |
| 61 | Grace Chemicals KK |
| 62 | Grace Chemicals, Inc. |
| 63 | Grace China Ltd. |
| 64 | Grace Cocoa Limited Partners I, Inc. |
| 65 | Grace Cocoa Management, Inc. |
| 66 | Grace Collections, Inc. |
| 67 | Grace Colombia SA |
| 68 | Grace Construction Products (Ireland) |
| 69 | Grace Construction Products Limited |
| 70 | Grace Construction Products Ltd Gb Sl1 4bh Slou |
| 71 | Grace Construction Products NV |
| 72 | Grace Container, SA de CV |
| 73 | Grace Culinary Systems, Inc. |
| 74 | Grace Darex GmbH |
| 75 | Grace Davison (Proprietary) |
| 76 | Grace Davison Ltda. |
| 77 | Grace Drilling Company |
| 78 | Grace Energy Corporation |
| 79 | Grace Environmental, Inc. |
| 80 | Grace Értékesito Kft. |
| 81 | Grace Europe, Inc. |
| 82 | Grace Germany Holdings, Inc. |
| 83 | Grace GmbH & Co. KG |
| 84 | Grace GP GmbH |
| 85 | Grace Hellas E.P.E. |
| 86 | Grace H-G II, Inc. |
| 87 | Grace H-G, Inc. |
| 88 | Grace Holding GmbH |
| 89 | Grace Hotel Services Corporation |
| 90 | Grace International Holdings, Inc. |
| 91 | Grace Japan Kabushiki Kaisha |
| 92 | Grace JVH, Inc. |
| 93 | Grace Korea Inc. |
| 94 | Grace Latin America, Inc. |
| 95 | Grace Management GP GmbH |
| 96 | Grace Management Services Inc. |
| 97 | Grace Manufacturing Gmbh & Co KG |
| 98 | Grace NV |
| 99 | Grace Offshore Company |
| 100 | Grace Offshore Turnkey |

**The entities below, or an affiliated entity, are clients of Steptoe in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

|     | Name Searched |
| --- | --- |
| 101 | Grace PAR Corporation |
| 102 | Grace Petroleum Libya, Inc. |
| 103 | Grace Produits de Construction SAS |
| 104 | Grace Quimica Compania Limitada |
| 105 | Grace Receivables Purchasing, Inc. |
| 106 | Grace Silica GmbH |
| 107 | Grace Silica NV |
| 108 | Grace Sp. z o.o. |
| 109 | Grace Sweden AB |
| 110 | Grace Tarpon Investors, Inc. |
| 111 | Grace Trading (Shanghai) Co., Ltd. |
| 112 | Grace Venezuela, SA |
| 113 | Grace Ventures Corporation |
| 114 | Grace Washington, Inc. |
| 115 | Grace Yapi Kimyasallari Sanayi ve Ticaret AS |
| 116 | Grace, SA |
| 117 | Grace/Cinn/Lake Charles |
| 118 | Gracoal II, Inc. |
| 119 | Gracoal, Inc. |
| 120 | Gulf Oil Corporation |
| 121 | Hale & Dorr |
| 122 | Heller, Ehrmann White & McAuliffe LLP |
| 123 | Hercules Incorporated |
| 124 | Highlands Ins. Co. |
| 125 | Hogan & Hartson LLP |
| 126 | Hunton & Williams |
| 127 | IMC |
| 128 | John F Kennedy Center |
| 129 | Labatt Brewing Company Limited |
| 130 | Laminar Portfolios LLC |
| 131 | Lasalle Hotel (Chicago, IL) |
| 132 | McDermott, Will & Emery |
| 133 | Mt. McKinley Insurance Company |
| 134 | National Bank of Commerce |
| 135 | National Chemsearch Corp. |
| 136 | Niagara Fire Insurance Co |
| 137 | Norfolk Southern Corporation |
| 138 | Norfolk Southern Railway Company |
| 139 | Perini Corporation |
| 140 | Phelps Dodge Corp. |
| 141 | Pieri Especialidades, SL |
| 142 | Pieri SA |
| 143 | Pieri U.K. Limited |
| 144 | Pitney Bowes Credit Corporation |
| 145 | Preston Gates & Ellis LLP |
| 146 | Proskauer Rose LLP |
| 147 | QVT Financial LP |
| 148 | Rohm & Haas |
| 149 | Royal Insurance Co |
| 150 | Scotts Company, The |

# The entities below, or an affiliated entity, are clients of Steptoe in one or more matters that are unrelated to the W.R. Grace bankruptcy.

|     | Name Searched |
| --- | --- |
| 151 | SK Corporation - Korea |
| 152 | Surety Bonding Company of America |
| 153 | Telus Communications |
| 154 | Toronto Dominion Bank, The |
| 155 | Trammel Crow Co. |
| 156 | Transportation Insurance Company |
| 157 | Universal Surety Holding Corp |
| 158 | Vulcan Materials-Calmat Division |
| 159 | W.R. Grace & Co |
| 160 | W.R. Grace & Co Book Entry Memo A/C |
| 161 | W.R. Grace & Co. (India) |
| 162 | W.R. Grace & Co. Employees Disaster Relief Foundation, Inc. |
| 163 | W.R. Grace & Co.-Conn. |
| 164 | W.R. Grace (Hong Kong) |
| 165 | W.R. Grace (Malaysia) |
| 166 | W.R. Grace (Philippines) |
| 167 | W.R. Grace (Singapore) |
| 168 | W.R. Grace (Thailand) |
| 169 | W.R. Grace Africa (Pty.) |
| 170 | W.R. Grace Argentina SA |
| 171 | W.R. Grace BV |
| 172 | W.R. Grace Capital Corporation |
| 173 | W.R. Grace Finance (NRO) |
| 174 | W.R. Grace Foundation, Inc. |
| 175 | W.R. Grace Holdings, SA de CV |
| 176 | W.R. Grace Italiana SpA |
| 177 | W.R. Grace Italiana, S.P.A. |
| 178 | W.R. Grace Land Corporation |
| 179 | W.R. Grace Limited |
| 180 | W.R. Grace NV |
| 181 | W.R. Grace SA |
| 182 | W.R. Grace Southeast Asia Holdings Limited |
| 183 | W.R. Grace Specialty Chemicals (Malaysia) |
| 184 | W.R. Grace Taiwan, Inc. |
| 185 | Wal-Mart Stores, Inc. |
| 186 | West Group |
| 187 | Williams & Connolly LLP |
| 188 | Wyatt, Tarrant & Combs |