# EXHIBIT 3

**The entities below, or an affiliated entity, are both clients and adversaries in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

|    | Name Searched |
|----|---|
| 1  | 3M Company |
| 2  | Acc. & Casualty Ins. of Winterthur |
| 3  | Aetna Casualty & Surety |
| 4  | AIG |
| 5  | AIG Capital Partners, Inc. |
| 6  | Allianz Underwriters Ins |
| 7  | Allied Signal, Inc. |
| 8  | American Can Co. |
| 9  | American International Group, Inc. |
| 10 | American Petrofina, Inc. |
| 11 | American Premier Underwriters, Inc. |
| 12 | Ameritech Corporation |
| 13 | Amoco Chemicals Co. |
| 14 | Amoco Corporation |
| 15 | Amoco Oil Co |
| 16 | Amoco Production Co. |
| 17 | Amoco Shipping Company |
| 18 | Amsouth |
| 19 | Appalachian Power Co. |
| 20 | Arco Petroleum Products Co. |
| 21 | Aristech Chemical Corp. |
| 22 | Arizona Department of Revenue |
| 23 | Arizona, State of |
| 24 | Arthur Andersen LLP |
| 25 | Ashland Chemical Company |
| 26 | Ashland Incorporated |
| 27 | Ashland Oil, Inc. |
| 28 | AT&T |
| 29 | AT&T Building |
| 30 | Atlantic-Richfield Company |
| 31 | Attorney General for California |
| 32 | Autozone, Inc. |
| 33 | B. P. Oil Corporation |
| 34 | Banc America Capital Investors II, LP |
| 35 | Banc of America Securities, LLC, Montgomery Division |
| 36 | BancAmerica Capital Investments |
| 37 | BancAmerica Corporation |
| 38 | BancAmerica Robertson Stephens |
| 39 | Bank of America |
| 40 | Bank of America Capital Corporation |
| 41 | Bank of America Corporation |
| 42 | Bank of America N.T. & S.A. |
| 43 | Bank of America, N.A. |
| 44 | Bank of New York |
| 45 | Bank One Corp. |
| 46 | Bankers Trust Company |
| 47 | Barclays |
| 48 | Barclays Bank PLC |
| 49 | Barclays Global Investors (UK) Ltd. |
| 50 | Barclays Global Investors NA |

**The entities below, or an affiliated entity, are both clients and adversaries in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

|  | Name Searched |
|---|---|
| 51 | BASF - Decatur |
| 52 | BASF AG |
| 53 | BASF Corp. |
| 54 | BASF Corp. |
| 55 | Bear Stearns & Co. Inc. |
| 56 | Bear Stearns Asset Management Inc. |
| 57 | Bell Canada |
| 58 | Bell Telephone Company |
| 59 | Bell Telephone Company of Pennsylvania |
| 60 | Bellsouth Consolidated |
| 61 | Bethlehem Steel Corp. |
| 62 | BetzDearborn, Inc. (f/k/a Grace Dearborn Company) |
| 63 | BlackRock Investment Management LLC |
| 64 | Blackstone Group, The |
| 65 | Boardwalk Pipelines, LLC |
| 66 | Borden Chemicals, Inc. |
| 67 | Borden, Inc. |
| 68 | Bostik, Inc. |
| 69 | BP |
| 70 | BP - Carson, CA |
| 71 | BP Amoco Chemical - Chicago, IL |
| 72 | BP Chemicals |
| 73 | BP Energy |
| 74 | BP International Ltd. |
| 75 | BP of America |
| 76 | Bridgestone/Firestone, Inc. |
| 77 | California Dept. of General Services |
| 78 | California Public Employees' Retirement System (CalPERS) |
| 79 | California State University, The |
| 80 | California, State of |
| 81 | Cargill |
| 82 | Century Indemnity Company |
| 83 | Certainteed Corp. |
| 84 | Chase Bank of Texas, NA |
| 85 | Chase Manhattan Banc, Irwin Trust |
| 86 | Chase Manhattan Bank Trust |
| 87 | Chase Manhattan Bank, The |
| 88 | Chase Merchant Banking |
| 89 | Chase Merchant/CIBC Wood Grundy |
| 90 | Chevron |
| 91 | Chevron Corp. |
| 92 | Chevron Phillips Chemical Company, L.P. |
| 93 | Chevron Products Company |
| 94 | Chevron Research & Technology |
| 95 | Chevron Research/Richmond |
| 96 | Chevron Shipping Company |
| 97 | Chevron Texaco Services Co. |
| 98 | Chevron U.S.A., Inc |
| 99 | Chevron USA |
| 100 | Chi Chi's Inc. |

**The entities below, or an affiliated entity, are both clients and adversaries in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

|     | Name Searched |
| --- | --- |
| 101 | Citgo |
| 102 | Citgo-Lemont, II |
| 103 | Citi Investment Research (US) |
| 104 | Citibank F.S.B. |
| 105 | Citibank Global Asset Management |
| 106 | Citibank NA Inc. |
| 107 | Citibank Private Bank, The |
| 108 | Citicorp Dealer Finance |
| 109 | Citicorp Del-Lease, Inc. |
| 110 | Citicorp Diner's Club |
| 111 | Citicorp Mezzanine III, L.P. |
| 112 | Citicorp Mezzanine Investment |
| 113 | Citicorp Mezzanine Partners |
| 114 | Citicorp US, Inc. |
| 115 | Citicorp Venture Capital, Ltd. |
| 116 | Citigroup, Inc. |
| 117 | Clairol Incorporated |
| 118 | CNA |
| 119 | CNA Building (Chicago, IL) |
| 120 | CNA Canada |
| 121 | CNA Casualty of Califronia |
| 122 | CNA Europe Holdings LTD |
| 123 | CNA Financial Corporation |
| 124 | CNA Financial Insurance |
| 125 | CNA Healthcare Systems, Inc. |
| 126 | CNA Insurance |
| 127 | CNA Insurance Companies |
| 128 | CNA Insurance Company Ltd |
| 129 | CNA Insurance Company of New Jersey |
| 130 | CNA Insurance PA |
| 131 | CNA Investor Services |
| 132 | CNA Reinsurance of London Ltd. |
| 133 | CNA Surety Corporation |
| 134 | Columbia Casualty Co |
| 135 | Conoco, Inc. |
| 136 | Conoco-Denver, CO |
| 137 | Consolidated Edison Co. |
| 138 | Continental Assurance Co |
| 139 | Continental Casualty Company Inc |
| 140 | Continental Corporation, The |
| 141 | Continental Insurance Company |
| 142 | Continental Loss Adjusting Services, Inc |
| 143 | Continental Loss Adjusting Services, Inc. |
| 144 | Continental Reinsurance Corp |
| 145 | Cooper Industries, Inc. |
| 146 | Corporation Counsel of the City of New York |
| 147 | Credit Suisse First Boston Corp. |
| 148 | Credit Suisse Securities (USA) LLC |

**The entities below, or an affiliated entity, are both clients and adversaries in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

| | Name Searched |
|---|---|
| 149 | CS First Boston |
| 150 | Deputy Attorney General of the State of California |
| 151 | Deutsche Asset Management Americas |
| 152 | Deutsche Bank Trust Company Americas |
| 153 | Dexco Polymers Us 19170-8101 Philadelphia Pa |
| 154 | Dial Corporation (The) |
| 155 | Diamond Offshore (usa) LLC |
| 156 | Diamond Offshore Company |
| 157 | Diamond Offshore Company |
| 158 | Diamond Offshore Drilling (overseas) |
| 159 | Diamond Offshore Drilling (UK) Ltd |
| 160 | Diamond Offshore Drilling Services Inc. |
| 161 | Diamond Offshore Finance Company |
| 162 | Diamond Offshore General Company |
| 163 | Diamond Offshore International Corporation |
| 164 | Diamond Offshore International Limited |
| 165 | Diamond Offshore Ltd |
| 166 | Diamond Offshore Management |
| 167 | Diamond Offshore Netherlands B.V. |
| 168 | Diamond Offshore Netherlands BU |
| 169 | District Of Columbia |
| 170 | Dow Chemical Company |
| 171 | Dow Chemical USA |
| 172 | Dow Chemical/Union Carbide |
| 173 | Dow Corning - Carrollton, KY |
| 174 | Dow Corning Corporation |
| 175 | Dresdner Bank AG |
| 176 | Dresdner Kleinwort Benson |
| 177 | Du Pont Dow Elastomers |
| 178 | Duke Energy Corporation |
| 179 | Duke Power Co. |
| 180 | Dupont - Tempe, AZ |
| 181 | Dupont Dow Elastics Co. |
| 182 | E.I. Dupont Building |
| 183 | E.I. Dupont De Nemours & Co. |
| 184 | Eastman Chemical Company |
| 185 | Eastman Kodak |
| 186 | Eastman Kodak Building #211 |
| 187 | Eastman Kodak Building #213 |
| 188 | Eastman Kodak Building #317 |
| 189 | Eastman Kodak Building #69 |
| 190 | Eastman Kodak Building #82 |
| 191 | Eastman Kodak Building #9 |
| 192 | Edison International, Inc. |
| 193 | Engelhard Corporation |
| 194 | Enron Corp. |
| 195 | Enron Energy Services |
| 196 | Entergy |
| 197 | Entergy Gulf States Inc. |
| 198 | Entergy Services Inc. |

**The entities below, or an affiliated entity, are both clients and adversaries in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

| | Name Searched |
|---|---|
| 199 | Entergy Services, Inc. |
| 200 | Equilon Enterprises - Wilmington, CA |
| 201 | Equistar - Morris, IL |
| 202 | Esso |
| 203 | Esso Building (New York City) |
| 204 | Exxon |
| 205 | Exxon (Paxon) - Baton Rouge, LA |
| 206 | Exxon Chemical Co. |
| 207 | Exxon Co. USA |
| 208 | Exxon Research & Engineering - Bldg. Fp 102 |
| 209 | Exxon Research & Engineering - Tower |
| 210 | Exxonmobil |
| 211 | Exxonmobil - Torrance, CA |
| 212 | Exxonmobil Chemical Company |
| 213 | Exxonmobil Global Services Co. |
| 214 | Federal Insurance Company |
| 215 | Fiberlock Technologies |
| 216 | Fidelity & Casualty Company of New York |
| 217 | Fidelity & Deposit Of Maryland |
| 218 | Fina Elf |
| 219 | FINA Oil and Chemical Company |
| 220 | FINA, Inc. |
| 221 | Firemans Fund Insurance Company |
| 222 | First State Ins Co |
| 223 | First Union Bank |
| 224 | First Union Corporation |
| 225 | First Union National Bank |
| 226 | Fisher Scientific |
| 227 | Fleet Capital Leasing |
| 228 | Formosa |
| 229 | FrontPoint Partners LLC |
| 230 | GE Capital Fleet Services |
| 231 | GE Capital Modular Space |
| 232 | GE Industrial Systems |
| 233 | GEICO |
| 234 | Genearl Motors Building |
| 235 | Genentech |
| 236 | General Electric Capital Corporation |
| 237 | General Electric Company |
| 238 | General Electric Corporation |
| 239 | General Electric Plant |
| 240 | General Latex & Chemical Group |
| 241 | General Motors Corporation |
| 242 | General Motors Investment Management |
| 243 | General Signal Corp. |
| 244 | Georgia Pacific (GP Gypsom [Gypsum]) Corp. |
| 245 | Georgia Pacific Corporation |
| 246 | Gerling Konzern Allgemeine Versicherungs -AG |
| 247 | Great Lakes Chemical Corporation |
| 248 | Great West Life |

**The entities below, or an affiliated entity, are both clients and adversaries in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

|  | Name Searched |
|---|---|
| 249 | GTE |
| 250 | Gulf South Pipeline Company, L P |
| 251 | Harley-Davidson Motor Company |
| 252 | Harrah's Resort Hotel Complex |
| 253 | Hartford Financial Services Group, Inc., The |
| 254 | Hartford Insurance |
| 255 | Henkel Canada Ltd. |
| 256 | Henkel Corporation |
| 257 | Her Majesty the Queen (Canada) |
| 258 | Hilton Hotel (Omaha, NE) |
| 259 | Hobart Brothers Co. |
| 260 | Holcim |
| 261 | Honeywell (Gomar) |
| 262 | Honeywell International, Inc. |
| 263 | HSBC Private Equity Europe, Ltd. |
| 264 | Huntsman Corporation |
| 265 | Huntsman Petrochemical Corp. |
| 266 | IMC Global |
| 267 | Imperial Oil |
| 268 | Imperial Oil & Grease Co. |
| 269 | Imperial Oil Ltd., Sarnia Administration Building |
| 270 | International Minerals & Chemical (n/k/a IMC Global) |
| 271 | J.C. Penney Inc. |
| 272 | J.P. Morgan Investment Management Inc. (New York) |
| 273 | J.P. Morgan Securities, Inc. |
| 274 | John Crane, Inc. |
| 275 | John Hancock Insurance Company |
| 276 | John Nuveen Company, The |
| 277 | Johnson & Johnson |
| 278 | JP Morgan Chase Bank |
| 279 | Kentucky Utilities Company |
| 280 | Kerr Mcgee Chemical Group |
| 281 | KPMG Legal |
| 282 | LaSalle National Bank - Trust #100609 |
| 283 | Lehman Brothers Inc. |
| 284 | Lehman Commercial Paper Inc. |
| 285 | Lloyd's London London |
| 286 | Lloyds Underwriters |
| 287 | Loctite Corp. |
| 288 | Loews Annapolis Hotel Corp |
| 289 | Loews Cherry Creek Hotel Corp Inc |
| 290 | Loews Chicago Hotel, Inc |
| 291 | Loews Corporation |
| 292 | Loews Hotels Holding Corporation |
| 293 | Loews Miami Beach Hotel Operating Company Inc |
| 294 | Loews Vanderbilt Hotel Nashville Inc |
| 295 | Loews Washington Hotel Corp |
| 296 | London & Edinburgh General Ins. Co. |
| 297 | London Life Insurance Company |

**The entities below, or an affiliated entity, are both clients and adversaries in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

| | Name Searched |
|---|---|
| 298 | Lorillard Inc |
| 299 | Lorillard Tobacco Co. |
| 300 | Los Angeles County Treasurer & Tax Colle |
| 301 | Lucent Technologies |
| 302 | Lyondell Chemical |
| 303 | Marathon Ashland |
| 304 | Marathon Ashland - Robinson, IL |
| 305 | Marathon Oil Co. |
| 306 | Maricopa, County of |
| 307 | Marine Midland Bank |
| 308 | McDonnel Douglas Corporate Headquarters |
| 309 | McGraw Hill Companies |
| 310 | McGraw-Hill Publishing Co |
| 311 | MCI Worldcom |
| 312 | McKesson Chemical Co. |
| 313 | Mellon Private Wealth Management |
| 314 | Mercedes Benz (Montvele, NJ) |
| 315 | Merck |
| 316 | Merrill Lynch & Co. Inc. |
| 317 | Merrill Lynch, Pierce, Fenner & Smith, Inc. |
| 318 | Metropolitan Life Insurance Company |
| 319 | Millennium Petrochemicals |
| 320 | Minnesota Mining & Manufacturing Company (3M) |
| 321 | Mobil |
| 322 | Mobil Chemical - Beaumont, TX |
| 323 | Mobil Chemical Company |
| 324 | Mobil Oil - Channahon |
| 325 | Mobil Oil Co. |
| 326 | Monsanto Chemical Co. |
| 327 | Morgan Stanley & Co. Inc. |
| 328 | Morgan Stanley Senior Funding Inc. |
| 329 | MOTIVA - DELAWARE CITY, DE |
| 330 | National Fire Insurance Company of Hartford |
| 331 | National Fire Insurance Company of Pittsburgh |
| 332 | National Railroad Passenger Corporation |
| 333 | National Union Fire Insurance Co. of Pittsburgh, PA |
| 334 | National Union Fire Insurance Company |
| 335 | New York City |
| 336 | Northern Trust Bank |
| 337 | Northern Trust Company |
| 338 | Northern Trust Corp. |
| 339 | Northern Trust Investments NA |
| 340 | Noxell Corporation |
| 341 | NYC Dept of Finance |
| 342 | Occidental Chemical Corporation |
| 343 | Occidental Life Ins. Company |
| 344 | Occidential Chemical Corporation |
| 345 | Ohio Bell Telephone Company |
| 346 | OneBeacon America Insurance Co |

**The entities below, or an affiliated entity, are both clients and adversaries in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

|     | Name Searched |
| --- | --- |
| 347 | PacifiCorp |
| 348 | Pension Benefit Guaranty Corp. |
| 349 | Philips Electronics |
| 350 | Phillips Petroleum Company |
| 351 | Phoenix, City of |
| 352 | Pittsburgh Corning Corp. |
| 353 | Pittsburgh Plate Glass Industries |
| 354 | PPG Industries, Inc. |
| 355 | PPG INDUSTRIES/EAST POINT, GA |
| 356 | PQ Corporation |
| 357 | Pratt Whitney Job |
| 358 | Premcor |
| 359 | Proctor & Gamble Distributing Company (The) |
| 360 | Prudential Insurance Company, The |
| 361 | Public Service Electric and Gas Company |
| 362 | Regents of The University of California |
| 363 | RREEF USA Fkund-III |
| 364 | Sandoz Ltd. |
| 365 | Sequa Corporation |
| 366 | Shell |
| 367 | Shell Canada Inc. |
| 368 | Shell Canada Products |
| 369 | Shell Chemical Co. |
| 370 | Shell Chemical LP |
| 371 | Shell Oil Company |
| 372 | Shell Pipeline Corporation |
| 373 | Sherwin Williams Paint Store |
| 374 | SHERWIN WILLIAMS/FT LAUDERDALE,FL |
| 375 | Smith Barney Inc. |
| 376 | Solvay Minerals Inc. |
| 377 | Solvay Polymers |
| 378 | Southern California Edison Company |
| 379 | Southern New England Telephone & Telegraph |
| 380 | Southern New England Telephone Company |
| 381 | Southwestern Bell Telephone Company |
| 382 | Sphere Drake Ins. Co. Ltd. |
| 383 | St. Paul Companies, Inc. |
| 384 | St. Paul Companies, The |
| 385 | State of California State Board of Equalization |
| 386 | State of California, Department of General Services |
| 387 | State Street Global Advisors |
| 388 | State Street Global Advisors (US) |
| 389 | Sterling Drug, Inc. |
| 390 | Sun Refining & Marketing Co. |
| 391 | Sunoco Products Company |
| 392 | Sunoco, Inc. |
| 393 | Swiss Reinsurance |
| 394 | Synkoloid Company of Canada, Ltd., The |
| 395 | TDS |
| 396 | Texaco Marine Services, Inc. |

**The entities below, or an affiliated entity, are both clients and adversaries in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

|     | Name Searched |
| --- | --- |
| 397 | Texaco Refining and Marketing, Inc. |
| 398 | Texaco, Inc. |
| 399 | Texas Commerce National Bank Association |
| 400 | The Cincinnati Gas & Electric Co. |
| 401 | The Continental Corporation |
| 402 | The Sherwin-Williams Company |
| 403 | The Travelers Indemnity Co & Affiliates |
| 404 | Tosco |
| 405 | Toyota Motor Corp. |
| 406 | Toyota Motor Credit Corp. |
| 407 | Transamerica Life Ins Co. Fka Nat. Old Line Ins. |
| 408 | Transamerica Life Insurance Company |
| 409 | Transcontinental Insurance Co |
| 410 | Travelers Casualty and Surety Company |
| 411 | Travelers Insurance Co., The |
| 412 | Treasurer - Tax Collector - State of California |
| 413 | Twin City Fire Ins Co |
| 414 | U.S. Fire Insurance Company |
| 415 | Unigard Insurance Co |
| 416 | Union Carbide Corporation |
| 417 | Union Carbide/Dow |
| 418 | Union Oil Co. of California |
| 419 | Union Pacific Railroad Company |
| 420 | Union Tank Car Company |
| 421 | Uniroyal Chemical Co., Inc. |
| 422 | United States Gypsum Company |
| 423 | United States Steel Corp. |
| 424 | Universal Surety of America |
| 425 | UOP, LLC (joint venture with Union Carbide) |
| 426 | USG Corporation |
| 427 | USS. A Div. Of USX Corp. |
| 428 | USX Corp. |
| 429 | USX Engineers and Consultants Inc |
| 430 | Valero |
| 431 | Valero Refining |
| 432 | Valley Forge Life Insurance Co Inc |
| 433 | Verizon Communications |
| 434 | Viaticus Incorporated |
| 435 | Wachovia |
| 436 | Wachovia Bank |
| 437 | Wachovia Bank & Trust Company, N.A. |
| 438 | Wachovia Bank National Association |
| 439 | Wachovia Bank of North Carolina |
| 440 | Wachovia Capital Associates, Inc. |
| 441 | Weil Mclain United Dominion Co. |
| 442 | Wesco Distribution Inc. |
| 443 | Western Surety Corporation |
| 444 | Winterthur Swiss Ins. Co. |
| 445 | Xerox Capital Services, LLC |

**The entities below, or an affiliated entity, are both clients and adversaries in one or more matters that are unrelated to the W.R. Grace bankruptcy.**

|     | Name Searched |
| --- | --- |
| 446 | Zurich Insurance Co |
| 447 | Zurn Industries, Inc. |