# EXHIBIT 4

**The individuals listed below may be adverse to a Steptoe client in one or more matters unrelated to the W.R. Grace bankruptcy. There is insufficient information to confirm that they are the same individuals.**

|    | Name Searched |
|----|---------------|
| 1  | Anderson, Robert & Mary F. |
| 2  | Bowman, M. Evelyn |
| 3  | Brown, R. C. |
| 4  | Lee, Elizabeth M. |
| 5  | Mitchell, Ronald |
| 6  | Patterson, Larry |
| 7  | Robinson, James L |
| 8  | Smith, Gene R. |
| 9  | Smith, John |
| 10 | Thomas, John M |