# EXHIBIT 5

**The individuals listed below may be clients in one or more Steptoe matters unrelated to the W.R. Grace bankruptcy. There is insufficient information to confirm that they are the same individuals.**

|   | Name Searched |
|---|---|
| 1 | Burnett, Scott |
| 2 | Fisher, Montgomery R. |
| 3 | Miller, Michael A. |