# EXHIBIT 6

**Steptoe is a client of the law firms listed below.**

|   | Name Searched |
|---|---|
| 1 | Covington & Burling |
| 2 | Seyfarth Shaw LLP |
| 3 | Williams & Connolly LLP |