IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 10/8/08 at 4:00 pm |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION
FOR THE PERIOD JULY 1, 2008, THROUGH JULY 31, 2008**

## WRG-0087
## EVALUATION OF RELEVANCE OF THIRD-PARTY PATENT
## RELATING TO CONCRETE MIXING TO PROPOSED GRACE OPERATIONS

| 07/16/2008 | GHL | Analysis of issue of possible infringement of third-party patent by proposed joint venture with outside vendor, including review of communication from vendor's counsel providing explanation of operation of vendor's slump monitoring and control system, and counsel's assessment of issue, review of the patent in view of this explanation and consideration of infringement issues; participation in telephone conference with Messrs. Maggio and Leon and Grace representatives, and counsel and representatives of vendor for further discussion of operation of vendor system, and discussion of infringement issues; further telephone conference with Messrs. Maggio and Leon and Mr. Shapiro of Grace to review information received from vendor, and discuss assessment of infringement issue and further information needed to complete the analysis. | 3.30 |

SERVICES  $  1,881.00

| | GHL | GARY H. LEVIN | 3.30 | hours @ | $570.00 |

**INVOICE TOTAL**  $  1,881.00

## WRG-0087
## EVALUATION OF VALIDITY/ENFORCEABILITY OF
## THIRD-PARTY PATENT RELATING TO CONCRETE MIXING

| | | | |
|---|---|---|---|
| 07/11/2008 | GHL | Evaluation of validity of third-party patent relating to methods for mixing concrete to monitor and attain specified slump, including telephone conference with Mr. Leon regarding the patent and background technology, review of the patent and review of prior art materials as received from Mr. Leon, development of construction of the relevant claims, comparison of claims to the art, and consideration of validity-related issues to be investigated in view of the comparison; | 5.00 |
| 07/14/2008 | GHL | Continued evaluation of validity of the third-party patent, and commence drafting of written evaluation; | 5.30 |
| 07/15/2008 | GHL | Continued evaluation of validity of the third-party patent, including review of prosecution history as received from Mr. Leon, consideration of claim scope issues in view of same; and continue drafting of written opinion; | 4.30 |
| 07/16/2008 | GHL | Telephone conference with Mr. Leon regarding issues arising from validity evaluation of third-party patent, begin evaluation of further prior art from file history, as received from Mr. Leon, and work on claim chart correlating claim elements with prior art disclosures; | 2.20 |
| 07/18/2008 | GHL | Further analysis of additional prior art and work on claim chart regarding invalidity analysis; | 5.50 |
| 07/21/2008 | GHL | Further work on claim chart and prior art study; | 1.20 |
| 07/23/2008 | GHL | Further work on opinion of invalidity; and | 4.00 |
| 07/29/2008 | GHL | Further work on invalidity opinion. | 2.50 |

SERVICES                                                       $   17,385.00

| | GHL | GARY H. LEVIN | 30.50 | hours @ | $570.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**                                                 $   **17,385.00**