**EXHIBIT "A"**

| | | | | | | |
|---|---|---|---|---|---|---|
| 1/14/2008 | E. Somers | 7.5 | $400 | $ | 3,000.00 | Attend opening arguments and Daubert arguments by telephone. |
| 1/14/2008 | A. Kim | 8.2 | $500 | $ | 4,100.00 | …; attend and participate in opening arguments and Daubert arguments, extensive notes on same (8.2); … |
| 1/14/2008 | D. Felder | 5.3 | $245 | $ | 1,298.50 | …; telephonic participation in opening arguments and Daubert arguments (5.3); … |
| 1/14/2008 | J. Ansbro | 7 | $690 | $ | 4,830.00 | Attend trial (7.0); … |
| 1/14/2008 | R. Mullady | 10 | $710 | $ | 7,100.00 | Trial and trial preparation. |
| 1/14/2008 | R. Wyron | 6 | $775 | $ | 4,650.00 | Attend opening arguments re bankruptcy estimation and plan issues. |
| 1/14/2008 | R. Frankel | 7.8 | $875 | $ | 6,825.00 | Attend estimation hearing in Pittsburgh. |
| 1/15/2008 | R. Mullady | 15 | $710 | $ | 10,650.00 | Trial and trial preparation. |
| 1/16/2008 | E. Somers | 8 | $400 | $ | 3,200.00 | Observe examination and cross-examination of Ory and Rodricks by telephone. |
| 1/16/2008 | C. Zurbrugg | 6.5 | $440 | $ | 2,860.00 | …; attend direct and cross examination of Dr. Ory (6.5). |
| 1/16/2008 | A. Weiss | 9.4 | $470 | $ | 4,418.00 | Aid in preparing for estimation trial and attend same. |
| 1/16/2008 | J. Cutler | 8.8 | $500 | $ | 4,400.00 | …; attend trial (8.8). |
| 1/16/2008 | A. Kim | 7.9 | $500 | $ | 3,950.00 | …; attend direct and cross examination of Dr. Ory (3.4); … ; attend direct and cross examinations of Dr. Rodricks (4.5); … |
| 1/16/2008 | D. Felder | 2 | $245 | $ | 490.00 | Telephonic participation in estimation hearing (2.0); … |
| 1/16/2008 | J. Ansbro | 7.4 | $690 | $ | 5,106.00 | …; attend trial and conduct cross-examination of H. Ory (7.4); … |
| 1/16/2008 | G. Rasmussen | 3.1 | $800 | $ | 2,480.00 | Assistance on cross of Ory. |
| 1/16/2008 | G. Rasmussen | 4 | $800 | $ | 3,200.00 | Examination of Rodricks at hearing. |
| 1/16/2008 | R. Frankel | 9.7 | $875 | $ | 8,487.50 | Attend estimation hearing in Pittsburgh. |
| 1/22/2008 | J. Cutler | 6.8 | $500 | $ | 3,400.00 | Attend estimation proceedings. |
| 1/22/2008 | A. Kim | 6.1 | $500 | $ | 3,050.00 | …; attend and take notes during estimation trial examination of Dr. Weill (3.20); …; attend and take notes during estimation trial of Dr. Henry (2.9). |
| 1/22/2008 | D. Felder | 4 | $245 | $ | 980.00 | …; telephonic participation in estimation hearing (4.0); … |

**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 1/22/2008 | J. Ansbro | 7 | $690 | $ 4,830.00 | Attend trial (7.0); … |
| 1/22/2008 | R. Mullady | 12.5 | $710 | $ 8,875.00 | Trial and trial preparation. |
| 1/22/2008 | R. Frankel | 7.9 | $875 | $ 6,912.50 | Attend estimation trial in Pittsburgh. |
| 1/22/2008 | J. Cutler | 5 | $500 | $ 2,500.00 | Attend court (5.0); … |
| 1/23/2008 | D. Felder | 2 | $245 | $ 490.00 | …; telephonic participation in estimation hearing (2.0); … |
| 1/23/2008 | J. Ansbro | 5 | $690 | $ 3,450.00 | Attend trial (5.0); … |
| 1/23/2008 | R. Mullady | 7.5 | $710 | $ 5,325.00 | Trial and trial preparation. |
| 1/23/2008 | R. Frankel | 7.7 | $875 | $ 6,737.50 | Attend estimation trial in Pittsburgh. |
| 1/12/2008 | A. Kim | 1 | $250 | $ 250.00 | Travel to Pittsburgh for estimation trial. |
| 1/12/2008 | J. Ansbro | 2 | $345 | $ 690.00 | Non-working portion of travel time from NY to Pittsburgh to attend trial. |
| 1/12/2008 | R. Mullady | 2 | $355 | $ 710.00 | Travel to Pittsburgh. |
| 1/13/2008 | R. Wyron | 3 | $388 | $ 1,162.50 | Travel to Pittsburgh for Opening Arguments. |
| 1/13/2008 | R. Frankel | 1.7 | $438 | $ 743.75 | Travel to Pittsburgh for estimation trial. |
| 1/15/2008 | C. Zurbrugg | 2.9 | $220 | $ 638.00 | Travel to Pittsburgh. |
| 1/15/2008 | A. Weiss | 4.2 | $235 | $ 987.00 | Travel from DC to Pittsburgh. |
| 1/15/2008 | J. Cutler | 3.8 | $250 | $ 950.00 | Travel to Pittsburgh for hearing. |
| 1/15/2008 | R. Wyron | 2 | $388 | $ 775.00 | Return from Pittsburgh Estimation Hearing. |
| 1/16/2008 | C. Zurbrugg | 4.1 | $220 | $ 902.00 | Travel from Pittsburgh to NY |
| 1/16/2008 | A. Weiss | 3.7 | $235 | $ 869.50 | Travel from Pittsburgh to DC |
| 1/16/2008 | J. Cutler | 3.4 | $250 | $ 850.00 | Return travel from trial. |
| 1/16/2008 | A. Kim | 1 | $250 | $ 250.00 | Travel to DC from estimation trial in Pittsburgh. |
| 1/16/2008 | J. Ansbro | 3.8 | $345 | $ 1,311.00 | Non-working travel time from Pittsburgh to NY after attending trial. |
| 1/16/2008 | R. Mullady | 3.5 | $355 | $ 1,242.50 | Non-working travel. |
| 1/17/2008 | R. Frankel | 2.3 | $438 | $ 1,007.40 | Non-working travel from Pittsburgh. |
| 1/21/2008 | J. Cangialosi | 3 | $130 | $ 390.00 | Non-working travel to NY. |
| 1/23/2008 | J. Ansbro | 3.5 | $345 | $ 1,207.50 | Non-working portion of travel time from Pittsburgh to NY after attending trial. |
| 1/23/2008 | R. Mullady | 4.6 | $355 | $ 1,633.00 | Non-working travel. |
| 1/23/2008 | R. Frankel | 2.7 | $438 | $ 1,182.60 | Travel to DC from Pittsburgh estimation hearing. |
| 3/24/2008 | J. Pitts | 5 | $340 | $ 1,700.00 | …; direct and cross-examination of Dr. Lees at Grace estimation hearing (5.0); … |
| 3/24/2008 | E. Somers | 1.4 | $400 | $ 560.00 | …; listen to G. Rasmussen cross-examination of P. Lees by telephone (1.4). |

**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|------|------|-------|------|--------|-------------|
| 3/24/2008 | C. O'Connell | 5.1 | $470 | $ 2,397.00 | Listen to direct examination of P. Lees and take notes on testimony in preparation for upcoming witness examinations. |
| 3/24/2008 | A. Weiss | 4.5 | $470 | $ 2,115.00 | …; attend Lees trial day (4.5); … |
| 3/24/2008 | J. Cutler | 5 | $500 | $ 2,500.00 | …; attend trial via telephone with D. Felder (5.0). |
| 3/24/2008 | A. Kim | 5.5 | $500 | $ 2,750.00 | …; estimation trial including direct and cross-examinations of Dr. Lees (5.5); … |
| 3/24/2008 | D. Felder | 5.5 | $530 | $ 2,915.00 | …; telephonic participation in estimation hearing in preparation for V. Roggli direct testimony (5.5); … |
| 3/24/2008 | J. Ansbro | 8.5 | $690 | $ 5,865.00 | …; attend trial and working lunch re strategy with FCR and ACC teams (8.5); … |
| 3/24/2008 | R. Mullady | 14 | $710 | $ 9,940.00 | Prepare for and attend estimation trial (14.0); … |
| 3/24/2008 | G. Rasmussen | 13.2 | $800 | $ 10,560.00 | Preparation for and participation in examination of Lees. |
| 3/24/2008 | R. Frankel | 5.7 | $875 | $ 4,987.50 | Attend resumption of estimation trial. |
| 3/25/2008 | C. O'Connell | 1.6 | $470 | $ 752.00 | Listen and take notes to trial testimony of S. Moolgavkar. |
| 3/25/2008 | A. Weiss | 8.1 | $470 | $ 3,807.00 | Aid at trial day for Grace witness S. Moolgavkar (8.1); … |
| 3/25/2008 | J. Cutler | 7.1 | $500 | $ 3,550.00 | …; attend trial (7.1); … |
| 3/25/2008 | A. Kim | 3.3 | $500 | $ 1,650.00 | …; attend estimation trial direct and cross-examinations of Dr. Moolgavkar (3.3); … |
| 3/25/2008 | D. Felder | 6.2 | $530 | $ 3,286.00 | Telephonic participation in estimation hearing in preparation for V. Roggli direct testimony (6.2); … |
| 3/25/2008 | J. Ansbro | 8 | $690 | $ 5,520.00 | …; attend trial and cross-examination S. Moolgavkar, working lunch regarding strategy with FCR and ACC teams (8.0); … |
| 3/25/2008 | R. Mullady | 16.5 | $710 | $ 11,715.00 | Trial and trial preparation. |
| 3/25/2008 | G. Rasmussen | 3 | $800 | $ 2,400.00 | Assistance with Moolgavkar cross. |
| 3/25/2008 | R. Frankel | 7.7 | $875 | $ 6,737.50 | Attend continuation of estimation trial. |
| 3/26/2008 | C. O'Connell | 6.6 | $470 | $ 3,102.00 | Listen to and take notes on trial testimony of E. Anderson. |

**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 3/26/2008 | A. Weiss | 1.5 | $470 | $ 705.00 | Aid at trial day for Grace witness E. Anderson (1.5); … |
| 3/26/2008 | J. Cutler | 3.2 | $500 | $ 1,600.00 | …; attend trial (3.2). |
| 3/26/2008 | A. Kim | 5.5 | $500 | $ 2,750.00 | …; attend direct and cross examinations of Dr. Anderson at trial (5.5); … |
| 3/26/2008 | D. Felder | 6.5 | $530 | $ 3,445.00 | Telephonic participation in estimation hearing in |
| 3/26/2008 | J. Ansbro | 8 | $690 | $ 5,520.00 | …; attend trial, including review of Grace cases |
| 3/26/2008 | R. Mullady | 10.5 | $710 | $ 7,455.00 | Trial and trial preparation. |
| 3/26/2008 | G. Rasmussen | 7.9 | $800 | $ 6,320.00 | Prepare for and assist with Anderson Cross. |
| 3/26/2008 | R. Frankel | 8.7 | $875 | $ 7,612.50 | Attend continuation of estimation hearing. |
| 3/30/2008 | J. Cangialosi | 3 | $260 | $ 780.00 | Assist attorney re traveling to trial site (3.0); … |
| 3/31/2008 | J. Cangialosi | 8 | $260 | $ 2,080.00 | Assist attorney re attending trial (8.0); … |
| 3/31/2008 | A. Kim | 6.2 | $500 | $ 3,100.00 | …; attend and participate in direct and cross-examination of Dr. Florence (5.4); attend oral arguments on Rule 408 issues (.8); … |
| 3/31/2008 | J. Ansbro | 8.5 | $690 | $ 5,865.00 | …; attend trial and argue motion, working lunch with FCR and ACC teams regarding trial strategy (8.5). |
| 3/31/2008 | R. Mullady | 10.3 | $710 | $ 7,313.00 | Prepare for and attend trial (10.3); … |
| 3/31/2008 | R. Frankel | 9.3 | $875 | $ 8,137.50 | Attend continuation of estimation hearing in Pittsburgh. |
| 3/23/2008 | A. Weiss | 2.5 | $235 | $ 587.50 | Travel to Pittsburgh for trial. |
| 3/23/2008 | J. Cutler | 3.4 | $250 | $ 850.00 | Travel from DC to Pittsburgh. |
| 3/23/2008 | J. Ansbro | 2.3 | $345 | $ 793.50 | Non-working portion of travel time from NY to Pittsburgh to attend trial. |
| 3/24/2008 | A. Kim | 2 | $250 | $ 500.00 | Travel to Pittsburgh for estimation trial. |
| 3/24/2008 | R. Frankel | 1 | $438 | $ 437.50 | Travel from DC to Pittsburgh for estimation trial. |
| 3/26/2008 | J. Cangialosi | 2 | $130 | $ 260.00 | Travel back to NY (2.0). |
| 3/26/2008 | J. Pitts | 3 | $170 | $ 510.00 | Travel from Pittsburgh to DC. |
| 3/26/2008 | A. Weiss | 3.5 | $235 | $ 822.50 | Travel from Pittsburgh to DC. |
| 3/26/2008 | J. Cutler | 5 | $250 | $ 1,250.00 | Travel from court in Pittsburgh to DC. |
| 3/26/2008 | A. Kim | 2 | $250 | $ 500.00 | Travel from Pittsburgh (estimation trial) to DC. |
| 3/26/2008 | J. Ansbro | 2.2 | $345 | $ 759.00 | Non-working portion of travel time from Pittsburgh to DC after attending trial. |
| 3/26/2008 | R. Mullady | 3.5 | $355 | $ 1,242.50 | Travel from Pittsburgh to DC. |
| 3/26/2008 | R. Frankel | 1.8 | $438 | $ 787.50 | Travel from Pittsburgh to DC. |

**EXHIBIT "A"**

| | | | | | |
|---|---|---|---|---|---|
| 3/28/2008 | J. Ansbro | 2.4 | $345 | $ 828.00 | Non-working portion of travel time from DC to NY after attending trial preparation meetings with R. Mullady and DC team. |
| 3/30/2008 | A. Kim | 2 | $250 | $ 500.00 | Travel from DC to Pittsburgh for estimation trial. |
| 3/30/2008 | J. Ansbro | 2.5 | $345 | $ 862.50 | Non-working portion of travel time from NY to Pittsburgh to attend trial. |
| 3/30/2008 | R. Frankel | 1.9 | $438 | $ 831.25 | Travel from DC to Pittsburgh. |
| | | | | | |
| | | **544.9** | | **$ 309,160.50** | |