## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., et al. | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket No. 19401** |

### <u>CERTIFICATION OF NO OBJECTION  REGARDING DOCKET NO. 19401</u>

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Seventy-Eighth Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period July 1, 2008 through July 31, 2008 (the "Application") [Docket No. 19401] filed on August 28, 2008.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than September 17, 2008 at 4:00 p.m.

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications signed November 20, 2001, the Debtors are hereby authorized to immediately pay eighty percent (80%) of requested compensation (totaling $24,273.20) and one hundred percent (100%) of requested reimbursement of expenses (totaling $183.79) without further order from the court.

Dated: September 19, 2008
      Wilmington, DE

Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:    (302)-657-4900
Facsimile:     (302)-657-4901
Email:           mlastowski@duanemorris.com
                      rwriley@duanemorris.com

*Co-Counsel for the Official*
*Committee of Unsecured Creditors*