IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et</u> <u>al.</u>, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: September 17, 2008 at 4:00 p.m. |
| | ) | Ref. No. 19406 |

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 19406
<u>(NO ORDER REQUIRED)</u>**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Thirty-Eighth Monthly Application (the "Application") of Towers Perrin Tillinghast ("Tillinghast"), Actuarial Consultants to David T. Austern, Future Claimants' Representative, for the period from July 1, 2008 through July 31, 2008 (the "Period"), filed with the Court on August 28, 2008, and entered on the Court's docket as Docket No. 19406. The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than September 17, 2008.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members signed April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of

Professionals, entered May 3, 2001, the Debtors are authorized to pay Tillinghast $7,704.40 (80% of $9,630.50) in fees and $35.00 in expenses for a total of $7,739.40 requested in the Application for the Period upon the filing of this Certification and without the need for entry of a Court order approving the Application.

        ORRICK, HERRINGTON & SUTCLIFFE LLP

        By:*/S/ DEBRA L. FELDER*
           Roger Frankel, admitted *pro hac vice*
           Richard H. Wyron, admitted *pro hac vice*
           Debra L. Felder, admitted *pro hac vice*
           Columbia Center
           1152 15th Street, NW
           Washington, DC  20005
           (202) 339-8400
           (202) 339-8500 (fax)

        —and—

        PHILLIPS, GOLDMAN & SPENCE, P.A.
        John C. Phillips, Jr. (#110)
        1200 North Broom Street
        Wilmington, DE 19806
        (302) 655-4200
        (302) 655-4210 (fax)

        Co-Counsel to David T. Austern,
        Future Claimants' Representative

Dated: September 19, 2008