**EXHIBIT "A"**

| Date | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 1/13/2008 | JPW | $475 | 3 | $1,425.00 | …; travel to Pittsburgh, PA (3.0); … |
| 1/14/2008 | BSB | $630 | 8.2 | $5,166.00 | Estimation trial |
| 1/14/2008 | WBS | $720 | 8.5 | $6,120.00 | Trial day openings and Daubert motion; conferences with PVNL, NDF re adjustments to outlines in light of Bernick opening. |
| 1/14/2008 | NDF | $610 | 8 | $4,880.00 | …; attend estimation hearing (.8.0); … |
| 1/14/2008 | DBS | $235 | 9.1 | $2,138.50 | …; attend estimation hearing (9.1). |
| 1/14/2008 | ALV | $320 | 8.3 | $2,656.00 | …; attendance at (and duties related to) estimation hearing (8.3). |
| 1/14/2008 | JPW | $475 | 8.5 | $4,037.50 | Estimation trial - openings (8.5); … |
| 1/14/2008 | MAF | $195 | 9.5 | $1,852.50 | Attend Estimation Hearing. |
| 1/16/2008 | BSB | $630 | 8.9 | $5,607.00 | Estimation trial |
| 1/16/2008 | WBS | $720 | 9.5 | $6,840.00 | Trial day (8:45 am - 6:15 pm) (9.5);… |
| 1/16/2008 | NDF | $610 | 9 | $5,490.00 | …; participate in trial (estimation hearing (9.0); … |
| 1/16/2008 | DBS | $235 | 10.5 | $2,467.50 | …; attend estimation hearing (10.5). |
| 1/16/2008 | ALV | $320 | 9.1 | $2,912.00 | …; attendance at (and duties related to) estimation hearing (9.1). |
| 1/16/2008 | JPW | $475 | 10 | $4,750.00 | Trial of estimation issues (10.0); … |
| 1/16/2008 | MAF | $195 | 10.5 | $2,047.50 | Attend Estimation Hearing. |
| 1/17/2008 | BSB | $630 | 3.8 | $2,394.00 | Trial preparation (3.8) |
| 1/22/2008 | BSB | $630 | 8.3 | $5,229.00 | Estimation trial (8.3); … |
| 1/22/2008 | NDF | $610 | 8.3 | $5,063.00 | …; estimation trial (8.3); … |
| 1/22/2008 | DBS | $235 | 8.7 | $2,044.50 | …; attend Estimation Hearing (8.7). |
| 1/22/2008 | ALV | $320 | 7.8 | $2,496.00 | Attendance at (and duties related to estimation hearing). |
| 1/22/2008 | MAF | $195 | 9 | $1,755.00 | Attend Estimation Hearing (9.0); … |
| 1/23/2008 | BSB | $630 | 5 | $3,150.00 | Estimation trial (5.0). |
| 1/23/2008 | NDF | $610 | 6.5 | $3,965.00 | Estimation trial (6.5); … |
| 1/23/2008 | DBS | $235 | 7.3 | $1,715.50 | …; attend Estimation Hearing (7.3); … |
| 1/23/2008 | ALV | $320 | 6.3 | $2,016.00 | …; attendance at (and duties related to) estimation hearing (6.3). |
| 1/11/2008 | DBS | $117.50 | 4.5 | $528.75 | Travel from Washington, DC to Pittsburgh, PA in advance of estimation hearing. |
| 1/11/2008 | MAF | $97.50 | 5 | $487.50 | Travel to Pittsburgh, PA in advance of Estimation Hearing. |
| 1/12/2008 | ALV | $160 | 4.7 | $752.00 | Travel to Pittsburgh, PA for Estimation Hearing. |
| 1/13/2008 | BSB | $315 | 4.5 | $1,417.50 | Travel to Pittsburgh (4.5). |
| 1/13/2008 | PVL | $420 | 4.6 | $1,932.00 | Travel to Pittsburgh for hearing. |
| 1/13/2008 | WBS | $360 | 4 | $1,440.00 | Travel DC to Pittsburgh for trial. |
| 1/13/2008 | EI | $460 | 6 | $2,760.00 | Travel to Pittsburgh (6.0). |
| 1/13/2008 | NDF | $305 | 2.1 | $640.50 | Travel to Pittsburgh for trial. |
| 1/16/2008 | PVL | $420 | 2.4 | $1,008.00 | Return travel to DC. |

**EXHIBIT "A"**

| Date | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 1/16/2008 | WBS | $360 | 4.6 | $1,656.00 | Return travel Pittsburgh to DC. |
| 1/16/2008 | NDF | $305 | 2 | $610.00 | Travel home from Pittsburgh. |
| 1/16/2008 | JPW | $237.50 | 2 | $475.00 | Travel to Washington, DC (2.0) |
| 1/17/2008 | BSB | $315 | 4.9 | $1,543.50 | Travel to DC (4.9). |
| 1/17/2008 | DBS | $117.50 | 4.5 | $528.75 | Travel from Pittsburgh, PA to Washington, DC. |
| 1/17/2008 | ALV | $160 | 5.5 | $880.00 | Travel from Pittsburgh, PA for estimation hearing. |
| 1/17/2008 | MAF | $97.50 | 4 | $390.00 | Travel to DC following Estimation Hearing in Pittsburgh, PA. |
| 1/21/2008 | BSB | $315 | 4.5 | $1,417.50 | Travel to Pittsburgh, PA (4.5). |
| 1/21/2008 | DBS | $117.50 | 4 | $470.00 | Travel from Washington, DC to Pittsburgh, PA in advance of estimation hearing. |
| 1/21/2008 | ALV | $160 | 4.2 | $672.00 | Travel to Pittsburgh, PA for Estimation Hearing. |
| 1/21/2008 | MAF | $97.50 | 4 | $390.00 | Travel to Pittsburgh, PA in advance of Estimation Hearing. |
| 1/23/2008 | BSB | $315 | 5 | $1,575.00 | Travel to Washington, DC (5.0) |
| 1/23/2008 | EI | $460 | 3 | $1,380.00 | Return to NY. |
| 1/23/2008 | NDF | $305 | 5.5 | $1,677.50 | Travel back to D.C. |
| 1/23/2008 | DBS | $117.50 | 6 | $705.00 | Travel from Pittsburgh, PA to Washington, DC. |
| 1/23/2008 | ALV | $160 | 5.5 | $880.00 | Travel from Pittsburgh for estimation hearing. |
| 1/23/2008 | MAF | $97.50 | 5.5 | $536.25 | Travel to DC following Estimation Hearing in Pittsburgh, PA. |
| 1/28/2008 | NDF | $305 | 2.5 | $762.50 | Travel to Wilmington, DE for hearing (1.0); return to DC from Wilmington (1.5). |
| 3/24/2008 | EI | $920 | 6 | $5,520.00 | Travel to Pittsburgh reviewing hearing issues on plane (1.5); …; at Court (4.5); … |
| 3/25/2008 | EI | $920 | 7 | $6,440.00 | At Court (7.0); … |
| 3/26/2008 | EI | $920 | 8 | $7,360.00 | At Court (8.0); … |
| 3/29/2008 | EI | $920 | 1 | $920.00 | Prep for travel to Pittsburgh and 408 (1.0). |
| 3/30/2008 | EI | $920 | 2.7 | $2,484.00 | Work at airport and on plane on trial materials (2.7); … |
| 3/31/2008 | EI | $920 | 9 | $8,280.00 | In Court (9.0). |
| 3/23/2008 | JPW | $475 | 2 | $950.00 | …; travel to Pittsburgh, PA (2.0); … |
| 3/24/2008 | BSB | $630 | 12 | $7,560.00 | Estimation trial in Pittsburgh - trial and preparation |
| 3/24/2008 | WBS | $720 | 5.2 | $3,744.00 | …; attend 6th day of estimation trial - support cross of Lees (5.2); … |
| 3/24/2008 | NDF | $610 | 5.6 | $3,416.00 | …; appear at estimation trial (5.6); … |
| 3/24/2008 | DBS | $235 | 5.7 | $1,339.50 | …; attend Estimation Hearing (5.7). |

**EXHIBIT "A"**

| Date | Initials | Rate | Hours | Amount | Description |
|---|---|---|---|---|---|
| 3/24/2008 | ALV | $320 | 5.7 | $1,824.00 | …; attend (and duties surrounding) estimation trial (5.7). |
| 3/24/2008 | JPW | $475 | 6.2 | $2,945.00 | …; estimation trial (6.2) |
| 3/24/2008 | MAF | $195 | 6 | $1,170.00 | Attend Estimation Hearing (6.0); … |
| 3/25/2008 | BSB | $630 | 10.5 | $6,615.00 | Estimation trial in Pittsburgh - trial and preparation |
| 3/25/2008 | DBS | $235 | 7.5 | $1,762.50 | …; attend Estimation Hearing (7.5). |
| 3/25/2008 | ALV | $320 | 9 | $2,880.00 | …; attend (and duties surrounding) estimation trial (9.0). |
| 3/25/2008 | JPW | $475 | 8.5 | $4,037.50 | Estimation trial (8.5); … |
| 3/25/2008 | MAF | $195 | 8 | $1,560.00 | Attend Estimation Hearing (8.0); … |
| 3/26/2008 | BSB | $630 | 9.1 | $5,733.00 | Estimation trial in Pittsburgh - trial (9.1). |
| 3/26/2008 | NDF | $610 | 8.1 | $4,941.00 | …; appear at estimation trial (8.1);... |
| 3/26/2008 | DBS | $235 | 8.5 | $1,997.50 | …; attend Estimation Hearing (8.5); … |
| 3/26/2008 | ALV | $320 | 8 | $2,560.00 | …; attend estimation trial (8.0); … |
| 3/26/2008 | JPW | $474 | 11.6 | $5,498.40 | Estimation trial (8.1); …; travel to Washington, DC (3.5) |
| 3/26/2008 | MAF | $195 | 9.5 | $1,852.50 | Attend Estimation Hearing |
| 3/30/2008 | BSB | $630 | 4.5 | $2,835.00 | Travel to Pittsburgh (4.5); … |
| 3/31/2008 | BSB | $630 | 8.3 | $5,229.00 | Trial (8.3); … |
| 3/31/2008 | NDF | $610 | 9 | $5,490.00 | Attend estimation trial (9.0); … |
| 3/31/2008 | DBS | $235 | 9.4 | $2,209.00 | …; attend Estimation Hearing (9.4). |
| 3/31/2008 | ALV | $320 | 7.9 | $2,528.00 | …; attend estimation trial (7.9). |
| 3/31/2008 | MAF | $195 | 8 | $1,560.00 | Attend Estimation Hearing (8.0); … |
| 3/21/2008 | MAF | $97.50 | 4 | $390.00 | Travel to Pittsburgh PA in advance of Estimation Hearing. |
| 3/22/2008 | DBS | $117.50 | 4 | $470.00 | Travel from Washington, DC to Pittsburgh, PA in advance of Estimation Hearing. |
| 3/22/2008 | ALV | $160 | 4.5 | $720.00 | Travel to Pittsburgh, PA from DC for estimation trial. |
| 3/23/2008 | BSB | $315 | 4 | $1,260.00 | Travel to Pittsburgh |
| 3/23/2008 | WBS | $360 | 2.5 | $900.00 | Nonworking time traveling DC to Pittsburgh. |
| 3/23/2008 | NDF | $305 | 3.5 | $1,067.50 | Travel to Pittsburgh. |
| 3/24/2008 | EI | $460 | 2.5 | $1,150.00 | Travel to Pittsburgh (2.5). |
| 3/26/2008 | BSB | $315 | 4.5 | $1,417.50 | Travel to DC (4.5). |
| 3/26/2008 | WBS | $360 | 2.5 | $900.00 | Return travel Pittsburgh to DC (non-working). |
| 3/26/2008 | EI | $460 | 3.5 | $1,610.00 | Travel to New York (3.5). |
| 3/26/2008 | NDF | $305 | 2.5 | $762.50 | Travel back to D.C. |
| 3/26/2008 | MAF | $97.50 | 5.5 | $536.25 | Travel to DC following Estimation Hearing in Pittsburgh, PA. |
| 3/27/2008 | DBS | $117.50 | 4.6 | $540.50 | Travel from Pittsburgh, PA to Washington, DC. |
| 3/27/2008 | ALV | $160 | 4.5 | $720.00 | Travel from Pittsburgh to D.C. |

**EXHIBIT "A"**

| | | | | | | |
|---|---|---|---|---|---|---|
| 3/30/2008 | WBS | $360 | 2 | $ | 720.00 | Travel DC to Pittsburgh (non-working). |
| 3/30/2008 | EI | $460 | 1.5 | $ | 690.00 | Travel to Pittsburgh - non-working (1.5). |
| 3/30/2008 | NDF | $305 | 1 | $ | 305.00 | Non-working travel to Pittsburgh |
| 3/30/2008 | DBS | $117.50 | 4.2 | $ | 493.50 | Travel from Washington, DC to Pittsburgh, PA in advance of estimation hearing. |
| 3/30/2008 | ALV | $160 | 4.5 | $ | 720.00 | Travel to Pittsburgh, PA from Washington, DC for estimation trial. |
| | | | **609.9** | **$** | **244,346.40** | |