## Exhibit A - Meals

| Item | Date Expense Entered | Professional | City | No. of Persons | Meal | Charges |
|---|---|---|---|---|---|---|
| a | 1/30/2008 | Adam Van Grack | Pittsburgh, PA | 4 | Snack | $ 45.00 |
| | | | Pittsburgh, PA | 2 | Dinner | $ 66.76 |
| | | | Pittsburgh, PA | 1 | Breakfast | $ 4.97 |
| | | | Pittsburgh, PA | 1 | Lunch | $ 8.56 |
| | | | Pittsburgh, PA | 1 | Snack | $ 16.80 |
| | | | Pittsburgh, PA | 1 | Breakfast | $ 2.75 |
| | | | Pittsburgh, PA | 2 | Dinner | $ 38.00 |
| | | | Pittsburgh, PA | 1 | Dinner | $ 13.02 |
| | | | Pittsburgh, PA | 1 | Dinner | $ 51.41 |
| | | | Pittsburgh, PA | 1 | Lunch | $ 5.09 |
| | | | Pittsburgh, PA | 1 | Snack | $ 10.11 |
| | | | Pittsburgh, PA | 1 | Snack | $ 5.14 |
| | | | Pittsburgh, PA | 1 | Breakfast | $ 3.47 |
| | | | Pittsburgh, PA | 1 | Breakfast | $ 2.99 |
| | | | | | Total | $ 274.07 |
| b | 1/30/2008 | Elihu Inselbuch | Pittsburgh, PA | 4 | | $ 229.52 |
| c | 2/7/2008 | James Wehner | Pittsburgh, PA | 4 | Lunch | $ 37.02 |
| | | | | 1 | Lunch | $ 7.19 |
| | | | | 5 | Lunch | $ 300.00 |
| | | | | 5 | Dinner | $ 250.00 |
| | | | | | Total | $ 594.21 |
| d | 2/25/2008 | Nathan Finch & Elihu Inselbuch | Washington, D.C | 10 | Lunch | $ 159.08 |
| e | 2/25/2008 | Nathan Finch & Elihu Inselbuch | Washington, D.C | 8 | Breakfast | $ 57.13 |
| f | 2/25/2008 | Elihu Inselbuch & James Wehner | Washington, D.C | 12 | Breakfast | $ 79.09 |
| g | 3/17/2008 | Elihu Inselbuch & James Wehner | Washington, D.C | 5 | Lunch | $ 470.20 |
| h | 3/31/2008 | Adam Van Grack | Pittsburgh, PA | 1 | Lunch | $ 19.80 |
| | | | Pittsburgh, PA | 2 | Snacks | $ 16.64 |
| | | | Pittsburgh, PA | 2 | Dinner | $ 94.02 |
| | | | Pittsburgh, PA | 1 | Lunch | $ 30.00 |
| | | | Pittsburgh, PA | 1 | Breakfast | $ 2.99 |
| | | | Pittsburgh, PA | 1 | Breakfast | $ 4.50 |
| | | | Pittsburgh, PA | 5 | Snacks | $ 15.62 |
| | | | Pittsburgh, PA | 1 | Breakfast | $ 4.50 |
| | | | Pittsburgh, PA | 2 | Dinner | $ 25.00 |
| | | | Pittsburgh, PA | 1 | Breakfast | $ 3.47 |
| | | | Pittsburgh, PA | 1 | Lunch | $ 9.30 |
| | | | Pittsburgh, PA | 4 | Dinner | $ 88.80 |
| | | | | | Total | $ 314.64 |
| i | 2/27/2008 | Nathan Finch | Washington, D.C | 2 | Dinner | $ 257.33 |
| | | | Washington, D.C | 3 | Dinner | $ 332.20 |
| | | | | | Total | $ 589.53 |
| j | 3/5/2008 | Elihu Inselbuch | New York, NY | 2 | Dinner | $ 100.00 |
| k | 3/6/2008 | Nathan Finch | Washington, D.C | 6 | Lunch | $ 87.58 |
| l | 2/5/2008 | Nathan Finch | Washington, D.C | 6 | Lunch | $ 89.69 |
| m | 2/7/2008 | Marissa Fanone | Pittsburgh, PA | 1 | Dinner | $ 29.63 |
| | | | Pittsburgh, PA | 1 | Dinner | $ 31.53 |
| | | | | | Total | $ 60.16 |