| Exhibit C - Ground Transportation |||||
|---|---|---|---|---|
| Professional | Date | Departure/Destination/Mileage | charge | Reason why not cheaper transport? |
| NDF | 11/19/2007 | 5314 Carvel Rd., Bethesda, MD to 50 Mass. Ave. N., Washington, DC - 7.07 miles | $ 107.64 | NDF needed to arrive at train station on time to travel to deposition - taxis not reliable for timely arrival at station. |
| NDF | 11/26/2007 | 5314 Carvel Rd., Bethesda, MD to 50 Mass. Ave. N., Washington, DC - 7.07 miles | $ 107.64 | NDF needed to arrive at train station on time to travel to deposition - taxis not reliable for timely arrival at station. |
| Total | | | $ 215.28 | |
| SL | 12/6/2007 | 1 Thos. Circle NW, Wash., DC to 5833 S. Western Blvd, Baltimore, MD - 32.64 miles | $ 182.30 | Secretary stayed after 8:30 p.m. to assist with trial prep. Trains cease to run regularly between DC and her home area (Baltimore) after 8:30 p.m. No cabs will make the trip. |
| SL | 12/7/2007 | 1 Thos Circle NW, Wash., DC to 136 Wimbledon Ln., Owings Mills, MD - 47.63 miles | $ 389.10 | Secretary stayed after 8:30 p.m. to assist with trial prep. Trains cease to run regularly between DC and her home area (Baltimore) after 8:30 p.m. No cabs will make the trip. |
| SL | 12/20/2007 | 1 Thos Circle NW, Wash., DC to 136 Wimbledon Ln., Owings Mills, MD - 47.63 miles | $ 236.75 | Secretary stayed after 8:30 p.m. to assist with trial prep. Trains cease to run regularly between DC and her home area (Baltimore) after 8:30 p.m. No cabs will make the trip. |
| total | | | $ 808.15 | |

| | | | | |
|---|---|---|---|---|
| NDF | 1/21/2008 | 1 Thos. Circle NW, Wash., DC to Omni William Penn Hotel in Pittsburgh, PA - 221.56 miles | $ 872.14 | Travel to Pittsburgh for trial. This charge is for a sedan for 2 professionals with trial boxes, travel time (garage to garage) 10 hours. Less expensive than airfare for 2. |
| NDF | 1/21/2008 | 1 Thos. Circle NW, Wash., DC to Omni William Penn Hotel in Pittsburgh, PA - 221.56 miles | $ 1,125.00 | Travel to Pittsburgh for trial . This charge is for a sedan for 3 professionals with trial boxes, travel time (garage to garage) 10 hours. Less expensive than airfare for 3. |
| NDF | 1/23/2008 | Omni William Penn Hotel in Pittsburgh, PA to 1 Thos. Circle NW, Wash., DC - 221.56 miles | $ 1,029.40 | Return home from Pittsburgh trial. This charge is for SUV for 4 professionals , travel time (garage to garage) - 11 hours. Less expensive than airfare for 4. |
| total | | | $ 3,026.54 | |
| NDF | 3/4/2008 | 5314 Carvel Rd., Bethesda, MD to Old Ebbitt Grill, 675 15th St., Wash., DC - 5.74 miles | $ 108.60 | Nate had to be on time for a deposition, which was held in the same building as the Old Ebbitt Grill (the law office is above the Grill). |
| total | | | $ 108.60 | |
| NDF | 1/28/2008 | 5314 Carvel Rd., Bethesda, MD to Union Station NE, Wash., DC - 5.68 miles | $ 108.60 | NDF had to be on time to train station to travel to deposition - taxis not reliable for timely arrival at station. |
| total | | | $ 108.60 | |
| NDF | 1/16/2008 | Omni William Penn Hotel in Pittsburgh, PA to 1 Thos. Circle NW, Wash., DC - 221.56 miles | $ 1,029.40 | Travel to Pittsburgh for trial. This charge for SUV for 3 professionals with trial boxes, travel time (garage to garage) 10 hours. Less expensive than airfare for 3. |
| NDF | 1/17/2008 | Omni William Penn Hotel in Pittsburgh, PA to 1 Thos. Circle NW, Wash., DC - 221.56 miles | $ 1,108.80 | Travel to Pittsburgh for trial. This charge for SUV for 3 professionals with trial boxes, travel time (garage to garage) 10 hours. Less expensive than airfare for 3. |

| | | | | |
|---|---|---|---|---|
| total | | | $ 2,138.20 | |
| DAT | 1/7/2008 | 1 Thos. Circle, Wash., DC to Kettering, MD - 22 miles | $ 217.50 | The date should be 1/7/08; 1 Thomas Circle, Washington, DC to Kettering, MD; approx. 22 miles; it was 2 am and no taxis were available |
| total | | | $ 217.50 | |
| NDF | 1/13/2008 | 1 Thos. Circle, Wash., DC to 330 Grant St., Pittsburgh, PA - 244.67 miles | $ 905.80 | Travel to Pittsburgh for trial. This charge for sedan for 2 professionals with trial boxes, travel time (garage to garage) 8 hours. Less expensive than airfare for 2. |
| NDF | 1/13/2008 | 1 Thos. Circle, Wash., DC to 330 Grant St., Pittsburgh, PA - 244.67 miles | $ 793.70 | Travel to Pittsburgh for trial . This charge for sedan for 3 professionals with trial boxes, travel time (garage to garage) 7 hours. Less expensive than airfare for 3. |
| | | | $ 1,699.50 | |