# Exhibit A



## SUMMARY OF THE PRINCIPAL SERVICES PERFORMED BY THE APPLICANT ON BEHALF OF THE COMMITTEE BY WORK/LITIGATION TASK CODE FOR THE PERIOD FROM APRIL 1, 2008 THROUGH JUNE 30, 2008

### BUSINESS OPERATIONS (TASK CODE NO. 003)

Applicant reviewed monthly operating reports.

### CASE ADMINISTRATION (TASK CODE NO. 004)

Applicant monitored docket activity.

### CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (ASBESTOS)(TASK CODE NO. 005)

Applicant monitored and attended hearings on estimation of asbestos claims. Applicant also monitored and analyzed litigation relating to ZAI claims and claims of the Libby claimants.

### CLAIM ANALYSIS, OBJECTION, RESOLUTION & ESTIMATION (NON-ASBESTOS)(TASK CODE NO. 006)

Applicant analyzed issues raised by various creditors, including issues relating to claims for default rates of interest.

### COMMITTEE (ALL-CREDITORS, NOTEHOLDERS, EQUITY HOLDERS) (TASK CODE NO. 007)

Applicant analyzed a variety of issues for the Official Committee of Unsecured Creditors and attended meetings of the Committee.

### EMPLOYMENT APPLICATION, OTHERS (TASK CODE NO. 010)

Applicant reviewed retention applications filed by other parties.

### FEE APPLICATIONS (APPLICANT) (TASK CODE NO. 012)

Applicant prepared and filed its fee applications.

### FEE APPLICATIONS (OTHERS) (TASK CODE NO. 013)

Applicant assisted in the preparation, and coordinated the service and filing of fee applications of other professionals representing the Official Committee of Unsecured Creditors, including Stroock & Stroock & Lavan, Capstone Advisory Group, and Guiliani Capital Advisors.

## HEARINGS (TASK CODE NO. 015)

Applicant prepared for and attended various hearings for the benefit of the Committee as necessary.

## LITIGATION AND LITIGATION CONSULTING (TASK CODE NO. 016)

Applicant reviewed and analyzed environmental litigation.

## PLAN AND DISCLOSURE STATEMENT (TASK CODE NO. 017)

Applicant analyzed issues relating to payment of default interest under a plan.

## RELIEF FROM STAY PROCEEDINGS (TASK CODE NO. 018)

Applicant monitored and analyzed attempts by third parties to modify the stay or seek relief from the stay.

## TAX ISSUES (TASK CODE NO. 019)

Applicant analyzed certain tax issues as they related to claims estimation.

## OTHER (TASK CODE NO. 025)

Applicant reviewed and retrieved miscellaneous pleadings and memos.

## BUSINESS ANALYSIS (TASK CODE NO. 027)

Applicant analyzed business data produced by the Debtors.

## DATA ANALYSIS (TASK CODE NO. 029)

Applicant analyzed data relating to default interest calculations.