# Exhibit C

DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

June 10, 2008


CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.


File# K0248-00001        Invoice# 1398840                    IRS# 23-1392502


FOR PROFESSIONAL SERVICES RECORDED
THROUGH 05/31/2008 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 13.60 | hrs. at | $645.00 | /hr. = | $8,772.00 |
| WS KATCHEN | OF COUNSEL | 15.80 | hrs. at | $705.00 | /hr. = | $11,139.00 |
| ME HOFFMAN | ASSOCIATE | 0.10 | hrs. at | $295.00 | /hr. = | $29.50 |
| GG INCARDONE | ASSOCIATE | 1.60 | hrs. at | $285.00 | /hr. = | $456.00 |
| BA GRUPPO | PARALEGAL | 1.40 | hrs. at | $250.00 | /hr. = | $350.00 |
| TJ SANTORELLI | PARALEGAL | 0.40 | hrs. at | $145.00 | /hr. = | $58.00 |
| EM O'BYRNE | PARALEGAL | 12.50 | hrs. at | $195.00 | /hr. = | $2,437.50 |
| | | | | | | $23,242.00 |


DISBURSEMENTS
MISCELLANEOUS                         471.50
OVERNIGHT MAIL                         29.08
OVERTIME RELATED COSTS                 13.81
POSTAGE                               112.08
PRINTING & DUPLICATING                183.15
TRAVEL AWAY FROM HOME                 628.48
WESTLAW LEGAL RESEARCH                475.87
TOTAL DISBURSEMENTS                                        $1,913.97

BALANCE DUE THIS INVOICE                                  $25,155.97

PREVIOUS BALANCE                                         $183,214.56

TOTAL BALANCE DUE                                        $208,370.53

Duane Morris
June 10, 2008
Page 2

File # K0248-00001                                          INVOICE # 1398840
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 4/30/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 5/1/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 5/1/2008 | 004 | EM O'BYRNE | REVIEW DAILY DOCKET SHEET, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 5/2/2008 | 004 | EM O'BYRNE | REVIEW DAILY BANKRUPTCY COURT DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 5/5/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 5/5/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET FOR UPDATED PLEADINGS | 0.20 | $39.00 |
| 5/6/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET FOR NEW PLEADINGS | 0.20 | $39.00 |
| 5/7/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 5/7/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET FOR NEW PLEADINGS | 0.20 | $39.00 |
| 5/8/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 5/8/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET FOR PLEADINGS; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 5/9/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 5/12/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 5/12/2008 | 004 | EM O'BYRNE | REVIEW UPDATED DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |

Duane Morris
June 10, 2008
Page 3

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1398840

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/13/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 5/13/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 5/14/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 5/14/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEETS; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 5/15/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD BANKRUPTCY COURT DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 5/15/2008 | 004 | GG INCARDONE | RESEARCH REGARDING COLLATERAL-ESTOPPEL AND WHETHER GOVERNMENT PRECLUDED FROM RE-LITIGATING ISSUE | 1.60 | $456.00 |
| 5/16/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 5/19/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET (.2); DOWNLOAD CERTAIN DOCUMENTS FROM DOCKET SHEET AND FORWARD TO W KATCHEN (.7) | 0.90 | $175.50 |
| 5/20/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DAILY DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 5/21/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 5/21/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 5/22/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 5/23/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |

Duane Morris
June 10, 2008
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1398840

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/23/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 5/27/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 5/27/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET; DOWNLOAD DOCKET SHEET AND DOCKET 18779 AND FORWARD TO W KATCHEN | 0.30 | $58.50 |
| 5/28/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 5/28/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET FOR UPDATES; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 5/29/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 5/29/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 5/29/2008 | 004 | EM O'BYRNE | REVIEW DOCKET FOR MIAN MOTION FOR RELIEF FROM STAY AND DEBTORS' RESPONSE TO SAME (.3); DOWNLOAD AND FORWARD TO W KATCHEN (.1) | 0.40 | $78.00 |
| 5/30/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 5/30/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET AND PRINT TWO DOCUMENTS AT THE REQUEST OF W KATCHEN; FORWARD SAME (.2) | 0.20 | $39.00 |
| 5/30/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| | | | Code Total | 8 70 | $1,912 00 |

Duane Morris
June 10, 2008
Page 5

File # K0248-00001                                    INVOICE # 1398840
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/5/2008 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR LEAVE TO APPEAL COURT'S DENIAL OF INJUNCTIVE RELIEF RE: LIBBY CLAIMANTS | 0.50 | $322.50 |
| 5/5/2008 | 005 | MR LASTOWSKI | REVIEW LIBBY CLAIMANTS' MOTION FOR DISSOLUTION OF STAY PENDING APPEAL | 0.50 | $322.50 |
| 5/19/2008 | 005 | MR LASTOWSKI | ANALYSIS OF LIBBY CLAIMANT'S MOTION FOR LEAVE TO JOIN APPEAL OF ORDER DENYING INJUNCTIVE RELIEF TO BNSE | 0.40 | $258.00 |
| 5/22/2008 | 005 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS – COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 5/27/2008 | 005 | MR LASTOWSKI | REVIEW ZAI SETTLEMENT JUDGE'S REPORT | 0.10 | $64.50 |
| 5/30/2008 | 005 | MR LASTOWSKI | REVIEW EVEREST INSURANCE' STATEMENT RE: DEBTORS' SETTLEMENT WITH THE EPA | 0.10 | $64.50 |
| 5/30/2008 | 005 | MR LASTOWSKI | REVIEW DEBTOR'S OPENING BRIEF (LIBBY APPEAL) | 0.30 | $193.50 |
| 5/30/2008 | 005 | MR LASTOWSKI | REVIEW PD COMMITTEE'S REQUEST FOR EVIDENTIARY HEARING ON ZAI BAR DATE NOTICE PROGRAM AND DEBTOR'S OBJECTION THERETO | 0.40 | $258.00 |
| 5/30/2008 | 005 | MR LASTOWSKI | REVIEW COURT'S MEMORANDUM OPINION DENYING, WITHOUT PREJUDICE, ANDERSON MEMORIAL HOSPITAL'S MOTION FOR CLASS CERTIFICATION | 0.40 | $258.00 |
| 5/30/2008 | 005 | MR LASTOWSKI | REVIEW ZAI BAR DATE EXHIBITS | 0.20 | $129.00 |
| 5/30/2008 | 005 | MR LASTOWSKI | REVIEW PROPERTY DAMAGE COMMITTEE'S MOTION FOR PARTIAL CONTINUANCE OF THE HEARING ON THE DEBTOR'S MOTION FOR A ZAI BAR DATE | 0.20 | $129.00 |
| | | | Code Total | 3.20 | $2,024.50 |

Duane Morris
June 10, 2008
Page 6

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1398840

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 5/12/2008 | 006 | MR LASTOWSKI | REVIEW ISSUES RELATING TO THE DEBTOR'S PROPOSED SETTLEMENT WITH THE EPA | 1 20 | $774.00 |
| | | | Code Total | 1.20 | $774.00 |

Duane Morris
June 10, 2008
Page 7

File # K0248-00001              INVOICE # 1398840
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/6/2008 | 007 | ME HOFFMAN | DISCUSSION WITH WSKATCHEN RE CASE LAW; REVIEW SAME | 0.10 | $29.50 |
| 5/12/2008 | 007 | WS KATCHEN | 2 TELEPHONE CONFERENCES WITH COMMITTEE MEMBER | 0.30 | $211.50 |
| | | | Code Total | 0.40 | $241.00 |

Duane Morris
June 10, 2008
Page 8

File # K0248-00001                                    INVOICE #  1398840
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|------|------|
| 5/1/2008 | 012 | EM O'BYRNE | SCAN AND E-FILE SEVENTY-FOURTH FEE APPLICATION OF DUANE MORRIS (.3); EFFECTUATE SERVICE OF SAME (.3) | 0.60 | $117.00 |
| 5/21/2008 | 012 | EM O'BYRNE | PREPARE DUANE MORRIS' SEVENTY-FIFTH MONTHLY FEE APPLICATION AND CERTIFICATE OF SERVICE FOR APRIL 2008 (1.0); E-FILE WITH THE COURT (.2); COPY AND SERVE (.2) | 1.40 | $273.00 |
| 5/21/2008 | 012 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS 75TH MONTHLY FEE APPLICATION | 0.30 | $193.50 |
| 5/22/2008 | 012 | EM O'BYRNE | DRAFT DUANE MORRIS' TWENTY-EIGHTH QUARTERLY FEE APPLICATION; NOTICE AND CERTIFICATE OF SERVICE | 2.00 | $390.00 |
| 5/27/2008 | 012 | EM O'BYRNE | PREPARE CERTIFICATION OF NO OBJECTION TO DUANE MORRIS' SEVENTY-FOURTH MONTHLY FEE APPLICATION (.2); EFILE WITH COURT (.2) | 0.40 | $78.00 |
| 5/27/2008 | 012 | MR LASTOWSKI | EXECUTE CNO FOR DUANE MORRIS 74TH MONTHLY FEE APPLICATION | 0.10 | $64.50 |
| | | | Code Total | 4.80 | $1,116.00 |

DUANE MORRIS LLP

Duane Morris
June 10, 2008
Page 9

File # K0248-00001                                    INVOICE #  1398840
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/1/2008 | 013 | MR LASTOWSKI | REVIEW DEBTOR'S MOTION FOR AN ORDER PERMITTING ERNST & YOUNG TO RETAIN FEES IN EXCESS OF THOSE IDENTIFIED IN THE OCB ORDER | 0.20 | $129.00 |
| 5/16/2008 | 013 | EM O'BYRNE | PREPARE CERTIFICATE OF NO OBJECTION TO CAPSTONES FORTY-NINTH FEE APPLICATION (.3); EFILE WITH THE COURT (.2) | 0.50 | $97.50 |
| 5/27/2008 | 013 | EM O'BYRNE | PREPARE CERTIFICATE OF SERVICE OF NOTICE ONLY TO ALL PARTIES ON 2002 SERVICE LIST (.2); EFILE STROOCK & STROOCK & LAVAN'S TWENTY-EIGHTH QUARTERLY FEE APPLICATION (.2); PREPARE LABELS FOR SERVICE (.1); COPY AND SERVICE NOTICE PARTIES (1.0) | 1.50 | $292.50 |
| 5/29/2008 | 013 | EM O'BYRNE | EFILE CAPSTONE'S FIFTIETH INTERIM FEE APPLICATION AND FORWARD CONFIRMATION TO CO-COUNSEL | 0.30 | $58.50 |
| | | | Code Total | 2.50 | $577.50 |

DUANE MORRIS LLP

Duane Morris
June 10, 2008
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1398840

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 5/27/2008 | 015 | MR LASTOWSKI | REVIEW 6/2/08 AGENDA NOTICE AND ITEMS IDENTIFIED THEREON | 2.70 | $1,741.50 |
| 5/30/2008 | 015 | MR LASTOWSKI | PREPARE FOR JUNE OMNIBUS HEARING | 2.20 | $1,419.00 |
| | | | Code Total | 4.90 | $3,160.50 |

Duane Morris
June 10, 2008
Page 11

File # K0248-00001                                          INVOICE #  1398840
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 5/7/2008 | 018 | MR LASTOWSKI | ANALYSIS OF DEBTOR'S RESPONSE TO LIBBY CLAIMANTS' MOTION FOR LEAVE TO APPEAL DENIAL OF INJUNCTIVE RELIEF TO BNSF | 0.80 | $516.00 |
| 5/19/2008 | 018 | MR LASTOWSKI | ANALYSIS OF DEBTOR'S RESPONSE TO MOTION OF MIAN REALTY REGARDING THE APPLICATION OF THE AUTOMATIC STAY | 0.40 | $258.00 |
| 5/19/2008 | 018 | MR LASTOWSKI | ANALYSIS OF DEBTOR'S OBJECTION TO CANADIAN ZAI CLAIMANTS' STAY RELIEF MOTION | 0.40 | $258.00 |
| 5/19/2008 | 018 | MR LASTOWSKI | ANALYSIS OF CANADIAN ZAI CLAIMANTS' OBJECTION TO DEBTOR'S BAR DATE MOTION | 1.30 | $838.50 |
| 5/19/2008 | 018 | MR LASTOWSKI | ANALYSIS OF CANADIAN ZAI CLAIMANTS' OBJECTION TO DEBTOR'S MOTION FOR DISMISSAL OF INDIVIDUAL ZAI CLAIM | 0.80 | $516.00 |
| | | | Code Total | 3.70 | $2,386.50 |

Duane Morris
June 10, 2008
Page 12

File # K0248-00001                                          INVOICE #  1398840
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/2/2008 | 025 | WS KATCHEN | REVIEW DESIGNATION ADDITIONAL RECORD | 0.10 | $70.50 |
| 5/2/2008 | 025 | WS KATCHEN | SCHEDULING CONFERENCE COMMITTEE/DEBTOR | 0.20 | $141.00 |
| 5/2/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION RE: E&Y RETENTION. | 0.20 | $141.00 |
| 5/6/2008 | 025 | WS KATCHEN | REVIEW 2008 WL1708375 | 0.40 | $282.00 |
| 5/7/2008 | 025 | WS KATCHEN | SCHEDULING RESPOND TO STROOCK | 0.30 | $211.50 |
| 5/8/2008 | 025 | WS KATCHEN | LEGAL RESEARCH @ 1/2 | 0.70 | $493.50 |
| 5/8/2008 | 025 | WS KATCHEN | REVIEW COMMITTEE MEMO - PD SETTLEMENTS | 0.20 | $141.00 |
| 5/8/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S OPPOSITION TO LIBBY CLAIMANTS MOTION FOR LEAVE TO APPEAL: APPEALABILITY ISSUE | 0.30 | $211.50 |
| 5/9/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH COMMITTEE MEMBERS | 0.20 | $141.00 |
| 5/9/2008 | 025 | WS KATCHEN | 2 TELEPHONE CONFERENCES WITH A. KREIGER, COMMITTEE ISSUES | 0.30 | $211.50 |
| 5/9/2008 | 025 | WS KATCHEN | REVIEW STROOCK MEMO | 0.20 | $141.00 |
| 5/10/2008 | 025 | WS KATCHEN | RESEARCH CONFIRMATION ISSUES | 2.80 | $1,974.00 |
| 5/10/2008 | 025 | WS KATCHEN | EMAIL COMMITTEE MEMBERS | 0.10 | $70.50 |
| 5/11/2008 | 025 | WS KATCHEN | ADDITIONAL PREPARATION RE: COMMITTEE MEETING ON 5/15/08 | 0.80 | $564.00 |
| 5/12/2008 | 025 | WS KATCHEN | 2 TELEPHONE CONFERENCES WITH STROOCK RE: MEMO | 0.30 | $211.50 |
| 5/12/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH M. LASTOWSKI RE: MEMO | 0.20 | $141.00 |
| 5/12/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH A. KRIEGER RE: MEMO | 0.20 | $141.00 |
| 5/12/2008 | 025 | WS KATCHEN | REVIEW CORRECTED OPPOSITION BRIEF OF DEBTOR TO LIBBY CLAIMANTS' MOTION FOR LEAVE TO APPEAL, EMAIL ON BRIEF. | 0.50 | $352.50 |
| 5/12/2008 | 025 | WS KATCHEN | EMAIL BRIEFS TO STROOCK | 0.20 | $141.00 |
| 5/14/2008 | 025 | WS KATCHEN | PREPARE FOR COMMITTEE MEETING CONFERENCE CALL ON 5/15/08. | 0.70 | $493.50 |
| 5/14/2008 | 025 | WS KATCHEN | ADDITIONAL RESEARCH PLAN ISSUE, 150 F3D 503, 350 F3D 932 AND 523 U.S. 740. | 2.40 | $1,692.00 |
| 5/15/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE. | 1.90 | $1,339.50 |
| 5/15/2008 | 025 | WS KATCHEN | SCHEDULING. | 0.20 | $141.00 |
| 5/19/2008 | 025 | WS KATCHEN | EMAILS TO STROOCK. | 0.20 | $141.00 |
| 5/19/2008 | 025 | WS KATCHEN | REVIEW MEMO ON 9 CIRCUIT REVERSAL. | 0.10 | $70.50 |
| 5/19/2008 | 025 | WS KATCHEN | UPDATE DOCKET REVIEW. | 0.10 | $70.50 |
| 5/19/2008 | 025 | WS KATCHEN | 2ND EMAIL TO STROOCK. | 0.20 | $141.00 |

Duane Morris
June 10, 2008
Page 13

File # K0248-00001                                          INVOICE # 1398840
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 5/21/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE. | 0.10 | $70.50 |
| 5/21/2008 | 025 | WS KATCHEN | EMAILS TO STROOCK. | 0.30 | $211.50 |
| 5/27/2008 | 025 | WS KATCHEN | REVIEW JUDGE K. GROSS' REPORT ON ZAI CLAIMS. | 0.10 | $70.50 |
| 5/27/2008 | 025 | WS KATCHEN | REVIEW AGENDA FOR 6/2/08. | 0.20 | $141.00 |
| 5/28/2008 | 025 | TJ SANTORELLI | LEGAL RESEARCH | 0.40 | $58.00 |
| 5/29/2008 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.30 | $211.50 |
| 5/29/2008 | 025 | WS KATCHEN | ANALYSIS DEBTOR'S RESPONSE MIAN REALTY. | 0.30 | $211.50 |
| | | | Code Total | 15.70 | $10,844.50 |

Duane Morris
June 10, 2008
Page 14

File # K0248-00001                                    INVOICE #  1398840
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 5/6/2008 | 027 | WS KATCHEN | REVIEW DEBTOR'S REPLY RE: MOTION FOR LEAVE TO APPEAL ORDER DENYING INJUNCTION | 0.20 | $141.00 |
| 5/7/2008 | 027 | MR LASTOWSKI | ANALYSIS OF MARCH 2008 MONTHLY OPERATING REPORT | 0.10 | $64.50 |
| | | | Code Total | 0.30 | $205.50 |

Duane Morris
June 10, 2008
Page 15

File # K0248-00001                          INVOICE # 1398840
    W.R. GRACE & CO.


                                  TOTAL SERVICES           45.40   $23,242.00

Duane Morris
June 10, 2008
Page 16

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1398840

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 5/31/2008 | POSTAGE | | 112.08 |
| | | Total: | $112.08 |
| | | | |
| 5/31/2008 | TRAVEL AWAY FROM HOME | | 628.48 |
| | | Total: | $628.48 |
| | | | |
| 5/1/2008 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B. SIEGELESQUIRE AT W.R. GRACE - COLUMBIA, MD FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791057652430) | | 7.84 |
| 5/1/2008 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM MICHAEL LASTOWSKI AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790005447991) | | 21.24 |
| | | Total: | $29.08 |
| | | | |
| 5/6/2008 | WESTLAW LEGAL RESEARCH (K0248-00001-03577) HOFFMAN,MATTHEW E | | 15.00 |
| 5/15/2008 | WESTLAW LEGAL RESEARCH INCARDONE,GIA G | | 460.87 |
| | | Total: | $475.87 |
| | | | |
| 4/7/2008 | MRL/FEE@COURTCALL/TELEPHONICAPPEARANCE-HEARINGFORCLIENT | | 239.50 |
| 4/9/2008 | MRL/FEE@COURTCALL/TELEPHONICAPPEARANCE-HEARINGFORCLIENT | | 207.00 |
| 4/12/2008 | MRL/FEE@COURTCALL/TELEPHONICAPPEARANCE-HEARINGFORCLIENT | | 25.00 |
| | | Total: | $471.50 |
| | | | |
| 5/31/2008 | OVERTIME RELATED COSTS | | 13.81 |
| | | Total: | $13.81 |
| | | | |
| 5/31/2008 | PRINTING & DUPLICATING | | 150.00 |
| 5/31/2008 | PRINTING & DUPLICATING | | 33.15 |
| | | Total: | $183.15 |
| | | | |
| | TOTAL DISBURSEMENTS | | $1,913.97 |

DUANE MORRIS LLP

Duane Morris
June 10, 2008
Page 17

File # K0248-00001                              INVOICE # 1398840
    W.R. GRACE & CO.

TIMEKEEPER

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 13.60 | 645.00 | 8,772.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 15.80 | 705.00 | 11,139.00 |
| 03577 | ME HOFFMAN | ASSOCIATE | 0.10 | 295.00 | 29.50 |
| 04448 | GG INCARDONE | ASSOCIATE | 1.60 | 285.00 | 456.00 |
| 02279 | BA GRUPPO | PARALEGAL | 1.40 | 250.00 | 350.00 |
| 03829 | TJ SANTORELLI | PARALEGAL | 0.40 | 145.00 | 58.00 |
| 04442 | EM O'BYRNE | PARALEGAL | 12.50 | 195.00 | 2,437.50 |
| | | | 45.40 | | $23,242.00 |