# Exhibit D



## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

July 14, 2008

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1407007                                IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 06/30/2008 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 16.60 hrs. at | $645.00 /hr. = | $10,707.00 |
| RW RILEY | PARTNER | 5.30 hrs. at | $520.00 /hr. = | $2,756.00 |
| WS KATCHEN | OF COUNSEL | 13.30 hrs. at | $705.00 /hr. = | $9,376.50 |
| JH LEMKIN | SPECIAL COUNSEL | 1.10 hrs. at | $380.00 /hr. = | $418.00 |
| ME HOFFMAN | ASSOCIATE | 9.40 hrs. at | $295.00 /hr. = | $2,773.00 |
| AC MAHOLCHIC | ASSOCIATE | 0.40 hrs. at | $280.00 /hr. = | $112.00 |
| BA GRUPPO | PARALEGAL | 1.60 hrs. at | $250.00 /hr. = | $400.00 |
| EM O'BYRNE | PARALEGAL | 10.90 hrs. at | $195.00 /hr. = | $2,125.50 |
| | | | | $28,668.00 |

DISBURSEMENTS
| | |
|---|---|
| DINNER - LOCAL | 32.86 |
| LEXIS LEGAL RESEARCH | 1.05 |
| MEETING EXPENSE | 28.09 |
| MESSENGER SERVICE | 51.60 |
| OVERNIGHT MAIL | 31.07 |
| POSTAGE | 225.88 |
| PRINTING & DUPLICATING | 339.00 |
| TRAVEL AWAY FROM HOME | 178.45 |
| TOTAL DISBURSEMENTS | $888.00 |

BALANCE DUE THIS INVOICE                                              $29,556.00

PREVIOUS BALANCE                                                     $166,469.10

Duane Morris
July 14, 2008
Page 2

File# K0248-00001                          INVOICE# 1407007
TOTAL BALANCE DUE                              $196,025.10

Duane Morris
July 14, 2008
Page 3

File # K0248-00001                                    INVOICE #  1407007
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/2/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 6/2/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN (.2) | 0.20 | $39.00 |
| 6/3/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO D.T.SYKES, R.J.DIMASSA, L.J.KOTLER, M.LIPOWICZ, W.M.SIMKULAK, W.KATCHEN | 0.10 | $25.00 |
| 6/3/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 6/3/2008 | 004 | RW RILEY | REVIEWING MATTERS FOR JUNE OMNIBUS HEARING | 1.40 | $728.00 |
| 6/4/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 6/4/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 6/5/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 6/9/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 6/9/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET AND PRINT SAME | 0.20 | $39.00 |
| 6/10/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 6/10/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET FOR REVIEW | 0.20 | $39.00 |

Duane Morris
July 14, 2008
Page 4

File # K0248-00001                                    INVOICE #  1407007
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/11/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 6/11/2008 | 004 | EM O'BYRNE | DOWNLOAD AND REVIEW DAILY DOCKET SHEET | 0.20 | $39.00 |
| 6/12/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 6/12/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY BANKRUPTCY COURT DOCKET SHEET | 0.20 | $39.00 |
| 6/13/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET SHEET FROM BANKRUPTCY COURT SITE | 0.20 | $39.00 |
| 6/13/2008 | 004 | RW RILEY | REVIEWING MATTERS SCHEDULED FOR JUNE OMNIBUS HEARING | 0.60 | $312.00 |
| 6/16/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 6/16/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD BANKRUPTCY COURT DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 6/16/2008 | 004 | EM O'BYRNE | DOWNLOAD TWO DOCUMENTS FROM DOCKET SHEET AND FORWARD TO W KATCHEN | 0.30 | $58.50 |
| 6/17/2008 | 004 | AC MAHOLCHIC | FIND CORRECT CITATION FOR NECESSARY LEGISLATIVE HISTORY OF CODE PROVISION SOURCE | 0.40 | $112.00 |
| 6/17/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 6/17/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD BANKRUPTCY COURT DOCKET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 6/18/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET FROM BANKRUPTCY COURT SITE AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 6/19/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 6/19/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |

Duane Morris
July 14, 2008
Page 5

File # K0248-00001                                 INVOICE #  1407007
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/20/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 6/20/2008 | 004 | EM O'BYRNE | REVIEW DAILY DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 6/23/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET FOR NEW ENTRIES; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 6/24/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 6/24/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 6/25/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 6/25/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET SHEETS; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 6/26/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD BANKRUPTCY COURT DOCKET SHEET FORWARDING SAME TO W KATCHEN | 0.20 | $39.00 |
| 6/27/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 6/27/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 6/30/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 6/30/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET FOR NEW FILINGS; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| | | | Code Total | 8.10 | $2,351.50 |

Duane Morris
July 14, 2008
Page 6

File # K0248-00001                                          INVOICE #  1407007
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 5/27/2008 | 005 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: EPA SETTLEMENT AGREEMENT | 0.10 | $64.50 |
| 6/6/2008 | 005 | MR LASTOWSKI | ANALYSIS OF ORDER DENYING ANDERSON MEMORIAL HOSPITAL MOTION FOR CLASS CERTIFICATION | 0.20 | $129.00 |
| 6/9/2008 | 005 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL HOSPITAL 'S MOTION FOR LEAVE TO PURSUE APPEAL | 0.20 | $129.00 |
| 6/13/2008 | 005 | MR LASTOWSKI | REVIEW CERTIFICATION OF COUNSEL RE: ZAI BAR DATE ORDER | 0.20 | $129.00 |
| 6/16/2008 | 005 | JH LEMKIN | CONFERRING WITH W. KATCHEN RE OBJECTION TO LENDER'S CLAIMS RE (PENALTY/DEFAULT INTEREST) (.2); REVIEW DOCKET (.2); CONFER WITH R. RILEY RE FILING CONCERNING SAME (.1); REVIEW OBJECTION, SUMMARIZE AND FORWARD SUMMARY TO WKATCHEN (.6) | 1.10 | $418.00 |
| 6/16/2008 | 005 | MR LASTOWSKI | REVIEW ZAI MOTIONS AND CERTIFICATIONS RE: ORDERS | 0.20 | $129.00 |
| 6/17/2008 | 005 | MR LASTOWSKI | REVIEW ZAI CLAIMANTS' MOTIONS FOR CROSS BORCER PROTOCOLS | 0.20 | $129.00 |
| 6/30/2008 | 005 | MR LASTOWSKI | REVIEW ZONOLITE BAR DATE NOTICE | 0.20 | $129.00 |
| | | | Code Total | 2.40 | $1,256.50 |

Duane Morris
July 14, 2008
Page 7

File # K0248-00001                                    INVOICE #  1407007
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/16/2008 | 006 | MR LASTOWSKI | ANALYSIS OF DEBTORS' OBJECTION TO CLAIMS OF CERTAIN LENDERS FOR DEFAULT INTEREST | 1.20 | $774.00 |
| 6/23/2008 | 006 | MR LASTOWSKI | ANALYSIS OF LENDERS CLAIM FOR DEFAULT INTEREST | 1.20 | $774.00 |
| | | | Code Total | 2.40 | $1,548.00 |

Duane Morris
July 14, 2008
Page 8

File # K0248-00001                                    INVOICE #  1407007
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/4/2008 | 007 | WS KATCHEN | REVIEW DEBTOR'S RESPONSE TO PD COMMITTEE ZAI ISSUE | 0.20 | $141.00 |
| 6/5/2008 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO | 0.20 | $141.00 |
| 6/10/2008 | 007 | ME HOFFMAN | CONFERENCE WITH WSKATCHEN RE LEGAL RESEARCH RE DISCRIMINATION AND PLAN CONFIRMATION | 0.20 | $59.00 |
| 6/12/2008 | 007 | ME HOFFMAN | LEGAL RESEARCH RE DISCRIMINATION AND PLAN CONFIRMATION | 0.50 | $147.50 |
| 6/16/2008 | 007 | ME HOFFMAN | DISCUSSION WITH WSKATCHEN RE CRAMDOWN AND SOLVENCY DETERMINATION TIMING; LEGAL RESEARCH RE SAME | 2.50 | $737.50 |
| 6/16/2008 | 007 | WS KATCHEN | CONFERENCE WITH COMMITTEE MEMBERS | 0.50 | $352.50 |
| 6/17/2008 | 007 | ME HOFFMAN | COMMUNICATE WITH WSKATCHEN; LEGAL RESEARCH RE VALUATION; DRAFT DETAILED E-MAILS RE SAME | 5.50 | $1,622.50 |
| 6/17/2008 | 007 | WS KATCHEN | PREPARE FOR COMMITTEE MEETING | 0.80 | $564.00 |
| 6/19/2008 | 007 | ME HOFFMAN | COMMUNICATE WITH WSKATCHEN; LEGAL RESEARCH RE KENSINGTON OPINION; DRAFT E-MAIL TO ARLENE KRIEGER RE SAME | 0.40 | $118.00 |
| 6/19/2008 | 007 | WS KATCHEN | REVIEW AUTHORITIES FOR COMMITTEE REPLY | 0.80 | $564.00 |
| 6/19/2008 | 007 | WS KATCHEN | STRATEGY ON AUTHORITIES FOR COMMITTEE REPLY | 0.60 | $423.00 |
| 6/20/2008 | 007 | ME HOFFMAN | LEGAL RESEARCH RE TRUSTEE'S STANDING TO PIERCE CORPORATE VEIL IN THIRD CIRCUIT | 0.30 | $88.50 |
| | | | Code Total | 12.50 | $4,958.50 |

Duane Morris
July 14, 2008
Page 9

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1407007

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/25/2008 | 009 | MR LASTOWSKI | REVIEW AND EXECUTE DUANE MORRIS 75TH MONTHLY FEE APPLICATION | 0.10 | $64.50 |
| | | | Code Total | 0.10 | $64.50 |

Duane Morris
July 14, 2008
Page 10

File # K0248-00001                                    INVOICE #  1407007
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|-|-------|-------|
| 6/13/2008 | 012 | EM O'BYRNE | PREPARE CERTIFICATE OF NO OBJECTION (.3); EFILE WITH THE COURT (.1) | 0.40 | $78.00 |
| 6/16/2008 | 012 | EM O'BYRNE | FINALIZE DM'S TWENTY-EIGHTH QUARTER FEE APPLICATION (.2); SCAN AND PREPARE FOR EFILING (.3); EFILE WITH COURT (.2); COPY AND SERVE (1.5) | 2.20 | $429.00 |
| 6/16/2008 | 012 | MR LASTOWSKI | REVIEW, REVISE AND SIGN QUARTERLY FEE APPLICATION | 1.30 | $838.50 |
| 6/17/2008 | 012 | EM O'BYRNE | DRAFT MAY 2008 FEE APPLICATION FOR DUANE MORRIS (1.0) | 1.00 | $195.00 |
| 6/27/2008 | 012 | EM O'BYRNE | PREPARE 76TH MONTHLY FEE APPLICATION FOR EFILING (.2); EFILE WITH THE COURT (.2); COPY AND SERVE NOTICE PARTIES (.3) | 0.70 | $136.50 |
| | | | Code Total | 5.60 | $1,677.00 |

Duane Morris
July 14, 2008
Page 11

File # K0248-00001                                      INVOICE #  1407007
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/3/2008 | 013 | EM O'BYRNE | DOWNLOAD AND EFILE SEVENTEENTH QUARTERLY FEE APPLICATION OF CAPSTONE; COPY AND SERVE NOTICE ON 2002 SERVICE LIST (1.3) | 1.80 | $351.00 |
| 6/4/2008 | 013 | EM O'BYRNE | SAVE STROOCK & STROOCK & LAVAN'S EIGHTY FIFTH FEE APPLICATION IN PDF FORMAT (.1); EFILE WITH COURT (.2) | 0.30 | $58.50 |
| 6/25/2008 | 013 | EM O'BYRNE | PREPARE CERTIFICATION OF NO OBJECTION TO CAPSTONE'S FIFTIETH FEE APPLICATION (.3); EFILE WITH COURT (.1) | 0.40 | $78.00 |
| 6/25/2008 | 013 | MR LASTOWSKI | EXECUTE CNO FOR CAPSTONE 50TH INTERIM APPLICATION | 0.10 | $64.50 |
| | | | Code Total | 2.60 | $552.00 |

Duane Morris
July 14, 2008
Page 12

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1407007

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/2/2008 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 4.30 | $2,773.50 |
| 6/17/2008 | 015 | MR LASTOWSKI | ANALYSIS OF AGENDA ITEMS FOR JUNE OMNIBUS | 3.20 | $2,064.00 |
| 6/22/2008 | 015 | MR LASTOWSKI | REVIEW AGENDA ITEMS FOR OMNIBUS HEARING | 3.50 | $2,257.50 |
| 6/23/2008 | 015 | RW RILEY | PREPARATION FOR 6/23/08 OMNIBUS HEARING AND ATTENDING HEARING | 3.30 | $1,716.00 |
| | | | Code Total | 14.30 | $8,811.00 |

Duane Morris
July 14, 2008
Page 13

File # K0248-00001                                    INVOICE #  1407007
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/25/2008 | 018 | MR LASTOWSKI | ANALYSIS OF MOTION TO CLARIFY ORDER EXPANDING PRELIMINARY INJUNCTION AGAINST BURLINGTON NORTHERN AND SANTA FE RAILROADS | 0.20 | $129.00 |
| | | | Code Total | 0.20 | $129.00 |

Duane Morris
July 14, 2008
Page 14

File # K0248-00001                                    INVOICE #  1407007
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 6/30/2008 | 019 | WS KATCHEN | REVIEW STROOCK MEMO RE: IRS SETTLEMENT | 0.20 | $141.00 |
| | | | Code Total | 0.20 | $141.00 |

Duane Morris
July 14, 2008
Page 15

File # K0248-00001
   W.R. GRACE & CO.

INVOICE #  1407007

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/1/2008 | 025 | WS KATCHEN | REVIEW COURT'S OPINION ON ANDERSON MEMORIAL HOSPITAL | 0.30 | $211.50 |
| 6/1/2008 | 025 | WS KATCHEN | REVIEW EVEREST REINSURANCE AND MT. MCKINLEY INS. CO. STATEMENT RE: LIBBY SETTLEMENT | 0.10 | $70.50 |
| 6/2/2008 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO - PENSION FUNDING | 0.20 | $141.00 |
| 6/2/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S APPEAL BRIEF (LIBBY V. STATE OF MONTANA, INJUNCTION) | 0.30 | $211.50 |
| 6/2/2008 | 025 | WS KATCHEN | REVIEW ORDER DENYING MOTION BY P.D. CLAIMANTS COMMITTEE | 0.10 | $70.50 |
| 6/5/2008 | 025 | WS KATCHEN | REVIEW SKADDEN EMAIL | 0.10 | $70.50 |
| 6/6/2008 | 025 | WS KATCHEN | REVIEW PLAN CONFIRMATION ISSUE UNDER CONGOLEUM OPINION (.5) | 0.50 | $352.50 |
| 6/6/2008 | 025 | WS KATCHEN | VERIFYING CONFIRMATION FORWARD TO STROOCK | 0.10 | $70.50 |
| 6/10/2008 | 025 | WS KATCHEN | RESEARCH FOR PLAN ISSUE, NECESSITY TO CONFIRMATION GENESIS HEALTH, SEPARATE CLASSIFICATION | 0.90 | $634.50 |
| 6/11/2008 | 025 | WS KATCHEN | REVIEW APPLICATION TO EMPLOY THE AQUELI LLC | 0.20 | $141.00 |
| 6/12/2008 | 025 | WS KATCHEN | REVIEW STROOCK MEMO | 0.20 | $141.00 |
| 6/16/2008 | 025 | WS KATCHEN | REVIEW BNSF MOTION FOR CLARIFICATION | 0.20 | $141.00 |
| 6/16/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION RE: DISALLOWANCE POST PETITION CONTRACTUAL INTEREST | 0.30 | $211.50 |
| 6/16/2008 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.10 | $70.50 |
| 6/16/2008 | 025 | WS KATCHEN | REVIEW RESEARCH FOR OPPOSITION TO DEBTOR'S MOTION, PREPARE FOR COMMITTEE CONFERENCE CALL | 0.80 | $564.00 |
| 6/17/2008 | 025 | WS KATCHEN | RESEARCH ISSUES | 0.80 | $564.00 |
| 6/18/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH STROOCK RE: DEBTOR'S OBJECTION ON DEFAULT INTEREST LENDER'S | 0.40 | $282.00 |
| 6/18/2008 | 025 | WS KATCHEN | EMAIL STROOCK BASED ON RESEARCH TO DEBTOR'S OBJECTION | 0.20 | $141.00 |
| 6/19/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH A. KRIEGER | 0.20 | $141.00 |
| 6/19/2008 | 025 | WS KATCHEN | ADDITIONAL RESEARCH AND EMAIL TO STROOCK | 1.00 | $705.00 |
| 6/20/2008 | 025 | WS KATCHEN | REVIEW CANADIAN ZAI CLAIMANTS MOTION | 0.40 | $282.00 |

Duane Morris
July 14, 2008
Page 16

File # K0248-00001                                    INVOICE #  1407007
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/20/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION FOR ORDER APPROVING SETTLEMENT MONTANA DEPT. ENVIRONMENTAL QUALITY | 0.20 | $141.00 |
| 6/20/2008 | 025 | WS KATCHEN | MOTION RE: EXPANDED RETENTION REED SMITH | 0.20 | $141.00 |
| 6/20/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION AUTHORIZING SETTLEMENT IRS | 0.30 | $211.50 |
| 6/24/2008 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.20 | $141.00 |
| 6/25/2008 | 025 | WS KATCHEN | REVIEW PROPOSED ORDER DENYING ZAI MOTION TO APPOINT EXPERT | 0.10 | $70.50 |
| 6/25/2008 | 025 | WS KATCHEN | REVIEW ORDER ON MOTION OF ZAI DENYING 362(D) | 0.10 | $70.50 |
| 6/25/2008 | 025 | WS KATCHEN | REVIEW ORDER DENYING ZAI MOTION RULE 54(B) DETERMINATION | 0.10 | $70.50 |
| 6/25/2008 | 025 | WS KATCHEN | REVIEW MOTION FOR CLARIFICATION BY BNSF | 0.10 | $70.50 |
| 6/25/2008 | 025 | WS KATCHEN | REVIEW CERTIFICATION OF DEBTOR'S COUNSEL RE: ZAI BAR DATES AND MATERIALS | 0.20 | $141.00 |
| 6/26/2008 | 025 | WS KATCHEN | REVIEW 2 STROOCK MEMOS | 0.30 | $211.50 |
| | | | Code Total | 9.20 | $6,486.00 |

Duane Morris
July 14, 2008
Page 17

File # K0248-00001                                    INVOICE #  1407007
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 6/30/2008 | 027 | MR LASTOWSKI | ANALYSIS OF DEBTORS' MOTION FOR AN ORDER AUTHORIZING LOANS AGAINST DEBTORS' COMPANY OWNED LIFE INSURANCE POLICIES | 0.20 | $129.00 |
| | | | Code Total | 0.20 | $129.00 |

Duane Morris
July 14, 2008
Page 18

File # K0248-00001                                    INVOICE #  1407007
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 6/22/2008 | 029 | WS KATCHEN | ANALYSIS ON DEBTORS' OBJECTION TO LENDER'S DEFAULT RATE OF INTEREST - IN RE: ADELPHIA (GERBER, J.) USE OF 1129(B) - (FACTS IN ADELPHIA) AT P 18, 21 | 0.80 | $564.00 |
| | | | Code Total | 0.80 | $564.00 |

Duane Morris
July 14, 2008
Page 19

File # K0248-00001                                    INVOICE #  1407007
    W.R. GRACE & CO.

|  | TOTAL SERVICES | 58.60 | $28,668.00 |
|---|---|---|---|

Duane Morris
July 14, 2008
Page 20

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1407007

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 6/30/2008 | POSTAGE | | 225.88 |
| | | Total: | $225.88 |
| 6/30/2008 | DINNER - LOCAL | | 32.86 |
| | | Total: | $32.86 |
| 6/30/2008 | TRAVEL AWAY FROM HOME | | 178.45 |
| | | Total: | $178.45 |
| 6/30/2008 | MEETING EXPENSE | | 28.09 |
| | | Total: | $28.09 |
| 6/17/2008 | LEXIS LEGAL RESEARCH MAHOLCHIC, ADRIAN  C | | 1.05 |
| | | Total: | $1.05 |
| 5/21/2008 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGEL AT SR. VPGENERAL COUNSEL - COLUMBIA, MD FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798446242334) | | 10.66 |
| 5/21/2008 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAY AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #791071369832) | | 20.41 |
| | | Total: | $31.07 |
| 6/30/2008 | MESSENGER SERVICE | | 51.60 |
| | | Total: | $51.60 |
| 6/30/2008 | PRINTING & DUPLICATING | | 325.95 |
| 6/30/2008 | PRINTING & DUPLICATING | | 13.05 |
| | | Total: | $339.00 |
| | TOTAL DISBURSEMENTS | | $888.00 |