# Warren H. Smith & Associates, P.C.

325 North St. Paul Street
Suite 1250
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

September 11, 2008

In Reference To:     Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        11182

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/2/2008 | BSR | telephone conference with Warren Smith re W.R. Grace | 0.10 | 23.00 |
|  | BSR | telephone conference with Doreen Williams re WR Grace | 0.20 | 46.00 |
|  | WHS | telephone conference with Bobbi Ruhlander re status, assignments | 0.20 | 55.00 |
|  | BSR | telephone conference with Steve Bossay re case status and background | 0.30 | 69.00 |
|  | DTW | telephone conference with W. Smith regarding status of audit and telephone call with B. Ruhlander regarding same | 0.30 | 43.50 |
| 1/3/2008 | BSR | telephone conferences (2) with Warren Smith re case status (.1); office conference with Cherie re case status (.3) | 0.40 | 92.00 |
| 1/4/2008 | BSR | telephone conference with Warren Smith re distribution of work; telephone conference with Lisa Hamm re same | 0.10 | 23.00 |
| 1/7/2008 | JW | detailed review of Kirkland & Ellis August 2007 monthly invoice (3.9) | 3.90 | 526.50 |
| 1/8/2008 | BSR | detailed review of Bilzin Sumberg's July 2007 monthly invoice | 0.40 | 92.00 |

214 698-3868

W.R. Grace & Co.                                                                                           Page    2

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 1/8/2008 | JW | detailed review of Kirkland & Ellis August 2007 monthly invoice (9.8) | 9.80 | 1,323.00 |
|  | BSR | detailed review of Caplin & Drysdale's 26th interim fee application (including monthly invoices) | 0.50 | 115.00 |
|  | BSR | detailed review of Bilzin's Sept. 2007 monthly invoice and 26th interim fee application | 0.30 | 69.00 |
|  | BSR | detailed review of Bilzin's August 2007 monthly invoice | 0.40 | 92.00 |
|  | BSR | detailed review of Beveridge & Diamond's 26th interim fee application and monthly invoices | 0.40 | 92.00 |
|  | BSR | draft initial report re Beveridge & Diamond for the 26th interim period | 0.70 | 161.00 |
|  | BSR | telephone conference with Cherie Rogers re information needed to prepare quarterly project chart | 0.10 | 23.00 |
|  | BSR | detailed review of Capstone's 26th interim fee application and Oct. 2007 monthly invoice | 0.30 | 69.00 |
|  | BSR | detailed review of Capstone's August 2007 monthly invoice | 0.40 | 92.00 |
|  | BSR | detailed review of Capstone's July 2007 monthly invoice | 0.70 | 161.00 |
|  | BSR | detailed review of Orrick's Aug. 2007 monthly invoice and fee summary re same | 0.30 | 69.00 |
|  | BSR | research server for Orrick's 26th interim fee application; draft email to Richard Wyron re same | 0.10 | 23.00 |
|  | BSR | detailed review of Orrick's July 2007 monthly invoice | 1.00 | 230.00 |
| 1/9/2008 | LMH | telephone conference with B. Ruhlander re: remaining initial reports for the twenty-sixth interim period. | 0.10 | 13.50 |

W.R. Grace & Co.                                                                                                    Page    3

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/9/2008 | DTW | Review and revise 26th interim initial report for Beveridge (.1) | 0.10 | 14.50 |
|  | JW | detailed review of Kirkland & Ellis August 2007 monthly invoice (9.3) | 9.30 | 1,255.50 |
|  | LMH | receive, review, and respond to e-mail from B. Ruhlander re: initial reports for Pachulski's and Stroock's quarterly applications for the twenty-sixth interim period. | 0.10 | 13.50 |
|  | LMH | receive and review e-mail from B. Ruhlander confirming that no fee application cap applies to this case. | 0.10 | 13.50 |
|  | BSR | research database to determine status of applications of various professionals for the 26th interim period | 0.50 | 115.00 |
|  | BSR | draft initial report re Bilzin for the 26th interim period | 1.00 | 230.00 |
|  | BSR | detailed review of Hamilton's 26th interim fee application and monthly invoices | 0.20 | 46.00 |
|  | BSR | detailed review of Caplin & Drysdale's 26th interim fee application with monthly invoices | 1.60 | 368.00 |
|  | BSR | telephone conference with Lisa Hamm re WR Grace initial reports and draft email to Lisa re same (.1); determine which applications for her to review (.1) | 0.20 | 46.00 |
| 1/10/2008 | BSR | draft initial report re Bilzin for the 26th interim period (cont.) | 0.50 | 115.00 |
|  | JW | detailed review of Kirkland & Ellis August 2007 monthly invoice (6.7); draft summary of same (3.6) | 10.30 | 1,390.50 |
|  | WHS | receive and review e-mail from Jan Baer re expenses | 0.10 | 27.50 |
|  | DTW | Review and revise Bilzen initial report (.1) | 0.10 | 14.50 |
|  | BSR | draft initial report re Caplin & Drysdale for the 26th interim period | 0.80 | 184.00 |

Case 01-01139-AMC    Doc 19584-1    Filed 09/22/08    Page 4 of 33

W.R. Grace & Co.                                                              Page      4

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/11/2008 | BSR | draft e-mails to applicants regarding initial reports for the 26th interim period | 0.20 | 46.00 |
| | BSR | detailed review of Buchanan's 26th interim fee application and monthly invoices | 0.50 | 115.00 |
| | BSR | draft initial report re Baker Donelson for the 26th interim period | 1.70 | 391.00 |
| | DTW | review and revise Caplin 26th initial report (.1) | 0.10 | 14.50 |
| | WHS | receive, review, and respond to e-mail from Bobbi Ruhlander re Kirkland | 0.10 | 27.50 |
| | BSR | detailed review of Baker's monthly invoices for July - Sept. 2007 | 1.10 | 253.00 |
| | BSR | detailed review of David Austern's 26th interim fee application and monthly invoices | 0.20 | 46.00 |
| | JW | detailed review of Kirkland & Ellis September 2007 monthly invoice (6.1) | 6.10 | 823.50 |
| | JW | draft summary of Kirkland & Ellis August 2007 monthly invoice (2.9) | 2.90 | 391.50 |
| | BSR | draft initial report re Anderson Kill & Olick for the 26th interim period | 0.30 | 69.00 |
| | BSR | draft initial report re Caplin & Drysdale for the 26th interim period | 1.80 | 414.00 |
| | BSR | detailed review of Anderson Kill & Olick's 26th interim fee application and monthly invoices | 0.30 | 69.00 |
| | BSR | telephone conference with Warren Smith re status of application review; telephone conference with Steve Bossay re issues in 26th interim fee applications | 0.10 | 23.00 |
| 1/12/2008 | JW | detailed review of Kirkland & Ellis September 2007 monthly invoice (2.7) | 2.70 | 364.50 |

W.R. Grace & Co.                                                                                          Page      5

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/12/2008 | BSR | detailed review of Casner's 26th interim fee application and monthly invoices | 0.40 | 92.00 |
| | BSR | detailed review of Deloitte's April and June 2007 monthly invoices; check status of filing of quarterly fee application | 0.20 | 46.00 |
| | BSR | detailed review of LAS' 26th interim fee application and monthly invoices | 0.30 | 69.00 |
| | BSR | receive and review Charter Oak's retention application and order | 0.20 | 46.00 |
| | BSR | detailed review of Charter Oak's quarterly application for the 26th period as well as monthly invoices for same | 0.30 | 69.00 |
| | BSR | draft initial report re Ogilvy Renault for the 26th interim period | 0.30 | 69.00 |
| | BSR | detailed review of Ogilvy Renault's 26th interim fee application and monthly invoices (.7); research prior Ogilvy invoices to determine purpose of current database maintenance charges (.6) | 1.30 | 299.00 |
| | BSR | detailed review of Day Pitney's 26th interim fee application and monthly invoices | 0.40 | 92.00 |
| | BSR | draft initial report re Day Pitney for the 26th interim period | 0.30 | 69.00 |
| | BSR | research database to determine status of missing monthly invoices and interim applications of various applicants | 0.40 | 92.00 |
| | BSR | detailed review of Latham & Watkins' August 2007 monthly invoice; check status of firm's July and Sept 2007 invoices and quarterly fee application | 0.10 | 23.00 |
| | BSR | detailed review of Foley Hoag's 26th interim fee application and monthly invoices | 0.30 | 69.00 |
| 1/14/2008 | BSR | detailed review of Reed Smith's July and August 2007 monthly invoices | 0.70 | 161.00 |
| | DTW | Review and revise 26th interim initial reports for AKO, Baker, Day Pitney and Ogilvie (.3) | 0.30 | 43.50 |

W.R. Grace & Co.                                                                                    Page    6

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/14/2008 | JW | detailed review of Kirkland & Ellis September 2007 monthly invoice (9.2) | 9.20 | 1,242.00 |
| | BSR | telephone conference with Mark Zumbach of Lexecon concerning status of their monthly invoices and quarterly fee application for the 26th period; brief review of file; draft email to Cherie Rogers inquiring as to prior quarterly fee applications and status of review of same | 0.20 | 46.00 |
| | BSR | detailed review of Reed Smith's Sept. 2007 monthly invoice | 0.40 | 92.00 |
| | BSR | draft initial report re Reed Smith for the 26th interim period | 0.70 | 161.00 |
| 1/15/2008 | JW | detailed review of Kirkland & Ellis September 2007 monthly invoice (5.9); draft summary of same (3.1) | 9.00 | 1,215.00 |
| | BSR | draft (continued) Reed Smith inital report for the 26th interim period | 0.40 | 92.00 |
| 1/16/2008 | JW | draft summary of K&E September 2007 monthly invoice (1.2) | 1.20 | 162.00 |
| | BSR | telephone conference with Cherie Rogers re emailing initial reports for the 26th interim period | 0.10 | 23.00 |
| | BSR | detailed review of Orrick's Sept. 2007 monthly invoice and 26th interim fee application (including copies of several hundred expense receipts provided by Orrick) | 2.40 | 552.00 |
| | BSR | draft initial report re Orrick for the 26th interim period | 2.20 | 506.00 |
| | BSR | detailed review of Kirkland & Ellis's expenses for July through September 2007 | 1.60 | 368.00 |
| 1/17/2008 | BSR | detailed review of Kirkland & Ellis' 26th interim fee application and monthly invoices (including review and edit of fee summaries re same for inclusion in initial report) | 6.40 | 1,472.00 |
| | DTW | detailed review and revision of Orrick 26th Int. initial report | 0.10 | 14.50 |

W.R. Grace & Co.                                                                                    Page      7

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/17/2008 | BSR | review past initial and final reports re Kirkland & Ellis | 0.80 | 184.00 |
|  | BSR | telephone conference with Warren Smith re handling of various expense issues in Kirkland & Ellis' fee applications | 0.10 | 23.00 |
|  | BSR | draft initial report re Kirland & Ellis for the 26th interim period | 1.50 | 345.00 |
| 1/18/2008 | BSR | draft initial report re Towers Perrin for the 26th interim period | 0.90 | 207.00 |
|  | BSR | receive and review Piper Jaffray's engagement letter | 0.20 | 46.00 |
|  | BSR | detailed review of Nelson's monthly invoices for July through Sept. 2007 | 0.10 | 23.00 |
|  | BSR | detailed review of Woodcock's 26th interim fee application and monthly invoices | 0.20 | 46.00 |
|  | BSR | draft initial report re Piper Jaffray for the 26th interim period | 0.30 | 69.00 |
|  | BSR | detailed review of Sullivan's monthly invoices for July through Sept. 2007; search database for status of quarterly fee application | 0.20 | 46.00 |
|  | BSR | detailed review of Steptoe's monthly invoices for July through Sept. 2007; check database to determine status of firm's quarterly fee application | 0.10 | 23.00 |
|  | BSR | detailed review of Piper Jaffray's 26th interim fee application and monthly invoices | 0.20 | 46.00 |
|  | WHS | receive and review agenda | 0.10 | 27.50 |
|  | DTW | detailed review of and revisions to K&E and Towers initial reports for the 26th period (.2) | 0.20 | 29.00 |
|  | BSR | draft initial report re Kirkland & Ellis for the 26th interim period | 2.30 | 529.00 |

W.R. Grace & Co.

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/18/2008 | BSR | detailed review of PwC's August and September 2007 monthly invoices | 0.60 | 138.00 |
| | BSR | detailed review of Phillips' 26th interim fee application and monthly invoices | 0.80 | 184.00 |
| 1/20/2008 | LMH | detailed review of Ferry Joseph's July 2007 application. | 0.50 | 67.50 |
| | LMH | detailed review of Stroock's July 2007 application. | 1.00 | 135.00 |
| | LMH | detailed review of Ferry Joseph's August 2007 application. | 0.40 | 54.00 |
| 1/21/2008 | WHS | receive and review certification | 0.10 | 27.50 |
| | LMH | detailed review of Stroock's August 2007 application. | 0.60 | 81.00 |
| | LMH | detailed review of Stroock's September 2007 application. | 0.40 | 54.00 |
| | BSR | draft initial report re Perkins Coie for the 26th interim period | 1.00 | 230.00 |
| | BSR | detailed review of Perkins Coie's monthly invoices for September, November, and December 2006, and March 2007, as well as order allowing Perkins (an OCP) to file for fees in excess of its $50k cap | 1.00 | 230.00 |
| | BSR | telephone conference with Cherie Rogers concerning checking for Forman Perry's response on the issue of fee application preparation time for the previous period | 0.10 | 23.00 |
| | BSR | review of initial and final reports for previous period to determine Forman Perry's response on the issue of excess time spent on fee application matters | 0.20 | 46.00 |
| | BSR | research regarding status of Forman Perry's quarterly application for the 26th interim period; left voice mail message for Marcy Croft inquiring as to same | 0.20 | 46.00 |

W.R. Grace & Co.                                                                                          Page      9

|            |     |                                                                                                                                                                          | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 1/21/2008  | BSR | telephone conference with Steve Bossay re various applicant issues                                                                                                        | 0.20  | 46.00  |
| 1/22/2008  | LMH | draft e-mail to B. Ruhlander re: expert retention order.                                                                                                                  | 0.10  | 13.50  |
|            | LMH | telephone conference with B. Ruhlander re: various reviewing issues.                                                                                                      | 0.30  | 40.50  |
|            | LMH | draft initial report for Stroock's quarterly application for the twenty-sixth interim period.                                                                             | 1.40  | 189.00 |
|            | LMH | receive and review e-mail from B. Ruhlander re: expert retention order.                                                                                                   | 0.10  | 13.50  |
|            | BSR | draft e-mail to Alexa Parnell concerning review of initial reports; telephone conference with Cherie Rogers re same                                                       | 0.10  | 23.00  |
|            | BSR | telephone conference with Lisa Hamm re issues arising in the fee applications she is reviewing for the 26th interim period                                                | 0.30  | 69.00  |
|            | DTW | detailed review and revisions of Piper Jafferey initial report for the 26th interim, same re: Perkins initial report for the 26th interim                                 | 0.20  | 29.00  |
| 1/23/2008  | LMH | Additions to draft initial report for Stroock's quarterly application for the twenty-sixth interim period.                                                                | 1.00  | 135.00 |
|            | BSR | receive and review draft initial report re Stroock for the 26th interim period prepared by L. Hamm (.6); telephone conference with Lisa re revisions to same (.1)         | 0.70  | 161.00 |
|            | LMH | draft e-mail to B. Ruhlander re: expert retention order.                                                                                                                  | 0.20  | 27.00  |
| 1/24/2008  | LMH | detailed review of BMC's August 2007 application.                                                                                                                         | 0.30  | 40.50  |
|            | BSR | receive, review, and respond to email from Lisa Hamm re preparation of initial report for Ferry Joseph for the 26th interim period                                        | 0.10  | 23.00  |
|            | LMH | receive and review e-mail from B. Ruhlander re: initial report for Ferry Joseph's quarterly application for the twenty-sixth interim period.                              | 0.10  | 13.50  |

W.R. Grace & Co.                                                                                    Page    10

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/24/2008 | LMH | detailed review of Ferry Joseph's September 2007 application. | 0.30 | 40.50 |
| | LMH | detailed review of Ferry Joseph's quarterly application for the twenty-sixth interim period, and draft e-mail to B. Ruhlander re: same. | 0.40 | 54.00 |
| | LMH | detailed review of BMC's July 2007 application. | 0.80 | 108.00 |
| | BSR | receive, review, and respond to Cherie concerning application filed by CSX for administrative expenses | 0.10 | 23.00 |
| 1/25/2008 | LMH | detailed review of Richardson Patrick's July 2007 application. | 0.10 | 13.50 |
| | LMH | detailed review of Richardson Patrick's August 2007 application. | 0.10 | 13.50 |
| | LMH | detailed review of Richardson Patrick's September 2007 application. | 0.10 | 13.50 |
| | LMH | research regarding why no fee detail was attached to any of Kramer Levin's monthly applications for the twenty-sixth interim period, and draft e-mail to J. Allgood re: same. | 0.20 | 27.00 |
| | LMH | detailed review of Kramer's quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
| | LMH | detailed review of Kramer's September 2007 application. | 0.10 | 13.50 |
| | LMH | detailed review of Richardson Patrick's quarterly application for the twenty-sixth interim period, and draft e-mail to B. Ruhlander re: same. | 0.10 | 13.50 |
| | LMH | receive and review e-mail from B. Ruhlander re: potential fee and expense issues in Duane Morris' quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
| | LMH | receive and review e-mail from B. Ruhlander re: issues to raise in an initial report for Campbell's quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |

W.R. Grace & Co.                                                                                    Page    11

|  |  | | Hours | Amount |
|---|---|---|---|---|
| 1/25/2008 | LMH | Multiple telephone conferences with J. Allgood re: CD/DVD duplication expenses in Campbell's quarterly application for the twenty-sixth interim period. | 0.20 | 27.00 |
| | LMH | draft notes on issues for Campbell's twenty-sixth interim period application, and draft e-mail to B. Ruhlander re: same. | 0.70 | 94.50 |
| | LMH | detailed review of Campbell's quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
| | WHS | receive and review response of Day Pitney | 0.10 | 27.50 |
| | BSR | receive, review, and respond to emails from Lisa Hamm regarding applications she has reviewed for the 26th interim period | 0.20 | 46.00 |
| | LMH | detailed review of Campbell & Levine's July 2007 application. | 0.50 | 67.50 |
| | LMH | detailed review of Campbell & Levine's August 2007 application. | 0.50 | 67.50 |
| | LMH | detailed review of Campbell's September 2007 application. | 0.50 | 67.50 |
| | LMH | detailed review of Kramer's August 2007 application. | 0.10 | 13.50 |
| | LMH | detailed review of Duane Morris' July 2007 application. | 0.20 | 27.00 |
| | LMH | detailed review of Duane Morris' August 2007 application. | 0.10 | 13.50 |
| | LMH | detailed review of Duane Morris' September 2007 application. | 0.20 | 27.00 |
| | LMH | draft notes on issues in Duane Morris' applications for the twenty-sixth interim period and draft e-mail to B. Ruhlander re: same. | 0.40 | 54.00 |
| | LMH | detailed review of Kramer's July 2007 application. | 0.10 | 13.50 |

W.R. Grace & Co.                                                                                  Page    12

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/27/2008 | LMH | detailed review of Pachulski's July 2007 application. | 0.50 | 67.50 |
|  | LMH | detailed review of Pachulski's August 2007 application. | 0.50 | 67.50 |
|  | LMH | detailed review of Pachulski's September 2007 application. | 0.30 | 40.50 |
|  | LMH | detailed review of BMC's August 2007 application. | 1.10 | 148.50 |
|  | LMH | detailed review of BMC's September 2007 application. | 0.60 | 81.00 |
| 1/28/2008 | DTW | detailed review and revision of 26th interim initial reports for Campbell and Ferry Joseph (.2) | 0.20 | 29.00 |
|  | LMH | draft notes for potentially objectionable fee and expense entries from BMC's filings in the twenty-sixth interim period, and draft e-mail to B. Ruhlander re: same. | 0.90 | 121.50 |
|  | LMH | draft notes on potentially objectionable fees and expenses from Pachulski's twenty-sixth interim period filings, and draft e-mail to B. Ruhlander re: same. | 0.40 | 54.00 |
|  | LMH | detailed review of historical documents to determine status of Kramer's requirement to provide fee detail in its applications. | 0.60 | 81.00 |
|  | LMH | receive and review e-mail from B. Ruhlander re: parameters for initial report for BMC's quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
|  | LMH | receive and review e-mail from B. Ruhlander re: parameters for initial report for Pachulski's quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
|  | BSR | receive, review, and respond to Lisa Hamm concerning email information she sent re issues with Pachulski 26th application | 0.10 | 23.00 |
|  | BSR | draft final report re Ogilvy for the 26th interim period | 0.40 | 92.00 |
|  | BSR | detailed review of Asbestos Claimants' Committee expense application for the 26th interim period | 0.10 | 23.00 |

W.R. Grace & Co.                                                                                              Page    13

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/28/2008 | BSR | research server and database for status of applications filed by various applicants (.1); draft email to Tony Scoles of Deloitte inquiring as to status of Deloitte's quarterly application for the 26th interim period (.1) | 0.20 | 46.00 |
|  | LMH | receive, review, and respond to e-mail from J. Allgood re: Kramer's fee applications with no fee detail attached. | 0.10 | 13.50 |
|  | LMH | draft initial report for Campbell's quarterly application for the twenty-sixth interim period. | 0.40 | 54.00 |
|  | LMH | draft initial report for Ferry Joseph's quarterly application for the twenty-sixth interim period. | 0.30 | 40.50 |
|  | LMH | receive and review e-mail from B. Ruhlander re: draft initial report for Campbell's twenty-sixth interim period application. | 0.10 | 13.50 |
|  | LMH | detailed review of Pachulski's quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
|  | BSR | detailed review (continued) of Forman Perry's July 2007 monthly invoice | 0.30 | 69.00 |
|  | BSR | receive and review Ogilvy's response to initial report for the 26th interim period | 0.10 | 23.00 |
|  | BSR | receive, review, and respond to email information from Lisa Hamm re BMS expenses for 26th interim period | 0.20 | 46.00 |
|  | LMH | draft e-mail to B. Ruhlander re: lack of fee detail in Kramer's fee applications. | 0.10 | 13.50 |
|  | LMH | telephone conference with S. Bossay re: Kramer's fee applications and lack of any fee detail. | 0.10 | 13.50 |
|  | LMH | draft e-mail to L. Cotto, Kramer Levin, re: missing fee detail for the twenty-sixth interim period. | 0.10 | 13.50 |
|  | BSR | telephone conference with Towers Perrin re issues raised in initial report for the 26th interim period | 0.10 | 23.00 |
|  | BSR | receive and review draft initial report re Ferry Joseph for the 26th period prepared by Lisa Hamm; revise same and forward to Doreen | 0.20 | 46.00 |

W.R. Grace & Co.

Page    14

| | | | Hours | Amount |
|---|---|---|---|---|
| 1/28/2008 | BSR | receive and review draft initial report re Campbell & Levine prepared by Lisa Hamm (.1); revise same and forward to Doreen (.1) | 0.20 | 46.00 |
| 1/29/2008 | LMH | receive, review, and respond to e-mail from B. Ruhlander re: initial report status. | 0.10 | 13.50 |
| | BSR | draft e-mails to various applicants inquiring as to status of quarterly and monthly filings for the 26th period | 0.50 | 115.00 |
| | BSR | telephone conference with Jeff Allgood re final report deadlines for the 26th period | 0.10 | 23.00 |
| | LMH | draft initial report for BMC's quarterly application for the twenty-sixth interim period. | 0.60 | 81.00 |
| | LMH | receive and review e-mail from B. Ruhlander re: draft initial report for Pachulski's quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
| | BSR | receive and review Fee Auditor Retention Order and Amended Administrative Order for Professionals | 0.20 | 46.00 |
| | BSR | receive, review, and respond to two emails from Yaprak Soysal of Smith Katzenstein concerning due dates for fee applications and forward fee auditor orders | 0.30 | 69.00 |
| | BSR | receive and review draft initial report re Pachulski (26th) and revise same (.2); review draft initial report re BMC (26th) and revise same (.2) | 0.40 | 92.00 |
| | BSR | draft e-mails (multiple) to Cherie Rogers re missing PwC fee applications | 0.20 | 46.00 |
| | LMH | receive and review e-mail from B. Ruhlander re: draft initial report for BMC's quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
| | LMH | draft initial report for Pachulski's quarterly application for the twenty-sixth interim perod. | 0.30 | 40.50 |
| | BSR | draft e-mail to Lisa Hamm checking status of initial reports; respond to email from Lisa re issues with Kramer's application | 0.10 | 23.00 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: Kramer's lack of fee detail in any of its monthly invoices for the twenty-sixth interim period. | 0.10 | 13.50 |

W.R. Grace & Co.

Page    15

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 1/30/2008 | DTW | detailed review and revisions of 26th interim initial report for Pachulski and BMC (.2) | 0.20 | 29.00 |
| | WHS | receive and review e-mail from Janet Baer re fee apps | 0.10 | 27.50 |
| | LMH | telephone conference with V. Rodriguez, Kramer, re: status of requested fee detail, and draft e-mail to B. Ruhlander re: same. | 0.40 | 54.00 |
| | LMH | receive and review e-mail from B. Ruhlander re: status of Kramer's requested fee application detail. | 0.10 | 13.50 |
| 1/31/2008 | BSR | receive and review Steptoe's quarterly fee application for the 26th interim period | 0.10 | 23.00 |
| 2/4/2008 | BSR | detailed review of Nelson's 26th interim fee application | 0.20 | 46.00 |
| | BSR | research server for Lexecon's July 2007 monthly invoice | 0.30 | 69.00 |
| | BSR | detailed review of Baker Donelson's 26th interim fee application | 0.20 | 46.00 |
| | BSR | review of Fee Auditor Order | 0.20 | 46.00 |
| | BSR | detailed review of PwC's July 2007 monthly invoice and 26th interim fee application | 1.10 | 253.00 |
| | BSR | detailed review of The Scott Law Group's monthly invoices for July through Sept. 2007; check server for quarterly fee application (.1); telephone call to Samantha Simatos of Scott inquiring as to status of firm's quarterly fee application for the 26th interim period (.1) | 0.30 | 69.00 |
| 2/5/2008 | LMH | detailed review of Kramer's fee detail for July,  August, and September 2007 billing invoices. | 0.80 | 108.00 |
| | LMH | receive and review e-mail from V. Rodriquez, Kramer, re: service of fee detail for July, August, and September 2007 billing invoices. | 0.10 | 13.50 |
| | LMH | draft e-mail to B. Ruhlander re: Kramer's service of fee detail for the twenty-sixth interim period. | 0.10 | 13.50 |

W.R. Grace & Co.                                                                                          Page     16

|  |  | | **Hours** | **Amount** |
|---|---|---|---|---|
| 2/5/2008 | LMH | draft notes on potentially objectionable fees and expenses from Kramer's twenty-sixth interim period monthly invoices. | 0.60 | 81.00 |
| 2/6/2008 | LMH | telephone conference with C. Rogers re: Kramer prior period fee activity and draft e-mail to B. Ruhlander re: same. | 0.20 | 27.00 |
| | BSR | receive, review, and respond to email from Lisa Hamm re issues in Kramer 26th interim fee application | 0.10 | 23.00 |
| | BSR | telephone conference with Jeff Allgood re Anderson response; return telephone call from Arlen Pelpin at AKO re same | 0.10 | 23.00 |
| | LMH | draft e-mail to B. Ruhlander re: notes on potentially objectionable fees and expenses from Kramer's twenty-sixth interim period invoices. | 0.10 | 13.50 |
| | LMH | Continue drafting notes on potentially objectionable fees and expenses from Kramer's twenty-sixth interim period invoices. | 0.70 | 94.50 |
| | LMH | telephone conference with B. Ruhlander re: fee and expense issues to raise in an initial report to Kramer. | 0.10 | 13.50 |
| 2/7/2008 | BSR | receive and review draft initial report re Kramer for the 26th interim period; revise same | 0.30 | 69.00 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: Mealey's charges. | 0.10 | 13.50 |
| | LMH | draft initial report for Kramer's twenty-sixth interim period application. | 0.40 | 54.00 |
| 2/11/2008 | BSR | detailed review of Deloitte's May, July, August, and Sept. 2007 monthly invoices | 0.50 | 115.00 |
| | BSR | detailed review of Forman Perry's August, Sept., Oct. 2007 monthly applications and 26th quarterly fee application | 1.20 | 276.00 |
| | BSR | draft initial report re Deloitte Tax for the 26th interim period | 0.90 | 207.00 |
| | BSR | detailed review of Lexecon's Sept. 2007 monthly invoice | 0.20 | 46.00 |

W.R. Grace & Co.                                                                                      Page    17

|            |     |                                                                                                  | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------|-------|--------|
| 2/11/2008  | BSR | research docket and server for Lexecon's July 2007 monthly invoice (.3); draft email to Melissa Flores at Buchanan  re same (.1) | 0.40  | 92.00  |
|            | BSR | detailed review of Lexecon's August 2007 monthly invoice                                          | 0.30  | 69.00  |
|            | BSR | research server for any previous initial or final reports prepared on Lexecon (found none)        | 0.30  | 69.00  |
| 2/12/2008  | DTW | detailed review of and revision to Deloitte 26th initial report (.1)                              | 0.10  | 14.50  |
|            | CR  | Update database with e-detail Buchanan 10/1/07-12/31/07-27th interim application                  | 0.10  | 4.00   |
|            | WHS | receive and review e-mail from Arlene Krieger re response                                         | 0.10  | 27.50  |
|            | BSR | draft initial report re Forman Perry for the 26th interim period                                  | 0.30  | 69.00  |
|            | BSR | detailed review of Forman Perry's Oct. 2007 monthly invoice and 26th quarterly fee application    | 0.20  | 46.00  |
| 2/13/2008  | DTW | detailed review of and revisions to Forman Perry 26th intitial report (.1)                        | 0.10  | 14.50  |
|            | BSR | detailed review of Lexecon's July 2007 monthly invoice; draft email to Lexecon re same            | 0.30  | 69.00  |
|            | BSR | draft initial report re Forman Perry for the 26th interim period                                  | 0.20  | 46.00  |
| 2/14/2008  | WHS | receive and review e-mail from Jan Baer re experts                                                | 0.10  | 27.50  |
|            | WHS | detailed review of response of Piper Jaffray & Co                                                 | 0.10  | 27.50  |
|            | BSR | receive, review, and respond to email from Janet Baer re professionals' invoices                 | 0.10  | 23.00  |

W.R. Grace & Co.                                                                          Page    18

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/14/2008 | DTW | detailed review of and revisions to Lexicon 26th initial report (.1) | 0.10 | 14.50 |
|  | WHS | detailed review of response to the Fee Auditor's Initial Report Regarding Fee Application of Beveridge & Diamond, P.C. | 0.10 | 27.50 |
| 2/15/2008 | WHS | receive and review agenda | 0.10 | 27.50 |
|  | WHS | receive and review Perkins Coie | 0.10 | 27.50 |
| 2/18/2008 | BSR | receive and review additional fee and expense detail from Towers Perrin to supplement 26th interim fee application | 0.40 | 92.00 |
|  | BSR | receive and review Anderson Kill & Olick's response to initial report for the 26th interim period | 0.10 | 23.00 |
|  | BSR | draft final report re Campbell & Levine for the 26th interim period | 0.40 | 92.00 |
|  | BSR | draft final report re Ferry Joseph for the 26th interim period | 0.40 | 92.00 |
|  | BSR | review status of responses for all applicants for the 26th interim period (.3); draft emails to applicants whose responses we have not yet received (.3) | 0.60 | 138.00 |
|  | BSR | receive and review The Scott Law Group's quarterly fee application for the 26th interim period; forward same to Cherie for server | 0.20 | 46.00 |
|  | BSR | draft final report re Baker Donelson for the 26th interim period | 2.30 | 529.00 |
|  | BSR | receive and review response from Baker Donelson to initial report for the 26th interim period | 0.20 | 46.00 |
|  | BSR | draft final report re Day Pitney for the 26th interim period | 0.30 | 69.00 |
|  | BSR | receive and review Day Pitney's response to fee auditor's initial report for the 26th interim period | 0.10 | 23.00 |

W.R. Grace & Co.                                                                                    Page    19

|            |     |                                                                                                                                                                                                  | Hours | Amount |
|------------|-----|--------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 2/18/2008  | BSR | review order for retention of experts and emails from Lisa Hamm re same                                                                                                                          | 0.20  | 46.00  |
|            | BSR | draft final report re Piper Jaffray for the 26th interim period                                                                                                                                  | 0.40  | 92.00  |
|            | BSR | draft final report re Pachulski for the 26th interim period                                                                                                                                      | 0.30  | 69.00  |
|            | CR  | Update database with 27th interim app 10/1/07-12/31/07 for Buchanan and Kramer (.2)  26th Interim app 7/1/07-9/30/07 for PwC, Steptoe and Scott Law (.3); update monthly invoices for Kramer 12.07, Casner 12.07, Foley 11.07 (.3) and Deloitte Tax, 7.07, 8.07 and 9.07 (.2) | 1.00  | 40.00  |
|            | WHS | receive and review K&E response                                                                                                                                                                  | 0.10  | 27.50  |
| 2/19/2008  | BSR | receive, review, and respond to email from Lynn Oberholzer re fee application just received from Fragomen Del Ray                                                                                 | 0.10  | 23.00  |
|            | CR  | prepare Lexecon 26th interim initial report for service                                                                                                                                          | 0.30  | 12.00  |
|            | BSR | draft e-mail to Pamela Marks of Beveridge repeating our previous inquiries                                                                                                                        | 0.30  | 69.00  |
|            | CR  | Update database with e-detail for Foley 10/1/07-12/31/07                                                                                                                                          | 0.20  | 8.00   |
|            | CR  | Update database with e-detail of monthly invoices for Capstone 12.07; PwC 27th interim app 10/1/07-12/31/07                                                                                       | 0.40  | 16.00  |
|            | BSR | receive, review, and respond to email from Richard Wyron at Orrick re initial report for the 26th interim period                                                                                  | 0.20  | 46.00  |
|            | CR  | Update database with E-detail of K&E's 26th Interim Initial Report response, Monthly inovices for BMC 12.07, Perkins 9/1/06-3/31/07, David Austern 12.07                                          | 0.30  | 12.00  |
|            | BSR | draft final report re Reed Smith for the 26th interim period                                                                                                                                      | 1.00  | 230.00 |

W.R. Grace & Co.                                                                                         Page    20

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/19/2008 | BSR | receive, review, and respond to Cherie Rogers' email requesting additional information for quarterly spreadsheet | 0.10 | 23.00 |
|  | BSR | draft final report re Stroock for the 26th interim period | 0.80 | 184.00 |
|  | BSR | draft final report re Beveridge for the 26th interim period | 0.40 | 92.00 |
|  | CR | Draft Project Category Spreadsheet for 26th interim | 3.10 | 341.00 |
|  | CR | Update database with e-detail of 27th Interim applications 10/1/07-12/31/07 for Campbell, Caplin, LAS, AKO, Charter Oak, Asbestos Committee and 26th Interim applications 7/1/07-9/30/07 for Scott and for Baker; Baker's 26th Interim Initial Report Response | 1.00 | 40.00 |
|  | CR | Update database with 26th interim initial report response from Stroock | 0.20 | 8.00 |
| 2/20/2008 | BSR | draft final report re Perkins Coie for the 26th interim period | 0.40 | 92.00 |
|  | BSR | draft e-mails to various applicants forwarding initial reports and inquiring as to status of responses | 1.40 | 322.00 |
|  | BSR | telephone conferences (2) with Douglas Mannal of Kramer Levin re items needed in response to initial report | 0.10 | 23.00 |
|  | BSR | receive and review response from Kirkland and Ellis to initial report for 26th interim period | 1.50 | 345.00 |
|  | BSR | draft final report re Kirkland & Ellis for the 26th interim period | 0.30 | 69.00 |
|  | LMH | receive, review, and respond to e-mail from B. Ruhlander re: status of response from Kramer Levin to its initial report for the twenty-sixth interim period. | 0.10 | 13.50 |
|  | CR | Electronic filing with court of Revised 26th interim Final Reports for Ferry, Campbell, Piper, and Pachulksi  and 26th Interim Final Reports for Day and Perkins Coie | 1.40 | 56.00 |

W.R. Grace & Co.                                                                                          Page    21

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/20/2008 | CR | Update database with e-detail - Ogilvy 27th Interim application 10/1/07-12/31/07 | 0.20 | 8.00 |
| | WHS | detailed review of Day Pitney 26th Int FR | 0.20 | 55.00 |
| | WHS | detailed review of, and revisions to, Piper Jaffray 26th Int FR | 0.20 | 55.00 |
| | WHS | detailed review of, and revisions to, Pachulski 26th Int FR | 0.10 | 27.50 |
| | WHS | detailed review of, and revisions to,  Campbell 26th Int FR | 0.20 | 55.00 |
| | WHS | detailed review of, and revisions to, WRG - Ferry Joseph 26th Int FR | 0.20 | 55.00 |
| | JW | detailed review of Reed Smith October 2007 monthly invoice (2.9) | 2.90 | 391.50 |
| | WHS | detailed review of  Final Report re Perkins Coie | 0.20 | 55.00 |
| 2/21/2008 | BSR | receive, review, and respond to email inquiry from Mark Zumbach of Lexecon | 0.10 | 23.00 |
| | CR | update database with 27th Interim application for Phillips and Pachulski and monthly invoices for Foley 12.07, Austern 12.07 , and Capstone 12.07 | 0.60 | 24.00 |
| | CR | Electronic filing with court of 26th  Interim Final Reports for Stroock and Reed Smith | 0.50 | 20.00 |
| | BSR | draft revision to final report re Ogilvy for the 26th interim period | 0.30 | 69.00 |
| | BSR | draft final report re Kirkland & Ellis for the 26th interim period | 9.80 | 2,254.00 |
| | BSR | receive, review, and respond to email from Warren Smith re Ogilvy final report for the 26th interim period | 0.10 | 23.00 |

W.R. Grace & Co.                                                                                  Page    22

|            |     |                                                                                          | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------|-------|--------|
| 2/21/2008  | WHS | detailed review of, and revisions to, Stroock 26th Int FR                                | 0.20  | 55.00  |
|            | WHS | detailed review of, and revisions to,  Final Report re Kirkland & Ellis                  | 0.20  | 55.00  |
|            | WHS | detailed review of, and revisions to, Reed Smith 26th Int FR                             | 0.20  | 55.00  |
|            | WHS | conference with Bobbi Ruhlander re K&E                                                    | 0.20  | 55.00  |
|            | JW  | detailed review of Kirkland & Ellis October 2007 monthly invoice (3.6)                   | 3.60  | 486.00 |
|            | JW  | detailed review of Reed Smith October 2007 monthly invoice (2.7); draft summary of same (0.3) | 3.00  | 405.00 |
|            | CR  | Update database with Fragomen, Cel Rey, Bernsen & Lowrey LLP - new applicant Interim case - set up database info and sent email to B.Ruhlander re: new App | 0.30  | 12.00  |
|            | BSR | receive, review, and respond to email from Lynn Oberholzer re Deloitte quarterly application | 0.10  | 23.00  |
| 2/22/2008  | JW  | detailed review of Kirkland & Ellis October 2007 monthly invoice (8.4)                   | 8.40  | 1,134.00 |
|            | BSR | draft final report re Kramer Levin for the 26th interim period                           | 0.80  | 184.00 |
|            | BSR | draft omnibus final report for the 26th interim period                                   | 0.20  | 46.00  |
|            | BSR | review BMC's retention application and order, as well as service agreement rate and expense schedule attached to application | 0.40  | 92.00  |
|            | BSR | receive and review BMC response to initial report for the 26th interim period            | 0.20  | 46.00  |
|            | WHS | receive and review amended agenda                                                        | 0.10  | 27.50  |

W.R. Grace & Co.                                                                                        Page    23

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/25/2008 | BSR | telephone conference with Pamela Marks re information needed in order to complete final report re Beveridge & Diamond for the 26th interim period | 0.10 | 23.00 |
| | BSR | telephone conference with Warren Smith re Kirkland & Ellis final report (26th) (.1); revise same (.3) | 0.40 | 92.00 |
| | WHS | detailed review of Final Report re Ogilvy | 0.20 | 55.00 |
| | JW | detailed review of Kirkland & Ellis October 2007 monthly invoice (9.3) | 9.30 | 1,255.50 |
| | CR | Update database with Kramer 26th Interim Initial Report response | 0.20 | 8.00 |
| 2/26/2008 | CR | Electronic filing with court of K&E 26th Interim Final Report | 0.30 | 12.00 |
| | CR | Update database with E-Detail of Ferry 27th Interim | 0.20 | 8.00 |
| | CR | update database with E-Detail of Pachulski 10/1/07-12/31/07 fee detail | 0.10 | 4.00 |
| | WHS | detailed review of Final Report re Beveridge & Diamond | 0.30 | 82.50 |
| | WHS | detailed review of, and revisions to, Deloitte Tax 26th Int FR | 0.20 | 55.00 |
| | BSR | draft revisions to final report re Beveridge & Diamond (.3); draft email to Warren Smith re same (.1) | 0.40 | 92.00 |
| | BSR | receive, review and respond to email from Debra Fullem at Orrick re outside services charges | 0.20 | 46.00 |
| | JW | detailed review of Kirkland & Ellis October 2007 monthly invoice (8.8) | 8.80 | 1,188.00 |
| | WHS | detailed review of Kramer 26th Int FR | 0.20 | 55.00 |

W.R. Grace & Co.                                                                                                    Page    24

| | | | Hours | Amount |
|---|---|---|---|---|
| 2/26/2008 | BSR | draft final report re Beveridge & Diamond for the 26th interim period | 0.80 | 184.00 |
| | BSR | telephone conference with Warren Smith re lumping of time entries on Beveridge's 26th interim fee application, as well as non-working travel issue (.1); draft email to Warren Smith re same (.3) | 0.40 | 92.00 |
| | BSR | draft e-mail to Pamela Marks re non-working travel issue and lumping issues with Beveridge's application | 0.40 | 92.00 |
| | BSR | draft final report re Deloitte Tax for the 26th interim period | 0.50 | 115.00 |
| | BSR | draft final report re Blackstone for the 26th interim period | 0.40 | 92.00 |
| | BSR | review Blackstone's retention order | 0.10 | 23.00 |
| 2/27/2008 | JW | detailed review of Kirkland & Ellis October 2007 monthly invoice (5.4) | 5.40 | 729.00 |
| | BSR | draft omnibus final report for the 26th interim period | 2.00 | 460.00 |
| | BSR | draft final report re Bilzin for the 26th interim period | 1.30 | 299.00 |
| | BSR | receive, review, and respond to emails from Warren Smith re revisions to final reports | 0.10 | 23.00 |
| | WHS | detailed review of  26th - Final Report re Bilzin | 0.20 | 55.00 |
| | BSR | draft revision to final report re Bilzin and email to Warren Smith re same | 0.20 | 46.00 |
| | BSR | receive and review Lexecon's response to initial report for the 26th interim period | 0.10 | 23.00 |
| | BSR | draft final report re Lexecon for the 26th interim period | 0.60 | 138.00 |

W.R. Grace & Co.                                                                                           Page     25

|            |     |                                                                                                                                                                        | Hours | Amount |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 2/28/2008  | CR  | Update database with E-Detail of Caplin 26th Interim Initial Report response and PwC 11.07 fee application                                                              | 0.20  | 8.00   |
|            | CR  | draft Project Category Spreadsheet for 26th Interim                                                                                                                     | 2.00  | 220.00 |
|            | WHS | detailed review of, and revisions to, 26th - Final Report re Lexecon                                                                                                    | 0.20  | 55.00  |
|            | BSR | research server and docket to determine status of Sullivan's quarterly fee application for 26th interim period (.3); draft email to Mr. Sullivan re same (.1); draft email to Lynzy Oberholzer re same (.1) | 0.20  | 46.00  |
|            | BSR | draft final report re Orrick for the 26th interim period                                                                                                               | 2.00  | 460.00 |
|            | BSR | draft omnibus final report for the 26th interim period                                                                                                                 | 2.00  | 460.00 |
|            | BSR | draft revision to final report re Lexecon for the 26th interim period (.2); exchange emails with Mark Zumbach re database charges (.1)                                  | 0.30  | 69.00  |
|            | BSR | draft e-mail to Jeff Allgood re omnibus final report for the 26th interim period                                                                                       | 0.20  | 46.00  |
|            | BSR | telephone conference with Steve Bossay re Zonalite litigation budget in relation to Richards, Scott, and Sullivan firms (.2); research server for budget information (.1) | 0.30  | 69.00  |
|            | BSR | receive, review, and respond to email from Mark Zumbach re Lexecon's final report (26th)                                                                                | 0.20  | 46.00  |
|            | BSR | draft e-mail to Lynzy Oberholzer updating as to status of final report filing for the 26th interim period                                                               | 0.20  | 46.00  |
|            | BSR | research regarding ZAI Science Trial budget (read applications and orders re same) and calculated fees and expenses spent on trial so far to determine if Richardson, Scott, and Sullivan firms are within budget | 1.60  | 368.00 |
|            | BSR | research server regarding status of filing final reports for the 26th interim period                                                                                   | 0.40  | 92.00  |

W.R. Grace & Co.                                                                                                          Page    26

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 2/28/2008 | BSR | draft e-mails to Orrick requesting additional information in order to finalize final report | 0.20 | 46.00 |
| 2/29/2008 | LMH | receive and review second e-mail from B. Ruhlander re: science trial fees in Kramer's twenty-sixth interim period filings. | 0.10 | 13.50 |
|  | JW | draft summary of Kirkland October 2007 monthly invoice (2.9) | 2.90 | 391.50 |
|  | BSR | draft final report re Sullivan for the 26th interim period | 0.30 | 69.00 |
|  | WHS | detailed review of  26th - Omnibus Final Report | 0.10 | 27.50 |
|  | WHS | detailed review of, and revisions to, 26th - Final Report re Orrick | 0.20 | 55.00 |
|  | LMH | receive, review, and respond to e-mail from B. Ruhlander re: science trial fees from Richardson's twenty-sixth period filings. | 0.20 | 27.00 |
|  | LMH | draft e-mail to B. Ruhlander re: Richardson Patrick's ZAI Science Trial fees for the twenty-sixth interim period. | 0.20 | 27.00 |
|  | CR | draft project category spreadsheet for 26th interim | 3.20 | 352.00 |
|  | CR | Update database with e-detail Buchanan 1.08 and Reed 1.08 monthly invoices | 0.20 | 8.00 |
|  | CR | Update database with e-detail Ogilvy 1.08 monthly invoice and K&E 1.08 monthly invoice | 0.20 | 8.00 |
|  | CR | Update database with Reed 10.07 Summary | 0.10 | 4.00 |
|  | CR | draft e-mail to J.Wehrmann re: electronic detail of K&E 10.07 monthly invoice | 0.10 | 4.00 |
|  | BSR | draft final report re Orrick for the 26th interim period (.3); draft email to WHS re same (.3) | 0.60 | 138.00 |

W.R. Grace & Co.                                                                                          Page    27

|            |     |                                                                                                                                                                                               | Hours | Amount |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 2/29/2008  | BSR | draft final report re Richardson for the 26th interim period                                                                                                                                  | 0.30  | 69.00  |
|            | BSR | draft final report re Scott for the 26th interim period                                                                                                                                       | 0.20  | 46.00  |
|            | BSR | draft revised omnibus final report for the 26th period (.2); draft email to WHS re same (.1)                                                                                                  | 0.30  | 69.00  |
|            | BSR | draft final report re Baker for the 26th interim period                                                                                                                                       | 2.00  | 460.00 |
|            | BSR | draft e-mail to Lynzy Oberholzer re combined final report for the 26th interim period                                                                                                         | 0.20  | 46.00  |
| 3/3/2008   | JW  | draft summary of Kirkland October 2007 monthly invoice (3.4)                                                                                                                                  | 3.40  | 459.00 |
|            | CR  | Update database with Caplin 26th interim Initial Report response, Perkins 9/06-3/07 fee application, Forman 7/1/07-10/31/07 26th Interim application, Deloitte LLP 10/1/07-12/31/07 27th Interim, Latham 9.07 monthly invoice | 0.30  | 12.00  |
|            | CR  | draft project category spreadsheet for 26th interim                                                                                                                                           | 4.50  | 495.00 |
| 3/4/2008   | CR  | Update database with E-Detail Buchanan 1.08 fee app                                                                                                                                           | 0.10  | 4.00   |
|            | CR  | Update database with E-Detail BMC 27th interim application 10/1/07-12/31/07                                                                                                                    | 0.10  | 4.00   |
|            | CR  | Update database with E-Detail Hamilton  1.08, 12.07, 11.07, 10.07 monthly invoices, Hamilton 27th Interim 10/1/07-12/31/07, Bilzin 1.08, 12.07, 11.07, 10.07 and 27th Interim 10/1/07-12/31/07 | 0.50  | 20.00  |
|            | CR  | Update database with E-Detail Hamilton  1.08, 12.07, 11.07, 10.07 monthly invoices, Hamilton 27th Interim 10/1/07-12/31/07, Bilzin 1.08, 12.07, 11.07, 10.07 and 27th Interim 10/1/07-12/31/07 | 0.50  | 20.00  |
|            | DTW | Telephone call with B. Ruhlander regarding Caplin issue (.1).                                                                                                                                 | 0.10  | 14.50  |

W.R. Grace & Co.                                                                                    Page    28

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/4/2008 | CR | Update database with E-detail Ferry 1.08 monthly invoice | 0.10 | 4.00 |
|  | BSR | research server to determine status of filing of final reports | 0.40 | 92.00 |
|  | BSR | draft e-mails (2) to Warren Smith re standard of review for third-party invoices | 0.30 | 69.00 |
|  | CR | Update database with Reed 10.07 summary and Kirkland 10.07 summary | 0.20 | 8.00 |
|  | WHS | detailed review of Baker 26th Int FR | 0.20 | 55.00 |
| 3/5/2008 | BSR | draft final report re Caplin & Drysdale for the 26th interim period (with revisions requested by WHS) (1.5); research re costs in order to finalize report (.7) | 2.20 | 506.00 |
|  | CR | Update database with E-detail Capstone 27th Interim application and 1.08 monthly invoice, Sullivan 26th and 27th Interim applications, Stroock/Navigant 1.08 monthly invoice and Deloitte Tax 26th Interim application | 0.40 | 16.00 |
|  | BSR | draft revised final report re Stroock (.7); draft email to WHS re same (.1) | 0.80 | 184.00 |
|  | LMH | draft e-mail to C. Rogers re: Richardson's filings for the twenty-sixth interim period. | 0.10 | 13.50 |
|  | BSR | telephone conference with Steve Bossay re additional fee and expense chart for which we are responsible (.1); review examples of same on server (.2) | 0.30 | 69.00 |
|  | BSR | draft project summary for the 26th interim period (assisted Cherie Rogers with compiling information for additional firms not already listed) (.6); draft email to Cherie re same (.2) | 0.80 | 184.00 |
|  | BSR | draft final report re Caplin for the 26th interim period | 0.40 | 92.00 |
|  | BSR | receive and review Sullivan's quarterly application for the 26th period; forward final report for Sullivan for review | 0.20 | 46.00 |

W.R. Grace & Co.

Page    29

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/5/2008 | BSR | telephone conferences (2) with Warren Smith re standard of review of third-party invoices; and in conjunction, review of Order Authorizing Retention of Professionals and Fee Auditor Order | 0.20 | 46.00 |
| | WHS | detailed review of, and revisions to, 26th - Final Report re Sullivan | 0.20 | 55.00 |
| | WHS | conferences with Bobbi Ruhlander re review of experts' reports | 0.30 | 82.50 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: Richardson's quarterly files for the twenty-sixth interim period. | 0.10 | 13.50 |
| 3/6/2008 | BSR | draft fee and expense chart for 26th interim period | 2.00 | 460.00 |
| | BSR | draft fee and expense exhibits for the fee application hearing (26th) | 3.40 | 782.00 |
| | BSR | review and revise project category chart (26th) | 3.00 | 690.00 |
| | CR | Update database with Campbell 27th Interim application , PwC 12.07 monthly invoice, Reed 27th Interim application, Caplin 27th Interim application | 0.40 | 16.00 |
| | CR | Update database with Stroock/Navigant 27th Interim application , Ferry 27th Interim application, Fragoman 2/1/07-9/30/07, Steptoe 27th Interim application and 11.07 and 10.07 monthly invoices, Capstone 10/1/07,12/31/07 and 1.08 monthly invoice, Sullivan 1.08 monthly invoice, Ferry 10/1/07-12/31/07 monthly invoices, Woodcock, 10/1/07-12/31/07, Ogilvy 10/1/07-12/31/07, Buchanan 1.08 monthly invoice, BMC 10/1/07-12/31/07 monthly invoices and Latham 10.07 monthly invoice | 0.80 | 32.00 |
| | WHS | detailed review of, and revisions to, Caplin 26th Int FR | 0.30 | 82.50 |
| | LMH | receive, review, and respond to e-mail from C. Rogers re: Richardson's quarterly application for the twenty-sixth interim period. | 0.10 | 13.50 |
| 3/7/2008 | CR | draft Project Category Summary Detail spreadsheet for 26th interim | 4.00 | 440.00 |

W.R. Grace & Co.

Page    30

| | | | Hours | Amount |
|---|---|---|---|---|
| 3/7/2008 | BSR | draft e-mail to Richard Wyron and L. Oberholzer re revised final report for Orrick for the 26th interim period | 0.20 | 46.00 |
| | BSR | telephone conferences (2) with L. Oberholzer re revisions and transmission of project category spreadsheet and exchange emails with L. Oberholzer re same (.4); draft additional revisions to project category spreadsheet (.6) | 1.00 | 230.00 |
| | BSR | telephone conferences (multiple) with Cherie Rogers re revisions to 26th interim project category spreadsheet (.4); draft email to Cherie re same (.5) | 0.90 | 207.00 |
| | BSR | draft revisions to fee and expense charts (26th) | 0.40 | 92.00 |
| | BSR | draft e-mail to Rita Tobin re final report for Caplin & Drysdale for the 26th interim period | 0.20 | 46.00 |
| | BSR | draft revision to final report re Deloitte Tax (.2); draft email re same to WHS and telephone conference with Jeff Allgood re filing (.2) | 0.40 | 92.00 |
| 3/9/2008 | BSR | draft e-mail to Cherie Rogers re project category spreadsheet | 0.10 | 23.00 |
| 3/10/2008 | CR | Update database with E-Detail Holme 7.07, Duane Morris 1.08 | 0.20 | 8.00 |
| | BSR | receive and review hearing agenda, proposed fee order, and filed version of project category chart for 26th interim fee app. hearing; draft email to Warren Smith re same; draft email to Lynzy Oberholzer re chart | 0.40 | 92.00 |
| | BSR | research docket and server for any objections to our final reports (26th) (.2); respond to email from Jamie O'Neill as to status (.2) | 0.40 | 92.00 |
| | WHS | receive and review agenda, and e-mail Bobbi Ruhlander re same | 0.20 | 55.00 |
| | CR | Update database with Fragoman 1st quarterly application 2/1/07-9/30/07 and set up in database | 0.80 | 32.00 |
| | CR | Update database with E-Detail Deloitte Tax 26th Interim application 4/1/07-9/30/07 | 0.20 | 8.00 |

W.R. Grace & Co.                                                                                      Page    31

|            |      |                                                                                                                                                                                                                                                                  | Hours | Amount |
|------------|------|----------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-------|--------|
| 3/10/2008  | CR   | Update database with monthly invoices for Campbell 1.08, Caplin 1.08, AKO 1.08 Charter Oak 1.08, Stroock 27th Interim application                                                                                                                                    | 0.40  | 16.00  |
| 3/11/2008  | BSR  | receive and review email request from L. Oberholzer for revision to project category chart; forward same to Cherie Rogers (.1); telephone conference with Cherie Rogers re revising chart (.1); telephone conference with Jeff Allgood re future preparation of chart (.2) | 0.40  | 92.00  |
| 3/12/2008  | CR   | Update database Holme 8.07 monthly invoice                                                                                                                                                                                                                          | 0.10  | 4.00   |
|            | CR   | Update database Holme 7.07, Morris 1.08, Piper 1.08, Campbell 12.07, Scott 10.07, 11.07, Ogilvy 1.08, Kirkland 1.08, Latham 11.07, 12.07, AKO 27th Interim 10/07-12/07, Charter 27th Interim, Asbestos Committee 27th Interim and LAS 27th Interim, PwC 27th Interim, Kirkland 27th Interim, Foley, 27th Interim, Casner 27th Interim and Nelson 1.08 monthly invoice | 0.80  | 32.00  |
| 3/13/2008  | CR   | Update database with E-Detail of Holme 8.07 and 9.07 fee application                                                                                                                                                                                                | 0.10  | 4.00   |
|            | CR   | Update database with Campbell 1.08, AKO 1.08, Charter Oak 1.08 and Caplin 1.08                                                                                                                                                                                      | 0.30  | 12.00  |
|            | CR   | Update database with Holme 9.07                                                                                                                                                                                                                                     | 0.10  | 4.00   |
|            | LMH  | telephone conference with B. Ruhlander re: twenty-third interim period applications.                                                                                                                                                                                | 0.10  | 13.50  |
| 3/14/2008  | CR   | Update database with e-detail Phillips 1.08                                                                                                                                                                                                                         | 0.10  | 4.00   |
|            | CR   | draft e-mail to B. Ruhlander re Updating info of Project Category Summary Detail spreadsheet and Interim Comp charts                                                                                                                                                 | 0.10  | 4.00   |
| 3/20/2008  | CR   | Update database with monthly applications for bmc 1.08 and Casner 1.08                                                                                                                                                                                              | 0.20  | 8.00   |
|            | CR   | Update database with E-detail of Amended agenda to the 26th Interim                                                                                                                                                                                                 | 0.10  | 4.00   |
|            | CR   | Update database with E-Detail for Lawson Lundell LLP 8.07 monthly invoice and set up in database                                                                                                                                                                    | 0.20  | 8.00   |

W.R. Grace & Co.                                                                                      Page    32

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/20/2008 | CR | Update database with E-Detail PwC monthly invoice for 1.08 | 0.20 | 8.00 |
|  | CR | Update database with e-detail of Casner monthly invoice for 1.08 | 0.20 | 8.00 |
|  | CR | Update database with E-Detail of Holme 26th Interim application | 0.20 | 8.00 |
|  | CR | Update database with Phillips 1.08 monthly invoice | 0.10 | 4.00 |
| 3/24/2008 | CR | Update database with e-detail of monthly invoice for Orrick 1.08 | 0.20 | 8.00 |
|  | CR | Update database with monthly invoices for Orrick 1.08, LAS 1.08 and 26th Interim 7/07-9/30/07 for Holme,Foley and Blackstone | 0.50 | 20.00 |
| 3/26/2008 | CR | Update database with monthly invoice of Nelson 2.08 | 0.10 | 4.00 |
| 3/27/2008 | CR | Update database with Sullivan 27th Interim application 10/1/07-12/31/07 and 26th Interim application 7/1/07-9/30/07 and Scott 27th Interim 10/1/07-12/31/07; Blackstone 10.07, 11.07 and 12.07 monthly invoices, Reed 1.08, Woodcock 1.08, Ferry 1.08, Bilzin 1.08, Hamilton 1.08 and 27th Interim applications for Bilzin, Hamilton and bmc | 0.70 | 28.00 |
|  | CR | Setup new applicant in database - Lawson Lundell LLP for 8.07 invoice | 0.30 | 12.00 |
| 3/28/2008 | CR | Update database with e-detail D. Austern 2.08 monthly invoice | 0.20 | 8.00 |
|  | CR | Update database with Phillips 2.08 monthly invoice, PwC 1.08 monthly invoice and Reed 2.08 monthly invoice | 0.20 | 8.00 |
| 3/30/2008 | BSR | detailed review of Deloitte Financial Advisory's quarterly fee application for the 27th period | 0.50 | 115.00 |
|  | BSR | detailed review of Day Pitney's quarterly application for the 27th period and monthly invoices | 0.50 | 115.00 |

W.R. Grace & Co.                                                                              Page    33

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 3/30/2008 | BSR | detailed review of Duane Morris' quarterly application for the 27th period and monthly invoices | 0.50 | 115.00 |
| 3/31/2008 | JW | detailed review of Stroock & Stroock October 2007 monthly invoice (3.6); draft summary of same (0.2). | 3.80 | 513.00 |
|  | CR | Update database with Ferry 2.08 and Bilzin 2.08 monthly invoices | 0.20 | 8.00 |
|  | CR | Update database with monthly invoices for Foley 2.08, Day Pitney 2.08, Fragomen 1.08 & 2.08, K&E 2.08 and forward to J. Wehrmann for review | 0.40 | 16.00 |

**For professional services rendered**                                    **310.30 $52,492.00**

Additional Charges :

|  | Price |  |
|---|---|---|
| Pacer charges for March 2008 | 23.44 | 23.44 |

**Total costs**                                                                                **$23.44**

**Total amount of this bill**                                                          **$52,515.44**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Bobbi S. Ruhlander | 125.20 | 230.00 | $28,796.00 |
| Cherie Rogers | 16.80 | 110.00 | $1,848.00 |
| Cherie Rogers | 18.70 | 40.00 | $748.00 |
| Doreen Williams | 2.20 | 145.00 | $319.00 |
| James Wehrmann | 115.90 | 135.00 | $15,646.50 |
| Lisa M Hamm | 25.20 | 135.00 | $3,402.00 |
| Warren H Smith | 6.30 | 275.00 | $1,732.50 |