IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W. R. GRACE & CO., et al.,[1] ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| Debtors. ) | |
| | Objection Date: October 12, 2008 |
| | Hearing Deadline: to be scheduled, if necessary |

TWENTIETH MONTHLY FEE APPLICATION OF OGILVY RENAULT LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR THE PERIOD FROM AUGUST 1, 2008 THROUGH AUGUST 31, 2008

| Name of Applicant: | Ogilvy Renault LLP ("OR") |
|---|---|
| Authorized to Provide Professional Services to: | W.R. Grace & Co., et al., Debtors and Debtors in Possession |
| Date of Retention: | Retention Order entered and effective as of December 18, 2006 |
| Period for which Compensation and Reimbursement is Sought: | August 1, 2008 to August 31, 2008 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $107,954.50[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $573.95 |
| This is a: | X monthly ___ interim ___ final application. |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] All dollar amounts reflected in this Monthly Fee Application are in Canadian currency.

DOCSTOR: 1538722\1

- 2 -

The total time expended for preparation of this fee application is approximately two (2) hours and the corresponding estimated compensation requested is approximately $340.00[3]. This is OR's monthly application for interim compensation of services for the interim fee period August 1, 2008 through August 31, 2008 (the "Fee Period").

**PRIOR APPLICATIONS FILED**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 03/16/07 | 10/17/06-01/31/07 | $102,612.50 | $665.48 | $82,090.00 | $665.48 |
| 04/24/07 | 02/01/07-02/28/07 | $45,825.50 | $328.67 | n/a | $328.67 |
| 05/10/07[5] | 02/01/07-02/28/07 | $97.50 | $0.00 | $36,738.40 | n/a |
| 05/10/07 | 03/01/07-03/31/07 | $57,662.00 | $5,125.70 | $46,129.60 | $5,125.70 |
| 06/08/07 | 04/01/07-04/30/07 | $47,014.00 | $1,540.51 | $37,611.20 | $1,540.51 |
| 06/27/07 | 05/01/07-05/31/07 | $21,853.00 | $296.98 | $17,482.40 | $296.98 |
| 08/03/07 | 06/01/07-06/30/07 | $34,799.00 | $2,223.81 | $27,839.20 | $2,223.81 |
| 08/28/07 | 07/01/07-07/31/07 | $85,426.50 | $206.43 | $68,341.20 | $206.43 |
| 09/24/07 | 08/01/07-08/31/07 | $74,819.50 | $335.00 | $59,855.60 | $335.00 |
| 11/08/07 | 09/01/07-09/30/07 | $104,938.00 | $104,661.80 | $83,950.40 | $104,661.80 |
| 11/20/07 | 10/01/07-10/31/07 | $87,103.50 | $488.03 | $69,682.80 | $488.03 |
| 01/11/08 | 11/01/07-11/30/07 | $77,944.00 | $6,166.86 | $62,355.20 | $6,166.86 |
| 01/28/08 | 12/01/07-12/31/07 | $8,348.50 | $99.93 | $6,678.80 | $99.93 |
| 02/28/08 | 01/01/08-01/31/08 | $10,198.50 | $88.70 | $8,158.80 | $88.70 |
| 04/01/08 | 02/01/08-02/29/08 | $24,299.50 | $449.80 | $19,439.60 | $449.80 |
| 04/24/08 | 03/01/08-03/31/08 | $45,098.50 | $1,296.53 | $36,078.80 | $1,296.53 |
| 05/15/08 | 04/01/08-04/30/08 | $50,569.50 | $2,757.72 | $40,455.60 | $2,757.72 |
| 06/20/08 | 05/01/08-05/31/08 | $87,505.50 | $1,965.87 | $70,004.40 | $1,965.87 |

---

[3] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in OR's subsequent fee applications.

[4] The "Approved Fees" amount represents 80% of the fees requested by OR.

[5] This application was filed as a "corrected" second monthly fee application to replace and correct errors related to the amount of compensation sought pursuant to the original second monthly fee application (the "Original Second Monthly") filed on April 24, 2007. The corrected second monthly fee application requests an additional $97.50 on top of what was requested in the Original Second Monthly.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 07/31/08 | 06/01/08-06/30/08 | $64,835.50 | $316.78 | Pending | Pending |
| 08/26/08 | 07/01/08-07/31/08 | $56,187.00 | $76.66 | Pending | Pending |

## OR PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Hours Billed[6] | Compensation |
|---|---|---|---|---|
| Derrick C. Tay | Senior Partner, Year of Call to the Ontario Bar – 1981 | $950.00 | 24.4 | $23,180.00 |
| Mario Forte | Partner, Year of Call to the Ontario Bar – 1987 | $750.00 | 0.8 | $600.00 |
| Tony Reyes | Partner, Year of Call to the Ontario Bar – 1988 | $750.00 | 53.9 | $40,425.00 |
| Orestes Pasparakis | Partner, Year of Call to the Ontario Bar – 1995 | $590.00 | 25.0 | $14,750.00 |
| Teresa Walsh | Partner, Year of Call to the Ontario Bar – 1996 | $535.00 | 1.3 | $695.50 |
| Jennifer Stam | Associate, Year of Call to the Ontario Bar – 2002 | $500.00 | 40.0 | $20,000.00 |
| Ismail Ibrahim | Articling Student, n/a | $185.00 | 16.2 | $2,997.00 |
| Adrienne Glen | Articling Student, n/a | $185.00 | 24.0 | $4,440.00 |
| Penny Adams | Law Clerk, n/a | $170.00 | 5.1 | $867.00 |

**Total Fees:** $107,954.50  
**Total Hours:** 190.70  
**Blended Rate:** $566.10

---

[6] Some professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

DOCSTOR: 1538722\1

## TASK CODE SUMMARY

|      | Project Category                    | Billed Hours | Fees Requested |
|------|-------------------------------------|--------------|----------------|
| 0006 | Litigation and Litigation Consulting | 186.8        | $106,890.00    |
| 0008 | Fee Applications, Applicant         | 3.9          | $1,064.50      |
| Total |                                    | 190.7        | $107,954.50    |

## EXPENSE SUMMARY

**Invoice No. 838892 (Litigation and litigation consulting – File No. 01016442-0006)**

| Description | Timekeeper | Amount |
|---|---|---|
| Telephone Conference | Orestes Pasparakis | $6.56 |
| PST – Telephone Conference | Orestes Pasparakis | $0.53 |
| Telephone Conference | Orestes Pasparakis | $33.22 |
| PST – Telephone Conference | Orestes Pasparakis | $2.66 |
| Meals with Clients – Acqua Catering | Orestes Pasparakis | $32.85 |
| PST – Meals with Clients | Orestes Pasparakis | $2.63 |
| External DB Search/Quicklaw | Adrienne Glen | $76.84 |
| Copies | Marna McGeorge | $0.20 |
| Copies | Tony Reyes | $0.20 |
| Copies | Tony Reyes | $0.40 |
| External DB Search/Quicklaw | Adrienne Glen | $17.65 |
| Copies | Marna McGeorge | $1.00 |
| Copies | Marna McGeorge | $0.20 |
| Copies | Marna McGeorge | $1.20 |
| Copies | Tony Reyes | $1.50 |
| Copies | Marna McGeorge | $1.00 |
| Copies | Marna McGeorge | $0.10 |
| Copies | Marna McGeorge | $0.10 |
| Copies | Courtney Champagne | $1.10 |
| Copies | Tony Reyes | $1.70 |
| External DB Search/Quicklaw | Adrienne Glen | $110.70 |
| Copies | Courtney Champagne | $1.00 |

DOCSTOR: 1538722\1

| Description | Timekeeper | Amount |
|---|---|---|
| Copies | Courtney Champagne | $1.50 |
| Copies | Courtney Champagne | $1.90 |
| Copies | Courtney Champagne | $4.40 |
| Copies | Courtney Champagne | $2.90 |
| Copies | Courtney Champagne | $0.90 |
| Copies | Courtney Champagne | $3.00 |
| Copies | Courtney Champagne | $0.30 |
| Copies | Courtney Champagne | $0.10 |
| Copies | Tony Reyes | $2.30 |
| Copies | Tony Reyes | $1.90 |
| Copies | Monique Massabki | $1.80 |
| Copies | Tony Reyes | $2.20 |
| Copies | Monique Massabki | $0.10 |
| Copies | Monique Massabki | $1.80 |
| Copies | Monique Massabki | $0.10 |
| Overtime – Secretarial | Jennifer Stam | $65.00 |
| Copies | Tony Reyes | $2.20 |
| Copies | Jennifer Stam | $1.90 |
| Copies | Courtney Champagne | $3.00 |
| Copies | Courtney Champagne | $0.60 |
| Copies | Monique Massabki | $0.10 |
| Copies | Tony Reyes | $0.60 |
| Copies | Tony Reyes | $0.60 |
| Copies | Tony Reyes | $0.50 |
| Copies | Jennifer Stam | $1.80 |
| Copies | Monique Massabki | $0.10 |
| Copies | Ismail Ibrahim | $0.30 |
| External DB Search/Quicklaw | Ismail Ibrahim | $72.93 |
| Copies | Ismail Ibrahim | $0.40 |
| Copies | Ismail Ibrahim | $0.40 |
| Copies | Ismail Ibrahim | $0.40 |
| Copies | Monique Massabki | $1.40 |
| **TOTAL** | | **$ 470.77** |

DOCSTOR: 1538722\1

**Invoice No. 838825 (Fee Applications, Applicant – File No. 01016442-0008)**

| Description | Timekeeper | Amount |
|---|---|---|
| Courier Service FedEx | Derrick Tay | $33.46 |
| Courier Service FedEx | Derrick Tay | $33.96 |
| Copies | Penny Adams | $1.80 |
| Courier Service FedEx | Derrick Tay | $33.96 |
| **TOTAL** | | **$ 103.18** |

| Expense Category | Total Expenses |
|---|---|
| Copies | $51.00 |
| Overtime – Secretarial | $65.00 |
| Telephone Conference | $39.78 |
| External DB Search/Quicklaw | $278.12 |
| Meals with clients | $32.85 |
| Courier Service | $101.38 |
| PST – Conference Call | $3.19 |
| PST – Meals with clients | $2.63 |
| **Total** | **$ 573.95** |

WHEREFORE, OR respectfully requests that (a) an allowance be made to it, as fully described above for (i) 80% of the amount of $107,954.50 for reasonable and necessary professional services that OR has rendered to the Debtors during the Fee Period ($86,363.60) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by OR during the Fee Period ($573.95); (b) both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) this Court grant such further relief as is equitable and just.

DOCSTOR: 1538722\1

- 7 -

Dated: September ___, 2008

                **OGILVY RENAULT LLP**

                _Teresa J. Walsh_
                Teresa J. Walsh  LSUC#: 385140
                Suite 3800, 200 Bay Street
                Royal Bank Plaza, South Tower
                Toronto, Ontario, Canada  M5J 2Z4
                Telephone: (416) 216-4080
                Facsimile:  (416) 216-3980

                Special Counsel for the Debtors and Debtors in Possession

## VERIFICATION

PROVINCE OF ONTARIO    :

CITY OF TORONTO    :

Teresa J. Walsh, after being duly sworn according to law, deposes and says:

(a)    I am a partner with the law firm of Ogilvy Renault LLP ("OR").

(b)    I am familiar with the legal services rendered by OR as special counsel to the Debtor and Debtors in Possession by the lawyers and paraprofessionals of OR.

(c)    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I submit that I have been duly advised by our agent James O'Neill with the law firm of Pachulski, Stang, Ziehl & Jones LLP that the Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

SWORN AND SUBSCRIBED before
me this 22 day of September, 2008.

_____
A Commissioner for Taking
Affidavits
Greg Sheahan

_____
Teresa J. Walsh

DOCSTOR: 1538722\1