# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Date: October 12, 2008

Hearing Deadline: to be scheduled, if necessary

## FEE DETAIL FOR OGILVY RENAULT LLP'S TWENTIETH MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM AUGUST 1, 2008 THROUGH AUGUST 31, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



# OGILVY RENAULT

LLP / S.E.N.C.R.L., s.r.L

| | | |
|---|---|---|
| Client: | ·W.R. GRACE & CO. | September 12, 2008 |
| RE: | Litigation and litigation consulting | INVOICE: 838892 |
| Matter No.: | 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention: Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending August 31, 2008

| | |
|---|---|
| FEES | $106,890.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 470.77 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $107,360.77 |

Canadian Funds



Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**

LLP / S.E.N.C.R.L, s.r.l.

W.R. GRACE & CO.                                                              01016442-0006

RE:  Litigation and litigation consulting

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| I. Ibrahim | 16.2 | $2,997.00 |
| A. Glen | 24 | $4,440.00 |
| P. Adams | 2.3 | $391.00 |
| J. Stam | 40 | $20,000.00 |
| M. Forte | 0.8 | $600.00 |
| O. Pasparakis | 25 | $14,750.00 |
| T. Reyes | 53.9 | $40,425.00 |
| D.C. Tay | 24.4 | $23,180.00 |
| T. Walsh | 0.2 | $107.00 |
| Total | 186.80 | $106,890.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/8/08 | Adrienne Glen | Researching case law on settlement approvals under CCAA regarding third party releases and jurisdiction of CCAA court to approve settlement and stay proceedings in other courts. | 2.20 | $407.00 |
| 1/8/08 | Tony Reyes | Discussion with A. Glen regarding research results (0.3); review of cases impacting on this issue (1.0); reviewing Companies' Creditors Arrangement Act ("CCAA") provisions (0.7); further conversation with A. Glen (0.2). | 2.20 | $1,650.00 |
| 1/8/08 | Jennifer Stam | Conversations and correspondence regarding settlement. | 0.50 | $250.00 |
| 5/8/08 | Adrienne Glen | Researching case law by Justice Winkler on CCAA, class actions and comity. | 5.10 | $943.50 |
| 5/8/08 | Tony Reyes | Discussion with J. Stam regarding government issues regarding settlement (0.2); discussion with A. Glen regarding further research (0.2). | 0.40 | $300.00 |
| 5/8/08 | Jennifer Stam | Conversations and correspondence regarding settlement. | 0.80 | $400.00 |
| 6/8/08 | Tony Reyes | Discussion with A. Glen regarding additional research (0.1); review of additional cases (1.2); preparing draft factum (1.5). | 2.80 | $2,100.00 |

INVOICE: 838892



**OGILVY
RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 6/8/08 | Jennifer Stam | Conversation with J. Dias-Visca regarding Crown concerns (0.8); correspondence with Grace and Kirkland & Ellis regarding same (0.2); reviewing plan (1.0). | 2.00 | $1,000.00 |
| 6/8/08 | Derrick C. Tay | Internal briefing on outstanding issues to settlement (0.2); dealing with government lawyer regarding remaining issues from their side (0.7). | 0.90 | $855.00 |
| 7/8/08 | Tony Reyes | Revisions to draft factum including review of case law for drafting of factum (2.2); discussion with J. Stam regarding outline of factum (0.4); further review of CCAA and revisions to factum regarding "debtor company" and "plan of compromise or arrangement" issues (2.0). | 4.60 | $3,450.00 |
| 8/8/08 | Tony Reyes | Discussion with A. Glen regarding further research (0.1); discussion with J. Stam regarding same (0.5). | 0.60 | $450.00 |
| 8/8/08 | Orestes Pasparakis | Preparing for and attending conference call regarding Grace settlement. | 1.00 | $590.00 |
| 8/8/08 | Jennifer Stam | Conversation with M. Moloci, D. Thompson and O. Pasparakis regarding settlement and Crown issues (0.4); correspondence regarding same (0.3); considering outstanding issues (0.6); conversation with T. Reyes regarding required approvals (0.5); considering research regarding same (0.5). | 2.30 | $1,150.00 |
| 11/8/08 | Tony Reyes | Discussion with A. Glen (0.1); meeting with A. Glen and J. Stam (0.2); review of additional case law regarding section 16 of the CCAA (1.5). | 1.80 | $1,350.00 |
| 11/8/08 | Jennifer Stam | Correspondence with J. Dias-Visca regarding minutes (0.5); conversations with T. Reyes and others regarding research on required approvals (0.5). | 1.00 | $500.00 |
| 11/8/08 | Adrienne Glen | Researching CCAA case law regarding arrangements and settlements approval in the context of foreign proceedings. | 5.30 | $980.50 |
| 12/8/08 | Tony Reyes | Further review of case law (0.8); further review of CCAA provisions (0.8); preparing memorandum on facts and law (1.2). | 2.80 | $2,100.00 |

INVOICE: 838892



## OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                01016442-0006

RE:  Litigation and litigation consulting
_____

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/8/08 | Derrick C. Tay | Dealing with new issues raised by Crown regarding settlement. | 1.30 | $1,235.00 |
| 13/8/08 | Tony Reyes | Preparing memorandum. | 1.20 | $900.00 |
| 13/8/08 | Orestes Pasparakis | Numerous conference calls and discussions, emails and documents reviewed regarding settlement. | 3.00 | $1,770.00 |
| 13/8/08 | Penny Adams | Discussions with J. Stam relating to the next Information Officer's Report. | 0.10 | $17.00 |
| 13/8/08 | Jennifer Stam | Conference call with Kirkland & Ellis LLP and Grace regarding settlement (0.6); conference call with representative counsel and Crown regarding settlement (1.0); reviewing and considering Crown comments on minutes (1.0); correspondence with Crown and representative counsel regarding various outstanding issues (0.5). | 3.10 | $1,550.00 |
| 13/8/08 | Derrick C. Tay | Reviewing revised documents from Crown (0.8); communications with Crown counsel (0.3). | 1.10 | $1,045.00 |
| 14/8/08 | Tony Reyes | Continued work on memorandum regarding third party release and recognition issues. | 3.40 | $2,550.00 |
| 14/8/08 | Derrick C. Tay | Reviewing changes from representative counsel (0.7); communications with Kirkland & Ellis regarding same (0.5). | 1.20 | $1,140.00 |
| 14/8/08 | Penny Adams | Drafting 27th Information Officer's Report. | 0.40 | $68.00 |
| 14/8/08 | Jennifer Stam | Correspondence regarding comments from the Crown on minutes of settlement (0.3); reviewing same (0.5); revising minutes of settlement (0.6). | 1.40 | $700.00 |
| 15/8/08 | Tony Reyes | Extensive work on memorandum. | 6.20 | $4,650.00 |
| 15/8/08 | Jennifer Stam | Conversation with the Crown regarding outstanding issues (0.7); correspondence with Grace and U.S. counsel regarding status of minutes and outstanding issues (0.8). | 1.50 | $750.00 |
| 15/8/08 | Orestes Pasparakis | Addressing settlement details (1.1); reviewing drafts and emails (0.4). | 1.50 | $885.00 |
| 15/8/08 | Derrick C. Tay | Communications with Crown (0.4); reviewing comments from Grace on settlement agreement (0.5); dealing with response to Grace (0.3). | 1.20 | $1,140.00 |

INVOICE: 838892



**OGILVY
RENAULT**

LLP / S.E.N.C.R.L, s.r.l.

W.R. GRACE & CO.                                                            01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 18/8/08 | Tony Reyes | Completing draft memorandum (3.0); discussion with A. Glen regarding review and regarding citations (0.2); further review (0.8); obtaining Court of Appeal decision just released in the Metcalfe (asset backed commercial paper) case (0.2). | 4.20 | $3,150.00 |
| 18/8/08 | Jennifer Stam | Correspondence with J. Dias-Visca regarding information requests (0.5); conversations regarding same (0.3). | 0.80 | $400.00 |
| 18/8/08 | Penny Adams | Reviewing and revising the 27th Information Officer's Report. | 0.30 | $51.00 |
| 18/8/08 | Adrienne Glen | Locating official versions of case law referred to in memorandum prepared by T. Reyes (0.8); reviewed memorandum (0.4); determined citations for all cases (1.0). | 2.20 | $407.00 |
| 19/8/08 | Adrienne Glen | Locating and reviewing case law (5.4); verifying paragraph references (0.8). | 6.20 | $1,147.00 |
| 19/8/08 | Tony Reyes | Review of Court of Appeal decision released August 18th (Metcalfe) (1.0); review of English case cited in Metcalfe (0.5); revising memorandum to reflect such cases (1.5); reviewing citations (official reports) and changes proposed by A. Glen (0.6); email from J. Stam regarding Crown's latest issue and discussion with J. Stam regarding same (0.3); recasting memorandum to address Crown issue (3.0). | 6.90 | $5,175.00 |
| 19/8/08 | Derrick C. Tay | Considering latest concern expressed by Government on settlement approval (0.3); reviewing latest draft of distribution protocol (0.4); responding to Government's concerns about settlement approval (0.5). | 1.20 | $1,140.00 |
| 19/8/08 | Jennifer Stam | Reviewing research memorandum regarding third party releases and other Crown issues (1.2); reviewing asset backed commercial paper decision for research memorandum (0.9); discussions regarding research memorandum (0.6); considering issues regarding settlement (0.4). | 3.10 | $1,550.00 |

INVOICE: 838892



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                      01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 20/8/08 | Jennifer Stam | Correspondence and conversations with J. Dias-Visca and others regarding settlement (0.6); reviewing research memo regarding third party releases and other Crown issues (1.5). | 2.10 | $1,050.00 |
| 20/8/08 | Tony Reyes | Incorporating official cites to cases (0.4); adding discussion of subsections 18.6(3) and (4), including caselaw references (1.4); including discussions of Calpine appeal case, Naneff, Phillips Services, and other cases to address Crown issue (2.4); reviewing and updating memorandum (1.8); discussion with A. Glen regarding final review and proof, and discussion with J. Stam regarding her review (0.3). | 6.30 | $4,725.00 |
| 20/8/08 | Teresa Walsh | Responding to request from J. Stam regarding corporate structure issues. | 0.20 | $107.00 |
| 20/8/08 | Adrienne Glen | Reviewing memorandum prepared by T. Reyes (0.5); checking case law references and verifying citations (1.6) | 2.10 | $388.50 |
| 20/8/08 | Derrick C. Tay | Dealing with latest response from Government. | 0.30 | $285.00 |
| 21/8/08 | Tony Reyes | Review of comments from A. Glen, J. Stam and D. Tay (0.5); discussion with D. Tay and J. Stam regarding same (0.3); revisions to memorandum (2.0); further conversations with D. Tay and J. Stam (0.3); further revisions to memo (1.5); final review (0.5). | 5.10 | $3,825.00 |
| 21/8/08 | Orestes Pasparakis | Follow-up emails and attending conference call. | 2.00 | $1,180.00 |
| 21/8/08 | Jennifer Stam | Conference call regarding settlement status (0.6); considering issues regarding minutes (0.3); revising Plan B minutes of settlement (2.5); reviewing research memo regarding third party releases (0.8). | 4.20 | $2,100.00 |
| 21/8/08 | Mario Forte | Assist with review of legal argument on 18.6 settlement strategy. | 0.80 | $600.00 |

INVOICE: 838892



**OGILVY
RENAULT**
LLP / S.EN.C.R.L, s.r.l.

W.R. GRACE & CO.                                                                                01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 21/8/08 | Derrick C. Tay | Internal debrief regarding Government position (0.5); initial conferences with Kirkland & Ellis regarding Government position and need for instructions from Grace (0.6); conversations with Government lawyer to get latest position (0.7); conference call with Kirkland & Ellis and Grace to report Government position and make recommendations (1.4); working on memorandum of law to help Government lawyer convince her client (3.3). | 6.50 | $6,175.00 |
| 21/8/08 | Adrienne Glen | Reviewing memorandum prepared by T. Reyes. | 0.90 | $166.50 |
| 22/8/08 | Tony Reyes | Additional comments on memorandum (0.4); revising same (0.4); discussion with J. Stam regarding same (0.1); discussion with D. Tay regarding same (0.1); preparing form of order, including terms to be incorporated as per settlement agreement (2.4); review of same with J. Stam (0.4); substantial additional revisions (1.6). | 5.40 | $4,050.00 |
| 22/8/08 | Jennifer Stam | Conversations regarding status of settlement and Crown position (1.6); correspondence regarding Plan B settlement minutes (0.8). | 2.40 | $1,200.00 |
| 22/8/08 | Ismail Ibrahim | Researched issue relating to Ontario law regarding the ability of a defendant to continue a claim against its co-defendants after the defendant has settled with the plaintiff. | 1.00 | $185.00 |
| 22/8/08 | Derrick C. Tay | Reviewing and finalizing memorandum of law and delivering same to Government lawyer (3.7); communications with Government lawyer (0.4); | 4.10 | $3,895.00 |
| 25/8/08 | Orestes Pasparakis | Following up on settlement, calls and emails. | 2.00 | $1,180.00 |
| 25/8/08 | Derrick C. Tay | Dealing with new issues raised by representative counsel on settlement minutes (1.3); communications with Kirkland & Ellis and Grace regarding same (0.7). | 2.00 | $1,900.00 |

INVOICE: 838892



W.R. GRACE & CO.                                             01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 25/8/08 | Jennifer Stam | Conversations with M. Moloci and D. Thompson regarding Plan B Settlement (0.8); correspondence with Kirkland & Ellis LLP and Grace regarding same (0.3); considering issues regarding same (0.4); revising minutes of settlement regarding Plan B (0.5); correspondence regarding Crown PD claims (0.2). | 2.20 | $1,100.00 |
| 25/8/08 | Ismail Ibrahim | Continued research. | 6.50 | $1,202.50 |
| 25/8/08 | Penny Adams | Reviewing and revising the 27th Information Officer's Report (0.6); circulating same to R. Finke and J. Baer for comments (0.1). | 0.70 | $119.00 |
| 26/8/08 | Jennifer Stam | Revising Plan B Minutes of Settlement (1.1); conversations with representative counsel and others regarding same (0.5); correspondence with Kirkland & Ellis LLP and Grace regarding same (0.4). | 2.00 | $1,000.00 |
| 26/8/08 | Ismail Ibrahim | Continued research (6.0); drafting memorandum (1.2). | 7.20 | $1,332.00 |
| 26/8/08 | Derrick C. Tay | Ongoing communications with Kirkland & Ellis and Grace regarding settlement minutes issues. | 0.90 | $855.00 |
| 26/8/08 | Penny Adams | Reviewing and revising the 27th Report per comments received from R. Finke. | 0.20 | $34.00 |
| 26/8/08 | Orestes Pasparakis | Following up on settlement, calls and emails. | 1.50 | $885.00 |
| 27/8/08 | Jennifer Stam | Conversation with M. Moloci and D. Thompson regarding settlement (0.8); revising same (1.1); correspondence with Kirkland & Ellis LLP and Grace regarding same (0.3). | 2.20 | $1,100.00 |
| 27/8/08 | Ismail Ibrahim | Completed memorandum and submitted results to J. Stam on issue relating to Ontario law regarding ability of a defendant to continue a claim against its co-defendants after the defendant has settled with the plaintiff. | 1.50 | $277.50 |
| 27/8/08 | Derrick C. Tay | Continuing discussions with Grace and Kirkland & Ellis regarding representative counsel's latest proposals (0.8); responding to enquiries from Crown (0.4). | 1.20 | $1,140.00 |
| 27/8/08 | Orestes Pasparakis | Conference calls, e-mails and strategy sessions. | 2.00 | $1,180.00 |

INVOICE: 838892



W.R. GRACE & CO.                                                    01016442-0006

RE:   Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 28/8/08 | Jennifer Stam | Conversations with M. Moloci and O. Pasparakis regarding settlement (1.2); conference call with Kirkland & Ellis LLP and Grace regarding same (0.8); reviewing comments on Minutes of Settlement (0.3). | 2.30 | $1,150.00 |
| 28/8/08 | Penny Adams | Reviewing and revising the 27th Information Officer's Report (0.5); discussions with J. Stam regarding same (0.1). | 0.60 | $102.00 |
| 28/8/08 | Orestes Pasparakis | Several conference calls, numerous e-mails and negotiations. | 3.00 | $1,770.00 |
| 28/8/08 | Derrick C. Tay | Ongoing discussions regarding representative counsel's new demands. | 0.70 | $665.00 |
| 29/8/08 | Orestes Pasparakis | Numerous emails, conference calls and document revisions regarding settlement. | 3.00 | $1,770.00 |
| 29/8/08 | Jennifer Stam | Several conversations and correspondence with M. Moloci, D. Thompson and O. Pasparakis regarding Minutes of Settlement (1.3); revising Minutes of Settlement (2.0); conversations and correspondence with R. Finke and J. Baer regarding Minutes of Settlement (0.7). | 4.00 | $2,000.00 |
| 30/8/08 | Derrick C. Tay | Reviewing communications with representative counsel (0.2); reviewing revised minutes of settlement (0.6); reviewing changes suggested by Grace and Kirkland & Ellis (0.3). | 1.10 | $1,045.00 |
| 30/8/08 | Jennifer Stam | Conversations and correspondence regarding Minutes of Settlement (0.6); revising same (0.8). | 1.40 | $700.00 |
| 30/8/08 | Orestes Pasparakis | Numerous emails, conference calls and document revisions regarding settlement. | 3.00 | $1,770.00 |
| 31/8/08 | Derrick C. Tay | Reviewing communications with representative counsel (0.3); internal discussions of issues (0.4). | 0.70 | $665.00 |
| 31/8/08 | Orestes Pasparakis | Numerous emails, conference calls and document revisions regarding settlement. | 3.00 | $1,770.00 |
| 31/8/08 | Jennifer Stam | Conversations and correspondence regarding Minutes of Settlement (0.3); revising same (0.4). | 0.70 | $350.00 |

TOTAL FEES                                                   $106,890.00

INVOICE: 838892



**OGILVY
RENAULT**
LLP / S.E.N.C.R.L, s.r.l.

W.R. GRACE & CO.                                                            01016442-0006

RE:  Litigation and litigation consulting

## DISBURSEMENTS - NON TAXABLE

| | |
|---|---:|
| Copies | 49.20 |
| Overtime - Secretarial | 65.00 |
| Miscellaneous | 3.19 |
| Telephone conference | 39.78 |
| External DB Search/Quicklaw | 278.12 |
| Meals with clients | 32.85 |
| Provincial Sales Tax / Taxe de vente pr | 2.63 |
| | **$470.77** |

## DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 8/7/08 | Orestes Pasparakis | Telephone conference | 6.56 |
| 8/7/08 | Orestes Pasparakis | PST-Telephone conference | 0.53 |
| 23/7/08 | Orestes Pasparakis | Telephone conference | 33.22 |
| 23/7/08 | Orestes Pasparakis | PST-Telephone conference | 2.66 |
| 30/7/08 | Orestes Pasparakis | Meals with clients - ACQUA CATERING | 32.85 |
| 30/7/08 | Orestes Pasparakis | Provincial Sales Tax / Taxe de vente provinciale - ACQUA CATERING | 2.63 |
| 5/8/08 | Adrienne Glen | External DB Search/Quicklaw | 76.84 |
| 6/8/08 | Marna McGeorge | Copies | 0.20 |
| 7/8/08 | Tony Reyes | Copies | 0.20 |
| 7/8/08 | Tony Reyes | Copies | 0.40 |
| 11/8/08 | Adrienne Glen | External DB Search/Quicklaw | 17.65 |
| 18/8/08 | Marna McGeorge | Copies | 1.00 |
| 18/8/08 | Marna McGeorge | Copies | 0.20 |
| 18/8/08 | Marna McGeorge | Copies | 1.20 |
| 18/8/08 | Tony Reyes | Copies | 1.50 |
| 18/8/08 | Marna McGeorge | Copies | 1.00 |
| 18/8/08 | Marna McGeorge | Copies | 0.10 |
| 18/8/08 | Marna McGeorge | Copies | 0.10 |
| 19/8/08 | Courtney Champagne | Copies | 1.10 |
| 19/8/08 | Tony Reyes | Copies | 1.70 |
| 19/8/08 | Adrienne Glen | External DB Search/Quicklaw | 110.70 |
| 19/8/08 | Courtney Champagne | Copies | 1.00 |
| 19/8/08 | Courtney Champagne | Copies | 1.50 |
| 19/8/08 | Courtney Champagne | Copies | 1.90 |
| 19/8/08 | Courtney Champagne | Copies | 4.40 |

INVOICE: 838892



**OGILVY RENAULT**
LLP / S.E.N.C.R.L, s.r.l

W.R. GRACE & CO.                                                      01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Amount |
|------|-----------|-------------|--------|
| 19/8/08 | Courtney Champagne | Copies | 2.90 |
| 19/8/08 | Courtney Champagne | Copies | 0.90 |
| 20/8/08 | Courtney Champagne | Copies | 3.00 |
| 20/8/08 | Courtney Champagne | Copies | 0.30 |
| 20/8/08 | Courtney Champagne | Copies | 0.10 |
| 20/8/08 | Tony Reyes | Copies | 2.30 |
| 20/8/08 | Tony Reyes | Copies | 1.90 |
| 21/8/08 | Monique Massabki | Copies | 1.80 |
| 21/8/08 | Tony Reyes | Copies | 2.20 |
| 21/8/08 | Monique Massabki | Copies | 0.10 |
| 21/8/08 | Monique Massabki | Copies | 1.80 |
| 21/8/08 | Monique Massabki | Copies | 0.10 |
| 21/8/08 | Jennifer Stam | Overtime - Secretarial - M. Tang | 65.00 |
| 21/8/08 | Tony Reyes | Copies | 2.20 |
| 21/8/08 | Jennifer Stam | Copies | 1.90 |
| 21/8/08 | Courtney Champagne | Copies | 3.00 |
| 21/8/08 | Courtney Champagne | Copies | 0.60 |
| 21/8/08 | Monique Massabki | Copies | 0.10 |
| 22/8/08 | Tony Reyes | Copies | 0.60 |
| 22/8/08 | Tony Reyes | Copies | 0.60 |
| 22/8/08 | Tony Reyes | Copies | 0.50 |
| 22/8/08 | Jennifer Stam | Copies | 1.80 |
| 25/8/08 | Monique Massabki | Copies | 0.10 |
| 26/8/08 | Ismail Ibrahim | Copies | 0.30 |
| 26/8/08 | Ismail Ibrahim | External DB Search/Quicklaw | 72.93 |
| 27/8/08 | Ismail Ibrahim | Copies | 0.40 |
| 27/8/08 | Ismail Ibrahim | Copies | 0.40 |
| 27/8/08 | Ismail Ibrahim | Copies | 0.40 |
| 28/8/08 | Monique Massabki | Copies | 1.40 |
| | | TOTAL | $470.77 |

INVOICE: 838892



# OGILVY RENAULT

LLP / S.E.N.C.R.L, s.r.L

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | September 12, 2008 |
| RE: | Fee Applications, Applicant | INVOICE: 838825 |
| Matter No.: | 01016442-0008 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending August 31, 2008

| | |
|---|---|
| FEES | $1,064.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 103.18 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $1,167.68 |



Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
including invoice number on transfer order.

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com

Payable upon receipt



**OGILVY
RENAULT**

LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                 01016442-0008

RE:  Fee Applications, Applicant

BILLING SUMMARY

|  | | Hours | Amount |
|---|---|---|---|
| T. Walsh | | 1.1 | $588.50 |
| P. Adams | | 2.8 | $476.00 |
| | Total | 3.90 | $1,064.50 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 6/8/08 | Teresa Walsh | Review of fee auditor's initial report regarding fee application of Ogilvy Renault LLP for the 28th Interim Period (0.10); follow-up with P. Adams and D. Tay regarding report (0.10). | 0.20 | $107.00 |
| 12/8/08 | Penny Adams | Reviewing and revising the Sixth Quarterly Fee Application (0.40); sending the same to R Finke for comment (0.10). | 0.50 | $85.00 |
| 18/8/08 | Teresa Walsh | Review and revisions to Sixth Quarterly Interim Application (0.4); follow-up with P. Adams regarding same (0.1). | 0.50 | $267.50 |
| 18/8/08 | Penny Adams | Finalizing Sixth Quarterly Interim Application (0.20); discussions with T. Walsh regarding same (0.10); preparing correspondence and sending same together with Sixth Quarterly Interim Application to fee auditor and L. Oberholzer (0.40). | 0.70 | $119.00 |
| 21/8/08 | Penny Adams | Reviewing invoices for July, 2008 (0.10); drafting Nineteenth Monthly Fee Application (0.50). | 0.60 | $102.00 |
| 22/8/08 | Penny Adams | Reviewing and revising Nineteenth Monthly Fee Application (0.30); sending same to R. Finke for review and comments (0.10); receiving and reviewing correspondence from R. Finke regarding same (0.10). | 0.50 | $85.00 |
| 25/8/08 | Teresa Walsh | Review of Nineteenth Monthly Fee Application; swearing same. | 0.40 | $214.00 |
| 26/8/08 | Penny Adams | Finalizing Nineteenth Monthly Fee Application (0.20); sending same to fee auditor and L. Oberholzer (0.20); correspondence with L. Oberholzer regarding filing issues (0.10). | 0.50 | $85.00 |

INVOICE: 838825



**W.R. GRACE & CO.**                                                                01016442-0008

RE:   Fee Applications, Applicant

TOTAL FEES                    $1,064.50

## DISBURSEMENTS - NON TAXABLE

| | |
|---|---:|
| Copies | 1.80 |
| Courier service | 101.38 |
| | $103.18 |

## DISBURSEMENT DETAIL - NON TAXABLE

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 30/7/08 | Derrick C. Tay | Courier service FedEx shipment #689588771244 FROM TORONTO, ON, CA. To: LYNZY OIBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 30-07-2008, GST: 0.00, QST: 0.00 | 33.46 |
| 18/8/08 | Derrick C. Tay | Courier service FedEx shipment #689588772251 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 18-08-2008, GST: 0.00, QST: 0.00 | 33.96 |
| 18/8/08 | Penny Adams | Copies | 1.80 |
| 26/8/08 | Derrick C. Tay | Courier service FedEx shipment #689588772994 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 26-08-2008, GST: 0.00, QST: 0.00 | 33.96 |
| | | TOTAL | $103.18 |

INVOICE: 838825