IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Deadline: October 13, 2008 at 4:00 p.m.** |

**FEE DETAIL FOR NELSON MULLINS RILEY &
SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD FROM AUGUST 1, 2008 THROUGH AUGUST 31, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:45797.5

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

September 9, 2008  
Invoice 893184 Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06003 | For Services Through 08/30/08 |
| WR Grace # | 063-KL-721490-01-501270 | |
| Name of Matter: | Beaco Road Site | |

08/04/08   Confer with Mr. English regarding settlement of claim filed in Bankruptcy Court and transmit draft to Mr. English (0.1); confer with client regarding same (0.1); follow-up discussion with Mr. English and electronic mail memorandum to client regarding same (0.1).
R.T. CARLISLE          0.30 hrs.   280.00/hr          $84.00

08/07/08   Confer with Mr. English regarding status of execution of agreement (0.1); electronic mail memorandum to client regarding status (0.1).
R.T. CARLISLE          0.20 hrs.   280.00/hr          $56.00

08/13/08   Telephone call to Mr. English inquiring as to execution of agreement.
R.T. CARLISLE          0.10 hrs.   280.00/hr          $28.00

08/15/08   Telephone conferences with Mr. English regarding claim settlement (0.1); communications with client regarding status of same (0.1).
R.T. CARLISLE          0.20 hrs.   280.00/hr          $56.00

08/19/08   Review electronic mail memorandum from Mr. English relating to execution of Stipulation relating to claim (0.1); electronic mail memorandum to client regarding same (0.1).
R.T. CARLISLE          0.20 hrs.   280.00/hr          $56.00

08/20/08   Review original signature pages for Stipulation regarding claim and transmit same to client for presentation to court.
R.T. CARLISLE          0.10 hrs.   280.00/hr          $28.00

**Total Fees for Legal Services** .................................................................................................... **$308.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 1.10 | 280.00 | 308.00 |
| TOTAL | 1.10 | $280.00 | $308.00 |

**Net current billing for this invoice** ............................................................................................ **$308.00**

**GRAND TOTAL** ............................................................................................................................ **$308.00**

September 9, 2008
Invoice 893184  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 08/30/08

W. R. Grace & Co.
Beaco Road Site
Our Matter # 02399/06003

| | |
|---|---|
| Fees for Professional Services | $308.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** | **$308.00** |
| **GRAND TOTAL** | **$308.00** |

**Terms of Payment: Balance due within thirty days of invoice date**

### DOMESTIC WIRING INSTRUCTIONS
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

### FOREIGN WIRING INSTRUCTIONS
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

| | |
|---|---|
| W. R. Grace & Co. | September 9, 2008 |
| ATTN: Lydia Duff, Esq. | Invoice 893185 Page 1 |
| Senior Environmental Counsel | |
| 7500 Grace Drive | |
| Columbia, MD 21044 | |

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 08/30/08 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| | | | |
|---|---|---|---|
| 08/08/08 | Message from Mr. Bucens with first annual mitigation report, review of same. | | |
| | N.J. SMITH | 0.40 hrs.   320.00/hr | $128.00 |

**Total Fees for Legal Services** ............................................................................................ **$128.00**

## BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 0.40 | 320.00 | 128.00 |
| TOTAL | 0.40 | $320.00 | $128.00 |

**Net current billing for this invoice** ..................................................................................... $128.00

**GRAND TOTAL** ............................................................................................................... **$128.00**

September 9, 2008
Invoice 893185  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 08/30/08

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $128.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| Net current billing for this invoice | $128.00 |
| **GRAND TOTAL** | **$128.00** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD  21044

September 9, 2008  
Invoice 893186  Page  1

Our Matter #            02399/06091                              For Services Through 08/30/08  
Name of Matter:         Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 08/15/08 | Draft July 2008 fee application.<br>B.A. WRIGHT | 1.30 hrs. | 120.00/hr | $156.00 |
| 08/18/08 | Update fee application chart with current filings and objection dates.<br>B.A. WRIGHT | 0.50 hrs. | 120.00/hr | $60.00 |
| 08/21/08 | Edit and approve monthly fee application.<br>B.J. BURN | 0.30 hrs. | 240.00/hr | $72.00 |

**Total Fees for Legal Services** ............................................................................... **$288.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.30 | 240.00 | 72.00 |
| B.A. WRIGHT | 1.80 | 120.00 | 216.00 |
| TOTAL | 2.10 | 137.14 | 288.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 08/11/2008 | PAYEE: PACER Service Center; REQUEST#: 319613; DATE: 8/11/2008. - On Line Sevices Quarterly Billing (04/01/08 - 05/31/08) | 22.96 |
|---|---|---|

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$22.96**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Court Fees | 22.96 |
| TOTAL | $22.96 |

**Net current billing for this invoice** ................................................................................ **$310.96**

**GRAND TOTAL** .................................................................................................................. **$310.96**

**REMITTANCE COPY**

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 08/30/08

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $288.00 |
| Charges for Other Services Provided/Expenses Incurred | $22.96 |
| **Net current billing for this invoice**.................................................................... | **$310.96** |
| **GRAND TOTAL** .................................................................................................... | **$310.96** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701