IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | ) Chapter 11 <br> ) <br> ) Case No. 01-01139(JKF) <br> ) (Jointly Administered) <br> **W.R. GRACE & CO.**, *et al.*, ) <br> ) <br> Debtors. ) Docket No. 19369 <br> ) <br> ) **[PROPOSED] ORDER CONTINUING** <br> ) **HEARING ON DEBTORS' OBJECTION** <br> ) **TO CLAIMANT GLORIA MUNOZ'S** <br> ) **CLAIM** <br> ) <br> ) Case No. 01-01140 <br> ) Claim No. 1595 <br> ) <br> GLORIA MUNOZ, ) IN THE SUPERIOR COURT OF THE <br> ) STATE OF CALIFORNIA FOR THE <br> Plaintiff/Claimant, ) COUNTY OF ALAMEDA <br> ) <br> vs. ) CASE NO. 810748-2 <br> ) <br> W.R. GRACE & CO, - CONN., a ) <br> corporation, C.C. FRIAL, PEDRO ) <br> GONZALES "PETE," J.C. GONZALES ) <br> "JOE," and DOES I through XX, ) <br> inclusive, ) <br> ) <br> Defendants ) |

**Hearing Date: September 29, 2008 at 10:00 a.m.**

The matter having come before the Court on the motion of Claimant GLORIA MUNOZ, to continue the hearing date for Debtors' Objection to Ms. Munoz's claim, and the Court having considered the matter and being duly advised thereof, hereby grants said Claimant's Motion to hearing for thirty (30) days to obtain permission to appear *pro hac vice* and to find Delaware co-counsel.

[CONTINUED ON NEXT PAGE]

1

###

Prepared by:
Anthony S. Petru, Esq.
HILDEBRAND, McLEOD & NELSON LLP
350 Frank H. Ogawa Plaza, 4th Floor
Oakland, CA  94612-2006
Telephone:   (510) 451-6732
Facsimile:    (510) 465-7023
petru@hmnlaw.com

**DISTRIBUTION:**
Kari E. Levine, Esq.
Christopher T. Greco, Esq.
James E. O'Neill, Esq.
Scott L. Baena, Esq.
Michael B. Joseph, Esq.
Peter Van N. Lockwood, Esq.
Mart T. Huford, Esq.
Lewis Kruger, Esq.
Michael R. Lastowski, Esq.
Teresa K.D. Currier, Esq.
Gary Becker, Esq.
Richard H. Wyron, Esq.
John C. Phillips, Jr., Esq.
David Klauder, Esq.

**CERTIFICATE OF MAILING**
*In re: W.R. Grace & Co., et al. (Debtors)*
U.S. Bankruptcy Court, District of Delaware, Case No. 01-01139 (JKF)

I, TULOA SANCHEZ, hereby declare that I am a citizen of the United States and am over the age of eighteen (18) and am not a party to the above-entitled action. I am employed in the County of Alameda, California and my business address is Hildebrand, McLeod & Nelson, LLP, 350 Frank H. Ogawa Plaza, 4th Floor, Oakland, CA 94612-2006.

On September 22, 2008, I served the foregoing document(s) entitled:

**CLAIMANT GLORIA MUNOZ'S EMERGENCY MOTION TO CONTINUE HEARING RE DEBTOR'S OBJECTION TO HER CLAIM**

by placing _ _ the original, _ X _ a true copy thereof, enclosed in a sealed envelope addressed as follows:

**(SEE PROOF OF SERVICE LIST ATTACHED)**

__X__   BY MAIL: I caused such envelope(s) or package(s) to be deposited in the mail at Oakland, California with postage thereon fully prepaid. I am readily familiar with our firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day, in the ordinary course of business. The above sealed envelope(s) or package(s) was placed for collection and mailing on the above date following ordinary business practice.

_____   BY PERSONAL SERVICE: I caused such envelope(s) containing a true copy thereof to be hand delivered to the parties listed.

_____   BY OVERNIGHT DELIVERY: I caused such envelope(s) or package(s) designated by Federal Express with delivery fees paid or provided and;

___   deposited such envelope(s) or package(s) in a facility regularly maintained by the Federal Express courier;

___   delivered such envelope(s) or packages to an authorized courier or driver authorized by Federal Express carrier to receive documents.

___   BY FACSIMILE: On _____ at _____a.m./p.m., by use of facsimile machine telephone number 510-465-7023, I served a true copy of the above-entitled document(s) on the parties in said action by transmitting by facsimile machine to the numbers as set forth above. I caused the machine to print a transmission record of the transmission, a copy of which is attached to this Declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was executed on September 22, 2008, at Oakland, California.

_____
TULOA SANCHEZ

Case 01-01139-AMC   Doc 19592-1   Filed 09/22/08   Page 4 of 5

**CERTIFICATE OF MAILING (cont'd)**
*In re: W.R. Grace & Co., et al. (Debtors)*
U.S. Bankruptcy Court, District of Delaware, Case No. 01-01139 (JKF)

| | |
|---|---|
| Kari E. Levine, Esq.<br>SEYFARTH SHAW<br>560 Mission Street, Suite 3100<br>San Francisco, California 94105-2930<br>(Fax: 1-415-397-8549) | Representing: *Debtor, W.R. Grace re Munoz vs. W.R. Grace, California Superior, Alameda County, Case No. 810748-2* |
| Christopher T. Greco, Esq.<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street, Suite 39<br>New York, NY 10022<br>(Fax: 1 212-446-4900) | Co-counsel Representing: *Debtors W.R. GRACE & CO, et al.* |
| James E. O'Neill, Esq.<br>PACHULSKI, STANG, ZIEHL & JONES, LLP<br>919 N. Market Street, Suite 17<br>P. O. Box 8705<br>Wilmington, DE 19899-8705 (courier 19801)<br>(Fax: 1-302-652-4400) | Co-counsel Representing: *Debtors W.R. GRACE & CO, et al.* |
| Scott L Baena, Esq.<br>BILZIN-SUMBERG<br>First Union Financial Center<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131<br>(Fax: 1-305-374-7593) | Representing: *Official Committee of Property Damage Claimants* |
| Michael B. Joseph, Esq.<br>FERRY & JOSEPH, P.A.<br>824 Market Street, Suite 904<br>P. O. Box 1351<br>Wilmington, DE 19899<br>(Fax: 1-302-575-1714) | Representing: *Official Committee of Property Damage Claimants* |
| Peter Van N. Lockwood, Esq.<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, N.W.<br>Washington, DC 20005<br>(Fax: 1-202-429-3301) | Representing: *Official Committee of Personal Injury Claimants* |
| Mart T. Huford, Esq.<br>CAMPBELL & LEVINE, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>(Fax: 1-302-426-9947) | Representing: *Official Committee of Personal Injury Claimants* |

Case 01-01139-AMC    Doc 19592-1    Filed 09/22/08    Page 5 of 5
**CERTIFICATE OF MAILING (cont'd)**
*In re: W.R. Grace & Co., et al. (Debtors)*
U.S. Bankruptcy Court, District of Delaware, Case No. 01-01139 (JKF)

| | |
|---|---|
| Lewis Kruger, Esq.<br>STROOCK & STROOCK & LAVAN<br>180 Maiden Lane<br>New York, NY 10038-4982<br>(Fax: 1-212-806-5430) | Representing: *Official Committee of Unsecured Creditors* |
| Michael R. Lastowski, Esq.<br>DUANE, MORRIS & HECKSCHER, LLP<br>1100 N. Market Street, Suite 1200<br>Wilmington, DE 19801-1246<br>(1-302-657-4901) | Representing: *Official Committee of Unsecured Creditors* |
| Teresa K.D. Currier, Esq.<br>BUCHANAN, INGERSOLL & ROONEY, P.C.<br>1000 West Street, Suite 1410<br>P.O. Box 1397<br>Wilmington, DE 19899-1397<br>(Fax: 1-302-552-4295) | Representing: *Official Committee of Equity Holders* |
| Gary Becker, Esq.<br>KRAMER, LEVINE, NAFTALIS & FRANKEL LLP<br>919 Third Avenue<br>New York, NY 10022 | Representing: *Official Committee of Equity Holders* |
| Richard H. Wyron, Esq.<br>ORRICK, HERRINGTON & SUTCLIFFE, LLP<br>Columbia Center<br>1152 15th Street, N.W.<br>Washington, D.C. 20005-1706<br>(Fax: 1-202-339-8500) | Representing: *Future Claimants' Representative* |
| John C. Phillips, Jr., Esq.<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 N. Broom Street<br>Wilmington, DE 19806<br>(Fax: 1-302-655-4210) | Representing: *Future Claimants' Representative* |
| David Klauder, Esq.<br>Office of the United States Trustee<br>J. Caleb Boggs Federal Building<br>Suite 2207, Lockbox 35<br>844 N. King Street<br>Wilmington, DE 19801<br>1-302-573-6491<br>1-302-573-6497 (fax) | Representing: *Office of the United States Trustee* |