IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | Objection Date: October 13, 2008 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FORTY-FOURTH MONTHLY INTERIM APPLICATION OF
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JUNE 1, 2008 THROUGH JUNE 30, 2008**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | June 1, 2008 through June 30, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $5,150.00 |
| 80% of fees to be paid: | $4,120.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,099.52 |
| Total Fees @ 80% and 100% Expenses: | $5,219.52 |
| This is an: ___ interim   X   monthly ___ final application. | |

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

    The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

### COMPENSATION SUMMARY
### JUNE 2008

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 10.30 | $5,150.00 |
| **Grand Total:** | | | **10.30** | **$5,150.00** |
| **Blended Rate: $500.00** | | | | |

|  |  |
|---|---|
| Total Fees: | $ 5,150.00 |
| Total Hours: | 10.30 |
| Blended Rate: | $ 500.00 |

### COMPENSATION BY PROJECT CATEGORY
### JUNE 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Trust Distribution Procedures | 10.30 | $5,150.00 |
| **TOTAL** | **10.30** | **$5,150.00** |

### EXPENSE SUMMARY
### JUNE 2008

| Expense Category | Total |
|---|---|
| Air travel | $684.00 |
| Hotel | $319.82 |
| Parking | $30.00 |
| Taxi | $65.70 |
| **TOTAL** | **$1,099.52** |

Respectfully submitted,

*/S/ DAVID T. AUSTERN*
David T. Austern
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: September 19, 2008