# **EXHIBIT A**

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for June, 2008**

| <u>Date</u> | <u>Services</u> | <u>Hours</u> |
|---|---|---|
| 6/2 | **Review of draft Trust Distribution Process (TDP) with edits** | **2.3** |
| 6/3 | **Telephone conference Frankel, Wallace, Wyron re draft TDP** | **1.2** |
| 6/10 | **Telephone conference Aldock re CNA Insurance (.2); telephone conference Frankel re CAN Insurance (.1)** | **.3** |
| 6/26 | **Travel to N.Y. (2 hours billed as 1) (1); meeting with Frankel (2)** | **3** |
| 6/27 | **Meeting with Inselbuch, Frankel re TDP (2.5); travel to Washington D. C. (2 hours billed as 1) (1)** | **3.5** |

**Total Hours:** <u>**10.3**</u>

**Total Fees ($500.00 per hour)** <u>**$5, 150.00**</u>