# EXHIBIT B

# RECEIPTS FOR DAVID AUSTERN
# JUNE 2008 FEE APPLICATION

**David Austern, Futures Representative for W.R. Grace**

**Expenses:**

| | |
|---|---|
| **Roundtrip travel to N.Y. 6/26-6/27** | **$684.00** |
| **Hotel in N.Y. 6/26-6/27** | **319.82** |
| **Parking at National Airport** | **30.00** |
| **Taxi to hotel in N.Y. 6/26** | **42.00** |
| **Taxi to airport 6/27** | **23.70** |

**Total Expenses** $1,099.52

# Hilton
## New York

1335 Avenue of the Americas • New York, NY 10019
Phone (212) 586-7000 • Fax (212) 261-5946
Reservations
www.hilton.com or 1 800 HILTONS

**Name & Address**

AUSTERN, DAVID
4984 ROCKWOOD PKWY NW

WASHINGTON, DC 200163248
US

| | |
|---|---|
| Room | 3944/K1T |
| Arrival Date | 6/26/2008   4:36:00PM |
| Departure Date | 6/27/2008 |
| Adult/Child | 1/0 |
| Room Rate | 279.00 |
| RATE PLAN | L-DJ |

HH# 015004136 DIAMOND
AL: CO #AS060562
BONUS AL:     CAR:

*Folio*

CONFIRMATION NUMBER : 3317526871

6/27/2008    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 6/26/2008 | GUEST ROOM | WLEUNG | 12177161 | $279.00 | | |
| 6/26/2008 | STATE ROOM TAX 8.375% | WLEUNG | 12177161 | $23.37 | | |
| 6/26/2008 | ROOM OCCUPANCY TAX 5% | WLEUNG | 12177161 | $13.95 | | |
| 6/26/2008 | $2.00 CITY TAX | WLEUNG | 12177161 | $2.00 | | |
| 6/26/2008 | JAVITS CTR FEE | WLEUNG | 12177161 | $1.50 | | |
| 6/27/2008 | AX *3002 | BKRA | 12178222 | | $319.82 | |
| | BALANCE | | | | | $0.00 |

*Hilton HHonors(R) stays post to your account within 72 hours of checkout.
To check your earnings for this stay or any other stay at any of more than
3,000 Hilton Family hotels worldwide visit HiltonHH*

*Thank you for choosing Hilton! Please visit us at hilton.com to view our best
available Net Direct rates, plan a special vacation getaway or select a
convenient location for your next business trip.*

TheHiltonFamily

Hilton

CONRAD

DOUBLETREE

EMBASSY SUITES

Hampton

Hilton Garden Inn

Hilton Grand Vacations Club

HOMEWOOD SUITES

USA
Official Sponsor

| ACCOUNT NO. AX *3002 | | DATE OF CHARGE 6/26/2008 | FOLIO NO./CHECK NO. ####### A |
|---|---|---|---|
| CARD MEMBER NAME AUSTERN, DAVID | | AUTHORIZATION 503960 | INITIAL |
| ESTABLISHMENT NO. & LOCATION | ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT | PURCHASES & SERVICES | |
| | | TAXES | |
| | | TIPS & MISC. | |
| | | TOTAL AMOUNT | |

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.     PAYMENT DUE UPON RECEIPT



| Prepared For | Account Number | Closing Date | |
|---|---|---|---|
| DAVID T AUSTERN | XXXX-XXXXX7-73002 | 06/30/08 | Page 5 of 8 |

### New Activity continued

| Date | Description | Amount $ |
|---|---|---|
| 06/19/08* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>BAGGAGE INSURANCE PREMIUM<br>TKT NO. 03723133211140 | 9.95 |
| 06/19/08* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>BAGGAGE INSURANCE PREMIUM<br>TKT NO. 03723133211125 | 9.95 |
| 06/19/08* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>TRAVEL DELAY<br>TKT NO. 03723133211140 | 9.95 |
| 06/19/08* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>TRAVEL DELAY<br>TKT NO. 03723133211136 | 9.95 |
| 06/19/08* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>TRAVEL DELAY<br>TKT NO. 03723133211125 | 9.95 |
| 06/19/08* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>AIRFLIGHT INSURANCE PREMIUM 800-437-9209<br>TKT NO. 03723133211136 | 14.99 |
| 06/19/08* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>AIRFLIGHT INSURANCE PREMIUM 800-437-9209<br>TKT NO. 03723133211125 | 14.99 |
| 06/19/08* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>AIRFLIGHT INSURANCE PREMIUM 800-437-9209<br>TKT NO. 03723133211140 | 14.99 |
| 06/27/08 | US AIRWAYS     NEW YORK   NY<br>US AIRWAYS<br>From: LAGUARDIA INTL A/P    To: WASHINGTON NAT'L D NOT AVAILABLE    Carrier: US    Class: YS<br>Ticket Number: 03723141474404    Date of Departure: 06/27<br>Passenger Name: AUSTERN/DAVID<br>Document Type: PASSENGER TICKET | 344.50 |
| 06/28/08 | Hilton Hotels 000000 New York  NY<br>Arrival Date 06/26/08    Departure Date 06/27/08<br>00000000<br>LODGING | 319.82 |
| 06/28/08 | MORTONS OF BETHESDA BETHESDA   MD<br>3016572650<br>FOOD/BEVERAGE      208.07<br>TIP                40.00 | 248.07 |
| 06/28/08 | EXXONMOBIL    WASHINGTON   DC<br>2023622639<br>Description<br>GAS/SERVICES | 72.00 |
| 06/29/08* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>BAGGAGE INSURANCE PREMIUM<br>TKT NO. 03723141474404 | 9.95 |
| 06/29/08* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>TRAVEL DELAY<br>TKT NO. 03723141474404 | 9.95 |
| 06/29/08* | TRANSACTION PROCESSED BY AMERICAN EXPRESS<br>AIRFLIGHT INSURANCE PREMIUM 800-437-9209<br>TKT NO. 03723141474404 | 14.99 |

**Total of New Activity** — 4,194.04

 **DELTA**  ETKT PASSENGER RECEIPT                PAGE 02 OF 02
                 NOT TRANSFERABLE         THIS DOCUMENT EXPIRES 26JUN09
**USTERN/DAVID**   SILVER/ELITE    DL2023405273   DATE/PLACE OF ISSUE 26JUN08 DCAFTO
                                   ISS AGT ID DS/7B        CONF NBR  PBS1RK
**ENDORSEMENTS**

FARE CALCULATION  UAS DL NYC306.05YSHLGA USD306.05END ZP DCA XT AY 2.50 XF 4.50 DCA4.5

```
USD  306.05
XT     7.00
US    22.95
ZP     3.50
   USD339.50
```

FORM OF PAYMENT  AXxxxxxxxxxxx2056/191756   Trust

0  0062129913914 5

---

PASSENGER TICKET AND BAGGAGE CHECK
SUBJECT TO CONDITIONS OF CONTRACT

AUSTERN/DAVID        27JUN08   BEBB4588    E TICKET RECEIPT
200P  NEW YORK LGA   US  2177  Y  27JUN  317P WASHINGTON DCA   FROM  TO   LGA  DCA

FP  AX***********3002/****/111985  FC 27JUN08NYC US WAS310.70YS USD310.7
OEND ZPLGA XT3.50ZP3.50AY XF4.50LGA4.5

FARE  USD  310.70    DOCUMENT NUMBER 0372314147440
TAX   US    23.30    6370531159782
TAX   XT   10.50     NO CASH VALUE
TOTAL USD  344.50    NOT VALID FOR TRAVEL

THANK YOU FOR FLYING
US AIRWAYS

```
06/23/08 12:02PM
MEDALLION  6E70
DRIVER     451781
TRIP#      15
START      11:49AM
END        12:02PM
DIST       9.7 mi
---------------------
STAND. CITY RATE
RATE 1     9.7 mi
FARE       23.70
TOTAL      23.70
=====================
CONTACT TLC 311
```
*To airport*



```
REAGAN NAT'NAL
     AIRPORT
For Questions or Comments: (703)417-4300
Entrance: 13:31 06/26/08  Lane # 82
Exit:     15:29 06/27/08  Lane # 35
License Plate DC BW9545
Cashier: 013        Seq. # 5758
Length of stay 02d 01h. 49min.
Amount Paid  $ 30.00 Cash
***** Thank You for Flying *****
***** Reagan National Airport *****
```
*Parking @ Reagan*

| CAR NO. 111 | ACCT NO. MAJ770 | DATE 6/06/08 | F# 9147 | CO/EMP I.D.# | | 298136 |
|---|---|---|---|---|---|---|
| COMPANY NAME | Cadwalader Resolution | TIME OF DISP. 15:20 PM | TIME OF P/U 16:00 PM | INITIAL | | FARE |
| PASSENGER NAME | Huston | PASS ☐ PKGE ☐ | INIT W.T. | HVY LBS | TEL MIN | ADD'L STOPS |
| FROM | La Guardia | ZIP/ZONE | STOPS | ZIP/ZONE | W.T.  INIT. | TOTAL WAITING TIME |
| FINAL DEST. | N.Y. Hilton | | 1 | | | APP W.T. CUST. SIG. |

**intaBORO** — The Finest In Luxury Transportation — (718) 845-1111

EXPLANATION

X _[signature]_    X _____    PASSENGER OR AUTHORIZED SIGNATURE    CUSTOMER-3    SPECIAL ROUTE REQUEST BY CUST. SIGNATURE