IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., <u>et al.</u>, ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| ) | |
| Debtors. ) | Objection Date: October 13, 2008 at 4:00 p.m. |
| ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FORTY-FIFTH MONTHLY INTERIM APPLICATION OF
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>JULY 1, 2008 THROUGH JULY 31, 2008</u>**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | July 1, 2008 through July 31, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $5,200.00 |
| 80% of fees to be paid: | $4,160.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   32.00 |
| Total Fees @ 80% and 100% Expenses: | $4,192.00 |

This is an:   ___ interim   _X_ monthly   ___ final application.

---

[1] Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

     The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00.  Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

## COMPENSATION SUMMARY
## JULY 2008

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 10.40 | $5,200.00 |
| **Grand Total:** | | | **10.40** | **$5,200.00** |
| **Blended Rate: $500.00** | | | | |

           **Total Fees:**      $ 5,200.00
           **Total Hours:**        10.40
           **Blended Rate:**   $   500.00

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Insurance | 4.10 | $2,050.00 |
| Trust Distribution Procedures | 6.30 | $3,150.00 |
| **TOTAL** | **10.40** | **$5,200.00** |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| Parking | $32.00 |
| **TOTAL** | **$32.00** |

                                            Respectfully submitted,

Dated: September 19, 2008           */S/ DAVID T. AUSTERN*
                                            David T. Austern
                                            Claims Resolution Management Corporation
                                            3110 Fairview Park Drive, Suite 200
                                            Falls Church, VA  22042-0683
                                            (703) 205-0835