# **EXHIBIT A**

**David Austern, Future Representative for W.R. Grace**
**Billing Statement For July, 2008**

| Date | Services | Hours |
|---|---|---|
| 7/11 | Telephone conference Frankel, Horkovitch, Lockwood, Wyron re insurance (.9); telephone conference Frankel re same (.2) | 1.3 |
| 7/14 | Meeting with Aldock, Horkovitch, Frankel, Wyron re CAN insurance | 2.8 |
| 7/17 | Meeting with Piper Jaffrey, Frankel, Wyron, Felder re W. R. Grace and Sealed Air settlement (1.8); meeting with Frankel, Wyron, Felder re Trust Distribution Process (1) | 2.8 |
| 7/28 | Review of Trust Distribution Process, Libby Claimants' demands and Orrick memorandum(1.8); telephone conference Frankel re same (.6) | 2.4 |
| 7/30 | Telephone conference with Libby Claimants, Frankel, ACC, and others | 1.1 |

**Total Hours** 10.4

**Total Fees ($500.00 per hour)** **$5,200.00**