# EXHIBIT B

# RECEIPTS FOR DAVID AUSTERN
# JULY 2008 FEE APPLICATION

**Expenses:**

      **Parking at Orrick 7/14  $16.00**
      **Parking at Orrick 7/17 $16.00**

**Total Expenses**                                                       **32.00**

**Total Fees and Expenses**                              **$5,232.00**

Grace - 7/17

**RECEIPT:**

PAID AMT. $ 16        INITIAL

671 JUL 17 11:39

This receipt is only valid if
this ticket is time stamped.

**RECEIPT:**

PAID AMT. $ 16        INITIAL

671 JUL 14 15:12

This receipt is only valid if
this ticket is time stamped.