## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
|  | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | Jointly Administered |
|  | ) |  |
| Debtors. | ) |  |
|  | ) |  |

### NOTICE OF FILING EXPERT REPORT OF DR. WILLIAM E. LONGO

PLEASE TAKE NOTICE that Claimant, State of California, Department of General Services, by and through their undersigned counsel, in accordance with the Order Granting Claimant State of California, Department of General Services' Motion for Leave to File the Expert Report of Dr. William E. Longo, entered on September 2, 2008 by the United States Bankruptcy Court for the District of Delaware [D.I. 19434], hereby files a true and correct copy of the expert report of Dr. William E. Longo, which is attached hereto.

Dated: September 24, 2008
Wilmington, Delaware

/s/ Leslie C. Heilman
Tobey M. Daluz, Esq. (No. 3939)
Leslie C. Heilman, Esq. (No. 4716)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
Email: daluzt@ballardspahr.com
          heilmanl@ballardspahr.com

-and-

HAHN & HESSEN LLP
Steven J. Mandelsberg, Esq.
Christina J. Kang, Esq.
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Email: smandelsberg@hahnhessen.com
   ckang@hahnhessen.com

Counsel for Claimant
State of California, Dep't of General Services