**EXHIBIT B**

# ALEXANDER M. SANDERS, JR.
Born: September 29, 1938

**Education:**

Three earned degrees, B.S. and LL.B. (now J.D.) University of South Carolina, 1960 and 1962; LL.M. University of Virginia, 1990. USC Law Review. Order of Coif, USC Law. Harvard University School of Education Program for New University Presidents, 1992.

Honorary Degrees, Doctor of Laws, College of Charleston, 1986; University of South Carolina, 1992; The Citadel, 2005.

**Professional Experience:**

Associate, law firm of Belser & Belser, 1962-1963.

President, South Carolina Trial Lawyers Association (now SCAJ), 1967.

Member, South Carolina House of Representatives, 1966-1974; South Carolina Senate, 1976-1983.

Chair, South Carolina Board of Advisors on Consumer Credit, 1974-1976.

Private practice of law (in association with various lawyers) 1963-1974.

Senior Partner, Sanders & Quackenbush (now Berry, Quackenbush & Stuart), 1974-1983.

Chief Judge, South Carolina Court of Appeals and Acting Associate Justice, South Carolina Supreme Court, 1983-1992.

Member, American Law Institute.

President, College of Charleston (and University of Charleston, S.C.), 1992-2001.

Chair, South Carolina Council of College Presidents, 1999-2000.

President, American Bar Association Council of Chief Judges of Courts of Appeal, 1990-1991.

Vice Chair, American Bar Association Conference of Appellate Court Judges (representing all Appellate Court Judges, State and Federal), 1991.

Board of Trustees, Spoleto Festival, 1992-2001.

Recipient of the Thomas Jefferson Award as "a champion of common people's dream of equal and impartial justice for all mankind." S.C. Jury Trial Foundation, May 15, 1992.

Member of the Governor's Committee on Race Relations, 1996-1998.

Chair, committee to select the South Carolina Poet Laureate, 2001.

Board of Directors, National Bank of South Carolina, 1994-present.

Board of Directors, Armstrong World Industries, Inc., 2006-present.

Board of Trustees, National Judicial College, member 1998-2005, Chair 2003.

Board of Directors, National Center for Courts and the Media, 2004-present.

Chair, Governor Hodges' Transition Team, 1998.

Member, Advisory Board, Southern Environmental Law Center.

Member, Advisory Board, Lowcountry Initiative for the Literary Arts.

Democratic nominee for the United States Senate, 2002.

Board of Trustees, The Nature Conservancy, 2003-present.

Chair, Board of Trustees, The Huntington Society, 2003.

Permanent member, 4th Circuit Court of Appeals Judicial Conference.

Member of the Board, ABA Judicial Division.

Recipient of the S.C. Bar DuRant Award for Public Service, 2004.

Shareholder, Sanders & Nettles, LLC, 2006-present.

Contributing Editor, *Garden & Gun* magazine, 2007-present.

**Teaching Experience:**

Full-time Faculty, University of South Carolina, 1974-1983.

Adjunct Faculty, University of South Carolina, 1963-1974, 1984-1992.

Adjunct Clinical Faculty, Winter Semester, Harvard Law School, 1981-2006.

Fellow, John F. Kennedy School of Government, Harvard University, 2003-2004, 2004-2005.

Faculty, College of Charleston, 1992-present.

Faculty, Aspen Institute, Summer 1996.

Numerous law related seminars.

Numerous speeches throughout the United States, including, among others, the American Bar Association, the Fourth Circuit Judicial Conference, ATLA and DRI, and a number of state Bar Associations.

**Publications:**

Law related articles and three books (co-authored the books with others). Principal and most recent publications include: *Trial Handbook for South Carolina Lawyers* (2008); "The Worst Jury Argument I Ever Made," *S.C. Law Review*, Vol. 50, No. 3 (Spring 1999); "Newgarth

2

Revisited: Mrs. Robinson's Case," *S.C. Law Review*, Vol. 49, No. 3 (Spring 1998); "Everything You Always Wanted to Know About Judges," *S.C. Law Review*, Vol. 49, No. 2 (1998); "Judge John Belton O'Neall and McCready's Oath: A Lesson for Today," *Journal of Southern Legal History*, Vol. III (1994); "A Judge's Swan Song," *ABA Judges' Journal*, Vol. 33, No. 3 (Summer 1994); "A Judge's Swan Song," *Carolina Lawyer*, p. 37 (Nov.-Dm. 1992); *Real Life Case Studies in Political Correctness*, International Society of Barristers Quarterly, Vol. 40, No.3 (2006); "Turning the Tide," *Legends*, p. 39, Vol. 17, No. 1 (2006); "How the lord God Bird Saved the Swamp," *Garden & Gun*, p. 124 (Spring 2007). Participant in the production and performance of numerous Public Television programs, including the late William Buckely's "Firing Line."

**Other Academic Experience:**

Chair, Board of Directors, The Charleston School of Law, 2003-Present.

Board of Visitors, College of Charleston, 1987-1992.

Chair, committee established by the Will of Thomas Rhodes to nominate candidates for the Rhodes Scholarship, 1990-1991.

Trustee, Thomas Cooper Library Society, University of South Carolina, 1989-1992.

Trustee, South Carolina Commission on Higher Education Foundation, 2005-present.

Founder and Board Member, Lightsey Society (supporting higher education in South Carolina), 2006-present.

Member of the three person American Bar Association committee to advise the University of Virginia Law School Graduate Program for Judges, 1989-1991.

Graduation speaker, several colleges and universities, including, among others, the College of Charleston, the University of South Carolina, Wake Forest University, the University of Virginia, and Tulane University.

**Miscellaneous**

2008 Licensed Alligator Hunter (practicing "catch and release")

**Military Service:**

U.S. Army, active duty 1957, active reserve 1957-1962, inactive reserve 1962-1965, honorably discharged February 28, 1965, highest rank attained E-4.

**Immediate Family:**

Zoe Dutrow Sanders, wife of 42 years, church worker, community activist, author of *Entertaining at the College of Charleston*.

Zoe Caroline Sanders Nettles. President, National Association of Women Lawyers. Married to William N. Nettles. Parents of two children, William and Alex, born December 18, 2003.