IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*,                Bankruptcy No.01-1139-JKF
  Debtor(s)
                        Chapter 11

**Related to Dkt. No. 18922, Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998, and May 5, 1999**, Agenda Item 11, Hearing Date September 29, 2008

## ORDER LIMITING ARGUMENT TIME

**AND NOW**, this **25th** day of **September, 2008**, it is **ORDERED** that Debtors and the Bank Lender Group shall have one hour each in which to make argument, which time shall include any rebuttal.

It is **FURTHER ORDERED** that counsel for Debtors shall serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*   rmab
Judith K. Fitzgerald
United States Bankruptcy Judge