# Exhibit A

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

September 25, 2008

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 500350
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---|
| FEES | $4,411.50 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $4,411.50 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES | $64,958.00 |
| DISBURSEMENTS | 272.24 |
| MATTER TOTAL | $65,230.24 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES | $4,758.00 |
| DISBURSEMENTS | 22.02 |
| MATTER TOTAL | $4,780.02 |

### 056772-00010/CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)

| | |
|---|---|
| FEES | $56,265.50 |
| DISBURSEMENTS | 845.22 |
| MATTER TOTAL | $57,110.72 |

| | |
|---|---|
| CLIENT GRAND TOTAL | $131,532.48 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 500350 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2230390.3

Kramer Levin Naftalis & Frankel LLP                                Page No. 2

W.R. GRACE & CO. EQUITY COMMITTEE                                  September 25, 2008
056772-00002                                                       Invoice No. 500350

## CREDITOR COMMITTEE

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/08 | BENTLEY, PHILIP | Trade emails re: status of case. | 0.10 | 72.50 |
| 08/05/08 | MANNAL, DOUGLAS | Telephone with equity holder re: outstanding plan issues (public information only). | 0.50 | 292.50 |
| 08/12/08 | MANNAL, DOUGLAS | Telephone conference with equity holder re: current status of case. | 0.50 | 292.50 |
| 08/21/08 | MARTORANA, KEITH R | Draft talking points memorandum for next week's committee meeting (2.6). | 2.60 | 949.00 |
| 08/25/08 | MARTORANA, KEITH R | T/C and e-mail with T. Freedman re: status of case issues (in preparation for upcoming Committee meeting) (.8); summarize conversation points and e-mail to P. Bently (.8); Prepare talking points memorandum for Committee meeting (2.2). | 3.80 | 1,387.00 |
| 08/26/08 | MARTORANA, KEITH R | Prepare for Committee conference call (.5); Attend Committee meeting (1.2). | 1.70 | 620.50 |
| 08/26/08 | BENTLEY, PHILIP | Committee conf call and t/c T. Weschler re same. | 1.10 | 797.50 |

**TOTAL HOURS AND FEES**                                          **10.30**   **$4,411.50**

**TOTAL FOR THIS MATTER**                                                      **$4,411.50**

KL4 2230390.3

Kramer Levin Naftalis & Frankel LLP

Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00007

September 25, 2008
Invoice No. 500350

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/08 | MANNAL, DOUGLAS | Telephone conference with T. Weschler re: plan meeting (.5); attention to revised plan (1.0). | 1.50 | 877.50 |
| 08/05/08 | MARTORANA, KEITH R | Review ACC/FCR comments to corporate agreements. | 0.70 | 255.50 |
| 08/06/08 | MANNAL, DOUGLAS | Attention to plan transaction documents in preparation for Thursday meeting (5.8). | 5.80 | 3,393.00 |
| 08/06/08 | MARTORANA, KEITH R | Reviewed ACC/FCR comments to corporate agreements, drafted summary re: same and e-mailed to T. Weschler (5.4). | 5.40 | 1,971.00 |
| 08/07/08 | MANNAL, DOUGLAS | Preparation for and attend plan proponent meeting at Kirkland's office (8.5). | 8.50 | 4,972.50 |
| 08/07/08 | KOLEVZON, PETER S. | Read Registration Rights Agreement and Warrant Agreement; draft e-mail w/comments. | 2.80 | 2,226.00 |
| 08/08/08 | KOLEVZON, PETER S. | Read & revise new draft of corporate agreement. | 2.80 | 2,226.00 |
| 08/11/08 | MANNAL, DOUGLAS | Telephone/e-mail with debtors' counsel and asbestos committee counsel re: sealed air and corp. documents (.5); e-mail P. Kolevzon re: corporate documents (.6). | 1.10 | 643.50 |
| 08/11/08 | KOLEVZON, PETER S. | Read summaries of open points on transaction documents. | 0.60 | 477.00 |
| 08/13/08 | MANNAL, DOUGLAS | Revised Grace Corporate documents. | 0.80 | 468.00 |
| 08/14/08 | KOLEVZON, PETER S. | Read deferred payment agreement (1.0); read payment guaranty (1.0); review issues list for each (.3); tel. conv. w/D. Mannal (.3). | 2.60 | 2,067.00 |
| 08/14/08 | MANNAL, DOUGLAS | Attention to Reg Rights agreement and warrant agreement (1.3); telephone/e-mail with P. Kolevzon re: same (.3). | 1.60 | 936.00 |
| 08/15/08 | KOLEVZON, PETER S. | Complete review of parent company guaranty (.8); read & revise share issuance agreement & regis. rights agreement (1.8). | 2.60 | 2,067.00 |
| 08/15/08 | MANNAL, DOUGLAS | Research corporate governance issues (1.8). | 1.80 | 1,053.00 |
| 08/15/08 | MANNAL, DOUGLAS | Attention to Edwards proposal and e-mail K. Martorana re: same. | 0.80 | 468.00 |

Kramer Levin Naftalis & Frankel LLP                                              Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                        September 25, 2008
056772-00007                                                             Invoice No. 500350

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/17/08 | MANNAL, DOUGLAS | Review Grace corporate documents and comments re: same (2.1); e-mail with T. Weschler re: same (.2). | 2.30 | 1,345.50 |
| 08/18/08 | KOLEVZON, PETER S. | Complete review of warrant agreement (1.2); conf. call w/client re: significant issues (.4); re-read documents. & prepare list of significant issues (.7); conf. w/D. Mannal & K. Martorana (1.2). | 3.50 | 2,782.50 |
| 08/18/08 | MANNAL, DOUGLAS | Office conference with K. Martorana and P. Bentley re: Edwards claim. | 1.50 | 877.50 |
| 08/18/08 | MANNAL, DOUGLAS | Preparation for and attend meeting with Ted Weschler, P. Kolevzon and K. Martorana re: proposed corporate documents to be filed with plan (1.5); review and revise memos to Ted Weschler re: same (1.2); review corporate documents re: same (1.1). | 3.80 | 2,223.00 |
| 08/18/08 | MARTORANA, KEITH R | Prepare for conference call with T. Weschler, P. Kolevzon and D. Mannal concerning corporate agreements (1.7); conference call with T. Weschler concerning corporate agreements (.5); Review and summarize ACC Edwards' Judgment proposal and counter-offer (1.3); Meeting with P. Bently and D. Mannal regarding same (1.5); Review corporate agreements for major issues and draft memo to T. Weschler re: same (4.0). | 9.00 | 3,285.00 |
| 08/18/08 | BENTLEY, PHILIP | Discs D. Mannal and K. Martorana and Edwards judgment, and trade emails re same (1.5). | 1.50 | 1,087.50 |
| 08/19/08 | KOLEVZON, PETER S. | Read K. Martorana revised list of issues & prepare e-mail w/comments (.3); conf. call w/client and K. Martorana (.3). | 0.60 | 477.00 |
| 08/19/08 | MARTORANA, KEITH R | Incorporate comments/changes into corporate documents of P. Kolevzon (1.2); prepare for conference call with T. Weschler re: major issues in corporate documents (.8); conference call with T. Weschler and P. Kolevzon (.5); conversation with T. Freedman re: Edward's Judgment and summary e-mail to P. Bently and D. Mannal (1.4). | 3.90 | 1,423.50 |
| 08/20/08 | MARTORANA, KEITH R | Review ACC/FCR comments to Plan and draft memo summary regarding same. | 4.80 | 1,752.00 |

KL4 2230390.3

Kramer Levin Naftalis & Frankel LLP                                        Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                           September 25, 2008
056772-00007                                                Invoice No. 500350

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/20/08 | MARTORANA, KEITH R | Review Corporate documents and provide non-substantive changes; e-mail same to T. Weschler. | 0.80 | 292.00 |
| 08/20/08 | MANNAL, DOUGLAS | Attention to additional plan changes (1.9); e-mail K. Martorana and P. Bently re: same (.5); review memo re: same (.3); review comments to corporate documents (.8). | 3.50 | 2,047.50 |
| 08/21/08 | MANNAL, DOUGLAS | Attention to Grace Plan corporate documents mark-ups (1.3); e-mail to T. Weschler re: same (.1); review and revise plan memo (1.0). | 2.40 | 1,404.00 |
| 08/21/08 | MARTORANA, KEITH R | Revise comments to corporate agreements (.6); e-mail same to T. Weschler and T. Freedman (.4); Review ACC/FCR comments to Plan, summarize and e-mail same to T. Weschler (3.7). | 4.70 | 1,715.50 |
| 08/22/08 | MANNAL, DOUGLAS | Review plan and disclosure statement issues. | 1.10 | 643.50 |
| 08/24/08 | MARTORANA, KEITH R | Review proposed settlement of Canadian ZAI Claims, summarize same and e-mail to T. Weschler. | 2.70 | 985.50 |
| 08/25/08 | MARTORANA, KEITH R | Review draft insurance transfer agreement; summarize same and e-mail to T. Weschler (2.2); draft summary to T. Weschler explaining comments of P. Kolevson to corporate agreements (2.7). | 4.90 | 1,788.50 |
| 08/25/08 | BENTLEY, PHILIP | T/C T. Weschler and trade multiple emails re PPI, ZAI and other Plan of Reorganization issues; and work on same. | 1.60 | 1,160.00 |
| 08/26/08 | MARTORANA, KEITH R | Revise corporate agreement comments of P. Kolevzon (.5); Update case calendar, trade e-mails re: plan issues, status-update e-mail to D. Mannal (1.5); Review updated Grace Plan and summarize changes (1.8); Conference call with Plan Proponents re: Sealed Air and follow-up conference call with T. Weschler (2.0). | 5.80 | 2,117.00 |
| 08/26/08 | BENTLEY, PHILIP | Notes and trade emails re plan issues, including Sealed Air. | 2.50 | 1,812.50 |
| 08/26/08 | BENTLEY, PHILIP | Conf call with Debtors' and PI counsel, and t/c T. Weschler, re ZAI and Sealed Air issues. | 0.10 | 72.50 |

Kramer Levin Naftalis & Frankel LLP                                      Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                        September 25, 2008
056772-00007                                                             Invoice No. 500350

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/27/08 | MARTORANA, KEITH R | Revise summary of changes to Plan, and e-mail to T. Weschler (.8); Summarize and e-mail memo to T. Weschler regarding yesterday's Plan Proponent call regarding Sealed Air (1.8); Review Disclosure Statement (2.8); Legal Research regarding 105 injunctions (3.0); conversation with P. Bentley re: same (.5). | 8.90 | 3,248.50 |
| 08/27/08 | BENTLEY, PHILIP | Discs T. Weschler and K. Martorana re ZAI and Sealed Air treatment (.5); analyze and review docs, and trade emails, re same (2.1). | 2.60 | 1,885.00 |
| 08/28/08 | MARTORANA, KEITH R | Legal research re: Combustion Engineering case (.5); Conversation with T. Weschler and P. Bentley re: Sealed Air (1.8); Review Sealed Air Settlement to determine its requirements and e-mail re: same to P. Bentley (.8); Review Disclosure Statement (1.0). | 4.10 | 1,496.50 |
| 08/28/08 | BENTLEY, PHILIP | Lengthy discs T. Freedman, T. Weschler and K. Martorana (1.8), review K. Martorana's research and prepare lengthy emails to K&E re ZAI and Sealed Air treatment, and work on same (4.2). | 6.00 | 4,350.00 |
| 08/28/08 | MANNAL, DOUGLAS | Trade telephone/e-mails with T. Wrschler re: Grace plan and corporate documents. | 0.50 | 292.50 |
| 08/29/08 | MANNAL, DOUGLAS | Trade telephone/e-mails with T. Weschler re: Grace plan and corporate documents. | 0.50 | 292.50 |

**TOTAL HOURS AND FEES**                                                 **123.00**    **$64,958.00**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 7.20 |
| LEXIS/NEXIS ON-LINE RESEARCH | 151.18 |
| CAB FARES | 29.00 |
| MEALS/IN-HOUSE | 84.86 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$272.24** |
| **TOTAL FOR THIS MATTER** | **$65,230.24** |

KL4 2230390.3

Kramer Levin Naftalis & Frankel LLP                                              Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                     September 25, 2008
056772-00008                                                          Invoice No. 500350

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/06/08 | WIERMAN, LAUREN E | Combined data for and draft quarterly fee application. | 2.50 | 650.00 |
| 08/06/08 | MARTORANA, KEITH R | Draft/supervise drafting of quarterly fee application. | 1.20 | 438.00 |
| 08/07/08 | WIERMAN, LAUREN E | Drafted quarterly fee app for 25th quarter. | 4.00 | 1,040.00 |
| 08/08/08 | WIERMAN, LAUREN E | Revised Quarterly fee application. | 2.00 | 520.00 |
| 08/20/08 | MARTORANA, KEITH R | Review July bill and begin preparing fee application (1.6); conversation with accounting re: same (.2). | 1.80 | 657.00 |
| 08/26/08 | MARTORANA, KEITH R | Review/revise July 2008 fee application and prepare for filing. | 1.40 | 511.00 |
| 08/27/08 | WIERMAN, LAUREN E | Revised 83rd monthly fee app. Conferred with K Martorana re: same sent documents to local counsel. | 2.50 | 650.00 |
| 08/27/08 | MARTORANA, KEITH R | Supervise final billing/filing of fee application for July 2008; conversations with L. Wierman and Accounting re: same. | 0.80 | 292.00 |

**TOTAL HOURS AND FEES**                                              **16.20**   **$4,758.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 4.00 |
| MESSENGER/COURIER | 18.02 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                              **$22.02**

**TOTAL FOR THIS MATTER**                                              **$4,780.02**

KL4 2230390.3

## CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/01/08 | BENTLEY, PHILIP | Trade emails re PPI issues (.3), review transcript of 7/21 bankruptcy court hearing re same (.4). | 0.70 | 507.50 |
| 08/04/08 | BENTLEY, PHILIP | T/C T. Weschler (.2), and trade emails with D. Bernick, re PPI issues (.4). | 0.60 | 435.00 |
| 08/05/08 | BENTLEY, PHILIP | Review proposed scheduling stipulation re PPI objection (.4); T/C and trade emails with K&E re PPI discovery and hearing strategy, and work on same (1.4). | 1.80 | 1,305.00 |
| 08/06/08 | BENTLEY, PHILIP | Trade emails re PPI and 2019 issues (.4); email D. Mannal re PPI and other current plan issues (.2); review banks' interrogatories, outline responses, and trade emails and voicemails with K. Martorana and D. Mannal re same (1.5). | 2.10 | 1,522.50 |
| 08/06/08 | MARTORANA, KEITH R | Review interrogatory requests (1.0); e-mails with T. Weschler, P. Bently re: same (2.9). | 3.90 | 1,423.50 |
| 08/06/08 | MANNAL, DOUGLAS | Attention to stipulation between banks and debtors re: objection to bank claim on PPI (.3); e-mail with P. Bently re: same (.1). | 0.40 | 234.00 |
| 08/07/08 | BENTLEY, PHILIP | Conf call with T. Weschler (.8), and T/Cs K. Pasquale and T. Weschler, re PPI issues (1.3). | 2.10 | 1,522.50 |
| 08/07/08 | MARTORANA, KEITH R | Begin drafting response to interrogatories. | 2.80 | 1,022.00 |
| 08/07/08 | MANNAL, DOUGLAS | Preparation for and attend office conference with P. Bentley re: PPI issues (2.8). | 2.80 | 1,638.00 |
| 08/08/08 | WIERMAN, LAUREN E | Prepared trial binder for K Martorana re: PPI Litigation. | 1.00 | 260.00 |
| 08/08/08 | MANNAL, DOUGLAS | Review draft interrogatories. | 3.30 | 1,930.50 |
| 08/08/08 | MARTORANA, KEITH R | Draft/Revise interrogatory answers. | 5.80 | 2,117.00 |
| 08/11/08 | MANNAL, DOUGLAS | Office conference with B. O'Neill re: interrogatories (.3); attention to same (2.5). | 2.80 | 1,638.00 |
| 08/11/08 | BENTLEY, PHILIP | Trade emails re upcoming PPI settlement meeting. | 0.20 | 145.00 |
| 08/11/08 | O'NEILL, P. BRADLEY | Cf /D. Mannal re interrogatories (.3); review background materials (1.2); review responses to interrogatories (1.0). | 2.50 | 1,625.00 |

Kramer Levin Naftalis & Frankel LLP                                                Page No. 9

W.R. GRACE & CO. EQUITY COMMITTEE                                  September 25, 2008
056772-00010                                                       Invoice No. 500350

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/12/08 | MANNAL, DOUGLAS | Review and revise interrogatories (3.6); e-mail with Kirkland and T. Wechsler re: same (.2). | 3.80 | 2,223.00 |
| 08/12/08 | BENTLEY, PHILIP | Trade emails re upcoming PPI depositions and settlement meeting (.4); review and edit draft interrogatory responses (1.8); conf B. O'Neill re upcoming depositions (.3). | 2.50 | 1,812.50 |
| 08/12/08 | O'NEILL, P. BRADLEY | Review binder, background materials (2.8); conference call P. Bentley re case background (.3); review K. Martorana emails re argument (1.2); review discovery issues (.7). | 5.00 | 3,250.00 |
| 08/13/08 | MANNAL, DOUGLAS | Review and revise final response to interrogatories (2.1); telephone/e-mail with local counsel re: same (.4). | 2.50 | 1,462.50 |
| 08/13/08 | O'NEILL, P. BRADLEY | Review background materials re: PPI Litigation. | 2.90 | 1,885.00 |
| 08/15/08 | WIERMAN, LAUREN E | Prepared PPI hearing materials for B. O'Neill, P. Bentley, D. Mannal, and K. Martorana. | 3.00 | 780.00 |
| 08/15/08 | O'NEILL, P. BRADLEY | Review briefs re PPI. | 1.50 | 975.00 |
| 08/15/08 | BENTLEY, PHILIP | Trade emails re PPI discovery. | 0.50 | 362.50 |
| 08/15/08 | MANNAL, DOUGLAS | Review and coordinate distribution of trial affidavits for PPI litigation (1.4). | 1.40 | 819.00 |
| 08/18/08 | WIERMAN, LAUREN E | Created index and prepared PPI hearing materials. | 1.00 | 260.00 |
| 08/18/08 | MARTORANA, KEITH R | Review and summarize all trial affidavits related to PPI issue. | 2.80 | 1,022.00 |
| 08/18/08 | O'NEILL, P. BRADLEY | Review final affidavits re: PPI Litigation. | 2.00 | 1,300.00 |
| 08/18/08 | BENTLEY, PHILIP | Review PPI trial affidavits, and trade emails with T. Weschler re same (.8). | 0.80 | 580.00 |
| 08/19/08 | WIERMAN, LAUREN E | Prepared PPI hearing binders for relevant attorneys. | 2.00 | 520.00 |
| 08/19/08 | MARTORANA, KEITH R | Supervise creation of discovery binders (.6); Review all discovery responses and prepare a summary chart of all responses (4.5). | 5.10 | 1,861.50 |
| 08/19/08 | BENTLEY, PHILIP | T/C T. Weschler, and trade emails, re upcoming PPI settlement meeting; followup re same. | 0.90 | 652.50 |
| 08/19/08 | O'NEILL, P. BRADLEY | Review summaries of discovery responses and briefing re: PPI. | 2.00 | 1,300.00 |

Kramer Levin Naftalis & Frankel LLP

Page No. 10

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00010

September 25, 2008
Invoice No. 500350

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 08/20/08 | BENTLEY, PHILIP | Additional review of PPI affidavits and discovery responses (.6), trade emails, and prep for tomorrow's meeting (.4); T/C T. Weschler re same (.4). | 1.40 | 1,015.00 |
| 08/20/08 | MANNAL, DOUGLAS | Review trial affidavits in preparation for deposition (2.1); e-mail Kirkland and B. O'Neill re: same (.2). | 2.30 | 1,345.50 |
| 08/20/08 | O'NEILL, P. BRADLEY | Review background materials re: PPI Litigation. | 1.00 | 650.00 |
| 08/21/08 | MANNAL, DOUGLAS | Office conference with P. Bentley re: PPI meeting (.2); office conference with K. Martorana re: same (.3); review trial affidavits (1.3). | 1.80 | 1,053.00 |
| 08/21/08 | BENTLEY, PHILIP | Attend PPI settlement meeting at K&E (4.6) and discs T. Weschler, D. Mannal and K. Martorana re same (.3); trade emails re plan issues (.4). | 5.30 | 3,842.50 |
| 08/21/08 | MARTORANA, KEITH R | Conv. with P. Bently and D. Mannal re: PPI meeting (.3), conv. with D. Mannal re: same (.2). | 0.50 | 182.50 |
| 08/22/08 | WIERMAN, LAUREN E | Worked with copy center to re create PPI binders to add additional documents. | 1.00 | 260.00 |
| 08/22/08 | BENTLEY, PHILIP | Conf call with Debtors, committee and bank counsel re upcoming PPI depos and trade emails re same; review emails and other docs re same. | 1.60 | 1,160.00 |
| 08/22/08 | MANNAL, DOUGLAS | Review PPI trial affidavits. | 0.80 | 468.00 |
| 08/25/08 | WIERMAN, LAUREN E | Researched/requested records for claim info. | 2.00 | 520.00 |
| 08/28/08 | MARTORANA, KEITH R | Review and summarize document production of Debtors. | 2.20 | 803.00 |
| 08/28/08 | O'NEILL, P. BRADLEY | Prepare for Ordway deposition. | 3.50 | 2,275.00 |
| 08/29/08 | BENTLEY, PHILIP | Conf B. O'Neill and T/C T. Weschler re Capstone deposition (.5); trade emails re same (.5). | 1.00 | 725.00 |
| 08/29/08 | O'NEILL, P. BRADLEY | Review background docs re: PPI Litigation (1.8); prep for and attend Ordway deposition (3.2); T/C P. Bentley, T. Weschler re same (.5). | 5.50 | 3,575.00 |
| **TOTAL HOURS AND FEES** | | | **102.40** | **$56,265.50** |

Kramer Levin Naftalis & Frankel LLP

KL4 2230390.3

Kramer Levin Naftalis & Frankel LLP  
Page No. 11

W.R. GRACE & CO. EQUITY COMMITTEE  
056772-00010  
September 25, 2008  
Invoice No. 500350

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| VELOBINDINGS | 82.50 |
| TABS | 104.00 |
| PHOTOCOPYING | 395.40 |
| MANUSCRIPT SERVICE | 0.00 |
| LONG-DISTANCE TEL. | 33.13 |
| WESTLAW ON-LINE RESEARCH | 51.18 |
| CORP. DOCUMENTS & MATERIALS | 34.68 |
| CAB FARES | 144.33 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**      **$845.22**

**TOTAL FOR THIS MATTER**      **$57,110.72**

KL4 2230390.3