# Exhibit B

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    1
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/25/2008 11:10:45

Matter No: 056772-00007                                              Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2652840
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                      Status       : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------------
                                                         PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------------
             UNBILLED TIME FROM:                                          TO:
             UNBILLED DISB FROM:   08/10/2008                             TO:       08/29/2008
-----------------------------------------------------------------------------------------------------------------------------------------
                                                   FEES                              COSTS
                                                   ----                              -----
             GROSS BILLABLE AMOUNT:                        0.00                              272.24
             AMOUNT WRITTEN DOWN:
                        PREMIUM:
                ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
                   AMOUNT BILLED:
                      THRU DATE:                                                        08/29/2008
         CLOSE MATTER/FINAL BILLING?      YES    OR    NO
         EXPECTED DATE OF COLLECTION:

         BILLING PARTNER APPROVAL:
                                          BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                 BILLING COMMENTS:



-----------------------------------------------------------------------------------------------------------------------------------------
                                     ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH
                                     --------------------------                     --------------
                           FEES:                       20,193.00
                  DISBURSEMENTS:                        1,582.58   UNIDENTIFIED RECEIPTS:          0.00
                   FEE RETAINER:                            0.00      PAID FEE RETAINER:          0.00
                  DISB RETAINER:                            0.00     PAID DISB RETAINER:          0.00
              TOTAL OUTSTANDING:                       21,775.58     TOTAL AVAILABLE FUNDS:       0.00
                                                                           TRUST BALANCE:
                                                              BILLING HISTORY
                                                              ---------------
             DATE OF LAST BILL:                   08/25/08         LAST PAYMENT DATE:         09/22/08
             LAST BILL NUMBER:                      498488 ACTUAL FEES BILLED TO DATE:       231,348.50
                                                          ON ACCOUNT FEES BILLED TO DATE:         0.00
                                                              TOTAL FEES BILLED TO DATE:    231,348.50
             LAST BILL THRU DATE:                 07/31/08    FEES WRITTEN OFF TO DATE:            0.00
                                                              COSTS WRITTEN OFF TO DATE:        137.90
FOR ACCTG USE ONLY:                          Write Down/Up Reason Codes:
                                             --------------------------
                (1) Exceeded Fixed Fee       (4) Excessive Legal Time    (7) Fixed Fee
                (2) Late Time & Costs Posted (5) Business Development    (8) Premium
                (3) Pre-arranged Discount    (6) Summer Associate        (9) Rounding           (10) Client Arrangement

     BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    2
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/25/2008 11:10:45

Matter No: 056772-00007                                            Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:     2652840
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : REORGANIZATION PLAN                                  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status       : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                        Oldest     Latest      Total
                                         Entry      Entry       Amount
----  -------------------------------    ------     ------      -----------
0820  PHOTOCOPYING                       08/18/08   08/29/08           7.20
0921  LEXIS/NEXIS ON-LINE RESEARCH       08/27/08   08/28/08         151.18
0940  CAB FARES                          08/21/08   08/27/08          29.00
0942  MEALS/IN-HOUSE                     08/10/08   08/24/08          84.86

           Total                                                     272.24

A C C O U N T S     R E C E I V A B L E       (Reflects Payments As of 09/25/08 11:10:45)
                                      --------- Billed ---------    Applied    ---- Collections ----     Balance
Bill Date Thru Date Bill#              Fee & OA    Disbursement     From OA     Total       Date          Due
--------- --------- ------            ------------ ----------------  ----------- ------------ --------   ---------------
03/31/08  02/29/08  488256              4,270.50          101.82                 4,372.32  06/02/08
06/30/08  05/31/08  494523              4,809.00             .00                 4,809.00  08/19/08
07/29/08  06/30/08  497336             63,136.50           19.00                63,155.50  09/22/08
08/25/08  07/31/08  498488             20,193.00        1,310.34                     .00                  21,503.34
09/25/08  07/31/08  500350                   .00          272.24                     .00                     272.24

           Total:                      92,409.00        1,703.40                72,336.82                 21,775.58
```

```
alp_132r: Matter Detail                       KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    3
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/25/2008 11:10:45

Matter No: 056772-00007                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2652840
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status      : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee            Date         Amount     Index#  Batch No  Batch Date
---------------------------------------       --------            ------       ----------  ------- --------- ----------

MEALS/IN-HOUSE 0942
    MEALS/IN-HOUSE                            MARTORANA, K R      08/10/08         23.91   8436964  602125   08/26/08
    IN-HOUSE/MEALS
PHOTOCOPYING 0820
    PHOTOCOPYING                              WIGGINS, C          08/18/08          4.20   8434010  600828   08/22/08
    WIGGINS  CLAUDINE
CAB FARES 0940
    JULIET RAMDIN, CASHIER                    BENTLEY, P          08/21/08         10.00   8443064  603986   08/29/08
    CAB FARES - VENDOR- JULIET RAMDIN, CASHIER
MEALS/IN-HOUSE 0942
    MEALS/IN-HOUSE                            MARTORANA, K R      08/24/08         30.48   8441683  603408   08/28/08
    IN-HOUSE/MEALS
    MEALS/IN-HOUSE                            MANNAL, D M         08/24/08         30.47   8441684  603408   08/28/08
    IN-HOUSE/MEALS
LEXIS/NEXIS ON-LINE RESEARCH 0921
    LEXIS/NEXIS ON-LINE                       MARTORANA, K R      08/27/08        113.86   8446357  607118   09/03/08
CAB FARES 0940
    JULIET RAMDIN, CASHIER                    MARTORANA, K R      08/27/08         19.00   8441411  603299   08/28/08
    CAB FARES - VENDOR- JULIET RAMDIN, CASHIER
    8/6,8/18
LEXIS/NEXIS ON-LINE RESEARCH 0921
    LEXIS/NEXIS ON-LINE                       MARTORANA, K R      08/28/08         37.32   8446358  607118   09/03/08
PHOTOCOPYING 0820
    PHOTOCOPYING                              TRIVENTO, N         08/29/08          3.00   8443968  605501   09/02/08
    TRIVENTO  NICK


        Costs Total :                                                             272.24
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    4
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/25/2008 11:10:45

Matter No: 056772-00007                                        Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2652840
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : REORGANIZATION PLAN                              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status       : ACTIVE

BILLING   INSTRUCTIONS   FOR  UNBILLED   COSTS  SUMMARY
Code Description              Amount            Bill         W/o / W/u         Transfer  To   Clnt/Mtr    Carry Forward
----------------------    ------------------    -----------  ---------------   --------------------------  ----------------

0820 PHOTOCOPYING                   7.20        _____  _____   _____  _____

0921 LEXIS/NEXIS ON-LINE RESEA    151.18        _____  _____   _____  _____

0940 CAB FARES                     29.00        _____  _____   _____  _____

0942 MEALS/IN-HOUSE                84.86        _____  _____   _____  _____


         Costs Total :            272.24        _____  _____   _____  _____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                    PAGE    5
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/25/2008 11:10:45

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:     2652840
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status        : ACTIVE

Special Billing Instructions:
---------------------------------------------------------------------------------------------------------------------------------------------
                                                     PRE-BILLING SUMMARY REPORT
---------------------------------------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:                                         TO:
            UNBILLED DISB FROM:    07/31/2008                           TO:    08/21/2008
---------------------------------------------------------------------------------------------------------------------------------------------
                                              FEES                              COSTS
                                              ----                              -----
          GROSS BILLABLE AMOUNT:                          0.00                          22.02
           AMOUNT WRITTEN DOWN:
                      PREMIUM:
              ON ACCOUNT BILLED:
    DEDUCTED FROM PAID RETAINER:
                AMOUNT BILLED:
                   THRU DATE:                                                       08/21/2008
    CLOSE MATTER/FINAL BILLING?    YES   OR   NO
   EXPECTED DATE OF COLLECTION:

       BILLING PARTNER APPROVAL:
                                   BENTLEY PHILIP - 02495               WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:


---------------------------------------------------------------------------------------------------------------------------------------------
                                  ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                                  --------------------------                    --------------
                       FEES:                      1,957.00
               DISBURSEMENTS:                        36.94      UNIDENTIFIED RECEIPTS:           0.00
                FEE RETAINER:                         0.00         PAID FEE RETAINER:            0.00
               DISB RETAINER:                         0.00        PAID DISB RETAINER:            0.00
           TOTAL OUTSTANDING:                     1,993.94      TOTAL AVAILABLE FUNDS:           0.00
                                                                        TRUST BALANCE:
                                               BILLING HISTORY
                                               ---------------
            DATE OF LAST BILL:   08/25/08              LAST PAYMENT DATE:     09/22/08
             LAST BILL NUMBER:     498488    ACTUAL FEES BILLED TO DATE:   166,513.50
                                            ON ACCOUNT FEES BILLED TO DATE:      0.00
                                                TOTAL FEES BILLED TO DATE:  166,513.50
        LAST BILL THRU DATE:   07/31/08       FEES WRITTEN OFF TO DATE:      18,370.00
                                              COSTS WRITTEN OFF TO DATE:        496.09
FOR ACCTG USE ONLY:                         Write Down/Up Reason Codes:
                                            --------------------------
        (1) Exceeded Fixed Fee              (4) Excessive Legal Time       (7) Fixed Fee
        (2) Late Time & Costs Posted        (5) Business Development       (8) Premium
        (3) Pre-arranged Discount           (6) Summer Associate           (9) Rounding             (10) Client Arrangement

    BILL NUMBER:_____ DATE OF BILL:_____ Processed by:_____         FRC:_____          CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    6
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/25/2008 11:10:46

Matter No: 056772-00008                                         Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2652840
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                              Status      : ACTIVE

U N B I L L E D    C O S T S    S U M M A R Y  -------------- Total Unbilled ----------------
Code  Description                            Oldest         Latest          Total
                                             Entry          Entry           Amount
----  -----------------------------          ------         ------          ------------
0820  PHOTOCOPYING                           08/20/08       08/21/08             4.00
0930  MESSENGER/COURIER                      07/31/08       08/08/08            18.02

          Total                                                                 22.02

A C C O U N T S    R E C E I V A B L E        (Reflects Payments As of 09/25/08 11:10:46)
                                    --------- Billed ---------     Applied    ---- Collections ----     Balance
Bill Date Thru Date Bill#            Fee & OA      Disbursement    From OA    Total         Date        Due
--------- --------- ------          -----------   --------------  ---------- ------------  --------    -------------
03/31/08 02/29/08   488256            4,985.50          54.64                  5,040.14 06/02/08
04/30/08 03/31/08   489790              156.00            .00                    156.00 06/03/08
05/27/08 04/30/08   490924            4,344.50          18.80                  4,363.30 07/29/08
06/30/08 05/31/08   494523            3,229.00          15.69                  3,244.69 08/19/08
07/29/08 06/30/08   497336            2,696.00          15.39                  2,711.39 09/22/08
08/25/08 07/31/08   498488            1,957.00          14.92                       .00              1,971.92
09/25/08 07/31/08   500350                 .00          22.02                       .00                 22.02

          Total:                     17,368.00         141.46                 15,515.52              1,993.94
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                PAGE    7
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/25/2008 11:10:46

Matter No: 056772-00008                                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2652840
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status       : ACTIVE

U N B I L L E D    C O S T S    D E T A I L
Description/Code                                Employee            Date           Amount       Index#  Batch No  Batch Date
---------------------------------------         --------            ------         ----------   ------- --------- ----------

MESSENGER/COURIER 0930
    FEDERAL EXPRESS CORPORAT                    WIERMAN, L E        07/31/08           8.94     8433044  600720    08/22/08
    Buchanan Ingersoll& Rooney
    FEDERAL EXPRESS CORPORAT                    WIERMAN, L E        08/08/08           9.08     8432810  600713    08/22/08
    Klett Rooney Lieber & Schorlin
PHOTOCOPYING 0820
    PHOTOCOPYING                                MARTORANA, K R      08/20/08           1.50     8434007  600828    08/22/08
    MARTORANA   KEITH R
    PHOTOCOPYING                                MARTORANA, K R      08/21/08           0.50     8434008  600828    08/22/08
    MARTORANA   KEITH R
    PHOTOCOPYING                                MARTORANA, K R      08/21/08           2.00     8434009  600828    08/22/08
    MARTORANA   KEITH R


        Costs Total :                                                                  22.02
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    8
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/25/2008 11:10:47

Matter No: 056772-00008                                         Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2652840
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                Status        : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount              Bill        W/o / W/u        Transfer To   Clnt/Mtr   Carry Forward
-----------------------   -------------------     ----------- ---------------- ----------------------   ----------------

0820 PHOTOCOPYING                     4.00        _____ _____  _____ _____

0930 MESSENGER/COURIER               18.02        _____ _____  _____ _____


         Costs Total :              22.02
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE    9
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/25/2008 11:10:47

Matter No: 056772-00010                                         Orig Prtnr : CRED. RGTS - 06975        Proforma Number:    2652840
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495    Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status      : ACTIVE

Special Billing Instructions:
--------------------------------------------------------------------------------------------------------------------------------
                                                 PRE-BILLING SUMMARY REPORT
--------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                        TO:
              UNBILLED DISB FROM:    08/07/2008                          TO:      08/29/2008
--------------------------------------------------------------------------------------------------------------------------------
                                           FEES                              COSTS
      GROSS BILLABLE AMOUNT:                0.00                             845.22
        AMOUNT WRITTEN DOWN:
                    PREMIUM:
           ON ACCOUNT BILLED:
   DEDUCTED FROM PAID RETAINER:
              AMOUNT BILLED:
                 THRU DATE:                                                  08/29/2008
   CLOSE MATTER/FINAL BILLING?   YES   OR   NO
   EXPECTED DATE OF COLLECTION:

   BILLING PARTNER APPROVAL:
                                 BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
           BILLING COMMENTS:


                                 ACCOUNTS RECEIVABLE TOTALS               UNAPPLIED CASH
                        FEES:        23,429.20
                DISBURSEMENTS:          980.18     UNIDENTIFIED RECEIPTS:      0.00
                 FEE RETAINER:            0.00        PAID FEE RETAINER:      0.00
                DISB RETAINER:            0.00       PAID DISB RETAINER:      0.00
           TOTAL OUTSTANDING:        24,409.38      TOTAL AVAILABLE FUNDS:    0.00
                                                          TRUST BALANCE:
                                            BILLING HISTORY
           DATE OF LAST BILL:        08/25/08         LAST PAYMENT DATE:     09/22/08
            LAST BILL NUMBER:          498488  ACTUAL FEES BILLED TO DATE:  39,305.00
                                               ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                   TOTAL FEES BILLED TO DATE: 39,305.00
       LAST BILL THRU DATE:          07/31/08       FEES WRITTEN OFF TO DATE:    0.00
                                                   COSTS WRITTEN OFF TO DATE:  655.88
FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
       (1) Exceeded Fixed Fee     (4) Excessive Legal Time    (7) Fixed Fee
       (2) Late Time & Costs Posted (5) Business Development  (8) Premium
       (3) Pre-arranged Discount  (6) Summer Associate        (9) Rounding        (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                          PAGE   10
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/25/2008 11:10:47

Matter No: 056772-00010                             Orig Prtnr : CRED. RGTS   - 06975       Proforma Number:    2652840
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE     Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status       : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                        Oldest        Latest         Total
                                         Entry         Entry          Amount
----  -------------------------------    ------        ------         -----------
0816  VELOBINDINGS                       08/19/08      08/22/08            82.50
0817  TABS                               08/19/08      08/22/08           104.00
0820  PHOTOCOPYING                       08/07/08      08/26/08           395.40
0840  MANUSCRIPT SERVICE                 08/18/08      08/27/08             0.00
0885  LONG-DISTANCE TEL.                 08/29/08      08/29/08            33.13
0917  WESTLAW ON-LINE RESEARCH           08/15/08      08/15/08            51.18
0936  CORP. DOCUMENTS & MATERIALS        08/27/08      08/27/08            34.68
0940  CAB FARES                          08/20/08      08/20/08           144.33

              Total                                                       845.22

A C C O U N T S    R E C E I V A B L E         (Reflects Payments As of 09/25/08 11:10:47)
                                   --------- Billed ---------    Applied    ---- Collections ----     Balance
Bill Date Thru Date Bill#          Fee & OA       Disbursement   From OA    Total         Date        Due
--------- --------- ------         --------------  --------------  -----    ------------  --------    ---------------
03/31/08  02/29/08  488256           2,223.00            .00                  2,223.00  06/02/08
04/30/08  03/31/08  489790           3,451.50            .00                  3,451.50  06/03/08
07/29/08  06/30/08  497336          15,246.00         370.47                  6,681.77  09/22/08      8,934.70
08/25/08  07/31/08  498488          14,494.50         134.96                       .00               14,629.46
09/25/08  07/31/08  500350                .00         845.22                       .00                  845.22

            Total:                  35,415.00       1,350.65                 12,356.27               24,409.38
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                                  PAGE   11
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/25/2008 11:10:47

Matter No: 056772-00010                                          Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2652840
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                   Status          : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                                   Employee              Date          Amount      Index#   Batch No   Batch Date
-------------------------------------------        --------              ------        ----------- -------  ---------  ----------

PHOTOCOPYING 0820
    PHOTOCOPYING                                   MARTORANA, K R        08/07/08           0.30   8425763  597645     08/18/08
      MARTORANA  KEITH R
    PHOTOCOPYING                                   WIERMAN, L E          08/08/08         179.20   8425764  597645     08/18/08
      WIERMAN  LAUREN E
    PHOTOCOPYING                                   WIERMAN, L E          08/15/08          15.80   8425765  597645     08/18/08
      WIERMAN  LAUREN E
    PHOTOCOPYING                                   WIERMAN, L E          08/15/08           0.60   8425766  597645     08/18/08
      WIERMAN  LAUREN E
    PHOTOCOPYING                                   WIERMAN, L E          08/15/08         135.20   8425767  597645     08/18/08
      WIERMAN  LAUREN E
WESTLAW ON-LINE RESEARCH 0917
    WESTLAW ON-LINE RESE                           MANNAL, D M           08/15/08          51.18   8446958  607119     09/03/08
PHOTOCOPYING 0820
    PHOTOCOPYING                                   MARTORANA, K R        08/18/08           7.10   8434006  600828     08/22/08
      MARTORANA  KEITH R
MANUSCRIPT SERVICE 0840
    MANUSCRIPT SERVICE                             TAYLOR, P             08/18/08           0.00   8431107  599479     08/21/08
VELOBINDINGS 0816
    VELOBINDINGS                                   WIERMAN, L E          08/19/08          45.00   8435738  600858     08/22/08
      WIERMAN  LAUREN E    17062    BINDING
TABS 0817
    TABS                                           WIERMAN, L E          08/19/08          48.00   8435711  600854     08/22/08
      WIERMAN  LAUREN E    17062    TABS
PHOTOCOPYING 0820
    PHOTOCOPYING                                   WIERMAN, L E          08/19/08           0.10   8434012  600828     08/22/08
      WIERMAN  LAUREN E
    PHOTOCOPYING                                   WIERMAN, L E          08/19/08          54.00   8434011  600828     08/22/08
      WIERMAN  LAUREN E
CAB FARES 0940
    CAB FARES                                      MANNAL, D M           08/20/08         144.33   8450857  609794     09/09/08
      CAB FARES - ODYSSEY
VELOBINDINGS 0816
    VELOBINDINGS                                   WIERMAN, L E          08/22/08          37.50   8440904  603079     08/28/08
      WIERMAN  LAUREN E    17062    BINDING
TABS 0817
    TABS                                           WIERMAN, L E          08/22/08          56.00   8440866  603078     08/28/08
      WIERMAN  LAUREN E    17062    TABS
PHOTOCOPYING 0820
    PHOTOCOPYING                                   WIERMAN, L E          08/22/08           0.10   8439039  603068     08/28/08
      WIERMAN  LAUREN E
    PHOTOCOPYING                                   WIERMAN, L E          08/26/08           0.40   8439037  603068     08/28/08
      WIERMAN  LAUREN E
    PHOTOCOPYING                                   WIERMAN, L E          08/26/08           2.60   8439038  603068     08/28/08
      WIERMAN  LAUREN E
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   12
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/25/2008 11:10:47

Matter No: 056772-00010                                       Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2652840
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status       : ACTIVE

U N B I L L E D    C O S T S    D E T A I L
 Description/Code                                 Employee         Date         Amount        Index#  Batch No  Batch Date
 -------------------------------------------      --------         ------       -----------   ------  --------  ----------


MANUSCRIPT SERVICE 0840
    MANUSCRIPT SERVICE                            TAYLOR, P        08/27/08         0.00      8442354  603849   09/02/08
CORP. DOCUMENTS & MATERIALS 0936
    GLOBAL SECURITIES INFORM                      PELLETIER, D     08/27/08        34.68      8438586  602825   08/27/08
    CORP. DOCUMENTS & MATERIALS - VENDOR- GLOBAL
    SECURITIES INFORMATION, INC. June 2008
LONG-DISTANCE TEL. 0885
    PREMIERE CONFERENCING                         CATON, A         08/29/08        33.13      8448022  607113   09/03/08
    LONG DISTANCE TELEPHONE - VENDOR- PREMIERE
    CONFERENCING



        Costs Total :                                                             845.22
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE    13
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/25/2008 11:10:47

Matter No: 056772-00010                                       Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:     2652840
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status         : ACTIVE

BILLING   INSTRUCTIONS   FOR  UNBILLED   COSTS  SUMMARY
Code Description              Amount            Bill        W/o / W/u        Transfer To   Clnt/Mtr      Carry Forward
-------------------------     ------------      ---------   -------------    -----------------------    ---------------

0816 VELOBINDINGS              82.50            _____  _____    _____    _____

0817 TABS                     104.00            _____  _____    _____    _____

0820 PHOTOCOPYING             395.40            _____  _____    _____    _____

0840 MANUSCRIPT SERVICE         0.00            _____  _____    _____    _____

0885 LONG-DISTANCE TEL.        33.13            _____  _____    _____    _____

0917 WESTLAW ON-LINE RESEARCH  51.18            _____  _____    _____    _____

0936 CORP. DOCUMENTS & MATERIA 34.68            _____  _____    _____    _____

0940 CAB FARES                144.33            _____  _____    _____    _____


          Costs Total :      845.22             _____  _____    _____    _____
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   14
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/25/2008 11:10:47


Matter No: 056772-00012                                            Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2652840
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                     Status         : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------------------------
                                                     PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                                         TO:
              UNBILLED DISB FROM:                                         TO:
------------------------------------------------------------------------------------------------------------------------------------
                                            FEES                             COSTS
                                            ----                             -----
             GROSS BILLABLE AMOUNT:            0.00                            0.00
              AMOUNT WRITTEN DOWN:
                          PREMIUM:
                  ON ACCOUNT BILLED:
         DEDUCTED FROM PAID RETAINER:
                    AMOUNT BILLED:
                        THRU DATE:
          CLOSE MATTER/FINAL BILLING?   YES   OR   NO
         EXPECTED DATE OF COLLECTION:

           BILLING PARTNER APPROVAL:
                                        BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                 BILLING COMMENTS:


------------------------------------------------------------------------------------------------------------------------------------
                                       ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                                       -------------------------                    --------------
                            FEES:               31,586.00
                   DISBURSEMENTS:                    0.00      UNIDENTIFIED RECEIPTS:       0.00
                     FEE RETAINER:                   0.00          PAID FEE RETAINER:       0.00
                    DISB RETAINER:                   0.00         PAID DISB RETAINER:       0.00
                TOTAL OUTSTANDING:              31,586.00       TOTAL AVAILABLE FUNDS:      0.00
                                                                        TRUST BALANCE:
                                                        BILLING HISTORY
                                                        ---------------
                DATE OF LAST BILL:               06/30/08            LAST PAYMENT DATE:   08/19/08
                 LAST BILL NUMBER:                 494523 ACTUAL FEES BILLED TO DATE: 1,704,080.00
                                                            ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                              TOTAL FEES BILLED TO DATE: 1,704,080.00
                LAST BILL THRU DATE:             05/31/08   FEES WRITTEN OFF TO DATE:    13,029.69
                                                            COSTS WRITTEN OFF TO DATE:    4,204.62
FOR ACCTG USE ONLY:                      Write Down/Up Reason Codes:
                                         --------------------------
              (1) Exceeded Fixed Fee       (4) Excessive Legal Time     (7) Fixed Fee
              (2) Late Time & Costs Posted (5) Business Development     (8) Premium
              (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding                (10) Client Arrangement

   BILL NUMBER:_____         DATE OF BILL:_____   Processed by:_____        FRC:_____       CRC:_____
```

```
alp_132r: Matter Detail                           KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   15
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/25/2008 11:10:47

Matter No: 056772-00012                                   Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2652840
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                          Status      : ACTIVE

A C C O U N T S     R E C E I V A B L E         (Reflects Payments As of 09/25/08 11:10:47)
                                   --------- Billed ---------      Applied    ---- Collections ----     Balance
Bill Date Thru Date Bill#            Fee & OA      Disbursement    From OA      Total       Date          Due
--------- --------- ------         --------------  -------------- ----------- ------------ --------   --------------
03/31/08  02/29/08  488256          146,380.50       4,382.94                  123,214.14 06/02/08      27,549.30
04/30/08  03/31/08  489790           42,726.00       2,801.60                   42,782.60 06/03/08       2,745.00
05/27/08  04/30/08  490924           23,121.00       7,308.29                   30,429.29 07/29/08
06/30/08  05/31/08  494523            8,810.50           4.00                    7,522.80 08/19/08       1,291.70

            Total:                  221,038.00      14,496.83                  203,948.83               31,586.00
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                            PAGE   16
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/25/2008 11:10:47

Matter No: 056772-00015                                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2652840
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                     Status      : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------------------
                                                        PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:                                              TO:
            UNBILLED DISB FROM:                                              TO:
-----------------------------------------------------------------------------------------------------------------------------------------
                                             FEES                                     COSTS
                                             ----                                     -----
            GROSS BILLABLE AMOUNT:                      0.00                                    0.00
            AMOUNT WRITTEN DOWN:
                         PREMIUM:
                 ON ACCOUNT BILLED:
        DEDUCTED FROM PAID RETAINER:
                    AMOUNT BILLED:
                       THRU DATE:
         CLOSE MATTER/FINAL BILLING?   YES    OR    NO
         EXPECTED DATE OF COLLECTION:

            BILLING PARTNER APPROVAL:
                                        BENTLEY PHILIP - 02495           WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                  BILLING COMMENTS:


-----------------------------------------------------------------------------------------------------------------------------------------
                                       ACCOUNTS RECEIVABLE TOTALS                      UNAPPLIED CASH
                                       -------------------------                       --------------
                          FEES:                   9,102.30
                 DISBURSEMENTS:                       0.00       UNIDENTIFIED RECEIPTS:         0.00
                   FEE RETAINER:                      0.00            PAID FEE RETAINER:        0.00
                  DISB RETAINER:                      0.00           PAID DISB RETAINER:        0.00
              TOTAL OUTSTANDING:                  9,102.30         TOTAL AVAILABLE FUNDS:       0.00
                                                                         TRUST BALANCE:
                                                    BILLING HISTORY
                                                    ---------------
              DATE OF LAST BILL:                   05/27/08           LAST PAYMENT DATE:     07/29/08
              LAST BILL NUMBER:                     490924   ACTUAL FEES BILLED TO DATE:    85,349.50
                                                                ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                                  TOTAL FEES BILLED TO DATE:  85,349.50
         LAST BILL THRU DATE:                      04/30/08     FEES WRITTEN OFF TO DATE:        0.00
                                                               COSTS WRITTEN OFF TO DATE:      287.69
FOR ACCTG USE ONLY:                     Write Down/Up Reason Codes:
                                        ------------------------
            (1) Exceeded Fixed Fee      (4) Excessive Legal Time    (7) Fixed Fee
            (2) Late Time & Costs Posted (5) Business Development   (8) Premium
            (3) Pre-arranged Discount   (6) Summer Associate        (9) Rounding         (10) Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____        FRC:              CRC:
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    17
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 09/25/2008 11:10:47

Matter No: 056772-00015                                   Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:     2652840
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                            Status       : ACTIVE

A C C O U N T S     R E C E I V A B L E       (Reflects Payments As of 09/25/08 11:10:47)
                                    --------- Billed ---------    Applied    ---- Collections ----   Balance
Bill Date Thru Date Bill#             Fee & OA     Disbursement    From OA     Total      Date         Due
--------- --------- ------           ------------ ---------------- ---------- ------------ --------  --------------
03/31/08 02/29/08  488256               2,229.50              .00                    .00              2,229.50
05/27/08 04/30/08  490924              62,823.50         1,855.52              57,806.22 07/29/08     6,872.80

            Total:                     65,053.00         1,855.52              57,806.22              9,102.30
```