# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 17, 2008
MATTER :  0066609-000002
INVOICE : 10144255

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/08    6548

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 08/20/08 | TC | Reviewed Motion to Approve the Settlement of an Asbestos Property Damage Claim Filed by Jameson Memorial Hospital Represented by Speights & Runyan Filed by W.R. Grace & Co., et al, and attached settlement agreement | .50 |
| 08/20/08 | TC | Reviewed Reply to Debtors' Response to Motion for Leave to File Expert Report of Dr. William E. Longo | .20 |
| 08/25/08 | TC | Reviewed Motion to Approve Compromise under Rule 9019 Approving Settlement Agreement With The Town of Acton Resolving Tax Abatement Petitions and Addressing Sewer Betterment Assessments | .60 |
| 08/25/08 | TC | Reviewed Motion to Authorize The Debtors To Acquire Limited Liability Company Interest in GR 2008 LLC | .50 |

### T I M E   S U M M A R Y

| | | RATE | HOURS | TOTALS |
| --- | --- | --- | --- | --- |
| T. Currier | | 515.00 | 1.80 | 927.00 |
| | TOTALS | | 1.80 | 927.00 |

TOTAL FEES :                                      927.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      SEPTEMBER 17, 2008
MATTER :  0066609-000002
INVOICE : 10144255


FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/08   6548

RE:   ASSET DISPOSITION


                  TOTAL DUE   :                     927.00

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ᴧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :    SEPTEMBER 17, 2008
                                           MATTER :  0066609-000004
                                           INVOICE : 10144256


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/08   6548

     RE:  CASE ADMINISTRATION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/01/08 | TC | Reviewed all ecf filings and distributed to all counsel and team paralegals | .50 |
| 08/01/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 08/04/08 | TC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | .60 |
| 08/04/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 08/05/08 | TC | Reviewed all ecf filings all day and distributed to team counsel and paralegals | .70 |
| 08/05/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 08/06/08 | TC | Reviewed all incoming ecf filings and distributed them to team counsel | .60 |
| 08/06/08 | TC | Reviewed updated docket | .40 |
| 08/06/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    SEPTEMBER 17, 2008
                                            MATTER :  0066609-000004
                                            INVOICE : 10144256


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/08    6548

    RE:   CASE ADMINISTRATION
```

| | | | |
|---|---|---|---|
| 08/07/08 TC | Reviewed all incoming ecf filings and forwarded same to team counsel and paralegals | | .60 |
| 08/07/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 08/08/08 TC | Reviewed all incoming ecf filings and services and distributed same to counsel and paralegals | | .70 |
| 08/08/08 MNF | Docketing litigation events in computerized docketing system | | .50 |
| 08/13/08 TC | Reviewed all wrgrace ecf filings and distributed them to team counsel and paralegals | | .60 |
| 08/14/08 TC | Reviewed all ecf filings and distributed to team counsel and paralegals | | .50 |
| 08/18/08 TC | Reviewed all ecf filings and distributed to team counsel and paralegals | | .90 |
| 08/18/08 MNF | Docketing litigation events in computerized docketing system | | .50 |
| 08/19/08 TC | Reviewed all ecf filings and distributed them to team counsel and paralegals | | .70 |
| 08/19/08 MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 08/20/08 TC | Reviewed draft confidentiality stipulation between and among all parties to the lender litigation | | .60 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS       DATE :     SEPTEMBER 17, 2008
                                           MATTER :   0066609-000004
                                           INVOICE :  10144256


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/08   6548

    RE:  CASE ADMINISTRATION


| Date | Init. | Description | Hours |
|------|-------|-------------|-------|
| 08/20/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 08/21/08 | TC | Reviewed all ecf filings and distributed them to team counsel and paralegals | .70 |
| 08/21/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 08/22/08 | TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .50 |
| 08/22/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 08/25/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 08/26/08 | TC | Reviewed all ecf filings and distributed them to team counsel and paralegals | .70 |
| 08/26/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 08/27/08 | TC | Reviewed all ecf filings and distributed to all team counsel and paralegals | .70 |

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :      SEPTEMBER 17, 2008
                                             MATTER :  0066609-000004
                                             INVOICE : 10144256

       FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/08   6548

       RE:  CASE ADMINISTRATION

| Date | Init. | Description | Hours |
|------|-------|-------------|-------|
| 08/27/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 08/28/08 | TC | Reviewed all ecf filings, forwarded same to all team counsel and paralegals | .50 |
| 08/28/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 08/29/08 | TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .50 |
| 08/29/08 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

                    T I M E   S U M M A R Y
                    -----------------------

|            |        | RATE   | HOURS | TOTALS  |
|------------|--------|--------|-------|---------|
| T. Currier |        | 515.00 | 11.00 | 5665.00 |
| M. Flores  |        | 175.00 | 8.00  | 1400.00 |
|            | TOTALS |        | 19.00 | 7065.00 |

                         TOTAL FEES :                    7,065.00


                         TOTAL DUE  :                    7,065.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : SEPTEMBER 17, 2008
MATTER : 0066609-000005
INVOICE : 10144257

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/08   6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/25/08 | TC | Reviewed Omnibus Objection to Claims (Twenty-Sixth) (Substantive and Non-Substantive). | .40 |
| 08/27/08 | TC | Reviewed Omnibus Objection to Claims (Twenty-Fifth) (Substantive and Non-Substantive) | .70 |

### T I M E   S U M M A R Y

| | RATE | HOURS | TOTALS |
|------|------|-------|--------|
| T. Currier | 515.00 | 1.10 | 566.50 |
| TOTALS | | 1.10 | 566.50 |

TOTAL FEES :                          566.50

TOTAL DUE  :                          566.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚬ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    SEPTEMBER 17, 2008
                                          MATTER :  0066609-000007
                                          INVOICE : 10144258

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/08   6548

    RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
         EQUITY HOLDERS'


 DATE  ATTY  DESCRIPTION OF SERVICES RENDERED                    HOURS
 ----  ----  -------------------------------                     -----

08/14/08 TC  Reviewed materials circulated to the committee       1.10
             prior to our next committee meeting

08/26/08 TC  Reviewed materials in preparation for committee       .50
             meeting


                T I M E   S U M M A R Y
                -----------------------

                      RATE    HOURS         TOTALS
                      ----    -----         ------

 T. Currier          515.00    1.60         824.00
              TOTALS           1.60         824.00

              TOTAL FEES :                          824.00

              TOTAL DUE  :                          824.00
```

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 17, 2008
MATTER :  0066609-000011
INVOICE : 10144259

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/08   6548

RE:  FEE APPLICATIONS, APPLICANT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/07/08 | TC | Conf with paraglegal about our quarterly fee app | .40 |
| 08/08/08 | TC | Reviewed our three monthly fee apps, cnos, and notice for quarterly fee application; reviewed and approved quarterly fee app for filing | .60 |
| 08/08/08 | TC | More reviewing and revising quarterly fee application with paralegal | .50 |
| 08/08/08 | MNF | Draft/ work on 29th Quarterly fee request of BIR(2.0); E-file and serve 29th Quarterly fee request of BIR for April-June 2008(.8) | 2.80 |
| 08/18/08 | MNF | Review/make edits to prebills for July 2008; Finalize and send same to accounting | .70 |
| 08/19/08 | TC | Conf with paralegal about fee app expenses; did lookup of same | .40 |
| 08/19/08 | MNF | Draft 81st monthly fee app of BIR for July | 1.50 |
| 08/21/08 | TC | Reviewed our fee application, reviewed updated docket, reviewed and ok'd cno, all prepared for filing today | .40 |
| 08/21/08 | MNF | Review docket re: objections to 80th monthly fee app of BIR; (.1) Draft, e-file and serve CNO re: 80th monthly fee app of BIR (1.0) | 1.10 |
| 08/26/08 | TC | Reviewed fee application to approve for filing | .70 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    SEPTEMBER 17, 2008
                                              MATTER :  0066609-000011
                                              INVOICE : 10144259


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/08   6548

     RE:  FEE APPLICATIONS, APPLICANT


08/29/08 MNF    Review docket re: objections to 29th quarterly        .50
                fee request of BIR (.1)Draft CNO re: 29th
                quarterly fee request of BIR(.4)

08/29/08 MNF    E-file and serve 81st monthly fee app of BIR         1.00
                (.8) scan and send same to fee auditor (.2)


                  T I M E   S U M M A R Y
                  -----------------------

                         RATE      HOURS          TOTALS
                         ----      -----          ------

     T. Currier          515.00    3.00           1545.00
     M. Flores           175.00    7.60           1330.00
                 TOTALS           10.60           2875.00


               TOTAL FEES :                           2,875.00


               TOTAL DUE  :                           2,875.00
```

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚜ Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      SEPTEMBER 17, 2008
MATTER :    0066609-000012
INVOICE :   10144260

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/08   6548

RE:   FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/01/08 | MNF | E-file and serve 82nd monthly fee app of Kramer Levin(.8); scan and send same to fee auditor(.2) | 1.00 |
| 08/12/08 | TC | Coordinated quarterly fee application of kramer levin with keith martorana | .20 |
| 08/13/08 | TC | Worked on kramer levin 25th fee application notice and filing, communications with kramer levin re same; filing and service | .70 |
| 08/13/08 | TC | Assembled email addresses for completing service of kramer levin quarterly fee app; served same | .50 |
| 08/19/08 | TC | Reviewed, revised and approved lexecon cnos | .50 |
| 08/19/08 | MNF | Draft CNO's re: Monthly fee app of Lexecon for Jan, Febr., March, April 2008 (1.6); Draft CNO's re: Quartly requests for Lexecon for Jan-March 2008 and April-June 2008(.8) | 2.40 |
| 08/20/08 | TC | Reviewed remainder of lexecon cnos, including quarterlies, filed same | .40 |
| 08/20/08 | MNF | E-file and serve CNO's re: monthly fee app of Lexecon for Jan, Febr., March, April (1.0); E-file and serve CNO's re: Quarterly fee apps of Lexecon for Jan-March 2008 & April-June 2008 (1.0) | 2.00 |
| 08/21/08 | TC | Reviewed fee examiner's report on kramer levin fees | .20 |

TAX ID: 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :      SEPTEMBER 17, 2008
MATTER : 0066609-000012
INVOICE : 10144260

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/08   6548

RE:   FEE APPLICATIONS, OTHERS

| | | |
|---|---|---:|
| 08/25/08 TC | Reviewed all incoming ecf filings and distributed same to team counsel and paralegals | .80 |
| 08/25/08 TC | Reviewed kramer levin cno; conf with paralegal about fee examiner recent report on kramer levin, checking on that before filing cno | .30 |
| 08/25/08 MNF | Review docket re: objections to 82nd monthly fee app of Kramer Levin(.1); Draft CNO re: 82nd monthly fee app of Kramer Levin (.4)E-file and serve CNO re: 82nd monthly fee app (.8) | 1.30 |
| 08/27/08 MNF | Update 83rd monthly fee app of Kramer Levin; Finalize same for filing | .50 |
| 08/29/08 TC | Reviewed fee applications and prepared for filing | .50 |
| 08/29/08 MNF | E-file and serve 83rd monthly fee app of Kramer Levin (.8)scan and send same to fee auditor (.2) | 1.00 |

### T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---:|---:|---:|
| | ---- | ----- | ------ |
| T. Currier | 515.00 | 4.10 | 2111.50 |
| M. Flores | 175.00 | 8.20 | 1435.00 |
| TOTALS | | 12.30 | 3546.50 |

TOTAL FEES :                              3,546.50

TOTAL DUE  :                              3,546.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :     SEPTEMBER 17, 2008
                                            MATTER :   0066609-000015
                                            INVOICE :  10144261


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/08    6548

    RE:  LITIGATION AND LITIGATION CONSULTING


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 08/06/08 | TC | Reviewed form of scheduling stipulation, communications about same, reviewed final form and executed same for filing under certification | .50 |
| 08/07/08 | TC | Reviewed WR Grace's document requests and interrogatories for each of the following entities:  (1) Lehman; (2) Wachovia; (3) the Creditors' Committee; (4) JP Morgan; and (5) Stroock. | .80 |
| 08/07/08 | TC | Reviewed Creditors' Committee & Bank Lender Group's Discovery Requests to Equity Committee for discovery on lender issues | .70 |
| 08/07/08 | TC | Reviewed Discovery of Debtors' First Set of Requests for Production of Documents Directed to the Official Committee of Unsecured Creditors and Debtors' First Set of Interrogatories Directed to the Official Committee of Unsecured Creditors Filed by W.R. Grace & Co., et al. | .30 |
| 08/07/08 | TC | Reviewed Debtors' First Set of Requests for Production of Documents Directed to JP Morgan Chase Bank, in its Capacity as Agent for the Lenders and Debtors' First Set of Interrogatories Directed to JP Morgan Chase Bank, in its Capacity as Agent for the Lenders Filed by W.R. Grace & Co., et al | .30 |

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

TAX ID  25-1381032  ::  INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    SEPTEMBER 17, 2008
MATTER :  0066609-000015
INVOICE : 10144261

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/08   6548

RE:  LITIGATION AND LITIGATION CONSULTING

| Date | | Description | Hours |
|------|---|-------------|-------|
| 08/07/08 | TC | Reviewed Debtors' First Set of Requests for Production of Documents Directed to Stroock & Stroock & Lavan LLP and Debtors' First Set of Interrogatories Directed to Stroock & Stroock & Lavan LLP Filed by W.R. Grace & Co., et al | .40 |
| 08/07/08 | TC | Reviewed Debtors' First Set of Requests for Production of Documents Directed to Lehman Commercial Paper Inc. and Debtors' First Set of Interrogatories Directed to Lehman Commercial Paper Inc. Filed by W.R. Grace & Co., et al | .30 |
| 08/07/08 | TC | Reviewed Debtors' First Set of Requests for Production of Documents Directed to the Wachovia Bank & Trust Co., N.A., and Debtors' First Set of Interrogatories Directed to the Wachovia Bank & Trust Co., N.A. Filed by W.R. Grace & Co., et al.. | .40 |
| 08/07/08 | TC | Reviewed communications on discovery on lenders | .20 |
| 08/08/08 | TC | Question from keith martorana about interrogatories; reviewed local bankruptcy, local district court and federal bankruptcy and civil rules; communications to keith re same | .80 |
| 08/08/08 | TC | Reviewed Response to Claimant State of California, Department of General Services' Motion for Leave to File the Expert Report of Dr. William E. Longo Filed by W.R. Grace & Co., et al. | .20 |
| 08/12/08 | TC | Reviewed appellees motion to file sur-reply, and attached sur-reply | .40 |

# Buchanan Ingersoll ⚮ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : SEPTEMBER 17, 2008
MATTER : 0066609-000015
INVOICE : 10144261

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/08    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---|
| 08/13/08 TC | Worked on service list for discovery; reviewed updated docket to review for correct short service list; finalized discovery and served same; filed notice of service; followed up all with doug mannal | .80 |
| 08/13/08 TC | Reviewed equity committee pleading/discovery to be served and filed today | .70 |
| 08/14/08 TC | Reviewed Objections and Responses of the Official Committee of Unsecured Creditors to Debtors Æ First Set of Requests for Production of Documents Directed to the Official Committee of Unsecured Creditors | .20 |
| 08/14/08 TC | Reviewed Lehman Commercial Paper Inc.Æs Response to DebtorsÆ First Set of Requests for Production of Documents | .40 |
| 08/14/08 TC | Reviewed Lehman Commercial Paper Inc.Æs Response to DebtorsÆ First Set of Interrogatories | .30 |
| 08/14/08 TC | Reviewed Objections and Responses of JPMorgan Chase Bank, N.A., In its Capacity as Agent, to DebtorsÆ First Set of Interrogatories and First Set of Requests for Production of Documents | .60 |
| 08/14/08 TC | Reviewed Supplemental Response to and Objection to Motion of Mian Realty Regarding the Applicability of the Automatic Stay | 1.10 |
| 08/14/08 TC | Reviewed Objections and Responses of the Official Committee of Unsecured Creditors to DebtorsÆ First Set of Interrogatories | .40 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     SEPTEMBER 17, 2008
MATTER :   0066609-000015
INVOICE : 10144261

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/08    6548

     RE:   LITIGATION AND LITIGATION CONSULTING

| | | |
|---|---|---:|
| 08/19/08 TC | Reviewed Declaration of Robert M. Tarola in Support of Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999Filed by W.R. Grace & Co., et al | .40 |
| 08/19/08 TC | Briefly reviewed large Book of Exhibits in Support of Debtors' Supplemental Response and Objection to Motion of Mian Realty Regarding the Applicability of the Automatic Stay | 1.10 |
| 08/19/08 TC | Reviewed Responses and Objection of Debtors to the Official Committee of Unsecured Creditors of W.R. Grace & Co. and Bank Lender Group's First Request for Production of Documents, First Set of Interrogatories, and First Request for Admissions | .70 |
| 08/19/08 TC | Reviewed Declaration in Support of Edwin N. Ordway, Jr. In Support of the Response of the Official Committee of Unsecured Creditors to Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 | .30 |
| 08/19/08 TC | Reviewed Affidavit of Charles O. Freedgood of JPMorgan Chase Bank, N.A., in its Capacity as Administrative Agent Under the Pre-Petition Bank Credit Facilities, in Support of the Claims Asserted Under the Debtors Credit Agreements Dated as of May 14, 1998 and May 5, 1999 Filed by Administrative Agent (a) JPMorgan Chase Bank as Administrative Agent for the Credit Agreement dated as of May 14, 1998; and (b) JPMorgan Chase Bank as Administrative Agent for the 364-Day Credit Agreement, and all attachments and exhibits | 1.00 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    SEPTEMBER 17, 2008
                                          MATTER :  0066609-000015
                                          INVOICE : 10144261


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/08   6548

    RE:  LITIGATION AND LITIGATION CONSULTING


08/19/08 TC     Reviewed Declaration of Mark A. Shelnitz in           .30
                Support of Debtors' Objection to the Unsecured
                Claims Asserted Under the Debtors' Credit
                Agreements Dated as of May 14, 1998 and May 5,
                1999. Filed by W.R. Grace & Co., et al

08/19/08 TC     Reviewed Affidavit of Pamela D. Zilly in              .40
                Support of Debtors' Objection to the Unsecured
                Claims Asserted Under the Debtors' Credit
                Agreements Dated as of May 14, 1998 and May 5,
                1999. Filed by W.R. Grace & Co., et al

08/22/08 TC     Reviewed Reply of Main Realty, LLC to Debtors'        .50
                Supplemental Response and Objection to Motion
                Regarding Applicability of Automatic Stay and
                all attached documents


                     T I M E   S U M M A R Y
                     -----------------------

                          RATE     HOURS            TOTALS
                          ----     -----            ------

T. Currier               515.00    14.50           7467.50
              TOTALS               14.50           7467.50


              TOTAL FEES :                               7,467.50


              TOTAL DUE  :                               7,467.50


California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    SEPTEMBER 17, 2008
                                            MATTER :  0066609-001000
                                            INVOICE : 10144262


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 08/31/08   6548

    RE:  EXPENSES



        DESCRIPTION OF EXPENSE ADVANCES              AMOUNT
        -------------------------------              ------

07/17/08 Messenger/Delivery Service - Parcels 114224    15.00
08/01/08 Photocopies M. Flores                           9.40
08/04/08 Photocopies M. Flores                           2.00
08/05/08 Photocopies M. Flores                          13.40
08/06/08 Photocopies M. Flores                           1.20
08/08/08 Photocopies M. Flores                           1.20
08/13/08 Photocopies T. Buck                             2.00
08/13/08 Courier Service, document retrieval, dover -    7.50
         Parcels, Inc. 120413
08/18/08 Photocopies M. Flores                           6.30
08/20/08 Photocopies M. Flores                           3.60
08/21/08 Photocopies M. Flores                           7.20
08/21/08 Photocopies M. Flores                           0.50
08/25/08 Photocopies M. Flores                           1.00
08/26/08 Photocopies M. Flores                          10.40
08/27/08 Photocopies M. Flores                           8.50
08/29/08 Photocopies M. Flores                          31.60

                    TOTAL EXPENSE ADVANCES :              120.80

                    TOTAL DUE  :                          120.80
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA