IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: October 20, 2008 |
| | : | Hearing Date: TBD, if necessary |

**FEE DETAIL FOR DAY PITNEY LLP'S
EIGHTY-SIXTH INTERIM FEE APPLICATION FOR THE PERIOD
FROM AUGUST 1, 2008 THROUGH AUGUST 31, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

83101500A01092908

# EXHIBIT A

## FEES FOR THE FEE PERIOD AUGUST 1, 2008 THROUGH AUGUST 31, 2008[2]

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 08/01/08 | | Call with bankruptcy counsel and unsecured creditor's counsel on following issues: background on Weja case and litigation; Honeywell case and site cleanup and indemnity; settlement and damages figures; history of litigation, appeal and remand; separate settlement discussions with defendants and global resolution through Judge Bariso on remand; trial court errors and factual background on Grace costs. | | |
| 14 | W. Hatfield | | 1.7 | 680.00 |
| 08/04/08 | | Address follow up issues on Creditor's Committee call on Weja settlements. | | |
| 14 | W. Hatfield | | 0.2 | 80.00 |
| 08/07/08 | | Attention to e-mails concerning settlement status in bankruptcy court. | | |
| 14 | R. Rose | | 0.1 | 49.50 |
| 08/10/08 | | Review memo from creditor's counsel. | | |
| 14 | W. Hatfield | | 0.2 | 80.00 |
| 08/11/08 | | Prepare memo responding to comments by creditor's committee counsel on Weja settlement agreements and limited indemnity to oil companies and Honeywell remediation/indemnity to Grace. | | |
| 14 | W. Hatfield | | 1.1 | 440.00 |
| 08/13/08 | | Follow up on status of bankruptcy motion and memos with bankruptcy counsel on creditor's committee issues. | | |
| 14 | W. Hatfield | | 0.5 | 200.00 |
| 08/14/08 | | Respond to creditor's committee question on cross claim issues. | | |
| 14 | W. Hatfield | | 0.2 | 80.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 0.1 | 495.00 | 49.50 |
| W. Hatfield | 14 | 3.9 | 400.00 | 1,560.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

83101500A01091908

|  | TOTAL | 4.0 | 1,609.50 |
|---|---|---|---|

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 08/05/08 | Attention to fee applications and comments by fee auditor. | | |
| 18 | K. Piper | 0.4 | 134.00 |
| 08/15/08 | Draft July 2008 fee application. | | |
| 18 | K. Piper | 2.0 | 670.00 |
| 08/19/08 | Review and revise Day Pitney's July, 2008 fee application. | | |
| 1* | S. Zuber | 0.3 | 144.00 |
| 08/28/08 | Revise July 2008 fee application and attention to filing of same. | | |
| 18 | K. Piper | 0.6 | 201.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.3 | 480.00 | 144.00 |
| K. Piper | 18 | 3.0 | 335.00 | 1,005.00 |
| TOTAL | | 3.3 | | 1,149.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 08/01/08 | E-mails and draft letter to Third Circuit mediator. | | |
| 14 | A. Marchetta | 0.9 | 558.00 |
| 08/01/08 | Address Spill Act; review draft memo on same. | | |
| 14 | W. Hatfield | 0.9 | 360.00 |
| 08/01/08 | Review correspondence from J. Baer and confer with A. Marchetta regarding same. | | |
| 14 | S. Zuber | 0.3 | 144.00 |
| 08/01/08 | Work with A. Marchetta and W. Hatfield re issue of liability. | | |
| 3 | B. Moffitt | 1.9 | 760.00 |
| 08/01/08 | Work with A. Marchetta re preparation of letter to Third Circuit re mediation. | | |
| 3 | B. Moffitt | 0.5 | 200.00 |
| 08/03/08 | Follow up regarding mediation and letter regarding same. | | |

3

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| | | 14 A. Marchetta | 0.4 | 248.00 |
| 08/04/08 | Forward letter to clients regarding mediation and letter to court regarding same. | 14 A. Marchetta | 0.8 | 496.00 |
| 08/06/08 | Work with B. Moffitt regarding revised sur-reply brief to District Court. | 14 A. Marchetta | 0.7 | 434.00 |
| 08/06/08 | Review draft sur-reply brief and draft comments re same; work with A. Marchetta re same. | 3 B. Moffitt | 1.7 | 680.00 |
| 08/07/08 | Review e-mail from co-counsel re appeal issue. | 3 B. Moffitt | 0.1 | 40.00 |
| 08/08/08 | Follow up regarding mediation and issues for same. | 14 A. Marchetta | 0.7 | 434.00 |
| 08/13/08 | Preparation of status update for Magistrate Judge Bongiovanni. | 3 B. Moffitt | 0.5 | 200.00 |
| 08/13/08 | Preparation of e-mail to J. Baer and L. Sinanyan re status update for Magistrate Judge Bongiovanni. | 3 B. Moffitt | 0.1 | 40.00 |
| 08/13/08 | Preparation of e-mail to co-defendants' counsel re recent briefing. | 3 B. Moffitt | 0.2 | 80.00 |
| 08/13/08 | Compilation of parties' briefing and forward to B. Moffitt as requested. | 14 S. Parker | 0.4 | 60.00 |
| 08/14/08 | Follow up re status letter to court and various e-mails re same. | 3 B. Moffitt | 0.4 | 160.00 |
| 08/15/08 | Various telephone calls to and with D.A.G. Dickinson re filing status letter. | 3 B. Moffitt | 0.4 | 160.00 |
| 08/20/08 | Review e-mail exchange re NJDEP reply to Grace motion to file sur-reply. | 3 B. Moffitt | 0.1 | 40.00 |
| 08/22/08 | Review W. Sparks e-mail and provide update re status. | 3 B. Moffitt | 0.4 | 160.00 |
| 08/22/08 | Telephone call with E. McTiernan re recent submissions; follow up re same. | 3 B. Moffitt | 0.2 | 80.00 |

4

| 08/22/08 | Review Order of Magistrate Judge Bongiovanni setting date for submission of next status update letter and forward same to counsel. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 80.00 |
| 08/26/08 | Review e-mail exchange re mediation and briefing; follow up re same. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 08/28/08 | E-mails regarding mediation rescheduling. | | |
| 14 | A. Marchetta | 0.2 | 124.00 |
| 08/31/08 | E-mails and follow up regarding mediation scheduling. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 4.3 | 620.00 | 2,666.00 |
| S. Zuber | 14 | 0.3 | 480.00 | 144.00 |
| W. Hatfield | 14 | 0.9 | 400.00 | 360.00 |
| B. Moffitt | 3 | 6.9 | 400.00 | 2,760.00 |
| S. Parker | 14 | 0.4 | 150.00 | 60.00 |
| TOTAL | | 12.8 | | 5,990.00 |

83101500A01091908

# EXHIBIT B

## EXPENSES FOR THE FEE PERIOD AUGUST 1, 2008 THROUGH AUGUST 31, 2008

Engagement Costs – Chapter 11 Administration

| | | |
|---|---|---|
| 07/31/08 | PACER Docket Retrieval - 200 pages at 0.0800 each | 16.00 |
| | Matter Total Engagement Cost | 16.00 |

Engagement Costs - NJDEP V. W.R. GRACE ET AL.

| | | |
|---|---|---|
| 07/24/08 | Travel - 3rd Circuit Mediation in Philadelphia, PA[3] | 71.39 |
| | Photocopying | 95.60 |
| | Matter Total Engagement Cost | 166.99 |

---

[3] See Expense Reimbursement Form for Anthony J. Marchetta attached hereto as Exhibit 1. The amount listed above reflects a discount given to WR Grace.

6

83101500A01092908

# EXHIBIT 1

# EXPENSE REIMBURSEMENT FORM

**DAY PITNEY LLP**

Bar Code Label

Vendor Number - A/P Use Only

Invoice Number: **ROSE3720**

\*\*\*ALL EXPENSE REQUESTS ARE REIMBURSED THROUGH PAYROLL.\*\*\* (Check Mark Partner, Associate, or Employee)

| Full Name: | Emp ID# | Office: | Partner | Atty/Counsel | Employee | Employee's Department | Week Ending Date (Saturday) |
|---|---|---|---|---|---|---|---|
| ANTHONY J. MARCHETTA | 4153 | Florham Park | ☑ | ☐ | ☐ | | 7/26/2008 |

NOTE: SUPPORTING DOCUMENTATION MUST BE ATTACHED FOR EACH INDIVIDUAL EXPENSE OF $25 OR MORE.

| | | Auto Expenses | | Travel | Hotel or Lodging | Business Meals | Other Expenses | Total Expenses | Client No./ Matter No. or GL Acct Number | *Disb Codes | Code Description |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Prior to 7/1/2008 Miles x .505 | 7/1/2008 and after Miles x .585 | | | Show details on Tab 2 | | | | | |
| DATE | DEPARTURE DESCRIPTION OR DESCRIPTION OF ALLOWABLE EXPENSE | | Amount | Parking, Tolls, Train, Bus, Cab, Subway, Airplane | | | | | | | |
| 7/24/2008 | Travel to Philadelphia for Third Circuit mediation in NJDEP/WRG | 190.00 | $111.15 | $12.50 | | $16.00 | | $139.65 | 482910.114715 | | 18  Fax - Outside Vendor |
| | | | $0.00 | $15.00 | | | | $15.00 | WRG/NJDEP | | 36  Photocopies |
| | | | $0.00 | | | | | $0.00 | | | 43  Other |
| | | | $0.00 | | | | | $0.00 | | | 45  Meals |
| | | | $0.00 | | | | | $0.00 | | | 46  Hotel |
| | | | $0.00 | | | | | $0.00 | | | 57  Parking |
| | | | $0.00 | | | | | $0.00 | | | 73  Auto Mileage |
| | | | $0.00 | | | | | $0.00 | | | 74  Air Fare |
| | | | $0.00 | | | | | $0.00 | | | 75  Bus |
| | | | $0.00 | | | | | $0.00 | | | 76  Limo |
| | | | $0.00 | | | | | $0.00 | | | 77  Taxi |
| | | | $0.00 | | | | | $0.00 | | | 78  Train |
| | | | $0.00 | | | | | $0.00 | | | 97  Tolls |
| | | | $0.00 | | | | | $0.00 | | | 100 Auto Rental |
| | | | $0.00 | | | | | $0.00 | | | 119 Phone |
| | | | $0.00 | | | | | $0.00 | | | 151 Event Attendance |
| | | | $0.00 | | | | | $0.00 | | | 152 Seminar Attendance |
| | | | $0.00 | | | | | $0.00 | | | 153 Business Meetings |
| | | | $0.00 | | | | | $0.00 | | | 154 Membership Dues |
| GRAND TOTAL | | | $111.15 | $27.50 | $0.00 | $16.00 | $0.00 | $154.65 | | | |
| | | | | Less Cash Advance (if applicable) GL#15150; IOU#13007 | | | | $0.00 | | | |
| | | | | **TOTAL DUE** | | | | **$154.65** | | | |

I certify that I have incurred all the expenses above on behalf of the Firm and that they all are directly related to the active conduct of the Firm's business.

Signature: [signed] Date: 7/28/08

Approval: _____ Date: _____

Prepared By: _____ Extension: _____

For A/P Use Only
Session #: _____ Session Date: _____
Processor's Initials: _____

\*\*\*E-mail form and receipts via PDF to Expense, Forms in Outlook Address Book and keep the originals for your records.\*\*\*

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*,[1] | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: October 20, 2008 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

83101501A01092908

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey  
Dated: September 29, 2008

Respectfully submitted,  
DAY PITNEY LLP

*Anthony Marchetta* (signature)  
Anthony J. Marchetta, Esq.  
(Mail) P.O. Box 1945  
Morristown, NJ 07962-1945  
(Delivery) 200 Campus Drive  
Florham Park, NJ 07932-0950

83101501A01092908

2