REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    1755946
One Town Center Road                Invoice Date      09/26/08
Boca Raton, FL    33486             Client Number      172573

==============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                            412.50
        Expenses                          0.00

                 TOTAL BALANCE DUE UPON RECEIPT        $412.50
                                                  =============

```
                    REED SMITH LLP
                    PO Box 360074M
                Pittsburgh, PA  15251-6074
                  Tax ID# 25-0749630
```

```
W.R. Grace & Co.                    Invoice Number    1755946
One Town Center Road                Invoice Date     09/26/08
Boca Raton, FL    33486             Client Number     172573
                                    Matter Number      60026
```

================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 08/04/08 | Ament | Circulate transcript of 7/21/08 hearing to working group. | .20 |
| 08/08/08 | Ament | Telephone call from P. Cuniff of Pachulski re: agenda and hearing binders due on 8/11/08. | .10 |
| 08/11/08 | Ament | Review information received from Pachulski relating to Mian hearing on 9/2/08 and 9/2/08 omnibus hearing (.10); various e-mails and telephone calls with P. Cunniff re: same (.10); update hearing binders for Judge Fitzgerald per request (.30); e-mail to J. O'Neill re: same (.10). | .60 |
| 08/12/08 | Ament | Attend to issues relating to CourtCall for omnibus hearings. | .20 |
| 08/18/08 | Ament | E-mails to P. Cuniff and K. Love re: schedule of omnibus hearings (.10); e-mails re: CourtCall (.10). | .20 |
| 08/19/08 | Ament | E-mails with K. Love of K&E re: 9/2/08 hearing (.10); circulate agenda to working group re: hearing (.10); arrange for D. Cameron to participate in said hearing via CourtCall (.10); follow-up e-mails re: same (.10); e-mails with K. Love re: schedule of omnibus hearings and filing deadlines (.10); arrange for | .70 |

172573 W. R. Grace & Co.                        Invoice Number  1755946
60026  Litigation and Litigation Consulting     Page    2
September 26, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| | | J. Restivo to participate in 9/2/08 DE hearing telephonically (.10); e-mails with J. Restivo re: same (.10). | |
| 08/20/08 | Ament | E-mails re: 9/2/08 omnibus hearing. | .10 |
| 08/25/08 | Ament | Review e-mail from K&E re: omnibus hearing dates and filing deadlines. | .10 |
| 08/26/08 | Ament | E-mails re: omnibus hearing. | .10 |
| 08/29/08 | Ament | Provide team with amended agenda re: 9/2/08 hearings (.10); e-mails re: same (.10). | .20 |

                                                      ------
                                  TOTAL HOURS           2.50


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 2.50 at $ 165.00 = | | 412.50 |
| | CURRENT FEES | | 412.50 |

                                              ------------
                    TOTAL BALANCE DUE UPON RECEIPT     $412.50
                                              ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number     1755947
5400 Broken Sound Blvd., N.W.            Invoice Date       09/26/08
Boca Raton, FL 33487                     Client Number      172573


==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                          16,173.00
        Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $16,173.00
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1755947
5400 Broken Sound Blvd., N.W.        Invoice Date       09/26/08
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028

===============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 08/01/08 | Cameron | Telephone call with R. Finke and review of U.S. ZAI materials (.70); review Canadian ZAI settlement materials (.40). | 1.10 |
| 08/07/08 | Cameron | Review Canadian ZAI settlement issues and materials. | .80 |
| 08/08/08 | Cameron | Review materials from R. Finke regarding ZAI claims. | .70 |
| 08/09/08 | Cameron | Continued review of ZAI materials. | 1.10 |
| 08/12/08 | Cameron | Review materials from Canadian counsel regarding Minutes of Settlement and e-mails regarding same. | .90 |
| 08/12/08 | Restivo | Receipt and review of ZAI-related correspondence, emails and reports. | 1.00 |
| 08/13/08 | Cameron | Multiple e-mails and calls regarding Canadian ZAI settlement issues (0.9); review and revise minutes of settlement (0.4). | 1.30 |
| 08/14/08 | Cameron | Additional e-mails and review/revise settlement minutes. | .90 |
| 08/15/08 | Cameron | Attention to Canadian ZAI claims settlement and e-mails regarding same. | .50 |

172573 W. R. Grace & Co.                    Invoice Number  1755947
60028 ZAI Science Trial                     Page   2
September 26, 2008

|    Date    | Name    |                                                          | Hours |
|------------|---------|----------------------------------------------------------|-------|
| 08/20/08   | Restivo | Analysis of ZAI claim forms, Rust protocol, etc.         | 1.00  |
| 08/21/08   | Restivo | Review and analysis of ZAI claim form history, protocol and claim forms (1.9) ; prepare for telephone conference (0.6). | 2.50 |
| 08/22/08   | Rea     | Reviewed Restivo memo (0.4); preparation for strategy call (0.3). | .70 |
| 08/25/08   | Rea     | Strategy conference call and follow-up.                  | 1.90  |
| 08/25/08   | Restivo | Prepare for and telephone conference with K&E (0.5); report to client (0.6); draft work plan (1.8); receipt of background memos from K&E (0.6). | 3.50 |
| 08/26/08   | Rea     | Reviewed ZAI memo materials.                             | 1.40  |
| 08/26/08   | Restivo | Draft ZAI issues paper (0.6); review BNSF claims (0.6); review legal research memos (0.8). | 2.00 |
| 08/27/08   | Rea     | Review of research memos.                                | 1.30  |
| 08/27/08   | Restivo | Review of legal research memos and emails with K&E.      | 1.00  |
| 08/28/08   | Rea     | Calls re: settlement agreements.                         | .30   |
| 08/28/08   | Restivo | Analysis of reports attached to claim forms.             | 2.70  |

```
                                            ------
                          TOTAL HOURS        26.60
```

| TIME SUMMARY           | Hours   |      | Rate       |   | Value     |
|------------------------|---------|------|------------|---|-----------|
| Douglas E. Cameron     | 7.30    | at $ | 615.00     | = | 4,489.50  |
| James J. Restivo Jr.   | 13.70   | at $ | 675.00     | = | 9,247.50  |
| Traci Sands Rea        | 5.60    | at $ | 435.00     | = | 2,436.00  |

```
                    CURRENT FEES                       16,173.00


                                                     ------------
```

```
172573 W. R. Grace & Co.                    Invoice Number  1755947
60028  ZAI Science Trial                    Page   3
September 26, 2008
```

                    TOTAL BALANCE DUE UPON RECEIPT          $16,173.00
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number    1755948
5400 Broken Sound Blvd., N.W.        Invoice Date      09/26/08
Boca Raton, FL 33487                 Client Number      172573


=================================================================================

Re: W. R. Grace & Co.


(60029)   Fee Applications-Applicant

        Fees                    5,383.00
        Expenses                    0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $5,383.00
                                                   ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1755948
5400 Broken Sound Blvd., N.W.        Invoice Date       09/26/08
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029


==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 08/01/08 | Ament | Begin drafting 29th quarterly fee application and spreadsheets relating to same. | .50 |
| 08/04/08 | Ament | Respond to e-mail from J. Lord re: quarterly fee application (.10); continue preparation of spreadsheet re: fees and expenses for 29th quarterly fee application (.50); continue drafting summary and narrative re: same (.50). | 1.10 |
| 08/04/08 | Lord | Update 2002 service list for quarterly fee application (.3). | .30 |
| 08/05/08 | Lord | Prepare notice, exhibits and service for upcoming Reed Smith quarterly fee application for the period ending 6/30. | .50 |
| 08/06/08 | Ament | Various e-mails and meetings re: 29th quarterly fee application. | .20 |
| 08/08/08 | Ament | Continue calculating fees and expenses for 29th quarterly fee application (.80); continue drafting 29th quarterly fee application narrative and summary (.50). | 1.30 |
| 08/08/08 | Muha | Begin review and revisions to July 2008 fee and expense detail. | 1.50 |

172573 W. R. Grace & Co.
60029 Fee Applications-Applicant
September 26, 2008

Invoice Number  1755948
Page    2

| Date | Name | | Hours |
|------|------|------|------|
| 08/11/08 | Ament | Attend to billing matters relating to July monthly fee application (.10); continue calculating fees and expenses and preparing spreadsheet relating to 29th quarterly fee application (.50). | .60 |
| 08/11/08 | Muha | Review and revise fee and expense detail for July 2008 monthly application, including research of expense reports to provide additional information about expense entries. | 1.30 |
| 08/12/08 | Ament | Continue calculating fees and expenses and preparing spreadsheet relating to 29th quarterly fee application (1.0); attend to billing matters relating to Environ consulting fees (.20). | 1.20 |
| 08/12/08 | Muha | E-mail to P. Sanner re: expense entry for August 2008 fee application. | .10 |
| 08/13/08 | Ament | E-mails with A. Muha and J. Lord re: 29th quarterly fee application (.20); complete calculating fees and expenses for same (1.0); complete spreadsheet for same (.30); revisions to narrative and summary of same (.30); provide narrative, summary and spreadsheet to A. Muha for review (.10). | 1.90 |
| 08/13/08 | Lord | Communicate with S. Ament re: quarterly fee application (.1); revise same (.3). | .40 |
| 08/14/08 | Ament | Various e-mails and meetings with A. Muha re: 29th quarterly fee application (.20); finalize summary and narrative for same (.20); e-mail same to J. Lord for DE filing (.10). | .50 |
| 08/14/08 | Lord | Supplement, e-file and perfect service of Reed Smith quarterly fee application. | 1.50 |

172573 W. R. Grace & Co.                          Invoice Number  1755948
60029  Fee Applications-Applicant                 Page    3
September 26, 2008

| Date | Name | | Hours |
|------|------|--|-------|

| 08/14/08 | Muha | Make final review and revisions to 29th quarterly fee application materials and review e-mails from S. Ament re: same (1.1); second round of revisions to July 2008 monthly fee and expense detail for monthly application (0.7). | 1.80 |
| 08/18/08 | Ament | Attend to billing matters (.30); various e-mails and meet with A. Muha re: same (.20); attend to billing matters relating to consultant fees (.10); meet with A. Muha re: consultant fees (.10). | .70 |
| 08/19/08 | Ament | Attend to billing issues relating to consultant fees (.20); various e-mails re: same (.10). | .30 |
| 08/20/08 | Ament | Attend to billing matters relating to consultant fees. | .10 |
| 08/22/08 | Ament | Meet with A. Muha re: July monthly fee application (.10); attend to billing matters relating to consultant fees (.10). | .20 |
| 08/25/08 | Ament | Review and respond to e-mail from J. Lord re: July monthly fee application (.10); review e-mail re: CNO for June monthly fee application (.10); attend to billing matters relating to consultant fees (.10); e-mail to A. Muha re: same (.10); begin drafting July monthly fee application (.20). | .60 |
| 08/25/08 | Lord | Research docket and draft CNO to Reed Smith June monthly fee application (.4); e-file and perfect service for same (.2); communicate with S. Ament re: July monthly (.1). | .70 |
| 08/26/08 | Ament | Attend to billing matters (.20); various e-mails with D. Cameron and A. Muha re: same (.20); review e-mail from T. Klapper re: July monthly fee application (.10). | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1755948
60029  Fee Applications-Applicant                 Page   4
September 26, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 08/27/08 | Ament | Attend to billing matters relating to consultant fees (.10); e-mails re: July monthly fee application (.10). | .20 |
| 08/28/08 | Ament | Attend to billing matters relating to consultant fees (.10); review invoices received relating to July monthly fee application (.20); calculate fees and expenses for same (.80); prepare spreadsheet re: same (.50); revisions to fee application (.30); e-mail same to A. Muha for review (.10); finalize and e-mail to J. Lord for DE filing (.20). | 2.20 |
| 08/28/08 | Lord | Revise, e-file and perfect service of Reed Smith July monthly fee application. | 1.40 |
| 08/28/08 | Muha | Make final review of and changes to July 2008 monthly application, and multiple e-mails to/from S. Ament re: same. | 1.10 |
| 08/29/08 | Ament | Attend to billing matters (.20); e-mails re: same (.10). | .30 |

                                        TOTAL HOURS    23.00


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Andrew J. Muha | 5.80 at $ 385.00 = | | 2,233.00 |
| John B. Lord | 4.80 at $ 230.00 = | | 1,104.00 |
| Sharon A. Ament | 12.40 at $ 165.00 = | | 2,046.00 |

                      CURRENT FEES                      5,383.00


                                                    ------------
            TOTAL BALANCE DUE UPON RECEIPT              $5,383.00
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1755949
One Town Center Road                      Invoice Date        09/26/08
Boca Raton, FL    33486                   Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                              25,843.50
         Expenses                               0.00

                        TOTAL BALANCE DUE UPON RECEIPT       $25,843.50
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1755949
One Town Center Road                      Invoice Date       09/26/08
Boca Raton, FL    33486                   Client Number        172573
                                          Matter Number         60033

========================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2008

| Date | Name | | Hours |
|------|------|------|------|
| 08/01/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 08/01/08 | Restivo | Telephone calls and emails with D. Speights and R. Finke. | .60 |
| 08/02/08 | Cameron | Attention to settlement agreement issues (.80); attention to State of California Motion for expert report (.40). | 1.20 |
| 08/04/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 08/05/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 08/05/08 | Cameron | Review draft response to motion and e-mail re: same. | .60 |
| 08/05/08 | Rea | E-mails re: California motion. | .30 |
| 08/06/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/06/08 | Rea | Revised response to California motion. | .90 |
| 08/07/08 | Ament | Assist team with various issues relating to PD claims. | .10 |

172573 W. R. Grace & Co.
60033 Claim Analysis Objection Resolution
      & Estimation (Asbestos)
September 26, 2008

Invoice Number  1755949
Page    2

| Date | Name | | Hours |
|------|------|---|-------|
| 08/08/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 08/08/08 | Rea | Filed response to DGS motion. | .50 |
| 08/11/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 08/11/08 | Rea | Work on revised settlement agreement. | .30 |
| 08/11/08 | Restivo | Telephone calls with D. Speights, T. Rea and D. Cameron re: settlement drafts and Canada claim. | .50 |
| 08/12/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 08/12/08 | Rea | Revisions to settlement agreements. | 2.00 |
| 08/12/08 | Restivo | Finalization of settlement papers for various Speights' settlements (0.8); negotiations with Speights (0.8); review Omnibus Transcript (0.8). | 2.40 |
| 08/13/08 | Cameron | Attention to proofs of claim issues. | .90 |
| 08/13/08 | Rea | E-mails re: property settlement; correspondence re: proof of claims. | .70 |
| 08/14/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 08/14/08 | Cameron | Attention to proof of claim issues. | 1.30 |
| 08/15/08 | Cameron | Attention to proof of claim issues. | .50 |
| 08/17/08 | Cameron | Attention to current status of claims and settlement issues. | 1.10 |
| 08/18/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 08/18/08 | Cameron | Review proof of claim issues. | .50 |
| 08/19/08 | Cameron | Review proof of claims. | .70 |

172573 W. R. Grace & Co.                          Invoice Number  1755949
60033  Claim Analysis Objection Resolution        Page    3
       & Estimation (Asbestos)
September 26, 2008


      Date   Name                                              Hours
    -------- -----------                                       -----

    08/19/08 Rea              Attend to filing of Settlement      .40
                              Motion.

    08/19/08 Restivo          Review status of Speights/Brandi    .50
                              settlements and agreements
                              relating thereto (0.2); receipt
                              and review of Omnibus Agenda (0.3).

    08/20/08 Ament            Assist team with various issues     .40
                              relating to PD claims (.30);
                              e-mail to team re: same (.10).

    08/20/08 Cameron          Review materials from K&E           .90
                              regarding proof of claim forms.

    08/20/08 Rea              Revisions to and circulation of     .80
                              property damage settlement
                              agreements.

    08/20/08 Restivo          Finalization and execution of      1.00
                              Children's Hospital, Bayshore,
                              CSU, UC and Pacific Freeholds
                              settlements.

    08/21/08 Ament            Assist team with various issues     .10
                              relating to PD claims.

    08/21/08 Cameron          Review materials from J. Restivo   2.40
                              and K&E regarding proof of claim
                              forms (1.9); begin to prepare for
                              call (0.5).

    08/22/08 Ament            Assist team with various issues     .20
                              relating to PD claims.

    08/22/08 Cameron          Review settlement agreement issues 1.70
                              and telephone call with R. Finke
                              regarding same (0.6); review
                              materials for call regarding proof
                              of claims (1.1).

    08/22/08 Rea              Status update to Grace re:          .50
                              property damage settlements.

    08/23/08 Cameron          Follow-up from calls and e-mails    .70
                              regarding settlement issues.

    08/24/08 Cameron          Prepare for conference call with   1.20
                              Grace and K&E.

```
172573  W. R. Grace & Co.                          Invoice Number  1755949
60033   Claim Analysis Objection Resolution        Page    4
        & Estimation (Asbestos)
September 26, 2008
```

| Date | Name | | Hours |
|------|------|------|-------|
| 08/25/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/25/08 | Cameron | Prepare for (1.1) and participate in conference call regarding objections and proofs of claim (0.8); follow-up from call and review of expert reports, memos and legal research relating to ZAI claims (2.8). | 4.70 |
| 08/25/08 | Rea | Call re: property damage settlements. | .20 |
| 08/25/08 | Restivo | Negotiations with D. Speights and report to client (0.7); prepare for Omnibus Hearing (0.8). | 1.50 |
| 08/26/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10). | .30 |
| 08/26/08 | Cameron | Review and revise Reed Smith summary of issues for claim form objections (1.2); review expert reports from ZAI proceedings (1.1); attention to materials received from K&E (1.6). | 3.90 |
| 08/26/08 | Rea | Call re: property damage settlements. | .30 |
| 08/26/08 | Restivo | Telephone conference with Campbell and Levine re:  P.D. settlements (0.3); emails with Speights (0.2). | .50 |
| 08/27/08 | Ament | Assist team with various issues relating to PD claims (.30); e-mail to team re: same (.10). | .40 |
| 08/27/08 | Cameron | Review materials from K&E (Bernick and Esayian) (1.4); attention to status of settlement issues (0.9). | 2.30 |
| 08/28/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/28/08 | Cameron | Attention to proof of claims form issues and emails/memos re: same. | 1.90 |

```
172573 W. R. Grace & Co.                    Invoice Number  1755949
60033  Claim Analysis Objection Resolution  Page   5
       & Estimation (Asbestos)
September 26, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 08/29/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 08/29/08 | Rea | Review of settlement agreements. | .10 |
| 08/30/08 | Cameron | Attention to legal research. | .90 |
| 08/31/08 | Cameron | Review status of settlements. | .70 |

```
                                            ------
                               TOTAL HOURS   46.90
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 28.10 | at $ | 615.00 | = | 17,281.50 |
| James J. Restivo Jr. | 7.00 | at $ | 675.00 | = | 4,725.00 |
| Traci Sands Rea | 7.00 | at $ | 435.00 | = | 3,045.00 |
| Sharon A. Ament | 4.80 | at $ | 165.00 | = | 792.00 |

```
              CURRENT FEES                          25,843.50


                                                 ------------
              TOTAL BALANCE DUE UPON RECEIPT      $25,843.50
                                                 ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1755950
One Town Center Road                      Invoice Date      09/26/08
Boca Raton, FL    33486                   Client Number      172573


======================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                        85,696.50
        Expenses                         0.00

                TOTAL BALANCE DUE UPON RECEIPT      $85,696.50
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                      Invoice Number    1755950
One Town Center Road                  Invoice Date      09/26/08
Boca Raton, FL   33486                Client Number      172573
                                      Matter Number       60035


======================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 07/07/08 | Rutkowski | Emails with Mr. Klapper, Ms. Sanner regarding expert's review of documents (.1); edit information for use in criminal trial in MT (.9); review deposition of transcripts for use in criminal trial in MT (5.3). | 6.30 |
| 08/01/08 | Klapper | Review initial historical analysis done by P. Sanner and M. Rutkowski, providing comments and feedback. | 2.30 |
| 08/01/08 | Rutkowski | Extensive revisions to modules outline for use by company story expert in criminal trial in MT. | 6.80 |
| 08/01/08 | Sanner | Work on revisions to evidentiary support for company story trial module project (7.9); conference with M. Rutkowski re strategy on same (.4). | 8.30 |
| 08/02/08 | Sanner | Continue work on evidentiary outline for company story trial module. | 10.80 |
| 08/03/08 | Cameron | Attention to criminal case expert reports. | 1.70 |
| 08/03/08 | Rutkowski | Extensive revisions to modules outline for use by company story expert in criminal trial in MT. | 8.10 |

172573 W. R. Grace & Co.                    Invoice Number  1755950
60035  Grand Jury Investigation             Page    2
September 26, 2008

| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 08/04/08 | Klapper | Continue review of additional key historical and regulatory materials, reviewing work product from M. Sanner and M. Rutkowski. | 3.40 |
| 08/04/08 | Rutkowski | Extensive revisions to modules outline for use by company story expert in criminal trial in MT. | 11.30 |
| 08/04/08 | Sanner | Review and revise evidentiary outline for use in company story trial modules. | 7.50 |
| 08/05/08 | Klapper | Continue review of additional key historical and regulatory materials, reviewing work product from M. Sanner and M. Rutkowski. | 1.90 |
| 08/05/08 | Rutkowski | Extensive revisions to modules outline for use by company story expert in criminal trial in MT (4.2); revisions to listing document of samplings from expansion plants (4.2); emails and telephone calls with Ms. Sanner regarding information for outline (0.2). | 8.60 |
| 08/05/08 | Sanner | Review and revise evidentiary outline for use in company story trial modules. | 7.70 |
| 08/06/08 | Rutkowski | Extensive revisions to modules outline for use by company story expert in criminal trial in MT (1.4); editing to listing document of samplings from expansion plants (1.4); emails/telephone calls with Ms. Sanner regarding information for modules outline (0.3). | 3.10 |
| 08/06/08 | Sanner | Review and revise evidentiary outline for use in company story trial modules. | 4.70 |
| 08/07/08 | Atkinson | Per request from T. Stansbury, review files search for expert report , and send e-mail to D. Cameron re: same. | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1755950
60035  Grand Jury Investigation                   Page    3
September 26, 2008


   Date    Name                                              Hours
-------- -----------                                         -----

08/07/08 Cameron          Review materials from R.J. Lee       .80
                          Group.

08/07/08 Klapper          Review key historical and           6.30
                          regulatory materials with
                          consultant, modifying working
                          direct outline accordingly.

08/07/08 Rutkowski        Finalize edits to extensive         1.50
                          outline for company story witness
                          and send to Mr. Klapper.

08/07/08 Sanner           Revise and revise outline segment   3.30
                          for use in company story trial
                          module.

08/10/08 Cameron          Attention to criminal case expert    .80
                          reports.

08/11/08 Klapper          Continue review of regulatory       4.20
                          materials for discussion with
                          consultant.

08/12/08 Klapper          Continue review of regulatory       3.70
                          materials for discussion with
                          consultant.

08/13/08 Ash              Review W.R. Grace regulatory        1.20
                          requirements outline in
                          preparation for trial.

08/13/08 Klapper          Finish review of additional         5.40
                          regulatory materials for
                          discussion with consultant and
                          inclusion in topic outline
                          generated by Kirkland.

08/14/08 Cameron          Attention to expert work.           1.60

08/14/08 Klapper          Prepare for meeting with expert on  1.40
                          regulatory issues.

08/15/08 Klapper          Prepare for and participate in      5.40
                          meeting with expert on regulatory
                          issues.

08/16/08 Cameron          Attention to expert work.            .80

08/18/08 Ash              Analyze regulatory requirements in  6.50
                          preparation for trial.

```
172573 W. R. Grace & Co.                    Invoice Number  1755950
60035  Grand Jury Investigation             Page    4
September 26, 2008
```

| Date | Name | | Hours |
|------|------|------|-------|
| 08/19/08 | Ash | Continue analyzing regulatory requirements in preparation for trial. | 6.80 |
| 08/20/08 | Ash | Continue analyzing regulatory requirements in preparation for trial. | 5.50 |
| 08/22/08 | Cameron | E-mails regarding expert work in criminal case (0.4); revise notes of meeting (0.5). | .90 |
| 08/23/08 | Cameron | Review expert witness work. | .90 |
| 08/25/08 | Ash | Analyze regulatory requirements in preparation for trial. | 6.50 |
| 08/25/08 | Cameron | Review expert work and e-mails regarding same. | .80 |
| 08/25/08 | Klapper | Work on addressing questions re regulatory requirements outlined by E. Ahern. | 4.60 |
| 08/26/08 | Ash | Analyze regulatory requirements in preparation for trial. | 5.80 |
| 08/27/08 | Ash | Analyze regulatory requirements in preparation for trial. | 5.50 |
| 08/28/08 | Ash | Analyze regulatory requirements in preparation for trial. | 6.50 |
| 08/28/08 | Cameron | Review materials relating to expert work. | .80 |
| 08/29/08 | Ash | Analyze regulatory requirements in preparation for trial. | 4.50 |

```
                                            ------
                                TOTAL HOURS  184.80
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|-------|------|-------|
| Douglas E. Cameron | 9.10 | at $ | 615.00 | = | 5,596.50 |
| Antony B. Klapper | 38.60 | at $ | 575.00 | = | 22,195.00 |
| Margaret L. Sanner | 42.30 | at $ | 445.00 | = | 18,823.50 |
| Jesse J. Ash | 48.80 | at $ | 425.00 | = | 20,740.00 |
| Margaret Rutkowski | 45.70 | at $ | 400.00 | = | 18,280.00 |
| Maureen L. Atkinson | 0.30 | at $ | 205.00 | = | 61.50 |

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
September 26, 2008

Invoice Number  1755950
Page    5


CURRENT FEES                                85,696.50


                                            ------------
TOTAL BALANCE DUE UPON RECEIPT              $85,696.50
                                            ============