REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL 33486

| | |
|---|---|
| Invoice Number | 1755986 |
| Invoice Date | 09/26/08 |
| Client Number | 172573 |

===================================================================================

Re: W. R. Grace & Co.

(60026) Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 23,678.66 |

TOTAL BALANCE DUE UPON RECEIPT $23,678.66
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL 33486

| | |
|---|---|
| Invoice Number | 1755986 |
| Invoice Date | 09/26/08 |
| Client Number | 172573 |
| Matter Number | 60026 |

==============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| IKON Copy Services | 1,004.76 |
| PACER | 19.44 |
| Duplicating/Printing/Scanning | 30.10 |
| Consulting Fees | 22,367.36 |
| Telephone - Outside | 257.00 |

| | |
|---|---:|
| CURRENT EXPENSES | 23,678.66 |
| TOTAL BALANCE DUE UPON RECEIPT | $23,678.66 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL 33486

| | |
|---|---|
| Invoice Number | 1755986 |
| Invoice Date | 09/26/08 |
| Client Number | 172573 |
| Matter Number | 60026 |

===================================================================================

Re: (60026) Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 07/02/08 | PACER | 3.68 |
| 07/07/08 | PACER | .80 |
| 07/21/08 | PACER | .32 |
| 07/21/08 | PACER | .32 |
| 07/28/08 | PACER | 2.00 |
| 07/28/08 | PACER | 12.32 |
| 08/05/08 | Duplicating/Printing/Scanning ATTY # 000887: 48 COPIES | 4.80 |
| 08/07/08 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. COPYING | 35.10 |
| 08/08/08 | Duplicating/Printing/Scanning ATTY # 4810; 5 COPIES | .50 |
| 08/12/08 | Duplicating/Printing/Scanning ATTY # 4810; 3 COPIES | .30 |
| 08/13/08 | Duplicating/Printing/Scanning ATTY # 4810; 6 COPIES | .60 |
| 08/13/08 | Duplicating/Printing/Scanning ATTY # 4810; 4 COPIES | .40 |
| 08/14/08 | Duplicating/Printing/Scanning ATTY # 0718; 31 COPIES | 3.10 |

| | | |
|---|---|---|
| 08/14/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 2 COPIES | .20 |
| 08/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 30 COPIES | 3.00 |
| 08/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 1 COPY | .10 |
| 08/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/18/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 3 COPIES | .30 |
| 08/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/21/08 | Telephone - Outside - - VENDOR: JAMES J. RESTIVO, JR. W.R. GRACE COURT CALL FOR OMNIBUS HEARING 6/23/08 | 57.50 |
| 08/25/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 7 COPIES | .70 |
| 08/25/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 14 COPIES | 1.40 |
| 08/26/08 | IKON Copy Services - - COPYING AND POSTAGE FOR SERVICE OF QUARTERLY FEE APPLICATION. | 550.75 |
| 08/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 08/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 08/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 78 COPIES | 7.80 |

| | | |
|---|---|---|
| 08/27/08 | Telephone - Outside - - VENDOR: DOUGLAS E. CAMERON W.R. GRACE - TELEPHONE CHARGES FOR PARTICIPATION IN OMNIBUS HEARINGS (COURT CALL ID'S 2286268; 2291172) | 199.50 |
| 08/28/08 | IKON Copy Services - -- COPYING AND POSTAGE FOR SERVICE OF QUARTERLY FEE APPLICATION. | 418.91 |
| 09/22/08 | Consulting Fees - - VENDOR: ENVIRON INT'L CORPORATION - CONSULTANT FEES FOR WORK ON GRAND JURY MATTER AND RELATED ISSUES AGAINST W.R. GRACE FOR AUGUST, 2008 | 22367.36 |

| | |
|---|---|
| CURRENT EXPENSES | 23,678.66 |
| TOTAL BALANCE DUE UPON RECEIPT | $23,678.66 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1755987 |
| Invoice Date | 09/26/08 |
| Client Number | 172573 |

===================================================================================

Re: W. R. Grace & Co.

(60028) ZAI Science Trial

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 8.70 |

TOTAL BALANCE DUE UPON RECEIPT $8.70

=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1755987 |
| Invoice Date | 09/26/08 |
| Client Number | 172573 |
| Matter Number | 60028 |

===================================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| Duplicating/Printing/Scanning | 8.70 | |
| CURRENT EXPENSES | | 8.70 |
| | | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | | $8.70 |
| | | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1755987 |
| Invoice Date | 09/26/08 |
| Client Number | 172573 |
| Matter Number | 60028 |

===========================================================================

Re: (60028) ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 08/12/08 | Duplicating/Printing/Scanning ATTY # 000349: 1 COPY | .10 |
| 08/12/08 | Duplicating/Printing/Scanning ATTY # 000349: 9 COPIES | .90 |
| 08/12/08 | Duplicating/Printing/Scanning ATTY # 000349: 8 COPIES | .80 |
| 08/12/08 | Duplicating/Printing/Scanning ATTY # 000349: 8 COPIES | .80 |
| 08/12/08 | Duplicating/Printing/Scanning ATTY # 000349: 8 COPIES | .80 |
| 08/18/08 | Duplicating/Printing/Scanning ATTY # 000349: 1 COPY | .10 |
| 08/18/08 | Duplicating/Printing/Scanning ATTY # 000349: 1 COPY | .10 |
| 08/21/08 | Duplicating/Printing/Scanning ATTY # 000349: 6 COPIES | .60 |
| 08/21/08 | Duplicating/Printing/Scanning ATTY # 000349: 4 COPIES | .40 |
| 08/21/08 | Duplicating/Printing/Scanning ATTY # 000349: 2 COPIES | .20 |
| 08/21/08 | Duplicating/Printing/Scanning ATTY # 000349: 2 COPIES | .20 |
| 08/21/08 | Duplicating/Printing/Scanning ATTY # 000349: 2 COPIES | .20 |

172573 W. R. Grace & Co.
60028 ZAI Science Trial
September 26, 2008

Invoice Number 1755987
Page 2

| Date | Description | Amount |
|---|---|---|
| 08/21/08 | Duplicating/Printing/Scanning ATTY # 000349: 4 COPIES | .40 |
| 08/26/08 | Duplicating/Printing/Scanning ATTY # 000349: 3 COPIES | .30 |
| 08/26/08 | Duplicating/Printing/Scanning ATTY # 000349: 4 COPIES | .40 |
| 08/26/08 | Duplicating/Printing/Scanning ATTY # 000349: 3 COPIES | .30 |
| 08/26/08 | Duplicating/Printing/Scanning ATTY # 000349: 3 COPIES | .30 |
| 08/26/08 | Duplicating/Printing/Scanning ATTY # 000349: 3 COPIES | .30 |
| 08/26/08 | Duplicating/Printing/Scanning ATTY # 000349: 4 COPIES | .40 |
| 08/28/08 | Duplicating/Printing/Scanning ATTY # 000349: 2 COPIES | .20 |
| 08/29/08 | Duplicating/Printing/Scanning ATTY # 000349: 3 COPIES | .30 |
| 08/29/08 | Duplicating/Printing/Scanning ATTY # 000349: 3 COPIES | .30 |
| 08/29/08 | Duplicating/Printing/Scanning ATTY # 000349: 3 COPIES | .30 |

| | |
|---|---|
| CURRENT EXPENSES | 8.70 |
| TOTAL BALANCE DUE UPON RECEIPT | $8.70 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL 33486

Invoice Number 1755990
Invoice Date 09/26/08
Client Number 172573

===========================================================================

Re: W. R. Grace & Co.

(60033) Claim Analysis Objection Resolution & Estimation (Asbestos)

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 868.02 |

TOTAL BALANCE DUE UPON RECEIPT $868.02
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL 33486

| | |
|---|---|
| Invoice Number | 1755990 |
| Invoice Date | 09/26/08 |
| Client Number | 172573 |
| Matter Number | 60033 |

===============================================================================

Re: Claim Analysis Objection Resolution & Estimation (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 3.80 |
| PACER | 32.88 |
| Duplicating/Printing/Scanning | 35.20 |
| Parking/Tolls/Other Transportation | 20.00 |
| Air Travel Expense | 493.50 |
| Taxi Expense | 66.00 |
| Meal Expense | 216.64 |

| | |
|---|---|
| CURRENT EXPENSES | 868.02 |
| TOTAL BALANCE DUE UPON RECEIPT | $868.02 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL 33486

| | |
|---|---|
| Invoice Number | 1755990 |
| Invoice Date | 09/26/08 |
| Client Number | 172573 |
| Matter Number | 60033 |

===================================================================================

Re: (60033) Claim Analysis Objection Resolution & Estimation (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 07/02/08 | PACER | 2.72 |
| 07/31/08 | PACER | 30.16 |
| 07/31/08 | Meal Expense Chefs Market Catering (Philadelphia) - - LUNCH FOR 7 DURING MEETING WITH CLIENT, CO-COUNSEL AND WITNESSES ON 7/24/08. | 216.64 |
| 08/01/08 | Telephone Expense 561-362-1533/BOCA RATON, FL/2 | .10 |
| 08/01/08 | Telephone Expense 561-362-1533/BOCA RATON, FL/13 | .65 |
| 08/05/08 | Duplicating/Printing/Scanning ATTY # 0559; 4 COPIES | .40 |
| 08/07/08 | Duplicating/Printing/Scanning ATTY # 0559; 9 COPIES | .90 |
| 08/08/08 | Duplicating/Printing/Scanning ATTY # 1398; 11 COPIES | 1.10 |
| 08/08/08 | Duplicating/Printing/Scanning ATTY # 4810; 20 COPIES | 2.00 |
| 08/11/08 | Duplicating/Printing/Scanning ATTY # 0559; 7 COPIES | .70 |
| 08/12/08 | Duplicating/Printing/Scanning ATTY # 0349; 2 COPIES | .20 |

| | | |
|---|---|---|
| 08/12/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 1 COPY | .10 |
| 08/12/08 | Telephone Expense<br>803-943-4444/HAMPTON, SC/4 | .15 |
| 08/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 08/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 08/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 5 COPIES | .50 |
| 08/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 08/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 08/13/08 | Telephone Expense<br>416-204-6285/TORONTO, ON/19 | 1.90 |
| 08/18/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 08/19/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 08/20/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 47 COPIES | 4.70 |
| 08/20/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 08/20/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 52 COPIES | 5.20 |
| 08/20/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 24 COPIES | 2.40 |
| 08/21/08 | Air Travel Expense - - VENDOR: JAMES J. RESTIVO, JR. GRACE MEDIATION HEARING IN PHL 7/2/08 - - ROUND -TRIP COACH CLASS AIRFARE BETWEEN PIT AND PHL. | 493.50 |
| 08/21/08 | Taxi Expense - - VENDOR: JAMES J. RESTIVO, JR. GRACE MEDIATION HEARING IN PHL 7/2/08 - - CAB FARE TO/FROM PHL AIRPORT. | 66.00 |

172573 W. R. Grace & Co.
60033 Claim Analysis Objection Resolution & Estimation (Asbestos)
September 26, 2008

Invoice Number 1755990
Page 3

| Date | Description | Amount |
|---|---|---|
| 08/21/08 | Parking/Tolls/Other Transportation - - JAMES J. RESTIVO, JR. GRACE MEDIATION HEARING IN PHL 7/2/08 - - PARKING AT PIT AIRPORT. | 20.00 |
| 08/25/08 | Duplicating/Printing/Scanning ATTY # 0559; 27 COPIES | 2.70 |
| 08/25/08 | Telephone Expense 410-531-4355/COLUMBIA, MD/20 | 1.00 |
| 08/26/08 | Duplicating/Printing/Scanning ATTY # 0559; 8 COPIES | .80 |
| 08/26/08 | Duplicating/Printing/Scanning ATTY # 0559; 81 COPIES | 8.10 |
| 08/26/08 | Duplicating/Printing/Scanning ATTY # 4810; 23 COPIES | 2.30 |
| 08/26/08 | Duplicating/Printing/Scanning ATTY # 000349: 1 COPY | .10 |
| 08/27/08 | Duplicating/Printing/Scanning ATTY # 0559; 3 COPIES | .30 |

| | |
|---|---|
| CURRENT EXPENSES | 868.02 |
| TOTAL BALANCE DUE UPON RECEIPT | $868.02 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL 33486

| | |
|---|---|
| Invoice Number | 1755991 |
| Invoice Date | 09/26/08 |
| Client Number | 172573 |

=====================================================================================

Re: W. R. Grace & Co.

(60035) Grand Jury Investigation

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 955.53 |

TOTAL BALANCE DUE UPON RECEIPT $955.53

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL 33486

| | |
|---|---|
| Invoice Number | 1755991 |
| Invoice Date | 09/26/08 |
| Client Number | 172573 |
| Matter Number | 60035 |

===================================================================================

Re: Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| Telecopy Expense | 27.25 | |
| Duplicating/Printing/Scanning | 252.60 | |
| Courier Service - Outside | 98.18 | |
| Secretarial Overtime | 577.50 | |
| CURRENT EXPENSES | | 955.53 |
| | | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | | $955.53 |
| | | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL 33486

Invoice Number 1755991
Invoice Date 09/26/08
Client Number 172573
Matter Number 60035

==========================================================================

Re: (60035) Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 08/01/08 | Duplicating/Printing/Scanning ATTY # 000887: 12 COPIES | 1.20 |
| 08/01/08 | Duplicating/Printing/Scanning ATTY # 004995: 145 COPIES | 14.50 |
| 08/01/08 | Duplicating/Printing/Scanning ATTY # 004995: 170 COPIES | 17.00 |
| 08/01/08 | Duplicating/Printing/Scanning ATTY # 004995: 64 COPIES | 6.40 |
| 08/01/08 | Duplicating/Printing/Scanning ATTY # 004995: 3 COPIES | .30 |
| 08/01/08 | Duplicating/Printing/Scanning ATTY # 004995: 3 COPIES | .30 |
| 08/01/08 | Duplicating/Printing/Scanning ATTY # 000887: 12 COPIES | 1.20 |
| 08/02/08 | Duplicating/Printing/Scanning ATTY # 004995: 136 COPIES | 13.60 |
| 08/03/08 | Duplicating/Printing/Scanning ATTY # 004995: 113 COPIES | 11.30 |
| 08/03/08 | Duplicating/Printing/Scanning ATTY # 004995: 77 COPIES | 7.70 |
| 08/04/08 | Duplicating/Printing/Scanning ATTY # 004995: 113 COPIES | 11.30 |
| 08/04/08 | Duplicating/Printing/Scanning ATTY # 004995: 3 COPIES | .30 |

172573 W. R. Grace & Co.
60035 Grand Jury Investigation
September 26, 2008

Invoice Number 1755991
Page 2

| Date | Description | Amount |
|---|---|---|
| 08/04/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 38 COPIES | 3.80 |
| 08/04/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 37 COPIES | 3.70 |
| 08/04/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 109 COPIES | 10.90 |
| 08/04/08 | Secretarial Overtime: Transmitting and printing outline | 280.00 |
| 08/05/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 108 COPIES | 10.80 |
| 08/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 13 COPIES | 1.30 |
| 08/05/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 43 COPIES | 4.30 |
| 08/05/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 71 COPIES | 7.10 |
| 08/05/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 42 COPIES | 4.20 |
| 08/05/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 70 COPIES | 7.00 |
| 08/05/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 40 COPIES | 4.00 |
| 08/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 13 COPIES | 1.30 |
| 08/05/08 | Telecopy Expense<br>Fax Number: 3013875118 | 27.25 |
| 08/06/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 109 COPIES | 10.90 |
| 08/06/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 110 COPIES | 11.00 |
| 08/06/08 | Secretarial Overtime: Transmitting and printing outline | 17.50 |
| 08/07/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 97 COPIES | 9.70 |

172573 W. R. Grace & Co.
60035 Grand Jury Investigation
September 26, 2008

Invoice Number 1755991
Page 3

| Date | Description | Amount |
|---|---|---|
| 08/07/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 109 COPIES | 10.90 |
| 08/07/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 494 COPIES | 49.40 |
| 08/07/08 | Secretarial Overtime: Transmitting and printing outline | 280.00 |
| 08/08/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 4 COPIES | .40 |
| 08/08/08 | Courier Service - UPS - Shipped to TONY KLAPPER REED SMITH LLP (WASHINGTON DC 20005) | 98.18 |
| 08/14/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 14 COPIES | 1.40 |
| 08/14/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 14 COPIES | 1.40 |
| 08/18/08 | Duplicating/Printing/Scanning<br>ATTY # 2788; 135 COPIES | 13.50 |
| 08/19/08 | Duplicating/Printing/Scanning<br>ATTY # 001814: 5 COPIES | .50 |

CURRENT EXPENSES 955.53

TOTAL BALANCE DUE UPON RECEIPT $955.53