### *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555    Fax:   (302) 575-1714

WR Grace PD Committee                                                                August 1, 2008 to August 31, 2008

Invoice No. 28313

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 15.20 | 3,523.00 |
| B17 | Committee, Creditors', Noteholders' or Equity | 10.80 | 3,020.00 |
| B18 | Fee Applications, Others - | 5.50 | 738.50 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 7.30 | 2,044.00 |
| B25 | Fee Applications, Applicant - | 9.60 | 1,387.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 10.00 | 2,800.00 |
| B36 | Plan and Disclosure Statement - | 0.50 | 140.00 |
| B37 | Hearings - | 4.40 | 1,232.00 |
| B41 | Relief from Stay Litigation - | 3.50 | 980.00 |
| | **Total** | **66.80** | **$15,865.00** |
| | **Grand Total** | **66.80** | **$15,865.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 215.00 | 1.80 | 387.00 |
| Rick S. Miller | 275.00 | 0.80 | 220.00 |
| Theodore J. Tacconelli | 280.00 | 49.10 | 13,748.00 |
| Legal Assistant - MH | 100.00 | 13.70 | 1,370.00 |
| Legal Assistant - NMC | 100.00 | 1.40 | 140.00 |
| **Total** | | **66.80** | **$15,865.00** |

## DISBURSEMENT SUMMARY

Expenses -                                                                                                              893.08

**Total Disbursements**                                                                                       **$893.08**

Invoice No. 28313	Page 2 of 12	September 29, 2008

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Aug-01-08 | *Fee Applications, Applicant* - Review June 08 Fee Application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of claim by Pallet King | 0.10 | TJT |
| | *Case Administration* - Review Kramer Levine June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' 28th quarterly report of asset sales | 0.10 | TJT |
| | *Case Administration* - Review order authorizing debtors to borrow against Coli policies | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review debtors' 28th quarterly report of settlements | 0.20 | TJT |
| | *Case Administration* - Review Protiviti 15th Quarterly Fee Application | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's June Fee Application | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's June 08 prebill | 0.30 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's June 08 invoice and prepare notice, Fee Application and Certificate of Service | 0.90 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's June 08 Fee Application | 0.40 | MH |
| Aug-02-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel by Can. ZAI claimants re proposed order re motion for establishment of cross-border protocol | 0.20 | TJT |
| | *Case Administration* - Review PG&S June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Nelson Mullins 28th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Day Pitney 29th Quarterly Fee Application | 0.10 | TJT |
| Aug-03-08 | *Case Administration* - Review K&E June Fee Application | 0.40 | TJT |
| | *Case Administration* - Review Olgivey Renault June Fee Application | 0.10 | TJT |
| Aug-04-08 | *Fee Applications, Others* - Review Bilzin June 08 Fee Application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order re Can. ZAI claimants' motion for establishment of protocol for cross-border communications | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena and J. Sakalo re order re establishment of cross-border communications protocol | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Teleconference with J. Sakalo re PD claim issues | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review local rules and federal rules of bankruptcy procedure re PD claim issues | 0.90 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare memo to J. Sakalo re PD claim issues | 1.00 | TJT |
| | *Case Administration* - Review Reed Smith June Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from committee member and respond | 0.10 | TJT |

|  |  |  |  |
|---|---|---:|---|
|  | *Fee Applications, Others* - Confer with paralegal re Bilzin Sumberg June Fee Application | 0.10 | TJT |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - download, review and revise Bilzin's June 08 Fee Application and related documents; prepare Certificate of Service re same | 0.40 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's June 08 Fee Application | 0.40 | MH |
|  | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | NMC |
| Aug-05-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order denying BNSF's motion for clarification | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with committee member re PI settlement | 0.30 | TJT |
|  | *Case Administration* - Review 8 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
|  | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Case Administration* - Review docket in L. Tersigni bankruptcy case | 0.10 | TJT |
|  | *Case Administration* - Review Foley Hoag June Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - Review PD Committee's June expense statement for e-filing and confer with paralegal re same | 0.20 | TJT |
|  | *Fee Applications, Others* - Review Hilsoft May-June Fee Application and confer with paralegal re same | 0.20 | TJT |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - download, review and revise PD Committee's June 08 Expense Application and related documents; prepare Certificate of Service re same | 0.40 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve PD Committee's June 08 Expense Application | 0.40 | MH |
|  | *Fee Applications, Others* - download, review and revise Hilsoft's May-June 08 Fee Application | 0.40 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Hilsoft's May-June 08 Fee Application | 0.40 | MH |
| Aug-06-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review draft of proposed order re ZAI special counsel | 0.20 | TJT |
|  | *Case Administration* - Review PWC June Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Day Pitney June Fee Application | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review correspondence from S. Baena re committee matters and review correspondence from various committee members re committee matters | 0.40 | TJT |
|  | *Case Administration* - Review docket re case status for week ending 7/25/08, memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
|  | *Case Administration - Case Administration* - Review docket re case status for week ending 8/1/08, memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
| Aug-07-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of Counsel re scheduling order on debtors' objection to bank lender claims and | 0.30 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | review proposed scheduling order | | |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Notice of Service by bank lender group of 1st set of discovery to debtors | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 7/25/08 | 0.10 | TJT |
| | *Case Administration* - Review Stroock June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 7th supplemental affidavit of Orrick | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Prepare for committee meeting | 1.80 | TJT |
| | *Committee, Creditors', Noteholders' or* - Attend committee meeting | 1.40 | TJT |
| Aug-08-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review bank lender group's 1st set of discovery to equity committee | 0.10 | TJT |
| | *Case Administration* - Review Anderson Kill June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Charter Oak June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards 27th Quarterly Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from S. Baena re committee issues | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review document prepared by Bilzin re committee matters | 0.50 | TJT |
| Aug-09-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response to State of California's motion for leave to file expert report with attachment | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' Notice of Service of 1st set of discovery to Wachovia | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 8/1/08 | 0.10 | TJT |
| | *Case Administration* - Review LAS June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale June Fee Application | 0.10 | TJT |
| Aug-10-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review ZAI bar date notice in USA weekend magazine | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to file sur reply in NJDEP appeal 08-250 and review proposed sur reply | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Notice of Service of debtors' 1st set of discovery to unsecured creditor's committee | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review W. Smith & Assoc. July Fee Application | 0.10 | TJT |
| Aug-11-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' Notice of Service of 1st set of discovery to J. P. Morgan Chase | 0.10 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | NMC |
| Aug-12-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Research re PD claim issues re Grossman opinion | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to co-counsel re PD claim issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' Notice of Service of 1st set of discovery to Stroock | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Case Administration* - Review Orrick 9th Quarterly Fee Application | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Confer with paralegal re Ferry, Joseph & Pearce's 29th Quarterly Fee Application | 0.10 | TJT |
| Aug-13-08 | *Fee Applications, Applicant* - e-mail from M. Hedden re 24th Quarterly Fee Application | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review 24th Quarterly Fee Application and confer with M. Hedden re same | 0.30 | LLC |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' Notice of Service of 1st set of discovery to Lehman Commercial Paper | 0.10 | TJT |
|  | *Case Administration* - Review 3 Certificates of No Objection filed by debtors | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Blackstone 28th interim period | 0.10 | TJT |
|  | *Case Administration* - Review D. Austern's 16th Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Holme Roberts 27th Quarterly Fee Application | 0.10 | TJT |
| Aug-14-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with committee member re memorandum opinion by district court in Libby appeal | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Notice of Service of discovery responses by equity committee to unsecured creditors committee and bank lender group | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of transfer of claim by Providence Environmental | 0.10 | TJT |
|  | *Case Administration* - Review TPT 13th Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review W. Sullivan March Fee Application | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Prepare for committee meeting | 0.30 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Attend committee meeting | 0.40 | TJT |
|  | *Fee Applications, Others* - Confer with paralegal re Bilzin 29th Quarterly Fee Application | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review Ferry, Joseph & Pearce's 29th Quarterly Fee Application | 0.20 | TJT |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Applicant* - Perform calculations re Ferry, Joseph & Pearce's 29th quarterly period; draft Fee Application, Notice and Certificate of Service re same | 3.20 | MH |
|  | *Fee Applications, Applicant* - Prepare for e-filing, e-file Ferry, Joseph & Pearce's 29th Quarterly Fee Application and Notice thereof; serve Fee Application; arrange for service of Notice on 2002 service list | 0.70 | MH |
| Aug-15-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review response by F. Stewart to State of California's motion for leave to file expert report | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review memorandum opinion in Libby appeal affirming Bankruptcy Court order | 0.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Notice of Service by unsecured creditors committee re responses to debtors' first set of discovery | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review e-mail from J. Sakalo | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | re Libby opinion |  |  |
|  | *Case Administration* - Review 4 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
|  | *Case Administration* - Review PGS 17th Quarterly Fee Application | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo re committee matters | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review correspondence from committee members re committee matters | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review draft of document re committee matters | 0.20 | TJT |
|  | *Relief from Stay Litigation* - Review debtors' supplemental response to motion of Mian Realty for relief from stay and start reviewing exhibits re same | 1.60 | TJT |
|  | *Case Administration* - Review docket re case status for week ending 8/8/08; memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| Aug-16-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Notice of Service of response by Lehman Commercial Paper to debtors' discovery | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review declaration of R. Tarola in support of debtors' objection to bank lender group claims | 0.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review affidavit of P. Zilly in support of debtors' objection to bank lender group claims with attachment | 0.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review declaration of M. Shelnitz in support of debtors' objection to bank lender group claims | 0.20 | TJT |
|  | *Case Administration* - Review notice of withdrawal by A. Basta for debtors | 0.10 | TJT |
|  | *Case Administration* - Review case status memo for week ending 8/8/08 | 0.10 | TJT |
|  | *Case Administration* - Review LAS 25th Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Memo to S. Weiler re *Case Administration* issues | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review 7/21/08 hearing transcript re plan issues | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Prepare correspondence to S. Baena re plan issues | 0.20 | TJT |
|  | *Relief from Stay Litigation* - Complete review of exhibits to debtors' supplemental response to motion by Mian Realty for relief from stay | 0.40 | TJT |
| Aug-17-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review affidavit of C. Freedgood in opposition to debtors' objection to bank lender group claims | 1.90 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Notice of Service by JP Morgan of responses to debtors' 1st set of discovery | 0.10 | TJT |
|  | *Case Administration* - Review Charter Oak 4th Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Anderson Kill 12th Quarterly Fee Application | 0.10 | TJT |
| Aug-18-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review declaration of E. Oldway in opposition to debtors' objection to bank lender claims with attachments | 0.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review unsecured creditors committee objections and responses to debtors' 1st set of interrogatories | 0.30 | TJT |

| | | | |
|---|---|---|---|
| Invoice No. 28313 | Page 7 of 12 | | September 29, 2008 |

| | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review unsecured creditors committee objections and responses to debtors' 1st set of request for production | 0.20 | TJT |
| | *Case Administration* - Review 12th Quarterly Fee Application of Foley Hoag | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review PWC 29th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review docket in L. Tersigni bankruptcy case | 0.10 | TJT |
| | *Hearings* - Review agenda for 9/2/08 hearing | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 8/15/08; memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | NMC |
| Aug-19-08 | *Case Administration* - Review agenda re 9/2/08 hearing | 0.10 | LLC |
| | *Case Administration* - Review agenda re second 9/2/08 hearing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review NJDEP's response to debtors' motion for leave to file sur reply with attachment in appeal no. 08-250 | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 4/2/07 hearing transcript portion that was cited in NJDEP's response to debtors' motion for leave to file sur reply in appeal 08-250 | 0.40 | TJT |
| | *Case Administration* - Review case status memo for week ending 8/15/08 | 0.10 | TJT |
| | *Case Administration* - Review two miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review PI Committee's expense reimbursement request for April-June 08 | 0.10 | TJT |
| | *Case Administration* - Review supplemental disclosure of E&Y with attachments | 0.50 | TJT |
| | *Case Administration* - Review Reed Smith 29th Quarterly Fee Application | 0.10 | TJT |
| | *Hearings* - Review 2nd amended agenda for 9/2/08 hearing re Mian Realty matters | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 9/2/08 hearing preparation | 0.10 | TJT |
| | *Case Administration* - determine allocation of Fee Application payment; retrieve and print supporting documentation | 0.10 | MH |
| Aug-20-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review reply by California Dept. of General Services to debtors' reply to its motion for leave to file expert report with attachment | 1.00 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Jameson Hospital with attachment | 0.70 | TJT |
| | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review Campbell Levine 29th Quarterly Fee Application | 0.10 | TJT |
| Aug-21-08 | *Fee Applications, Others* - Review Fee Auditor's Final Report re Bilzin Quarterly Fee Application and e-mail to M. Hedden | 0.10 | LLC |

|  |  | | |
|---|---|---:|---|
| | *Committee, Creditors', Noteholders' or* - Attend committee teleconference | 0.80 | RSM |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' Notice of Service of responses to discovery issued by bank lender group and unsecured creditors committee | 0.10 | TJT |
| | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by Holme Roberts | 0.10 | TJT |
| | *Case Administration* - Review Caplin Drysdale 29th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Olgivey Renault 6th Quarterly Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Attend committee meeting | 0.90 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re committee matters | 0.10 | TJT |
| Aug-22-08 | *Fee Applications, Applicant* - e-mail from M. Hedden re Certificate of No Objection for June 2008 Fee Application | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re June 2008 Fee Application and e-mail to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review docket in adversary 01-771 | 0.10 | TJT |
| | *Case Administration* - Review Orrick June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Piper Jaffrey 9th Quarterly Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee matters | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review documents re committee matters re ZAI issues | 0.50 | TJT |
| Aug-23-08 | *Case Administration* - Review Tre Angeli 1st Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Scott Law Group 28th Quarterly Fee Application | 0.10 | TJT |
| | *Relief from Stay Litigation* - Review reply by Mian Realty to debtors' supplemental response with attachments | 0.90 | TJT |
| Aug-24-08 | *Case Administration* - Review K&E 29th Quarterly Fee Application | 0.30 | TJT |
| | *Case Administration* - Review W. Sullivan 28th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review docket in Libby Claimants' appeal 08-246 | 0.10 | TJT |
| | *Relief from Stay Litigation* - Complete review Mian Realty's reply to debtors' supplemental response with attachments | 0.60 | TJT |
| Aug-25-08 | *Case Administration* - Review docket in L. Tersigni bankruptcy case | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review case status memo for week ending 8/22/08 | 0.10 | TJT |
| | *Hearings* - Confer with S. Weiler re 9/2/08 hearing preparation | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 8/22/08; memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | NMC |

| Aug-26-08 | *Fee Applications, Others* - e-mail from M. Hedden re Certificates of No Objection re Bilzin, Hilsoft, and PD Committee Fee Applications | 0.10 | LLC |
|---|---|---|---|
| | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin June 2008 Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re Hilsoft May-June 08 Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re PD Committee's June 08 Fee Application | 0.10 | LLC |
| | *Fee Applications, Others* - e-mail to M. Hedden re Fee Application Certificates of No Objection | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to settle claims of Town of Action, Mass. with attachment | 0.70 | TJT |
| | *Case Administration* - Review order approving settlement of Weja claim | 0.10 | TJT |
| | *Case Administration* - Review notice of change of location of 11/24/08 hearing | 0.10 | TJT |
| | *Case Administration* - Correspond with co-counsel re change of location of 11/24/08 hearing and mark on calendar | 0.20 | TJT |
| | *Case Administration* - Review Olgively Renault July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review corrected notices of Tre Angeli and Piper Jaffery Quarterly Fee Applications | 0.10 | TJT |
| | *Fee Applications, Applicant* - Memo to paralegal re Ferry, Joseph & Pearce's July prebill | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Bilzin's June 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's June 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re Hilsoft's May-June 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Hilsoft's May-June 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - draft Certificate of No Objection and Certificate of Service re PD Committee's June 08 expense application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re PD Committee's June 08 expense application | 0.30 | MH |
| Aug-27-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' amended motion to approve settlement with Jameson Hospital with attachment | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of Counsel re continuation of 9/15 hearing and prepare correspondence to co-counsel re same | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' 25th omnibus objection to claims with attachments | 0.50 | TJT |
| | *Case Administration* - Review order granting debtors' motion for LTIP program | 0.10 | TJT |
| | *Case Administration* - Review PGS July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review amended 2019 statement by Baron and | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | Budd |  |  |
|  | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's July 08 prebill | 1.00 | TJT |
|  | *Fee Applications, Applicant* - Confer with paralegal re Ferry, Joseph & Pearce's July Fee Application | 0.10 | TJT |
|  | *Fee Applications, Applicant* - Review revised Ferry, Joseph & Pearce's July prebill and confer with paralegal re same | 0.20 | TJT |
|  | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's July prebill | 0.30 | MH |
| Aug-28-08 | *Fee Applications, Applicant* - e-mail from M. Hedden re July 08 Fee Application | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review July 08 Fee Application and e-mail to M. Hedden re same | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' 26th omnibus objection to claims with attachments | 0.30 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' 16th notice of objection to claim settlements with attachments | 0.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review objection to transfer of claim by Woodwise Inc. | 0.10 | TJT |
|  | *Case Administration* - Review Nelson Mullins July Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Bilzin's 28th interim period | 0.10 | TJT |
|  | *Case Administration* -Confer with S. Weiler re status memos re 3rd circuit appeals, district court appeals and adversary proceedings | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Prepare for and attend committee meeting | 0.90 | TJT |
|  | *Hearings* - Review e-mail from J. Sakalo re 9/2/08 hearing agenda for 1:00 hearing | 0.10 | TJT |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's July 08 invoice; prepare Notice, Fee Application and Certificate of Service re same | 0.70 | MH |
|  | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's July Fee Application | 0.40 | MH |
| Aug-29-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from H. Sasso re appeal by State of Montana | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' amended 25th omnibus objection to claims with attachments | 0.30 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order rescheduling 9/15 hearing to 9/29 | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Correspond with co-counsel re rescheduling 9/15 hearing to 9/29 | 0.20 | TJT |
|  | *Case Administration* - Review notice of withdrawal of document by W. Smith and Assoc. | 0.10 | TJT |
|  | *Case Administration* - Review debtors' motion to acquire LLC interest with attachments | 0.70 | TJT |
|  | *Case Administration* - Review 4 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |

|  |  | | |
|---|---|---|---|
|  | *Case Administration* - Review Stroock 29th Quarterly Fee Application | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review 7/22/08 hearing transcript re committee matters | 0.30 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re committee matters | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Confer with RSM re committee matters | 0.20 | TJT |
|  | *Hearings* - Review amended agenda for 9/2 hearing at 1:00 p.m. | 0.10 | TJT |
|  | *Hearings* - Review amended agenda for 9/2 hearing at 9:00 a.m. | 0.10 | TJT |
| Aug-30-08 | *Case Administration* - Review Fee Auditor's Final Report re Kramer Levine 28th Quarterly Fee Application | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee matters | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review documents re committee matters | 0.40 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Prepare correspondence to J. Sakalo re committee matters | 0.30 | TJT |
|  | *Hearings* - Review matters on agenda for 9/2/08 hearing at 1:00 p.m. | 1.80 | TJT |
| Aug-31-08 | *Case Administration* - Review Duane Morris July Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Woodcock Washburn 28th Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Day Pitney July Fee Application | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee matters | 0.10 | TJT |
|  | *Hearings* - Review matters on agenda for 9/2/08 hearing at 9:00 a.m. re Mian Realty motion and related documents | 1.90 | TJT |
|  | Totals | 66.80 | |

## DISBURSEMENTS

| | | |
|---|---|---|
| Aug-01-08 | Photocopy Cost | 6.60 |
| Aug-04-08 | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 7.80 |
|  | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 1.90 |
| Aug-05-08 | Photocopy Cost | 5.40 |
|  | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 0.70 |
| Aug-06-08 | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 0.80 |
| Aug-07-08 | Photocopy Cost | 0.90 |
| Aug-11-08 | Blue Marble - hand deliveries (Inv # 9704) | 56.00 |
| Aug-12-08 | Photocopy Cost | 1.60 |
|  | Photocopy Cost | 0.60 |
| Aug-13-08 | Photocopy Cost | 1.20 |

**Invoice No. 28313**  **Page 12 of 12**  **September 29, 2008**

|  |  |  |
|---|---|---:|
|  | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 1.80 |
|  | Photocopy Cost | 1.40 |
|  | Photocopy Cost | 1.40 |
|  | Blue Marble - copies 9.00; service 11.60  Inv # 26103 | 20.60 |
| Aug-14-08 | Photocopy Cost | 18.90 |
|  | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 1.10 |
|  | Blue Marble - copies 4.50; service 11.60 Inv # 26101 | 16.10 |
| Aug-15-08 | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 0.50 |
| Aug-16-08 | Photocopy Cost | 12.20 |
| Aug-18-08 | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 0.60 |
| Aug-19-08 | Photocopy Cost | 1.20 |
|  | *Expense* - West Law - Legal Research (June 08) Acct #1000634693; Inv | 117.83 |
| Aug-20-08 | Photocopy Cost | 2.10 |
| Aug-26-08 | *Expense* - Tristate Courier & Carriage - delivery charge (Inv # 27408) | 26.00 |
|  | *Expense* -  Blue Marble - copies 82.50; service 313.85 | 396.35 |
| Aug-27-08 | *Expense* -  Blue Marble - hand deliveries (Inv # 9877) | 164.00 |
| Aug-28-08 | Photocopy Cost | 6.00 |
|  | *Expense* - Tristate Courier & Carriage - hand delivery (Inv # 27479) | 13.00 |
|  | Totals | $893.08 |

**Total Fees & Disbursements**   **$16,758.08**

**Balance Due Now**   **$16,758.08**