# EXHIBIT A

NY 71775831v1

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**AUGUST 1, 2008 - AUGUST 31, 2008**

| Matter Code | Project Category | Hours | Amount |
|:-----------:|------------------|------:|-------:|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 2.7 | $ 1,755.00 |
| 0008 | Asset Analysis and Recovery | 1.8 | 1,170.00 |
| 0014 | Case Administration | 47.3 | 10,605.00 |
| 0015 | Claims Analysis/Objections/Administration | 239.1 | 137,392.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders | 46.6 | 29,781.50 |
| 0018 | Fee Application, Applicant | 39.9 | 17,736.00 |
| 0019 | Creditor Inquiries | 1.8 | 1,229.00 |
| 0020 | Fee Application, Others | 2.7 | 1,755.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 17.2 | 11,180.00 |
| 0037 | Hearings | 0.5 | 325.00 |
| | | | |
| | **Total** | **399.6** | **$ 212,928.50** |

# STROOCK

## INVOICE

| | |
|---|---|
| DATE | September 24, 2008 |
| INVOICE NO. | 453599 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through August 31, 2008, including:

| | |
|---|---|
| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/14/2008 | Attend to District Court's memorandum decision affirming Judge Fitzgerald's order denying expansion of the preliminary injunction re: State of Montana actions. | Krieger, A. | 0.4 |
| 08/22/2008 | Attend to Reply by State of California to Debtors' response (Motion re: Longo Report). | Krieger, A. | 0.7 |
| 08/31/2008 | Attend to Debtors' motion re: Jameson Hospital claims settlement and preparation of Committee memorandum thereon. | Krieger, A. | 1.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.7 | $ 650 | $ 1,755.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,755.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,755.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71775831v1

# STROOCK

| RE | Asset Analysis and Recovery |
|---|---|
| | 699843  0008 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/19/2008 | Memoranda to R. Frezza, J. Dolan re: Red Sox motion (.2); memorandum from J. Baer re: Red Sox motion (.1). | Krieger, A. | 0.3 |
| 08/22/2008 | Exchanged memoranda with J. Baer re: Red Sox motion (.1); memoranda to Capstone re: same (.1). | Krieger, A. | 0.2 |
| 08/27/2008 | Exchanged memoranda with Capstone re: Red Sox motion (.1); exchanged memoranda with J. McFarland re: Red Sox motion documents (.1); attend to Red Sox motion (.9). | Krieger, A. | 1.1 |
| 08/29/2008 | Exchanged memoranda with J. McFarland re: underlying documents to proposed investment agreement. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.8 | $ 650 | $ 1,170.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,170.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,170.00 |
|---|---|

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843  0014        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/01/2008 | Exchanged memoranda with DM re: request for equity holder information. | Krieger, A. | 0.2 |
| 08/01/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); research and retrieve certain pleadings for attorney review (.8); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); review district court case docket no. 08-250 (.2); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 2.5 |
| 08/04/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.1 |
| 08/04/2008 | Attend to memoranda re semi-monthly Grace/Committee call. | Krieger, A. | 0.2 |
| 08/04/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); review district court case docket no. 08-250 (.2); review court of appeals case docket no. 08-2069 (.2); research and retrieve certain pleadings for attorney review (.7). | Mohamed, D. | 2.3 |
| 08/05/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); review case file documents (1.4). | Mohamed, D. | 2.4 |
| 08/06/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.4); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); retrieve certain pleadings for attorney review (.5); review district court case docket  no. 08-250 (.2); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 2.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/07/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); prepare documents for attorney review (.4). | Mohamed, D. | 1.2 |
| 08/08/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.1 |
| 08/08/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.3); review adv. pro. case no. 01-771 (.2); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 1.2 |
| 08/11/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.4 |
| 08/11/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.3); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); review court of appeals case docket no. 08-2069 (.2); review district court case docket no. 08-250 (.2). | Mohamed, D. | 1.4 |
| 08/12/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); prepare certain documents for attorney review (.8). | Mohamed, D. | 1.7 |
| 08/13/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); prepare certain documents for attorney review (.7); review case file documents (1.7); retrieve and distribute recently filed pleading re Adv. pro. case no. 01-771 (.2); review adv. pro. case docket nos. 04-55083 and 05-52724 (.3); retrieve and distribute recently filed pleading re district court case no. 08-250 (.2). | Mohamed, D. | 3.9 |
| 08/15/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.8); obtain certain pleading for attorney review (.5); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); review district court case docket no. 08-250 (.2); review court of appeals case | Mohamed, D. | 2.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | docket no. 08-2069 (.2). | | |
| 08/18/2008 | Reviewed legal docket to update status. | Holzberg, E. | 0.8 |
| 08/18/2008 | Attend to fee auditor's initial response to 28th Quarterly. | Krieger, A. | 2.4 |
| 08/19/2008 | Finalize response to Fee Auditor's initial report on SSL's 28th quarterly and memorandum to LK, KP re: same. | Krieger, A. | 0.2 |
| 08/19/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (1.4); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.4); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2). | Mohamed, D. | 2.5 |
| 08/20/2008 | Memorandum to W. Smith, R. Ruhlander re: SSL's response to Fee Auditor's initial report on 28th quarterly. | Krieger, A. | 0.2 |
| 08/20/2008 | Review and update case docket no. 01-1139 (.3); review case filed documents (.9); retrieve and distribute recently filed pleadings in main case (.8). | Mohamed, D. | 2.0 |
| 08/21/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (.6); prepare documents for attorney review (.5); review adv. pro. case docket no. 01-771 (.3). | Mohamed, D. | 1.8 |
| 08/22/2008 | T/c to court call for A. Krieger to attend 9/2 hearing telephonically. | Holzberg, E. | 0.4 |
| 08/22/2008 | Exchanged memoranda with EH re Court call arrangements for September 2 hearings. | Krieger, A. | 0.1 |
| 08/22/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); review district court case docket no. 08-250 (.2); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 1.2 |
| 08/25/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed | Mohamed, D. | 1.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | pleadings in main case (.4); review adv. pro. case docket no. 01-771 (.2); review district court case docket no. 08-250 (.2); review court of appeals case docket no. 08-2069 (.2). | | |
| 08/26/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.7 |
| 08/26/2008 | Memorandum to EH re: court call arrangements for 9/2/08 hearing. | Krieger, A. | 0.1 |
| 08/26/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.5). | Mohamed, D. | 1.9 |
| 08/27/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); review adv. pro. case docket nos. 01-771, 04-55083 and 05-52724 (.3); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 1.6 |
| 08/28/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (1.0); prepare documents for attorney review (.5). | Mohamed, D. | 1.8 |
| 08/29/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.0 |
| 08/29/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.4); review adv. pro. case docket no. 01-771 (.2); review district court case docket no. 08-250 (.2); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 7.5 | $ 270 | $ 2,025.00 |
| Krieger, Arlene G. | 3.4 | 650 | 2,210.00 |
| Mohamed, David | 36.4 | 175 | 6,370.00 |

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,605.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 10,605.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71775831v1

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843  0015 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 08/01/2008 | Attend to further revisions to discovery requests (1.6); attend to revised scheduling stipulation (.1); conf call KP, A. Rosenberg, R. Cobb re: discovery (.7); attend to review of local rules and case management procedures (.8); attend to revised form of scheduling stipulation (.2); exchanged information with A. Rosenberg re: equity holder information (.5); attend to discovery materials (2.7). | Krieger, A. | 6.6 |
| 08/01/2008 | Conference call with A. Rosenberg, R. Cobb, A. Krieger re: PPI discovery and scheduling (.7); attention to revised PPI discovery demands (.8); attention to PPI revised scheduling order and related issues (.6). | Pasquale, K. | 2.1 |
| 08/03/2008 | Attend to further revised discovery requests and memoranda with KP and then J. Green, A. Rosenberg re: further comments thereon (.7); attend to portions of 7/21/08 transcript (.8). | Krieger, A. | 1.5 |
| 08/04/2008 | Attend to R. Cobb memorandum re discovery request and o/c KP re same, agreement with Debtors on scheduling stipulation and additional discovery (.4); attend to revised scheduling stipulation and memoranda to KP and then R. Cobb re same,  further revised discovery requests (.4); memorandum re expert reports (.1); attend to discovery materials (4.3); attend to portion of 7/21/08 transcript (1.1); attend to revised Joint Discovery Requests and comments on same (.6). | Krieger, A. | 6.9 |
| 08/04/2008 | Attention to revised discovery demands and scheduling order (.5); telephone conferences D. Bernick re discovery and scheduling issues (.4); confer L. Kruger, A. Krieger re same (.2) | Pasquale, K. | 1.1 |
| 08/05/2008 | Attend to discovery (1.6); attend to memoranda | Krieger, A. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| | re: scheduling stipulation (.1); t/c R. Cobb re: discovery (.1). | | |
| 08/05/2008 | Emails re discovery issues. | Pasquale, K. | 0.4 |
| 08/06/2008 | T/c R. Cobb re discovery schedule and memoranda to KP re same (.1); o/cs LK re same and document production (.7); attend to memoranda re agreement on scheduling stipulation and discovery requests and exchanged memoranda with local counsel re same (.3); attend to memoranda re service of discovery (.3); t/cs R. Frezza re 8/7/08 meeting and materials for same (.2); o/c LK re 8/7/08 meeting (.2); t/c R. Cobb re scheduling stipulation issue (.1); exchanged memoranda with KP re same (.1); attend to materials in preparation for 8/7/08 meeting re discovery (.9). | Krieger, A. | 2.8 |
| 08/06/2008 | OC w A. Krieger re: discovery request and attention to review of my files. | Kruger, L. | 0.6 |
| 08/06/2008 | Prep for meeting with Capston re PPI issues. | Pasquale, K. | 1.2 |
| 08/07/2008 | Met with K. Pasquale (.4); reviewed background documents including requests for production of documents (1.5). | Chaudhery, K. | 1.9 |
| 08/07/2008 | O/c KP re discovery requests received from Debtors (.4); meeting with Capstone, A. Rosenberg, R. Cobb re discovery (1.0); follow-up conversation with Capstone, KP re discovery (.2); attend to Debtors discovery request (.5); t/c s R. Frezza, J. Dolan re creditor inquiry on plan, discovery (.3); o/c LK, KP re discovery and conf call Committee member re same (.4); attend to discovery materials (1.0). | Krieger, A. | 3.8 |
| 08/07/2008 | Meeting with Capstone re PPI issues (1.5); confer A. Krieger, L. Kruger re discovery issues (.6); attention to debtors' discovery demands for PPI issues (.8); telephone conference C. Freedgood/JPM re same (.3); telephone conference R. Dawson/Wachovia re same (.2); email to Committee re same (.3); email debtors' counsel re certain objections to discovery (.3); review certain documents for | Pasquale, K. | 5.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | potential production (1.6). | | |
| 08/08/2008 | Coordinate searching of records for relevant documents in response to discovery requests and Coordinate in-house processing of electronic files and emails harvested (.9); provide Kami Chaudhery with document scanning specifications for Williams Lea (.1). | Carrion, C. | 1.0 |
| 08/08/2008 | Received documents from records and began review. | Chaudhery, K. | 9.2 |
| 08/08/2008 | Voicemail from K. Pasquale and initial mtg. w/ K. Pasquale and K. Chaudhery re: response to Debtors' document requests with respect to the Debtors' objection to claims of bank debt holders (.3); reviewed documents pursuant to same (3.0). | Gutierrez, J. | 3.3 |
| 08/08/2008 | Attend to information re settlement (.1); o/cs KP re: discovery (.8); t/c S. Cunningham re: discovery (.2); t/cs R. Frezza, J. Dolan re: declaration in support of Committee's response (.5). | Krieger, A. | 1.6 |
| 08/08/2008 | Attention to discovery issues and document production re PPI issues (2.7); conference call JPMC re discovery issues (.4). | Pasquale, K. | 3.1 |
| 08/08/2008 | Attend to research and retrieve certain pleadings for attorney review re: response for document requests. | Rivera, E. | 3.1 |
| 08/08/2008 | Attend to data files received and created database for attorney review. | Serebryany, Y. | 4.5 |
| 08/09/2008 | Telephone conference K. Ziman/Simpson re JPMC PPI discovery (.3); emails re PPI discovery issues (.3). | Pasquale, K. | 0.6 |
| 08/10/2008 | Attend to memoranda re: discovery requests. | Krieger, A. | 0.2 |
| 08/10/2008 | Attention to PPI discovery issues and emails re: same. | Pasquale, K. | 0.6 |
| 08/11/2008 | Coordinate in-house processing of document production and review processed data (1.4); provide Kami Chaudhery with scanning | Carrion, C. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | information and specifications (.1). | | |
| 08/11/2008 | Reviewed documents for production (7.9); attended conference call regarding discovery issues (1.0). | Chaudhery, K. | 8.9 |
| 08/11/2008 | E-mails from and to K. Chaudhery re: status of document review with respect to the Debtors' objection to the post-petition interest claims under the Debtors' credit agreements (.2); continued document review pursuant to same (6.8); conf. call w/ counsel for Debtors and JPMorgan re: production of documents (1.0). | Gutierrez, J. | 8.0 |
| 08/11/2008 | Attend to discovery; exchange of memoranda re ppi materials (.3); o/c KP re service on Wachovia (.1); conf call KP, Wachovia's counsel re: service on Wachovia and discovery (.3); attend to numerous emails re discovery related matters (3.9); t/c R. Frezza, J. Dolan re discovery (.3); conf call with KP, D. Bernick, other re meet and confer on discovery issues (.4); t/c and exchange memoranda with C. Freedgood re discovery (.2); t/cs R. Frezza re declaration (.2); attend to draft declaration (.9); o/c JG re document production (.2); t/c J. Dolan re documents (.1). | Krieger, A. | 6.9 |
| 08/11/2008 | Conference call with JPMC re PPI discovery issues (.4); confer JPMC's counsel re same (.4); attention to Committee PPI discovery issues and documents (2.4); meet and confer conference call with debtors re discovery issues (.6); attention to Capstone Declaration (.4); conference call with Committee re discovery issues (.5). | Pasquale, K. | 4.7 |
| 08/11/2008 | Collected hard copy files for attorney review in preparation for responding to document requests. | Rivera, E. | 0.3 |
| 08/11/2008 | Processed data to upload into databases for attorney review. | Serebryany, Y. | 1.5 |
| 08/12/2008 | Coordinate in-house processing of document production and discussion with James Gutierrez regarding documents from JPMC. | Carrion, C. | 2.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/12/2008 | Reviewed documents for production. | Chaudhery, K. | 1.5 |
| 08/12/2008 | Reviewed document requests from the Debtors to JPMC with respect to the Debtors' objection to the post-petition interest claims under the Debtors' credit agreements (.5); reviewed documents at JPMC's offices w/ A. Krieger and at Stroock's offices (7.5); Committee conf. call re: same (.2); follow-up mtg. w/ A. Krieger re: responsive documents (.1); status e-mails re: document review to and from K. Chaudhery and C. Carrion (.3). | Gutierrez, J. | 8.6 |
| 08/12/2008 | Attend to document review and various memoranda re: discovery (6.6); t/c C. Freedgood re: discovery (.2); t/c J. Dolan re document production (.1); conf call KP, JPM Chase re: discovery (.2); attend to drafts of Committee's response and objections to Debtors' discovery requests and related materials (1.1); o/c JG re: discovery (.1). | Krieger, A. | 8.3 |
| 08/12/2008 | Telephone conferences E. Leon/Kirkland re: PPI discovery issues (.4); attention to discovery issues and Committee production (2.0); drafted Committee's responses to debtors' document requests and interrogatories (2.3); multiple telephone conferences with Committee members re: discovery issues (.8); conference call with Committee re: discovery issues (.3); attention to Capstone declaration (.8). | Pasquale, K. | 6.6 |
| 08/13/2008 | Attend to document production for Kami Chaudhery. | Carrion, C. | 0.3 |
| 08/13/2008 | Reviewed documents (8.6); communications with litigation support to arrange for scanning of documents (.3); communications with K. Pasquale re: documents (.3). | Chaudhery, K. | 9.2 |
| 08/13/2008 | Discussions w/ K. Chaudhery re: document review with respect to the Debtors' objection to the post-petition interest claims under the Debtors' credit agreements (.2); reviewed documents and e-mail re: same to K. Chaudhery (.8). | Gutierrez, J. | 1.0 |
| 08/13/2008 | O/c KP re: Committee's response and objection | Krieger, A. | 3.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | to Debtors' discovery requests and related materials (.5); attend to discovery related materials(1.6); o/cs KP re: Capstone declaration, equity committee's discovery response, filing and service of Committee's discovery responses, 8/21/08 settlement meeting (.9); attend to finalizing Committee's pleadings and communications with local counsel re: same (.9). | | |
| 08/13/2008 | Multiple telephone conferences with Committee members re: discovery issues (.8); revised draft responses to debtors' discovery demands (1.4); telephone conference R. Cobb re: status (.2); telephone conference A. Rosenberg re: status (.3); telephone conferences R. Frezza/Capstone re: affidavit (.3); attention to draft Capstone declaration (1.3). | Pasquale, K. | 4.3 |
| 08/14/2008 | Discussions with Kami Chaudhery regarding production (.3); attend to preparation of electronic documents for production (3.2). | Carrion, C. | 3.5 |
| 08/14/2008 | Final review of documents (4.1); communications with K. Pasquale re: same (.4); arranged for production of documents (.3). | Chaudhery, K. | 4.8 |
| 08/14/2008 | Attend to revised Committee responses and objections to Debtors' discovery requests, and o/c KP re: same (.2); exchange of multiple memoranda with local counsel, KP re: filing and service of Committee's responses to Debtors' discovery demands and Ordway declaration (.7); attend to discovery-related materials and issues and o/cs KP re: same (3.2). | Krieger, A. | 4.1 |
| 08/14/2008 | Attention to discovery issues and documents to be produced by Committee (3.0); attention to Capstone declaration (1.5); telephone conferences A. Rosenberg re: status (.4); revisions to discovery responses (.4); telephone conferences E. Leon re: discovery status (.2); attention to other parties' discovery responses (.6). | Pasquale, K. | 6.1 |
| 08/15/2008 | Coordinate opposition production documents received for attorney review. | Carrion, C. | 0.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/15/2008 | Received documents from Grace (.2); communications with litigation support to have documents loaded onto system (.3); reviewed documents and met with A. Krieger (2.6). | Chaudhery, K. | 3.1 |
| 08/15/2008 | Exchanged memoranda with KP re: Debtors late service of their discovery responses (.2); attend to various memoranda re: same (.3); message from R. Frezza re: document status (.1); o/c K. Chaudhery re: Debtors' discovery production (.2); attend to Debtors' responses (1.2); t/cs and memoranda with J. Dolan, R. Frezza re: declaration (1.4); o/cs K. Chaudhery re: Debtors' production (1.9);  attend to memoranda with local counsel re: filing and service of Capstone declaration (.4); t/cs and memoranda  KP re: discovery related matters (.5). | Krieger, A. | 6.2 |
| 08/15/2008 | Telephone conference M. Pirapato re proposed confidentiality agreement (.2); attention to emails re: discovery issues (.3); attention to debtors' discovery responses (.7). | Pasquale, K. | 1.2 |
| 08/17/2008 | Attend to declarations filed by Shelnitz, Tarola, Zilly, Freedgood (1.2); attend to Lehman discovery requests (.2); correspondence to M. Chehi re: discovery requests and responses (.3); attend to memoranda re declarations and conf call to discuss (.1). | Krieger, A. | 1.8 |
| 08/17/2008 | Attention to affidavits filed by debtors (1.1); attention to discovery issues (.3). | Pasquale, K. | 1.4 |
| 08/18/2008 | Created databases of data received from opposing counsel for attorney review. | Carrion, C. | 2.0 |
| 08/18/2008 | Attend to comments on declarations and related materials (1.3); attend to draft confidentiality stipulation (.6); conf call S. Cunningham, R. Frezza, J. Dolan re: default interest (.3); conf call KP, R. Cobb,  A. Rosenberg, M. Piropato re: discovery issues and strategy (1.0); follow-up o/c KP re: 8/21/08 settlement conference, other (.2). | Krieger, A. | 3.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/18/2008 | Emails re: discovery issues (.4); conference call with counsel for Lenders, JPMC re: discovery (1.0); confer A. Krieger re: status (.3). | Pasquale, K. | 1.7 |
| 08/19/2008 | Communications with K. Pasquale (.3); reviewed draft confidentiality agreement (1.2); email with M. Pirapato (.2). | Chaudhery, K. | 1.7 |
| 08/19/2008 | Conf call R. Frezza, J. Dolan re Settlement conference and interest inquiry (.5); o/c KP re: same and discovery issues (.2); attend to administrative case management order re: payment of Committee member's expenses (.4); t/c R. Frezza re: discovery inquiry (.2); memorandum and t/c M. Piropato re: discovery (.1). | Krieger, A. | 1.4 |
| 08/19/2008 | Discovery issues and strategy. | Pasquale, K. | 0.8 |
| 08/20/2008 | Attend to discovery related materials (1.8); o/c KP re: depositions (.1); o/cs R. Frezza, S. Cunningham re: interest issues and settlement meeting (1.1); attend to terms of credit agreement and other materials in preparation for 8/1/08 meeting (1.7); t/c M. Piropato re: discovery (.2); o/c K. Chaudhery re: discovery (.1). | Krieger, A. | 5.0 |
| 08/20/2008 | T/c E. Leon re: discovery status (.2); prep. for settlement meeting & e-mails w/ clients re: same (.9). | Pasquale, K. | 1.1 |
| 08/21/2008 | Pre-meeting w/Bank debt holders, counsel, Capstone re: PPI issues (.6); settlement meeting w/all PPI parties (3.8). | Pasquale, K. | 4.4 |
| 08/22/2008 | Attend conf call with parties to the PPI litigation re: briefing schedule and discovery (default interest litigation) (.5); attend to memoranda re: scheduling (.3). | Krieger, A. | 0.8 |
| 08/22/2008 | T/c A. Rosenberg, R. Cobb re: discovery & hearing issues (.4); conf. call w/ debtors (D. Bernick), others re: discovery and hearing (.3); e-mails & t/c's J. Baer, D. Bernick re: scheduling issues (.2); t/c Wachovia re: | Pasquale, K. | 1.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | document production (.2); attention to documents produced by debtors (.8). | | |
| 08/23/2008 | Attend to memoranda re: deposition of Pam Zilly and review of relevant materials. | Krieger, A. | 0.8 |
| 08/23/2008 | Attention to potential Zilly deposition issues and e-mails re: same. | Pasquale, K. | 0.7 |
| 08/24/2008 | Attend to memoranda re: Pam Zilly deposition (.4); memorandum to KP re: discovery (.1). | Krieger, A. | 0.5 |
| 08/25/2008 | Email communications with K. Pasquale, A. Walker and C. Carrion re: exchanging data with JPM Chase. | Chaudhery, K. | 0.4 |
| 08/25/2008 | Exchanged memoranda re: discovery (.3); attend to memoranda re: Zilly deposition (.4); attend to discovery matters (.6). | Krieger, A. | 1.3 |
| 08/25/2008 | T/c S. Miller/JPMC re: e-mail production (.2); attention to same (.2); attention to other discovery issues (.3); t/c M. Phillips, Paul Weiss re: status (.2). | Pasquale, K. | 0.9 |
| 08/26/2008 | Meeting with Kami Chaudhery to discuss email production expected from JPM Chase (.6); conference call with JPM Chase and Kami Chaudhery to discuss protocol to obtain relevant documents (.4). | Carrion, C. | 1.0 |
| 08/26/2008 | Call with C. Carrion and G. McFarlane at JPM Chase regarding the JPMC documents. | Chaudhery, K. | 0.6 |
| 08/26/2008 | Memo to K. Chaudhery re: discovery. | Krieger, A. | 0.1 |
| 08/26/2008 | Conference call with PW, R. Cobb re: Zilly deposition (.3); emails on discovery issues (.3). | Pasquale, K. | 0.6 |
| 08/27/2008 | Coordinate uploading and processing of data received from JPM Chase. | Carrion, C. | 1.0 |
| 08/27/2008 | Communications with C. Carrion and JPMC about receiving JPMC's documents (1.0); communications with A. Krieger re: JPMC documents (.3); obtained documents, reviewed and arranged for copy set for A. Krieger (1.0). | Chaudhery, K. | 2.3 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/27/2008 | Attend to data files received and created database for attorney review. | Huang, H. | 2.0 |
| 08/27/2008 | T/cs K. Chaudhery re: discovery (.3); memoranda to KP re: same (.1); attend to further memoranda re: discovery, Ordway deposition (.4); attend to discovery from Committee member (3.4). | Krieger, A. | 4.2 |
| 08/27/2008 | Attention to discovery issues (.5); emails re: court hearing (.2). | Pasquale, K. | 0.7 |
| 08/28/2008 | Reviewed JPMC documents. | Chaudhery, K. | 1.9 |
| 08/28/2008 | Processed images received for document production and performed quality check. | Huang, H. | 1.5 |
| 08/28/2008 | Memorandum re: discovery (.5); exchanged memoranda with K. Chaudhery re: discovery (.2). | Krieger, A. | 0.7 |
| 08/28/2008 | Telephone conference M. Piripato re: confidentiality stip (.2); attention to discovery issues (.4). | Pasquale, K. | 0.6 |
| 08/29/2008 | Discussion with Kami Chaudhery regarding upcoming production and documents to be provided to Committee member's counsel (.4); coordinate upcoming production and discussion with Litigation Support person at Committee member's counsel (1.9). | Carrion, C. | 2.3 |
| 08/29/2008 | Completed review of JPMC documents (.2); calls and emails with K. Pasquale (.6); communications with litigation support re: production of documents (.4); communications with M. Piropato (.5). | Chaudhery, K. | 2.7 |
| 08/29/2008 | Created CDs of documents for production. | Huang, H. | 3.0 |
| 08/29/2008 | Review of materials and exchanged memoranda with R. Frezza re: prep for Ordway deposition (1.8); prep for Ordway deposition, preparation of pre-trial brief (2.2); Ordway deposition(1.3); o/c KP re: Committee members discovery (.1). | Krieger, A. | 5.4 |
| 08/29/2008 | Prep for E. Ordway and defended Ordway | Pasquale, K. | 6.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | deposition (4.0); attention to JPM documents for production and logistics for same (2.2). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Carrion, Carole | 14.9 | $ 225 | $ 3,352.50 |
| Chaudhery, Kamilla A. | 48.2 | 475 | 22,895.00 |
| Gutierrez, James S. | 20.9 | 490 | 10,241.00 |
| Huang, Hang Qi | 6.5 | 165 | 1,072.50 |
| Krieger, Arlene G. | 80.0 | 650 | 52,000.00 |
| Kruger, Lewis | 0.6 | 945 | 567.00 |
| Pasquale, Kenneth | 58.6 | 775 | 45,415.00 |
| Rivera, Eddie M. | 3.4 | 235 | 799.00 |
| Serebryany, Yefim | 6.0 | 175 | 1,050.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 137,392.00 |
|------------------------------------------|--------------|

| TOTAL FOR THIS MATTER | $ 137,392.00 |
|-----------------------|--------------|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/01/2008 | Continued legal research as per mtg. w/ A. Krieger re: rights of claim holders. | Gutierrez, J. | 2.1 |
| 08/01/2008 | Review emails re: PPI scheduling order. | Kruger, L. | 0.3 |
| 08/04/2008 | Continued conducting legal research as per mtg. w/ A. Krieger re: rights of claim holders. | Gutierrez, J. | 5.3 |
| 08/04/2008 | Attend to revised LTIP memorandum for the Committee (.4); t/c J. Dolan re: memorandum on the LTIP motion (.2). | Krieger, A. | 0.6 |
| 08/04/2008 | Review emails re: discovery timetable. | Kruger, L. | 0.2 |
| 08/05/2008 | Continued conducting legal research as per mtg. w/ A. Krieger re: rights of claim holders. | Gutierrez, J. | 3.3 |
| 08/05/2008 | Attend to memorandum for the Committee re Weja Settlements. | Krieger, A. | 5.6 |
| 08/05/2008 | Emails re: discovery. | Kruger, L. | 0.2 |
| 08/06/2008 | Continued conducting legal research as per mtg. w/ A. Krieger re: rights of  claim holders. | Gutierrez, J. | 0.6 |
| 08/06/2008 | Conf call with M. Shelnitz, J. Baer, J. Hughes re: plan-related issues, NJDEP mediation, criminal trial, other (.6); follow-up o/c LK re: same (.1); memorandum to KP re: conference call with Grace representatives (.9); attend to memorandum re: Weja Settlements (1.7). | Krieger, A. | 3.3 |
| 08/06/2008 | OC w/ A. Krieger and TC Baer, Shelnitz and Hughes re: regular briefing on open items, ZAI, PD, interest issue, timetable, etc. (.6); oc w A. Krieger re: 8/7/08 meeting (.2); preparation for meeting w/ Capstone re: interest issue (.3). | Kruger, L. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/07/2008 | Concluded conducting legal research as per mtg. w/ A. Krieger re: rights of claim holders (2.2); prepared memorandum for A. Krieger summarizing research results re: same (2.1). | Gutierrez, J. | 4.3 |
| 08/07/2008 | Attend to memorandum re: July 22, 2008 hearing, ZAI class claims, other (.5); attend to memorandum re: Weja settlements (.3). | Krieger, A. | 0.8 |
| 08/07/2008 | OC w Pasquale, Krieger, Ordway, Frezza, Dolan et al. and tc Rosenberg and Cobb re: interest issue (1.5); oc w/ Pasquale, Krieger re: discovery (.6); review debtor discovery demands (.2); review documents for production (.8). | Kruger, L. | 3.1 |
| 08/08/2008 | Follow-up e-mails from and to A. Krieger re: research results on rights of claim holders. | Gutierrez, J. | 0.3 |
| 08/08/2008 | Attend to JG memorandum re plan issue (.3); o/c JG re same (.1). | Krieger, A. | 0.4 |
| 08/10/2008 | Attend to plan-related case law. | Krieger, A. | 1.9 |
| 08/11/2008 | Conference call with the Committee re: discovery (.4); attend to memorandum to the Committee re: Weja Settlements (.4). | Krieger, A. | 0.8 |
| 08/11/2008 | OC w Pasquale, Krieger re discovery issues and call w committee (.4); review memo to committee re WEJA settlement (.2). | Kruger, L. | 0.6 |
| 08/12/2008 | Attend to Capstone declaration in support of Committee's response re post-petition interest and t/c R. Frezza re same (.3); Committee conference call re scope of discovery (.2); attend to KP memorandum re agreement with Debtors' counsel re scope of discovery (.1). | Krieger, A. | 0.6 |
| 08/12/2008 | OC w Pasquale and Krieger, and TC w Committee re discovery issues. | Kruger, L. | 0.3 |
| 08/13/2008 | Attend to plan-related case law. | Krieger, A. | 2.1 |
| 08/13/2008 | Review debtors' discovery requests (.3); review committee response to debtors' requests (.2); office conference with KP re: Capstone (.2); and review draft of Capstone declaration (.2). | Kruger, L. | 0.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/15/2008 | T/c Committee member re discovery requests and responses. | Krieger, A. | 0.2 |
| 08/18/2008 | Exchanged memoranda with R. Landers re change in contact information (.1); advice to J. Dolan, KP re same (.1). | Krieger, A. | 0.2 |
| 08/19/2008 | Conf call with J. Baer,  R. Finke re agenda for upcoming September 2 hearings, other matters (.5); memorandum to LK, KP re Grace representatives call (.8). | Krieger, A. | 1.3 |
| 08/20/2008 | O/c KP re 8/21/08 Settlement conference (.1); exchanged memoranda with J. Baer re conference (.1). | Krieger, A. | 0.2 |
| 08/21/2008 | Attend pre-settlement meeting with Capstone, certain bank debt holders re position and strategy (.7); attend settlement meeting with representatives for Debtors', equity committee, Blackstone, ad hoc bank debt holders group re default interest (4.1); o/c KP re meeting (.3); memorandum to the Committee re settlement meeting (.7). | Krieger, A. | 5.8 |
| 08/21/2008 | Review e-mails with clients re settlement meeting. | Kruger, L. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Gutierrez, James S. | 15.9 | $ 490 | $ 7,791.00 |
| Krieger, Arlene G. | 23.8 | 650 | 15,470.00 |
| Kruger, Lewis | 6.9 | 945 | 6,520.50 |

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 29,781.50 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 29,781.50 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71775831v1

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant<br>699843 0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/01/2008 | Completed 87th monthly fee application. | Holzberg, E. | 1.6 |
| 08/04/2008 | Review Stroock's 87th monthly fee statement in preparation for filing (.7); prepare notice re: same and forward to local counsel for filing (.6); prepare and effectuate service re: fee statement (.6). | Mohamed, D. | 1.9 |
| 08/06/2008 | Attend to SSL quarterly fee application. | Krieger, A. | 2.0 |
| 08/07/2008 | Attend to quarterly fee application. | Krieger, A. | 1.8 |
| 08/08/2008 | Started to work on 88th monthly fee application. | Holzberg, E. | 1.2 |
| 08/08/2008 | Attend to SSL's quarterly fee application for April to June 2008 period. | Krieger, A. | 0.6 |
| 08/13/2008 | Attend to preparation of SSL's 29th Quarterly. | Krieger, A. | 2.0 |
| 08/14/2008 | Prepare 29th Quarterly fee application. | Krieger, A. | 2.8 |
| 08/15/2008 | Started to review time for monthly bill for July. | Holzberg, E. | 0.8 |
| 08/15/2008 | Attend to SSL's 29th Quarterly fee application. | Krieger, A. | 1.4 |
| 08/18/2008 | Worked on 29th quarterly application (2.3); reviewed time for the 88th monthly fee application (1.1). | Holzberg, E. | 3.4 |
| 08/18/2008 | Attend to 29th Quarterly fee application (1.7); attend to July fee statement (.7). | Krieger, A. | 2.4 |
| 08/19/2008 | Worked on 88th monthly application for July. | Holzberg, E. | 1.8 |
| 08/19/2008 | Attend to July 2008 fee statement (1.2); attend to 29th quarterly fee application (1.1). | Krieger, A. | 2.3 |
| 08/20/2008 | Attend to 29th quarterly fee application. | Krieger, A. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/22/2008 | Worked on monthly bill for July (1.7); and 29th quarterly fee application (1.4). | Holzberg, E. | 3.1 |
| 08/22/2008 | Attend to 29th quarterly fee application (1.6); o/cs EH re: same (.3). | Krieger, A. | 1.9 |
| 08/25/2008 | Worked on 29th quarterly fee application. | Holzberg, E. | 2.6 |
| 08/25/2008 | Attention to quarterly fee application. | Pasquale, K. | 0.3 |
| 08/26/2008 | Completed 29th quarterly application (1.0); worked on 88th monthly application (.8). | Holzberg, E. | 1.8 |
| 08/26/2008 | Review SSL twenty-ninth quarterly fee application in preparation for filing (1.1); prepare affidavit of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee application (.8). | Mohamed, D. | 2.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 16.3 | $ 270 | $ 4,401.00 |
| Krieger, Arlene G. | 19.0 | 650 | 12,350.00 |
| Mohamed, David | 4.3 | 175 | 752.50 |
| Pasquale, Kenneth | 0.3 | 775 | 232.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 17,736.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 17,736.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71775831v1

# STROOCK

| RE | Creditor Inquiries |
|----|-------------------|
|    | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/04/2008 | Attend to memorandum to creditors re: plan filing status (.2); attend to memo re: creditor inquiry re: docketing of acquired claim (.6). | Krieger, A. | 0.8 |
| 08/04/2008 | Review A. Krieger memo re: claim of Tempo Master Fund. | Kruger, L. | 0.2 |
| 08/05/2008 | T/c creditor re: default interest, settlements of traditional PD Claims, ZAI Claims, other. | Krieger, A. | 0.4 |
| 08/06/2008 | T/c creditor re: default interest issues. | Krieger, A. | 0.1 |
| 08/07/2008 | T/c creditor re: plan status. | Krieger, A. | 0.2 |
| 08/19/2008 | Memorandum to creditor re: status of plan embodying the Term Sheet. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.6 | $ 650 | $ 1,040.00 |
| Kruger, Lewis | 0.2 | 945 | 189.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,229.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,229.00 |
|-----------------------|------------|

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/06/2008 | Attend to other professionals fee application. | Krieger, A. | 0.3 |
| 08/13/2008 | Attend to other professionals fee applications. | Krieger, A. | 0.3 |
| 08/15/2008 | Attend to other professionals fee applications. | Krieger, A. | 0.4 |
| 08/19/2008 | Exchanged memoranda with A. McIntosh re: July 2008 invoice (.2); attend to fee applications of other professionals (.7). | Krieger, A. | 0.9 |
| 08/20/2008 | Attend to Navigant's July 2008 invoice and memorandum to A. McIntosh re: same (.2); attend to fee applications for other professionals (.2). | Krieger, A. | 0.4 |
| 08/22/2008 | Attend to other professionals fee applications, certifications. | Krieger, A. | 0.3 |
| 08/29/2008 | O/c VC re: fee applications. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 2.7 | $ 650 | $ 1,755.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,755.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,755.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71775831v1

# STROOCK

| | | |
|---|---|---|
| RE | Environmental Matters/Regulations/Litigation | |
| | 699843 0022 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/01/2008 | Conf. call with A. Krieger, J. Baer, R. Hatfield, trial counsel to Grace for Weja action re: terms of settlement (1.3); t/c A. Krieger re: conclusions reached during call (.1). | Berg, M. | 1.4 |
| 08/01/2008 | Conf call J. Baer, B. Hatfield re Weja Settlements information(1.3); follow-up t/c M. Berg re same (.1). | Krieger, A. | 1.4 |
| 08/04/2008 | Request for Honeywell Settlement documentation and attend to same. | Krieger, A. | 0.4 |
| 08/06/2008 | Memoranda to W. Hatfield, J. Baer re: Weja Settlements. | Krieger, A. | 0.1 |
| 08/07/2008 | Review draft memo to committee re: Weja settlement and review settlement agreements with parties in underlying litigation and Honeywell motion. | Berg, M. | 1.8 |
| 08/07/2008 | Memorandum to M. Berg re Committee memorandum on Weja settlements' motion and status of receipt of settlements (.3); attend to memoranda from W. Hatfield and J. Baer re settlement agreements and agreements received (.4). | Krieger, A. | 0.7 |
| 08/08/2008 | Attention to limited indemnity in gas companies' settlements in Weja action and remaining indemnification liability for Grace. | Berg, M. | 0.5 |
| 08/08/2008 | Attend to MB's comments on draft Committee memoranda re Weja Settlements (.5); attend to Weja Settlements and memorandum re motion for approval of same (5.3); exchanged memoranda with MB re Committee memorandum and open question on indemnities (.3). | Krieger, A. | 6.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 08/09/2008 | Review and comment on revised memo on Weja settlement. | Berg, M. | 0.5 |
| 08/10/2008 | Memorandum to W. Hatfield, J. Baer re liability risk to Debtors from Weja settlements (.2); attend to MB comments to Committee memo re Weja settlements and revised memorandum to incorporate same (.3). | Krieger, A. | 0.5 |
| 08/11/2008 | Attention to issue of potential cross-claims, indemnity in Weja settlements. | Berg, M. | 0.4 |
| 08/11/2008 | Attend to memorandum from B. Hatfield re Weja Settlements (.1); exchanged memoranda with MB re same (.3); attend to further memorandum to B. Hatfield re same (.2). | Krieger, A. | 0.6 |
| 08/12/2008 | Exchanged memorandum with M. Berg re: Weja Settlements. | Krieger, A. | 0.1 |
| 08/14/2008 | Review and comment on Hatfiled explanation of cross-claim risk. | Berg, M. | 0.1 |
| 08/27/2008 | Attend to Debtors' supplemental response to Mian Realty motion re: stay and draft of Committee memorandum re: same. | Krieger, A. | 1.8 |
| 08/31/2008 | Attend to Mian Realty's reply. | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 4.7 | $ 650 | $ 3,055.00 |
| Krieger, Arlene G. | 12.5 | 650 | 8,125.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,180.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 11,180.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71775831v1

# STROOCK

| RE | Expenses |
|----|----------|
|    | 699843 0024 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|------------------------------------------|--------|

## MATTER DISBURSEMENT SUMMARY

| Outside Messenger Service | $ 95.18 |
|---------------------------|---------|
| Meals | 187.42 |
| Local Transportation | 636.29 |
| Long Distance Telephone | 136.02 |
| Duplicating Costs-in House | 350.20 |
| Lexis/Nexis | 37.21 |
| Travel Expenses - Transportation | 234.00 |
| Westlaw | 650.33 |

| TOTAL DISBURSEMENTS/CHARGES | $ 2,326.65 |
|----------------------------|------------|

| TOTAL FOR THIS MATTER | $ 2,326.65 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71775831v1

# STROOCK

| RE | Hearings |
|---|---|
| | 699843 0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 08/18/2008 | Attend to agenda notices for September 2 hearing and memo to KP re same. | Krieger, A. | 0.2 |
| 08/26/2008 | Exchanged memoranda with KP, LK re: 9/2/04 hearings. | Krieger, A. | 0.2 |
| 08/29/2008 | Attend to amended agenda notices for 9/2/08 hearings. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.5 | $ 650 | $ 325.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 325.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 325.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 212,928.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 2,326.65 |
| TOTAL BILL | $ 215,255.15 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71775831v1