# EXHIBIT B

NY 71775831v1

**WR GRACE & CO**
**SUMMARY OF FEES**
**AUGUST 1, 2008 - AUGUST 31, 2008**

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Partners** | | | |
| Kruger, Lewis | 7.7 | 945 | $ 7,276.50 |
| Pasquale, Kenneth | 58.9 | 775 | 45,647.50 |
| | | | |
| **Associates** | | | |
| Chaudhery, Kamilla A. | 48.2 | 475 | 22,895.00 |
| Gutierrez, James S. | 36.8 | 490 | 18,032.00 |
| Krieger, Arlene G. | 148 | 650 | 96,200.00 |
| | | | |
| **Paraprofessionals** | | | |
| Berg, Madelaine | 4.7 | 650 | 3,055.00 |
| Carrion, Carole | 14.9 | 225 | 3,352.50 |
| Holzberg, Ethel H. | 23.8 | 270 | 6,426.00 |
| Huang, Hang Qi | 6.5 | 165 | 1,072.50 |
| Mohamed, David | 40.7 | 175 | 7,122.50 |
| Rivera, Eddie M. | 3.4 | 235 | 799.00 |
| Serebryany, Yefim | 6.0 | 175 | 1,050.00 |
| | | | |
| **Total** | **399.6** | | **$ 212,928.50** |

NY 71775831v1