# EXHIBIT C

NY 71775831v1

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**AUGUST 1, 2008 - AUGUST 31, 2008**

| | |
|---|---:|
| Outside Messenger Service | $ 95.18 |
| Meals | 187.42 |
| Local Transportation | 636.29 |
| Long Distance Telephone | 136.02 |
| Duplicating Costs-in House | 350.20 |
| Lexis/Nexis | 37.21 |
| Travel Expenses - Transportation | 234.00 |
| Westlaw | 650.33 |
| | |
| **TOTAL** | **2,326.65** |

NY 71775831v1

# STROOCK

## Disbursement Register

| | |
|---|---|
| DATE | September 4, 2008 |
| INVOICE NO. | 453599 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through August 31, 2008, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 08/13/2008 | VENDOR: UPS; INVOICE#: 0000010X827328; DATE: 08/09/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270193000121 on 08/04/2008 | 7.85 |
| 08/13/2008 | VENDOR: UPS; INVOICE#: 0000010X827328; DATE: 08/09/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270193010932 on 08/04/2008 | 11.15 |
| 08/13/2008 | VENDOR: UPS; INVOICE#: 0000010X827328; DATE: 08/09/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270193886541 on 08/04/2008 | 7.85 |
| 08/13/2008 | VENDOR: UPS; INVOICE#: 0000010X827328; DATE: 08/09/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270194790115 on 08/04/2008 | 7.85 |
| 08/20/2008 | VENDOR: FedEx Log; INVOICE#: 2-868-92052; DATE: 8/18/2008; 08/14/2008 791121841669 K CHAUDHERY TO ERIC F. LEON | 12.79 |
| 08/20/2008 | VENDOR: FedEx Log; INVOICE#: 2-868-92052; DATE: 8/18/2008; | 12.79 |

NY 71775831v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | 08/14/2008 791121847299 K CHAUDHERY TO ANDREW N. ROSENBERG | |
| 08/20/2008 | VENDOR: FedEx Log; INVOICE#: 2-868-92052; DATE: 8/18/2008; 08/14/2008 798496520354 K CHAUDEHERY TO MARRISSA PIROPATO | 9.29 |
| 08/20/2008 | VENDOR: FedEx Log; INVOICE#: 2-868-92052; DATE: 8/18/2008; 08/14/2008 798996453173 K CHAUDHERY TO RICHARD S. COBB | 12.79 |
| 08/26/2008 | VENDOR: UPS; INVOICE#: 0000010X827348; DATE: 08/23/2008; FROM Monika Lee, 180 Maiden Lane, New York, NY TO Richard S. Cobb  Esq Landis Rath & Cobb LLP, 919 N. Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270196702108 on 08/15/2008 | 12.82 |
| | **Outside Messenger Service Total** | **95.18** |

**Meals**

| | | |
|---|---|---|
| 08/13/2008 | VENDOR: Seamless Web; Invoice#: 382185; Date: 08/10/2008 - Bistro New York Catering (369 Lex); Ken Pasquale; By Skinner-Wiggins Sally; Order Date: 08/06/08 17:08:00 | 54.54 |
| 08/13/2008 | VENDOR: Seamless Web; Invoice#: 382185; Date: 08/10/2008 - Food Merchants Catering & Events by Peter Krasnov; Ken Pasquale; By Skinner-Wiggins Sally; Order Date: 08/06/08 17:17:00 | 132.88 |
| | **Meals Total** | **187.42** |

**Local Transportation**

| | | |
|---|---|---|
| 08/07/2008 | VENDOR: NYC Taxi; Invoice#: 837521; Invoice Date: 08/01/2008; Voucher #: 87723; Kenneth Pasquale 07/21/2008 19:00 from 180 MAIDEN LA MANHATTAN NY to SUMMIT NJ | 96.66 |
| 08/13/2008 | VENDOR(EE): LKRUGER: 08/07/08 - 08/07/08; DATE: 08-13-2008; parking expense on 8/7 for meeting w/A. Krieger, K. Pasquale and myself to office from Capstone meeting ($18.00). | 18.00 |
| 08/14/2008 | VENDOR: NYC Taxi; Invoice#: 838254; Invoice Date: 08/08/2008; Voucher #: 88033; Kenneth Pasquale 07/31/2008 20:00 from 180 MAIDEN LANE MANHATTAN NY to SUMMIT NJ | 99.72 |
| 08/20/2008 | VENDOR: NYC Taxi; Invoice#: 838899; Invoice Date: 08/15/2008; Voucher #: 812295456; Kamilla Chaudhery 08/13/2008 20:28 from 180 MAIDEN LA MANHATTAN NY to 258 W 22 ST MANHATTAN NY | 34.44 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/20/2008 | VENDOR: NYC Taxi; Invoice#: 838899; Invoice Date: 08/15/2008; Voucher #: 812292612; James Gutierrez 08/11/2008 21:38 from 180 MAIDEN LA MANHATTAN NY to 222 W 14 ST MANHATTAN NY | 29.34 |
| 08/20/2008 | VENDOR: NYC Taxi; Invoice#: 838899; Invoice Date: 08/15/2008; Voucher #: 88318; Kenneth Pasquale 08/07/2008 22:00 from 180 MAIDEN LA MANHATTAN NY to SUMMIT NJ | 99.72 |
| 08/22/2008 | VENDOR(EE): KPASQUALE: 08/21/08 - 08/21/08; DATE: 08-22-2008; Taxi to Settlement Meeting at K&E re PPI issues 8/21. | 23.00 |
| 08/26/2008 | VENDOR: NYC Taxi; Invoice#: 839513; Invoice Date: 08/22/2008; Voucher #: 88397; Kenneth Pasquale 08/13/2008 00:01 from 180 MAIDEN LANE MANHATTAN NY to SUMMIT NJ | 99.72 |
| 08/26/2008 | VENDOR: NYC Taxi; Invoice#: 839513; Invoice Date: 08/22/2008; Voucher #: 87878; Kenneth Pasquale 08/14/2008 00:01 from 180 MAIDEN LANE MANHATTAN NY to SUMMIT NJ | 100.23 |
| 08/28/2008 | VENDOR: Elite Taxi; Invoice#: 1326313; Invoice Date: 08/15/2008; Voucher #: 8081111948; James Gutierrez 08/12/2008 08:00 from 222 W. 14 ST MANHATTAN NY to 277 PARK AVE MANHATTAN NY | 35.46 |
| **Local Transportation Total** | | **636.29** |

**Long Distance Telephone**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/03/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-080308; DATE: 8/3/2008  -  Teleconference    8/1/08 | 23.46 |
| 08/03/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-080308; DATE: 8/3/2008  -  Teleconference    7-30-08 | 8.51 |
| 08/03/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-080308; DATE: 8/3/2008  -  Teleconference    8-1-08 | 17.45 |
| 08/04/2008 | EXTN.5544, TEL.914-475-9268, S.T.12:35, DUR.00:00:06 | 0.43 |
| 08/05/2008 | EXTN.5544, TEL.302-467-4430, S.T.14:54, DUR.00:00:42 | 0.47 |
| 08/06/2008 | EXTN.3544, TEL.201-587-7123, S.T.14:22, DUR.00:00:36 | 0.47 |
| 08/06/2008 | EXTN.5431, TEL.609-572-7498, S.T.10:18, DUR.00:00:36 | 0.47 |
| 08/06/2008 | EXTN.5431, TEL.201-240-7662, S.T.10:19, DUR.00:00:18 | 0.47 |
| 08/06/2008 | EXTN.5544, TEL.302-584-8518, S.T.09:50, DUR.00:05:36 | 2.81 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 08/06/2008 | EXTN.5544, TEL.201-587-7123, S.T.13:16, DUR.00:06:30 | 3.28 |
| 08/07/2008 | EXTN.5431, TEL.404-214-1634, S.T.15:17, DUR.00:08:42 | 4.22 |
| 08/07/2008 | EXTN.5544, TEL.973-271-2464, S.T.15:42, DUR.00:01:36 | 0.94 |
| 08/07/2008 | EXTN.5004, TEL.404-214-1634, S.T.09:54, DUR.00:01:24 | 0.94 |
| 08/07/2008 | EXTN.5007, TEL.201-968-0001, S.T.12:03, DUR.00:06:48 | 3.28 |
| 08/08/2008 | EXTN.5544, TEL.201-968-0001, S.T.13:04, DUR.00:01:18 | 0.94 |
| 08/08/2008 | EXTN.5544, TEL.201-587-7123, S.T.13:38, DUR.00:03:42 | 1.88 |
| 08/11/2008 | EXTN.3544, TEL.201-587-7123, S.T.16:33, DUR.00:01:00 | 0.47 |
| 08/11/2008 | EXTN.5544, TEL.201-587-7144, S.T.13:21, DUR.00:01:00 | 0.47 |
| 08/11/2008 | EXTN.5544, TEL.201-587-7144, S.T.16:34, DUR.00:00:30 | 0.47 |
| 08/11/2008 | EXTN.5562, TEL.704-383-0150, S.T.12:50, DUR.00:00:36 | 0.47 |
| 08/11/2008 | EXTN.5562, TEL.704-383-0150, S.T.16:51, DUR.00:02:06 | 1.41 |
| 08/12/2008 | EXTN.5544, TEL.201-587-7123, S.T.15:47, DUR.00:01:48 | 0.94 |
| 08/12/2008 | EXTN.5562, TEL.302-651-3160, S.T.09:10, DUR.00:02:00 | 0.94 |
| 08/12/2008 | EXTN.5562, TEL.201-587-7123, S.T.10:27, DUR.00:01:42 | 0.94 |
| 08/12/2008 | EXTN.5562, TEL.704-383-0150, S.T.13:25, DUR.00:00:30 | 0.47 |
| 08/12/2008 | EXTN.5562, TEL.704-383-0150, S.T.14:50, DUR.00:02:12 | 1.41 |
| 08/12/2008 | EXTN.5562, TEL.201-587-7123, S.T.18:57, DUR.00:01:36 | 0.94 |
| 08/13/2008 | EXTN.5562, TEL.201-587-7123, S.T.10:36, DUR.00:10:30 | 5.16 |
| 08/13/2008 | EXTN.5562, TEL.201-587-7123, S.T.14:46, DUR.00:02:12 | 1.41 |
| 08/14/2008 | EXTN.5562, TEL.201-587-7123, S.T.09:08, DUR.00:04:18 | 2.35 |
| 08/14/2008 | EXTN.5562, TEL.201-587-7123, S.T.11:25, DUR.00:10:12 | 5.16 |
| 08/14/2008 | EXTN.5562, TEL.201-587-7123, S.T.14:06, DUR.00:03:42 | 1.88 |
| 08/14/2008 | EXTN.5562, TEL.201-587-7123, S.T.15:07, DUR.00:10:00 | 4.69 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 08/14/2008 | EXTN.5562, TEL.201-587-7123, S.T.15:24, DUR.00:05:12 | 2.81 |
| 08/14/2008 | EXTN.5562, TEL.201-587-7123, S.T.18:02, DUR.00:00:54 | 0.47 |
| 08/14/2008 | EXTN.5562, TEL.973-271-2464, S.T.19:19, DUR.00:03:12 | 1.88 |
| 08/14/2008 | EXTN.5954, TEL.704-715-2625, S.T.11:45, DUR.00:02:48 | 1.41 |
| 08/15/2008 | EXTN.5544, TEL.973-271-2464, S.T.11:06, DUR.00:00:48 | 0.47 |
| 08/15/2008 | EXTN.5544, TEL.302-651-3160, S.T.15:22, DUR.00:01:42 | 0.94 |
| 08/19/2008 | EXTN.5544, TEL.201-587-7123, S.T.10:59, DUR.00:25:00 | 11.73 |
| 08/19/2008 | EXTN.5544, TEL.201-587-7123, S.T.14:55, DUR.00:03:36 | 1.88 |
| 08/20/2008 | EXTN.5544, TEL.201-587-7123, S.T.15:11, DUR.00:01:48 | 0.94 |
| 08/20/2008 | EXTN.5562, TEL.201-587-7123, S.T.15:27, DUR.00:01:42 | 0.94 |
| 08/21/2008 | EXTN.5562, TEL.518-598-7090, S.T.18:39, DUR.00:00:54 | 0.28 |
| 08/22/2008 | EXTN.5562, TEL.302-467-4430, S.T.09:33, DUR.00:15:54 | 7.50 |
| 08/22/2008 | EXTN.5562, TEL.704-383-0150, S.T.12:00, DUR.00:02:36 | 1.41 |
| 08/27/2008 | EXTN.5475, TEL.302-657-4955, S.T.17:28, DUR.00:01:00 | 0.47 |
| 08/27/2008 | EXTN.5544, TEL.201-587-7123, S.T.16:38, DUR.00:02:12 | 1.41 |
| 08/29/2008 | EXTN.5006, TEL.704-383-0150, S.T.12:50, DUR.00:01:24 | 0.94 |
| 08/29/2008 | EXTN.5006, TEL.704-383-0150, S.T.15:38, DUR.00:01:12 | 0.94 |
| | **Long Distance Telephone Total** | **136.02** |

**Duplicating Costs-in House**

| | | |
|---|---|---:|
| 08/01/2008 | | 10.50 |
| 08/04/2008 | | 2.30 |
| 08/07/2008 | | 8.10 |
| 08/08/2008 | | 0.20 |
| 08/13/2008 | | 2.20 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71775831v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 08/14/2008 | | 0.50 |
| 08/15/2008 | | 2.90 |
| 08/15/2008 | | 143.60 |
| 08/15/2008 | | 143.40 |
| 08/15/2008 | | 0.10 |
| 08/15/2008 | | 2.60 |
| 08/20/2008 | | 5.80 |
| 08/20/2008 | | 0.20 |
| 08/21/2008 | | 27.00 |
| 08/29/2008 | | 0.80 |
| | **Duplicating Costs-in House Total** | **350.20** |
| **Lexis/Nexis** | | |
| 08/08/2008 | Research on 08/08/2008 | 37.21 |
| | **Lexis/Nexis Total** | **37.21** |
| **Travel Expenses - Transportation** | | |
| 08/11/2008 | VENDOR: Chase Card Services; INVOICE#: 080208; DATE: 8/2/2008 - Visa charge 7/17/08 L Kruger 7/21/08 Penn Station to Wilmington, DE | 234.00 |
| | **Travel Expenses - Transportation Total** | **234.00** |
| **Westlaw** | | |
| 08/06/2008 | Duration 0:00:00; by Gutierrez, James S. | 142.91 |
| 08/07/2008 | Transactional  Search by Gutierrez, James S. | 31.76 |
| 08/08/2008 | Transactional  Search by Gutierrez, James S. | 15.88 |
| 08/13/2008 | Transactional  Search by Krieger, Arlene G. | 24.70 |
| 08/13/2008 | Transactional  Search by Pasquale, Kenneth | 75.16 |
| 08/20/2008 | Transactional  Search by Krieger, Arlene G. | 359.92 |
| | **Westlaw Total** | **650.33** |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 95.18 |
| Meals | 187.42 |
| Local Transportation | 636.29 |
| Long Distance Telephone | 136.02 |
| Duplicating Costs-in House | 350.20 |
| Lexis/Nexis | 37.21 |
| Travel Expenses - Transportation | 234.00 |
| Westlaw | 650.33 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 2,326.65 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71775831v1