# SIGN-IN-SHEET

**CASE NAME:** W.R. Grace & Co.  
**CASE NO.:** 01-1139-JKF  
**COURTROOM:** Multi-Purpose  
**DATE:** 9/29/08

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Ken Pasquale | Stroock | UCC |
| Lewis Kruger | Stroock | UCC |
| Richard Cobb | Landis Rath + Cobb | Bank Lenders |
| Andrew Rosenberg | Paul Weiss | " |
| Sam Rubin | Simpson Thacher | Trava Lys |
| Theodore Freedman | Terry Dough & Lance PA | PD Committee |
| Arlene Krieger | Stroock | UCC |
| David Turetsky | Skadden, Arps, Slate, Meagher & Flom | sealed Air Corporation |
| Amanda Winfree | Ashby + Geddes | Macerich Fresno |
| [signature] | R2 | Debtor |
| Philip Bentley | Kramer Levin | Equity Committee |
| Keith Martorana | " | " |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

10:30   appt   10:30  
10:39   attorney   10:39 - 10 mins

# SIGN-IN-SHEET

**CASE NAME:** W.R. Grace & Co.
**CASE NO.:** 01-1139-JKF

**COURTROOM:** Multi-Purpose
**DATE:** 9/29/08

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Robert Phillips | Simmons Cooper LLC | Asbestos Claimants |
| Roger Frankel | Derek Herrington | FCR |
| E. Inselbuch | C&D | ACC |
| Brenda Boer | P.E. Shen | Cnclfs |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

**Calendar Date:** 09/29/2008
**Calendar Time:** 10:00 AM

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
### Honorable Judith Fitzgerald (Visiting)
### Courtroom

| Page # | Item # | Case Name | Case # | Proceeding | Telephonic App ID | Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2405505 | Jacob C. Cohn | 215-665-2147 | Cozen O'Connor | Creditor, Federal Insurance Company / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2405952 | Marti Murray | 646-445-8000 | Babson Capital Management, Inc | Interested Party, Babson Capital Management, Inc. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2409226 | Scott L. Baena | 305-350-2403 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2409341 | Darrell Scott | 509-455-3966 | Scott Law Group | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2409348 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2406780 | Andrew K. Craig | 973-734-3200 | Cuyler Burk, LLP | Creditor, Allstate Insurance Company / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2409265 | Shayne Spencer | 212-269-4900 | Ford Marrin Esposito Witmeyer & | Interested Party, Ford Marrin Esposito Witmeyer & Gleser, L.L.P. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2406576 | Rita Tobin | 212-319-7125 | Caplin & Drysdale | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2405390 | Brian Mukherjee | 617-570-1477 | Goodwin Procter LLP | Interested Party, CNA / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2406971 | Arlene Krieger | 212-806-5544 | Stroock & Stroock & Lavan LLP (New | Creditor, Official Committee of Unsecured Creditors / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2410233 | Peter Shawn | 212-698-0822 | Tocqueville Asset Management | Creditor, Share Holder for W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2410286 | Chelsea Clinton | 212-878-3515 | Avenue Capital Group | Interested Party, Avenue Capital Group / LISTEN ONLY |

| Name | Case | Type | ID | Person | Phone | Firm | Role |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 2411439 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, et al | Interested Party, Everest Reinsurance Company, et al / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2411477 | Toby Daluz | 302-252-4440 | Ballard Spahr Andrews & Ingersoll | Interested Party, State of California / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2409201 | Richard H. Wyron | 202-339-8514 ext. 00 | Orrick Herrington & Sutcliffe | Other Prof., David T. Austern Future Claimants Representative / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2405814 | Gentry Klein | 203-552-3542 | Cetus Capital | Interested Party, Cetus Capital / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2407010 | David Siegel | 802-253-9264 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2352855 | Carl Pernicone | 212-490-3000 | Wilson, Elser, Moskowitz, Edelman & | Creditor, Royal Indemnity Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2409374 | Martin Dies | 512-476-4394 | Dies & Hile LLP | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2406376 | Jennifer Whitener | 212-259-7106 | Dewey & LeBoeuf LLP | Creditor, Ad Hoc Committee of Equity Security Holders / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2397286 | Alex Mueller | 212-261-8296 | Mendes & Mount | Interested Party, London Market Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2409375 | Craig Bruens | 212-446-4889 | Kirkland & Ellis | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2409263 | Jason Solganick | 212-284-9586 | Piper Jaffray & Co. | Other Prof., David T. Austern, Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2411445 | John D. Mattey | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, et al | Interested Party, Everest Reinsurance Company, et al / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2411454 | Leslie A. Davis | 202-624-2500 | Crowell & Moring LLP | Interested Party, Everest Reinsurance Company, et al / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2406920 | Steven Mandelsberg | 212-478-7360 | Hahn & Hessen | Creditor, State of California, Department of General Services / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2411545 | Dan Kamensky | 917-593-7849 | Barclays Capital, Inc. | Creditor, Barclays Capital, Inc. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2410282 | Briana J. Cioni | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2406672 | Robert M. Horkovich | 212-278-1000 | Anderson Kill & Olick | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2004722 | Douglas H. Mannal | 212-715-9313 | Kramer Levin Naftalis & Frankel, LLP | Creditor, Official Committee of Equity Security Holders / LIVE |

| Case Name | Case # | Type | ID | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 2407481 | David R. Beane | 610-478-2210 | Stevens & Lee, P.C. | Interested Party, Fireman's Fund Insurance Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2407576 | Oliver Butt | 212-270-3228 | JPMorgan Chase & Co. | Interested Party, Oliver Butt / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2406668 | Walter Slocombe | 202-862-5000 | Caplin & Drysdale | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2378074 | Douglas E. Cameron | 412-288-4104 | Reed, Smith, Shaw & McClay | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2409320 | Jay Sakalo | 305-375-6158 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2409318 | Janet Baer | 212-446-4800 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2410278 | Sander L. Esserman | 214-969-4910 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2399800 | Christina J. Kang | 212-478-7200 | Hahn & Hessen | Interested Party, State of California / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2410417 | Warren H. Smith | 214-698-3868 ext. 3 | Warren H. Smith & Associates, P.C. | Fee Auditor, Warren H. Smith / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2038960 | Robert Guttmann | 212-826-5322 | Zeichner Ellman & Krause, LLP | Interested Party, National Union Fire Insurance Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2038917 | Michael S. Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | Interested Party, National Union Fire Insurance Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2409121 | Gerald George | 415-983-7263 | Pillsbury Winthrop Shaw Pittman LLP | Creditor, Maserich Fresson Limited Partners / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2402965 | John O'Connell | 212-583-5677 | The Blackstone Group | Interested Party, Financial Advisor to the Debtor / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2409363 | Christopher Greco | 212-446-4734 | Kirkland & Ellis | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2409340 | David M. Bernick | 312-861-2248 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2409359 | Elizabeth Devine | 202-973-9374 | LECG | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2408125 | Catherine Chen | 212-490-3000 | Wilson, Elser, Moskowitz, Edelman & | Creditor, Royal Indemnity Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2408324 | Matthew Kramer | 305-350-7246 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2409379 | Curtis Plaza | 973-451-8488 | Riker, Danzig, Scherer, Hyland & | Interested Party, Official Committee of Asbestos Property Damage Claimants / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 2409333 | Alan Runyan | 803-943-4599 | Speights & Runyan | Claimant, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2409338 | Marion Fairey | 803-943-4444 | Speights & Runyan | Interested Party, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2408387 | Susette Smith | 617-498-4967 | W. R. Grace & Company | Debtor, Susette Smith / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2408366 | Terence D. Edwards | 415-989-1800 | The Brandi Law Firm | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2411448 | Mark Plevin | 202-624-2501 | Crowell & Moring LLP | Interested Party, Everest Reinsurance Company, et al / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2411502 | Jacqueline Dais-Visca | 416-952-7811 | Office of the Attorney General | Interested Party, Her Majesty the Queen in Right of Canada / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2409262 | Debra Felder | 202-339-8567 | Orrick Herrington & Sutcliffe | Other Prof., David T. Austern, Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2312532 | Ari Berman | 212-237-0228 | Vinson & Elkins LLP | Interested Party, Vinson & Elkins LLP / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2371935 | Peg Brickley | 302-521-2266 | Dow Jones News Wires | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2406913 | Elihu Inselbuch | 212-319-7125 | Caplin & Drysdale | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2404722 | Melanie Dritz | 212-230-8819 | Wilmer Cutler Pickering Hale & Dorr, Inc. / LIVE | Interested Party, Hartford Financial Service Group, Inc. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2406805 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Interested Party, Christopher M. Candon / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2384280 | James J. Restivo | 412-288-3122 | Reed, Smith, Shaw & McClay | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2405177 | Anne Marie Aaronson | 215-981-4065 ext. 00 | Pepper Hamilton, LLP | Creditor, BNSF Railway Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2405376 | Daniel Ghobrand | 617-570-1930 | Goodwin Procter LLP | Creditor, CNA / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2409254 | Jonathan L. Brownstein | 212-284-9576 | Piper Jaffray & Co. | Other Prof., David T. Austern, Future Claimants Representative / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2409353 | Daniel Speights | 803-943-4444 | Speights & Runyan | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 2409355 | Barbara Harding | 202-879-5081 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2409344 | Theodore Freedman | 212-446-4800 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2409949 | William Sparks | 302-652-5340 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2406628 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease LLP | Creditor, Scotts Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2406803 | Ashok Vasvani | 646-403-8378 | Citadel Investment Group | Interested Party, Ashok Vasvani / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2407003 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2407019 | Paul J. Norris | 410-531-4362 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LIVE |