# EXHIBIT A

In re: W.R. GRACE & CO., et al

## OMNIBUS 25: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | AOXY MANAGEMENT TRUST<br>C/O ANTHONY S CANNATELLA ESQ<br>PAVIA & HARCOURT LLP<br>600 MADISON AVE<br>NEW YORK, NY 10022 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 14074 | $5,958.90 | (U) | DEBTORS' BOOKS AND RECORDS SHOW NO CURRENT LIABILITY FOR THIS CLAIM. |
| 2 | CIT COMMUNICATION FINANCE CORPORATION<br>BANKRUPTCY DEPT<br>650 CIT DR<br>LIVINGSTON, NJ 07039 | 01-01139<br>W.R. GRACE & CO. | 870 | $767,925.39 | (U) | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM BECAUSE DEBTORS CONTINUED TO PAY ALL LEASES AS SCHEDULED AND THERE ARE NO OUTSTANDING AMOUNTS ON DEBTORS' BOOKS. |
| 3 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE, WA 98124 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 14050 | UNKNOWN | (U) | BRIDGE RELATED TO CLAIM HAS BEEN REPAIRED PURSUANT TO SETTLEMENT TO WHICH THE DEBTORS ARE NOT A PARTY; DEBTORS HAVE NO LIABILITY UNDER THE SETTLEMENT AGREEMENT. |
| 4 | DILLINGHAM-MANSON JOINT VENTURE<br>MANSON CONSTRUCTION<br>ATTN PRESIDENT<br>5209 E MARGINAL WAY S<br>SEATTLE, WA 98124 | 01-01139<br>W.R. GRACE & CO. | 14051 | UNKNOWN | (U) | BRIDGE RELATED TO CLAIM HAS BEEN REPAIRED PURSUANT TO SETTLEMENT TO WHICH THE DEBTORS ARE NOT A PARTY; DEBTORS HAVE NO LIABILITY UNDER THE SETTLEMENT AGREEMENT. |
| 5 | FUS INC<br>C/O WILLIAM W ERHART ESQ<br>300 DELAWARE AVE STE 1130<br>PO BOX 234<br>WILMINGTON, DE 19899 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 1649 | $83,088.00 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 6 | GLOBAL HEALTH SCIENCES CREDITOR TRUST<br>C/O DAVID F HEROY ESQ<br>BELL BOYD & LLOYD LLC<br>70 W MADISON ST<br>STE 3300<br>CHICAGO, IL 60602-4207 | 01-01139<br>W.R. GRACE & CO. | 13935 | $33,372.00 | (U) | DEBTORS HAVE NO LIABILITY FOR THIS PREFERENCE CLAIM BASED UPON DEFENSES THERETO, INCLUDING THAT THE ALLEGED PREFERENTIAL PAYMENTS WERE MADE IN THE ORDINARY COURSE OF BUSINESS. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

9/26/2008 11:17:18 AM

In re: W.R. GRACE & CO., et al

## OMNIBUS 25: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 7 | LEREW, JOHN<br>6044 HIGH MEADOW DR<br>DILLON, CO 80435 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 399 | $15,000.00 | (U) | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |
| 8 | OII STEERING COMM MEMBER COMPANIES & USEPA<br>C/O ALLAN H DICKOWITZ ESQ<br>MESSAMAN GUNTHER KNOX & ELLIOTT LLP<br>445 S FIGUEROA ST 31ST FL<br>LOS ANGELES, CA 90071 | 01-01184<br>REMEDIUM GROUP, INC. | 1981 | UNKNOWN | (U) | THIS CLAIM IS FILED AGAINST THE WRONG DEBTOR AND IS A DUPLICATE OF CLAIM 1958. |
| 9 | PICKENS, JOHN T<br>8499 GREENVILLE AVE #105<br>DALLAS, TX 75231-2411 | 01-01139<br>W.R. GRACE & CO | 175 | $39,900.00 | (U) | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |
| 10 | RODRIGUEZ, YESSINIA<br>93-1/2 MT PLEASANT AVE 1ST FL<br>NEWARK, NJ 07104 | 01-01139<br>W.R. GRACE & CO. | 709 | $50,000.00<br>$50,000.00 | (P)<br>(U) | THIS CLAIM HAS BEEN SETTLED AND PAID; DEBTORS HAVE NO LIABILITY. |
| 11 | URS CORPORATION SUCCESSOR TO RADIAN INTL<br>ATTN: MICHAEL A STEUER ESQ<br>130 ROBIN HILL RD<br>SANTA BARBARA, CA 93117 | 01-01139<br>W.R. GRACE & CO. | 2359 | $398,677.95 | (U) | THIS CLAIM WAS AMENDED BY CLAIM 15469 WHICH WAS REDUCED AND ALLOWED PURSUANT TO COURT ORDER (DKT.NO.14071); DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |
| 12 | WESCONN CO INC<br>C/O WILLIAM W ERHART ESQ<br>300 DELAWARE AVE STE 1130<br>PO BOX 234<br>WILMINGTON, DE 19899 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 1639 | $395,091.00 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 13 | WHC REALTY CORP<br>C/O MICHAEL S SCHREIBER ESQ<br>ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK PC<br>1345 AVE OF THE AMERICAS 31ST FL<br>NEW YORK, NY 10105 | 01-01139<br>W.R. GRACE & CO. | 297 | $119,118.85 | (U) | THIS CLAIM WAS A CONTINGENT CLAIM FOR THE GUARANTY OF A LEASE THAT EXPIRED ON 12/31/07. DEBTORS HAVE NO LIABILITY ON THIS CLAIM BECAUSE THE LEASE HAS EXPIRED. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative     (S) - Secured
(P) - Priority     (U) - Unsecured

9/26/2008 11:17:23 AM

**In re: W.R. GRACE & CO., et al**

**OMNIBUS 25: EXHIBIT A - NO LIABILITY CLAIMS**

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|
| | | **Totals:** | $50,000.00 | (P) | |
| | | | $1,908,129.29 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**\*\*(A) - Administrative**     **(S) - Secured**
**(P) - Priority**     **(U) - Unsecured**

9/25/2008 11:17:25 AM