# EXHIBIT B

## In re: W.R. GRACE & CO., et al
## OMNIBUS 25: EXHIBIT B - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | MRE PRP GROUP<br>ATTN: JOHN J LITTLE ESQ<br>LITTLE PEDERSON & FRANKHAUSER<br>901 MAIN ST, SUITE 4100<br>DALLAS, TX 75202 | 01-01139<br>W.R. GRACE & CO. | 7033 | UNKNOWN | (U) | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 2 | THE BURLINGTON NORTHERN & SANTA FE RAILW<br>920 SE QUINCY<br>ATTN FINANCIAL SERVICES<br>TOPEKA, KS 66612 | 01-01139<br>W.R. GRACE & CO. | 12942 | $8,700.00 | (U) | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| | | | Totals: | $8,700.00 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured