# EXHIBIT D

In re: W.R. GRACE & CO., et al
## OMNIBUS 25: EXHIBIT D - REDUCE & ALLOW CLAIMS

### Reduce and Allow

| | Creditor Name / Address | Claim Number | Total Claim Dollars* Class** | | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|---|
| 1 | BROWARD COUNTY DEP OF FINANCE REVENUE COLLECTION DIVISION GOVERNMENTAL CENTER ANNEX 115 S ANDREWS AVE FT LAUDERDALE, FL 33301 | 885 | $7,470.66 | (S) | | | REDUCTION IS DUE TO PAYMENT OF $6,029.99 FOR 2001 REAL ESTATE TAXES. REMAINING ALLOWED PORTION OF CLAIM IS FOR PERSONAL PROPERTY TAX OF $1,751.95. |
| 2 | FIRST CHEMICAL TEXAS LP PO BOX 1607 BAYTOWN, TX 77520 | 585 | $159,098.00 | (U) | $16,005.82 | (U) | REDUCTION IS DUE TO A STIPULATION WITH CONTINENTAL CASUALTY COMPANY ("CNA"), APPROVED BY COURT ORDER (DKT. NO. 16912) WHERE CNA PAID THE CLAIM AND THE REDUCED AMOUNT OF THIS CLAIM OF $8,616.83 IS FOR THE DEDUCTIBLE AMOUNT OWED BY THE DEBTORS. |
| | Totals: | | $7,470.66 $159,096.00 | (S) (U) | $16,005.82 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**[A] - Administrative    (S) - Secured
[P] - Priority    (U) - Unsecured

Page 1 of 1                                                                                                                  9/26/2008 11:39:11 AM