# EXHIBIT E

In re: W.R. GRACE & CO., et al
## OMNIBUS 25: EXHIBIT E - RECLASSIFY CLAIMS

| Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|
| **Reclassify** | | | | | |
| 1. NOVAK SITE RD/RA PRP GROUP<br>C/O RICHARD G PLACEY ESQ<br>MONTGOMERY MCCRACKEN WALKER & RHOADS LLP<br>1105 N MARKET ST FL 1<br>WILMINGTON, DE 19801-1237 | 6054 | $121,810.29 (P) | | | NO BASIS FOR PRIORITY CLAIM - SHOULD BE RECLASSIFIED AS UNSECURED. |
| 2. ONE BEACON AMERICA INSURANCE COMPANY<br>DRINKER BIDDLE & REATH LLP<br>DAVID P PRIMACK<br>1100 N MARKET ST, STE 1000<br>WILMINGTON, DE 19801-1254 | 15593 | UNKNOWN (S)<br>UNKNOWN (U) | | | NO BASIS FOR SECURED CLAIM - SHOULD BE RECLASSIFIED AS UNSECURED. |
| | **Totals:** | $121,810.29 (P) | $16,065.82 (U) | | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

\**(A) - Administrative    (S) - Secured
    (P) - Priority    (U) - Unsecured

Page 1 of 1    9/26/2008 11:40:18 AM