# EXHIBIT F

In re: W.R. GRACE & CO., et al
## OMNIBUS 25: EXHIBIT F - TAX CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|
| **No Liability** | | | | | | |
| 1 | CITY OF MILWAUKEE<br>CITY TREASURER #1353<br>200 E WELLS ST - ROOM 103<br>MILWAUKEE, WI 53202 | 14727 | $7,701.95 (U) | | | NO CURRENT LIABILITY BECAUSE THIS CLAIM HAS BEEN PAID ON 6/20/08 IN AMOUNT OF $15,673.47, CK. #00475337. |
| 2 | JEFFERSON COUNTY TAX COLLECTOR<br>ATTN: JACK WILLIAMS<br>716 RICHARD ARRINGTON JR BLVD N<br>ROOM 160 COURTHOUSE<br>BIRMINGHAM, AL 35203 | 841 | $4,435.56 (P) | | | NO CURRENT LIABILITY BECAUSE THIS CLAIM HAS BEEN PAID ON 6/27/08 IN AMOUNT OF $7,909.79, CK. # 00475334. |
| 3 | TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-4015 | 17762 | $7,457.44 (A) | | | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

9/26/2008 11:41:06 AM

Page 1 of 3

In re: W.R. GRACE & CO., et al
## OMNIBUS 25: EXHIBIT F - TAX CLAIMS

| | Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|
| **Insufficient Documentation** | | | | | | |
| 1 | MAINE BUREAU OF REVENUE SERVICES<br>ATTN: JOANNE PARKER<br>BUREAU OF REVENUE SERVICES<br>24 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0024 | 182 | BLANK (U) | | | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 2 | MAINE BUREAU OF REVENUE SERVICES<br>ATTN: JOANNE PARKER<br>24 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0024 | 183 | BLANK (U) | | | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 3 | MAINE BUREAU OF REVENUE SERVICES<br>ATTN: JOANNE PARKER<br>24 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0024 | 184 | BLANK (U) | | | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 4 | MAINE BUREAU OF REVENUE SERVICES<br>ATTN: JOANNE PARKER<br>24 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0024 | 185 | BLANK (U) | | | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 5 | MAINE BUREAU OF REVENUE SERVICES<br>ATTN: JOANNE PARKER<br>24 STATE HOUSE STATION<br>AUGUSTA, ME 04333-0024 | 186 | BLANK (U) | | | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| **Reclassify and Allow** | | | | | | |
| 1 | STATE OF NEW JERSEY DIVISION OF TAXATION<br>P O BOX 245<br>TRENTON, NJ 08695<br>USA | 17855 | $771.82 (A) | $771.82 | (U) | NO BASIS FOR ADMINISTRATIVE CLAIM - SHOULD BE RECLASSIFIED AS UNSECURED AND ALLOWED IN THE AMOUNT OF $771.82 |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

## In re: W.R. GRACE & CO., et al
## OMNIBUS 25: EXHIBIT F - TAX CLAIMS

| Creditor Name / Address | Claim Number | Total Claim Dollars* Class** | | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|
| **Totals:** | | $8,229.26 | (A) | | | |
| | | $4,435.56 | (P) | | | |
| | | $7,701.95 | (U) | $16,005.82 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured