# EXHIBIT G

In re: W.R. GRACE & CO., et al
OMNIBUS 25: EXHIBIT G - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | AKZO NOBEL SURFACE CHEMISTRY LLC<br>C/O BOB WAREHAM<br>RT 6 & TABLER RD<br>PO BOX 310<br>MORRIS, IL 60450 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3344 | $129,500.00 | (U) | REDUCTION IS DUE TO A STIPULATION WITH CONTINENTAL CASUALTY COMPANY ("CNA"), APPROVED BY COURT ORDER (DKT. NO. 16912) WHERE CNA PAID THE CLAIM AND THE REDUCED AMOUNT OF THIS CLAIM OF $7,015.07 IS FOR THE DEDUCTIBLE AMOUNT OWED BY THE DEBTORS. |
| 2 | CENTRAL PUGET SOUND REGIONAL TRANSIT AUT<br>C/O DESMOND BROWN GENERAL COUNSEL<br>401 S JACKSON ST<br>SEATTLE, WA 98104 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9123 | $87,960.60 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 3 | GRALL, JAMES AND ANNA<br>C/O RICHARD L FERRELL ESQ<br>425 WALNUT ST STE 1800<br>CINCINNATI, OH 45202 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9688 | $800,000.00 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 4 | HARY GRAU & SONS INC<br>C/O RICHARD L FERRELL ESQ<br>TAFT STETTINIUS & HOLLISTER LLP<br>425 WALNUT ST STE 1800<br>CINCINNATI, OH 45202 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9687 | $800,000.00 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 5 | INDIANA DEPARTMENT OF REVENUE<br>100 N SENATE AVE<br>BANKRUPTCY SECTION ROOM N-203<br>INDIANAPOLIS, IN 46204 | 01-01139<br>W.R. GRACE & CO. | 15355 | $403,130.64<br>$40,348.43 | (P)<br>(U) | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 6 | INDIANA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION ROOM N203 BANKRUPTCY SECTION<br>100 N SENATE AVE<br>INDIANAPOLIS, IN 46204-2253 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15369 | $9,619.24 | (A) | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 7 | MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 01-01140<br>W.R. GRACE & CO.-CONN. | 17719 | $43,337.71 | (U) | DEBTORS' BOOKS AND RECORDS SHOW THAT THE ONLY LIABILITY FOR THIS CLAIM IS $15,234.00. THEREFORE, THE CLAIM SHOULD BE ALLOWED IN THE AMOUNT OF $15,234.00. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**In re: W.R. GRACE & CO., et al**
**OMNIBUS 25: EXHIBIT G - CONTINUED**

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 8 | MUNOZ, GLORIA<br>C/O ANTHONY S PETRU ESQ<br>HILDEBRAND MCLEOD AND NELSON INC<br>350 FRANK H OGAWA PLAZA 4TH FLR<br>OAKLAND, CA 94612-2006 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1959 | $100,000.00 | (U) | DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |
| 9 | NEW YORK STATE DEPT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 01-01188<br>LITIGATION MANAGEMENT, INC | 2701 | $60,779.80<br>$2,330.97<br>$262.50 | (S)<br>(P)<br>(U) | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 10 | OLDCASTLE APG NORTHEAST INC<br>DB/A FOSTER-SOUTHERN<br>46 SPRING ST<br>HOLBROOK, MA 02343 | 01-01140<br>W.R. GRACE & CO.-CONN. | 12943 | $8,090,000.00 | (U) | THE UNDERLYING LITIGATION FOR THIS CLAIM HAS BEEN RESOLVED; DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |
| 11 | OLDCASTLE APG NORTHEAST INC<br>DB/A FOSTER-SOUTHERN<br>46 SPRING ST<br>HOLBROOK, MA 02343 | 01-01140<br>W.R. GRACE & CO.-CONN. | 12944 | $200,000.00 | (P) | THE UNDERLYING LITIGATION FOR THIS CLAIM HAS BEEN RESOLVED; DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |
| 12 | PA DEPT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPT 280946<br>HARRISBURG, PA 17128-0946 | 01-01144<br>AMICON, INC. | 318 | $3,576.00<br>$32,964.32<br>$2,023.60 | (S)<br>(P)<br>(U) | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |
| 13 | PA DEPT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPT 280946<br>HARRISBURG, PA 17128-0946 | 01-01193<br>MRA STAFFING SYSTEMS, INC. | 407 | $2,703.00<br>$25,479.99<br>$266.00 | (S)<br>(P)<br>(U) | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |
| 14 | ROWE, RICHARD C<br>C/O STEPHEN R TETRO<br>233 S WACKER DR STE 5800<br>CHICAGO, IL 60606 | 01-01140<br>W.R. GRACE & CO.-CONN. | 14037 | UNKNOWN | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

## In re: W.R. GRACE & CO., et al
### OMNIBUS 25: EXHIBIT G - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 15 | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS, TN 38127 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1641 | UNKNOWN | (S) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 16 | SEATON INSURANCE COMPANY<br>DRINKER BIDDLE & REATH LLP<br>DAVID P PRIMACK<br>1100 N MARKET ST, STE 1000<br>WILMINGTON, DE 19801-1254 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15531 | UNKNOWN<br>UNKNOWN | (S)<br>(U) | NO BASIS FOR SECURED CLAIM - SHOULD BE RECLASSIFIED AS UNSECURED. |
| 17 | WRIGHT, JIM<br>215 ROCK LEDGE DR<br>GLENWOOD SPRINGS, CO 81601 | 01-01140<br>W.R. GRACE & CO.-CONN. | 603 | $651,678.00 | (P) | DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |
| | | | Totals: | $67,058.80<br>$9,619.24<br>$1,315,583.92<br>$10,003,598.84 | (S)<br>(A)<br>(P)<br>(U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured