# Exhibit A

W.R. Grace - 28th Interim (January – March 2008)
Fee and Expense Chart with Recommendations

| ANDERSON KILL & OLICK, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18722 | TOTAL: | $250,420.50 | $3,199.44 | $250,420.50 | $3,199.44 |

| DAVID T. AUSTERN | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 19220 | TOTAL: | $29,300.00 | $3,527.13 | $29,300.00 | $3,527.13 |

| BEVERIDGE & DIAMOND, P.C. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18986 | TOTAL: | $25,800.00 | $155.54 | $25,800.00 | $155.54 |

| BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18729 | TOTAL: | $166,431.50 | $96,361.24 | $166,431.50 | $95,953.79 |

| BLACKSTONE ADVISORY SERVICES L.P. | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18777 | TOTAL: | $325,000.00 | $4,464.27 | $325,000.00 | $4,103.99 |

| BMC GROUP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18828 | TOTAL: | $88,508.00 | $7,333.30 | $70,019.40 | $7,333.30 |

1

| BUCHANAN INGERSOLL & ROONEY PC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18689 | TOTAL: | $47,090.50 | $326.05 | $47,090.50 | $224.00 |

| CAMPBELL & LEVINE, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18721 | TOTAL: | $173,741.00 | $35,383.07 | $173,741.00 | $35,383.07 |

| CAPLIN & DRYSDALE, CHARTERED | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18720 | TOTAL: | $2,189,908.50 | $363,729.65 | $2,185,322.25 | $361,836.08 |

| CAPSTONE ADVISORY GROUP, LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18849 | TOTAL: | $227,428.00 | $1,039.60 | $227,428.00 | $1,039.60 |

| CASNER & EDWARDS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18726 | TOTAL: | $42,785.50 | $39,275.71 | $42,785.50 | $39,275.71 |

| CHARTER OAK FINANCIAL CONSULTING LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18723 | TOTAL: | $203,193.80 | $336.00 | $203,193.80 | $336.00 |

| DAY PITNEY LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18651 | TOTAL: | $123,633.50 | $2,330.43 | $123,633.50 | $2,330.43 |

2

| DUANE MORRIS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18926 | TOTAL: | $124,129.00 | $11,884.39 | $123,914.50 | $11,487.69 |

| FERRY JOSEPH & PEARCE, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18717 | TOTAL: | $70,496.00 | $5,495.38 | $70,496.00 | $5,495.38 |

| FOLEY HOAG LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18711 | TOTAL: | $21,449.00 | $85.89 | $21,449.00 | $85.89 |

| FRAGOMEN, DEL RAY, BERNSEN & LOEWY, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18543 | TOTAL: | $28,300.00 | $2,578.00 | $28,300.00 | $2,578.00 |

| HAMILTON, RABINOVITZ & ALSCHULER, INC. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18730 | TOTAL: | $4,375.00 | $0.00 | $4,375.00 | $0.00 |

| HOLME ROBERTS & OWEN, LLP (27TH Interim Period) | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 19259 | TOTAL: | $1,316.00 | $3,212.39 | $1,316.00 | $3,212.39 |

| KIRKLAND & ELLIS, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18725 | TOTAL: | $7,263,172.00 | $4,742,857.17 | $7,258,924.50 | $4,740,246.26 |

| KRAMER LEVIN NAFTALIS & FRANKEL LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18710 | TOTAL: | $247,502.75 | $9,033.91 | $247,304.75 | $8,838.00 |

| LATHAM & WATKINS LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18927 | TOTAL: | $22,566.00 | $0.47 | $22,566.00 | $0.47 |

| LEGAL ANALYSIS SYSTEMS, INC. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18724 | TOTAL: | $837,579.00 | $9,602.82 | $837,579.00 | $9,297.82 |

| LEXECON LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 19172 | TOTAL: | $23,377.50 | $0.00 | $23,377.50 | $0.00 |

| NELSON MULLINS RILEY & SCARBOROUGH, LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 19154 | TOTAL: | $11,858.00 | $17.00 | $11,858.00 | $17.00 |

4

| OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS[1] | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18733 | TOTAL: | $0.00 | $4,638.12 | $0.00 | $4,638.12 |

| OGILVY RENAULT LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18650 | TOTAL: | CDN$79,596.50 | CDN$1,835.03 | CDN$79,596.50 | CDN$1,835.03 |

| ORRICK, HERRINGTON & SUTCLIFFE LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 19222 | TOTAL: | $2,834,348.75 | $436,062.97 | $2,815,254.75 | $432,017.97 |

| PACHULSKI STANG ZIEHL & JONES LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18827 | TOTAL: | $166,477.50 | $107,272.88 | $166,362.00 | $107,272.88 |

| PHILLIPS GOLDMAN & SPENCE, P.A. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18738 | TOTAL: | $60,238.00 | $2,296.10 | $60,078.00 | $2,296.10 |

| PIPER JAFFREY & CO. | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 19361 | TOTAL: | $250,000.00 | $333.24 | $250,000.00 | $333.24 |

---

[1] The Committee's expense request and award of $4,638.12 includes $4,398.37 for Committee Member Motley Rice, LLC, and $239.75 for Committee Member Goldberg, Persky & White.

| PRICEWATERHOUSECOOPERS LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18697 | TOTAL: | $970,270.83 | $13,145.28 | $970,270.83 | $13,145.28 |

| PROTIVITI INC. (25th, 26th, 27th) | | | | | | |
|---|---|---|---|---|---|---|
| Fee Application Docket No. | | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 25th | 19160 | TOTAL: | $3,130.00 | $10,783.29 | $3,130.00 | $10,783.29 |
| 26th | 19161 | TOTAL: | $68,460.00 | $1,463.64 | $68,460.00 | $1,463.64 |
| 27th | 19162 | TOTAL: | $2,427.50 | $0.00 | $2,427.50 | $0.00 |

| REED SMITH LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18683 | TOTAL: | $551,429.00 | $81,263.75 | $551,429.00 | $81,263.75 |

| SCOTT LAW GROUP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 19342 | TOTAL: | $8,860.00 | $1,450.55 | $8,860.00 | $1,450.55 |

| STEPTOE & JOHNSON LLP | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 19003 | TOTAL: | $11,786.50 | $142.44 | $11,786.50 | $142.44 |

| STROOCK & STROOCK & LAVAN LLP[2] | | | | | |
|---|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18789 | TOTAL: | $672,622.50 | $249,618.17 | $672,622.50 | $249,618.17 |

[2] Stroock's expense request and award includes $20,422.22 for its own expenses and $229,195.95 for the fees and expenses of Navigant Consulting, Inc. ("Navigant"). Navigant's fees and expenses are excluded from the scope of the Fee Auditor's review, pursuant to the Court's Order Authorizing the Retention of Experts (Docket No. 564) dated June 22, 2001, and Paragraph 3 of the Order Appointing Fee Auditor in Accordance with the Court's Direction (Docket No. 1676) dated March 18, 2002.

| WILLIAM D. SULLIVAN LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 19353 | TOTAL: | $9,656.00 | $20,572.24 | $9,656.00 | $20,572.24 |

| TOWERS PERRIN TILLINGHAST | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 19221 | TOTAL: | $306,891.50 | $10,913.18 | $306,891.50 | $10,913.18 |

| TRE ANGELI LLC | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 19362 | TOTAL: | $50,000.00 | $45.10 | $50,000.00 | $45.10 |

| WOODCOCK WASHBURN LLP | | | | |
|---|---|---|---|---|
| Fee Application Docket No. | | Total Fees Requested | Total Expenses Requested | Fees Allowed on Interim Basis | Expenses Allowed on Interim Basis |
| 18739 | TOTAL: | $51,342.00 | $560.00 | $51,342.00 | $560.00 |

7