IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: October 21, 2008 at 4:00 p.m.
Hearing Date: TBD only if necessary

**FEE DETAIL FOR CASNER & EDWARDS, LLP'S
EIGHTY-THIRD MONTHLY FEE APPLICATION
FOR THE PERIOD FROM AUGUST 1, 2008 THROUGH AUGUST 31, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

52000.57/445887

# EXHIBIT A
(Fee Detail)

# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

September 29, 2008
Bill Number 100326
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH AUGUST 31, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 08/01/08 | MTM | Work on government exhibits project for K&E counsel. | 2.00 Hrs | 550.00 |
| 08/04/08 | MTM | Work on government exhibits project for K&E counsel. | 1.30 Hrs | 357.50 |
| 08/04/08 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | 64.00 |
| 08/06/08 | MTM | Work on government exhibits project for K&E counsel. | 1.10 Hrs | 302.50 |
| 08/06/08 | RAM | Read selected documents filed in bankruptcy court. | 0.80 Hrs | 256.00 |
| 08/07/08 | MTM | Review printouts for certain government exhibits; locate additional documents not found in search. | 1.90 Hrs | 522.50 |
| 08/07/08 | RAM | Read selected documents filed in bankruptcy court (.3). Conference with MTM re: status of project to determine when certain documents were first in the repository (.1). | 0.40 Hrs | 128.00 |

Page 1

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH AUGUST 31, 2008

| <u>Date</u> | <u>Atty</u> | <u>Description</u> | <u>Time</u> | <u>Amount</u> |
|---|---|---|---|---|
| 08/08/08 | MTM | Continue review of printouts and work on locating missing documents. | 5.60 Hrs | 1,540.00 |
| 08/11/08 | ARA | Per MTM's request, locate personnel file for in-house counsel. | 0.30 Hrs | 36.00 |
| 08/11/08 | MTM | Continue to search for documents not found re: government exhibit project (1.4); telephone call from in-house counsel re: personnel file for former Libby employee (.2); email to ARA re: same (.1); review personnel file at Winthrop Square (.5); email to in-house counsel re: same (.1). | 2.30 Hrs | 632.50 |
| 08/11/08 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 32.00 |
| 08/12/08 | ARA | Receipt of Libby personnel file from Merrill Corp. | 0.20 Hrs | 24.00 |
| 08/13/08 | ARA | Document control. | 5.10 Hrs | 612.00 |
| 08/14/08 | ARA | Document control. | 4.50 Hrs | 540.00 |
| 08/15/08 | ARA | Document control (3.0). Return MTM's call re: Libby photos and NESHAPS issues; search for photos; telephone call to MTM re: found photos; review inventory of photos (.7). Per telephone call from MTM, look for film re: Libby (.3). | 4.00 Hrs | 480.00 |
| 08/15/08 | MTM | Telephone call from in-house counsel re: collections of Libby photos and 1994 NESHAPS matter (.4); review indices to various document collections re: same (.9); telephone call to Holme Roberts paralegal re: box of photos and 1994 NESHAPS matter (.4); review documents at Winthrop Square re: same (4.5); telephone call to Holme Roberts paralegal and counsel re: same (.5). | 6.70 Hrs | 1,842.50 |
| 08/18/08 | ARA | Document control (1.9). Per telephone call from MTM, review videos from the resource library; telephone call to MTM re: videotape of Libby located (.7). Quality control documents in the repository (1.3). | 3.90 Hrs | 468.00 |

Page 2

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH AUGUST 31, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 08/18/08 | MTM | Review prior correspondence re: Libby photos per request of in-house counsel (.4); email to Holme Roberts paralegal re: Libby demolition photos (.3); receipt and review of email from Holme Roberts paralegal re: same (.2); review various Boston and Cambridge document inventories re: same (1.0); review memo re: old Libby video tape re: same (.2); conference with ARA re: same (.3); review photos at Winthrop Square re: same (2.3). | 4.70 Hrs | 1,292.50 |
| 08/18/08 | RAM | Telephone conference with in-house counsel re: Libby worker and OD Act claims. | 0.05 Hrs | No Charge |
| 08/19/08 | ARA | Quality control documents in the repository (6.4). Document control (.5). | 6.90 Hrs | 828.00 |
| 08/19/08 | MTM | Telephone call from Holme Roberts paralegal re: boxes from warehouse re: Libby photos and NESHAPS matter (.3); email to in-house counsel re: same (.2). | 0.50 Hrs | 137.50 |
| 08/19/08 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read emails re: Libby slides and confirm notes were made when interviewing Libby employee (.1). | 0.20 Hrs | 64.00 |
| 08/20/08 | ARA | Quality control documents in the repository. | 5.50 Hrs | 660.00 |
| 08/20/08 | MTM | Work on government exhibit project for K&E counsel including locating missing government exhibits. | 1.50 Hrs | 412.50 |
| 08/20/08 | RAM | Read selected documents filed in bankruptcy court (.2). Conference with MTM re: status of government exhibit project (.1). | 0.30 Hrs | 96.00 |
| 08/21/08 | ARA | Per MTM's request, review Baron and Budd and Ness Motley exhibit lists for specific government exhibits (2.0). Document control (.8). | 2.80 Hrs | 336.00 |
| 08/21/08 | MTM | Telephone call from in-house counsel re: Libby NESHAPS documents, government exhibits project for K&E and Libby photos (.3); email to Holme Roberts paralegal re: same (.2); work on government exhibits project (2.3). | 2.80 Hrs | 770.00 |
| 08/22/08 | ARA | Per MTM's call, confirm number of pages in Libby personnel file; check email re: file and check pink slips re: same (1.5). Review Baron & Budd exhibit list for any reference to specific government exhibits (1.7). | 3.20 Hrs | 384.00 |

Page 3

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH AUGUST 31, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/22/08 | MTM | Email from in-house counsel re: affidavit for local counsel in Kilgore workers' comp. matter (.2); draft affidavit (1.0); review Kilgore's file at Winthrop Square re: same (1.8); review and respond to various emails to and from local counsel re: same (.7); telephone call to local counsel re: same (.3). | 4.00 Hrs | 1,100.00 |
| 08/22/08 | RAM | Read emails to/from MTM re: Kilgore matter. | 0.10 Hrs | 32.00 |
| 08/25/08 | ARA | Per MTM's request, look for documents in the production set re: government exhibit project (1.5).  Per telephone call from and to MTM, review depositions of former Grace employee re: educational background; produce information and discuss with MTM (2.0). Assist MTM with review of government exhibits (.3). | 3.80 Hrs | 456.00 |
| 08/25/08 | DMB | Begin search for additional government exhibits, per MTM's request. | 0.50 Hrs | 140.00 |
| 08/25/08 | MTM | Work on status memo to K&E counsel re: government exhibits project (4.8); conference with DMB re: additional searches re: same (.2); telephone call from RAM re: request from in-house counsel for information on former Grace employee (.2); telephone call to ARA re: same (.3); telephone call from in-house counsel re: Libby photos and Libby storage box issues (.3); conference with ARA re: former Grace employee's transcripts (.3); review selected transcripts (.4); telephone call to in-house counsel re: same (.2). | 6.70 Hrs | 1,842.50 |
| 08/25/08 | RAM | Telephone conferences with in-house counsel and MTM to verify educational background of former Grace employee. | 0.20 Hrs | 64.00 |
| 08/26/08 | ARA | Document control (1.0). Review documents in the production set re: government exhibit project (1.1). | 2.10 Hrs | 252.00 |

Page 4

THROUGH AUGUST 31, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 08/26/08 | MTM | Finalize letter to K&E counsel re: status of government exhibits project (4.0); receipt and review of motion to strike from opposing counsel and email from Grace's local counsel in Kilgore matter (.6); review memos re: date Libby storage boxes shipped to Boston re: same (.8); email response to Grace local counsel in Kilgore matter re: motion to strike (.5); telephone call to in-house counsel re: same (.2); receipt and review of email and spreadsheet from in-house counsel re: Libby storage boxes and inventory from former Grace counsel re: same (.3). | 6.40 Hrs | 1,760.00 |
| 08/26/08 | RAM | Read motion and related emails re: Kilgore matter. | 0.10 Hrs | 32.00 |
| 08/27/08 | ARA | Review documents in production set for specific government exhibits (1.2). Produce Libby personnel file to MTM (.2). Document control (.3). Per MTM's request, review past production files to determine number of boxes of copy sets re: locating certain government exhibits (3.8); conferences with MTM re: same (.2). | 5.70 Hrs | 684.00 |
| 08/27/08 | MTM | Review inventory from in-house counsel and compare it to prior inventories of Libby storage boxes and East Texas boxes (1.5). Conference with ARA re: personal injury and/or property damage copy sets re: government exhibits project (.2); review stored file transmittal forms re: additional Libby storage box inventories (.3); telephone call to in-house Grace counsel re: same and Kilgore personnel file (.2); telephone call to ARA re: same and copy sets re: government exhibit project (.3); telephone call and letter to local counsel in Kilgore matter (.4); email to local counsel in Kilgore matter re: same (.2). | 3.10 Hrs | 852.50 |
| 08/28/08 | ARA | Per MTM, search for Libby union records (2.1); arrange to have them copied (.2). Document control (.9). | 3.20 Hrs | 384.00 |
| 08/28/08 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 32.00 |
| 08/29/08 | ARA | Per MTM's request, review past production files to determine number of boxes of copy sets re: locating certain government exhibits. | 4.20 Hrs | 504.00 |

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH AUGUST 31, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 08/29/08 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | 32.00 |

|  |  |
|---|---|
| TOTAL LEGAL SERVICES | $21,535.00 |

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| ROBERT A. MURPHY | 0.05 | 320.00 | No Charge |
| ROBERT A. MURPHY | 2.60 | 320.00 | 832.00 |
| DONNA M. BREWER | 0.50 | 280.00 | 140.00 |
| MATTHEW T. MURPHY | 50.60 | 275.00 | 13,915.00 |
| ANGELA R. ANDERSON | 55.40 | 120.00 | 6,648.00 |
|  | 109.15 |  | $21,535.00 |

|  |  |
|---|---|
| TOTAL THIS BILL | $21,535.00 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

September 29, 2008
Bill Number 100327
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH AUGUST 31, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 08/06/08 | RAM | Work on quarterly fee application (.3); email to in-house counsel and Reed Smith attorney re: same concerning ZAI work (.2). | 0.50 Hrs | 160.00 |
| 08/07/08 | RAM | Finalize quarterly fee application and send it to Delaware counsel to file. | 0.10 Hrs | 32.00 |
| 08/20/08 | RAM | Work on July fee application. | 1.80 Hrs | 576.00 |
| 08/21/08 | RAM | Work on July fee application. | 0.80 Hrs | 256.00 |
| 08/22/08 | RAM | Work on July fee application and send it to in-house counsel. | 0.10 Hrs | 32.00 |
| 08/25/08 | RAM | Telephone call from in-house counsel that fee application may be filed. | 0.05 Hrs | No Charge |
| 08/28/08 | RAM | Finalize July fee application and send it to Delaware counsel to file. | 0.30 Hrs | 96.00 |

TOTAL LEGAL SERVICES        $1,152.00

Mark A. Shelnitz
Re:   Fee Applications, Applicant

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| ROBERT A. MURPHY | 0.05 | 320.00 | No Charge |
| ROBERT A. MURPHY | 3.60 | 320.00 | 1,152.00 |
| | 3.65 | | $1,152.00 |

| | | |
|---|---|---|
| | TOTAL THIS BILL | $1,152.00 |

Mark A. Shelnitz
Re:   Fee Applications, Applicant

**EXHIBIT B**
(Expense Detail)

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

September 29, 2008
Bill Number 100328
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

### COSTS

THROUGH AUGUST 31, 2008

PROFESSIONAL SERVICES
| | | |
|---|---|---|
| 08/22/08 | GOODWIN PROCTER - Search for documents re: government exhibits project (7/08). | 4,150.00 |
| | | $4,150.00 |

OUTSIDE PHOTOCOPYING
| | | |
|---|---|---|
| 08/11/08 | MERRILL COMM - Copies of pages for ZAI project (7/17/08). | 200.66 |
| | | $200.66 |

PHOTOCOPYING
| | | |
|---|---|---|
| 08/07/08 | 12 copies at .10 per copy | 1.20 |
| 08/08/08 | 40 copies at .10 per copy | 4.00 |
| 08/21/08 | 27 copies at .10 per copy | 2.70 |
| 08/25/08 | 6 copies at .10 per copy | 0.60 |
| | | $8.50 |

RENT REIMBURSEMENT
| | | |
|---|---|---|
| 08/01/08 | Rent and utilities for document repository at One Winthrop Square - August 2008. | 12,153.26 |

Page 1

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

|  |  |
|---|---:|
|  | $12,153.26 |
| TOTAL COSTS | $16,512.42 |
| TOTAL THIS BILL | $16,512.42 |

**CASNER & EDWARDS, LLP**
ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

September 29, 2008
Bill Number 100329
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

### COSTS

THROUGH AUGUST 31, 2008

FEDERAL EXPRESS

| Date | Description | Amount |
|---|---|---|
| 08/19/08 | To 919 N Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on August 7, 2008. | 26.85 |
| 08/19/08 | To 919 North Market Street, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on July 24, 2008. | 18.60 |

|  |  |
|---|---|
|  | $45.45 |
| TOTAL COSTS | $45.45 |
| TOTAL THIS BILL | $45.45 |

Page 1