IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. **01-1139 (PJW)** |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) Objection Date: __10/21__, 2008, at __4__ p.m. | |
| | ) Hearing Date: Scheduled if Necessary (Negative Notice) | |

**THIRTY-FIFTH MONTHLY APPLICATION OF DELOITTE TAX LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM JANUARY 1 THROUGH JANUARY 31, 2008**

Name of Applicant:   Deloitte Tax LLP ("Deloitte Tax").

Authorized to Provide Professional Services to:  The above-captioned debtors and debtors-in-possession.

Date of Retention:  December 20, 2004.

Period for which Compensation and Reimbursement is Sought: January 1 – 31, 2008

Amount of Compensation Sought as Actual, Reasonable and Necessary:          $3,668.00

Less 20% Holdback for Hourly Rate Services:          ($  733.60)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

Fees Sought Hereunder                                    $2,934.40

Amount of Expenses Sought Hereunder              $        0

Total Amount of Payment Sought Hereunder:        $2,934.40

This is a:    xx monthly         _ interim            _ final application.

91100-001\DOCS_DE:79005.1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. **01-1139 (PJW)** |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

**THIRTY-FIFTH MONTHLY APPLICATION OF DELOITTE TAX LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM JANUARY 1 THROUGH JANUARY 31, 2008**

This thirty-fourth monthly application (this "Application") of Deloitte Tax LLP ("Deloitte

Tax") is for compensation for services rendered in connection with Deloitte Tax's provision of tax

services and custom procedures review services to the Debtors during the period from January 1 –

31, 2008.  Attached hereto as Exhibit A is the Verification of Tim Tuerff of Deloitte Tax.

**BACKGROUND**

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016

and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers

---

[2]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.
91100-001\DOCS_DE:79005.1

-3-

to the Debtors <u>Nunc Pro Tunc</u> to August 22, 2004 was entered by this Court on December 21, 2004.

Prior to August 22, 2004, tax advisory services, along with customs procedures review services, for

which compensation and expense reimbursement is sought hereunder were provided to the Debtors

by Deloitte & Touche LLP ("Deloitte & Touche"). As of August 22, 2004, Deloitte & Touche is no

longer providing tax services or compensation procedures review services to the Debtors.

**FEE AND EXPENSE REIMBURSEMENT DETAIL**

Attached hereto as Exhibit B is a summary of fees sought by Deloitte Tax, reflecting each

Deloitte Tax professional providing tax advisory services and customs procedures services during

this thirty-first monthly period, their position, total hours billed, hourly billing rate, and total fees

sought, along with expenses.

Also attached hereto is Exhibit C which sets forth, on a daily basis, each professional

providing tax advisory services and customs procedures review services, the applicable project

category, a description of the services, the hours expended, the professionals' hourly billing rates,

and the total fees incurred.

Dated: August 19, 2008

DELOITTE TAX LLP

Tim Tuerff, Partner
555 West 12 Street
Suite 500
Washington, DC 20004-1207
Telephone:  (202) 378-5223
Facsimile:   (202) 661- 1934

Tax service providers for Debtors and Debtors in Possession

## EXHIBIT A

### VERIFICATION

WASHINGTON                     :
                               :
DISTRICT OF COLUMBIA     :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a)      I am a partner with the applicant firm of Deloitte Tax LLP.

b)      I have personal knowledge of Deloitte Tax LLP's retention as tax service providers

to the Debtors in these Chapter 11 cases.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and

correct to the best of my knowledge, information and belief.  Moreover, I have reviewed

Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331

Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for

Professionals and Official Committee Members', signed April 17, 2002, and submit that the

Application substantially complies with such Rule and Order.

_____
                                       Tim Tuerff
                                       Partner

SWORN AND SUBSCRIBED
before me this 19 day of August, 2008.

_____
Notary Public
My Commission Expires: 3|14|2010

91100-001\DOCS_DE:79005.1

-6-

**EXHIBIT B**

**W.R. Grace**
**Hours Spent by Each Person**
**January 1 – 31, 2008 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | Professional Fees |
|---|---|---|---|
| Bryan Collins | 1.30 | $ 600 | $ 780 |
| Matthew Gareau | 1.30 | $ 515 | $ 670 |
| **Lonely Parent Fees** | **2.60** | | **$ 1,450** |
| | | | |
| Bryan Collins | 0.40 | $ 600 | $ 240 |
| **NOL Carryback Fees** | **0.40** | | **$ 240** |
| | | | |
| Bryan Collins | 1.10 | $ 600 | $ 660 |
| **Project Chekov Fees** | **1.10** | | **$ 660** |
| | | | |
| Timothy Tuerff | 1.10 | $ 600 | $ 660 |
| Frances Huyke | 0.70 | $ 70 | $ 49 |
| Lecia Ross | 8.70 | $ 70 | $ 609 |
| **Total Administrative Services Fees** | **10.50** | | **$ 1,318** |
| | | | |
| **Total Deloitte Tax LLP Fees for January 2008** | **14.60** | | **$ 3,668** |

## EXHIBIT C

**W.R. Grace**
**Hours**
**detail**
**January 1 - 31, 2008 (Deloitte Tax LLP)**

| Date | Person | Project Category | Description | Hours | Billing Rate | Professional Fees |
|------|--------|------------------|-------------|-------|--------------|-------------------|
| 1/24/2008 | Matthew Gareau | Lonely Parent | Lonely Parent examples Presentation | 1.30 | $ 515 | $ 670 |
| 1/24/2008 | Bryan Collins | Lonely Parent | Lonely Parent examples Presentation | 1.30 | $ 600 | $ 780 |
| 1/22/2008 | Bryan Collins | NOL Carryback | Carry Back Issue | 0.40 | $ 600 | $ 240 |
| 1/25/2008 | Bryan Collins | Project Chekhov | Project Chekhov - Financing Questions | 0.30 | $ 600 | $ 180 |
| 1/31/2008 | Bryan Collins | Project Chekhov | Project Chekhov | 0.80 | $ 600 | $ 480 |
| 1/15/2008 | Frances Huyke | Administrative services | filing - closing agreement | 0.30 | $ 70 | $ 21 |
| 1/16/2008 | Frances Huyke | Administrative services | letter draft - closing agreement | 0.40 | $ 70 | $ 28 |
| 1/2/2008 | Lecia Ross | Administrative services | prepare client bill detail for bankruptcy court and review w/TTT | 1.30 | $ 70 | $ 91 |
| 1/7/2008 | Lecia Ross | Administrative services | prepare client bill detail for bankruptcy court | 0.80 | $ 70 | $ 56 |
| 1/8/2008 | Lecia Ross | Administrative services | prepare client bill detail for bankruptcy and discuss w/TTT | 1.70 | $ 70 | $ 119 |
| 1/17/2008 | Lecia Ross | Administrative services | preparing monthly statements and formatting bankruptcy statement | 0.80 | $ 70 | $ 56 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 1/18/2008 | Lecia Ross | Administrative services | formatting bankruptcy notices | 1.40 | $ | 70 | $ | 98 |
| 1/23/2008 | Lecia Ross | Administrative services | formatting bankruptcy notices | 0.60 | $ | 70 | $ | 42 |
| 1/29/2008 | Lecia Ross | Administrative services | bankruptcy statements | 1.20 | $ | 70 | $ | 84 |
| 1/30/2008 | Lecia Ross | Administrative services | bankruptcy statements | 0.90 | $ | 70 | $ | 63 |
| 1/2/2008 | Timothy Tuerff | Administrative services | review/prep bankruptcy filings with L. Ross | 0.70 | $ | 600 | $ | 420 |
| 1/3/2008 | Timothy Tuerff | Administrative services | review bankruptcy filing documents and interim fee application statements | 0.20 | $ | 600 | $ | 120 |
| 1/16/2008 | Timothy Tuerff | Administrative services | review bankruptcy filing documents and interim fee application statements | 0.20 | $ | 600 | $ | 120 |
| | | | | 14.60 | | | $ | 3,668 |