IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. **01-1139 (PJW)** |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Objection Date:** 10 21 , 2008, at 4 00 p.m. |
| | ) | **Hearing Date: Scheduled if Necessary (Negative Notice)** |

**THIRTY-NINETH MONTHLY APPLICATION OF DELOITTE TAX LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES TO THE DEBTORS
FOR THE PERIOD FROM MAY 1 THROUGH MAY 31, 2008**

<u>Name of Applicant:</u>    Deloitte Tax LLP ("Deloitte Tax").

<u>Authorized to Provide Professional Services to:</u>  The above-captioned debtors and debtors-in-possession.

<u>Date of Retention:</u>   December 20, 2004.

<u>Period for which Compensation and Reimbursement is Sought:</u> May 1 – 31, 2009

| | |
|---|---|
| <u>Amount of Compensation Sought as Actual, Reasonable and Necessary:</u> | $ 1,262.00 |
| <u>Less 20% Holdback for Hourly Rate Services:</u> | ($ 252.40) |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

Fees Sought Hereunder                                    $ 1,009.60

Amount of Expenses Sought Hereunder            $        0

Total Amount of Payment Sought Hereunder:      $  1,009.60

This is a:      xx monthly          _ interim          _ final application.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. **01-1139 (PJW)** |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |

**THIRTY-NINETH MONTHLY APPLICATION OF DELOITTE TAX LLP**
**FOR COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF EXPENSES TO THE DEBTORS**
**FOR THE PERIOD FROM MAY 1 THROUGH MAY 31, 2008**

This thirty-fourth monthly application (this "Application") of Deloitte Tax LLP ("Deloitte

Tax") is for compensation for services rendered in connection with Deloitte Tax's provision of tax

services and custom procedures review services to the Debtors during the period from May 1 - 31,

2008.  Attached hereto as Exhibit A is the Verification of Tim Tuerff of Deloitte Tax.

**BACKGROUND**

The Order Pursuant to 11 U.S.C. §§ 327(a) and 328(a) and Fed. R. Bankr. P. 2014(a), 2016

and 5002 Authorizing the Employment and Retention of Deloitte Tax LLP as Tax Service Providers

---

[2] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

91100-001\DOCS_DE:79005.1

to the Debtors Nunc Pro Tunc to August 22, 2004 was entered by this Court on December 21, 2004.

Prior to August 22, 2004, tax advisory services, along with customs procedures review services, for

which compensation and expense reimbursement is sought hereunder were provided to the Debtors

by Deloitte & Touche LLP ("Deloitte & Touche"). As of August 22, 2004, Deloitte & Touche is no

longer providing tax services or compensation procedures review services to the Debtors.

### FEE AND EXPENSE REIMBURSEMENT DETAIL

Attached hereto as Exhibit B is a summary of fees sought by Deloitte Tax, reflecting each

Deloitte Tax professional providing tax advisory services and customs procedures services during

this thirty-first monthly period, their position, total hours billed, hourly billing rate, and total fees

sought, along with expenses.

Also attached hereto is Exhibit C which sets forth, on a daily basis, each professional

providing tax advisory services and customs procedures review services, the applicable project

category, a description of the services, the hours expended, the professionals' hourly billing rates,

and the total fees incurred.

91100-001\DOCS_DE:79005.1

Dated: August 19, 2008

DELOITTE TAX LLP

Tim Tuerff, Partner
555 West 12 Street
Suite 500
Washington, DC 20004-1207
Telephone:  (202) 378-5223
Facsimile:    (202) 661- 1934

Tax service providers for Debtors and Debtors in Possession

91100-001\DOCS_DE:79005.1

## EXHIBIT A

### VERIFICATION

WASHINGTON                      :
                                :
DISTRICT OF COLUMBIA            :

Tim Tuerff, after being duly sworn according to law, deposes and says:

a)      I am a partner with the applicant firm of Deloitte Tax LLP.

b)      I have personal knowledge of Deloitte Tax LLP's retention as tax service providers
to the Debtors in these Chapter 11 cases.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and
correct to the best of my knowledge, information and belief.  Moreover, I have reviewed
Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331
Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for
Professionals and Official Committee Members', signed April 17, 2002, and submit that the
Application substantially complies with such Rule and Order.

Tim Tuerff
Partner

SWORN AND SUBSCRIBED
before me this 19 day of August, 2008.

Notary Public
My Commission Expires: 3 | 14 | 2010

91100-001\DOCS_DE:79005.1

-6-

**EXHIBIT B**

**W.R. Grace**
**Hours Spent by Each Person**
**May 1 - 31, 2008 (Deloitte Tax LLP)**

| Employee | Hours | Billing Rate | | Professional Fees | |
|---|---|---|---|---|---|
| Bryan Collins | 1.80 | $ | 600 | $ | 1,080 |
| **International Tax Planning Fees** | **1.80** | | | **$** | **1,080** |
| | | | | | |
| Lecia Ross | 2.60 | $ | 70 | $ | 182 |
| **Total Administrative Services Fees** | **2.60** | | | **$** | **182** |
| | | | | | |
| **Total Deloitte Tax LLP Fees for May 2008** | **4.40** | | | **$** | **1,262** |

91100-001\DOCS_DE:79005.1

# EXHIBIT C

**W.R. Grace**
**Hours detail**
**May 1 - 31, 2008 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 5/28/2008 | Bryan Collins | International Tax Planning | Discussion w/company and T. Tuerff regarding tax planning for international operations | 1.80 | $ 600 | $ 1,080 |
| 5/1/2008 | Lecia Ross | Administrative Services | research and detail prep for bankruptcy statements | 0.90 | $ 70 | $ 63 |
| 5/2/2008 | Lecia Ross | Administrative Services | research and detail prep for bankruptcy statements | 0.50 | $ 70 | $ 35 |
| 5/28/2008 | Lecia Ross | Administrative Services | bankruptcy notice preparation and follow up | 0.70 | $ 70 | $ 49 |
| 5/29/2008 | Lecia Ross | Administrative Services | bankruptcy notice preparation and follow up | 0.20 | $ 70 | $ 14 |
| 5/30/2008 | Lecia Ross | Administrative Services | bankruptcy notice preparation and follow up | 0.30 | $ 70 | $ 21 |
| | | | | **4.40** | | **$ 1,262** |

91100-001\DOCS_DE:79005.1

-8-