IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re:

W.R. GRACE & CO

Debtor

In Proceedings Under
Bankruptcy Chapter 11
2:01-BK-01140

ARIZONA DEPARTMENT OF REVENUE'S
WITHDRAWAL OF ADMINISTRATIVE EXPENSE CLAIM

The Arizona Department of Revenue hereby withdraws its Administrative Expense Claim, dated 09/24/2008, in the amount of $691.11 A copy of the claim is attached hereto.

Dated this 09/25/2008

ARIZONA DEPARTMENT OF REVENUE

Bankruptcy and Litigation Section
1600 West Monroe Street
Phoenix, AZ 85007



**STATE OF ARIZONA - PROOF OF CLAIM FOR ARIZONA DEPARTMENT OF REVENUE**

United States Bankruptcy Court for the District of DELAWARE
Administrative Expenses
**8th AMENDED**
Consolidated under Chapter 11;cases 01-01139- thru 01-01200

In the Matter of: **W.R. GRACE & CO**

Case Number  2:01-BK-01140
Chapter:  Bankruptcy Chapter 11
Taxpayer ID  13-5114230
Tax Type  TPT
Petition Date:  04/02/2001

1. The undersigned is the agent of the Arizona Department of Revenue and is authorized to make this proof of claim on its behalf.
2. The grounds for the liability are for taxes due under the Arizona Revised Statutes.

| Tax Type | Memo | Period | Tax | Penalty | Interest | Total |
|---|---|---|---|---|---|---|
| TPT | | 04/30/2004 | $253.95 | $6.35 | $3.81 | $264.11 |
| TPT | | 08/31/2004 | $23.03 | $0.00 | $0.00 | $23.03 |
| TPT | | 03/31/2005 | $105.33 | $0.00 | $0.81 | $106.14 |
| TPT | | 04/30/2005 | $259.33 | $1.30 | $0.17 | $260.80 |
| TPT | | 06/30/2005 | $37.03 | $0.00 | $0.00 | $37.03 |
| | | **Amount Due as of this Statement:** | | | | **$691.11** |

Any pleading concerning this Claim must be filed and served on the Arizona Department of Revenue.

ARIZONA DEPARTMENT OF REVENUE
BANKRUPTCY LITIGATION SECTION
1600 West Monroe Street
Phoenix, AZ 85007

Signed:  _____

Dated:   09/24/2008

Christina M Garcia
Bankruptcy and Litigation Section
Phone: (602) 716-6860