**FIFTY-FOURTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JULY 1, 2008 THROUGH JULY 31, 2008)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

## W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Professional
For the Period 7/1/08 through 7/31/08

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $650 | 13.70 | $8,905.00 |
| S. Cunningham | Member | $650 | 28.60 | $18,590.00 |
| R. Frezza | Consultant | $550 | 8.30 | $4,565.00 |
| J. Dolan | Consultant | $395 | 58.70 | $23,186.50 |
| M. Desalvio | Research | $165 | 11.00 | $1,815.00 |
| N. Backer | Paraprofessional | $110 | 3.90 | $429.00 |
| For the Period 7/1/08 through 7/31/08 | | | 124.20 | $57,490.50 |

Capstone Advisory Group, LLC
Invoice for the July 2008 Fee Application

# W.R. Grace & Co.
Capstone Advisory Group, LLC
Summary of Fees by Task Code
For the Period 7/1/08 through 7/31/08

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant read and analyzed information regarding Red Sox acquisition. | 4.80 | $2,227.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims, reviewed recovery scenarios under various assumptions and prepared interest accrued scenarios, as well as analyses related to COLI motion and Debtors objection to default interest. | 55.60 | $29,265.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports. | 8.40 | $3,802.50 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant analyzed the Debtors LTIP motion and related information and prepared report to the Committee thereon. | 25.20 | $13,525.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the April and May Fee Statements. | 7.20 | $1,809.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding May monthly and Q2 08 results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports. A report to Committee was prepared thereon. | 10.70 | $4,405.00 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant prepared analyses for inclusion in the Business Plan Report to the Committee. | 1.30 | $641.00 |
| 21. Research | During the Fee Application period, the Applicant researched interest rates and stock prices for recovery analysis. | 11.00 | $1,815.00 |
| **For the Period 7/1/08 through 7/31/08** | | **124.20** | **$57,490.50** |

Capstone Advisory Group, LLC                                                                Page 1 of 1
Invoice for the July 2008 Fee Application

## W.R. Grace & Co.
Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 7/1/08 through 7/31/08

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions/Divestitures | | | |
| 7/16/2008 | J. Dolan | 0.20 | Participated in discussion with counsel regarding potential acquisition by Debtors. |
| 7/18/2008 | S. Cunningham | 1.30 | Read and analyzed information regarding potential acquisition. |
| 7/24/2008 | J. Dolan | 3.30 | Read and analyzed Red Sox motion and related exhibits. Prepared additional request for information regarding the motion. |
| Subtotal | | 4.80 | |
| 03. Claims Analysis & Valuation | | | |
| 7/2/2008 | R. Frezza | 0.80 | Reviewed Debtor's response to Committee's objection regarding Default interest. |
| 7/2/2008 | E. Ordway | 1.40 | Read and analyzed the debtors' objection to default interest claim. |
| 7/2/2008 | J. Dolan | 1.60 | Read and analyzed counsel's response to the Debtor's objection regarding default interest and discussed comments with counsel. |
| 7/3/2008 | S. Cunningham | 2.20 | Read and analyzed counsel's response regarding default interest. |
| 7/3/2008 | J. Dolan | 1.70 | Read and analyzed loans against COLI policies motion and began preparing report to the Committee. |
| 7/7/2008 | J. Dolan | 3.80 | Prepared report to the Committee regarding loans against COLI policies. |
| 7/8/2008 | J. Dolan | 1.80 | Prepared report and related analyses to Committee regarding loans against COLI policies. |
| 7/8/2008 | J. Dolan | 0.50 | Reviewed stock analysis with counsel. |
| 7/8/2008 | J. Dolan | 0.70 | Read and analyzed COLI loan report with team and counsel to finalize. |
| 7/8/2008 | E. Ordway | 0.80 | Read and analyzed draft response to debtors' objection to Lender's claims. |
| 7/8/2008 | S. Cunningham | 3.10 | Read and analyzed COLI motion and information equal to loan vs sell. |
| 7/8/2008 | J. Dolan | 1.90 | Prepared stock analysis to assist in valuation recovery. |
| 7/9/2008 | J. Dolan | 1.30 | Finalized report to the Committee regarding COLI loans. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/9/2008 | J. Dolan | 1.90 | Prepared stock price analysis for recovery purposes. |
| 7/9/2008 | S. Cunningham | 2.20 | Read and analyzed report to Committee regarding COLI Loans. |
| 7/10/2008 | J. Dolan | 0.70 | Read and analyzed response to Debtors motion regarding default interest. |
| 7/15/2008 | E. Ordway | 0.30 | Analyzed stock trading activity data. |
| 7/17/2008 | J. Dolan | 1.10 | Read and analyzed response to Debtors regarding default interest. |
| 7/17/2008 | J. Dolan | 0.70 | Participated in discussion regarding Committee response to Debtors objection. |
| 7/17/2008 | S. Cunningham | 1.60 | Read and analyzed recovery scenario and claims data. |
| 7/19/2008 | R. Frezza | 1.10 | Prepared analyses as requested by counsel regarding objection to default interest and POR term sheet. |
| 7/22/2008 | E. Ordway | 0.90 | Read and analyzed POR term sheet. |
| 7/25/2008 | R. Frezza | 0.80 | Read and analyzed counsel's synopsis of the July 21 omnibus hearing. Responded to lender questions regarding interest scenarios. |
| 7/25/2008 | E. Ordway | 1.80 | Analyzed financial data pertinent to objection response including interest calculations and stock price data. |
| 7/27/2008 | J. Dolan | 2.90 | Prepared analyses as requested by counsel regarding objection to default interest and POR term sheet. |
| 7/28/2008 | S. Cunningham | 2.00 | Read and analyzed information regarding default interest. |
| 7/28/2008 | E. Ordway | 1.90 | Directed staff in assembling data relevant to objections response re: default interest. |
| 7/28/2008 | J. Dolan | 2.80 | Prepared analyses as requested by counsel regarding objection to default interest and POR term sheet. |
| 7/29/2008 | S. Cunningham | 3.00 | Read and analyzed information regarding default interest objection. |
| 7/29/2008 | J. Dolan | 2.50 | Prepared analyses as requested by counsel regarding objection to default interest and POR term sheet. |
| 7/29/2008 | E. Ordway | 1.80 | Prepared analyses applicable to objection response re: default interest. |
| 7/30/2008 | S. Cunningham | 2.00 | Read and analyzed information regarding default interest objection. |
| 7/30/2008 | S. Cunningham | 2.00 | Read and analyzed various Grace filings and objection. |
| Subtotal | | 55.60 | |

**Capstone Advisory Group, LLC**
Invoice for the July 2008 Fee Application

Page 2 of 5

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 04. Creditor Committee Matters | | | |
| 7/3/2008 | J. Dolan | 0.60 | Updated work plan. |
| 7/7/2008 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 7/10/2008 | J. Dolan | 1.70 | Prepared for and participated in call with lender to update on case and provide recent information and reports. |
| 7/22/2008 | J. Dolan | 1.20 | Read and analyzed recent docket submissions. |
| 7/24/2008 | E. Ordway | 0.70 | Communications regarding affidavit for Lender claims. |
| 7/24/2008 | E. Ordway | 0.70 | Prepared outline of objections response affidavit. |
| 7/24/2008 | J. Dolan | 0.90 | Read and analyzed counsel's memo to the Committee regarding recent hearings. |
| 7/24/2008 | E. Ordway | 0.50 | Read Counsels' memo on July 21 court hearing. |
| 7/30/2008 | J. Dolan | 1.00 | Read and analyzed recent docket submissions. |
| Subtotal | | 8.40 | |
| 05. Employee Matters/KERP/Other | | | |
| 7/9/2008 | S. Cunningham | 2.60 | Read and analyzed LTIP Proposal. |
| 7/10/2008 | E. Ordway | 1.40 | Analyzed LTIP data. |
| 7/10/2008 | R. Frezza | 1.30 | Analyzed LTIP motion and related financial information. |
| 7/11/2008 | S. Cunningham | 2.00 | Read and analyzed LTIP Information. |
| 7/14/2008 | S. Cunningham | 2.10 | Read and analyzed LTIP report to the Committee |
| 7/15/2008 | J. Dolan | 1.80 | Prepared analyses related to LTIP motion and request for approval. |
| 7/17/2008 | S. Cunningham | 1.50 | Read and analyzed LTIP historical data and proposal. |
| 7/22/2008 | J. Dolan | 3.20 | Read and analyzed final LTIP motion and related exhibits and prepared report to the Committee. |
| 7/24/2008 | J. Dolan | 2.60 | Prepared analyses and report to the Committee regarding LTIP authorization. |
| 7/28/2008 | R. Frezza | 0.70 | Read and analyzed final LTIP report prior to issuance to counsel. |
| 7/28/2008 | S. Cunningham | 1.00 | Review employee LTIP motion and information. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/28/2008 | J. Dolan | 1.40 | Prepared LTIP report for the Committee based on recent motion. |
| 7/30/2008 | R. Frezza | 2.10 | Completed LTIP report. |
| 7/31/2008 | R. Frezza | 1.50 | Discussed LTIP report with counsel; updated for counsel changes. |
| Subtotal | | 25.20 | |

**07. Fee Applications & Invoices**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/1/2008 | N. Backer | 2.20 | Prepared the May fee statement. |
| 7/2/2008 | N. Backer | 0.30 | Prepared the May fee statement. |
| 7/7/2008 | J. Dolan | 0.90 | Prepared May fee application. |
| 7/9/2008 | N. Backer | 0.40 | Prepared the May fee statement. |
| 7/10/2008 | N. Backer | 0.20 | Prepared June fee statement. |
| 7/22/2008 | N. Backer | 0.30 | Prepared June fee statement. |
| 7/22/2008 | J. Dolan | 0.40 | Finalized and filed May 2008 fee application. |
| 7/28/2008 | N. Backer | 0.50 | Prepared June fee statement. |
| 7/29/2008 | J. Dolan | 0.80 | Prepared June fee application. |
| 7/29/2008 | E. Ordway | 0.30 | Prepared fee application. |
| 7/30/2008 | J. Dolan | 0.90 | Prepared June fee application. |
| Subtotal | | 7.20 | |

**08. Financial Analysis - Schedules & Statements**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/1/2008 | J. Dolan | 2.20 | Read and analyzed May operating reporting package. |
| 7/10/2008 | J. Dolan | 1.00 | Read and analyzed 7th DIP amendment received from Blackstone. |
| 7/11/2008 | E. Ordway | 0.70 | Analyzed DIP amendment. |
| 7/15/2008 | J. Dolan | 1.30 | Prepared analysis of financial results for report to the Committee. |
| 7/24/2008 | J. Dolan | 0.40 | Requested information regarding updated claims, etc. |
| 7/24/2008 | J. Dolan | 1.50 | Read and analyzed 2nd quarter 2008 results press release. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/25/2008 | J. Dolan | 2.50 | Prepared analyses reated to 2Q08 results for inclusion in report to the Committee. |
| 7/30/2008 | J. Dolan | 1.10 | Read and analyzed 8K filed by Grace. |
| Subtotal | | 10.70 | |

**09. Financial Analysis - Business Plan**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/1/2008 | E. Ordway | 0.50 | Prepared and edited report to the Committee re: Business Plan. |
| 7/1/2008 | J. Dolan | 0.80 | Finalized report on Business Plan and 1st quarter results. |
| Subtotal | | 1.30 | |

**21. Research**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 7/2/2008 | M. Desalvio | 0.50 | Researched debt trading levels for recovery analysis. |
| 7/9/2008 | M. Desalvio | 1.00 | Researched stock prices and market cap. |
| 7/28/2008 | M. Desalvio | 7.20 | Researched syndicated loans in need of default rate interest. |
| 7/29/2008 | M. Desalvio | 2.30 | Researched syndicated deals for interest and default rates. |
| Subtotal | | 11.00 | |
| **Total Hours** | | **124.20** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 7/1/08 through 7/31/08

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Capstone Expenses | | | |
| 7/7/2008 | Research | Bloomberg | $79.00 |
| 7/7/2008 | Research | Pacer | $2.08 |
| 7/31/2008 | Telecom | July Telecom - Saddle Brook Office | $122.71 |
| Subtotal - Capstone Expenses | | | $203.79 |
| E. Ordway | | | |
| 7/1/2008 | Telecom | Verizon - May 23 - Jun 22 | $7.07 |
| Subtotal - E. Ordway | | | $7.07 |
| For the Period 7/1/08 through 7/31/08 | | | $210.86 |

Capstone Advisory Group, LLC                                                                                           Page 1 of 1
Invoice for the July 2008 Fee Application