**Exhibit II**

**Fee Application for the period**

**April 1, 2008 through April 30, 2008**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co. et al.**[1]; | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

**Objection Deadline:**
July 23, 2008 at 4:00 p.m.
Hearing date: To be scheduled only if objections
are timely filed and served.

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To: (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in the above-captioned chapter 11 cases, filed and served its Fifty-First Interim Application for

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses Incurred for the period from April 1, 2008 through April 30, 2008 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $75,154.80, representing 80% of $93,943.50, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $325.30.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **July 23, 2008 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official

Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000); and (vii) the Office of the United States Trustee, Attn: David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, to Bobbi Ruhlander, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201.

(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

Dated: July 3, 2008
      Wilmington, DE

RESPECTFULLY SUBMITTED,

Michael R. Lastowski, Esq. (DE 3892)
Frederick B. Rosner (DE 3995)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
Facsimile:    (302) 657-4901
E-mail:    mlastowski@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:    (973) 424-2000
Facsimile:    (973) 424-2001
E-mail:    wskatchen@duanemorris.com

and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:    (212) 806-5400
Facsimile:    (212) 806-6006
E-mail:    lkruger@Stroock.com

Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al., | ) | Case No.  01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

**FIFTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,**
**FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**(FOR THE PERIOD FROM APRIL 1, 2008 THROUGH APRIL 30, 2008)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | April 1, 2008 through April 30, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $ 93,943.50): | $ 75,154.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 325.30 |
| Total Amount Due: | $ 75,480.10 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the February and March monthly fee statements, as well as the 17th Quarterly Fee Application is 9.50 hours and corresponding compensation requested is approximately $2,629.00

This is the Fifty – First Interim Application filed by Capstone.  Disclosure for the current period and prior periods is as follows:

**FIFTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2008 THROUGH APRIL 30, 2008)**

**ATTACHMENT A
TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**FIFTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM APRIL 1, 2008 THROUGH APRIL 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $   494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $   435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**FIFTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2008 THROUGH APRIL 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**FIFTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2008 THROUGH APRIL 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |

**FIFTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2008 THROUGH APRIL 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**FIFTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2008 THROUGH APRIL 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | **$232,454.50** | **$1217.17** | **$185,963.60** |
| January 23, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |
| January 23, 2008 | November 1, 2007 through November 30, 2007 | $82,993.00 | $407.99 | $66,394.40 |
| February 7, 2008 | December 1, 2007 through December 31, 2007 | $53,730.50 | $308.15 | $42,984.40 |
| **Totals Sixteenth Quarterly** | **October 1, 2007 Through December 31, 2007** | **$188,115.00** | **$1009.70** | **$150,492.00** |
| March 4, 2008 | January 1, 2008 through January 31, 2008 | $62,899.50 | $174.14 | $50,319.60 |
| April 14, 2008 | February 1, 2008 through February 29, 2008 | $83,686.00 | $423.31 | $66,948.80 |
| May 23, 2008 | March 1, 2008 through March 31, 2008 | $88,842.50 | $442.15 | $64,674.00 |

**FIFTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM APRIL 1, 2008 THROUGH APRIL 30, 2008)**

| Totals Seventeenth Quarterly | January 1, 2008 Through March 31, 2008 | $227,428.00 | $1,039.60 | $181,942.40 |
|---|---|---|---|---|
| June 26, 2008 | April 1, 2008 through April 30, 2008 | $93,943.50 | $325.30 | $75,154.80 |

**FIFTY-FIRST INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM APRIL 1, 2008 THROUGH APRIL 30, 2008)</u>**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 4/1/08 through 4/30/08

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $650 | 10.50 | $6,825.00 |
| S. Cunningham | Member | $650 | 30.40 | $19,760.00 |
| R. Frezza | Consultant | $550 | 55.20 | $30,360.00 |
| J. Dolan | Consultant | $395 | 91.30 | $36,063.50 |
| M. Desalvio | Research | $165 | 2.80 | $462.00 |
| N. Backer | Paraprofessional | $110 | 4.30 | $473.00 |
| **For the Period 4/1/08 through 4/30/08** | | | **194.50** | **$93,943.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 4/1/08 through 4/30/08

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims, debt capacity, reviewed recovery scenarios under various assumptions and prepared interest accrued scenarios and analyses of the PI/PD proposal. | 103.50 | $51,490.50 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports. | 4.70 | $2,239.00 |
| 06. Environmental Mtrs/Regs/Litig. | During the Fee Application period, the Applicant analyzed the terms, motions and schedules related to the Libby settlement, FUSRAP settlement, liability transfer issue and prepared reports to the committee thereon. | 51.00 | $25,047.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the  February and March Fee Statements, as well as the 17th Quarterly Fee Application. | 9.50 | $2,629.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding Q1 08 results by comparing sales, EBIT, and gross margin to Plan and prior year as well as a review of industry reports. A report to Committee was prepared thereon. | 10.00 | $5,301.50 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant met with Company representatives and counsel regarding Plan. | 4.30 | $2,795.00 |
| 19. Tax Issues | During the Fee Application Period, the Applicant prepared a report to the Committee related to the real property tax settlement. | 1.70 | $671.50 |
| 21. Research | During the Fee Application period, the Applicant researched interest rates for recovery analysis. | 2.80 | $462.00 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant met with the Debtor to discuss Asbestos term sheet. | 7.00 | $3,307.50 |
| **For the Period 4/1/08 through 4/30/08** | | **194.50** | **$93,943.50** |

**Capstone Advisory Group, LLC**                                                                                  **Page 1 of 1**
**Invoice for the April 2008 Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 4/1/08 through 4/30/08

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|

03. Claims Analysis & Valuation

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/4/2008 | J. Dolan | 1.40 | Discussions with team regarding the impact of the Asbestos term sheet and related work plan. |
| 4/4/2008 | J. Dolan | 1.70 | Read and analyzed asbestos term sheet. |
| 4/4/2008 | S. Cunningham | 3.60 | Review term sheet re: plan proposal. |
| 4/4/2008 | R. Frezza | 2.50 | Read and analyzed Asbestos term sheet; prepared analysis of term sheet terms and discussed with counsel; participated on committee call regarding term sheet; Updated recovery analysis. |
| 4/5/2008 | J. Dolan | 1.80 | Update to recovery analysis based on Asbestos Term Sheet. |
| 4/5/2008 | J. Dolan | 1.40 | Prepared various analyses associated with the Asbestos Term Sheet. |
| 4/6/2008 | J. Dolan | 0.70 | Prepared request for additional information related to the Asbestos Term Sheet. |
| 4/7/2008 | S. Cunningham | 4.30 | Prepare analysis of asbestos settlement term sheet; calls with Blackstone and various holders of claims. |
| 4/7/2008 | J. Dolan | 4.00 | Prepared recovery analysis based on Asbestos/Debtor term sheet as well as liquidity analysis and leverage calculations. |
| 4/7/2008 | J. Dolan | 1.50 | Read and analyzed press release and SEC filing related to the Asbestos Deal. |
| 4/7/2008 | R. Frezza | 3.10 | Prepared for and participated in conference call to announce asbestos settlement term sheet.  Updated recovery analyses; ran Black Scholes model on warrant portion of offering. |
| 4/7/2008 | J. Dolan | 0.80 | Participated in the Investor conference call to discuss the Asbestos Term Sheet. |
| 4/8/2008 | J. Dolan | 1.70 | Updated various recovery analyses based on Asbestos/Debtor term sheet. |
| 4/8/2008 | J. Dolan | 3.40 | Prepared report to the Committee based on Asbestos/Debtor term sheet including claim estimate, settlement estimate, debt capacity. |
| 4/8/2008 | J. Dolan | 1.70 | Prepared term sheet analysis including deferred obligation and warrant value. |
| 4/8/2008 | R. Frezza | 1.90 | Continued analyses of term sheet. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/8/2008 | J. Dolan | 1.30 | Prepared debt capacity analysis based on S&P criteria, EBITDA, etc. |
| 4/8/2008 | R. Frezza | 3.50 | Prepared S&P analysis, recovery analyses, term sheet value analyses. |
| 4/8/2008 | R. Frezza | 2.50 | Prepared preliminary report for committee. |
| 4/8/2008 | S. Cunningham | 4.60 | Prepared analysis of Asbestos term sheet and related issues.  Reviewed interest calculation under various methods. |
| 4/8/2008 | J. Dolan | 1.50 | Prepared form of recovery analysis based on Asbestos/Debtor term sheet. |
| 4/9/2008 | J. Dolan | 0.60 | Discussion with the debt holder regarding interest calculations and term sheet. |
| 4/9/2008 | J. Dolan | 2.70 | Update report to the Committee regarding Asbestos/Debtor term sheet including settlement value estimates, claims analysis, etc. |
| 4/9/2008 | R. Frezza | 2.20 | Revised calculation of value to asbestos claimants per Term Sheet; revised Value distribution. |
| 4/9/2008 | R. Frezza | 3.00 | Prepared/revised report to committee on Term Sheet and other issues with respect to emergence. |
| 4/10/2008 | R. Frezza | 3.10 | Continued drafting committee report on asbestos settlement term sheet; conferred with counsel and discussed asbestos value to PI claimants. |
| 4/10/2008 | J. Dolan | 1.10 | Discussion with counsel re: next steps regarding Libby and term sheet. |
| 4/10/2008 | S. Cunningham | 4.20 | Review recoveries and prepare analysis of debt capacity based on Company term sheet. |
| 4/11/2008 | E. Ordway | 1.00 | Analyzed latest term sheet. |
| 4/14/2008 | R. Frezza | 3.70 | Attended post meeting with counsel to discuss term sheet analyses; value distribution and other data in preparation for report to committee on term sheet on Capstone observations. |
| 4/15/2008 | R. Frezza | 1.30 | Follow up on supplemental version of interest scenarios at request of counsel. |
| 4/15/2008 | S. Cunningham | 2.30 | Read and analyzed term sheet, requested information updates from Company financial advisor. |
| 4/15/2008 | S. Cunningham | 1.20 | Reconciled claims by category as included in hypothetical recovery analysis. |
| 4/16/2008 | R. Frezza | 1.40 | Continued follow up of counsel requests regarding interest and term sheet report comments. |
| 4/17/2008 | E. Ordway | 0.40 | Read correspondence re: Debtor meeting and term sheet. |
| 4/17/2008 | R. Frezza | 1.10 | Continued turn report drafts; responded to additional counsel questions and requests. |

**Capstone Advisory Group, LLC**
**Invoice for the April 2008 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/18/2008 | R. Frezza | 1.30 | Read correspondence re: Debtor meeting and term sheet. |
| 4/21/2008 | J. Dolan | 2.50 | Prepared various analyses related to the Term Sheet. |
| 4/21/2008 | J. Dolan | 1.20 | Prepared request for additional information regarding the term sheet and impact on unsecureds. |
| 4/21/2008 | E. Ordway | 0.60 | Read objection to term sheet. |
| 4/21/2008 | J. Dolan | 0.90 | Prepared report to the Committee regarding recovery analysis and term sheet. |
| 4/22/2008 | J. Dolan | 1.50 | Updated bank claim plus interest under various scenarios in connection with term sheet. |
| 4/22/2008 | J. Dolan | 1.70 | Prepared analysis re: S&P rating of debt upon emergence. |
| 4/22/2008 | J. Dolan | 0.70 | Updated recovery analysis based on changes in stock prices. |
| 4/22/2008 | J. Dolan | 0.90 | Prepared present value calculations of deferred obligations in connection with term sheet. |
| 4/22/2008 | J. Dolan | 0.60 | Prepared various leverage analyses in connection with the term sheet. |
| 4/22/2008 | E. Ordway | 0.30 | Reviewed recovery analysis update. |
| 4/22/2008 | J. Dolan | 2.30 | Prepared update report to the Committee regarding term sheet and revised recovery analysis. |
| 4/23/2008 | J. Dolan | 3.40 | Prepared various interest calculation at the request of counsel. |
| 4/24/2008 | J. Dolan | 1.10 | Discussion of interest calculations with counsel. |
| 4/24/2008 | J. Dolan | 2.60 | Researched amendments to the Credit Agreements for applicable provisions in claims analysis. |
| 4/29/2008 | E. Ordway | 0.50 | Communications with committee member re: term sheet for POR. |
| 4/29/2008 | J. Dolan | 3.20 | Read and analyzed Credit Agreements to determine proper accounting in recovery analysis. |
| Subtotal | | 103.50 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 4/2/2008 | J. Dolan | 0.30 | Read and analyzed recent SEC filing. |
| 4/3/2008 | J. Dolan | 1.00 | Read and analyzed recent docket submissions. |
| 4/7/2008 | E. Ordway | 0.40 | Read counsel's report re: personal injury settlement. |

**Capstone Advisory Group, LLC**
**Invoice for the April 2008 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 4/8/2008 | E. Ordway | 0.70 | Read counsel's report re: recent court hearing items. |
| 4/10/2008 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 4/11/2008 | E. Ordway | 0.20 | Communication re: upcoming Debtor meeting. |
| 4/21/2008 | J. Dolan | 0.80 | Read and analyzed recent docket submissions. |
| 4/29/2008 | E. Ordway | 0.20 | Updated work plans. |
| Subtotal | | 4.70 | |

06. Environmental Mtrs/Regs/Litig.

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|--------------------------|
| 4/1/2008 | R. Frezza | 2.20 | Prepared for and participated in call with counsel; Company et al regarding Curtis Bay Fusrap matter; response to Capstone questions. |
| 4/1/2008 | R. Frezza | 2.40 | Prepared for and participated in call with counsel;Company et al regarding ELT liability transfer matter. |
| 4/1/2008 | S. Cunningham | 2.20 | Analyzed Libby Settlement terms, motion, schedules. |
| 4/1/2008 | J. Dolan | 2.10 | Prepared various analyses and report to the Committee regarding the Libby Settlement. |
| 4/1/2008 | J. Dolan | 1.90 | Prepared for and participated in calls with Debtors and counsel regarding Liability Transfer matter. |
| 4/1/2008 | J. Dolan | 1.80 | Prepared for and participated in call with Debtors and counsel regarding FUSRAP settlement. |
| 4/2/2008 | J. Dolan | 1.60 | Prepared for and participated in call with counsel regarding Liability Transfer Motion. |
| 4/2/2008 | J. Dolan | 0.70 | Read and analyzed memo prepared by counsel regarding the FUSRAP matter. |
| 4/2/2008 | R. Frezza | 2.10 | Read and analyzed information regarding Curtis Bay Fusrap and participated in conf call with counsel and company regarding settlement. |
| 4/2/2008 | J. Dolan | 0.50 | Read and analyzed asbestos information requested regarding Libby Settlement. |
| 4/2/2008 | J. Dolan | 1.50 | Review of information received from Debtors related to the Libby Settlement. |
| 4/3/2008 | E. Ordway | 0.60 | Read data re: Libby Settlement. |
| 4/3/2008 | R. Frezza | 3.60 | Read and analyzed company responses to Capstone questions regarding Libby Settlement; development of additional questions to Company prior to Committee call. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 4/3/2008 | J. Dolan | 2.10 | Prepared report to the Committee regarding Libby settlement including various analyses such as liquidity, PV of claims. |
| 4/3/2008 | J. Dolan | 0.40 | Read and analyzed memo regarding FUSRAP settlement and related analyses. |
| 4/3/2008 | J. Dolan | 2.20 | Prepared for and participated in call with counsel regarding Libby settlement. |
| 4/3/2008 | J. Dolan | 1.00 | Prepared request for additional information related to the Libby Settlement. |
| 4/3/2008 | J. Dolan | 0.70 | Prepared summary analysis related to Libby including reserves, PV calculations, etc. |
| 4/4/2008 | R. Frezza | 2.90 | Read and analyzed revised Libby settlement memo and discussed with counsel; read and analyzed property tax claim settlement memo; discussed with counsel. |
| 4/5/2008 | J. Dolan | 1.10 | Read and revised report to the Committee regarding the Libby Settlement. |
| 4/6/2008 | J. Dolan | 0.60 | Revised report to the Committee regarding the Libby Settlement. |
| 4/7/2008 | R. Frezza | 3.70 | Prepared for an participated in conference call to announce Libby settlement; read and analyzed final version of Libby settlement memo; provided comments to counsel; read and analyzed property tax claim settlement memo; provided final comments to counsel. |
| 4/7/2008 | S. Cunningham | 1.30 | Read and analyzed final draft of memo to committee regarding Libby. |
| 4/7/2008 | J. Dolan | 1.20 | Finalized report to the Committee regarding the Libby Settlement. |
| 4/7/2008 | E. Ordway | 0.40 | Read counsel's memo re: Curtis Bay Settlement. |
| 4/8/2008 | E. Ordway | 1.50 | Prepared/edited report to Committee re: Libby Settlement. |
| 4/9/2008 | J. Dolan | 1.40 | Read and analyzed final version of report to the Committee regarding the Libby Settlement. |
| 4/9/2008 | R. Frezza | 1.50 | Analyzed financial impact of Libby settlement on Grace cash in context of emergence financing; followed up on open questions regarding Libby with Blackstone. |
| 4/10/2008 | J. Dolan | 1.40 | Prepared analysis for call regarding Libby liquidity, reserves, PV. |
| 4/10/2008 | R. Frezza | 2.70 | Prepared for and participated in conference call with committee and company addressing Libby settlement questions and issues; conferred with counsel on follow up on Libby. |
| 4/24/2008 | J. Dolan | 1.30 | Prepared interest analysis on Libby Settlement per the request of counsel and discussions thereof. |
| 4/28/2008 | E. Ordway | 0.40 | Read counsel's report re: environmental claims and FUSRAP program. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| Subtotal | | 51.00 | |

07. Fee Applications & Invoices

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/10/2008 | N. Backer | 1.50 | Prepared March fee statement |
| 4/10/2008 | J. Dolan | 1.20 | Prepared Feb monthly fee app. |
| 4/11/2008 | N. Backer | 1.20 | Prepared 17th Quarterly fee application. |
| 4/16/2008 | N. Backer | 1.60 | Prepared March fee statement. |
| 4/21/2008 | J. Dolan | 0.90 | Prepared March 08 fee application. |
| 4/21/2008 | J. Dolan | 0.80 | Finalized and submitted February 2008 fee application. |
| 4/24/2008 | E. Ordway | 0.40 | Prepared fee application. |
| 4/30/2008 | J. Dolan | 1.90 | Prepared fee analysis for February and March. |
| Subtotal | | 9.50 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/9/2008 | E. Ordway | 1.20 | Read and analyzed February operating report and listed items for Staff to investigate. |
| 4/9/2008 | J. Dolan | 2.50 | Read and analyzed February Operating monthly financials. |
| 4/14/2008 | E. Ordway | 1.20 | Continued to read and analyze February operating report. |
| 4/17/2008 | S. Cunningham | 2.40 | Read and analyzed February Operating monthly financials. |
| 4/22/2008 | E. Ordway | 0.50 | Analyzed S&P data accumulated by staff. |
| 4/23/2008 | J. Dolan | 2.20 | Read and analyzed 1st quarter results. |
| Subtotal | | 10.00 | |

09. Financial Analysis - Business Plan

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/14/2008 | S. Cunningham | 4.30 | Met with Company representatives and counsel regarding Plan. |
| Subtotal | | 4.30 | |

19. Tax Issues

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 4/5/2008 | J. Dolan | 0.50 | Prepared real property tax settlement report to the Committee. |

**Capstone Advisory Group, LLC**
**Invoice for the April 2008 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 4/6/2008 | J. Dolan | 0.70 | Prepared real property tax settlement report to the Committee. |
| 4/8/2008 | J. Dolan | 0.50 | Final revisions to real property tax payment report to the Committee. |
| Subtotal | | 1.70 | |
| 21. Research | | | |
| 4/29/2008 | M. Desalvio | 0.30 | Retrieve 3-month LIBOR rates for 2001 for interest analysis. |
| 4/30/2008 | M. Desalvio | 2.50 | Research fixed-rate LIBOR vs. floating-rate LIBOR for interest analysis . |
| Subtotal | | 2.80 | |
| 26. Meetings with Debtors/Advisors | | | |
| 4/10/2008 | J. Dolan | 3.50 | Prepared for and participated in call with Debtors and Committee regarding Libby Settlement and Asbestos/Debtors term sheet. |
| 4/14/2008 | R. Frezza | 3.50 | Prepared for and participated in meeting with Grace management; counsel and financial advisors, discussing the PI term sheet and related issues. |
| Subtotal | | 7.00 | |
| **Total Hours** | | **194.50** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 4/1/08 through 4/30/08

| Date | Professional | Detail | Amount |
|------|------|------|------|
| **Parking/Tolls** | | | |
| 4/14/2008  Cunningham | | Meeting with company and counsel. | $68.00 |
| Subtotal - Parking/Tolls | | | $68.00 |
| **Photocopies** | | | |
| 4/24/2008  Capstone Expense | | April Copies: 17 @ .10 ea | $1.70 |
| Subtotal - Photocopies | | | $1.70 |
| **Research** | | | |
| 4/18/2008  Capstone Expense | | April Bloomberg Service | $218.00 |
| 4/18/2008  Capstone Expense | | Pacer for April | $21.60 |
| Subtotal - Research | | | $239.60 |
| **Scans** | | | |
| 4/24/2008  Capstone Expense | | April Scans:  16 @ 1.00 ea | $16.00 |
| Subtotal - Scans | | | $16.00 |
| **For the Period 4/1/08 through 4/30/08** | | | $325.30 |