**Exhibit IV**

**Fee Application for the period**

**June 1, 2008 through June 30, 2008**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co. et al.[1];** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

**Objection Deadline:**
October 7, 2008 at 4:00 p.m.
**Hearing date:  To be scheduled only if objections
are timely filed and served.**

## NOTICE OF FILING OF MONTHLY FEE APPLICATION

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in the above-captioned chapter 11 cases, filed and served its Fifty-Third Interim Application for

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses Incurred for the period from June 1, 2008 through June 30, 2008 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $51,098.80, representing 80% of $63,873.50, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $491.33.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **October 7, 2008 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official

Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale, 399 Park Avenue, 36th Floor, New York, New York 10022 (fax number 212-644-6755) and Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor, 1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947); (v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower, Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899 (fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United States Trustee, Attn:  David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number 302-573-6497); and (viii) the Fee Auditor, to Bobbi Ruhlander, Warren H. Smith and Associates, Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201.


**(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)**

Dated: September 17, 2008
      Wilmington, DE

**RESPECTFULLY SUBMITTED,**

_____

Michael R. Lastowski, Esq. (DE I.D. No. 3892)
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:     (302) 657-4900
Facsimile:     (302) 657-4901
E-mail:        mlastowski@duanemorris.com

William S. Katchen, Esquire (Admitted in NJ Only)
DUANE MORRIS LLP
One Riverfront Plaza
Newark, New Jersey 07102
Telephone:     (973) 424-2000
Facsimile:     (973) 424-2001
E-mail:        wskatchen@duanemorris.com


                        and

Lewis Kruger, Esquire
STROOCK & STROOCK & LAVAN LLP
180 Maiden Lane
New York, New York 10038-4982
Telephone:     (212) 806-5400
Facsimile:     (212) 806-6006
E-mail:        lkruger@Stroock.com


Co-Counsel for the Official Committee of
Unsecured Creditors of W. R. Grace & Co., et al.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| _____ | ) | |

**FIFTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,**
**FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED**
**CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES**
**RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED**
**(FOR THE PERIOD FROM JUNE 1, 2008 THROUGH JUNE 30, 2008)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | June 1, 2008 through June 30, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $ 63,873.50): | $ 51,098.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 491.33 |
| Total Amount Due: | $ 51,590.13 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the 17th quarterly and the April and May monthly fee statements is 9.7 hours and corresponding compensation requested is $3,012.50.

This is the Fifty – Third Interim Application filed by Capstone. Disclosure for the current period and prior periods is as follows:

**FIFTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2008 THROUGH JUNE 30, 2008)**

**ATTACHMENT A
TO FEE APPLICATION**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**FIFTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JUNE 1, 2008 THROUGH JUNE 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**FIFTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2008 THROUGH JUNE 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**FIFTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JUNE 1, 2008 THROUGH JUNE 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |

**FIFTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM JUNE 1, 2008 THROUGH JUNE 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**FIFTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
<u>(FOR THE PERIOD FROM JUNE 1, 2008 THROUGH JUNE 30, 2008)</u>**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | **$232,454.50** | **$1217.17** | **$185,963.60** |
| January 23, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |
| January 23, 2008 | November 1, 2007 through November 30, 2007 | $82,993.00 | $407.99 | $66,394.40 |
| February 7, 2008 | December 1, 2007 through December 31, 2007 | $53,730.50 | $308.15 | $42,984.40 |
| **Totals Sixteenth Quarterly** | **October 1, 2007 Through December 31, 2007** | **$188,115.00** | **$1009.70** | **$150,492.00** |
| March 4, 2008 | January 1, 2008 through January 31, 2008 | $62,899.50 | $174.14 | $50,319.60 |
| April 14, 2008 | February 1, 2008 through February 29, 2008 | $83,686.00 | $423.31 | $66,948.80 |
| May 23, 2008 | March 1, 2008 through March 31, 2008 | $88,842.50 | $442.15 | $64,674.00 |

**FIFTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED <u>(FOR THE PERIOD FROM JUNE 1, 2008 THROUGH JUNE 30, 2008)</u>**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Seventeenth Quarterly** | **January 1, 2008 Through March 31, 2008** | **$227,428.00** | **$1,039.60** | **$181,942.40** |
| June 26, 2008 | April 1, 2008 through April 30, 2008 | $ 93,943.50 | $325.30 | $ 75,154.80 |
| July 10, 2008 | May 1, 2008 Through May 31, 2008 | $ 56,076.00 | $167.26 | $ 44,860.80 |
| September 15, 2008 | June 1, 2008 Through June 30, 2008 | $ 63,873.50 | $491.33 | $ 51,098.80 |

**FIFTY-THIRD INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM JUNE 1, 2008 THROUGH JUNE 30, 2008)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Professional
## For the Period 6/1/08 through 6/30/08

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $650 | 12.70 | $8,255.00 |
| S. Cunningham | Member | $650 | 19.60 | $12,740.00 |
| R. Frezza | Consultant | $550 | 13.10 | $7,205.00 |
| J. Dolan | Consultant | $395 | 84.20 | $33,259.00 |
| M. Desalvio | Research | $165 | 12.30 | $2,029.50 |
| N. Backer | Paraprofessional | $110 | 3.50 | $385.00 |
| **For the Period 6/1/08 through 6/30/08** | | | **145.40** | **$63,873.50** |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Summary of Fees by Task Code
## For the Period 6/1/08 through 6/30/08

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and reviewed recovery scenarios under various assumptions and prepared interest accrued scenarios. Applicant also analyzed the Debtors objection to default interest. | 13.10 | $5,695.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports. | 8.70 | $4,762.50 |
| 05. Employee Matters/KERP/Other | During the Fee Application period, the Applicant prepared various analyses related to pension funding amd TIP and prepared reports to the Committee thereon. | 10.30 | $4,732.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the 17th quarterly fee application and the April and May monthly Fee Statements. | 9.70 | $3,012.50 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding Q1 08 results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports. A report to Committee was prepared thereon. | 18.30 | $8,146.50 |
| 09. Financial Analysis - Business Plan | During the Fee Application Period, the Applicant prepared various analyses on the 2008 Business Plan, industry analysis as well as sensitivity analyses for inclusion in the Business Plan Report to the Committee | 69.20 | $33,918.00 |
| 19. Tax Issues | During the Fee Application Period, the Applicant prepared a report to the Committee related to the IRS settlement motion. | 3.80 | $1,577.50 |
| 21. Research | During the Fee Application period, the Applicant researched various industry and peer information | 12.30 | $2,029.50 for |
| inclusion in Business Plan report to the committee. | | | |
| **For the Period 6/1/08 through 6/30/08** | | **145.40** | **$63,873.50** |

**Capstone Advisory Group, LLC**
**Invoice for the June 2008 Fee Application**

**Page 1 of 1**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 6/1/08 through 6/30/08

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **03. Claims Analysis & Valuation** | | | |
| 6/4/2008 | J. Dolan | 1.40 | Reviewed research regarding Grace's peer in support of multiple valuation. |
| 6/17/2008 | J. Dolan | 1.50 | Prepared equity dilution analysis determining the impact of warrant exercise. |
| 6/17/2008 | J. Dolan | 2.40 | Read and analyzed objection to default interest from the Company and discussed with counsel. |
| 6/17/2008 | J. Dolan | 2.00 | Updated recovery analysis based on changes in assumptions. |
| 6/19/2008 | R. Frezza | 1.10 | Call with counsel re: warrant value and prep for call with committee. |
| 6/25/2008 | R. Frezza | 0.50 | Read and discussed counsel updates re: ZAI claims hearing. |
| 6/26/2008 | R. Frezza | 0.60 | Prepared for and participated in call with counsel regarding claims analysis. |
| 6/26/2008 | R. Frezza | 0.50 | Read and discussed motion re: settlement with State of Montana. |
| 6/26/2008 | E. Ordway | 0.40 | Read and analyzed data regarding Montana/Libby settlement. |
| 6/30/2008 | J. Dolan | 0.60 | Read and analyzed counsel's memo regarding Montana settlement. |
| 6/30/2008 | J. Dolan | 2.10 | Read and analyzed loans against COLI policy motion. |
| Subtotal | | 13.10 | |
| **04. Creditor Committee Matters** | | | |
| 6/2/2008 | J. Dolan | 1.20 | Read and analyzed recent docket submissions. |
| 6/5/2008 | E. Ordway | 0.30 | Read counsel's memo regarding June 2 court hearing. |
| 6/10/2008 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 6/12/2008 | E. Ordway | 0.40 | Read counsel's memo regarding Anderson matter. |
| 6/17/2008 | S. Cunningham | 3.30 | Analyzed objection motion to bank claim to prepare for committee call. |
| 6/24/2008 | E. Ordway | 0.50 | Read counsel's memo regarding property damage claims status. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/24/2008 | E. Ordway | 0.40 | Read counsel's memo on June 24 court hearing. |
| 6/24/2008 | J. Dolan | 1.20 | Read and analyzed recent docket submissions. |
| 6/26/2008 | E. Ordway | 0.30 | Read counsel's memo regarding Anderson matter status. |
| Subtotal | | 8.70 | |

**05. Employee Matters/KERP/Other**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/2/2008 | R. Frezza | 0.50 | Follow up with counsel on Pension Memo comments and distribution. |
| 6/2/2008 | J. Dolan | 1.80 | Prepared report to the Committee related to pension funding. |
| 6/20/2008 | R. Frezza | 1.50 | Read/analyzed LTIP motion. |
| 6/23/2008 | R. Frezza | 0.80 | Review of LTIP analyses and report. |
| 6/25/2008 | J. Dolan | 1.10 | Review of prior year motion, requests and report regarding LTIP. |
| 6/25/2008 | J. Dolan | 1.50 | Read and analyzed LTIP draft motion. |
| 6/25/2008 | J. Dolan | 0.80 | Prepared follow up questions and request information related to LTIP motion. |
| 6/26/2008 | J. Dolan | 0.60 | Finalized request for information to Debtors. |
| 6/26/2008 | J. Dolan | 0.80 | Review of LTIP issues with counsel and team. |
| 6/27/2008 | E. Ordway | 0.90 | Reviewed LTIP data. |
| Subtotal | | 10.30 | |

**07. Fee Applications & Invoices**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/2/2008 | J. Dolan | 1.10 | Prepared 17th quarterly fee application. |
| 6/3/2008 | N. Backer | 1.40 | Prepared April Fee Statement. |
| 6/3/2008 | J. Dolan | 0.70 | Prepared April fee app. |
| 6/10/2008 | J. Dolan | 0.90 | Prepared April fee app. |
| 6/16/2008 | N. Backer | 1.10 | Prepared April fee statement. |
| 6/20/2008 | N. Backer | 0.50 | Prepared April Statement. |
| 6/24/2008 | E. Ordway | 0.70 | Prepared fee application. |

**Capstone Advisory Group, LLC**
**Invoice for the June 2008 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/24/2008 | N. Backer | 0.50 | Prepared Fee statement for April . |
| 6/24/2008 | J. Dolan | 0.90 | Prepared April fee app. |
| 6/26/2008 | J. Dolan | 0.70 | Prepared April fee app. |
| 6/30/2008 | J. Dolan | 1.20 | Prepared May fee app. |
| Subtotal | | 9.70 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/4/2008 | J. Dolan | 2.50 | Read and analyzed April 2008 monthly financials. |
| 6/5/2008 | E. Ordway | 0.80 | Read and analyzed April financial statements and listed items for staff to investigate. |
| 6/9/2008 | E. Ordway | 1.10 | Continued analysis of April financial statements. |
| 6/11/2008 | J. Dolan | 2.70 | Prepared analysis and related commentary for the report to the Committee. |
| 6/11/2008 | E. Ordway | 1.30 | Reviewed 10-Q and listed items for staff to investigate/include in committee report. |
| 6/12/2008 | J. Dolan | 2.80 | Analyzed 1st quarter results and review of 10Q. |
| 6/12/2008 | E. Ordway | 0.40 | Directed staff in reviewing 1st Q financial information. |
| 6/13/2008 | J. Dolan | 2.40 | Prepared analyses of 1st quarter results including EBITDA bridges, cash flow analysis and divisional results to Plan. |
| 6/16/2008 | J. Dolan | 1.00 | Prepared analysis of 1Q08 results compared to Plan for inclusion in report to the Committee. |
| 6/19/2008 | J. Dolan | 3.30 | Analyzed 1st quarter results including divisional results. |
| Subtotal | | 18.30 | |

09. Financial Analysis - Business Plan

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/2/2008 | J. Dolan | 1.30 | Prepared report to the Committee on Company's 2008 Plan including cash flow analysis. |
| 6/3/2008 | J. Dolan | 3.10 | Prepared business plan analyses and related commentary in report to the Committee. |
| 6/3/2008 | R. Frezza | 0.50 | Continued 2008 business plan review process. |
| 6/4/2008 | R. Frezza | 0.50 | Continued 2008 business plan review process. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/5/2008 | R. Frezza | 0.80 | Continued 2008 business plan review process. |
| 6/6/2008 | R. Frezza | 0.60 | Business plan analyses; discussions with staff on status of analyses. |
| 6/9/2008 | J. Dolan | 3.30 | Prepared a quarterly trends analysis related to the 2008 business plan. |
| 6/9/2008 | J. Dolan | 2.30 | Prepared various analyses related to the 2008 Business Plan including Sales and EBITDA bridges by division. |
| 6/11/2008 | S. Cunningham | 2.30 | Review of FY 2008 business plan and Q1 results. |
| 6/12/2008 | R. Frezza | 0.70 | Continued review and analysis on business plan. |
| 6/12/2008 | S. Cunningham | 2.40 | Review of FY 2008 business plan and Q1 results. |
| 6/13/2008 | R. Frezza | 0.50 | Continued review and analysis on business plan. |
| 6/13/2008 | E. Ordway | 0.90 | Read and analyzed debtor's business plan. |
| 6/16/2008 | J. Dolan | 1.80 | Analyzed peer information to assist in multiple assumptions related to the 2008 Plan. |
| 6/16/2008 | J. Dolan | 2.20 | Prepared cash flow analysis for 2007 to 2008 Plan including filed and non-filed entities for business plan report. |
| 6/16/2008 | R. Frezza | 0.50 | Continued review and analysis on business plan. |
| 6/17/2008 | E. Ordway | 1.40 | Analyzed balance sheet assumptions included in business plan. |
| 6/18/2008 | J. Dolan | 4.40 | Prepared sensitivities to the 2008 Plan based on significant analysis performed. |
| 6/19/2008 | J. Dolan | 1.70 | Prepared commentary on the 2008 Business Plan analyses. |
| 6/19/2008 | J. Dolan | 2.80 | Prepared sensitivities to the 2008 Plan based on significant analysis performed. |
| 6/20/2008 | J. Dolan | 1.90 | Prepared both EBITDA and cash flow sensitivities based on risks identified in the Plan. |
| 6/20/2008 | J. Dolan | 2.40 | Continued commentary on the 2008 Plan and 1st quarter results report to the Committee. |
| 6/20/2008 | J. Dolan | 2.60 | Prepared commentary on the 2008 Business Plan analyses. |
| 6/20/2008 | E. Ordway | 1.30 | Prepared/edited report to committee regarding business plan. |
| 6/20/2008 | S. Cunningham | 5.00 | Review of FY 2008 business plan and Q1 results. |
| 6/23/2008 | E. Ordway | 1.30 | Continued to prepare/edit report to the committee regarding business plan. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 6/23/2008 | J. Dolan | 3.50 | Review of Business Plan report and additional analyses related to 1Q08 results. |
| 6/23/2008 | S. Cunningham | 2.30 | Review of FY 2008 business plan and Q1 results. |
| 6/24/2008 | R. Frezza | 3.50 | Review Business Plan draft report |
| 6/24/2008 | J. Dolan | 3.20 | Continued to prepared 2008 business plan report and 1st quarter results report to the Committee. |
| 6/25/2008 | J. Dolan | 1.70 | Discussed comments on Plan report from team and made appropriate changes to report. |
| 6/26/2008 | S. Cunningham | 4.30 | Read and reviewed Grace 2008 business plan report. |
| 6/26/2008 | J. Dolan | 1.10 | Final comments on report and distributed to counsel for review. |
| 6/30/2008 | J. Dolan | 1.10 | Obtained counsels comments to Business Plan/1st Qtr report and revised as appropriate. Distributed to Committee Chair for review. |
| Subtotal | | 69.20 | |
| **19. Tax Issues** | | | |
| 6/10/2008 | J. Dolan | 1.80 | Read and analyzed IRS tax settlement motion and discussed with counsel. |
| 6/26/2008 | J. Dolan | 1.20 | Prepared for and participated in call with Debtors and counsel to discuss Research tax credit motion. |
| 6/30/2008 | E. Ordway | 0.30 | Read counsel's memo regarding IRS settlement. |
| 6/30/2008 | J. Dolan | 0.50 | Read and analyzed counsels memo regarding research credit settlement with the IRS. |
| Subtotal | | 3.80 | |
| **21. Research** | | | |
| 6/6/2008 | M. Desalvio | 4.00 | Research related to the 2008 business plan report. |
| 6/10/2008 | M. Desalvio | 4.00 | Research related to the 2008 business plan report. |
| 6/11/2008 | M. Desalvio | 0.50 | Research related to the 2008 business plan report. |
| 6/16/2008 | M. Desalvio | 2.50 | Research related to the 2008 business plan report including peer group analysis. |
| 6/18/2008 | M. Desalvio | 1.30 | Research related to 2008 business plan including retrieving 1st qtr housing starts for 2007 and 2008. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| Subtotal | | 12.30 | |
| **Total Hours** | | **145.40** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 6/1/08 through 6/30/08

| Date | Professional | Detail | Amount |
|------|-------------|--------|-------:|
| **Research** | | | |
| 6/20/2008 | Capstone Expense | Pacer | $6.32 |
| 6/30/2008 | Capstone Expense | Bloomberg | $347.00 |
| Subtotal - Research | | | $353.32 |
| **Telecom** | | | |
| 6/29/2008 | Capstone Expense | June Telephone - Saddle Brook Office | $138.01 |
| Subtotal - Telecom | | | $138.01 |
| **For the Period 6/1/08 through 6/30/08** | | | $491.33 |

**Capstone Advisory Group, LLC**
**Invoice for the June Fee Application**