### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co.                                     Bankruptcy No. 01-1139-JKF
     Debtor(s)

Chapter 11

**Related to Doc. No. 19681, 19662**

**ORDER DISMISSING MOTION (A) FOR RECONSIDERATION OF ORDER GRANTING DEBTORS LEAVE FROM SCHEDULING ORDER AND SHORTENING NOTICE OF MOTION TO APPROVE DISCLOSURE STATEMENT, SOLICITATION AND CONFIRMATION PROCEDURES, CONFIRMATION SCHEDULE AND RELATED RELIEF AND (B) TO SET A DEADLINE FOR OBJECTIONS TO AND DATE FOR HEARING ON APPROVAL OF DISCLOSURE STATEMENT**

**AND NOW**, this **2nd** day of **October, 2008**, **WHEREAS** the Motion for Reconsideration filed on behalf of the Libby Claimants was not filed in compliance with the Case Management Order or Local Rules of Procedure and/or applicable Chambers Procedures;

It is **ORDERED** that the Motion for Reconsideration is **DISMISSED.**

It is **FURTHER ORDERED** that counsel for Movants shall immediately serve a copy of this Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

_Judith K. Fitzgerald_                    **rmab**
Judith K. Fitzgerald
United States Bankruptcy Judge