# EXHIBIT A

**WR Grace**
**August 2008 Time**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Review docket | 1.0 |
| | Review/analysis LTIP | 2.1 |
| Mon 4 | Various contacts w/Orrick re deal negotiations | 1.5 |
| | T/C w Pam Zilly re exec comp and response | 0.5 |
| | Review docket | 0.6 |
| | Review/analysis LTIP | 0.8 |
| Tue 5 | Review/anaylsis of comp data | 2.2 |
| | T/C w Pam Zilly re exec comp and response | 0.4 |
| | Review/analysis of warrant lang | 3.1 |
| | Review docket | 0.7 |
| | Prep fee apps (Mar-May) | 2.0 |
| Wed 6 | Review/analysis of warrant lang | 2.4 |
| | Review/anaylsis of comp data | 1.1 |
| | T/C with OHS(Wy) re warrants | 0.8 |
| | Prep fee apps (Mar-May) | 0.9 |
| Thu 7 | Prep fee apps (Mar-May) | 0.7 |
| | Review docket | 0.5 |
| | Review/analysis of warrant lang | 4.2 |
| | Review/analysis LTIP | 2.1 |
| Fri 8 | Prep fee apps (Mar-May) | 1.5 |
| | Review docket | 0.6 |
| | Review/analysis LTIP | 0.9 |
| Mon 11 | Review addt warrant language | 2.1 |
| | Review docket | 2.2 |
| Tue 12 | Review docket | 0.3 |
| Wed 13 | Review docket | 0.5 |
| Thu 14 | Review docket | 0.5 |
| | Review/analysis/discussion Red Sox transaction | 0.8 |
| Fri 15 | Review docket | 0.4 |
| Mon 18 | Prep qtly fee app | 1.3 |
| | Plan analysis | 3.5 |
| Tue 19 | Review docket | 0.7 |
| Wed 20 | Review docket | 0.8 |
| | Plan analysis | 4.5 |
| Thu 21 | Review docket | 0.3 |
| | Prep fee apps (Jun-Jul) | 1.8 |
| Fri 22 | Prep fee apps (Jun-Jul) | 1.3 |
| Mon 25 | Contact w/OHS re 9/2 hearing | 0.3 |
| Tue 26 | Prep fee apps (Jun-Jul) | 0.7 |
| | Review docket | 0.6 |
| Wed 27 | Review docket | 1.0 |
| | TOTAL TIME (hrs) | 54.2 |