# EXHIBIT B

<u>**W.R. Grace**</u>
<u>**Detail of expenses (August 1, 2008 – August 31, 2008)**</u>

<u>Communication</u>

Mobile Telephone, Office Telephone, Long Distance, Facsimile, Postage

| | | |
|---|---|---|
| Joe Radecki | August 2008 | $75.68 |
| | **Total Communication:** | <u>$75.68</u> |

**TOTAL EXPENSES:** $75.68