IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u> | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: October 22, 2008 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO THIRTY-NINTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>AUGUST 1, 2008 THROUGH AUGUST 31, 2008</u>**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered February 21, 2004) |
| Period for which compensation is sought: | August 1, 2008 through August 31, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $17,247.00 |
| 80% of fees to be paid: | $13,797.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   29.95 |
| Total Fees @ 80% and 100% Expenses: | $13,827.55 |

This is an: __ interim   X  monthly  __ final application.

**COMPENSATION SUMMARY**
**August 2008**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (23 years) FCAS | $650 | 5.20 | $3,380.00 |
| Bryan Gillespie | Consulting Actuary (2 years) FCAS | $410 | 6.70 | $2,747.00 |
| Jeffrey Kimble | Consulting Actuary (7 years) ACAS | $400 | 24.20 | $9,680.00 |
| Brent Petzoldt | Analyst (1 year) | $240 | 6.00 | $1,440.00 |
| **Total Blended Rate: $409.67** | | | **42.10** | **$17,247.00** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 42.10 | $17,247.00 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| News article | $29.95 |

| **August 2008 – Grand Total** | **$17,276.95** |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: October 1, 2008