## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| **Aug-08** | | | | | |
| Jenni Biggs | 8/11/2008 | 0.40 | $650 | $260.00 | Billing |
| Jenni Biggs | 8/11/2008 | 0.50 | $650 | $325.00 | Review memo regarding Edwards judgment and interest scenarios |
| Jenni Biggs | 8/12/2008 | 2.30 | $650 | $1,495.00 | Review cash flow scenarios |
| Jenni Biggs | 8/13/2008 | 0.50 | $650 | $325.00 | Review cash flow scenarios |
| Jenni Biggs | 8/13/2008 | 0.20 | $650 | $130.00 | Billing |
| Jenni Biggs | 8/14/2008 | 0.30 | $650 | $195.00 | Review Libby information |
| Jenni Biggs | 8/15/2008 | 0.70 | $650 | $455.00 | Review Libby information |
| Jenni Biggs | 8/18/2008 | 0.10 | $650 | $65.00 | Review Libby information |
| Jenni Biggs | 8/29/2008 | 0.20 | $650 | $130.00 | Review cash flow scenarios |
| | | 5.20 | | $3,380.00 | |
| Bryan Gillespie | 8/4/2008 | 0.60 | $410 | $246.00 | Research Edwards |
| Bryan Gillespie | 8/5/2008 | 0.50 | $410 | $205.00 | Research Edwards |
| Bryan Gillespie | 8/14/2008 | 1.20 | $410 | $492.00 | Find, order, review article by Whitehouse in AJIM on Libby meso cases |
| Bryan Gillespie | 8/15/2008 | 1.00 | $410 | $410.00 | Prepare summary of Libby information |
| Bryan Gillespie | 8/29/2008 | 3.40 | $410 | $1,394.00 | Obtain/update CPI data for cash flow exhibits |
| | | 6.70 | | $2,747.00 | |
| Jeff Kimble | 8/4/2008 | 2.00 | $400 | $800.00 | Analysis regarding the draft TDP for Orrick |
| Jeff Kimble | 8/5/2008 | 1.50 | $400 | $600.00 | Analysis regarding the draft TDP for Orrick |
| Jeff Kimble | 8/8/2008 | 4.00 | $400 | $1,600.00 | Analysis regarding the draft TDP for Orrick |
| Jeff Kimble | 8/11/2008 | 6.70 | $400 | $2,680.00 | Analysis regarding the draft TDP for Orrick |
| Jeff Kimble | 8/12/2008 | 4.00 | $400 | $1,600.00 | Analysis regarding the draft TDP for Orrick |
| Jeff Kimble | 8/14/2008 | 3.50 | $400 | $1,400.00 | Analysis regarding the draft TDP for Orrick |
| Jeff Kimble | 8/29/2008 | 2.50 | $400 | $1,000.00 | Analysis regarding the draft TDP for Orrick |
| | | 24.20 | | $9,680.00 | |
| Brent Petzoldt | 8/12/2008 | 0.30 | $240 | $72.00 | Tech reviewed cash flow exhibits |
| Brent Petzoldt | 8/13/2008 | 3.20 | $240 | $768.00 | Tech reviewed cash flow exhibits |
| Brent Petzoldt | 8/14/2008 | 2.50 | $240 | $600.00 | Tech reviewed cash flow exhibits |
| | | 6.00 | | $1,440.00 | |
| | | 42.10 | | $17,247.00 | |

| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
|---|---|---|---|---|
| | | | Expenses - August 2008 | |
| **Who** | **When** | **How Much** | **Comments** | **Receipt Req'd + Rec'd?** |
| Bryan Gillespie | 8/14/2008 | $29.95 | Whitehouse American Journal of Industrial Medicine article re: Libby meso cases | Yes |
| | | $29.95 | | |
| | | | | |
| | | $29.95 | | |

Note: It is Towers Perrin's policy that expenses under $25 do not require receipts to be submitted for reimbursement.

6

**TOWERS PERRIN**

Bryan Gillespie
10/01/2008 09:10 AM

To  Kathy Boeger
cc
bcc
Subject  Fw: Wiley InterScience - Thank you for your order.

History:    This message has been replied to.

----- Forwarded by Bryan Gillespie/Towers Perrin on 10/01/2008 10:10 AM -----



"Bryan Gillespie"
<bcgillespie@comcast.net>

08/14/2008 03:54 PM

To  Bryan Gillespie/Towers Perrin@TP
cc
Subject  Fw: Wiley InterScience - Thank you for your order.

see below

----- Original Message -----
From: "Wiley InterScience" <WileyInterSciencePayPerView@wiley.com>
To: "Bryan Gillespie" <bcgillespie@comcast.net>
Sent: Thursday, August 14, 2008 2:40 PM
Subject: Wiley InterScience - Thank you for your order.


> Dear Bryan Gillespie,
>
> Thank you for your purchase with Wiley InterScience.
>
> ************************************************************
>   YOUR BILLING INFORMATION
> ************************************************************
> E-mail Address:        bcgillespie@comcast.net
> Billing Address:       BRYAN GILLESPIE
>                        1316 CROSBY DRIVE
>                        FORT WASHINGTON
>                        PA
>                        UNITED STATES
>
> Purchase Total:        $ 29.95
>
>
> ************************************************************
>   YOUR ORDER DETAILS
> ************************************************************
> Order Number: 35111056
>
> 24 Hour Online Access:          $ 29.95
> Discount Applied:              -$ 0.00
> Sales Tax:                      $ 0.00
>                                ========
> Total for this Order:           $ 29.95
>
> ITEM:
> Environmental exposure to Libby asbestos and mesotheliomas
> Alan C. Whitehouse, C. Bradford Black, Mark S. Heppe, John Ruckdeschel,
> Stephen M. Levin
> American Journal of Industrial Medicine
> Volume: 9999, Issue: 9999, Date: 2008, Pages: n/a
>
>
> You will receive a second email shortly that will contain a direct link to
> the abstract, where you will be able to download the full text article.
>
>
> ************************************************************
> If you have any questions about this order, or if you have not received
> the second email within an hour, please contact Wiley InterScience

```
> Customer Support:
> http://interscience.wiley.com/support
>
> This is an automated e-mail response. Please do not reply
> to this message.
> ************************************************************
>
>
> Thank you again for your order with Wiley InterScience.
>
> --------------------------------------------------------------
> Wiley InterScience is the dynamic online content service from John Wiley &
> Sons.
> http://www3.interscience.wiley.com
```