IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Objection Date: October 22, 2008 @ 4:00 p.m.** |

**MONTHLY FEE APPLICATION OF CAMPBELL & LEVINE, LLC FOR COMPENSATION OF SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS DELAWARE AND ASSOCIATED COUNSEL TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS OF W.R. GRACE & CO., *ET AL.* FOR THE PERIOD AUGUST 1, 2008 THROUGH AUGUST 30, 2008**

| | |
|---|---|
| Name of Applicant: | Campbell & Levine, LLC |
| Authorized to Provide Professional Services to: | The Official Committee of Asbestos Personal Injury Claimants |
| Date of retention: | July 18, 2001, *nunc pro tunc* to June 16, 2001 |
| Period for which compensation and reimbursement is sought: | August 1, 2008 through August 30, 2008 |
| Amount of compensation sought as actual, reasonable and necessary: | $16,548.40 (80% of $20,685.50) |
| Amount of expense reimbursement sought as actual, reasonable and necessary: | $1,846.15 |

This is a: __X__ monthly _____ interim _____ final application.

Campbell & Levine, LLC's time and requested compensation in preparing this Application will appear on a subsequent application.

If this is not the first application filed, disclose the following for each prior application:

| | | Requested | | Approved | |
|---|---|---|---|---|---|
| Date Filed | Period Covered | Fees | Expenses | Fees | Expenses |
| 7/27/01 (First Interim) | 6/16/01 through 6/30/01 | $16,994.50 | $1,653.14 | $16,994.50 | $1,653.14 |

{D0135765.1 }

| | | | | | |
|---|---|---|---|---|---|
| 9/5/01 | 7/01/01 through 7/31/01 | $23,651.60 (80% of $29,564.50) | $2,147.27 | $23,651.60 | $2,147.27 |
| 9/28/01 | 8/01/01 through 8/31/01 | $7,166.40 (80% of $8,958.00) | $1,024.63 | $7,166.40 | $1,024.63 |
| 10/30/01 | 9/01/01 through 9/30/01 | $12,272.40 (80% of $15,340.50) | $3,191.68 | $12,272.40 | $3,191.68 |
| 12/3/01 | 10/01/01 through 10/31/01 | $8,074.00 (80% of $10,092.50) | $3,455.88 | $8,074.00 | $3,455.88 |
| 01/3/02 | 11/01/01 through 11/30/01 | $12,597.20 (80% of $15,746.50) | $2,440.68 | $12,597.20 | $2,440.68 |
| 01/31/02 | 12/01/01 through 12/31/01 | $4,996.40 (80% of $6,245.50) | $2,155.75 | $4,996.40 | $2,155.75 |
| 2/28/02 | 01/01/02 through 01/31/02 | $11,956.80 (80% of $14,946.00) | $3,654.27 | $11,956.80 | $3,654.27 |
| 3/28/02 | 02/01/02 through 02/28/02 | $7,060.00 (80% of $8,825.00) | $1,003.58 | $7,060.00 | $1,003.58 |
| 4/30/02 | 3/1/02 through 3/31/02 | $9,370.40 (80% of $11,713.00) | $1,919.45 | $9,370.40 | $1,919.45 |
| 6/3/02 | 4/1/02 through 4/30/02 | $12,832.00 (80% of $16,040.00) | $2,186.74 | $12.832.00 | $2,186.74 |
| 7/16/02 | 5/1/02 through 5/31/02 | $12,258.80 (80% of $15,323.50 | $1,596.99 | $12,258.80 | $1,596.99 |
| 7/29/02 | 6/1/02 through 6/30/02 | $23,155.60 (80% of $28,944.50) | $1,318.47 | $24,474.07 | $5,788.90 |
| 9/3/02 | 7/1/02 through 7/31/02 | $16,659.20 (80% of $20,824.00) | $1,623.50 | $18,282.70 | Pending |
| 10/1/02 | 8/1/02 through 8/30/02 | $14,526.40 (80% of $18,158.00) | $2,550.58 | $17,076.98 | Pending |
| 10/31/02 | 9/1/02 through 9/30/02 | $10,077.60 (80% of $12,597.00) | $633.53 | $10,711.13 | Pending |
| 12/3/02 | 10/1/02 through 10/31/02 | $13,730.40 (80% of $17,163.00) | $16723.93 | $13,730.40 | $16,723.93 |
| 12/31/02 | 11/1/02 through 11/30/02 | 12,032.80 (80% of $15,041.00) | $6,502.41 | $12,032.80 | $6,502.41 |
| 1/29/03 | 12/1/02 through 12/31/02 | $7,980.00 (80% of $9,975.00) | $2,590.06 | $7,980.00 | $2,590.06 |
| 2/28/03 | 1/1/03 through 1/31/03 | $12,202.00 (80% of $15,252.50) | $542.81 | $542.81 | $542.81 |
| 3/31/03 | 2/1/03 through 2/28/03 | $12,095.60 (80% of $15,119.50) | $1,473.88 | $12,095.60 | $1,473.88 |
| 4/29/03 | 3/1/03 through 3/31/03 | $9,373.60 (80% of $11,717.00) | $699.16 | $9,373.60 | $699.16 |
| 5/30/01 | 4/1/03 through 4/30/03 | $9,935.20 (80% $12,419.00) | $297.48 | $9,935.20 | $297.48 |
| 7/1/03 | 5/1/03 through 5/31/03 | $8,784.00 (80% of $10,980.00) | $817.21 | $8,784.00 | $817.21 |
| 8/5/03 | 6/1/03 through 6/30/03 | $10,010.40 (80% of $12,513.00) | $866.13 | $10,010.40 | $866.13 |

| | | | | | |
|---|---|---|---|---|---|
| 9/2/03 | 7/1/03 through 7/31/03 | $12,874.40 (80% of $16,093.00) | $425.69 | $12,874.40 | $425.69 |
| 9/29/03 | 8/1/03 through 8/31/03 | $11,253.60 (80% of $14,067.00 | $1,591.04 | $11,253.60 | $1,591.04 |
| 10/29/03 | 9/1/03 through 9/30/03 | $11,806.80 (80% of $14,758.50) | $371.95 | $11,806.80 | $371.95 |
| 12/1/03 | 10/1/03 through 10/31/03 | $11,478.80 (80% of $14,348.50) | $488.45 | $11,478.80 | $488.45 |
| 1/5/04 | 11/1/03 through 11/30/03 | $11,960.00 (80% of $14,950.00) | $1,405.52 | $11,960.00 | $1,405.52 |
| 1/29/04 | 12/1/03 through 12/31/03 | $14,660.20 (80% of $18,325.25) | $6,110.08 | $14,660.20 | $6,110.08 |
| 3/1/04 | 1/1/04 through 1/31/04 | $9,889.60 (80% of $12,362.00) | $1,176.34 | $12,362.00 | $1,176.34 |
| 3/31/04 | 2/1/04 through 2/29/04 | $12,401.60 (80% of $15,502.00) | $567.75 | $15,502.00 | $567.75 |
| 4/29/04 | 3/1/04 through 3/31/04 | $11,349.60 (80% of $14,187.00) | $2,823.64 | $14,187.00 | $2,823.64 |
| 6/2/04 | 4/1/04 through 4/30/04 | $7,560.80 (80% of $9,451.00) | $310.29 | $7,560.80 | $310.29 |
| 7/1/04 | 5/1/04 through 5/31/04 | $13,206.80 (80% of $16,508.50) | $1,219.87 | $13,206.80 | $1,219.87 |
| 8/3/04 | 6/1/04 through 6/30/04 | $18,958.00 (80% of $23,697.50) | $1,078.70 | $18,958.00 | $1,078.70 |
| 8/30/04 | 7/1/04 through 7/31/04 | $12,694.80 (80% of $15,868.50) | $450.74 | $12,694.80 | $450.74 |
| 10/1/04 | 8/1/04 through 8/31/04 | $14,608.00 (80% of $18,260.00) | $3,501.78 | $14,608.00 | $3,501.78 |
| 10/29/04 | 9/1/04 through 9/30/04 | $18,856.40 (80% of $23,570.50) | $372.67 | $18,856.40 | $372.67 |
| 11/30/04 | 10/1/04 through 10/31/04 | $19,355.20 (80% of $24,194.00) | $663.35 | $19,355.20 | $663.35 |
| 12/30/04 | 11/1/04 through 11/30/04 | $19,084.40 (80% of $23,855.50) | $1,312.97 | $19,084.40 | $1,312.97 |
| 1/31/05 | 12/1/04 through 12/31/04 | $18,332.40 (80% of $22,915.50) | $4,349.14 | $18,332.40 | $4,349.14 |

| 3/1/05 | 1/1/05 through 1/31/05 | $15,518.00 (80% of $19,397.50) | $2,028.08 | $15,518.00 | $2,028.08 |
|---|---|---|---|---|---|
| 3/29/05 | 2/1/05 through 2/28/05 | $18,730.00 (80% of $23,412.50) | $1,554.43 | $18,730.00 | $1,554.43 |
| 5/2/05 | 3/1/05 through 3/31/05 | $25,705.60 (80% of $32,132.00) | $2,972.03 | $25,705.60 | $2,972.03 |
| 5/25/05 | 4/1/05 through 4/30/05 | $25,647.20 (80% of $32,059.00) | $2,573.60 | $25,647.20 | $2,573.60 |
| 6/29/05 | 5/1/05 through 5/31/05 | $11,609.20 (80% of $14,511.50) | $1,928.30 | $11,609.20 | $1,928.30 |
| 7/29/05 | 6/1/05 through 6/30/05 | $30,755.60 (80% of $38,444.50) | $10,842.83 | $30,755.60 | $10,842.83 |
| 9/1/05 | 7/1/05 through 7/31/05 | $35,322.00 (80% of $44,165.00) | $4,999.82 | $35,322.00 | $4,999.82 |
| 9/29/05 | 8/1/05 through 8/31/05 | $26,367.60 (80% of $32,959.50) | $509.95 | $26,367.60 | $509.95 |
| 10/31/05 | 9/1/05 through 9/30/05 | $25,653.60 (80% of $32,067.00) | $4,446.47 | $25,653.60 | $4,446,47 |
| 11/30/05 | 10/1/05 through 10/31/05 | $27,103.20 (80% of $33,879.00) | $23,030.41 | $27,103.20 | $23,030.41 |
| 12/28/05 | 11/1/05 through 11/30/05 | $30,220.40 (80% of $37,775.50) | $3,312.95 | $30,220.40 | $3,312.95 |
| 1/31/06 | 12/1/05 through 12/31/05 | $29,407.20 (80% of $36,759.00) | $4,876.58 | $29,407.20 | $4,876.58 |
| 3/3/06 | 1/1/06 through 1/31/06 | $17,492.40 (80% of $21,865,50) | $573.97 | $17,492.40 | $573.97 |
| 3/28/06 | 2/1/06 through 2/28/06 | $20,956.00 (80% of $26,195.00) | $1,139.37 | $20,956.00 | $1,139.37 |
| 5/3/06 | 3/1/06 through 3/31/06 | $35,513.20 (80% of $44,391.50) | $1,443.49 | $35,513.20 | $1,443.49 |
| 5/31/06 | 4/1/06 through 4/30/06 | $21,363.60 (80% of $26,704.50) | $797.93 | $21,363.60 | $797.93 |
| 6/30/06 | 5/1/06 through 5/31/06 | $28,964.00 (80% of $36,205.00) | $1,339.97 | $28,964.00 | $1,339.97 |
| 8/1/06 | 6/1/06 through 6/30/06 | $40,389.20 (80% of $50,486.50) | $1,179.20 | $40,389.20 | $1,179.20 |

| | | | | | |
|---|---|---|---|---|---|
| 8/29/06 | 7/1/06 through 7/31/06 | $35,526.80 (80% of $44,408.50) | $465.74 | $35,526.80 | $465.74 |
| 9/29/06 | 8/1/06 through 8/31/06 | $35,334.40 (80% of $44,168.00) | $5,512.81 | $35,334.40 | $5,512.81 |
| 10/30/06 | 9/1/06 through 9/30/06 | $41,599.60 (80% of $51,999.50) | $7,022.17 | $41,599.60 | $7,022.17 |
| 11/29/06 | 10/1/06 through 10/31/06 | $35,790.80 (80% of $44,738.50) | $5,618.45 | $35,790.80 | $5,619.45 |
| 12/28/06 | 11/1/06 through 11/30/06 | $40,579.20 (80% of $50,724.00) | $6,630.17 | $40,579.20 | $6,630.17 |
| 2/1/07 | 12/1/06 through 12/31/06 | $43,637.20 (80% of $54,546.50) | $8,993.41 | $43,637.20 | $8,993.41 |
| 3/2/07 | 1/1/07 through 1/31/07 | $33,414.80 (80% of $41,768.50) | $6,743.01 | $33,414.80 | $6,743.01 |
| 3/30/07 | 2/1/07 through 2/28/07 | $61,401.20 (80% of $76,751.50) | $7,315.97 | $61,401.2- | $7,315.97 |
| 4/30/07 | 3/1/07 through 3/31/07 | $54,899.60 (80% of $68,624.50) | $10,381.03 | $54,899.60 | $10,381.03 |
| 6/4/07 | 4/1/07 through 4/30/07 | $51,750.00 (80% of $64,687.50) | $14,455.58 | $51,750.00 | $14,455.58 |
| 6/29/07 | 5/1/07 through 5/30/07 | $50,386.40 (80% of $62,983.00) | $6,276.41 | $50,386.40 | $6,276.41 |
| 8/1/07 | 6/1/07 through 6/30/07 | $46,506.00 (80% of $58,132.50) | $11,897.24 | $46,506.00 | $11,897.24 |
| 8/31/07 | 7/1/07 through 7/31/07 | $41,263.20 (80% of $51,579.00) | $16,763.90 | $41,263.20 | $16,763.90 |
| 10/2/07 | 8/1/07 through 8/31/07 | $32,222.00 (80% of $40,277.50) | $5,841.86 | $32,222.00 | $5,841.86 |
| 11/1/07 | 9/1/07 through 9/30/07 | $33,580.40 (80% of $41,975.50) | $6,665.99 | $33,580.40 | $6,665.99 |
| 11/30/07 | 10/1/07 through 10/31/07 | $50,494.80 (80% of $63,118.50) | $5,785.65 | $50,494.80 | $5,685.65 |
| 12/28/07 | 11/1/07 through 11/30/07 | $28,994.80 (80% of $36,243.50) | $3,577.41 | $28,994.80 | $3,577.41 |
| 1/30/08 | 12/1/07 through 12/31/07 | $24,207.20 (80% of $30,259.00) | $9,782.90 | $24,207.20 | $9,782.90 |

| | | | | | |
|---|---|---|---|---|---|
| 3/5/08 | 1/1/08 through 1/31/08 | $58,874.80 (80% of $73,593.50) | $25,538.82 | $58,874.80 | $25,538.82 |
| 3/31/08 | 2/1/08 through 2/29/08 | $29,024.80 (80% of $36,281.00) | $6,300.74 | $29,024.80 | $6,300.74 |
| 4/30/08 | 3/1/08 through 3/31/08 | $51,083.20 (80% of $63,866.50) | $3,543.51 | $51,083.20 | $3,543.51 |
| 6/4/08 | 4/1/08 through 4/30/08 | $35,080.80 (80% of $43,851.00) | $5,746.42 | $35,080.80 | $5,746.42 |
| 6/30/08 | 5/1/08 through 5/31/08 | $24,107.20 (80% of $30,134.00) | $1,924.12 | $24,207.20 | $1,924.12 |
| 8/5/08 | 6/1/08 through 6/30/08 | $26,634.40 (80% of $33,293.00) | $1,848.92 | Pending | Pending |
| 9/5/08 | 7/1/08 through 7/31/08 | $16,968.40 (80% of $21,210.50) | $2,720.75 | Pending | Pending |
| **10/2/08** | **8/1/08 through 8/30/08** | **$16,548.40 (80% of $20,685.50)** | **$1,846.15** | **Pending** | **Pending** |

## SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR BILLING PERIOD AUGUST 1, 2008 THROUGH AUGUST 30, 2008
## CAMPBELL & LEVINE, LLC-DELAWARE

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---:|---:|---:|
| Marla R. Eskin (MRE), Member, since 2002 | 2.1 | $385.00 | $808.50 |
| Mark T. Hurford (MTH), Member, since 2007 | 36.8 | $325.00 | $11,960.00 |
| Martha Fox (MF), Associate, since 2007 | 0.8 | $290.00 | $232.00 |
| Kathleen Campbell Davis (KCD), Associate, since 2002 | 3.2 | $275.00 | $880.00 |
| Kenneth L. Dorsney (KLD), Associate, since 2008 | 0 | $275.00 | $0.00 |
| Katherine L. Hemming (KH), Paralegal, since 2004 | 35.2 | $105.00 | $3,696.00 |
| Santae Boyd (SB), Paralegal, since 2008 | 6 | $95.00 | $570.00 |

| | | | |
|---|---|---|---|
| Matthew Brushwood (MB), Legal Assistant, Since 2008 | 2.6 | $90.00 | $234.00 |
| **Total/average** | **86.7** | | **$18,380.50** |

**SUMMARY OF COMPENSABLE TIME OF ATTORNEYS AND PARALEGALS FOR BILLING PERIOD AUGUST 1, 2008 THROUGH AUGUST 30, 2008 CAMPBELL & LEVINE, LLC-PITTSBURGH**

| Name, Position, Years in Position | Hours Billed | Hourly Rate | Amount of Fee |
|---|---|---|---|
| Douglas A. Campbell (DAC), Member, since 1981 | 2.1 | $450.00 | $945.00 |
| Stanley Levine (SEL), Member, since 1981 | 0 | $450.00 | $0.00 |
| David B. Salzman (DBS), Member, since 1984 | 0 | $450.00 | $0.00 |
| Philip E. Milch (PEM), Member, since 1991 | 2.9 | $400.00 | $1,160.00 |
| Erik Sobkiewicz (ES), Associate, since 2001 | 0 | $350.00 | $0.00 |
| Fred Rapone (FR), Associate, since 2007 | 0 | $275.00 | $0.00 |
| Aurelius P. Robleto, Associate, since 2006 | 0 | $175.00 | $0.00 |
| Michele Kennedy (MK), Paralegal, since 2000 | 1.6 | $125.00 | $200.00 |
| Shirley Ann Brown (SB), Paralegal, since 2007 | 0 | $95.00 | $0.00 |
| Joshua A. Tabor (JAT), Legal Assistant | 0 | $65.00 | $0.00 |
| **Total/average** | **6.6** | | **$2,305.00** |
| **Delaware and Pittsburgh Total/average** | **93.3** | | **$20,685.50** |

**COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category | Total Hours for the Period 8/01/08 through 8/30/08 | Total Fees for the Period 8/01/08 through 8/30/08 |
|---|---|---|
| Asset Analysis and Recovery | 0 | $0.00 |
| Asset Disposition | 0.1 | $32.50 |
| Business Operations | 1.6 | $520.00 |
| Case Administration | 0 | $0.00 |
| Claims Analysis Objection & Resolution (Asbestos) | 8.2 | $2,637.00 |
| Claims Analysis Objection & Resolution (Non-Asbestos) | 11.2 | $3,435.00 |
| Committee Administration | 23.4 | $5,500.50 |
| Employee Benefits/Pension | 3.6 | $1,170.00 |
| Employment Applications (applicant) | 0 | $0.00 |
| Employment Applications (others) | 0 | $0.00 |
| Fee Applications (applicant) | 6 | $1,248.00 |
| Fee Applications (others) | 32.5 | $4,093.50 |
| Financing | 0 | $0.00 |
| Hearings | 3.6 | $873.50 |
| Litigation | 1.3 | $422.50 |
| Plan and Disclosure Statement | 1.6 | $688.00 |
| Relief from Stay Proceedings | 0.2 | $65.00 |
| Tax Issues | 0 | $0.00 |
| Tax Litigation | 0 | $0.00 |
| Travel (non-working) | 0 | $0.00 |
| Valuation | 0 | $0.00 |
| ZAI Science Trial | 0 | $0.00 |
| Retention Issues | 0 | $0.00 |
| Others | 0 | $0.00 |
| **Grand totals** | **93.3** | **$20,685.50** |

**EXPENSE SUMMARY**

| Expense Category | Provider, if applicable | Total Expenses For the Monthly Period |
|---|---|---|
| In-House Reproduction ($.10 per page) | | $473.90 |
| Outside Reproduction & Courier Service | Parcels | $1,169.58 |
| Outside Reproduction & Courier Service | IKON | $0.00 |
| Outside Reproduction | Counsel Press | $0.00 |
| Facsimile | | $0.00 |
| Travel | | $0.00 |
| Working Meals | | $0.00 |
| Long Distance Telephone Calls | AT&T | $23.09 |
| Postage | | $7.25 |
| Transcript | J&J Transcribers, Inc. | $0.00 |
| Transcript | Keller Court Reporting | $0.00 |
| Transcript | Wilcox & Fetzer | $0.00 |
| Transcript | Freedom Reporting, Inc. | $0.00 |
| Transcript | LegaLink, Inc. | $0.00 |
| Transcript | Writer's Cramp, Inc. | $0.00 |
| Transcript | Court Reporter | $0.00 |
| Courtcall | | $57.50 |
| PACER | | $94.80 |
| Research | Westlaw | $0.00 |
| Overnight Courier | Federal Express | $20.03 |
| Deposition | Shorter Productions | $0.00 |
| Filing Fees | U.S. District Court | $0.00 |
| Document Fees | U.S. Bankruptcy Court | $0.00 |
| Conference Call | Copper Conferencing | $0.00 |
| Computer Services | PC Networks | $0.00 |
| **Total:** | | **$1,846.15** |

                              CAMPBELL & LEVINE, LLC

                              */s/Kathleen Campbell Davis*
                              Marla Rosoff Eskin (I.D. # 2989)
                              Kathleen Campbell Davis (I.D. #4229)
                              800 North King Street
                              Suite 300
                              Wilmington, DE  19899
                              (302) 426-1900

                              Delaware and Associated Counsel for the
                              Official Committee of Asbestos Claimants

Dated:  October 2, 2008