**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                 08/31/2008
Wilmington  DE                                         ACCOUNT NO:      3000-01D
                                                       STATEMENT NO:           69

Asset Analysis and Recovery

PREVIOUS BALANCE                                                        $136.50

BALANCE DUE                                                             $136.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                              08/31/2008
Wilmington  DE                                        ACCOUNT NO:    3000-02D
                                                      STATEMENT NO:            87

Asset Disposition

| | HOURS | |
|---|---|---|
| PREVIOUS BALANCE | | $37.30 |
| 08/11/2008 | | |
| MTH    Review 28th Quarterly Report re: Asset Sales | 0.10 | 32.50 |
| FOR CURRENT SERVICES RENDERED | 0.10 | 32.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $325.00 | $32.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 32.50 |
| BALANCE DUE | $69.80 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-03D |
|  | STATEMENT NO:           75 |

Business Operations

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $365.70 |
| **08/22/2008** | | | |
| MTH | Review correspondence from JB re: possible business acquisition | 0.30 | 97.50 |
| **08/25/2008** | | | |
| MTH | Review draft Red Sox Motion; correspondence to Caplin and Charter Oak re: same | 0.30 | 97.50 |
| **08/26/2008** | | | |
| MTH | Correspondence to PVNL and JS re: Debtors Motion to Acquire LLC | 0.20 | 65.00 |
| MTH | Review Debtors' Motion re: LLC interest in GR 2008 LLC | 0.80 | 260.00 |
| | FOR CURRENT SERVICES RENDERED | 1.60 | 520.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.60 | $325.00 | $520.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 520.00 |
| BALANCE DUE | $885.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2008
ACCOUNT NO:    3000-04D
STATEMENT NO:          87

Case Administration

PREVIOUS BALANCE                                                      $2,412.67

08/22/2008    Payment - Thank you. (May, 2008 - 80% Fees)            -278.80

BALANCE DUE                                                          $2,133.87

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2008
ACCOUNT NO:      3000-05D
STATEMENT NO:              87

Claims Analysis Objection & Resolution (Asbestos)

PREVIOUS BALANCE                                                                          $33,735.20

|  |  | HOURS |  |
|---|---|---|---|
| **08/04/2008** | | | |
| MF | Telephone conferences with claimants as to WR Grace insulation claims matters | 0.20 | 58.00 |
| **08/05/2008** | | | |
| MTH | Review correspondence from MRE re: calls re: ZAI questions | 0.10 | 32.50 |
| MTH | Telephone conference with MRE re ZAI claimant questions. | 0.20 | 65.00 |
| MTH | Review correspondence from JS re: ZAI creditor questions; response to same | 0.10 | 32.50 |
| **08/07/2008** | | | |
| MF | Spoke to claimant about status of bankruptcy case, relayed contact information for property damage counsel | 0.20 | 58.00 |
| MF | Spoke to potential claimant as to status of bankruptcy case, personal injury and property damage claims | 0.20 | 58.00 |
| MF | Inform purported claimant re: ZAI questions and contact information for identified property damage attorney | 0.20 | 58.00 |
| **08/11/2008** | | | |
| MTH | Telephone conference with R. Herrara re: questions following ZAI Bar Date Notice | 0.30 | 97.50 |
| MTH | Review COC re: revised Order re: Cross-border communications | 0.10 | 32.50 |
| MTH | Review Debtors' Response to California's Motion re: Longo Report | 0.30 | 97.50 |
| MTH | Review correspondence from EI re: status of discussions | 0.40 | 130.00 |
| **08/14/2008** | | | |
| MTH | Telephone conference with JD (claimant) re: questions re: ZAI | 0.30 | 97.50 |
| MTH | Telephone conference with R. Lowe re: questions re: ZAI Claims Bar Date | 0.30 | 97.50 |
| MTH | Telephone conference with Harry Lynn re: Grace claims questions | 0.20 | 65.00 |

W.R. Grace

ACCOUNT NO:      3000-05D
STATEMENT NO:           87

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | MTH | Telephone conference with RA re: Grace asbestos claims questions | 0.30 | 97.50 |
|  | MTH | Telephone conference with GP re: asbestos related claims | 0.40 | 130.00 |
|  | MTH | Telephone conference with J. Lane re: questions re: asbestos claims | 0.40 | 130.00 |
|  | MTH | Telephone conference with E. Ranko re: asbestos questions | 0.10 | 32.50 |
|  | MTH | Review correspondence from potential creditor re: asbestos claims; response to same | 0.10 | 32.50 |
| 08/15/2008 |  |  |  |  |
|  | MTH | Telephone conference with C. Martin re: asbestos questions | 0.20 | 65.00 |
| 08/19/2008 |  |  |  |  |
|  | MTH | Telephone conference with individual re: asbestos personal injury claims | 0.30 | 97.50 |
| 08/20/2008 |  |  |  |  |
|  | MTH | Correspondence to PVNL re: reply to motion for leave to file Longo report | 0.10 | 32.50 |
|  | MTH | Begin review of Debtors' Motion for Approval of Jameson Settlement | 0.70 | 227.50 |
|  | MTH | Correspondence to EI and PVNL re: Jameson settlement motion | 0.20 | 65.00 |
|  | MTH | Review Reply of State of California re: Longo Report Motion | 0.20 | 65.00 |
| 08/21/2008 |  |  |  |  |
|  | MTH | Review correspondence from EI re: asbestos PD settlement | 0.10 | 32.50 |
| 08/26/2008 |  |  |  |  |
|  | MTH | Telephone conference with TR re: Jameson asbestos PD settlement | 0.10 | 32.50 |
|  | MTH | Telephone conference with JR and TR re: Jameson settlement motion | 0.20 | 65.00 |
|  | MTH | Correspondence to and from DF re: Debtors' Amended Motion re: Jameson Asbestos PD Settlement Motion | 0.10 | 32.50 |
|  | MTH | Correspondence to EI and PVNL re: Jameson Settlement Motion | 0.30 | 97.50 |
|  | MTH | Additional correspondence to EI and PVNL re: Debtors' Amended Motion re: Jameson Asbestos PD Settlement | 0.20 | 65.00 |
|  | MTH | Review Amended Motion of Debtors re: Jameson Asbestos PD Settlement | 0.20 | 65.00 |
| 08/28/2008 |  |  |  |  |
|  | MTH | Correspondence to and from JB and EL re: deposition re Bank Claims Objection | 0.20 | 65.00 |
| 08/29/2008 |  |  |  |  |
|  | MTH | Telephone conference with claimant re: questions re: asbestos personal injury claims and ZAI | 0.60 | 195.00 |
|  | MTH | Review correspondence from BT re: asbestos estimation; response to same | 0.10 | 32.50 |
|  |  | FOR CURRENT SERVICES RENDERED | 8.20 | 2,637.00 |

Page: 3
08/31/2008

W.R. Grace

ACCOUNT NO:        3000-05D
STATEMENT NO:              87

Claims Analysis Objection & Resolution (Asbestos)

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 7.40 | $325.00 | $2,405.00 |
| Martha Fox | 0.80 | 290.00 | 232.00 |
| TOTAL CURRENT WORK | | | 2,637.00 |

| 08/22/2008 | Payment - Thank you. (May, 2008 - 80% Fees) | -10,244.00 |
|---|---|---|
| | BALANCE DUE | $26,128.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                          08/31/2008
Wilmington  DE                                        ACCOUNT NO:        3000-06D
                                                      STATEMENT NO:              87

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                          $4,095.10

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/08/2008 |  |  |  |  |
|  | DAC | Review counsel's weekly memo | 0.20 | 90.00 |
|  | MTH | Review correspondence from MRE re: WEJA Motion; response to same | 0.10 | 32.50 |
|  | MTH | Review correspondence from SB to PVNL re: COC re: briefing on Debtors' Objection to Bank Claims | 0.10 | 32.50 |
|  | MTH | Correspondence to JON re: discovery exchanged re: Debtors' Objection to Bank Claims | 0.10 | 32.50 |
| 08/11/2008 |  |  |  |  |
|  | MTH | Review Debtors' 28th Quarterly Report of Settlements from April 1 through June 30 | 0.10 | 32.50 |
|  | MTH | Review Order requesting Aid and Assistance of the CCAA Court | 0.10 | 32.50 |
|  | MTH | Review COC and proposed Order re: Pre-Trial procedures re: Debtors' Objection to Bank Claims | 0.20 | 65.00 |
| 08/15/2008 |  |  |  |  |
|  | MTH | Review Notice of Service of Discovery | 0.10 | 32.50 |
| 08/18/2008 |  |  |  |  |
|  | MTH | Discussion with SB re: discovery on Bank Claims Objection; review of related discovery and status of response to same | 0.60 | 195.00 |
|  | SMB | Retrieval and distribute all pleadings filed pertaining to all discovery served in connection with Bank Claims issue | 1.00 | 95.00 |
|  | MTH | Review correspondence from PVNL re: Bank Claims litigation discovery responses | 0.10 | 32.50 |
|  | MTH | Review correspondence from SB and PVNL re: filings related to Bank Claims Litigation | 0.10 | 32.50 |
|  | MTH | Correspondence to JON re: discovery re: bank claims litigation | 0.10 | 32.50 |
|  | MTH | Multiple correspondence re: discovery on Bank Claims Litigation | 0.20 | 65.00 |
|  | MTH | Discussion with SB re: discovery on Bank Claims Litigation; review |  |  |

W.R. Grace

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | documents re: same | 0.50 | | 162.50 |
| MTH | Review Declaration of Ordway re: Debtors' Bank Claims Objection | 0.30 | | 97.50 |
| MTH | Review Affidavit of Freedgood re: Debtors' Bank Claims Objection | 0.50 | | 162.50 |
| MTH | Review Declaration of Tarola re: Debtors' Objection to Bank Interest Claims | 0.20 | | 65.00 |
| MTH | Review Declaration of Shelnitz re: Debtors' Objection to Bank Claims | 0.20 | | 65.00 |
| MTH | Review Affidavit of Zilly re: Debtors' Objection to Bank Claims | 0.20 | | 65.00 |
| **08/19/2008** | | | | |
| MTH | Telephone conference with RC re: Bank Claims litigation and discovery | 0.10 | | 32.50 |
| MTH | Correspondence to and from RC re: discovery re: bank claims litigation | 0.20 | | 65.00 |
| MTH | Multiple correspondence to and from DF re: Bank Claims litigation | 0.30 | | 97.50 |
| **08/20/2008** | | | | |
| MTH | Multiple correspondence to and from DF re: discovery re Bank Claims litigation; correspondence to EI and PVNL re: same; review same | 1.50 | | 487.50 |
| **08/21/2008** | | | | |
| MTH | Review Debtors' Notice of Service of Discovery re: Bank Claims Objection | 0.10 | | 32.50 |
| **08/22/2008** | | | | |
| MTH | Multiple correspondence to and from DF re: discovery re: Bank Claims litigation | 0.10 | | 32.50 |
| **08/25/2008** | | | | |
| MTH | Review correspondence from JB re: hearing on Debtors' Objection to Bank Claims | 0.10 | | 32.50 |
| **08/26/2008** | | | | |
| MTH | Telephone conference with DF re: litigation on Bank Claims; asbestos PD settlement | 0.40 | | 130.00 |
| MTH | Correspondence to and from PVNL re: Capstone deposition for Bank Claims Objection | 0.20 | | 65.00 |
| MTH | Multiple correspondence to and from DF re: Bank Claims Objection litigation | 0.10 | | 32.50 |
| MTH | Correspondence to PVNL re: Debtors' Motion re Town of Acton settlements | 0.20 | | 65.00 |
| MTH | Review Debtors' Motion re Town of Acton settlements | 0.40 | | 130.00 |
| MTH | Review Debtors' 25th objection to claims | 0.20 | | 65.00 |
| MTH | Review Debtors' 26th objection to claims | 0.20 | | 65.00 |
| **08/27/2008** | | | | |
| MTH | Correspondence to EI, PVNL and NDF re: COC re: filings and hearings on Debtors' Objection to Bank Claims | 0.10 | | 32.50 |
| MTH | Review Debtors' 25th (Amended) Objection to Claims | 0.20 | | 65.00 |

Page: 3
08/31/2008

W.R. Grace

| | ACCOUNT NO: | 3000-06D |
|---|---|---|
| | STATEMENT NO: | 87 |

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Review COC and proposed Order re: Debtors' Objection to Bank Claims | 0.10 | 32.50 |

08/28/2008

|  |  |  | | |
|---|---|---|---|---|
| | MTH | Correspondence to and from DF re: deposition of Ordway re: Bank Claims Objection | 0.10 | 32.50 |
| | MTH | Review Sixteenth Claim Settlement Notice | 0.30 | 97.50 |

08/29/2008

|  |  |  | | |
|---|---|---|---|---|
| | MTH | Deposition of Ordway re: Bank Claims Litigation | 1.30 | 422.50 |
| | | FOR CURRENT SERVICES RENDERED | 11.20 | 3,435.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.20 | $450.00 | $90.00 |
| Santae M. Boyd | 1.00 | 95.00 | 95.00 |
| Mark T. Hurford | 10.00 | 325.00 | 3,250.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 3,435.00 |

| | | |
|---|---|---|
| 08/22/2008 | Payment - Thank you. (May, 2008 - 80% Fees) | -104.00 |

| | |
|---|---|
| BALANCE DUE | $7,426.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 08/31/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-07D |
| | STATEMENT NO:    87 |

Committee, Creditors, Noteholders, Equity Holders

| | PREVIOUS BALANCE | | $28,121.44 |
|---|---|---|---|
| | | HOURS | |
| **08/01/2008** | | | |
| MK | Review committee events calendar; update attorney case calendar | 0.10 | 12.50 |
| KH | Review daily memo for fee issues | 0.10 | 10.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| **08/04/2008** | | | |
| KH | Review daily memo for fee issues | 0.10 | 10.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| **08/05/2008** | | | |
| MB | Review August 5, 2008 daily memo | 0.10 | 9.00 |
| PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| KH | Review daily memo for fee issues | 0.10 | 10.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| **08/06/2008** | | | |
| MB | Review August 6, 2008 daily fee application | 0.10 | 9.00 |
| MK | Retrieve and confirm ACC information; prepare e-mail to forward information to counsel | 0.80 | 100.00 |
| MRE | Review and revise weekly recommendation memo | 0.30 | 115.50 |
| KH | Review e-mail from MK re: committee list; research and draft responsive e-mail | 0.30 | 31.50 |
| KH | Review daily memo for fee issues | 0.10 | 10.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| MRE | Review and revise weekly recommendation memo | 0.30 | 115.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
| **08/07/2008** | | | | |
| | MRE | Work on weekly recommendation memo | 0.20 | 77.00 |
| | PEM | Review memo and TDP materials from counsel for ACC | 0.70 | 280.00 |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | KH | Review daily memo for fee issues | 0.10 | 10.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | SMB | Draft weekly recommendation memo | 0.30 | 28.50 |
| **08/08/2008** | | | | |
| | PEM | Review weekly recommendation memo to ACC re: pending motions and matters | 0.20 | 80.00 |
| | MRE | Review and revise weekly recommendation memos re: motions and fee applications | 0.40 | 154.00 |
| | KH | Review e-mail from B. Sluce re: service list; update committee e-mail service list | 0.20 | 21.00 |
| | KH | Review daily memo for fee issues | 0.10 | 10.50 |
| | MTH | Review correspondence from SB re :weekly recommendation memo | 0.10 | 32.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| **08/11/2008** | | | | |
| | KH | Review daily memo for fee issues | 0.10 | 10.50 |
| | MK | Review committee events calendar; update attorney case calendar | 0.10 | 12.50 |
| | MK | Work on edits to memo | 0.40 | 50.00 |
| | MTH | Review daily memo for August 8 | 0.10 | 32.50 |
| | SMB | Review recently filed pleadings and electronic filing notes; draft and distribute daily memo | 0.10 | 9.50 |
| **08/12/2008** | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| | SMB | Review recently filed pleadings and electronic filing notes; draft and distribute daily memo | 0.10 | 9.50 |
| **08/13/2008** | | | | |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | PEM | Review memo re: WR Grace - Debtors' Long Term Incentive Plan Motion | 0.30 | 120.00 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| **08/14/2008** | | | | |
| | MB | Retrieval and distribution of documents relating to daily memo | 0.40 | 36.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |

Page: 3
W.R. Grace                                                                 08/31/2008
ACCOUNT NO:        3000-07D
STATEMENT NO:             87

Committee, Creditors, Noteholders, Equity Holders

|       |       |                                                                                      | HOURS |        |
|-------|-------|--------------------------------------------------------------------------------------|-------|--------|
|       | PEM   | Review memo re: pleadings filed                                                      | 0.10  | 40.00  |
|       | MTH   | Review daily memo                                                                    | 0.10  | 32.50  |
|       | KH    | Review daily memo re: fee issues                                                     | 0.10  | 10.50  |
| 08/15/2008 |  |                                                                                      |       |        |
|       | MTH   | Prepare weekly recommendation memo                                                   | 1.70  | 552.50 |
|       | MTH   | Review correspondence from SB to committee re: weekly recommendation memo            | 0.10  | 32.50  |
|       | MTH   | Review daily memo                                                                    | 0.10  | 32.50  |
|       | PEM   | Draft weekly recommendation memo re: pending motions and matters                     | 0.20  | 80.00  |
|       | MK    | Review committee memo                                                                | 0.10  | 12.50  |
|       | MK    | Review committee events calendar; update attorney case calendar                     | 0.10  | 12.50  |
|       | SMB   | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10  | 9.50   |
|       | SMB   | Prepare weekly recommendation memo                                                   | 0.80  | 76.00  |
|       | KH    | Review daily memo re: fee issues                                                     | 0.10  | 10.50  |
| 08/18/2008 |  |                                                                                      |       |        |
|       | SMB   | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10  | 9.50   |
|       | SMB   | Revise 2002 service list to withdraw appearance of Amanda C. Basta                   | 0.10  | 9.50   |
|       | MTH   | Review daily memo                                                                    | 0.10  | 32.50  |
|       | KH    | Review daily memo re: fee issues                                                     | 0.10  | 10.50  |
| 08/19/2008 |  |                                                                                      |       |        |
|       | MB    | Retrieval and distribution of documents relating to daily memo                       | 0.40  | 36.00  |
|       | SMB   | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10  | 9.50   |
|       | PEM   | Review memo re: pleadings filed                                                      | 0.10  | 40.00  |
|       | KH    | Review daily memo re: fee issues                                                     | 0.10  | 10.50  |
|       | MTH   | Review daily memo                                                                    | 0.10  | 32.50  |
| 08/20/2008 |  |                                                                                      |       |        |
|       | SMB   | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10  | 9.50   |
|       | SMB   | Coordinate logistics for hearing on September 2, 2008 at 1:00 p.m.; e-mail confirmation of same | 0.20  | 19.00  |
|       | SMB   | Prepare weekly recommendation memo                                                   | 0.30  | 28.50  |
|       | KH    | Review daily memo re: fee issues                                                     | 0.10  | 10.50  |
|       | DAC   | Review counsel's weekly memo                                                         | 0.20  | 90.00  |
|       | MTH   | Review daily memo                                                                    | 0.10  | 32.50  |
| 08/21/2008 |  |                                                                                      |       |        |
|       | PEM   | Review memo re: pleadings filed                                                      | 0.10  | 40.00  |
|       | KH    | Review daily memo re: fee issues                                                     | 0.10  | 10.50  |
|       | SMB   | Review recently filed pleadings and electronic filing notices; draft and            |       |        |

Page: 4

W.R. Grace

08/31/2008

ACCOUNT NO:         3000-07D

STATEMENT NO:             87

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | distribute daily memo | | 0.10 | 9.50 |
| MTH | Meeting with MRE re: pending matters and issues, upcoming hearing | | 0.20 | 65.00 |
| MTH | Review daily memo | | 0.10 | 32.50 |
| **08/22/2008** | | | | |
| KH | Review daily memo re: fee issues | | 0.10 | 10.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 9.50 |
| SMB | Finalize weekly recommendation memo | | 0.30 | 28.50 |
| MTH | Review correspondence from SB to committee re: weekly recommendation memo | | 0.10 | 32.50 |
| MTH | Prepare weekly recommendation memo | | 1.30 | 422.50 |
| MTH | Review daily memo | | 0.10 | 32.50 |
| MTH | Correspondence to EI re: memo to committee re: asbestos PD settlement | | 0.10 | 32.50 |
| **08/23/2008** | | | | |
| DAC | Review counsel's weekly memo | | 0.20 | 90.00 |
| **08/25/2008** | | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 9.50 |
| MB | Retrieval and distribution of documents relating to daily memo. | | 0.40 | 36.00 |
| MTH | Review daily memo | | 0.10 | 32.50 |
| KH | Review daily memo re: fee issues | | 0.10 | 10.50 |
| **08/26/2008** | | | | |
| PEM | Review memo re: pleadings filed | | 0.10 | 40.00 |
| MTH | Review daily memo | | 0.10 | 32.50 |
| MTH | Correspondence to counsel re: change in location for November hearing | | 0.10 | 32.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 9.50 |
| KH | Review daily memo re: fee issues | | 0.10 | 10.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 9.50 |
| **08/27/2008** | | | | |
| PEM | Review memo from counsel re: Grace TDP | | 0.30 | 120.00 |
| MB | Retrieval and distribution of documents relating to daily memo | | 0.50 | 45.00 |
| MTH | Review daily memo | | 0.10 | 32.50 |
| MTH | Review correspondence from EI re: status of negotiations; draft TDP and Trust Agreement | | 0.10 | 32.50 |
| MTH | Review two Orders entered | | 0.10 | 32.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 9.50 |
| KH | Review daily memo re: fee issues | | 0.10 | 10.50 |

W.R. Grace

Page: 5
08/31/2008
ACCOUNT NO:        3000-07D
STATEMENT NO:              87

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **08/28/2008** |  |  |  |  |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | SMB | Prepare weekly recommendation memo | 0.30 | 28.50 |
| | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| **08/29/2008** |  |  |  |  |
| | PEM | Review weekly recommendation memo re: pending matters | 0.20 | 80.00 |
| | MTH | Review correspondence from SB to committee re: weekly recommendation memo | 0.10 | 32.50 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| | MTH | Prepare weekly recommendation memos | 2.30 | 747.50 |
| | DAC | Review counsel's weekly memo | 0.30 | 135.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 9.50 |
| | SMB | Continue preparation of weekly recommendation memo | 0.50 | 47.50 |
| | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| | | FOR CURRENT SERVICES RENDERED | 23.40 | 5,500.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.70 | $450.00 | $315.00 |
| Philip E. Milch | 2.70 | 400.00 | 1,080.00 |
| Michele Kennedy | 1.60 | 125.00 | 200.00 |
| Santae M. Boyd | 5.00 | 95.00 | 475.00 |
| Matthew Brushwood | 1.90 | 90.00 | 171.00 |
| Mark T. Hurford | 7.80 | 325.00 | 2,535.00 |
| Marla R. Eskin | 1.20 | 385.00 | 462.00 |
| Katherine Hemming | 2.50 | 105.00 | 262.50 |

TOTAL CURRENT WORK                                                                5,500.50

08/22/2008        Payment - Thank you. (May, 2008 - 80% Fees)                        -5,830.40

BALANCE DUE                                                                      $27,791.54

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2008
ACCOUNT NO:        3000-08D
STATEMENT NO:              86

Employee Benefits/Pension

|  |  |  |  |  |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $1,365.50 |
| | | | HOURS | |
| **08/08/2008** | | | | |
| MTH | Review correspondence from MRE re: Debtors' LTIP Motion; response to same | | 0.20 | 65.00 |
| **08/13/2008** | | | | |
| MTH | Telephone conference with JS re: LTIP Motion | | 0.30 | 97.50 |
| MTH | Telephone conference with JB re: Debtors' LTIP Motion | | 0.20 | 65.00 |
| MTH | Review correspondence from JS re: analysis re: Debtors' LTIP Motion | | 0.30 | 97.50 |
| MTH | Correspondence to and from PVNL re: analysis re: Debtors' LTIP Motion | | 0.20 | 65.00 |
| MTH | Correspondence to JB re: confirmation of extension re: objection deadline | | 0.10 | 32.50 |
| MTH | Telephone conference with DF re: Debtors' LTIP Motion | | 0.10 | 32.50 |
| MTH | Correspondence to EI and PVNL re: Debtors' LTIP Motion | | 0.20 | 65.00 |
| MTH | Additional review of Debtors' LTIP Motion; draft correspondence to committee re: same | | 1.60 | 520.00 |
| **08/14/2008** | | | | |
| MTH | Review correspondence from RJ re: Debtors' LTIP Motion | | 0.10 | 32.50 |
| **08/17/2008** | | | | |
| MTH | Correspondence to EI, PVNL and NDF re: Debtors' LTIP Motion | | 0.10 | 32.50 |
| **08/18/2008** | | | | |
| MTH | Review correspondence from EI re: Debtors' LTIP Motion | | 0.10 | 32.50 |
| **08/19/2008** | | | | |
| MTH | Correspondence to JB and JON re: Debtors' LTIP Motion | | 0.10 | 32.50 |
| | FOR CURRENT SERVICES RENDERED | | 3.60 | 1,170.00 |

W.R. Grace

Employee Benefits/Pension

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|------------|-------|-------------|-------|
| Mark T. Hurford | 3.60 | $325.00 | $1,170.00 |

TOTAL CURRENT WORK                                                           1,170.00

08/22/2008        Payment - Thank you. (May, 2008 - 80% Fees)                -910.00

BALANCE DUE                                                               $1,625.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2008 |
| Wilmington  DE | ACCOUNT NO:        3000-09D |
|  | STATEMENT NO:                39 |

Employee Applications, Applicant

| | |
|---|---|
| PREVIOUS BALANCE | $565.50 |
| BALANCE DUE | $565.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-10D |
|  | STATEMENT NO:    87 |

Employment Applications, Others

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $1,977.30 |
| 08/22/2008 | Payment - Thank you. (May, 2008 - 80% Fees) | -78.00 |
| | BALANCE DUE | $1,899.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2008 |
| Wilmington  DE | ACCOUNT NO:       3000-11D |
|  | STATEMENT NO:              85 |

Expenses

| PREVIOUS BALANCE |  | $7,646.59 |
|---|---|---|

| Date | Description | Amount |
|---|---|---|
| 08/01/2008 | Parcels Inc. - Copy and service of C&L, C&D, C/O, LAS, AKO May CNO's and AKO April CNO (7/23/08) | 57.82 |
| 08/01/2008 | Parcels Inc. - Hand delivery on 7/23 to Pachulski | 5.00 |
| 08/01/2008 | Parcels Inc. - Hand delivery on 7/23 to Trustee | 5.00 |
| 08/01/2008 | Parcels Inc. - Hand delivery on 7/23 to Ferry | 5.00 |
| 08/01/2008 | Parcels Inc. - Hand delivery on 7/23 to Duane | 5.00 |
| 08/01/2008 | Postage - Documents for service on 7/16/08. | 7.25 |
| 08/01/2008 | Pacer charges for the month of July | 94.80 |
| 08/01/2008 | CourtCall Appearance for R. Horkovich on 7/22/08 | 57.50 |
| 08/05/2008 | Federal Express to DGS on 7/29/08 | 20.03 |
| 08/05/2008 | Parcels, Inc. - Copy and Service of C&D, C&L, AKO and Charter Oak June Fee Application | 271.08 |
| 08/07/2008 | Parcels, Inc. - Copy and Service of LAS June Fee Application | 33.18 |
| 08/07/2008 | Parcels, Inc. - Inner City Delivery to Trustees | 5.00 |
| 08/07/2008 | Parcels, Inc. - Inner City Delivery to Duane | 5.00 |
| 08/07/2008 | Parcels, Inc. - Inner City Delivery to Ferry | 5.00 |
| 08/07/2008 | Parcels, Inc. - Inner City Delivery to Pachulski | 5.00 |
| 08/14/2008 | Parcels, Inc. - Copy and Service C&D, Charter Oak, LAS, AKO, C&L and Committee's June Interim App. | 747.50 |
| 08/14/2008 | Parcels, Inc. - Inner City Delivery to Pachulski | 5.00 |
| 08/14/2008 | Parcels, Inc. - Inner City Delivery to Duane | 5.00 |
| 08/14/2008 | Parcels, Inc. - Inner City Delivery to Trustee | 5.00 |
| 08/14/2008 | Parcels, Inc. - Inner City Delivery to Ferry | 5.00 |
| 08/16/2008 | AT&T Long Distance Phone Calls | 23.09 |
| 08/31/2008 | 4562 - Total Printed Pages | 456.20 |
| 08/31/2008 | 177 - Total Scanned Pages | 17.70 |
|  | TOTAL EXPENSES | 1,846.15 |

W.R. Grace

ACCOUNT NO:      3000-11D
STATEMENT NO:           85

Expenses

TOTAL CURRENT WORK                                                                1,846.15

08/22/2008        Payment - Thank you. (May, 2008 - 100% Expenses)              -1,924.12

BALANCE DUE                                                              $7,568.62

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2008
ACCOUNT NO:      3000-12D
STATEMENT NO:           85

Fee Applications, Applicant

PREVIOUS BALANCE                                                                          $4,982.70

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/04/2008 |  |  |  |  |
| | PEM | Review and revise July pre-bill for Pittsburgh time | 0.20 | 80.00 |
| 08/05/2008 |  |  |  |  |
| | KH | Prepare Excel spreadsheet re:professional hours v. project categories for C&L June | 0.40 | 42.00 |
| | KH | Review e-mail from DGS re: June bill; prepare C&L June fee application; finalize and e-file application | 1.30 | 136.50 |
| | MRE | Review of C&L fee application | 0.20 | 77.00 |
| 08/13/2008 |  |  |  |  |
| | MTH | Correspondence to and from MRE re: pre-bill | 0.20 | 65.00 |
| | MTH | Review pre-bill | 1.40 | 455.00 |
| 08/14/2008 |  |  |  |  |
| | KCD | Review and sign C&L application | 0.30 | 82.50 |
| | KH | Finalize and e-file C&L April - June interim fee application | 0.30 | 31.50 |
| | MTH | Additional review of pre-bill; correspondence to and from DGS re: same | 0.20 | 65.00 |
| | MTH | Review Fee Auditor's Report re: Campbell & Levine | 0.10 | 32.50 |
| 08/27/2008 |  |  |  |  |
| | KCD | Review and sign CNO re: C&L June application | 0.20 | 55.00 |
| | KH | Review case docket for objections to C&L June fee application (.1); prepare Certificate of No Objection (.2); finalize and e-file same (.2) | 0.50 | 52.50 |
| 08/28/2008 |  |  |  |  |
| | KH | Prepare C&L July spreadsheet re: professional hours v. project categories | 0.70 | 73.50 |
| |  | FOR CURRENT SERVICES RENDERED | 6.00 | 1,248.00 |

W.R. Grace

ACCOUNT NO:        3000-12D
STATEMENT NO:             85

Fee Applications, Applicant

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $400.00 | $80.00 |
| Mark T. Hurford | 1.90 | 325.00 | 617.50 |
| Marla R. Eskin | 0.20 | 385.00 | 77.00 |
| Kathleen Campbell Davis | 0.50 | 275.00 | 137.50 |
| Katherine Hemming | 3.20 | 105.00 | 336.00 |

TOTAL CURRENT WORK                                                                  1,248.00

08/22/2008        Payment - Thank you. (May, 2008 - 80% Fees)                     -1,176.80

BALANCE DUE                                                                        $5,053.90

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                           08/31/2008
Wilmington  DE                                  ACCOUNT NO:         3000-13D
                                                STATEMENT NO:            72

Fee Applications, Others

|  | PREVIOUS BALANCE | | $8,976.50 |
|---|---|---|---|

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/05/2008 | | | | |
| | KH | Review email from A. Pelton re: June bill(.1); Prepare AKO June Fee Application(.8); Finalize and e-file application(.3) | 1.20 | 126.00 |
| | KH | Review email from B. Lindsay re: June bill(.1); Prepare Charter Oak June Fee Application(.8); Finalize and e-file application(.3) | 1.20 | 126.00 |
| | KH | Review e-mail from E. Benetos re: June fee application(.1); update C&D June fee application(.3); finalize and e-file application(.3) | 0.70 | 73.50 |
| | MRE | Review of C&D, Charter and Anderson Kill fee applications | 0.40 | 154.00 |
| 08/06/2008 | | | | |
| | KCD | Review correspondence and memos re: revised hotel and meal guidelines; e-mails with KLH re: same | 0.30 | 82.50 |
| 08/07/2008 | | | | |
| | KCD | Review LAS monthly application; sign COS re: same | 0.30 | 82.50 |
| | KH | Review e-mail from D. Relles re: June bill(.1); draft LAS June fee application(.7); finalize and e-file application (.3); e-mail fee application (.1) | 1.20 | 126.00 |
| 08/08/2008 | | | | |
| | KH | Review June fee application of Ogilvy Renault (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review June fee application of Kramer Levin (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review June fee application of Ferry Joseph (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review June fee application of Phillips Goldman (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review June fee application of PricewaterhouseCoopers (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KH | Review June fee application of Stroock (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review June fee application of Bilzin Sumberg (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review June fee application of Committee of Asbestos Property Damage (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review January - March interim fee application of Orrick (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review January - March interim fee application of Towers Perrin (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review January - March interim fee application of David Austern (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review April - June interim fee application of Phillips Goldman (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| **08/11/2008** | | | |
| KH | Prepare AKO April - June interim fee application | 2.00 | 210.00 |
| KH | Prepare Committee April - June interim expense application | 1.30 | 136.50 |
| **08/12/2008** | | | |
| KH | Prepare Charter Oak April - June interim fee application | 2.10 | 220.50 |
| KH | Prepare LAS April - June interim fee application | 1.80 | 189.00 |
| KH | Prepare C&L April - June interim fee application | 2.50 | 262.50 |
| **08/13/2008** | | | |
| KH | Prepare C&D April - June interim fee application | 0.80 | 84.00 |
| MTH | Review Fee Auditor's Report for Blackstone | 0.10 | 32.50 |
| **08/14/2008** | | | |
| KCD | Review and sign Committee expense application | 0.30 | 82.50 |
| KCD | Review C&D interim application and sign COS re: same | 0.30 | 82.50 |
| KCD | Review LAS interim application and sign COS re: same | 0.30 | 82.50 |
| KCD | Review AKO interim application and sign COS re: same | 0.30 | 82.50 |
| KCD | Review Charter Oak interim and sign COS re: same | 0.30 | 82.50 |
| KH | Finalize and e-file C&D April - June interim fee application | 0.30 | 31.50 |
| KH | Finalize and e-file LAS April - June interim fee application | 0.30 | 31.50 |
| KH | Finalize and e-file AKO April - June interim fee application | 0.30 | 31.50 |
| KH | Finalize and e-file C/O April - June interim fee application | 0.30 | 31.50 |
| KH | Finalize and e-file Committee April - June interim fee application | 0.30 | 31.50 |
| KH | Draft e-mail containing as filed interim fee applications to W. Smith | 0.20 | 21.00 |
| **08/15/2008** | | | |
| KH | Review July fee application of Warren Smith (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review April - June interim fee application of Buchanan Ingersoll (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | KH | Review March fee application of Tre Angeli (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review April fee application of Tre Angeli (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review May fee application of Tre Angeli (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review March fee application of Sullivan Hazeltine (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review March fee application of Piper Jaffray (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review April fee application of Piper Jaffray (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review May fee application of Piper Jaffray (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review April - June interim fee application of Casner & Edwards (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review April - June interim fee application of Kramer Levin (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review October-  December interim fee application of Holme Roberts(.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review April - June interim fee application of PricewaterhouseCoopers (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| 08/19/2008 | | | | |
| | KH | Update Committee Fee and Expense Tracking Chart | 0.80 | 84.00 |
| 08/20/2008 | | | | |
| | KH | Review multiple e-mails from E. Benetos re: fee applications procedures; research and draft responsive e-mail | 0.50 | 52.50 |
| 08/22/2008 | | | | |
| | KH | Review April - June interim application of Foley Hoag (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review July application of Orrick Herrington(.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review April - June interim application of Reed Smith(.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review April - June interim application of Ogilvy Renault (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review January - March interim application of The Scott Law Group (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | KH | Review January - March interim application of William Sullivan (.1); update weekly recommendation memo(.1) | 0.20 | 21.00 |
| | MTH | Review Fee Auditor's Report re: Phillips Goldman & Spence | 0.10 | 32.50 |
| | MTH | Review Fee Auditor's Report re: Bilzin Sumberg | 0.10 | 32.50 |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| **08/27/2008** | | | |
| KCD | Review and sign CNO re: C&D June application | 0.20 | 55.00 |
| KCD | Review and sign CNO re: AKO June application | 0.20 | 55.00 |
| KCD | Review and sign CNO re: Charter Oak June application | 0.20 | 55.00 |
| KH | Review case docket for objections to C&D June fee application (.1); prepare Certificate of No Objection(.2); finalize and e-file CNO (.2) | 0.50 | 52.50 |
| KH | Review case docket for objections to AKO June fee application (.1); prepare Certificate of No Objection (.2); finalize and e-file CNO(.2) | 0.50 | 52.50 |
| KH | Review case docket for objections to C/O June fee application (.1); prepare Certificate of No Objection (.2); finalize and e-file CNO (.2) | 0.50 | 52.50 |
| **08/28/2008** | | | |
| MTH | Review Fee Auditor's Report re: BMC | 0.10 | 32.50 |
| MTH | Review Fee Auditor's Report re: Houlihan Lokey | 0.10 | 32.50 |
| KH | Review e-mail from A. Suffern re: July bill (.1); prepare AKO July fee application (.8) | 0.90 | 94.50 |
| KH | Review e-mail from B. Lindsay re: July bill (.1); prepare Charter Oak July fee application (1) | 1.10 | 115.50 |
| **08/29/2008** | | | |
| KH | Review January - March interim fee application of Tre Angeli (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review January - March interim fee application of Piper Jaffray (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review April - June interim fee application of Woodcock Washburn (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review April - June interim fee application of Stroock & Stroock & Lavan (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Phillips Goldman (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Ogilvy Renault (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Nelson Mullins (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| | FOR CURRENT SERVICES RENDERED | 32.50 | 4,093.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.50 | $325.00 | $162.50 |
| Marla R. Eskin | 0.40 | 385.00 | 154.00 |
| Kathleen Campbell Davis | 2.70 | 275.00 | 742.50 |
| Katherine Hemming | 28.90 | 105.00 | 3,034.50 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 4,093.50 |

Page: 5

W.R. Grace                                                                              08/31/2008
                                                                    ACCOUNT NO:        3000-13D
                                                                    STATEMENT NO:             72

Fee Applications, Others


| 08/22/2008 | Payment - Thank you. (May, 2008 - 80% Fees) | -2,462.40 |

BALANCE DUE                                                                          $10,607.60


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                        |                 |          |
|------------------------|-----------------|----------|
|                        | Page: 1         |          |
| W.R. Grace             | 08/31/2008      |          |
| Wilmington  DE         | ACCOUNT NO:     | 3000-14D |
|                        | STATEMENT NO:   | 57       |

Financing

| PREVIOUS BALANCE | $318.50 |
|------------------|---------|
| BALANCE DUE      | $318.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2008
ACCOUNT NO:     3000-15D
STATEMENT NO:              87

Hearings

|  |  | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $22,633.45 |
| 08/14/2008 | | | | |
| | MTH | Correspondence to and from DF re: September 2 hearing | 0.10 | 32.50 |
| 08/17/2008 | | | | |
| | MTH | Correspondence to JON re: hearing agendas | 0.10 | 32.50 |
| 08/18/2008 | | | | |
| | MTH | Correspondence to and from JON re: hearing agenda; correspondence to and from DF re: same | 0.30 | 97.50 |
| 08/19/2008 | | | | |
| | MTH | Review agendas for two hearings on September 2 | 0.30 | 97.50 |
| | MTH | Review correspondence from PVNL re: September 2, 2008 hearing | 0.10 | 32.50 |
| | MTH | Correspondence to PVNL, NDF, RH and WBS re: September hearing Agendas, issues to go forward | 0.30 | 97.50 |
| 08/20/2008 | | | | |
| | MTH | Review correspondence from SB to WBS re: September 2 hearing; review correspondence from SB to RH re: September 2 hearing; discussion with SB re: same | 0.20 | 65.00 |
| 08/27/2008 | | | | |
| | MTH | Review Notice of Change in Hearing Location | 0.10 | 32.50 |
| 08/28/2008 | | | | |
| | MTH | Correspondence to and from DF re: September 2 hearing | 0.10 | 32.50 |
| | MTH | Review Amended Agendas for hearings on September 2; correspondence to counsel re: same | 0.20 | 65.00 |

W.R. Grace

Hearings

Page: 2
08/31/2008
ACCOUNT NO:     3000-15D
STATEMENT NO:              87

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/29/2008 |  |  |  |  |
| MB | Hearing Binder Preparation; review for hearing on 9/2/08 |  | 0.70 | 63.00 |
| MTH | Prepare for hearing |  | 0.50 | 162.50 |
| KH | Prepare attorney binder for 9/2/08 hearing at 9:00 am |  | 0.60 | 63.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 3.60 | 873.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 0.70 | $90.00 | $63.00 |
| Mark T. Hurford | 2.30 | 325.00 | 747.50 |
| Katherine Hemming | 0.60 | 105.00 | 63.00 |

| | |
|---|---|
| TOTAL CURRENT WORK | 873.50 |

| | | |
|---|---|---|
| 08/22/2008 | Payment - Thank you. (May, 2008 - 80% Fees) | -995.60 |

| | |
|---|---|
| BALANCE DUE | $22,511.35 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
08/31/2008
ACCOUNT NO:    3000-16D
STATEMENT NO:            72

Litigation and Litigation Consulting

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE |  |  | $6,451.20 |
|  |  | HOURS |  |
| 08/14/2008 |  |  |  |
| MTH | Review memo re: State of Montana Preliminary Injunction | 0.80 | 260.00 |
| 08/19/2008 |  |  |  |
| MTH | Correspondence to PVNL and JAL re: District Court Opinion re: State of Montana preliminary injunction litigation | 0.20 | 65.00 |
| 08/22/2008 |  |  |  |
| MTH | Review correspondence from KH and EB re: Montana actions; response to same | 0.30 | 97.50 |
|  | FOR CURRENT SERVICES RENDERED | 1.30 | 422.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.30 | $325.00 | $422.50 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 422.50 |
| 08/22/2008    Payment - Thank you. (May, 2008 - 80% Fees) | -793.20 |
| BALANCE DUE | $6,080.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

| | |
|---|---|
| | Page: 1 |
| W.R. Grace | 08/31/2008 |
| Wilmington  DE | ACCOUNT NO:      3000-17D |
| | STATEMENT NO:            72 |

Plan and Disclosure Statement

| | | | | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $8,166.10 |
| | | | HOURS | |
| 08/07/2008 | | | | |
| | MRE | Review of memo from EI | 0.20 | 77.00 |
| | DAC | Review TDP status memo; draft TDP and letters from counsel to Libby claimants and ACC response | 1.00 | 450.00 |
| 08/20/2008 | | | | |
| | DAC | Review memo re: incentive plan | 0.10 | 45.00 |
| 08/26/2008 | | | | |
| | MTH | Review correspondence from EI and RH re: review of insurance | 0.10 | 32.50 |
| 08/28/2008 | | | | |
| | DAC | Review Caplin memo re: Futures Rep issues | 0.10 | 45.00 |
| 08/31/2008 | | | | |
| | MRE | Review of memo from EI | 0.10 | 38.50 |
| | | FOR CURRENT SERVICES RENDERED | 1.60 | 688.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.20 | $450.00 | $540.00 |
| Mark T. Hurford | 0.10 | 325.00 | 32.50 |
| Marla R. Eskin | 0.30 | 385.00 | 115.50 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 688.00 |

| | | |
|---|---|---|
| 08/22/2008 | Payment - Thank you. (May, 2008 - 80% Fees) | -558.00 |

Page: 2

W.R. Grace

08/31/2008

ACCOUNT NO:      3000-17D
STATEMENT NO:           72

Plan and Disclosure Statement


BALANCE DUE                                          $8,296.10


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-18D |
|  | STATEMENT NO:              72 |

Relief from Stay Proceedings

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | -$147.20 |

| | | | HOURS | |
|---|---|---|---|---|
| 08/25/2008 | | | | |
| MTH | Review Reply of Mian Realty re: Applicability of the Automatic Stay | | 0.20 | 65.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.20 | 65.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $325.00 | $65.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 65.00 |

| | | |
|---|---|---|
| 08/22/2008 | Payment - Thank you. (May, 2008 - 80% Fees) | -26.00 |

| | | |
|---|---|---|
| CREDIT BALANCE | | -$108.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 08/31/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-19D |
|  | STATEMENT NO:           55 |

Tax Issues

| | |
|---|---|
| PREVIOUS BALANCE | $864.50 |
| BALANCE DUE | $864.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                08/31/2008
Wilmington  DE                                    ACCOUNT NO:        3000-20D
                                                  STATEMENT NO:              71

Tax Litigation

PREVIOUS BALANCE                                                          $468.80

BALANCE DUE                                                              $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  | Page: 1 |
|---|---|
| W.R. Grace | 08/31/2008 |
| Wilmington  DE | ACCOUNT NO:      3000-21D |
|  | STATEMENT NO:              63 |

Travel-Non-Working

| | PREVIOUS BALANCE | $3,809.00 |
|---|---|---|
| 08/22/2008 | Payment - Thank you. (May, 2008 - 80% Fees) | -650.00 |
| | BALANCE DUE | $3,159.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
08/31/2008

W.R. Grace
Wilmington  DE                                    ACCOUNT NO:      3000-22D
                                                 STATEMENT NO:            76

Valuation

PREVIOUS BALANCE                                              $1,185.00

BALANCE DUE                                                   $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**


Page: 1

W.R. Grace                                                          08/31/2008
Wilmington  DE                                    ACCOUNT NO:      3000-23D
                                                  STATEMENT NO:           76


ZAI Science Trial


PREVIOUS BALANCE                                                   $1,287.80

BALANCE DUE                                                       $1,287.80


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                   08/31/2008
Wilmington  DE                                          ACCOUNT NO:        3000-24D
                                                        STATEMENT NO:              49

ZAI Science Trial - Expenses

PREVIOUS BALANCE                                                             -$56.00

CREDIT BALANCE                                                              -$56.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                            08/31/2008
Wilmington  DE                                                ACCOUNT NO:        3000-25D
                                                              STATEMENT NO:               42

Others

PREVIOUS BALANCE                                                              $56.00

BALANCE DUE                                                                   $56.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
08/31/2008

W.R. Grace
Wilmington  DE                                                     ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 136.50 | 0.00 | 0.00 | 0.00 | 0.00 | $136.50 |
| 3000-02 Asset Disposition | | | | | |
| 37.30 | 32.50 | 0.00 | 0.00 | 0.00 | $69.80 |
| 3000-03 Business Operations | | | | | |
| 365.70 | 520.00 | 0.00 | 0.00 | 0.00 | $885.70 |
| 3000-04 Case Administration | | | | | |
| 2,412.67 | 0.00 | 0.00 | 0.00 | -278.80 | $2,133.87 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 33,735.20 | 2,637.00 | 0.00 | 0.00 | -10,244.00 | $26,128.20 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 4,095.10 | 3,435.00 | 0.00 | 0.00 | -104.00 | $7,426.10 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 28,121.44 | 5,500.50 | 0.00 | 0.00 | -5,830.40 | $27,791.54 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 1,365.50 | 1,170.00 | 0.00 | 0.00 | -910.00 | $1,625.50 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 565.50 | 0.00 | 0.00 | 0.00 | 0.00 | $565.50 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,977.30 | 0.00 | 0.00 | 0.00 | -78.00 | $1,899.30 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-11 Expenses | | | | | |
| 7,646.59 | 0.00 | 1,846.15 | 0.00 | -1,924.12 | $7,568.62 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 4,982.70 | 1,248.00 | 0.00 | 0.00 | -1,176.80 | $5,053.90 |
| 3000-13 Fee Applications, Others | | | | | |
| 8,976.50 | 4,093.50 | 0.00 | 0.00 | -2,462.40 | $10,607.60 |
| 3000-14 Financing | | | | | |
| 318.50 | 0.00 | 0.00 | 0.00 | 0.00 | $318.50 |
| 3000-15 Hearings | | | | | |
| 22,633.45 | 873.50 | 0.00 | 0.00 | -995.60 | $22,511.35 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 6,451.20 | 422.50 | 0.00 | 0.00 | -793.20 | $6,080.50 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 8,166.10 | 688.00 | 0.00 | 0.00 | -558.00 | $8,296.10 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -147.20 | 65.00 | 0.00 | 0.00 | -26.00 | -$108.20 |
| 3000-19 Tax Issues | | | | | |
| 864.50 | 0.00 | 0.00 | 0.00 | 0.00 | $864.50 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 3,809.00 | 0.00 | 0.00 | 0.00 | -650.00 | $3,159.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,287.80 | 0.00 | 0.00 | 0.00 | 0.00 | $1,287.80 |
| 3000-24 ZAI Science Trial - Expenses | | | | | |
| -56.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$56.00 |

W.R. Grace

ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-25 Others | | | | | |
| 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | $56.00 |
| 139,455.15 | 20,685.50 | 1,846.15 | 0.00 | -26,031.32 | $135,955.48 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.