IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al., | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |
| | Ref. Dkt. No. 17788 |

### NOTICE OF WITHDRAWAL OF APPLICATION OF DAVID T. AUSTERN, FCR, FOR AUTHORIZATION TO EMPLOY HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP AS SPECIAL ASBESTOS PROPERTY DAMAGE SETTLEMENT COUNSEL

**PLEASE TAKE NOTICE** that David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants in the above-captioned cases (the "Future Claimants' Representative" or "FCR"), by and though his undersigned counsel, hereby withdraws the Application of the FCR for Authorization to Employ Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP as Special Asbestos Property Damage Settlement Counsel *Nunc Pro Tunc* to January 4, 2008, filed on January 9, 2008 [Dkt. No. 17788].

Dated: October 2, 2008

PHILLIPS, GOLDMAN & SPENCE, P.A.

By: /s/ John C. Phillips
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
(302) 655-4200

—and—

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel, admitted *pro hac vice*
Richard H. Wyron, admitted *pro hac vice*
Debra L. Felder, admitted *pro hac vice*
1152 15th Street, NW
Washington, DC 20005
(202) 339-8400

*Co-Counsel to David T. Austern, Future Claimants' Representative*