## EXHIBIT A

**Case Administration (2.90 Hours; $ 1,967.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.00 | $840 | 840.00 |
| Bernard Bailor | 1.20 | $630 | 756.00 |
| Rita C. Tobin | .70 | $530 | 371.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and dockets re EI update (.2) |
| 08/06/08 | RCT | 530.00 | 0.10 | Review schedules re paralegal update (.1) |
| 08/07/08 | BSB | 630.00 | 1.20 | FOIA matters |
| 08/08/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and dockets re EI update (.2) |
| 08/09/08 | PVL | 840.00 | 0.10 | Review 8 miscellaneous filings. |
| 08/12/08 | PVL | 840.00 | 0.10 | Review 4 miscellaneous filings. |
| 08/13/08 | PVL | 840.00 | 0.20 | Review Wyron email and reply. |
| 08/15/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and dockets re EI update (.2) |
| 08/19/08 | PVL | 840.00 | 0.20 | Review 5 miscellaneous filings (.1); review Hurford email and reply (.1). |
| 08/22/08 | PVL | 840.00 | 0.10 | Review 4 miscellaneous filings. |
| 08/25/08 | PVL | 840.00 | 0.10 | Review 10 miscellaneous filings. |
| 08/26/08 | PVL | 840.00 | 0.10 | Review 7 miscellaneous filings. |
| 08/29/08 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |

**Total Task Code .04     2.90**

{D0135756.1 }

**Claim Analysis Objection & Resolution (Asbestos) (1.70 Hours; $ 1,428.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.70 | $840 | 1,428.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/14/08 | PVL | 840.00 | 0.20 | Review Grace sur-reply to NJDEP (.1); review UCC disc resps (.1). |
| 08/18/08 | PVL | 840.00 | 0.60 | Review Shelnitz, Tarola and Zilly decls (.3); review Ordway and Freedgood decls (.2); review equity comm disc responses (.1). |
| 08/19/08 | PVL | 840.00 | 0.30 | Review Grace suppl reply to Mian (.2); review Buckwalter op re Montana (.1). |
| 08/20/08 | PVL | 840.00 | 0.30 | Review Lehman disc resps (.2); review CA reply brief re Longo (.1). |
| 08/25/08 | PVL | 840.00 | 0.10 | Review Mian reply brief. |
| 08/29/08 | PVL | 840.00 | 0.20 | Review Montana stay motion. |

**Total Task Code .05    1.70**


**Employment Applications, Others (3.70 Hours; $ 2,257.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Nathan D. Finch | 3.70 | $610 | 2,257.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/28/08 | NDF | 610.00 | 2.80 | Review latest Cohn letter (0.5); begin drafting memo/response to same (0.5); confer with EI re same (0.1); confer with Horkovich re insurance and Libby issues (1.2); review new coverage block chart and analysis (0.5). |
| 08/29/08 | NDF | 610.00 | 0.90 | Begin memo to PVNL re Libby claimant issues (0.8); review agenda for 9/2 omnibus (0.1). |

**Total Task Code .10         3.70**

**Fee Applications, Applicant (11.10 Hours; $ 3,608.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 4.10 | $530 | 2,173.00 |
| Eugenia Benetos | 7.00 | $205 | 1,435.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/08 | EB | 205.00 | 0.50 | Prepare fee and expense report for fee application exhibit. (.5)  (Late entry dated July 25, 2008). |
| 08/01/08 | EB | 205.00 | 1.00 | Prepare letters to committee members regarding payments. (1)  (Late entry dated July 30, 2008). |
| 08/04/08 | RCT | 530.00 | 1.50 | Address fee issues (1.5) |
| 08/06/08 | RCT | 530.00 | 0.20 | Conference EI and edit prebills (.2) |
| 08/07/08 | RCT | 530.00 | 0.50 | Review prebills (.5) |
| 08/11/08 | RCT | 530.00 | 0.50 | Review Exhibits (.5) |
| 08/11/08 | EB | 205.00 | 1.00 | Work on monthly/interim fee application. (1) |
| 08/12/08 | RCT | 530.00 | 1.00 | Review fee application (all documents) re updates and revisions (1.0) |
| 08/12/08 | EB | 205.00 | 1.00 | Assist RCT in review of fee application.  Made necessary edits to updated fee application. (1) |
| 08/13/08 | EB | 205.00 | 1.00 | Work on monthly/ interim fee application. (1) |
| 08/13/08 | EB | 205.00 | 1.00 | Assist RCT in review of fee monthly/ interim fee application.  Made necessary edits to updated fee application.  (1) |
| 08/14/08 | RCT | 530.00 | 0.20 | Review final exhibits as per revisions (.2) |
| 08/15/08 | RCT | 530.00 | 0.20 | Review fee application schedules for September (prior to leaving for 2 week vacation) (.2) |

| 08/19/08 | EB | 205.00 | 1.50 | Work on monthly/ interim fee application. (.5) Assist in the review of the monthly/ interim application. Update changes made by EI and RCT and email updated versions to APB. (1) |

**Total Task Code .12        11.10**


**Litigation and Litigation Consulting (109.90 Hours; $ 31,686.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Nathan D. Finch | 10.40 | $610 | 6,344.00 |
| Andrew J. Sackett | 99.00 | $255 | 25,245.00 |
| Marissa A. Fanone | .50 | $195 | 97.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/08 | NDF | 610.00 | 1.50 | Review and respond to emails re case issues (1.0); revise FOIA letter to EPA (0.5). |
| 08/01/08 | AJS | 255.00 | 1.40 | Legal research regarding wrongful death actions. |
| 08/04/08 | NDF | 610.00 | 0.80 | Review and respond to emails re case issues. |
| 08/04/08 | AJS | 255.00 | 3.30 | Legal research regarding wrongful death actions. |
| 08/04/08 | AJS | 255.00 | 3.60 | Preparation of memo regarding wrongful death actions. |
| 08/05/08 | NDF | 610.00 | 1.50 | Review new article re mesotheliomas in Libby (0.6); emails to ACC and Welch re same (0.4); review and respond to emails re case issues (0.5). |
| 08/05/08 | AJS | 255.00 | 7.40 | Preparation of memo regarding wrongful death actions. |
| 08/06/08 | NDF | 610.00 | 3.00 | Edit letter to Heberling regarding TDP issues. |
| 08/06/08 | AJS | 255.00 | 2.50 | Preparation of memo regarding wrongful death actions. |
| 08/06/08 | AJS | 255.00 | 2.60 | Legal research regarding wrongful death actions. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 08/07/08 | NDF | 610.00 | 1.80 | Read new paper by Whitehouse (1.0); review TDP and memo sent by EI to ACC (0.5); calls to EI re TDP (0.3). |
| 08/07/08 | AJS | 255.00 | 2.40 | Preparation of memo regarding wrongful death actions. |
| 08/07/08 | AJS | 255.00 | 2.40 | Legal research regarding wrongful death actions. |
| 08/08/08 | NDF | 610.00 | 0.50 | Review and respond to emails from insurance counsel. |
| 08/12/08 | AJS | 255.00 | 2.90 | Preparation of memo regarding wrongful death actions. |
| 08/13/08 | AJS | 255.00 | 7.70 | Preparation of memo regarding wrongful death actions. |
| 08/14/08 | AJS | 255.00 | 7.50 | Preparation of memo regarding wrongful death actions; legal research regarding wrongful death actions. |
| 08/15/08 | AJS | 255.00 | 8.30 | Legal research and preparation of memo regarding wrongful death actions. |
| 08/15/08 | MAF | 195.00 | 0.50 | Organize documents in binders for wrongful death actions in all fifty states. |
| 08/18/08 | AJS | 255.00 | 0.10 | Preparation of email to ACM and review of emails from ACM regarding expense report. |
| 08/18/08 | AJS | 255.00 | 7.10 | Preparation of memo regarding wrongful death action. |
| 08/19/08 | AJS | 255.00 | 4.80 | Legal research regarding wrongful death actions. |
| 08/20/08 | AJS | 255.00 | 7.10 | Legal research and preparation of memo regarding wrongful death actions. |
| 08/21/08 | AJS | 255.00 | 4.80 | Preparation of memo regarding wrongful death actions; legal research regarding wrongful death actions. |
| 08/22/08 | AJS | 255.00 | 5.70 | Preparation of memo regarding wrongful death action. |
| 08/23/08 | AJS | 255.00 | 0.60 | Preparation of memo regarding wrongful death actions. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 08/25/08 | AJS | 255.00 | 1.80 | Preparation of memo regarding wrongful death actions. |
| 08/26/08 | NDF | 610.00 | 0.80 | Review correspondence and TDP draft sent by Cohn. |
| 08/26/08 | AJS | 255.00 | 1.30 | Preparation of memo regarding wrongful death actions. |
| 08/27/08 | NDF | 610.00 | 0.50 | Review correspondence between Horkovich and Grace re insurance asset. |
| 08/27/08 | AJS | 255.00 | 2.60 | Preparation of memo regarding wrongful death actions. |
| 08/28/08 | AJS | 255.00 | 5.20 | Preparation of memo regarding wrongful death actions. |
| 08/29/08 | AJS | 255.00 | 5.90 | Preparation of memo regarding wrongful death. |

**Total Task Code.16        109.90**

**Plan & Disclosure Statement (92.00 Hours; $ 67,186.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 17.10 | $920 | 15,732.00 |
| Peter Van N. Lockwood | 40.20 | $840 | 33,768.00 |
| Ann C. McMillan | 6.00 | $580 | 3,480.00 |
| Jeffrey A. Liesemer | 28.70 | $495 | 14,206.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/01/08 | PVL | 840.00 | 0.70 | Time for 7/31/08 - confer JAL (.2); review Frankel email (.1); review revised POR (.4). |
| 08/01/08 | PVL | 840.00 | 1.90 | Teleconference Freedman, Posner, Wyron, Horkovich et al (1.2); teleconference Freedman (.5); review email and reply (.2). |
| 08/01/08 | JAL | 495.00 | 0.30 | Review and analysis of materials in preparation for conf. call on insurance issues. |
| 08/01/08 | JAL | 495.00 | 1.30 | Teleconf. w/PVNL, Debtors' counsel, FCR's counsel re: insurance issues. |
| 08/01/08 | JAL | 495.00 | 0.20 | Telephone call w/R. Wyron re: insurance assignment issues. |
| 08/01/08 | JAL | 495.00 | 0.40 | Drafted and revised memo to PVNL and R. Horkovich re: insurance assignment issues. |
| 08/01/08 | JAL | 495.00 | 2.90 | Further drafting and revisions to insurance assignment agreement and insurance-related provisions in the draft plan. |
| 08/04/08 | PVL | 840.00 | 0.30 | Review email and reply (.1); review Wyron email and reply (.2). |
| 08/04/08 | EI | 920.00 | 0.60 | T/c Frankel/Austern re: TDP (.6). |
| 08/05/08 | EI | 920.00 | 0.30 | Letter from Heberling (.3). |
| 08/06/08 | PVL | 840.00 | 1.20 | Review email (.1); review draft share issuance agreement (.5); review draft reg rights agreement (.3); review draft warrant agreement (.3). |
| 08/06/08 | EI | 920.00 | 2.50 | Memo to Negotiating Subcommittee re: Heberling letter and status (1.0); t/cs NDF re: same (.3); editing draft letter to Heberling and draft TDP (1.0); t/c Peterson re: calculations (.2). |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 08/06/08 | JAL | 495.00 | 1.90 | Revised and marked up revised insurance-related plan provisions. |
| 08/06/08 | JAL | 495.00 | 0.20 | Reviewed e-mail from R. Wyron re: bonded judgment issues. |
| 08/06/08 | JAL | 495.00 | 1.90 | Reviewed FCR's comments on deferred obligation documents and related documents. |
| 08/07/08 | PVL | 840.00 | 6.30 | Teleconference Freedman, Frankel et al re POR docs (3.5); teleconference Frankel, Wyron, Wallace re same (.9); review deferred payment agreement (1); review guarantee agreement (.3); review revised ins assignment and email Wyron et al (.2); review Heberling letter (.1); teleconference EI (.3). |
| 08/07/08 | EI | 920.00 | 2.30 | TDP circulation; correspondence and memos to Libby, Futures Rep and Committee, edited new blackline (2.0); t/c PVNL re: status (.3). |
| 08/07/08 | JAL | 495.00 | 2.70 | Conf. call w/Grace and FCR counsel re: deferred payment and warrant documents. |
| 08/07/08 | JAL | 495.00 | 1.00 | Conf. call w/FCR counsel re: deferred payment and warrant documents. |
| 08/07/08 | JAL | 495.00 | 0.40 | Further revisions and editing to plan insurance provisions. |
| 08/08/08 | JAL | 495.00 | 3.10 | Revisions and editing to draft insurance assignment agreement and insurance-related plan provisions. |
| 08/10/08 | PVL | 840.00 | 0.60 | Review revised POR ins, provisions and assignment agreement (.3); review EI letter to Heberling and revised TDP (.3). |
| 08/11/08 | PVL | 840.00 | 0.60 | Confer JAL (.3); teleconference Freedman, Esayian, Wyron, JAL et al. (.3). |
| 08/11/08 | EI | 920.00 | 2.20 | Various calls PVNL and ACM re: status (2.0); t/cs PVNL re: bonded claims (.2).  (8/11 - 19) |
| 08/11/08 | JAL | 495.00 | 0.40 | E-mail exchanges w/R. Wyron re: scheduling and mark-up of plan and insurance-related language. |
| 08/11/08 | JAL | 495.00 | 0.10 | Telephone call w/PVNL re: revisions to insurance language and next steps. |

| | | | | |
|---|---|---|---|---|
| 08/11/08 | JAL | 495.00 | 0.20 | Review and analysis of materials relating to revised insurance-related plan language. |
| 08/11/08 | JAL | 495.00 | 0.10 | Telephone call w/R. Horkovich re: revisions to draft insurance assignment agreement. |
| 08/11/08 | JAL | 495.00 | 0.10 | Reviewed materials relating to revised deferred payment obligations and warrant documents. |
| 08/11/08 | JAL | 495.00 | 0.20 | Telephone call w/PVNL re: comments on insurance assignment agreement and insurance-related plan provisions. |
| 08/11/08 | JAL | 495.00 | 0.40 | Conf. call w/Grace's counsel re: ZAI and PD claim matters. |
| 08/11/08 | JAL | 495.00 | 1.00 | Revised and edited draft insurance assignment agreement and insurance related plan provisions. |
| 08/11/08 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to PVNL and R. Horkovich re: insurance-related plan provisions. |
| 08/12/08 | PVL | 840.00 | 0.50 | Review revised POR ins. provisions and email JAL (.2); confer JAL (.2); review email (.1). |
| 08/12/08 | ACM | 580.00 | 0.50 | Exchange e-mails with R. Wyron and others re TDP issue. |
| 08/12/08 | JAL | 495.00 | 0.60 | Further edits and revisions to draft insurance assignment agreement and insurance-related plan provisions. |
| 08/12/08 | JAL | 495.00 | 0.10 | Telephone call and voice-message to R. Wyron re: insurance related plan provisions. |
| 08/12/08 | JAL | 495.00 | 0.60 | Revised and edited certain Grace plan provisions. |
| 08/12/08 | JAL | 495.00 | 0.20 | Drafted and revised memo to PVNL re: proposed additional changes to Grace plan. |
| 08/12/08 | JAL | 495.00 | 0.30 | Drafted and revised e-mail to FCR's counsel re: additional suggested changes to draft plan language. |
| 08/12/08 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to R. Horkovich in response to his comments on the draft asbestos insurance transfer agreement and the insurance-related plan language. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 08/13/08 | ACM | 580.00 | 1.20 | Review letter to J. Heberling, revised TDP and memo to R. Frankel re same. |
| 08/14/08 | PVL | 840.00 | 1.10 | Review Wyron proposal re bonded claims and reply (.3); review revised POR and ancillary docs (.7); review AKO memo re 1984-85 ins policies (.1). |
| 08/14/08 | JAL | 495.00 | 0.10 | Drafted e-mail to PVNL re: draft insurance-related plan language. |
| 08/15/08 | PVL | 840.00 | 1.60 | Review email re POR (.1); teleconference McGonigle (.2); teleconference EI (.2); teleconference Horkovich (.6); review POR revs and email Wyron re same (.5). |
| 08/15/08 | JAL | 495.00 | 0.70 | Review and analysis of revised insurance transfer agreement and insurance-related plan provisions. |
| 08/15/08 | JAL | 495.00 | 0.40 | Drafted and revised e-mail to PVNL and FCR's counsel re: revised drafts of asbestos insurance transfer agreement and insurance-related plan provisions. |
| 08/18/08 | PVL | 840.00 | 0.70 | Review email (.2); teleconference McMonigle re Scotts (.5). |
| 08/19/08 | PVL | 840.00 | 2.60 | Review email and reply re POR (.5); review Sealed Air revs to POR (1); teleconference Wyron, Wallace, Felder, JAL re POR (1.1). |
| 08/19/08 | JAL | 495.00 | 0.20 | Reviewed e-mail from R. Wyron re: draft plan provisions for bonded judgment claims. |
| 08/19/08 | JAL | 495.00 | 0.20 | Prep. for conf. call w/FCR's counsel re: revised draft of plan provisions. |
| 08/19/08 | JAL | 495.00 | 1.10 | Conf. call w/PVNL and FCR's counsel re: draft insurance transfer agreement and revised plan language. |
| 08/19/08 | JAL | 495.00 | 0.60 | Revised and edited draft of asbestos insurance transfer agreement. |
| 08/19/08 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges and insurance-related plan provisions in response to question from R. Horkovich re: such provisions. |
| 08/20/08 | EI | 920.00 | 1.50 | T/c Frankel re: status (.2); t/c Cooney re: bonded judments and status (.2); t/c Rice re: same (.2); t/c |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| | | | | Milch re: bonded judgments (.2); work on TDP issues (.5); reviewed correspondence (.2). |
| 08/21/08 | PVL | 840.00 | 2.50 | Teleconference Shealwitz, Bernick, Freedman, Baer, Cooney, Frankel, Wyron, ET et al (2.0); teleconference EI (.2); review Sealed Air POR revs (.2); review email (.1). |
| 08/21/08 | EI | 920.00 | 2.10 | Call with all plan proponents re: Edwards judgment (1.3); t/cs Cooney re: same (.2); memos Rice re: Austern issues (.3); t/c Frankel re: same (.2); review PD motion issues (.1). |
| 08/22/08 | PVL | 840.00 | 3.20 | Teleconference Freedman, Baer, Wyron JAL et al (.8); review draft POR (.3); teleconference Esayian, Wyron, Horkovich and JAL (1.7); email Wyron re POR (.2); review draft CDN ZAI agreement (.2). |
| 08/22/08 | JAL | 495.00 | 0.20 | Review and analysis of Grace's mark-up of draft Asbestos Insurance Transfer Agreement. |
| 08/22/08 | JAL | 495.00 | 2.10 | Further drafting and revisions to draft Cooperation Agreement. |
| 08/22/08 | JAL | 495.00 | 0.20 | Review and analysis of Grace's mark-up of the draft insurance-related plan provisions. |
| 08/22/08 | JAL | 495.00 | 1.70 | Tele. conf. w/PVNL, R. Horkovich, R. Wyron and L. Esayian re: insurance-related plan provisions and draft insurance transfer agreement. |
| 08/24/08 | PVL | 840.00 | 1.70 | Review revised deferred payment agreement (.9); review revised guarantee agreement (.4); review revised share issuance agreement (.4). |
| 08/25/08 | PVL | 840.00 | 2.50 | Review email and reply (.1); review AKO memos re ins. idemntities (.5); review draft warrant agreement (.3); review draft reg. rights agreement (.5); review SA revs. to draft POR (1.1). |
| 08/25/08 | EI | 920.00 | 0.10 | Rice status inquiry. |
| 08/25/08 | ACM | 580.00 | 0.90 | Review D. Cohn TDP proposal and teleconference EI re same. |
| 08/26/08 | PVL | 840.00 | 3.60 | Review email (.2); teleconference Wyron (.7); review revised draft POR (1); teleconference Shelnitz, Bernick, Freedman, Wyron, EI et al (1.2); teleconference EI (.2); review revised draft DS (.3). |

| | | | | |
|---|---|---|---|---|
| 08/26/08 | EI | 920.00 | 2.00 | Plan proponents call re: Sealed Air issues (1.5); t/c PVNL re: same (.2); Canadian settlement issue (.1); Horkovich status inquiry (.1); Rice status inquiry (.1). |
| 08/27/08 | PVL | 840.00 | 1.60 | Review email (.3); teleconference EI (.2); teleconference Bernick (.4); teleconference Horkovich (.5); confer NDF (.2). |
| 08/27/08 | EI | 920.00 | 1.10 | Review Austern issues and memo to Committee (.3); t/c PVNL re: Sealed Air issues (.2); t/c Rice re: same (.2); t/c Peterson re: payment percentage (.2); t/c ACM re: Austern issues (.2). |
| 08/27/08 | ACM | 580.00 | 0.50 | Teleconference EI re TDP issues (.3); review memo re FCR position on TDP issues (.2). |
| 08/28/08 | PVL | 840.00 | 1.10 | Teleconference EI (.4); review email (.3); teleconference Freedman (.3); review Cohen 8/26 letter (.1). |
| 08/28/08 | EI | 920.00 | 1.40 | Cohn letter review (.7); conf. NDF re same (.2); TC AMC re same (.2); memo Cooney re same (.3) |
| 08/28/08 | ACM | 580.00 | 2.90 | Review TDP and Trust Agreement (2.0); review D. Cohn letter re TDP issues (.6); teleconference EI re Cooperation Agreement (.1); exchange e-mails with Committee members re care (.2). |
| 08/29/08 | PVL | 840.00 | 3.00 | Review email and reply (.4); review ins. charts (.5); teleconference EI (.1); teleconference Horkovich and NDF (1); review draft POR and DS (.3); teleconference Frankel and Wyron (.5); prep for 9/3 meeting (.2). |
| 08/29/08 | EI | 920.00 | 1.00 | TCs PVNL re Grace/Sealed Air meeting (1.0) |
| 08/31/08 | PVL | 840.00 | 2.90 | Review revised draft DS (2); review 2 revised drafts of POR re PD to ZAI changes (.9). |

**Total Task Code .17    92.00**

**Travel – Non Working (6.60 Hours; $ 2,013.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Nathan D. Finch | 6.60 | $305 | 2,013.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/28/08 | NDF | 305.00 | 6.60 | Travel to NYC for meeting with Horkovich (2.8); travel back to D.C. (3.8). |

**Total Task Code.21**    **6.60**

**Fee Auditor Matters (4.80 Hours; $ 2,544.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 4.80 | $530 | 2,544.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/08/08 | RCT | 530.00 | 1.30 | Work on Fee Auditor issues (1.3) |
| 08/12/08 | RCT | 530.00 | 1.80 | Work on response to Fee Auditor (1.8) |
| 08/14/08 | RCT | 530.00 | 1.70 | Work on Fee Auditor response (1.7) |

**Total Task Code .32      4.80**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,895.50 |
| Air Freight & Express Mail | 81.86 |
| Database Research | 7,434.16 |
| Long Distance-Equitrac In-House | 2.46 |
| Meals Related to Travel | 4.00 |
| Miscellaneous: Client Advances | 35.00 |
| Research Material | 26.56 |
| Travel Expenses - Ground Transportation | 299.51 |
| Xeroxing | 187.70 |
| **Total:** | **$ 9,966.75** |

{D0135756.1 }