**EXHIBIT B**

**Case Administration (2.90 Hours; $ 1,967.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04   2.90**

**Claim Analysis Objection & Resolution (Asbestos) (1.70 Hours; $ 1,428.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05   1.70**

**Employment Applications, Others (3.70 Hours; $ 2,257.00)**

   Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10   3.70**

**Fee Applications, Applicant (11.10 Hours; $ 3,608.00)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12   11.10**

**Litigation and Litigation Consulting (109.90 Hours; $ 31,686.50)**

   Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16   109.90**

**Plan & Disclosure Statement (92.00 Hours; $ 67,186.50)**

{D0135757.1 }
DOC#151898

- 2 -

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17          92.00**


**Travel – Non Working (6.60 Hours; $ 2,013.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21          6.60**


**Fee Auditor Matters (4.80 Hours; $ 2,544.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32          4.80**