## EXHIBIT C

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 1,895.50 |
| Air Freight & Express Mail | 81.86 |
| Database Research | 7,434.16 |
| Long Distance-Equitrac In-House | 2.46 |
| Meals Related to Travel | 4.00 |
| Miscellaneous: Client Advances | 35.00 |
| Research Material | 26.56 |
| Travel Expenses - Ground Transportation | 299.51 |
| Xeroxing | 187.70 |
| **Total:** | **$ 9,966.75** |