| | | | |
|---|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | | Page: 1 |
| **Matter      000** | **Disbursements** | | 9/22/2008 |

Print Date/Time: 09/22/2008 11:53:23AM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 8/31/2008

**Matter      000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 8/20/2008 | 13,655 |

| | $3,181.68 | | | | |
|---|---|---|---|---|---|
| Client Retainers Available | | Committed to Invoices: | $0.00 | Remaining: | $3,181.68 |

$3,085,894.94
Total Expenses Billed To Date

| | | | |
|---|---|---|---|
| Billing Empl: | 0120 | Elihu | Inselbuch |
| Responsible Empl: | 0120 | Elihu | Inselbuch |
| Alternate Empl: | 0120 | Elihu | Inselbuch |
| Originating Empl: | 0120 | Elihu | Inselbuch |

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 625.00 | 0.00 | 445.00 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 81.86 | 0.00 | 81.86 |
| 0187 | NDF | Nathan D Finch | 0.00 | 1,852.01 | 0.00 | 1,789.01 |
| 0204 | AWG | Ann W Geier | 0.00 | 9.20 | 0.00 | 9.20 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 10.70 | 0.00 | 10.70 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 3.70 | 0.00 | 3.70 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 6.10 | 0.00 | 6.10 |
| 0363 | AJS | Andrew J Sackett | 0.00 | 91.00 | 0.00 | 91.00 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 7,530.18 | 0.00 | 7,530.18 |
| **Total Fees** | | | **0.00** | **10,209.75** | **0.00** | **9,966.75** |

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |

C&D

{D0135759.1}

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 9/22/2008 |

Print Date/Time: 09/22/2008 11:53:23AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2266206 | Pacer Service; User research April thru June in DC office | | E | 08/04/2008 | 0999 | | 0.00 | $26.56 | 0.00 | $26.56 | 26.56 |
| 2269317 | Photocopy | | E | 08/05/2008 | 0363 | AJS | 0.00 | $11.90 | 0.00 | $11.90 | 38.46 |
| 2269394 | Photocopy | | E | 08/05/2008 | 0363 | AJS | 0.00 | $1.40 | 0.00 | $1.40 | 39.86 |
| 2269444 | Photocopy | | E | 08/06/2008 | 0232 | LK | 0.00 | $1.60 | 0.00 | $1.60 | 41.46 |
| 2269478 | Photocopy | | E | 08/06/2008 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 41.56 |
| 2269484 | Photocopy | | E | 08/06/2008 | 0220 | SKL | 0.00 | $6.10 | 0.00 | $6.10 | 47.66 |
| 2269485 | Photocopy | | E | 08/06/2008 | 0204 | AWG | 0.00 | $9.20 | 0.00 | $9.20 | 56.86 |
| 2269486 | Photocopy | | E | 08/06/2008 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 57.46 |
| 2269499 | Photocopy | | E | 08/06/2008 | 0317 | JAL | 0.00 | $6.10 | 0.00 | $6.10 | 63.56 |
| 2269526 | Equitrac - Long Distance to 2123197125 | | E | 08/06/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 63.62 |
| 2269562 | Federal Express to Mark Meyer from EI on 7/30 | | E | 08/07/2008 | 0120 | EI | 0.00 | $43.77 | 0.00 | $43.77 | 107.39 |
| 2269565 | Business Card charged for Informaworld article for NDF | | E | 08/07/2008 | 0187 | NDF | 0.00 | $35.00 | 0.00 | $35.00 | 142.39 |
| 2269696 | Photocopy | | E | 08/07/2008 | 0232 | LK | 0.00 | $1.00 | 0.00 | $1.00 | 143.39 |
| 2269699 | Photocopy | | E | 08/07/2008 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 143.99 |
| 2269705 | Photocopy | | E | 08/07/2008 | 0220 | SKL | 0.00 | $3.90 | 0.00 | $3.90 | 147.89 |
| 2269713 | Photocopy | | E | 08/07/2008 | 0232 | LK | 0.00 | $0.50 | 0.00 | $0.50 | 148.39 |
| 2270777 | ADA Travel NDF 7/30 travel from New York to Philadelphia (coach class fare $125.00) | | E | 08/13/2008 | 0187 | NDF | 0.00 | $188.00 | 0.00 | $125.00 | 273.39 |

{D0135759.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 9/22/2008 |

Print Date/Time: 09/22/2008 11:53:23AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2270778 | ADA Travel  Agency fee on  NDF 7/30 travel from New York to Philadelphia  (coach class fare $125.00) | E | 08/13/2008 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 313.39 |
| 2270779 | ADA Travel   NDF 7/30 coach class fare to NYC | E | 08/13/2008 | 0187 | NDF | 0.00 | $339.50 | 0.00 | $339.50 | 652.89 |
| 2270780 | ADA Travel Agency fee on  NDF 7/30 coach class fare to NYC | E | 08/13/2008 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 692.89 |
| 2270782 | ADA Travel   PVNL 7/30 air fare to NYC   (coach class fare $380.00) | E | 08/13/2008 | 0020 | PVL | 0.00 | $560.00 | 0.00 | $380.00 | 1,072.89 |
| 2270783 | ADA Travel  Agency fee on PVNL 7/30 air fare to NYC  (coach class fare $380.00) | E | 08/13/2008 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 1,112.89 |
| 2270786 | ADA Travel   NDF 8/8 business class train fare to NYC | E | 08/13/2008 | 0187 | NDF | 0.00 | $172.00 | 0.00 | $172.00 | 1,284.89 |
| 2270787 | ADA Travel  Agency fee on  NDF 8/8 business class train fare to NYC | E | 08/13/2008 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 1,324.89 |
| 2270789 | ADA Travel   DNV 8/28 coach class air fare to NYC | E | 08/13/2008 | 0187 | NDF | 0.00 | $679.00 | 0.00 | $679.00 | 2,003.89 |
| 2270790 | ADA Travel  Agency fee on  DNV 8/28 coach class air fare to NYC | E | 08/13/2008 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 2,043.89 |
| 2270987 | Photocopy | E | 08/13/2008 | 0999 | C&D | 0.00 | $18.00 | 0.00 | $18.00 | 2,061.89 |
| 2271554 | Equitrac - Long Distance to 2164011100 | E | 08/15/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 2,061.94 |
| 2271555 | Equitrac - Long Distance to 2164011100 | E | 08/15/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 2,061.99 |
| 2271583 | Photocopy | E | 08/15/2008 | 0363 | AJS | 0.00 | $0.60 | 0.00 | $0.60 | 2,062.59 |
| 2271587 | Photocopy | E | 08/15/2008 | 0363 | AJS | 0.00 | $18.00 | 0.00 | $18.00 | 2,080.59 |
| 2271593 | Photocopy | E | 08/15/2008 | 0363 | AJS | 0.00 | $5.70 | 0.00 | $5.70 | 2,086.29 |
| 2271594 | Photocopy | E | 08/15/2008 | 0363 | AJS | 0.00 | $4.70 | 0.00 | $4.70 | 2,090.99 |

AJS

{D0135759.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter    000 | | Disbursements | | | | | | | | 9/22/2008 |

Print Date/Time: 09/22/2008 11:53:23AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2271601 | Photocopy | | E | 08/15/2008 | 0363 | | 0.00 | $10.40 | 0.00 | $10.40 | 2,101.39 |
| | | | | | | AJS | | | | | |
| 2271602 | Photocopy | | E | 08/15/2008 | 0363 | | 0.00 | $0.50 | 0.00 | $0.50 | 2,101.89 |
| | | | | | | AJS | | | | | |
| 2272320 | Photocopy | | E | 08/18/2008 | 0363 | | 0.00 | $0.30 | 0.00 | $0.30 | 2,102.19 |
| | | | | | | AJS | | | | | |
| 2272324 | Photocopy | | E | 08/18/2008 | 0363 | | 0.00 | $8.30 | 0.00 | $8.30 | 2,110.49 |
| | | | | | | AJS | | | | | |
| 2272385 | Photocopy | | E | 08/18/2008 | 0363 | | 0.00 | $11.60 | 0.00 | $11.60 | 2,122.09 |
| | | | | | | C&D | | | | | |
| 2272444 | Equitrac - Long Distance to 2164011100 | E | 08/18/2008 | 0999 | | 0.00 | $1.06 | 0.00 | $1.06 | 2,123.15 |
| | | | | | | PVL | | | | | |
| 2271491 | Petty Cash  PVNL parking expense at train station for travel to NYC on 7/30 | E | 08/18/2008 | 0020 | | 0.00 | $21.00 | 0.00 | $21.00 | 2,144.15 |
| | | | | | | PVL | | | | | |
| 2271492 | Petty Cash  Meals for PVNL on travel to NYC on 7/30 | E | 08/18/2008 | 0020 | | 0.00 | $4.00 | 0.00 | $4.00 | 2,148.15 |
| | | | | | | AJS | | | | | |
| 2274090 | Photocopy | | E | 08/19/2008 | 0363 | | 0.00 | $9.40 | 0.00 | $9.40 | 2,157.55 |
| | | | | | | C&D | | | | | |
| 2274453 | Photocopy | | E | 08/20/2008 | 0999 | | 0.00 | $8.20 | 0.00 | $8.20 | 2,165.75 |
| | | | | | | AJS | | | | | |
| 2274508 | Photocopy | | E | 08/20/2008 | 0363 | | 0.00 | $2.30 | 0.00 | $2.30 | 2,168.05 |
| | | | | | | AJS | | | | | |
| 2274614 | Photocopy | | E | 08/21/2008 | 0363 | | 0.00 | $2.50 | 0.00 | $2.50 | 2,170.55 |
| | | | | | | C&D | | | | | |
| 2274667 | Equitrac - Long Distance to 9174450518 | E | 08/21/2008 | 0999 | | 0.00 | $0.12 | 0.00 | $0.12 | 2,170.67 |
| | | | | | | AJS | | | | | |
| 2274775 | Photocopy | | E | 08/23/2008 | 0363 | | 0.00 | $3.40 | 0.00 | $3.40 | 2,174.07 |
| | | | | | | NDF | | | | | |
| 2275109 | BostonCoach car service for NDF on travel to NYC on 7/30 | E | 08/25/2008 | 0187 | | 0.00 | $278.51 | 0.00 | $278.51 | 2,452.58 |
| | | | | | | EI | | | | | |
| 2275140 | Federal Express to Katherine Hemming from EI on 8/13 | E | 08/25/2008 | 0120 | | 0.00 | $21.78 | 0.00 | $21.78 | 2,474.36 |
| | | | | | | LK | | | | | |
| 2276029 | Photocopy | | E | 08/27/2008 | 0232 | | 0.00 | $0.60 | 0.00 | $0.60 | 2,474.96 |

{D0135759.1 }

**Client Number:    4642**               **Grace Asbestos Personal Injury Claimants**                                              Page: 1
**Matter       000**                     **Disbursements**                                                                         9/22/2008

Print Date/Time: 09/22/2008 11:53:23AM
Attn:

| ID | Description | | Date | Code | Cat | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2276089 | Equitrac - Long Distance to 2123199240 | E | 08/27/2008 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 2,475.17 |
| 2276090 | Equitrac - Long Distance to 2124464806 | E | 08/27/2008 | 0999 | C&D | 0.00 | $0.69 | 0.00 | $0.69 | 2,475.86 |
| 2276092 | Equitrac - Long Distance to 2123199240 | E | 08/27/2008 | 0999 | C&D | 0.00 | $0.22 | 0.00 | $0.22 | 2,476.08 |
| 2276379 | Federal Express to Katherine Hemming from EI on 8/20 | E | 08/29/2008 | 0120 | EI | 0.00 | $16.31 | 0.00 | $16.31 | 2,492.39 |
| 2278562 | Database Research Westlaw by ALV 8/15 | E | 08/30/2008 | 0999 | C&D | 0.00 | $7.41 | 0.00 | $7.41 | 2,499.80 |
| 2278563 | Database Research Westlaw by AJS 8/4-28 | E | 08/30/2008 | 0999 | C&D | 0.00 | $7,426.75 | 0.00 | $7,426.75 | 9,926.55 |
| 2276546 | Xeroxing for NYO in August | E | 08/31/2008 | 0999 | C&D | 0.00 | $40.20 | 0.00 | $40.20 | 9,966.75 |

**Total Expenses**                                                                                    $10,209.75
                                                                                                                          $9,966.75
                                                                                  0.00                              0.00
                       Matter Total Fees                                                              0.00                    0.00
                       Matter Total Expenses                                                      10,209.75               9,966.75
                       Matter Total                                                0.00          10,209.75          0.00  9,966.75

                       Prebill Total Fees
                       Prebill Total Expenses                                                   $10,209.75               $9,966.75
                       Prebill Total                                               0.00         $10,209.75          0.00 $9,966.75

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 61,476 | 01/24/2008 | 678,109.50 | 14,038.88 |
| 61,925 | 02/25/2008 | 918,478.75 | 183,695.75 |
| 62,322 | 03/24/2008 | 497,631.50 | 99,526.30 |
| 62,687 | 04/23/2008 | 773,798.25 | 154,759.65 |
| 63,204 | 05/29/2008 | 334,244.75 | 66,848.95 |
| 63,675 | 06/26/2008 | 58,919.50 | 11,783.90 |
| 63,976 | 07/25/2008 | 120,952.25 | 24,190.45 |

{D0135759.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | Page: 1 |
|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | 9/22/2008 |

Print Date/Time: 09/22/2008 11:53:23AM

Attn:

Invoice #

| 64,338 | 08/20/2008 | 165,694.30 | 165,694.30 |
|---|---|---|---|
| | | 4,656,869.05 | 756,148.60 |

{D0135759.1 }