# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| September 17, 2008 | INVOICE:           227169 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |
| c/o Peter Van N. Lockwood, Esq.<br>Caplin & Drysdale<br>One Thomas Circle<br>Washington, DC 20005 | DATE:   September 16, 2008<br>MATTER:       100055.WRG01<br>INVOICE:          227169 |

### PROFESSIONAL SERVICES through 08/31/08

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/01/08 | Analysis of settlement agreements for indemnification issues (1.10); review/revise insurance policy limits log (1.70). | W001 | GFF | 2.80 |
| 08/01/08 | Continued work on settlement/CIP agreement indemnification language comparisons in attempt to consolidate similar text. | W001 | HEG | 2.50 |
| 08/01/08 | Reviewed and prepared information re: "indemnification language and indemnification cap amount language." | W001 | IF | 1.00 |
| 08/01/08 | Work on insurance allocation model | W001 | MG | 1.30 |
| 08/01/08 | Organization of Scotts' materials for attorney review (2.00). Get correspondence materials for attorney review (1.50). | W001 | NJB | 3.50 |
| 08/01/08 | Conference call with W.R. Grace regarding insurance (1.30). Attention to Plan (1.00). Attention to asbestos exclusion (1.00). | W001 | RMH | 3.30 |
| 08/01/08 | Prepare analysis of issues relating to future claimants (2.80). Attention to asbestos exclusion component in policies (.50). | W001 | RYC | 3.30 |
| 08/04/08 | Begin reviewing time and expense entries. | W011 | AHP | 1.50 |
| 08/04/08 | Analysis of selected settlement agreements re: policy limits (1.20); analysis of selected insurance policies re: amount of limits issues (3.90); review/revise policy data spreadsheets (2.10). | W001 | GFF | 7.20 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:      100055.WRG01

September 17, 2008                                          INVOICE:          227169

MATTER: CLAIMANTS COMMITTEE                                 ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/04/08 | Compilation of largest outstanding insurance companies in Grace/Products matter per R. Horkovich request (.50); assisted I. Feldgreber with policy analysis regarding certain stub policy periods and allocation of annual limits (1.50) | W001 | HEG | 2.00 |
| 08/04/08 | Reviewed information re: insurance policy "stub periods." | W001 | IF | 2.50 |
| 08/04/08 | Reviewed and helped to prepare insurance company group limit information for "products liability" solvent unsettled insurance companies and for those insurance companies with "coverage in place agreements." | W001 | IF | 1.00 |
| 08/04/08 | Research regarding future claimant underlying claims concerns. | W001 | RYC | 2.80 |
| 08/05/08 | Analysis of selected insurance policies re: limits issues (2.70); review/revise policy data spreadsheets (1.80); analysis of selected settlement agreements re: indemnification issues (2.30). | W001 | GFF | 6.80 |
| 08/05/08 | Studied and prepared materials re: Grace Settlement Agreement "indemnification and cap language." | W001 | IF | 1.00 |
| 08/05/08 | Helped to prepare information re: available "products liability" insurance. | W001 | IF | 1.00 |
| 08/05/08 | Reviewed and prepared information re: stub periods. | W001 | IF | 1.50 |
| 08/05/08 | Work on insurance allocation model, including present value calculations | W001 | MG | 2.60 |
| 08/05/08 | Respond to questions about CNA coverage. | W001 | RMH | 1.00 |
| 08/05/08 | Prepare analysis regarding future claimant concerns. | W001 | RYC | 4.50 |
| 08/05/08 | Reviewed and prepared collection of information re: products liability, coverage, agreements, policy analysis and other documents, create index to the above documents and organize them in preparation of "W.R. Grace Policy Analysis Work Product 2005-2008" presentation binder. | W001 | VT | 3.20 |

{D0135744.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:      100055.WRG01

September 17, 2008                                    INVOICE:          227169

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/06/08 | Analysis of settlement agreements re: indemnification issues (2.30); review/revise spreadsheets on indemnification issues (2.20). | W001 | GFF | 4.50 |
| 08/06/08 | Assist with CNA corporate structure research questions (1.00 hr); assist with compilation binder of Grace work product per R. Chung (1.50 hrs); review and edit Agreement Indemnification Language charts (.50 hrs). | W001 | HEG | 3.00 |
| 08/06/08 | Helped to prepare materials re: "policy analysis." | W001 | IF | 1.00 |
| 08/06/08 | Reviewed Grace insurance policy language re: "indemnification" and "cap" language. | W001 | IF | 1.00 |
| 08/06/08 | Searched files and in-house database resources re: specific insurance companies per R. Horkovich request. | W001 | IF | 1.50 |
| 08/06/08 | Searched files and in-house resources re: specific insurance companies. | W001 | IF | 0.50 |
| 08/06/08 | Work on insurance allocation model, including present value calculations | W001 | MG | 2.00 |
| 08/06/08 | Respond to questions from committee meeting regarding liability coverage. | W001 | RMH | 0.50 |
| 08/06/08 | Follow-up research regarding future claimants insurance coverage concerns. | W001 | RYC | 3.60 |
| 08/07/08 | Analysis of selected insurance settlement agreements re: indemnification issues (2.70); review/revise spreadsheets on indemnification issues (1.20). | W001 | GFF | 3.90 |
| 08/07/08 | Continued to review materials re: Grace Settlement Agreements and "indemnification and cap" language. | W001 | IF | 1.50 |
| 08/07/08 | Work on insurance allocation model, including present value calculations | W001 | MG | 3.00 |
| 08/07/08 | Follow-up research and analysis regarding future claimants insurance coverage concerns. | W001 | RYC | 3.30 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                                MATTER:       100055.WRG01

September 17, 2008                                                                       INVOICE:            227169

MATTER: CLAIMANTS COMMITTEE                                                ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/07/08 | Reviewed and prepared collection of information re: products liability, coverage, agreements, policy analysis and other documents, create index to the above documents and organize them in preparation of "W.R. Grace Policy Analysis Work Product 2005-2008" presentation binder | W001 | VT | 1.50 |
| 08/08/08 | Analysis of selected insurance policies re: various limits of liability issues (2.60); begin drafting memo on limits of liability issues (1.20). | W001 | GFF | 3.80 |
| 08/08/08 | Studied and revised Grace Settlement Agreement "indemnification language" spreadsheet. | W001 | IF | 1.00 |
| 08/08/08 | Analysis of information in connection with effect of insurance settlement agreements to Plan. | W001 | RYC | 2.70 |
| 08/10/08 | Research regarding effect of prior insurance settlement agreements to Plan. | W001 | RYC | 1.20 |
| 08/11/08 | Analysis of selected insurance policies re: asbestos premises coverage issues. | W001 | GFF | 3.20 |
| 08/11/08 | Review and reproduce prior Grace analyses for R. Chung binder organization request. | W001 | HEG | 1.00 |
| 08/11/08 | Follow-up regarding synopsis of underlying claims of third parties (3.20). Attention to concerns of future claimants committee regarding effect of Plan and settlements (3.00). | W001 | RYC | 6.20 |
| 08/12/08 | Analysis of selected insurance policies re: asbestos premises coverage issues. | W001 | GFF | 3.60 |
| 08/12/08 | Review, analyze and discuss Grace coverage program stub period policy limit allocations per R. Horkovich. | W001 | HEG | 2.50 |
| 08/12/08 | Reviewed Grace insurance policy information re: Stub Periods. | W001 | IF | 1.50 |
| 08/12/08 | Work on master insurance allocation. | W001 | MG | 2.00 |
| 08/12/08 | Modification of Plan and Insurance Assignment Agreement. | W001 | RMH | 2.00 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| September 17, 2008 | | INVOICE: | | 227169 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/12/08 | Follow-up regarding analysis of annualization and stub insurance coverage (1.20). Follow-up research regarding coverage in place agreements in connection with concerns of future claimants (1.50). | W001 | RYC | 2.70 |
| 08/13/08 | Analysis of selected insurance policies/related documents re: limits available and other asbestos premises coverage issues. | W001 | GFF | 7.20 |
| 08/13/08 | To assist I. Feldgreber in Premises policy analysis, created task-specific working spreadsheet of relevant policies. | W001 | HEG | 1.50 |
| 08/13/08 | Reviewed Grace insurance policies re: Stub Periods. | W001 | IF | 2.00 |
| 08/13/08 | Design and revise master insurance allocation. | W001 | MG | 5.50 |
| 08/13/08 | Review and comment upon fee application. | W011 | RYC | 0.50 |
| 08/13/08 | Follow-up regarding analysis of settlement agreements in connection with issues potentially effecting the Trust. | W001 | RYC | 2.70 |
| 08/14/08 | Review attorney changes (.50); Review new draft bill (1.50); Prepare final version (.70). | W011 | AHP | 2.70 |
| 08/14/08 | Analysis of selected insurance policies re: limits available and other asbestos premises coverage issues. | W001 | GFF | 3.90 |
| 08/14/08 | Reviewed and studied Grace CIP Settlement Agreements and Aetna insurance policies. | W001 | IF | 2.50 |
| 08/14/08 | Work on master insurance allocation | W001 | MG | 1.00 |
| 08/14/08 | Insurance Assignment Agreement (1.00). Allocation model (.50). Asbestos exclusion memo (.50). | W001 | RMH | 2.00 |
| 08/15/08 | Analysis of selected insurance policies re: limits of liability and other asbestos premises coverage issues (5.30); review/revise insurance poliy data spreadsheets (1.50). | W001 | GFF | 6.80 |
| 08/15/08 | Additional review and reproduction of previous analysis work product for R. Chung binder organization request. | W001 | HEG | 1.50 |

{D0135744.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| September 17, 2008 | | INVOICE: | | 227169 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/15/08 | Additional research and discussions re: potential allocation to policy stub periods issues. | W001 | HEG | 3.50 |
| 08/15/08 | Reviewed and studied Grace Settlement Agreements with Aetna and London Market re: "stub periods". | W001 | IF | 2.40 |
| 08/15/08 | Work on analysis of prior insurance settlement provisions likely to effect the Trust. | W001 | RYC | 4.20 |
| 08/17/08 | Review historical settlements to compare language pertaining to rights and obligations of parties. | W001 | RYC | 1.70 |
| 08/18/08 | Analysis of selected insurance policies re: limits of liability and other asbestos premises coverage issues. | W001 | GFF | 3.70 |
| 08/18/08 | Assisted V. Talabacu in locating and organizing past spreadsheet and table work product for R. Chung binder request. | W001 | HEG | 1.00 |
| 08/18/08 | Analysis of post-settlement issues for Trust and prepare responses for issues to be raised by non-settling insurance companies. | W001 | RYC | 4.00 |
| 08/19/08 | Update monitoring chart (.60); follow-up re: funds received (.50). | W011 | AHP | 1.10 |
| 08/19/08 | Helped to review settlement agreements. | W001 | CKN | 3.50 |
| 08/19/08 | Analysis of selected insurance policies covering asbestos premises issues re: limits/related issues. | W001 | GFF | 1.90 |
| 08/19/08 | Assist with ongoing policy research and analysis issues | W001 | HEG | 1.00 |
| 08/19/08 | Additional work product locate and reproduce to assist in compilation binder per R. Chung | W001 | HEG | 1.50 |
| 08/19/08 | Reviewed Grace insurance policy information re: "stub periods applicable to premises coverage." | W001 | IF | 2.00 |
| 08/19/08 | Work on insurance allocation model, including present value calculations | W001 | MG | 2.00 |
| 08/19/08 | Attention to Joint Plan. | W001 | RMH | 3.00 |
| 08/19/08 | Follow-up regarding status of insurance recovery from impaired insurance companies. | W001 | RYC | 3.30 |

{D0135744.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                              EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:        100055.WRG01

September 17, 2008                                          INVOICE:               227169

MATTER: CLAIMANTS COMMITTEE                                 ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/20/08 | Analysis of insurance policies re: asbestos premises. | W001 | GFF | 2.10 |
| 08/20/08 | Continued review of historical settlements to compare language pertaining to rights and obligations of parties. | W001 | RYC | 1.00 |
| 08/21/08 | Analysis of selected insurance policies re: asbestos premises coverage issues (1.40); review/revise policy data spreadsheets (1.10). | W001 | GFF | 2.50 |
| 08/21/08 | Additional review of historical settlements to compare language pertaining to rights and obligations of the parties. | W001 | RYC | 1.20 |
| 08/21/08 | Reviewed and prepared collection of information re: products liability, coverage, agreements, policy analysis and other documents, create index to the above documents and organize them in preparation of "W.R. Grace Policy Analysis Work Product 2005-2008" presentation binder. | W001 | VT | 1.20 |
| 08/22/08 | Analysis of selected insurance policies re: asbestos premises limits issues. | W001 | GFF | 1.20 |
| 08/22/08 | Reviewed Grace insurance policy information re: Stub Periods applicable to "premises coverage." | W001 | IF | 1.00 |
| 08/22/08 | Conference call regarding insurance transfer agreement. | W001 | RMH | 2.00 |
| 08/22/08 | Finalize review and analysis of key provisions in historical insurance settlements relevant to issues for Trust post-bankruptcy. | W001 | RYC | 4.00 |
| 08/22/08 | Reviewed and prepared collection of information re: products liability, coverage, agreements, policy analysis and other documents, create index to the above documents and organize them in preparation of "W.R. Grace Policy Analysis Work Product 2005-2008" presentation binder. | W001 | VT | 2.50 |
| 08/24/08 | Work on addressing coverage issues pertinent to Plan for Claimant Committee's analysis. | W001 | RYC | 2.00 |
| 08/25/08 | Review Grace Settlement Agreements re: Installment Payments per R. Chung request. | W001 | IF | 1.00 |

{D0135744.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                       EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| September 17, 2008 | | INVOICE: | | 227169 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/25/08 | Work on master insurance allocation (2.50); adjust formulas to make allocation more automatic and able to adjust to changed information (1.50). | W001 | MG | 4.00 |
| 08/25/08 | Attention to indemnity issues. | W001 | RMH | 4.00 |
| 08/25/08 | Analysis of Plan issues involving coverage in place agreements. | W001 | RYC | 3.80 |
| 08/26/08 | Analysis of insurance settlement agreements re: method of payment, timing of payments and related issues. | W001 | GFF | 5.60 |
| 08/26/08 | Reviewed Grace Settlement Agreements re: Installment payments and "continuing payments". | W001 | IF | 4.00 |
| 08/26/08 | Work on master insurance allocation | W001 | MG | 5.50 |
| 08/26/08 | Attention to indemnities. | W001 | RMH | 5.00 |
| 08/26/08 | Research and analysis regarding issues relating to assignment of insurance settlements (1.50). Research and analysis regarding issues relating to ongoing obligations under coverage settlements (2.50). | W001 | RYC | 4.00 |
| 08/27/08 | Work on master insurance allocation (3.20); adjust formulas to make allocation more automatic and able to adjust to changed information (4.00). | W001 | MG | 7.20 |
| 08/27/08 | Attention to indemnities. | W001 | RMH | 4.00 |
| 08/27/08 | Research and analysis regarding issues relating to settled insurance coverage (2.00). Provide supplemental information and analysis regarding key historical insurance settlement agreement provisions (2.70). | W001 | RYC | 4.70 |
| 08/28/08 | Review settlement agreements re: payments made and current policy limits remaining. | W001 | GFF | 3.20 |
| 08/28/08 | Reviewed Grace Settlement Agreements re: "potential contribution amounts." | W001 | IF | 3.00 |
| 08/28/08 | Work on master insurance allocation (2.00); adjust formulas to make allocation more automatic and able to adjust to changed information (2.80). | W001 | MG | 4.80 |
| 08/28/08 | Attention to indemnity issues meeting with Nate Finch. | W001 | RMH | 4.00 |

{D0135744.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:      100055.WRG01

September 17, 2008                                      INVOICE:         227169

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 08/28/08 | Assist with analysis of coverage with supplemental information from debtor (3.20). Research and analysis into various issues of concern for Claimants Committee in connection with Plan (3.30). | W001 | RYC | 6.50 |
| 08/29/08 | Continue review of settlement agreements re: payments made and current policy limits remaining (4.10); review/revise chart on policy limits remaining (.60). | W001 | GFF | 4.70 |
| 08/29/08 | Reviewed Grace insurance policies re: Settlement amounts and policy limit information (5.50). Prepared chart of information (1.50). | W001 | IF | 7.00 |
| 08/29/08 | Work on master insurance allocation (.50); adjust formulas to make allocation more automatic and able to adjust to changed information (1.50). | W001 | MG | 2.00 |
| 08/29/08 | Attention to indemnities (4.00). Conference regarding same with Mr. Lockwood and Mr. Finch (1.00). | W001 | RMH | 5.00 |
| 08/29/08 | Research and draft memo regarding allocation issues relating to settled policies. | W001 | RYC | 4.50 |
| 08/31/08 | Research and revise memo regarding allocation issues relating to settled policies. | W001 | RYC | 4.30 |

**TOTAL FEES:**                                                          **$136,927.00**

{D0135744.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                  **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

September 17, 2008                                INVOICE:           227169

MATTER:  CLAIMANTS COMMITTEE                                  ROBERT M. HORKOVICH

**FEE SUMMARY**

|                       | RATE   | HOURS | TOTALS      |
|-----------------------|-------:|------:|------------:|
| Arline H Pelton       | 220.00 |  5.30 |    1,166.00 |
| Corina K Nastu        | 200.00 |  3.50 |      700.00 |
| Glenn F Fields        | 295.00 | 78.60 |   23,187.00 |
| Harris E Gershman     | 245.00 | 21.00 |    5,145.00 |
| Izak Feldgreber       | 255.00 | 40.90 |   10,429.50 |
| Mark Garbowski        | 520.00 | 42.90 |   22,308.00 |
| Nicholas J Balsdon    | 185.00 |  3.50 |      647.50 |
| Robert M Horkovich    | 790.00 | 35.80 |   28,282.00 |
| Robert Y Chung        | 520.00 | 82.70 |   43,004.00 |
| Victoria Talabacu     | 245.00 |  8.40 |    2,058.00 |
| **TOTAL FEES:**       |        |       | **$136,927.00** |

{D0135744.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                  MATTER:      100055.WRG01

September 17, 2008                              INVOICE:          227169

MATTER:  CLAIMANTS COMMITTEE                           ROBERT M. HORKOVICH

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001       Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---|---|
| Corina K Nastu | 3.50 | 700.00 |
| Glenn F Fields | 78.60 | 23,187.00 |
| Harris E Gershman | 21.00 | 5,145.00 |
| Izak Feldgreber | 40.90 | 10,429.50 |
| Mark Garbowski | 42.90 | 22,308.00 |
| Nicholas J Balsdon | 3.50 | 647.50 |
| Robert M Horkovich | 35.80 | 28,282.00 |
| Robert Y Chung | 82.20 | 42,744.00 |
| Victoria Talabacu | 8.40 | 2,058.00 |
| **TOTAL:** | **316.80** | **$135,501.00** |

ACTIVITY CODE: W011       Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 5.30 | 1,166.00 |
| Robert Y Chung | 0.50 | 260.00 |
| **TOTAL:** | **5.80** | **$1,426.00** |

{D0135744.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

September 17, 2008                                INVOICE:           227169

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

**COSTS through 08/31/08**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 08/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges - July 1 - 31, 2008 | E106 | 95.54 |
| 08/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges - July 1 - 31, 2008 | E106 | 2.09 |
| 08/06/08 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 286602056 Tracking Number: 790064441124 Reference: 100055 WRG01 02 594    Billing Note:   From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas  , NEW YORK CITY, NY, 10020, US To: Nat han  Finch, Esq, Caplin & Drysdale, 1 Thomas Cir cle, N W  , WASHINGTON, DC, 20005, US | E107 | 10.17 |
| 08/06/08 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 286602056 Tracking Number: 790064689087 Reference: 100055 WRG01 02 594    Billing Note:   From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas  , NEW YORK CITY, NY, 10020, US To: Nat han Finch, Esq, Caplin & Drysdale, 1 Thomas Circ le, N W  , WASHINGTON, DC, 20005, US | E107 | 10.17 |
| 08/06/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 08/11/08 | LOCAL TRAVEL - - VENDOR: FIRST CORPORATE SEDANS, INC Inv.# 565492 Local travel expenses on 07/14/08 from LaGuardia to Westport, CT | E109 | 200.18 |
| 08/12/08 | LOCAL TRAVEL - - VENDOR: EXPRESS LIMOUSINE SERVICE, INC. Inv.# H0482872 Local travel expenses on 07/14/08 from Westport, CT to LaGuardia | E109 | 171.50 |
| 08/12/08 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 08/12/08 | DI - PHOTOCOPYING - | E101 | 1.75 |
| 08/13/08 | DI - PHOTOCOPYING - | E101 | 0.75 |
| 08/14/08 | DI - PHOTOCOPYING - | E101 | 3.25 |
| 08/14/08 | DI - PHOTOCOPYING - | E101 | 4.50 |
| 08/14/08 | DI - PHOTOCOPYING - | E101 | 1.25 |
| 08/14/08 | DI - PHOTOCOPYING - | E101 | 2.25 |
| 08/14/08 | DI - PHOTOCOPYING - | E101 | 12.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                               **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                            MATTER:        100055.WRG01

September 17, 2008                                         INVOICE:            227169

MATTER:  CLAIMANTS COMMITTEE                                  ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 08/14/08 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 08/14/08 | DI - PHOTOCOPYING - | E101 | 10.50 |
| 08/18/08 | DI - PHOTOCOPYING - | E101 | 9.25 |
| 08/19/08 | DI - PHOTOCOPYING - | E101 | 2.75 |
| 08/19/08 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 08/19/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 08/20/08 | DI - PHOTOCOPYING - | E101 | 2.25 |
| 08/21/08 | AP - TELEPHONE - - - VENDOR: HORKOVICH, ROBERT M. Court call 7/22/08 | E124 | 77.00 |
| 08/21/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 08/22/08 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 08/22/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 08/26/08 | DI - PHOTOCOPYING - | E101 | 2.75 |
| 08/28/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 08/29/08 | DI - PHOTOCOPYING - | E101 | 1.25 |
| **TOTAL COSTS:** | | | **$629.40** |

{D0135744.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:      100055.WRG01

September 17, 2008                                      INVOICE:          227169

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---|
| AF | AIRFREIGHT | 20.34 |
| LB | LIBRARY & LEGAL RESEARCH | 97.63 |
| LT | LOCAL TRAVEL | 371.68 |
| TE | AP - TELEPHONE - | 77.00 |
| XE | DI - PHOTOCOPYING - | 62.75 |
|  | **TOTAL COSTS:** | **629.40** |
|  | **TOTAL DUE:** | **$137,556.40** |

{D0135744.1 }