Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2008 through August 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 05-Aug-08 | BR | Review of Grace weekly stock report. | 0.20 | $ 565.00 | $ 113.00 |
| 08-Aug-08 | BR | Review of W.R. Grace revised personal injury trust agreement. | 1.40 | $ 565.00 | $ 791.00 |
| 09-Aug-08 | BR | Review of monthly financial report for May 2008 for purpose of on-going financial due diligence. | 2.30 | $ 565.00 | $ 1,299.50 |
| 09-Aug-08 | BR | Review of monthly operating report for May 2008. | 0.60 | $ 565.00 | $ 339.00 |
| 14-Aug-08 | BR | Review of e-mails relating to the Debtor's LTIP motion and COFC's recommendation with respect thereto. | 0.30 | $ 565.00 | $ 169.50 |
| 19-Aug-08 | BR | Review of COFC weekly report to counsel re update on Grace stock price and company developments. | 0.10 | $ 565.00 | $ 56.50 |
| 29-Aug-08 | BR | Tel C w/ Jimmy Sinclair re appropriate discount rate for calculating present value of asbestos liabilities. | 0.30 | $ 565.00 | $ 169.50 |
| 29-Aug-08 | BR | Tel C w/ Mark Peterson to discuss discount rates for liabilities and calculation of present value of trust expenses. | 0.20 | $ 565.00 | $ 113.00 |
| 29-Aug-08 | BR | Review of Grace 10-Q for the quarter ended June 30, 2008. | 2.70 | $ 565.00 | $ 1,525.50 |
| 29-Aug-08 | BR | Review of W.R. Grace weekly update report. | 0.20 | $ 565.00 | $ 113.00 |
| 29-Aug-08 | BR | Further review and analysis of Grace 10-Q for the quarter ended June 30, 2008. | 2.70 | $ 565.00 | $ 1,525.50 |
| 31-Aug-08 | BR | Financial analysis in connection with determination of a discount rate for estimated stream of asbestos liabilities. | 2.40 | $ 565.00 | $ 1,356.00 |
| | | Total Bradley Rapp | 13.40 | | $ 7,571.00 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 4-Aug-08 | JS | Conference call with Blackstone (O'Connell) and Company (McGowan) regarding 2008-2010 LTIP Motion for purposes of advising ACC counsel. | 0.40 | $ 565.00 | $ 226.00 |
| 4-Aug-08 | JS | Review pricing and valuation/recovery materials for purposes of advising ACC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 11-Aug-08 | JS | Review pricing and valuation/recovery materials for purposes of advising ACC counsel. | 0.50 | $ 565.00 | $ 282.50 |
| 13-Aug-08 | JS | Review 2008-2010 LTIP Motion, employee stock option valuation memoranda on FAS123R accounting treatment, for purposes of advising ACC counsel at | 1.90 | $ 565.00 | $ 1,073.50 |
| 13-Aug-08 | JS | Write memorandum to ACC counsel regarding 2008-2010 LTIP Motion for purposes of advising ACC counsel at counsel's request. | 1.70 | $ 565.00 | $ 960.50 |
| 19-Aug-08 | JS | Revise pricing and recovery information for ACC counsel for purposes of advising ACC counsel. | 1.6 | $ 565.00 | $ 904.00 |
| 26-Aug-08 | JS | Review Red Sox Motion as filed, send questions to Blackstone for due diligence and for purposes of advising ACC counsel. | 1.20 | $ 565.00 | $ 678.00 |
| 29-Aug-08 | JS | Call with Rapp to discuss discount rate for Grace 524(g) Trust for purposes of advising ACC counsel. | 0.40 | $ 565.00 | $ 226.00 |
| | | Total James Sinclair | 8.30 | | $ 4,689.50 |
| **Robert Lindsay - Director** | | | | | |
| 15-Aug-08 | RL | Review and forward June invoice. | 0.30 | $ 425.00 | $ 127.50 |
| | | Total Robert Lindsay | 0.30 | | $ 127.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2008 through August 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| **Peter Cramp - Analyst** | | | | | |
| 01-Aug-08 | PC | Review correspondence regarding LTIP Motion between J Sinclair and Blackstone. | 0.80 | $ 210.00 | $ 168.00 |
| 01-Aug-08 | PC | Review and analyze 2nd Quarter 10-Q filing for guideline company for use in market multiple valuation. | 1.10 | $ 210.00 | $ 231.00 |
| 01-Aug-08 | PC | Review and analyze 2nd Quarter 10-Q filing for guideline company for use in | 0.80 | $ 210.00 | $ 168.00 |
| 01-Aug-08 | PC | Review and analyze 2nd Quarter 10-Q filing for guideline company for use in market multiple valuation. | 1.30 | $ 210.00 | $ 273.00 |
| 01-Aug-08 | PC | Review and analyze 2nd Quarter 10-Q filing for guideline company for use in market multiple valuation. | 0.80 | $ 210.00 | $ 168.00 |
| 01-Aug-08 | PC | Review and analyze 2nd Quarter earnings report for guideline company for use | 0.90 | $ 210.00 | $ 189.00 |
| 04-Aug-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 210.00 | $ 294.00 |
| 04-Aug-08 | PC | Read various news articles regarding WR Grace as a possible takeover target. | 1.10 | $ 210.00 | $ 231.00 |
| 04-Aug-08 | PC | Review and analyze 2nd Quarter earnings report for guideline company for use in market multiple valuation. | 0.8 | $ 210.00 | $ 168.00 |
| 07-Aug-08 | PC | Review and analyze 2nd Quarter 10-Q filing for guideline company for use in market multiple valuation. | 0.90 | $ 210.00 | $ 189.00 |
| 08-Aug-08 | PC | Review and analyze 2nd Quarter 10-Q filing for guideline company for use in market multiple valuation. | 1.30 | $ 210.00 | $ 273.00 |
| 08-Aug-08 | PC | Commence review and analysis of Debtors' 2nd Quarter 10-Q. | 2.60 | $ 210.00 | $ 546.00 |
| 11-Aug-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 210.00 | $ 336.00 |
| 11-Aug-08 | PC | Prepare July Fee Application. | 1.40 | $ 210.00 | $ 294.00 |
| 11-Aug-08 | PC | Review and analyze 2nd Quarter 10-Q filing for guideline company for use in market multiple valuation. | 1.60 | $ 210.00 | $ 336.00 |
| 12-Aug-08 | PC | Read and analyze news articles reporting on the specialty chemicals industry. | 1.10 | $ 210.00 | $ 231.00 |
| 13-Aug-08 | PC | Further review and analysis of Debtors' 2nd Quarter 10-Q. | 1.90 | $ 210.00 | $ 399.00 |
| 14-Aug-08 | PC | Review and analyze 2nd Quarter Financial Review Executive Summary. | 1.40 | $ 210.00 | $ 294.00 |
| 25-Aug-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 210.00 | $ 294.00 |
| 26-Aug-08 | PC | Review and analyze Red Sox Motion for due diligence. | 1.40 | $ 210.00 | $ 294.00 |
| | | Total Peter Cramp | 25.60 | | $ 5,376.00 |
| **Gibbons Sinclair - Analyst** | | | | | |
| 20-Aug-08 | GS | Scan and e-mail WR Grace documents to J Sinclair for review. | 0.40 | $ 210.00 | $ 84.00 |
| | | Total Gibbons Sinclair | 0.40 | | $ 84.00 |
| | | **TOTAL** | 48.00 | | $ 17,848.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2008 through August 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 4-Aug-08 | JS | Review pricing and valuation/recovery materials for purposes of advising ACC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 11-Aug-08 | JS | Review pricing and valuation/recovery materials for purposes of advising ACC counsel. | 0.50 | $ 565.00 | $ 282.50 |
| 19-Aug-08 | JS | Revise pricing and recovery information for ACC counsel for purposes of advising ACC counsel. | 1.60 | $ 565.00 | $ 904.00 |
| | | Total Asset Analysis and Recovery | 2.70 | | $ 1,525.50 |
| **Business Operations** | | | | | |
| 01-Aug-08 | PC | Review correspondence regarding LTIP Motion between J Sinclair and Blackstone. | 0.80 | $ 210.00 | $ 168.00 |
| 04-Aug-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 210.00 | $ 294.00 |
| 04-Aug-08 | PC | Read various news articles regarding WR Grace as a possible takeover target. | 1.10 | $ 210.00 | $ 231.00 |
| 08-Aug-08 | PC | Commence review and analysis of Debtors' 2nd Quarter 10-Q. | 2.60 | $ 210.00 | $ 546.00 |
| 11-Aug-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 210.00 | $ 336.00 |
| 12-Aug-08 | PC | Read and analyze news articles reporting on the specialty chemicals industry. | 1.10 | $ 210.00 | $ 231.00 |
| 13-Aug-08 | PC | Further review and analysis of Debtors' 2nd Quarter 10-Q. | 1.90 | $ 210.00 | $ 399.00 |
| 14-Aug-08 | PC | Review and analyze 2nd Quarter Financial Review Executive Summary. | 1.40 | $ 210.00 | $ 294.00 |
| 25-Aug-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 210.00 | $ 294.00 |
| 26-Aug-08 | JS | Review Red Sox Motion as filed, send questions to Blackstone for due diligence and for purposes of advising ACC counsel. | 1.20 | $ 565.00 | $ 678.00 |
| 26-Aug-08 | PC | Review and analyze Red Sox Motion for due diligence. | 1.40 | $ 210.00 | $ 294.00 |
| | | Total Business Operations | 15.90 | | $ 3,765.00 |
| **Employee Benefits/Pensions** | | | | | |
| 4-Aug-08 | JS | Conference call with Blackstone (O'Connell) and Company (McGowan) regarding 2008-2010 LTIP Motion for purposes of advising ACC counsel. | 0.40 | $ 565.00 | $ 226.00 |
| 13-Aug-08 | JS | Review 2008-2010 LTIP Motion, employee stock option valuation memoranda on FAS123R accounting treatment, for purposes of advising ACC counsel at counsel's request. | 1.90 | $ 565.00 | $ 1,073.50 |
| 13-Aug-08 | JS | Write memorandum to ACC counsel regarding 2008-2010 LTIP Motion for purposes of advising ACC counsel at counsel's request. | 1.70 | $ 565.00 | $ 960.50 |
| 14-Aug-08 | BR | Review of e-mails relating to the Debtor's LTIP motion and COFC's recommendation with respect thereto. | 0.30 | $ 565.00 | $ 169.50 |
| | | Total Employee Benefits/Pensions | 4.30 | | $ 2,429.50 |
| **Fee Applications (Applicant)** | | | | | |
| 11-Aug-08 | PC | Prepare July Fee Application. | 1.40 | $ 210.00 | $ 294.00 |
| 15-Aug-08 | RL | Review and forward June invoice. | 0.30 | $ 425.00 | $ 127.50 |
| 20-Aug-08 | GS | Scan and e-mail WR Grace documents to J Sinclair for review. | 0.40 | $ 210.00 | $ 84.00 |
| | | Total Fee Applications (Applicant) | 2.10 | | $ 505.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2008 through August 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| **Plan and Disclosure Statement** | | | | | |
| 08-Aug-08 | BR | Review of W.R. Grace revised personal injury trust agreement. | 1.40 | $ 565.00 | $ 791.00 |
| 29-Aug-08 | JS | Call with Rapp to discuss discount rate for Grace 524(g) Trust for purposes of advising ACC counsel. | 0.40 | $ 565.00 | $ 226.00 |
| | | Total Plan and Disclosure Statement | 1.80 | | $ 1,017.00 |
| **Valuation** | | | | | |
| 01-Aug-08 | PC | Review and analyze 2nd Quarter 10-Q filing for guideline company for use in market multiple valuation. | 1.10 | $ 210.00 | $ 231.00 |
| 01-Aug-08 | PC | Review and analyze 2nd Quarter 10-Q filing for guideline company for use in market multiple valuation. | 0.80 | $ 210.00 | $ 168.00 |
| 01-Aug-08 | PC | Review and analyze 2nd Quarter 10-Q filing for guideline company for use in market multiple valuation. | 1.30 | $ 210.00 | $ 273.00 |
| 01-Aug-08 | PC | Review and analyze 2nd Quarter 10-Q filing for guideline company for use in market multiple valuation. | 0.80 | $ 210.00 | $ 168.00 |
| 01-Aug-08 | PC | Review and analyze 2nd Quarter earnings report for guideline company for use in market multiple valuation. | 0.90 | $ 210.00 | $ 189.00 |
| 04-Aug-08 | PC | Review and analyze 2nd Quarter earnings report for guideline company for use in market multiple valuation. | 0.80 | $ 210.00 | $ 168.00 |
| 05-Aug-08 | BR | Review of Grace weekly stock report. | 0.20 | $ 565.00 | $ 113.00 |
| 07-Aug-08 | PC | Review and analyze 2nd Quarter 10-Q filing for guideline company for use in market multiple valuation. | 0.90 | $ 210.00 | $ 189.00 |
| 08-Aug-08 | PC | Review and analyze 2nd Quarter 10-Q filing for guideline company for use in market multiple valuation. | 1.30 | $ 210.00 | $ 273.00 |
| 09-Aug-08 | BR | Review of monthly financial report for May 2008 for purpose of on-going financial due diligence. | 2.30 | $ 565.00 | $ 1,299.50 |
| 09-Aug-08 | BR | Review of monthly operating report for May 2008. | 0.60 | $ 565.00 | $ 339.00 |
| 11-Aug-08 | PC | Review and analyze 2nd Quarter 10-Q filing for guideline company for use in market multiple valuation. | 1.60 | $ 210.00 | $ 336.00 |
| 19-Aug-08 | BR | Review of COFC weekly report to counsel re update on Grace stock price and company developments. | 0.10 | $ 565.00 | $ 56.50 |
| 29-Aug-08 | BR | Tel C w/ Jimmy Sinclair re appropriate discount rate for calculating present value of asbestos liabilities. | 0.30 | $ 565.00 | $ 169.50 |
| 29-Aug-08 | BR | Tel C w/ Mark Peterson to discuss discount rates for liabilities and calculation of present value of trust expenses. | 0.20 | $ 565.00 | $ 113.00 |
| 29-Aug-08 | BR | Review of Grace 10-Q for the quarter ended June 30, 2008. | 2.70 | $ 565.00 | $ 1,525.50 |
| 29-Aug-08 | BR | Review of W.R. Grace weekly update report. | 0.20 | $ 565.00 | $ 113.00 |
| 29-Aug-08 | BR | Further review and analysis of Grace 10-Q for the quarter ended June 30, 2008. | 2.70 | $ 565.00 | $ 1,525.50 |
| 31-Aug-08 | BR | Financial analysis in connection with determination of a discount rate for estimated stream of asbestos liabilities. | 2.40 | $ 565.00 | $ 1,356.00 |
| | | Total Plan and Disclosure Statement | 21.20 | | $ 8,605.50 |
| | | **TOTAL** | 48.00 | | $ 17,848.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period August 1, 2008 through August 31, 2008
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 13.40 | $ 565.00 | $ 7,571.00 |
| James Sinclair - Senior Managing Director | 8.30 | $ 565.00 | $ 4,689.50 |
| Robert Lindsay - Director | 0.30 | $ 425.00 | $ 127.50 |
| Peter Cramp - Analyst | 25.60 | $ 210.00 | $ 5,376.00 |
| Gibbons Sinclair - Analyst | 0.40 | $ 210.00 | $ 84.00 |
| Total Professional Hours and Fees | 48.00 | | $ 17,848.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - August 1, 2008 through August 31, 2008

| Date | Description of Item | Amount |
|---|---|---|
| - | No out-of-pocket expenses this reporting period. | - |
|  | Total Expenses August 1, 2008 through August 31, 2008 | $0.00 |