IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Objection Deadline: November 26, 2008 at 4:00 p.m. |
| | ) | Hearing: December 15, 2008 at 1:00 p.m. |

COVER SHEET TO FOURTEENTH QUARTERLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
APRIL 1, 2008 THROUGH JUNE 30, 2008

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | April 1, 2008 through June 30, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $87,838.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 4,199.58 |

This is an:   X   interim   ___   monthly   ___   final application.

**COMPENSATION SUMMARY**
**April 1, 2008 through June 30, 2008**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (23 years) FCAS | $650 | 58.10 | $37,765.00 |
| Julianne Callaway | Analyst (4 years) ACAS | $325 | 17.40 | $5,655.00 |
| Bryan Gillespie | Consulting Actuary (2 years) FCAS | $410 | 5.40 | $2,214.00 |
| Jeffrey Kimble | Consulting Actuary (7 years) ACAS | $400 | 92.30 | $36,920.00 |
| Adam Luechtefeld | Analyst (5 years) | $250 | 2.00 | $500.000 |
| Brent Petzoldt | Analyst (2 years) | $240 | 3.50 | $840.00 |
| David Powell | Consulting Actuary (23 years) ACAS | $700 | 1.80 | $1,260.00 |
| Rhamonda Riggins | Analyst (6 years) | $305 | 8.80 | $2,684.00 |
| **Total Blended Rate: $464.01** | | | **189.30** | **$87,838.000** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | **189.30** | **$87,838.00** |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| Airfare | $3,243.00 |
| Taxi | $95.00 |
| Hotel | $746.02 |
| Use of Own Car | $20.20 |
| Parking | $95.36 |
| **Total Expenses** | **$4,199.58** |

| | |
|---|---|
| **April – June 2008 – Grand Total** | !Table Index Cannot be Zero |

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: October 2, 2008