# EXHIBIT A

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                                    )
**In re:**                                          )    **Chapter 11**
                                                    )
**W.R. GRACE & CO., et al.,**                       )    **Case No. 01-1139 (JKF)**
                                                    )
           **Debtors.**                             )    Objection Deadline: July 23, 2008 at 4:00 p.m
                                                    )    Hearing: Scheduled if Necessary (Negative Notice)
_____)

**COVER SHEET TO THIRTY-FIFTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
APRIL 1, 2008 THROUGH APRIL 30, 2008**


| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered February 21, 2004) |
| Period for which compensation is sought: | April 1, 2008 through April 30, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $51,480.00 |
| 80% of fees to be paid: | $41,184.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 2,797.43 |
| Total Fees @ 80% and 100% Expenses: | $43,981.43 |

This is an:  ___  interim     _X_  monthly     ___  final application.

**COMPENSATION SUMMARY**
**April 2008**

| Name of Professional **Person** | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed **Hours** | Total **Compensation** |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (23 years) FCAS | $650 | 36.00 | $23,400.00 |
| Julianne Callaway | Analyst (4 years) ACAS | $325 | 6.80 | $2,210.00 |
| Bryan Gillespie | Consulting Actuary (2 years) FCAS | $410 | 4.10 | $1,681.00 |
| Jeffrey Kimble | Consulting Actuary (7 years) ACAS | $400 | 50.80 | $20,320.00 |
| Brent Petzoldt | Analyst (1 year) | $240 | 3.50 | $840.00 |
| Dave Powell | Consulting Actuary (23 years) ACAS | $700 | 1.80 | $1,260.00 |
| Rhamonda Riggins | Analyst (6 years) | $305 | 5.80 | $1,769.00 |
| **Total Blended Rate: $473.16** | | | **108.80** | **$51,480.00** |

**COMPENSATION BY PROJECT CATEGORY**

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---|---|
| Data Analysis | 108.80 | $51,480.00 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| Airfare | $1,921.00 |
| Hotel | $746.02 |
| Parking | $65.31 |
| Taxi | $55.00 |
| Use of Own Car | $10.10 |
| **Total Expenses** | **$2,797.43** |

| **April 2008 – Grand Total** | **$54,277.43** |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By:/S/ JENNIFER L. BIGGS
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: June 30, 2008

# EXHIBIT A

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **Apr-08** |
| Jenni Biggs | 4/1/2008 | 2.00 | $650 | $1,300.00 | Trial preparation |
| Jenni Biggs | 4/2/2008 | 2.00 | $650 | $1,300.00 | Trial preparation |
| Jenni Biggs | 4/3/2008 | 14.50 | $650 | $9,425.00 | 13.3 hours trial preparation + 1.2 hours (50% of nonworking travel) |
| Jenni Biggs | 4/4/2008 | 9.00 | $650 | $5,850.00 | 7.0 hours trial preparation + 2.0 hours (50% of nonworking travel) |
| Jenni Biggs | 4/7/2008 | 2.00 | $650 | $1,300.00 | Trial preparation |
| Jenni Biggs | 4/8/2008 | 1.50 | $650 | $975.00 | Trial preparation and settlement discussion |
| Jenni Biggs | 4/11/2008 | 0.50 | $650 | $325.00 | Billing and correspondence with Orrick regarding reports |
| Jenni Biggs | 4/14/2008 | 3.50 | $650 | $2,275.00 | Review of Libby liabilities and settlement discussions |
| Jenni Biggs | 4/15/2008 | 0.50 | $650 | $325.00 | Settlement discussions |
| Jenni Biggs | 4/21/2008 | 0.50 | $650 | $325.00 | Settlement discussions |
| | | 36.00 | | $23,400.00 | |
| | | | | | |
| Julianne Calllaway | 4/2/2008 | 0.50 | $325 | $162.50 | Trial Prep support |
| Julianne Calllaway | 4/24/2008 | 3.50 | $325 | $1,137.50 | Organize Documentation and Data Requests |
| Julianne Calllaway | 4/25/2008 | 2.80 | $325 | $910.00 | Organize Documentation and Data Requests |
| | | 6.80 | | $2,210.00 | |
| | | | | | |
| Bryan Gillespie | 4/2/2008 | 0.50 | $410 | $205.00 | Trial preparation |
| Bryan Gillespie | 4/7/2008 | 2.00 | $410 | $820.00 | Trial preparation |
| Bryan Gillespie | 4/25/2008 | 1.60 | $410 | $656.00 | Response to questions from Orrick; review settlement information |
| | | 4.10 | | $1,681.00 | |
| | | | | | |
| Jeff Kimble | 4/1/2008 | 2.00 | $400 | $800.00 | Preparing cash flow exhibits |
| Jeff Kimble | 4/2/2008 | 3.00 | $400 | $1,200.00 | Preparing cash flow exhibits |
| Jeff Kimble | 4/3/2008 | 1.50 | $400 | $600.00 | 50% of nonworking travel |
| Jeff Kimble | 4/3/2008 | 11.00 | $400 | $4,400.00 | Prep and meeting with Orrick |
| Jeff Kimble | 4/4/2008 | 2.50 | $400 | $1,000.00 | 50% of nonworking travel time |
| Jeff Kimble | 4/4/2008 | 6.00 | $400 | $2,400.00 | Meeting with Orrick |
| Jeff Kimble | 4/5/2008 | 3.50 | $400 | $1,400.00 | Preparing cash flow exhibits and memo |
| Jeff Kimble | 4/8/2008 | 0.70 | $400 | $280.00 | Work on cash flow memo to Orrick |
| Jeff Kimble | 4/14/2008 | 1.10 | $400 | $440.00 | Discuss cash flow scenarios with Orrick. Create new cash flow scenarios |
| Jeff Kimble | 4/15/2008 | 5.00 | $400 | $2,000.00 | Preparing cash flow scenarios for Orrick |
| Jeff Kimble | 4/16/2008 | 8.00 | $400 | $3,200.00 | Preparing cash flow scenarios for Orrick |
| Jeff Kimble | 4/21/2008 | 5.00 | $400 | $2,000.00 | Preparing cash flow scenarios for Orrick |
| Jeff Kimble | 4/23/2008 | 1.50 | $400 | $600.00 | Preparing cash flow scenarios for Orrick |
| | | 50.80 | | $20,320.00 | |
| | | | | | |
| Brent Petzold | 4/2/2008 | 1.00 | $240 | $240.00 | Tech reviewed Jeff's cash flow exhibits |
| Brent Petzold | 4/4/2008 | 1.50 | $240 | $360.00 | Tech reviewed Jeff's cash flow exhibits |
| Brent Petzold | 4/7/2008 | 1.00 | $240 | $240.00 | Tech Review Jeff's cash flow exhibits |
| | | 3.50 | | $840.00 | |
| | | | | | |
| Dave Powell | 4/19/2008 | 1.30 | $700 | $910.00 | Peer review |
| Dave Powell | 4/21/2008 | 0.50 | $700 | $350.00 | Peer review |
| | | 1.80 | | $1,260.00 | |
| | | | | | |
| Rhamonda Riggins | 4/16/2008 | 4.80 | $305 | $1,464.00 | Tech reviewed Trust cash flow projections |
| Rhamonda Riggins | 4/21/2008 | 1.00 | $305 | $305.00 | Tech reviewed Trust cash flow projections |
| | | 5.80 | | $1,769.00 | |
| | | | | | |
| | | **108.80** | | **$51,480.00** | |

# EXHIBIT B

3

Expenses - April 2008

| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
|---|---|---|---|---|
| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
| Jenni Biggs | 4/3/2008 | $378.01 | Hotel ($469 - $169 = $300 recommended rate) | Yes |
| Jenni Biggs | 4/3/2008 | $25.31 | Parking at STL airport | Yes |
| Jenni Biggs | 4/3/2008 | $11.00 | Taxi to hotel (raining) | Yes |
| Jenni Biggs | 4/3/2008 | $23.00 | Taxi to Orrick | Yes |
| Jenni Biggs | 4/3/2008 | $21.00 | Taxi to Reagan airport | Yes |
| Jenni Biggs | 4/4/2008 | $837.00 | Airfare for 4/3-4/4 trip to DC for WR Grace trial | Yes |
| Jenni Biggs | 4/4/2008 | $15.00 | Amex fee for cancelled airfare for 4/10-4/11 trip to DC for WR Grace trial | Yes |
| Jenni Biggs | 4/4/2008 | $15.00 | Amex fee for Airfare for 4/3-4/4 trip to DC for WR Grace trial | Yes |
| Jenni Biggs | 4/4/2008 | $10.10 | Use of own car to/from airport for 4/4/08 meeting | No |
| | | $1,335.42 | | |
| Jeff Kimble | 4/1/2008 | $924.00 | Airfare for 4/3 trip to DC | Yes |
| Jeff Kimble | 4/1/2008 | $15.00 | Amex fee for 4/3 trip to DC | Yes |
| Jeff Kimble | 4/12/2008 | $100.00 | $100 change fee for cancelled 4/10/08 trip to DC | Yes |
| Jeff Kimble | 4/1/2008 | $15.00 | Amex fee for cancelled airfare for 4/10-4/11 trip to DC for WR Grace trial | Yes |
| Jeff Kimble | 4/3/2008 | $368.01 | Hotel ($469 - $169 = $300 recommended rate) | Yes |
| Jeff Kimble | 4/3/2008 | $40.00 | Parking | Yes |
| | | $1,462.01 | | |
| | | $2,797.43 | | |

Note: It is Towers Perrin's policy that expenses under $25 do not require receipts to be submitted for reimbursement.

# Capital Hilton

1001 16th Street • Washington, DC 20036
Phone (202) 393-1000 • Fax (202) 639-5784
Reservations
www.hilton.com or 1 800 HILTONS

**Name & Address**

BIGGS, JENNIFER L

| | |
|---|---|
| Room | 1269/Q1T |
| Arrival Date | 4/3/2008  10:10:00PM |
| Departure Date | 4/4/2008  8:10:00AM |
| Adult/Child | 1/0 |
| Room Rate | 469.00 |

WR

*Folio*

RATE PLAN    L-T1

HH#
AL:
BONUS AL:    CAR:

CONFIRMATION NUMBER: 3313082781

4/4/2008    PAGE    1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 4/3/2008 | GUEST ROOM | EAME | 3653274 | $469.00 | | |
| 4/3/2008 | ROOM TAX | EAME | 3653274 | $68.01 | | |
| 4/4/2008 | *HEALTH SPA | LINTR | 3653809 | $10.00 | | |
| 4/4/2008 | AX *5002 | TTHO | 3653888 | | $547.01 | |
| | BALANCE | | | | | $0.00 |

The Hilton Family









Hilton Grand Vacations Club



USA
Official Sponsor

| ACCOUNT NO. | | DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|---|---|
| AX *5002 | | 4/3/2008 | 565544  A |

| CARD MEMBER NAME | AUTHORIZATION | INITIAL |
|---|---|---|
| BIGGS, JENNIFER L | 544857 | |

ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

PURCHASES & SERVICES

THANK YOU FOR STAYING WITH US AT THE CAPITAL HILTON.

TAXES

TIPS & MISC.

TOTAL AMOUNT

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND

PAYMENT DUE UPON RECEIPT

## Taxi Cab Receipts

wr

DATE: 4/3   TIME: _____

TRIP ORIGIN: Orrick

DESTINATION: Reagan

FARE: $ 23   SIGNATURE: _____

---

## TAXICAB RECEIPT

wr

Time: 4/3/08
Date: _____

Origin of trip: Orrick

Destination: Hilton

Fare: $11   Sign: _____

---

## TAXICAB RECEIPT

wr

Time: 4/4
Date: _____

Origin of trip: Orrick

Destination: Reagan

Fare: $21   Sign: _____

---

wr

FASTTRACK Airport Parking
4607 Airflight Drive
St Louis, MO  63134

| | |
|---|---|
| User ID | 1741 |
| Date | 04/04/08 17:05 |
| Ticket # | 3000653 |
| Open Date | 04/03/08 05:59 |
| Close Date | 04/04/08 17:05 |
| Grand Total | $ 25.31 |
| Payments | |
| AX _5002 Auth:562455 | $ 25.31 |

X_____





AMERICAN EXPRESS ® BUSINESS TRAVEL

Page 1 of 3
Generated: March 25, 2008 04:58 PM

# Travel Arrangements for JENNIFER L BIGGS

| | | | |
|---|---|---|---|
| **Record Locator** | BQBEHG | **Agent ID : ZA** | |
| **Trip ID** | 10709329940 | Phone: (800) 522-4111 | |
| | JENNIFER BIGGS/314-719-5843 | | |
| | TOWERS PERRIN | | |

## Invoice Details

### Ticket Information

| | | | | |
|---|---|---|---|---|
| Airline Code | 001 | Ticket Date | 3/25/08 |
| Ticket Number | 7123404584 | Invoice | 0016053 |
| Check Digit | 6 | Electronic | Yes |
| **Billing Code** | WN820127 | | |

### Charges

| | |
|---|---:|
| Ticket Base Fare | 759.08 |
| Ticket Tax Fare | 77.92 |
| Total (USD) Ticket Amount | 837.00 |
| Transaction Fee | 15.00 |
| Airfare charged to American Express | |
| **Total** | **852.00** |

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY
THIS TICKET IS NONREFUNDABLE. CHANGES OR CANCELLATIONS
MUST BE MADE PRIOR TO SCHEDULED FLIGHT DEPARTURE
ALL CHANGES MUST BE MADE ON SAME CARRIER AND WILL BE
SUBJECT TO SERVICE FEE AND DIFFERENCE IN AIRFARE

## Travel Details                         Thursday April 3, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 50 minutes |
| Flight | 884 | Distance | 719 Miles |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Washington Reagan, DC | Plane | Md-80 |
| Departing | 7:20 AM | | |
| Arriving | 10:10 AM | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | TERMINAL B | | |
| Seat | 13F | | |
| Class | Economy | | |

## Travel Details                         Friday April 4, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 15 minutes |
| Flight | 531 | Distance | 719 Miles |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™  AMERICAN EXPRESS

| | | | |
|---|---|---|---|
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 3:15 PM | | |
| Arriving | 4:30 PM | | |
| | | | |
| Departure Terminal | TERMINAL B | | |
| Arrival Terminal | MAIN TERMINAL | | |
| Seat | 28E | | |
| Class | Economy | | |

## Travel Details

Wednesday October 1, 2008

AMERICAN EXPRESS INTERACTIVE

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| AMERICAN AIRLINES | 9M88Y36 | JENNIFER L BIGGS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| BQBEHG | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES. ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.

 **AMERICAN EXPRESS ® BUSINESS TRAVEL**



Page 1 of 3
Generated: March 26, 2008 02:30 PM

# Travel Arrangements for  JENNIFER L BIGGS

| | |
|---|---|
| **Record Locator** | KJFCJZ |
| **Trip ID** | 11241952335 |
| | JENNIFER BIGGS/314-719-5843 |
| | TOWERS PERRIN |

**Agent ID : ZF**

Phone:  (800) 522-4111

## Invoice Details

### Ticket Information

| | | | |
|---|---|---|---|
| Airline Code | 001 | Ticket Date | 3/26/08 |
| Ticket Number | 7123404613 | Invoice | 0016097 |
| Check Digit | 0 | Electronic | Yes |

**Billing Code**   WN820127

### Charges

| | |
|---|---:|
| Ticket Base Fare | 373.96 |
| Ticket Tax Fare | 49.04 |
| Total (USD) Ticket Amount | 423.00 |
| Transaction Fee | 15.00 |
| Airfare charged to American Express | |
| Total | 438.00 |

*Flight cancelled — Amex fee only*

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY
THIS TICKET IS NONREFUNDABLE. CHANGES OR CANCELLATIONS
MUST BE MADE PRIOR TO SCHEDULED FLIGHT DEPARTURE
ALL CHANGES MUST BE MADE ON SAME CARRIER AND WILL BE
SUBJECT TO SERVICE FEE AND DIFFERENCE IN AIRFARE

## Travel Details                                Thursday April 10, 2008

### Flight Information

| | | | | |
|---|---|---|---|---|
| Airline | AMERICAN AIRLINES | | Estimated time | 1 hour 50 minutes |
| Flight | 884 | | Distance | 719 Miles |
| Origin | St Louis Intl, MO | | Meal Service | No Meal Service |
| Destination | Washington Reagan, DC | | Plane | Md-80 |
| Departing | 7:10 AM | | | |
| Arriving | 10:00 AM | | | |
| | | | | |
| Departure Terminal | MAIN TERMINAL | | | |
| Arrival Terminal | TERMINAL B | | | |
| Seat | 12A | | | |
| Class | Economy | | | |

### Hotel Information

| | | | | |
|---|---|---|---|---|
| Hotel | HILTON HOTELS | | | |
| | 6 HILTON CAPITAL | | | |
| Hotel Address | 1001 16TH ST NW | | Phone Number | E 202 393-1000 |
| | WASHINGTON DC 20036 | | Fax Number | 202 639-5784 |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™  

| | |
|---|---|
| Confirmation Number | 3313082781- |
| Check in Date | 4/10/08 |
| Check out Date | 4/11/08 |

| | |
|---|---|
| Hotel Rate | 399.00 USD per night |
| | Late Arrival Guarantee - Credit Card |
| Special Info | RQNON SMK RM.KING BD |

CANCEL 01 DAYS BEFORE ARRIVAL

Corporate Discount - 1365840

## Travel Details

Friday April 11, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 5 minutes |
| Flight | 531 | Distance | 719 Miles |
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 2:55 PM | | |
| Arriving | 4:00 PM | | |

| | |
|---|---|
| Departure Terminal | TERMINAL B |
| Arrival Terminal | MAIN TERMINAL |
| Seat | 31E |
| Class | Economy |

## Travel Details

Wednesday October 8, 2008

AMERICAN EXPRESS INTERACTIVE

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| AMERICAN AIRLINES | 9M88Y36 | JENNIFER L BIGGS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| KJFCJZ | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES. ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.

**AMERICAN EXPRESS ® BUSINESS TRAVEL**

Page 1 of 3
Generated: March 25, 2008 05:00 PM

# Travel Arrangements for  JEFFREY D KIMBLE

| | |
|---|---|
| **Record Locator** | EQKZPM |
| **Trip ID** | 10891175882 |
| | JEFFREY KIMBLE/314-719-5836 |
| | TOWERS PERRIN |

**Agent ID : ZD**
Phone: (800) 522-4111

## Invoice Details

### Ticket Information

| | | | | |
|---|---|---|---|---|
| Airline Code | 001 | Ticket Date | 3/25/08 |
| Ticket Number | 7123404583 | Invoice | 0016052 |
| Check Digit | 5 | Electronic | Yes |
| **Billing Code** | WN844411 | | |

### Charges

| | |
|---|---:|
| Ticket Base Fare | 840.01 |
| Ticket Tax Fare | 83.99 |
| Total (USD) Ticket Amount | 924.00 |
| Transaction Fee | 15.00 |
| Airfare charged to American Express | |
| **Total** | **939.00** |

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY
THIS TICKET IS NONREFUNDABLE. CHANGES OR CANCELLATIONS
MUST BE MADE PRIOR TO SCHEDULED FLIGHT DEPARTURE
ALL CHANGES MUST BE MADE ON SAME CARRIER AND WILL BE
SUBJECT TO SERVICE FEE AND DIFFERENCE IN AIRFARE

## Travel Details                    Thursday April 3, 2008

### Flight Information

| | | | | |
|---|---|---|---|---|
| Airline | AMERICAN AIRLINES | | Estimated time | 1 hour 50 minutes |
| Flight | 884 | | Distance | 719 Miles |
| Origin | St Louis Intl, MO | | Meal Service | No Meal Service |
| Destination | Washington Reagan, DC | | Plane | Md-80 |
| Departing | 7:20 AM | | | |
| Arriving | 10:10 AM | | | |
| | | | | |
| Departure Terminal | MAIN TERMINAL | | | |
| Arrival Terminal | TERMINAL B | | | |
| Seat | 14F | | | |
| Class | Economy | | | |

## Travel Details                    Friday April 4, 2008

### Flight Information

| | | | | |
|---|---|---|---|---|
| Airline | AMERICAN AIRLINES | | Estimated time | 2 hours 15 minutes |
| Flight | 531 | | Distance | 719 Miles |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™   

| | | | |
|---|---|---|---|
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 3:15 PM | | |
| Arriving | 4:30 PM | | |

| | |
|---|---|
| Departure Terminal | TERMINAL B |
| Arrival Terminal | MAIN TERMINAL |
| Seat | Unassigned |
| Class | Economy |

## Travel Details

Wednesday October 1, 2008

AMERICAN EXPRESS INTERACTIVE

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| EQKZPM | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
\*\* PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS \*\*
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES.  ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.



**AMERICAN EXPRESS ® BUSINESS TRAVEL**

Page 1 of 3
Generated: March 26, 2008 02:29 PM

# Travel Arrangements for JEFFREY D KIMBLE

| | | |
|---|---|---|
| **Record Locator** | FNPHPJ | **Agent ID : ZC** |
| **Trip ID** | 10946813159 | Phone: (800) 522-4111 |
| | JEFFREY KIMBLE/314-719-5836 | |
| | TOWERS PERRIN | |

## Invoice Details

**Ticket Information**

| | | | |
|---|---|---|---|
| Airline Code | 001 | Ticket Date | 3/26/08 |
| Ticket Number | 7123404615 | Invoice | 0016099 |
| Check Digit | 2 | Electronic | Yes |
| **Billing Code** | WN844411 | | |

**Charges**

| | |
|---|---|
| Ticket Base Fare | 373.96 |
| Ticket Tax Fare | 49.04 |
| Total (USD) Ticket Amount | 423.00 |
| Transaction Fee | 15.00 |
| Airfare charged to American Express | |
| **Total** | **438.00** |

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY
THIS TICKET IS NONREFUNDABLE. CHANGES OR CANCELLATIONS
MUST BE MADE PRIOR TO SCHEDULED FLIGHT DEPARTURE
ALL CHANGES MUST BE MADE ON SAME CARRIER AND WILL BE
SUBJECT TO SERVICE FEE AND DIFFERENCE IN AIRFARE

*[handwritten: Trip cancelled +15 -$100 change fee Amex fee]*

## Travel Details
**Thursday April 10, 2008**

**Flight Information**

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 50 minutes |
| Flight | 884 | Distance | 719 Miles |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Washington Reagan, DC | Plane | Md-80 |
| Departing | 7:10 AM | | |
| Arriving | 10:00 AM | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | TERMINAL B | | |
| Seat | 13A | | |
| Class | Economy | | |

**Hotel Information**

| | | | |
|---|---|---|---|
| Hotel | HILTON HOTELS | | |
| | 6 HILTON CAPITAL | | |
| Hotel Address | 1001 16TH ST NW | Phone Number | E 202 393-1000 |
| | WASHINGTON DC 20036 | Fax Number | 202 639-5784 |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™  

| | |
|---|---|
| Confirmation Number | 3305241094- |
| Check in Date | 4/10/08 |
| Check out Date | 4/11/08 |

| | |
|---|---|
| Hotel Rate | 399.00 USD per night |
| | Late Arrival Guarantee - Credit Card |
| Special Info | RQ NON SMK RM |

CANCEL 01 DAYS BEFORE ARRIVAL

Corporate Discount - 1365840

## Travel Details                         Friday April 11, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 5 minutes |
| Flight | 531 | Distance | 719 Miles |
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 2:55 PM | | |
| Arriving | 4:00 PM | | |

| | |
|---|---|
| Departure Terminal | TERMINAL B |
| Arrival Terminal | MAIN TERMINAL |
| Seat | Unassigned |
| Class | Economy |

## Travel Details                         Wednesday October 8, 2008

AMERICAN EXPRESS INTERACTIVE

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| FNPHPJ | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
THE TRANSACTION FEE AMOUNT REFLECTED ON THIS INVOICE COULDREPRESENT
MULTIPLE FEES. ALSO THIS MAY NOT BE THE ACTUAL AMOUNT CHARGED.

```
SUPER PARK INTERMEDIATE
LAMBERT-ST. LOUIS
INTERNATIONAL AIRPORT
ST.LOUIS, MO.


Rcpt# 57169
04/04/08 16:55   L# 6 A# 45   Txn#143527
04/03/08 06:11 In   04/04/08 16:55 Out
SHORT TERM     $ 40.00
Total Fee      $ 40.00
AMERICAN EXP   $ 40.00-
XXXXXXXXXXX3000
Approval No.:522649
Reference No.:00000123
Change Due     $ 0.00
THANK YOU ANY QUESTIONS OR
COMMENTS CALL 314-890-2800
```

# Capital Hilton

1001 16th Street • Washington, DC 20036
Phone (202) 393-1000 • Fax (202) 639-5784
Reservations
www.hilton.com or 1 800 HILTONS

Name & Address

KIMBLE, JEFFREY D

| | |
|---|---|
| Room | 1143/D2T |
| Arrival Date | 4/3/2008  10:11:00PM |
| Departure Date | 4/4/2008 |
| Adult/Child | 1/0 |
| Room Rate | 469.00 |
| RATE PLAN | L-T1 |
| HH# | |
| AL | |
| BONUS AL | CAR |

Confirmation Number : 3305241094

4/4/2008     PAGE     1

| DATE | DESCRIPTION | ID | REF. NO | CHARGES | CREDITS | BALANCE |
|---|---|---|---|---|---|---|
| 4/3/2008 | GUEST ROOM | EAME | 3653248 | $469.00 | | |
| 4/3/2008 | ROOM TAX | EAME | 3653248 | $68.01 | | |
| | WILL BE SETTLED TO AX *3000 | | | | | $537.01 |
| | EFFECTIVE BALANCE OF | | | | | $0.00 |

THANK YOU

## Zip-Out Check-Out®

**Good Morning !  We hope you enjoyed your stay. With Zip-Out Check-Out®
there is no need to stop at the Front Desk to check out.**
- Please review this statement.  It is a record of your charges as of late last evening.
- For any charges after your account was prepared, you may:
  + pay at the time of purchase.
  + charge purchases to your account, then stop by the Front Desk for an updated statement.
  + or request an updated statement be mailed to you within two business days.
- Simply call extension 5610 from your room and tell us when you are ready to depart.  Your account will be automatically checked out and you may use this statement as your receipt.  Feel free to leave your key(s) in the room.

*Please call the Front Desk if you wish to extend your stay or if you have any questions about your account.*

| DATE OF CHARGE | FOLIO NO./CHECK NO. |
|---|---|
| | 565547  A |
| AUTHORIZATION | INITIAL |
| PURCHASES & SERVICES | |
| TAXES | |
| TIPS & MISC. | |
| TOTAL AMOUNT | |