# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                                               )
In re:                                                      )     Chapter 11
                                                               )
W.R. GRACE & CO., <u>et</u> <u>al</u>.,                    )     Case No. 01-1139 (JKF)
                                                               )
           **Debtors.**                          )     Objection Deadline: July 23, 2008 at 4:00 p.m
_____)     Hearing: Scheduled if Necessary (Negative Notice)

**COVER SHEET TO THIRTY-SIXTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>MAY 1, 2008 THROUGH MAY 31, 2008</u>**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered February 21, 2004) |
| Period for which compensation is sought: | May 1, 2008 through May 31, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $33,683.00 |
| 80% of fees to be paid: | $26,946.40 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 1,402.15 |
| Total Fees @ 80% and 100% Expenses: | $28,348.55 |

This is an:   __   interim   _X_   monthly   __   final application.

**COMPENSATION SUMMARY**
**May 2008**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (23 years) FCAS | $650 | 18.60 | $12,090.00 |
| Julianne Callaway | Analyst (4 years) ACAS | $325 | 10.60 | $3,445.00 |
| Bryan Gillespie | Consulting Actuary (2 years) FCAS | $410 | 1.30 | $533.00 |
| Jeffrey Kimble | Consulting Actuary (7 years) ACAS | $400 | 40.50 | $16,200.00 |
| Adam Luechtefeld | Analyst (5 years) | $250 | 2.00 | $500.00 |
| Rhamonda Riggins | Analyst (6 years) | $305 | 3.00 | $915.00 |
| **Total Blended Rate: $443.20** | | | **76.00** | **$33,683.00** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 76.00 | $33,683.00 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| Airfare | $1,322.00 |
| Parking | $30.05 |
| Taxi | $40.00 |
| Use of Own Car | $10.10 |
| **Total Expenses** | **$1,402.15** |

| **May 2008 – Grand Total** | **$35,085.15** |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: June 30, 2008

# EXHIBIT A

## W.R. Grace (Bankruptcy)
## Towers Perrin Time Records

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| | | | | | **May-08** |
| Jenni Biggs | 5/5/2008 | 1.50 | $650 | $975.00 | Preparation for 5/8 meeting with Orrick |
| Jenni Biggs | 5/6/2008 | 1.10 | $650 | $715.00 | Preparation for 5/8 meeting with Orrick |
| Jenni Biggs | 5/7/2008 | 0.70 | $650 | $455.00 | Preparation for 5/8 meeting with Orrick and research Canadian claims |
| Jenni Biggs | 5/8/2008 | 7.50 | $650 | $4,875.00 | 4.50 = Prep and meeting; 3.0 = 50% nonworking travel |
| Jenni Biggs | 5/9/2008 | 1.30 | $650 | $845.00 | Follow-up to 5/8 meeting with Orrick |
| Jenni Biggs | 5/12/2008 | 0.20 | $650 | $130.00 | Billing |
| Jenni Biggs | 5/13/2008 | 0.50 | $650 | $325.00 | Billing |
| Jenni Biggs | 5/13/2008 | 1.00 | $650 | $650.00 | Libby comparisons |
| Jenni Biggs | 5/23/2008 | 0.20 | $650 | $130.00 | Review propsed revisions to TDP |
| Jenni Biggs | 5/28/2008 | 1.30 | $650 | $845.00 | Reflect proposed revisions to TDP in cash flow |
| Jenni Biggs | 5/29/2008 | 3.30 | $650 | $2,145.00 | Review updated cash flow exhibits and presentation |
| | | 18.60 | | $12,090.00 | |
| | | | | | |
| Julianne Calllaway | 5/15/2008 | 2.80 | $325 | $910.00 | Review Peterson Report |
| Julianne Calllaway | 5/16/2008 | 1.00 | $325 | $325.00 | Review Peterson Report |
| Julianne Calllaway | 5/19/2008 | 1.50 | $325 | $487.50 | Review Peterson Report |
| Julianne Calllaway | 5/20/2008 | 5.30 | $325 | $1,722.50 | Review Peterson Report |
| | | 10.60 | | $3,445.00 | |
| | | | | | |
| Bryan Gillespie | 5/13/2008 | 0.40 | $410 | $164.00 | Assist with preparation of TDP comparison exhibits |
| Bryan Gillespie | 5/14/2008 | 0.90 | $410 | $369.00 | Assist with preparation of TDP comparison exhibits |
| | | 1.30 | | $533.00 | |
| | | | | | |
| Jeff Kimble | 5/5/2008 | 6.50 | $400 | $2,600.00 | Preparation for 5/8 meeting with Orrick |
| Jeff Kimble | 5/6/2008 | 3.00 | $400 | $1,200.00 | Preparation for 5/8 meeting with Orrick |
| Jeff Kimble | 5/7/2008 | 2.20 | $400 | $880.00 | Preparation for 5/8 meeting with Orrick |
| Jeff Kimble | 5/8/2008 | 5.00 | $400 | $2,000.00 | Preparation for 5/8 meeting with Orrick. 50% nonworking travel time |
| Jeff Kimble | 5/8/2008 | 2.50 | $400 | $1,000.00 | Meeting with Orrick regarding the proposed TDP values |
| Jeff Kimble | 5/9/2008 | 4.90 | $400 | $1,960.00 | Preparing cash flow exhibits for Orrick |
| Jeff Kimble | 5/12/2008 | 4.70 | $400 | $1,880.00 | Preparing summaries of Libby estimates for Orrick |
| Jeff Kimble | 5/13/2008 | 1.50 | $400 | $600.00 | Preparing summaries of Libby estimates for Orrick |
| Jeff Kimble | 5/14/2008 | 0.50 | $400 | $200.00 | Work on cash flow exhibits |
| Jeff Kimble | 5/27/2008 | 1.20 | $400 | $480.00 | Work on cash flow exhibits |
| Jeff Kimble | 5/28/2008 | 4.50 | $400 | $1,800.00 | Work on cash flow exhibits |
| Jeff Kimble | 5/29/2008 | 4.00 | $400 | $1,600.00 | Work on cash flow exhibits |
| | | 40.50 | | $16,200.00 | |
| | | | | | |
| Adam Luechtefeld | 5/6/2008 | 1.00 | $250 | $250.00 | Checking cashflow files |
| Adam Luechtefeld | 5/9/2008 | 1.00 | $250 | $250.00 | Libby Future Projections |
| | | 2.00 | | $500.00 | |
| | | | | | |
| Rhamonda Riggins | 5/12/2008 | 1.00 | $305 | $305.00 | Tech review Libby future claims charts |
| Rhamonda Riggins | 5/29/2008 | 2.00 | $305 | $610.00 | Tech review TDP comparison presentations |
| | | 3.00 | | $915.00 | |
| | | | | | |
| | | 76.00 | | $33,683.00 | |

# EXHIBIT B

| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
|---|---|---|---|---|
| | | | Expenses - May 2008 | |

| Who | When | How Much | Comments | Receipt Req'd + Rec'd? |
|---|---|---|---|---|
| Jenni Biggs | 5/8/2008 | $646.00 | Airfare for 5/8/08 trip to DC | Yes |
| Jenni Biggs | 5/8/2008 | $15.00 | Amex fee for 5/8/08 trip to DC | Yes |
| Jenni Biggs | 5/8/2008 | $10.10 | Use of own car to/from airport for 5/8/08 trip to DC | No |
| Jenni Biggs | 5/12/2008 | $10.05 | Parking at STL airport for 5/8/08 trip to DC | Yes |
| | | $681.15 | | |
| Jeff Kimble | 5/8/2008 | $646.00 | Airfare for 5/8/08 trip to DC | Yes |
| Jeff Kimble | 5/8/2008 | $15.00 | Amex fee for 5/8/08 trip to DC | Yes |
| Jeff Kimble | 5/8/2008 | $20.00 | Parking at STL airport for 5/8/08 trip to DC | Yes |
| Jeff Kimble | 5/8/2008 | $40.00 | 2 taxi's at $20 each to/from airport for 5/8/08 trip to DC | Yes |
| | | $721.00 | | |
| | | $1,402.15 | | |

Note: It is Towers Perrin's policy that expenses under $25 do not require receipts to be submitted for reimbursement.


AMERICAN EXPRESS ® **BUSINESS TRAVEL**

Page 1 of 3
Generated: April 30, 2008 12:37 PM

# Travel Arrangements for JENNIFER L BIGGS

| | | |
|---|---|---|
| **Record Locator** | BPGZOG | **Agent ID : ZG** |
| **Trip ID** | 10707911072<br>JENNIFER BIGGS/314-719-5843<br>TOWERS PERRIN | Phone: (800) 522-4111 |

## Invoice Details

### Ticket Information

| | | | | | | |
|---|---|---|---|---|---|---|
| Airline Code | 001 | Ticket Date | 4/30/08 | **Charges** | | |
| Ticket Number | 7339405896 | Invoice | 0017694 | Ticket Base Fare | | 646.00 |
| Check Digit | 1 | Electronic | Yes | Ticket Tax Fare | | 0.00 |
| **Billing Code** | WN820127 | | | Total (USD) Ticket Amount | | 646.00 |

Airfare charged to American Express

**Total**  646.00

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY

## Travel Details                                   Thursday May 8, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 50 minutes |
| Flight | 884 | Distance | 719 Miles |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Washington Reagan, DC | Plane | Md-80 |
| Departing | 7:10 AM | | |
| Arriving | 10:00 AM | | |
| Departure Terminal | MAIN TERMINAL | | |
| Arrival Terminal | TERMINAL B | | |
| Seat | 13F | | |
| Class | Economy | | |

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 5 minutes |
| Flight | 531 | Distance | 719 Miles |
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 2:55 PM | | |
| Arriving | 4:00 PM | | |
| Departure Terminal | TERMINAL B | | |
| Arrival Terminal | MAIN TERMINAL | | |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™  AMERICAN EXPRESS

Seat            24E
Class           Economy

# Travel Details

Tuesday November 4, 2008

AMERICAN EXPRESS INTERACTIVE

### Loyalty Programs

| Vendor | Account | Traveler |
|---|---|---|
| AMERICAN AIRLINES | 9M88Y36 | JENNIFER L BIGGS |

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| BPGZOG | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111±0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
****************************************************
FARE OF THIS ITINERARY.............969.00
FARE OF EXCHANGED TICKET...........423.00
EXCHANGED TICKET NUMBER............0017123404613
AIRLINE REISSUE FEE FOR EXCHANGE...100.00
FARE DIFFERENCE/ADDITIONAL COST....546.00
TOTAL CHARGES FOR THIS ITINERARY...646.00
****************************************************



FASTTRACK Airport Parking
4607 Airflight Drive
St Louis, MO  63134

```
User ID                              1741
Date                      05/08/08 16:28

Ticket #                           539682
Open Date                 05/08/08 06:06
Close Date                05/08/08 16:28

Grand Total                       $ 10.05

Payments
AX _5002 Auth:545767              $ 10.05
```

X_____



AMERICAN EXPRESS ® BUSINESS TRAVEL

Page 1 of 3
Generated: April 30, 2008 11:58 AM

# Travel Arrangements for JEFFREY D KIMBLE

| | | |
|---|---|---|
| **Record Locator** | KBRDQG | |
| **Trip ID** | 11229076808 | |
| | JEFFREY KIMBLE/314-719-5836 | |
| | TOWERS PERRIN | |

**Agent ID : ZA**
Phone: (800) 522-4111

## Invoice Details

### Ticket Information

| | | | | |
|---|---|---|---|---|
| Airline Code | 001 | Ticket Date | 4/30/08 | |
| Ticket Number | 7339405893 | Invoice | 0017688 | |
| Check Digit | 5 | Electronic | Yes | |

**Billing Code**  WN844411

### Charges

| | |
|---|---|
| Ticket Base Fare | 646.00 |
| Ticket Tax Fare | 0.00 |
| Total (USD) Ticket Amount | 646.00 |

Airfare charged to American Express

| | |
|---|---|
| **Total** | 646.00 |

*Amex fee*   15.—
                 ———
                 661.—

PER TOWERS PERRIN FINANCE DEPARTMENT,
THE TRANSACTION FEE ITEMIZED ABOVE SHOULD
BE RECORDED IN THE /OTHER/ LINE OF YOUR TIMECARD
WITH A BRIEF DESCRIPTION OF THE TRIP TO WHICH
FEES APPLY

## Travel Details     Thursday May 8, 2008

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 1 hour 50 minutes |
| Flight | 884 | Distance | 719 Miles |
| Origin | St Louis Intl, MO | Meal Service | No Meal Service |
| Destination | Washington Reagan, DC | Plane | Md-80 |
| Departing | 7:10 AM | | |
| Arriving | 10:00 AM | | |

| | |
|---|---|
| Departure Terminal | MAIN TERMINAL |
| Arrival Terminal | TERMINAL B |
| Seat | 13D |
| Class | Economy |

### Flight Information

| | | | |
|---|---|---|---|
| Airline | AMERICAN AIRLINES | Estimated time | 2 hours 5 minutes |
| Flight | 531 | Distance | 719 Miles |
| Origin | Washington Reagan, DC | Meal Service | Food for purchase |
| Destination | St Louis Intl, MO | Plane | Md-80 |
| Departing | 2:55 PM | | |
| Arriving | 4:00 PM | | |

| | |
|---|---|
| Departure Terminal | TERMINAL B |
| Arrival Terminal | MAIN TERMINAL |

ONLINE | OFFLINE | ALL AROUND THE WORLD | EXPERIENCE MATTERS™    

| | |
|---|---|
| Seat | 25E |
| Class | Economy |

## Travel Details

Tuesday November 4, 2008

AMERICAN EXPRESS INTERACTIVE

### Airline Record Locators

| Airline Reference | Carrier |
|---|---|
| KBRDQG | AMERICAN AIRLINES |

### Additional Messages

THANK YOU FOR CALLING AMERICAN EXPRESS CTO
FOR SERVICE CALL 800-522-4111‡0 OR 305-913-7359
** PLEASE RETAIN A COPY OF INVOICE FOR YOUR RECORDS **
****************************************************
FARE OF THIS ITINERARY.............969.00
FARE OF EXCHANGED TICKET...........423.00
EXCHANGED TICKET NUMBER............0017123404615
AIRLINE REISSUE FEE FOR EXCHANGE...100.00
FARE DIFFERENCE/ADDITIONAL COST....546.00
TOTAL CHARGES FOR THIS ITINERARY...646.00
****************************************************



**TAXICAB RECEIPT**

Date: 5.8.08

I.D. # GS2

Time: ____

Cab # 1421  Company: Columbus

Origin of trip: National Airport

Destination: 1152 15th st.

Fare: 20.00

Sign. ____

---



**Mandarin Oriental, Washington D.C.**
1330 Maryland Avenue, S.W.
Washington, D.C. 20024   (202) 554-8588
www.mandarinoriental.com

Date: 5/8/08    Time: ____

Trip Origin: 1152 15th St.

Destination: National Airport

Fare: $ 20.—

Signature: ____

**TAXI RECEIPT**

---

SUPER PARK INTERSTATE
LAMBERT ST. LOUIS
INTERNATIONAL AIRPORT
ST LOUIS, MO

NORTH G345
05/08/08 16:21  LN 6 S# 45  T#
05/08/08 04:11 IN 05/08/08

SHORT TERM      $ 20.00
TOTAL FEE       $ 20.00
AMERICAN EXP    $ 20.00
XXXXXXXXXXX3000
Approval No. 504080
Reference No. 00000016
License Due     $ 0.00
THANK YOU ANY QUESTIONS OR
COMMENTS CALL 314-890-2800