# EXHIBIT C

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____
                                                       )

**In re:**                                          )         **Chapter 11**

                                                       )

**W.R. GRACE & CO., et al.,**         )         **Case No. 01-1139 (JKF)**

                                                       )

        **Debtors.**                    )         Objection Deadline:  August 13, 2008 at 4:00 p.m.
_____)         Hearing: Scheduled if Necessary (Negative Notice)

**COVER SHEET TO THIRTY-SEVENTH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>JUNE 1, 2008 THROUGH JUNE 30, 2008</u>**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered February 21, 2004) |
| Period for which compensation is sought: | June 1, 2008 through June 30, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $2,675.00 |
| 80% of fees to be paid: | $2,140.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $        0 |
| Total Fees @ 80% and 100% Expenses: | $2,140.00 |

This is an:    ___  interim    <u> X </u>  monthly    ___  final application.

**COMPENSATION SUMMARY**
**June 2008**

| Name of Professional **Person** | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, **Area of Expertise** | Hourly Billing Rate (including changes) | Total Billed **Hours** | Total **Compensation** |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (23 years) FCAS | $650 | 3.50 | $2,275.00 |
| Jeffrey Kimble | Consulting Actuary (7 years) ACAS | $400 | 1.00 | 400.00 |
| **Total Blended Rate: $594.44** | | | **4.50** | **$2,675.00** |

**COMPENSATION BY PROJECT CATEGORY**

| **Project Category** | **Total Hours** | **Total Fees** |
|---|---|---|
| Data Analysis | 4.50 | $2,675.00 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| **No Expenses** | **$0** |

| **June 2008 – Grand Total** | **$2,675.00** |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: /S/ JENNIFER L. BIGGS
　　Jennifer L. Biggs, FCAS, MAAA
　　101 S. Hanley Rd.
　　St. Louis, MO 63105
　　(314) 719-5843

Dated: July 18, 2008

2

# **<u>EXHIBIT A</u>**

| Professional | Date | Hours | Rate | $ Fees | Description |
|---|---|---|---|---|---|
| W.R. Grace (Bankruptcy) | | | | | |
| Towers Perrin Time Records | | | | | |
| Jun-08 | | | | | |
| Jenni Biggs | 6/2/2008 | 0.40 | $650 | $260.00 | Cash Flow projections - follow-up from May 8 meeting |
| Jenni Biggs | 6/17/2008 | 0.50 | $650 | $325.00 | Discussion regarding settlement |
| Jenni Biggs | 6/19/2008 | 1.00 | $650 | $650.00 | Billing |
| Jenni Biggs | 6/24/2008 | 0.50 | $650 | $325.00 | Billing |
| Jenni Biggs | 6/25/2008 | 0.40 | $650 | $260.00 | Billing |
| Jenni Biggs | 6/30/2008 | 0.70 | $650 | $455.00 | Billing |
| | | 3.50 | | $2,275.00 | |
| Jeff Kimble | 6/2/2008 | 1.00 | $400 | $400.00 | Cash Flow projections - follow-up from May 8 meeting |
| | | 1.00 | | $400.00 | |
| | | 4.50 | | $2,675.00 | |