# THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| **Debtors.** | ) | Objection Date: November 26, 2008 at 4:00 pm |
| | ) | Hearing Date: December 15, 2008 at 1:00 pm |

**COVER SHEET TO TENTH QUARTERLY INTERIM FEE APPLICATION OF
PIPER JAFFRAY & CO., AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF APRIL 1, 2008 THROUGH JUNE 30, 2008**

## SUMMARY SHEET

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | April 1, 2008 – June 30, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary: | $150,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $527.47 |

This is a    ___ monthly    _x_ interim    ___ final application

**COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)**

April 1, 2008 – June 30, 2008

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 28.5 | NA |
| Financial Analysis / Financial Review | 318.5 | NA |
| Case Administration | 12.4 | NA |
| Hearing Attendance / Meeting | 11.0 | NA |
| Fee/Employment Applications | 0.5 | NA |
| **TOTAL** | **370.9** | **NA** |

**EXPENSE SUMMARY (Exhibit B, Expense Detail)**

April 1, 2008 – June 30, 2008

| Expense Category | Total |
|---|---|
| Research | $163.60 |
| Telephone | 363.87 |
| **TOTAL** | **$527.47** |

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.