# EXHIBIT A
## W.R. Grace
**PJC Time Records**
**April-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 4/1/2008 | 0.5 | Financial Analysis | POR analyses |
| Jason Solganick | 4/1/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/1/2008 | 0.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 4/1/2008 | 0.5 | Financial Analysis | POR analyses |
| Maika Hemphill | 4/1/2008 | 0.5 | Financial Analysis | POR analyses |
| Desiree Davis | 4/2/2008 | 3.0 | Financial Analysis | POR analyses |
| Desiree Davis | 4/2/2008 | 2.0 | Financial Analysis | Settlement analyses |
| Jason Solganick | 4/2/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/2/2008 | 3.5 | Financial Analysis | POR analyses |
| Jason Solganick | 4/2/2008 | 2.0 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 4/2/2008 | 3.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 4/2/2008 | 3.5 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 4/2/2008 | 3.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 4/2/2008 | 1.5 | Financial Analysis | Settlement analyses |
| Desiree Davis | 4/3/2008 | 4.0 | Financial Analysis | Settlement analyses |
| Jason Solganick | 4/3/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/3/2008 | 5.0 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 4/3/2008 | 5.0 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 4/3/2008 | 2.0 | Financial Analysis | Settlement analyses |
| Desiree Davis | 4/4/2008 | 2.5 | Financial Analysis | POR analyses |
| Jason Solganick | 4/4/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/4/2008 | 3.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 4/4/2008 | 4.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 4/4/2008 | 2.5 | Financial Analysis | POR analyses |
| Jason Solganick | 4/5/2008 | 1.0 | Financial Analysis | POR analyses |
| Desiree Davis | 4/7/2008 | 3.0 | Financial Analysis | Settlement analyses |
| Jason Solganick | 4/7/2008 | 1.0 | Business Operations | Review of objections to Libby settlement |
| Jason Solganick | 4/7/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/7/2008 | 5.0 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 4/7/2008 | 1.0 | Business Operations | Review of objections to Libby settlement |
| Jonathan Brownstein | 4/7/2008 | 4.0 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 4/7/2008 | 2.5 | Financial Analysis | Settlement analyses |
| Jason Solganick | 4/8/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/9/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/10/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/11/2008 | 1.5 | Business Operations | Review of ZAI motions & objections |
| Jason Solganick | 4/11/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/14/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/15/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/16/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 4/17/2008 | 2.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 4/17/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/17/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jonathan Brownstein | 4/17/2008 | 0.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Maika Hemphill | 4/17/2008 | 3.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 4/18/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 4/21/2008 | 2.0 | Hearing | Telephonic court hearing |
| Jason Solganick | 4/21/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/21/2008 | 2.0 | Hearing | Telephonic court hearing |
| Jonathan Brownstein | 4/21/2008 | 2.0 | Hearing | Telephonic court hearing |
| Maika Hemphill | 4/21/2008 | 2.0 | Hearing | Telephonic court hearing |
| Jason Solganick | 4/22/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 4/23/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 4/24/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 4/24/2008 | 2.5 | Financial Analysis | POR analyses |
| Desiree Davis | 4/25/2008 | 1.5 | Financial Analysis | Review of press release on comparable company and related analyses |
| Desiree Davis | 4/25/2008 | 1.5 | Financial Analysis | Review of 2008 operating plan |
| Jason Solganick | 4/25/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 4/25/2008 | 1.0 | Financial Analysis | Review of press release on comparable company and related analyses |
| Jason Solganick | 4/25/2008 | 1.5 | Financial Analysis | Review of 2008 operating plan |
| Jonathan Brownstein | 4/25/2008 | 0.3 | Financial Analysis | Review of press release on comparable company and related analyses |
| Jonathan Brownstein | 4/25/2008 | 1.5 | Financial Analysis | Review of 2008 operating plan |

# EXHIBIT A
## W.R. Grace
**PJC Time Records**
**April-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Maika Hemphill | 4/25/2008 | 3.0 | Financial Analysis | Review of press release on comparable company and related analyses |
| Maika Hemphill | 4/25/2008 | 1.5 | Financial Analysis | Review of 2008 operating plan |
| Desiree Davis | 4/26/2008 | 1.5 | Financial Analysis | Review of press release on comparable company and related analyses |
| Jason Solganick | 4/26/2008 | 1.0 | Financial Analysis | Review of press release on comparable company and related analyses |
| Jonathan Brownstein | 4/26/2008 | 0.3 | Financial Analysis | Review of press release on comparable company and related analyses |
| Maika Hemphill | 4/26/2008 | 2.5 | Financial Analysis | Review of press release on comparable company and related analyses |
| Desiree Davis | 4/28/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 4/28/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/28/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jonathan Brownstein | 4/28/2008 | 0.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Maika Hemphill | 4/28/2008 | 3.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 4/29/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 4/30/2008 | 2.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jason Solganick | 4/30/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 4/30/2008 | 2.0 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Jonathan Brownstein | 4/30/2008 | 0.5 | Financial Analysis | Review of earnings on comparable company and related analyses |
| Maika Hemphill | 4/30/2008 | 3.5 | Financial Analysis | Review of earnings on comparable company and related analyses |

# EXHIBIT A
## W.R. Grace
**PJC Time Records**
**May-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 5/1/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/2/2008 | 0.5 | Business Operations | Review of asset sale report |
| Jason Solganick | 5/2/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 5/5/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 5/6/2008 | 0.5 | Financial Analysis | Call re: Grace's 2008 plan |
| Desiree Davis | 5/6/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 5/6/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/6/2008 | 0.5 | Financial Analysis | Call re: Grace's 2008 plan |
| Jason Solganick | 5/6/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jonathan Brownstein | 5/6/2008 | 0.5 | Financial Analysis | Call re: Grace's 2008 plan |
| Jonathan Brownstein | 5/6/2008 | 0.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Maika Hemphill | 5/6/2008 | 0.5 | Financial Analysis | Call re: Grace's 2008 plan |
| Maika Hemphill | 5/6/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 5/7/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 5/7/2008 | 2.0 | Business Operations | Review of pension funding motion and materials |
| Jason Solganick | 5/7/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/7/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 5/7/2008 | 1.0 | Financial Analysis | Review of monthly operating report |
| Jonathan Brownstein | 5/7/2008 | 2.0 | Business Operations | Review of pension funding motion and materials |
| Jonathan Brownstein | 5/7/2008 | 0.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Maika Hemphill | 5/7/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 5/8/2008 | 3.0 | Financial Analysis | Settlement analyses |
| Jason Solganick | 5/8/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 5/8/2008 | 4.5 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 5/8/2008 | 5.0 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 5/8/2008 | 1.5 | Financial Analysis | Settlement analyses |
| Desiree Davis | 5/9/2008 | 2.5 | Financial Analysis | Settlement analyses |
| Jason Solganick | 5/9/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 5/9/2008 | 4.0 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 5/9/2008 | 5.0 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 5/9/2008 | 1.0 | Financial Analysis | Settlement analyses |
| Desiree Davis | 5/12/2008 | 4.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Jason Solganick | 5/12/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/12/2008 | 4.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Jonathan Brownstein | 5/12/2008 | 1.0 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Maika Hemphill | 5/12/2008 | 4.5 | Financial Analysis | Review of earnings of comparable companies and related analyses |
| Desiree Davis | 5/13/2008 | 2.0 | Financial Analysis | Review of press release of comparable company and related analyses |
| Desiree Davis | 5/13/2008 | 1.0 | Financial Analysis | Review of 10-Q filing |
| Jason Solganick | 5/13/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 5/13/2008 | 1.0 | Financial Analysis | Review of press release of comparable company and related analyses |
| Jason Solganick | 5/13/2008 | 1.0 | Financial Analysis | Review of 10-Q filing |
| Jonathan Brownstein | 5/13/2008 | 0.5 | Financial Analysis | Review of press release of comparable company and related analyses |
| Jonathan Brownstein | 5/13/2008 | 1.0 | Financial Analysis | Review of 10-Q filing |
| Maika Hemphill | 5/13/2008 | 2.5 | Financial Analysis | Review of press release of comparable company and related analyses |
| Maika Hemphill | 5/13/2008 | 1.0 | Financial Analysis | Review of 10-Q filing |
| Desiree Davis | 5/14/2008 | 1.0 | Business Operations | Pension call |
| Jason Solganick | 5/14/2008 | 1.0 | Business Operations | Pension call |
| Jason Solganick | 5/14/2008 | 1.0 | Business Operations | Review of pension materials |
| Jason Solganick | 5/14/2008 | 0.1 | Case Administration | Review court docket |
| Jonathan Brownstein | 5/14/2008 | 1.0 | Business Operations | Pension call |
| Jonathan Brownstein | 5/14/2008 | 1.0 | Business Operations | Review of pension materials |

# EXHIBIT A
## W.R. Grace
**PJC Time Records**
**May-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Maika Hemphill | 5/14/2008 | 1.0 | Business Operations | Pension call |
| Jason Solganick | 5/15/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/16/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/16/2008 | 0.5 | Fee/Employment Applications | Review of Trustee objection to PJC retention |
| Desiree Davis | 5/19/2008 | 0.5 | Financial Analysis | Settlement analyses |
| Jason Solganick | 5/19/2008 | 0.5 | Business Operations | Review of revised pension motion |
| Jason Solganick | 5/19/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/19/2008 | 0.5 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 5/19/2008 | 0.5 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 5/19/2008 | 0.5 | Financial Analysis | Settlement analyses |
| Desiree Davis | 5/20/2008 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 5/20/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/20/2008 | 3.5 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 5/20/2008 | 5.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 5/20/2008 | 1.5 | Financial Analysis | POR analyses |
| Desiree Davis | 5/21/2008 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 5/21/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/21/2008 | 4.0 | Financial Analysis | POR analyses |
| Jonathan Brownstein | 5/21/2008 | 3.0 | Financial Analysis | POR analyses |
| Maika Hemphill | 5/21/2008 | 2.0 | Financial Analysis | POR analyses |
| Jason Solganick | 5/22/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/23/2008 | 0.1 | Case Administration | Review court docket |
| Desiree Davis | 5/26/2008 | 3.0 | Financial Analysis | Review of recent M&A transactions |
| Jason Solganick | 5/26/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 5/26/2008 | 2.0 | Financial Analysis | Review of recent M&A transactions |
| Jonathan Brownstein | 5/26/2008 | 2.5 | Financial Analysis | Review of recent M&A transactions |
| Maika Hemphill | 5/26/2008 | 5.0 | Financial Analysis | Review of recent M&A transactions |
| Jason Solganick | 5/27/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/28/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/29/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 5/30/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 5/30/2008 | 1.0 | Financial Analysis | Review of monthly operating report |
| Jason Solganick | 5/30/2008 | 0.5 | Hearings | Review of hearing agenda |

# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**June-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 6/2/2008 | 0.5 | Hearing | Telephonic court hearing |
| Jason Solganick | 6/2/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/2/2008 | 0.5 | Hearing | Telephonic court hearing |
| Jonathan Brownstein | 6/2/2008 | 0.5 | Hearing | Telephonic court hearing |
| Maika Hemphill | 6/2/2008 | 0.5 | Hearing | Telephonic court hearing |
| Jason Solganick | 6/3/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/4/2008 | 0.1 | Case Administration | Review court docket |
| Desiree Davis | 6/5/2008 | 1.5 | Business Operations | Review of tax settlement information |
| Desiree Davis | 6/5/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 6/5/2008 | 1.5 | Business Operations | Review of tax settlement information |
| Jason Solganick | 6/5/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/5/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jonathan Brownstein | 6/5/2008 | 2.0 | Business Operations | Review of tax settlement information |
| Jonathan Brownstein | 6/5/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Maika Hemphill | 6/5/2008 | 1.0 | Business Operations | Review of tax settlement information |
| Maika Hemphill | 6/5/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 6/6/2008 | 0.1 | Case Administration | Review court docket |
| Desiree Davis | 6/9/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 6/9/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 6/9/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jonathan Brownstein | 6/9/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Maika Hemphill | 6/9/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 6/10/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/11/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 6/12/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 6/13/2008 | 0.1 | Case Administration | Review court docket |
| Desiree Davis | 6/16/2008 | 5.0 | Financial Analysis | Financial analyses preparation for presentation to client |
| Jason Solganick | 6/16/2008 | 2.0 | Business Operations | Review of draft POR and Disclosure Statement |
| Jason Solganick | 6/16/2008 | 0.3 | Case Administration | Review court docket |
| Jonathan Brownstein | 6/16/2008 | 2.0 | Business Operations | Review of draft POR and Disclosure Statement |
| Maika Hemphill | 6/16/2008 | 6.0 | Financial Analysis | Financial analyses preparation for presentation to client |
| Desiree Davis | 6/17/2008 | 6.5 | Financial Analysis | Financial analyses preparation for presentation to client |
| Jason Solganick | 6/17/2008 | 0.2 | Case Administration | Review court docket |
| Maika Hemphill | 6/17/2008 | 7.0 | Financial Analysis | Financial analyses preparation for presentation to client |
| Desiree Davis | 6/18/2008 | 4.0 | Financial Analysis | Financial analyses preparation for presentation to client |
| Jason Solganick | 6/18/2008 | 0.3 | Case Administration | Review court docket |
| Maika Hemphill | 6/18/2008 | 6.0 | Financial Analysis | Financial analyses preparation for presentation to client |
| Desiree Davis | 6/19/2008 | 1.0 | Business Operations | Review of LTIP materials |

# EXHIBIT A
## W.R. Grace
**PJC Time Records**
**June-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Desiree Davis | 6/19/2008 | 5.0 | Financial Analysis | Presentation preparation for client and other related analyses |
| Jason Solganick | 6/19/2008 | 1.0 | Business Operations | Review of LTIP materials |
| Jason Solganick | 6/19/2008 | 0.2 | Case Administration | Review court docket |
| Jonathan Brownstein | 6/19/2008 | 1.0 | Business Operations | Review of LTIP materials |
| Maika Hemphill | 6/19/2008 | 1.0 | Business Operations | Review of LTIP materials |
| Maika Hemphill | 6/19/2008 | 3.5 | Financial Analysis | Presentation preparation for client and other related analyses |
| Desiree Davis | 6/20/2008 | 3.0 | Financial Analysis | Presentation preparation for client and other related analyses |
| Jason Solganick | 6/20/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 6/20/2008 | 0.5 | Hearing | Review of hearing agenda |
| Maika Hemphill | 6/20/2008 | 3.0 | Financial Analysis | Presentation preparation for client and other related analyses |
| Desiree Davis | 6/24/2008 | 5.0 | Financial Analysis | Presentation preparation for client and other related analyses |
| Jason Solganick | 6/24/2008 | 0.1 | Case Administration | Review court docket |
| Maika Hemphill | 6/24/2008 | 6.0 | Financial Analysis | Presentation preparation for client and other related analyses |
| Desiree Davis | 6/25/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 6/25/2008 | 6.0 | Financial Analysis | Presentation preparation for client and other related analyses |
| Jason Solganick | 6/25/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 6/25/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jonathan Brownstein | 6/25/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Maika Hemphill | 6/25/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Maika Hemphill | 6/25/2008 | 7.0 | Financial Analysis | Presentation preparation for client and other related analyses |
| Jason Solganick | 6/26/2008 | 0.1 | Case Administration | Review court docket |
| Jason Solganick | 6/26/2008 | 2.0 | Financial Analysis | Review of financial analyses prepared for presentation to client |
| Jonathan Brownstein | 6/26/2008 | 3.0 | Financial Analysis | Review of financial analyses prepared for presentation to client |
| Desiree Davis | 6/27/2008 | 2.0 | Financial Analysis | Review of press release of comparable company and related analyses |
| Jason Solganick | 6/27/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 6/27/2008 | 1.0 | Financial Analysis | Review of press release of comparable company and related analyses |
| Jason Solganick | 6/27/2008 | 3.0 | Financial Analysis | Review of presentation prepared for client |
| Jonathan Brownstein | 6/27/2008 | 2.5 | Financial Analysis | Review of presentation prepared for client |
| Jonathan Brownstein | 6/27/2008 | 1.0 | Financial Analysis | Review of press release of comparable company and related analyses |
| Maika Hemphill | 6/27/2008 | 2.0 | Financial Analysis | Review of press release of comparable company and related analyses |
| Jason Solganick | 6/30/2008 | 0.2 | Case Administration | Review court docket |