# EXHIBIT B

**W.R. Grace**
**PJC Expense Detail Report (April 1, 2008 – June 30, 2008)**
(Dates Represent Posting Date of Expense)

April

Research
| | | |
|---|---|---|
| Jason Solganick | 04/17/08 | $ 163.60 |
| **Total Research:** | | **$ 163.60** |

Telephone
| | | |
|---|---|---|
| Jason Solganick | 04/02/08 | $ 116.00 |
| Jason Solganick | 04/02/08 | $  36.07 |
| **Total Telephone:** | | **$ 152.07** |

May

Telephone
| | | |
|---|---|---|
| Jason Solganick | 05/13/08 | $  23.84 |
| Desiree Davis | 05/14/08 | $  17.50 |
| Maika Hemphill | 05/15/08 | $  17.50 |
| Maika Hemphill | 05/15/08 | $  17.50 |
| **Total Telephone:** | | **$  76.34** |

June

Telephone
| | | |
|---|---|---|
| Jason Solganick | 06/09/08 | $  23.86 |
| Desiree Davis | 06/30/08 | $  25.50 |
| Desiree Davis | 06/30/08 | $  35.00 |
| Maika Hemphill | 06/30/08 | $  28.00 |
| Maika Hemphill | 06/30/08 | $  23.10 |
| **Total Telephone:** | | **$ 135.46** |

**TOTAL EXPENSES:**          $ 527.47