# EXHIBIT B

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| _____ ) | | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: August 7, 2008 at 4:00 p.m. |
| _____) | ) | Hearing: Schedule if Necessary (Negative Notice) |

**COVER SHEET TO TWENTY-EIGHTH MONTHLY INTERIM APPLICATION OF
ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>MAY 1, 2008 THROUGH MAY 31, 2008</u>**

| | |
|---|---|
| Name of Applicant: | Orrick, Herrington & Sutcliffe LLP ("Orrick") |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of February 6, 2006 pursuant to Order entered by Court on May 8, 2006 |
| Period for which compensation is sought: | May l, 2008 through May 31, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $174,962.00 |
| 80% of fees to be paid: | $139,969.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $   9,210.37 |
| Total Fees @ 80% and 100% Expenses: | $149,179.97 |

This is an:    _____ interim    <u>X</u>    monthly    ___    final application.

The total time expended for fee application preparation during this time period is 21.40 hours and the corresponding fees are $6,780.00 and $375.53 in expenses for Orrick's fee applications and 14.30 hours and $3,821.50 in fees and $734.47 in expenses for the FCR and/or his other professionals' fee applications.  Any additional time spent for this matter will be requested in subsequent monthly interim applications.

This is Orrick's Twenty-Eighth interim fee application for the period May 1-31, 2008. Orrick has previously filed the following interim fee applications with the Court:

| Interim Period | Fees @ 100% | Fees @ 80% | Expenses @ 100% | Total Fees @ 80% & 100% Expenses |
|---|---|---|---|---|
| First Interim Period February 6-28, 2006 | $89,026.00 | $71,220.80 | $0.00 | $71,220.80 |
| Second Interim Period March 1-31, 2006 | $117,266.25 | $93,813.00 | $7,501.32 | $101,314.32 |
| Third Interim Period April 1-30, 2006 | $125,362.50 | $100,290.00 | $1,783.43 | $102,073.43 |
| Fourth Interim Period May 1-31, 2006 | $136,416.00 | $109,132.80 | $6,389.80 | $115,522.60 |
| Fifth Interim Period June 1-30, 2006 | $194,266.75 | $155,413.40 | $6,395.69 | $161,809.09 |
| Sixth Interim Period July 1-31, 2006 | $181,982.00 | $145,585.60 | $11,934.45 | $157,520.05 |
| Seventh Interim Period August 1-31, 2006 | $152,041.50 | $121,633.20 | $5,711.17 | $127,344.37 |
| Eighth Interim Period Sept. 1-30,2006 | $223,996.25 | $179,197.00 | $8,006.50 | $187,203.05 |
| Ninth Interim Period October 1-31, 2006 | $225,845.00 | $180,676.00 | $24,528.57 | $205,204.57 |
| Tenth Interim Period November 1-30, 2006 | $387,429.00 | $309,943.20 | $31,267.21 | $341,210.41 |
| Eleventh Interim Period December 1-31, 2006 | $227,796.00 | $182,236.80 | $42,583.17 | $224,819.97 |
| Twelfth Interim Period January 1-31, 2007 | $379,956.25 | $303,965.00 | $14,046.26 | $318,011.26 |
| Thirteenth Interim Period February 1-28, 2007 | $384,551.00 | $307,640.80 | $17,183.12 | $324,823.92 |
| Fourteenth Interim Period March 1-31, 2007 | $347,570.75 | $278,056.60 | $26,494.40 | $304,551.00 |
| Fifteenth Interim Period April 1-30, 2007 | $319,286.00 | $255,428.80 | $50,662.51 | $306,091.31 |
| Sixteenth Interim Period May 1-31, 2007 | $322,920.00 | $258,336.00 | $74,644.21 | $332,980.21 |
| Seventeenth Interim Period June 1-30, 2007 | $379,834.50 | $303,867.60 | $42,991.68 | $346,859.28 |
| Eighteenth Interim Period July 1-31, 2007 | $261,753.75 | $209,403.00 | $51,368.01 | $260,771.01 |
| Nineteenth Interim Period August 1-31, 2007 | $428,316.00 | $342,652.80 | $62,111.63 | $404,764.43 |
| Twentieth Interim Period September 1-30, 2007 | $628,858.50 | $503,086.80 | $393,007.08 | $896,093.88 |
| Twenty-First Interim Period Oct 1-31, 2007 | $976,730.25 | $781,384.20 | $84,140.33 | $865,524.53 |
| Twenty-Second Interim Period Nov 1-30, 2007 | $808,945.25 | $647,156.20 | $150,679.68 | $797,835.88 |
| Twenty-Third Interim Period Dec 1-31, 2007 | $792,125.75 | $633,700.60 | $51,773.86 | $685,474.46 |
| Twenty-Fourth Interim Period Jan 1-31, 2008 | $1,052,243.75 | $841,759.00 | $140,412.45 | $982,171.45 |
| Twenty-Fifth Interim Period Feb 1-29, 2008 | $581,751.25 | $465,401.00 | $113,062.23 | $578,463.23 |
| Twenty-Sixth Interim Period March 1-31, 2008 | $1,200,353.75 | $960,283.00 | $182,633.22 | $1,142,916.22 |
| Twenty-Seventh Interim Period Apr 1-30, 2008 | $519,848.00 | $415,878.40 | $78,101.72 | $493,980.12 |

To date, Orrick has received payments from the Debtors in the following amounts:

- $71,220.80 representing 80% of fees and 100% of expenses for February 2006
- $101,314.32 representing 80% of fees and 100% of expenses for March 2006
- $17,805.20 representing 20% of fees for February 2006
- $23,453.25 representing 20% of fees for March 2006
- $102,073.43 representing 80% of fees and 100% of expenses for April 2006
- $115,522.60 representing 80% of fees and 100% of expenses for May 2006

-2-

- $161,809.09 representing 80% of fees and 100% of most expenses for June 2006
- $157,520.05 representing 80% of fees and 100% of expenses for July 2006
- $127,344.37 representing 80% of fees and 100% of expenses for August 2006
- $187,203.05 representing 80% of fees and 100% of expenses for September 2006
- $91,209.05 representing 20% of fees for April, May and June 2006
- $205,204.57 representing 80% of fees and 100% of expenses for October 2006
- $566,030.38 representing 80% of fees and 100% of expenses for November and December 2006
- $111,603.95 representing 20% of fees for July, August and September 2006
- $642,835.18 representing 80% of fees and 100% of expenses for January and February 2007
- $156,363.99 representing 20% of fees for October, November, and December 2006
- $133,371.35 representing 80% of fees and 100% of expenses for March and April 2007
- $940,610.50 representing 80% of fees and 100% of expenses for May, June and July 2007
- $206,968.66 representing 20% of fees for January, February and March 2007
- $404,764.43 representing 80% of fees and 100% of expenses for August 2007
- $896,093.88 representing 80% of fees and 100% of expenses for September 2007
- $1,059,103.88 representing 20% of fees for April, May and June 2007, and 80% of fees and 100% of expenses for October 2007
- $797,835.88 representing 80% of fees and 100% expenses for November 2007
- $685,474.46 representing 80% of fees and 100% expenses for December 2007
- $252,221.75 representing 20% of fees for July-September 2007
- $982,207.45 representing 80% of fees and 100% expenses for January 2008
- $578,463.23 representing 80% of fees and 100% expenses for February 2008
- $1,142,916.22 representing 80% of fees and 100% expenses for March 2008

## COMPENSATION SUMMARY
### MAY 1-31, 2008

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Roger Frankel | Partner, 24 years in position; 37 years relevant experience; 1971, Bankruptcy | $875 | 52.30 | $45,762.50 |
| Raymond G. Mullady, Jr. | Partner, 15 years in position; 25 years relevant experience; 1983, Litigation | $710 | 1.2 | $852.00 |
| Richard H. Wyron | Partner, 19 years in position; 29 years relevant experience; 1979, Bankruptcy | $775 | 59.30 | $44,795.00[1] |
| Clayton S. Reynolds | Partner, 21 years in position; 29 years relevant experience; 1979, Tax | $800 | 1.80 | $1,440.00 |
| | | | | |
| Mary A. Wallace | Of Counsel, 6 years in position; 18 years relevant experience; 1989, Corporate | $620 | 62.10 | $38,502.00 |
| | | | | |
| Katherine S. Thomas | Associate, 4 years in position; 4 years relevant experience; 2004, Bankruptcy | $470 | 10.70 | $5,029.00 |
| Debra L. Felder | Associate, 6 years in position; 6 years relevant experience; 2002, Bankruptcy | $530 | 49.50 | $26,235.00 |
| | | | | |
| James Cangialosi | Legal Assistant | $260 | 7.35 | $1,950.00 |
| Debra O. Fullem | Bankruptcy Research Specialist | $245 | 41.70 | $10,216.50 |
| Risa L. Mulligan | Librarian | $180 | 1.00 | $180.00 |
| Total | | | **287.10** | **$174,962.00** |
| Blended Rate: $609.41 | | | | |

-4-

---

[1] The total fees have been reduced by $1,162.50 representing non-working travel billed at 50% reduced hourly rate.

## COMPENSATION BY PROJECT CATEGORY
### MAY 1-31, 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.00 | $180.00 |
| Litigation | 45.70 | $27,607.00 |
| Plan & Disclosure Statement | 111.20 | $73,194.50 |
| Retention of Professionals-Other | 13.90 | $9,252.00 |
| Retention of Professionals-Orrick | .60 | $359.00 |
| Compensation of Professionals-Other | 8.90 | $2,657.50 |
| Compensation of Professionals-Orrick | 37.50 | $12,531.50 |
| Trust Distribution Procedures | 65.30 | $48,018.00 |
| Non-Working Travel | 3.00 | $1,162.50 |
| **TOTAL** | **287.10** | **$174,962.00** |

## EXPENSE SUMMARY
### MAY 1-31, 2008

| Expense Category | Total |
|---|---|
| Duplicating | $337.36 |
| Purchase-Asbestos related book | $29.95 |
| Litigation Support[2] | (-$874.24) |
| Meals | $250.55 |
| Parking | $9.00 |
| Postage/Express Delivery | $568.82 |
| Telephone | $11.88 |
| Travel – Air Fare/Train/Hotel | $6,306.75 |
| Travel – Mileage | $467.31 |
| Travel – Taxi | $445.24 |
| Westlaw/Lexis Research | $1,657.75 |
| **TOTAL** | **$9,210.37** |

Orrick's Client Charges and Disbursements Policy effective January 1, 2008, is as follows:

a. *Duplicating* -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 10¢ per page in order to comply with the Local Rules of this Court.  This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

-5-

---

[2] This amount represents a credit from Omni William Penn for a refund on furniture rental due to the cancellation of trial.

b.      ***Long Distance Telephone and Facsimile Charges*** -- Orrick charges clients for long distance telephone calls but not for local telephone calls.  Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill.  Out-going facsimile transmissions are charged at $1.75 per page, plus any long-distance calling cost, and there is no charge for incoming facsimiles.

c.      ***Messenger and Courier Service*** -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

d.      ***Overtime*** -- It is Orrick's practice to allow professionals and paraprofessionals working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge limited to $7.50 per professional.  It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours of overtime.  Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances.   Orrick utilized secretarial assistance in connection with monitoring and updating case dockets and downloading, circulating and printing of pleadings filed in the case.  Thus, certain charges were incurred by secretaries for overtime. (Note: These charges are at rates less than that charged by Orrick paralegals or other professional staff who may have otherwise performed this type of work.)

e.      ***Computerized Research*** -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so.  The charge to clients for Lexis and Westlaw are based on retail rates that do not include non-client specific volume discounts offered to Orrick.  Use of fee based internet research services other than Lexis and Westlaw is charged at Orrick's cost.  There is no separate charge for free internet research.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP


By:/S/ DEBRA L. FELDER
    Roger Frankel, admitted *pro hac vice*
    Richard H. Wyron, admitted *pro hac vice*
    Debra L. Felder, admitted *pro hac vice*
    Columbia Center
    1152 15th Street, NW
    Washington, DC  20005
    (202) 339-8400

    Co-Counsel to David T. Austern,
    Future Claimants' Representative

Dated: July 18, 2008

# EXHIBIT A

# ORRICK HERRINGTON & SUTCLIFFE LLP

# INVOICES FOR THE TIME PERIOD
## <u>MAY 1-31, 2008</u>



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

June 13, 2008
Client No. 17367
Invoice No. 1132500

Orrick Contact: Roger Frankel

FOR SERVICES RENDERED through May 31, 2008 in connection with
the matters described on the attached pages:                    $          174,962.00

DISBURSEMENTS as per attached pages:                                       9,210.37

**TOTAL CURRENT FEES & DISBURSEMENTS (Pay this Amount):**    $          **184,172.37**

Matter(s): 17367/10, 11, 12, 13, 14, 15, 2, 8, 9

## DUE UPON RECEIPT

The following is for information only:
Previous Balance not included in this invoice:
$1,697,284.12
If this amount has already been paid, please disregard.

In order to ensure proper credit to your account,
please reference your **INVOICE** and **CLIENT** numbers on your remittance.
For inquiries, call: (304) 231-2701.  Fax (304) 231-2501.

## REMITTANCE COPY - PLEASE RETURN WITH PAYMENT

**REMITTANCE ADDRESS:**
*Orrick, Herrington & Sutcliffe LLP*
*4253 Collections Center Drive*
*Chicago, IL 60693*
*Reference: 17367/ Invoice: 1132500*
*E.I.N. 94-2952627*
*Overnight deliveries: (312) 974-1642*

**ELECTRONIC FUNDS
TRANSFERS:**
*Wire Transfers Only:*
*ABA Number 0260-0959-3*
*Bank of America*
*100 West 33rd Street, NY, NY 10001*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1132500*
*E.I.N. 94-2952627*

**ELECTRONIC FUNDS
TRANSFERS:**
*ACH Transfers Only:*
*ABA Number 121-000358*
*Bank of America*
*San Francisco Main Branch*
*Account of*
*Orrick, Herrington & Sutcliffe LLP*
*Account Number: 1499410382*
*Reference: 17367/ Invoice: 1132500*
*E.I.N. 94-2952627*


ORRICK

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

June 13, 2008
Client No. 17367
Invoice No. 1132500

Orrick Contact: Roger Frankel

For Legal Services Rendered Through May 31, 2008 in Connection With:

**Matter: 2 - Case Administration**

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 05/09/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 05/12/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 05/13/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 05/14/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 05/16/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.20 |
| 05/19/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 05/20/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 05/21/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |
| 05/22/08 | R. Mulligan | Review Court docket; download documents and distribute. | 0.10 |

Total Hours    1.00
Total For Services    $180.00

| Timekeeper Summary | Hours | Rate | Amount |
|--------------------|-------|------|--------|
| Risa L. Mulligan | 1.00 | 180.00 | 180.00 |
| Total All Timekeepers | 1.00 | $180.00 | $180.00 |

Disbursements
Court Messenger Research    1,317.25
Postage    0.42
Telephone    1.35
Total Disbursements    $1,319.02

**Total For This Matter**    **$1,499.02**



**O R R I C K**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 2

June 13, 2008
Invoice No. 1132500

For Legal Services Rendered Through May 31, 2008 in Connection With:

**Matter:  8 - Litigation**

| Date | Name | Description | Hours |
|---|---|---|---|
| 05/01/08 | J. Cangialosi | Assist attorney re post-trial organization of documents (1.8); review attorney work sets of documents for storage (.7). | 2.50 |
| 05/01/08 | D. Felder | Review recently filed pleadings for June omnibus hearing (1.7); e-mail correspondence with J. Biggs and R. Wyron regarding expert issues (.1). | 1.80 |
| 05/01/08 | R. Frankel | Review various docket entries, files. | 0.40 |
| 05/02/08 | J. Cangialosi | Assist attorney re post-trial organization of documents (1.8); review attorney work sets of documents for storage (.7). | 2.50 |
| 05/02/08 | D. Felder | Review recently filed pleadings. | 0.80 |
| 05/02/08 | R. Frankel | Review Grace Reply re motion for leave to appeal order denying injunction. | 0.70 |
| 05/05/08 | J. Cangialosi | Assist attorney re post trial organization of documents (1.3); review attorney work sets of documents for storage (1.2). | 2.50 |
| 05/05/08 | D. Felder | Review recently filed for upcoming hearings and objection deadlines. | 1.80 |
| 05/06/08 | R. Frankel | Review Libby motion to dissolve stay, Grace opposition to Libby motion for leave to appeal and Grace Reply in support of its motion for leave to appeal. | 1.80 |
| 05/07/08 | R. Frankel | Review issues with R. Wyron re environmental - restitution meeting. | 0.40 |
| 05/13/08 | R. Mullady, Jr. | Confer with R. Wyron and R. Frankel regarding confirmation issues and estimation case resumption. | 0.50 |
| 05/14/08 | D. Felder | Review recently filed pleadings (1.5); conference with R. Wyron regarding upcoming hearings and deadlines (.1); review pension motion (.2); telephone conference and e-mail with J. Brownstein regarding same (.1). | 1.90 |
| 05/14/08 | R. Wyron | Review EPA/Libby settlement issues to prepare for meeting with Grace (1.1); calls to and from M. Hurford regarding meeting and follow-up e-mails (.4); review hearing calendar with D. Felder (.3); review pension motion issues (.2). | 2.00 |
| 05/15/08 | D. Felder | Review calendar of upcoming hearings and deadlines and attention to pleadings regarding same (2.7); e-mail correspondence with D. Fullem regarding upcoming deadlines (.1). | 2.80 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

June 13, 2008
Invoice No. 1132500

| Date | Attorney | Description | Hours |
|---|---|---|---|
| 05/15/08 | R. Wyron | Review Libby/EPA settlement materials (.8); attend meeting with Debtors' counsel, UCC and ACC on restitution, Libby settlement and related issues (1.5); confer with ACC counsel on issues and follow-up (.4) | 2.70 |
| 05/16/08 | D. Felder | Review recently filed pleadings (2.7); telephone conference with M. Hurford regarding same (.2). | 2.90 |
| 05/16/08 | R. Frankel | Review series of pleadings of Canadian ZAI Claimants Objecting to Bar Date Motion. | 1.40 |
| 05/19/08 | D. Felder | Review pleadings regarding ZAI issues. | 2.30 |
| 05/19/08 | R. Frankel | Review pleadings filed re ZAI issues. | 0.60 |
| 05/20/08 | D. Fullem | Review calendar of deadlines and hearings for submissions relating to agenda for June 23 hearing. | 0.20 |
| 05/20/08 | D. Felder | Review recently filed pleadings. | 1.10 |
| 05/20/08 | R. Frankel | Review motion authorizing minimum funding of pension plans. | 0.60 |
| 05/22/08 | R. Wyron | Review issues on EPA/Libby settlement and follow-up e-mails re no objection. | 0.60 |
| 05/23/08 | R. Wyron | Review proposed change to Grace/EPA multisite agreement and follow-up with ACC. | 1.10 |
| 05/27/08 | R. Wyron | Review agenda for hearing (.2); confer with R. Frankel on strategy and follow-up (.1). | 0.30 |
| 05/27/08 | R. Frankel | Review agenda for June 2 hearing (.3); review mediators filed statement (.1); confer with R. Wyron re hearing (.3). | 0.70 |
| 05/28/08 | D. Fullem | Prepare e-mail regarding CourtCall deadline for telephonic participation in hearing on June 2; review and respond to replies. | 0.50 |
| 05/28/08 | D. Felder | Review recently filed pleadings. | 1.10 |
| 05/28/08 | R. Mullady, Jr. | E-mails to/from M. Shapo re estimation trial. | 0.20 |
| 05/28/08 | R. Frankel | Review motion of PD Committee to continue in part Bar Date hearing (.8); review appeal brief of Montana (.7). | 1.50 |
| 05/29/08 | D. Felder | E-mail correspondence to D. Fullem regarding status of various outstanding issues (.1); attention to memorandum regarding disclosure issues (.2). | 0.30 |
| 05/29/08 | R. Wyron | Review opinion on PD issues re Anderson certification. | 0.90 |
| 05/30/08 | D. Felder | Attention to disclosure issues (.1); review recently filed pleadings and agenda for omnibus hearing (1.8). | 1.90 |
| 05/30/08 | R. Frankel | Review memorandum opinion re motion of Anderson Memorial Hospital. | 1.20 |
| 05/30/08 | R. Frankel | Review Debtor's response to PD Committee request for evidentiary hearing. | 0.80 |
| 05/30/08 | R. Frankel | Review amended agenda. | 0.40 |

Total Hours                45.70
Total For Services                      $27,607.00



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 4

June 13, 2008
Invoice No. 1132500

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| James Cangialosi | 7.50 | 260.00 | 1,950.00 |
| Debra Felder | 18.70 | 530.00 | 9,911.00 |
| Roger Frankel | 10.50 | 875.00 | 9,187.50 |
| Debra O. Fullem | 0.70 | 245.00 | 171.50 |
| Raymond G. Mullady, Jr. | 0.70 | 710.00 | 497.00 |
| Richard H. Wyron | 7.60 | 775.00 | 5,890.00 |
| Total All Timekeepers | 45.70 | $604.09 | $27,607.00 |

Disbursements

| | | |
|---|---|---|
| Document Reproduction | 2.00 | |
| Express Delivery | 63.45 | |
| Litigation Support | -874.24 | |
| Local Taxi Expense | 410.13 | |
| Other Business Meals | 238.55 | |
| Out of Town Business Meals | 12.00 | |
| Outside Reproduction Services | 67.45 | |
| Outside Services | 123.91 | |
| Parking Expense | 9.00 | |
| Postage | 0.97 | |
| Purchases | 29.95 | |
| Telephone | 2.07 | |
| Travel Expense, Air Fare | 6,306.75 | |
| Travel Expense, Local | 467.31 | |
| Total Disbursements | | $6,859.30 |

**Total For This Matter**                **$34,466.30**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

June 13, 2008
Invoice No. 1132500

For Legal Services Rendered Through May 31, 2008 in Connection With:

**Matter: 9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 05/01/08 | K. Thomas | Review e-mail from R. Frankel re default interest memo (.1); review memorandum in preparation for conference re same (.2); conference with R. Frankel re default interest memorandum (.3). | 0.60 |
| 05/01/08 | D. Felder | Review docket and related pleadings regarding plan due diligence and prepare for meeting regarding same. | 1.00 |
| 05/01/08 | R. Wyron | Review materials for 5/8 meeting with Tillinghast and calls re same (1.1); review indemnification issues and other open due diligence items (.6); review Libby issues and follow-up (.8). | 2.50 |
| 05/01/08 | R. Frankel | Confer with K. Thomas re memo on default interest; notes re same. | 0.70 |
| 05/01/08 | R. Frankel | Confer with R. Wyron re plan meeting, meeting re related issues (.6); confer with R. Wyron re default interest (.6). | 1.20 |
| 05/02/08 | K. Thomas | Conference with D. Felder and R. Wyron re indemnity claims. | 0.30 |
| 05/02/08 | D. Felder | Conference with R. Wyron and K. Thomas regarding plan issues (.4); review Equitas settlement and e-mail to R. Wyron regarding same (.8). | 1.20 |
| 05/04/08 | R. Wyron | Review K. Thomas's analysis of indemnity claims and follow-up. | 0.30 |
| 05/05/08 | D. Felder | Follow-up e-mail correspondence with R. Wyron regarding Equitas insurance issue for plan due diligence (.6); review due diligence materials from K. Thomas (.2); review e-mail correspondence from J. Biggs and R. Frankel regarding plan issues (2.7). | 3.50 |
| 05/05/08 | R. Wyron | Begin preparation for 5/8 meeting with D. Austern on Tillinghast report (.4).; begin review of Tillinghast analysis (.9); develop plan open items list (.9). | 2.20 |
| 05/05/08 | R. Frankel | Confer with R. Wyron re meeting with Biggs, issues re payment percentage. | 0.90 |
| 05/06/08 | K. Thomas | E-mail to J. Brownstein re default interest issue (.1); legal research and draft revised memorandum re default interest issues (5.7). | 5.80 |
| 05/06/08 | D. Felder | Review materials regarding plan due diligence. | 3.30 |
| 05/06/08 | R. Frankel | Telephone conference with E. Inselbuch re status of Libby discussions; notes re same. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

June 13, 2008
Invoice No. 1132500

| 05/07/08 | K. Thomas | Review and edit draft of memorandum re default interest and circulate same to R. Frankel and R. Wyron. | 4.00 |
|---|---|---|---|
| 05/07/08 | D. Felder | Continue reviewing materials regarding plan due diligence and prepare summary and information request list regarding same. | 3.10 |
| 05/07/08 | R. Frankel | Telephone conference with M. Shelnitz re status; confer with R. Wyron re plan issues. | 0.80 |
| 05/08/08 | D. Felder | Review materials for Tillinghast meeting (.9); telephone conference with J. Baer regarding plan issues (.2); review materials and prepare follow-up e-mail regarding same (.5); conferences with R. Wyron regarding plan issues (.5); conference with Tillinghast, R. Frankel, R. Wyron and D. Austern regarding plan issues (3.0); review recently filed pleadings (.7). | 5.80 |
| 05/08/08 | R. Frankel | Review status, strategy with D. Austern. | 0.30 |
| 05/09/08 | D. Fullem | Review and respond to request from R. Frankel regarding copy of 10-Q filed by Grace. | 0.30 |
| 05/09/08 | D. Felder | Conferences with R. Wyron regarding plan issues and due diligence (.1); review materials from Debtors regarding ZAI claims (.6). | 0.70 |
| 05/09/08 | R. Wyron | Review open due diligence terms (.3); review indemnification claims issues (.2); prepare for 5/15 meeting on restitution (.3). | 0.80 |
| 05/09/08 | R. Frankel | Review issues in preparation for meeting at K&E (.5); e-mails re same (.1). | 0.60 |
| 05/12/08 | R. Wyron | Begin review of 10-Q and related disclosures (.8); work on open issues summary (.4); confer with J. Radecki on plan issues (.3). | 1.50 |
| 05/12/08 | R. Frankel | Telephone conference with T. Freedman re plan issues, documentation (.3); confer with R. Wyron re same (.3). | 0.60 |
| 05/12/08 | R. Frankel | Review 10-Q. | 1.40 |
| 05/13/08 | M. Wallace | Review correspondence regarding term sheets. | 0.10 |
| 05/13/08 | R. Wyron | Review Court's decision on stay pending appeal regarding Libby and follow-up on plan impacts (.5); review follow-up analysis from Tillinghast (1.2). | 1.70 |
| 05/14/08 | M. Wallace | Discuss initial reactions to term sheets with R. Wyron and correspond with R. Wyron regarding same. | 0.10 |
| 05/14/08 | R. Wyron | Review draft term sheets from K&E, and follow-up e-mails regarding same (.9); organize issues list (.4). | 1.30 |
| 05/15/08 | M. Wallace | Begin review of guarantee term sheet, including against executed term sheet. | 1.30 |
| 05/15/08 | R. Wyron | Continue review of 10-Q. | 0.40 |
| 05/15/08 | R. Frankel | Review draft term sheets for key documents from K&E and compare to signed Term Sheet. | 2.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -        June 13, 2008
17367                                                                                              Invoice No. 1132500
page 7

| 05/15/08 | R. Frankel | Review memo re GUC entitlement to default interest. | 1.70 |
|---|---|---|---|
| 05/16/08 | M. Wallace | Correspond with R. Wyron and R. Frankel regarding meeting to discuss issues in documents. | 0.10 |
| 05/16/08 | M. Wallace | Research warrant precedent and stock restriction issues. | 0.60 |
| 05/16/08 | M. Wallace | Correspond with C. Reynolds regarding tax basis for stock transfer restrictions. | 0.20 |
| 05/16/08 | M. Wallace | Telephone call with C. Reynolds regarding basis for 4.75% restriction on shares. | 0.20 |
| 05/16/08 | C. Reynolds | Review warrant agreement (.1); telephone conferences with M. Wallace re exercise restrictions (.1); research re application of IRC 382 where warrant is held by trustee on behalf of a class of warrantholders (1.6). | 1.80 |
| 05/16/08 | R. Frankel | Confer with R. Wyron re meeting at K&E, plan issues (.4); review notes re Term Sheet (.4). | 0.80 |
| 05/17/08 | R. Frankel | Review, sort files regarding plan litigation matters. | 0.40 |
| 05/19/08 | M. Wallace | Review deferred payment term sheet, including against recent subordination transactions and CE contribution agreement. | 1.20 |
| 05/19/08 | M. Wallace | Review Guarantee term sheet against CE transaction documents. | 0.50 |
| 05/20/08 | D. Felder | Review draft trust distribution procedures, plan term sheets and materials from J. Biggs. | 2.80 |
| 05/20/08 | D. Felder | Review claims bar date issues and e-mail with R. Wyron regarding same (.4); review medical monitoring information from Debtors (.5). | 0.90 |
| 05/20/08 | M. Wallace | Review warrant term sheet, including against warrant precedent. | 1.50 |
| 05/20/08 | M. Wallace | Research warrant issuances by Grace. | 1.30 |
| 05/20/08 | M. Wallace | Research accounting issues with respect to cashless exercise feature of warrants. | 0.60 |
| 05/20/08 | M. Wallace | Research warrant agent provisions in warrants. | 0.30 |
| 05/20/08 | M. Wallace | Review terms of recent rights offering by Grace for comparison to warrant terms offered to trust. | 1.70 |
| 05/20/08 | M. Wallace | Review share issuance term sheet and note issues in same. | 0.80 |
| 05/20/08 | R. Wyron | Review comments on term sheets and organize notes for 5/21 meeting. | 0.80 |
| 05/21/08 | D. Felder | Conference with R. Frankel, R. Wyron and M. Wallace regarding plan term sheets and trust distribution procedures. | 2.50 |
| 05/21/08 | M. Wallace | Meeting with R. Wyron, R. Frankel and D. Felder regarding Kirkland deal document term sheets and issues in same. | 1.40 |
| 05/21/08 | R. Wyron | Review notes on term sheets (.3); confer with plan team and follow-up (.8). | 1.10 |
| 05/21/08 | R. Frankel | Review proposed term sheets, notes in preparation for internal meeting. | 1.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 8

June 13, 2008
Invoice No. 1132500

| 05/21/08 | R. Frankel | Confer with M. Wallace, R. Wyron, D. Felder re proposed term sheets; notes re same. | 1.20 |
|---|---|---|---|
| 05/22/08 | M. Wallace | Review and respond to correspondence regarding plan delivery and meeting. | 0.10 |
| 05/22/08 | M. Wallace | Prepare term sheets for editing. | 0.20 |
| 05/22/08 | M. Wallace | Draft warrant provisions, including reviewing and comparing precedent regarding covenants and antidilution protection. | 5.00 |
| 05/22/08 | M. Wallace | Begin revising Guarantee Agreement term sheet, including review against precedent. | 1.50 |
| 05/22/08 | M. Wallace | Research investor rights' provisions regarding reporting obligations when non-public. | 0.80 |
| 05/23/08 | M. Wallace | Review correspondence regarding Plan meeting. | 0.10 |
| 05/27/08 | M. Wallace | Draft comments to Share Issuance Term Sheet. | 1.40 |
| 05/27/08 | M. Wallace | Research pledge agreement provisions for Share Issuance Term Sheet. | 0.30 |
| 05/27/08 | M. Wallace | Review term sheets, including comparing to each other for consistency in approach, finalize and distribute for internal review. | 1.70 |
| 05/27/08 | M. Wallace | Draft provisions for/markup Deferred Payment Term Sheet, including reviewing and incorporating appropriate subordination and default terms from other transactions. | 5.40 |
| 05/27/08 | R. Wyron | Begin review of term sheet revisions for 5/28 discussion (.4) review due diligence items for plan discussions (.7). | 1.10 |
| 05/28/08 | D. Felder | E-mail correspondence with J. Biggs and J. Kimble regarding trust distribution procedures and review related issues (.5); e-mail correspondence with J. Baer regarding plan due diligence (.1). | 0.60 |
| 05/28/08 | M. Wallace | Draft correspondence regarding comments to term sheet and distribution. | 0.20 |
| 05/28/08 | M. Wallace | Meet with R. Wyron and R. Frankel regarding comments to term sheets. | 0.60 |
| 05/28/08 | M. Wallace | Revise term sheets based on R. Wyron's and R. Frankel's comments. | 0.70 |
| 05/28/08 | M. Wallace | Review revised term sheets and mark-up in preparation for meeting with R. Frankel and R. Wyron. | 4.00 |
| 05/28/08 | M. Wallace | Correspond with R. Wyron and R. Frankel regarding meeting on term sheets. | 0.10 |
| 05/28/08 | M. Wallace | Revise term sheets with additional comments from review in preparation for internal meeting. | 0.50 |
| 05/28/08 | R. Wyron | Review term sheets with M. Wallace comments (1.2); meet with M. Wallace and R. Frankel to review changes to term sheets, and follow-up e-mail re same (.9). | 2.10 |
| 05/28/08 | R. Frankel | Confer with M. Wallace, R. Wyron re Term Sheets. | 0.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -       June 13, 2008
17367                                                                     Invoice No. 1132500
page 9

| 05/28/08 | R. Frankel | Review blacklined term sheets from M. Wallace. | 2.60 |
| 05/29/08 | R. Frankel | Review series of e-mails with Biggs re liquidated claims. | 0.60 |
| 05/29/08 | R. Frankel | Review issues re plan, plan scenarios. | 1.10 |
| 05/30/08 | M. Wallace | Review correspondence regarding Plan distribution and timing. | 0.10 |
| 05/30/08 | M. Wallace | Discuss Grace status and meetings with ACC with R. Wyron. | 0.20 |
| 05/30/08 | M. Wallace | Discuss next steps for meetings and discussions on term sheets and plan with R. Frankel. | 0.20 |
| 05/30/08 | R. Wyron | Review SEC filings for plan issues (.8); follow-up on open due diligence items (.3); review statues of due diligence work and organize notes (.4); review term sheet comments (.3). | 1.80 |
| 05/30/08 | R. Frankel | Series of e-mails re plan status (.4); confer with R. Wyron re same (.3); confer with M. Wallace re same (.2). | 0.90 |

Total Hours                     111.20
Total For Services                              $73,194.50

| Timekeeper Summary | Hours | Rate | Amount |
| --- | --- | --- | --- |
| Debra Felder | 25.40 | 530.00 | 13,462.00 |
| Roger Frankel | 20.40 | 875.00 | 17,850.00 |
| Debra O. Fullem | 0.30 | 245.00 | 73.50 |
| Clayton S. Reynolds | 1.80 | 800.00 | 1,440.00 |
| Katherine S. Thomas | 10.70 | 470.00 | 5,029.00 |
| Mary A. Wallace | 35.00 | 620.00 | 21,700.00 |
| Richard H. Wyron | 17.60 | 775.00 | 13,640.00 |
| Total All Timekeepers | 111.20 | $658.22 | $73,194.50 |

Disbursements
    Local Taxi Expense                      35.11
    Telephone                                8.37
    Westlaw Research                       340.50
                        Total Disbursements              $383.98


                        Total For This Matter           **$73,578.48**



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

June 13, 2008
Invoice No. 1132500

For Legal Services Rendered Through May 31, 2008 in Connection With:

**Matter: 10 - Retention of Professionals - Other**

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 05/09/08 | D. Fullem | Prepare amended notice of employment of PJC with corrected objection deadline (.8); forward same to local counsel for filing (.2); coordinate service (.2). | 1.20 |
| 05/16/08 | D. Fullem | Review UST objection to PJC modified employment and D. Felder's follow-up e-mail. | 0.20 |
| 05/16/08 | D. Felder | Review UST objection to Piper Jaffray application (.2); conference with R. Wyron regarding same (.1); e-mail correspondence with J. Radecki and J. Brownstein regarding same (.1); telephone conference with J. Brownstein regarding same (.1); e-mail correspondence with D. Fullem regarding same (.1). | 0.60 |
| 05/16/08 | R. Frankel | Review objection of UST to employment of PJC-Radecki (.6); confer with D. Felder re same (.3). | 0.90 |
| 05/19/08 | D. Fullem | Review e-mail from R. Wyron regarding D. Klauder (UST) position on PJC and Tre Angeli. | 0.20 |
| 05/19/08 | D. Felder | Review e-mail correspondence from R. Wyron regarding Piper Jaffray application (.1); telephone conference with R. Frankel, R. Wyron, J. Radecki and J. Brownstein regarding same (.3). | 0.40 |
| 05/19/08 | R. Wyron | Review PJC agreements for call with PJC (.4); call with D. Klauder (UST) regarding objection and follow-up (.4); call with J. Radecki and Piper Jaffray and follow-up (.6); draft e-mail to D. Klauder (.2). | 1.60 |
| 05/19/08 | R. Frankel | Review issues re resolution of Piper retention (.3); telephone conference with Radecki, Brownstein re retention (.4). | 0.70 |
| 05/21/08 | R. Frankel | Review e-mails, resolutions of PJC - Radecki retention. | 0.30 |
| 05/22/08 | R. Wyron | Work on Piper Jaffray issues; follow up e-mails to Piper's counsel (.4); calls to J. Radecki and J. Brownstein re resolution (.2). | 0.60 |
| 05/23/08 | R. Wyron | Call with J. Brownstein regarding Piper Jaffray application and US Trustee's proposal. | 0.40 |
| 05/27/08 | R. Wyron | Call with J. Radecki (.2); confer with R. Frankel on status and strategy and e-mail re same (.2); follow-up with J. Brownstein (.1); outline Tre Angeli application (.3). | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 11

June 13, 2008
Invoice No. 1132500

| 05/28/08 | R. Wyron | Calls with J. Radecki and J. Brownstein re Piper Jaffray retention and modifications to application (.6); confer with R. Frankel, D. Felder re strategy (.3). | 0.90 |
|---|---|---|---|
| 05/29/08 | D. Fullem | Review and respond to e-mails from D. Felder regarding application to employ Tre Angeli (.3); discuss same with D. Felder and R. Wyron (.2); review R. Wyron e-mail regarding UST objection (.4). | 0.90 |
| 05/29/08 | D. Felder | Telephone conference with J. Brownstein regarding application to modify Piper Jaffray's employment (.1); e-mail correspondence from R. Wyron and D. Fullem regarding same (.3); conferences with D. Fullem regarding same (.2). | 0.60 |
| 05/29/08 | R. Wyron | Draft summary to D. Klauder on Piper issues. | 0.20 |
| 05/30/08 | D. Felder | Telephone conference with J. Brownstein regarding Piper Jaffray application (.1); review e-mail correspondence regarding same (.1); conference with R. Wyron regarding same (.1). | 0.30 |
| 05/30/08 | R. Wyron | Review e-mail on Piper issues and follow-up e-mail (.3); various calls with J. Radecki, J. Brownstein and D. Klauder regarding procedure for resolving objections and follow-up (.9); review draft retention letters and provide comments (.7); confer with R. Frankel and follow-up e-mail (.4). | 2.30 |
| 05/30/08 | R. Frankel | Review issues re UST objection, PJC application (.5); confer with R. Wyron re same (.3). | 0.80 |

|  |  |  |
|---|---|---|
| Total Hours | 13.90 | |
| Total For Services | | $9,252.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.90 | 530.00 | 1,007.00 |
| Roger Frankel | 2.70 | 875.00 | 2,362.50 |
| Debra O. Fullem | 2.50 | 245.00 | 612.50 |
| Richard H. Wyron | 6.80 | 775.00 | 5,270.00 |
| Total All Timekeepers | 13.90 | $665.61 | $9,252.00 |

Disbursements

| Document Reproduction | 54.00 | |
|---|---|---|
| Postage | 197.60 | |
| Total Disbursements | | $251.60 |

**Total For This Matter**          **$9,503.60**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

June 13, 2008
Invoice No. 1132500

For Legal Services Rendered Through May 31, 2008 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| 05/02/08 | D. Fullem | Review and calendar objections and hearings on fee application matters. | 0.20 |
|---|---|---|---|
| 05/05/08 | D. Fullem | Review and respond to e-mail from D. Felder regarding CNOs for D. Austern's January and February fee applications (.2); review docket (.2); prepare CNOs (.4); prepare e-mail and forward same along with notices and docket to D. Felder for review/comment (.2). | 1.00 |
| 05/06/08 | D. Fullem | Prepare and coordinate filing and serving of Tillinghast CNOs for January and Austern CNOs for January and February. | 1.00 |
| 05/06/08 | D. Fullem | Prepare notice of filing of Tillinghast's March fee application; assemble documents to prepare for filing. | 0.50 |
| 05/09/08 | D. Fullem | Prepare e-mail to parties of notice and related fee application pleadings of Tillinghast's February fee application. | 0.20 |
| 05/12/08 | D. Fullem | Review e-mail from fee auditor and initial reports for Austern, Piper and Tillinghast's quarterly for the period Oct-Dec 07 (.5); forward inital reports to each respective professional (.3); review replies to same as sent by Piper and Tillinghast (.2); inform R. Wyron regarding status of same (.1). | 1.10 |
| 05/12/08 | R. Wyron | Review Fee Auditor's comments on Tillinghast, Piper Jaffray and D. Austern fee applications and follow-up e-mails. | 0.60 |
| 05/13/08 | D. Fullem | Review and respond to e-mail from K. Boeger at Tillinghast regarding recent fee application. | 0.20 |
| 05/13/08 | D. Fullem | Review Fed-Ex from Piper with February fee application. | 0.10 |
| 05/14/08 | D. Fullem | Review and respond to e-mail from D. Felder regarding Austern's CNOs for January and February fee application. | 0.20 |
| 05/15/08 | D. Fullem | Follow-up with C. Hartman regarding CNO on Austern's February fee application; update R. Wyron and D. Felder regarding same. | 0.40 |
| 05/15/08 | D. Fullem | Telephone call with D. Austern regarding hotel receipt from October 2007 expense summary; review fax of same. | 0.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

June 13, 2008
Invoice No. 1132500

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/16/08 | D. Fullem | Review hotel receipt from D. Austern's October expense summary; prepare reply to fee auditor initial report regarding same; forward to R. Wyron for review and comment. | 0.50 |
| 05/19/08 | R. Wyron | Review response to fee auditor and follow-up regarding D. Austern's fee application. | 0.30 |
| 05/27/08 | D. Fullem | Review fee applications (.2); prepare notices of same and coordinate signature by R. Wyron for Piper February monthly and Tillinghast March monthly fee applications (.8); coordinate filings (.4); arrange for service of same (.3); prepare e-mail to interested parties (.2). | 1.90 |
| 05/30/08 | D. Fullem | Prepare CNO for Tillinghast's February fee application; coordinate signature; file and serve same. | 0.60 |

Total Hours      8.90

Total For Services      $2,657.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 8.00 | 245.00 | 1,960.00 |
| Richard H. Wyron | 0.90 | 775.00 | 697.50 |
| Total All Timekeepers | 8.90 | $298.60 | $2,657.50 |

Disbursements
| | |
|---|---|
| Document Reproduction | 40.10 |
| Express Delivery | 30.30 |
| Postage | 13.10 |
| Total Disbursements | $83.50 |

**Total For This Matter**      **$2,741.00**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 14

June 13, 2008
Invoice No. 1132500

For Legal Services Rendered Through May 31, 2008 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 05/08/08 | D. Fullem | Review and respond to e-mail from D. Felder regarding Mayer Brown appearance in Grace. | 0.20 |
| 05/29/08 | R. Wyron | Review ethical wall memo and disclosure question on K. Miyao. | 0.40 |

|  | Total Hours | 0.60 |  |
|---|---|---|---|
|  | Total For Services |  | $359.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra  O. Fullem | 0.20 | 245.00 | 49.00 |
| Richard  H. Wyron | 0.40 | 775.00 | 310.00 |
| Total All Timekeepers | 0.60 | $598.33 | $359.00 |

**Total For This Matter**          **$359.00**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 15

June 13, 2008
Invoice No. 1132500

For Legal Services Rendered Through May 31, 2008 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 05/01/08 | D. Fullem | Prepare updates to fee and expense spreadsheets; circulate to R. Frankel and R. Wyron. | 0.80 |
| 05/02/08 | D. Fullem | Review and calendar objections and hearings on fee application matters. | 0.20 |
| 05/02/08 | D. Fullem | Prepare Orrick March fee application and follow-up on expense detail. | 1.80 |
| 05/04/08 | R. Wyron | Review March fee application and provide comments. | 0.30 |
| 05/05/08 | D. Fullem | Continue review of expense detail on meals (.7); update R. Wyron (.1); confer with P. Reyes regarding additional information on catering charges for conferences (.2). | 1.00 |
| 05/05/08 | D. Felder | Review and revise certificates of no objection and conference with D. Fullem regarding same. | 0.30 |
| 05/06/08 | D. Fullem | Prepare monthly fee application for Orrick's March invoice and detail for meal expense chart. | 2.20 |
| 05/06/08 | D. Fullem | Begin review of April prebill. | 0.80 |
| 05/06/08 | D. Felder | Review certificates of no objection. | 0.10 |
| 05/08/08 | D. Fullem | Finish review of April prebill (1.0); follow up with professionals for additional information (.5). | 1.50 |
| 05/08/08 | D. Fullem | Continue work on preparation of and assembling exhibits to Orrick's March fee application (1.0); coordinate R. Wyron's signature, filing and serving of same (.5). | 1.50 |
| 05/09/08 | D. Fullem | E-mail re litigation invoice to R. Mullady to review for redactions. | 0.20 |
| 05/09/08 | D. Fullem | Prepare e-mail to parties of notice and related fee application pleadings of Orrick's March fee application. | 0.20 |
| 05/09/08 | D. Felder | Conferences with D. Fullem regarding fee applications (.2); review and revise notice regarding same (.1). | 0.30 |
| 05/09/08 | R. Mullady, Jr. | Review invoice for redactions of confidential information. | 0.50 |
| 05/09/08 | R. Wyron | Begin review of April pre-bill; review March fee application. | 0.70 |
| 05/12/08 | D. Fullem | Review e-mail from fee auditor and initial report for Orrick's quarterly for the period Oct-Dec 07. | 0.50 |
| 05/12/08 | D. Fullem | Confer with R. Wyron regarding his comments to review of April prebill and obtaining additional information from L. Blackhurst for certain professionals. | 0.50 |
| 05/12/08 | R. Wyron | Review April pre-bill (.6); review Fee Auditor's comments on quarterly fee application. (.3) | 0.90 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 16

June 13, 2008
Invoice No. 1132500

| 05/13/08 | D. Fullem | E-mail and telephone follow-up with J. Cangialosi and T. Ryan regarding rounded time in April prebill; update R. Wyron regarding same. | 0.50 |
|---|---|---|---|
| 05/13/08 | D. Fullem | Confer with D. Felder regarding Z-Axis invoices; follow-up with accounting regarding same; update D. Felder. | 0.20 |
| 05/13/08 | D. Fullem | Follow-up with C. Hartman regarding Orrick March fee application filing. | 0.10 |
| 05/13/08 | D. Felder | E-mail correspondence with D. Fullem and vendor regarding invoice issues and review same (.6); telephone conference with vendor regarding same (.1). | 0.70 |
| 05/13/08 | R. Wyron | Follow-up on Fee Auditor's comments (.2); review corrections to April pre-bill (.3). | 0.50 |
| 05/14/08 | D. Fullem | Review J. Cangialosi e-mail regarding time entries; forward to P. Reyes to update on April prebill; send to R. Wyron and review and respond to e-mail from R. Wyron. | 0.50 |
| 05/14/08 | D. Fullem | Review and respond to e-mail from D. Felder regarding CNO to be filed on Orrick February fee application. | 0.10 |
| 05/14/08 | D. Felder | Review docket regarding fee issues and e-mail correspondence with D. Fullem regarding same. | 0.10 |
| 05/15/08 | D. Fullem | Coordinate filing, serving of Orrick CNO for February fee application; confer with D. Felder regarding same. | 0.50 |
| 05/15/08 | D. Felder | E-mail correspondence with D. Fullem regarding CNOs. | 0.10 |
| 05/16/08 | D. Fullem | Review docket for corrected CNO on Orrick's February fee application. | 0.10 |
| 05/21/08 | M. Wallace | Prepare for meeting with R. Wyron and R. Frankel on documents. | 0.70 |
| 05/22/08 | D. Fullem | Begin drafting reply to fee auditor initial report for Oct-Dec 07 quarterly and review of receipts for detail requested. | 1.70 |
| 05/23/08 | D. Fullem | Review of specific travel and hotel receipts and summarize same during Oct-Dec 07 time period and continue drafting reply letter to fee auditor. | 5.30 |
| 05/27/08 | D. Fullem | Review and respond to fee auditor regarding status of Orrick's reply to initial report. | 0.20 |
| 05/27/08 | D. Fullem | Prepare reply letter to fee auditor and related charts of expenses. | 2.40 |
| 05/27/08 | D. Fullem | Prepare e-mail to J. Cangialosi and D. Felder regarding expense on Dec 07 invoice for expense relating to advance room reservations at Omni for trial in May 2008; confer with R. Wyron regarding same. | 0.30 |
| 05/27/08 | R. Wyron | Review initial draft of response to fee auditors questions and follow-up with D. Fullem. | 0.40 |
| 05/28/08 | D. Felder | E-mail correspondence with D. Fullem regarding CNOs. | 0.10 |
| 05/28/08 | R. Wyron | Review and revise response to fee auditor's report. | 0.60 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                June 13, 2008
17367                                                                            Invoice No. 1132500
page 17

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 05/29/08 | D. Fullem | Continue work on reply letter to fee auditor report and attached charts regarding same (1.4); review with R. Wyron and incorporate his changes and comments(.4). | 1.80 |
| 05/29/08 | R. Wyron | Review response to fee auditor's report and follow-up. | 0.30 |
| 05/30/08 | D. Fullem | Continue updates to the expense charts in support of reply to fee auditor letter. | 2.50 |
| 05/30/08 | D. Fullem | Review and revise letter from Orrick to fee auditor; discuss with R. Wyron. | 0.50 |
| 05/30/08 | D. Fullem | Prepare CNO for Orrick's March fee application; coordinate signature; file and serve same. | 0.60 |
| 05/30/08 | D. Fullem | Organize and scan receipts in support of charts for expenses to attach to reply to fee auditor letter. | 1.50 |
| 05/30/08 | D. Felder | Review CNOs and conference with D. Fullem and D. Spicuzza regarding same. | 0.30 |
| 05/30/08 | R. Wyron | Review and finalize response to fee auditor with exhibits. | 0.60 |

|  | Total Hours | 37.50 |  |
|---|---|---|---|
|  | Total For Services |  | $12,531.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.00 | 530.00 | 1,060.00 |
| Debra O. Fullem | 30.00 | 245.00 | 7,350.00 |
| Raymond G. Mullady, Jr. | 0.50 | 710.00 | 355.00 |
| Mary A. Wallace | 0.70 | 620.00 | 434.00 |
| Richard H. Wyron | 4.30 | 775.00 | 3,332.50 |
| Total All Timekeepers | 37.50 | $334.17 | $12,531.50 |

Disbursements

| Document Reproduction | 49.90 |  |
|---|---|---|
| Express Delivery | 256.32 |  |
| Postage | 6.66 |  |
| Total Disbursements |  | $312.88 |

**Total For This Matter**                                                            **$12,844.38**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    June 13, 2008
17367                                                                              Invoice No. 1132500
page 18

For Legal Services Rendered Through May 31, 2008 in Connection With:

**Matter: 14 - Trust Distribution Procedures**

| | | | |
|---|---|---|---|
| 05/02/08 | M. Wallace | Call with Kirkland regarding TPD provisions. | 0.60 |
| 05/02/08 | R. Wyron | Review TDP issues (.3); call with T. Freedman on open items on TDP and follow-up (.6); review Sealed Air issues (.7); meet on due diligence items and follow-up (1.0). | 2.60 |
| 05/02/08 | R. Frankel | Telephone conference with T. Freedman, R. Wyron, M. Wallace re TDP issues, plan issues (.8); confer with R. Wyron re same (.3). | 1.10 |
| 05/05/08 | R. Frankel | Prepare agenda, notes for May 8 meeting with Biggs, Kimble, Austern (.9); prepare e-mail memo to Biggs, Austern re same (.7). | 1.60 |
| 05/05/08 | R. Frankel | Review remaining portion of TDP. | 0.60 |
| 05/06/08 | M. Wallace | Review status of TDP and begin considering issues with new structure in same. | 0.90 |
| 05/06/08 | R. Wyron | Review Tillinghast analyses (1.3); begin review of TDP for issues for 5/8 meeting (1.6); organize notes for 5/8 meeting with D. Austern (.3). | 3.20 |
| 05/07/08 | D. Felder | Review draft TDP and related materials from J. Biggs. | 1.50 |
| 05/07/08 | M. Wallace | Continue review of TDP issues for new plan. | 1.90 |
| 05/07/08 | R. Wyron | Continue work on TDP and Tillinghast analysis regarding payment percentage and plan issues (2.1); organize open plan issues list (.4). | 2.50 |
| 05/08/08 | M. Wallace | Begin comparing TDP to others on major issues. | 1.10 |
| 05/08/08 | M. Wallace | Discuss TDP meeting results and next steps with R. Wyron. | 0.20 |
| 05/08/08 | M. Wallace | Review issues lists from prior TDP transactions. | 0.80 |
| 05/08/08 | R. Wyron | Prepare for meeting with D. Austern and Tillinghast (.9); meet with D. Austern and Tillinghast on TDP, payment percentage, testimony and related issues (2.8); follow-up on TDP issues (.4). | 4.10 |
| 05/08/08 | R. Frankel | Review notes, Tillinghast memos in preparation for meeting with J. Biggs, client (.5); review issues with R. Wyron in preparation for meeting (.4). | 0.90 |
| 05/08/08 | R. Frankel | Confer with Biggs, Kimble, D. Austern, R. Wyron re TDP issues. | 2.50 |
| 05/12/08 | M. Wallace | Correspond with R. Wyron regarding TDP comments. | 1.00 |
| 05/12/08 | R. Wyron | Review draft TDP from ACC and provide comments to M. Wallace. | 1.40 |
| 05/13/08 | M. Wallace | Discuss TDP timing with R. Wyron. | 0.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

June 13, 2008
Invoice No. 1132500

| 05/13/08 | M. Wallace | Begin reviewing R. Wyron comments to TDP. | 0.90 |
|---|---|---|---|
| 05/13/08 | R. Wyron | Continue review of TDP issues. | 0.40 |
| 05/13/08 | R. Frankel | Series of e-mails re plan meeting; review issues re TDP with R. Wyron. | 0.60 |
| 05/13/08 | R. Frankel | Review issues, notes re TDP issues. | 0.80 |
| 05/14/08 | M. Wallace | Continue marking up TDP with comments for client review. | 6.80 |
| 05/15/08 | M. Wallace | Continue marking up TDP with comments and issues. | 4.00 |
| 05/15/08 | M. Wallace | Draft issues list based on markup of TDP for internal review, proof and distribute. | 0.90 |
| 05/15/08 | R. Frankel | Review report from Towers Perrin re analysis of Libby claims. | 1.60 |
| 05/16/08 | R. Frankel | Review blacklined draft TDP from M. Wallace (2.1); review M. Wallace memo re same (.2). | 2.30 |
| 05/20/08 | M. Wallace | Organize comments for internal meeting. | 0.20 |
| 05/20/08 | R. Wyron | Review draft revisions to TDP and organize open issues list for 05/21 meeting (1.6); call with D. Austern (.3). | 1.90 |
| 05/21/08 | M. Wallace | Meeting with R. Wyron, D. Felder and R. Frankel regarding TDP mark-up and open issues for client. | 1.00 |
| 05/21/08 | M. Wallace | Telephone call with R. Wyron regarding ZAI claim issues and non-final verdict issues in TDP. | 0.20 |
| 05/21/08 | M. Wallace | Review and revise TDP based on internal meetings. | 3.70 |
| 05/21/08 | M. Wallace | Review TDP for issues and draft issues list and considerations for client as cover e-mail to distribution of TDP. | 0.60 |
| 05/21/08 | R. Wyron | Review notes on TDP (.4); confer with plan team on TDP changes and follow-up notes (1.3). | 1.70 |
| 05/21/08 | R. Frankel | Confer with M. Wallace, R. Wyron re revised TDP issues (1.1); notes re same (.3). | 1.40 |
| 05/22/08 | R. Frankel | Review and prepare notes re revised TDP forwarded to D. Austern (1.7); telephone conference with E. Inselbuch re Libby issues (.3). | 2.00 |
| 05/23/08 | R. Frankel | Review revised TDP from ACC with changes related to Libby. | 1.10 |
| 05/26/08 | M. Wallace | Review Libby TDP changes and consider impact. | 0.60 |
| 05/27/08 | M. Wallace | Review correspondence regarding Libby TDP provisions. | 0.10 |
| 05/27/08 | R. Wyron | Review proposal from ACC on changes to TDP and follow-up. | 0.90 |
| 05/27/08 | R. Frankel | Telephone conference with D. Austern re TDP (.2); review agenda of issues for conference call with client (.5). | 0.70 |
| 05/28/08 | M. Wallace | Review correspondence regarding client call. | 0.10 |
| 05/28/08 | M. Wallace | Review issues raised in client call regarding Libby TDP changes and note points for further discussion/drafting. | 0.50 |
| 05/28/08 | M. Wallace | Telephone call with client regarding distributed TDP. | 0.10 |



**ORRICK**

| | | | |
|---|---|---|---|
| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 page 20 | | | June 13, 2008 Invoice No. 1132500 |

| | | | |
|---|---|---|---|
| 05/28/08 | M. Wallace | Review J. Biggs response to inquiry regarding settled claims values in TDP. | 0.10 |
| 05/28/08 | R. Frankel | Review ACC - Libby changes in preparation for call with D. Austern. | 0.60 |
| 05/28/08 | R. Frankel | Telephone conference with D. Austern, R. Wyron re ACC changes to TDP draft, notes re same (.6); confer with M. Wallace re same (.3). | 0.90 |

|  | Total Hours | 65.30 | |
|---|---|---|---|
|  | Total For Services | | $48,018.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.50 | 530.00 | 795.00 |
| Roger Frankel | 18.70 | 875.00 | 16,362.50 |
| Mary A. Wallace | 26.40 | 620.00 | 16,368.00 |
| Richard H. Wyron | 18.70 | 775.00 | 14,492.50 |
| Total All Timekeepers | 65.30 | $735.34 | $48,018.00 |

Disbursements
Telephone                                    0.09
                          Total Disbursements          $0.09

**Total For This Matter**          **$48,018.09**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 21

June 13, 2008
Invoice No. 1132500

For Legal Services Rendered Through May 31, 2008 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 05/15/08 | R. Wyron | Non-working travel to and from New York for EPA/Libby meeting. | 3.00 |

| | | |
|---|---|---|
| Total Hours | 3.00 | |
| Total For Services | | $1,162.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Richard H. Wyron | 3.00 | 387.50 | 1,162.50 |
| Total All Timekeepers | 3.00 | $387.50 | $1,162.50 |

**Total For This Matter**            **$1,162.50**

**\* \* \* COMBINED TOTALS \* \* \***

| | | |
|---|---|---|
| Total Hours | 287.10 | |
| Total Fees, all Matters | | $174,962.00 |
| Total Disbursements, all Matters | | $9,210.37 |
| Total Amount Due | | $184,172.37 |