**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
**August 2008**

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended August 31, 2008**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $698.50 | 7.2 | $ 5,029.20 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $588.00 | 1.0 | $ 588.00 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $647.70 | 3.1 | $ 2,007.87 |
| Laurence Westall | Audit Partner | 13 | Integrated Audit | $927.10 | 2.0 | $ 1,854.20 |
| Paul Kepple | Audit Partner | 19 | Integrated Audit | $990.60 | 1.0 | $ 990.60 |
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | $990.60 | 2.0 | $ 1,981.20 |
| Robert Keehan | Audit Partner | 19 | Integrated Audit | $698.50 | 4.5 | $ 3,143.25 |
| Rafael Garcia | Tax Director | 15 | Integrated Audit | $414.75 | 5.2 | $ 2,156.70 |
| Seshadri Venkiteswaran | Audit Manager | 10 | Integrated Audit | $410.21 | 5.0 | $ 2,051.05 |
| Tania Devilliers | Audit Manager | 15+ | Integrated Audit | $717.55 | 5.0 | $ 3,587.75 |
| Stephanie Beckes | Audit Manager | 7 | Integrated Audit | $457.20 | 5.4 | $ 2,468.88 |
| Justin Bray | Audit Manager | 7 | Integrated Audit | $311.15 | 31.6 | $ 9,832.34 |
| Juei Ping Joanna Own | Tax Manager | 4 | Integrated Audit | $283.50 | 2.2 | $ 623.70 |
| Esther Ko | Audit Manager | 9 | Integrated Audit | $457.20 | 0.5 | $ 228.60 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $199.50 | 7.0 | $ 1,396.50 |
| Pamela Barkley | Audit Senior Associate | 5 | Integrated Audit | $227.33 | 53.6 | $ 12,184.89 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $209.55 | 60.8 | $ 12,740.64 |
| Lynda Keorlet | Audit Associate | 3 | Integrated Audit | $156.21 | 36.3 | $ 5,670.42 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | $123.19 | 0.6 | $ 73.91 |

| Karen Geung | Audit Associate | 3 | Integrated Audit | $170.18 | 2.8 | $ 476.50 |
|---|---|---|---|---|---|---|
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $156.21 | 128.4 | $ 20,057.36 |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | $156.21 | 163.5 | $ 25,540.34 |
| Clancy Agbenyo | Audit Associate | 1 | Integrated Audit | $123.19 | 16.7 | $ 2,057.27 |
| | | **TOTAL** | | | **545.4** | **$ 116,741.17** |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

**Totals**         26.7                                                              $ 4,123.06

## Summary of PwC's Fees By Project Category:
## August 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| **01-Assets Analysis and Recovery** | | |
| **02-Asset Disposition** | | |
| **03-Business Operations** | | |
| **04-Case Administration** | | |
| **05-Claim Analysis Objection & Resolution (Asbestos)** | | |
| **06-Claim Analysis Objection & Resolution (Non-asbestos)** | | |
| **07-Committee, Creditors', Noteholders', or Equity Holders'** | | |
| **08-Employee Benefits/Pension** | | |
| **09-Employee Applications, Applicant** | | |
| **10-Employment Applications, Others** | | |
| **11-Financing** | | |
| **12-Fee Applications, Others** | **26.7** | **$4,123.06** |
| **13-Financing** | | |
| **14-Hearings** | | |
| **15-Litigation and Litigation** | | |

| | | |
|---|---|---|
| Consulting | | |
| **16-Plan and Disclosure Statement** | | |
| **17-Relief from Stay Proceedings** | | |
| **18-Tax Issues** | | |
| **19-Tax Litigation** | | |
| **20-Travel- Non-working** | | |
| **21-Valuation** | | |
| **22-ZAI Science Trial** | | |
| **23-ZAI Science Trial-Expenses** | | |
| **24-Other** | | |
| **25-Accounting/Auditing** | **545.4** | **$116,741.17** |
| **26-Business Analysis** | | |
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **572.1** | **$120,864.23** |

**Expense Summary**
**August 2008**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $1,931.11 |
| **Lodging** | N/A | $2,075.71 |
| **Sundry** | N/A | $26.11 |
| **Business Meals** | N/A | $1,213.46 |
| **TOTAL:** | | $5,246.39 |