# EXHIBIT - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended August 31, 2008

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William Bishop | Integrated Audit | 8/6/08 | | | | $ 174.56 | Audit team lunch - Cheesecake Factory, Columbia, MD - J Bray, P Barkley, E Margolius, L Keoriet, A Lueck, R Cenac, P Katsiak (PwC) - discuss audit status |
| | | 8/20/08 | | | | $ 147.97 | Audit team lunch - Clyde's, Columbia, MD - P Barkley, E Margolius, A Lueck, P Katsiak, C Bunker (PwC) - discuss audit status |
| Justin Bray | Integrated Audit | 8/4/08 | $ 22.82 | | | | Mileage to Grace from office (less normal commute)(39 miles * $0.585) |
| | Integrated Audit | 8/6/08 | $ 21.06 | | | | Mileage to Grace - roundtrip (less normal commute)(36 miles * $0.585) |
| | Integrated Audit | 8/12/08 | $ 21.06 | | | | Mileage to Grace - roundtrip (less normal commute)(36 miles * $0.585) |
| | Integrated Audit | 8/12/08 | $ 25.48 | | | | Working Lunch - J. Bray, P. Barkley, R. Grady |
| | Integrated Audit | 8/26/08 | $ 21.06 | | | | Mileage to Grace - roundtrip (less normal commute)(36 miles * $0.585) |
| | Integrated Audit | 8/27/08 | $ 24.58 | | | | Mileage between Grace and Office (roundtrip)(42 miles * $0.585) |
| | Integrated Audit | 8/28/08 | $ 21.06 | | | | Mileage to Grace - roundtrip (less normal commute)(36 miles * $0.585) |
| Seshadri Venkiteswaran | Integrated Audit | 8/11/08 | $ 46.80 | | | | Excess Mileage - Tyson's office to Grace & Back - 40 Miles each way = 80 * .585= $ 46.80 |
| | Integrated Audit | 8/11/08 | | | | $ 93.00 | Lunch - 4 Persons - 08 SOX ITGC Planning & Scoping - Ed Bull - Director Internal Audit, Barb Summerson - Manager IT SOX Audit, John Newstead - PwC Partner & Sesh Venkiteswaran - PwC Sr. Manager |
| Erica Margollus | Integrated Audit | 8/1/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 8/4/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 8/5/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 8/6/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 8/7/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 8/12/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 8/13/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 8/14/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 8/15/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 8/19/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 8/21/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 8/25/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 8/26/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 8/28/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| | Integrated Audit | 8/29/2008 | $ 18.14 | | | | Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters |
| Pavel Katsiak | Integrated Audit | 8/1/08 | $ 30.96 | | | | Mileage in excess over regular commute of 26.46 miles one way from Arlington, VA to Columbia, MD (.585 * 26.46) * 2 (roundtrip) |
| | Integrated Audit | 8/4/08 | $ 30.96 | | | | Mileage in excess over regular commute of 26.46 miles one way from Arlington, VA to Columbia, MD (.585 * 26.46) * 2 (roundtrip) |
| | Integrated Audit | 8/5/08 | $ 30.96 | | | | Mileage in excess over regular commute of 26.46 miles one way from Arlington, VA to Columbia, MD (.585 * 26.46) * 2 (roundtrip) |
| | Integrated Audit | 8/6/08 | $ 30.96 | | | | Mileage in excess over regular commute of 26.46 miles one way from Arlington, VA to Columbia, MD (.585 * 26.46) * 2 (roundtrip) |
| | Integrated Audit | 8/7/08 | $ 30.96 | | | | Mileage in excess over regular commute of 26.46 miles one way from Arlington, VA to Columbia, MD (.585 * 26.46) * 2 (roundtrip) |
| | Integrated Audit | 8/10/08 | $ 179.51 | | | | Round trip airfare ticket from Reagan National Airport to Chicago Ohara airport |
| | Integrated Audit | 8/10/08 | $ 5.00 | | | | Metro fare from Chicago Ohara airport to Crown Plaza Hotel |
| | Integrated Audit | 8/10/08 | | | | $ 8.52 | Lunch when traveling to Chicago for 404 testing |
| | Integrated Audit | 8/10/08 | | | | $ 45.60 | Dinner while in Chicago for 404 testing |
| | Integrated Audit | 8/11/08 | | $ 183.00 | | | Crown Plaza Hotel (room charge) |
| | Integrated Audit | 8/11/08 | | $ 21.78 | | | Crown Plaza Hotel (state tax) |
| | Integrated Audit | 8/11/08 | | $ 6.41 | | | Crown Plaza Hotel (city tax) |
| | Integrated Audit | 8/11/08 | | | | $ 177.00 | Group Meal (dinner) while in Chicago for 404 testing (present: A. Lueck and P. Katsiak from PwC, Phil Degele, Ed Henry and Krisy Chen of Grace) |
| | Integrated Audit | 8/12/08 | | $ 183.00 | | | Crown Plaza Hotel (room charge) |
| | Integrated Audit | 8/12/08 | | $ 21.78 | | | Crown Plaza Hotel (state tax) |
| | Integrated Audit | 8/12/08 | | $ 6.41 | | | Crown Plaza Hotel (city tax) |
| | Integrated Audit | 8/12/08 | | | | $ 24.53 | Group Meal (breakfast) while in Chicago for 404 testing (present: A. Lueck and P. Katsiak) |
| | Integrated Audit | 8/12/08 | | | | $ 51.85 | Group Meal (dinner) while in Chicago for 404 testing (present: A. Lueck and P. Katsiak) |
| | Integrated Audit | 8/13/08 | | $ 183.00 | | | Crown Plaza Hotel (room charge) |
| | Integrated Audit | 8/13/08 | | $ 21.78 | | | Crown Plaza Hotel (state tax) |
| | Integrated Audit | 8/13/08 | | $ 6.41 | | | Crown Plaza Hotel (city tax) |
| | Integrated Audit | 8/13/08 | | | | $ 18.67 | Group Meal (breakfast) while in Chicago for 404 testing (present: A. Lueck and P. Katsiak) |
| | Integrated Audit | 8/13/08 | | | | $ 38.33 | Group Meal (lunch) while in Chicago for 404 testing (present: A. Lueck and P. Katsiak) |

| Personnel | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|
| Integrated Audit | 8/14/08 | | $ 183.00 | | | Crown Plaza Hotel (room charge) |
| Integrated Audit | 8/14/08 | | 21.78 | | | Crown Plaza Hotel (state tax) |
| Integrated Audit | 8/14/08 | | 6.41 | | | Crown Plaza Hotel (city tax) |
| Integrated Audit | 8/14/08 | $ 68.85 | | | | Taxi from Chicago 51st plant to Chicago Ohara airport |
| Integrated Audit | 8/14/08 | | | | $ 19.99 | Group Meal (breakfast) while in Chicago for 404 testing (present: A. Lueck and P. Katsiak) |
| Integrated Audit | 8/18/08 | 30.96 | | | | Mileage in excess over regular commute of 26.46 miles one way from Arlington, VA to Columbia, MD (.585 * 26.46) * 2 (roundtrip) |
| Integrated Audit | 8/19/08 | 30.96 | | | | Mileage in excess over regular commute of 26.46 miles one way from Arlington, VA to Columbia, MD (.585 * 26.46) * 2 (roundtrip) |
| Integrated Audit | 8/20/08 | 30.96 | | | | Mileage in excess over regular commute of 26.46 miles one way from Arlington, VA to Columbia, MD (.585 * 26.46) * 2 (roundtrip) |
| Integrated Audit | 8/21/08 | 30.96 | | | | Mileage in excess over regular commute of 26.46 miles one way from Arlington, VA to Columbia, MD (.585 * 26.46) * 2 (roundtrip) |
| Integrated Audit | 8/22/08 | 30.96 | | | | Mileage in excess over regular commute of 26.46 miles one way from Arlington, VA to Columbia, MD (.585 * 26.46) * 2 (roundtrip) |
| Integrated Audit | 8/26/08 | 30.96 | | | | Mileage in excess over regular commute of 26.46 miles one way from Arlington, VA to Columbia, MD (.585 * 26.46) * 2 (roundtrip) |
| Integrated Audit | 8/27/08 | 30.96 | | | | Mileage in excess over regular commute of 26.46 miles one way from Arlington, VA to Columbia, MD (.585 * 26.46) * 2 (roundtrip) |
| Integrated Audit | 8/28/08 | 30.96 | | | | Mileage in excess over regular commute of 26.46 miles one way from Arlington, VA to Columbia, MD (.585 * 26.46) * 2 (roundtrip) |
| Integrated Audit | 8/29/08 | 30.96 | | | | Mileage in excess over regular commute of 26.46 miles one way from Arlington, VA to Columbia, MD (.585 * 26.46) * 2 (roundtrip) |
| Adam Lueck | | | | | | |
| Integrated Audit | 8/10/08 | $ 4.00 | | | | Valet parking at Crown Plaza hotel in Chicago, IL. |
| Integrated Audit | 8/11/08 | 4.00 | | | | Valet parking at Crown Plaza hotel in Chicago, IL. |
| Integrated Audit | 8/12/08 | 4.00 | | | | Valet parking at Crown Plaza hotel in Chicago, IL. |
| Integrated Audit | 8/13/08 | 4.00 | | | | Valet parking at Crown Plaza hotel in Chicago, IL. |
| Integrated Audit | 8/14/08 | 4.00 | | | | Valet parking at Crown Plaza hotel in Chicago, IL. |
| Integrated Audit | 8/15/08 | 4.00 | | | | Valet parking at Crown Plaza hotel in Chicago, IL. |
| Integrated Audit | 8/4/08 | | | | $ 14.32 | PwC group travel meal (breakfast) in Chicago, IL, including myself & Pavel Katsiak |
| Integrated Audit | 8/10/08 | 88.20 | | | | Airfare fees, Baltimore to Chicago |
| Integrated Audit | 8/11/08 | | | | 84.25 | PwC group travel meal (dinner) in Chicago, IL, including myself & Pavel Katsiak |
| Integrated Audit | 8/12/08 | | | | 25.35 | PwC group travel meal (breakfast) in Chicago, IL, including myself & Pavel Katsiak |
| Integrated Audit | 8/13/08 | | | | 180.53 | Group travel meal in Chicago, IL, including myself and Pavel Katsiak from PwC, Phil Degele, Ed Henry and Krisy Chen,G |
| Integrated Audit | 8/14/08 | | | | 17.43 | PwC group travel meal (lunch) in Chicago, IL, including myself & Pavel Katsiak |
| Integrated Audit | 8/15/08 | | | | 7.68 | PwC individual travel meal (dinner) in Chicago, IL. |
| Integrated Audit | 8/15/08 | | | | 7.11 | PwC individual travel meal (lunch) in Chicago, IL. |
| Integrated Audit | 8/15/08 | $ 486.24 | | | | Rental car fee in Chicago, IL for 6 days at $81.04 per day. |
| Integrated Audit | 8/15/08 | 4.00 | | | | Parking fees for employee pickup related to flight from Chicago Midway to BWI Airport in Baltimore. |
| Integrated Audit | 8/15/08 | | 915.00 | | | Crown Plaza hotel fee - 5 night stay at $183.00 per night. |
| Integrated Audit | 8/15/08 | | 140.95 | | | State & City lodging taxes for Crown Plaza Hotel, state tax: $21.78 per day, city tax: $6.41/day for a total of 5 nights. |
| Integrated Audit | 8/15/08 | | 175.00 | | | Parking fees at Crown Plaza hotel in Chicago, IL at $35.00 per day |
| Integrated Audit | 8/15/08 | | | | 68.62 | PwC group travel meal (dinner) including myself & Pavel Katsiak |
| Integrated Audit | 8/11/08 | | | | 8.15 | PwC individual travel meal (breakfast) in Chicago, IL. |
| Integrated Audit | 8/15/08 | 36.28 | | | | 62 miles round trip to and from BWI airport at $.585 per mile. |
| Clancy Agbenyo | | | | | | |
| Integrated Audit | 8/4/08 | $ 62.30 | | | | Round Trip commute from Herndon, Virginia to Columbia, Maryland less commute to office $31.15 each way (53.25 excess miles * $0.585 per mile) |
| Integrated Audit | 8/4/08 | 2.50 | | | | Toll on interstate 267-$1.25 each way *2= 2.50 |
| Integrated Audit | 8/5/08 | 62.30 | | | | Round trip commute from Herndon, Virginia to Columbia, Maryland less commute to the office $31.15 each way (53.25 excess miles * $0.585) |
| Integrated Audit | 8/5/08 | 2.50 | | | | Toll on interstate 267-$1.25 each way *2= 2.50 |
| Melissa Noel | | | | | | |
| Integrated Audit | 8/1/2008 | | | $ 26.11 | | courier charge- mailing of fee app |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 5,246.39 | $ 1,931.11 | $ 2,075.71 | $ 26.11 | $ 1,213.46 |

CONSOLIDATED AUDIT  
EXPENSE DETAIL  
For the Month Ended August 31, 2008

| Personnel | Date | Title | Expense |
|---|---|---|---|
| William Bishop | 8/6/08 | Audit Partner | $ 174.56 |
| | 8/20/08 | Audit Partner | $ 147.97 |
| | | | $ 322.53 |
| Justin Bray | 8/4/08 | Audit Manager | $ 22.82 |
| | 8/6/08 | Audit Manager | $ 21.06 |
| | 8/12/08 | Audit Manager | $ 21.06 |
| | 8/12/08 | Audit Manager | $ 25.48 |
| | 8/26/08 | Audit Manager | $ 21.06 |
| | 8/27/08 | Audit Manager | $ 24.58 |
| | 8/28/08 | Audit Manager | $ 21.06 |
| | | | $ 157.12 |
| Seshadri Venkiteswaran | 8/11/08 | Audit Manager | $ 46.80 |
| | 8/11/08 | Audit Manager | $ 93.00 |
| | | | $ 139.80 |
| Erica Margolius | 8/1/2008 | Audit Senior Associate | $ 18.14 |
| | 8/4/2008 | Audit Senior Associate | $ 18.14 |
| | 8/5/2008 | Audit Senior Associate | $ 18.14 |
| | 8/6/2008 | Audit Senior Associate | $ 18.14 |
| | 8/7/2008 | Audit Senior Associate | $ 18.14 |
| | 8/12/2008 | Audit Senior Associate | $ 18.14 |
| | 8/13/2008 | Audit Senior Associate | $ 18.14 |
| | 8/14/2008 | Audit Senior Associate | $ 18.14 |
| | 8/15/2008 | Audit Senior Associate | $ 18.14 |
| | 8/19/2008 | Audit Senior Associate | $ 18.14 |
| | 8/21/2008 | Audit Senior Associate | $ 18.14 |
| | 8/25/2008 | Audit Senior Associate | $ 18.14 |
| | 8/26/2008 | Audit Senior Associate | $ 18.14 |
| | 8/28/2008 | Audit Senior Associate | $ 18.14 |
| | 8/29/2008 | Audit Senior Associate | $ 18.14 |
| | | | $ 272.10 |
| Pavel Katsiak | 8/1/08 | Audit Associate | $ 30.96 |
| | 8/4/08 | Audit Associate | $ 30.96 |
| | 8/5/08 | Audit Associate | $ 30.96 |
| | 8/6/08 | Audit Associate | $ 30.96 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**

| Date | Role | | Amount |
|---|---|---|---:|
| 8/7/08 | Audit Associate | $ | 30.96 |
| 8/10/08 | Audit Associate | $ | 179.51 |
| 8/10/08 | Audit Associate | $ | 5.00 |
| 8/10/08 | Audit Associate | $ | 8.52 |
| 8/10/08 | Audit Associate | $ | 45.60 |
| 8/11/08 | Audit Associate | $ | 183.00 |
| 8/11/08 | Audit Associate | $ | 21.78 |
| 8/11/08 | Audit Associate | $ | 6.41 |