## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,**[1] | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | |

## DECLARATION OF SERVICE REGARDING:

**EXHIBIT BOOK TO DISCLOSURE STATEMENT, CONTAINING**          **Docket No. 19580**
**TABLE OF CONTENTS AND EXHIBITS 1 – 24**


**DEBTORS' DISCLOSURE STATEMENT FOR THE JOINT PLAN**          **Docket No. 19581**
**OF REORGANIZATION  UNDER CHAPTER 11 OF THE**
**BANKRUPTCY CODE OF W. R. GRACE & CO., ET AL.,  THE**
**OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY**
**CLAIMANTS,  THE ASBESTOS PI FUTURE CLAIMANTS'**
**REPRESENTATIVE, AND THE OFFICIAL  COMMITTEE OF**
**EQUITY SECURITY HOLDERS DATED AS OF SEPTEMBER 19,**
**2008**


**NOTICE OF HEARING TO CONSIDER APPROVAL OF**          **Docket No. 19582**
**DISCLOSURE STATEMENT PURSUANT TO SECTION 1125 OF**
**THE BANKRUPTCY CODE**

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**PERSONAL INJURY CLAIMANT LIST [custom]**        **Sample attached hereto as Exhibit 1**

**GENERAL CLAIMANT LIST [custom]**        **Sample attached hereto as Exhibit 2**

I, John H. Doherty II, hereby declare and testify under penalty of perjury as follows:

1.      I am over eighteen years of age and not a party to the above-captioned action. I believe the statements contained herein are true based on my personal knowledge. I am an employee of RR Donnelley f/k/a R.R.Donnelley & Sons Company and my business address is 75 Park Place, New York, NY 10007.

2.      On September 20, 2008 at the direction of BMC Group, Inc., upon instructions from Kirkland & Ellis LLP, co-counsel to the Debtors and Debtors in Possession in the above-captioned cases, I caused the above referenced documents to be served on the Parties as indicated below:

| | |
|---|---|
| Exhibit 3 | The Parties referenced in Service List 30117 were served with Docket No. 19582 |
| Exhibit 4 | The Parties referenced in Service List 30116 were served with copies of Docket Nos. 19580, 19581 and 19582 |
| Exhibit 5 | The Parties referenced in Service List 29988 were served with Docket No. 19582, accompanied by Exhibit 1 (a list of the clients they represent according the Claims' Agent's records along with a request that, as claimants' counsel, they forward notice on to their clients) |
| Exhibit 6 | The Party referenced in Service List 30093 was served with Docket No. 19582, accompanied by Exhibit 2 (a list of the clients they represent according the Claims' Agent's records along with a request that, as claimants' counsel, they forward notice on to their clients) |

- 2 -

Exhibit 7      The Parties referenced in Service Lists 30094 were served with Docket No.
               19582 through notice to their attorney on Exhibit 1, the customized Personal
               Injury Claimant List.

Exhibit 8      The Parties referenced in Service Lists 29990 were served with Docket No.
               19582 through notice to their attorney on Exhibit 2, the customized General
               Claimant List

        3.     All parties were served via first-class mail and deposited with the United States

Postal Service with postage thereon fully prepaid.


        I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge.

        DATED: October _1_, 2008
        New York, New York                        _____
                                                   John H. Doherty II,
                                                   RR Donnelley
                                                   75 Park Place
                                                   New York, NY 10007

- 3 -