# EXHIBIT 1

LIPMAN, DAVID M
5915 PONCE DE LEON BLVD # 44
CORAL GABLES, FL 33146

## W.R.Grace & Co., et al., Chapter 11 Case No. 01-01139
## Notice of Hearing re Disclosure Statement

Pursuant to Bankruptcy Rules 2002(b) and 3017(a), enclosed is the Notice of Hearing of Disclosure Statement in the above referenced cases. Data provided by the Official Claims Agent in these cases indicates that you represent the parties listed below, who have filed asbestos personal injury claims in these cases. We do not have individual addresses for the claimants' as the claims indicate that you filed them on the claimants' behalf. As a result, we are hereby providing this notice to you as claimants' counsel and request you forward this notice on to your clients. The Claims' Agent's records show that you represent the following claimants:

| No. | Name | No. | Name | No. | Name |
|---|---|---|---|---|---|
| 1 | | 32 | | 63 | |
| 2 | | 33 | | 64 | |
| 3 | | 34 | | 65 | |
| 4 | | 35 | | 66 | |
| 5 | | 36 | | 67 | |
| 6 | | 37 | | 68 | |
| 7 | | 38 | | 69 | |
| 8 | | 39 | | 70 | |
| 9 | | 40 | | 71 | |
| 10 | | 41 | | 72 | |
| 11 | | 42 | | 73 | |
| 12 | | 43 | | 74 | |
| 13 | | 44 | | 75 | |
| 14 | | 45 | | 76 | |
| 15 | | 46 | | 77 | |
| 16 | | 47 | | 78 | |
| 17 | | 48 | | 79 | |
| 18 | | 49 | | 80 | |
| 19 | | 50 | | 81 | |
| 20 | | 51 | | 82 | |
| 21 | | 52 | | 83 | |
| 22 | | 53 | | 84 | |
| 23 | | 54 | | 85 | |
| 24 | | 55 | | 86 | |
| 25 | | 56 | | 87 | |
| 26 | | 57 | | 88 | |
| 27 | | 58 | | 89 | |
| 28 | | 59 | | 90 | |
| 29 | | 60 | | 91 | |
| 30 | | 61 | | 92 | |
| 31 | | 62 | | 93 | |

SAMPLE