**EXHIBIT 2**

SCOTT, DARREL W
THE SCOTT LAW GROUP
926 W SPRAGUE AVE STE 680
SPOKANE, WA 99201

**W.R.Grace & Co., et al., Chapter 11 Case No. 01-01139**
**Notice of Hearing re Disclosure Statement**

Pursuant to Bankruptcy Rules 2002(b) and 3017(a) enclosed is the Notice of Hearing of Disclosure Statement in the above referenced cases. Service List data in these cases indicates that you represent the parties listed below. For many of these parties, we do not have individual addresses and as a result, we are hereby providing this notice to you as their counsel and request you forward this notice on to your clients. The records show that you represent the following parties:

| No. | Name | No. | Name | No. | Name |
|---|---|---|---|---|---|
| 1 |  | 34 |  | 67 |  |
| 2 |  | 35 |  | 68 |  |
| 3 |  | 36 |  | 69 |  |
| 4 |  | 37 |  | 70 |  |
| 5 |  | 38 |  | 71 |  |
| 6 |  | 39 |  | 72 |  |
| 7 |  | 40 |  | 73 |  |
| 8 |  | 41 |  | 74 |  |
| 9 |  | 42 |  | 75 |  |
| 10 |  | 43 |  | 76 |  |
| 11 |  | 44 |  | 77 |  |
| 12 |  | 45 |  | 78 |  |
| 13 |  | 46 |  | 79 |  |
| 14 |  | 47 |  | 80 |  |
| 15 |  | 48 |  | 81 |  |
| 16 |  | 49 |  | 82 |  |
| 17 |  | 50 |  | 83 |  |
| 18 |  | 51 |  | 84 |  |
| 19 |  | 52 |  | 85 |  |
| 20 |  | 53 |  | 86 |  |
| 21 |  | 54 |  | 87 |  |
| 22 |  | 55 |  | 88 |  |
| 23 |  | 56 |  | 89 |  |
| 24 |  | 57 |  | 90 |  |
| 25 |  | 58 |  | 91 |  |
| 26 |  | 59 |  | 92 |  |
| 27 |  | 60 |  | 93 |  |
| 28 |  | 61 |  | 94 |  |
| 29 |  | 62 |  | 95 |  |
| 30 |  | 63 |  | 96 |  |
| 31 |  | 64 |  | 97 |  |
| 32 |  | 65 |  | 98 |  |
| 33 |  | 66 |  | 99 |  |

SAMPLE