# EXHIBIT 4

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 30116 | ANTON VOLOVSEK, 191 BATTLE RIDGE ROAD, KOOSKIA, ID, 83539-5072 | US Mail (1st Class) |
| 30116 | DANICE SIMS, P O BOX 66658, BATON ROUGE, LA, 70896 | US Mail (1st Class) |
| 30116 | MARTHA E ROMERO, ESQUIRE, (RE: COUNSEL TO COUNTY OF SAN DIEGO), 6516 BRIGHT AVENUE, WHITTIER, CA, 90601-4503 | US Mail (1st Class) |
| 30116 | PETER A CHAPMAN, 572 FERNWOOD LANE, FAIRLESS HILLS, PA, 19030 | US Mail (1st Class) |
| 30116 | PILLSBURY WINTHROP LLP, (RE: WELLS FARGO BANK MINNESOTA, NATIONAL ASSOC), 1540 BROADWAY #9, NEW YORK, NY, 10036-4039 | US Mail (1st Class) |
| 30116 | ROBERT T AULGUR, JR , ESQUIRE, (RE: COUNSEL TO TOYOTA MOTOR CREDIT), P.O. BOX 617, ODESSA, DE, 19730 | US Mail (1st Class) |
| 30116 | WILLIAM D SULLIVAN, ESQUIRE, (RE: ZONOLITE ATTIC LITIGATION PLAINTIFFS ET. AL.), 4 E. 8TH STREET, SUITE 400, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 30116 | WILLIAM D SULLIVAN, ESQUIRE, (RE: ZONOLITE ATTIC LITIGATION PLAINTIFFS ET. AL.), 4 E. 8TH STREET, SUITE 400, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 30116 | ANDERSON, KILL & OLICK, P C, JEFFREY L GLATZER, ESQUIRE, 1251 AVENUE OF THE AMERICAS, NEW YORK, NY, 10020-1182 | US Mail (1st Class) |
| 30116 | ANDREWS & KURTH LLP, PETER S GOODMAN, ESQUIRE, (RE: WEATHERFORD U S INC., AND WEATHERFORD INTL INC), 450 LEXINGTON AVENUE, 15TH FLOOR, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 30116 | ARCHER & GREINER, WILLIAM M AUKAMP, ESQUIRE, (RE: PPG INDUSTRIES, INC.), 300 DELAWARE AVENUE, SUITE 1370, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 30116 | ASHBY & GEDDES, P A, WILLIAM P BOWDEN, ESQUIRE, (RE: COUNSEL TO MACERICH FRESNO LP), AMANDA M WINFREE, ESQUIRE, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 30116 | ASSISTANT ATTORNEY GENERAL, ANN BEIMDIEK KINSELLA, (RE: COUNSEL TO THE STATE OF MINNESOTA), 445 MINNESOTA STREET, SUITE 1200, ST. PAUL, MN, 55101-2127 | US Mail (1st Class) |
| 30116 | ASSISTANT CITY ATTORNEY, HILLARY BROWNING-JONES, (RE: COUNSEL TO THE CITY OF KNOXVILLE), P.O. BOX 1631, KNOXVILLE, TN, 37901 | US Mail (1st Class) |
| 30116 | ASSISTANT GENERAL COUNSEL, JONATHAN H ALDEN, ESQUIRE, 3900 COMMONWEALTH BOULEVARD, MS 35, TALLAHASSEE, FL, 32399-3000 | US Mail (1st Class) |
| 30116 | ATTN: ELIZABETH MOLINA, BART HARTMAN, TREASURER – TAX COLLECTOR, 1600 PACIFIC HIGHWAY, ROOM 162, SAN DIEGO, CA, 92101 | US Mail (1st Class) |
| 30116 | ATTORNEY GENERAL OFFICE, GINA BAKER HANTEL, ESQUIRE, STATE OF TENNESSEE, BANKRUPTCY DIVISION, 425 5TH AVENUE NORTH, FLOOR 2, NASHVILLE, TN, 37243 | US Mail (1st Class) |
| 30116 | AUTHUR STEIN, ESQUIRE, 1041 W LACEY ROAD, P O BOX 1070, FORKED RIVER, NJ, 08731-6070 | US Mail (1st Class) |
| 30116 | BALLARD SPAHR ANDREWS & INGERSOLL, LLP, TOBEY M DALUZ, ESQUIRE, (RE: COUNSEL TO STATE OF CALIFORNIA, DEPT. OF GENERAL), LESLIE C HEILMAN, ESQUIRE, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 30116 | BANKEMPER & JACOBS, EDWARD L JACOBS, ESQUIRE, (RE: JAMES GRAU, ANNA GRAU ET. AL.), THE SHAW HOUSE, 26 AUDUBON PLACE, FORT THOMAS, KY, 41075-0070 | US Mail (1st Class) |
| 30116 | BANKRUPTCY & COLLECTIONS DIVISION, KAY D BROCK, ESQUIRE, (RE: COMPTROLLER OF PUBLIC ACCOUNTS OF THE STATE OF TX), P.O. BOX 12548, AUSTIN, TX, 78711-2548 | US Mail (1st Class) |
| 30116 | BARDELLI, STRAW & CAVIN LLP, C RANDALL BUPP, ESQUIRE, (RE: COUNSEL TO BERRY & BERRY), 2000 CROW CANYON PLACE, SAN RAMON, CA, 94583 | US Mail (1st Class) |
| 30116 | BARON & BUDD, P C, ALAN B RICH, RUSSELL W BUDD, 3102 OAK LAWN AVENUE, P O BOX 8705, DALLAS, TX, 75219 | US Mail (1st Class) |
| 30116 | BEAR, STEARNS & CO. INC., BRYAN SHAPIRO, 383 MADISON AVENUE, NEW YORK, NY, 10179 | US Mail (1st Class) |
| 30116 | BELZ ENTERPRISES, CREDIT MANAGER, 100 PEABODY PLACE, SUITE 1400, MEMPHIS, TN, 38103 | US Mail (1st Class) |
| 30116 | BERGER & MONTAGUE, P C, RUSSELL HENKIN, ESQUIRE, JONATHAN D BERGER, ESQUIRE, 1622 LOCUST STREET, PHILADELPHIA, PA, 19103-6365 | US Mail (1st Class) |
| 30116 | BERNKOPF GOODMAN LLP, BRUCE D LEVIN, ESQUIRE, PETER B MCGLYNN, ESQUIRE, 125 SUMMER STREET, SUITE 1300, BOSTON, MA, 02110 | US Mail (1st Class) |
| 30116 | BIFFERATO, BIFFERATO & GENTILOTTI, MEGAN N HARPER, ESQUIRE, (RE: COUNSEL TO ROYAL INSURANCE), 1308 DELAWARE AVENUE, P.O. BOX 2165, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 30116 | BIFFERATO, GENTILOTTI & BIDEN, IAN CONNOR BIFFERATO, ESQUIRE, (RE: COUNSEL TO U S FIRE INSURANCE COMPANY), JOSEPH K KOURY, ESQUIRE, 1308 DELAWARE AVENUE, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 30116 | BILZIN SUMBERG DUNN BAENA PRICE & AXELROD LLP, SCOTT L BAENA, ESQUIRE, (RE: OFFICIAL COMMITTEE OF PROPERTY DAMAGE CLAIMANTS), FIRST UNION FINANCIAL CENTER, MIAMI, FL, 33131 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 30116 | BLANK ROME LLP, MATTHEW J SIEMBIEDA, ESQUIRE, (RE: AMERICAN PREMIER UNDERWRITERS, INC.), BENJAMIN G STONELAKE, SCOTT E COBURN, ESQ, ONE LOGAN SQUARE, 130 N.H 18TH ST., PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 30116 | BLANK ROME LLP, MICHAEL B SCHAEDLE, ESQUIRE, ONE LOGAN SQUARE, 130 NORTH 18TH STREET, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 30116 | BRAYTON & PURCELL, ALAN R BRAYTON, ESQUIRE, 222 RUSH LANDING ROAD, NOVATO, CA, 94945 | US Mail (1st Class) |
| 30116 | BROWN & CONNERY, LLP, STEPHANIE NOLAN DEVINEY, (RE: COUNSEL TO SAP AMERICA, INC.), 360 HADDON AVENUE, WESTMONT, NJ, 08108 | US Mail (1st Class) |
| 30116 | BUCHANAN INGERSOLL & ROONEY PC, TERESA K D CURRIER, ESQUIRE, (RE: COUNSEL TO EQUITY COMMITTEE), 1000 WEST STREET, SUITE 1410, P.O. BOX 1397, WILMINGTON, DE, 19899-1397 | US Mail (1st Class) |
| 30116 | BURNS, WHITE & HICKTON, LLC, RICHARD A O'HALLORAN, ESQUIRE, (RE: THE BURLINGTON NORTHERN AND SANTA FE RAILWAY COMP), 100 FOUR FALLS, SUITE 515, WEST CONSHOHOCKEN, PA, 19428 | US Mail (1st Class) |
| 30116 | BURROUGHS, HEPLER, BROOM, MACDONALD, HEBRANK & TRU, CARL P MCNULTY, II, ESQUIRE, JEFFREY S HEBRANK, ESQUIRE, 103 WEST VANDALIA STREET, SUITE 300, P O BOX 510, EDWARDSVILLE, IL, 62025-0510 | US Mail (1st Class) |
| 30116 | BUSINESS LAW SECTION, JACQUELINE DAIS-VISCA, SENIOR COUNSEL, (RE: HER MAJESTY THE QUEEN IN RIGHT OF CANADA), THE EXCHANGE TOWER, KING STREET WEST 3400, TORONTO, ON, M5X 1K6 | US Mail (1st Class) |
| 30116 | CAMPBELL & LEVINE, LLC, MARLA ESKIN, ESQUIRE, (RE: COUNSEL TO ASBESTOS PI COMMITTEE), MARK HURFORD, ESQUIRE, 800 N KING STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 30116 | CAPEHART & SCATCHARD, P A, SERGIO I SCUTERI, ESQUIRE, (RE: CITICORP DEL-LEASE, INC. D/B/A CITICORP DEALER), SUITE 300 S, 800 MIDLANTIC DRIVE, MOUNT LAUREL, NJ, 08054 | US Mail (1st Class) |
| 30116 | CAPLIN & DRYSDALE, CHARTERED, ELIHU INSELBUCH, ESQUIRE, (RE: COUNSEL TO ASBESTOS PI COMMITTEE), RITA TOBIN, ESQUIRE, NEW YORK, NY, 10152-3500 | US Mail (1st Class) |
| 30116 | CAPLIN & DRYSDALE, CHARTERED, JULIE W DAVIS, ESQUIRE, PETER VAN N LOCKWOOD, ESQUIRE, TREVOR W SWETT, III, NATHAN D FINCH, ESQ, ONE THOMAS CIRCLE, N W, WASHINGTON, DC, 20005 | US Mail (1st Class) |
| 30116 | CHAMBLISS, BAHNER, & STOPHEL, P C, RONALD D GORSLINE, (RE: COUNSEL TO LAWSON ELECTRIC CO.), 1000 TALLAN BUILDING, STE 1000, CHATTANOOGA, TN, 37402-2552 | US Mail (1st Class) |
| 30116 | CHARLES E BOULBOL, ESQUIRE, 26 BROADWAY, 17TH FLOOR, NEW YORK, NY, 10004 | US Mail (1st Class) |
| 30116 | CHARLES L FINKE, ASSISTANT GENERAL COUNSEL, BRAD ROGERS, ESQUIRE, OFFICE OF THE GENERAL COUNSEL, PENSION BENEFIT GUARANTY CORP, 1200 K STREET, N W, WASHINGTON, DC, 20005-4026 | US Mail (1st Class) |
| 30116 | CINDY SCHULTZ, INGERSOLL-RAND FLUID PRODUCTS, ONE ARO CENTER, P O BOX 151, BRYAN, OH, 43506 | US Mail (1st Class) |
| 30116 | COHN WHITESELL & GOLDBERG LLP, DANIEL C COHN, ESQUIRE, (RE: COUNSEL TO THE LIBBY MINE CLAIMANTS), CHRISTOPHER M CANDON, ESQUIRE, BOSTON, MA, 02110 | US Mail (1st Class) |
| 30116 | CONNOLLY BOVE LODGE & HUTZ LLP, JEFFREY C WISLER, ESQUIRE, (RE: COUNSEL TO MARYLAND CASUALTY), MICHELLE MCMAHON, ESQUIRE, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 30116 | CONTRARIAN CAPITAL MANAGEMENT, LLC, JON BAUER, 411 WEST PUTNAM AVENUE, SUITE 225, GREENWICH, CT, 06830 | US Mail (1st Class) |
| 30116 | CONTRARIAN CAPITAL TRADE CLAIMS LP, ATTN: ALISA MINSCH, 411 W PUTNAM AVE. S-225, GREENWICH, CT, 06830-6263 | US Mail (1st Class) |
| 30116 | CORBETT, STEELMAN & SPECTER, RICHARD B SPECTER, ESQUIRE, (RE: W C BAKER, E E JAQUES, B H MILLER, ET. AL.), 18200 VON KARMAN AVENUE,, SUITE 900, IRVINE, CA, 92612 | US Mail (1st Class) |
| 30116 | CORNELL UNIVERSITY, ANTHONY F PARISE, (RE: COUNSEL TO CORNELL UNIVERSITY), OFFICE OF UNIVERSITY COUNSEL, 300 CCC BUILDING, GARDEN AVENUE, ITHACA, NY, 14853-2601 | US Mail (1st Class) |
| 30116 | COZEN O'CONNOR, JACOB C COHN, ESQUIRE, (RE: FEDERAL INSURANCE COMPANY), 1900 MARKET STREET, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 30116 | CROWELL & MORING LLP, MARK D PLEVIN, ESQUIRE, (RE: EVEREST REINSURANCE COMPANY ET. AL.), LESLIE A EPLEY, ESQUIRE, WASHINGTON, DC, 20004-2595 | US Mail (1st Class) |
| 30116 | CUYLER BURK, LLP, STEFANO CALOGERO, ESQUIRE, (RE: ALLSTATE INSURANCE COMPANY), ANDREW K CRAIG, ESQUIRE, PARSIPPANY CORPORATE CENTER, PARSIPPANY, NJ, 07054 | US Mail (1st Class) |
| 30116 | DACA V, LLC, ATTN: JULIE BUBNACK, 1565 HOTEL CIR S, STE 310, SAN DIEGO, CA, 92108-3419 | US Mail (1st Class) |
| 30116 | DANIEL K HOGAN, ESQUIRE, THE HOGAN FIRM, (RE: COUNSEL TO BRAYTON PURCELL, LLP), 1311 DELAWARE AVENUE, WILMINGTON, DE, 19806 | US Mail (1st Class) |
| 30116 | DAP PRODUCTS, INC., C/O JULIEN A HECHT, ESQUIRE, 2400 BOSTON STREET, SUITE 200, BALTIMORE, MD, 21224 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 30116 | DAVID B BERNICK, P C, JANET S BAER, ESQUIRE, (RE: COUNSEL TO DEBTOR), KIRKLAND & ELLIS, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 30116 | DEBT ACQUISITION CO OF AMERICA V LLC, 1565 HOTEL CIR S, SUITE 310, SAN DIEGO, CA, 92108-3419 | US Mail (1st Class) |
| 30116 | DELAWARE DIVISION OF REVENUE, ALLISON E REARDON, (RE: COUNSEL TO THE DELAWARE DIVISION OF REVENUE), 820 N FRENCH STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 30116 | DELTA CHEMICAL CORPORATION, 2601 CANNERY AVENUE, BALTIMORE, MD, 21226-1595 | US Mail (1st Class) |
| 30116 | DEPARTMENT OF ATTORNEY GENERAL, STEVEN B FLANCHER, ESQUIRE, ASSISTANT ATTORNEY GENERAL, REVENUE AND COLLECTIONS DIVISION, P O BOX 30754, LANSING, MI, 48909 | US Mail (1st Class) |
| 30116 | DEPUTY ATTORNEY GENERAL, KEVIN JAMES, 1515 CLAY STREET, 20TH FLOOR, OAKLAND, CA, 94612-1413 | US Mail (1st Class) |
| 30116 | DILWORTH PAXSON, LLP, ANNE MARIE P KELLEY, ESQUIRE, LIBERTY VIEW – SUITE 700, 457 HADDONFIELD ROAD, P O BOX 2570, CHERRY HILL, NJ, 08034 | US Mail (1st Class) |
| 30116 | DILWORTH PAXSON, LLP, ANNE MARIE P KELLEY, ESQUIRE, LIBERTY VIEW – SUITE 700, 457 HADDONFIELD ROAD, CHERRY HILL, NJ, 08002 | US Mail (1st Class) |
| 30116 | DK ACQUISITION PARTNERS, (RE: TRANSFER AGENT), 65 EAST 55TH STREET, 19TH FLOOR, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 30116 | DR ANTHONY PILAVAS, 25-09 31ST AVENUE, ASTORIA, NY, 11106 | US Mail (1st Class) |
| 30116 | DRINKER BIDDLE & REATH LLP, DAVID P PRIMACK, ESQUIRE, (RE: AMERICAN EMPLOYERS INSURANCE CO, ET. AL.), 1100 NORTH MARKET STREET, SUITE 1000, WILMINGTON, DE, 19801-1254 | US Mail (1st Class) |
| 30116 | DRINKER BIDDLE & REATH LLP, MICHAEL F BROWN, ESQUIRE, (RE: AMERICAN EMPLOYERS INSURANCE CO, ET. AL.), ONE LOGAN SQUARE, 181TH & CHERRY STREETS, PHILADELPHIA, PA, 19103-6996 | US Mail (1st Class) |
| 30116 | DUANE MORRIS LLP, WILLIAM S KATCHEN, ESQUIRE, (RE: OFFICIAL COMMITTEE OF UNSECURED CREDITORS), 744 BROAD STREET, NEWARK, NJ, 07102-3889 | US Mail (1st Class) |
| 30116 | DUANE, MORRIS & HECKSCHER LLP, MICHAEL R LASTOWSKI, ESQUIRE, (RE: OFFICIAL COMMITTEE OF UNSECURED CREDITORS), 1100 N. MARKET STREET, SUITE 1200, WILMINGTON, DE, 19801-1246 | US Mail (1st Class) |
| 30116 | DURHAM JONES & PINEGAR, STEVEN J MCCARDELL, ESQUIRE, (RE: COUNSEL TO PACIFICORP), JARED INOUYE, ESQUIRE, SALT LAKE CITY, UT, 84111 | US Mail (1st Class) |
| 30116 | ECKERT SEAMANS CHERIN & MELLOTT, LLC, BARRY D KLEBAN, ESQUIRE, (RE: COUNSEL TO AON CONSULTING, INC.), TWO LIBERTY PLACE, PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 30116 | ENRON ENERGY SERVICES, GENERAL COUNSEL, (RE: COUNSEL TO ENRON CORP , ET AL.), P.O. BOX 1188, SUITE 1600, HOUSTON, TX, 77251-1188 | US Mail (1st Class) |
| 30116 | ENVIRONMENT & NATURAL RESOURCE DIVISION, JEREL L ELLINGTON, ESQUIRE, (RE: U S ENVIRONMENTAL PROTECTION AGENCY), U S DEPARTMENT OF JUSTICE, ENVIRONMENTAL, ENFORCEMENT SECT, 1961 STOUT ST-8TH FLR, DENVER, CO, 80294 | US Mail (1st Class) |
| 30116 | EULER HERMES ACI, CLAIMS PROCESSOR, LAUREN HOLZMAN, 800 RED BROOK BOULEVARD, OWINGS MILLS, MD, 21117 | US Mail (1st Class) |
| 30116 | EXXONMOBIL CHEMICAL COMPANY, DONNA J PETRONE, ESQUIRE, LAW DEPARTMENT – BANKRUPTCY, 13501 KATY FREEWAY, ROOM W1-562, HOUSTON, TX, 77079-1398 | US Mail (1st Class) |
| 30116 | FABELHABER LLC, DEBORAH L THORNE, ESQUIRE, (RE: COUNSEL TO UNION TANK CAR COMPANY), 55 EAST MONROE STREET, 40TH FLOOR, CHICAGO, IL, 60603 | US Mail (1st Class) |
| 30116 | FAIR HARBOR CAPITAL LLC, (RE: TRANSFER AGENT), 875 AVENUE OF THE AMERICA,, STE 2305, NEW YORK, NY, 10001 | US Mail (1st Class) |
| 30116 | FERRARO & ASSOCIATES, P A, DAVID JAGOLINZER, ESQUIRE, (RE: COUNSEL TO ALL CLIENTS OF THE ROBLES LAW FIRM), SUITE 700, 400 PONCE DE LEON BLVD, MIAMI, FL, 33146 | US Mail (1st Class) |
| 30116 | FERRY & JOSEPH, P A, MICHAEL B JOSEPH, ESQUIRE, (RE: COUNSEL TO ASBESTOS PD COMMITTEE), THEODORE J TACCONELLI, ESQUIRE, 824 MARKET STREET, SUITE 904, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 30116 | FLOYD, ISGUR, RIOS & WAHRLICH, P C, RANDALL A RIOS, (RE: COUNSEL TO HUNTSMAN CORPORATION), 700 LOUISIANA, SUITE 4600, HOUSTON, TX, 77002 | US Mail (1st Class) |
| 30116 | FOSTER & SEAR, LLP, SCOTT WERT, ESQUIRE, (RE: COUNSEL TO NUMEROUS ASBESTOS CLAIMANTS), 524 E. LAMAR BLVD, STE 200, ARLINGTON, TX, 76011 | US Mail (1st Class) |
| 30116 | FRANK/GECKER LLP, JOSEPH D FRANK, ESQUIRE, (RE: COUNSEL TO HRCL AND EAVES), 325 NORTH LASALLE STREET, CHICAGO, IL, 60610 | US Mail (1st Class) |
| 30116 | FULBRIGHT & JAWORSKI, LLP, GERALD G PECHT, ESQUIRE, (RE: KANEB PIPE LINE OPERATING PARTNERSHIP LP ET. AL.), 1301 MCKINNEY, SUITE 5100, HOUSTON, TX, 77010-3095 | US Mail (1st Class) |
| 30116 | GENERAL MOTORS ACCEPTANCE CORPORATION, P O BOX 5055, TROY, MI, 48007-5055 | US Mail (1st Class) |
| 30116 | GIBBONS P C, ELIZABETH S KARDOS, ESQUIRE, ONE GATEWAY CENTER, NEWARK, NJ, 07102-5310 | US Mail (1st Class) |

Exhibit 4 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 30116 | GIBSON, DUNN & CRUTCHER LLP, (RE: SNACK, INC.), 200 PARK AVENUE, NEW YORK, NY, 10166 | US Mail (1st Class) |
| 30116 | GIBSON, DUNN & CRUTCHER LLP, STEVEN J JOHNSON, ESQUIRE, 1881 PAGE MILL ROAD, PALO ALTO, CA, 94304-1125 | US Mail (1st Class) |
| 30116 | GOODWIN PROCTER LLP, DANIEL M GLOSBAND, P C, (RE: STATE STREET GLOBAL ADVISORS), EXCHANGE PLACE, BOSTON, MA, 02109 | US Mail (1st Class) |
| 30116 | GOTTEN, WILSON & SAVORY, PLLC, RUSSELL W SAVORY, 88 UNION AVENUE, 14TH FLOOR, MEMPHIS, TN, 38103 | US Mail (1st Class) |
| 30116 | GREIF, INC., ATTN: CREDIT DEPARTMENT, 366 GREIF PARKWAY, DELAWARE, OH, 43015 | US Mail (1st Class) |
| 30116 | HAGENS BERMAN LLP, THOMAS M SOBOL, ESQUIRE, (RE: ZONOLITE ATTIC LITIGATION PLAINTIFFS), ONE MAIN STREET, 4TH FLOOR, CAMBRIDGE, MA, 02142 | US Mail (1st Class) |
| 30116 | HAHN & HESSEN LLP, STEVEN J MANDELSBERG, ESQUIRE, (RE: COUNSEL TO STATE OF CALIFORNIA, DEPT. OF GENERAL), CHRISTINA J KANG, ESQUIRE, 488 MADISON AVENUE, NEW YORK, NY, 10022 | US Mail (1st Class) |
| 30116 | HANMAR ASSOCIATES, M L P, MR. MARK HANKIN, P O BOX 26767, ELKINS PARK, PA, 19027 | US Mail (1st Class) |
| 30116 | HAVINS & ASSOCIATES PC, JOHN W HAVINS, ESQUIRE, (RE: COUNSEL TO OCCIDENTAL PERMIAN, LTD.), 1001 MCKINNEY STREET, SUITE 500, HOUSTON, TX, 77002-6418 | US Mail (1st Class) |
| 30116 | HELLER, DRAPER, HAYDEN, PATRICK & HORN, L L C, WILLIAM H PATRICK, JAN M HAYDEN, 650 POYDRAS STREET, SUITE 2500, NEW ORLEANS, LA, 70130-6103 | US Mail (1st Class) |
| 30116 | HELLMUTH & JOHNSON, PLLC, MICHAEL S SANDBERG, ESQUIRE, (RE: COUNSEL TO WEST GROUP), 10400 VIKING DRIVE, SUITE 560, EDEN PRAIRIE, MN, 55344 | US Mail (1st Class) |
| 30116 | HOGAN & HARTON L L P, SCOTT A SHAIL, JAMES P RUGGERI, 555 THIRTEENTH STREET, N W, WASHINGTON, DC, 20004-1109 | US Mail (1st Class) |
| 30116 | HOGAN & HARTSON LLP, IRA S GREENE, ESQUIRE, 875 THIRD AVENUE, NEW YORK, NY, 10022-6225 | US Mail (1st Class) |
| 30116 | HOWARD COUNTY OFFICE OF LAW, CAMELA CHAPMAN, SENIOR ASSISTANT COUNTY SOLICITOR, MARGARET ANN NOLAN, COUNTY SOLICITOR, GEORGE HOWARD BUILDING, 3430 COURTHOUSE DRIVE, 3RD FLOOR, ELLICOTT CITY, MD, 21043 | US Mail (1st Class) |
| 30116 | HUGHES HUBBARD & REED LLP, ANDREA L HAZZARD, ESQUIRE, ONE BATTERY PARK PLAZA, NEW YORK, NY, 10004-1482 | US Mail (1st Class) |
| 30116 | HUGHES HUBBARD & REED LLP, DANIEL H SLATE, ESQUIRE, 350 SOUTH GRAND AVENUE, LOS ANGELES, CA, 90071-3442 | US Mail (1st Class) |
| 30116 | INTERCAT, INC., JAMES A SYLVESTER, ESQUIRE, 2399 HIGHWAY 34 #C1, MANASQUAN, NJ, 08736-1500 | US Mail (1st Class) |
| 30116 | INTERNAL REVENUE SERVICE, ATTN: INSOLVENCY, 31 HOPKINS PLAZA, ROOM 1150, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 30116 | IOS CAPITAL, INC., BANKRUPTCY ADMINISTRATION, 1738 BASS ROAD, P O BOX 13708, MACON, GA, 31208-3708 | US Mail (1st Class) |
| 30116 | IOS CAPITAL, INC., BANKRUPTCY ADMINISTRATION, ROSA DOMINY, 1738 BASS ROAD, P O BOX 13708, MACON, GA, 31208-3708 | US Mail (1st Class) |
| 30116 | IOWA DEPARTMENT OF REVENUE, JOHN WATERS, ESQUIRE, (RE: COUNSEL TO IOWA DEPT. OF REVENUE), COLLECTIONS SECTION, DES MOINES, IA, 50306 | US Mail (1st Class) |
| 30116 | JACOBS & CRUMPLAR, P A, MARIA ROSOFF ESKIN, ROBERT JACOBS, ESQUIRE, 2 EAST 7TH STREET, P O BOX 1271, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 30116 | JANET NAPOLITANO, ROBERT R HALL, RUSSELL W SAVORY, 1275 WEST WASHINGTON STREET, PHOENIX, AZ, 85007-1278 | US Mail (1st Class) |
| 30116 | JASPAN SCHLESINGER HOFFMAN LLP, STEVEN R SCHLESINGER, ESQUIRE, 300 GARDEN CITY PLAZA, GARDEN CITY, NY, 11530 | US Mail (1st Class) |
| 30116 | JASPAN SCHLESINGER HOFFMAN, LLP, LAURIE S POLLECK, ESQUIRE, (RE: COUNSEL TO PRUDENTIAL AND MOTLEY RICE LLC), 913 N MARKET STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 30116 | JOHN PREEFER, 128 WILLOW ST APT 6B, BROOKLYN, NY, 11201 | US Mail (1st Class) |
| 30116 | JONATHAN C HANTKE, ESQUIRE, ALDINE INDEPENDENT SCHOOL DISTRICT, (RE: ALDINE INDEPENDENT SCHOOL DISTRICT), PAMELA H WALTERS, ESQUIRE, 14910 ALDINE-WESTFIELD ROAD, HOUSTON, TX, 77032 | US Mail (1st Class) |
| 30116 | JORDAN, HYDEN, WOMBLE & CULBRETH, P C, MICHAEL J URBIS, 1534 E 6TH STREET, SUITE 104, BROWNSVILLE, TX, 78520 | US Mail (1st Class) |
| 30116 | JORDAN, HYDEN, WOMBLE & CULBRETH, P C, NATHANIEL PETER HOLZER. ESQUIRE, SHELBY A JORDAN, ESQUIRE, 500 N SHORELINE BLVD , SUITE 900, CORPUS CHRISTI, TX, 78471 | US Mail (1st Class) |
| 30116 | JULIE ARDOIN, LLC, JULIE ARDOIN, ESQUIRE, (RE: ANCEL ABADIC AND 410 ADDITIONAL CLAIMANTS), 2200 VETERANS MEMORIAL BOULEVARD, KENNER, LA, 70062-4032 | US Mail (1st Class) |

WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 30116 | KENNEDY COVINGTON LOBDELL & HICKMAN, LLP, AMY PRITCHARD-WILLIAMS, ESQUIRE, (RE: COUNSEL TO CHARLOTTE TRANSIT CENTER, INC.), MARGARET R WESTBROOK, ESQUIRE, HEARST TOWER, 47TH FLOOR, CHARLOTTE, NC, 28202 | US Mail (1st Class) |
| 30116 | KILPATRICK STOCKTON, TODD MEYERS, ESQUIRE, 1100 PEACHTREE STREET, SUITE 2800, ATLANTA, GA, 30309 | US Mail (1st Class) |
| 30116 | KLEHR, HARRISON, HARVEY, BRANZBURG & ELLERS, LLP, STEVEN K KORTANEK, ESQUIRE, (RE: COUNSEL TO THE LIBBY MINE CLAIMANTS), 919 MARKET STREET, SUITE 1000, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 30116 | KRAMER LEVIN NAFTALIS & FRANKEL LLP, GARY M BECKER, ESQUIRE, (RE: THE BAUPOST GROUP LLC), 1177 AVENUE OF THE AMERICAS, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 30116 | KRAMER LEVIN NAFTALIS & FRANKEL LLP, PHILIP BENTLEY, ESQUIRE, (RE: COUNSEL TO EQUITY COMMITTEE), DOUG MANNAL, 1177 AVENUE OF THE AMERICAS, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 30116 | LANDIS RATH & COBB LLP, ADAM G LANDIS, ESQUIRE, (RE: COUNSEL TO LIBBY CLAIMANTS), KERRI K MUMFORD, ESQUIRE, 919 MARKET STREET, SUITE 1600, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 30116 | LANDIS RATH & COBB LLP, RICHARD S COBB, ESQUIRE, (RE: COUNSEL TO PACIFICORP), MEGAN N HARPER, ESQUIRE, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 30116 | LARRY A FEIND, 133 PEACHTREE STREET, N E, 7TH FLOOR, ATLANTA, GA, 30303 | US Mail (1st Class) |
| 30116 | LATHAM & WATKINS, DAVID S HELLER, ESQUIRE, (RE: COUNSEL TO DIP LENDER), SEARS TOWER, SUITE 5800, CHICAGO, IL, 60606 | US Mail (1st Class) |
| 30116 | LAUZON BELANGER, INC., YVES LAUZON, ESQUIRE, (RE: COUNSEL TO CANADIAN ZAI CLAIMANTS), MICHEL BELANGER, ESQUIRE, MONTRÉAL, QC, H2Y 2A3 CANADA | US Mail (1st Class) |
| 30116 | LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP, ELIZABETH J CABRASER, ESQUIRE, (RE: ZONOLITE ATTIC LITIGATION PLAINTIFFS), EMBACADERO CENTER WEST, 30TH FLOOR, SAN FRANCISCO, CA, 94111 | US Mail (1st Class) |
| 30116 | LINEBARGER GOGGAN BLAIR & SAMPSON, LLP, ELIZABETH WELLER, (RE: COUNSEL TO COUNTY OF DALLAS), 2323 BRYAN STREET, SUITE 1720, DALLAS, TX, 75201-2691 | US Mail (1st Class) |
| 30116 | LINEBARGER GOGGAN BLAIR GRAHAM PENA & SAMPSON, LLP, DAVID AELVOET, ESQUIRE, TRAVIS PARK PLAZA BUILDING, 711 NAVARRO, SUITE 300, SAN ANTONIO, TX, 78205 | US Mail (1st Class) |
| 30116 | LINEBARGER GOGGAN BLAIR PENA & SAMPSON, LLP, LORI GRUVER ROBERTSON, ESQUIRE, (RE: BEN BOLT-PALITO-BLANCO ISD, BROWNSVILLE ISD ET. AL), 1949 SOUTH I H 35 (78741), P.O. BOX 17428, AUSTIN, TX, 78760 | US Mail (1st Class) |
| 30116 | LINEBARGER HEARD GOGGAN BLAIR, JOHN P DILLMAN, ESQUIRE, GRAHAM PEÑA & SAMPSON, LLP, P O BOX 3064, HOUSTON, TX, 77253-3064 | US Mail (1st Class) |
| 30116 | LIPSIPTZ, GREEN, FAHRINGER, ROLL, SALISBURY & CAMB, JOSEPH T KREMER, ESQUIRE, 42 DELAWARE AVENUE, SUITE 300, BUFFALO, NY, 14202 | US Mail (1st Class) |
| 30116 | LOIZIDES & ASSOCIATES, CHRISTOPHER D LOIZIDES, ESQUIRE, (RE: COUNSEL TO ANDERSON MEMORIAL HOSPITAL), LEGAL ARTS BLDG, 1225 KING STREET, SUITE 800, WILMINGOTN, DE, 19801 | US Mail (1st Class) |
| 30116 | LONGACRE MASTER FUND LTD., ATTN: MAURIE SHALOME, 810 7TH AVENUE, 33RD FL, NEW YORK, NY, 10019-5818 | US Mail (1st Class) |
| 30116 | LOWENSTEIN SANDLER PC, MICHAEL S ETKIN, ESQUIRE, (RE: KERI EVANS, ET. AL.), IRA M LEVEE, ESQUIRE, 65 LIVINGSTIN AVENUE, ROSELAND, NJ, 07068 | US Mail (1st Class) |
| 30116 | MARKS, O'NEILL, O'BRIEN AND COURTNEY, P C, BRIAN L KASPRZAK, ESQUIRE, (RE: EVEREST REINSURANCE COMPANY ET. AL.), 913 NORTH MARKET STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 30116 | MCCARTER & ENGLISH, LLP, WILLIAM F TAYLOR, JR , ESQUIRE, (RE: L A UNIFIED SCHOOL DISTRICT), MELLON BANK CENTER, 919 MARKET STREET, SUITE 1800, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 30116 | MCDERMOTT, WILL & EMERY, JEFFREY E STONE, ESQUIRE, DAVID S ROSENBLOOM, ESQUIRE, LEWIS S ROSENBLOOM, ESQUIRE, 227 WEST MONROE STREET, CHICAGO, IL, 60606-5096 | US Mail (1st Class) |
| 30116 | MCDERMOTT, WILL & EMERY, THOMAS O BEAN, (RE: COUNSEL TO TOWN OF ACTON, MA), 28 STATE STREET, BOSTON, MA, 02109-1775 | US Mail (1st Class) |
| 30116 | MCGARVEY, HEBERLING, SULLIVAN & MCGARVEY PC, JON L HEBERLING, ESQUIRE, 745 SOUTH MAIN STREET, KALISPEL, MT, 59901 | US Mail (1st Class) |
| 30116 | MENDES & MOUNT, LLP, THOMAS J QUINN, ESQUIRE, (RE: COUNSEL TO CERTAIN UNDERWRITERS AT LLOYD'S LONDON), 750 SEVENTH AVENUE, NEW YORK, NY, 10019-6829 | US Mail (1st Class) |
| 30116 | MEYERS, RODBELL & ROSENBAUM, P A, M EVAN MEYERS, ESQUIRE, ROBERT H ROSENBAUM, ESQUIRE, BERKSHIRE BUILDING, 6801 KENILWORTH AVENUE, SUITE 400, RIVERDALE, MD, 20737-1385 | US Mail (1st Class) |
| 30116 | MICHAEL D HESS, M DIANE JASINSKI, ESQUIRE, CORPORATION COUNSEL OF THE CITY OF NEW YORK, 100 CHURCH STREET, ROOM 6-127, NEW YORK, NY, 10007 | US Mail (1st Class) |
| 30116 | MILBERG WEISS BERSHAD HYNES & LERACH LLP, RACHEL FLEISHMAN, BRAD N FRIEDMAN, ONE PENNSYLVANIA PLAZA, NEW YORK, NY, 10119-0165 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 30116 | MISSOURI DEPARTMENT OF REVENUE, GARY L BARNHART, (RE: MISSOURI DEPARTMENT OF REVENUE), BANKRUPTCY UNIT, PO BOX 475, JEFFERSON CITY, MO, 65105-0475 | US Mail (1st Class) |
| 30116 | MONTGOMERY, MCCRACKEN, WALKER & RHOADS LLP, NOEL C BURNHAM, RICHARD G PLACEY, ESQ, (RE: NOVAK LANDFILL RD/RA GROUP), 123 SOUTH BROAD ST, AVENUE OF THE ARTS, PHILADELPHIA, PA, 19109 | US Mail (1st Class) |
| 30116 | MORRIS, NICHOLS ARSHT & TUNNELL, WILLIAM H SUDELL, JR , ESQUIRE, 1201 N MARKET STREET, P O BOX 1347, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 30116 | MOTLEY RICE LLC, FREDRICK JEKEL, ESQUIRE, (RE: CLAIMANTS, AMERICAN LEGION, ET. AL.), 28 BRIDGESIDE BLVD., MT. PLEASANT, SC, 29464 | US Mail (1st Class) |
| 30116 | NEW JERSEY ATTORNEY GENERAL'S OFFICE, DEPUTY ATTORNEY GENERAL, MARGARET A HOLLAND, DIVISION OF LAW, R J HUGHES JUSTICE COMPLEX, P O BOX 106, TRENTON, NJ, 08625 | US Mail (1st Class) |
| 30116 | NEW YORK STATE DEPARTMENT OF TAXATION AND FINANCE, BARBARA G BILLET, ESQUIRE, (RE: STATE OF NEW YORK, DEPT. OF TAXATION AND FINANCE), ELAINE Z COLE, ESQUIRE, 340 E. MAIN STREET, ROCHESTER, NY, 14604 | US Mail (1st Class) |
| 30116 | NEWCO MANAGEMENT COMPANY, LLC, VAHE MELKONIAN, (RE: SNACK, INC.), 6320 CANOGA AVENUE, SUITE 1430, WOODLAND HILLS, CA, 91367 | US Mail (1st Class) |
| 30116 | NORFOLK SOUTHERN CORPORATION, WILLIAM H JOHNSON, ESQUIRE, LAW DEPARTMENT, THREE COMMERCIAL PLACE, NORFOLK, VA, 23510-9242 | US Mail (1st Class) |
| 30116 | NORTEL, GORDON A DAVIES, CHIEF LEGAL OFFICER, 195 THE WEST MALL, TORONTO, ON, M9C 5K1 | US Mail (1st Class) |
| 30116 | NOSSAMAN, GUTHNER, KNOX & ELLIOTT, LLP, ALLAN H ICKOWITZ, ESQUIRE, (RE: HEARTHSIDE RESIDENTIAL CORP), 445 SOUTH FIGUEROA STREET, 31ST FLOOR, LOS ANGELES, CA, 90071 | US Mail (1st Class) |
| 30116 | OFFICE OF ATTORNEY GENERAL, BRIAN D SALWOWSKI, ESQUIRE, INDIANA GOV CENTER SOUTH, 5TH FLOOR, 302 WEST WASHINGTON STREET, INDIANAPOLIS, IN, 46204-2770 | US Mail (1st Class) |
| 30116 | OFFICE OF ATTORNEY GENERAL, DENISE A KUHN, 21 S 12TH STREET, 3RD FLOOR, PHILADELPHIA, PA, 19107-3603 | US Mail (1st Class) |
| 30116 | OFFICE OF THE ATTORNEY GENERAL, C/O SHERRI K SIMPSON, LEGAL ASSISTANT, (RE: TEXAS COMPTROLLER OF PUBLIC ACCOUNTS), MARK BROWNING, ESQ - ASST ATTY GENERAL, BANKRUPTCY & COLLECTIONS DIVISION, AUSTIN, TX, 78711-2548 | US Mail (1st Class) |
| 30116 | OFFICE OF THE ATTORNEY GENERAL, OSCAR B FEARS, III, (RE: GEORGIA DEPARTMENT OF REVENUE), 40 CAPITOL SQUARE, SW, ATLANTA, GA, 30334 | US Mail (1st Class) |
| 30116 | OFFICE OF THE ATTORNEY GENERAL, RACHEL JEANNE LEHR, DEPUTY ATTORNEY GENERAL, R J.HUGHES JUSTICE COMPLEX, P O BOX 093, TRENTON, NJ, 08625 | US Mail (1st Class) |
| 30116 | OFFICE OF THE UNITED STATES TRUSTEE, DAVID KLAUDER, ESQUIRE, (RE: UNITED STATES TRUSTEE), 844 KING STEET, SUITE 2311, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 30116 | ORRICK, HERRINGTON & SUTCLIFFE LLP, ROGER FRANKEL, ESQUIRE, (RE: DAVID AUSTERN), RICHARD H WYRON, ESQUIRE, COLUMBIA CENTER, 1152 15TH ST, N.W., WASHINGTON, DC, 20005-1706 | US Mail (1st Class) |
| 30116 | PACHULSKI STANG ZIEHL & JONES LLP, LAURA DAVIS JONES, ESQUIRE, (RE: DEBTORS AND DEBTORS IN POSSESSION), JAMES E O'NEILL, ESQUIRE, 919 NORTH MARKET STREET, 17TH FLOOR, WILMINGTON, DE, 19899-8705 | US Mail (1st Class) |
| 30116 | PAUL D HENDERSON, P C, PAUL D HENDERSON, ESQUIRE, 712 DIVISION AVENUE, ORANGE, TX, 77630 | US Mail (1st Class) |
| 30116 | PENINSULA CAPITAL ADVISORS, L L C, ATTN: TED WESCHLER, 404 EAST MAIN STREET, SECOND FLOOR, CHARLOTTESVILLE, VA, 22902 | US Mail (1st Class) |
| 30116 | PEOPLES FIRST COMMUNITY BANK, ATTN: DIANE STEWART, P O BOX 59950, PANAMA CITY, FL, 32412-0950 | US Mail (1st Class) |
| 30116 | PHILLIPS, GOLDMAN & SPENCE, P A, JOHN C PHILLIPS, JR , ESQUIRE, (RE: DAVID T AUSTERN), 1200 NORTH BROOM STREET, WILMINGTON, DE, 19806 | US Mail (1st Class) |
| 30116 | PILLSBURY WINTHROP LLP, CRAIG BARBAROSH, ESQUIRE, (RE: WELLS FARGO BANK MINNESOTA, NATIONAL ASSOC), 650 TOWN CENTER DRIVE, SUITE 550, COSTA MESA, CA, 92626-7122 | US Mail (1st Class) |
| 30116 | PILLSBURY WINTHROP SHAW PITTMAN LLP, GERALD F GEORGE, ESQUIRE, (RE: COUNSEL TO MACERICH FRESNO LP), 50 FREMONT STREET, SAN FRANCISCO, CA, 94105-2228 | US Mail (1st Class) |
| 30116 | PILLSBURY WINTHROP SHAW PITTMAN LLP, M DAVID MINNICK, ESQUIRE, (RE: COUNSEL TO MACERICH FRESNO LP), MICHAEL P ELLIS, ESQUIRE, 50 FREMONT STREET, SAN FRANCISCO, CA, 94105-2228 | US Mail (1st Class) |
| 30116 | POTTER ANDERSON & CORROON LLP, LAURIE SELBER SILVERSTEIN, ESQUIRE, 1313 N MARKET STREET, 6TH FLOOR, P O BOX 951, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 30116 | PROVOST & UMPHREY, COLIN D MOORE, LAW FIRM, L L P, 490 PARK STREET, BEAUMONT, TX, 77701 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 30116 | PRYOR CASHMAN LLP, ATTN: RICHARD LEVY, JR , ESQUIRE, (RE: COUNSEL TO DIES & HILE LLP), 410 PARK AVENUE, NEW YORK, NY, 10022-4441 | US Mail (1st Class) |
| 30116 | RACHEL B MERSKY, ESQUIRE, MONZACK AND MONACO, P A, (RE: COUNSEL TO UNION TANK CAR COMPANY), 1201 N. ORANGE STREET, SUITE 400, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 30116 | REED SMITH LLP, JAMES J RESTIVO, ESQUIRE, (RE: SPECIAL COUNSEL TO DEBTORS), 435 SIXTH AVENUE, PITTSBURGH, PA, 15219 | US Mail (1st Class) |
| 30116 | RICHARDS, LAYTON & FINGER, P A, MARK D COLLINS, ESQUIRE, (RE: CHASE MANHATTAN BANK), DEBORAH E SPIVACK, ESQUIRE, ONE RODNEY SQUARE, P.O. BOX 551, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 30116 | RIKER DANZIG SCHERER HYLAND & PERRETTI LLP, JOSEPH L SCHWARTZ, ESQUIRE, (RE: THE PRUDENTIAL INSURANCE COMPANY OF AMERICA), CURTIS M PLAZA, ESQUIRE, CRAIG T MORAN, ESQUIRE, MORRISTOWN, NJ, 07962-1981 | US Mail (1st Class) |
| 30116 | ROBINS, KAPLAN, MILLER & CIRESI LLP, BERNICE CONN, ESQUIRE, 2049 CENTURY PARK EAST, SUITE 3700, LOS ANGELES, CA, 90067 | US Mail (1st Class) |
| 30116 | RONALD S BEACHER, ESQUIRE, PITNEY, HARDIN, KIPP & SZUCH LLP, (RE: COUNSEL TO GENERAL ELECTRIC CAPITAL CORPORATION), 7 TIMES SQUARE, NEW YORK, NY, 10036-6524 | US Mail (1st Class) |
| 30116 | ROPES & GRAY, STEVEN T HOORT, ESQUIRE, ONE INTERNATIONAL PLACE, BOSTON, MA, 02110-2624 | US Mail (1st Class) |
| 30116 | ROSENTHAL, MONHAIT, GROSS & GODDESS, P A, CARMELLA P KEENER, ESQUIRE, (RE: COUNSEL TO CNA FINANCIAL CORPORATION), 919 MARKET STREET, SUITE 1401, WILMINGTON, DE, 19899-1070 | US Mail (1st Class) |
| 30116 | ROYAL BANK PLAZA, SOUTH TOWER, DERRICK C TAY /OGILVY RENAULT LLP, (RE: CANADIAN COUNSEL TO DEBTOR), 200 BAY ST, STE 3800, P.O. BOX 84, TORONTO, ON, M5J 2Z4 CANADA | US Mail (1st Class) |
| 30116 | SCHNEIDER NATIONAL, INC., CHARLOTTE KLENKE, ESQUIRE, P O BOX 2545, 3101 S PACKERLAND, GREEN BAY, WI, 54306 | US Mail (1st Class) |
| 30116 | SEALED AIR CORPORATION, KATHERINE WHITE, 200 RIVERFRONT BOULEVARD, ELMWOOD PARK, NJ, 07407 | US Mail (1st Class) |
| 30116 | SEALED AIR CORPORATION, MARY A COVENTRY, 200 RIVERFRONT BLVD, ELMWOOD PARK, NJ, 07407-1033 | US Mail (1st Class) |
| 30116 | SECRETARY OF STATE, DIVISION OF CORPORATIONS, FRANCHISE TAX, P O BOX 7040, DOVER, DE, 19903 | US Mail (1st Class) |
| 30116 | SECURITIES & EXCHANGE COMMISSION, OFFICE OF REORGANIZATION, SUITE 1000, 3475 LENOX ROAD, N E, ATLANTA, GA, 30326-1232 | US Mail (1st Class) |
| 30116 | SECURITIES & EXCHANGE COMMISSION, MICHAEL A BERMAN, OFFICE OF GENERAL COUNSEL-BANKRUPTCY, 100 F STREET, NE, WASHINGTON, DC, 20549 | US Mail (1st Class) |
| 30116 | SENIOR DEPUTY ATTORNEY GENERAL, CHRISTOPHER R MOMJIAN, (RE: COMMONWEALTH OF PA, DEPT. OF REV), ID NO. 057482- OFFICE OF ATTY GENERAL, 21 S 12TH STREET, 3RD FLOOR, PHILADELPHIA, PA, 19107-3603 | US Mail (1st Class) |
| 30116 | SEYFARTH SHAW, PAUL M BAISIER, ESQUIRE, 1545 PEACHTREE STREET, SUITE 700, ATLANTA, GA, 30309 | US Mail (1st Class) |
| 30116 | SHAW GUSSIS DOMANSKIS FISHMAN & GLANTZ, ROBERT M FISHMAN, ESQUIRE, (RE: ZONOLITE ATTIC LITIGATION PLAINTIFFS), 321 N CLARK STREET, CHICAGO, IL, 60610 | US Mail (1st Class) |
| 30116 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP, EDWARD H TILLINGHAST, III, ESQUIRE, TWENTY-FOURTH FLOOR, 30 ROCKEFELLER PLAZA, NEW YORK, NY, 10112 | US Mail (1st Class) |
| 30116 | SHER GARNER CAHILL RICHTER KLEIN & HILBERT, L L C, JAMES M GARNER, ESQUIRE, 909 POYDRAS STREET, SUITE 2800, NEW ORLEANS, LA, 70112-1033 | US Mail (1st Class) |
| 30116 | SIERRA ASSET MANAGEMENT LLC, 2699 WHITE RD , STE 225, IRVINE, CA, 92614-6264 | US Mail (1st Class) |
| 30116 | SILBER PEARLMAN, LLP, MICHAEL J HANNERS, ESQUIRE, (RE: COUNSEL TO ASBESTOS CLAIMANTS), 3102 OAK LAWN AVE. STE 400, DALLAS, TX, 75219-6403 | US Mail (1st Class) |
| 30116 | SIMPSON, THACHER, & BARTLETT, LYNN K NEUNER, ESQUIRE, (RE: TRAVELERS CASUALTY AND SURETY COMPANY), 425 LEXINGTON AVENUE, NEW YORK, NY, 10017-3954 | US Mail (1st Class) |
| 30116 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, D J BAKER, ESQUIRE, (RE: COUNSEL TO SEALED AIR CORPORATION), FOUR TIMES SQUARE, NEW YORK, NY, 10036 | US Mail (1st Class) |
| 30116 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, MARK S CHEHI, ONE RODNEY SQUARE, P O BOX 636, WILMINGTON, DE, 19899-0636 | US Mail (1st Class) |
| 30116 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP, MARK S CHEHI, ESQUIRE, (RE: COUNSEL TO SEALED AIR CORPORATION), ONE RODNEY SQUARE, P.O. BOX 636, WILMINGTON, DE, 19899-0636 | US Mail (1st Class) |
| 30116 | SMITH, KATZENSTEIN & FURLOW LLP, KATHLEEN MILLER, ESQUIRE, (RE: REAUD, MORGAN & QUINN, INC.), 800 DELAWARE AVENUE, 7TH FLOOR, P O BOX 410, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 30116 | SNELLINGS, BREARD, SARTOR, INABNETT & TRASCHER, LL, MR. CHARLES C TRASCHER III, ESQUIRE, (RE: PETERS, SMITH & COMPANY), PO BOX 2055, MONROE, LA, 71207 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 30116 | SOUTH CAROLINA DEPARTMENT OF HEALTH AND ENVIRONMEN, E KATHERINE WELLS, ESQUIRE, 2600 BULL STREET, COLUMBIA, SC, 29201-1708 | US Mail (1st Class) |
| 30116 | SPEIGHTS & RUNYAN, DANIEL A SPEIGHTS, ESQUIRE, (RE: COUNSEL TO ANDERSON MEMORIAL HOSPITAL), 200 JACKSON AVENUE, EAST, P.O. BOX 685, HAMPTON, SC, 29924 | US Mail (1st Class) |
| 30116 | STATE LIBRARY OF OHIO, C/O MICHELLE T SUTTER, REVENUE RECOVERY, OFFICE OF THE ATTORNEY GENERAL, 150 EAST GAY STREET, 23RD FLOOR, COLUMBUS, OH, 43215 | US Mail (1st Class) |
| 30116 | STEPTOE & JOHNSON LLP, HARRY LEE, ESQUIRE, (RE: COUNSEL TO U S FIRE INSURANCE COMPANY), 1330 CONNECTICUT AVENUE, NW, WASHINGTON, DC, 20036 | US Mail (1st Class) |
| 30116 | STEVENS & LEE, P C, JOHN D DEMMY, ESQUIRE, (RE: COUNSEL TO FIRST UNION LEASING), 1105 N. MARKET STREET 7TH FLOOR, WILMINGTON, DE, 19801-1270 | US Mail (1st Class) |
| 30116 | STEVENS & LEE, P C, LEONARD P GOLDBERGER, ESQUIRE, (RE: COUNSEL TO FIREMAN'S FUND INSURANCE COMPANY), 1818 MARKET STREET, 29TH FLOOR, PHILADELPHIA, PA, 19103-1702 | US Mail (1st Class) |
| 30116 | STEVENS & LEE, P C, THOMAS G WHALEN, ESQUIRE, (RE: MARK HANKIN AND HANMAR ASSOCIATES, ET. AL.), 1105 N. MARKET STREET 7TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 30116 | STEVENS & LEE, JOSEPH GREY, ESQUIRE, 1105 N MARKET STREET, SUITE 700, WILMINGTON, DE, 19801-1270 | US Mail (1st Class) |
| 30116 | STIBBE, P C, DORINE VORK, ESQUIRE, 489 FIFTH AVENUE, 32ND FLOOR, NEW YORK, NY, 10017 | US Mail (1st Class) |
| 30116 | STROOCK & STROOCK & LAVAN LLP, LEWIS KRUGER, ESQUIRE, (RE: OFFICIAL COMMITTEE OF UNSECURED CREDITORS), 180 MAIDEN LANE, NEW YORK, NY, 10038-4982 | US Mail (1st Class) |
| 30116 | STUTZMAN BROMBERG, ESSERMAN & PLIFKA PC, SANDER L ESSERMAN, ESQUIRE, (RE: REAUD, MORGAN & QUINN, INC.), ROBERT T BROUSSEAU, VAN J HOOKER, ESQ, 2323 BRYAN STREET, SUITE 2200, DALLAS, TX, 75201 | US Mail (1st Class) |
| 30116 | SUEXIRDA PRAYAGA, 7365 MACLEOD LANE, OFALLON, MO, 63366 | US Mail (1st Class) |
| 30116 | SUFFOLK COUNTY ATTORNEY, DIANE LEONARDO BECKMANN, ASST. COUNTY, ROBERT CIMINO, ESQUIRE, H LEE DENNISON BUILDING, 100 VETERANS MEMORIAL HWY, P O BOX 6100, HAUPPAUGE, NY, 11788-0099 | US Mail (1st Class) |
| 30116 | THE BAYARD FIRM, STEVEN M YODER, ESQUIRE, (RE: COUNSEL TO DIP LENDER), 222 DELAWARE AVENUE, SUITE 900, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 30116 | THE BLACKSTONE GROUP, RICHARD SHINDER, PAMELA ZILLY, BARRY KORN, 345 PARK AVENUE, 30TH FLOOR, NEW YORK, NY, 10154 | US Mail (1st Class) |
| 30116 | THE CAVANAGH FIRM, P A, DON C FLETCHER, ESQUIRE, (RE: COUNSEL TO WESTCOR), 1850 NORTH CENTRAL AVENUE, SUITE 2400, PHOENIX, AZ, 85004 | US Mail (1st Class) |
| 30116 | THE DOW CHEMICAL COMPANY, KATHLEEN MAXWELL, (RE: DOW CHEMICAL COMPANY, ET. AL.), LEGAL DEPARTMENT, 2030 DOW CENTER/OFFICE 732, MIDLAND, MI, 48674 | US Mail (1st Class) |
| 30116 | THE FALLS AT LAMBERTVILLE, HAL PITKOW, ESQUIRE, (RE: PERSONAL INJURY CLAIMANTS), 351 SOUTH MAIN STREET, LAMBERTVILLE, NJ, 08530 | US Mail (1st Class) |
| 30116 | THE GIBSON LAW FIRM, PLLC, 447 NORTHPARK DRIVE, RIDGELAND, MS, 39157 | US Mail (1st Class) |
| 30116 | THE LAW OFFICES OF PETER G ANGELOS, P C, PAUL M MATHENY, 5905 HARFORD RD, BALTIMORE, MD, 21214 | US Mail (1st Class) |
| 30116 | THE MILLS CORPORATION, LEGAL DEPARTMENT, ONTARIO MILLS LP, 225 W WASHINGTON STREET, INDIANAPOLIS, IN, 46204-3435 | US Mail (1st Class) |
| 30116 | THE SCHULTZ ORGANIZATION, MR. HARVEY SCHULTZ, (RE: CARTERET VENTURE), 4 WOODS END, OCEAN, NJ, 07712-4181 | US Mail (1st Class) |
| 30116 | THE SCOTT LAW GROUP, DARRELL W SCOTT, (RE: COUNSEL TO MARCO BARBANTI), 926 W. SPRAGUE AVE, SUITE 583, SPOKANE, WA, 99201 | US Mail (1st Class) |
| 30116 | THOMAS J NOONAN, JR, C/O R& S LIQUIDATION COMPANY, 5 LYONS MALL PMB #530, BASKING RIDGE, NJ, 07920-1928 | US Mail (1st Class) |
| 30116 | TN ATTORNEY GENERAL'S OFFICE, BANKR. UNIT, PAUL G SUMERS, ESQUIRE, (RE: TENNESSEE DEPARTMENT OF ENVIRONMENT AND CONSERVAT), P.O. BOX 20207, NASHVILLE, TN, 37202-0207 | US Mail (1st Class) |
| 30116 | TRADE-DEBT.NET, P O BOX 1487, WEST BABYLON, NY, 11704-0487 | US Mail (1st Class) |
| 30116 | U S DEPARTMENT OF JUSTICE, JAMES D FREEMAN, ESQUIRE, ENVIRONMENTAL ENFORCEMENT SECTION, 1961 STOUT STREET, FLOOR 8, DENVER, CO, 80294-1961 | US Mail (1st Class) |
| 30116 | VAN COTT, BAGLEY, CORNWALL & MCCARTHY, J ROBERT NELSON, ESQUIRE, (RE: THE VAN COTT, BAGLEY, ET. AL.), 50 SOUTH MAIN STREET, #1600, SALT LAKE CITY, UT, 84145 | US Mail (1st Class) |
| 30116 | VITO I DIMAIO, PARCELS, INC., (RE: COPY SERVICE), 10TH & KING STREETS, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 30116 | W R GRACE AND CO, MARK SHELNITZ, (RE: W R GRACE & CO.), 7500 GRACE DRIVE, COLUMBIA, MD, 21044 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 30116 | WEIL, GOTSHAL & MANGES LLP, MARTIN J BIENENSTOCK, ESQUIRE, (RE: AD HOC COMMITTEE OF EQUITY SECURITY HOLDERS), JUDY G Z LIU, ESQUIRE, 767 FIFTH AVENUE, NEW YORK, NY, 10153 | US Mail (1st Class) |
| 30116 | WESTOVER INVESTMENTS, L L C, MICHAEL SELIG, 555 OLD GARTH ROAD, CHARLOTTESVILLE, VA, 22901 | US Mail (1st Class) |
| 30116 | WHITE AND WILLIAMS LLP, CURTIS CROWTHER, ESQUIRE, (RE: COUNSEL TO CENTURY INDEMNITY COMPANY), 824 NORTH MARKET STREET, SUITE 902, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 30116 | WHITE AND WILLIAMS LLP, JAMES S YODER, ESQUIRE, (RE: ALLSTATE INSURANCE COMPANY), 824 MARKET STREET, SUITE 902, WILMINGTON, DE, 19899-0709 | US Mail (1st Class) |
| 30116 | WILDMAN, HARROLD, ALLEN & DIXON, JONATHAN W YOUNG, 225 WEST WACKER DRIVE, SUITE 3000, CHICAGO, IL, 60606-1229 | US Mail (1st Class) |
| 30116 | WILDMAN, HARROLD, ALLEN & DIXON, T KELLAN GRANT, 225 WEST WACKER DRIVE, SUITE 3000, CHICAGO, IL, 60606-1229 | US Mail (1st Class) |
| 30116 | WILENTZ, GOLDMAN & SPITZER, DEIRDRE WOULFE PACHECO, ESQUIRE, (RE: COUNSEL TO ASBESTOS CLAIMANTS), 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 | US Mail (1st Class) |
| 30116 | WILLIAM E FRESE, ESQUIRE, ATTN: SHEREE L KELLY, ESQUIRE, (RE: PUBLIC SERVICE ELECTRIC AND GAS COMPANY), 80 PARK PLAZA, T5D, NEWARK, NJ, 07101 | US Mail (1st Class) |
| 30116 | WILLIAMS & CONNOLLY LLP, VICTORIA RADD ROLLINS, PHILIP J WARD, 725 TWELFTH STREET NW, WASHINGTON, DC, 20005 | US Mail (1st Class) |
| 30116 | WILLIAMS KHERKHER HART & BOUNDAS, LLP, LAURENCE G TIEN, ESQUIRE, STEVEN J KHERKHER, ESQUIRE, 8441 GULF FREEWAY, SUITE #600, HOUSTON, TX, 77017 | US Mail (1st Class) |
| 30116 | WILSON, ELSER, MOSKOWITZ, EDELMAN, DICKER LLP, CARL PERICONE, ESQUIRE, (RE: COUNSEL TO ROYAL INSURANCE), 150 EAST 42 STREET, NEW YORK, NY, 10019-5639 | US Mail (1st Class) |
| 30116 | WINSTON & STRAWN, DAVID W WIRT, ESQUIRE, (RE: COUNSEL TO POTASH CORP), 35 WEST WACKER DRIVE, CHICAGO, IL, 60601 | US Mail (1st Class) |
| 30116 | WOLF, BLOCK, SCHORR AND SOLIS-COHEN LLP, TODD C SCHILTZ, ESQUIRE, (RE: GENERAL ELECTRIC CORPORATION), WILMINGTON TRUST CENTER, 1100 N MARKET STREET, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 30116 | WOMBLE CARLYE SANDRIDGE & RICE LLC, FRANCIS A MONACO, JR , ESQUIRE, (RE: INGERSOLL-RAND FLUID PRODUCTS ET. AL.), 222 DELAWARE AVENUE, 15TH FLOOR, WILMINGTON, DE, 19801 | US Mail (1st Class) |
| 30116 | XEROX CAPITAL SERVICES, LLC, P O BOX 660502, DALLAS, TX, 75266-0502 | US Mail (1st Class) |
| 30116 | ZEICHNER ELLMAN & KRAUSE, MICHAEL S DAVIS, ESQUIRE, (RE: NATIONAL UNION FIRE INSURANCE CO. OF PITTSBURGH PA), 575 LEXINGTON AVENUE, NEW YORK, NY, 10022 | US Mail (1st Class) |

**Subtotal for this group: 248**