# EXHIBIT 5

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29988 | LIPMAN, DAVID M, 5915 PONCE DE LEON BLVD # 44, CORAL GABLES, FL, 33146 | US Mail (1st Class) |
| 29988 | MAPLES, F GERALD, 902 JULIA ST, NEW ORLEANS, LA, 70113 | US Mail (1st Class) |
| 29988 | PARRISH, J R, 220 ROSE LANE, LAUREL, MS, 39443 | US Mail (1st Class) |
| 29988 | WHYLAND, CHRISTOPHER, 4500 BRICKYARD FALLS RD, MANLIUS, NY, 13104 | US Mail (1st Class) |
| 29988 | ANAPOL SCHWARTZ WEISS COHAN FELDMAN & SMALLEY PC, MILLER, THERESA, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 29988 | ANAPOL SCHWARTZ, COHAN, LAWRENCE R, 1710 SPRUCE ST, PHILADELPHIA, PA, 19103-6716 | US Mail (1st Class) |
| 29988 | BAGGETT, MCCALL & BURGESS, 3006 COUNTRY CLUB RD, LAKE CHARLES, LA, 70605-5920 | US Mail (1st Class) |
| 29988 | BAILEY STULTZ OLDAKER & GREENE, OLDAKER, BRADLEY R, PO BOX 1310, WESTON, WV, 26452-1310 | US Mail (1st Class) |
| 29988 | BALDWIN & BALDWIN, 400 W HOUSTON ST, MARSHALL, TX, 75670 | US Mail (1st Class) |
| 29988 | BARON & BUDD, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 | US Mail (1st Class) |
| 29988 | BARON & BUDD, RICH, ALAN B, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 | US Mail (1st Class) |
| 29988 | BARRETT LAW OFFICES, 404 COURT SQUARE N, LEXINGTON, MS, 39095 | US Mail (1st Class) |
| 29988 | BOECHLER PC, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 | US Mail (1st Class) |
| 29988 | BOECHLER PC, BOECHLER, JEANETTE, 1120 28TH AVE N STE A, FARGO, ND, 58102-1334 | US Mail (1st Class) |
| 29988 | BOGDAN LAW FIRM, 8866 GIULF FWY STE 515, HOUSTON, TX, 77017-6549 | US Mail (1st Class) |
| 29988 | BRAYTON PURCELL, 222 RUSH LANDING RD PO BOX 6169, NOVATO, CA, 94948-6169 | US Mail (1st Class) |
| 29988 | BRAYTON PURCELL, BRAYTON, ALAN R, 222 RUSH LANDING RD, PO BOX 6169, NOVATO, CA, 94948-6169 | US Mail (1st Class) |
| 29988 | BRENT COON & ASSOC, 3550 FANNIN, BEAUMONT, TX, 77701 | US Mail (1st Class) |
| 29988 | BRENT COON & ASSOCIATES, 917 FRANKLIN STE 100, HOUSTON, TX, 77002 | US Mail (1st Class) |
| 29988 | BROOKMAN ROSENBERG BROWN & SANDLER, ONE PENN SQ W 17TH FL, 30 S 15TH ST, PHILADELPHIA, PA, 19102-4826 | US Mail (1st Class) |
| 29988 | BROWN, TERRELL, HOGAN, ET AL, 233 E BAY ST STE 804, JACKSONVILLE, FL, 32202-3451 | US Mail (1st Class) |
| 29988 | BRUEGGER & MCCULLOUGH, PC, BRUEGGER, JOSEPH F, 9400 N CENTRAL EXPY STE 1305, DALLAS, TX, 75231 | US Mail (1st Class) |
| 29988 | CAMPBELL CHERRY HARRISON DAVIS & DOVE, HENDRICKS, SHEILA, PO BOX 21387, WACO, TX, 76702-1387 | US Mail (1st Class) |
| 29988 | CAMPBELL CHERRY HARRISON DAVIS DOVE, HENDRICKS, SHEILA, PO BOX DRAWER 21387, WACO, TX, 76702 | US Mail (1st Class) |
| 29988 | CAROSELLI BEACHLER MCTIERNAN & CONBOY, COLEMAN, CRAIG E, 312 BLVD OF THE ALLIES 8TH FL, PITTSBURGH, PA, 15222-1916 | US Mail (1st Class) |
| 29988 | CASCINO VAUGHAN LAW OFFCS LTD, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 | US Mail (1st Class) |
| 29988 | CASCINO VAUGHAN LAW OFFCS LTD, CASCINO, MICHAEL P, 220 S ASHLAND AVE, CHICAGO, IL, 60607-5308 | US Mail (1st Class) |
| 29988 | CASCINO VAUGHAN LAW OFFICES, 220 SOUTH ASHLAND, CHICAGO, IL, 60607 | US Mail (1st Class) |
| 29988 | CHARLES E GIBSON III & ASSOCIATES, 447 NORTH PARK DR, RIDGELAND, MS, 39157-5109 | US Mail (1st Class) |
| 29988 | CHRIS PARKS & ASSOCIATES, 1 PLAZA SQUARE 2ND FL, PORT ARTHUR, TX, 77642 | US Mail (1st Class) |
| 29988 | CLAPPER PATTI SCHWEIZER & MASON, 2330 MARINSHIP WAY STE 140, SAUSALITO, CA, 94965 | US Mail (1st Class) |
| 29988 | COADY LAW FIRM, COADY, EDWARD P, 205 PORTLAND ST, BOSTON, MA, 02114-1721 | US Mail (1st Class) |
| 29988 | COADY LAW FIRM, COADY, EDWARD PAUL, 205 PORTLAND ST, BOSTON, MA, 02114-1721 | US Mail (1st Class) |
| 29988 | COONEY & CONWAY, 120 NORTH LASALLE STREET, 30TH FLOOR, CHICAGO, IL, 60602 | US Mail (1st Class) |
| 29988 | COONEY & CONWAY, 120 N LASALLE ST 30 TH FL, CHICAGO, IL, 60602 | US Mail (1st Class) |
| 29988 | CROWLEY DOUGLAS & NORMAN LLP, DOUGLAS, GLENN M, 1301 MCKINNEY ST STE 3500, HOUSTON, TX, 77010-3034 | US Mail (1st Class) |
| 29988 | DANNY E CUPIT PC, CUPIT, DANNY E, 304 N CONGRESS ST, PO BOX 22929, JACKSON, MS, 39225-2929 | US Mail (1st Class) |
| 29988 | DAVID PARRON & GARY PARISH, ATTYS, 404 E 1ST, ARLINGTON, TX, 76010-1643 | US Mail (1st Class) |
| 29988 | DAVID PARRON & GARY PARISH, ATTYS, PARRON, DAVID, 404 E 1ST, ARLINGTON, TX, 76010-1643 | US Mail (1st Class) |
| 29988 | DAVID PARRON & GARY PARISH, ATTYS, PARRON, DAVID D, 404 E 1ST, ARLINGTON, TX, 76010-1643 | US Mail (1st Class) |
| 29988 | DEAKLE LAW FIRM, 802 N MAIN ST, HATTIESBURG, MS, 39401 | US Mail (1st Class) |
| 29988 | DONALDSON & BLACK PA, BLACK, JANET W, 208 W WENDOVER AVE, GREENSBORO, NC, 27401-1307 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29988 | EARLY LUDWICK SWEENEY & STRAUSS LLC, ONE CENTURY TOWER 11TH FL, 265 CHURCH ST PO BOX 1866, NEW HAVEN, CT, 06508-1866 | US Mail (1st Class) |
| 29988 | EDWARD O MOODY PA, 801 W 4TH ST, LITTLE ROCK, AR, 72201 | US Mail (1st Class) |
| 29988 | EDWARD O MOODY PA, MOODY, EDWARD O, 801 W 4TH ST, LITTLE ROCK, AR, 72201 | US Mail (1st Class) |
| 29988 | ENVIRONMENTAL LITIGATION GROUP PC, PALMER, ROBERT LESLIE, 3529 7TH AVE S, BIRMINGHAM, AL, 35222 | US Mail (1st Class) |
| 29988 | F GERALD MAPLES PA, 902 JULIA ST, NEW ORLEANS, LA, 70113 | US Mail (1st Class) |
| 29988 | FERRARO & ASSOCIATES, 4000 PONCE DE LEON BLVD, STE 700, MIAMI, FL, 33146-1434 | US Mail (1st Class) |
| 29988 | FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146-1434 | US Mail (1st Class) |
| 29988 | FOSTER & SEAR, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011 | US Mail (1st Class) |
| 29988 | FOSTER & SEAR, WERT, SCOTT W, 524 E LAMAR BLVD STE 200, ARLINGTON, TX, 76011-3901 | US Mail (1st Class) |
| 29988 | G PATTERSON KEAHEY PC, KEAHEY, G P, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 | US Mail (1st Class) |
| 29988 | G PATTERSON KEAHEY PC, KEAHEY, G PATTERSON, 1 INDEPENDENCE PLZ STE 612, BIRMINGHAM, AL, 35209-2637 | US Mail (1st Class) |
| 29988 | GOLDBERG PERSKY & WHITE, 1030 FIFTH AVE THIRD FLOOR, PITTSBURGH, PA, 15219-6295 | US Mail (1st Class) |
| 29988 | GOLDBERG PERSKY & WHITE PC, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 | US Mail (1st Class) |
| 29988 | GOLDBERG PERSKY & WHITE PC, CLACK, LANE, 4800 FASHION SQUARE BLVD STE 260, SAGINAW, MI, 48604-2602 | US Mail (1st Class) |
| 29988 | GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025 | US Mail (1st Class) |
| 29988 | GOLDBERG, MILLER, HELLER & ANTOGNOLI PC, GORI, RANDY L, 2227 S STATE ROUTE 157, PO BOX 959, EDWARDSVILLE, IL, 62025 | US Mail (1st Class) |
| 29988 | GOLDENBERG MILLER HELLER & ANTOGNOLI, GORI, RANDY L, 2227 S STATE ROUTE 157, EDWARDSVILLE, IL, 62025-3646 | US Mail (1st Class) |
| 29988 | GREITZER & LOCKS, 1500 WALNUT STREET 20TH FLOOR, PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 29988 | GREITZER & LOCKS, LEH, MICHAEL B, 1500 WALNUT ST 20TH FLR, PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 29988 | GREITZER & LOCKS, WALSH, JANET, 1500 WALNUT ST 20TH FLR, PHILADELPHIA, PA, 19102 | US Mail (1st Class) |
| 29988 | HARTLEY & O`BRIEN PLLC, BURGE, MISSY, 2001 MAIN ST STE 600, WHEELING, WV, 26003 | US Mail (1st Class) |
| 29988 | HARTLEY & OBRIEN, OBRIEN, JAMES M, 2001 MAIN ST STE 600, WHEELING, WV, 26003-2855 | US Mail (1st Class) |
| 29988 | HARVIT & SCHWARTZ LC, SCHWARTZ, WILLIAM K, 2018 KANAWHA BLVD E, CHARLESTON, WV, 25311-2204 | US Mail (1st Class) |
| 29988 | HEARD ROBINS CLOUD & LUBEL LLP, CLOUD, IAN P, 500 DALLAS ST STE 3100, HOUSTON, TX, 77002-4711 | US Mail (1st Class) |
| 29988 | HISSEY KIENTZ & HERRON PLLC, 16800 IMPERIAL VALLEY DR STE 130, HOUSTON, TX, 77060-3125 | US Mail (1st Class) |
| 29988 | HOWARD BRENNER & NASS, BRENNER, DAVID, 1608 WALNUT ST STE 1700, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 29988 | J RONALD PARRISH, 220 ROSE LANE, LAUREL, MS, 39443 | US Mail (1st Class) |
| 29988 | JACOBS & CRUMPLAR, 2 EAST 7TH ST PO BOX 1271, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 29988 | JACOBS & CRUMPLAR, P A, 2 EAST 7TH STREET, PO BOX 1271, WILMINGTON, DE, 19899 | US Mail (1st Class) |
| 29988 | JAMES D BURNS, P S, 2200 FOURTH AVE, SEATTLE, WA, 98121-2087 | US Mail (1st Class) |
| 29988 | JAMES F HUMPHREYS & ASSOCIATES, LC, UNITED CENTER, STE 800, 500 VIRGINIA ST E, CHARLESTON, WV, 25301-2125 | US Mail (1st Class) |
| 29988 | JAMES HESSION, HESSION, JAMES, 200 N SAGINAW STREET, ST CHARLES, MI, 48655 | US Mail (1st Class) |
| 29988 | JANET WARD BLACK, 208 WEST WENDOVER AVE, GREENSBORO, NC, 27401 | US Mail (1st Class) |
| 29988 | KAESKE LAW FIRM, KAESKE JR, MICHAEL L, 6301 GASTON AVE STE 735, DALLAS, TX, 75214-6242 | US Mail (1st Class) |
| 29988 | KELLEY & FERRARO LLP, 2200 KEY TOWER 127 PUBLIC SQ, CLEVELAND, OH, 44114 | US Mail (1st Class) |
| 29988 | KELLEY & FERRARO LLP, CUMMINGS, ROBYN M, 2200 KEY TOWER 127 PUBLIC SQ, CLEVELAND, OH, 44114-9486 | US Mail (1st Class) |
| 29988 | KELLEY & FERRARO LLP, WILSON, THOMAS M, 200 KEY TOWER 127 PUBLIC SQUARE, CLEVELAND, OH, 44114 | US Mail (1st Class) |
| 29988 | KELLEY & FERRARO, WILSON, THOMAS M, 1300 E 9TH ST STE 1901, CLEVELAND, OH, 44114 | US Mail (1st Class) |
| 29988 | KELLEY & FERRARO, WILSON, THOMAS M, 2200 KEY TOWER 127 PUBLIC SQUARE, CLEVELAND, OH, 44114 | US Mail (1st Class) |
| 29988 | KENNETH P HICKS LEGAL CORP, 742 4TH AVE, HUNTINGTON, WV, 25701 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29988 | KOONZ MCKENNEY JOHNSON DEPAOLIS & LIGHTFOOT, DEPAOLIS, PETER C, 10300 EATON PLACE #200, FAIRFAX, VA, 22030 | US Mail (1st Class) |
| 29988 | LAUDIG GEORGE RUTHERFORD & SIPES, GEORGE, LINDA, 156 E MARKET ST STE 600, INDIANAPOLIS, IN, 46204-3227 | US Mail (1st Class) |
| 29988 | LAW OFFC CHRISTOPHER GRELL, NIKI ARCIA, 360 22ND ST STE 320, OAKLAND, CA, 94612 | US Mail (1st Class) |
| 29988 | LAW OFFC PETER G ANGELOS, ONE CHARLES CTR 100 N CHARLES ST, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 29988 | LAW OFFC PETER G ANGELOS, MATHENY, PAUL M, ONE CHARLES CTR 100 N CHARLES ST, BALTIMORE, MD, 21201 | US Mail (1st Class) |
| 29988 | LAW OFFICE OF JEFFREY A VARAS, PO BOX 886, 119 CALDWELL DR, HAZLEHURST, MS, 39083-3022 | US Mail (1st Class) |
| 29988 | LAW OFFICE OF JEFFREY A VARAS, VARAS, JEFFREY A, PO BOX 886, 119 CALDWELL DR, HAZLEHURST, MS, 39083-3022 | US Mail (1st Class) |
| 29988 | LAW OFFICES OF DAVID MCQUADE LEIBOWITZ, 2000 RIVERVIEW TOWERS, 111 SOLEDAD, SAN ANTONIO, TX, 78205 | US Mail (1st Class) |
| 29988 | LAW OFFICES OF JOHN C DEARIE & ASSOCIATES, 3265 JOHNSON AVENUE, RIVERDALE, NY, 10463 | US Mail (1st Class) |
| 29988 | LAW OFFICES OF JON A SWARTZFAGER, SWARTZFAGER, JON A, 442 N 6TH AVE, PO BOX 131, LAUREL, MS, 39441-0131 | US Mail (1st Class) |
| 29988 | LAW OFFICES OF LEBLANC & WADDELL, LEBLANC DUNCAN, JENA, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 | US Mail (1st Class) |
| 29988 | LAW OFFICES OF MARTIN DIES, 1601 RIO GRANDE ST STE 330, AUSTIN, TX, 78701-1149 | US Mail (1st Class) |
| 29988 | LAW OFFICES OF MATTHEW BERGMAN, PO BOX 2010, VASHON, WA, 98070 | US Mail (1st Class) |
| 29988 | LAW OFFICES OF PAUL A WEYKAMP, 16 STENERSEN LANE STE 2, HUNT VALLEY, MD, 21030 | US Mail (1st Class) |
| 29988 | LAW OFFICES OF PETER G ANGELOS, 5905 HARFORD RD, BALTIMORE, MD, 21214 | US Mail (1st Class) |
| 29988 | LAW OFFICES OF PETER G ANGELOS, MATHENY, PAUL M, UNION PARK CENTER, 5905 HARFORD RD, BALTIMORE, MD, 21214-1846 | US Mail (1st Class) |
| 29988 | LEBLANC & WADDELL LLP, C/O JENA LEBLANC DUNCAN, 3102 OAK LAWN AVE SUITE 1100, DALLAS, TX, 75219 | US Mail (1st Class) |
| 29988 | LEBLANC & WADDELL LLP, DUNCAN, JENA L, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 | US Mail (1st Class) |
| 29988 | LEBLANC & WADDELL LLP, LEBLANC DUNCAN, JENA, 3102 OAK LAWN AVE STE 1100, DALLAS, TX, 75219-4281 | US Mail (1st Class) |
| 29988 | LEVINSON AXELROD PA, GRAYZEL, RONALD B, 2 LINCOLN HWY, EDISON, NJ, 08820-3961 | US Mail (1st Class) |
| 29988 | LEVY PHILLIPS & KONIGSBERG, KOMITOR, ROBERT I, 800 3RD AVE 13TH FL, NEW YORK, NY, 10022-7649 | US Mail (1st Class) |
| 29988 | LEWIS SLOVAK & KOVACICH, LEWIS, TOM L, 725 3RD AVE N, PO BOX 2325, GREAT FALLS, MT, 59403-2325 | US Mail (1st Class) |
| 29988 | LIPSITZ AND PONTERIO, LLC, LIPSITZ, JOHN N, 135 DELAWARE AVE STE 210, BUFFALO, NY, 14202-2410 | US Mail (1st Class) |
| 29988 | LUNDY & DAVIS, SOUTH, JACKEY W, 501 BROAD ST PO BOX 3010, LAKE CHARLES, LA, 70602 | US Mail (1st Class) |
| 29988 | LYNCH MARTIN & KROLL, PO BOX 6022, 1368 HOW LANE, NORTH BRUNSWICK, NJ, 08902 | US Mail (1st Class) |
| 29988 | MAPLES & KIRWAN, LLC, F GERALD MAPLES, ESQ, 902 JULIA ST, NEW ORLEANS, LA, 70113-1114 | US Mail (1st Class) |
| 29988 | MAPLES & LOMAX PA, MAPLES, F G, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 | US Mail (1st Class) |
| 29988 | MAPLES & LOMAX PA, MAPLES, F G, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 | US Mail (1st Class) |
| 29988 | MAPLES & LOMAX PA, MAPLES, F GERALD, PO DRAWER 1368, 2502 MARKET ST, PASCAGOULA, MS, 39567-5156 | US Mail (1st Class) |
| 29988 | MAPLES AND LOMAX PA, 2502 MARKET ST, PASCAGOULA, MS, 39568 | US Mail (1st Class) |
| 29988 | MARTIN & JONES, RILEY, J MICHAEL, 410 GLENWOOD AVE STE 200, RALEIGH, NC, 27603-1255 | US Mail (1st Class) |
| 29988 | MAZUR & KITTEL PLLC, SOBH, JAMIE, 30665 NORTHWESTERN HWY STE 175, FARMINGTON HILLS, MI, 48334 | US Mail (1st Class) |
| 29988 | MCGARVEY HEBERLING SULLIVAN & MCGARVEY, HEBERLING, JON L, 745 S MAIN ST, KALISPELL, MT, 59901-5341 | US Mail (1st Class) |
| 29988 | MCPHERSON MONK HUGHES BRADLEY WIMBERLEY STEELE LLP, 3210 CENTRAL MALL DR, PORT ARTHUR, TX, 77642 | US Mail (1st Class) |
| 29988 | MICHAEL B SERLING PC, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 | US Mail (1st Class) |
| 29988 | MICHAEL B SERLING PC, SERLING, MICHAEL B, 280 N OLD WOODWARD AVE STE 406, BIRMINGHAM, MI, 48009-5394 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29988 | MICHAELS JONES MARTIN PARRIS & TESSENER, 410 GLENWOOD AVENUE, SUITE 200, RALEIGH, NC, 27603 | US Mail (1st Class) |
| 29988 | MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, KENDALL, GARY W, 500 COURT SQ STE 300, CHARLOTTESVILLE, VA, 22902-5146 | US Mail (1st Class) |
| 29988 | MICHIE HAMLETT LOWRY RASMUSSEN & TWEEL, KENDALL, GARY W, PO BOX 298, CHARLOTTESVILLE, VA, 22902 | US Mail (1st Class) |
| 29988 | MORGAN & MEYERS, MORGAN, COURTNEY, 3200 GREENFIELD RD STE 260, DEARBORN, MI, 48120-1800 | US Mail (1st Class) |
| 29988 | MORRIS & SAKALARIOS, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 | US Mail (1st Class) |
| 29988 | MORRIS SAKALARIOS & BLACKWELL, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 | US Mail (1st Class) |
| 29988 | MORRIS SAKALARIOS & BLACKWELL, SAKALARIOS, ANTHONY, 1817 HARDY ST, HATTIESBURG, MS, 39401-4914 | US Mail (1st Class) |
| 29988 | MOTLEY RICE, ATTN SANDRA ORVIH, PO BOX 1792, MOUNT PLEASANT, SC, 29465 | US Mail (1st Class) |
| 29988 | MOTLEY RICE LLC, PO BOX 1792, MOUNT PLEASANT, SC, 29465 | US Mail (1st Class) |
| 29988 | MOTLEY RICE, ORVIG, SANDRA, PO BOX 1792, MOUNT PLEASANT, SC, 29465 | US Mail (1st Class) |
| 29988 | NIX PATTERSON & ROACH, 205 LINDA DR, DAINGERFIELD, TX, 75638 | US Mail (1st Class) |
| 29988 | NIX PATTERSON ROACH, 206 LINDA DRIVE, DANGERFIELD, TX, 75638 | US Mail (1st Class) |
| 29988 | O`BRIEN LAW FIRM, ONE METROPOLITAN SQUARE 211 N BROADWAY STE 1500, SAINT LOUIS, MO, 63102 | US Mail (1st Class) |
| 29988 | ODOM LAW FIRM, WINBURN, RUSSELL B, PO DRAWER 1868, FAYETTEVILLE, AR, 72702 | US Mail (1st Class) |
| 29988 | PARRON LAW FIRM, 404 E 1ST, ARLINGTON, TX, 76010-1643 | US Mail (1st Class) |
| 29988 | PAUL D HENDERSON PC, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 | US Mail (1st Class) |
| 29988 | PAUL D HENDERSON PC, HENDERSON, PAUL D, 712 W DIVISION AVE, ORANGE, TX, 77630-6320 | US Mail (1st Class) |
| 29988 | PAUL HANLEY & HARLEY, 1608 4TH ST STE 300, BERKELEY, CA, 94710 | US Mail (1st Class) |
| 29988 | PAUL REICH & MYERS P C, 1608 WALNUT STREET SUITE 500, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 29988 | PAUL REICH & MYERS, PAUL, ROBERT E, 1608 WALNUT ST STE 500, PHILADELPHIA, PA, 19103 | US Mail (1st Class) |
| 29988 | PAUL, HANLEY & HARLEY LLP, 1608 FOURTH ST STE 300, BERKELEY, CA, 94710-1749 | US Mail (1st Class) |
| 29988 | PEIRCE RAIMOND & COULTER PC, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 | US Mail (1st Class) |
| 29988 | PEIRCE RAIMOND & COULTER PC, PEIRCE JR, ROBERT N, 707 GRANT ST STE 2500, PITTSBURGH, PA, 15219-1945 | US Mail (1st Class) |
| 29988 | POLLACK & FLANDERS, 50 CONGRESS ST, BOSTON, MA, 02109 | US Mail (1st Class) |
| 29988 | PORTER & MALOUF, P A, 825 RIDGEWOOD RD, RIDGELAND, MS, 39157 | US Mail (1st Class) |
| 29988 | PROVOST UMPHREY LAW FIRM LLP, MOORE, COLIN D, 490 PARK ST, BEAUMONT, TX, 77701 | US Mail (1st Class) |
| 29988 | PROVOST UMPHREY, MOORE, COLIN, 490 PARK ST, BEAUMONT, TX, 77701 | US Mail (1st Class) |
| 29988 | REAUD MORGAN & QUINN, PO BOX 26005, BEAUMONT, TX, 77720-6005 | US Mail (1st Class) |
| 29988 | REAUD MORGAN & QUINN, 801 LAUREL AVENUE, BEAUMONT, TX, 77701 | US Mail (1st Class) |
| 29988 | REYES & O SHEA, REYES, ANGEL M, 1101 BRICKELL AVE STE 1601, MIAMI, FL, 33131-3117 | US Mail (1st Class) |
| 29988 | ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS, SUITE 2020, HOUSTON, TX, 77002 | US Mail (1st Class) |
| 29988 | ROBINS CLOUD GREENWOOD & LUBEL, 910 TRAVIS STE 2020, HOUSTON, TX, 77002 | US Mail (1st Class) |
| 29988 | RODMAN, RODMAN & SANDMAN, P C, ONE MALDEN SQUARE BUILDING, 442 MAIN STREET, SUITE 300, MALDEN, MA, 02148-5122 | US Mail (1st Class) |
| 29988 | ROSE KLEIN AND MARIAS, 801 S GRAND 11TH FL, LOS ANGELES, CA, 90017 | US Mail (1st Class) |
| 29988 | SALES TILLMAN WALLBAUM CATLETT & SATTERLEY PLLC, SALES, KENNETH L, 1900 WATERFRONT PLAZA, 325 W MAIN ST, LOUISVILLE, KY, 40202-4254 | US Mail (1st Class) |
| 29988 | SALES TILLMAN WALLBAUM CATLETT & SATTERLEY, SALES, KENNETH L, 325 W MAIN ST STE 1900, LOUISVILLE, KY, 40202 | US Mail (1st Class) |
| 29988 | SHEIN LAW CENTER LTD, SHEIN, BENJAMIN P, 121 S BROAD ST 21ST FL, PHILADELPHIA, PA, 19107-4533 | US Mail (1st Class) |
| 29988 | SHINABERRY, MEADE & VENEZIA L C, 2018 KANAWHA BLVD EAST, CHARLESTON, WV, 25311 | US Mail (1st Class) |
| 29988 | SIEBEN POLK LAVERDIERE & DUSICH, DUSICH, BERNIE M, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 | US Mail (1st Class) |
| 29988 | SIEBEN POLK LAVERDIERE & DUSICH, HERTOGS, SCOTT J, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29988 | SIEBEN POLK LAVERDIERE & DUSICH, LAVERDIERE, RICHARD A, 999 WESTVIEW DR, HASTINGS, MN, 55033-2432 | US Mail (1st Class) |
| 29988 | SILBER PEARLMAN LLP, 2711 NORTH HASKELL FL 5LB32, DALLAS, TX, 75204-2911 | US Mail (1st Class) |
| 29988 | SILBER PEARLMAN LLP, HANNERS, MICHAEL, 3102 OAK LAWN AVE STE 400, DALLAS, TX, 75204 | US Mail (1st Class) |
| 29988 | SILBER PEARLMAN LLP, HANNERS, MICHAEL J, 3102 OAK LAWN AVE STE 400, DALLAS, TX, 75204 | US Mail (1st Class) |
| 29988 | SIMMONS COOPER LLC, PHILLIPS, ROBERT W, 707 BERKSHIRE BLVD, PO BOX 521, EAST ALTON, IL, 62024 | US Mail (1st Class) |
| 29988 | TERRENCE M JOHNSON, JOHNSON, TERRENCE M, 455 E ILLINOIS STE 361, CHICAGO, IL, 60611 | US Mail (1st Class) |
| 29988 | THE CALWELL PRACTICE PLLC, 500 RANDOLPH ST, CHARLESTON, WV, 25302-2019 | US Mail (1st Class) |
| 29988 | THE CARLILE LAW FIRM LLP, CARLILE, DAVID C, 400 S ALAMO, MARSHALL, TX, 75670 | US Mail (1st Class) |
| 29988 | THE FERRARO LAW FIRM, 4000 PONCE DE LEON BLVD STE 700, MIAMI, FL, 33146 | US Mail (1st Class) |
| 29988 | THE GIBSON LAW FIRM, HEARD, CHASTITY, 447 NORTHPARK DR, RIDGELAND, MS, 39157 | US Mail (1st Class) |
| 29988 | THE LANIER LAW FIRM PC, RACHAL, ASTRIA A, 6810 FM 1960 W, HOUSTON, TX, 77069 | US Mail (1st Class) |
| 29988 | THE LANIER LAW FIRM, PC, 6810 FM 1960 W, HOUSTON, TX, 77069-3804 | US Mail (1st Class) |
| 29988 | THE LAW FIRM OF ALWYN H LUCKEY, LUCKEY, ALWYN H, PO BOX 724, OCEAN SPRINGS, MS, 39566-0072 | US Mail (1st Class) |
| 29988 | THE LAW FIRM OF ALWYN LUCKEY, 2016 BIENVILLE BLVD, OCEAN SPRINGS, MS, 39564 | US Mail (1st Class) |
| 29988 | THE LAW FIRM OF LARRY NORRIS, PO BOX 8, 101 FERGUSON STREET, HATTIESBURG, MS, 39401 | US Mail (1st Class) |
| 29988 | THE SUTTER LAW FIRM PLCC, JOHN E SUTTER, ESQ, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 | US Mail (1st Class) |
| 29988 | THE SUTTER LAW FIRM, SUTTER, JOHN E, 1598 KANAWHA BLVD E, CHARLESTON, WV, 25311-2413 | US Mail (1st Class) |
| 29988 | THE WARTNICK LAW FIRM, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111 | US Mail (1st Class) |
| 29988 | THORNTON & NAUMES LLP, THORNTON, MICHAEL P, 100 SUMMER ST 30TH FLR, BOSTON, MA, 02110 | US Mail (1st Class) |
| 29988 | TIMBY, HAFT, KOPIL FANNING & SACCO, THE BARCLAY BLDG 330 S STATE ST, NEWTOWN, PA, 18940 | US Mail (1st Class) |
| 29988 | TRINE & METCALF, METCALF, J CONARD, 1435 ARAPAHOE AVE, BOULDER, CO, 80302-6390 | US Mail (1st Class) |
| 29988 | VARAS & MORGAN, 119 CALDWELL DR, HAZELHURST, MS, 39083 | US Mail (1st Class) |
| 29988 | WALLACE AND GRAHAM, 525 N MAIN ST, SALISBURY, NC, 28144 | US Mail (1st Class) |
| 29988 | WARNICK, CHABER, HAROWITZ SMITH & TIGERMAN, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111-3306 | US Mail (1st Class) |
| 29988 | WARTNICK LAW FIRM, 450 SANSOME ST 3RD FL, SAN FRANCISCO, CA, 94111 | US Mail (1st Class) |
| 29988 | WATERS & KRAUS, MACLEAN, LESLIE, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472 | US Mail (1st Class) |
| 29988 | WATERS & KRAUS, NORTON, MICHELLE, 3219 MCKINNEY AVE STE 3000, DALLAS, TX, 75204-2472 | US Mail (1st Class) |
| 29988 | WEITZ & LUXENBERG P C, 180 MAIDEN LANE, NEW YORK, NY, 10038-4925 | US Mail (1st Class) |
| 29988 | WEITZ & LUXENBERG, LUXENBERG, ARTHUR, 180 MAIDEN LANE, NEW YORK, NY, 10038 | US Mail (1st Class) |
| 29988 | WELLBORN HOUSTON LLP, SADLER, PAUL, 300 W MAIN ST, HENDERSON, TX, 75652-3109 | US Mail (1st Class) |
| 29988 | WELLBORN HOUSTON LLP, SADLER, PAUL L, 300 W MAIN ST, HENDERSON, TX, 75652-3109 | US Mail (1st Class) |
| 29988 | WILENTZ GOLDMAN & SPITZER, PO BOX 10, 90 WOODBRIDGE CENTER DRIVE, WOODBRIDGE, NJ, 07095 | US Mail (1st Class) |
| 29988 | WILENTZ, GOLDMAN & SPITZER, 90 WOODBRIDGE CTR DR, WOODBRIDGE, NJ, 07095 | US Mail (1st Class) |
| 29988 | WILLIAM BAILEY LAW FIRM LLP, 8441 GULF FREEWAY, SUITE 600, HOUSTON, TX, 77017 | US Mail (1st Class) |
| 29988 | WILLIAMS BAILEY LAW FIRM, 8441 GULF FREEWAY STE 600, HOUSTON, TX, 77017 | US Mail (1st Class) |
| 29988 | WISE & JULIAN PC, JULIAN, JOHN B, PO BOX 1108, 3555 COLLEGE AVE, ALTON, IL, 62002-5009 | US Mail (1st Class) |
| 29988 | WM ROBERTS WILSON JR, NATASHA R MITCHELL SETTLEMENT ADMINISTRATOR, 213 KATHERINE DR, FLOWOOD, MS, 39232 | US Mail (1st Class) |
| 29988 | WM ROBERTS WILSON JR, MITCHELL, NATASHA R, 213 KATHERINE DR, FLOWOOD, MS, 39232 | US Mail (1st Class) |
| 29988 | WOODS & WOODS, BORRES, ANTONIO, PO BOX 193600, SAN JUAN, PR, 00919-3600 | US Mail (1st Class) |
| 29988 | WYSOKER GLASSNER & WEINGARTNER PA, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 | US Mail (1st Class) |
| 29988 | WYSOKER GLASSNER & WEINGARTNER PA, KRIEGER, ROBERT, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 | US Mail (1st Class) |
| 29988 | WYSOKER GLASSNER WEINGARTNER GONZALEZ & LOCKSPEISE, KRIEGER, ROBERT, 340 GEORGE STREET, NEW BRUNSWICK, NJ, 08901 | US Mail (1st Class) |

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 29988 | YOUNG RILEY DUDLEY & DEBROTA, 301 MASSACHUSETTS AVE, INDIANAPOLIS, IN, 46204-2108 | US Mail (1st Class) |
| 29988 | ZAMLER MELLEN & SHIFFMAN PC, JENSEN, MARGARET H, 23077 GREENFIELD RD STE 557, SOUTHFIELD, MI, 48075-3727 | US Mail (1st Class) |

**Subtotal for this group: 202**