# EXHIBIT 6

| | | |
|---|---|---|
| 30093 | SCOTT, DARREL W, THE SCOTT LAW GROUP, 926 W SPRAGUE AVE STE 680, SPOKANE, WA, 99201 | US Mail (1st Class) |

**Subtotal for this group: 1**