```
Date: 10/02/08            Legal Analysis Systems, Inc.
Time: 10:00pm                                                              Page 1


                   W. R. Grace, Inc. % Elihu Inselbuch
                   Caplin & Drysdale
                   399 Park Avenue, 27th Floor
                   New York, New York 10022


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 08/05/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.7     560.00
 #5802     Review Whitehouse et al paper on Libby asbestos        800.00
           disease
```

{D0135893.1 }

```
Date: 10/02/08            Legal Analysis Systems, Inc.
Time: 10:00pm                                                             Page 2

                    W. R. Grace


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 08/05/08  Peterson  / (07) Committee, Creditors'                0.4      320.00
 #5801     Telephone Finch re: Libby claims                    800.00

 08/06/08  Peterson  / (07) Committee, Creditors'                1.4     1120.00
 #5805     Look at effects of sequencing adjustments and send  800.00
           results to Inselbuch

 08/11/08  Peterson  / (07) Committee, Creditors'                0.6      480.00
 #5810     Send Inselbuch Libby v. states' comparisons         800.00

 08/28/08  Relles    / (07) Committee, Creditors'                2.5     1187.50
 #6005     Rerun trust simulations according to new Inselbuch  475.00
           parameters, determine new payment percentages
```

{D0135893.1 }

```
Date: 10/02/08           Legal Analysis Systems, Inc.
Time: 10:00pm                                                         Page 3

                      W. R. Grace


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 08/06/08  Peterson  / (16) Plan and Disclosure Statement        0.3      240.00
 #5803     Telephone Inselbuch re: TDP sequencing adjustments  800.00

 08/06/08  Peterson  / (16) Plan and Disclosure Statement        1.2      960.00
 #5804     Send memo Inselbuch re: TDP sequencing adjustments; 800.00
           review TDP and run analysis of sequencing adjustment
```

{D0135893.1 }

```
Date: 10/02/08            Legal Analysis Systems, Inc.
Time: 10:00pm                                                          Page 4

                   W. R. Grace


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
08/08/08   Peterson  / (28) Data Analysis                          0.3    240.00
#5806      Telephone Relles re: statistics of settlements by     800.00
           states

08/08/08   Peterson  / (28) Data Analysis                          0.7    560.00
#5807      Review states' statistics                             800.00

08/08/08   Relles    / (28) Data Analysis                          1.3    617.50
#6001      Develop summaries of settlement values by state and   475.00
           for Libby (1.0); telephone Peterson (0.3) re: same

08/09/08   Relles    / (28) Data Analysis                          2.0    950.00
#6002      Review Libby data, develop summaries                  475.00

08/11/08   Peterson  / (28) Data Analysis                          1.2    960.00
#5808      Review additional analyses of state level settlement  800.00
           statistics, Libby statistics

08/11/08   Peterson  / (28) Data Analysis                          0.3    240.00
#5809      Telephone Relles re: Comparison of Libby and other    800.00
           states' settlement values

08/11/08   Relles    / (28) Data Analysis                          2.0    950.00
#6003      Further work on summaries of Libby and state          475.00
           settlement values

08/11/08   Relles    / (28) Data Analysis                          0.3    142.50
#6004      Telephone Peterson re: comparison of Libby and other  475.00
           states' settlement values

08/28/08   Peterson  / (28) Data Analysis                          0.4    320.00
#5811      telephone Relles re: payment percentage                800.00

08/28/08   Relles    / (28) Data Analysis                          0.4    190.00
#6006      Telephone Peterson re: payment percentage              475.00

08/29/08   Peterson  / (28) Data Analysis                          0.8    640.00
#5812      telephone Relles re: Trust indemnity forecasts         800.00

08/29/08   Peterson  / (28) Data Analysis                          1.4   1120.00
#5813      Review simulations of trust liabilities                800.00

08/29/08   Peterson  / (28) Data Analysis                          2.5   2000.00
#5814      Work on analysis of trust liabilities                  800.00
```

{D0135893.1 }

```
Date: 10/02/08           Legal Analysis Systems, Inc.
Time: 10:00pm                                                            Page 5

                      W. R. Grace


Date/Slip# Description                                     HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 08/29/08  Relles    / (28) Data Analysis                        1.4     665.00
 #6007     Prepare indemnity forecasts by payment year for Brad  475.00
           Rapp

 08/29/08  Relles    / (28) Data Analysis                        0.8     380.00
 #6008     Telephone Peterson re: Trust indemnity forecasts      475.00
-------------------------------------------------------------------------------
```

{D0135893.1 }

```
Date: 10/02/08              Legal Analysis Systems, Inc.
Time: 10:00pm                                                          Page 6

                    W. R. Grace

             Summary Of Time Charges, By Month and Activity
                      August 2008 - August 2008

    MONTH        ACTIVITY                                       HOURS      AMOUNT
    -------------------------------------------------------------------------
    August    - (05) Claims Anal Objectn/Resolutn (Asbest)        0.7       560.00
    August    - (07) Committee, Creditors'                        4.9      3107.50
    August    - (16) Plan and Disclosure Statement                1.5      1200.00
    August    - (28) Data Analysis                               15.8      9975.00
    August    - (99) Total                                       22.9     14842.50

    Total     - (05) Claims Anal Objectn/Resolutn (Asbest)        0.7       560.00
    Total     - (07) Committee, Creditors'                        4.9      3107.50
    Total     - (16) Plan and Disclosure Statement                1.5      1200.00
    Total     - (28) Data Analysis                               15.8      9975.00
    Total     - (99) Total                                       22.9     14842.50

-------------------------------------------------------------------------------
```

{D0135893.1 }

```
Date: 10/02/08           Legal Analysis Systems, Inc.
Time: 10:00pm                                                          Page 7

                 W. R. Grace

              Summary Of Time Charges, By Month and Person
                      August 2008 - August 2008

    MONTH      PERSON                                          HOURS    AMOUNT
    ---------------------------------------------------------------------------
    August   - Relles                                           10.7   5082.50
    August   - Peterson                                         12.2   9760.00
    August   - Total                                            22.9  14842.50

    Total    - Relles                                           10.7   5082.50
    Total    - Peterson                                         12.2   9760.00
    Total    - Total                                            22.9  14842.50

    ---------------------------------------------------------------------------
```

{D0135893.1 }

```
Date: 10/02/08           Legal Analysis Systems, Inc.
Time: 10:00pm                                                         Page 8

               W. R. Grace

          Summary Of Time Charges, By Activity, Month, and Person
                       August 2008 - August 2008

   MONTH       PERSON                                HOURS   RATE    AMOUNT
   ------------------------------------------------------------------------
   (05) Claims Anal Objectn/Resolutn (Asbest)

   August    - Peterson                                0.7   800.     560.00

   (07) Committee, Creditors'

   August    - Relles                                  2.5   475.    1187.50
   August    - Peterson                                2.4   800.    1920.00

   (16) Plan and Disclosure Statement

   August    - Peterson                                1.5   800.    1200.00

   (28) Data Analysis

   August    - Relles                                  8.2   475.    3895.00
   August    - Peterson                                7.6   800.    6080.00

   ------------------------------------------------------------------------
```

{D0135893.1 }