# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Hearing Date: To Be Determined**<br>**Objections Due: To Be Determined**<br><br>**Ref. Nos. 19662 & 19683** |

## NOTICE OF MOTION

TO:   The Debtors; Counsel to the Debtors; the Office of the United States Trustee for the District of Delaware; and all parties requesting notice under Bankruptcy Rule 2002.

The Libby Claimants have filed the **Libby Claimants' Second Motion (A) for Reconsideration of Order Granting Debtors Leave from Scheduling Order and Shortening Notice of Motion to Approve Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and (B) to Set a Deadline for Objections to and Date for Hearing on Approval of Disclosure Statement** (the "Motion"), a copy of which is attached hereto.

Objections, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **a date to be determined.**

At the same time, you must also serve a copy of the objection upon the undersigned counsel so as to be received on **a date to be determined.**

A HEARING ON THE MOTION, IF NECESSARY, WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY COURT JUDGE, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 3rd FLOOR, WILMINGTON, DELAWARE 19801 ON **A DATE TO BE DETERMINED.**

393.001-22382.DOC

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: October 7, 2008

LANDIS RATH & COBB LLP

*[signature]*

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 600
P.O. Box 2087
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
COHN WHITESELL & GOLDBERG LLP
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for the Libby Claimants*