IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Ref. No. _____ |

**ORDER GRANTING LIBBY CLAIMANTS' SECOND MOTION
(A) FOR RECONSIDERATION OF ORDER GRANTING DEBTORS LEAVE
FROM SCHEDULING ORDER AND SHORTENING NOTICE OF MOTION TO
APPROVE DISCLOSURE STATEMENT, SOLICITATION AND CONFIRMATION
PROCEDURES, CONFIRMATION SCHEDULE AND RELATED RELIEF AND (B) TO
SET A DEADLINE FOR OBJECTIONS TO AND DATE FOR HEARING ON
<u>APPROVAL OF DISCLOSURE STATEMENT</u>**

Upon the Libby Claimants' Second Motion (A) for Reconsideration of Order Granting Debtors Leave From Scheduling Order and Shortening Notice of Motion to Approve Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and (B) to Set a Deadline for Objections to and Date for Hearing on Approval of Disclosure Statement (the "Motion"); and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the objection deadline for the Approval Motion is November 7, 2008; and it is further

ORDERED, that a hearing on the Approval Motion will be held on November 24, 2008.

Dated: October _____, 2008
         Wilmington, Delaware

                                                    _____
                                                    The Honorable Judith K. Fitzgerald
                                                    United States Bankruptcy Court Judge

393.001-22322.doc