IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Ref. No. _____ |

## ORDER FOR LEAVE FROM CASE MANAGEMENT ORDER AND TO SHORTEN NOTICE AND EXPEDITED CONSIDERATION OF LIBBY CLAIMANTS' SECOND MOTION (A) FOR RECONSIDERATION OF ORDER SHORTENING NOTICE OF MOTION TO APPROVE DISCLOSURE STATEMENT AND RELATED RELIEF AND (B) TO SET A REASONABLE DEADLINE FOR OBJECTIONS TO AND DATE FOR HEARING ON APPROVAL OF DISCLOSURE STATEMENT

Upon Motion of the Libby Claimants pursuant to Del. Bankr. L.R. 9006-1(e), Fed. R. Bankr. P. 9006(c), and Section 102 of the Bankruptcy Code, for leave from this Court's Case Management Order and to shorten notice and expedited consideration with respect to the Libby Claimants' Second Motion (A) for Reconsideration of Order Shortening Notice of Motion to Approve Disclosure Statement and Related Relief and (B) to Set a Reasonable Deadline for Objections to and Date for Hearing on Approval of Disclosure Statement (the "Motion to Reconsider"); and due and proper notice of the Motion to Reconsider having been given; and is appearing that sufficient cause exists for granting the requested relief, it is hereby:

**ORDERED** that the Motion to Shorten is **GRANTED**;

**FURTHER ORDERED** that the Libby Claimants are granted leave from the Case Management Order;

**FURTHER ORDERED** that any objection to the Motion to Reconsider shall be filed no later than October ____, 2008 at ____:____ m.

393.001-22386.doc

2

**FURTHER ORDERED** that the notice period with respect to the Motion to Reconsider is shortened and a telephonic hearing is scheduled for October ____, 2008 at ____:____m.

Dated: October ____, 2008
      Wilmington, Delaware

                                                    _____
                                                    The Honorable Judith K. Fitzgerald
                                                    United States Bankruptcy Judge