October 2, 2008

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   146478

FOR PROFESSIONAL SERVICES RENDERED
         THROUGH August 31, 2008

### CLIENT SUMMARY

**BALANCE AS OF- 08/31/08**

| MATTERS | TIME | COSTS | TOTAL |
|---|---:|---:|---:|
| 01- Case Administration - .15537 | $323.00 | $2,632.28 | $2,955.28 |
| 03 - Creditors Committee - .15539 | $6,484.00 | $0.00 | $6,484.00 |
| 07 - Applicant's Fee Application - .15543 | $2,938.00 | $0.00 | $2,938.00 |
| 08 - Hearings - .15544 | $1,677.00 | $0.00 | $1,677.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $335.00 | $0.00 | $335.00 |
| 18 - Plan & Disclosure Statement - .15554 | $4,388.50 | $0.00 | $4,388.50 |
| 30 - Fee Application of Others - .17781 | $988.00 | $0.00 | $988.00 |
| 38 - ZAI Science Trial - .17905 | $22,649.00 | $0.00 | $22,649.00 |
| *Client Total* | *$39,782.50* | *$2,632.28* | *$42,414.78* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 12.10 | $675.00 | $8,167.50 |
| Flores, Luisa M | 8.10 | $200.00 | $1,620.00 |
| Sakalo, Jay M | 49.30 | $455.00 | $22,431.50 |
| Snyder, Jeffrey I | 1.90 | $275.00 | $522.50 |
| Kramer, Matthew I | 2.90 | $380.00 | $1,102.00 |
| Rojas, Susana | 5.30 | $190.00 | $1,007.00 |
| Botros, Paul M | 12.60 | $310.00 | $3,906.00 |
| Slanker, Jeffrey | 5.40 | $190.00 | $1,026.00 |
| **TOTAL PROFESSIONAL FEES THIS PERIOD** | | **$39,782.50** | |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Fares, Mileage, Parking | $219.00 |
| Federal Express | $19.20 |
| Long Distance Telephone | $581.54 |
| Long Distance Telephone-Outside Services | $607.22 |
| Miscellaneous Costs | $1,105.00 |
| Westlaw-Online Legal Research | $35.62 |
| Copies | $64.70 |
| **TOTAL COSTS ADVANCED THIS PERIOD** | **$2,632.28** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$42,414.78** |

**Atty – SLB**
**Client No.: 74817/15537**

**RE:  01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 08/07/08 | MIK | 0.20 | 76.00 | Email to R. Levy regarding docket entries (.2). |
| 08/12/08 | SR | 0.60 | 114.00 | Analyze various pleadings for J.Sakalo. |
| 08/18/08 | SR | 0.50 | 95.00 | Attend to analyzing docket per J. Sakalo. |
| 08/29/08 | MIK | 0.10 | 38.00 | Review electronic correspondence (.1). |

PROFESSIONAL SERVICES                                                                $323.00

COSTS ADVANCED

| | | |
|---|---|---|
| 06/26/08 | Long Distance Telephone-Outside Services COURT CALLS  - VENDOR: DINERS CLUB; INVOICE#: 06/26/08-07/29/08; DATE: 7/29/2008  -  Acct. # | 38.00 |
| 06/26/08 | Long Distance Telephone-Outside Services COURT CALLS  - VENDOR: DINERS CLUB; INVOICE#: 06/26/08-07/29/08; DATE: 7/29/2008  -  Acct. # | 57.50 |
| 06/26/08 | Long Distance Telephone-Outside Services COURT CALLS  - VENDOR: DINERS CLUB; INVOICE#: 06/26/08-07/29/08; DATE: 7/29/2008  -  Acct. # | 57.50 |
| 06/26/08 | Long Distance Telephone-Outside Services COURT CALLS  - VENDOR: DINERS CLUB; INVOICE#: 06/26/08-07/29/08; DATE: 7/29/2008  -  Acct. # | 64.00 |
| 06/26/08 | Long Distance Telephone-Outside Services COURT CALLS  - VENDOR: DINERS CLUB; INVOICE#: 06/26/08-07/29/08; DATE: 7/29/2008  -  Acct. # | 64.00 |
| 07/01/08 | Long Distance Telephone-Outside Services COURT CALLS  - VENDOR: DINERS CLUB; INVOICE#: 06/26/08-07/29/08; DATE: 7/29/2008  -  Acct. # | 64.00 |
| 07/01/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 816440561; DATE: 8/1/2008  -  Account# 5306220025395504 | 23.76 |
| 07/07/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 816440561; DATE: 8/1/2008  -  Account# 5306220025395504 | 11.86 |
| 07/11/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01627926; DATE: 7/31/2008  - Account# 306300 | 16.93 |
| 07/21/08 | Long Distance Telephone 1(302)594-3100; 1 Mins. | 1.39 |
| 07/22/08 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 283200722 DATE: 7/25/2008 | 19.20 |

| | | |
|---|---|---|
| 07/22/08 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 110152; DATE: 7/27/2008  -  Clients | 219.00 |
| 07/23/08 | Long Distance Telephone-Outside Services COURT CALLS  - VENDOR: DINERS CLUB; INVOICE#: 06/26/08-07/29/08; DATE: 7/29/2008  -  Acct. # | 194.00 |
| 07/24/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 06/26/08-07/29/08; DATE: 7/29/2008  -  Acct. # | 25.00 |
| 07/24/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01627926; DATE: 7/31/2008  - Account# 306300 | 26.29 |
| 08/01/08 | Long Distance Telephone 1(864)895-0459; 17 Mins. | 25.02 |
| 08/01/08 | Long Distance Telephone 1(201)725-2866; 18 Mins. | 25.02 |
| 08/04/08 | Long Distance Telephone 1(302)575-1555; 3 Mins. | 4.17 |
| 08/04/08 | Long Distance Telephone 1(509)455-3966; 6 Mins. | 9.73 |
| 08/04/08 | Long Distance Telephone 1(573)581-3547; 9 Mins. | 12.51 |
| 08/04/08 | Long Distance Telephone 1(618)545-0085; 1 Mins. | 1.39 |
| 08/04/08 | Long Distance Telephone 1(803)684-8042; 5 Mins. | 6.95 |
| 08/04/08 | Long Distance Telephone 1(248)680-8828; 4 Mins. | 5.56 |
| 08/04/08 | Long Distance Telephone 1(267)918-1698; 1 Mins. | 1.39 |
| 08/04/08 | Long Distance Telephone 1(267)918-1698; 1 Mins. | 1.39 |
| 08/04/08 | Long Distance Telephone 1(262)644-8927; 10 Mins. | 15.29 |
| 08/04/08 | Long Distance Telephone 1(231)757-3143; 12 Mins. | 18.07 |
| 08/05/08 | Long Distance Telephone 1(267)918-1698; 1 Mins. | 1.39 |
| 08/05/08 | Long Distance Telephone 1(863)651-3586; 1 Mins. | 0.80 |
| 08/05/08 | Long Distance Telephone 1(910)331-9987; 1 Mins. | 1.39 |
| 08/05/08 | Long Distance Telephone 1(610)640-0356; 6 Mins. | 8.34 |
| 08/05/08 | Long Distance Telephone 1(508)668-0819; 1 Mins. | 1.39 |
| 08/05/08 | Long Distance Telephone 1(508)287-5397; 1 Mins. | 1.39 |
| 08/05/08 | Long Distance Telephone 1(813)225-4119; 19 Mins. | 10.13 |
| 08/06/08 | Long Distance Telephone 1(415)989-1800; 1 Mins. | 1.39 |
| 08/06/08 | Long Distance Telephone 1(914)373-4182; 8 Mins. | 11.12 |
| 08/06/08 | Long Distance Telephone 1(910)338-1002; 6 Mins. | 9.73 |
| 08/06/08 | Long Distance Telephone 1(508)668-0819; 1 Mins. | 1.39 |
| 08/06/08 | Long Distance Telephone 1(508)287-5397; 7 Mins. | 11.12 |
| 08/06/08 | Long Distance Telephone 1(509)455-3966; 11 Mins. | 15.29 |
| 08/06/08 | Long Distance Telephone 1(610)489-7996; 5 Mins. | 6.95 |
| 08/07/08 | Long Distance Telephone 1(202)872-6588; 2 Mins. | 4.17 |
| 08/07/08 | Long Distance Telephone 1(210)240-7868; 6 Mins. | 8.34 |
| 08/11/08 | Long Distance Telephone 1(203)791-8530; 1 Mins. | 1.39 |
| 08/11/08 | Long Distance Telephone 1(440)382-7459; 7 Mins. | 9.73 |
| 08/11/08 | Long Distance Telephone 1(740)635-9182; 4 Mins. | 5.56 |
| 08/11/08 | Long Distance Telephone 1(785)214-2090; 1 Mins. | 1.39 |

| | | |
|---|---|---:|
| 08/11/08 | Long Distance Telephone 1(617)223-1901; 3 Mins. | 5.56 |
| 08/11/08 | Long Distance Telephone 1(813)225-4119; 5 Mins. | 3.24 |
| 08/11/08 | Long Distance Telephone 1(414)481-4889; 7 Mins. | 11.12 |
| 08/11/08 | Long Distance Telephone 1(781)239-0236; 2 Mins. | 4.17 |
| 08/12/08 | Long Distance Telephone 1(970)243-3740; 10 Mins. | 13.90 |
| 08/13/08 | Long Distance Telephone 1(512)476-4395; 1 Mins. | 1.39 |
| 08/13/08 | Long Distance Telephone 1(512)476-4395; 1 Mins. | 1.39 |
| 08/13/08 | Long Distance Telephone 1(512)476-4395; 1 Mins. | 1.39 |
| 08/13/08 | Long Distance Telephone 1(512)476-4395; 48 Mins. | 66.72 |
| 08/13/08 | Long Distance Telephone 1(301)386-8533; 6 Mins. | 8.34 |
| 08/14/08 | Long Distance Telephone 1(302)426-9910; 1 Mins. | 1.39 |
| 08/15/08 | Long Distance Telephone 1(262)835-4609; 1 Mins. | 2.78 |
| 08/15/08 | Long Distance Telephone 1(813)626-4512; 1 Mins. | 0.80 |
| 08/15/08 | Long Distance Telephone 1(813)390-5116; 16 Mins. | 11.84 |
| 08/15/08 | Long Distance Telephone 1(239)248-2678; 1 Mins. | 0.80 |
| 08/15/08 | Long Distance Telephone 1(423)534-5815; 9 Mins. | 13.90 |
| 08/15/08 | Long Distance Telephone 1(203)791-8530; 13 Mins. | 19.46 |
| 08/15/08 | Long Distance Telephone 1(973)809-6684; 5 Mins. | 8.34 |
| 08/15/08 | Long Distance Telephone 1(239)289-6469; 7 Mins. | 4.88 |
| 08/20/08 | Long Distance Telephone 1(781)271-2499; 1 Mins. | 2.78 |
| 08/20/08 | Long Distance Telephone 1(781)272-2499; 8 Mins. | 12.51 |
| 08/20/08 | Long Distance Telephone 1(740)733-7660; 7 Mins. | 9.73 |
| 08/20/08 | Long Distance Telephone 1(630)493-9123; 1 Mins. | 1.39 |
| 08/20/08 | Long Distance Telephone 1(417)630-4244; 4 Mins. | 6.95 |
| 08/20/08 | Long Distance Telephone 1(630)493-9123; 11 Mins. | 16.68 |
| 08/25/08 | Long Distance Telephone 1(803)981-2727; 1 Mins. | 1.39 |
| 08/25/08 | Long Distance Telephone 1(586)260-3356; 1 Mins. | 1.39 |
| 08/25/08 | Long Distance Telephone 1(845)863-0114; 12 Mins. | 16.68 |
| 08/26/08 | Long Distance Telephone 1(719)304-9778; 1 Mins. | 1.39 |
| 08/26/08 | Long Distance Telephone 1(313)587-6785; 1 Mins. | 1.39 |
| 08/26/08 | Long Distance Telephone 1(586)260-3356; 1 Mins. | 2.78 |
| 08/26/08 | Long Distance Telephone 1(214)698-3868; 1 Mins. | 1.39 |
| 08/27/08 | Long Distance Telephone 1(781)383-1116; 7 Mins. | 11.12 |
| 08/27/08 | Long Distance Telephone 1(810)869-5234; 7 Mins. | 11.12 |
| 08/27/08 | Long Distance Telephone 1(856)486-1880; 9 Mins. | 13.90 |
| 08/27/08 | Long Distance Telephone 1(309)932-2621; 1 Mins. | 1.39 |
| 08/27/08 | Long Distance Telephone 1(586)260-3356; 1 Mins. | 1.39 |
| 08/27/08 | Long Distance Telephone 1(719)304-9778; 14 Mins. | 19.46 |
| 08/27/08 | Long Distance Telephone 1(262)639-3184; 14 Mins. | 19.46 |
| 08/27/08 | Long Distance Telephone 1(214)698-3868; 1 Mins. | 1.39 |
| 08/27/08 | Long Distance Telephone 1(412)644-4060; 1 Mins. | 1.39 |
| 08/27/08 | Long Distance Telephone 1(412)644-4060; 2 Mins. | 2.78 |
| 08/31/08 | Miscellaneous Costs        Professional/Expert fees related to PD | 1,105.00 |
| | Estimation for August 2008   $ 1,105.50 | |

| | | |
|---|---|---|
| 08/07/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/08/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/12/08 | Copies 20 pgs @ 0.10/pg | 2.00 |
| 08/12/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/13/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/14/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/14/08 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 08/14/08 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 08/14/08 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 08/14/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/14/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/15/08 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 08/15/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/15/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/15/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/15/08 | Copies 11 pgs @ 0.10/pg | 1.10 |
| 08/15/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/15/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 08/15/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/18/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/18/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/18/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/18/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 08/18/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/18/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/19/08 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 08/19/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/19/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/19/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 08/19/08 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 08/19/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/19/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/19/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/20/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/20/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/20/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/20/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/20/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/21/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/21/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/21/08 | Copies 2 pgs @ 0.10/pg | 0.20 |

| | | |
|---|---|---|
| 08/21/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/21/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/21/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/21/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/21/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/22/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/22/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/22/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/25/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/25/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/25/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/26/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/26/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/27/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/27/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/27/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 08/27/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 08/27/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/27/08 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 08/27/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/27/08 | Copies 24 pgs @ 0.10/pg | 2.40 |
| 08/27/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/27/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 08/27/08 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 08/27/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/28/08 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 08/28/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 08/28/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/29/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 08/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 08/29/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/03/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/03/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 08/04/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/04/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 08/05/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/06/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 08/06/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 08/07/08 | Copies 8 pgs @ 0.10/pg | 0.80 |

**TOTAL COSTS ADVANCED**                                               **$2,632.28**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.30 | $380.00 | $114.00 |
| Rojas, Susana | 1.10 | $190.00 | $209.00 |
| *TOTAL* | *1.40* | | *$323.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Fares, Mileage, Parking | $219.00 |
| Federal Express | $19.20 |
| Long Distance Telephone | $581.54 |
| Long Distance Telephone-Outside Services | $607.22 |
| Miscellaneous Costs | $1,105.00 |
| Westlaw-Online Legal Research | $35.62 |
| Copies | $64.70 |
| *TOTAL* | *$2,632.28* |

**CURRENT BALANCE DUE THIS MATTER**                    **$2,955.28**

**Atty – SLB**
**Client No.: 74817/15539**

**RE:  03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 08/07/08 | SLB | 2.30 | 1,552.50 | Prepare for and conduct committee call (2.0); emails from and to D. Speights regarding same (.3). |
| 08/07/08 | JMS | 1.80 | 819.00 | Prepare for and attend Committee call. |
| 08/07/08 | MIK | 1.50 | 570.00 | Attend Committee call (1.5). |
| 08/14/08 | SLB | 0.50 | 337.50 | Committee call (.5). |
| 08/14/08 | JMS | 1.30 | 591.50 | E-mail regarding Committee call (.2); prepare for and attend Committee call (.8); telephone conference with S. Baena thereon (.3). |
| 08/14/08 | JIS | 0.50 | 137.50 | Attend committee call. |
| 08/21/08 | SLB | 1.50 | 1,012.50 | Prepare for and conduct committee call (1.5). |
| 08/28/08 | SLB | 1.10 | 742.50 | Prepare for and conduct committee call (1.1). |
| 08/28/08 | JMS | 1.00 | 455.00 | Prepare for and attend Committee call. |
| 08/28/08 | MIK | 0.70 | 266.00 | Partially attend committee call (.7). |

**PROFESSIONAL SERVICES**                                                                                      **$6,484.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 5.40 | $675.00 | $3,645.00 |
| Sakalo, Jay M | 4.10 | $455.00 | $1,865.50 |
| Kramer, Matthew I | 2.20 | $380.00 | $836.00 |
| Snyder, Jeffrey I | 0.50 | $275.00 | $137.50 |
| *TOTAL* | *12.20* | | *$6,484.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                           **$6,484.00**

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| Date | | Hours | Amount | Description |
|---|---|---|---|---|
| 08/03/08 | LMF | 1.00 | 200.00 | Finalize notices and summaries and submit June fees and costs for Bilzin to local counsel for filing (.5); complete draft of response to fee auditor's interim report and email to attorney for review (.5). |
| 08/04/08 | LMF | 1.20 | 240.00 | Compile backup for response to fee auditor for J. Sakalo's review and revise and finalize response. |
| 08/05/08 | JMS | 0.80 | 364.00 | Review and revise response to 28th interim report. |
| 08/05/08 | JIS | 0.30 | 82.50 | Initial review of July prebill. |
| 08/06/08 | JIS | 0.70 | 192.50 | Review and revise July prebill. |
| 08/08/08 | JMS | 0.40 | 182.00 | Revise and finalize response to 28th interim report. |
| 08/08/08 | JIS | 0.10 | 27.50 | Review fee auditor's initial report. |
| 08/13/08 | JMS | 1.00 | 455.00 | E-mail exchange with B. Rich regarding outstanding amount (.3); review and revise J.H. Cohn final fee application (.7). |
| 08/14/08 | LMF | 0.80 | 160.00 | Work with project assistant on preparing draft of quarterly application for Bilzin. |
| 08/14/08 | SR | 2.30 | 437.00 | Attention to preparing 29th Quarterly Fee Application. |
| 08/26/08 | LMF | 0.50 | 100.00 | Begin working on description of services for quarterly application. |
| 08/27/08 | SLB | 0.30 | 202.50 | Attention to fee auditor's final fee reports (.3). |
| 08/27/08 | JIS | 0.20 | 55.00 | Attention to email from L. Flores regarding status of quarterly fee application (0.1); review fee auditor's final report (0.1). |
| 08/28/08 | LMF | 1.20 | 240.00 | Finalize description of services for quarterly application. |

**PROFESSIONAL SERVICES** **$2,938.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Sakalo, Jay M | 2.20 | $455.00 | $1,001.00 |
| Snyder, Jeffrey I | 1.30 | $275.00 | $357.50 |
| Flores, Luisa M | 4.70 | $200.00 | $940.00 |
| Rojas, Susana | 2.30 | $190.00 | $437.00 |
| *TOTAL* | *10.80* | | *$2,938.00* |

**CURRENT BALANCE DUE THIS MATTER** **$2,938.00**

**Atty – SLB**
**Client No.: 74817/15544**

RE: 08 - Hearings

| | | | | |
|---|---|---|---|---|
| 08/04/08 | SLB | 0.10 | 67.50 | Interoffice conference with J. Sakalo regarding next omnibus hearing (.1). |
| 08/12/08 | SR | 0.20 | 38.00 | Attention to following up to e-mail from S.Simatos regarding omnibus hearings. |
| 08/13/08 | LMF | 0.80 | 160.00 | Review all omnibus hearing dates and confirm counsel for attendance. |
| 08/13/08 | JMS | 0.30 | 136.50 | Review status of 9/2 hearing and e-mail to S. Baena thereon. |
| 08/19/08 | LMF | 0.30 | 60.00 | Review agenda for hearing in preparation for notebooks and telephone appearances. |
| 08/19/08 | JMS | 0.30 | 136.50 | Review agenda for 9/2 hearing and e-mail to Committee thereon. |
| 08/22/08 | SR | 0.50 | 95.00 | Arrange telephonic appearances for various counsel and train J. Slanker re: same. |
| 08/26/08 | SR | 0.70 | 133.00 | Attention to e-mailing telephonic appearance confirmations to all co-counsel. |
| 08/26/08 | JS | 0.50 | 95.00 | Meeting with Jay to go over Agenda |
| 08/27/08 | SLB | 0.50 | 337.50 | Email to K. Pasquale et al regarding hearing on interest (.1); email to R. Frankel regarding same (.1); email from and to J. Sakalo regarding same (.2); email to J. Baer et al regarding same (.1). |
| 08/27/08 | JS | 1.40 | 266.00 | Prepare hearing notebook |
| 08/29/08 | SR | 0.50 | 95.00 | Attention to following up with J.Sakalo's email in regards to court call confirmations and forward confirmation via email to E. Devine. |
| 08/29/08 | JS | 0.30 | 57.00 | Update hearing notebook |

PROFESSIONAL SERVICES                                                                      $1,677.00

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.60 | $675.00 | $405.00 |
| Sakalo, Jay M | 0.60 | $455.00 | $273.00 |
| Flores, Luisa M | 1.10 | $200.00 | $220.00 |
| Rojas, Susana | 1.90 | $190.00 | $361.00 |
| Slanker, Jeffrey | 2.20 | $190.00 | $418.00 |
| *TOTAL* | *6.40* | | *$1,677.00* |

CURRENT BALANCE DUE THIS MATTER                                                            $1,677.00

**Atty – SLB**
**Client No.: 74817/15545**

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| 08/11/08 | JMS | 0.30 | 136.50 | Review Debtors' response to State of California motion to allow filing of hazard expert report. |
| 08/15/08 | JMS | 0.20 | 91.00 | Telephone conference with M. Cavendish regarding open litigation. |
| 08/18/08 | LMF | 0.40 | 80.00 | Compile copy of deposition transcript and email to client. |
| 08/26/08 | JIS | 0.10 | 27.50 | Attention to settlement of Speights PD claim and notice/motion regarding same. |

**PROFESSIONAL SERVICES**                                                                 **$335.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.50 | $455.00 | $227.50 |
| Snyder, Jeffrey I | 0.10 | $275.00 | $27.50 |
| Flores, Luisa M | 0.40 | $200.00 | $80.00 |
| *TOTAL* | *1.00* | | *$335.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                       **$335.00**

**Atty – SLB**
**Client No.: 74817/15554**

RE: **18 - Plan & Disclosure Statement**

| 08/04/08 | SLB | 0.30 | 202.50 | Interoffice conference with J. Sakalo regarding scheduling issues, plan issues and calls from ZAI claimants (.3). |
|---|---|---|---|---|
| 08/04/08 | JMS | 0.30 | 136.50 | Conference with S. Baena regarding plan issues. |
| 08/05/08 | JMS | 0.50 | 227.50 | Telephone conference with M. Wolfson regarding plan issues. |
| 08/11/08 | JMS | 0.20 | 91.00 | E-mail to K. Pasquale regarding discovery served on Debtors. |
| 08/12/08 | JMS | 0.60 | 273.00 | Review discovery requests propounded by Committee on Debtors. |
| 08/13/08 | JMS | 1.00 | 455.00 | Telephone conference with M. Dies regarding plan related issues. |
| 08/13/08 | JMS | 0.40 | 182.00 | Review Equity Committee discovery responses. |
| 08/15/08 | JMS | 0.80 | 364.00 | Review discovery responses files by JPM, Unsecured Committee and Lehman. |
| 08/19/08 | JMS | 2.70 | 1,228.50 | Review affidavits regarding Bank interest concerns (1.4); analysis of issues thereon (1.3). |
| 08/22/08 | JMS | 0.40 | 182.00 | E-mail from K. Pasquale regarding Capstone/Zilly depositions (.2); e-mail from J. Baer regarding hearing date on Bank Interest objection (.2). |
| 08/25/08 | JMS | 0.30 | 136.50 | E-mails with K. Pasquale regarding deposition. |
| 08/26/08 | JMS | 0.20 | 91.00 | Further e-mails with K. Pasquale regarding depositions. |
| 08/27/08 | JMS | 0.50 | 227.50 | E-mails with D. Speights regarding Grace plan and deadlines (.2); e-mails regarding hearing date on Bank Interest objection (.3). |
| 08/29/08 | JMS | 1.30 | 591.50 | Attend deposition of E. Ordway by telephone. |

PROFESSIONAL SERVICES                                                      $4,388.50

MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.30 | $675.00 | $202.50 |
| Sakalo, Jay M | 9.20 | $455.00 | $4,186.00 |
| *TOTAL* | *9.50* | | *$4,388.50* |

CURRENT BALANCE DUE THIS MATTER                                          $4,388.50

**Atty – SLB**
**Client No.: 74817/17781**

**RE:  30 - Fee Application of Others**

| | | | | |
|---|---|---|---|---|
| 08/03/08 | LMF | 0.80 | 160.00 | Submit notice, summary and statement on behalf of Hilsoft to local counsel for filing and application for reimbursement of costs from The Scott Law Group. |
| 08/14/08 | LMF | 1.10 | 220.00 | Compile all invoices in preparation for quarterly applications on Hilsoft and Hamilton Rabinovitz. |
| 08/21/08 | JS | 2.50 | 475.00 | Prepare fee app for outside professionals |
| 08/22/08 | JS | 0.70 | 133.00 | Prepare fee application for outside professionals |

**PROFESSIONAL SERVICES** **$988.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 1.90 | $200.00 | $380.00 |
| Slanker, Jeffrey | 3.20 | $190.00 | $608.00 |
| *TOTAL* | *5.10* | | *$988.00* |

**CURRENT BALANCE DUE THIS MATTER** **$988.00**

RE: **38 - ZAI Science Trial**

| | | | | |
|---|---|---|---|---|
| 08/01/08 | JMS | 2.20 | 1,001.00 | Telephone conference with Mr. Insinnia regarding ZAI claims (.5); e-mails with D. Speights regarding calls received (.2); telephone conference with 4 claimants (1.5). |
| 08/01/08 | MIK | 0.10 | 38.00 | Attend to ZAI inquiries (.1). |
| 08/04/08 | JMS | 3.20 | 1,456.00 | Telephone conference with C. Cardinale regarding ZAI (.4); telephone conference with D. Scott regarding same (.3); conference with P. Botros regarding claims objections (.3); review e-mail regarding same (.2); telephone conference with D. Gogh regarding ZAI claim (.3); telephone conference with E. Evans regarding ZAI (.2); telephone conference with M. Rupp regarding ZAI issues (.3); review order regarding ZAI protocol (.1); telephone conference with 4 additional claimants (1.1). |
| 08/04/08 | PMB | 2.00 | 620.00 | Analysis and research regarding claim objection process under Delaware local rules and federal rule 3007 and prepare email memo to J. Sakalo regarding same [1.2]; telephone discussion with Tana Reemer regarding Zonolite property damages claims [.2]; telephone discussion with Greg Renshaw regarding Zonolite property damage claims [.2]; left voicemail for Jeffrey Hatch; left voicemail for Kim Hatch [.2]; telephone discussion with Kenneth Schmidt regarding Zonolite property damage claims [.2]. |
| 08/05/08 | JMS | 1.60 | 728.00 | Telephone conference with 6 ZAI claimants. |
| 08/05/08 | PMB | 0.80 | 248.00 | Left voicemail for Jeffrey Hatch regarding Zonolite [.1]; left voicemail for Ian Reynolds regarding Zonolite [.1]; listen to voicemail received from Misty Gibson; return phone call and left voicemail [.2]; telephone discussion with Jeffrey Hatch regarding Zonolite claim issues [.1]; telephone discussion with George Hemcher regarding Zonolite claims issues [.2]; left voicemail for Dave Mariani regarding Zonolite [.1]. |
| 08/06/08 | SLB | 1.90 | 1,282.50 | Email and proposed order concerning special counsel from and to J. Baer (.2); interoffice conference with J. Sakalo regarding same and draft memo to PD committee regarding related issues (1.2); email from and to D. Speights and E. Westbrook regarding same (.2); interoffice conference with J. Sakalo regarding Westbrook emails and ZAI proofs of claim (.3). |
| 08/06/08 | JMS | 2.50 | 1,137.50 | Review revised order regarding special counsel (.2); conference with S. Baena thereon and draft memorandum thereon (1.3); telephone conference with D. Scott regarding ZAI issues and special counsel (.3); telephone conference with K. Davis at Rust Consulting regarding ZAI database (.4); review fact sheet from RPWB (.3). |
| 08/06/08 | PMB | 0.80 | 248.00 | Telephone conversation with Alfred Verado regarding Zonolite [.2]; telephone conversation with Misty Gibson regarding Zonolite [.2]; telephone conversation with David Mariani regarding Zonolite [.2]; listen to voicemail from Jennifer and telephone conversation with Jennifer regarding Zonolite [.2]. |
| 08/07/08 | SLB | 0.60 | 405.00 | Draft revisions to proposed order (.6). |
| 08/07/08 | JMS | 1.00 | 455.00 | Work on special counsel order. |
| 08/07/08 | PMB | 0.60 | 186.00 | Telephone discussion with Ricardo Rosenburg regarding Zonolite [.2]; telephone discussion with Mr. Mckinsey regarding Zonolite [.2]; telephone discussion with Nicholas Arnold regarding Zonolite [.2]. |
| 08/08/08 | SLB | 1.20 | 810.00 | Review and revise proposed special counsel order (.3); interoffice conference with J. Sakalo regarding same (.2); emails with committee and committee members regarding same (.7). |
| 08/08/08 | JMS | 2.90 | 1,319.50 | Telephone conference with Angela regarding ZAI claims (.4); further revisions to ZAI order and discuss with S. Baena (1.2); e-mail from K. Davis regarding ZAI claims date (.2); telephone conference with 3 additional ZAI claimants (1.1). |

| | | | | |
|---|---|---|---|---|
| 08/11/08 | JMS | 1.60 | 728.00 | Telephone conferences with M. Wolfson regarding ZAI issues (.2); telephone conference with 6 ZAI claimants (1.4). |
| 08/11/08 | PMB | 1.40 | 434.00 | Left voice mail for George Bozzutti returning his phone call re Zonolite (.1); telephone discussion with Donna Price regarding Zonolite bankruptcy issues (.3); telephone discussion with John Orend's spouse regarding Zonolite bankruptcy issues (.2); telephone conversation with Jan regarding Zonolite bankruptcy issues (.3); attempted to return phone call of Robert Zilio but no answer (.1); Telephone conversation with Nicolette Anastas regarding Zonolite insulation in her summer home (.2); Telephone discussion with Sheila Boyle regarding Zonolite insulation claims process (.2). |
| 08/12/08 | SLB | 0.80 | 540.00 | Email from and to M. Dies and R. Levy regarding prior orders appointing ZAI special counsel (.3); email from and to to M. Dies regarding same (.5). |
| 08/12/08 | JMS | 2.00 | 910.00 | Attend to special counsel issues and analysis of same (.8); e-mail exchange with M. Dies thereon (.3); conference with S. Baena regarding same and draft response (.9). |
| 08/12/08 | JMS | 1.60 | 728.00 | Telephone conference with 6 claimants (1.1); review recent decisional law regarding asbestos claim accrual (.5). |
| 08/12/08 | PMB | 0.50 | 155.00 | Telephone conversation with Orlan Dove regarding asbestos insulation issues (.3); telephone conversation with Frank Sells regarding Zonolite bankruptcy issues (.2). |
| 08/13/08 | SLB | 0.40 | 270.00 | Telephone call from J. Sakalo regarding conversations with M. Dies (.4). |
| 08/13/08 | JMS | 2.80 | 1,274.00 | Analysis of special counsel considerations (.7); e-mails to M. Dies regarding history of special counsel appointment (.6); telephone conference with S. Baena regarding ZAI issues (.6); telephone conference with 4 ZAI claimants (.9). |
| 08/14/08 | JMS | 0.50 | 227.50 | Review revised special counsel order and e-mail to Committee thereon. |
| 08/15/08 | JMS | 2.40 | 1,092.00 | Review e-mails from M. Dies and D. Speights regarding ZAI special counsel order (.4); telephone conference with S. Baena thereon (.2); telephone conference with 5 ZAI claimants (1.3); e-mail to Committee regarding Libby opinion (.5). |
| 08/15/08 | PMB | 1.50 | 465.00 | Left voice mail for unidentified caller (.1); telephone conversation with D. Richert regarding vermiculite insulation issues (.3); left voice mail with J. Dzierszeski (.1); Telephone conversation with same regarding vermiculite insulation issues (.2); telephone conversation with R. Lowe regarding vermiculite insulation issues (.2); telephone conversation with G. Bozzuti regarding vermiculite insulation issues (.3); telephone conversation with W. Hunter regarding vermiculite insulation issues (.2); telephone conversation with J. Lane regarding vermiculite insulation issues (.2). |
| 08/18/08 | JMS | 1.20 | 546.00 | Telephone conference with D. Speights regarding additional comments to special counsel order (.4); e-mails with E. Westbrook regarding documents requests (.8). |
| 08/19/08 | JMS | 1.30 | 591.50 | Further revisions to ZAI order and e-mail to Committee thereon(1.1); e-mail exchange with D. Scott thereon (.2). |
| 08/19/08 | PMB | 0.80 | 248.00 | Create matrix of calls received regarding Zonolite attic insulation (.8). |
| 08/20/08 | JMS | 1.10 | 500.50 | Review chart of calls regarding ZAI claims and e-mail to P. Botros thereon (.6); e-mail from R. Levy regarding comments on draft order and telephone conference with S. Baena thereon (.5). |
| 08/20/08 | PMB | 0.60 | 186.00 | Telephone discussion with Seward Gray regarding vermiculite attic insulation in his home (.2); telephone discussion with Justine Helt regarding proof of claim issues in bankruptcy (.2); telephone discussion with Mary Anne Laughlin regarding Zonolite bankruptcy claims process (.2). |
| 08/21/08 | SLB | 0.60 | 405.00 | Telephone call from E. Westbrook regarding proposed order on special counsel (.1); revise and transmit revised special counsel order (.5). |
| 08/21/08 | JMS | 1.10 | 500.50 | Revise special counsel order and e-mail to Committee thereon (.3); telephone conference with D. Speights regarding concerns with special counsel order (.3); telephone conference with S. Baena same (.3); e-mails with S. Baena regarding results of call (.2). |

| 08/25/08 | PMB | 1.80 | 558.00 | Create call matrix detailing information regarding claims of callers concerned over vermiculite insulation (1.4); telephone conversation with R. Dmytry regarding proof of claim process and bankruptcy issues (.3); left v-mail for B. Molter (.1). |
| 08/26/08 | JMS | 1.40 | 637.00 | Telephone conference with 4 ZAI claimants (.9); e-mail to K. Davis regarding claims database (.2); e-mails with D. Scott regarding same (.3). |
| 08/26/08 | PMB | 0.30 | 93.00 | Left v-mail for H. Dunn regarding proof of claim issues (.1); left v-mail for B. Bents re proof of claim issues (.1); left v-mail for B. Molter regarding proof of claim issues (.1). |
| 08/27/08 | PMB | 1.50 | 465.00 | Telephone conversation with P. Guinee regarding Zonolite proof of claim issues (.2); telephone discussion with V. Torres regarding Zonolite bankruptcy issues (.2); telephone discussion with S. Weiss regarding Zonolite proof of claim issues (.2); left v-mail for M. Hollingsworth (.1); telephone discussion with H. Dunn regarding attic insulation and proof of claim issues (.3); telephone conversation with M. Hollingsworth regarding ZAI bankruptcy issues (.2); left v-mail for B. Molter (.1); telephone discussion with D. McFarlane regarding Zonolite attic insulation bankruptcy issues (.3). |
| 08/28/08 | JMS | 0.40 | 182.00 | Telephone conference with D. Speights regarding ZAI issues. |
| 08/29/08 | JMS | 0.40 | 182.00 | E-mail exchange with S. Baena regarding special counsel order. |
| 08/31/08 | JMS | 1.50 | 682.50 | Prepare revised drafts of special counsel order and e-mail to S. Baena and M. Kramer thereon (1.3); telephone conference with M. Kramer thereon (.2). |
| 08/31/08 | MIK | 0.30 | 114.00 | Attend to ZAI matters (.3). |

**PROFESSIONAL SERVICES**                                                                                      **$22,649.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 5.50 | $675.00 | $3,712.50 |
| Sakalo, Jay M | 32.70 | $455.00 | $14,878.50 |
| Kramer, Matthew I | 0.40 | $380.00 | $152.00 |
| Botros, Paul M | 12.60 | $310.00 | $3,906.00 |
| *TOTAL* | *51.20* | | *$22,649.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                                    **$22,649.00**