# HR&A                                                      INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

September 4, 2008
Invoice No. HRA20080904

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

---

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of August, 2008.

**FEES**

    Francine F. Rabinovitz
    1.0 hours @ $ 625 per hour                                  $ 625.00

        **TOTAL DUE:**                                        **$ 625.00**

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351

AUGUST, 2008 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 08/07/08 | 1.00 | Attend Committee call. |
| TOTAL: | 1.00 | |