# EXHIBIT 2

# WR Grace & Co. et al

**Total number of parties: 1986**

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 30216 | ASHBY & GEDDES, P A, WILLIAM P BOWDEN, ESQUIRE, (RE: MACERICH FRESNO LP), AMANDA M WINFREE, ESQUIRE, 500 DELAWARE AVENUE, 8TH FLOOR, WILMINGTON, DE, 19899 | DHL Overnight |
| 30216 | ASSISTANT ATTORNEY GENERAL, MARK BROWNING, ESQUIRE, (RE: THE TX COMPTROLLER OF PUBLIC ACCOUNTS), C/O SHERRI K SIMPSON, LEGAL ASSISTANT, OFFICE OF THE ATTORNEY GENERAL, BANKRUPTCY & COLLECTIONS DIV, PO BOX 12548, AUSTIN, TX, 78711-2548 | USPS Express Mail |
| 30216 | BALLARD SPAHR ANDREWS & INGERSOLL, TOBEY M DALUZ, ESQUIRE, (RE: STATE OF CA, DEPT. OF GENERAL SVCS), LESLIE C HEILMAN, ESQUIRE, 919 N MARKET STREET, 12TH FLOOR, WILMINGTON, DE, 19801 | DHL Overnight |
| 30216 | BILZIN SUMBERG DUNN BAENA ET AL, SCOTT L BAENA, ESQUIRE, (RE: OFFCL COMM OF PROP DAMAGE CLAIMANTS), FIRST UNION FINANCIAL CENTER, 200 SOUTH BISCAYNE BLVD, SUITE 2500, MIAMI, FL, 33131 | DHL Overnight |
| 30216 | BURNS, WHITE & HICKTON, LLC, RICHARD A O'HALLORAN, ESQUIRE, (RE: BURLINGTON NRTHN AND SANTA FE RLWAY), 100 FOUR FALLS, SUITE 515, 1001 CONSHOHOCKEN STATE ROAD, WEST CONSHOHOCKEN, PA, 19428 | DHL Overnight |
| 30216 | CAPEHART & SCATCHARD, P A, SERGIO I SCUTERI, ESQUIRE, (RE: CITICORP DEL-LEASE INC DBA CITICORP), SUITE 300 S, 8000 MIDLANTIC DRIVE, MOUNT LAUREL, NJ, 08054 | DHL Overnight |
| 30216 | CAPLIN & DRYSDALE, CHARTERED, ELIHU INSELBUCH, ESQUIRE, (RE: ASBESTOS PI COMMITTEE), RITA TOBIN, ESQUIRE, 375 PARK AVENUE, 35TH FLOOR, NEW YORK, NY, 10152-3500 | DHL Overnight |
| 30216 | COHN WHITESELL & GOLDBERG LLP, DANIEL C COHN, ESQUIRE, (RE: THE LIBBY MINE CLAIMANTS), CHRISTOPHER M CANDON, ESQUIRE, 101 ARCH STREET, BOSTON, MA, 02110 | DHL Overnight |
| 30216 | CONNOLLY BOVE LODGE & HUTZ LLP, JEFFREY C WISLER, ESQUIRE, (RE: MARYLAND CASUALTY), MICHELLE MCMAHON, ESQUIRE, 1220 MARKET STREET, 10TH FLOOR, WILMINGTON, DE, 19899 | DHL Overnight |
| 30216 | CROWELL & MORING LLP, MARK D PLEVIN, ESQUIRE, (RE: EVEREST REINS & MT MCKINLEY INS COS), LESLIE A EPLEY, ESQUIRE, 1001 PENNSYLVANIA AVENUE, N W, WASHINGTON, DC, 20004-2595 | DHL Overnight |
| 30216 | CUYLER BURK, LLP, STEFANO CALOGERO & ANDREW CRAIG ESQ, (RE: ALLSTATE INSURANCE COMPANY), PARSIPPANY CORPORATE CTR, FOUR CENTURY DRIVE, PARSIPPANY, NJ, 07054 | DHL Overnight |
| 30216 | DRINKER BIDDLE & REATH LLP, MICHAEL F BROWN, ESQUIRE, (RE: AMERICAN EMPLOYERS INS CO ET AL), ONE LOGAN SQUARE, 18TH & CHERRY STREETS, PHILADELPHIA, PA, 19103-6996 | DHL Overnight |
| 30216 | DURHAM JONES & PINEGAR, STEVEN J MCCARDELL, ESQUIRE, (RE: PACIFICORP), JARED INOUYE, ESQUIRE, 111 E BROADWAY, SUITE 900, SALT LAKE CITY, UT, 84111 | DHL Overnight |
| 30216 | ECKERT SEAMANS CHERIN & MELLOTT LLC, BARRY D KLEBAN, ESQUIRE, (RE: AON CONSULTING, INC.), TWO LIBERTY PLACE, 50 SOUTH 16TH STREET, 22ND FLOOR, PHILADELPHIA, PA, 19102 | DHL Overnight |
| 30216 | FERRARO & ASSOCIATES, P A, DAVID JAGOLINZER, ESQUIRE, (RE: ALL CLIENTS OF THE ROBLES LAW FIRM), SUITE 700, 4000 PONCE DE LEON BLVD, MIAMI, FL, 33146 | DHL Overnight |
| 30216 | HER MAJESTY THE QUEEN IN RIGHT OF CANADA, AS REP. BY THE ATTORNEY GENERAL OF CANADA, JACQUELINE DAIS-VISCA, SENIOR COUNSEL, BUSINESS LAW SECTION, THE EXCHANGE TOWER, KING STREET WEST 3400, C P 36, TORONTO, ON, M5X 1K6 CANADA | USPS Express Mail |
| 30216 | IOWA DEPARTMENT OF REVENUE, JOHN WATERS, ESQUIRE, (RE: IOWA DEPT. OF REVENUE), COLLECTIONS SECTION, P O BOX 10457, DES MOINES, IA, 50306 | USPS Express Mail |
| 30216 | KENNEDY COVINGTON LOBDELL & HICKMAN, AMY PRITCHARD-WILLIAMS, ESQUIRE, (RE: CHARLOTTE TRANSIT CENTER, INC.), MARGARET R WESTBROOK, ESQUIRE, HEARST TWR, 47TH FL, 214 N TRYON ST, CHARLOTTE, NC, 28202 | DHL Overnight |
| 30216 | LANDIS RATH & COBB LLP, RICHARD S COBB, ESQUIRE, (RE: PACIFICORP), MEGAN N HARPER, ESQUIRE, 919 MARKET STREET, SUITE 600, WILMINGTON, DE, 19801 | DHL Overnight |
| 30216 | LATHAM & WATKINS, DAVID S HELLER, ESQUIRE, (RE: DIP LENDER), SEARS TOWER, SUITE 5800, 233 SOUTH WACKER DRIVE, CHICAGO, IL, 60606 | DHL Overnight |
| 30216 | LAUZON BELANGER, INC., YVES LAUZON & MICHEL BELANGER ESQS, (RE: CANADIAN ZAI CLAIMANTS), 286 SAINT-PAUL WEST, SUITE 100, MONTRÉAL, QC, H2Y 2A3 CANADA | DHL Overnight |
| 30216 | RIKER DANZIG SCHERER HYLAND ET AL, JOSEPH L SCHWARTZ, ESQUIRE, (RE: THE PRUDENTIAL INSURANCE CO OF AMER), CURTIS M PLAZA & CRAIG T MORAN ESQS, HEADQUARTERS PLAZA, 1 SPEEDWELL AVE, MORRISTOWN, NJ, 07962-1981 | DHL Overnight |

**Subtotal for this group: 22**