# EXHIBIT 1

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.* | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| **Debtors.** | ) | **Re: Docket No. 19378** |
| | | **9/29/08 Agenda Item No. 5** |

### ORDER GRANTING RELIEF SOUGHT IN DEBTORS'
### AMENDED TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS
### (SUBSTANTIVE AND NON-SUBSTANTIVE)

Upon the Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) (the "Amended Twenty-Fifth Omnibus Objection") (Dkt. No. 19378) filed by the above captioned debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order disallowing and expunging, amending, reclassifying, reducing and allowing, as appropriate, certain claims (collectively, the "Claims" and, each a "Claim"); and no previous application having been made, and upon consideration of the matters set forth herein; and due and proper notice of the Amended Twenty-Fifth Omnibus Objection having been given, it is hereby

ORDERED that, except as hereinafter stated, the relief sought in the Amended Twenty-Fifth Omnibus Objection is granted to the extent not inconsistent with the language herein and with the Exhibits attached hereto; and it is further

ORDERED that the Debtors are granted relief from Local Rule 3007-1(e)(i)(a) to include objections to both substantive and non-substantive claims in the Twenty-Fifth Omnibus Objection; and it is further

ORDERED that, the Objection to the Claims listed on Exhibit A to this Order is sustained, and the Claims listed on Exhibit A under the heading "No Liability" are disallowed and expunged for all purposes; and it is further

ORDERED that, the Objection to the Claims listed on Exhibit B to this Order is sustained, and the Claims listed on Exhibit B under the heading "Insufficient Documentation" are expunged and disallowed for all purposes; and it is further

ORDERED that, the Objection to the Claim listed on Exhibit C to this Order under the heading "Amended" is sustained, and the Claim listed on Exhibit C under the heading "Claim To Be Expunged" is disallowed and expunged for all purposes; and it is further

ORDERED that, the Objection to each of the Claims listed on Exhibit D to this Order under the heading "Reduce and Allow" is sustained, and each of the Claims listed on Exhibit D is allowed in the status and amount stated on Exhibit D; and it is further

ORDERED that, the Objection to each of the Claims listed on Exhibit E to this Order under the heading "Reclassify" is sustained, and each of the Claims listed on Exhibit E is reclassified (but not allowed) in the status and amount stated on Exhibit E; and it is further

ORDERED that, the Objection to each of the Claims listed on Exhibit F to this Order under the heading "Tax Claims" is sustained, and each of the Claims listed on Exhibit F is disallowed and expunged, reclassified and allowed, or reduced and allowed in the status and amount stated on Exhibit F; and it is further

ORDERED that, the Objection to each of the Claims listed on Exhibit G to this Order under the heading "Continued" is continued to the October 20, 2008 omnibus hearing; and it is further

ORDERED that, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, made applicable in the contested matter by Rule 7054 and 9014 of the Federal Rules of Bankruptcy Procedure, the Court hereby directs entry of a final judgment with respect to the Claims objected to in the Amended Twenty-Fifth Omnibus Objection as to which relief is entered by this Court, the Court having determined that there is no just reason for delay in the entry of judgment on these matters; and it is further

ORDERED that, this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: ___9/29___, 2008

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

# EXHIBIT A

In re: W.R. GRACE & CO., et al

OMNIBUS 25: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | AOXY MANAGEMENT TRUST C/O ANTHONY S CANNATELLA ESQ PAVIA & HARCOURT LLP 600 MADISON AVE NEW YORK, NY 10022 | 01-01140 14074 W.R. GRACE & CO.- CONN. | | $5,958.90 | (U) | DEBTORS' BOOKS AND RECORDS SHOW NO CURRENT LIABILITY FOR THIS CLAIM. |
| 2 | CIT COMMUNICATION FINANCE CORPORATION BANKRUPTCY DEPT 650 CIT DR LIVINGSTON, NJ 07039 | 01-01159 870 W.R. GRACE & CO. | | $767,925.39 | (U) | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM BECAUSE DEBTORS CONTINUED TO PAY ALL LEASES AS SCHEDULED AND THERE ARE NO OUTSTANDING AMOUNTS ON DEBTORS' BOOKS. |
| 3 | DILLINGHAM-MANSON JOINT VENTURE MANSON CONSTRUCTION ATTN PRESIDENT 5209 E MARGINAL WAY S SEATTLE, WA 98124 | 01-01140 14050 W.R. GRACE & CO.- CONN. | | UNKNOWN | (U) | BRIDGE RELATED TO CLAIM HAS BEEN REPAIRED PURSUANT TO SETTLEMENT TO WHICH THE DEBTORS ARE NOT A PARTY; DEBTORS HAVE NO LIABILITY UNDER THE SETTLEMENT AGREEMENT. |
| 4 | DILLINGHAM-MANSON JOINT VENTURE MANSON CONSTRUCTION ATTN PRESIDENT 5209 E MARGINAL WAY S SEATTLE, WA 98124 | 01-01139 14051 W.R. GRACE & CO. | | UNKNOWN | (U) | BRIDGE RELATED TO CLAIM HAS BEEN REPAIRED PURSUANT TO SETTLEMENT TO WHICH THE DEBTORS ARE NOT A PARTY; DEBTORS HAVE NO LIABILITY UNDER THE SETTLEMENT AGREEMENT. |
| 5 | FUS INC C/O WILLIAM W ERHART ESQ 300 DELAWARE AVE STE 1130 PO BOX 234 WILMINGTON, DE 19899 | 01-01140 1640 W.R. GRACE & CO.- CONN. | | $83,088.00 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 6 | GLOBAL HEALTH SCIENCES CREDITOR TRUST C/O DAVID F HEROY ESQ BELL BOYD & LLOYD LLC 70 W MADISON ST STE 3300 CHICAGO, IL 60602-4207 | 01-01139 13935 W.R. GRACE & CO. | | $33,372.00 | (U) | DEBTORS HAVE NO LIABILITY FOR THIS PREFERENCE CLAIM BASED UPON DEFENSES THERETO, INCLUDING THAT THE ALLEGED PREFERENTIAL PAYMENTS WERE MADE IN THE ORDINARY COURSE OF BUSINESS. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative      [S] - Secured
(P) - Priority      [U] - Unsecured

Page 1 of 3                                                                                         9/26/2008 11:17:18 AM

In re: W.R. GRACE & CO., et al

## OMNIBUS 25: EXHIBIT A - NO LIABILITY CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 7 | LEREW, JOHN<br>6044 HIGH MEADOW DR<br>DILLON, CO 80435 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 399 | $15,000.00 | (U) | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |
| 8 | OII STEERING COMM MEMBER COMPANIES & USEPA<br>C/O ALLAN H KOKOWITZ ESQ<br>NOSSAMAN GUNTHER KNOX & ELLIOTT LLP<br>445 S FIGUEROA ST 31ST FL<br>LOS ANGELES, CA 90071 | 01-01184<br>REMEDIUM GROUP, INC. | 1981 | UNKNOWN | (U) | THIS CLAIM IS FILED AGAINST THE WRONG DEBTOR AND IS A DUPLICATE OF CLAIM 1956. |
| 9 | PICKENS, JOHN T<br>8499 GREENVILLE AVE #105<br>DALLAS, TX 75231-2441 | 01-01139<br>W.R. GRACE & CO. | 175 | $39,900.00 | (U) | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |
| 10 | RODRIGUEZ, YESSINIA<br>93-1/2 MT PLEASANT AVE 1ST FL<br>NEWARK, NJ 07104 | 01-01139<br>W.R. GRACE & CO. | 709 | $50,000.00 ;<br>$50,000.00 | (P) ·<br>(U) | THIS CLAIM HAS BEEN SETTLED AND PAID; DEBTORS HAVE NO LIABILITY. |
| 11 | URS CORPORATION SUCCESSOR TO RADIAN INTL<br>ATTN: MICHAEL A STEUER ESQ<br>130 ROBIN HILL RD<br>SANTA BARBARA, CA 93117 | 01-01139<br>W.R. GRACE & CO. | 2359 | $398,677.95 | (U) | THIS CLAIM WAS AMENDED BY CLAIM 15469 WHICH WAS REDUCED AND ALLOWED PURSUANT TO COURT ORDER (DKT.NO.14071); DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |
| 12 | WESCONN CO INC<br>C/O WILLIAM W ERHART ESQ<br>300 DELAWARE AVE STE 1130<br>PO BOX 234<br>WILMINGTON, DE 18899 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 1639 | $395,091.00 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 13 | WHC REALTY CORP<br>C/O MICHAEL S SCHREIBER ESQ<br>ROBINSON BROG LEINWAND GREENE GENOVESE & GLUCK PC<br>1345 AVE OF THE AMERICAS 31ST FL<br>NEW YORK, NY 10105 | 01-01139<br>W.R. GRACE & CO. | 297 | $119,118.65 | (U) | THIS CLAIM WAS A CONTINGENT CLAIM FOR THE GUARANTY OF A LEASE THAT EXPIRED ON 10/31/07. DEBTORS HAVE NO LIABILITY ON THIS CLAIM BECAUSE THE LEASE HAS EXPIRED. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative       (S) - Secured
(P) - Priority              (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

Page 2 of 3

9/26/2008 11:17:23 AM

In re: W.R. GRACE & CO., et al
OMNIBUS 25: EXHIBIT A - NO LIABILITY CLAIMS

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|
| | | Totals: | $50,000.00 | (P) | |
| | | | $1,908,129.29 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

9/25/2008 11:17:25 AM

# EXHIBIT B

In re: W.R. GRACE & CO., et al

## OMNIBUS 25: EXHIBIT B - INSUFFICIENT DOCUMENTATION CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | MRE PRP GROUP<br>ATTN: JOHN J LITTLE ESQ<br>LITTLE PEDERSON & FRANKHAUSER<br>901 MAIN ST. SUITE 4100<br>DALLAS, TX 75202 | 01-01139<br>W.R. GRACE & CO. | 7033 | UNKNOWN | (U) | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 2 | THE BURLINGTON NORTHERN & SANTA FE RAILW<br>920 SE QUINCY<br>ATTN: FINANCIAL SERVICES<br>TOPEKA, KS 66612 | 01-01139<br>W.R. GRACE & CO. | 12942 | $8,700.00 | (U) | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| | | | **Totals:** | $8,700.00 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative**
**(P) - Priority**

**(S) - Secured**
**(U) - Unsecured**

8/26/2008 11:22:07 AM

Page 1 of 1

# EXHIBIT C

In re: W.R. GRACE & CO., et al

OMNIBUS 25: EXHIBIT C - AMENDED CLAIM

| Claims to be Expunged | | | | | Surviving Claim | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** | Creditor Name and Address | Case No | Claim Number | Total Claim Dollars* | Claim Class** |
| 1  BP EXPLORATION & OIL INC DBA BP PRODUCTS NA INC ATTN: R E SCHRAG TOLEDO REFINERY PO BOX 696 TOLEDO, OH 43697-0696 | 01-01140 | 5356 | $3,900,000.00 | (U) | LONGACRE MASTER FUND LTD RE: BP PRODUCTS NORTH AMERICA INC ATTN V LADIMIR JELISAVCIC 810 7TH AVE FL 33 NEW YORK, NY 10019 | 01-01139 | 18497 | $211,246.10 | (U) |

Total Claims Expunged:   1      Total Dollars Expunged:      $3,900,000.00

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative     (S) - Secured
(P) - Priority            (U) - Unsecured

9/26/2008 11:54:58 AM

# EXHIBIT D

In re: W.R. GRACE & CO., et al

**OMNIBUS 25: EXHIBIT D - REDUCE & ALLOW CLAIMS**

| Creditor Name / Address | Claim Number | Total Claim Dollars/Class** | Claim Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|
| **Reduce and Allow** | | | | | | |
| 1  BROWARD COUNTY DEP OF FINANCE REVENUE COLLECTION DIVISION GOVERNMENTAL CENTER ANNEX 115 S ANDREWS AVE FT LAUDERDALE, FL 33301 | 885 | $7,470.66 | (S) | | | REDUCTION IS DUE TO PAYMENT OF $6,029.93 FOR 2001 REAL ESTATE TAXES. REMAINING ALLOWED PORTION OF CLAIM IS FOR PERSONAL PROPERTY TAX OF $1,751.95. |
| 2  FIRST CHEMICAL TEXAS LP PO BOX 1607 BAYTOWN, TX 77520 | 585 | $159,096.00 | (U) | | | REDUCTION IS DUE TO A STIPULATION WITH CONTINENTAL CASUALTY COMPANY ("CNA"), APPROVED BY COURT ORDER (DKT. NO. 16912) WHERE CNA PAID THE CLAIM AND THE REDUCED AMOUNT OF THIS CLAIM OF $2,516.82 IS FOR THE DEDUCTIBLE AMOUNT OWED BY THE DEBTORS. |
| **Totals:** | | $7,470.66 $159,096.00 | (S) (U) | $16,006.82 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative (P) - Priority

(S) - Secured (U) - Unsecured

9/25/2008 11:38:11 AM

# EXHIBIT E

In re: W.R. GRACE & CO., et al

**OMNIBUS 25: EXHIBIT E - RECLASSIFY CLAIMS**

| Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Claim | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|
| **Reclassify** | | | | | | |
| 1  NOVAK SITE RD/RA PRP GROUP<br>C/O RICHARD G PLACEY ESQ<br>MONTGOMERY MCCRACKEN WALKER & RHOADS LLP<br>1105 N MARKET ST FL 1<br><br>WILMINGTON, DE 19801-1237 | 6054 | $121,810.29 | (P) | | | NO BASIS FOR PRIORITY CLAIM - SHOULD BE RECLASSIFIED AS UNSECURED. |
| 2  ONE BEACON AMERICA INSURANCE COMPANY<br>DRINKER BIDDLE & REATH LLP<br>DAVID P PRIMACK<br>1100 N MARKET ST, STE 1000<br>WILMINGTON, DE 19801-1254 | 15593 | UNKNOWN<br>UNKNOWN | (S)<br>(U) | | | NO BASIS FOR SECURED CLAIM - SHOULD BE RECLASSIFIED AS UNSECURED. |
| **Totals:** | | $121,810.29 (P) | | $16,005.82 (U) | | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

9/26/2008 11:40:18 AM

# EXHIBIT F

In re: W.R. GRACE & CO., et al
**OMNIBUS 25: EXHIBIT F - TAX CLAIMS**

| Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|
| **No Liability** | | | | | |
| 1  CITY OF MILWAUKEE<br>CITY TREASURER #1553<br>200 E WELLS ST - ROOM 103<br>MILWAUKEE, WI 53202 | 14727 | $7,701.95    (U) | | | NO CURRENT LIABILITY BECAUSE THIS CLAIM HAS BEEN PAID ON 6/20/08 IN AMOUNT OF $15,673.47, CK. #00475337. |
| 2  JEFFERSON COUNTY TAX COLLECTOR<br>ATTN: JACK WILLIAMS<br>716 RICHARD ARRINGTON JR BLVD N<br>ROOM 160 COURTHOUSE<br>BRIMINGHAM, AL 35203 | 841 | $4,435.56    (P) | | | NO CURRENT LIABILITY BECAUSE THIS CLAIM HAS BEEN PAID ON 6/27/08 IN AMOUNT OF $7,909.79, CK. # 00475334. |
| 3  TENNESSEE DEPT OF REVENUE<br>C/O ATTORNEY GENERAL<br>P.O. BOX 20207<br>NASHVILLE, TN 37202-4015 | 17762 | $7,457.44    (A) | | | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative     (S) - Secured
(P) - Priority              (U) - Unsecured

9/26/2008 11:41:06 AM

Page 1 of 3

**In re: W.R. GRACE & CO., et al**

**OMNIBUS 25: EXHIBIT F - TAX CLAIMS**

| Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|
| **Insufficient Documentation** | | | | | |
| 1 MAINE BUREAU OF REVENUE SERVICES ATTN: JOANNE PARKER BUREAU OF REVENUE SERVICES 24 STATE HOUSE STATION AUGUSTA, ME 04333-0024 | 182 | BLANK (U) | | | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 2 MAINE BUREAU OF REVENUE SERVICES ATTN: JOANNE PARKER 24 STATE HOUSE STATION AUGUSTA, ME 04333-0024 | 183 | BLANK (U) | | | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 3 MAINE BUREAU OF REVENUE SERVICES ATTN: JOANNE PARKER 24 STATE HOUSE STATION AUGUSTA, ME 04333-0024 | 184 | BLANK (U) | | | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 4 MAINE BUREAU OF REVENUE SERVICES ATTN: JOANNE PARKER 24 STATE HOUSE STATION AUGUSTA, ME 04333-0024 | 185 | BLANK (U) | | | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 5 MAINE BUREAU OF REVENUE SERVICES ATTN: JOANNE PARKER 24 STATE HOUSE STATION AUGUSTA, ME 04333-0024 | 186 | BLANK (U) | | | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| **Reclassify and Allow** | | | | | |
| 1 STATE OF NEW JERSEY DIVISION OF TAXATION P O BOX 245 TRENTON, NJ 08695 USA | 17065 | $771.82 (A) | $771.82 | (U) | NO BASIS FOR ADMINISTRATIVE CLAIM - SHOULD BE RECLASSIFIED AS UNSECURED AND ALLOWED IN THE AMOUNT OF $771.82. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

Page 2 of 3

8/26/2008 11:41:68 AM

In re: W.R. GRACE & CO., et al
DMNIBUS 25: EXHIBIT F - TAX CLAIMS

| Creditor Name / Address | Claim Number | Total Claim Dollars*Class** | Claim | Modified Claim Amount* | Claim Class** | Reason For Modification |
|---|---|---|---|---|---|---|
| | **Totals:** | $8,229.26 | (A) | $16,005.82 | (U) | |
| | | $4,435.56 | (P) | | | |
| | | $7,701.95 | (U) | | | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative
(P) - Priority

(S) - Secured
(U) - Unsecured

8/26/2008 11:41:10 AM

# EXHIBIT G

In re: W.R. GRACE & CO., et al
OMNIBUS 25: EXHIBIT G - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | AKZO NOBEL SURFACE CHEMISTRY LLC / C/O BOB WAREHAM / RT 6 & TABLER RD / PO BOX 310 / MORRIS, IL 60450 | 01-01140 / W.R. GRACE & CO.- CONN. | 3344 | $129,500.00 | (U) | REDUCTION IS DUE TO A STIPULATION WITH CONTINENTAL CASUALTY COMPANY ('CNA'), APPROVED BY COURT ORDER (DKT. NO. 16912) WHERE CNA PAID THE CLAIM AND THE REDUCED AMOUNT OF THIS CLAIM OF $7,015.07 IS FOR THE DEDUCTIBLE AMOUNT OWED BY THE DEBTORS. |
| 2 | CENTRAL PUGET SOUND REGIONAL TRANSIT AUT / C/O DESMOND BROWN GENERAL COUNSEL / 401 S JACKSON ST / SEATTLE, WA 98104 | 01-01140 / W.R. GRACE & CO.- CONN. | 9123 | $37,960.60 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 3 | GRAU, JAMES AND ANNA / C/O RICHARD L FERRELL ESQ / 425 WALNUT ST STE 1800 / CINCINNATI, OH 45202 | 01-01140 / W.R. GRACE & CO.- CONN. | 9688 | $800,000.00 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 4 | HARV GRAU & SONS INC / C/O RICHARD L FERRELL ESQ / TAFT STETTINIUS & HOLLISTER LLP / 425 WALNUT ST STE 1800 / CINCINNATI, OH 45202 | 01-01140 / W.R. GRACE & CO.- CONN. | 9687 | $800,000.00 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 5 | INDIANA DEPARTMENT OF REVENUE / 100 N SENATE AVE / BANKRUPTCY SECTION ROOM N-203 / INDIANAPOLIS, IN 46204 | 01-01139 / W.R. GRACE & CO. | 13355 | $403,130.54 / $40,346.43 | (P) (U) | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 6 | INDIANA DEPARTMENT OF REVENUE / COMPLIANCE DIVISION ROOM N203 BANKRUPTCY SECTION / 100 N SENATE AVE / INDIANAPOLIS, IN 46204-2253 | 01-01140 / W.R. GRACE & CO.- CONN. | 15369 | $9,619.24 | (A) | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 7 | MISSOURI DEPARTMENT OF REVENUE / BOX 475 / JEFFERSON CITY, MO 65105 | 01-01140 / W.R. GRACE & CO.- CONN. | 17719 | $43,337.71 | (U) | DEBTORS' BOOKS AND RECORDS SHOW THAT THE ONLY LIABILITY FOR THIS CLAIM IS $15,234.00. THEREFORE, THE CLAIM SHOULD BE ALLOWED IN THE AMOUNT OF $15,234.00. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority    (U) - Unsecured

9/26/2008 12:00:46 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 25: EXHIBIT G - CONTINUED

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 8 | MUNOZ, GLORIA<br>C/O ANTHONY S. PETRU ESQ<br>HILDEBRAND MCLEOD AND NELSON INC<br>350 FRANK H OGAWA PLAZA 4TH FLR<br>OAKLAND, CA 94612-2006 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 1959 | $100,000.00 | (U) | DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |
| 9 | NEW YORK STATE DEPT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 01-01189<br>LITIGATION<br>MANAGEMENT, INC | 2701 | $60,778.80<br>$2,330.97<br>$262.50 | (S)<br>(P)<br>(U) | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 10 | OLDCASTLE APG NORTHEAST INC<br>D/B/A FOSTER-SOUTHERN<br>46 SPRING ST<br>HOLBROOK, MA 02343 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 12943 | $8,000,000.00 | (U) | THE UNDERLYING LITIGATION FOR THIS CLAIM HAS BEEN RESOLVED; DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |
| 11 | OLDCASTLE APG NORTHEAST INC<br>D/B/A FOSTER-SOUTHERN<br>46 SPRING ST<br>HOLBROOK, MA 02343 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 12944 | $200,000.00 | (P) | THE UNDERLYING LITIGATION FOR THIS CLAIM HAS BEEN RESOLVED; DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |
| 12 | PA DEPT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPT 280946<br>HARRISBURG, PA 17128-0946 | 01-01144<br>AMICON, INC. | 318 | $3,575.00<br>$32,994.32<br>$2,023.60 | (S)<br>(P)<br>(U) | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |
| 13 | PA DEPT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPT 280946<br>HARRISBURG, PA 17128-0946 | 01-01193<br>MRA STAFFING<br>SYSTEMS, INC. | 407 | $2,700.00<br>$25,479.99<br>$266.00 | (S)<br>(P)<br>(U) | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |
| 14 | ROWE, RICHARD C<br>C/O STEPHEN R TETRO<br>233 S WACKER DR STE 5800<br>CHICAGO, IL 60606 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 14037 | UNKNOWN | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

**(A) - Administrative   (S) - Secured
(P) - Priority   (U) - Unsecured

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

Page 2 of 3

9/26/2008 12:00:50 PM

In re: W.R. GRACE & CO., et al

**OMNIBUS 25: EXHIBIT G - CONTINUED**

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|
| 15 ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS, TN 38127 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 1641 | UNKNOWN | (S) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 16 SEATON INSURANCE COMPANY<br>DRINKER BIDDLE & REATH LLP<br>DAVID P PRIMACK<br>1100 N MARKET ST, STE 1000<br>WILMINGTON, DE 19801-1254 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 15531 | UNKNOWN<br>UNKNOWN | (S)<br>(U) | NO BASIS FOR SECURED CLAIM - SHOULD BE RECLASSIFIED AS UNSECURED. |
| 17 WRIGHT, JIM<br>216 ROCK LEDGE DR<br>GLENWOOD SPRINGS, CO 81601 | 01-01140<br>W.R. GRACE & CO.-<br>CONN. | 603 | $651,678.00 | (P) | DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |

| | Totals: | | | |
|---|---|---|---|---|
| | | $57,058.80 | (S) | |
| | | $9,619.24 | (A) | |
| | | $1,315,683.92 | (P) | |
| | | $10,003,588.84 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative<br>(P) - Priority**

**(S) - Secured<br>(U) - Unsecured**

Page 3 of 3

9/28/2008 12:00:52 PM