# EXHIBIT 2

# WR Grace & Co. et al

Total number of parties: 2

### Exhibit 2 - WR Grace Mailing

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 30235 | DOW CORNING CORPORATION, ATTN: KATHALEEN M SMITH, PO BOX 994, MAIL # CO 1242, MIDLAND, MI, 48686-0994 | US Mail (1st Class) |
| 30235 | GENERAL MOTORS ACCEPTANCE CORPORATION, PO BOX 5055, TROY, MI, 48007-5055 | US Mail (1st Class) |

Subtotal for this group: 2