IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. GRACE & CO., *et al*,

    Debtors.

Bankruptcy No. 01-1139 - JKF
Jointly Administered

Chapter 11

Related to Doc. No. **9315**, Debtors' Fifteenth Omnibus Objections (Substantive) to Asbestos Property Damage Claims; Doc. No. **14594**, Debtors' Motion and Memorandum for an Order Disallowing and Expunging One Hundred Nine (109) California Asbestos Property Damage Claims Barred by Statute of Limitations; Doc. No. **14919**, Claimant State of California Department of General Services, Opposition to Motion for Summary Judgment and Doc. No. **14966**, Debtors' Reply in Further Support of Their Motion for an Order for Summary Judgment Disallowing and Expunging One Hundred Nine (109) Time Barred California Asbestos Property Damage Claims.

## ORDER OF COURT

**AND NOW**, this 10th day of October, 2008, for the reasons stated in the foregoing Memorandum Opinion, it is

**ORDERED** that Debtors' objection to the claims of the California Department of General Services is **SUSTAINED** and Debtors' Motion for Summary Judgment is **GRANTED** with respect to the claims of the California Department of General Services.

1

**IT IS FURTHER ORDERED** that Debtors shall serve a copy of this Memorandum Opinion and Order on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

*Judith K. Fitzgerald* jmd
Judith K. Fitzgerald
United States Bankruptcy Judge

2