# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

September 29, 2008

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1423335                     IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 08/31/2008 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | |
|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 15.70 hrs. at | $645.00 /hr. = | $10,126.50 | |
| RW RILEY | PARTNER | 4.50 hrs. at | $520.00 /hr. = | $2,340.00 | |
| WS KATCHEN | OF COUNSEL | 8.90 hrs. at | $705.00 /hr. = | $6,274.50 | |
| BA GRUPPO | PARALEGAL | 0.90 hrs. at | $250.00 /hr. = | $225.00 | |
| EM O'BYRNE | PARALEGAL | 11.90 hrs. at | $195.00 /hr. = | $2,320.50 | |
| ST TATE | LEGAL ASSISTANT | 0.80 hrs. at | $150.00 /hr. = | $120.00 | |
| | | | | | $21,406.50 |

| | | |
|---|---|---|
| DISBURSEMENTS | | |
| DINNER - LOCAL | 27.74 | |
| OVERNIGHT MAIL | 23.77 | |
| POSTAGE | 131.60 | |
| PRINTING & DUPLICATING | 49.95 | |
| PRINTING & DUPLICATING - EXTERNAL | 2147.20 | |
| TOTAL DISBURSEMENTS | | $2,380.26 |
| | | |
| BALANCE DUE THIS INVOICE | | $23,786.76 |
| | | |
| PREVIOUS BALANCE | | $93,333.59 |
| | | |
| TOTAL BALANCE DUE | | $117,120.35 |

Duane Morris
September 29, 2008
Page 2

File # K0248-00001                                    INVOICE # 1423335
    W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 8/18/2008 002 | MR LASTOWSKI | REVIEW NOTICE REPORT OF DE MINIMIS ASSET SALES | 0.10 | $64.50 |
| | | Code Total | 0.10 | $64.50 |

Duane Morris
September 29, 2008
Page 3

File # K0248-00001                                    INVOICE # 1423335
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/1/2008 | 004 | EM O'BYRNE | REVIEW DAILY DOCKET SHEET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 8/4/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET SHEET FROM BANKRUPTCY COURT AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 8/5/2008 | 004 | EM O'BYRNE | REVIEW BANKRUPTCY COURT DOCKET FOR NEW FILINGS; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 8/6/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 8/6/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 8/7/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 8/7/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 8/8/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD BANKRUPTCY COURT DOCKET, FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 8/11/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 8/12/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET SHEET FROM BANKRUPTCY COURT SITE AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 8/14/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 8/14/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 8/15/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 8/15/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |

Duane Morris
September 29, 2008
Page 4

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1423335

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/18/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET AND FORWARD TO W KATCHEN; DOWNLOAD REQUESTED DOCUMENTS FROM THE DOCKET SHEET AND FORWARD SAME TO W KATCHEN | 0.50 | $97.50 |
| 8/19/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 8/19/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 8/20/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 8/20/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 8/21/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 8/22/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 8/25/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 8/25/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 8/26/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET SHEET, FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 8/27/2008 | 004 | EM O'BYRNE | DOWNLOAD BANKRUPTCY COURT DAILY DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 8/28/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 8/28/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 8/29/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 8/29/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |

Duane Morris
September 29, 2008
Page 5

File # K0248-00001                                INVOICE # 1423335
    W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|
| | Code Total | 5.20 | $1,063.50 |

Duane Morris
September 29, 2008
Page 6

File # K0248-00001                                    INVOICE #  1423335
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/7/2008 | 005 | MR LASTOWSKI | REVIEW BRIEFING RE: MOTION OF STATE OF CALIFORNIA FOR LEAVE TO FILE EXPERT REPORT | 0.30 | $193.50 |
| 8/15/2008 | 005 | MR LASTOWSKI | REVIEW LEHMAN RESPONSES TO DISCOVERY (DEFAULT INTEREST HEARING) | 0.20 | $129.00 |
| 8/15/2008 | 005 | MR LASTOWSKI | REVIEW J.P. MORGAN CHASE RESPONSES TO DISCOVERY (DEFAULT INTEREST HEARING) | 0.20 | $129.00 |
| 8/19/2008 | 005 | MR LASTOWSKI | REVIEW 9109 MOTION RE: JAMESON HOSPITAL | 0.20 | $129.00 |
| | | | Code Total | 0.90 | $580.50 |

Duane Morris
September 29, 2008
Page 7

File # K0248-00001                                          INVOICE # 1423335
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 8/6/2008 | 006 | RW RILEY | REVIEWING STIPULATED SCHEDULING ORDER RELATED TO DEBTORS' OBJECTION TO THE UNSECURED CLAIMS ASSERTED UNDER THE DEBTORS' CREDIT AGREEMENTS (.1); EXECUTING STIPULATED SCHEDULING ORDER AND FORWARDING TO COUNSEL TO BANK LENDERS (.1) | 0.20 | $104.00 |
| 8/6/2008 | 006 | RW RILEY | REVIEWING JOINT DISCOVERY REQUESTS TO BE SERVED ON DEBTORS AND EQUITY COMMITTEE (.6); EXECUTING DISCOVERY REQUESTS AND FORWARDING TO COUNSEL FOR BANK LENDERS (.1) | 1.10 | $572.00 |
| 8/7/2008 | 006 | MR LASTOWSKI | REVIEW DISCOVERY REQUESTS SERVED IN CONNECTION WITH HEARING ON AWARD OF DEFAULT INTEREST | 0.60 | $387.00 |
| 8/8/2008 | 006 | RW RILEY | REVIEWING COMMUNICATIONS RELATED TO DISCOVERY RELATED TO DEBTORS' OBJECTION TO BANK HOLDERS CLAIMS | 0.10 | $52.00 |
| 8/8/2008 | 006 | RW RILEY | REVIEWING DEBTORS' DOCUMENT REQUESTS AND INTERROGATORIES WACHOVIA, THE CREDITORS' COMMITTEE, JP MORGAN, AND STROOCK | 0.60 | $312.00 |
| 8/10/2008 | 006 | MR LASTOWSKI | REVIEW OUTSTANDING ISSUES RE: DISCOVERY RELATING TO CLAIMS FOR DEFAULT INTEREST | 0.50 | $322.50 |
| 8/11/2008 | 006 | MR LASTOWSKI | ANALYSIS OF DEFAULT INTEREST ISSUES | 1.90 | $1,225.50 |
| 8/12/2008 | 006 | MR LASTOWSKI | REVIEW CASES RE: DEFAULT INTEREST | 1.20 | $774.00 |
| 8/12/2008 | 006 | RW RILEY | REVIEWING STATUS OF DISCOVERY ISSUES RELATED TO DEBTORS' OBJECTION TO BANK HOLDER CLAIMS | 0.20 | $104.00 |
| 8/13/2008 | 006 | MR LASTOWSKI | REVIEW DRAFTS OF COMMITTEE DISCOVERY RESPONSE AND DECLARATION (DEFAULT INTEREST HEARING) | 1.30 | $838.50 |
| 8/13/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE DISCOVERY RESPONSE AND DECLARATION (DEFAULT INTEREST HEARING) | 0.10 | $64.50 |
| 8/13/2008 | 006 | MR LASTOWSKI | REVIEW EQUITY COMMITTEE'S RESPONSES TO DISCOVERY REQUESTS | 0.30 | $193.50 |

Duane Morris
September 29, 2008
Page 8

File # K0248-00001                                      INVOICE # 1423335
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/13/2008 | 006 | RW RILEY | REVIEWING COMMUNICATIONS AND ATTACHMENTS FROM STROOCK REGARDING FILING/SERVICE OF DISCOVERY RESPONSES | 0.40 | $208.00 |
| 8/14/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE TRIAL DECLARATION (DEFAULT INTEREST HEARING) | 0.10 | $64.50 |
| 8/14/2008 | 006 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: COMMITTEE TRIAL DECLARATION (DEFAULT INTEREST HEARING) | 0.10 | $64.50 |
| 8/14/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE TRIAL DECLARATION (DEFAULT INTEREST HEARING) | 0 10 | $64.50 |
| 8/14/2008 | 006 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: COMMITTEE TRIAL DECLARATION (DEFAULT INTEREST HEARING) | 0.10 | $64.50 |
| 8/14/2008 | 006 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: COMMITTEE TRIAL DECLARATION (DEFAULT INTEREST HEARING) | 0.10 | $64.50 |
| 8/14/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE TRIAL DECLARATION (DEFAULT INTEREST HEARING) | 0.10 | $64.50 |
| 8/14/2008 | 006 | MR LASTOWSKI | REVIEW AND REVISE DISCOVERY RESPONSES; ARRANGE FOR SERVICE OF SAME; RELATED CALLS TO STROOCK | 2.10 | $1,354.50 |
| 8/14/2008 | 006 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: COMMITTEE TRIAL DECLARATION (DEFAULT INTEREST HEARING) | 0.10 | $64.50 |
| 8/14/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE TRIAL DECLARATION (DEFAULT INTEREST HEARING) | 0.10 | $64.50 |
| 8/14/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE TRIAL DECLARATION (DEFAULT INTEREST HEARING) | 0.10 | $64.50 |
| 8/14/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE TRIAL DECLARATION (DEFAULT INTEREST HEARING) | 0.10 | $64.50 |
| 8/14/2008 | 006 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: COMMITTEE TRIAL DECLARATION (DEFAULT INTEREST HEARING) | 0.10 | $64.50 |
| 8/14/2008 | 006 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: COMMITTEE TRIAL DECLARATION (DEFAULT INTEREST HEARING) | 0.10 | $64 50 |
| 8/14/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE TRIAL DECLARATION (DEFAULT INTEREST HEARING) | 0.10 | $64.50 |
| 8/14/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: COMMITTEE TRIAL DECLARATION (DEFAULT INTEREST HEARING) | 0.10 | $64.50 |

Duane Morris
September 29, 2008
Page 9

File # K0248-00001                                    INVOICE # 1423335
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 8/14/2008 | 006 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: COMMITTEE TRIAL DECLARATION (DEFAULT INTEREST HEARING) | 0.10 | $64.50 |
| 8/14/2008 | 006 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: COMMITTEE TRIAL DECLARATION (DEFAULT INTEREST HEARING) | 0.10 | $64.50 |
| 8/14/2008 | 006 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: COMMITTEE TRIAL DECLARATION (DEFAULT INTEREST HEARING) | 0.10 | $64.50 |
| 8/14/2008 | 006 | MR LASTOWSKI | E-MAIL FROM K. PASQUALE RE: COMMITTEE TRIAL DECLARATION (DEFAULT INTEREST HEARING) | 0.10 | $64.50 |
| 8/14/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. ROSENBERG (LENDER'S COUNSEL) RE: FILING OF TRIAL DECLARATIONS (DEFAULT INTEREST HEARING) | 0.10 | $64.50 |
| 8/14/2008 | 006 | RW RILEY | ADDRESSING ISSUES RELATED TO FILING AND SERVICE OF RESPONSE TO DISCOVERY RELATED TO DEBTORS OBJECTION TO BANKHOLDERS CLAIMS | 0.20 | $104.00 |
| 8/15/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: ORDWAY DECLARATION | 0.10 | $64.50 |
| 8/15/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: ORDWAY DECLARATION | 0.10 | $64.50 |
| 8/15/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: ORDWAY DECLARATION | 0.10 | $64.50 |
| 8/15/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: ORDWAY DECLARATION | 0.10 | $64.50 |
| 8/15/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: ORDWAY DECLARATION | 0.10 | $64.50 |
| 8/15/2008 | 006 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: ORDWAY DECLARATION | 0.10 | $64.50 |
| 8/15/2008 | 006 | RW RILEY | REVIEWING DECLARATION OF EDWIN N. ORDWAY, JR. IN SUPPORT OF THE RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' OBJECTION TO BANK HOLDER CLAIMS; ATTENTION TO AND COORDINATING FILING AND SERVICE OF DECLARATION | 1.40 | $728.00 |
| 8/19/2008 | 006 | MR LASTOWSKI | ANALYSIS OF DEFAULT INTEREST ISSUE | 1.20 | $774.00 |
| | | | Code Total | 15.90 | $9,730.50 |

Duane Morris
September 29, 2008
Page 10

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1423335

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 8/11/2008 | 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL RE: DEFAULT INTEREST | 0.40 | $282.00 |
| 8/12/2008 | 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL | 0.20 | $141.00 |
| | | | Code Total | 0.60 | $423.00 |

Duane Morris
September 29, 2008
Page 11

File # K0248-00001                                    INVOICE #  1423335
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/26/2008 | 009 | MR LASTOWSKI | REVIEW AND SIGN DUANE MORRIS MONTHLY FEE APPLICATION | 0.40 | $258.00 |
| 8/27/2008 | 009 | MR LASTOWSKI | REVIEW WARREN SMITH REPORT RE: DUANE MORRIS QUARTERLY FEE APPLICATION | 0.30 | $193.50 |
| 8/28/2008 | 009 | MR LASTOWSKI | E-MAIL TO FEE AUDITOR RE: FEE REPORT | 0.10 | $64.50 |
| | | | Code Total | 0.80 | $516.00 |

Duane Morris
September 29, 2008
Page 12

File # K0248-00001                                      INVOICE #  1423335
    W.R. GRACE & CO.

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 8/27/2008 010 | MR LASTOWSKI | SIGN NOTICE OF FILING OF STROOCK 89TH MONTHLY FEE APPLICATION | 0.10 | $64.50 |
| 8/27/2008 010 | MR LASTOWSKI | SIGN CERTIFICATE OF NO OBJECTION TO STROOCK QUARTERLY FEE APPLICATION | 0.10 | $64.50 |
| | | Code Total | 0.20 | $129.00 |

Duane Morris
September 29, 2008
Page 13

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1423335

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 8/19/2008 | 012 | EM O'BYRNE | PREPARE CERTIFICATION OF NO OBJECTION TO DUANE MORRIS' SEVENTY-SEVENTH FEE APPLICATION AND EFILE WITH COURT | 0.30 | $58.50 |
| 8/28/2008 | 012 | EM O'BYRNE | BEGIN DRAFTING DUANE MORRIS' TWENTY-NINTH QUARTERLY FEE APPLICATION | 0.90 | $175.50 |
| 8/28/2008 | 012 | EM O'BYRNE | PREPARE SEVENTY-EIGHTH MONTHLY FEE APPLICATION FOR DUANE MORRIS (1.0); EFILE WITH COURT (.2); COPY AND SERVE (.3) | 1.50 | $292.50 |
| 8/28/2008 | 012 | EM O'BYRNE | REVIEW NUMEROUS DUANE MORRIS FEE APPLICATIONS REGARDING TIME ENTRIES AND EXPENSES QUESTIONED BY THE FEE AUDITOR | 1.50 | $292.50 |
| | | | Code Total | 4.20 | $819.00 |

Duane Morris
September 29, 2008
Page 14

File # K0248-00001                                    INVOICE # 1423335
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 8/4/2008 | 013 | EM O'BYRNE | PREPARE STOOCK'S EIGHTY SEVENTH FEE APPLICATION FOR FILING (.3); EFILE WITH COURT (.2) | 0.50 | $97.50 |
| 8/4/2008 | 013 | RW RILEY | REVIEWING AND EXECUTING 87TH MONTHLY FEE APPLICATION OF STROOCK AND COORDINATING FILING AND SERVICE OF SAME | 0.30 | $156.00 |
| 8/19/2008 | 013 | EM O'BYRNE | PREPARE CERTIFICATION OF NO OBJECTION TO CAPSTONE'S FIFTY-SECOND INTERIM FEE APPLICATION AND FILE WITH COURT | 0.40 | $78.00 |
| 8/27/2008 | 013 | EM O'BYRNE | PREPARE CNO FOR STOOCK'S EIGHTY SEVENTH MONTHLY FEE APPLICATION (.3); EFILE WITH COURT | 0.40 | $78.00 |
| 8/27/2008 | 013 | EM O'BYRNE | DOWNLOAD, BREAKDOWN AND SCAN STROOCK'S TWENTY-NINTH QUARTERLY FEE APPLICATION (.5); PREPARE CERTIFICATE OF SERVICE AND LABELS (.2); EFILE QUARTERLY FEE APPLICATION (.4); COPY AND SERVE NOTICE ON 2002 SERVICE LIST (1.0) | 2.10 | $409.50 |
| | | | Code Total | 3.70 | $819.00 |

Duane Morris
September 29, 2008
Page 15

File # K0248-00001                                    INVOICE #  1423335
      W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 8/6/2008 | 015 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: DISCOVERY SCHEDULE | 0.10 | $64.50 |
| 8/18/2008 | 015 | MR LASTOWSKI | REVIEW 7/22/08 TRANSCRIPT | 0.40 | $258.00 |
| 8/18/2008 | 015 | MR LASTOWSKI | REVIEW AGENDA NOTICE FOR 9/2/08 HEARING, TOGETHER WITH AGENDA ITEMS | 0.30 | $193.50 |
| | | | Code Total | 0.80 | $516.00 |

Duane Morris
September 29, 2008
Page 16

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1423335

| DATE TASK TIMEKEEPER | | | HOURS | VALUE |
|---|---|---|---|---|
| 8/15/2008 018 | MR LASTOWSKI | REVIEW DEBTOR RESPONSE TO MIAN REALTY MOTION RE: APPLICABILITY OF AUTOMATIC STAY | 0.20 | $129.00 |
| 8/18/2008 018 | MR LASTOWSKI | REVIEW FREEDGOOD DECLARATION (DEFAULT INTEREST HEARING) | 0.20 | $129.00 |
| 8/18/2008 018 | MR LASTOWSKI | REVIEW TAROLA DECLARATION (DEFAULT INTEREST HEARING) | 0.20 | $129.00 |
| 8/18/2008 018 | MR LASTOWSKI | REVIEW STELNITZ DECLARATION (DEFAULT INTEREST HEARING) | 0.30 | $193.50 |
| 8/18/2008 018 | MR LASTOWSKI | REVIEW ZILLY DECLARATION (DEFAULT INTEREST HEARING) | 0.30 | $193.50 |
| | | Code Total | 1.20 | $774.00 |

Duane Morris
September 29, 2008
Page 17

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1423335

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 8/4/2008 | 025 | WS KATCHEN | REVIEW 530 F3D 1178. | 0.20 | $141.00 |
| 8/4/2008 | 025 | WS KATCHEN | REVIEW CAPSTONE MEMO ON DEBTOR'S MOTION RE: LTIP. | 0.20 | $141.00 |
| 8/4/2008 | 025 | WS KATCHEN | RESEARCH ON DEFAULT INTEREST LATEST OPINION REVIEW DOCKET ENTRIES | 0.10 | $70.50 |
| 8/6/2008 | 025 | WS KATCHEN | REVIEW LATEST AUTHORITIES ON POST-PETITION CASE: DEFAULT INTEREST | 0.80 | $564.00 |
| 8/6/2008 | 025 | WS KATCHEN | EMAIL CITE TO STROOCK | 0.10 | $70.50 |
| 8/6/2008 | 025 | WS KATCHEN | REVIEW DISCOVERY DOCUMENTS (BANK LENDERS/OCC TO DEBTORS) | 0.30 | $211.50 |
| 8/7/2008 | 025 | WS KATCHEN | SCHEDULING | 0.10 | $70.50 |
| 8/7/2008 | 025 | WS KATCHEN | REVIEW DOCUMENT PRODUCTION REQUESTS BY DEBTOR | 0.40 | $282.00 |
| 8/7/2008 | 025 | WS KATCHEN | REVIEW SCHEDULING ORDER AND CORRESPONDENCE | 0.20 | $141.00 |
| 8/7/2008 | 025 | WS KATCHEN | DISCOVERY ISSUES | 0.20 | $141.00 |
| 8/8/2008 | 025 | WS KATCHEN | REVIEW DEFAULT INTEREST; OPINION 2008 WL 2696309 FORWARD TO STROOCK | 0.60 | $423.00 |
| 8/8/2008 | 025 | WS KATCHEN | EMAILS TO STROOCK | 0.10 | $70.50 |
| 8/10/2008 | 025 | WS KATCHEN | REVIEW EMAILS | 0.30 | $211.50 |
| 8/11/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION ON CALIFORNIA EXPERT REPORT | 0.10 | $70.50 |
| 8/11/2008 | 025 | WS KATCHEN | REVIEW STROOCK MEMO ON SETTLEMENT MOTIONS | 0.20 | $141.00 |
| 8/12/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S REPLY BRIEF (NJ DEP APPEAL) | 0.20 | $141.00 |
| 8/12/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S AUTHORITIES | 0.70 | $493.50 |
| 8/13/2008 | 025 | WS KATCHEN | REVIEW EQUITY RESPONSE TO DISCOVERY | 0.30 | $211.50 |
| 8/13/2008 | 025 | WS KATCHEN | REVIEW CAPSTONE DECLARATION | 0.30 | $211.50 |
| 8/14/2008 | 025 | ST TATE | PREPARE CERTIFICATE OF SERVICE AND NOTICE OF SERVICE OF DISCOVERY.  PREPARE EMAIL SERVICE LIST.  FILE THE NOTICE OF SERVICE AND SERVICE THE DISCOVERY DOCUMENTS | 0.40 | $60.00 |
| 8/15/2008 | 025 | ST TATE | PREPARE CERTIFICATE OF SERVICE AND EMAIL SERVICE LIST FOR DECLARATION.  FILE DECLARATION OF EDWIN N. ORDWAY | 0.40 | $60.00 |
| 8/18/2008 | 025 | WS KATCHEN | 2 TELEPHONE CONFERENCES WITH STROOCK (L. KRUGER) | 0.20 | $141.00 |
| 8/18/2008 | 025 | WS KATCHEN | REVIEW AFFIDAVIT ORDWAY/FREEDGOOD | 0.30 | $211.50 |

Duane Morris
September 29, 2008
Page 18

File # K0248-00001                                    INVOICE # 1423335
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 8/18/2008 | 025 | WS KATCHEN | REVIEW AFFIDAVITS TARVOLA/SHELINTZ/ZULLY | 0.50 | $352.50 |
| 8/19/2008 | 025 | WS KATCHEN | REVIEW DOCKETS | 0.10 | $70.50 |
| 8/19/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S OBJECTION TO MIAN REALTY | 0.90 | $634.50 |
| 8/21/2008 | 025 | WS KATCHEN | REVIEW STROOCK'S MEMO | 0.10 | $70.50 |
| 8/28/2008 | 025 | WS KATCHEN | AUGUST 28, CONFERENCE WITH COMMITTEE MEMBERS - CASE STATUS | 0 30 | $211.50 |
| 8/28/2008 | 025 | WS KATCHEN | REVIEW ORDER RE KERP | 0.10 | $70.50 |
| 8/28/2008 | 025 | WS KATCHEN | REVIEW ORDER RE: WEJA | 0.10 | $70.50 |
| 8/29/2008 | 025 | WS KATCHEN | REVIEW SUPPLEMENTAL RESPONSE MIAN REALTY | 0.30 | $211.50 |
| | | | Code Total | 9.10 | $5,971.50 |

Duane Morris
September 29, 2008
Page 19

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1423335

TOTAL SERVICES          42.70   $21,406.50

Duane Morris
September 29, 2008
Page 20

File # K0248-00001                                                    INVOICE # 1423335
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 8/31/2008 | PRINTING & DUPLICATING - EXTERNAL | | 2,147.20 |
| | | Total: | $2,147.20 |
| | | | |
| 8/31/2008 | POSTAGE | | 25.20 |
| 8/31/2008 | POSTAGE | | 106.40 |
| | | Total: | $131.60 |
| | | | |
| 8/31/2008 | DINNER - LOCAL | | 27.74 |
| | | Total: | $27.74 |
| | | | |
| 8/28/2008 | OVERNIGHT MAIL PACKAGE SENT TO STEVEN BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798502282170) | | 13.70 |
| 8/28/2008 | OVERNIGHT MAIL PACKAGE SENT TO DAVID SIEGELESQUIRE AT SENIOR VP & GENERAL COUNSEL - COLUMBIA, MD FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798502280166) | | 10.07 |
| | | Total: | $23.77 |
| | | | |
| 8/31/2008 | PRINTING & DUPLICATING | | 49.95 |
| | | Total: | $49.95 |

TOTAL DISBURSEMENTS                                           $2,380.26