**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **W.R. GRACE & CO., et al.** ) | **Case No. 01-01139 (JKF)** |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | Objection Deadline: November 26, 2008 at 4:00 p.m. |
| ) | Hearing: December 15, 2008 at 1:00 p.m. |

**COVER SHEET TO SEVENTEENTH QUARTERLY INTERIM FEE APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD**
**APRIL 1, 2008 THROUGH JUNE 30, 2008**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants Representative (the "FCR") |
| Authorized to Provide Professional Services to: | Not Applicable |
| Date of Retention: | As of May 24, 2004 (pursuant to this Court's Order entered September 27, 2004) |
| Period for which Compensation and Reimbursement is sought: | April 1, 2008 – June 30, 2008 |
| Amount of Compensation sought as Actual Reasonable and Necessary: | $10,850.00 |
| Amount of Expense Reimbursement sought as Actual, Reasonable and Necessary: | $ 1,099.52 |

This is a    ___ monthly         _x_ interim            ___ final application

## PRIOR APPLICATIONS FILED

The FCR was retained effective as of May 24, 2004, pursuant to this Court's Order entered September 27, 2004. The FCR has filed the following fee applications during this Sixteenth Quarterly time period: Thirty-Ninth Monthly Fee Application for the period January 1-31, 2008 in the amount of $6,080.00 (80% of $7,600.00) in fees and expenses in the amount of $349.50; Fortieth Monthly Fee Application for the period February-128, 2008 in the amount of $8,560.00 (80% of $10,700.00) in fees and $782.59 in expenses; and Forty-First Monthly Fee Application for the period March 1-31, 2008 in the amount of $8,800.00 ($11,000.00) in fees and $2,395.04 in expenses.

## COMPENSATION DURING THE TIME PERIOD
## APRIL 1, 2008 – JUNE 30, 2008

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants Representative | $500.00 | 21.70 | $10,850.00 |
| **Total** | | | | **$10,850.00** |

|  |  |
|---|---|
| Total Fees: | $ 10,850.00 |
| Total Hours: | 21.70 |
| Blended Rate: | $    500.00 |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation | 5.50 | $2,750.00 |
| Retention of Professionals | .80 | $400.00 |
| Trust Distribution Procedures | 15.40 | $7,700.00 |
| **TOTAL** | **21.70** | **$10,850.00** |

**EXPENSE SUMMARY FOR THE TIME PERIOD**
**APRIL 1, 2008 – JUNE 30, 2008**

| Expense Category | Total |
|---|---|
| Air | $684.00 |
| Hotel | $319.82 |
| Parking | $30.00 |
| Taxi | $65.70 |
| **TOTAL** | **$1,099.52** |

Respectfully submitted,

*/S/ DAVID T. AUSTERN*
David T. Austern, Future Claimants' Representative
Claims Resolution Management Corporation
3110 Fairview Park Drive, Suite 200
Falls Church, VA  22042-0683
(703) 205-0835

Dated: October 6, 2008

-3-