# EXHIBIT A

**WR Grace**
**April 2008 Hours**

| Day/Date | Action | Time |
|---|---|---|
| Tue 1 | Call w/Frankel re settlement | 0.5 |
|  | Review docket | 0.4 |
|  | Settlement analysis | 2.5 |
| Wed 2 | Call w/Frankel re settlement | 0.7 |
|  | Settlement analysis | 2.0 |
|  | Credit market analysis re sub | 2.3 |
|  | Review docket | 0.8 |
| Thu 3 | Settlement analysis | 1.0 |
|  | Term sheet review | 0.5 |
|  | Covenent research | 1.0 |
|  | Review docket | 0.3 |
| Fri 4 | Term sheet review | 3.0 |
|  | Review docket | 2.1 |
| Mon 7 | Settlement analysis and discussion | 2.5 |
|  | Grace confernce call re settlement | 1.0 |
|  | Testimony review and prep | 1.1 |
|  | Review docket | 0.9 |
| Tue 8 | Testimony review and prep | 3.5 |
|  | Review docket | 0.5 |
| Wed 9 | Testimony review and prep | 2.9 |
|  | Review docket | 0.8 |
| Thu 10 | Testimony review and prep | 4.7 |
| Fri 11 | Emp app w/ Felder | 0.5 |
|  | Testimony review and prep | 2.0 |
|  | Review docket | 1.2 |
| Mon 14 | Settlement disc | 3.4 |
|  | Review docket | 0.2 |
| Tue 15 | Emp app w/ Felder | 0.8 |
| Wed 16 | Emp app disc w/pers counsel | 1.2 |
|  | Review pot emp app | 1.2 |
|  | Engagement letter review | 3.1 |
| Thu 17 | Emp app w/ Felder | 0.5 |
|  | Review docket | 2.2 |
| Fri 18 | Emp app w/ Felder | 0.5 |
|  | Review docket | 0.2 |
| Mon 21 | Review docket | 0.3 |
| Tue 22 | Review docket | 1.1 |
| Wed 23 | Review docket | 1.0 |
| Thu 24 | Call w/Wyron re default interest | 1.0 |
|  | associated research on interest | 2.0 |
| Fri 25 | Comm /Wyron re application | 0.5 |
|  | Review dockets | 0.8 |
|  | Disc w/ creditors re default int | 2.4 |
|  | Review int chg to models | 1.5 |
| TOTAL |  | 62.6 |

# EXHIBIT A

**WR Grace**
**May 2008 Hours**

| Day/Date | Action | Time |
|---|---|---|
| Thu 1 | Discussions regarding terms, settlement | 2.2 |
|  | Review docket | 0.6 |
| Fri 2 | Review docket | 0.7 |
|  | I/D re tax planning | 1.0 |
| Mon 5 | Review docket | 0.3 |
|  | Calls regarding cost of capital calculations | 1.4 |
| Tue 6 | Review docket | 0.5 |
|  | Call w/ Solganick re:NPV of settlement | 0.4 |
| Wed 7 | Review docket | 0.9 |
|  | Review and edit settlement analysis | 1.4 |
|  | Call with counsel re settlement | 1.0 |
| Thu 8 | Review docket | 0.2 |
|  | Review new NPV calc | 0.9 |
|  | Discussion w/Solganick re NPVs | 0.4 |
|  | Comp of NPVs with Tillinghast | 2.1 |
| Fri 9 | review docket | 0.8 |
|  | Review/analyze financial results | 3.7 |
|  | C/C regarding DIP financing, markets | 2.2 |
| Mon 12 | review docket | 1.1 |
|  | Edit settlement analysis | 3.5 |
|  | Prep for POR meeting | 1.2 |
| Tue 13 | Review/comp analysis re NPV sett and Tillinghast | 2.1 |
|  | Discussion with counsel re sett/Tillinghast | 0.7 |
| Wed 14 | Review term sheets from Debtor | 3.1 |
|  | I/D re POR sytrategy | 1.3 |
|  | Review docket | 0.6 |
| Thu 15 | Comp term sheets | 4.5 |
|  | Review docket | 0.2 |
| Fri 16 | Review obj employ fm UST | 0.5 |
|  | I/D re same | 0.7 |
|  | C/C re UST objection | 1.0 |
| Mon 19 | Disc w/ counsel re emp proposal fm UST | 0.3 |
|  | Review docket | 0.4 |
| Tue 20 | Disc w/ counsel re emp proposal fm UST | 0.4 |
|  | Review docket | 0.2 |
| Wed 21 | Disc w/ counsel re emp proposal fm UST | 0.6 |
|  | Disc w/ counsel re pension plans | 0.6 |
|  | Review docket | 0.7 |
|  | C/C re settlement term sheet changes | 1.2 |
| Thu 22 | Review new proposal fm UST and disc w/ counsel | 0.7 |
| Fri 23 | Revise engagement letters | 0.9 |
|  | Review dockets | 1.2 |
| Tue 27 | C/C re settlement term sheet changes | 3.4 |
|  | Financial analysis re settlement | 3.1 |
|  | Review docket | 0.2 |
| Wed 28 | Financial analysis re settlement | 2.5 |
|  | Review docket | 0.3 |
| Thu 29 | Review docket | 1.0 |
| Fri 30 | New eng proposal from Ust | 0.3 |
|  | Review same w./ counsel | 0.4 |
|  | I/D w/ PJC re same | 0.4 |
|  | Revise engagement letters | 3.1 |
|  | TOTAL | 63.1 |

# EXHIBIT A

**WR Grace**
**June 2008 Time**

| Day/Date | Action | Time |
|---|---|---|
| Mon 2 | Review docket/pleadings | 1.1 |
| | Telephonic hearing/prep | 4.0 |
| Tue 3 | Comm w/OHS(Wy) re new eng ltrs | 0.6 |
| | Review docket/pleadings | 0.6 |
| | Research fincl filing req | 1.4 |
| | Review/ revise edits on Eng ltrs/app/decl | 2.0 |
| Wed 4 | Review/ revise edits on Eng ltrs/app/decl | 1.5 |
| | Research Wt terms | 2.6 |
| | Review docket/pleadings | 1.2 |
| Thu 5 | Finalize eng ltr w/OHS (Fe) | 0.7 |
| | Review/edit Grace term sheet response | 3.5 |
| | Disc w/OHS (Fe) re hearing timing | 0.7 |
| | Review docket/pleadings | 0.3 |
| Fri 6 | Comm w/OHS(Wa) re term sheets | 2.5 |
| | Review/edit Grace term sheet response | 2.5 |
| | Review docket/pleadings | 0.7 |
| | Comm w/ OHS(Wy) re 6/23 hearing agenda | 0.5 |
| | Comm w/OHS (Fe) re UST communication | 0.5 |
| Mon 9 | Comm w/OHS(Wy) re UST position | 1.0 |
| | Review/analyze covenant (reorgs) | 3.1 |
| Tue 10 | Review docket/pleadings | 0.5 |
| Wed 11 | Review docket/pleadings | 0.5 |
| Thu 12 | Review docket/pleadings | 0.4 |
| Fri 13 | Review 6/12 transcript | 1.0 |
| Mon 16 | Review pleadings re default int | 2.4 |
| | Research/analyze default int issues | 1.5 |
| | Review docket/pleadings | 0.8 |
| | Comm w OHS(Wy) re financial condition, meeting | 0.6 |
| Tues 17 | Research/analyze default int issues | 3.1 |
| | Review draft POR/DS | 2.8 |
| | Review docket/pleadings | 1.3 |
| | l/D re retention | 0.3 |
| Wed 18 | Research/analyze default int issues | 1.5 |
| Thu 19 | Review draft POR/DS | 6.1 |
| | Review docket/pleadings | 0.5 |
| Fri 20 | Review draft POR/DS | 1.2 |
| | Comm w/ OHS(Wy) re 6/23 hearing agenda | 0.3 |
| | Review docket/pleadings | 1.0 |
| Tue 24 | Comm w/OHS (Wy) re July meeting, financial condition | 0.4 |
| | Review docket/pleadings | 0.5 |
| Wed 25 | Review docket/pleadings | 0.7 |
| Thu 26 | Review docket/pleadings | 0.2 |
| Fri 27 | Review docket/pleadings | 0.8 |
| Mon 30 | Review/analyze COLI motion | 1.3 |
| | TOTAL TIME (hours) | 60.7 |