# EXHIBIT B

**W.R. Grace**
**Tre Angeli Expense Detail Report (April 1, 2008 – June 30, 2008)**
(Dates Represent Posting Date of Expense)

April 2008
Telephone $ 41.25

May 2008
Telephone $ 53.07

June 2008
Telephone $ 25.03
Legal $120.00

**TOTAL EXPENSES[1]:** **$239.35**

[1] **All expenses incurred on behalf of Joseph J. Radecki, Jr.**