**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W.R. GRACE & CO., et al. | ) ) ) | Case No. 01-1139 (JKF) Jointly Administered |
| Debtor. | ) ) ) | Objection Date: November 3, 2008 at 4pm Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO THIRTY-FIRST MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>AUGUST 1, 2008 THROUGH AUGUST 31, 2008</u>**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | August 1, 2008 – August 31, 2008 |
| 80% of Compensation sought as actual, reasonable and necessary: | $40,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $187.82 |

This is a   x  monthly         __ interim         ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### AUGUST 1-31, 2008

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 8.0 | NA |
| Case Administration Related | 4.0 | NA |
| Financial Analysis Related | 133.5 | NA |
| **TOTAL** | **145.5** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Transportation $ 187.82

**TOTAL Out-of-Pocket Expenses:** $ 187.82

    Respectfully submitted,

    PIPER JAFFRAY & CO.

    By:/S/ JASON SOLGANICK
      Jason Solganick
      150 East 42nd St.
      New York, New York 10017
      (212) 284-9586
      Financial Advisor to David T. Austern
      Future Claimants' Representative

Dated: October 2, 2008

---

1 Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.