# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**August-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 8/1/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/4/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 8/5/2008 | 0.2 | Case Administration | Review court docket |
| Maika Hemphill | 8/5/2008 | 2.0 | Financial Analysis | Valuation analyses for client |
| Desiree Davis | 8/6/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 8/6/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/6/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jonathan Brownstein | 8/6/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Maika Hemphill | 8/6/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Maika Hemphill | 8/6/2008 | 2.5 | Financial Analysis | Valuation analyses for client |
| Desiree Davis | 8/7/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 8/7/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/7/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 8/7/2008 | 2.0 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 8/7/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jonathan Brownstein | 8/7/2008 | 2.0 | Financial Analysis | Settlement analyses |
| Maika Hemphill | 8/7/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 8/8/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 8/8/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 8/8/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/8/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 8/8/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jonathan Brownstein | 8/8/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jonathan Brownstein | 8/8/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Maika Hemphill | 8/8/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Maika Hemphill | 8/8/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 8/11/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 8/11/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 8/11/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/11/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 8/11/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jonathan Brownstein | 8/11/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jonathan Brownstein | 8/11/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Maika Hemphill | 8/11/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Maika Hemphill | 8/11/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 8/12/2008 | 4.0 | Financial Analysis | Valuation analyses for client |
| Desiree Davis | 8/12/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 8/12/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 8/12/2008 | 3.0 | Financial Analysis | Valuation analyses for client |
| Jason Solganick | 8/12/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/12/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 8/12/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jonathan Brownstein | 8/12/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jonathan Brownstein | 8/12/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Maika Hemphill | 8/12/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Maika Hemphill | 8/12/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Maika Hemphill | 8/12/2008 | 1.0 | Financial Analysis | Valuation analyses for client |
| Pei Huang | 8/12/2008 | 5.0 | Financial Analysis | Valuation analyses for client |

# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**August-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Bryan Cloncs | 8/13/2008 | 3.5 | Financial Analysis | Valuation analyses for client |
| Jason Solganick | 8/13/2008 | 0.2 | Case Administration | Review court docket |
| Maika Hemphill | 8/13/2008 | 2.0 | Financial Analysis | Valuation analyses for client |
| Pei Huang | 8/13/2008 | 5.0 | Financial Analysis | Valuation analyses for client |
| Jason Solganick | 8/14/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 8/15/2008 | 2.0 | Financial Analysis | Valuation analyses for client |
| Jason Solganick | 8/15/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/18/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/18/2008 | 2.0 | Financial Analysis | Review of valuation analyses for client |
| Jonathan Brownstein | 8/18/2008 | 1.0 | Financial Analysis | Review of valuation analyses for client |
| Jason Solganick | 8/19/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 8/20/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 8/20/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 8/20/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/20/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 8/20/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jonathan Brownstein | 8/20/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jonathan Brownstein | 8/20/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Maika Hemphill | 8/20/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Maika Hemphill | 8/20/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Maika Hemphill | 8/20/2008 | 2.5 | Financial Analysis | Valuation analyses for client |
| Jason Solganick | 8/21/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 8/22/2008 | 2.5 | Financial Analysis | Valuation analyses for client |
| Jason Solganick | 8/22/2008 | 2.5 | Business Operations | Review of Project Red Sox Material |
| Jason Solganick | 8/22/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/22/2008 | 2.5 | Financial Analysis | Review of valuation analyses for client |
| Jonathan Brownstein | 8/22/2008 | 2.5 | Business Operations | Review of Project Red Sox Material |
| Jonathan Brownstein | 8/22/2008 | 1.5 | Financial Analysis | Review of valuation analyses for client |
| Jason Solganick | 8/25/2008 | 1.5 | Business Operations | Review of Project Red Sox Material |
| Jason Solganick | 8/25/2008 | 0.3 | Case Administration | Review court docket |
| Jonathan Brownstein | 8/25/2008 | 1.5 | Business Operations | Review of Project Red Sox Material |
| Bryan Cloncs | 8/26/2008 | 3.0 | Financial Analysis | Valuation analyses for client |
| Jason Solganick | 8/26/2008 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 8/26/2008 | 4.0 | Financial Analysis | Valuation analyses for client |
| Bryan Cloncs | 8/27/2008 | 2.5 | Financial Analysis | Valuation analyses for client |
| Jason Solganick | 8/27/2008 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 8/27/2008 | 3.0 | Financial Analysis | Valuation analyses for client |
| Desiree Davis | 8/28/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 8/28/2008 | 1.5 | Financial Analysis | Valuation analyses for client |
| Jason Solganick | 8/28/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/28/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jonathan Brownstein | 8/28/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Maika Hemphill | 8/28/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Maika Hemphill | 8/28/2008 | 2.0 | Financial Analysis | Valuation analyses for client |
| Bryan Cloncs | 8/29/2008 | 2.5 | Financial Analysis | Valuation analyses for client |
| Desiree Davis | 8/29/2008 | 1.5 | Financial Analysis | Valuation analyses for client |
| Jason Solganick | 8/29/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 8/29/2008 | 2.0 | Financial Analysis | Review of valuation analyses for client |
| Jonathan Brownstein | 8/29/2008 | 1.0 | Financial Analysis | Review of valuation analyses for client |
| Maika Hemphill | 8/29/2008 | 2.0 | Financial Analysis | Valuation analyses for client |
| Pei Huang | 8/29/2008 | 3.5 | Financial Analysis | Valuation analyses for client |