# EXHIBIT B

### W.R. Grace
### Detail of expenses (August 1, 2008 – August 31, 2008)

| Transportation | | |
|---|---|---|
| Jonathan Brownstein | 08/07/08 | $ 22.00 |
| Jonathan Brownstein | 08/07/08 | $ 116.74 |
| Desiree Davis | 08/08/08 | $ 49.08 |
| **Total Transportation:** | | **$ 187.82** |

**TOTAL EXPENSES:** $ 187.82