IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: October 3, 2008 at 4:00 p.m.**
**Hearing Date: October 20, 2008 at 1:00 p.m.**

## CERTIFICATION OF NO OBJECTION REGARDING MOTION OF DEBTORS FOR ENTRY OF AN ORDER AUTHORIZING THE SETTLEMENT OF AN ASBESTOS PROPERTY DAMAGE CLAM FILED BY PACIFIC FREEHOLDS [DOCKET NO. 19542]

The undersigned hereby certifies that, as of the date hereof, he has received no

answer, objection or other responsive pleading to the *Motion of Debtors for Entry of an Order*

*Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Pacific Freeholds*

(the "Motion") filed on September 15, 2008.  The undersigned further certifies that he has caused

the Court's docket in this case to be reviewed and no answer, objection or other responsive

pleading to the Motion appears thereon.  Pursuant to the Notice of Motion, responses to the

Motion were to be filed and served no later than October 3, 2008 at 4:00 p.m.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

It is hereby respectfully requested that the Order attached to the Motion be

entered at the Court's earliest convenience.

Dated: October 13, 2008

                            KIRKLAND & ELLIS LLP
                            David M. Bernick, P.C.
                            Janet S. Baer
                            200 East Randolph Drive
                            Chicago, IL  60601
                            Telephone:  (312) 861-2000
                            Facsimile:  (312) 861-2200

                            -and–

                            PACHULSKI STANG ZIEHL & JONES LLP

                            Laura Davis Jones (Bar No. 2436)
                            James E. O'Neill (Bar No. 4042)
                            Kathleen P. Makowski (Bar No. 3648)
                            Timothy P. Cairns (Bar No. 4228)
                            919 North Market Street, 17th Floor
                            Wilmington, DE  19801
                            Telephone:  (302) 652-4100
                            Facsimile:  (302) 652-4400

                            Co-Counsel for the Debtors and Debtors in Possession