IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |

**ORDER FOR LEAVE FROM SCHEDULING ORDER AND TO SHORTEN NOTICE PERIOD ON APPLICATION PURSUANT TO SECTIONS 105, 327, 524(g) AND 1109 OF THE BANKRUPTCY CODE FOR ORDER AUTHORIZING RETENTION *NUNC PRO TUNC* OF ALAN B. RICH, ESQ. AS COUNSEL TO HON. ALEXANDER M. SANDERS, JR., PROPOSED LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS**

The Court, having considered the motion of Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands of the Debtors pursuant to Del. Bankr. L.R. 9006-1(e), Rule 9006(c) of the Bankruptcy Rules and Section 102 of the Bankroptcy Code, for leave from this Court's Scheduling Order and to shorten the notice period with respect to his *"*Application Pursuant to Sections 105, 327, 524(g) and 1109 of the Bankruptcy Code for Order Authorizing Retention *Nunc Pro Tunc* of Alan B. Rich, Esq. As Counsel to Hon. Alexander M. Sanders, Jr., Proposed Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands" (the "Application"); and due and proper notice of the Application having been given; and is appearing that sufficient cause exits for granting the requested relief; it is hereby:

ORDERED that the Motion to Shorten is granted; and it is further

ORDERED that the Debtors are granted leave from the Scheduling Order, and it is further

ORDERED that the notice period with respect to the Application is shortened so that the Objection deadline on the Application is October 20, 2008, 4:00 PM ET; and it is further

ORDERED that the Application is set for hearing, if such a hearing is necessary, for October 27, 2008.

SIGNED this \_\_\_\_ day of October, 2008

_____
UNITED STATES BANKRUPTCY JUDGE