IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

### FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD AUGUST 1, 2008, THROUGH AUGUST 31, 2008

## WRG-0083
## FREEDOM-TO-OPERATE ANALYSIS REGARDING
## REGENERATION OF SPENT HYDROPROCESSING CATALYSTS

| 08/15/2008 | GHL | Review of Mr. Maggio's email inquiring about one of the third-party patents addressed in previously-provided freedom-to-operate opinion regarding regeneration/rejuvenation of spent hydroprocessing catalysts; review of the patent and applicable portion of the previous opinion, and telephone conference with Mr. Maggio regarding supplemental analysis to be performed. | 0.80 |
|---|---|---|---|
| 08/23/2008 | GHL | Review of prosecution history of the third-party patent and consideration of amendments made to claims to place them in form in which issued, consideration of assertable scope of the claims in view of the amendments. | 0.80 |

SERVICES                                    $      912.00

|  | GHL | GARY H. LEVIN | 1.60 | hours @ | $560.00 |
|---|---|---|---|---|---|

INVOICE TOTAL                               $      912.00

## WRG-0087
## EVALUATION OF RELEVANCE OF THIRD-PARTY PATENT
## RELATING TO CONCRETE MIXING TO PROPOSED GRACE OPERATIONS

| 08/01/2008 | GHL | Continued evaluation of third-party patent directed to method of mixing concrete with controlled additions of water, and further drafting of invalidity opinion; | 4.00 |
|---|---|---|---|
| 08/04/4008 | GHL | Continued work on invalidity opinion; | 4.50 |
| 08/06/2008 | GHL | Further work on invalidity opinion; | 2.30 |
| 08/20/2008 | GHL | Further work on invalidity opinion, and transmittal of opinion to Mr. Leon. | 1.40 |

                                                                                                      SERVICES                            $    6,954.00

| | GHL | GARY H.LEVIN | 12.20 | hours @ | $570.00 |
|---|---|---|---|---|---|

                                         **INVOICE TOTAL**                         $    **6,954.00**

## WRG-0088
## STUDY OF THIRD-PARTY PATENT RELATING TO POLYMERIZING PROCESS AND SECTION 271(f) ISSUE RELATING TO CATALYST

| | | | |
|---|---|---|---|
| 08/20/2008 | GHL | Evaluation of possible Section 271(f) issues arising from Grace's proposed export of pro-catalyst for use in overseas polymerization process in view of third-party U.S. patent directed to polymerization process using the finished catalyst, including review of Grace communications regarding the issue, review of recent case law on application of section 271(f) to process patents in view of Union Carbide v. Shell decision, review of description of process of preparation of the pro-catalyst as received from Grace, and consideration of the issues. | 3.80 |
| 08/20/2008 | ABR | Consult with GHL on issue und 35 USC 271(f); research and collection of relevant cases. | 2.10 |
| 08/21/2008 | ABR | Further work on 271(f) issued, summarize post-Microsoft v. AT&T cases. | 2.20 |
| 08/22/2008 | ABR | Further review and summay of post-Microsoft v. AT&T cases on 35 USC 271(f). | 1.60 |
| 08/22/2008 | GHL | Further review of case law related to applicability of 35 USC 271(f) to method-of-manufacture patents and consideration of what constitutes an exported "component" within the means of 35 USC 271(f)(2). | 1.30 |

SERVICES                               $    4,647.50

| | | | | | |
|---|---|---|---|---|---|
| | GHL | GARY H. LEVIN | 5.10 | hours @ | $570.00 |
| | ABR | AARON B. RABINOWITZ | 5.90 | hours @ | $295.00 |

**INVOICE TOTAL**                      $    4,647.50