**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

IN RE:

W.R. Grace & Co., *et al.*                                       Bankruptcy No. 01-1139-JKF
      Debtor(s)

                                              Chapter 11

**ORDER CHANGING TIME OF HEARING ON OCTOBER 20, 2008**

    **AND NOW**, this **15**th day of **October, 2008**, it is **ORDERED** that the time of the

omnibus hearing scheduled for October 20, 2008, is **changed to 9:00 a.m.** in the Bankruptcy

Court for the District of Delaware, 824 Market Street, Wilmington, Delaware.  There will be **no**

hearing at 1:00 p.m.

*Judith K. Fitzgerald*
Judith K. Fitzgerald                    **rmab**
United States Bankruptcy Judge