IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*             Bankruptcy No. 01-1139-JKF
    Debtor(s)

                                     Chapter 11
                                     **Related to Doc. No.** 19750

**SECOND ORDER CHANGING TIME OF HEARING ON OCTOBER 20, 2008,
AND VACATING ORDER AT DOC. NO. 19750**

AND NOW, this **15th** day of **October, 2008**, it is **ORDERED** that the time of the omnibus hearing scheduled for October 20, 2008, is **changed to 10:00 a.m.** in the Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware. The order at Doc. No. 19750 is vacated.

*Judith K. Fitzgerald*   rmab
Judith K. Fitzgerald
United States Bankruptcy Judge