THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

Pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby withdraws with prejudice its proof(s) of claim against W. R. Grace & Co. and/or one or more of its related debtor affiliates filed in Case No. 01-1139, on February 14, 2002, proof of claim numbered 707, in the amount of $455,006.45. No adversary proceeding has been filed against this claimant; and the claimant has not voted on a plan or otherwise participated significantly in this case.

9/22/08
Date

Authorized Signature/ Title

Cook County Treasurer
Creditor Name

118 N. Clark St., Room 212
Address

Chicago, IL 60602
City, State, Zip Code

(312) 603-5439
Telephone Number