**EXHIBIT A**

Professional services rendered: July 2008: **IRS Audit issue – preparation of materials for Appeals (100 page presentation) plus preparation for and attendance at appeals meeting.**

Professional services rendered through: July 31, 2008

| Date | Person | Description | Hours |
|---|---|---|---|
| 07/01/08 | G.N. Kidder | Revise appeals presentation based on comments from Matt Lerner. | 1.50 |
| 07/02/08 | G.N. Kidder | Revise appeals powerpoint presentation based on comments from Matt Lerner. | 1.50 |
| **07/02/08** | **M.C. Durst** | **Travel to Boca Ratan, Florida for meeting at W.R. Grace & Co (half-time billed).** | **2.50** |
| 07/03/08 | G.N. Kidder | Revise appeals powerpoint presentation based on comments from Matt Lerner. | 3.30 |
| 07/03/08 | M.D. Lerner | Discuss lonely parent issues with Mr. Teplinsky. | 0.50 |
| 07/03/08 | S.B. Teplinsky | Conference with Mr. Lerner re lonely parent NOL carry back issues. | 0.50 |
| 07/07/08 | G.N. Kidder | Edit powerpoint slides for Appeals Conference. | 1.80 |
| 07/07/08 | M.J. Silverman | Review SRLY Power Point Presentation -- Appeal presentation. | 3.00 |
| 07/08/08 | G.N. Kidder | Review comments from Mark Silverman on Appeals Conference powerpoint presentation. | 1.00 |
| 07/09/08 | G.N. Kidder | Edit draft powerpoint presentation for Appeals Conference based on comments from Mark Silverman. | 2.00 |
| 07/10/08 | G.N. Kidder | Phone call with Mark Silverman to discuss SRLY issue and appeals presentation. | 1.50 |
| 07/10/08 | G.N. Kidder | Revise Appeals conference powerpoint presentation based on comments from Mark Silverman and draft supplemental powerpoint slides addressing reverse acquisition argument made by Exam. | 4.80 |
| 07/10/08 | M.J. Silverman | Review SRLY Power Point slides with Mr. Kidder. | 1.50 |
| 07/11/08 | G.N. Kidder | Revise appeals conference powerpoint presentation and draft e-mail to Matt Lerner and Mark Silverman describing changes. | 1.00 |
| 07/11/08 | M.J. Silverman | Review SRLY slides and send to Deloitte. | 1.50 |
| 07/15/08 | M.D. Lerner | Review power point for appeals. | 1.20 |
| 07/16/08 | G.N. Kidder | Review comments on SRLY appeals presentation. | 0.50 |
| 07/16/08 | M.J. Silverman | Review comments from Mr. Collins on SRLY Power point. | 1.00 |
| 07/17/08 | G.N. Kidder | Meeting with Mark Silverman and Matt Lerner to discuss comments from Bryan Collins on SRLY appeals powerpoint; Discuss further comments with Matt Lerner. | 2.00 |

| Date | Name | Description | Hours |
|---|---|---|---|
| 07/17/08 | M.D. Lerner | Go over power point with Messrs. Silverman and Kidder. | 2.00 |
| 07/17/08 | M.J. Silverman | Review SRLY Power Point with Messrs. Kidder and Lerner. | 2.00 |
| 07/18/08 | G.N. Kidder | Edit SRLY Appeals presentation based on comments from Bryan Collins, Mark Silverman, and Matt Lerner. | 3.50 |
| 07/21/08 | G.N. Kidder | Revise Appeals SRLY powerpoint presentation based on comments from Mark Silverman and Matt Lerner. | 1.50 |
| 07/21/08 | M.J. Silverman | Review revised SRLY pictures and send to client. | 1.00 |
| 07/22/08 | M.J. Silverman | Review Kovel letter; finalize lonely parent pictures. | 1.00 |
| 07/24/08 | A.E. Moran | Review documents to determine prior filings. | 0.40 |
| 07/24/08 | A.E. Moran | Telephone conference with R. Jordan and N. Newbury re affidavit of disinterestedness. | 0.50 |
| 07/25/08 | M.J. Silverman | Talk with Ms. Finke re SRLY Power Point Presentation. | 1.00 |
| 07/29/08 | M.J. Silverman | Talk with Ms. Finke re Power Point Presentation. | 0.50 |
| 07/30/08 | M.J. Silverman | Prepare for conference call with client re SRLY appeals conference. | 1.00 |
| 07/31/08 | G.N. Kidder | Assemble materials to send to Mr. Leatherman. | 0.80 |
| 07/31/08 | G.N. Kidder | Phone call with Matt Lerner, Mark Silverman, Bryan Collins, and Carol Finke to discuss appeals powerpoint presentation. | 2.50 |
| 07/31/08 | M.D. Lerner | Prepare for and participate in Appeals prep call. | 1.20 |
| 07/31/08 | M.D. Lerner | Edit Grace power point. | 0.30 |
| 07/31/08 | M.J. Silverman | Conferences call with client re appeals conference and with Mr. Leatherman to discuss expert report. | 2.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 16.00 | 895.00 | 14,320.00 |
| M.C. Durst | 2.50 | 865.00 | 2,162.50 |
| M.D. Lerner | 5.20 | 700.00 | 3,640.00 |
| S.B. Teplinsky | 0.50 | 700.00 | 350.00 |
| A.E. Moran | 0.90 | 570.00 | 513.00 |
| G.N. Kidder | 29.20 | 470.00 | 13,724.00 |
| Total | 54.30 | | 34,709.50 |

Total Fees  $34,709.50

Disbursements:    Duplicating                                          $  176.00

Total Disbursements                          $  176.00

|  |  | Total This Statement | $34,709.50 |

Professional services rendered through: July 31, 2008 – Reorganization Issue

| Date | Professional | Description | Hours |
|---|---|---|---|
| 07/01/08 | L.M. Zarlenga | Review Ms. Finke's comments to § 382 memo. | 0.70 |
| 07/01/08 | L.M. Zarlenga | Research Section 382 issues. | 1.00 |
| 07/01/08 | L.M. Zarlenga | Consider and respond to Mr. Silverman's question re Section 382 memo. | 0.80 |
| 07/01/08 | L.M. Zarlenga | Meet with Messrs. Silverman and Williams to discuss Section 382 memo. | 1.00 |
| 07/01/08 | M.J. Silverman | Review 382 outlines responses and bank plan. | 1.50 |
| 07/01/08 | M.J. Silverman | Discuss with Ms. Zarlenga | 1.00 |
| 07/01/08 | M.J. Silverman | Call with client re issues. | 0.50 |
| 07/01/08 | S.T. Williams | Meet with Mark Silverman and Lisa Zarlenga to discuss 382 issues. | 1.00 |
| 07/01/08 | S.T. Williams | Research regarding 382 issues and call with Lisa Zarlenga to discuss 382 research. | 1.60 |
| 07/02/08 | M.C. Durst | Meeting regarding IP appraisal in Florida. | 5.70 |
| 07/02/08 | M.J. Silverman | Meet with Ms. Zarlenga and Mr. Williams; call re NOL memo and Grace response. | 1.00 |
| 07/02/08 | S.T. Williams | Research regarding 382 issues. | 4.00 |
| 07/03/08 | M.J. Silverman | Review revised plan of bankruptcy. | 1.00 |
| 07/05/08 | M.J. Silverman | Review Kovel agreement and talk with Mr. Lerner. | 1.00 |
| 07/06/08 | L.M. Zarlenga | Review draft bankruptcy plan. | 2.30 |
| 07/07/08 | L.M. Zarlenga | Meet with Mr. Williams to discuss open issues. | 1.00 |
| 07/07/08 | M.D. Lerner | Review Deloitte & Touche Kovel edits. | 0.10 |
| 07/07/08 | S.T. Williams | Meet with Lisa Zarlenga to discuss 382 research. | 1.20 |
| 07/07/08 | S.T. Williams | Review and analysis of five-percent shareholder spreadsheet. | 3.50 |
| 07/07/08 | S.T. Williams | Research regarding 382 issues. | 2.10 |
| 07/07/08 | S.T. Williams | Review bankruptcy documents. | 0.80 |
| 07/08/08 | L.M. Zarlenga | Meet with Messrs. Silverman and Williams to prepare for teleconference tomorrow. | 1.50 |
| 07/08/08 | L.M. Zarlenga | Review NOL projection. | 0.30 |
| 07/08/08 | M.C. Durst | Review of materials sent by D. Poole. | 0.30 |
| 07/08/08 | M.D. Lerner | Communications and emails with Mr. Silverman and Ms. Finke re Kovel letter. | 0.60 |
| 07/08/08 | M.J. Silverman | Review Kovel letter; 382 issues; review outline of issues; review NOL projects. | 1.50 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/08/08 | M.J. Silverman | Meet with Ms. Zarlenga and Mr. Williams to discuss Section 382 issues. | 1.50 |
| 07/08/08 | S.T. Williams | Meet with Lisa Zarlenga and Mark Silverman to discuss 382 planning. | 1.50 |
| 07/09/08 | L.M. Zarlenga | Review IRS authority re use of market cap to determine value for 382 purposes. | 0.80 |
| 07/09/08 | M.C. Durst | Review of materials sent by D. Poole. | 1.60 |
| 07/09/08 | M.D. Lerner | Call with Ms. Finke re Kovel letter. | 0.10 |
| 07/09/08 | M.J. Silverman | Review cases re 382 value and review bank plan. | 2.00 |
| 07/09/08 | S.T. Williams | Research regarding 382 issues. | 2.00 |
| 07/10/08 | L.M. Zarlenga | Meet with Messrs. Silverman and Williams. | 0.50 |
| 07/10/08 | L.M. Zarlenga | Teleconference with Messrs. Silverman and Williams and Ms. Finke re § 382 issues. | 1.20 |
| 07/10/08 | L.M. Zarlenga | Review materials from Ms. Finke re Alltech acquisition, ZAI claims and Sealed Air settlement. | 0.80 |
| **07/10/08** | **M.C. Durst** | **Travel to and from McLean (half-time billed).** | **1.10** |
| 07/10/08 | M.C. Durst | Meeting in McLean. re transfer pricing analysis. | 1.30 |
| 07/10/08 | M.J. Silverman | Discussions with Ms. Zarlenga and Mr. Williams re issues. | 0.50 |
| 07/10/08 | M.J. Silverman | Review 382 issues and review documents. | 1.30 |
| 07/10/08 | M.J. Silverman | Telephone call with Ms. Finke re 382. | 1.20 |
| 07/10/08 | S.T. Williams | Revise spreadsheet analyzing possible ownership changes. | 0.30 |
| 07/10/08 | S.T. Williams | Meet with Mark Silverman and Lisa Zarlenga to discuss 382 issues prior to call with Carol Finke. | 0.50 |
| 07/10/08 | S.T. Williams | Call with Carol Finke at Grace, Lisa Zarlenga, and Mark Silverman. | 1.20 |
| 07/11/08 | L.M. Zarlenga | Review Sealed Air settlement agreement. | 0.70 |
| 07/11/08 | M.J. Silverman | Review documents from Ms. Finke re bankruptcy. | 2.00 |
| 07/11/08 | S.T. Williams | Prepare file of Grace documents. | 2.30 |
| 07/12/08 | L.M. Zarlenga | Review Sealed Air settlement agreement. | 0.60 |
| 07/14/08 | L.M. Zarlenga | Discuss binder of materials with Mr. Williams and follow-up with Mr. Silverman re same. | 0.30 |
| 07/14/08 | S.T. Williams | Review and organize Grace documents. | 1.50 |
| 07/14/08 | S.T. Williams | Meet with L. Zarlenga to discuss organization of Grace documents. | 0.30 |
| 07/15/08 | M.C. Durst | Conversation with A. Keshk. | 0.30 |
| 07/15/08 | S.T. Williams | Organization of Grace documents. | 1.30 |

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 07/17/08 | M.D. Lerner | Edits to Kovel letter. | 0.20 |
| 07/17/08 | M.J. Silverman | Review Kovel letter. | 1.00 |
| 07/22/08 | M.D. Lerner | Negotiate Kovel letter. | 0.40 |
| 07/23/08 | M.D. Lerner | Edits to Kovel letter. | 0.20 |
| 07/24/08 | M.C. Durst | Conversations with A. Keshk and D. Poole. | 0.90 |
| 07/26/08 | M.C. Durst | Review of economic model. | 0.80 |
| 07/27/08 | M.C. Durst | Review of economic model. | 0.50 |
| 07/28/08 | M.C. Durst | Conversation with D. Poole, et al. | 0.90 |
| 07/28/08 | M.C. Durst | Review of economic model. | 0.30 |
| 07/29/08 | M.C. Durst | Conversation with A. Keshk. | 0.50 |
| 07/31/08 | A.E. Moran | Work on bills. | 0.80 |
| 07/31/08 | M.C. Durst | Review of revised spreadsheets. | 0.20 |
| 07/31/08 | M.C. Durst | Conversation with A. Keshk. | 0.20 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 17.00 | 895.00 | 15,215.00 |
| M.C. Durst | 14.60 | 865.00 | 12,629.00 |
| M.D. Lerner | 1.60 | 700.00 | 1,120.00 |
| L.M. Zarlenga | 13.50 | 580.00 | 7,830.00 |
| A.E. Moran | 0.80 | 570.00 | 456.00 |
| S.T. Williams | 25.10 | 315.00 | 7,906.50 |
| Total | 72.60 | | 45,156.50 |

Total Fees     $45,156.50

Disbursements:

| | |
|---|---|
| Overnight Messenger | 70.35 |
| On-Line Research/Information Retrieval | 16.92 |
| Long Distance Telephone | 13.54 |

Total Disbursements     $100.81

9