```
STEPTOE & JOHNSON LLP                              EXHIBIT B
Detail Cost Report
Proforma:  633605

012046.00004 TAX REORGANIZATION ISSUES

Cost       Date       Timekeeper
Code       Descrip.   Number    Name              Quantity    Rate      Amount
================================================================================

DLFD       07/03/08   00206     Moran, Anne E.      1.00     29.88       29.88
  DLFD     07/03/08   00206     Moran, Anne E.      1.00                 29.88
Federal Express from Jamal Knight
to Mark Silverman on July 03, 2008.
Tracking Number 797022004539

DLFD       07/08/08   00206     Moran, Anne E.      1.00     18.71       18.71
  DLFD     07/08/08   00206     Moran, Anne E.      1.00                 18.71
Federal Express from Jamal Knight
to Greg Kidder on July 08, 2008.
Tracking Number 797023559351

DLFD       07/17/08   00206     Moran, Anne E.      1.00     21.76       21.76
  DLFD     07/17/08   00206     Moran, Anne E.      1.00                 21.76
Federal Express from Jamal Knight
to Greg Kidder on July 17, 2008.
Tracking Number 796029302635

DLFD                  Total:                       70.35

DUPLDC     07/08/08   08906     Knight, Jamal      55.00      0.10        5.50
  DUPLDC   07/08/08   08906     Knight, Jamal      55.00      0.20       11.00
55 PHOTOCOPIES MADE BY 08906

DUPLDC     07/08/08   08906     Knight, Jamal      30.00      0.10        3.00
  DUPLDC   07/08/08   08906     Knight, Jamal      30.00      0.20        6.00
30 PHOTOCOPIES MADE BY 08906

DUPLDC     07/08/08   Total:                        8.50
DUPLDC     07/14/08   09066     Merrill,         1645.00      0.10      164.50
  DUPLDC   07/14/08   09066     Merrill,         1645.00      0.20      329.00
1645 PHOTOCOPIES MADE BY 09066

DUPLDC                Total:                      173.00

LASR       07/01/08   00206     Moran, Anne E.     11.00      0.10        1.10
  LASR     07/01/08   00206     Moran, Anne E.     11.00      0.20        2.20
PC/Network Printing

PC LASER   11 Pages Moran, Anne
LASR       07/14/08   00206     Moran, Anne E.      7.00      0.10        0.70
  LASR     07/14/08   00206     Moran, Anne E.      7.00      0.20        1.40
PC/Network Printing


PC LASER   7 Pages Williams, Samuel
```

```
LASR       07/15/08 00206      Moran, Anne E.            4.00    0.10         0.40
   LASR    07/15/08 00206      Moran, Anne E.            4.00    0.20         0.80
PC/Network Printing

PC LASER   4 Pages Bogdonoff, Philip
LASR       07/15/08 00206      Moran, Anne E.            4.00    0.10         0.40
   LASR    07/15/08 00206      Moran, Anne E.            4.00    0.20         0.80
PC/Network Printing

PC LASER   4 Pages Bogdonoff, Philip
LASR       07/15/08 00206      Moran, Anne E.            2.00    0.10         0.20
   LASR    07/15/08 00206      Moran, Anne E.            2.00    0.20         0.40
PC/Network Printing

PC LASER   2 Pages Bogdonoff, Philip
LASR       07/15/08 Total:                               1.00
LASR       07/16/08 00206      Moran, Anne E.            2.00    0.10         0.20
   LASR    07/16/08 00206      Moran, Anne E.            2.00    0.20         0.40
PC/Network Printing

PC LASER   2 Pages Bogdonoff, Philip

LASR                Total:                               3.00

LOCALTR    07/01/08 00008      Lerner, Matthew D.        1.00    0.00         0.00
Local Transportation - WACHOVIA Petty Cash
dated 07/01/08, M. Lerner on 06/19/08,
(mileage) re travel from Chevy Chase, Md to
Columbia, Md.

TELECO     07/10/08 00051      Silverman, Mark J.        1.00   13.54        13.54
   TELECO  07/10/08 00051      Silverman, Mark J.        1.00                13.54
Soundpath charge for Conferencing Services
on 07/10/08 for 143 minutes.
Moderator: Mark Silverman

WESTLAW    07/01/08 00206      Moran, Anne E.            1.00   16.92        16.92
   WESTLAW 07/01/08 00206      Moran, Anne E.            1.00                16.92
Westlaw On-Line Research

DC Westlaw Search by:   WILLIAMS,SAMUEL

Total: 012046.00004 TAX REORGANIZATION ISSUES          276.81

Report Total:                                          276.81
```