**EXHIBIT A**

Professional services rendered: August 2008: **IRS Audit issue – preparation of materials for Appeals (100 page presentation) plus preparation for and attendance at appeals meeting.**

Professional services rendered August 2008 – Tax Audit Issue

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/05/08 | G.N. Kidder | Phone call with Mark Silverman and Don Leatherman to discuss SRLY issue and legislative history research. | 2.30 |
| 08/05/08 | K. Sieverding | Analyze tax treatment of specified liability losses; review legislative history of section 172(f). | 5.30 |
| 08/05/08 | M.D. Lerner | Call with Appeals Office and follow-up. | 0.30 |
| 08/05/08 | M.D. Lerner | Call with client on appeals. | 0.30 |
| 08/05/08 | M.J. Silverman | Calls with Mr. Leatherman and Mr. Kidder re issues. | 2.30 |
| 08/05/08 | M.J. Silverman | Call with client. | 0.30 |
| 08/06/08 | G.N. Kidder | Discuss legislative history of specified liability losses with Keith Sieverding. | 0.50 |
| 08/06/08 | K. Sieverding | Discuss legislative history of section 172(f) with Mr. Kidder. | 0.50 |
| 08/06/08 | K. Sieverding | Analyze tax treatment of specified liability losses. | 3.50 |
| 08/07/08 | K. Sieverding | Analyze tax treatment of specified liability losses and legislative history of section 172(f). | 2.30 |
| 08/08/08 | G.N. Kidder | Draft additional powerpoint slides re: legislative history and application of Exam Team position to year of 82-152 group continuation transaction. | 2.40 |
| 08/08/08 | M.J. Silverman | Review new Power Point Presentation slides. | 1.00 |
| 08/10/08 | M.J. Silverman | Review and revise Power Point Presentation. | 1.00 |
| 08/11/08 | M.J. Silverman | Review SRLY revised Power Point Presentation. | 0.60 |
| 08/11/08 | M.J. Silverman | Discuss Powerpoint with Mr. Kidder. | 0.40 |
| 08/12/08 | G.N. Kidder | Discuss Lonely Parent presentation with Mark Silverman. | 0.40 |
| 08/12/08 | G.N. Kidder | Revise presentation to incorporate comments from Mark Silverman and Matt Lerner. | 1.40 |
| 08/12/08 | M.D. Lerner | Edit slides re purpose for SLL rules. | 0.50 |
| 08/12/08 | M.D. Lerner | Discuss plans for Newark presentation. | 0.20 |
| 08/12/08 | M.J. Silverman | Review revised Power Point slides to prepare for appeals. | 1.50 |
| 08/13/08 | M.D. Lerner | Edit power point. | 2.00 |
| 08/13/08 | M.J. Silverman | Prepare for appeals meeting. | 4.00 |
| 08/14/08 | G.N. Kidder | Phone calls with Mark Silverman to discuss powerpoint slides and oral presentation to IRS appeals. | 1.30 |

| 08/14/08 | M.D. Lerner | Call with Appeals re upcoming meeting and email re same. | 0.90 |
| --- | --- | --- | --- |
| 08/14/08 | M.J. Silverman | Prepare for appeals conference. | 3.70 |
| 08/14/08 | M.J. Silverman | Telephone call with Gregg Kidder re presentation. | 1.30 |
| 08/15/08 | A.E. Moran | Work on bills from June 2008. | 1.80 |
| 08/15/08 | G.N. Kidder | Review United Dominion Industries Supreme Court case re: product liability losses and draft bulletpoints for introduction to powerpoint presentation and discussion of section 172(f) 10-year carryback legislative history. | 1.50 |
| 08/15/08 | M.J. Silverman | Prepare for appeals meeting; review Power Point Presentation. | 2.00 |
| 08/16/08 | M.J. Silverman | Prepare for appeals; read documents; review Power Point Presentation. | 4.00 |
| 08/17/08 | M.D. Lerner | Prepare comments for Appeals. | 0.50 |
| 08/17/08 | M.J. Silverman | Prepare for appeals. | 2.00 |
| 08/18/08 | G.N. Kidder | Meeting with Carol Finke, Mark Silverman, Matt Lerner, and Bryan Collings to prepare for Appeals conference. | 4.50 |
| **08/18/08** | **G.N. Kidder** | **Travel to Newark, New Jersey for IRS appeals conference (half-time billed).** | **1.50** |
| 08/18/08 | M.D. Lerner | Meet with client and Bryan Collins to prepare for conference. | 4.50 |
| **08/18/08** | **M.D. Lerner** | **Travel to Appeals Conference (half-time billed).** | **1.20** |
| 08/18/08 | M.D. Lerner | Preparation for conference. | 2.90 |
| 08/18/08 | M.J. Silverman | Meet with client, counsel and consultants re Appeals conference. | 4.50 |
| 08/18/08 | M.J. Silverman | Prepare for Appeals conference. | 1.50 |
| **08/18/08** | **M.J. Silverman** | **Travel to Appeals conference (half-time billed).** | **2.00** |
| **08/19/08** | **G.N. Kidder** | **Travel back from IRS Appeals conference in Newark, New Jersey (half-time billed).** | **1.50** |
| 08/19/08 | G.N. Kidder | Attend IRS appeals conference re: SRLY issue. | 6.50 |
| 08/19/08 | M.D. Lerner | Attend pre-meeting and Appeals conference. | 6.80 |
| **08/19/08** | **M.D. Lerner** | **Travel from Appeals conference (half-time billed).** | **1.30** |
| 08/19/08 | M.J. Silverman | Prepare for and attend Appeals meeting. | 6.00 |
| **08/19/08** | **M.J. Silverman** | **Return to DC (half-time billed).** | **2.00** |
| 08/25/08 | A.E. Moran | Work on bills for April-June; email R. Jordan on followup. | 1.60 |
| 08/27/08 | A.E. Moran | Work on bills for April-June. | 1.50 |
| 08/29/08 | A.E. Moran | Work on bills for June 2008. | 2.10 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 40.10 | 895.00 | 35,889.50 |
| M.D. Lerner | 21.40 | 700.00 | 14,980.00 |
| A.E. Moran | 7.00 | 570.00 | 3,990.00 |
| G.N. Kidder | 23.80 | 470.00 | 11,186.00 |
| K. Sieverding | 11.60 | 425.00 | 4,930.00 |
| Total | 103.90 | | 70,975.50 |

Total Fees       $70,975.50

Disbursements:

| | | |
|---|---|---|
| | Color Copies | 119.50 |
| | Overnight Messenger | 9.91 |
| | Duplicating | 15.90 |
| | Duplicating Supplies | 21.00 |
| | Facsimile | 4.00 |
| | Long Distance Telephone | 11.17 |
| 08/25/08 | Hotel - MARK J. SILVERMAN-Travel to Newark, NJ on 08/18/08 - 08/19/08 re Client Meeting: Grace (tips included) | 345.86 |
| 08/25/08 | Train Fare - MARK J. SILVERMAN-Travel to Newark, NJ on 08/18/08 - 08/19/08 re Client Meeting: Grace (change fee) | 21.00 |
| 08/25/08 | Train Fare - MARK J. SILVERMAN- Travel to Newark, NJ on 08/01/08 re Client Meeting: race (fee included) | 460.00 |
| 08/25/08 | Travel - MARK J. SILVERMAN-Travel to Newark, NJ on 08/18/08 - 08/19/08 re Client Meeting: Grace (subway) | 4.00 |
| 08/25/08 | Meals While on Travel - MARK J. SILVERMAN-Travel to Newark, NJ on 08/18/08 - 08/19/08 re Client Meeting: Grace | 124.95 |

Total Disbursements       $1,137.29

**Tax Reorganization Issue:**
Professional services rendered through: August 31, 2008

| | | | |
|---|---|---|---|
| 08/01/08 | M.C. Durst | Review of revised spreadsheets, conversation with A. Keshk, N. Grant regarding same. | 0.60 |
| 08/04/08 | A.E. Moran | Review affidavit and exhibits. | 0.70 |

7

| Date | Name | Description | Hours |
|---|---|---|---|
| 08/04/08 | A.E. Moran | Work on bills for April through June 2008. | 1.80 |
| 08/04/08 | M.C. Durst | Preparation for August 5 conference call. | 0.60 |
| 08/05/08 | A.E. Moran | Work on April through June bills. | 0.70 |
| 08/05/08 | M.C. Durst | Conference call regarding appraisals. | 1.00 |
| 08/05/08 | M.C. Durst | Preparation of e-mail for German counsel. | 0.30 |
| 08/05/08 | M.J. Silverman | Review materials from client. | 1.40 |
| 08/07/08 | M.D. Lerner | Review Kovel letter. | 0.30 |
| 08/08/08 | M.C. Durst | Conference call with German counsel. | 0.90 |
| 08/08/08 | M.C. Durst | Preparation for conference call with German counsel. | 0.30 |
| 08/08/08 | P.R. West | Telephone call with group regarding valuation of IP. | 1.00 |
| 08/12/08 | A.E. Moran | Work on March-June bills. | 1.40 |
| 08/13/08 | M.C. Durst | Review of memorandum from German counsel. | 0.40 |
| 08/13/08 | M.C. Durst | Conference call with German counsel. | 1.00 |
| 08/13/08 | P.R. West | Telephone call with Mr. Bogenschutz, Ms. Poole, Mr. Durst, Deloitte, others regarding German reactions to valuation analysis. | 1.00 |
| 08/14/08 | A.E. Moran | Work on bills/expenses for April - June. | 1.50 |
| 08/21/08 | M.C. Durst | Preparation for call with German counsel. | 0.50 |
| 08/21/08 | M.J. Silverman | Legislative -- schedule meetings with Hill. | 0.50 |
| 08/21/08 | M.J. Silverman | Review materials re claims from card. | 1.00 |
| 08/22/08 | M.C. Durst | Conference call with German counsel. | 0.40 |
| 08/22/08 | P.R. West | Telephone call with Mr. Bogenschuetz, Deloitte, Mr. Durst, Grace regarding German analysis of IP pricing. | 0.50 |
| 08/23/08 | A.E. Moran | Work on bills for April - June. | 1.00 |
| 08/27/08 | M.C. Durst | Conference call regarding projections. | 0.50 |
| 08/28/08 | M.C. Durst | Conference call regarding sales projections. | 0.70 |
| 08/28/08 | M.C. Durst | Preparation for conference call regarding sales projections. | 0.40 |
| 08/29/08 | M.C. Durst | Conference call with German counsel. | 1.00 |
| 08/29/08 | P.R. West | Telephone call with group regarding valuation of IP. | 1.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.J. Silverman | 2.90 | 895.00 | 2,595.50 |
| P.R. West | 3.50 | 875.00 | 3,062.50 |
| M.C. Durst | 8.60 | 865.00 | 7,439.00 |
| M.D. Lerner | 0.30 | 700.00 | 210.00 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| A.E. Moran | 7.10 | 570.00 | 4,047.00 |
| Total | 22.40 | | 17,354.00 |

|  |  | Total Fees | $17,354.00 |
|---|---|---|---|

Disbursements:

| | | | |
|---|---|---|---|
| | Color Copies | | 23.10 |
| | Duplicating | | 10.40 |
| | Duplicating Supplies | | 1.75 |
| | Facsimile | | 2.00 |
| | Long Distance Telephone | | 27.37 |
| 08/08/08 | Air Fare - MICHAEL DURST- Travel to Boca Raton, FL on 07/02/08 re W. R. Grace & Co. Meeting | | 654.75 |
| 08/08/08 | Parking - MICHAEL DURST- Travel to Boca Raton, FL on 07/02/08 re W. R. Grace & Co. Meeting | | 20.00 |
| 08/18/08 | Guest Services Meals ORDER 1582, LERNER, MATTHEW FOR MEETING | | 162.53 |
| 08/25/08 | Long Distance Telephone - MICHAEL DURST AT&T Telephone charges from 7/23 -25/08 | | 65.49 |

| | Total Disbursements | $967.39 |
|---|---|---|