**EXHIBIT B**

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  633677

012046.00003 TAX LITIGATION AUDIT ISSUE


Cost       Date       Timekeeper
Code       Descrip. Number    Name                    Quantity     Rate     Amount
==================================================================================

CCOPY      08/19/08 09066     Merrill,                1195.00     0.10      119.50
  CCOPY    08/19/08 09066     Merrill,                1195.00     1.00    1,195.00
1195 PHOTOCOPIES MADE BY 09066

DLFD       08/28/08 00206     Moran, Anne E.            1.00      9.91        9.91
  DLFD     08/28/08 00206     Moran, Anne E.            1.00                  9.91
Federal Express from Brenda Ward
to James O'Neill on August 28, 2008.

Tracking Number 797072177715
DUPLDC     08/18/08 06515     Kidder, Gregory          99.00      0.10        9.90
  DUPLDC   08/18/08 06515     Kidder, Gregory          99.00      0.20       19.80
99 PHOTOCOPIES MADE BY 06515

DUPLDC     08/28/08 00206     Moran, Anne E.           50.00      0.10        5.00
  DUPLDC   08/28/08 00206     Moran, Anne E.           50.00      0.20       10.00
50 PHOTOCOPIES MADE BY 00206

DUPLDC              Total:                             14.90

DUSPDC     08/19/08 09066     Merrill,                  1.00     21.00       21.00
  DUSPDC   08/19/08 09066     Merrill,                  1.00                 21.00
DISBURSEMENTS BY 09066

FAXDC      08/18/08 09066     Merrill,                  4.00      1.00        4.00
  FAXDC    08/18/08 09066     Merrill,                  4.00      1.15        4.60
DC FAX 4 pages sent to 17816999712

ORDER 1631, KNIGHT, JAMAL FOR CREDIT FOR 6/4/08
HOTELX     08/25/08 00051     Silverman, Mark J.        1.00    345.86      345.86
Hotel - MARK J. SILVERMAN-Travel to Newark, NJ
on 08/18/08 - 08/19/08 re Client Meeting: Grace

(tips included)
LASR       08/07/08 00206     Moran, Anne E.            4.00      0.10        0.40
  LASR     08/07/08 00206     Moran, Anne E.            4.00      0.20        0.80
PC/Network Printing
```

```
PC LASER   4 Pages Ward, Brenda
LASR       08/08/08 00206     Moran, Anne E.         4.00   0.10    0.40
  LASR     08/08/08 00206     Moran, Anne E.         4.00   0.20    0.80
PC/Network Printing

PC LASER   4 Pages Ward, Brenda
LASR       08/13/08 00206     Moran, Anne E.         1.00   0.10    0.10
  LASR     08/13/08 00206     Moran, Anne E.         1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Anderson, Catherine
LASR       08/13/08 00206     Moran, Anne E.         1.00   0.10    0.10
  LASR     08/13/08 00206     Moran, Anne E.         1.00   0.20    0.20
PC/Network Printing

PC LASER   1 Pages Anderson, Catherine
LASR       08/13/08 Total:                           0.20

LASR                Total:                           1.00
TELECO     08/05/08 06515     Kidder, Gregory        1.00  11.17   11.17
  TELECO   08/05/08 06515     Kidder, Gregory        1.00          11.17
Soundpath charge for Conferencing Services
on 08/05/08 for 118 minutes.
Moderator: Gregory N. Kidder

TRAINX     08/25/08 00051     Silverman, Mark J.     1.00  21.00   21.00
Train Fare - MARK J. SILVERMAN-Travel to
Newark, NJ on 08/18/08 - 08/19/08 re Client
Meeting: Grace (change fee)

TRAINX     08/25/08 00051     Silverman, Mark J.     1.00 460.00  460.00
Train Fare - MARK J. SILVERMAN-Travel to
Newark, NJ on 08/01/08 re Client Meeting: race
(fee included)

TRAINX     08/25/08 Total:                         481.00

TRAINX              Total:                         481.00

TRAVELX    08/25/08 00051     Silverman, Mark J.     1.00   4.00    4.00
Travel - MARK J. SILVERMAN-Travel to Newark,
NJ on 08/18/08 - 08/19/08 re Client Meeting:
Grace (subway)

TRAVMLX    08/25/08 00051     Silverman, Mark J.     1.00 124.95  124.95
Meals While on Travel - MARK J.
SILVERMAN-Travel to Newark, NJ on 08/18/08 -
08/19/08 re Client Meeting: Grace

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE     857.69

Report Total:                                      857.69
```

```
STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  633678

012046.00004 TAX REORGANIZATION ISSUES

Cost       Date       Timekeeper
Code       Descrip.   Number    Name                      Quantity   Rate     Amount
=====================================================================================
AIRFARX    08/08/08   00361     Durst, Michael C.           1.00    654.75    654.75
Air Fare - MICHAEL DURST- Travel to Boca
Raton, FL on 07/02/08 re W. R. Grace & Co.
Meeting

CCOPY      08/13/08   09066     Merrill,                   33.00     0.10      3.30
  CCOPY    08/13/08   09066     Merrill,                   33.00     1.00     33.00
33 PHOTOCOPIES MADE BY 09066

CCOPY      08/13/08   09066     Merrill,                   99.00     0.10      9.90
  CCOPY    08/13/08   09066     Merrill,                   99.00     1.00     99.00
99 PHOTOCOPIES MADE BY 09066

CCOPY      08/13/08   Total:                               13.20
CCOPY      08/14/08   09066     Merrill,                   99.00     0.10      9.90
  CCOPY    08/14/08   09066     Merrill,                   99.00     1.00     99.00
99 PHOTOCOPIES MADE BY 09066

CCOPY                 Total:                               23.10

DUPLDC     08/13/08   08909     O'Connell, James            2.00     0.10      0.20
  DUPLDC   08/13/08   08909     O'Connell, James            2.00     0.20      0.40
2 PHOTOCOPIES MADE BY 08909

DUPLDC     08/13/08   08909     O'Connell, James            3.00     0.10      0.30
  DUPLDC   08/13/08   08909     O'Connell, James            3.00     0.20      0.60
3 PHOTOCOPIES MADE BY 08909

DUPLDC     08/13/08   Total:                                0.50
DUPLDC     08/15/08   08909     O'Connell, James            1.00     0.10      0.10
  DUPLDC   08/15/08   08909     O'Connell, James            1.00     0.20      0.20
1 PHOTOCOPIES MADE BY 08909

DUPLDC     08/20/08   08909     O'Connell, James            5.00     0.10      0.50
  DUPLDC   08/20/08   08909     O'Connell, James            5.00     0.20      1.00
5 PHOTOCOPIES MADE BY 08909

DUPLDC                Total:                                1.10

DUSPDC     08/14/08   09066     Merrill,                    1.00     1.75      1.75
  DUSPDC   08/14/08   09066     Merrill,                    1.00               1.75
DISBURSEMENTS BY 09066

FAXDC      08/15/08   08906     Knight, Jamal               2.00     1.00      2.00
  FAXDC    08/15/08   08906     Knight, Jamal               2.00     1.15      2.30
DC FAX 2 pages sent to 13016569281
```

```
GSMEAL     08/18/08 00008      Lerner, Matthew D.           1.00  162.53      162.53
   GSMEAL  08/18/08 00008      Lerner, Matthew D.           1.00              162.53
Guest Services Meals

ORDER 1582, LERNER, MATTHEW FOR MEETING
LASR       08/01/08 00206      Moran, Anne E.               9.00    0.10        0.90
   LASR    08/01/08 00206      Moran, Anne E.               9.00    0.20        1.80
PC/Network Printing

PC LASER   9 Pages Moran, Anne
LASR       08/01/08 00206      Moran, Anne E.               9.00    0.10        0.90
   LASR    08/01/08 00206      Moran, Anne E.               9.00    0.20        1.80
PC/Network Printing

PC LASER   9 Pages Moran, Anne
LASR       08/01/08 Total:                                  1.80
LASR       08/13/08 00206      Moran, Anne E.               1.00    0.10        0.10
   LASR    08/13/08 00206      Moran, Anne E.               1.00    0.20        0.20
PC/Network Printing

PC LASER   1 Pages O'Connell, James
LASR       08/13/08 00206      Moran, Anne E.               2.00    0.10        0.20
   LASR    08/13/08 00206      Moran, Anne E.               2.00    0.20        0.40
PC/Network Printing

PC LASER   2 Pages O'Connell, James
LASR       08/13/08 Total:                                  0.30
LASR       08/15/08 00206      Moran, Anne E.               2.00    0.10        0.20
   LASR    08/15/08 00206      Moran, Anne E.               2.00    0.20        0.40
PC/Network Printing

PC LASER   2 Pages O'Connell, James
LASR       08/15/08 00206      Moran, Anne E.               9.00    0.10        0.90
   LASR    08/15/08 00206      Moran, Anne E.               9.00    0.20        1.80
PC/Network Printing

PC LASER   9 Pages Moran, Anne
LASR       08/15/08 00206      Moran, Anne E.               2.00    0.10        0.20
   LASR    08/15/08 00206      Moran, Anne E.               2.00    0.20        0.40
PC/Network Printing

PC LASER   2 Pages O'Connell, James
LASR       08/15/08 00206      Moran, Anne E.              25.00    0.10        2.50
   LASR    08/15/08 00206      Moran, Anne E.              25.00    0.20        5.00
PC/Network Printing

PC LASER   25 Pages Moran, Anne
LASR       08/15/08 Total:                                  3.80
LASR       08/25/08 00206      Moran, Anne E.               2.00    0.10        0.20
   LASR    08/25/08 00206      Moran, Anne E.               2.00    0.20        0.40
PC/Network Printing

PC LASER   2 Pages Moran, Anne
LASR       08/25/08 00206      Moran, Anne E.               9.00    0.10        0.90
   LASR    08/25/08 00206      Moran, Anne E.               9.00    0.20        1.80
PC/Network Printing
```

```
PC LASER    9 Pages Ward, Brenda
LASR        08/25/08 Total:                              1.10
LASR        08/27/08 00206      Moran, Anne E.          9.00     0.10     0.90
  LASR      08/27/08 00206      Moran, Anne E.          9.00     0.20     1.80
PC/Network Printing

PC LASER    9 Pages Ward, Brenda
LASR        08/27/08 00206      Moran, Anne E.          9.00     0.10     0.90
  LASR      08/27/08 00206      Moran, Anne E.          9.00     0.20     1.80
PC/Network Printing

PC LASER    9 Pages Ward, Brenda
LASR        08/27/08 00206      Moran, Anne E.          4.00     0.10     0.40
  LASR      08/27/08 00206      Moran, Anne E.          4.00     0.20     0.80
PC/Network Printing

PC LASER    4 Pages Moran, Anne
LASR        08/27/08 Total:                              2.20
LASR        08/28/08 00206      Moran, Anne E.          1.00     0.10     0.10
  LASR      08/28/08 00206      Moran, Anne E.          1.00     0.20     0.20
PC/Network Printing

PC LASER    1 Pages Ward, Brenda

LASR                 Total:                              9.30

PARKX       08/08/08 00361      Durst, Michael C.       1.00    20.00    20.00
Parking -  MICHAEL DURST- Travel to Boca Raton,
FL on 07/02/08 re W. R. Grace & Co. Meeting

TELECO      08/05/08 00051      Silverman, Mark J.      1.00    12.02    12.02
  TELECO    08/05/08 00051      Silverman, Mark J.      1.00             12.02
Soundpath charge for Conferencing Services
on 08/05/08 for 127 minutes.
Moderator: Mark Silverman

TELECO      08/22/08 00143      West, Philip R.         1.00    15.35    15.35
  TELECO    08/22/08 00143      West, Philip R.         1.00             15.35
Soundpath charge for Conferencing Services
on 08/22/08 for 162 minutes.
Moderator: Philip R. West

TELECO                Total:                            27.37

TELEDCX     08/25/08 00361      Durst, Michael C.       1.00    65.49    65.49
Long Distance Telephone -  MICHAEL DURST AT&T
Telephone charges from 7/23 -25/08

Total: 012046.00004 TAX REORGANIZATION ISSUES          967.39

Report Total:                                          967.39
```

14

ReservationForm

# Reservation Details

**Start:** 8/18/2008  8:00:00 AM   ☐ All Day Event   Prep Time 15
**End:** 8/18/2008  9:00:00 PM   ☐ Recurrence   Cleanup Time 15

**Resources:**
☐ C-Level Admin. (Conf. Rooms C-6/Washington, D.C.)
☐ 2 A (Conf. Rooms C-6/Washington, D.C.)
☐ 2 B (Conf. Rooms C-6/Washington, D.C.)

| General | Catering | Catering Plus | Drinks | Setup | Equipment | Audio-Visual | Supply | Receptionist |
|---|---|---|---|---|---|---|---|---|

6 Reception



**Select Items**

- ⊞ Beverages
- ⊞ Cold Luncheon Menu
- ⊞ Desserts
- ⊞ Fruits
- ⊞ Hors d'Oeuvres
- ⊞ Hot Meal & Breakfast Menus
- ⊞ Special Requests

**Order details** — Refresh grid  Delete all ✕

| Item Name | Time | Qty | Unit Price | Amount | |
|---|---|---|---|---|---|
| Cold Packaged Luncheon Menu I | 7:45:00 AM | 5 | $18.25 | $91.25 | ✕ |
| Cookie and Brownie Basket | 7:45:00 AM | 5 | $2.75 | $13.75 | ✕ |
| Fruit Salad with cream only | 7:45:00 AM | 5 | $3.30 | $16.50 | ✕ |
| Raspberry Chicken Salad | 7:45:00 AM | 5 | $5.25 | $26.25 | ✕ |

**Total Order**   $147.75

**Order #:** 1582    **Order Status:** Pending

Assign Color 🌐

[ Delete ]   [ Save and Close ]   [ Cancel ]

*plus 10% tax/charge*   $147.75
                        14.78
                        ─────
                        162.53