## <u>CERTIFICATE OF SERVICE</u>

I, James C. Carignan, hereby certify that on October 16, 2008, I caused to be served the Objection Of Longacre Master Fund, Ltd. To Debtors' Disclosure Statement For The Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code Of W.R. Grace & Co., Et Al, The Official Committee Of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, And The Official Committee Of Equity Security Holders Dated As Of September 19, 2008, upon the following entities in the manner indicated.

## <u>VIA HAND DELIVERY</u>

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Timothy Ciarns, Esq.
 Pachulsk Stang Ziehl & Jones LLP
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE  19899

Marla R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE  19801

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE  19806

Teresa D. Currier, Esq.
Buchanan, Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

David Klauder, Esq.
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2313
Wilmington, DE  19801

**<u>VIA OVERNIGHT COURIER</u>**

David M. Bernick, P.C.
Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL  60601

Theodore L. Freedman, Esq.
Deanna D. Boll, Esq.
Craig A. Bruens, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY  10022

Peter Van. N. Lockwood, Esq.
Ronald Reinsel, Esq.
Jeffrey Liesemer, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

Elihu Inselback, Esq.
Caplin & Drysdale, Chartered
575 Park Avenue
New York, NY  10152

Roger Frankel, Esq.
Richard H. Wyron, Esq.
Debra L. Felder, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC  20005

Phillip Bentley, Esq.
Douglas Mannal, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Dated:  October 16, 2008
Wilmington, DE

/s/ James C. Carignan
James C. Carignan (No. 4230)