## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) ) | Chapter 11 |
| W.R. GRACE & CO., *et al.*,[1] | ) ) ) | Case No. 01-01139 (JKF) Jointly Administered |
| Debtors. | ) ) ) ) | **Related to Docket Nos. 9315, 10835, 11234, 11428, 11619, 14592, 14594, 14919, 14966, 19727 and 19728** |

### NOTICE OF APPEAL

Claimant, State of California, Department of General Services (the "State"), appeals

under 28 U.S.C. § 158(a) from the October 10, 2008 Order of the Bankruptcy Judge, Judith K.

Fitzgerald, granting the above-captioned Debtors' motion for summary judgment and sustaining

Debtors' objection to the State's sixteen property damage claims based on statute of limitations,

and entered in the above-captioned proceeding on October 10, 2008 (D.I. 19728) (the "Order").

The names, addresses and telephone numbers of the attorneys for all parties to the Order

appealed from are as follows:

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Egarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II, Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Attorneys for Claimant-Appellant,
State of California, Department of General Services

Steven J. Mandelsberg, Esq.
John P. McCahey, Esq.
Christina J. Kang, Esq.
Hahn & Hessen LLP
488 Madison Avenue
New York, New York 10022
(212) 478-7200

Tobey M. Daluz, Esq. (No. 3939)
Leslie C. Heilman, Esq. (No. 4716)
Ballard Spahr Andrews Ingersoll, LLP
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
(302) 252-4465

Attorneys for Debtors-Appellees, W.R. Grace, *et al.*

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(302) 652-4100

James J. Restivo, Esq.
Douglas E. Cameron, Esq.
Traci S. Rea, Esq.
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
(412) 288-3131

David M. Bernick, Esq.
Janet S. Baer, Esq.
Lisa Esayian, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

Dated: October 16, 2008

/s/ Leslie C. Heilman
Tobey Marie Daluz, Esq. (No. 3939)
Leslie C. Heilman, Esq. (No. 4716)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP
919 North Market Street, 12th Floor
Wilmington, Delaware 19801
Telephone: (302) 252-4465
Facsimile: (302) 252-4466
Email: daluzt@ballardspahr.com
        heilmanl@ballardspahr.com

-and-

HAHN & HESSEN LLP
Steven J. Mandelsberg, Esq. (admitted *pro hac vice*)
John P. McCahey, Esq. (admitted *pro hac vice*)
Christina J. Kang, Esq. (admitted *pro hac vice*)
488 Madison Avenue
New York, New York 10022
Telephone: (212) 478-7200
Facsimile: (212) 478-7400
Email: smandelsberg@hahnhessen.com
        jmccahey@hahnhessen.com
        ckang@hahnhessen.com

Counsel for Claimant,
State of California, Dep't of General Services

3