**THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | |
| | ) | **(Jointly Administered)** |
| **Debtors.** | ) | Objections Due: November 5, 2008 @ 4:00 pm |

**SIXTY-FIFTH APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P. AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF APRIL 1, 2008 THROUGH APRIL 30, 2008**

| | | |
|---|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. | |
| Authorized to Provide Professional Services to: | Debtors | |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 | |
| Period for which compensation and reimbursement is sought: | April 1, 2008 through April 30, 2008 | |
| Amount of Compensation sought as actual, reasonable and necessary: | Total<br>$150,000.00 | (Holdback @ 20%)<br>($30,000.00) |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $370.04 | |

This is a _x_ monthly __ interim ___ final application

Summary of Monthly Applications:

| | | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Period(s) Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** | **Holdback(s)** | **Holdbacks** |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| | | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| **Date Filed** | **Period(s) Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** | **Holdback(s)** | **Holdbacks** |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | 0.00 | 997.55 | 0.00 | 997.55 | | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 80,000.00 | 2,618.39 | 20,000.00 | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 120,000.00 | 377.34 | 30,000.00 | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 60,000.00 | 1,468.54 | 15,000.00 | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | -- | -- | -- | -- |

# Blackstone Advisory Services L.P.

October 16, 2008

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly advisory fee for the period of April 1, 2008 through April 30, 2008: | | | $ | 150,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | | (30,000.00) |
| Out-of-pocket expenses processed for the period through April 30, 2008:[1] | | | | |
| Ground Transportation | $ | 16.00 | | |
| Communications | | 23.04 | | |
| Meals | | 25.00 | | |
| Document Production | | 159.75 | | |
| Research | | 146.25 | | 370.04 |
| **Total Amount Due** | | | **$** | **120,370.04** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 22984

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

**Blackstone Advisory Services L.P.**
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 22984**

| | GL Detail Apr-08 | Total Expenses |
|---|---|---|
| Ground Transportation - Local Travel | $ 16.00 | $ **16.00** |
| Communications - Federal Express | 23.04 | **23.04** |
| Meals | 25.00 | **25.00** |
| Document Production | 159.75 | **159.75** |
| Internal Research | 146.25 | **146.25** |
| **Total Expenses** | **$ 370.04** | $ 370.04 |

| | |
|---|---|
| **Ground Transportation** | **$ 16.00** |
| **Communications** | **23.04** |
| **Meals** | **25.00** |
| **Document Production** | **159.75** |
| **Research** | **146.25** |
| **Total Expenses** | **$** 370.04 |

W.R. Grace & Co.
**Detail of Expenses Processed**
**Through April 30, 2008**
**Invoice No. 22984**

| | Date | Amount | Subtotal |
|---|---|---|---|
| **Ground Transportation - Local Travel** | | | |
| Istvan (weeknight taxi home from Blackstone after working late) | 03/20/08 | 9.00 | |
| Istvan (weekend taxi home from Blackstone) | 03/30/08 | 7.00 | |
| | **Subtotal - Ground Transportation - Local Travel** | | **$ 16.00** |
| **Communications - Federal Express** | | | |
| O'Connell | 04/10/08 | 15.88 | |
| O'Connell | 04/10/08 | 7.16 | |
| | **Subtotal - Communications - Teleconferencing** | | **23.04** |
| **Employee Meals** | | | |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 02/20/08 | 25.00 | |
| | **Subtotal - Employee Meals** | | **25.00** |
| **Document Production** | | | |
| Istvan | 04/07/08 | 115.20 | |
| Istvan | 04/14/08 | 44.55 | |
| | **Subtotal - Document Production** | | **159.75** |
| **Internal Research** | | | |
| Rosenberg (online date research) | 04/14/08 | 93.75 | |
| Zilly (online date research) | 04/07/08 | 52.50 | |
| | **Subtotal - Internal Research** | | **146.25** |
| | **Total Expenses** | | **$ 370.04** |

**BLACKSTONE ADVISORY SERVICES L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**APRIL 1, 2008 THROUGH APRIL 30, 2008**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 83.4 |
| Jamie O'Connell | Vice President | 32.9 |
| Matthew Bonnano | Associate | 20.0 |
| Benjamin Istvan | Analyst | 45.1 |
| | **Total** | **181.4** |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2008 THROUGH APRIL 30, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/02/08 | 0.8 | Business Analysis | Correspondence, review of materials re: Project Eddy |
| Jamie O'Connell | 04/15/08 | 0.3 | Business Analysis | Call with B. Istvan and J. McFarland re: Project Eddy |
| Benjamin Istvan | 04/15/08 | 0.3 | Business Analysis | Call with J. O'Connell and J. McFarland re: Project Eddy |
| Jamie O'Connell | 04/16/08 | 0.1 | Business Analysis | Call with B. Istvan regarding financial analysis |
| Pamela Zilly | 04/22/08 | 0.7 | Business Analysis | Review 2008 Operating Plan |
| Pamela Zilly | 04/24/08 | 0.7 | Business Analysis | Review 1Q results |
| | | 2.9 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2008 THROUGH APRIL 30, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 04/02/08 | 0.1 | Committee | Call with J. Solganick regarding committee information request |
| Jamie O'Connell | 04/02/08 | 0.2 | Committee | Manage committee information requests |
| Jamie O'Connell | 04/02/08 | 0.1 | Committee | Correspondence to M. Shelnitz and B. Tarola regarding committee information request |
| Jamie O'Connell | 04/07/08 | 0.2 | Committee | Manage committee information requests |
| Benjamin Istvan | 04/07/08 | 0.2 | Committee | Manage committee requests |
| Jamie O'Connell | 04/08/08 | 0.1 | Committee | Call with B. Corcoran regarding committee information request |
| Jamie O'Connell | 04/08/08 | 0.2 | Committee | Call with B. Frezza and B. Istvan regarding committee information request |
| Jamie O'Connell | 04/08/08 | 0.2 | Committee | Manage committee information requests |
| Benjamin Istvan | 04/08/08 | 0.2 | Committee | Call with B. Frezza and J. O'Connell regarding committee information request |
| Benjamin Istvan | 04/08/08 | 0.2 | Committee | Manage committee requests |
| Benjamin Istvan | 04/09/08 | 0.1 | Committee | Call with B. Frezza regarding committee information request |
| Pamela Zilly | 04/10/08 | 0.7 | Committee | Call with Unsecured Creditors Committee re: environmental motions |
| Jamie O'Connell | 04/10/08 | 0.2 | Committee | Manage committee information requests |
| Jamie O'Connell | 04/10/08 | 0.7 | Committee | Call with general unsecured creditor committee regarding environmental matter |
| Pamela Zilly | 04/14/08 | 0.4 | Committee | Call with S. Cunningham re: term sheet |
| Jamie O'Connell | 04/14/08 | 2.6 | Committee | Meetings with ad hoc unsecured creditors group, Grace management and K&E |
| Matt Bonanno | 04/14/08 | 2.6 | Committee | Meetings with ad hoc unsecured creditors group, Grace management and K&E |
| Benjamin Istvan | 04/14/08 | 2.6 | Committee | Meetings with ad hoc unsecured creditors group, Grace management and K&E |
| Benjamin Istvan | 04/14/08 | 0.1 | Committee | Call with G. Vogt regarding information request |
| Pamela Zilly | 04/17/08 | 0.3 | Committee | Review responses to Boyer ( PD Committee) questions |
| Jamie O'Connell | 04/17/08 | 0.8 | Committee | Manage committee information requests |
| Pamela Zilly | 04/21/08 | 0.3 | Committee | Call with M. Kimble re: ad hoc creditors group Meeting |
| Pamela Zilly | 04/21/08 | 0.3 | Committee | Call with M. Shelnitz re: meeting with Ad Hoc group |
| Pamela Zilly | 04/22/08 | 0.2 | Committee | Call with D. Kamensky re: Ad Hoc Creditors group meeting |
| Jamie O'Connell | 04/22/08 | 0.1 | Committee | Manage committee information requests |
| Jamie O'Connell | 04/24/08 | 0.2 | Committee | Meeting with B. Istvan and M. Bonanno to discuss Capstone diligence requests |
| Matt Bonanno | 04/24/08 | 0.2 | Committee | Meeting with J. O'Connell and B. Istvan to discuss Capstone diligence requests |
| Benjamin Istvan | 04/24/08 | 0.2 | Committee | Meeting with J. O'Connell and M. Bonanno to discuss Capstone diligence requests |
| Jamie O'Connell | 04/25/08 | 0.2 | Committee | Manage committee information requests |
| | | 14.5 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2008 THROUGH APRIL 30, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/01/08 | 0.5 | Employee Benefits/Pension | Review information re: management options |
| Pamela Zilly | 04/11/08 | 0.5 | Employee Benefits/Pension | Call with B. McGowan re: pension motion, other matters |
| Pamela Zilly | 04/21/08 | 0.4 | Employee Benefits/Pension | Call with B. McGowan re: pension motion |
| Pamela Zilly | 04/30/08 | 0.3 | Employee Benefits/Pension | Read draft pension motion |
| | | 1.7 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2008 THROUGH APRIL 30, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/07/08 | 0.3 | Financing | Call with financial institution |
| Pamela Zilly | 04/08/08 | 0.5 | Financing | Call with E. Filon, R. Tarola and financial institution |
| Pamela Zilly | 04/08/08 | 0.5 | Financing | Call with E. Filon and R. Tarola and financial institution |
| Jamie O'Connell | 04/08/08 | 0.8 | Financing | Calls with financial institution regarding exit financing structure |
| Benjamin Istvan | 04/08/08 | 1.0 | Financing | Calls with financial institution regarding exit financing structure |
| Benjamin Istvan | 04/08/08 | 0.8 | Financing | Calls with financial institution regarding exit financing structure |
| Pamela Zilly | 04/10/08 | 1.5 | Financing | Meeting with financial institution re: financing |
| Jamie O'Connell | 04/10/08 | 2.2 | Financing | Meeting with financial institution regarding exit financing |
| Pamela Zilly | 04/14/08 | 0.2 | Financing | Call with financial institution |
| Jamie O'Connell | 04/16/08 | 0.1 | Financing | Correspondence to E. Filon regarding exit financing |
| Jamie O'Connell | 04/16/08 | 0.1 | Financing | Call with financial institution regarding exit financing process |
| Jamie O'Connell | 04/24/08 | 1.0 | Financing | Meeting with management and potential financial advisor to discuss exit financing |
| Matt Bonanno | 04/24/08 | 1.0 | Financing | Meeting with management and potential financial advisor to discuss exit financing |
| Benjamin Istvan | 04/24/08 | 1.0 | Financing | Meeting with management and potential financial advisor to discuss exit financing |
| | | 11.0 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2008 THROUGH APRIL 30, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/04/08 | 3.5 | Non-Working Travel Time | Travel to New York |
| | | 3.5 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2008 THROUGH APRIL 30, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/22/08 | 0.6 | Other | Call with investor |
| | | 0.6 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2008 THROUGH APRIL 30, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/01/08 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: Court hearings; motions |
| Pamela Zilly | 04/01/08 | 0.5 | Plan and Disclosure Statement | Review revised financial model |
| Pamela Zilly | 04/01/08 | 0.1 | Plan and Disclosure Statement | Meeting with J. O'Connell re: status |
| Jamie O'Connell | 04/01/08 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 04/01/08 | 0.2 | Plan and Disclosure Statement | Call with E. Filon and B. Istvan regarding financial analysis |
| Jamie O'Connell | 04/01/08 | 0.1 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Jamie O'Connell | 04/01/08 | 0.1 | Plan and Disclosure Statement | Correspondence to J. Baer regarding environmental matter |
| Jamie O'Connell | 04/01/08 | 0.8 | Plan and Disclosure Statement | Call with management and committee advisors regarding environmental matter |
| Jamie O'Connell | 04/01/08 | 1.1 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 04/01/08 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Benjamin Istvan | 04/01/08 | 0.2 | Plan and Disclosure Statement | Call with E. Filon and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 04/01/08 | 1.8 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 04/01/08 | 0.2 | Plan and Disclosure Statement | Correspondence with E. Filon |
| Pamela Zilly | 04/02/08 | 0.5 | Plan and Disclosure Statement | Call with R. Tarola re: term sheet |
| Pamela Zilly | 04/03/08 | 0.5 | Plan and Disclosure Statement | Review Term Sheet |
| Pamela Zilly | 04/03/08 | 1.5 | Plan and Disclosure Statement | Call with H. LaForce, R. Tarola, E.Filon |
| Pamela Zilly | 04/03/08 | 0.3 | Plan and Disclosure Statement | Meeting with B. Istvan |
| Pamela Zilly | 04/03/08 | 0.6 | Plan and Disclosure Statement | Review revised financial model |
| Pamela Zilly | 04/03/08 | 0.3 | Plan and Disclosure Statement | Call with T. Weschler |
| Pamela Zilly | 04/03/08 | 1.0 | Plan and Disclosure Statement | Calls (2) with E. Filon re: financial matters |
| Pamela Zilly | 04/03/08 | 0.4 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 04/03/08 | 0.4 | Plan and Disclosure Statement | Call with T. Freedman re: term sheet |
| Pamela Zilly | 04/03/08 | 0.1 | Plan and Disclosure Statement | Meeting with B. Istvan |
| Pamela Zilly | 04/03/08 | 1.5 | Plan and Disclosure Statement | Review analyses |
| Pamela Zilly | 04/03/08 | 0.3 | Plan and Disclosure Statement | Call with F. Festa re: Board Meeting |
| Pamela Zilly | 04/03/08 | 0.9 | Plan and Disclosure Statement | Review alternate scenarios |
| Pamela Zilly | 04/03/08 | 0.6 | Plan and Disclosure Statement | Review warrant valuation |
| Pamela Zilly | 04/03/08 | 1.0 | Plan and Disclosure Statement | Review and respond re: correspondence with Filon, La Force, Festa. |
| Pamela Zilly | 04/03/08 | 1.0 | Plan and Disclosure Statement | Prepare for Board meeting |
| Benjamin Istvan | 04/03/08 | 0.3 | Plan and Disclosure Statement | Update with P. Zilly |
| Benjamin Istvan | 04/03/08 | 2.4 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 04/03/08 | 0.1 | Plan and Disclosure Statement | Correspondence with E. Filon |
| Benjamin Istvan | 04/03/08 | 0.1 | Plan and Disclosure Statement | Update with P. Zilly |
| Benjamin Istvan | 04/03/08 | 0.2 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 04/03/08 | 0.1 | Plan and Disclosure Statement | Correspondence with R. Tarola, H. La Force, B. Dockman, P. Zilly, E. Filon |
| Benjamin Istvan | 04/03/08 | 0.2 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 04/03/08 | 0.1 | Plan and Disclosure Statement | Correspondence with E. Filon |
| Benjamin Istvan | 04/03/08 | 0.2 | Plan and Disclosure Statement | Correspondence with R. Tarola, H. La Force, B. Dockman, P. Zilly, E. Filon |
| Pamela Zilly | 04/04/08 | 3.0 | Plan and Disclosure Statement | Travel to Washington DC, participate in insurance matters call; correspondence with E. Filon re: term sheet |
| Pamela Zilly | 04/04/08 | 2.0 | Plan and Disclosure Statement | Attend Board of Directors Meeting |
| Jamie O'Connell | 04/04/08 | 0.3 | Plan and Disclosure Statement | Correspondence regarding financial analysis |
| Jamie O'Connell | 04/04/08 | 0.4 | Plan and Disclosure Statement | Discussion with B. Istvan re: financial analysis |
| Benjamin Istvan | 04/04/08 | 0.3 | Plan and Disclosure Statement | Update call with R. Tarola, E. Filon, B. Dockman |
| Benjamin Istvan | 04/04/08 | 0.1 | Plan and Disclosure Statement | Correspondence with J. O'Connell |
| Benjamin Istvan | 04/04/08 | 0.4 | Plan and Disclosure Statement | Discussion with J. O'Connell re: financial analysis |
| Benjamin Istvan | 04/04/08 | 1.4 | Plan and Disclosure Statement | Financial analysis |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2008 THROUGH APRIL 30, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 04/04/08 | 0.2 | Plan and Disclosure Statement | Correspondence with E. Filon |
| Benjamin Istvan | 04/04/08 | 1.8 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 04/07/08 | 1.0 | Plan and Disclosure Statement | Review opening balance sheet, sources and uses |
| Pamela Zilly | 04/07/08 | 0.2 | Plan and Disclosure Statement | Update meeting with J. O'Connell, B. Istvan |
| Pamela Zilly | 04/07/08 | 1.0 | Plan and Disclosure Statement | Attend management/investor call |
| Pamela Zilly | 04/07/08 | 0.2 | Plan and Disclosure Statement | Read Motions re: Witness Order and Expert Testimony |
| Pamela Zilly | 04/07/08 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 04/07/08 | 2.5 | Plan and Disclosure Statement | Calls (3) with E. Filon re:exit financing, model, presentation slides |
| Jamie O'Connell | 04/07/08 | 0.5 | Plan and Disclosure Statement | Call with E. Filon, P. Zilly, B. Istvan |
| Jamie O'Connell | 04/07/08 | 0.3 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 04/07/08 | 0.2 | Plan and Disclosure Statement | Update with P. Zilly, B. Istvan |
| Benjamin Istvan | 04/07/08 | 0.5 | Plan and Disclosure Statement | Review filings |
| Benjamin Istvan | 04/07/08 | 0.3 | Plan and Disclosure Statement | Conversation with G. Klein |
| Benjamin Istvan | 04/07/08 | 0.5 | Plan and Disclosure Statement | Asbestos settlement conference call |
| Benjamin Istvan | 04/07/08 | 0.5 | Plan and Disclosure Statement | Call with E. Filon, P. Zilly, J. O'Connell |
| Benjamin Istvan | 04/07/08 | 0.2 | Plan and Disclosure Statement | Update with P. Zilly, J. O'Connell |
| Benjamin Istvan | 04/07/08 | 1.6 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 04/08/08 | 0.7 | Plan and Disclosure Statement | Review revisions to model |
| Pamela Zilly | 04/08/08 | 0.4 | Plan and Disclosure Statement | Correspondence with J. Baer, R. Tarola re: Disclosure Statement exhibits |
| Pamela Zilly | 04/08/08 | 0.5 | Plan and Disclosure Statement | Correspondence with M. Shelnitz, R. Tarola re: GUCs' interest |
| Pamela Zilly | 04/08/08 | 0.2 | Plan and Disclosure Statement | Read FCR Opposition to Debtors' Motion to Exclude Expert Testimony |
| Jamie O'Connell | 04/08/08 | 0.5 | Plan and Disclosure Statement | Financial analysis with B. Istvan |
| Jamie O'Connell | 04/08/08 | 0.3 | Plan and Disclosure Statement | Correspondence regarding various matters |
| Benjamin Istvan | 04/08/08 | 0.5 | Plan and Disclosure Statement | Financial analysis with J. O'Connell |
| Benjamin Istvan | 04/08/08 | 0.6 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 04/09/08 | 0.8 | Plan and Disclosure Statement | Review model scenarios |
| Pamela Zilly | 04/09/08 | 2.0 | Plan and Disclosure Statement | Calls, correspondence with E. Filon, B. Istvan, review re: revisions to models |
| Pamela Zilly | 04/09/08 | 1.3 | Plan and Disclosure Statement | Review claim files |
| Pamela Zilly | 04/09/08 | 0.8 | Plan and Disclosure Statement | Review revisions to model |
| Pamela Zilly | 04/09/08 | 0.7 | Plan and Disclosure Statement | Prepare outline for 4/14 meeting |
| Pamela Zilly | 04/09/08 | 0.6 | Plan and Disclosure Statement | Correspondence with E. Filon, B. Istvan re: source and uses |
| Jamie O'Connell | 04/09/08 | 1.1 | Plan and Disclosure Statement | Call with management regarding financial analysis |
| Jamie O'Connell | 04/09/08 | 0.6 | Plan and Disclosure Statement | Financial analysis and related correspondence |
| Matt Bonanno | 04/09/08 | 3.0 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 04/10/08 | 0.7 | Plan and Disclosure Statement | Review calculations re: unsecured creditors interest |
| Pamela Zilly | 04/10/08 | 0.5 | Plan and Disclosure Statement | Meeting with T. Freedman |
| Jamie O'Connell | 04/10/08 | 0.6 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 04/10/08 | 0.2 | Plan and Disclosure Statement | Call with E. Filon and C. Schult regarding financial analysis |
| Jamie O'Connell | 04/10/08 | 0.2 | Plan and Disclosure Statement | Meeting with B. Istvan to discuss financial analysis |
| Jamie O'Connell | 04/10/08 | 0.8 | Plan and Disclosure Statement | Meeting with E. Filon, B. Tarola and P. Istvan regarding various matters |
| Jamie O'Connell | 04/10/08 | 0.5 | Plan and Disclosure Statement | Meeting and follow-up with E. Filon and B. Tarola |
| Jamie O'Connell | 04/10/08 | 0.3 | Plan and Disclosure Statement | Meeting with B. Istvan and M. Bonanno to discuss various matters |
| Jamie O'Connell | 04/10/08 | 0.3 | Plan and Disclosure Statement | Meeting with P. Zilly and B. Istvan regarding financial analysis |
| Pamela Zilly | 04/10/08 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell, B. Istvan re: analysis |
| Matt Bonanno | 04/10/08 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell and B. Istvan to discuss various matters |
| Benjamin Istvan | 04/10/08 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell to discuss financial analysis |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2008 THROUGH APRIL 30, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 04/10/08 | 0.5 | Plan and Disclosure Statement | Call with R. Lapidario |
| Benjamin Istvan | 04/10/08 | 1.5 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 04/10/08 | 0.3 | Plan and Disclosure Statement | Meeting with P. Zilly and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 04/10/08 | 0.2 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 04/10/08 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell and M. Bonanno to discuss various matters |
| Pamela Zilly | 04/11/08 | 1.7 | Plan and Disclosure Statement | Meeting with E. Filon, J. O'Connell,. B. Istvan, M. Bonanno |
| Pamela Zilly | 04/11/08 | 0.3 | Plan and Disclosure Statement | Meeting with E. Filon, J.O'Connell, M. Bonanno, B. Istvan to discuss analysis |
| Pamela Zilly | 04/11/08 | 0.1 | Plan and Disclosure Statement | Read ZAI Claimants' Treatment of Claims Motion Notice |
| Pamela Zilly | 04/11/08 | 0.5 | Plan and Disclosure Statement | Call with M. Shelnitz re: unsecured creditors |
| Pamela Zilly | 04/11/08 | 2.0 | Plan and Disclosure Statement | Review and draft bank debt analysis |
| Jamie O'Connell | 04/11/08 | 0.2 | Plan and Disclosure Statement | Meeting with E. Filon to discuss various matters |
| Jamie O'Connell | 04/11/08 | 1.7 | Plan and Disclosure Statement | Meeting with P. Zilly, E. Filon, M. Bonanno and B. Istvan to discuss various matters |
| Jamie O'Connell | 04/11/08 | 5.2 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 04/11/08 | 0.3 | Plan and Disclosure Statement | Meeting with P. Zilly, E. Filon, M. Bonanno and B. Istvan to discuss various matters |
| Jamie O'Connell | 04/11/08 | 0.2 | Plan and Disclosure Statement | Meeting with B. Istvan to discuss financial analysis |
| Matt Bonanno | 04/11/08 | 1.7 | Plan and Disclosure Statement | Meeting with P. Zilly, E. Filon, J. O'Connell and B. Istvan to discuss various matters |
| Matt Bonanno | 04/11/08 | 0.3 | Plan and Disclosure Statement | Meeting with P. Zilly, E. Filon, J. O'Connell and B. Istvan to discuss various matters |
| Benjamin Istvan | 04/11/08 | 1.0 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 04/11/08 | 1.7 | Plan and Disclosure Statement | Meeting with P. Zilly, E. Filon, M. Bonanno and J. O'Connell to discuss various matters |
| Benjamin Istvan | 04/11/08 | 2.2 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 04/11/08 | 0.3 | Plan and Disclosure Statement | Meeting with P. Zilly, E. Filon, M. Bonanno and J. O'Connell to discuss various matters |
| Benjamin Istvan | 04/11/08 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell to discuss financial analysis |
| Benjamin Istvan | 04/11/08 | 0.2 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 04/12/08 | 2.0 | Plan and Disclosure Statement | Review, edit bank debt analysis, distribute for review |
| Benjamin Istvan | 04/12/08 | 1.4 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 04/13/08 | 0.5 | Plan and Disclosure Statement | Call with D. Bernick |
| Pamela Zilly | 04/13/08 | 0.2 | Plan and Disclosure Statement | Call with J. O'Connell |
| Pamela Zilly | 04/13/08 | 3.0 | Plan and Disclosure Statement | Review Bank Debt analysis, revise, distribute and discuss with Selnitz, Tarola |
| Jamie O'Connell | 04/13/08 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly regarding financial analysis |
| Jamie O'Connell | 04/13/08 | 0.2 | Plan and Disclosure Statement | Call with B. Istvan regarding financial analysis |
| Matt Bonanno | 04/13/08 | 2.5 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 04/13/08 | 0.2 | Plan and Disclosure Statement | Call with J. O'Connell regarding financial analysis |
| Benjamin Istvan | 04/13/08 | 1.2 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 04/14/08 | 0.4 | Plan and Disclosure Statement | Call with E. Filon re: financial matters |
| Pamela Zilly | 04/14/08 | 2.0 | Plan and Disclosure Statement | Meeting with certain unsecured creditors, Stroock, M. Shelnitz, D. Bernick |
| Pamela Zilly | 04/14/08 | 0.5 | Plan and Disclosure Statement | Review revised summary financial materials |
| Pamela Zilly | 04/14/08 | 0.5 | Plan and Disclosure Statement | Correspondence with R. Tarola re: pro forma and projections |
| Benjamin Istvan | 04/14/08 | 0.2 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 04/15/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR |
| Pamela Zilly | 04/15/08 | 1.0 | Plan and Disclosure Statement | Call with T. Freedman, M. Shelnitz, R. Finke re: POR issues |
| Pamela Zilly | 04/15/08 | 0.4 | Plan and Disclosure Statement | Call with E. Filon re: financial matters |
| Benjamin Istvan | 04/15/08 | 0.4 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 04/16/08 | 4.0 | Plan and Disclosure Statement | Meeting with all parties to discuss POR documents |
| Pamela Zilly | 04/16/08 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Jamie O'Connell | 04/16/08 | 0.1 | Plan and Disclosure Statement | Call with B. Istvan regarding financial analysis |
| Jamie O'Connell | 04/16/08 | 0.2 | Plan and Disclosure Statement | Review financial analysis |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2008 THROUGH APRIL 30, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 04/16/08 | 0.1 | Plan and Disclosure Statement | Call with J. O'Connell regarding financial analysis |
| Benjamin Istvan | 04/16/08 | 0.1 | Plan and Disclosure Statement | Call with J. O'Connell regarding financial analysis |
| Benjamin Istvan | 04/16/08 | 0.2 | Plan and Disclosure Statement | Call with R. Lapidario |
| Benjamin Istvan | 04/16/08 | 0.2 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 04/17/08 | 1.0 | Plan and Disclosure Statement | Research, respond to email re: Federal Judgment rate, historical trading prices (Finke, Freed,man) |
| Pamela Zilly | 04/17/08 | 1.5 | Plan and Disclosure Statement | Call with T. Freedman, M. Conron re: various legal issues |
| Benjamin Istvan | 04/17/08 | 0.1 | Plan and Disclosure Statement | Correspondence with P. Zilly, J. O'Connell and M. Bonanno |
| Benjamin Istvan | 04/17/08 | 0.3 | Plan and Disclosure Statement | Call with R. Lapidario |
| Benjamin Istvan | 04/17/08 | 0.1 | Plan and Disclosure Statement | Claims analysis |
| Pamela Zilly | 04/18/08 | 0.8 | Plan and Disclosure Statement | Review correspondence re: financial model revisions |
| Pamela Zilly | 04/18/08 | 0.2 | Plan and Disclosure Statement | Read Debtors' Reply re: ZAI Bar Date Motion; Objection to ZAI Claimants to Lift Stay |
| Pamela Zilly | 04/18/08 | 0.1 | Plan and Disclosure Statement | Read Objection by Canadian ZAI re: Motion for Bar Date and relief From Automatic Stay |
| Pamela Zilly | 04/18/08 | 0.2 | Plan and Disclosure Statement | Read Motions And Appeals re: Injunction Against the State of Montana |
| Pamela Zilly | 04/18/08 | 0.3 | Plan and Disclosure Statement | Read Debtors' Brief and ZAI Claimants Reply in Opposition to Zai Claimants Motion for Order re Washington Class POC |
| Pamela Zilly | 04/18/08 | 1.0 | Plan and Disclosure Statement | Call with E. Filon |
| Benjamin Istvan | 04/18/08 | 0.8 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 04/18/08 | 0.8 | Plan and Disclosure Statement | Correspondence with E. Filon, D. Nakashige, P. Zilly, J. O'Connell |
| Benjamin Istvan | 04/18/08 | 0.8 | Plan and Disclosure Statement | Financial analysis |
| Matt Bonanno | 04/20/08 | 2.8 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 04/21/08 | 0.3 | Plan and Disclosure Statement | Call with D. Kamensky re: Ad Hoc Creditors Committee meeting |
| Pamela Zilly | 04/21/08 | 2.5 | Plan and Disclosure Statement | Prepare timeline |
| Matt Bonanno | 04/21/08 | 2.0 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 04/22/08 | 0.2 | Plan and Disclosure Statement | Call with M. Shelnitz |
| Pamela Zilly | 04/22/08 | 2.0 | Plan and Disclosure Statement | Prepare timeline |
| Pamela Zilly | 04/22/08 | 0.3 | Plan and Disclosure Statement | Meeting with J.O'Connell |
| Pamela Zilly | 04/22/08 | 0.3 | Plan and Disclosure Statement | Call with E. Filon |
| Jamie O'Connell | 04/22/08 | 0.5 | Plan and Disclosure Statement | Review plan-related materials |
| Jamie O'Connell | 04/22/08 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly regarding various matters |
| Jamie O'Connell | 04/22/08 | 0.1 | Plan and Disclosure Statement | Correspondence with B. Istvan |
| Matt Bonanno | 04/22/08 | 2.5 | Plan and Disclosure Statement | Financial analysis with B. Istvan |
| Benjamin Istvan | 04/22/08 | 0.3 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 04/22/08 | 0.1 | Plan and Disclosure Statement | Correspondence with E. Filon |
| Benjamin Istvan | 04/22/08 | 2.5 | Plan and Disclosure Statement | Financial analysis with M. Bonanno |
| Pamela Zilly | 04/23/08 | 0.7 | Plan and Disclosure Statement | Call with E. Filon re: timeline |
| Pamela Zilly | 04/23/08 | 0.9 | Plan and Disclosure Statement | Review timeline charts |
| Jamie O'Connell | 04/23/08 | 0.1 | Plan and Disclosure Statement | Correspondence with B. Istvan |
| Matt Bonanno | 04/23/08 | 0.5 | Plan and Disclosure Statement | Call with E. Filon, B. Istvan |
| Benjamin Istvan | 04/23/08 | 0.5 | Plan and Disclosure Statement | Call with E. Filon, M. Bonanno |
| Pamela Zilly | 04/24/08 | 0.3 | Plan and Disclosure Statement | Call with, E. Filon, J. O'Connell, B. Istvan and M. Bonanno to discuss financial matters |
| Pamela Zilly | 04/24/08 | 0.5 | Plan and Disclosure Statement | Review Timeline |
| Jamie O'Connell | 04/24/08 | 0.6 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 04/24/08 | 0.3 | Plan and Disclosure Statement | Debrief call with P. Zilly, E. Filon, B. Istvan and M. Bonanno to discuss financial matters |
| Matt Bonanno | 04/24/08 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly, E. Filon, B. Istvan and J. O'Connell to discuss financial matters |
| Benjamin Istvan | 04/24/08 | 0.3 | Plan and Disclosure Statement | Debrief call with P. Zilly, E. Filon, M. Bonanno and J. O'Connell to discuss financial matters |
| Pamela Zilly | 04/25/08 | 1.0 | Plan and Disclosure Statement | Make edits to timeline |
| Pamela Zilly | 04/25/08 | 0.3 | Plan and Disclosure Statement | Read Record and Statement of Issues on Appeal |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**APRIL 1, 2008 THROUGH APRIL 30, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 04/25/08 | 0.3 | Plan and Disclosure Statement | Correspondence with D. Kamensky re: Ad Hoc Creditors Committee meeting |
| Jamie O'Connell | 04/25/08 | 0.2 | Plan and Disclosure Statement | Call with J. Baer regarding claims |
| Benjamin Istvan | 04/25/08 | 0.1 | Plan and Disclosure Statement | Correspondence with K&E regarding document request |
| Pamela Zilly | 04/28/08 | 0.4 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 04/28/08 | 0.5 | Plan and Disclosure Statement | Review timeline |
| Pamela Zilly | 04/28/08 | 2.0 | Plan and Disclosure Statement | Correspondence with C. Bruens, B. Istvan, review interest rate calculations |
| Pamela Zilly | 04/28/08 | 0.3 | Plan and Disclosure Statement | Call with J.O'Connell, M. Bonanno and B. Istvan regarding financial analysis |
| Jamie O'Connell | 04/28/08 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly, M. Bonanno and B. Istvan regarding financial analysis |
| Jamie O'Connell | 04/28/08 | 0.2 | Plan and Disclosure Statement | Review financial analysis |
| Jamie O'Connell | 04/28/08 | 0.2 | Plan and Disclosure Statement | Coordinate call regarding claims |
| Matt Bonanno | 04/28/08 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly, B. Istvan and J. O'Connell regarding financial analysis |
| Benjamin Istvan | 04/28/08 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly, M. Bonanno and J. O'Connell regarding financial analysis |
| Jamie O'Connell | 04/29/08 | 0.2 | Plan and Disclosure Statement | Call with B. Istvan regarding various matters |
| Benjamin Istvan | 04/29/08 | 0.2 | Plan and Disclosure Statement | Call with J. O'Connell regarding various matters |
| Pamela Zilly | 04/30/08 | 0.2 | Plan and Disclosure Statement | Correspondence with E. Filon, M. Shelnitz re: unsecured creditors |
| Jamie O'Connell | 04/30/08 | 0.3 | Plan and Disclosure Statement | Call with R. Lapidairo regarding business development metrics |
| Jamie O'Connell | 04/30/08 | 0.4 | Plan and Disclosure Statement | Call with L. Sinanyan regarding claims |
| Jamie O'Connell | 04/30/08 | 0.4 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 04/30/08 | 3.2 | Plan and Disclosure Statement | Financial analysis |
| | | 147.2 | | |