THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

*objections due - November 5, 2008 @ 4:00 pm*

SIXTY-SIXTH APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P.
AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF MAY 1, 2008 THROUGH MAY 31, 2008

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | May 1, 2008 through May 31, 2008 |

| | Total | (Holdback @ 20%) |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | $125,000.00 | ($25,000.00) |

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $868.61 |

This is a  _x_  monthly  ___ interim  ___ final application

2586454.DOC

Summary of Monthly Applications:

|  |  | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed | Period(s) Covered | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| | | Requested | | Approved | | Unapproved | Unpaid |
|---|---|---|---|---|---|---|---|
| Date Filed | Period(s) Covered | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | 0.00 | 997.55 | 0.00 | 997.55 | | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 80,000.00 | 2,618.39 | 20,000.00 | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 120,000.00 | 377.34 | 30,000.00 | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 60,000.00 | 1,468.54 | 15,000.00 | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | -- | -- | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | -- | -- | -- | -- |

*2586454.DOC*

# Blackstone Advisory Services L.P.

October 16, 2008

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | | |
|---|---|---|---|---|
| Monthly advisory fee for the period of May 1, 2008 through May 31, 2008: | | | $ | 125,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | | (25,000.00) |

Out-of-pocket expenses processed for the period through May 31, 2008:[1]

| | | | |
|---|---|---|---|
| Ground Transportation | $ | 214.27 | |
| Meals | | 207.26 | |
| Research | | 161.25 | |
| Publishing Services | | 285.83 | 868.61 |

| **Total Amount Due** | $ | **100,868.61** |
|---|---|---|

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 23510

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Services L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 23510**

|  | GL Detail May-08 | Total Expenses |
|---|---:|---:|
| Ground Transportation - Car Service - Elite | $ (215.13) | $ (215.13) |
| Ground Transportation - Local Travel | 24.40 | 24.40 |
| Ground Transportation - Out of Town Travel | 9.00 | 9.00 |
| Ground Transportation - Railroad | 396.00 | 396.00 |
| Employee Meals | 207.26 | 207.26 |
| Internal Research | 161.25 | 161.25 |
| Publishing Services | 285.83 | 285.83 |
| **Total Expenses** | $ 868.61 | $ 868.61 |

| | |
|---|---:|
| **Ground Transportation** | 214.27 |
| **Meals** | 207.26 |
| **Research** | 161.25 |
| **Publishing Services** | 285.83 |
| **Total Expenses** | $ 868.61 |

W.R. Grace & Co.
Detail of Expenses Processed
Through May 31, 2008
Invoice No. 23510

### Ground Transportation - Car Service - Elite

| Description | Date | Amount |
|---|---|---|
| O'Connell (car home from Blackstone after working late) | 04/10/08 | 92.62 |
| O'Connell (credit car service expense billed in connection with invoice no. 22381) | 02/11/08 | (84.46) |
| O'Connell (credit car service expense billed in connection with invoice no. 22381) | 02/13/08 | (90.58) |
| O'Connell (credit car service expense billed in connection with invoice no. 22381) | 02/15/08 | (90.58) |
| O'Connell (credit car service expense billed in connection with invoice no. 22381) | 02/19/08 | (94.66) |
| Zilly (car to Pennsylvania Railroad Station in New York, NY from home) | 04/04/08 | 52.53 |
| **Subtotal - Ground Transportation - Car Service - Elite** | | **$ (215.13)** |

### Ground Transportation - Local Travel

| Description | Date | Amount |
|---|---|---|
| Istvan (weeknight taxi home from Blackstone after working late) | 04/04/08 | 13.40 |
| Zilly (taxi home from Pennsylvania Railroad Station in New York, NY) | 04/04/08 | 11.00 |
| **Subtotal - Ground Transportation - Local Travel** | | **24.40** |

### Ground Transportation - Out of Town Travel

| Description | Date | Amount |
|---|---|---|
| Zilly (taxi to client meeting from Union Station, Washington DC) | 04/04/08 | 9.00 |
| **Subtotal - Ground Transportation - Out of Town Travel** | | **9.00** |

### Ground Transportation - Railroad

| Description | Date | Amount |
|---|---|---|
| Zilly (travel agency fee for booking of one-way train trip to Washington, DC from New York, NY on 04/04/08) | 04/04/08 | 20.00 |
| Zilly (one-way train trip to Washington, DC from New York, NY) | 04/04/08 | 167.00 |
| Zilly (one-way train trip to New York, NY from Washington, DC) | 04/04/08 | 209.00 |
| **Subtotal - Ground Transportation - Railroad** | | **396.00** |

### Employee Meals

| Description | Date | Amount |
|---|---|---|
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 04/02/08 | 25.00 |
| Istvan (weekend working meal @ Blackstone) | 04/06/08 | 7.26 |
| Istvan (weekend working meal @ Blackstone) | 04/06/08 | 25.00 |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 04/07/08 | 25.00 |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 04/08/08 | 25.00 |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 04/10/08 | 25.00 |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 04/14/08 | 25.00 |
| Istvan (weeknight working dinner meal @ Blackstone while working late) | 04/15/08 | 25.00 |
| O'Connell (weeknight working dinner meal @ Blackstone while working late) | 02/21/08 | 25.00 |
| **Subtotal - Employee Meals** | | **207.26** |

### Internal Research

| Description | Date | Amount |
|---|---|---|
| Istvan (online data research) | 05/05/08 | 42.50 |
| Rosenberg (online data research) | 05/05/08 | 118.75 |
| **Subtotal - Internal Research** | | **161.25** |

### Publishing Services

| Description | Date | Amount |
|---|---|---|
| Istvan | 05/08/08 | 285.83 |
| **Subtotal - Publishing Services** | | **285.83** |

| | | |
|---|---|---|
| **Total Expenses** | | **$ 868.61** |

**BLACKSTONE ADVISORY SERVICES L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**MAY 1, 2008 THROUGH MAY 31, 2008**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 55.1 |
| Jamie O'Connell | Vice President | 48.9 |
| Matthew Bonnano | Associate | 44.1 |
| Benjamin Istvan | Analyst | 21.2 |
| | Total | 169.3 |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2008 THROUGH MAY 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/01/08 | 0.5 | Business Analysis | Review business development analysis from R. Lapidario |
| Jamie O'Connell | 05/01/08 | 0.3 | Business Analysis | Call with R. Lapidario regarding business development analysis |
| Pamela Zilly | 05/28/08 | 0.4 | Business Analysis | Correspondence re: Project Air Jordan |
| Jamie O'Connell | 05/29/08 | 0.2 | Business Analysis | Call with P. Hanlon regarding new business development |
| | | **1.4** | | |

Page 2 of 12

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2008 THROUGH MAY 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/01/08 | 0.6 | Committee | Review materials for meeting with Ad Hoc Creditors Committee |
| Pamela Zilly | 05/01/08 | 0.2 | Committee | Distribute materials to Bernick, Freedman |
| Benjamin Istvan | 05/02/08 | 0.2 | Committee | Call with J. Sinclair and J. O'Connell regarding committee information requests |
| Benjamin Istvan | 05/02/08 | 0.2 | Committee | Follow-up call with J. Sinclair, J. O'Connell, M. Bonanno, B. Dockman and T. Dyer |
| Jamie O'Connell | 05/02/08 | 0.2 | Committee | Call with J. Sinclair and B. Istvan regarding committee information requests |
| Jamie O'Connell | 05/02/08 | 0.3 | Committee | Manage committee information requests |
| Jamie O'Connell | 05/02/08 | 0.2 | Committee | Correspondence to B. Tarola regarding Operating Plan review call |
| Matt Bonanno | 05/02/08 | 0.2 | Committee | Follow-up call with J. Sinclair, B. Istvan, J. O'Connell, B. Dockman and T. Dyer |
| Pamela Zilly | 05/05/08 | 0.8 | Committee | Read and provide comments on letters to Ad Hoc Creditors Committee |
| Pamela Zilly | 05/05/08 | 0.3 | Committee | Read revised letter |
| Pamela Zilly | 05/05/08 | 1.0 | Committee | Review materials for meeting with AD Hoc Creditors Committee |
| Benjamin Istvan | 05/06/08 | 0.1 | Committee | Correspondence with financial advisors |
| Benjamin Istvan | 05/06/08 | 0.5 | Committee | Call with financial advisors regarding operating plan |
| Benjamin Istvan | 05/06/08 | 1.5 | Committee | Meeting with ad hoc unsecured creditors group |
| Jamie O'Connell | 05/06/08 | 0.9 | Committee | Follow-up meeting with management and counsel re: ad hoc unsecured creditors meeting |
| Matt Bonanno | 05/06/08 | 1.5 | Committee | Meeting with ad hoc unsecured creditors |
| Matt Bonanno | 05/06/08 | 0.9 | Committee | Follow-up meeting with management and counsel re: ad hoc unsecured creditors meeting |
| Matt Bonanno | 05/06/08 | 0.5 | Committee | Call with financial advisors regarding operating plan |
| Pamela Zilly | 05/06/08 | 1.5 | Committee | Meeting with members of Ad Hoc Creditors Committee |
| Pamela Zilly | 05/06/08 | 0.9 | Committee | Follow-up meeting with management and counsel re: Creditors meeting |
| Pamela Zilly | 05/06/08 | 0.6 | Committee | Call with financial advisors re: 2008 Operating Plan |
| Jamie O'Connell | 05/07/08 | 0.1 | Committee | Review correspondence from J. Baer regarding environmental and plan meetings |
| Jamie O'Connell | 05/07/08 | 0.2 | Committee | Correspondence to committee advisors regarding pension motion |
| Jamie O'Connell | 05/08/08 | 0.2 | Committee | Manage committee information requests |
| Jamie O'Connell | 05/12/08 | 0.4 | Committee | Manage committee information requests |
| Jamie O'Connell | 05/13/08 | 0.2 | Committee | Manage committee information requests |
| Jamie O'Connell | 05/14/08 | 0.2 | Committee | Manage committee information requests |
| Jamie O'Connell | 05/14/08 | 0.1 | Committee | Correspondence to B. Dockman regarding committee information request |
| Jamie O'Connell | 05/16/08 | 0.2 | Committee | Manage committee information requests |
| Jamie O'Connell | 05/19/08 | 0.2 | Committee | Manage committee information requests |
| Matt Bonanno | 05/19/08 | 0.3 | Committee | Manage committee information requests |
| Matt Bonanno | 05/21/08 | 0.1 | Committee | Manage committee information requests |
| Matt Bonanno | 05/23/08 | 0.4 | Committee | Manage committee information requests |
| Matt Bonanno | 05/27/08 | 0.2 | Committee | Manage committee information requests |
| Matt Bonanno | 05/27/08 | 0.3 | Committee | Manage committee information requests |
| Jamie O'Connell | 05/28/08 | 0.1 | Committee | Review correspondence regarding pension information request |
| | | **16.3** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2008 THROUGH MAY 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/02/08 | 1.0 | Employee Benefits/Pension | Review draft pension motion |
| Jamie O'Connell | 05/02/08 | 0.2 | Employee Benefits/Pension | Correspondence to J. Forgach regarding pension motion |
| Jamie O'Connell | 05/06/08 | 0.1 | Employee Benefits/Pension | Review correspondence from J. Forgach regarding pension motion |
| Pamela Zilly | 05/06/08 | 0.6 | Employee Benefits/Pension | Review draft pension funding motion |
| Jamie O'Connell | 05/07/08 | 0.1 | Employee Benefits/Pension | Call with J. Forgach regarding pension funding motion |
| Matt Bonanno | 05/14/08 | 0.6 | Employee Benefits/Pension | Call with J. Forgach regarding pension funding analysis |
| Jamie O'Connell | 05/19/08 | 0.2 | Employee Benefits/Pension | Correspondence regarding pension motion |
| Pamela Zilly | 05/19/08 | 0.5 | Employee Benefits/Pension | Read revised pension funding motion |
| Matt Bonanno | 05/20/08 | 0.6 | Employee Benefits/Pension | Call with J. Forgach and Committee members regarding pension funding analysis |
| Pamela Zilly | 05/20/08 | 0.3 | Employee Benefits/Pension | Call with B. McGowan re: LTIP |
| Pamela Zilly | 05/20/08 | 0.5 | Employee Benefits/Pension | Review materials re: LTIP |
| Pamela Zilly | 05/30/08 | 0.2 | Employee Benefits/Pension | Read Debtors' Motion re: Contribution to Defined Benefit Health Plans |
| | | **4.9** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2008 THROUGH MAY 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 05/07/08 | 0.8 | Financing | Call with potential lenders |
| Jamie O'Connell | 05/08/08 | 0.2 | Financing | Correspondence with E. Filon regarding exit financing |
| | | 1.0 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2008 THROUGH MAY 31, 2008**

| Professional | Date | Hours | Category | Explanation |
| --- | --- | --- | --- | --- |
| Matt Bonanno | 05/22/08 | 4.2 | Non-Working Travel Time | Travel to New York |
| Pamela Zilly | 05/22/08 | 3.0 | Non-Working Travel Time | Travel to New York |
| Jamie O'Connell | 05/23/08 | 3.0 | Non-Working Travel Time | Travel back to New York |
| | | **10.2** | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2008 THROUGH MAY 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 05/01/08 | 2.4 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 05/01/08 | 0.4 | Plan and Disclosure Statement | Update with J. O'Connell, M. Bonanno |
| Jamie O'Connell | 05/01/08 | 0.4 | Plan and Disclosure Statement | Update with M. Bonanno and B. Istvan |
| Jamie O'Connell | 05/01/08 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Matt Bonanno | 05/01/08 | 0.4 | Plan and Disclosure Statement | Update with J. O'Connell, B. Istvan |
| Pamela Zilly | 05/01/08 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell re: open items |
| Benjamin Istvan | 05/02/08 | 0.4 | Plan and Disclosure Statement | Financial analysis with M. Bonanno |
| Jamie O'Connell | 05/02/08 | 0.1 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 05/02/08 | 0.2 | Plan and Disclosure Statement | Follow-up call with J. Sinclair, B. Istvan, M. Bonanno, B. Dockman and T. Dyer |
| Jamie O'Connell | 05/02/08 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Matt Bonanno | 05/02/08 | 0.4 | Plan and Disclosure Statement | Financial analysis with B. Istvan |
| Pamela Zilly | 05/02/08 | 1.0 | Plan and Disclosure Statement | Review template for proforma financials and projections |
| Pamela Zilly | 05/02/08 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell re: open items |
| Pamela Zilly | 05/02/08 | 2.0 | Plan and Disclosure Statement | Review interest accrual model |
| Pamela Zilly | 05/02/08 | 0.3 | Plan and Disclosure Statement | Call with T. Freedman |
| Pamela Zilly | 05/02/08 | 0.8 | Plan and Disclosure Statement | Review financial model |
| Benjamin Istvan | 05/05/08 | 0.4 | Plan and Disclosure Statement | Update with P. Zilly, M. Bonanno |
| Matt Bonanno | 05/05/08 | 0.3 | Plan and Disclosure Statement | Financial analysis |
| Matt Bonanno | 05/05/08 | 0.4 | Plan and Disclosure Statement | Update with P. Zilly, B. Istvan |
| Pamela Zilly | 05/05/08 | 0.2 | Plan and Disclosure Statement | Read analysis re: post petition interest |
| Jamie O'Connell | 05/06/08 | 0.6 | Plan and Disclosure Statement | Review materials regarding interest on pre-petition bank debt claims |
| Jamie O'Connell | 05/06/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Matt Bonanno | 05/06/08 | 0.1 | Plan and Disclosure Statement | Call to Jeff Miller at BMC re: Claims |
| Pamela Zilly | 05/06/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and Court hearings |
| Jamie O'Connell | 05/07/08 | 0.2 | Plan and Disclosure Statement | Call with J. Baer regarding various matters |
| Pamela Zilly | 05/07/08 | 1.0 | Plan and Disclosure Statement | Call with E. Filon |
| Pamela Zilly | 05/07/08 | 1.0 | Plan and Disclosure Statement | Call with J. Baer; C. Finke re: conflicts |
| Jamie O'Connell | 05/08/08 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Jamie O'Connell | 05/08/08 | 0.2 | Plan and Disclosure Statement | Call with B. Dockman regarding claims |
| Jamie O'Connell | 05/08/08 | 0.3 | Plan and Disclosure Statement | Review correspondence regarding plan and exit financing |
| Pamela Zilly | 05/08/08 | 1.0 | Plan and Disclosure Statement | Review materials for 5/12 meeting |
| Benjamin Istvan | 05/09/08 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell regarding various matters |
| Benjamin Istvan | 05/09/08 | 0.1 | Plan and Disclosure Statement | Correspondence with B. Dockman |
| Benjamin Istvan | 05/09/08 | 1.8 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 05/09/08 | 0.6 | Plan and Disclosure Statement | Discussion with D. Nakashige |
| Benjamin Istvan | 05/09/08 | 0.6 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 05/09/08 | 0.3 | Plan and Disclosure Statement | Financial analysis review with J. O'Connell and M. Bonanno |
| Jamie O'Connell | 05/09/08 | 0.6 | Plan and Disclosure Statement | Call with J. Rivenbark, M. Brown and B. Dockman regarding claims |
| Jamie O'Connell | 05/09/08 | 0.3 | Plan and Disclosure Statement | Meeting with B. Istvan regarding various matters |
| Jamie O'Connell | 05/09/08 | 0.3 | Plan and Disclosure Statement | Financial analysis review with M. Bonanno and B. Istvan |
| Matt Bonanno | 05/09/08 | 0.3 | Plan and Disclosure Statement | Financial analysis review with J. O'Connell and B. Istvan |
| Benjamin Istvan | 05/10/08 | 0.8 | Plan and Disclosure Statement | Financial analysis review with M. Bonanno |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2008 THROUGH MAY 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 05/10/08 | 0.5 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 05/10/08 | 3.2 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 05/10/08 | 0.1 | Plan and Disclosure Statement | Correspondence with M. Bonanno |
| Matt Bonanno | 05/10/08 | 4.0 | Plan and Disclosure Statement | Financial analysis |
| Matt Bonanno | 05/10/08 | 0.8 | Plan and Disclosure Statement | Financial analysis review with B. Istvan |
| Benjamin Istvan | 05/11/08 | 0.3 | Plan and Disclosure Statement | Financial analysis review with M. Bonanno |
| Benjamin Istvan | 05/11/08 | 0.4 | Plan and Disclosure Statement | Call with J. O'Connell regarding financial analysis |
| Benjamin Istvan | 05/11/08 | 0.4 | Plan and Disclosure Statement | Financial analysis |
| Jamie O'Connell | 05/11/08 | 0.4 | Plan and Disclosure Statement | Call with B. Istvan regarding financial analysis |
| Matt Bonanno | 05/11/08 | 0.3 | Plan and Disclosure Statement | Financial analysis review with B. Istvan |
| Matt Bonanno | 05/11/08 | 1.8 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 05/12/08 | 0.8 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 05/12/08 | 0.5 | Plan and Disclosure Statement | Preparation for meeting with H. LaForce, P. Zilly, J. O'Connell and M. Bonanno regarding various matters |
| Benjamin Istvan | 05/12/08 | 2.8 | Plan and Disclosure Statement | Meeting with H. LaForce, P. Zilly, J. O'Connell and M. Bonanno regarding various matters |
| Jamie O'Connell | 05/12/08 | 2.8 | Plan and Disclosure Statement | Meeting with H. LaForce, P. Zilly, M. Bonanno and B. Istvan regarding various matters |
| Matt Bonanno | 05/12/08 | 2.8 | Plan and Disclosure Statement | Meeting with H. LaForce, P. Zilly, J. O'Connell and B. Istvan regarding various matters |
| Pamela Zilly | 05/12/08 | 0.8 | Plan and Disclosure Statement | Review materials for 5/12 meeting |
| Pamela Zilly | 05/12/08 | 2.8 | Plan and Disclosure Statement | Meeting with Hudson LaForce |
| Benjamin Istvan | 05/13/08 | 0.1 | Plan and Disclosure Statement | Call with M. Bonanno and J. O'Connell regarding financial analysis |
| Jamie O'Connell | 05/13/08 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 05/13/08 | 0.1 | Plan and Disclosure Statement | Call with B. Istvan and M. Bonanno regarding financial analysis |
| Jamie O'Connell | 05/13/08 | 0.4 | Plan and Disclosure Statement | Update with M. Bonanno |
| Matt Bonanno | 05/13/08 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Matt Bonanno | 05/13/08 | 0.1 | Plan and Disclosure Statement | Call with B. Istvan and J. O'Connell regarding financial analysis |
| Matt Bonanno | 05/13/08 | 0.4 | Plan and Disclosure Statement | Update with J. O'Connell |
| Pamela Zilly | 05/13/08 | 0.8 | Plan and Disclosure Statement | Call with management, counsel re: POR and Court hearings |
| Pamela Zilly | 05/13/08 | 2.0 | Plan and Disclosure Statement | Read, provide comments on terms sheets re: corporate documents |
| Pamela Zilly | 05/13/08 | 0.8 | Plan and Disclosure Statement | Review financial model |
| Benjamin Istvan | 05/14/08 | 0.4 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 05/14/08 | 0.1 | Plan and Disclosure Statement | Correspondence with M. Bonanno |
| Jamie O'Connell | 05/14/08 | 0.1 | Plan and Disclosure Statement | Update with M. Bonanno |
| Matt Bonanno | 05/14/08 | 0.1 | Plan and Disclosure Statement | Update with J. O'Connell |
| Pamela Zilly | 05/14/08 | 1.5 | Plan and Disclosure Statement | Read draft POR |
| Pamela Zilly | 05/14/08 | 0.3 | Plan and Disclosure Statement | Correspondence with M. Shelnitz, R. Filon re: holder of bank debt |
| Pamela Zilly | 05/14/08 | 0.5 | Plan and Disclosure Statement | Call with E. Filon |
| Pamela Zilly | 05/14/08 | 0.3 | Plan and Disclosure Statement | Correspondence with M. Shelnitz, E. Filon re: correspondence from bank holders |
| Benjamin Istvan | 05/15/08 | 0.1 | Plan and Disclosure Statement | Correspondence with M. Bonanno re: financial analysis |
| Jamie O'Connell | 05/15/08 | 0.5 | Plan and Disclosure Statement | Review term sheets regarding plan elements |
| Jamie O'Connell | 05/15/08 | 2.0 | Plan and Disclosure Statement | Meeting to discuss Libby-related claims at K&E |
| Matt Bonanno | 05/15/08 | 0.1 | Plan and Disclosure Statement | Correspondence with D. Grebow regarding financial analysis |
| Matt Bonanno | 05/15/08 | 0.1 | Plan and Disclosure Statement | Call with J. Forgach regarding pension funding analysis |
| Matt Bonanno | 05/15/08 | 0.2 | Plan and Disclosure Statement | Call with D. Grebow and B. Dockman regarding committee requests |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2008 THROUGH MAY 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 05/15/08 | 2.0 | Plan and Disclosure Statement | Meeting to discuss Libby related claims at K&E |
| Matt Bonanno | 05/15/08 | 0.7 | Plan and Disclosure Statement | Manage committee information requests |
| Pamela Zilly | 05/15/08 | 1.2 | Plan and Disclosure Statement | Review timeline and responsibility materials |
| Pamela Zilly | 05/15/08 | 0.8 | Plan and Disclosure Statement | Read Cryovac Agreement, correspondence with T. Freedman re: same |
| Jamie O'Connell | 05/16/08 | 0.6 | Plan and Disclosure Statement | Claims discussion with M. Bonanno, L. Sinanyan and J. Rivenbark |
| Matt Bonanno | 05/16/08 | 0.6 | Plan and Disclosure Statement | Claims discussion with J. O'Connell, L. Sinanyan and J. Rivenbark |
| Pamela Zilly | 05/16/08 | 0.3 | Plan and Disclosure Statement | Call with bank debt holder |
| Jamie O'Connell | 05/19/08 | 0.1 | Plan and Disclosure Statement | Committee information update with M. Bonanno |
| Matt Bonanno | 05/19/08 | 0.1 | Plan and Disclosure Statement | Committee information update with J. O'Connell |
| Pamela Zilly | 05/19/08 | 0.3 | Plan and Disclosure Statement | Read Debtors' Response to Mian Realty; Objection to Canadian ZAI Motion to Lift Automatic Stay |
| Pamela Zilly | 05/19/08 | 0.3 | Plan and Disclosure Statement | Correspondence with T. Freedman re: Projections |
| Jamie O'Connell | 05/20/08 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 05/20/08 | 0.2 | Plan and Disclosure Statement | Call with Grace finance personnel regarding financial projections |
| Matt Bonanno | 05/20/08 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Pamela Zilly | 05/20/08 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: POR and Court hearings |
| Pamela Zilly | 05/20/08 | 1.2 | Plan and Disclosure Statement | Read documents |
| Pamela Zilly | 05/20/08 | 0.5 | Plan and Disclosure Statement | Call with E. Filon |
| Pamela Zilly | 05/20/08 | 0.6 | Plan and Disclosure Statement | Prepare agenda for 5/22 meeting |
| Jamie O'Connell | 05/21/08 | 5.5 | Plan and Disclosure Statement | POR drafting session at Kirkland & Ellis |
| Matt Bonanno | 05/21/08 | 5.3 | Plan and Disclosure Statement | POR drafting session at Kirkland & Ellis |
| Pamela Zilly | 05/21/08 | 1.0 | Plan and Disclosure Statement | Make revisions to timeline and responsibility document |
| Pamela Zilly | 05/21/08 | 0.2 | Plan and Disclosure Statement | Read materials re: Claims data |
| Pamela Zilly | 05/21/08 | 5.5 | Plan and Disclosure Statement | All hands document review meeting |
| Jamie O'Connell | 05/22/08 | 4.3 | Plan and Disclosure Statement | Travel to Grace's headquarters in Columbia, MD and review materials for meeting |
| Jamie O'Connell | 05/22/08 | 3.0 | Plan and Disclosure Statement | Meeting with management regarding financial projections |
| Matt Bonanno | 05/22/08 | 4.0 | Plan and Disclosure Statement | Travel to Columbia, MD, review materials for meeting |
| Matt Bonanno | 05/22/08 | 3.0 | Plan and Disclosure Statement | Meeting with management regarding financial projections |
| Pamela Zilly | 05/22/08 | 3.0 | Plan and Disclosure Statement | Travel to Columbia; review prior filings of pro forma financials and projections |
| Pamela Zilly | 05/22/08 | 2.0 | Plan and Disclosure Statement | Meeting with management re: financial information for POR and Disclosure Statement |
| Jamie O'Connell | 05/23/08 | 0.2 | Plan and Disclosure Statement | Correspondence regarding various matters |
| Pamela Zilly | 05/24/08 | 1.0 | Plan and Disclosure Statement | Review Sealed Air/Cryovac Agreement; analysis |
| Jamie O'Connell | 05/27/08 | 0.7 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 05/27/08 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly and M. Bonanno regarding various matters |
| Jamie O'Connell | 05/27/08 | 0.2 | Plan and Disclosure Statement | Call with P. Zilly and T. Freedman regarding Sealed Air analysis |
| Jamie O'Connell | 05/27/08 | 0.2 | Plan and Disclosure Statement | Correspondence regarding various matters |
| Matt Bonanno | 05/27/08 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly and J. O'Connell regarding various matters |
| Matt Bonanno | 05/27/08 | 0.2 | Plan and Disclosure Statement | Call with J. Rivenbark on claims |
| Matt Bonanno | 05/27/08 | 0.2 | Plan and Disclosure Statement | Communication with J. Rivenbark |
| Pamela Zilly | 05/27/08 | 0.3 | Plan and Disclosure Statement | Call with J. O'Connell, M. Bonanno re: various analyses |
| Pamela Zilly | 05/27/08 | 0.3 | Plan and Disclosure Statement | Review Sealed Air/Cryovac analysis |
| Pamela Zilly | 05/27/08 | 0.2 | Plan and Disclosure Statement | Call with T. Freedman re: Sealed Air/Cryovac analysis |
| Pamela Zilly | 05/27/08 | 0.7 | Plan and Disclosure Statement | Call with management, counsel re: POR and Court hearings |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2008 THROUGH MAY 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 05/28/08 | 0.5 | Plan and Disclosure Statement | Financial analysis review with M. Bonanno |
| Jamie O'Connell | 05/28/08 | 2.9 | Plan and Disclosure Statement | POR drafting session conference call |
| Jamie O'Connell | 05/28/08 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly, M. Bonanno, management and counsel regarding Sealed Air agreement |
| Matt Bonanno | 05/28/08 | 0.5 | Plan and Disclosure Statement | Call with P. Zilly, J. O'Connell, management and counsel regarding Sealed Air agreement |
| Matt Bonanno | 05/28/08 | 0.5 | Plan and Disclosure Statement | Financial analysis review with B. Istvan |
| Pamela Zilly | 05/28/08 | 2.0 | Plan and Disclosure Statement | Call with management, counsel re: revised draft POR |
| Pamela Zilly | 05/28/08 | 0.5 | Plan and Disclosure Statement | Call with T Freedman, J. Baer. E. Filon re: Sealed Air/Cryovac |
| Benjamin Istvan | 05/29/08 | 0.7 | Plan and Disclosure Statement | Financial analysis call with M. Bonanno and D. Nakashige |
| Jamie O'Connell | 05/29/08 | 0.2 | Plan and Disclosure Statement | Call with L. Sinanyan, C. Bruens and M. Bonanno regarding claims |
| Jamie O'Connell | 05/29/08 | 0.3 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding various matters |
| Matt Bonanno | 05/29/08 | 0.2 | Plan and Disclosure Statement | Call with L. Sinanyan, C. Bruens and J. O'Connell regarding claims |
| Matt Bonanno | 05/29/08 | 0.7 | Plan and Disclosure Statement | Financial analysis call with B. Istvan and D. Nakashige |
| Pamela Zilly | 05/29/08 | 0.4 | Plan and Disclosure Statement | Review financials for projections |
| Pamela Zilly | 05/29/08 | 0.2 | Plan and Disclosure Statement | Correspondence with J. O'Connell re: open items |
| Benjamin Istvan | 05/30/08 | 0.9 | Plan and Disclosure Statement | Financial analysis with M. Bonanno |
| Jamie O'Connell | 05/30/08 | 0.2 | Plan and Disclosure Statement | Call with J. Miller of BMC regarding claims |
| Jamie O'Connell | 05/30/08 | 0.1 | Plan and Disclosure Statement | Call with L. Sinanyan regarding claims |
| Jamie O'Connell | 05/30/08 | 0.2 | Plan and Disclosure Statement | Correspondence to J. Miller of BMC regarding claims |
| Jamie O'Connell | 05/30/08 | 0.2 | Plan and Disclosure Statement | Meeting with P. Zilly regarding various matters |
| Jamie O'Connell | 05/30/08 | 0.1 | Plan and Disclosure Statement | Follow-up call with J. Miller of BMC regarding claims |
| Jamie O'Connell | 05/30/08 | 0.5 | Plan and Disclosure Statement | Review correspondence regarding plan issues |
| Matt Bonanno | 05/30/08 | 0.9 | Plan and Disclosure Statement | Financial analysis with B. Istvan |
| Pamela Zilly | 05/30/08 | 0.2 | Plan and Disclosure Statement | Review correspondence re: registration requirements |
| Pamela Zilly | 05/30/08 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell |
| Jamie O'Connell | 05/31/08 | 0.5 | Plan and Disclosure Statement | Review financial analysis and correspondence to M. Bonanno and B. Istvan regarding analysis |
| | | **128.8** | | |

## BLACKSTONE ADVISORY SERVICES L.P.
## HOURLY DETAILS FOR THE PERIOD OF
## MAY 1, 2008 THROUGH MAY 31, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/28/08 | 0.7 | Tax Issues | Call with P. Zilly, M. Bonanno and management regarding tax attributes |
| Matt Bonanno | 05/28/08 | 0.7 | Tax Issues | Call with P. Zilly, J. O'Connell and management regarding tax attributes |
| Pamela Zilly | 05/28/08 | 0.7 | Tax Issues | Call with E. Filon re: tax attributes |
| Jamie O'Connell | 05/29/08 | 0.2 | Tax Issues | Call with C. Finke regarding tax motion |
| | | 2.3 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**MAY 1, 2008 THROUGH MAY 31, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 05/08/08 | 0.1 | Valuation | Correspondence regarding valuation analysis |
| Jamie O'Connell | 05/09/08 | 0.2 | Valuation | Valuation analysis |
| Jamie O'Connell | 05/10/08 | 1.4 | Valuation | Valuation analysis |
| Jamie O'Connell | 05/11/08 | 1.8 | Valuation | Valuation analysis |
| Benjamin Istvan | 05/12/08 | 0.3 | Valuation | Valuation review with P. Zilly and J. O'Connell |
| Jamie O'Connell | 05/12/08 | 0.3 | Valuation | Valuation review with P. Zilly and B. Istvan |
| Pamela Zilly | 05/12/08 | 0.3 | Valuation | Review valuation materials with J. O'Connell, B. Istvan |
| | | 4.4 | | |