THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

*Objections Due: November 5, 2008 @ 4ºº pm*

SIXTY-SEVENTH APPLICATION OF BLACKSTONE ADVISORY SERVICES L.P.
AS FINANCIAL ADVISORY TO W.R. GRACE & CO. AND AFFILIATES FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED
FOR THE PERIOD OF JUNE 1, 2008 THROUGH JUNE 30, 2008

| | |
|---|---|
| Name of Applicant: | Blackstone Advisory Services L.P. |
| Authorized to Provide Professional Services to: | Debtors |
| Date of Retention Order: | June 22, 2001, effective April 2, 2001 |
| Period for which compensation and reimbursement is sought: | June 1, 2008 through June 30, 2008 |

| | | |
|---|---|---|
| Amount of Compensation sought as actual, reasonable and necessary: | Total | (Holdback @ 20%) |
| | $175,000.00 | ($35,000.00) |

| | |
|---|---|
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $7,178.80 |

This is a _x_ monthly __ interim ___ final application

2586455.DOC

Summary of Monthly Applications:

| Date Filed | Period(s) Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses | Unapproved Holdback(s) | Unpaid Holdbacks |
|---|---|---|---|---|---|---|---|
| 07/31/01 | 04/02/01 – 06/30/01 | $519,166.66 | 7,663.95 | $519,166.66 | 7,663.95 | $-- | $-- |
| 08/24/01 | 07/01/01 – 07/31/01 | 175,000.00 | 3,504.53 | 175,000.00 | 3,504.53 | -- | -- |
| 10/16/01 | 08/01/01 – 08/31/01 | 175,000.00 | 16,124.84 | 175,000.00 | 16,124.84 | -- | -- |
| 11/21/01 | 09/01/01 – 09/30/01 | 175,000.00 | 11,846.09 | 175,000.00 | 11,846.09 | -- | -- |
| 11/30/01 | 10/01/01 – 10/31/01 | 175,000.00 | 5,042.39 | 175,000.00 | 5,042.39 | -- | -- |
| 01/31/02 | 11/01/01 – 11/30/01 | 175,000.00 | 7,477.10 | 175,000.00 | 7,477.10 | -- | -- |
| 01/31/02 | 12/01/01 – 12/31/01 | 175,000.00 | 2,133.92 | 175,000.00 | 2,133.92 | -- | -- |
| 03/15/02 | 01/01/02 – 01/31/02 | 175,000.00 | 5,140.26 | 175,000.00 | 5,140.26 | -- | -- |
| 04/05/02 | 02/01/02 – 02/28/02 | 175,000.00 | 1,719.69 | 175,000.00 | 1,719.69 | -- | -- |
| 05/02/02 | 03/01/02 – 03/31/02 | 175,000.00 | 631.92 | 175,000.00 | 631.92 | -- | -- |
| 07/25/02 | 04/01/02 – 04/30/02 | 175,000.00 | 2,736.03 | 175,000.00 | 2,736.03 | -- | -- |
| 08/15/02 | 05/01/02 – 05/31/02 | 175,000.00 | 516.61 | 175,000.00 | 516.61 | -- | -- |
| 08/15/02 | 06/01/02 – 06/30/02 | 175,000.00 | 733.20 | 175,000.00 | 733.20 | -- | -- |
| 11/13/02 | 07/01/02 – 07/31/02 | 175,000.00 | 2,603.74 | 175,000.00 | 2,603.74 | -- | -- |
| 11/13/02 | 08/01/02 – 08/31/02 | 175,000.00 | 3,547.21 | 175,000.00 | 3,547.21 | -- | -- |
| 11/13/02 | 09/01/02 – 09/30/02 | 175,000.00 | 1,611.87 | 175,000.00 | 1,611.87 | -- | -- |
| 02/14/03 | 10/01/02 – 10/31/02 | 175,000.00 | 1,848.24 | 175,000.00 | 1,848.24 | -- | -- |
| 02/14/03 | 11/01/02 – 11/30/02 | 175,000.00 | 2,109.76 | 175,000.00 | 2,109.76 | -- | -- |
| 02/14/03 | 12/01/02 – 12/31/02 | 175,000.00 | 1,570.49 | 175,000.00 | 1,570.49 | -- | -- |
| 03/25/04 | 01/01/03 – 12/31/03 | 525,000.00 | 10,063.83 | 525,000.00 | 10,063.83 | -- | -- |
| 08/17/04 | 01/01/04 – 06/30/04 | 525,000.00 | 2,833.02 | 525,000.00 | 2,833.02 | -- | -- |
| 11/15/04 | 07/01/04 – 09/30/04 | 525,000.00 | 22,158.70 | 525,000.00 | 22,158.70 | -- | -- |
| 11/24/04 | 10/01/04 – 10/31/04 | 175,000.00 | 3,635.27 | 175,000.00 | 3,635.27 | -- | -- |
| 01/24/05 | 11/01/04 – 11/30/04 | 175,000.00 | 4,369.47 | 175,000.00 | 4,369.47 | -- | -- |
| 01/24/05 | 12/01/04 – 12/31/04 | 175,000.00 | 1,129.94 | 175,000.00 | 1,129.94 | -- | -- |
| 03/07/05 | 01/01/05 – 01/31/05 | 175,000.00 | 2,347.64 | 175,000.00 | 2,347.64 | -- | -- |
| 05/19/05 | 02/01/05 – 02/28/05 | 175,000.00 | 742.42 | 175,000.00 | 742.42 | -- | -- |
| 05/19/05 | 03/01/05 – 03/31/05 | 175,000.00 | 1,106.33 | 175,000.00 | 1,106.33 | -- | -- |
| 08/26/05 | 04/01/05 – 04/30/05 | 100,000.00 | 3,082.08 | 100,000.00 | 3,082.08 | -- | -- |
| 08/26/05 | 05/01/05 – 05/31/05 | 50,000.00 | 1,709.38 | 50,000.00 | 1,709.38 | -- | -- |
| 08/26/05 | 06/01/05 – 06/30/05 | 50,000.00 | 2,917.10 | 50,000.00 | 2,917.10 | -- | -- |
| 05/10/06 | 07/01/05 – 07/31/05 | 75,000.00 | 2,289.24 | 75,000.00 | 2,289.24 | -- | -- |
| 05/10/06 | 08/01/05 – 08/31/05 | 50,000.00 | 2,304.36 | 50,000.00 | 2,304.36 | -- | -- |
| 05/10/06 | 09/01/05 – 09/30/05 | 25,000.00 | 679.00 | 25,000.00 | 679.00 | -- | -- |
| 06/21/06 | 10/01/05 – 10/31/05 | 100,000.00 | 786.97 | 100,000.00 | 786.97 | -- | -- |
| 06/21/06 | 11/01/05 – 11/30/05 | 100,000.00 | 1,854.08 | 100,000.00 | 1,854.08 | -- | -- |
| 06/21/06 | 12/01/05 – 12/31/05 | 100,000.00 | 488.35 | 100,000.00 | 488.35 | -- | -- |
| 07/25/06 | 01/01/06 – 01/31/06 | 50,000.00 | 1,369.41 | 50,000.00 | 1,369.41 | -- | -- |
| 07/25/06 | 02/01/06 – 02/28/06 | 100,000.00 | 560.94 | 100,000.00 | 560.94 | -- | -- |
| 07/25/06 | 03/01/06 – 03/31/06 | 100,000.00 | 1,273.41 | 100,000.00 | 1,273.41 | -- | -- |
| 09/21/06 | 04/01/06 – 04/30/06 | 75,000.00 | 208.81 | 75,000.00 | 208.81 | -- | -- |
| 09/21/06 | 05/01/06 – 05/31/06 | 100,000.00 | 1,660.26 | 100,000.00 | 1,660.26 | -- | -- |
| 09/21/06 | 06/01/06 – 06/30/06 | 125,000.00 | 2,155.45 | 125,000.00 | 2,155.45 | -- | -- |
| 10/18/06 | 07/01/06 – 07/31/06 | 125,000.00 | 4,794.17 | 125,000.00 | 4,794.17 | -- | -- |
| 11/30/06 | 08/01/06 – 08/31/06 | 75,000.00 | 1,665.99 | 75,000.00 | 1,665.99 | -- | -- |
| 11/30/06 | 09/01/06 – 09/30/06 | 75,000.00 | 995.60 | 75,000.00 | 995.60 | -- | -- |
| 02/28/07 | 10/01/06 – 10/31/06 | 100,000.00 | 704.00 | 100,000.00 | 704.00 | -- | -- |
| 02/28/07 | 11/01/06 – 11/30/06 | 175,000.00 | 1,104.42 | 175,000.00 | 1,104.42 | -- | -- |
| 02/28/07 | 12/01/06 – 12/31/06 | 150,000.00 | 1,509.61 | 150,000.00 | 1,509.61 | -- | -- |

| Date Filed | Period(s) Covered | Requested | | Approved | | Unapproved | Unpaid |
| | | Fees | Expenses | Fees | Expenses | Holdback(s) | Holdbacks |
|---|---|---|---|---|---|---|---|
| 04/10/07 | 01/01/07 – 01/31/07 | 100,000.00 | 5,412.84 | 100,000.00 | 5,412.84 | -- | -- |
| 06/29/07 | 02/28/07 – 02/28/07 | 100,000.00 | 1,260.82 | 100,000.00 | 1,260.82 | -- | -- |
| 06/29/07 | 03/01/07 – 03/31/07 | 100,000.00 | 535.30 | 100,000.00 | 535.30 | -- | -- |
| 09/20/07 | 04/01/07 – 04/30/07 | 100,000.00 | 3,145.97 | 100,000.00 | 3,145.97 | -- | -- |
| 09/20/07 | 05/01/07 – 05/31/07 | 125,000.00 | 148.40 | 125,000.00 | 148.40 | -- | -- |
| 09/20/07 | 06/01/07 – 06/30/07 | 125,000.00 | 584.53 | 125,000.00 | 584.53 | -- | -- |
| 11/19/07 | 07/01/07 – 07/31/07 | 125,000.00 | 786.94 | 125,000.00 | 786.94 | -- | -- |
| 11/19/07 | 08/01/07 – 08/31/07 | 0.00 | 997.55 | 0.00 | 997.55 | | -- |
| 11/19/07 | 09/01/07 – 09/30/07 | 75,000.00 | 585.59 | 75,000.00 | 585.59 | -- | -- |
| 03/13/08 | 10/01/07 – 10/31/07 | 100,000.00 | 1,518.85 | 100,000.00 | 1,518.85 | -- | -- |
| 03/13/08 | 11/01/07 – 11/30/07 | 75,000.00 | 241.73 | 75,000.00 | 241.73 | -- | -- |
| 03/13/08 | 12/01/07 – 12/31/07 | 50,000.00 | 270.44 | 50,000.00 | 270.44 | -- | -- |
| 05/22/08 | 01/01/08 – 01/31/08 | 100,000.00 | 2,618.39 | 80,000.00 | 2,618.39 | 20,000.00 | -- |
| 05/22/08 | 02/01/08 – 02/29/08 | 150,000.00 | 377.34 | 120,000.00 | 377.34 | 30,000.00 | -- |
| 05/22/08 | 03/01/08 – 03/31/08 | 75,000.00 | 1,468.54 | 60,000.00 | 1,468.54 | 15,000.00 | -- |
| 10/16/08 | 04/01/08 – 04/30/08 | 150,000.00 | 370.04 | -- | -- | -- | -- |
| 10/16/08 | 05/01/08 – 05/31/08 | 125,000.00 | 868.61 | -- | -- | -- | -- |
| 10/16/08 | 06/01/08 – 06/30/08 | 175,000.00 | 7,178.80 | -- | -- | -- | -- |

# Blackstone Advisory Services L.P.

October 16, 2008

Mr. Fred Festa
Chairman, President and Chief Executive Officer
W.R. Grace & Co.
7500 Grace Drive
Columbia, Maryland 21044

| | | | |
|---|---|---:|---:|
| Monthly advisory fee for the period of June 1, 2008 through June 30, 2008: | $ | | 175,000.00 |
| Less: 20% holdback pursuant to the Court's Administrative Order | | | (35,000.00) |

Out-of-pocket expenses processed for the period through May 31, 2008:[1]

| | | | |
|---|---|---:|---:|
| Airfare | $ | 1,593.75 | |
| Ground Transportation | | 1,171.09 | |
| Meals | | 445.72 | |
| Lodging | | 250.00 | |
| Document Production | | 668.70 | |
| Research | | 3,013.37 | |
| Publishing Services | | 36.17 | 7,178.80 |
| **Total Amount Due** | | $ | **147,178.80** |

**Please wire transfer funds to:**

JP Morgan Chase
One New York Plaza
New York, NY 10017
ABA# 021 000 021
Credit Account: Blackstone Advisory Services L.P.
Account Receivable Dept. 14th Floor
Account # 066-287472

Invoice Number: 23750

---

[1] Expenses incurred, but not yet processed due to timing differences will be billed at a later date.

Blackstone Advisory Services L.P.
345 Park Avenue
New York, NY 10154
212 583-5000

**W.R. Grace & Co.**
**Summary of Expenses**
**Invoice No. 23750**

| | GL Detail Jun-08 | Total Expenses |
|---|---|---|
| Airfare | $ 1,593.75 | $ 1,593.75 |
| Ground Transportation - Car Service - Elite | 31.37 | 31.37 |
| Ground Transportation - Local Travel | 78.72 | 78.72 |
| Ground Transportation - Out of Town Travel | 105.00 | 105.00 |
| Ground Transportation - Railroad | 956.00 | 956.00 |
| Meals with Clients | 96.41 | 96.41 |
| Employee Meals | 349.31 | 349.31 |
| Lodging | 250.00 | 250.00 |
| Document Production | 668.70 | 668.70 |
| Internal Research | 918.75 | 918.75 |
| External Research - Thomson | 10.62 | 10.62 |
| External Research - Dow Jones | 173.25 | 173.25 |
| External Research - Securities Data | 1,876.83 | 1,876.83 |
| External Research - Online Database | 33.92 | 33.92 |
| Publishing Services | 36.17 | 36.17 |
| **Total Expenses** | **$ 7,178.80** | **$ 7,178.80** |

| | |
|---|---|
| **Airfare** | **$ 1,593.75** |
| **Ground Transportation** | **1,171.09** |
| **Meals** | **445.72** |
| **Lodging** | **250.00** |
| **Document Production** | **668.70** |
| **Research** | **3,013.37** |
| **Publishing Services** | **36.17** |
| **Total Expenses** | **$ 7,178.80** |

W.R. Grace & Co.
Detail of Expenses Processed
Through June 30, 2008
Invoice No. 23750

**Airfare**

| | | | | |
|---|---|---|---|---|
| Bonanno (travel agency fee for booking of one-way flight to Baltimore, MD from Queens, NY on 05/22/08 | 05/21/08 | 20.00 | | |
| Bonanno (travel agency fee for booking of one-way flight to Newark, NJ from Baltimore, MD on 05/22/08 | 05/21/08 | 20.00 | | |
| Bonanno (one-way coach class flight to Baltimore, MD from Queens, NY | 05/22/08 | 339.50 | | |
| Bonanno (one-way coach class flight to newark, NJ from Baltimore, MD | 05/22/08 | 339.50 | | |
| Bonanno (credit issued by vendor | 06/10/08 | (20.00) | | |
| O'Connell (travel agency fee for booking of round trip flight to/from Washington, DC from/to Queens, NY on 05/22 & 05/23/08 | 05/20/08 | 40.00 | | |
| O'Connell (round trip coach class flight to/from Washington, DC from/to Queens, NY | 05/22/08 & 05/23/08 | 475.25 | | |
| O'Connell (travel agency fee for booking of one-way flight to Baltimore, MD from Queens, NY on 06/17/08 | 06/17/08 | 20.00 | | |
| O'Connell (one-way coach class flight to Washington, DC from Queens, NY | 06/17/08 | 339.50 | | |
| | Subtotal - Airfare | | $ | 1,593.75 |

**Ground Transportation - Car Service - Elite**

| | | | |
|---|---|---|---|
| Zilly (car home from Blackstone after working late | 05/03/08 | 31.37 | |
| | Subtotal - Ground Transportation - Car Service - Elite | | 31.37 |

**Ground Transportation - Local Travel**

| | | | |
|---|---|---|---|
| Bonanno (weekend taxi to Blackstone from home | 05/10/08 | 11.70 | |
| Bonanno (weekend taxi to Blackstone from home | 05/11/08 | 11.62 | |
| Bonanno (weekend taxi home from Blackstone | 05/11/08 | 11.30 | |
| Bonanno (weeknight taxi home from Blackstone after working late | 05/20/08 | 10.00 | |
| Bonanno (weekend taxi home from Blackstone | 06/14/08 | 10.60 | |
| Bonanno (taxi to Pennsylvania Railroad Station in New York, NY from Blackstone | 06/16/08 | 12.90 | |
| Istvan (weeknight taxi home from Blackstone after working late | 04/18/08 | 10.60 | |
| | Subtotal - Ground Transportation - Local Travel | | 78.72 |

**Ground Transportation - Out of Town Travel**

| | | | |
|---|---|---|---|
| Bonanno (taxi to client offices in Columbia, MD from BWI Station in Baltimore, MD | 05/22/08 | 55.00 | |
| Bonanno (taxi to BWI Station in Baltimore, MD from clients offices in Columbia, MD | 05/22/08 | 50.00 | |
| | Subtotal - Ground Transportation - Out of Town Travel | | 105.00 |

**Ground Transportation - Railroad**

| | | | |
|---|---|---|---|
| Bonanno (travel agency fee for booking of one-way train trip to Baltimore, MD from New York, NY on 06/16/08 | 06/16/08 | 20.00 | |
| Bonanno (one-way train trip to Baltimore, MD from New York, NY | 06/16/08 | 185.00 | |
| Bonanno (travel agency fee for booking of one-way train trip to New York, NY from Baltimore, MD | 06/16/08 | 20.00 | |
| Bonanno (one-way train trip to New York, NY from Baltimore, MD | 06/19/08 | 185.00 | |
| O'Connell (travel agency fee for booking of one-way train trip to New York, NY from Baltimore, MD on 06/19/08 | 06/16/08 | 20.00 | |
| O'Connell (one-way train trip to New York, NY from Baltimore, MD | 06/19/08 | 185.00 | |
| Zilly (travel agency fee for booking round trip travel to/from Baltimore, MD from/to New York, NY on 05/22/08 | 05/21/08 | 40.00 | |
| Zilly (round trip train travel to/from Baltimore, MD from/to New York, NY | 05/22/08 | 301.00 | |
| | Subtotal - Ground Transportation - Railroad | | 956.00 |

**Meals with Clients**

| | | | |
|---|---|---|---|
| Zilly (catered meal for 4 people during client meeting held @ Blackstone | 05/12/08 | 96.41 | |
| | Subtotal - Meals with Clients | | 96.41 |

**Employee Meals**

| | | | |
|---|---|---|---|
| Bonanno (weeknight working dinner meal @ Blackstone while working late | 04/24/08 | 25.00 | |
| Bonanno (weekend working meal @ Blackstone | 05/10/08 | 15.41 | |
| Bonanno (weekend working meal @ Blackstone | 05/11/08 | 14.63 | |
| Bonanno (weekend working meal @ Blackstone | 05/11/08 | 14.60 | |
| Bonanno (weeknight working dinner meal @ Blackstone while working late | 05/12/08 | 25.00 | |
| Bonanno (working meal while in Columbia, MD | 05/22/08 | 23.08 | |
| Bonanno (working meal while in Columbia, MD | 05/22/08 | 7.94 | |
| Bonanno (working meal while in Columbia, MD | 05/22/08 | 7.75 | |
| Bonanno (weekend working meal @ Blackstone | 06/14/08 | 25.00 | |
| Bonanno (weekend working meal @ Blackstone | 06/14/08 | 21.19 | |
| Daftary (weekend working meal @ Blackstone | 06/08/08 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late | 04/03/08 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late | 04/16/08 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late | 04/25/08 | 25.00 | |
| Istvan (weeknight working dinner meal @ Blackstone while working late | 05/01/08 | 25.00 | |
| O'Connell (meal @ airport in Washington, D.C. | 05/22/08 | 30.90 | |
| O'Connell (working meal while in Washington, D.C. | 05/23/08 | 5.68 | |
| O'Connell (working dinner meal @ Blackstone prior to traveling to Baltimore, MD | 06/16/08 | 8.13 | |
| | Subtotal - Employee Meals | | 349.31 |

**Lodging**

| | | | |
|---|---|---|---|
| O'Connell (1 day hotel stay in Arlington, VA | 05/22/08 - 05/23/08 | 250.00 | |
| | Subtotal - Lodging | | 250.00 |

**Document Production**

| | | | |
|---|---|---|---|
| Bonanno | 06/09/08 | 6.00 | |
| Bresnahan | 06/16/08 - 06/19/08 | 163.65 | |
| Daftary | 06/09/08 - 06/13/08 | 317.10 | |
| Daftary | 06/16/08 - 06/18/08 | 181.95 | |
| | Subtotal - Document Production | | 668.70 |

**Internal Research**

| | | | |
|---|---|---|---|
| Bonanno (online data research) | 05/27/08 | 125.00 | |
| Daftary (online data research) | 06/09/08 | 83.75 | |
| Daftary (online data research) | 06/23/08 | 710.00 | |
| | Subtotal - Internal Research | | 918.75 |

**External Research - Thomson**

| | | | |
|---|---|---|---|
| Daftary (online data research) | 06/22/08 - 06/28/08 | 10.62 | |
| | Subtotal - External Research - Thomson | | 10.62 |

**External Research - Dow Jones**

| | | | |
|---|---|---|---|
| Daftary (online data research) | 06/22/08 - 06/28/08 | 173.25 | |
| | Subtotal - External Research - Dow Jones | | 173.25 |

W.R. Grace & Co.
Detail of Expenses Processed
Through June 30, 2008
Invoice No. 23750

**External Research - Securities Data**
Rosenberg (online data research)                                         05/08/08                         393.15
Rosenberg (online data research)                                         05/09/08                       1,483.68
                                            Subtotal - External Research - Securities Data                                1,876.83

**External Research - Online Database**
De Almeida (fee for the retrieval of documents from Court docket via P.A.C.E.R            01/09/08            12.80
Istvan (fee for the retrieval of documents from Court docket via P.A.C.E.R.               04/29/08            21.12
                                            Subtotal - External Research - Online Database                                   33.92

**Publishing Services**
DaRary                                                                   06/23/08                          36.17
                                            Subtotal - Publishing Services                                                   36.17

                                            **Total Expenses**                                    $        7,178.80

**BLACKSTONE ADVISORY SERVICES L.P.**
**SUMMARY OF HOURS FOR THE PERIOD OF**
**JUNE 1, 2008 THROUGH JUNE 30, 2008**

| Professional | Title | Hours |
|---|---|---|
| Pamela Zilly | Senior Managing Director | 63.3 |
| Jamie O'Connell | Vice President | 63.8 |
| Matthew Bonnano | Associate | 51.1 |
| Benjamin Istvan | Analyst | 13.2 |
| Brain Bresnahan | Analyst | 37.9 |
| Nik Daftary | Summer Analyst | 152.9 |
| Total | | 382.2 |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2008 THROUGH JUNE 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/16/08 | 0.3 | Business Analysis | Call with P. Hanlon re: Project Eddy |
| Jamie O'Connell | 06/16/08 | 0.2 | Business Analysis | Call with C. Schult regarding potential facility sale |
| Pamela Zilly | 06/17/08 | 0.4 | Business Analysis | Review materials on Project Eddy |
| Matt Bonanno | 06/17/08 | 7.2 | Business Analysis | Attend GCP strategy session in Columbia, MD |
| Pamela Zilly | 06/18/08 | 8.0 | Business Analysis | Meeting with management to review Division operating plan |
| Jamie O'Connell | 06/18/08 | 9.3 | Business Analysis | Attend Davison strategy session in Columbia, MD |
| Matt Bonanno | 06/18/08 | 9.3 | Business Analysis | Attend Davison strategy session in Columbia, MD |
| | | 34.7 | | |

Page 2 of 14

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2008 THROUGH JUNE 30, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 06/02/08 | 0.1 | Committee | Call to J. Dolan regarding information request |
| Matt Bonanno | 06/03/08 | 0.4 | Committee | Manage committee information requests |
| Matt Bonanno | 06/18/08 | 0.3 | Committee | Manage committee information requests |
| Jamie O'Connell | 06/19/08 | 0.3 | Committee | Correspondence to Grace Financial Advisors regarding LTIP |
| Jamie O'Connell | 06/26/08 | 0.3 | Committee | Call with J. Brownstein regarding LTIP motion and other matters |
| | | 1.4 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2008 THROUGH JUNE 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/01/08 | 0.1 | Employee Benefits/Pension | Correspondence to M. Bonanno regarding pension motion |
| Pamela Zilly | 06/13/08 | 1.0 | Employee Benefits/Pension | Read LTIP Motion and comments |
| Jamie O'Connell | 06/13/08 | 1.2 | Employee Benefits/Pension | Review draft LTIP motion and provide commentary |
| Jamie O'Connell | 06/16/08 | 0.1 | Employee Benefits/Pension | Review correspondence regarding draft LTIP motion |
| Pamela Zilly | 06/17/08 | 0.2 | Employee Benefits/Pension | Call with J. O'Connell re. LTIP Motion |
| Pamela Zilly | 06/17/08 | 1.0 | Employee Benefits/Pension | Provide comments/markup of LTIP Motion |
| Jamie O'Connell | 06/17/08 | 0.2 | Employee Benefits/Pension | Call with P. Zilly regarding draft LTIP motion |
| Pamela Zilly | 06/19/08 | 0.8 | Employee Benefits/Pension | Read revised draft LTIP Motion |
| Pamela Zilly | 06/19/08 | 0.7 | Employee Benefits/Pension | Call with M. Shelnitz, B. McGowan |
| Jamie O'Connell | 06/19/08 | 0.1 | Employee Benefits/Pension | Call with B. McGowan regarding LTIP motion |
| Jamie O'Connell | 06/26/08 | 0.2 | Employee Benefits/Pension | Call with B. McGowan and Blackstone personnel regarding LTIP motion |
| Jamie O'Connell | 06/26/08 | 0.1 | Employee Benefits/Pension | Correspondence to B. McGowan and J. Forgach regarding LTIP motion |
| Benjamin Istvan | 06/26/08 | 0.2 | Employee Benefits/Pension | Call with B. McGowan and Blackstone personnel regarding LTIP motion |
| Nik Daffany | 06/26/08 | 0.2 | Employee Benefits/Pension | Call with B. McGowan and Blackstone personnel regarding LTIP motion |
| Brian Bresnahan | 06/26/08 | 0.2 | Employee Benefits/Pension | Call with B. McGowan and Blackstone personnel regarding LTIP motion |
| Jamie O'Connell | 06/30/08 | 0.1 | Employee Benefits/Pension | Call with B. McGowan regarding LTIP motion |
| | | 6.4 | | |

**BLACKSTONE ADVISORY SERVICES L.P.**
**HOURLY DETAILS FOR THE PERIOD OF**
**JUNE 1, 2008 THROUGH JUNE 30, 2008**

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/05/08 | 2.0 | Financing | Meeting with potential lender |
| Jamie O'Connell | 06/05/08 | 1.7 | Financing | Meeting with financial institution regarding various financing issues |
| Matt Bonanno | 06/05/08 | 1.7 | Financing | Meeting with financial institution regarding various financing issues |
| | | 5.4 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2008 THROUGH JUNE 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 06/16/08 | 3.5 | Non-Working Travel Time | Travel to Columbia, MD from New York, NY |
| Pamela Zilly | 06/18/08 | 3.0 | Non-Working Travel Time | Travel to NY |
| Jamie O'Connell | 06/19/08 | 3.5 | Non-Working Travel Time | Travel from Maryland to New York |
| Matt Bonanno | 06/19/08 | 3.5 | Non-Working Travel Time | Travel from Columbia, MD to New York, NY |
| | | 13.5 | | |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2008 THROUGH JUNE 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/01/08 | 0.4 | Plan and Disclosure Statement | Financial analysis and correspondence regarding analysis |
| Pamela Zilly | 06/02/08 | 0.5 | Plan and Disclosure Statement | Review shareholder holdings and sale restrictions analysis |
| Pamela Zilly | 06/02/08 | 0.5 | Plan and Disclosure Statement | Review, respond to, correspondence re: sale of warrant shares |
| Pamela Zilly | 06/02/08 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell, M. Bonanno re: various analyses |
| Pamela Zilly | 06/02/08 | 0.5 | Plan and Disclosure Statement | Call with E. Filon, J. McFarland re: resale and registration requirements |
| Jamie O'Connell | 06/02/08 | 0.3 | Plan and Disclosure Statement | Meeting with P Zilly and M. Bonanno regarding various matters |
| Jamie O'Connell | 06/02/08 | 0.1 | Plan and Disclosure Statement | Follow-up call with M. Bonanno and J. Miller of BMC regarding chains |
| Jamie O'Connell | 06/02/08 | 0.1 | Plan and Disclosure Statement | Review correspondence regarding financial analysis |
| Matt Bonanno | 06/02/08 | 0.3 | Plan and Disclosure Statement | Meeting with P. Zilly and J. O'Connell regarding various matters |
| Matt Bonanno | 06/02/08 | 0.1 | Plan and Disclosure Statement | Follow-up call with J. O'Connell and J. Miller of BMC regarding chains |
| Matt Bonanno | 06/02/08 | 0.4 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 06/03/08 | 0.6 | Plan and Disclosure Statement | Correspondence re: sales restriction, registration of shares and warrants |
| Pamela Zilly | 06/03/08 | 0.5 | Plan and Disclosure Statement | Provide comments to D. Boll re: draft POR |
| Jamie O'Connell | 06/03/08 | 1.1 | Plan and Disclosure Statement | Best interests analysis |
| Pamela Zilly | 06/04/08 | 0.5 | Plan and Disclosure Statement | Review analysis on underwriting spreads |
| Pamela Zilly | 06/04/08 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell, M. Bonanno re: various analyses |
| Jamie O'Connell | 06/04/08 | 2.2 | Plan and Disclosure Statement | Analysis of underwriting spreads in selected secondary offerings |
| Jamie O'Connell | 06/04/08 | 1.0 | Plan and Disclosure Statement | Best interests analysis |
| Jamie O'Connell | 06/04/08 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly and M. Bonanno |
| Jamie O'Connell | 06/04/08 | 0.1 | Plan and Disclosure Statement | Call with J. Miller regarding chains |
| Jamie O'Connell | 06/04/08 | 0.6 | Plan and Disclosure Statement | Research warrant terms in comparable asbestos-related bankruptcies |
| Matt Bonanno | 06/04/08 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly and J. O'Connell |
| Pamela Zilly | 06/05/08 | 1.0 | Plan and Disclosure Statement | Review analysis and draft response re: M. Conran's questions |
| Pamela Zilly | 06/05/08 | 0.6 | Plan and Disclosure Statement | Discussions with J. O'Connell, further response to M. Conran |
| Pamela Zilly | 06/05/08 | 0.5 | Plan and Disclosure Statement | Meeting with R. Tarola, E. Filon, J. O'Connell, M. Bonanno re: various issues |
| Pamela Zilly | 06/05/08 | 0.4 | Plan and Disclosure Statement | Call with J. Miller, J. O'Connell re: claims data |
| Pamela Zilly | 06/05/08 | 0.3 | Plan and Disclosure Statement | Call with L. Sinanyan, J. O'Connell re: claims data |
| Jamie O'Connell | 06/05/08 | 0.9 | Plan and Disclosure Statement | Research warrant terms in comparable asbestos-related bankruptcies |
| Jamie O'Connell | 06/05/08 | 0.5 | Plan and Disclosure Statement | Meeting with R. Tarola, E. Filon, P. Zilly and M. Bonanno regarding various issues |
| Jamie O'Connell | 06/05/08 | 0.4 | Plan and Disclosure Statement | Call with P. Zilly and J. Miller regarding chains |
| Jamie O'Connell | 06/05/08 | 0.3 | Plan and Disclosure Statement | Call with P. Zilly and L. Sinanyan regarding claims |
| Jamie O'Connell | 06/05/08 | 0.3 | Plan and Disclosure Statement | Analysis of warrant structure |
| Matt Bonanno | 06/05/08 | 0.5 | Plan and Disclosure Statement | Meeting with B. Tarola, E. Filon, P. Zilly and J. O'Connell regarding various issues |
| Matt Bonanno | 06/06/08 | 1.0 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 06/09/08 | 0.2 | Plan and Disclosure Statement | Correspondence with M. Conran, J. O'Connell re: underwriting spreads |
| Pamela Zilly | 06/10/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and Court hearings |
| Pamela Zilly | 06/10/08 | 1.5 | Plan and Disclosure Statement | Review draft Terms Sheets |
| Pamela Zilly | 06/10/08 | 0.5 | Plan and Disclosure Statement | Call on warrants/shares with E. Filon, M. Conron, counsel |
| Pamela Zilly | 06/10/08 | 1.0 | Plan and Disclosure Statement | Call with management, counsel re: comments to term sheets |
| Pamela Zilly | 06/10/08 | 0.4 | Plan and Disclosure Statement | Call with D. Bernick, Mark Shelnitz re: bank debt holder |
| Jamie O'Connell | 06/10/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 06/10/08 | 1.0 | Plan and Disclosure Statement | Call with Grace management and Kirkland & Ellis to discuss financial and legal matters |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2008 THROUGH JUNE 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Matt Bonanno | 06/10/08 | 1.0 | Plan and Disclosure Statement | Call with Grace management and Kirkland & Ellis to discuss financial and legal matters |
| Matt Bonanno | 06/10/08 | 0.1 | Plan and Disclosure Statement | Discussion of financial matters with B. Istvan |
| Matt Bonanno | 06/10/08 | 0.6 | Plan and Disclosure Statement | Call with Grace management and Kirkland & Ellis to discuss settlement term sheet |
| Benjamin Istvan | 06/10/08 | 0.1 | Plan and Disclosure Statement | Discussion of financial matters with M. Bonanno |
| Nik Daftary | 06/10/08 | 1.0 | Plan and Disclosure Statement | Call with Grace management and Kirkland & Ellis to discuss financial and legal matters |
| Nik Daftary | 06/10/08 | 0.6 | Plan and Disclosure Statement | Call with Grace management and Kirkland & Ellis to discuss settlement term sheet |
| Pamela Zilly | 06/11/08 | 0.2 | Plan and Disclosure Statement | Correspondence with E. Filon re: draft Term Sheets |
| Pamela Zilly | 06/11/08 | 6.0 | Plan and Disclosure Statement | Documents review meeting |
| Pamela Zilly | 06/11/08 | 1.0 | Plan and Disclosure Statement | Read and provide comments on draft objection to bank debt claims |
| Pamela Zilly | 06/11/08 | 0.4 | Plan and Disclosure Statement | Research, correspondence with D. Boll re: debt holders |
| Jamie O'Connell | 06/11/08 | 2.0 | Plan and Disclosure Statement | Plan drafting session with management, Kirkland & Ellis and Caplin & Drysdale |
| Jamie O'Connell | 06/11/08 | 0.3 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding plan issues |
| Jamie O'Connell | 06/11/08 | 0.5 | Plan and Disclosure Statement | Review financial analysis with B. Istvan and N. Daftary |
| Jamie O'Connell | 06/11/08 | 1.0 | Plan and Disclosure Statement | Review draft motion regarding post-petition default interest on bank debt claims |
| Matt Bonanno | 06/11/08 | 0.2 | Plan and Disclosure Statement | Financial analysis |
| Benjamin Istvan | 06/11/08 | 0.5 | Plan and Disclosure Statement | Review financial analysis with J. O'Connell and N. Daftary |
| Nik Daftary | 06/11/08 | 0.5 | Plan and Disclosure Statement | Review financial analysis with J. O'Connell and B. Istvan |
| Pamela Zilly | 06/12/08 | 1.1 | Plan and Disclosure Statement | Call with management, counsel re: 6/11 meeting |
| Pamela Zilly | 06/12/08 | 0.4 | Plan and Disclosure Statement | Correspondence with D. Boll, M. Shelnitz re: debt holders |
| Pamela Zilly | 06/12/08 | 0.5 | Plan and Disclosure Statement | Further correspondence with D. Boll re: notice list of debt holders |
| Pamela Zilly | 06/12/08 | 0.6 | Plan and Disclosure Statement | Read comments on draft objection |
| Pamela Zilly | 06/12/08 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell re: status |
| Jamie O'Connell | 06/12/08 | 0.2 | Plan and Disclosure Statement | Financial analysis related to default interest |
| Jamie O'Connell | 06/12/08 | 1.1 | Plan and Disclosure Statement | Call with management and counsel regarding plan drafting sessions |
| Jamie O'Connell | 06/12/08 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly |
| Jamie O'Connell | 06/12/08 | 0.1 | Plan and Disclosure Statement | Review correspondence regarding holders of pre-petition bank debt claims |
| Jamie O'Connell | 06/12/08 | 0.7 | Plan and Disclosure Statement | Provide comments to draft motion regarding default interest |
| Jamie O'Connell | 06/12/08 | 1.5 | Plan and Disclosure Statement | Call with management regarding financial plan issues |
| Jamie O'Connell | 06/12/08 | 0.6 | Plan and Disclosure Statement | Status meeting with B. Bresnahan and N. Daftary regarding various matters |
| Jamie O'Connell | 06/12/08 | 1.3 | Plan and Disclosure Statement | Review draft disclosure statement |
| Matt Bonanno | 06/12/08 | 1.5 | Plan and Disclosure Statement | Call with management regarding financial plan issues |
| Benjamin Istvan | 06/12/08 | 0.5 | Plan and Disclosure Statement | Review bank debt agreements |
| Benjamin Istvan | 06/12/08 | 2.5 | Plan and Disclosure Statement | Financial analysis review with B. Bresnahan. |
| Benjamin Istvan | 06/12/08 | 0.2 | Plan and Disclosure Statement | Correspondence with C. Schult |
| Nik Daftary | 06/12/08 | 1.1 | Plan and Disclosure Statement | Call with management and counsel regarding plan drafting sessions |
| Nik Daftary | 06/12/08 | 0.6 | Plan and Disclosure Statement | Status meeting with J. O'Connell and B. Bresnahan regarding various matters |
| Brian Bresnahan | 06/12/08 | 1.5 | Plan and Disclosure Statement | Call with management regarding financial plan issues |
| Brian Bresnahan | 06/12/08 | 0.6 | Plan and Disclosure Statement | Status meeting with J. O'Connell and N. Daftary regarding various matters |
| Brian Bresnahan | 06/12/08 | 2.5 | Plan and Disclosure Statement | Financial analysis review with B. Istvan |
| Jamie O'Connell | 06/13/08 | 1.6 | Plan and Disclosure Statement | Review draft disclosure statement |
| Jamie O'Connell | 06/13/08 | 0.2 | Plan and Disclosure Statement | Call with D. Boll regarding default interest motion |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2008 THROUGH JUNE 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Pamela Zilly | 06/14/08 | 1.0 | Plan and Disclosure Statement | Review revised draft team sheets |
| Matt Bonanno | 06/14/08 | 4.2 | Plan and Disclosure Statement | Review draft disclosure statement |
| Jamie O'Connell | 06/15/08 | 0.5 | Plan and Disclosure Statement | Review draft disclosure statement |
| Brian Bresnahan | 06/15/08 | 2.3 | Plan and Disclosure Statement | Review draft disclosure statement |
| Brian Bresnahan | 06/15/08 | 2.5 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 06/16/08 | 1.5 | Plan and Disclosure Statement | Read draft disclosure statement |
| Pamela Zilly | 06/16/08 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell re: status |
| Pamela Zilly | 06/16/08 | 0.2 | Plan and Disclosure Statement | Read various Motions re: Burlington Northern and Santa Fe Railroad |
| Pamela Zilly | 06/16/08 | 0.6 | Plan and Disclosure Statement | Read Motion re: Objection to Lenders' Proof of Claim |
| Jamie O'Connell | 06/16/08 | 0.1 | Plan and Disclosure Statement | Correspondence to S. Smith regarding strategy sessions |
| Jamie O'Connell | 06/16/08 | 0.2 | Plan and Disclosure Statement | Status meeting with P. Zilly regarding various matters |
| Jamie O'Connell | 06/16/08 | 0.3 | Plan and Disclosure Statement | Multiple calls with M. Bonanno regarding various matters |
| Matt Bonanno | 06/16/08 | 0.3 | Plan and Disclosure Statement | Multiple calls with J. O'Connell regarding various matters |
| Brian Bresnahan | 06/16/08 | 2.0 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 06/17/08 | 0.5 | Plan and Disclosure Statement | Review McFarland markup of terms sheets |
| Pamela Zilly | 06/17/08 | 3.0 | Plan and Disclosure Statement | Travel to Columbia; review draft documents |
| Jamie O'Connell | 06/17/08 | 3.4 | Plan and Disclosure Statement | Review draft disclosure statement and travel from New Jersey to Maryland |
| Benjamin Istvan | 06/17/08 | 2.0 | Plan and Disclosure Statement | Financial analysis review with B. Bresnahan |
| Brian Bresnahan | 06/17/08 | 1.9 | Plan and Disclosure Statement | Financial analysis |
| Brian Bresnahan | 06/17/08 | 2.0 | Plan and Disclosure Statement | Financial analysis review with B. Istvan |
| Jamie O'Connell | 06/18/08 | 0.5 | Plan and Disclosure Statement | Review of term sheets concerning various plan elements |
| Benjamin Istvan | 06/18/08 | 1.0 | Plan and Disclosure Statement | Review bank debt agreements |
| Brian Bresnahan | 06/18/08 | 1.5 | Plan and Disclosure Statement | Financial analysis |
| Brian Bresnahan | 06/18/08 | 1.0 | Plan and Disclosure Statement | Financial analysis |
| Brian Bresnahan | 06/18/08 | 0.8 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 06/19/08 | 0.2 | Plan and Disclosure Statement | Correspondence with J. O'Connell re: financial issues |
| Jamie O'Connell | 06/19/08 | 1.5 | Plan and Disclosure Statement | Call with management and counsel regarding plan drafting |
| Jamie O'Connell | 06/19/08 | 0.7 | Plan and Disclosure Statement | Call with management regarding financial plan issues |
| Jamie O'Connell | 06/19/08 | 0.2 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding financial plan issues call |
| Jamie O'Connell | 06/19/08 | 0.2 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding financial analysis |
| Matt Bonanno | 06/19/08 | 1.5 | Plan and Disclosure Statement | Call with management and counsel regarding plan drafting |
| Matt Bonanno | 06/19/08 | 0.2 | Plan and Disclosure Statement | Financial analysis review with B. Bresnahan |
| Benjamin Istvan | 06/19/08 | 0.7 | Plan and Disclosure Statement | Call with management regarding financial plan issues |
| Benjamin Istvan | 06/19/08 | 0.5 | Plan and Disclosure Statement | Review cost of capital analysis |
| Nik Daffany | 06/19/08 | 0.7 | Plan and Disclosure Statement | Call with management regarding financial plan issues |
| Brian Bresnahan | 06/19/08 | 0.7 | Plan and Disclosure Statement | Call with management regarding financial plan issues |
| Brian Bresnahan | 06/19/08 | 0.2 | Plan and Disclosure Statement | Correspondence to Grace regarding cost of capital analysis |
| Brian Bresnahan | 06/19/08 | 0.3 | Plan and Disclosure Statement | Correspondence to Grace Financial Advisors regarding LTIP |
| Brian Bresnahan | 06/19/08 | 0.2 | Plan and Disclosure Statement | Financial analysis review with M. Bonanno |
| Jamie O'Connell | 06/20/08 | 0.2 | Plan and Disclosure Statement | Meeting with M. Bonanno and B. Bresnahan to discuss financial analysis matters |
| Matt Bonanno | 06/20/08 | 0.2 | Plan and Disclosure Statement | Meeting with J. O'Connell and B. Bresnahan to discuss financial analysis matters |
| Matt Bonanno | 06/20/08 | 1.2 | Plan and Disclosure Statement | Financial analysis |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2008 THROUGH JUNE 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 06/20/08 | 0.2 | Plan and Disclosure Statement | Meeting with M. Bonanno and J. O'Connell to discuss financial analysis matters |
| Brian Bresnahan | 06/20/08 | 0.2 | Plan and Disclosure Statement | Correspondence to Grace regarding deferred asbestos payments and warrant call |
| Matt Bonanno | 06/22/08 | 1.5 | Plan and Disclosure Statement | Review draft disclosure statement |
| Brian Bresnahan | 06/22/08 | 2.3 | Plan and Disclosure Statement | Financial analysis |
| Pamela Zilly | 06/23/08 | 1.5 | Plan and Disclosure Statement | Read revised corporate term sheets |
| Pamela Zilly | 06/23/08 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell re: various matters |
| Pamela Zilly | 06/23/08 | 1.1 | Plan and Disclosure Statement | Call with Dockman, Filon re: financial matters |
| Jamie O'Connell | 06/23/08 | 0.3 | Plan and Disclosure Statement | Status meeting with P. Zilly regarding various matters |
| Jamie O'Connell | 06/23/08 | 1.1 | Plan and Disclosure Statement | Call with management to discuss deferred asbestos payments and warrant |
| Jamie O'Connell | 06/23/08 | 1.0 | Plan and Disclosure Statement | Provide comments to draft disclosure statement |
| Matt Bonanno | 06/23/08 | 3.2 | Plan and Disclosure Statement | Review draft disclosure statement |
| Benjamin Istvan | 06/23/08 | 1.1 | Plan and Disclosure Statement | Call with management to discuss deferred asbestos payments and warrant |
| Nik Daffany | 06/23/08 | 1.1 | Plan and Disclosure Statement | Call with management to discuss deferred asbestos payments and warrant |
| Brian Bresnahan | 06/23/08 | 1.1 | Plan and Disclosure Statement | Call with management to discuss deferred asbestos payments and warrant |
| Pamela Zilly | 06/24/08 | 0.5 | Plan and Disclosure Statement | Call with management, counsel re: POR issues, Court motions |
| Pamela Zilly | 06/24/08 | 0.8 | Plan and Disclosure Statement | Review claims data |
| Pamela Zilly | 06/24/08 | 0.3 | Plan and Disclosure Statement | Call with E. Leibenstein |
| Pamela Zilly | 06/24/08 | 0.3 | Plan and Disclosure Statement | Call with J. Baer |
| Jamie O'Connell | 06/24/08 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Jamie O'Connell | 06/24/08 | 0.5 | Plan and Disclosure Statement | Meeting with M. Bonanno and N. Daffany to review draft disclosure statement |
| Jamie O'Connell | 06/24/08 | 0.4 | Plan and Disclosure Statement | Call with J. Baer and B. Bresnahan regarding claims |
| Jamie O'Connell | 06/24/08 | 0.2 | Plan and Disclosure Statement | Review various correspondence |
| Jamie O'Connell | 06/24/08 | 0.1 | Plan and Disclosure Statement | Correspondence to L. Sinanyan regarding disclosure statement |
| Matt Bonanno | 06/24/08 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Matt Bonanno | 06/24/08 | 0.5 | Plan and Disclosure Statement | Meeting with N. Daffany and J. O'Connell to review draft disclosure statement |
| Nik Daffany | 06/24/08 | 0.6 | Plan and Disclosure Statement | Call with management, counsel re: POR and motions pending |
| Nik Daffany | 06/24/08 | 0.5 | Plan and Disclosure Statement | Meeting with M. Bonanno and J. O'Connell to review draft disclosure statement |
| Brian Bresnahan | 06/24/08 | 0.4 | Plan and Disclosure Statement | Call with J. Baer and J. O'Connell regarding claims |
| Pamela Zilly | 06/25/08 | 5.0 | Plan and Disclosure Statement | All hands document review meeting |
| Jamie O'Connell | 06/25/08 | 4.5 | Plan and Disclosure Statement | Plan drafting session at Kirkland & Ellis with multiple parties |
| Jamie O'Connell | 06/25/08 | 0.3 | Plan and Disclosure Statement | Financial analysis |
| Matt Bonanno | 06/25/08 | 1.0 | Plan and Disclosure Statement | Plan drafting session at Kirkland & Ellis with multiple parties |
| Pamela Zilly | 06/26/08 | 0.9 | Plan and Disclosure Statement | Call with E. Filon, B. Dockman re: financial issues |
| Pamela Zilly | 06/26/08 | 0.5 | Plan and Disclosure Statement | Review claims data |
| Pamela Zilly | 06/26/08 | 0.3 | Plan and Disclosure Statement | Meeting with J. O'Connell re: claims, financial model |
| Pamela Zilly | 06/26/08 | 0.5 | Plan and Disclosure Statement | Review interest calculations |
| Pamela Zilly | 06/26/08 | 0.9 | Plan and Disclosure Statement | Prepare sources and uses table |
| Jamie O'Connell | 06/26/08 | 0.2 | Plan and Disclosure Statement | Correspondence to E. Filon regarding various matters |
| Jamie O'Connell | 06/26/08 | 0.9 | Plan and Disclosure Statement | Call with management regarding financial plan issues |
| Jamie O'Connell | 06/26/08 | 0.3 | Plan and Disclosure Statement | Internal status meeting |
| Matt Bonanno | 06/26/08 | 0.3 | Plan and Disclosure Statement | Internal status meeting |
| Benjamin Istvan | 06/26/08 | 0.9 | Plan and Disclosure Statement | Call with management regarding financial plan issues |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2008 THROUGH JUNE 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Benjamin Istvan | 06/26/08 | 0.5 | Plan and Disclosure Statement | Meeting with P. Zilly and B. Istvan to discuss claims and disclosure statement |
| Benjamin Istvan | 06/26/08 | 0.3 | Plan and Disclosure Statement | Internal status meeting |
| Nik Daftary | 06/26/08 | 0.9 | Plan and Disclosure Statement | Call with management regarding financial plan issues |
| Nik Daftary | 06/26/08 | 0.3 | Plan and Disclosure Statement | Internal status meeting |
| Brian Bresnahan | 06/26/08 | 1.0 | Plan and Disclosure Statement | Bank debt interest analysis |
| Brian Bresnahan | 06/26/08 | 0.9 | Plan and Disclosure Statement | Call with management regarding financial plan issues |
| Brian Bresnahan | 06/26/08 | 0.1 | Plan and Disclosure Statement | Call with Ren Lapidario and B. Istvan |
| Brian Bresnahan | 06/26/08 | 0.5 | Plan and Disclosure Statement | Meeting with P. Zilly and B. Istvan to discuss claims and disclosure statement |
| Brian Bresnahan | 06/26/08 | 0.1 | Plan and Disclosure Statement | Correspondence to Ren Lapidario regarding bank debt interest calculation |
| Brian Bresnahan | 06/26/08 | 0.3 | Plan and Disclosure Statement | Internal status meeting |
| Brian Bresnahan | 06/26/08 | 0.8 | Plan and Disclosure Statement | Liquidation Analysis |
| Pamela Zilly | 06/27/08 | 1.0 | Plan and Disclosure Statement | Review interest rates analysis |
| Pamela Zilly | 06/27/08 | 1.0 | Plan and Disclosure Statement | Claims schedule review |
| Jamie O'Connell | 06/27/08 | 0.3 | Plan and Disclosure Statement | Correspondence regarding various matters |
| Benjamin Istvan | 06/27/08 | 0.2 | Plan and Disclosure Statement | Call with Ren Lapidario regarding bank debt interest calculation |
| Brian Bresnahan | 06/27/08 | 0.2 | Plan and Disclosure Statement | Call with B. Dockman regarding option valuation |
| Brian Bresnahan | 06/27/08 | 0.2 | Plan and Disclosure Statement | Call with Ren Lapidario regarding bank debt interest calculation |
| Brian Bresnahan | 06/27/08 | 0.5 | Plan and Disclosure Statement | Bank debt interest analysis |
| Brian Bresnahan | 06/27/08 | 0.2 | Plan and Disclosure Statement | Call with B. Dockman regarding option valuation |
| Brian Bresnahan | 06/27/08 | 0.2 | Plan and Disclosure Statement | Call with J. Sinclair regarding LTIP |
| Brian Bresnahan | 06/27/08 | 0.3 | Plan and Disclosure Statement | Call with Ren Lapidario regarding bank debt interest calculation |
| Matt Bonanno | 06/29/08 | 2.3 | Plan and Disclosure Statement | Review financial analysis |
| Brian Bresnahan | 06/29/08 | 2.5 | Plan and Disclosure Statement | Liquidation Analysis |
| Brian Bresnahan | 06/29/08 | 0.5 | Plan and Disclosure Statement | Review of pro forma and prospective financial information |
| Brian Bresnahan | 06/29/08 | 1.2 | Plan and Disclosure Statement | Liquidation Analysis |
| Pamela Zilly | 06/30/08 | 1.0 | Plan and Disclosure Statement | Review interest rates analysis |
| Pamela Zilly | 06/30/08 | 0.3 | Plan and Disclosure Statement | Correspondence on interest analysis |
| Jamie O'Connell | 06/30/08 | 0.3 | Plan and Disclosure Statement | Call with B. Dockman regarding option valuation |
| Jamie O'Connell | 06/30/08 | 0.2 | Plan and Disclosure Statement | Status meeting with B. Bresnahan and N. Daftary regarding various matters |
| Jamie O'Connell | 06/30/08 | 0.1 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding various matters |
| Jamie O'Connell | 06/30/08 | 0.2 | Plan and Disclosure Statement | Status meeting with M. Bonanno |
| Jamie O'Connell | 06/30/08 | 0.1 | Plan and Disclosure Statement | Review correspondence regarding claims |
| Jamie O'Connell | 06/30/08 | 0.1 | Plan and Disclosure Statement | Correspondence to J. Baer regarding COLI loan motion |
| Jamie O'Connell | 06/30/08 | 0.5 | Plan and Disclosure Statement | Status meeting with M. Bonanno and B. Bresnahan regarding various matters |
| Matt Bonanno | 06/30/08 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell |
| Matt Bonanno | 06/30/08 | 0.5 | Plan and Disclosure Statement | Status meeting with J. O'Connell and B. Bresnahan regarding various matters |
| Nik Daftary | 06/30/08 | 0.3 | Plan and Disclosure Statement | Call with B. Dockman regarding option valuation |
| Nik Daftary | 06/30/08 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell and B. Bresnahan regarding various matters |
| Nik Daftary | 06/30/08 | 0.3 | Plan and Disclosure Statement | Call with B. Dockman regarding option valuation |
| Brian Bresnahan | 06/30/08 | 0.3 | Plan and Disclosure Statement | Call with Ren Lapidario regarding bank debt interest calculation |
| Brian Bresnahan | 06/30/08 | 0.3 | Plan and Disclosure Statement | Bank debt interest analysis |
| Brian Bresnahan | 06/30/08 | 0.3 | Plan and Disclosure Statement | Call with B. Dockman regarding option valuation |

Case 01-01139-AMC    Doc 19769    Filed 10/16/08    Page 19 of 21

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2008 THROUGH JUNE 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Brian Bresnahan | 06/30/08 | 0.1 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding bank debt interest |
| Brian Bresnahan | 06/30/08 | 0.2 | Plan and Disclosure Statement | Status meeting with J. O'Connell and N. Daffuny regarding various matters |
| Brian Bresnahan | 06/30/08 | 0.3 | Plan and Disclosure Statement | Call with B. Dockman regarding option valuation |
| Brian Bresnahan | 06/30/08 | 0.1 | Plan and Disclosure Statement | Correspondence to M. Shelnitz regarding bank debt interest |
| Brian Bresnahan | 06/30/08 | 0.5 | Plan and Disclosure Statement | Status meeting with J. O'Connell and M. Bonanno regarding various matters |
| Brian Bresnahan | 06/30/08 | 0.2 | Plan and Disclosure Statement | Review of yield analysis of selected securities |
| Brian Bresnahan | 06/30/08 | 0.5 | Plan and Disclosure Statement | Correspondence to M. Shelnitz regarding bank debt interest |
| Brian Bresnahan | 06/30/08 | 0.1 | Plan and Disclosure Statement | Review of yield analysis of selected securities |
| Brian Bresnahan | 06/30/08 | 0.1 | Plan and Disclosure Statement | Correspondence to P. Zilly regarding yield analysis of selected securities |
| Brian Bresnahan | 06/30/08 | 0.7 | Plan and Disclosure Statement | Liquidation Analysis |
| | | 167.8 | | |

Page 12 of 14

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2008 THROUGH JUNE 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Jamie O'Connell | 06/01/08 | 1.5 | Tax Issues | Review draft tax motion and correspondence to C. Finke regarding motion |
| Pamela Zilly | 06/02/08 | 0.5 | Tax Issues | Read tax settlement motion |
| Matt Bonanno | 06/03/08 | 0.2 | Tax Issues | Correspondence with C. Finke regarding tax matters |
| Pamela Zilly | 06/05/08 | 0.6 | Tax Issues | Review revised tax settlement motion |
| Jamie O'Connell | 06/05/08 | 0.1 | Tax Issues | Review correspondence regarding tax motion |
| Jamie O'Connell | 06/16/08 | 0.1 | Tax Issues | Review correspondence regarding draft tax settlement motion |
| Jamie O'Connell | 06/16/08 | 0.2 | Tax Issues | Correspondence to J. Baer and C. Finke regarding draft tax settlement motion |
| Pamela Zilly | 06/26/08 | 0.5 | Tax Issues | Read Motion re: IRS Settlement |
| Jamie O'Connell | 06/09/08 | 0.2 | Valuation | Review correspondence regarding various matters |
| Jamie O'Connell | 06/09/08 | 0.3 | Valuation | Valuation discussion with B. Istvan and N. Daffary |
| Benjamin Istvan | 06/09/08 | 0.3 | Valuation | Valuation discussion with J. O'Connell and N. Daffary |
| Nik Daffary | 06/09/08 | 0.3 | Valuation | Valuation discussion with J. O'Connell and B. Istvan |
| Nik Daffary | 06/10/08 | 6.7 | Valuation | Valuation and Financial Analysis |
| Nik Daffary | 06/11/08 | 8.5 | Valuation | Valuation and Financial Analysis |
| Nik Daffary | 06/12/08 | 7.6 | Valuation | Valuation and financial analysis |
| Nik Daffary | 06/13/08 | 6.7 | Valuation | Valuation and financial analysis |
| Nik Daffary | 06/15/08 | 3.3 | Valuation | Valuation and financial analysis |
| Jamie O'Connell | 06/16/08 | 0.2 | Valuation | Meeting with M. Bonanno and N. Daffary regarding valuation analyses |
| Jamie O'Connell | 06/16/08 | 1.0 | Valuation | Draft pages for valuation analysis |
| Jamie O'Connell | 06/16/08 | 0.5 | Valuation | Meeting with B. Istvan, B. Bresnahan and N. Daffary regarding valuation analysis |
| Matt Bonanno | 06/16/08 | 0.2 | Valuation | Meeting with J. O'Connell and N. Daffary regarding valuation analyses |
| Benjamin Istvan | 06/16/08 | 0.5 | Valuation | Meeting with J. O'Connell, B. Bresnahan and N. Daffary regarding valuation analysis |
| Nik Daffary | 06/16/08 | 0.2 | Valuation | Meeting with J. O'Connell and M. Bonanno regarding valuation analyses |
| Nik Daffary | 06/16/08 | 0.5 | Valuation | Meeting with J. O'Connell, B. Istvan and B. Bresnahan regarding valuation analysis |
| Nik Daffary | 06/16/08 | 8.3 | Valuation | Valuation and Financial Analysis |
| Brian Bresnahan | 06/16/08 | 0.5 | Valuation | Meeting with J. O'Connell, B. Istvan and N. Daffary regarding valuation analysis |
| Benjamin Istvan | 06/17/08 | 1.0 | Valuation | Valuation and financial analysis with N. Daffary |
| Nik Daffary | 06/17/08 | 1.0 | Valuation | Valuation and financial analysis with B. Istvan |
| Nik Daffary | 06/17/08 | 8.5 | Valuation | Valuation and Financial Analysis |
| Nik Daffary | 06/18/08 | 8.3 | Valuation | Valuation and Financial Analysis |
| Nik Daffary | 06/19/08 | 8.3 | Valuation | Valuation and Financial Analysis |
| Jamie O'Connell | 06/20/08 | 0.4 | Valuation | Draft pages for valuation analysis |
| Jamie O'Connell | 06/20/08 | 0.3 | Valuation | Meeting with N. Daffary to discuss valuation analysis |
| Nik Daffary | 06/20/08 | 5.6 | Valuation | Valuation and Financial Analysis |
| Nik Daffary | 06/20/08 | 0.3 | Valuation | Meeting with J. O'Connell to discuss valuation analysis |
| Nik Daffary | 06/21/08 | 4.0 | Valuation | Valuation and Financial Analysis |
| Nik Daffary | 06/23/08 | 6.6 | Valuation | Valuation and Financial Analysis |
| Nik Daffary | 06/24/08 | 8.6 | Valuation | Valuation and Financial Analysis |
| Jamie O'Connell | 06/25/08 | 0.3 | Valuation | Meeting with N. Daffary to discuss valuation analysis |
| Nik Daffary | 06/25/08 | 0.3 | Valuation | Meeting with J. O'Connell to discuss valuation analysis |
| Nik Daffary | 06/25/08 | 7.6 | Valuation | Valuation and Financial Analysis |
| Nik Daffary | 06/26/08 | 8.3 | Valuation | Valuation and financial analysis |

BLACKSTONE ADVISORY SERVICES L.P.
HOURLY DETAILS FOR THE PERIOD OF
JUNE 1, 2008 THROUGH JUNE 30, 2008

| Professional | Date | Hours | Category | Explanation |
|---|---|---|---|---|
| Nik Daffary | 06/27/08 | 6.3 | Valuation | Valuation and financial analysis |
| Matt Bonanno | 06/28/08 | 0.6 | Valuation | Valuation and financial analysis with N. Daffary |
| Nik Daffary | 06/28/08 | 10.5 | Valuation | Valuation and financial analysis |
| Nik Daffary | 06/28/08 | 0.6 | Valuation | Valuation and financial analysis with M. Bonanno |
| Matt Bonanno | 06/29/08 | 0.5 | Valuation | Valuation and financial analysis with N. Daffary |
| Nik Daffary | 06/29/08 | 0.5 | Valuation | Valuation and financial analysis with M. Bonanno |
| Nik Daffary | 06/29/08 | 9.5 | Valuation | Valuation and financial analysis |
| Nik Daffary | 06/30/08 | 5.6 | Valuation | Valuation and financial analysis |
| | | **153.0** | | |