## CERTIFICATE OF SERVICE

I certify that on this 16th day of October, 2008, I caused a copy of the foregoing objection to the Disclosure Statement for Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code Dated as of September 19, 2008 filed by W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders to be served by over-night mail on the following:

David M. Bernick, PC
Janet S. Baer
Kirkland & Ellis LLP
200 E. Randolph Drive
Chicago, IL   60601

Laura Davis Jones
James E. O''Neill
Timothy Cairns
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE   19899

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY   10152

Roger Frankel
Richard H. Wyron
Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC   20005

Philip Bentley
Douglas Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY   10036

David Klauder
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY   10022

Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC   20005

Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE   19801

John C. Phillips, Jr.
Phillips, Goldman & Spence, PA
1200 North Broom Street
Wilmington, DE   19806

Teresa D. Currier
Buchanan, Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE   19801

Kathleen M. Miller

{08008}                                9