## CERTIFICATE OF SERVICE

I, Robert J. Stearn, Jr., do hereby certify that on October 16, 2008, I caused copies of the foregoing **Objection of The Scotts Company LLC and Certain of Its Related Entities to the Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Docket No. 19620]** to be served in the manner indicated upon the parties referenced below:

**VIA HAND DELIVERY**
Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones
James E. O'Neill
Timothy Cairns
919 North Market Street, 16th Floor
Wilmington, DE 19801
*Counsel to Debtors and Debtors in Possession*

Campbell & Levine, LLC
Attn: Marla R. Eskin
Mark T. Hurford
800 King Street, Suite 300
Wilmington, DE 19801
*Counsel to ACC*

Phillips, Goldman & Spence, P.A.
Attn: John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806
*Counsel to the Asbestos PI FCR*

Buchanan, Ingersoll & Rooney PC
Attn: Teresa D. Currier
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
*Counsel to the Equity Committee*

Office of the United States Trustee
Attn: David Klauder, Esquire
844 King Street, Suite 2313
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**
Kirkland & Ellis LLP
Attn: David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
*Counsel to Debtors and Debtors in Possession*

Kirkland & Ellis LLP
Attn: Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Citigroup Center
153 E. 53rd Street
New York, NY 10022
*Counsel to Debtors and Debtors in Possession*

Caplin & Drysdale, Chartered
Attn: Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
One Thomas Circle, NW
Washington, DC 20005
*Counsel to ACC*

Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch
375 Park Avenue
New York, NY 10152
*Counsel to ACC*

Kramer Levin Naftalis & Frankel LLP
Attn: Philip Bentley
Douglas Mannal
919 Third Avenue
New York, NY 10022
*Counsel to the Equity Committee*

Orrick, Herrington & Sutcliffe LLP
Attn: Roger Frankel
Richard H. Wyron
Debra L. Felder
Columbia Center
1152 15th Street, NW
Washington, DE 20005
*Attorneys to the Asbestos PI FCR*

_____
Robert J. Stearn, Jr. (No. 2915)