IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED
FOR HEARING ON OCTOBER 20, 2008, AT 10:00 A.M. BEFORE THE
HONORABLE JUDITH K. FITZGERALD IN WILMINGTON, DELAWARE**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE
ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR
FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, OCTOBER 16,
2008 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING
CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO.
7709]**

## CONTINUED MATTERS

1. Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a. [Signed] Order Regarding Relief Sought in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 10/1/08] (Docket No. 19659)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a. Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to November 24, 2008, at 1:00 p.m.

## CLAIM OBJECTIONS

2. Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

Related Documents:

a. [Signed] Order Granting Relief Sought in Debtors' Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 10/1/08] (Docket No. 19658)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

Responses Received:

a. Response of Seaton Insurance Company to Debtors' Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 9/4/08] (Docket No. 19461)

b. Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

c. Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

d. Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

e. Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

f. Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of Thereof [Filed: 9/17/08] (Docket No. 19557)

**Status: This matter is continued to November 24, 2008, at 1:00 p.m.**

**CONTESTED MATTERS (Status Conferences)**

3. Motion of The Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 11/15/04] (Docket No. 323) *W. R. Grace & Co., et al. v. Margaret Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771]*.

    Response Deadline: December 15, 2004 at 4:00 p.m.

    Responses Received:

    a. Objection of Maryland Casualty Company to Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 01-771, Docket No. 355)

    b. Response of One Beacon America Insurance Company and Seaton Insurance Company to the Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary From the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 04-55083, Docket No. 14)

    c. Objection of Continental Casualty Company and Boston Old Colony Insurance Company to the Scotts Company's Motion Seeking Relief From the Automatic Stay and the Modified Preliminary Junction Order Dated January 22, 2002 [Filed: 2/18/05] (Adv. Pro. No. 01-771, Docket No. 356)

    Status: A status conference will go forward on this matter.

4. Motion of the City of Charleston, South Carolina for Relief from the Automatic Stay [Filed: 12/21/08] (Docket No. 17685)

    Related Documents:

    a. [Proposed] Order Granting Motion of City of Charleston, South Carolina for Relief From the Automatic Stay [Filed: 12/21/07] (Docket No. 17685)

    Response Deadline: January 11, 2008, at 4:00 p.m.

    Responses Received:

    a. Debtors' Objection to the Motion of the City of Charleston, South Carolina for Relief From the Automatic Stay [Filed: 1/11/08] (Docket No. 17807)

    Status: A status conference will go forward on this matter.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

5.    Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Bayshore Community Hospital Represented By Speights & Runyan [Filed: 9/2/08] (Docket No. 19428)

   Related Documents:

   a.    [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Bayshore Community Hospital Represented By Speights & Runyan [Filed: 9/2/08] (Docket No. 19428, Exhibit B)

   b.    Certification of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Bayshore Community Hospital Represented By Speights & Runyan [Filed: 10/13/08] (Docket No. 19737)

   c.    **[Signed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Bayshore Community Hospital Represented By Speights & Runyan [Filed: 10/15/08] (Docket No. 19752)**

   Response Deadline: October 3, 2008, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   **Status: The Court has entered an order approving the Motion, therefore this matter will not go forward.**

6.    Motion of Debtors for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claims Filed By the California State University [Filed: 9/10/08] (Docket No. 19515)

   Related Documents:

   a.    [Proposed] Order Authorizing the Settlement of Asbestos Property Damage Claims Filed By the California State University [Filed: 9/10/08] (Docket No. 19515, Exhibit B)

   b.    Certification of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claims Filed By the California State University [Filed: 10/13/08] (Docket No. 19738)

   c.    **[Signed] Order Authorizing the Settlement of Asbestos Property Damage Claims Filed By the California State University [Filed: 10/15/08] (Docket No. 19754)**

   Response Deadline: October 3, 2008, at 4:00 p.m.

   Responses Received: None as of the date of this Notice of Agenda.

   **Status: The Court has entered an order approving the Motion, therefore this matter will not go forward.**

7.  Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Pacific Freeholds [Filed: 9/15/08] (Docket No. 19542)

    Related Documents:

    a.  [Proposed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Pacific Freeholds [Filed: 9/15/08] (Docket No. 19542, Exhibit B)

    b.  Certification of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Pacific Freeholds [Filed: 10/13/08] (Docket No. 19739)

    c.  **[Signed] Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed By Pacific Freeholds [Filed: 10/15/08] (Docket No. 19755)**

    Response Deadline: October 3, 2008, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    **Status: The Court has entered an order approving the Motion, therefore this matter will not go forward.**

8.  Status Report on Asbestos Property Damage Claims and Mediation

    Related Documents:

    a.  Settlement Judge's Report [Filed: 5/23/08] (Docket No. 18779)

    b.  Certification of Counsel for Claimant State of California, Department of General Services Regarding the Status Conference on Property Damage Claims (Item 9 on Notice of Agenda for the September 29, 2008 Hearing) [Filed: 9/25/08] (Docket No. 19617)

    Status: A status conference will go forward on this matter.

9.  Application of the Debtors, Pursuant to 11 U.S.C. §§ 105, 524(g)(4)(B)(i) and 1109, for Entry of an Order Appointing Alexander M. Sanders, Jr. as Legal Representative for Future Asbestos-Related Property Damage Claimants [Filed: 9/24/08] (Docket No. 19605)

    Related Documents:

    a.  [Proposed] Order Granting Application of the Debtors, Pursuant to 11 U.S.C. §§ 105, 524(g)(4)(B)(i) and 1109, for Entry of an Order Appointing Alexander M. Sanders, Jr. as Legal Representative for Future Asbestos-Related Property Damage Claimants [Filed: 9/24/08] (Docket No. 19605, Exhibit A)

    b.  [Signed] Order for Leave From Scheduling Order and to Shorten Notice Period on Debtors' Application Pursuant to 11 U.S.C. §§ 105, 524(g)(4)(B)(i) and 1109, for Entry of an Order Appointing Alexander M. Sanders, Jr. as Legal Representative for Future Asbestos-Related Property Damage Claimants [Filed: 10/1/08] (Docket No. 19661)

c. **Certification of Counsel Regarding Supplemental Verified Statement of Alexander M. Sanders, Jr. Pursuant to Bankruptcy Rule 2014(a) [Filed: 10/15/08] (Docket No. 19756)**

Response Deadline: October 10, 2008, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter will go forward.

10. Debtors' Motion for an Order (A) Establishing a Proof of Claim Bar Date for Canadian Zonolite Attic Insulation Property Damage Claims, and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program [Filed: 9/16/08] (Docket No. 19540)

    Related Documents:

    a. [Proposed] Order (A) Establishing a Proof of Claim Bar Date for Canadian Zonolite Attic Insulation Property Damage Claims, and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program [Filed: 9/16/08] (Docket No. 19540)

    Response Deadline: October 3, 2008, at 4:00 p.m.

    Responses Received: None as of the date of this Notice of Agenda.

    Status: This matter will go forward.

## CREDIT AGREEMENT (Status Conference)

11. Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 6/13/08] (Docket No. 18922)

    Related Documents:

    a. The Official Committee of Equity Holders' Joinder to Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 7/3/08] (Docket No. 19051)

    b. [Signed] Order Regarding Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 8/29/08] (Docket No. 19417)

    c. [Signed] Order Approving Confidentiality Stipulation [Filed: 9/3/08] (Docket No. 19445)

    d. [Signed] Order Limiting Argument Time [Filed: 9/25/08] (Docket No. 19616)

    Response Deadline: July 3, 2008, at 4:00 p.m. *(extended until July 11, 2008 for Ad Hoc Committee, Agent for the Lenders and the Official Committee of Unsecured Creditors)*

Responses Received:

a. Response of the Official Committee of Unsecured Creditors to Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 7/11/08] (Docket No. 19072)

b. Response of the Bank Lender Group in Opposition to the Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 7/11/08] (Docket No. 19073)

c. Joinder of JP Morgan Chase Bank, N.A. in the Response of the Bank Lender Group in Opposition to the Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 7/11/08] (Docket No. 19074)

Status: A status conference will go forward on this matter.

**ADDITIONAL MATTERS**

12. ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 3/18/08] (Docket No. 18323)

Related Documents:

a. [Proposed] Order Granting ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 3/18/08] (Docket No. 18323)

b. ZAI Claimants' Memorandum in Support of Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 3/18/08] (Docket No. 18324)

Response Deadline: April 10, 2008, at 4:00 p.m.

Responses Received:

a. Debtors' Brief in Opposition to ZAI Claimants' Motion for an Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 4/10/08] (Docket No. 18494)

Reply Deadline: April 15, 2008, at 4:00 p.m.

Replies Received:

a. Reply to Debtors' Opposition to ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 4/15/08] (Docket No. 18526)

**Status: This matter is continued to November 24, 2008, at 1:00 p.m.**

13. **Motion of Debtors for Entry of an Order Approving Settlement Agreement with the Town of Acton Resolving Tax Abatement Petitions and Addressing Sewer Betterment Assessments [Filed: 8/25/08] (Docket No. 19371)**

   <u>Related Documents:</u>

   a. **Certification of Counsel Regarding Amended and Restated Order Approving Settlement Agreement with the Town of Acton Resolving Tax Abatement Petitions and Addressing Sewer Betterment Assessments [Filed: 10/16/08] (Docket No. 19771)**

      (i) **[Proposed] Amended and Restated Order Approving Settlement Agreement with the Town of Acton Resolving Tax Abatement Petitions and Addressing Sewer Betterment Assessments [Filed: 10/16/08] (Docket No. 19771, Exhibit A)**

   <u>Response Deadline:</u> September 12, 2008, at 4:00 p.m.

   <u>Responses Received:</u> None as of the date of this Notice of Agenda.

   <u>Status:</u> **This matter will go forward**

Dated: October 16, 2008

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

–and–

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession