## UNITED STATES BANKRUPTCY COURT
### District of Delaware

**In Re:**  
W.R. GRACE & CO.  
W.R. Grace & Co., et al.

**Case No.:** 01–01139–JKF

**Chapter:** 11

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that State oc California Department of General services filed a Notice of Appeal on 10/16/08 regarding the October 10, 2008 Order Granting Debtors' Motion for Summary Judgment with Respect to the Claims The Notice of Appeal may be viewed at docket number 19775. The order on appeal may be viewed at docket number 19728.

David D. Bird  
CLERK OF COURT

Date: 10/17/08  
(VAN–440)