# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Betsy | Date Created: 10/17/2008 |
| Case: 01−01139−JKF | Form ID: van440 | Total: 216 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

```
db       W.R. GRACE &CO.         7500 Grace Drive       Columbia, MD 21044
2134566  A.J. Seiler Inc.        James B. Seiler        7350 Sheed Rd       Cincinnati, OH 45247
2396553  A.W. CHESTERTON COMPANY   225 FALLON RD        STONEHAM, MA 02180
2134565  AEC Inc       Pete Ianbellis     Dept N 59904     Milwaukee, WI 53259−0904
1993505  Abacus Corp.(Amount $12,808.41)    PO Box 64743    Baltimore, MD 21264
1993507  Abacus Corp.(Amount $6,499.41)     PO Box 64743    Baltimore, MD 21264
2392115  Alarm Control Co     Rann Oneida      2166 South 900 East      Salt Lake City, UT 84106
2398510  Alchemy−South LTD     1345 Owenby Drive     Marietta, GA 30066
2348965  American Gas &Chemical Co Ltd     James Zanosky     220 Pegasus Ave     Northvale, NJ 07647
2448817  Andritz Inc     Claim No. 1372     35 Sherman St     Muncy, PA 17756
2396902  Arbill Industries     Les Antelffy     PO Box 820542     Philadelphia, PA 19182
1993506  Argo Partners     12 West 37th Street, 9th Floor     New York, NY 10018
2348966  Ascendix Technologies Inc. c/o Barbara Kennedy    Wesley Snow/ Barbara Kennedy    Shannon Grace Ratliff
         &Miller LLP     500 N Akard− Suite 2500     Dallas, TX 75201
2400623  BRENNTAG NORTHEAST, INC     PO BOX 13788     READING, PA 19612
2397417  Benham Corp     PO Box 9286     207 Eiler Ave     Louisville, KY 40214
2402869  Berger Singerman PA     Jessica Hollander     350 E Las Olas Blvd, Suite 1000     Fort Lauderdale, FL
         33301
2365135  Berry &Berry     Phillip S Barry     24 Professional Center Parkway     Suite 150     San Rafael, CA
         94903
2434329  Betts Spring Company Inc.     Marcus Shincey     PO Box 2237     San Leandro, CA
2263560  Bradley Supply Company     PO Box 29096     Chicago, IL 60629
2251013  Building Laborers Local Union 310     3250 Euclid Ave, Room 100     Cleveland, OH 44115
2130476  Calcasieu Rentals, Inc.     233 Hwy 397     Lake Charles, LA 70615
2130503  Calcasieu Rentals, Inc.     233 Hwy 397     Lake Charles, LA 70615
2434330  Cardwell Conner PC     Ronald Cardwell     219 A E Washington St     Greenville, SC 29601
2391770  Celanese Ltd fka Hoechst Celanese     (Cl #1547, Amt. $25,748.82)     1601 W. LBJ Freeway     Dallas, TX
         75234−6034
2399158  Cetrulo &Capone, LLP     A Scott Marra     2 Seaport Lane, 10th Fl     Boston, MA 02210
2397418  Chemglass Inc     3800 N Mill Road     Vineland, NJ 08360
2346581  Chemstretch(Amt. #8,902.88)     340 Bynum Road     Forest Hill, MD 21050
2365136  Cochrane Compressor Company     Thomas Mays     PO Box 1458     Melrose Park,, IL 60161
2399502  Coffee Break Services Inc     1940 Losantiville Road     Cincinnati, OH 45237
2445899  Colemans Pumping Service     James Coleman     190 Sturkie Rd     Wagener, SC 29164
2402791  Commercial Metals Co.     PO BOX 6187     Chattanooga, TN 37401−6187
2400675  Continental Causualty Co.     John Tsokolas     333 South Walbash Ave 23rd flr     Chicago IL 60604
2211413  Contrarian Funds, LLC     411 West Putnam Ave., Ste. 225     Greenwich, CT 06830
2434331  Control Plus Inc.     Robert Adams     257 NW Ave, Ste 100     Elmhurst, IL 60126
2262283  Coots Henke &Wheeler     Jeff Zipes     255 East Carmel Drive     Carmel, IN 46032
2262659  Costa Toxicologist     Max Costa     208 1st St 3     Hoboken, NJ 07030
2448813  Cowles &Thompson PC     Claim No. 67     901 Main St     Ste 4000     Dallas, TX 75202
2262661  Crane &Co Inc     Karen Steeter     30 South St     Dalton, MA 01226
1829889  Crenshaw Corporation     Rob Ash     1700 Commerce Road     PO Box 24217     Richmond, VA
         23224
2398511  Crown Services     15 Technology Way     Nashua, NH 03060
2396615  DAP Products, Inc.     2400 Boston Street, #200     Baltimore, MD 21224
2331893  Daramic Inc.(Cl. #2040, Amt. $126,261.23)     4838 Jenkins Avenue     North Charleston, SC 29405
2393849  Dauphin &Rodgers     Bruce Rodgers     119 N Robinson, Ste 650     Oklahoma City, OK 73102
2374923  Dawn Scientific     Stephanie Walker     164 Emmet St     Newark, NJ 07114
2397424  Debt Acquisition Company of America V, LLC     1565 Hotel Circle South     Suite 310     San Diego, CA
         92108
2399535  Dechart Price &Rhoads     Micheal Van Kralingen     1717 Arch Street     {hiladelphia, PA
         19103−2793
2130477  Deforest Enterprises, Inc.     6421 Congress Avenue     Boca Raton, FL 33487
2369811  Del Taco LLC(Amt. $3,750.00.00)     300 S. Grand Avenue, Ste. 2200     Los Angeles, CA 90071
2371781  Del Taco LLC(Cl #13964, Amt. $3,750,000.00)     300 S Grand Avenue, Ste. 2200     Los Angeles, CA
         90071
2371780  Del Taco LLC(Cl #14648, Amt. $3,750,000.00)     300 S Grand Avenue, Ste. 2200     Los Angeles, CA
         90071
2390224  Delta Plastics     President     6844 La Cumbre     Orange, CA 92869
2264145  Delta Plumbing Inc.     Timothy Todd Irvin     PO Box 975     Jonesboro, GA 30237
2402870  Desselle−Maggard Corp     Kevin Tarleton     PO Box 86630     Baton Rouge, LA 70879
2131958  Dickinson Wright PLLC     Kristi Katsma     500 Woodward Ave #4000     Detroit, MI 48226
2264146  Dictronics Inc     James Brown Jr     110 Gould St     PO Box 920403     Needham, MA 02494
2264147  Division Of NCH Corporation     Susan Richey     2727 Chemsearch Blvd.     Irving, TX 75062
2393850  Dorn Sprinkler Co.     David Dorn     4120 Dumont Street     Cincinnati, OH 45226
2402792  E J Gaisser Inc.     49 Liberty Place     Stamford, CT 06902
2370355  Electronic Label Tech.(Amt. $6727.70)     708 W Kenosha     Broken Arrow, OK 74012
2346758  Ellis Painter Ratterree &Bart     David Adams     PO Box 9946     Savannah, GA 31412
```

| | | | | |
|---|---|---|---|---|
| 2133148 | Ergon Refining, Inc. | 2829 Lakeland Drive – 3rd Floor | Jackson, MS 39232 | |
| 2368388 | FPF Ent(Amount $9,651.72) | PO Box 31691 | Chicago, IL 60631 | |
| 1829886 | Fair Harbor Capital, LLC | 875 Avenue of the Americas, Suite 2305 | New York, NY 10001 | |
| 2448275 | Fiberlock Technologies Inc | 150 Dascomb Rd | Andover, MA 01810 | |
| 2460795 | Frank Parsons Paper Co. Inc. | KP Wright | 2270 Beaver Road | Landover, MD 20785 |
| 2460796 | Franklen Equipment Inc. | 2324 E Washington Street, | PO Box 700 | New Lenox, IL 60451 |
| 2395804 | G.C.I Incorporated | Jeanie | PO BOX 83657 | Baton Rouge, LA 70884 |
| 2133638 | GC Zarnas &Co Inc | Stephen Zarnas | 850 Jennings St | Bethlehem, PA 18017 |
| 2264148 | GFS Chemicals Inc | Martha Kiner | PO Box 245 | Powell, OH 43065 |
| 2429866 | GIW Industries, Inc. | PO Box 930860 – 5000 Wrightsboro | Atlanta, GA 91193 Grovetown, GA 90 | |
| 2262662 | GLI International | Kent Robert | PO Box 389 | Loveland, CO 80539 |
| 2262767 | GW Mfg. Co., Inc.(Amt $17,930.88) | POB 28238 | Rancho Cucamonga, CA 91729 | |
| 2352122 | General Steel Drum Corp.(Cl #15,523.00) | PO Box 651167 | Charlotte, NC 28265 | |
| 2432170 | General Surfactants(Cl. #2070, Amt. $7,128.00) | 30 Industry Ave. | Joliet, IL 60435 | |
| 2399125 | Goulston &Storrs(Amt. 4,389.09) | 400 Atlantic Avenue | Boston, MA 02210 | |
| 2399300 | Goulston &Storrs(Cl #6055, Amt. $5,189.76) | 400 Atlantic Avenue | Boston, MA 02210 | |
| 2399159 | Greenbaum Doll &McDonald PLL | Martin J Cunningham | Section 469 | Louisville, KY 40289 |
| 2392116 | Gulf States Engineering | Leon Dressel | PO Box 96456 | New Orleans, LA 70186 |
| 2251015 | Hain Capital Holdings, LLC | 301 Route 17, 6th Floor | Rutherford, NJ 07070 | |
| 2402684 | Hain Capital Holdings, Ltd | 301 Route 17, 6th Floor | Rutherford, NJ 07070 | |
| 2397419 | Hammond Pest Control Inc | 664 State St | Hammond, IN 46320 | |
| 2129732 | Handex of New England Inc. – CLAIM #2438 | Irvin Heath | 30941 Suneagle Drive | Mount Dora, FL 32757 |
| 2396903 | Harborlite Corporation | Austine Bukhoff | 130 Castilian Dr | Santa Barbara, CA 93117 |
| 2397420 | Harley's Auto Parts Inc | 310 Hampton Ave NE | Aiken, SC 29801 | |
| 2392117 | Harris Turano &Mazza | Euth El Fair | 941 Chatham Lane Ste 201 | Columbus Grove, OH 43221 |
| 2367572 | Hayes Mechanical Inc. | Terry Angel | 2160 N Ashland Ave | Chicago, IL 60614 |
| 2445900 | Henshell &Buccellato Consulting Archite | AIA Paul Buccellato | 2 Harding Road, Ste 2 | Red Bank, NJ 07701 |
| 2390442 | Heritage Environmental Ser Inc | (Cl# 1717, Amt $20,118.63) | 7901 W. Morris Street | Indianapolis, IN 46231 |
| 2370610 | Heritage Environmental Ser. Inc.(Amt. $17181.88) | 7901W. Morris Street | Indianapolis, IN 46231 | |
| 2374924 | Heritage Environmental Services LLC | Melissa Head | 7901 W Morris St+ | Indianapolis, IN 46231 |
| 2207140 | Hinkle Roofing Products, Inc. | 639 First Court North | Birmingham, AL 35211 | |
| 2374925 | Hitt &Hiller | James Hiller | 510 SW Third Ave, Ste 309 | Portland, OR 97204 |
| 2264149 | Hoffman Custom Sieves Inc | Dale Hoffman | RR1 Box 45 | Turbotville, PA 17772 |
| 2399160 | Horiba Instruments Inc. | Thomas P Kalafut | 17671 Armstrong Ave | Irvine, CA 92614 |
| 2434332 | Hughes Associates Inc. | Philip J Dinenno | 3610 Commerce Drive 817 | Baltimore, MD 21227 |
| 2128421 | Hydrite Chemical Co.(Amount $9,331.25) | Box 689227 | Milwaukee, WI 53268 | |
| 2393851 | IESCO Inc | John Doody | 5235 B W 65th Street | Bedford Park, IL 60638 |
| 2262660 | IUPUI School of Dentistry Oral Health RE | Judith A Wilkinson | 415 Lansang St | Indianapolis, IN 46202 |
| 2398914 | IVES EQUIPMENT CORP. | 601 CROTON RD | KING OF PRUSSIA, PA 19406 | |
| 2357441 | Imes Engineering, Inc.(Amt. $5,855.26) | 37056 Cornerview Road | Geismar, LA 70734 | |
| 2398512 | Industrial Scales &Systems Inc | 4295 Cromwell Rd | Suite 615 | Chattanooga, TN 37421 |
| 2390225 | Industrial Tectonics Inc. | Pamela Wilcoxen | 7222 W Huron River | Dexter, MI 48130 |
| 2390226 | International Fiber Co | Annette Seitz | 50 Bridge Street | North Tonawanda, NY 14120 |
| 2349046 | Intertek Caleb Brett | (aka Its Caleb Brett) | Kevin Bakko | PO Box 460709 Houston, TX 77056 |
| 2402871 | Intransco Inc | PO BOX 239 | Lynnfield, MA 01940 | |
| 2390227 | J &A Sales | Barbara Schlosser | 20 W267 101st Street, Unit D | Lemont, IL 60439 |
| 2125616 | JA Miara Transportation, Inc.(Amount $6,600.00) | 140 W. Street | Wilmington, MA 01887 | |
| 2352909 | Jeremy Green Photography(Amt. $6,198.88) | 2412 Bahama Road | Austin, TX 78733 | |
| 2125692 | Jerry Goldberg Ent., Inc.(Amt. $2,825.62) | R55 Washington Street | Norwell, MA 02061 | |
| 2366016 | KATTEN MUCHIN ZAVIS ROSEMAN | 575 MADISON AVENUE | NEW YORK, NY 10022 | |
| 2428923 | Karski Security Alarm Systems | 3212 Greentree Circle | New Castle, PA 16105 | |
| 2151352 | Keystone Electric Company | 2807 Annapolis Road | Baltimore, MD 21230 | |
| 2264150 | King Clexon &Feola LLC | Gary Clexon | 1670 York Street | Denver, CO 80206 |
| 2442573 | King Pallet, Inc.(Amt. $5,610.00) | 1800 NW 22nd Ct. | Pompano Beach, FL 33069 | |
| 2160793 | L.B. Mechanical Co., Inc. | PO Box 1213 | Abingdon, MD 21009 | |
| 2398513 | LA Tex Rubber &Specialties | PO Box 3050 | Lake Charles, LA 70602 | |
| 2429534 | LabVantage Solutions, Inc | C/O Matthew A Porter ESQ | Dechert LLP | 200 Clarendon St 27th Floor Boston, MA 02116 |
| 2264188 | Lark Portable Bldgs Inc | Kenneth Young | 6461 Balding Blvd | Jackson, FL 32244 |
| 2463498 | Law Office of John C Mueller | 23480 Park Sorrento Ste 207A | Calabasas, CA 91302 | |
| 2399161 | Linatex Inc. | George Johnson | 1550 Airport Road | Gallatin, TN 37066 |
| 2348967 | Liquid Handling Systems, Inc | President | 1441 Village Way | Santa Ana, CA 92705 |
| 2448276 | Liquidity Solutions Inc | One University Plaza | Ste 312 | Hackensack, NJ 07601 |
| 2432786 | Los Angeles County Metropolitan | Transportation Authority | One Gateway Plaza | Los Angeles, CA 90012 |
| 2460797 | Louis M Zigman Law Corporation | Louis Zigman | 473 S Holt Ave | Los Angeles, CA 90048 |
| 2211351 | MCI WorldCom and Its Affliates | Attn: Brian Bejet, Esq. | 1133 19th Street NW | Washington, DC 20036 |
| 2128420 | MD Industrial Group(Amt.$5,900.00) | 233 E. Redwood Street, 5th Floor | Baltimore, MD 21202 | |
| 2264189 | MP Hunter &Sons Inc | MP Hunter | 19448 Hwy 221 N | Laurens, SC 29360 |
| 2460798 | Manchester Inc. (MPS) | Vincent Rivera | One Independent Dr. | Jacksonville, FL 32202 |
| 2351566 | Manning Selvage &Lee(Amt. $22,987.55) | 6500 Wilshire Blvd | Los Angeles, CA 90048 | |

| | | | | |
|---|---|---|---|---|
| 2350145 | Mayers Electric Co., Inc. | 4004 Erie Court | Cincinnati, OH 45227 | |
| 2399162 | McFrank Williams Adv | Michael Bruce | 266 West 37th Street–8th | New York, NY 10018 |
| 2448776 | McLane Graf Raulerson Middleton PA | Claim No. 373 | 15 North Main St | Concord, NH 03301 |
| 2398514 | Meleney Equipment Inc | 10545 Guilford Road | Unit 102 | Jessup, MD 20794 |
| 2448277 | Mellon Investor Services LLC | PO Box 360857 | Pittsburgh, PA 15251 | |
| 2402872 | Micro Center | Koehler | 727 Memorial Drive | Cambridge, MA 02139 |
| 2393852 | Midwest Suburban Publishing | Linda Young | PO box 757 | Tinley Pak, IL 60477 |
| 2393853 | Midwest Suburban Publishing Inc. | Linda Young | 6901 West 159th Street | Tinley Pak, IL 60477 |
| 2349563 | Miller Nelson Research | Gary Nelson | Harris Ct Bldg C6 | Monterey, CA 93940 |
| 2265361 | Minnesota Pollution Control, Agency | Alan C Williams | 445 Minnesota St, Suite 900 | St Paul, MN 55101 |
| 2397421 | Mitchs Welding &Hitches | 802 Kingsbury Street | Maumee, OH 43537 | |
| 2400646 | Mobilcomm | 1211 W Sharon Road | Cincinnati, OH 45240 | |
| 2256434 | Mobile Storage Group Inc | Chris | 7590 N Glenoaks Blvd | Burbank, CA 91504 |
| 2400676 | Morgan Stanley Senior Funding | Donna Souza | 1858 Broadway | New York NY 10036 |
| 2393294 | Motion Industries, Inc. | c/o Barack Ferrazzano Kirschbaum &Nagel | 200 West Madison St. Suite 3900 | Chicago, IL 60606–3465    Attn: Kimberly J. Robinson |
| 2458428 | Munoz, Gloria | c/o Anthony S. Petru, Esq. | Nildebrand, McLeod &Nelson, LLP | 350 Frank H. Ogawa Plaza, 4th Floor    Oakland, CA 94612–2006 |
| 2396544 | NORSTONE INC | PO BOX 3 | WYNCOTE, PA 19095 | |
| 2400647 | New York Construction Materials | 6 Century Hill Drive | Latham, NY 12110 | |
| 2350101 | Niro, Inc.(Cl. #717, Amt. $31,235.60) | 1600 Okeefe Rd. | Hudson, WI 54016–7206 | |
| 2129733 | North American MFG Co – CLAIM #1940 | Kathy Ruekberg | 4455 E 71st Street | Cleveland, OH 44105 |
| 2264190 | Northern Tool &Equipment Co | Carlette Mueller | PO Box 1219 | Burnsville, MN 55337 |
| 2374926 | Novigen Sciences Inc./ Exponent Inc. | James Burke | 1730 Rhode Island Ave NW, Ste 110 | Washington, DC 20036 |
| 2429654 | PUBLIC SERVICE ELECTRIC AND GAS COMPANY | 80 PARK PLAZA | NEWARK, NJ 07101 | |
| 2434333 | Packateers Inc. | Kristin Cross | 819 Shadow Farm Road | West Chester, PA 19380 |
| 2434426 | Packateers Inc. | Kristin Cross | PO Box 547 | Downingtown, PA 19380 |
| 2442588 | Pallet King, Inc.(Amt. $5,610.00) | 1800 NW 22nd Ct. | Pompano Beach, FL 33069 | |
| 2398515 | Paradyne | PO Box 930224 | Atlanta, GA 31193–0224 | |
| 2391900 | Patrick Engineering(Amt. $9,300.00) | 4985 Varsity Drive | Lisle, IL 60532 | |
| 2445901 | Peace Products Co | Ken Trimhle | 143 Pennsylvania Ave | Malvern, PA 19355 |
| 2374927 | Perelson Weiner LLP | Ronald Weiner | One Dag Hammarskjold Plaza | 42nd Fl    New York, NY 10017 |
| 2437806 | Petrochem Fluid Controls, Inc.(Amt. $6,772.31) | 3593 Highway 90 | Westlake, LA 70669 | |
| 2402873 | Philadelphia Mixers | Stephen Dickor | 1221 East Main Street | Palmyra, PA 17078 |
| 497267 | Phillips, Goldman &Spence, P.A. | Attn.; Richard P.S. Hannum, Esquire | 1200 North Broom Street | Wilmington, DE 19806 |
| 2456615 | Plasmine Technology Inc | PO Box 30209 | Pensacola, FL 32503 | |
| 2432166 | Primark Tool Group(Cl #1187, Amt. $7,650.00) | 33319 Treasury Ctr. | Chicago, IL 60694 | |
| 2332033 | Prime Energy Systems(Amt. $13,345.00) | 2306 South Battleground Road | La Porte, TX 77571 | |
| 2447503 | Providence Environmental Inc.(Amt. $13,267.50) | 312 Sharpe Rd | Columbia, SC 29203 | |
| 2446356 | Providence Environmental Inc.(Amt. $5,882.50) | 312 Sharpe Rd | Columbia, SC 29203 | |
| 2393854 | Pumping Systems Inc. | Stone Perez | 1100 Vijay Dr | Atlanta, GA 30341 |
| 2208095 | Pumps &Process Equipment, Inc. | 1234 Remington Road | Schaumburg, IL 60173 | |
| 2370225 | Pumptek | Att: Timothy Marklay | 7275 Edington Drive | Cincinnati, OH 45249 |
| 2366018 | REVENUE MANAGEMENT | ONE UNIVERSITY PLAZA SUITE 312 | HACKENSACK, NJ 07601 | |
| 2256435 | RJMS Corp | Jeannie Clayton | Dba Toyota Material Handling N | 31010 San Antonio St    Hayward, CA 94544 |
| 2262284 | RMT Inc. | William Dickerel | PO Box 2189 | Madison, WI 53701 |
| 2264191 | Resin Systems Inc | Joseph Thomas | 1586 Swiseo Rd | Sulpher, LA 70665 |
| 2460799 | Rexam Release Inc. | Ronald Glasshoff | 4201 Contress St., Ste 340 | Charlotte, NC 28209 |
| 2399163 | Rumpke | Paul Hanawm | 10795 Hughes Road | Cinncinati, OH 45251 |
| 2264192 | SC Hydraulic Engineering Corp | Christinia Verbeek | 1130 Columbia Street | Brea, CA 92821 |
| 2133388 | SMR Engineering &Environmental Services, Inc. | Sharon Rosso | PO Drawer 761 | Central City, KY 42330 |
| 2393890 | SOFTWARE SPECTRUM(Cl #2732, Amt. $4,040.80) | 3480 Lotus Drive | Plano, TX 75075 | |
| 2393295 | SPCP Group, LLC, as agent for Silver Point et al | Two Greenwich Plaza, 1st Floor | Greenwich, Ct 06830 | |
| 2374928 | Selas Fluid Processing Corp | Mark Frank | 5 Sentry Parkway E | Ste 204    Blue Bell, PA 19422 |
| 2130504 | Sierra Liquidity Fund | 2699 White Road #255 | Irvine, CA 92614 | |
| 2390443 | Software Spectrum(Cl #2731, Amt. $7,0193.43) | 3480 Lotus Drive | Plano, TX 75075 | |
| 2390444 | Software Spectrum, Inc(Cl #2733, Amt. $4,040.80) | 3480 Lotus Drive | Plano, TX 75075 | |
| 2262285 | Solid Gold Distributing Co Inc | Andrew Park | 1055 W 7th Street | Los Angeles, CA 90017 |
| 2264193 | Southern X Ray LLC | Paul Eill | PO Box 2656 | Greer, SC 29652 |
| 2247192 | Specialty Chemical Company, LLC | 2018 King Edward Avenue | Cleveland, OH 37311 | |
| 2368389 | Spherion Corp.(Amt. $9,500.00) | POB 905514 | Charlotte, NC 28290 | |
| 2397422 | Stallings &Co | 250 Irving Blvd. | Chicago Heights, IL 60411 | |
| 2374929 | TN American Water Co | John Watson | PO Box 11661 | Charleston, WV 25339 |
| 2133639 | TSI Incorporated | Tammi Oleson | PO BOX 86 | Minneapolis, MN 55486–0764 |
| 2434334 | Taylor Duane Barton &Gilman LLP | James Duane III | 160 Federal Street | Boston, MA 02110 |
| 2445902 | Tennant Sales &Service Company | Patrick J O'Neil | 701 N Lilac Drive | Minneapolis, MN 55422 |

| | | |
|---|---|---|
| 2446373 | Tennessee Department of Environment &Conservation, Division of Superfund | 401 Church St   Nashville, TN 37243 |
| 2434335 | The Baltimore Sun Company   Carol Liotta   501 N Calvert Street | Baltimore, MD 21278 |
| 2348157 | Thomas Wilcox Co. Inc.(Amt. $10,125.00)   241 Old Mill Road | Sellersville, PA 18960 |
| 2144157 | Thompson Equipment Company, Inc.   PO Box 4189 | New Orleans, LA 70178 |
| 1829888 | Total Fire &Safety   Mary Scholtz   6808 Hobson Valley Dr | Woodbridge, IL 60517 |
| 2264509 | Total Fire &Safety   Mary Scholtz   6808 Hobson Valley Dr | Woodbridge, IL 60517 |
| 2397423 | Tri County Petroleum   PO Box 108   Defiance, PA 16633−0108 | |
| 2129515 | US Int'l. Services Ltd(Cl. #13795, Amt. $7,389.88)   113 Kresson – Gibbsboro Rd | Voorhees, NJ 08043 |
| 2125664 | US Int'l. Services Ltd.(Amount $7,389.88)   113 Kresson – Bibbsboro Road | Voorhees, NJ 08043 |
| 2129520 | US Int'l. Services Ltd.(Cl. #13795, Amt. $7389.88)   113 Kresson – Gibbsboro Rd | Voorhees, NJ 08043 |
| 2396619 | USG Corporation   550 West Adams Street   Chicago, IL 60661−3676 | |
| 2437711 | Unidex Group, Inc.(Cl # 1277, Amt. $12,450.00)   797 Glenn Avenue | Wheeling, IL 60090 |
| 2365332 | Uniroyal Chemical Co.(Cl #2091, Amt. $49,039.66)   c/o Chemtura Corporation   199 Benson Road   Middlebury, CT 06749 | |
| 2390228 | United States Container Corporation   Grace Tsoung   4950 S Santa Fe Ave | Vernon, CA 90058 |
| 2370226 | VonWin Capital Management, LP   60 Madison Avenue, 2nd Floor | New York, NY 10010 |
| 2434336 | WH Cooke &Co.   Robert   PO Box 263   FInksburg, MD 21048 | |
| 2400622 | WHITE AND WILLIAMS LLP   1800 ONE LIBERTY PLACE   PHILADELPHIA, PA 19103 | |
| 1829887 | WK Meriman Inc   Mary Ann Merriman   7038 River Road   Pittsburgh, PA 15225 | |
| 1829885 | Walter G Coale Inc   Raymond Bent   PO Box 39   Churchville, MD 21028 | |
| 2402681 | Weld−Rite Service Inc   Attn: Joel A Stein   6 W Hubbard St 8th FL   Chicago, IL 60610 | |
| 2448781 | Wisconsin Electric Wisconsin Gas   Claim No. 522;   231 W Michigan St   Rm P187   Milwaukee, WI 53290 | |
| 2448816 | Woodwise Inc   Claim No. 2019   942 ValleyBrook Rd   Bothwyn, PA 19061 | |
| 2397010 | Yokogawa Corporation of America   Matt Ray   2 Dart Road   Newnan, GA 30265 | |

TOTAL: 216