## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the 17th day of October, 2008, I caused a copy of the **Objection of Maryland Casualty Company to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders [D.I. 19581]** to be served upon the following parties-in-interest in the manner indicated:

**BY HAND DELIVERY**

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl & Jones, LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

David Klauder, Esq.
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

**BY FACSIMILE AND FIRST CLASS U.S. MAIL**

Philip Bentley, Esq.
Douglas Manual, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022

Theodore L. Freedman, Esq.
Deanna D. Boll, Esq.
Craig A. Bruens, Esq.
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY 10022

Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue
New York, NY 10152

David M. Bernick, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Peter Van N. Lockwood, Esq.
Ronald Reinsel, Esq.
Jeffrey Liesemer, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

Roger Frankel, Esq.
Richard H. Wryon, Esq.
Debra L. Felder, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005

John C. Phillips, Esq.
Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806



Jeffrey C. Wisler

#641478