## CERTIFICATE OF SERVICE

I, Edward B. Rosenthal, do hereby certify on the 17th day of October, 2008, that I caused a copy

of the foregoing *Objections and Reservation of Rights of CNA Companies to (A) Motion of the*

*Debtors for an Order Approving Disclosure Statements, Solicitation and Confirmation Procedures,*

*Confirmation Schedule and Related Relief and (B) Debtors' Disclosure Statement for the Joint Plan*

*of Reorganization Dated as of September 19, 2008 (Re: Docket No. 19620)* to be served on the

following counsel of record by the method of delivery as indicated:

### VIA HAND DELIVERY

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy Cairns, Esquire
Pachulski Stang Ziehl & Jones LLP
919 Market Street, 16th Floor
Wilmington, DE 19801
*Counsel to Debtors and Debtors in Possession*

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
800 King Street, Suite 300
Wilmington, DE 19801
*Counsel to ACC*

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
*Counsel to the Asbestos PI FCR*

Teresa D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
*Counsel to the Equity Committee*

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2313
Wilmington, DE 19801

## VIA FEDERAL EXPRESS

David M. Bernick, P.A.
Janet S. Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
*Counsel to Debtors and Debtors in Possession*

Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Kirkland & Ellis LLP
CitiGroup Center
153 E. 53rd Street
New York, NY 10022
*Counsel to Debtors and Debtors in Possession*

Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005
*Counsel to ACC*

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152
*Counsel to ACC*

Philip Bentley
Douglas Mannal
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
*Counsel to the Equity Committee*

Roger Frankel
Richard H. Wyron
Debra L. Felder
Orrick Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
*Attorneys to the Asbestos PI FCR*

Edward B. Rosenthal, Bar No. 3131