IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| Debtors. | : | Jointly Administered |

**CERTIFICATE OF SERVICE**

**IT IS CERTIFIED** that on the 17th day of October, 2008, the Acting United States Trustee's Objection to Motion of the Debtors For an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirming Schedule and Related Relief, was caused to be served via electronic mail on the following:

Janet S. Baer, Esquire
KIRKLAND & ELLIS
200 East Randolph Drive
Chicago, IL 60601
jbaer@kirkland.com

James E. O'Neill, Esquire
PACHULSKI STANG ZIEHL &
JONES LLP
919 North Market Street
Seventeenth Floor
P. O. Box 8705
Wilmington, DE 19899-8705
jo'neill@pszjlaw.com

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
STROOCK & STROOCK & LAVAN
180 Maiden Lane
New York, NY 10038-4982
lkruger@stroock.com
kpasquale@stroock.com

Michael R. Lastowski, Esquire
DUANE MORRIS LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
mlastowski@duanemorris.com

Theodore J. Tacconelli, Esquire
FERRY & JOSEPH, P. A.
824 Market Street, Suite 904
P. O. Box 1351
Wilmington, DE 19899
ttacconelli@ferryjoseph.com

Scott L. Baena, Esquire
BILZIN, SUMBERG, DUNN, BAENA
PRICE & AXELROD
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
sbaena@bilzin.com

Peter Van N. Lockwood, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N. W.
Washington, DE 20005
pvnl@capdale.com

Mark T. Hurford, Esquire
CAMPBELL & LEVINE, LLC
800 North King Street
Suite 300
Wilmington, DE 19801
mhurford@camlev.com

Phillip Bentley, Esquire
KRAMER LEVIN NAFTALIS &
FRANKEL, LLP
919 Third Avenue
New York, NY 10022
pbentley@kramerlevin.com

Roger Frankel, Esquire
Richard H. Wyron, Esquire
ORRICK, HERRINGTON &
SUTCLIFFE, LLP
3050 "K" Street, N. W.
Suite 300
Washington, DE 20007
rfrankel@orrick.com
rwyron@orrick.com

John C. Phillips, Jr., Esquire
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
cah@pgslaw.com

Teresa K. D. Currier, Esquire
BUCHANAN, INGERSOLL &
ROONEY, P.C.
1000 West Street, Suite 1410
P. O. Box 1397
Wilmington, DE 19899-1397
teresa.currier@bipc.com

BY:     */s/ Nancy J. Miller*
          Nancy J. Miller
          Legal Clerk