## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

### CERTIFICATE OF SERVICE

        I, Ira M. Levee, of full age, certify that on October 17, 2008, I caused to be served a copy of ERISA Plaintiffs' Objection to the Debtors' Disclosure Statement for the Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., Inc., et al, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008, via first class mail and e-mail on the parties listed on Exhibit A as indicated.

Dated: October 17, 2008          LOWENSTEIN SANDLER PC

                                             By: /s/ Ira M. Levee
                                             65 Livingston Avenue
                                             Roseland, NJ 07068
                                             Tel.: 973.597.2480
                                             Fax: 973.597.2481

                                             *Bankruptcy Counsel for the ERISA Plaintiffs*

**EXHIBIT A TO CERTIFICATE OF SERVICE**

David M. Bernick, P.C.
Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
dbernick@kirkland.com
jbaer@kirkland.com

*Counsel to the Debtors and Debtors in Possession*

Theodore L. Freedman, Esq.
Deanna D. Boll, Esq.
Craig A. Bruens, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
tfreedman@kirkland.com
dboll@kirkland.com
cbruens@kirkland.com

*Counsel to the Debtors and Debtors in Possession*

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Timothy Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899
ljones@pszjlaw.com
joneill@pszjlaw.com
tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors in Possession*

Peter Van N. Lockwood, Esq.
Ronald Reinsel, Esq.
Jeffrey Liesemer, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005
pvnl@capdale.com
rer@capdale.com
jl@capdale.com

*Counsel to the ACC*

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152
ei@capdale.com

*Counsel to the ACC*

Marla R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801
meskin@camlev.com
mhurford@camlev.com

*Counsel to the ACC*

Roger Frankel, Esq.  
Richard H. Wyron, Esq.  
Debra L. Felder, Esq.  
Orrick, Herrington & Sutcliffe LLP  
Columbia Center  
1152 15th Street, NW  
Washington, DC 20005  
rfrankel@orrick.com  
rwyron@orrick.com  
dfelder@orrick.com  

*Counsel to the Asbestos PI FCR*

Philip Bentley, Esq.  
Douglas Mannal, Esq.  
Kramer Levin Naftalis & Frankel LLP  
919 Third Avenue  
New York, NY 10022  
pbentley&kramerlevin.com  
dmannal&kramerlevin.com  

*Counsel to the Equity Committee*

Office of the United States Trustee  
Attn: David Klauder, Esq.  
844 King Street, Suite 2313  
Wilmington, DE 19801  

(via first class mail)  

*United States Trustee*

John C. Phillips, Jr., Esq.  
Phillips, Goldman & Spence, P.A.  
1200 North Broom Street  
Wilmington, DE 19806  
jcp@pgslaw.com  

*Counsel to the Asbestos PI FCR*

Teresa D. Currier, Esq.  
Buchanan, Ingersoll & Rooney PC  
The Brandywine Building  
1000 West Street, Suite 1410  
Wilmington, DE 19801  
teresa.currier@bipc.com  

*Counsel to the Equity Committee*