## **CERTIFICATE OF SERVICE**

John D. Demmy hereby certifies that on this 17th day of October, 2008, in addition to the service provided under the Court's CM/ECF system, true and correct copies of the *Objections And Reservation Of Rights Of Fireman's Fund Insurance Company, Riunione Adriatica di Sicurta, And Possibly Other Related Insurance Companies To Debtors' Motion For An Order Approving Disclosure Statement, Solicitation And Confirmation Procedures, Confirmation Schedule And Related Relief* were served upon the parties listed below via electronic mail delivery and first class United States mail, postage prepaid.

Janet S. Baer, Esquire
David M. Bernick, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
*Counsel to the Debtors and Debtors in Possession*

James E. O'Neill, Esquire
Timothy Cairnes, Esquire
Pachulski Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street
16th Floor, P.O. Box 8705
Wilmington, DE 19899-8705
*Counsel to the Debtors and Debtors in Possession*

Theodore L. Freedman, Esquire
Deanna D. Boll, Esquire
Kirkland & Ellis, LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
*Counsel to the Debtors and Debtors in Possession*

Peter Van L. Lockwood, Esquire
Jeffrey Liesemer, Esquire
Ronald Reinsel, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005
*Counsel to the ACC*

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152
*Counsel to the ACC*

Gary Becker, Esquire
Kramer Levin Naftalis & Frankel, LLP
919 Third Avenue
New York, NY 10036
*Counsel to the Equity Committee*

SL1 873233v2/021630.00003

2

| | |
|---|---|
| Mark T. Hurford, Esquire<br>Marla Eskin, Esquire<br>Campbell & Levine, LLC<br>800 N. King Street, Suite 300<br>Wilmington, DE 19801<br>*Counsel to the ACC* | Richard H. Wyron, Esquire<br>Orrick, Herrington & Sutcliffe, LLP<br>Columbia Center<br>1152 15th Street, NW<br>Washington, DC 20007<br>*Counsel to the Asbestos PI FCR* |
| Teresa K.D. Currier, Esquire<br>Buchanan, Ingersoll & Rooney, P.C.<br>1000 West Street<br>Suite 1410, P.O. Box 1397<br>Wilmington, DE 19801<br>*Counsel to the Equity Committee* | John C. Phillips, Jr., Esquire<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>*Counsel to the Asbestos PI FCR* |
| David Klauder, Esquire<br>Office of the United States Trustee<br>844 N. King Street, Suite 2313<br>Wilmington, DE 19801 | |

          */s/ John D. Demmy*
          John D. Demmy