**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) | **Chapter 11** |
|  | ) |  |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-01139 (JKF)** |
|  | ) |  |
| Debtors. | ) | **(Jointly Administered)** |

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the Objection Of Century Indemnity Company et al. to the Debtors' Disclosure Statement For The Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code Of W.R. Grace & Co., Et Al., The Official Committee Of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, And The Official Committee Of Equity Security Holders Dated As Of September 19, 2008 was served upon the following interested parties, in the manner as indicated below, on this 17th day of October, 2008:

| | |
|---|---|
| **Counsel to Debtors and Debtors in Possession**<br>Kirkland & Ellis LLP<br>Attn: David M. Bernick, P.C.<br>Janet S. Baer<br>200 East Randolph Drive<br>Chicago, IL 60601<br>Facsimile: (312) 861-2200 | Pachulski Stang Ziehl & Jones LLP<br>Attn: Laura Davis Jones<br>James E. O'Neill<br>Timothy Cairns<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899<br>Facsimile: (302) 652-4400 |
| Kirkland & Ellis LLP<br>Attn: Theodore L. Freedman<br>Deanna D. Boll; Craig A. Bruens<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022<br>Facsimile: (212) 446-4900 | |

PHLDMS1 4757096v.1

**Counsel To ACC**
Caplin & Drysdale, Chartered
Attn:  Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
One Thomas Circle, NW
Washington, DC  20005
Facsimile:  (202) 429-3301

Caplin & Drysdale, Chartered
Attn:  Elihu Inselbuch
375 Park Avenue
New York, NY  10152
Facsimile:  (212) 644-6755

**Counsel to Asbestos PI FCR**
Orrick, Herrington & Sutcliffe LLP
Attn:  Roger Frankel
Richard H. Wyron; Debra L. Felder
Columbia Center
1152 15th Street, NW
Washington, DC  20005
Facsimile:  (202) 339-8500

**Counsel to Equity Committee**
Kramer Levin Naftalis & Frankel LLP
Attn:  Philip Bentley
Douglas Mannal
919 Third Avenue
New York, NY  10022
Facsimile:  (212) 715-8000

Campbell & Levine, LLC
Attn:  Marla R. Eskin
Mark T. Hurford
800 King Street, Suite 300
Wilmington, DE  19801
Facsimile:  (302) 426-9947

Phillips, Goldman & Spence, P.A.
Attn:  John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE  19806
Facsimile:  (302) 655-4210

Buchanan, Ingersoll & Rooney PC
Attn:  Teresa D. Currier
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801
Facsimile:  (302) 552-4295

**Office of the United States Trustee**
Attn: David Klauder, Esquire
844 King Street, Suite 2313
Wilmington, DE 19801
Hand Delivery

Dated: October 17, 2008                              /s/ Marc S. Casarino
                                                                  Marc S. Casarino (Bar No. 3613)
                                                                  White and Williams LLP
                                                                  824 North Market Street, Suite 902
                                                                  P.O. Box 709
                                                                   Wilmington, DE 19899-0709
                                                                   Telephone: (302) 467-4520
                                                                   Telecopier: (302) 467-4550
                                                                   E-Mail: casarinom@whiteandwilliams.com