IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| In re: | Chapter 11 |
|---|---|
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

    Michelle M. Dero, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Bank Debt Holders and the Administrative Agent in the above-referenced cases, and on the 17th day of October, 2008, she caused a copy of the following

**JOINDER OF JPMORGAN CHASE BANK, N.A. IN THE OBJECTION OF BANK LENDER GROUP TO DEBTORS' MOTION FOR ENTRY OF AN ORDER APPROVING DISCLOSURE STATEMENT, SOLICITATION AND CONFIRMATION PROCEDURES, CONFIRMATION SCHEDULE AND RELATED RELIEF**

to be served upon the parties on the attached list in the manner indicated.

_____
Michelle M. Dero

SWORN TO AND SUBSCRIBED before me this 17th day of October, 2008.

_____
Notary Public

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 20, 2011

672.001-22551

*Via* First Class Mail

(Counsel to Debtors)
David M. Bernick, P.C.
Janet S. Baer, Esquire
*Kirkland & Ellis LLP*
200 East Randolph Drive
Chicago, IL 60601

*Via* Hand Delivery

(Counsel to Debtors)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
*Pachulski Stang Ziehl & Jones LLP*
919 North Market Street, 17th Floor
Wilmington, DE 19801

*Via* First Class Mail

(Counsel to the ACC)
Elihu Inselbuch, Esquire
*Caplin & Drysdale, Chartered*
375 Park Avenue
New York, NY 10152

*Via* First Class Mail

(Counsel to Asbestos PI FCR)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Deborah L. Felder, Esquire
*Orrick, Herrington & Sutcliffe LLP*
Columbia Center
1152 15th Street, NW
Washington, DC 20005

*Via* First Class Mail

(Counsel to Equity Committee)
Philip Bentley, Esquire
Douglas Mannual, Esquire
*Kramer Levin Naftalis & Frankel LLP*
919 Third Avenue
New York, NY 10022

*Via* First Class Mail

(Counsel to Debtors)
Theodore L. Freedman, Esquire
Deanna D. Boll, Esquire
*Kirkland & Ellis LLP*
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

*Via* First Class Mail

(Counsel to the ACC)
Peter Van N. Lockwood, Esquire
Ronald Reinsel, Esquire
Jeffrey Liesemer, Esquire
*Caplin & Drysdale, Chartered*
One Thomas Circle, NW
Washington, DC 20005

*Via* Hand Delivery

(Counsel to the ACC)
Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
*Campbell & Levine, LLC*
800 King Street, Suite 300
Wilmington, DE 19801

*Via* First Class Mail

(Counsel to Asbestos PI FCR)

John C. Phillips, Jr., Esquire
*Phillips, Goldman & Spence, P.A.*
1200 North Broom Street
Wilmington, DE 19806

*Via* Hand Delivery

(Counsel to the Equity Committee)
Teresa D. Currier, Esquire
*Buchanan, Ingersoll & Rooney PC*
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

*Via* **Hand Delivery**

David Klauder, Esquire
*Office of the United States Trustee*
844 King Street, Suite 2313
Wilmington, DE 19801