## CERTIFICATE OF SERVICE

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made via electronic delivery, hand delivery or United States Mail on October 17, 2008 on**:**

David M. Bernick, P.C.
Janet S. Baer, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
dbernick@kirkland.com
jbaer@kirkland.com

*Counsel to the Debtors and Debtors
in Possession*

Theodore L. Freedman, Esq.
Deanna D. Boll, Esq.
Craig A. Bruens, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 E. 53rd Street
New York, NY 10022
tfreedman@kirkland.com
dboll@kirkland.com
cbruens@kirkland.com

*Counsel to the Debtors and Debtors
in Possession*

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Timothy Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899
ljones@pszjlaw.com
joneill@pszjlaw.com
tcairns@pszjlaw.com

*Counsel to the Debtors and Debtors
in Possession*

Peter Van N. Lockwood, Esq.
Ronald Reinsel, Esq.
Jeffrey Liesemer, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005
pvnl@capdale.com
rer@capdale.com
jl@capdale.com

*Counsel to the ACC*

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY 10152
ei@capdale.com

*Counsel to the ACC*

Marla R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801
meskin@camlev.com
mhurford@camlev.com

*Counsel to the ACC*

Roger Frankel, Esq.
Richard H. Wyron, Esq.
Debra L. Felder, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005
rfrankel@orrick.com
rwyron@orrick.com
dfelder@orrick.com

*Counsel to the Asbestos PI FCR*

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com

*Counsel to the Asbestos PI FCR*

Philip Bentley, Esq.
Douglas Mannal, Esq.
Kramer Levin Naftalis & Frankel
LLP
919 Third Avenue
New York, NY 10022
pbentley&kramerlevin.com
dmannal&kramerlevin.com

*Counsel to the Equity Committee*

Teresa D. Currier, Esq.
Buchanan, Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
teresa.currier@bipc.com

*Counsel to the Equity Committee*

Office of the United States Trustee
Attn:  David Klauder, Esq.
844 King Street, Suite 2313
Wilmington, DE 19801

*United States Trustee*

Under penalty of perjury, I declare that the foregoing is true and correct.

__10/17/2008_____          _____/s/ Heidi E. Sasso_____
Date                          Heidi E. Sasso