IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Chapter 11 |
| | : |
| W.R. GRACE & CO., *et al* | : Case No. 01-1139 (JKF) |
| | : (Jointly Administered) |
| Debtors. | : |
| | : Related Doc. Nos. 19581, 19620, 19780 |

**FEDERAL INSURANCE COMPANY'S OBJECTION AND JOINDER IN THE OBJECTIONS AND RESERVATIONS OF RIGHTS TO DEBTORS' MOTION FOR APPROVAL OF DISCLOSURE STATEMENT, SOLICITATION, CONFIRMATION PROCEDURES AND CONFIRMATION SCHEDULE FOR JOINT PLAN OF REORGANIZATION DATED AS OF SEPTEMBER 19, 2008 OF THE CNA COMPANIES AND OF FIREMAN'S FUND INSURANCE COMPANY**

Federal Insurance Company ("Federal Insurance"), hereby objects to the Debtors' Motion (the "Motion") for an Order Approving the Disclosure Statement, Solicitation, Confirmation Procedures and Confirmation Schedule for the Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008, and Federal Insurance Company joins in (I) the Objection and Reservation of Rights of CNA Companies to the Debtors' Motion and (II) the Objection and Reservation of Rights of Fireman's Fund Insurance Company to the Debtors' Motion, and for the reasons set forth in the objections of CNA Companies and Fireman's Fund Insurance Company which are incorporated by reference as though set forth

fully herein, Federal Insurance respectfully submits that Motion be denied.

Dated: October 17, 2008

COZEN O'CONNOR

/s/ JWC

Jeffrey R. Waxman (No. 4159)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(302) 295-2000 Telephone
(302) 295-2013 Facsimile

-and-

William P. Shelley (PA ID 40875)
Jacob C. Cohn (PA ID 54139)
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000 Telephone
(215) 665-2013 Facsimile

Counsel for Federal Insurance Company