IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al* | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| Debtors. | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Jeffrey R. Waxman, certify that I am not less than 18 years of age, and that service of the *Federal Insurance Company's Objection And Joinder In The Objections And Reservations Of Rights To Debtors' Motion For Approval Of Disclosure Statement, Solicitation, Confirmation Procedures And Confirmation Schedule For Joint Plan Of Reorganization Dated As Of September 19, 2008 Of The CNA Companies And Of Fireman's Fund Insurance Company* was made on October 17, 2008 upon the following parties:

**VIA FIRST CLASS MAIL**
Kirkland & Ellis LLP
Attn: David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
**Counsel to the Debtors and Debtors in Possession**

**VIA FIRST CLASS MAIL**
Kirkland & Ellis LLP
Attn: Theodore L. Freedman
Deanna D Boll
Craig A. Bruens
Citigroup Center
153 E. 53rd Street
New York, NY 10022
**Counsel to the Debtors and Debtors in Possession**

**VIA HAND DELIVERY**
Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)

WILM1\26501\1 137249.000

Timothy Cairns (Bar No. 4228)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899
**Counsel to the Debtors and Debtors in Possession**

**VIA FIRST CLASS MAIL**
Caplin & Drysdale, Chartered
Attn: Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
One Thomas Circle, NW
Washington, DC 20005
**Counsel to the ACC**

**VIA FIRST CLASS MAIL**
Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch
375 Park Avenue
New York, NY 10153
**Counsel to the ACC**

**VIA HAND DELIVERY**
Campbell & Levine, LLC
Attn: Marla R. Eskin (Bar No. 2989)
Mark T. Hurford (Bar No. 3299)
800 King Street, Suite 300
Wilmington, DE 19801
**Counsel to the ACC**

**VIA FIRST CLASS MAIL**
Orrick, Herrington & Sutcliffe LLP
Attn: Roger Frankel
Richard H. Wyron
Debra L. Felder
Columbia Center
1152 15th Street, NW
Washington, DC 20005
**Counsel to the Asbestos PI FCR**

**VIA HAND DELIVERY**
Phillips, Goldman & Spence, P.A.
Attn: John C. Phillips, Jr. (Bar No. 110)
1200 North Broom Street
Wilmington, De 19806
**Counsel to the Asbestos PI FCR**

**VIA FIRST CLASS MAIL**
Kramer Levin Naftalis & Frankel LLP
Attn: Philip Bentley
Douglas Mannal
919 Third Avenue
New York, NY 10022
**Counsel to the Equity Committee**

**VIA HAND DELIVERY**
Buchanan, Ingersoll & Rooney PC
Attn: Teresa D. Currier (Bar No. 3080)
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
**Counsel to the Equity Committee**

**VIA HAND DELIVERY**
**Office of the United States Trustee**
Attn: David Klauder, Esquire
844 King Street, Suite 2313
Wilmington, DE 19801

    Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: October 17, 2008

COZEN O'CONNOR

_____
Jeffrey R. Waxman (No. 4159)