# **CERTIFICATE OF SERVICE**

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made via electronic delivery, hand delivery or United States Mail on October 17, 2008 on**:**

| | |
|---|---|
| David M. Bernick, P.C.<br>Janet S. Baer, Esq.<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>dbernick@kirkland.com<br>jbaer@kirkland.com<br><br>*Counsel to the Debtors and Debtors*<br>*in Possession* | Theodore L. Freedman, Esq.<br>Deanna D. Boll, Esq.<br>Craig A. Bruens, Esq.<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022<br>tfreedman@kirkland.com<br>dboll@kirkland.com<br>cbruens@kirkland.com<br><br>*Counsel to the Debtors and Debtors*<br>*in Possession* |
| Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Timothy Cairns, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899<br>ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>tcairns@pszjlaw.com<br><br>*Counsel to the Debtors and Debtors*<br>*in Possession* | Peter Van N. Lockwood, Esq.<br>Ronald Reinsel, Esq.<br>Jeffrey Liesemer, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, NW<br>Washington, DC 20005<br>pvnl@capdale.com<br>rer@capdale.com<br>jl@capdale.com<br><br>*Counsel to the ACC* |
| Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>375 Park Avenue<br>New York, NY 10152<br>ei@capdale.com<br><br>*Counsel to the ACC* | Marla R. Eskin, Esq.<br>Mark T. Hurford, Esq.<br>Campbell & Levine, LLC<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br>meskin@camlev.com<br>mhurford@camlev.com<br><br>*Counsel to the ACC* |

-2-

Roger Frankel, Esq.
Richard H. Wyron, Esq.
Debra L. Felder, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005
rfrankel@orrick.com
rwyron@orrick.com
dfelder@orrick.com

*Counsel to the Asbestos PI FCR*

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com

*Counsel to the Asbestos PI FCR*

Philip Bentley, Esq.
Douglas Mannal, Esq.
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY 10022
pbentley&kramerlevin.com
dmannal&kramerlevin.com

*Counsel to the Equity Committee*

Teresa D. Currier, Esq.
Buchanan, Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
teresa.currier@bipc.com

*Counsel to the Equity Committee*

Office of the United States Trustee
Attn:  David Klauder, Esq.
844 King Street, Suite 2313
Wilmington, DE 19801

*United States Trustee*

Under penalty of perjury, I declare that the foregoing is true and correct.

__10/17/2008_____          _____/s/ Heidi E. Sasso_____
Date                                              Heidi E. Sasso