# EXHIBIT "A"

Exhibit A

WR Grace & Co., ET AL.,
Time Detail- Conway, Del Genio, Gries & Co., LLC
For the Period of July 1, 2007 through June 30, 2008

Summary of Services Rendered by Project Category

| Category Code | Category Description | July '07-June '08 Hours | Previous Hours | Bankruptcy Case Cumulative Hours | Adversary Preceding Cumulative Hours | Total Case Cumulative Hours |
|---|---|---|---|---|---|---|
| 7 | Committee (All) | 35.5 | 507.4 | 542.9 | 0.0 | 542.9 |
| 11 | Fee Applications, Applicant | 11.3 | 844.0 | 855.3 | 249.0 | 1,104.3 |
| 14 | Hearings | 0.0 | 80.1 | 80.1 | 0.0 | 80.1 |
| 20 | Travel - Non-working | 0.0 | 221.8 | 221.8 | 0.0 | 221.8 |
| 24 | Other | 74.4 | 162.5 | 236.9 | 5,058.2 | 5,295.1 |
| 26 | Business Analysis (for financial advisors) | 46.9 | 1,066.1 | 1,113.0 | 0.0 | 1,113.0 |
| 27 | Corporate Finance (for financial advisors) | 129.4 | 2,295.5 | 2,424.9 | 0.0 | 2,424.9 |
| 28 | Data Analysis (for financial advisors) | 0.0 | 507.2 | 507.2 | 0.0 | 507.2 |
| | TOTAL | 297.5 | 5,596.5 | 5,982.1 | 5,307.2 | 11,289.3 |

<u>Exhibit A</u>

**WR Grace & Co., ET AL.,**
**Time Detail- Conway, Del Genio, Gries & Co., LLC**
**For the Period of July 1, 2007 through June 30, 2008**

<u>Summary of Services Rendered by Professional</u>

| *Name* | *Hours* |
|---|---|
| Gregory Boyer, Managing Director | 201.5 |
| Joseph Mathai, Associate | 23.0 |
| Alex Duff, Associate | 68.0 |
| Kofi Domfeh, Analyst | 5.0 |
| **TOTAL** | **297.5** |

Exhibit A

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date:         For the Period of July 1, 2007 through June 30, 2008

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G Boyer | 04/01/07 | 24 | 1.0 | Review correspondence on Libby |
| WR Grace | G Boyer | 04/02/07 | 7 | 1.5 | Committee call |
| WR Grace | G Boyer | 04/30/07 | 24 | 1.0 | Review hearing transcript |
| WR Grace | G Boyer | 07/02/07 | 24 | 0.2 | Review the Anderson Certification trial schedule |
| WR Grace | G Boyer | 07/03/07 | 26 | 2.0 | Review the LTIP motion and research the same |
| WR Grace | G Boyer | 07/09/07 | 24 | 0.2 | Review witness list for Monthly Rice claims objective |
| WR Grace | G Boyer | 07/09/07 | 24 | 2.0 | Review the US Trustee's objection to extension of exclusivity and review past CDG research on the topic |
| WR Grace | G Boyer | 07/12/07 | 7 | 1.5 | Committee call |
| WR Grace | G Boyer | 07/12/07 | 24 | 2.0 | Review the brief on exclusivity |
| WR Grace | G Boyer | 07/16/07 | 24 | 0.5 | Review debtors motion regarding exclusivity |
| WR Grace | G Boyer | 07/16/07 | 24 | 2.0 | Review hearing agenda |
| WR Grace | G Boyer | 07/17/07 | 24 | 2.0 | Review brief on exclusivity |
| WR Grace | G Boyer | 07/17/07 | 26 | 2.0 | Call with Blackstore re: EPA settlement |
| WR Grace | G Boyer | 07/17/07 | 26 | 1.0 | Call with JS re: EPA settlement |
| WR Grace | G Boyer | 07/23/07 | 24 | 3.0 | Review transcript for the Anderson Memorial hearing |
| WR Grace | G Boyer | 07/23/07 | 26 | 0.5 | Call with Blackstone re: EPA settlement |
| WR Grace | G Boyer | 07/23/07 | 26 | 1.0 | Call with JS ie: EPA settlement |
| WR Grace | G Boyer | 07/25/07 | 26 | 3.0 | Correspondence with Blackstone re: LTIP |
| WR Grace | G Boyer | 07/25/07 | 26 | 0.2 | Correspondence with JS |
| WR Grace | G Boyer | 07/25/07 | 26 | 2.0 | Review historical LTIP info from price years |
| WR Grace | G Boyer | 07/25/07 | 24 | 0.2 | Review hearing agenda |
| WR Grace | G Boyer | 07/26/07 | 26 | 0.3 | Correspondence with Blackstone re: LTIP |
| WR Grace | G Boyer | 07/26/07 | 26 | 2.0 | Review motions on LTIP |
| WR Grace | G Boyer | 07/26/07 | 26 | 1.0 | Review correspondence for Blackstone regarding LTIP |
| WR Grace | G Boyer | 07/26/07 | 7 | 1.0 | Committee call |
| WR Grace | G Boyer | 07/26/07 | 24 | 5.0 | Review order denying exclusivity |
| WR Grace | G Boyer | 07/30/07 | 26 | 0.2 | Correspondence with Blackstone re: LTIP |
| WR Grace | G Boyer | 07/31/07 | 24 | 3.0 | Review transcript for Omnibus hearing |
| WR Grace | G Boyer | 07/31/07 | 26 | 1.0 | Review correspondence for Blackstone regarding LTIP and evaluate current proposed plan |
| WR Grace | G Boyer | 07/31/07 | 26 | 0.5 | Correspondence with JS |
| WR Grace | G Boyer | 08/02/07 | 27 | 1.0 | Research trading values of Bank debt and correspondence with JS |
| WR Grace | G Boyer | 08/11/07 | 11 | 3.0 | Preparation of fee Apps |
| WR Grace | G Boyer | 08/12/07 | 11 | 3.0 | Preparation of fee Apps |
| WR Grace | G Boyer | 08/14/07 | 26 | 3.0 | Q2 operating results review and preparation for the call |
| WR Grace | G Boyer | 08/14/07 | 11 | 5.0 | Preparation of fee Apps |
| WR Grace | G Boyer | 08/16/07 | 11 | 0.3 | Review correspondence regarding CDG's fee apps |
| WR Grace | G Boyer | 08/20/07 | 27 | 1.5 | Review correspondence from Grace to the SCC |
| WR Grace | G Boyer | 08/21/07 | 27 | 2.0 | Review CDG's valuation and debt capacity analysis |
| WR Grace | G Boyer | 08/22/07 | 27 | 2.0 | Conference call with JS and SB re: valuation analysis |
| WR Grace | G Boyer | 08/22/07 | 24 | 0.2 | Review hearing agenda |
| WR Grace | G Boyer | 08/22/07 | 27 | 2.5 | Preparation memorandum regarding CDG's valuation |
| WR Grace | J Mathai | 08/22/07 | 27 | 5.0 | Prepare valuation analysis |
| WR Grace | G Boyer | 08/23/07 | 7 | 2.0 | Committee call |
| WR Grace | J Mathai | 08/23/07 | 27 | 5.0 | Prepare valuation analysis |
| WR Grace | G Boyer | 08/24/07 | 24 | 0.5 | Review amended agenda for omnibus hearing |
| WR Grace | J Mathai | 08/24/07 | 27 | 5.0 | Prepare valuation analysis |
| WR Grace | J Mathai | 08/24/07 | 27 | 1.0 | Meeting with GB re: Valuation Analysis |
| WR Grace | G Boyer | 08/24/07 | 27 | 1.0 | Meeting with J. Mathai re: Valuation Analysis |
| WR Grace | G Boyer | 08/24/07 | 27 | 2.0 | Review valuation analysis |
| WR Grace | G Boyer | 08/28/07 | 27 | 2.5 | Meeting with J. Radecki re: valuation |
| WR Grace | J Mathai | 08/28/07 | 27 | 2.5 | Meeting with J. Radecki re: valuation |
| WR Grace | G Boyer | 08/30/07 | 7 | 1.0 | Committee call |
| WR Grace | G Boyer | 08/31/07 | 24 | 1.0 | Review motion between Grace and Prudential Investments |
| WR Grace | G Boyer | 09/05/07 | 27 | 1.0 | Review termsheet and compare to CDG's valuation work |
| WR Grace | G Boyer | 09/06/07 | 27 | 1.5 | Conference call with Scott and Jay re: ACC's POR term sheet |
| WR Grace | G Boyer | 09/06/07 | 7 | 1.0 | Committee Call |
| WR Grace | G Boyer | 09/06/07 | 24 | 0.2 | Review hearing agenda |
| WR Grace | G Boyer | 09/12/07 | 27 | 1.0 | Review of strategic option prepared by counsel |
| WR Grace | G Boyer | 09/12/07 | 26 | 3.5 | Review of the multisite settlement agreement with the EPA |
| WR Grace | G Boyer | 09/14/07 | 7 | 1.0 | Committee call |
| WR Grace | G Boyer | 09/14/07 | 26 | 0.5 | Review of the company's optimization plan |
| WR Grace | G Boyer | 09/17/07 | 26 | 1.0 | Conference call on optimization plan |
| WR Grace | G Boyer | 09/17/07 | 24 | 0.1 | Review correspondence for committee member |
| WR Grace | G Boyer | 09/17/07 | 24 | 0.2 | Review correspondence for counsel |
| WR Grace | G Boyer | 09/17/07 | 24 | 0.1 | Review hearing agenda |
| WR Grace | G Boyer | 09/20/07 | 7 | 1.0 | Committee call |
| WR Grace | G Boyer | 09/22/07 | 26 | 1.0 | Call with management i.e., optimization plan |
| WR Grace | G Boyer | 09/27/07 | 7 | 1.0 | Committee call |
| WR Grace | G Boyer | 10/04/07 | 27 | 4.0 | Meeting on POR with various committees |
| WR Grace | G Boyer | 10/08/07 | 24 | 2.0 | Review hearing transcript |
| WR Grace | G Boyer | 10/16/07 | 26 | 2.0 | 3rd Qtr operating results and prep for call |

Exhibit A

## Bankruptcy Time Reporting Log (AP)

Client Name: WR Grace
Professional: All
Date:        For the Period of July 1, 2007 through June 30, 2008

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G Boyer | 10/16/07 | 27 | 0.3 | Review correspondence regarding Grace's POR |
| WR Grace | G Boyer | 10/16/07 | 24 | 0.2 | Review hearing agenda |
| WR Grace | G Boyer | 10/18/07 | 7 | 1.5 | Committee call |
| WR Grace | J Mathai | 10/24/07 | 24 | 3.0 | Attend meeting in Multisite settlement |
| WR Grace | G Boyer | 10/25/07 | 27 | 1.5 | Conversation with J. Mathai re: meeting in Multisite settlement |
| WR Grace | J Mathai | 10/25/07 | 27 | 1.5 | Conversation with GB re: meeting in Multisite settlement |
| WR Grace | G Boyer | 10/25/07 | 27 | 1.5 | Review docs relating to the Motley Rice claimant settlements |
| WR Grace | G Boyer | 10/25/07 | 27 | 0.3 | Review correspondence regarding the deposition of Bill Lango |
| WR Grace | G Boyer | 10/25/07 | 27 | 0.2 | Review correspondence regarding Radecki deposition |
| WR Grace | G Boyer | 10/26/07 | 27 | 3.5 | Review Radecki deposition |
| WR Grace | G Boyer | 11/01/07 | 7 | 1.5 | Committee call |
| WR Grace | G Boyer | 11/01/07 | 26 | 1.0 | Review memo on EPA settlement |
| WR Grace | G Boyer | 11/06/07 | 27 | 3.0 | Review Grace POR |
| WR Grace | G Boyer | 11/06/07 | 26 | 1.0 | Call with JS re: environmental matters |
| WR Grace | G Boyer | 11/07/07 | 27 | 1.0 | Review PD excerts for Grace POR |
| WR Grace | G Boyer | 11/12/07 | 26 | 1.0 | Review Q3 briefing |
| WR Grace | G Boyer | 11/15/07 | 7 | 2.5 | Committee call |
| WR Grace | G Boyer | 11/15/07 | 27 | 0.3 | Review correspondence in Peterson deposition |
| WR Grace | G Boyer | 11/20/07 | 24 | 0.2 | Review hearing agenda |
| WR Grace | G Boyer | 11/29/07 | 7 | 1.5 | Committee call |
| WR Grace | G Boyer | 12/04/07 | 24 | 2.5 | Review hearing transcript |
| WR Grace | G Boyer | 12/10/07 | 24 | 0.2 | Review hearing agenda |
| WR Grace | G Boyer | 12/13/07 | 7 | 1.0 | Committee call |
| WR Grace | G Boyer | 12/27/07 | 24 | 1.5 | Review hearing transcript |
| WR Grace | G Boyer | 12/28/07 | 24 | 0.3 | Review Forbes article |
| WR Grace | G Boyer | 01/08/08 | 26 | 0.5 | Review Remedium tax motion and corresponding correspondence |
| WR Grace | G Boyer | 01/10/08 | 27 | 1.0 | Review memorandum in PI estimation |
| WR Grace | G Boyer | 01/10/08 | 7 | 1.0 | Committee call |
| WR Grace | G Boyer | 01/11/08 | 26 | 1.0 | Call with Grace re: Remedium tax motion |
| WR Grace | G Boyer | 01/11/08 | 26 | 0.5 | Review additional documents on Remedium |
| WR Grace | G Boyer | 01/14/08 | 24 | 0.5 | Review hearing agenda and corresponding emails relating to the agenda |
| WR Grace | G Boyer | 01/15/08 | 24 | 1.0 | Review FCR's demonstratives |
| WR Grace | G Boyer | 01/15/08 | 24 | 1.0 | Review Grace's demonstratives |
| WR Grace | G Boyer | 01/15/08 | 24 | 0.5 | ACC's demonstratives |
| WR Grace | G Boyer | 01/17/08 | 26 | 1.0 | Review info on Project Fly |
| WR Grace | G Boyer | 01/17/08 | 7 | 2.0 | Committee Call |
| WR Grace | G Boyer | 01/17/08 | 27 | 0.2 | Review correspondence on PI estimates |
| WR Grace | G Boyer | 01/21/08 | 26 | 1.0 | Review Project Fly motion |
| WR Grace | G Boyer | 01/22/08 | 24 | 0.2 | Review hearing agenda |
| WR Grace | G Boyer | 01/23/08 | 24 | 0.5 | Review summary on PI estimation hearing |
| WR Grace | G Boyer | 01/24/08 | 24 | 0.5 | Review summary on PI estimation hearing |
| WR Grace | G Boyer | 01/24/08 | 26 | 2.0 | Review Project Fly agreement |
| WR Grace | G Boyer | 01/24/08 | 7 | 1.5 | Committee call |
| WR Grace | G Boyer | 01/24/08 | 24 | 2.0 | Review hearing transcript |
| WR Grace | G Boyer | 01/25/08 | 26 | 1.0 | Call with Grace re: Project Fly |
| WR Grace | G Boyer | 02/05/08 | 26 | 1.0 | Review pension funding motion |
| WR Grace | G Boyer | 02/18/08 | 24 | 0.2 | Review hearing agenda |
| WR Grace | G Boyer | 02/28/08 | 26 | 1.0 | ELT transaction call |
| WR Grace | G Boyer | 02/28/08 | 7 | 1.5 | Committee Call |
| WR Grace | G Boyer | 03/03/08 | 24 | 1.5 | Review hearing transcript |
| WR Grace | G Boyer | 03/11/08 | 24 | 0.2 | Review hearing agenda |
| WR Grace | G Boyer | 03/11/08 | 24 | 0.2 | Review motion on upcoming trial dates |
| WR Grace | G Boyer | 03/13/08 | 24 | 1.0 | Review correspondence on NJDEP appeal |
| WR Grace | G Boyer | 03/14/08 | 26 | 0.2 | Review correspondence on DIP renewal |
| WR Grace | G Boyer | 03/14/08 | 24 | 0.2 | Review hearing agenda |
| WR Grace | G Boyer | 03/16/08 | 24 | 0.2 | Review agenda for PI hearings |
| WR Grace | G Boyer | 03/19/08 | 24 | 0.2 | Review WSJ article |
| WR Grace | G Boyer | 03/20/08 | 7 | 1.0 | Committee call |
| WR Grace | G Boyer | 03/20/08 | 24 | 3.0 | Review ZAI motions |
| WR Grace | G Boyer | 03/21/08 | 24 | 4.0 | Review ZAI motions |
| WR Grace | G Boyer | 03/25/08 | 24 | 0.3 | Review correspondence in PI estimation |
| WR Grace | G Boyer | 03/25/08 | 24 | 1.0 | Review hearing transcript |
| WR Grace | G Boyer | 03/26/08 | 24 | 0.3 | Review correspondence on PI estimation |
| WR Grace | G Boyer | 03/27/08 | 7 | 1.0 | Committee call |
| WR Grace | G Boyer | 03/28/08 | 24 | 0.5 | Review correspondence on PI estimation |
| WR Grace | G Boyer | 04/01/08 | 24 | 0.5 | Review correspondence on PI estimation |
| WR Grace | G Boyer | 04/03/08 | 24 | 0.3 | Review correspondence on PI estimation |
| WR Grace | G Boyer | 04/04/08 | 24 | 0.5 | Review Kinsella deposition |
| WR Grace | G Boyer | 04/07/08 | 24 | 1.0 | Review info on debtors settlement with PI and FCR committees |
| WR Grace | G Boyer | 04/07/08 | 24 | 1.0 | Conference call on Grace's settlement with PI and FCR |
| WR Grace | G Boyer | 04/07/08 | 7 | 2.0 | Committee call |
| WR Grace | G Boyer | 04/10/08 | 7 | 1.5 | Committee call |

Exhibit A

*Bankruptcy Time Reporting Log (AP)*

Client Name: WR Grace
Professional: All
Date:       For the Period of July 1, 2007 through June 30, 2008

| Client Name | Professional | Date | Code | Hours | Description |
|---|---|---|---|---|---|
| WR Grace | G Boyer | 04/11/08 | 24 | 0.2 | Review hearing agenda |
| WR Grace | G Boyer | 04/11/08 | 24 | 1.5 | Review ZAI objections |
| WR Grace | A Duff | 04/13/08 | 27 | 6.0 | Update valuation report |
| WR Grace | G Boyer | 04/14/08 | 24 | 0.2 | Review hearing agenda |
| WR Grace | A Duff | 04/14/08 | 27 | 10.0 | Update valuation report |
| WR Grace | A Duff | 04/15/08 | 24 | 8.0 | Update valuation report |
| WR Grace | G Boyer | 04/16/08 | 24 | 1.5 | Review motion on zai proof of claims |
| WR Grace | G Boyer | 04/16/08 | 24 | 0.2 | Review hearing agenda |
| WR Grace | G Boyer | 04/17/08 | 7 | 1.5 | Committee call |
| WR Grace | G Boyer | 04/17/08 | 24 | 0.8 | Review information on Grace claims |
| WR Grace | G Boyer | 04/22/08 | 27 | 3.0 | Review industry analyst reports |
| WR Grace | A Duff | 04/22/08 | 27 | 6.0 | Update valuation report |
| WR Grace | G Boyer | 04/23/08 | 27 | 1.5 | Review debt capacity information and discuss with A. Duff |
| WR Grace | K Domfeh | 04/23/08 | 27 | 5.0 | Update valuation report |
| WR Grace | A Duff | 04/23/08 | 27 | 8.0 | Update valuation report and discuss with GB |
| WR Grace | G Boyer | 04/24/08 | 7 | 1.0 | Committee call |
| WR Grace | G Boyer | 04/28/08 | 24 | 1.0 | Review hearing transcript |
| WR Grace | G Boyer | 05/06/08 | 26 | 2.5 | Grace operating plan call |
| WR Grace | G Boyer | 05/06/08 | 26 | 2.0 | Preparation for operating plan call |
| WR Grace | G Boyer | 05/09/08 | 26 | 1.0 | Review the pension funding motion |
| WR Grace | G Boyer | 05/14/08 | 26 | 0.5 | Review AON info on the pension funding |
| WR Grace | G Boyer | 05/14/08 | 7 | 1.0 | Committee call |
| WR Grace | G Boyer | 05/19/08 | 24 | 0.5 | Review Hilsoft remarks on Grace's proposal for motion |
| WR Grace | G Boyer | 05/19/08 | 26 | 1.0 | Review info on Grace's pension funding motion |
| WR Grace | G Boyer | 05/27/08 | 24 | 0.2 | Review hearing agenda |
| WR Grace | G Boyer | 05/28/08 | 27 | 0.3 | Correspondence with JS re: Sealed Air |
| WR Grace | G Boyer | 05/29/08 | 7 | 1.0 | Committee call |
| WR Grace | G Boyer | 06/03/08 | 27 | 2.0 | Review information on Sealed Air and discuss with A. Duff |
| WR Grace | A Duff | 06/03/08 | 27 | 1.0 | Conversation with GB re: Sealed Air analysis |
| WR Grace | A Duff | 06/03/08 | 27 | 4.0 | prepare Sealed Air analysis |
| WR Grace | A Duff | 06/04/08 | 27 | 8.0 | prepare Sealed Air analysis |
| WR Grace | G Boyer | 06/05/08 | 27 | 1.0 | Review Sealed Air analysis |
| WR Grace | A Duff | 06/05/08 | 27 | 6.0 | prepare Sealed Air analysis |
| WR Grace | G Boyer | 06/06/08 | 24 | 2.5 | Review hearing transcript |
| WR Grace | G Boyer | 06/11/08 | 27 | 0.8 | Conversation with A. Duff re: Sealed Air analysis |
| WR Grace | A Duff | 06/11/08 | 27 | 10.0 | prepare Sealed Air analysis |
| WR Grace | G Boyer | 06/12/08 | 27 | 1.0 | review Sealed Air analysis |
| WR Grace | A Duff | 06/12/08 | 27 | 1.0 | prepare Sealed Air analysis |
| WR Grace | G Boyer | 06/16/08 | 24 | 0.2 | Review hearing agenda |
| WR Grace | G Boyer | 06/19/08 | 7 | 0.5 | Committee call |
| WR Grace | G Boyer | 06/20/08 | 24 | 1.0 | Review motion on LTIP |

297.5  Total Hours

## LEGEND

| | |
|---|---|
| AD | Allyn Danzeisen, Associate -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| Bilzin | Bilzen Sumberg Dunn Baena Price & Axelrod LLP -- Counsel for the PD Committee |
| DH | Dee Hilton |
| DK | Dan Katz, Associate -- CDG |
| FJ | Ferry Joseph & Pearce PA |
| FR | Francine Rabinovitz, PI Asbestos Expert--Hamilton Rabinovitz |
| GB | Gregory Boyer, Managing Director -- CDG |
| JH | James Hass, PD Asbestos Expert |
| JM | James Moon -- Bilzin Sumberg Dunn Baena Price & Axelrod LLP |
| JOC | Jamie O'Connel -- Blackstone |
| JS | Jay Sakalo, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| KG | Kevin Glodowski, Intern -- CDG |
| MG | Michael Gries, Member -- CDG |
| MH | Michael Healy, Associate -- CDG |
| MK | Matthew Kramer -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| MW | Michael Wolf, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| OH | Omar Haynes, Analyst -- CDG |
| POR | Plan of Reorganization |
| PZ | Pam Zilly, Managing Director--Blackstone |
| RH | Rayaan Hashmi, Analyst -- CDG |
| RT | Robert Turken, Of Counsel -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SB | Scott Baena, Partner -- Bilzen Sumberg Dunn Baena Price & Axelrod LLP |
| SJ | Stephanie Jones, Associate -- CDG |
| SW | Steven Weiler, Associate -- Ferry Joseph & Pearce |
| TT | Ted Taconelli, Partner -- Ferry, Joseph & Pearce PA |
| WHS | Warren Smith Associates, fee examiner |