EXHIBIT "B"

10/2/2008

## WR Grace
### Expense Detail - Conway, Del Genio, Gries & Co., LLC
### For the Period of July 1, 2007 through June 30, 2008

| Name | Date | Meals | Lodging | Ground Transportation | Airfare | Telephone | Other | Total |
|---|---|---|---|---|---|---|---|---|
| G. Boyer | 8/20/07 | | | 26.52 | | | | 26.52 |
| G. Boyer | 8/21/07 | | | 33.66 | | | | 33.66 |
| G. Boyer | 8/22/07 | | | 15.00 | | | | 15.00 |
| G. Boyer | 4/13/08 | | | 29.00 | | | | 29.00 |
| **G. Boyer Total** | | 0.00 | 0.00 | 104.18 | 0.00 | 0.00 | 0.00 | **104.18** |
| | | | | | | | | |
| J. Mathai | 8/20/07 | | | 105.42 | | | | 105.42 |
| J. Mathai | 8/28/07 | | | 7.00 | | | | 7.00 |
| **J. Mathai Total** | | 0.00 | 0.00 | 112.42 | 0.00 | 0.00 | 0.00 | **112.42** |
| | | | | | | | | |
| R. Hashmi | 8/20/07 | | | 88.23 | | | | 88.23 |
| **R. Hashmi** | | 0.00 | 0.00 | 88.23 | 0.00 | 0.00 | 0.00 | **88.23** |
| | | | | | | | | |
| **Grand Total** | | **0.00** | **0.00** | **304.83** | **0.00** | **0.00** | **0.00** | **304.83** |