# EXHIBIT A  -BLACKLINED VERSIONS OF REVISED BAR DATE DOCUMENTS

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.   R.   GRACE   &   CO.,   et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## ORDER (A) ESTABLISHING AUGUST 31, 2009 AS THE PROOF OF CLAIM BAR DATE FOR CANADIAN ZONOLITE ATTIC INSULATION PROPERTY DAMAGE CLAIMS AND (B) APPROVING THE RELATED PROOF OF CLAIM FORM, BAR DATE NOTICES, AND NOTICE PROGRAM

Upon the Debtors' motion seeking entry of an order (a) establishing a proof of claim bar date for Canadian Zonolite Attic Insulation Property Damage Claims ("CDN ZAI PD Claims")[2] and (b) approving the related proof of claim form, bar date notices, and notice program (the "Motion"); and it appearing that this Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this proceeding is a core proceeding pursuant to 28

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remediu m Group, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] Terms not defined herein shall have the meaning ascribed to them in the Motion.

U.S.C. § 157(b)(2); and it appearing that venue of this proceeding and the Motion is proper in this District pursuant to 28 U.S.C. §§ 1408 and 1409; and adequate notice of the Motion having been given; and it appearing that no other notice need be given; and after due deliberation, consideration of all objections to the Motion and arguments from counsel, and sufficient cause appearing therefore, it is hereby

ORDERED that the relief requested in the Motion is granted to the extent set forth herein, and it is further

ORDERED that August 31, 2009 at 5:00 p.m. (prevailing Eastern Time), shall be the CDN ZAI PD Claims Bar Date, which shall be the last date and time by which the CDN ZAI PD Proof of Claim Form on account of a CDN ZAI PD Claim must be filed or the holder of such CDN ZAI PD Claim shall be forever barred from asserting such CDN ZAI PD Claim against the Debtors; and it is further

ORDERED that the term "CDN ZAI PD Claim" shall be defined as set forth in the bar date documents attached hereto at Exhibit A and Exhibit B; and it is further

ORDERED that the Debtors shall:

(1)    mail via first-class United States mail, within thirty (30) days of entry of this Order, a copy of the CDN ZAI PD Bar Date Notice Package,[3] to (i) all known Holders of CDN ZAI PD Claims and their counsel of record, (ii) the Office of the United States Trustee; (iii) counsel to the official committees appointed in these Chapter 11 Cases; and (iv) all those parties that have requested  service and notice of papers in accordance with Bankruptcy Rule 2002;

(2)    mail via first-class United States mail, within thirty (30) days of receipt of names and addresses of potential other known putative claimants provided by the Crown, a copy of the CDN ZAI PD Bar Date Notice Package to all such claimants; and

---

[3]    The CDM ZAI PD Bar Date Notice Package consists of the **Cover Letter to Potential Known CDN ZAI PD Cl aimants,** CDN ZAI PD Proof of Claim Form, the General Instructions for Completing the CDN ZAI PD Proof of Claim, and the Notice of the Last Day to File a Claim Concerning CDN ZAI PD Claims.

(3)     complete the publication notice and third-party mailings that are outlined in the CDN ZAI PD Bar Date Notice Program by February 28, 2009; and it is further

ORDERED that the form and use of the CDN ZAI PD Proof of Claim Form and the General Instructions for Completing the CDN ZAI PD Proof of Claim Form, annexed hereto at Exhibit A, are approved; and it is further

ORDERED that the CDN ZAI PD Bar Date Notices, annexed hereto at Exhibit B, are approved; and it is further

**ORDERED that inclusion of the Cover Letter in the Bar Date Notice Package, in the form annexed hereto at Exhibit C, is approved; and it is further**

ORDERED that the CDN ZAI PD Bar Date Notice Program, annexed hereto at Exhibit CD, is approved and shall constitute adequate notice of the CDN ZAI PD Bar Date to all known and unknown CDN ZAI PD Claimants in Canada; and it is further

ORDERED that the CDN ZAI PD Proof of Claim must be completed and signed by individual holders of CDN ZAI PD Claims or their authorized agents; and it is further

ORDERED that notwithstanding any term, provision, or notice to the contrary, if a person or entity holds a CDN ZAI PD Claim against more than one of the Debtors, such person or entity need not file a separate CDN ZAI PD Proof of Claim against each of the applicable Debtors in order to comply with the requirements of this Order and to preserve such person's or entity's CDN ZAI PD Claim, the timely filing of only one CDN ZAI PD Proof of Claim being sufficient and proper for purposes of this Order; and it is further

ORDERED that holders of CDN ZAI PD Claims are not required to submit any physical samples of ZAI with the CDN ZAI PD Proof of Claim, however, nothing in this Order prohibits any other person or entity from seeking samples in the future as part of the submission

3

of a CDN ZAI PD Claim to the CDN ZAI PD Claims Fund established in Canada; and it is further

ORDERED that the Debtors are authorized and empowered to take all actions and execute such other documents as may be necessary to implement the relief granted herein; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Pittsburgh, Pennsylvania
Dated:_____, 2008


_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

4

**GENERAL INSTRUCTIONS FOR COMPLETING THE W. R. GRACE & CO.
CDN ZAI PD PROOF OF CLAIM**

*The instructions and definitions below are general explanations of the law. In particular types of cases or circumstances, there may be exceptions to these general rules.*

THE LAST DAY ON WHICH TO FILE CDN ZAI PD CLAIMS IS AUGUST 31, 2009.

**The CDN ZAI PD Bar Date applies only to CDN ZAI PD Claims. CDN ZAI PD Claims are defined below and involve property-related claims attributable to ZAI for property located in Canada. The CDN ZAI PD Bar Date does not involve personal injury claims that may be attributable to ZAI. Do not use this form for CDN ZAI PI Claims. CDN ZAI PI Claims will be channeled to the U.S. asbestos personal injury trust to be established pursuant to section 524(g) of the U.S. Bankruptcy Code as part of the Debtors' joint plan of reorganization.**

– GENERAL DEFINITIONS –

"ZAI" is a loose-fill, non-roll vermiculite home attic insulation, which may contain naturally occurring asbestos. It was sold from the 1920/1930s until 1984. Zonolite may have a glittery granular appearance. The granules are shaped like a small nugget and expanded like an accordion and may have a silvery, gold translucent or brownish cast. After years in the attic, the granules may darken to black or gray. Zonolite may be found underneath subsequently installed insulation of other types such as rolled fiberglass insulation.

"CDN" is an abbreviation for "Canadian."

*"CDN ZAI PD Bar Date"* is August 31, 2009, the date set by the Court as the date by which all persons and entities who have CDN ZAI PD Claims against the Debtors must file proofs of claim or be forever barred from asserting any such claims against the Debtors.

*"Debtors"* are the persons, corporations, or other entities listed below that have filed voluntary petitions for bankruptcy, and *"Debtor"* is any one of them, individually.

*"Creditor"* is any person, corporation, or other entity to whom the debtor owed a debt on the date the bankruptcy case was filed.

*"Petition Date"* is April 2, 2001, the date on which the Debtors each filed voluntary petitions for bankruptcy under Chapter 11 of Title 11 of the United States Code.

*"CDN ZAI PD Proof of Claim"* is the W. R. Grace & Co. Canadian ZAI PD Proof of Claim which must be submitted by you on or before the CDN ZAI PD Bar Date. It is the form that tells the bankruptcy court about your CDN ZAI PD Claim. This form must be filed with the Claims Processing Agent as described below.

*"CCAA Representative Counsel"* means Lauzon Belanger S.E.N.C.R.L. and Scarfone Hawkins LLP in their capacity as representative counsel to Canadian ZAI PD Claimants and Canadian ZAI PI Claimants.

*"Canadian ZAI PD Claimants"* means a holder of a CDN ZAI PD Claim, and someone who is subject to this CDN ZAI PD Bar Date.

*"Canadian ZAI PI Claimant"* means a holder of a CDN ZAI PI or "personal injury" Claim, and someone who is NOT subject to this CDN ZAI PD Bar Date.

*"CDN ZAI Minutes of Settlement"* is a summary of a settlement reached between the Debtors and Grace Canada, Inc. ("Grace Canada"), on the one hand and the CCAA Representative Counsel on the other hand, in which the Debtors and Grace Canada agree to fund the CDN ZAI PD Claims Fund in full satisfaction of CDN ZAI PD Claims. The settlement also settles CDN ZAI PI Claims by channeling such claims to a trust to be established in the United States pursuant to the Debtors' plan of reorganization.

*"CDN ZAI PD Claims Fund"* means a fund to be established in Canada for the administration, adjudication, and distribution of funds with respect to CDN ZAI PD Claims.

## – THE DEBTORS –

The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2

## –DEFINITION OF CANADIAN ZONOLITE ATTIC INSULATION PROPERTY CLAIMS OR "CDN ZAI PD" CLAIMS –

The Debtors have created a CDN PD ZAI Proof of Claim form for CDN ZAI PD Claims. Such claims are defined as follows:

*"CDN ZAI PD Claims"* are claims as defined under section 101(5) of the Bankruptcy Code and include claims that relate to the cost of abatement or removal, diminution of property value or other economic loss allegedly caused by Zonolite Attic Insulation manufactured by the Debtors and *installed in homes and buildings that are located in Canada.* CDN ZAI PD Claims are those past, present, and future claims cognizable under Canadian law against, or any debt, obligation or liability of, one or more of the Debtors, creating a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured, and whether such claim, debt, obligation or liability is in the nature of or sounding in tort, contract, warranty or any other theory of law or equity, relating to or arising by reason of, directly or indirectly, property damage, including, but not limited to, diminution in the value thereof, or environmental damage or economic loss caused or allegedly caused, directly or indirectly, by the Zonolite Attic Insulation sold, supplied, produced, specified, selected, distributed or in any way marketed by one of the Debtors or their predecessors or former subsidiaries and affiliates -- and arising or allegedly arising, directly or indirectly, from acts or omissions of one or more of the Debtors or their predecessors or former subsidiaries and affiliates, including, but not limited to, all claims, debts, obligations or liabilities for compensatory and punitive damages. **CDN ZAI PD Claims relate only to property located in Canada, and do not include any claims relating to personal injury.**

**The CDN ZAI PD Bar Date for filing CDN ZAI PD Claims is August 31, 2009 at 5:00 P.M. Eastern Time.**

*Be sure to date the claim and place the original signature of claimant or person making claim for creditor where indicated at the bottom of the claim form. Please type or print name of individual under the signature. Be sure all items are answered on the claim form. If not applicable, insert "Not Applicable".*

**RETURN CDN ZAI PD PROOF OF CLAIM (WITH ATTACHMENTS, IF ANY) TO THE FOLLOWING CLAIMS AGENT FOR THE DEBTORS:**

|  | | |
|---|---|---|
| **By Mail:** | | **By Hand Delivery:** |
| Rust Consulting, Inc. | | Rust Consulting, Inc. |
| Claims Processing Agent | Or | Claims Processing Agent |
| Re: W. R. Grace & Co. Bankruptcy | | Re: W. R. Grace & Co. Bankruptcy |
| P.O. Box 1620 | | 201 S. Lyndale Ave. |
| Faribault, MN 55021-1620 | | Faribault, MN 55021 |

3

**– SPECIFIC INSTRUCTIONS FOR COMPLETING THE CDN ZAI PD PROOF OF CLAIM –**

1.  The CDN ZAI PD Proof of Claim must be completed by individual holders of CDN ZAI PD Claims. If you assert claims against more than one Debtor, you do not need to file a separate CDN ZAI PD Proof of Claim against each applicable Debtor. The Debtors' Chapter 11 Plan currently contemplates a consolidation of the Debtors for Plan purposes whereby claims will be paid by the consolidated Debtors' estates. If consolidation for Plan purposes is not ultimately allowed by the Court, you will have the opportunity to assert your claim against the applicable Debtor or Debtors.

2.  Please read the CDN ZAI PD Proof of Claim carefully and fill it in completely and accurately.

3.  Print legibly. Your claim may be disallowed if it cannot be read and understood.

4.  The CDN ZAI PD Proof of Claim must be completed in English or French.

5.  Attach additional pages if more space is required to complete the CDN ZAI PD Proof of Claim.

6.  To obtain verification that your proof of claim was received by the claims agent, include a copy of the completed form and a self-addressed, postage prepaid return envelope when you file the CDN ZAI PD Proof of Claim with Rust Consulting, Inc.

7.  The claimant *must* attach copies of any and all available supporting documents.

8.  To be considered timely filed, the CDN ZAI PD Proof of Claim must be actually received by Rust Consulting, Inc. by August 31, 2009, at 5:00 p.m. prevailing Eastern Time.

**– EFFECT OF FAILING TO PROPERLY FILE A CDN ZAI PD PROOF OF CLAIM –**

Pursuant to Bankruptcy Rule 3003(c)(2), any person or entity who fails to complete and file a CDN ZAI PD Proof of Claim by the CDN ZAI PD Bar Date on account of such CDN ZAI PD Claim <u>shall be forever barred, estopped and enjoined</u> from (a) asserting the CDN ZAI PD Claim against (a) any of the Debtors, (b) the CDN PD Claims Fund, or (c) receiving distributions in these chapter 11 cases from the CDN PD Claims Fund in respect of the CDN ZAI PD Claim.

4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | |
| | ) | |

## NOTICE OF LAST DAY TO FILE A CANADIAN ZONOLITE ATTIC INSULATION ("ZAI") PD CLAIM[2]

This is a notice of the last day to file proofs of claim in the chapter 11 case of W. R. Grace & Co. and its related debtors for Zonolite Attic Insulation ("ZAI") property damage ("PD") claims for property located in Canada. ZAI is a loose-fill, non-roll vermiculite home attic insulation, which may contain naturally occurring asbestos. It was sold from the 1920/1930s to 1984, and it was sold or manufactured by Grace under the brand name of "Zonolite Attic Insulation" and by others under various other names including: Attic Fill, House Fill, Home Insulation, Zonolite Insulating Fill, Econofil, Quiselle Insulating Fill, Sears Micro Fill, Ward's Mineral Fill, Wickes Attic Insulation, Cashway Attic Insulation, Attic Plus, Unifil, and Mica Pellets Attic Insulation. ZAI may have a glittery granular appearance. The granules are shaped like a small nugget and expanded like an accordion and may have a silvery, gold translucent or brownish cast. After years in the attic, the granules may darken to black or grey. ZAI may be found underneath subsequently installed insulation of other types such as rolled fiberglass insulation. ZAI generally looks like this:

 

PLEASE TAKE NOTICE THAT on October 20, 2008 the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, United States Bankruptcy Court for the District of Delaware (the "Court"), having jurisdiction over the chapter 11 cases of W. R. Grace & Co. and certain of its affiliates (collectively, the "Debtors" or "Grace"), entered a Canadian ("CDN") ZAI PD Bar Date Order in the above-referenced bankruptcy cases.

The Court has established August 31, 2009 at 5:00 P.M. Eastern Time (the "CDN ZAI PD Bar Date") as the last date and time for all persons and entities including without limitation, each individual, partnership, joint venture, corporation, estate, trust and governmental unit who have **CDN ZAI PD Claims  (as defined herein)** against any of the Debtors or their predecessors-in-interest, to file a CDN ZAI PD Proof of Claim, **Do not use this form for CDN**

**ZAI PI Claims.  CDN ZAI PI Claims will be channeled to the U.S. asbestos personal injury trust to be established pursuant to section 524(g) of the U.S. Bankruptcy Code as part of the Debtors' joint plan of reorganization.**

1.      WHO MUST FILE A CDN ZAI PD PROOF OF CLAIM:

**You MUST file a CDN ZAI PD Proof of Claim if you have a CDN ZAI PD Claim. CDN ZAI PD Claims are defined as follows:**

CDN ZAI PD Claims are claims as defined under section 101(5) of the Bankruptcy Code and include past, present, and future claims cognizable under Canadian law that relate to the cost of abatement or removal, diminution of property value or other economic loss allegedly caused by Zonolite Attic Insulation manufactured by the Debtors and installed in buildings that are located in Canada.  CDN ZAI PD Claims are those past, present, and future claims cognizable under Canadian law against, or any debt, obligation or liability of, one or more of the Debtors, creating a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured, and whether such claim, debt, obligation or liability is in the nature of or sounding in tort, contract, warranty or any other theory of law or equity, relating to or arising by reason of, directly or indirectly, property damage, including, but not limited to, diminution in the value thereof, or environmental damage or economic loss caused or allegedly caused, directly or indirectly, by the Zonolite Attic Insulation sold, supplied, produced, specified, selected, distributed or in any way marketed by one of the Debtors or their predecessors or former subsidiaries and affiliates-- and arising or allegedly arising, directly or indirectly, from acts or omissions of one or more of the Debtors or their predecessors or former subsidiaries and affiliates, including, but not limited to, all claims, debts, obligations or liabilities for compensatory and punitive damages.  **CDN ZAI PD Claims related only to property located in Canada, and do not include any claims relating to personal injury.**

A settlement has been approved that creates a fund to pay valid CDN ZAI PD Claims.  In order to have your CDN ZAI PD Claim considered for payment by the Canadian fund (the "CDN ZAI PD Claims Fund"), you MUST file your CDN ZAI PD Proof of Claim, on or before the CDN ZAI PD Bar Date of **August 31, 2009**.

**IN THE EVENT THAT PRIOR TO THE CDN ZAI PD BAR DATE, YOU FILED A PROOF OF CLAIM FOR A CDN ZAI PD CLAIM USING OFFICIAL FORM 10 OR ANY OTHER PROOF OF CLAIM FORM, YOU MUST REFILE YOUR CLAIM ON THE SPECIALIZED, COURT-APPROVED CDN ZAI PD PROOF OF CLAIM FORM ON, OR BEFORE, THE CDN ZAI PD BAR DATE OR YOUR CLAIM SHALL BE BARRED AND DISALLOWED.**

In the event that prior to the CDN ZAI PD Bar Date you filed a proof of claim for any claim in these cases that you may have **other than** your CDN ZAI PD Claim, you do **not** need to refile those other claims.

Under Section 101(5) of the Bankruptcy Code and as used in this notice, the word "claim" means, among other things, (a) a right to payment, whether or not such right is reduced

2

to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured or unsecured.

2.    WHO DOES <u>NOT</u> NEED TO FILE A PROOF OF CLAIM

(a)    The CDN ZAI PD Bar Date, and the need to file a CDN ZAI PD Proof of Claim, applies only to holders of CDN ZAI PD Claims. You should only file this claim if it relates to property located in Canada. Another bar date was set for property located in the United States, and those ZAI claims were required to be filed by October 31, 2008.

**THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT NECESSARILY MEAN THAT YOU HAVE A CDN ZAI PD CLAIM OR THAT THE DEBTORS OR THE COURT BELIEVE YOU HAVE SUCH A CLAIM.**

3.    WHEN AND WHERE TO FILE

To file a claim, do the following:

(a)    File your claim by completing a CDN ZAI PD Proof of Claim, a copy of which is attached hereto.

(b)    For additional copies of the CDN ZAI PD Proof of Claim:

- Contact Rust Consulting, Inc., the Claims Processing Agent, toll-free at 1-877-465-4817, 9:00 a.m. - 5:00 p.m., Eastern Time, Monday through Friday. Claimants will not be charged for this call.

- Visit the Grace chapter 11 website at www.graceclaims.com to obtain a CDN ZAI PD Proof of Claim and/or General Instructions for Completing the W. R. Grace & Co. CDN ZAI PD Proof of Claim.

(c)    CDN ZAI PD Proofs of Claim must be mailed or hand-delivered so as to be received on or before the CDN ZAI PD Bar Date at the following address:

If mailed, to:

> Rust Consulting, Inc.
> Claims Processing Agent
> Re: W. R. Grace & Co. Bankruptcy
> P.O. Box 1620
> Faribault, MN 55021-1620

If hand delivered, to:

3

Rust Consulting, Inc.
Claims Processing Agent
Re: W. R. Grace & Co. Bankruptcy
201 S. Lyndale Ave.
Faribault, MN 55021

(between the hours of 9:00 a.m. and 5:00 p.m., Eastern Time, on business days).

CDN ZAI PD Proofs of Claim will be deemed filed only when they have been actually received by the Claims Processing Agent. CDN ZAI PD Proofs of Claim that are submitted by facsimile, telecopy or other electronic transmission will **not** be accepted and will **not** be deemed filed. If you are returning your CDN ZAI PD Proof of Claim by mail, allow sufficient mailing time so that the document is received on or before the CDN ZAI PD Bar Date. CDN ZAI PD Proofs of Claim that are postmarked before that date, but are received thereafter, will be considered late.

(d)     CDN ZAI PD Proofs of Claim <u>must</u> be signed by the claimant or the party submitting the document on behalf of the claimant.

(e)     Do not file or send copies of the CDN ZAI PD Proof of Claim to the Debtors, counsel for the Debtors, the CCAA Representative Counsel, the Official Committee of Unsecured Creditors, the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of Asbestos Property Damage Claimants, the Official Committee of Equity Security Holders, or such Committees' counsel.

(f)     Upon receipt of your claim, the Claims Processing Agent will send an acknowledgment card with the appropriate claim number noted thereon.

4.     WHAT TO FILE

(a)     To file a CDN ZAI PD Claim, you must use the court-ordered CDN ZAI PD Proof of Claim, which is supplied with this notice. Attach any supporting or backup documents that relate to the questions asked on the CDN ZAI PD Proof of Claim.

(b)     Your CDN ZAI PD Proof of Claim must be written in English or French. If you need a CDN ZAI PD Proof of Claim form and directions for filling out the form that are translated into French, please contact the Claims Processing Agent or visit the website as directed above.  **The directions for filling out the form are also available in Inuktitut from the Claims Processing Agent or available on the website, but the claim form itself must be answered in French or English.**

5.     CLAIMS AGAINST MULTIPLE DEBTORS/OTHER NAMES

If you assert claims against more than one Debtor, you do not need to file a separate CDN ZAI PD Proof of Claim against each applicable Debtor. The Debtors' Chapter 11 Plan currently contemplates a consolidation of the Debtors for Plan purposes whereby claims will be paid by the consolidated Debtors' estates. If consolidation for Plan purposes is not ultimately allowed by the

4

Court, you will have the opportunity to assert your claim against the applicable Debtor or Debtors.

6.    EFFECT OF NOT PROPERLY FILING A CDN ZAI PD PROOF OF CLAIM

ANY HOLDER OF A CDN ZAI PD CLAIM IS REQUIRED TO FILE A PROOF OF CLAIM ON THE COURT-APPROVED PROOF OF CLAIM FORM.  ANY SUCH HOLDER WHO FAILS TO FILE HIS OR HER PROOF OF CLAIM ON OR BEFORE THE CDN ZAI PD BAR DATE, **SHALL BE FOREVER BARRED, ESTOPPED AND ENJOINED** FROM ASSERTING ANY SUCH CLAIMS (OR FILING A PROOF OF CLAIM WITH RESPECT TO SUCH CLAIMS) AGAINST ANY OF THE DEBTORS OR THEIR PREDECESSORS-IN-INTEREST, THE CDN ZAI PD CLAIMS FUND, INSURANCE CARRIERS OR THEIR PROPERTY OR ESTATES.  IF ANY SUCH CLAIMS ARE SO BARRED, EACH OF THE DEBTORS AND ITS PROPERTY SHALL BE FOREVER DISCHARGED FROM ALL INDEBTEDNESS AND LIABILITIES WITH RESPECT TO SUCH CLAIMS AND THE HOLDERS OF SUCH CLAIMS SHALL NOT BE ENTITLED TO RECEIVE ANY DISTRIBUTION IN THESE CHAPTER 11 CASES ON ACCOUNT OF SUCH CLAIMS FROM THE CDN ZAI PD CLAIMS FUND, OR TO RECEIVE FURTHER NOTICES REGARDING SUCH CLAIMS OR REGARDING THESE CHAPTER 11 CASES.

7.    **QUESTIONS REGARDING COMPLETION OF PROOF OF CLAIM FORM**

If you have any questions concerning whether or not you need to file a CDN ZAI PD Proof of Claim, then you should consult your attorney **if you have one**.

In addition, Representative Counsel has been appointed **by the Canadian Court** to represent the interests of holders of CDN ZAI Claims, and you can contact them **or visit their websites** if you have questions.  These counsel are:

> Michel Bélanger ~~at Lauzon Bélanger S.E.N.C.L., at 514-844-3037~~
> **Lauzon Belanger, Inc.**
> **286 Saint-Paul West**
> **Montreal (Quebec) H2Y 2A3**
> **Telephone:  (514) 844-3037**
> **Facsimile:  (514) 844-7009**
> **Website:  www.lauzonbelanger.qc.ca**
> **mbelanger@lauzonbelanger.com**
>
> and

> David Thompson ~~or Mathhew Moloci at Scarfone Hawkins LLP, at~~
> **Matthew Moloci**
> **Scarfone Hawkins LLP**
> **One James Street South, 14th Floor**
> **P.O. Box 926, Depot 1**
> **Hamilton Ontario, Canada L8N 3P9**
> **Telephone:  (905) 523-~~1333.~~1333**
> **Facsimile: (905) 523-5878**
> **Websites: www.shlaw.ca or www.classactionlaw.ca**
> **thompson@shlaw.ca**
> **moloci@shlaw.ca**

**You can also contact U.S. counsel for the Representative Counsel if you have questions:**

> **Daniel K. Hogan**
> **The Hogan Firm**
> **1311 Delaware Avenue**
> **Wilmington, DE 19806**
> **Telephone: (302) 656-7540**
> **Facsimile: (302) 656-7599**
> **Website: www.thehoganfirm.com**
> **dkhogan@dkhogan.com**

For additional information regarding this notice or to obtain a CDN ZAI PD Proof of Claim, contact the Claims Processing Agent toll-free at **1-877-465-4817** between 9:00 a.m. and 5:00 p.m. (Eastern Time), Monday through Friday, or write to the Claims Processing Agent at the address outlined herein. You may also request a CDN ZAI PD Proof of Claim via Grace's chapter 11 website, at www.graceclaims.com.

BY ORDER OF THE COURT

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

| Moved to | 0 |
|---|---|
| Style change | 0 |
| Format changed | 0 |
| Total changes | 36 |

1 The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2 Capitalized terms not defined herein are described in the General Instructions for Completing the W. R. Grace & Co. ZAI PD Proof of Claim Form.

Legal Notice

# If You Have a Home Located in Canada with Vermiculite/Zonolite Loose-Fill Attic Insulation

## Your Rights May Be Affected by the W. R. Grace Bankruptcy

**A settlement has been reached, and a Fund has been established to pay valid Canadian ZAI Claims against Grace. To preserve your claim against Grace, you must file the Bankruptcy Court approved claim form.**

| Your Claim Must Be Filed By Month Date Year |
|---|

If your home is located in Canada and has vermiculite/zonolite loose-fill attic insulation, you may have a property claim against W R. Grace and its related entities ("Grace"). ~~W. R. Grace and its related entities ("Grace") have~~has filed for protection under Chapter 11 of the U.S. Bankruptcy Code. ~~If your home is located in Canada and has vermiculite loose-fill attic insulation, you may have a property claim against Grace.~~

**What Is Vermiculite Loose-Fill Attic Insulation?**
Vermiculite was used by Grace in certain nonroll home attic insulation that was sold from the 1920/1930s to 1984. Some of Grace's vermiculite attic insulation contains naturally-occurring asbestos and was sold under the name of "Zonolite Attic Insulation" ("ZAI") and under other brand names, including: Attic Fill, House Fill, Home Insulation, Zonolite Insulating Fill, Econofil, Quiselle Insulating Fill, Sears Micro Fill, Ward's Mineral Fill, Wickes Attic Insulation, Attic Plus, Mica Pellets Attic Insulation, Unifil and Cashway Attic Insulation.

**What Does It Look Like And Where Is It Located?**
ZAI is an insulation product typically used in home attics and sometimes in walls. The granules are small, accordion-shaped nuggets and may have a silvery, gold translucent or brownish cast that may also appear black or gray over time. ZAI may be found underneath other insulation installed at a later date.

**What Are ZAI Property Celaims?**
ZAI claims could include, among others, the cost of abatement or removal, the diminution of property value, economic loss, or other property-related claims caused by ZAI manufactured by Grace. Personal Injury Claims involving ZAI will be handled separately by a U.S. Asbestos Personal Injury Trust.

| | |
|---|---|
| Loose vermiculite | Vermiculite nugget size |

~~A settlement has been reached, and a Fund has been established to pay valid Canadian ZAI Claims against Grace. To preserve your claim against Grace, you must file the Bankruptcy Court approved claim form by Month Date Year.~~ You may obtain the appropriate claim

form and more information on how to file a claim by writing:

Claims Processing Agent, W. R. Grace & Co. Bankruptcy,
P. O. Box 1620, Faribault, MN 55021-1620 or
Call: 1-877-465-4817 or visit: www.graceclaims.com

**30-SECOND W. R. GRACE BAR DATE SPOT\***



**Court Ordered Legal Announcement**

**1-877-465-4817**
**www.graceclaims.com**

~~W. R. Grace Bankruptcy~~
~~Vermiculite Attic Insulation~~
**Zonolite Attic Insulation Property Claims**

**1-877-465-4817**
**www.graceclaims.com**

~~W. R. Grace Bankruptcy~~
~~Vermiculite Attic Insulation~~
**Zonolite Attic Insulation Property Claims**

**You must file a claim by**
**Month Date Year**

**1-877-465-48147**
**www.graceclaims.com**

If your home has loose-fill, non-roll vermiculite attic insulation, you may have a claim against W. R. Grace. A settlement fund will pay valid Canadian Property Claims involving Zonolite Attic Insulation. Claims must be filed by Month Date Year.

Zonolite was also sold under different names. It consists of expanded nuggets that appear silver, brown, gold, black or grey. It may be under other insulation.

Please call 877-465-4817 or go to graceclaims.com.

**\*Visual treatment is in draft form and will not be finalized until a later date.**

~~W. R. Grace Bankruptcy~~
~~Vermiculite Attic Insulation~~
**Zonolite Attic Insulation Property Claims**



**1-877-465-4817**
www.graceclaims.com

---

~~W. R. Grace Bankruptcy~~
~~Vermiculite Attic Insulation~~
**Zonolite Attic Insulation Property Claims**

**For Information**
**1-877-465-4817**
www.graceclaims.com

**Claims deadline: Month Date Year**

Furnished by Debtors in Case No. 01-01139, by
Order of the U.S. Bankruptcy Court for the
District of Delaware