### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. Grace & Co., et al.,** | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| | ) | |
| **Debtors.** | ) | **Objection Deadline:  November 6, 2008** |
| | ) | **Hearing Date:  TBD only if necessary** |

### SUMMARY OF THE VERIFIED APPLICATION OF THE SCOTT LAW GROUP, P.S. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI ADDITIONAL SPECIAL COUNSEL FOR THE INTERIM PERIOD FROM JUNE 1, 2008 THROUGH JUNE 30, 2008

Name of Applicant:                                      The Scott Law Group, P.S.


Authorized to Provide Professional Services to:    Zonolite Attic Insulation Claimants

Date of Appointment:                                   July 22, 2002

Period for which compensation and
Reimbursement is sought:                              June 1, 2008 through
                                                       June 30, 2008

Amount of Compensation sought as actual,
Reasonable, and necessary:                        $      2,090.00

Amount of Expenses Reimbursement:                $              0

This is a:  X̲ monthly    _ interim    _ final application

Prior Application filed:  Yes

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/02 | 7/21/02 – 9/30/02 | $37,691.00 | $3,422.38 | No Objections served on counsel | No Objections served on counsel |
| 12/05/02 | 10/1/02 – 10/31/02 | $24,143.00 | $728.96 | No Objections served on counsel | No Objections served on counsel |
| 02/10/03 | 11/1/02 – 11/30/02 | $32,033.00 | $629.26 | No Objections served on counsel | No Objections served on counsel |
| 02/27/03 | 12/1/02 – 12/31/02 | $32,330.00 | $1,262.74 | No Objections served on counsel | No Objections served on counsel |
| 04/09/03 | 01/1/03 – 01/31/03 | $41,977.00 | $2,033.90 | No Objections served on counsel | No Objections served on counsel |
| 05/06/03 | 02/1/03 – 02/28/03 | $22,950.00 | $3,192.89 | No Objections served on counsel | No Objections served on counsel |
| 06/02/03 | 03/1/03 – 03/31/03 | $40,463.00 | $7,696.91 | No Objections served on counsel | No Objections served on counsel |
| 07/21/03 | 04/1/03 – 04/30/03 | $35,032.00 | $3,697.08 | No Objections served on counsel | No Objections served on counsel |
| 07/31/03 | 05/1/03 – 05/31/03 | $30,578.00 | $2,063.15 | No Objections served on counsel | No Objections served on counsel |
| 08/15/03 | 06/1/03 – 06/30/03 | $40,623.00 | $1,480.01 | No Objections served on counsel | No Objections served on counsel |
| 10/9/03 | 07/1/03 – 07/31/03 | $56,280.00 | $5,564.54 | No Objections served on counsel | No Objections served on counsel |
| 12/8/03 | 08/1/03 – 08/31/03 | $37,790.00 | $3,851.92 | No Objections served on counsel | No Objections served on counsel |
| 12/23/03 | 09/1/03 – 09/30/03 | $28,605.00 | $2,501.11 | No Objections served on counsel | No Objections served on counsel |
| 03/10/04 | 10/1/03 – 10/31/03 | $13,755.00 | $335.38 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 11/1/03 – 11/30/03 | $3,497.00 | $193.59 | No Objections served on counsel | No Objections served on counsel |
| 04/26/04 | 12/1/03 – 12/31/03 | $608.00 | $112.93 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 01/1/04 – 01/31/04 | $0.00 | $695.68 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 02/1/04 – 02/29/04 | $0.00 | $389.65 | No Objections served on counsel | No Objections served on counsel |
| 06/17/04 | 03/1/04 – 03/31/04 | $39.00 | $22.39 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 04/1/04 – 04/30/04 | $277.00 | $18.23 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 05/1/04 – 05/31/04 | $1,911.00 | $124.50 | No Objections served on counsel | No Objections served on counsel |
| 09/20/04 | 06/1/04 – 06/30/04 | $1,443.00 | $3.02 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 08/1/04 – 08/31/04 | $112.00 | $125.41 | No Objections served on counsel | No Objections served on counsel |
| 1/12/05 | 09/1/04 – 09/30/04 | $9,611.00 | $25.79 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 10/1/04 – 10/31/04 | $47,541.00 | $2,538.15 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/1/04 – 12/16/04 | 0 | $7.11 | No Objections served on counsel | No Objections served on counsel |
| 2/14/05 | 12/16/04 – 12/31/04 | $314.50 | 0 | No Objections served on counsel | No Objections served on counsel |

| 4/11/05 | 02/1/05– 02/28/05 | $463.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|---|---|---|---|---|---|
| 8/29/05 | 04/1/05– 04/30/05 | $1,257.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 05/1/05– 05/31/05 | $562.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 06/1/05– 06/30/05 | $2,810.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/29/05 | 07/1/05– 07/31/05 | $7,791.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 08/1/05-08/31/05 | $7,217.50 | $1,729.71 | No Objections served on counsel | No Objections served on counsel |
| 11/16/05 | 09/1/05-09/30/05 | $983.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 10/1/05-10/31/05 | $10,012.00 | $1,365.27 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 11/1/05-11/30/05 | $9,041.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 1/17/06 | 12/1/05-12/31/05 | $4,682.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 01/1/06-01/31/06 | $5,204.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 4/3/06 | 02/1/06-02/28/06 | $2,683.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/18/06 | 03/1/06-03/31/06 | $1,351.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 04/1/06-04/30/06 | $2,511.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 05/1/06-05/31/06 | $6,108.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/10/06 | 06/1/06-06/30/06 | $8,512.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 07/1/06-07/31/06 | $6,406.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 08/1/06-08/30/06 | $8,275.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 11/7/06 | 09/1/06-09/30/06 | $4,258.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 10/1/06-10/31/06 | $2,302.50 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 11/1/06-11/30/06 | $507.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 2/7/07 | 12/1/06-12/31/06 | $8,766.50 | $20.00 | No Objections served on counsel | No Objections served on counsel |
| 5/16/07 | 01/1/07-01/31/07 | $27,935.00 | $23.77 | No Objections served on counsel | No Objections served on counsel |
| 5/16/07 | 02/1/07-02/28/07 | $2,590.00 | $167.63 | No Objections served on counsel | No Objections served on counsel |
| 5/16/07 | 03/1/07-03/31/07 | $11,162.00 | $1,787.27 | No Objections served on counsel | No Objections served on counsel |
| 8/21/07 | 04/1/07-04/30/07 | $2,376.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 8/21/07 | 05/1/07-05/31/07 | $7,396.00 | $1,146.43 | No Objections served on counsel | No Objections served on counsel |
| 8/21/07 | 06/1/07-06/30/07 | $6,688.00 | $2,407.33 | No Objections served on counsel | No Objections served on counsel |
| 12/10/07 | 07/1/07-07/31/07 | $264.00 | 0 | No Objections served on counsel | No Objections served on counsel |

| 12/10/07 | 08/1/07-08/31/07 | $776.00 | 0 | No Objections served on counsel | No Objections served on counsel |
|----------|------------------|---------|---|---------------------------------|---------------------------------|
| 12/10/07 | 09/1/07-09/30/07 | $51.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 02/21/07 | 10/1/07-10/31/07 | $325.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 02/21/07 | 11/1/07-11/30/07 | $480.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/9/08 | 01/1/08-01/31/08 | $230.00 | 0 | No Objections served on counsel | No Objections served on counsel |
| 5/9/08 | 02/1/08-02/29/08 | $8,630.00 | $1,450.55 | No Objections served on counsel | No Objections served on counsel |
| 8/15/08 | 04/1/08-04/30/08 | $4,830.00 | $2,489.64 | Pending | Pending |
| 8/15/08 | 05/1/08-05/31/08 | $312.50 | 0 | Pending | Pending |

This is the sixty-fourth Scott Law Group application for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case.

The total expended for the preparation of this application is approximately 2.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $500.00.

The Scott Law Group attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|-----------------------------|-----------------------------|--------------------------------|------------|---------------------|--------------------|--------------------|
| Darrell W. Scott | Partner | 18 | Litigation | $460 | 4.0 | $1,840.00 |
| TOTALS | | | | | 4.0 | $1,840.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|-----------------------------|-----------------------------|-----------------------------|------------|---------------------|--------------------|--------------------|
| Samantha Simatos | Legal Asst. | 15 | Litigation | $125 | 2.0 | $250.00 |
| TOTALS | | | | | 2.0 | $250.00 |

Compensation by Project Category

| Category | Total Hours | Total Fees |
|----------|-------------|------------|
| 11-Fee Applications, Applicant | 2.0 Hours | $250.00 |
| 22-ZAI Science Trial | 4.0 Hours | $1,840.00 |
| TOTALS | 6.0 Hours | $2,090.00 |

Date:   October 17, 2008
        Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-and-

Darrell W. Scott, Esq.
THE SCOTT LAW GROUP, P.S.
926 W. Sprague Avenue, Suite 680
Spokane, WA  99201
Phone: (509) 455-3966
FAX: (509) 455-3906

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS

**THE SCOTT LAW GROUP, P.S.**
926 W. Sprague Avenue, Suite 680
Spokane, WA  99201
Phone:  509-455-3966

For Time Period Ended:  06/30/08

Re: 1.5  Grace - Special Counsel

| Date | Timekeeper | Description | Hours | Rate | Total |
|------|-----------|-------------|-------|------|-------|
| 6/4/08<br><br>Darrell W. Scott<br>Principal | DWS | Phone conference with EW re appointment issues and Canadian ZAI settlement. | 0.20 | $460.00 | $92.00 |
| 6/12/08<br><br><br>Darrell W. Scott<br>Principal | DWS | Phone conference with local counsel re pending science trial hearing, briefing schedule, and proposed order re special counsel (2.0); review legal research and memoranda re ZAI accrual/contingent claims (1.8). | 3.80 | $460.00 | $1,748.00 |
| 6/26/08<br>Samantha Simatos<br>Legal Assistant | SS | Prepare 28th Quarterly Fee Application. | 2.00 | $125.00 | $250.00 |
| | | **Total This Statement:** | **6.00** | | **$2,090.00** |

## VERIFICATION

STATE OF WASHINGTON          )
                             )
COUNTY OF SPOKANE            )

Darrell W. Scott, after being duly sworn according to law, deposes and says:

a)      I am counsel for the applicant law firm The Scott Law Group, P.S., and have been admitted to appear before this Court.

b)      I have personally performed many of the legal services rendered by The Scott Law Group, P.S. and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the lawyers and paraprofessionals of The Scott Law Group, P.S.

c)      I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Darrell W. Scott, Esq.

SWORN AND SUBSCRIBED
Before me this 12th day of August, 2008.

Notary Public for Washington
Residing at Spokane
My Commission Expires: 9/10/2010