## CERTIFICATE OF SERVICE

I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Summary of the Verified Application of the Scott Law Group, P.S. for Compensation for Services and Reimbursement of Expenses as ZAI Additional Special Counsel for the Interim Period from June 1, 2008 through June 30, 2008* to be made this October 17, 2008, 2008 upon the parties identified on the attached service list, in the manner indicated:


*October 17, 2008*                                             */s/ William D. Sullivan*
Date                                                           William D. Sullivan

## SERVICE LIST

*E-mail:* smcfarland@pszyj.com
Laura Davis Jones, Esq.
James E. O'Neil, Esq.
Pachulskin Stang Ziehl Young Jones & Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery1*
David Klauder, Esq.
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 1275
Dallas, TX 75201
whsmith@whsmithlaw.com

*Federal Express and E-mail*
William.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*Hand Delivery*
William J.A. Sparks, Esq.
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19801

*E-mail:* syoder@bayardfirm.com
Steven M. Yoder, Esq.
The Bayard Firm

*E-mail:* meskin@del.camvel.com
Marla Eskin, Esq.
Campbell & Levine, LLC

*E-mail:* ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esq.
Ferry & Joseph, P.A.

*E-mail:* mlastowski@duanemorris.com
Michael R. Lastowski, Esq.
Duane Morris LLP

*E-mail:* currier@klettrooney.com
Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney, P.C.

*E-mail:* james_kapp@chicago.kirkland.com
James Kapp, III, Esq.
Kirkland & Ellis

*E-mail:* pvnl@capdale.com
Elihue Inselbuch, Esq.
Caplin & Drysdale, Chartered

*E-mail:* elawler@stroock.com
Lewis Kruger, Esq.
Stroock & Stroock & Lavan LLP

*E-mail:* carol.hennessey@lw.com
J. Douglas Bacon, Esq.
Latham & Watkins

*E-mail:* jsakalo@bilzin.com
Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price & Axelrod LLP

*E-mail:* pbentley@kramerlevin.com
Philip Bentley, Esq.
Kramer Levin Naftalis & Frankel LLP