## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                              )
                                                    )          Case No. 01-01139 (JKF)
W.R. GRACE & CO., et al.,                    .      )          Jointly Administered
                                                    )
     Debtor.                                     )          Chapter 11
_____ )

**Related to Docket Nos. 19581, 19620, 19780, 19787**

**Objection due by: 10/17/08 @ 4:00 p.m.**
**Hearing Date: 10/27/08 @ 9:00 p.m.**

### ARROWOOD INDEMNITY COMPANY'S JOINDER IN THE OBJECTIONS AND RESERVATIONS OF RIGHTS OF THE CNA COMPANIES AND THE FIREMAN'S FUND INSURANCE COMPANIES TO DEBTORS' MOTION FOR AN ORDER APPROVING DISCLOSURE STATEMENT, SOLICITATION AND CONFIRMATION PROCEDURES, CONFIRMATION SCHEDULE AND RELATED RELIEF

Party in interest Arrowood Indemnity Company ("Arrowood"), f/k/a Royal Indemnity

Company and located at 3600 Arco Corporate Drive, Charlotte, North Carolina 28273, submits

this Joinder in the Objections and Reservation of Rights of the CNA Companies (Dk. No. 19780)

and the Fireman's Fund Insurance Companies (Dk. No.  19787) to Debtors' Motion For An

Order Approving Disclosure Statement, Solicitation And Confirmation Procedures, Confirmation

Schedule and Related Relief.

#### Arrowood's Insurance Coverage

1)        Arrowood is an Asbestos Insurance Entity that sold primary liability insurance

and high-level excess umbrella liability insurance to Debtors or one of their predecessors in

interest.  The primary coverage, which was in force at various times between 1953 and 1963, is

the subject of a settlement with Debtors that, inter alia, fully resolved Debtors' claims for

asbestos-related coverage under those policies. By virtue of the indemnity and hold harmless

provision of this settlement, Arrowood is a Class 6 creditor of the Debtors with contingent claims

for reimbursement, contribution and indemnity.

2)    Regarding the high-level excess umbrella liability insurance, which was in force

at various times between June 1983 and June 1985, Debtors' claim for coverage under those

policies remains unsettled. The Plan contemplates: i) transferring Debtors' rights under these

policies—but not their corresponding obligations—to the Asbestos PI Trust and ii) vesting in the

Asbestos PI Trust the sole right to recover from those policies any payments made by the

Asbestos PI Trust in processing, liquidating, paying and satisfying Asbestos PI Trust Claims. *See*

Plan § 7.2

### Arrowood's Joinder

3)    By this submission, Arrowood hereby joins in the following:

a)    Objections and Reservation of Rights of CNA Companies to (A) Motion
of the Debtors for an Order Approving Disclosure Statement, Solicitation
and Confirmation Procedures, Confirmation Schedule and Related Relief
and (B) Debtors' Disclosure Statement for the Joint Plan of
Reorganization Dated as of September 19, 2008; and

b)    Objections and Reservation of Fireman's Fund Insurance Company,
Riunione Adriatica di Sicurta and Possibly Other Related Insurance
Companies to Debtors' Motion for an Order Approving Disclosure
Statement, Solicitation and Confirmation Procedures, Confirmation
Schedule and Related Relief.

### Arrowood's Reservation of Rights

4)    Arrowood expressly reserves, and does not waive, all of its rights, defenses,

limitations and/or exclusions in connection with its contractual rights, contractual obligations,

applicable law or otherwise. Nothing contained herein, shall be deemed to expand any alleged

coverage that may otherwise be available under any insurance policies or any alleged rights to

payment under any settlements. Arrowood fully reserves its right to amend, modify or

supplement its objections in response to any modification of the Plan or the Disclosure Statement and in response to the submission of any other party in interest and to adopt any other objections to approval of the Disclosure Statement filed by any other party.

Dated:  October 17, 2008
Wilmington, DE

Respectfully submitted,

BIFFERATO  GENTILOTTI, LLC


/s/Garvan F. McDaniel
Garvan F. McDaniel, Esq. (#4167)
800 King Street, First Floor
Wilmington, Delaware  19801
(302) 254-5396

-and-

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER LLP
150 East 42nd Street
New York, New York  10017-5639
(212) 490-3000

Counsel for Arrowood Indemnity Company

cc: All counsel of record