IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) <br> Jointly Administered |
| Debtors. | Ref. Dkt. No. _____ |

### ORDER APPROVING MOTION FOR LEAVE TO EXCEED PAGE LIMIT RULE FOR LIBBY CLAIMANTS' OBJECTION TO DEBTORS' DISCLOSURE STATEMENT FOR JOINT PLAN OF REORGANIZATION

Upon Motion of Libby Claimants to Exceed Page Limitation Rule for Libby Claimants' Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization (the "Motion"), whereby the Libby Claimants[1] seek authorization to file the Libby Claimants' Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization (the "Objection") in excess of the 40-page limitation prescribed pursuant to Del. Bankr. L.R. 7007-2 and the General Chambers Procedures; and due and proper notice of the Motion having been given; and is appearing that sufficient cause exists for granting the requested relief, it is hereby:

**ORDERED** that the Motion is **GRANTED**; and

**FURTHER ORDERED** that the Libby Claimants are authorized to file the Objection in excess of the 40-page limitation prescribed by Del. Bankr. L.R. 7007-2 and the General Chambers Procedures.

Dated: _____, 2008

_____
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

---

[1] All capitalized terms used but not otherwise defined herein shall have the meaning ascribed to such term in the Motion.

393.001-22556