IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

     Michelle M. Dero, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 17th day of October, 2008, she caused a copy of the following

**LIBBY CLAIMANTS' OBJECTION TO DEBTORS' DISCLOSURE STATEMENT
FOR JOINT PLAN OF REORGANIZATION AND APPROVAL MOTION**

**MOTION OF LIBBY CLAIMANTS' FOR LEAVE TO EXCEED PAGE LIMITATION
RULE FOR LIBBY CLAIMANTS' OBJECTION TO DEBTORS' DISCLOSURE
STATEMENT FOR JOINT PLAN OF REORGANIZATION**

to be served upon the parties on the attached list in the manner indicated.

*/s/ Michelle M. Dero*
Michelle M. Dero

SWORN TO AND SUBSCRIBED before me this 17th day of October, 2008.

*/s/ Linda M. Rogers*
Notary Public

LINDA M. ROGERS
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires June 20, 2011

393.001-22557

*Via* First Class Mail

(Counsel to Debtors)
David M. Bernick, P.C.
Janet S. Baer, Esquire
*Kirkland & Ellis LLP*
200 East Randolph Drive
Chicago, IL 60601

*Via* Hand Delivery

(Counsel to Debtors)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
*Pachulski Stang Ziehl & Jones LLP*
919 North Market Street, 17th Floor
Wilmington, DE 19801

*Via* First Class Mail

(Counsel to the ACC)
Elihu Inselbuch, Esquire
*Caplin & Drysdale, Chartered*
375 Park Avenue
New York, NY 10152

*Via* First Class Mail

(Counsel to Asbestos PI FCR)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Deborah L. Felder, Esquire
*Orrick, Herrington & Sutcliffe LLP*
Columbia Center
1152 15th Street, NW
Washington, DC 20005

*Via* First Class Mail

(Counsel to Equity Committee)
Philip Bentley, Esquire
Douglas Mannual, Esquire
*Kramer Levin Naftalis & Frankel LLP*
919 Third Avenue
New York, NY 10022

*Via* First Class Mail

(Counsel to Debtors)
Theodore L. Freedman, Esquire
Deanna D. Boll, Esquire
*Kirkland & Ellis LLP*
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

*Via* First Class Mail

(Counsel to the ACC)
Peter Van N. Lockwood, Esquire
Ronald Reinsel, Esquire
Jeffrey Liesemer, Esquire
*Caplin & Drysdale, Chartered*
One Thomas Circle, NW
Washington, DC 20005

*Via* Hand Delivery

(Counsel to the ACC)
Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
*Campbell & Levine, LLC*
800 King Street, Suite 300
Wilmington, DE 19801

*Via* First Class Mail

(Counsel to Asbestos PI FCR)

John C. Phillips, Jr., Esquire
*Phillips, Goldman & Spence, P.A.*
1200 North Broom Street
Wilmington, DE 19806

*Via* Hand Delivery

(Counsel to the Equity Committee)
Teresa D. Currier, Esquire
*Buchanan, Ingersoll & Rooney PC*
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

*Via* **Hand Delivery**

David Klauder, Esquire
*Office of the United States Trustee*
844 King Street, Suite 2313
Wilmington, DE 19801