## UNITED STATES BANKRUPTCY COURT
### District of Delaware

| | |
|---|---|
| **In Re:**<br>W.R. GRACE & CO.<br>W.R. Grace & Co., et al. | **Case No.:**01–01139–JKF<br><br>**Chapter:**11 |

### CLERK'S NOTICE REGARDING FILING OF APPEAL

Please be advised that State oc California Department of General services filed a Notice of Appeal on 10/16/08 regarding the October 10, 2008 Order Granting Debtors' Motion for Summary Judgment with Respect to the Claims The Notice of Appeal may be viewed at docket number 19775. The order on appeal may be viewed at docket number 19728.

David D. Bird
CLERK OF COURT

Date: 10/17/08
(VAN–440)

# CERTIFICATE OF NOTICE

```
District/off: 0311-1          User: Betsy                 Page 1 of 4           Date Rcvd: Oct 17, 2008
Case: 01-01139               Form ID: van440              Total Served: 213

The following entities were served by first class mail on Oct 19, 2008.
db          +W.R. GRACE & CO.,   7500 Grace Drive,   Columbia, MD 21044-4029
2134566     +A.J. Seiler Inc.,   James B. Seiler,   7350 Sheed Rd,   Cincinnati, OH 45247-3512
2396553     +A.W. CHESTERTON COMPANY,   225 FALLON RD,   STONEHAM, MA 02180-2904
2134565     +AEC Inc,   Pete Ianbellis,   Dept N 59904,   Milwaukee, WI 53259-0001
1993505     +Abacus Corp.(Amount $12,808.41),   PO Box 64743,   Baltimore, MD 21264-4743
1993507     +Abacus Corp.(Amount $6,499.41),   PO Box 64743,   Baltimore, MD 21264-4743
2392115     +Alarm Control Co,   Rann Oneida,   2166 South 900 East,   Salt Lake City, UT 84106-2325
2398510     +Alchemy-South LTD,   1345 Owenby Drive,   Marietta, GA 30066-6621
2348965     +American Gas & Chemical Co Ltd,   James Zanosky,   220 Pegasus Ave,   Northvale, NJ 07647-1904
2448817     +Andritz Inc,   Claim No. 1372,   35 Sherman St,   Muncy, PA 17756-1227
2396902     +Arbill Industries,   Les Antelffy,   PO Box 820542,   Philadelphia, PA 19182-0542
1993506     +Argo Partners,   12 West 37th Street, 9th Floor,   New York, NY 10018-7480
2348966     +Ascendix Technologies Inc. c/o Barbara Kennedy,   Wesley Snow/ Barbara Kennedy,
              Shannon Grace Ratliff & Miller LLP,   500 N Akard- Suite 2500,   Dallas, TX 75201-6690
2400623     +BRENNTAG NORTHEAST, INC,   PO BOX 13788,   READING, PA 19612-3788
2397417     +Benham Corp,   PO Box 9286,   207 Eiler Ave,   Louisville, KY 40214-2924
2402869     +Berger Singerman PA,   Jessica Hollander,   350 E Las Olas Blvd, Suite 1000,
              Fort Lauderdale, FL 33301-4215
2365135     +Berry & Berry,   Phillip S Barry,   24 Professional Center Parkway,   Suite 150,
              San Rafael, CA 94903-2759
2434329     +Betts Spring Company Inc.,   Marcus Shincey,   PO Box 2237,   San Leandro, CA 94577-0347
2263560     +Bradley Supply Company,   PO Box 29096,   Chicago, IL 60629-0096
2251013     +Building Laborers Local Union 310,   3250 Euclid Ave, Room 100,   Cleveland, OH 44115-2599
2130476     +Calcasieu Rentals, Inc.,   233 Hwy 397,   Lake Charles, LA 70615-4702
2434330     +Cardwell Conner PC,   Ronald Cardwell,   219 A E Washington St,   Greenville, SC 29601-2835
2391770      Celanese Ltd fka Hoechst Celanese,   (Cl #1547, Amt. $25,748.82),   1601 W. LBJ Freeway,
              Dallas, TX 75234-6034
2399158     +Cetrulo & Capone, LLP,   A Scott Marra,   2 Seaport Lane, 10th Fl,   Boston, MA 02210-2001
2397418     +Chemglass Inc,   3800 N Mill Road,   Vineland, NJ 08360-1528
2346581     +Chemstretch(Amt. #8,902.88),   340 Bynum Road,   Forest Hill, MD 21050-3038
2365136     +Cochrane Compressor Company,   Thomas Mays,   PO Box 1458,   Melrose Park,, IL 60161-1458
2399502     +Coffee Break Services Inc,   1940 Losantiville Road,   Cincinnati, OH 45237-4106
2445899     +Colemans Pumping Service,   James Coleman,   190 Sturkie Rd,   Wagener, SC 29164-9268
2402791      Commercial Metals Co.,   PO BOX 6187,   Chattanooga, TN 37401-6187
2400675     +Continental Causualty Co.,   John Tsokolas,   333 South Walbash Ave 23rd flr,
              Chicago IL 60604-4107
2211413     +Contrarian Funds, LLC,   411 West Putnam Ave., Ste. 225,   Greenwich, CT 06830-6263
2434331      Control Plus Inc.,   Robert Adams,   257 NW Ave, Ste 100,   Elmhurst, IL  60126
2262283     +Coots Henke & Wheeler,   Jeff Zipes,   255 East Carmel Drive,   Carmel, IN 46032-3013
2262659     +Costa Toxicologist,   Max Costa,   208 1st St 3,   Hoboken, NJ 07030-3560
2448813     +Cowles & Thompson PC,   Claim No. 67,   901 Main St,   Ste 4000,   Dallas, TX 75202-3746
2262661     +Crane & Co Inc,   Karen Steeter,   30 South St,   Dalton, MA 01226-1751
1829889     +Crenshaw Corporation,   Rob Ash,   1700 Commerce Road,   PO Box 24217,   Richmond, VA 23224-0217
2398511     +Crown Services,   15 Technology Way,   Nashua, NH 03060-3245
2396615     +DAP Products, Inc.,   2400 Boston Street, #200,   Baltimore, MD 21224-4779
2331893     +Daramic Inc.(Cl. #2040, Amt. $126,261.23),   4838 Jenkins Avenue,
              North Charleston, SC 29405-4816
2393849     +Dauphin & Rodgers,   Bruce Rodgers,   119 N Robinson, Ste 650,   Oklahoma City, OK 73102-4624
2374923     +Dawn Scientific,   Stephanie Walker,   164 Emmet St,   Newark, NJ 07114-2720
2397424     +Debt Acquisition Company of America V, LLC,   1565 Hotel Circle South,   Suite 310,
              San Diego, CA 92108-3419
2399535     +Dechart Price & Rhoads,   Micheal Van Kralingen,   1717 Arch Street,
              {hiladelphia, PA 19103-2713
2130477     +Deforest Enterprises, Inc.,   6421 Congress Avenue,   Boca Raton, FL 33487-2812
2369811     +Del Taco LLC(Amt. $3,750.00.00),   300 S. Grand Avenue, Ste. 2200,   Los Angeles, CA 90071-3132
2371781     +Del Taco LLC(Cl #13964, Amt. $3,750,000.00),   300 S Grand Avenue, Ste. 2200,
              Los Angeles, CA 90071-3132
2371780     +Del Taco LLC(Cl #14648, Amt. $3,750,000.00),   300 S Grand Avenue, Ste. 2200,
              Los Angeles, CA 90071-3132
2390224     +Delta Plastics,   President,   6844 La Cumbre,   Orange, CA 92869-4451
2264145     +Delta Plumbing Inc.,   Timothy Todd Irvin,   PO Box 975,   Jonesboro, GA 30237-0975
2402870     +Desselle-Maggard Corp,   Kevin Tarleton,   PO Box 86630,   Baton Rouge, LA 70879-6630
2131958     +Dickinson Wright PLLC,   Kristi Katsma,   500 Woodward Ave #4000,   Detroit, MI 48226-5403
2264146     +Dictronics Inc,   James Brown Jr,   110 Gould St,   PO Box 920403,   Needham, MA 02492-0005
2264147     +Division Of NCH Corporation,   Susan Richey,   2727 Chemsearch Blvd.,   Irving, TX 75062-6454
2393850     +Dorn Sprinkler Co.,   David Dorn,   4120 Dumont Street,   Cincinnati, OH 45226-1604
2402792     +E J Gaisser Inc.,   49 Liberty Place,   Stamford, CT 06902-7610
2370355     +Electronic Label Tech.(Amt. $6727.70),   708 W Kenosha,   Broken Arrow, OK 74012-8913
2346758     +Ellis Painter Ratterree & Bart,   David Adams,   PO Box 9946,   Savannah, GA 31412-0146
2133148     +Ergon Refining, Inc.,   2829 Lakeland Drive - 3rd Floor,   Jackson, MS 39232-9798
2368388     +FPF Ent(Amount $9,651.72),   PO Box 31691,   Chicago, IL 60631-0691
1829886     +Fair Harbor Capital, LLC,   875 Avenue of the Americas, Suite 2305,   New York, NY 10001-3565
2448275     +Fiberlock Technologies Inc,   150 Dascomb Rd,   Andover, MA 01810-5873
2460795     +Frank Parsons Paper Co. Inc.,   KP Wright,   2270 Beaver Road,   Landover, MD 20785-3217
2460796     +Franklen Equipment Inc.,   2324 E Washington Street,,   PO Box 700,   New Lenox, IL 60451-0700
2395804     +G.C.I Incorporated,   Jeanie,   PO BOX 83657,   Baton Rouge, LA 70884-3657
2133638     +GC Zarnas & Co Inc,   Stephen Zarnas,   850 Jennings St,   Bethlehem, PA 18017-7010
2264148     +GFS Chemicals Inc,   Martha Kiner,   PO Box 245,   Powell, OH 43065-0245
2429866      GIW Industries, Inc.,   PO Box 930860     -   5000 Wrightsboro,
              Atlanta, GA  91193     Grovetown, GA  90
2262662     +GLI International,   Kent Robert,   PO Box 389,   Loveland, CO 80539-0389
2262767      GW Mfg. Co., Inc.(Amt $17,930.88),   POB 28238,   Rancho Cucamonga, CA 91729
2352122     +General Steel Drum Corp.(Cl #15,523.00),   PO Box 651167,   Charlotte, NC 28265-1167
```

```
District/off: 0311-1           User: Betsy                 Page 2 of 4                  Date Rcvd: Oct 17, 2008
Case: 01-01139                 Form ID: van440             Total Served: 213
```

```
2432170      +General Surfactants(Cl. #2070, Amt. $7,128.00),   30 Industry Ave.,   Joliet, IL 60435-2652
2399125      +Goulston & Storrs(Amt. 4,389.09),   400 Atlantic Avenue,   Boston, MA 02110-3333
2399300      +Goulston & Storrs(Cl #6055, Amt. $5,189.76),   400 Atlantic Avenue,   Boston, MA 02110-3331
2399159      +Greenbaum Doll & McDonald PLL,   Martin J Cunningham,   Section 469,   Louisville, KY 40289-0001
2392116       Gulf States Engineering,   Leon Dressel,   PO Box 96456,   New Orleans, LA 70186
2251015      +Hain Capital Holdings, LLC,   301 Route 17, 6th Floor,   Rutherford, NJ 07070-2599
2397419      +Hammond Pest Control Inc,   664 State St,   Hammond, IN 46320-1695
2129732      +Handex of New England Inc. - CLAIM #2438,   Irvin Heath,   30941 Suneagle Drive,
               Mount Dora, FL 32757-9784
2396903      +Harborlite Corporation,   Austine Bukhoff,   130 Castilian Dr,   Santa Barbara, CA 93117-3028
2397420      +Harley's Auto Parts Inc,   310 Hampton Ave NE,   Aiken, SC 29801-4322
2392117      +Harris Turano & Mazza,   Euth El Fair,   941 Chatham Lane Ste 201,
               Columbus Grove, OH 43221-2416
2367572      +Hayes Mechanical Inc.,   Terry Angel,   2160 N Ashland Ave,   Chicago, IL 60614-3034
2445900      +Henshell & Buccellato Consulting Archite,   AIA Paul Buccellato,   2 Harding Road, Ste 2,
               Red Bank, NJ 07701-2017
2390442      +Heritage Environmental Ser Inc,   (Cl# 1717, Amt $20,118.63),   7901 W. Morris Street,
               Indianapolis, IN 46231-1366
2370610      +Heritage Environmental Ser. Inc.(Amt. $17181.88),   7901W. Morris Street,
               Indianapolis, IN 46231-1366
2374924      +Heritage Environmental Services LLC,   Melissa Head,   7901 W Morris St+,
               Indianapolis, IN 46231-1366
2207140      +Hinkle Roofing Products, Inc.,   639 First Court North,   Birmingham, AL 35203-3012
2374925      +Hitt & Hiller,   James Hiller,   510 SW Third Ave, Ste 309,   Portland, OR 97204-2543
2264149       Hoffman Custom Sieves Inc,   Dale Hoffman,   RR1 Box 45,   Turbotville, PA  17772
2399160      +Horiba Instruments Inc.,   Thomas P Kalafut,   17671 Armstrong Ave,   Irvine, CA 92614-5727
2434332      +Hughes Associates Inc.,   Philip J Dinenno,   3610 Commerce Drive 817,   Baltimore, MD 21227-1640
2128421      +Hydrite Chemical Co.(Amount $9,331.25),   Box 689227,   Milwaukee, WI 53268-9227
2393851      +IESCO Inc,   John Doody,   5235 B W 65th Street,   Bedford Park, IL 60638-5700
2262660      +IUPUI School of Dentistry Oral Health RE,   Judith A Wilkinson,   415 Lansang St,
               Indianapolis, IN 46202-2855
2398914      +IVES EQUIPMENT CORP.,   601 CROTON RD,   KING OF PRUSSIA, PA 19406-3111
2357441      +Imes Engineering, Inc.(Amt. $5,855.26),   37056 Cornerview Road,   Geismar, LA 70734-3358
2398512      +Industrial Scales & Systems Inc,   4295 Cromwell Rd,   Suite 615,   Chattanooga, TN 37421-2177
2390225      +Industrial Tectonics Inc.,   Pamela Wilcoxen,   7222 W Huron River,   Dexter, MI 48130-1099
2390226      +International Fiber Co,   Annette Seitz,   50 Bridge Street,   North Tonawanda, NY 14120-6842
2349046      +Intertek Caleb Brett,   (aka Its Caleb Brett),   Kevin Bakko,   PO Box 460709,
               Houston, TX 77056-8709
2402871      +Intransco Inc,   PO BOX 239,   Lynnfield, MA 01940-0239
2390227      +J & A Sales,   Barbara Schlosser,   20 W267 101st Street, Unit D,   Lemont, IL 60439-9672
2125616      +JA Miara Transportation, Inc.(Amount $6,600.00),   140 W. Street,   Wilmington, MA 01887-3025
2352909      +Jeremy Green Photography(Amt. $6,198.88),   2412 Bahama Road,   Austin, TX 78733-1208
2125692       Jerry Goldberg Ent., Inc.(Amt. $2,825.62),   R55 Washington Street,   Norwell, MA 02061
2366016      +KATTEN MUCHIN ZAVIS ROSEMAN,   575 MADISON AVENUE,   NEW YORK, NY 10022-2585
2428923      +Karski Security Alarm Systems,   3212 Greentree Circle,   New Castle, PA 16105-1145
2151352      +Keystone Electric Company,   2807 Annapolis Road,   Baltimore, MD 21230-3594
2264150      +King Clexon & Feola LLC,   Gary Clexon,   1670 York Street,   Denver, CO 80206-1410
2442573      +King Pallet, Inc.(Amt. $5,610.00),   1800 NW 22nd Ct.,   Pompano Beach, FL 33069-1312
2160793      +L.B. Mechanical Co., Inc.,   PO Box 1213,   Abingdon, MD 21009-6213
2398513      +LA Tex Rubber & Specialties,   PO Box 3050,   Lake Charles, LA 70602-3050
2429534      +LabVantage Solutions, Inc,   C/O Matthew A Porter ESQ,   Dechert LLP,
               200 Clarendon St 27th Floor,   Boston, MA 02116-5056
2264188       Lark Portable Bldgs Inc,   Kenneth Young,   6461 Balding Blvd,   Jackson, FL  32244
2463498      +Law Office of John C Mueller,   23480 Park Sorrento Ste 207A,   Calabasas, CA 91302-1358
2399161      +Linatex Inc.,   George Johnson,   1550 Airport Road,   Gallatin, TN 37066-3792
2348967      +Liquid Handling Systems, Inc,   President,   1441 Village Way,   Santa Ana, CA 92705-4714
2432786      +Los Angeles County Metropolitan,   Transportation Authority,   One Gateway Plaza,
               Los Angeles, CA 90012-2952
2460797      +Louis M Zigman Law Corporation,   Louis Zigman,   473 S Holt Ave,   Los Angeles, CA 90048-4016
2211351      +MCI WorldCom and Its Affliates,   Attn: Brian Bejet, Esq.,   1133 19th Street NW,
               Washington, DC 20036-3604
2128420      +MD Industrial Group(Amt.$5,900.00),   233 E. Redwood Street, 5th Floor,
               Baltimore, MD 21202-3332
2264189      +MP Hunter & Sons Inc,   MP Hunter,   19448 Hwy 221 N,   Laurens, SC 29360-5367
2460798      +Manchester Inc. (MPS),   Vincent Rivera,   One Independent Dr.,   Jacksonville, FL 32202-5039
2351566      +Manning Selvage & Lee(Amt. $22,987.55),   6500 Wilshire Blvd,   Los Angeles, CA 90048-4920
2350145      +Mayers Electric Co., Inc.,   4004 Erie Court,   Cincinnati, OH 45227-2167
2399162      +McFrank Williams Adv,   Michael Bruce,   266 West 37th Street-8th,   New York, NY 10018-6609
2448776      +McLane Graf Raulerson Middleton PA,   Claim No. 373,   15 North Main St,   Concord, NH 03301-4945
2398514      +Meleney Equipment Inc,   10545 Guilford Road,   Unit 102,   Jessup, MD 20794-9109
2448277      +Mellon Investor Services LLC,   PO Box 360857,   Pittsburgh, PA 15251-6857
2402872      +Micro Center,   Koehler,   727 Memorial Drive,   Cambridge, MA 02139-4736
2393852      +Midwest Suburban Publishing,   Linda Young,   PO box 757,   Tinley Pak, IL 60477-0757
2393853      +Midwest Suburban Publishing Inc.,   Linda Young,   6901 West 159th Street,
               Tinley Pak, IL 60477-2327
2349563       Miller Nelson Research,   Gary Nelson,   Harris Ct Bldg C6,   Monterey, CA  93940
2265361      +Minnesota Pollution Control, Agency,   Alan C Williams,   445 Minnesota St, Suite 900,
               St Paul, MN 55101-2127
2397421      +Mitchs Welding & Hitches,   802 Kingsbury Street,   Maumee, OH 43537-1826
2400646      +Mobilcomm,   1211 W Sharon Road,   Cincinnati, OH 45240-2998
2256434      +Mobile Storage Group Inc,   Chris,   7590 N Glenoaks Blvd,   Burbank, CA 91504-1003
2400676      +Morgan Stanley Senior Funding,   Donna Souza,   1858 Broadway,   New York NY 10023-7681
2393294      +Motion Industries, Inc.,   c/o Barack Ferrazzano Kirschbaum & Nagel,   200 West Madison St.,
               Suite 3900,   Chicago, IL 60606-3459,   Attn: Kimberly J. Robinson
```

```
District/off: 0311-1         User: Betsy              Page 3 of 4                    Date Rcvd: Oct 17, 2008
Case: 01-01139               Form ID: van440          Total Served: 213
```

```
2458428       +Munoz, Gloria,   c/o Anthony S. Petru, Esq.,   Nildebrand, McLeod & Nelson, LLP,
                350 Frank H. Ogawa Plaza, 4th Floor,   Oakland, CA 94612-2050
2396544       +NORSTONE INC,   PO BOX 3,   WYNCOTE, PA 19095-0003
2400647       +New York Construction Materials,   6 Century Hill Drive,   Latham, NY 12110-6108
2350101       +Niro, Inc.(Cl. #717, Amt. $31,235.60),   1600 Okeefe Rd.,   Hudson, WI 54016-2290
2129733       +North American MFG Co - CLAIM #1940,   Kathy Ruekberg,   4455 E 71st Street,
                Cleveland, OH 44105-5601
2264190       +Northern Tool & Equipment Co,   Carlette Mueller,   PO Box 1219,   Burnsville, MN 55337-0219
2374926       +Novigen Sciences Inc./ Exponent Inc.,   James Burke,   1730 Rhode Island Ave NW, Ste 110,
                Washington, DC 20036-3101
2429654       +PUBLIC SERVICE ELECTRIC AND GAS COMPANY,   80 PARK PLAZA,   NEWARK, NJ 07102-4109
2434426       +Packateers Inc.,   Kristin Cross,   PO Box 547,   Downingtown, PA 19335-0547
2434333       +Packateers Inc.,   Kristin Cross,   819 Shadow Farm Road,   West Chester, PA 19380-2008
2442588       +Pallet King, Inc.(Amt. $5,610.00),   1800 NW 22nd Ct.,   Pompano Beach, FL 33069-1312
2398515        Paradyne,   PO Box 930224,   Atlanta, GA 31193-0224
2391900       +Patrick Engineering(Amt. $9,300.00),   4985 Varsity Drive,   Lisle, IL 60532-4013
2445901       +Peace Products Co,   Ken Trimhle,   143 Pennsylvania Ave,   Malvern, PA 19355-2418
2374927       +Perelson Weiner LLP,   Ronald Weiner,   One Dag Hammarskjold Plaza,   42nd Fl,
                New York, NY 10017-2201
2437806       +Petrochem Fluid Controls, Inc.(Amt. $6,772.31),   3593 Highway 90,   Westlake, LA 70669-7909
2402873       +Philadelphia Mixers,   Stephen Dickor,   1221 East Main Street,   Palmyra, PA 17078-9506
497267        +Phillips, Goldman & Spence, P.A.,   Attn.; Richard P.S. Hannum, Esquire,
                1200 North Broom Street,   Wilmington, DE 19806-4204
2456615       +Plasmine Technology Inc,   PO Box 30209,   Pensacola, FL 32503-1209
2432166       +Primark Tool Group(Cl #1187, Amt. $7,650.00),   33319 Treasury Ctr.,   Chicago, IL 60694-3300
2332033       +Prime Energy Systems(Amt. $13,345.00),   2306 South Battleground Road,   La Porte, TX 77571-9474
2447503       +Providence Environmental Inc.(Amt. $13,267.50),   312 Sharpe Rd,   Columbia, SC 29203-9589
2446356       +Providence Environmental Inc.(Amt. $5,882.50),   312 Sharpe Rd,   Columbia, SC 29203-9589
2393854       +Pumping Systems Inc.,   Stone Perez,   1100 Vijay Dr,   Atlanta, GA 30341-3138
2208095       +Pumps & Process Equipment, Inc.,   1234 Remington Road,   Schaumburg, IL 60173-4812
2370225       +Pumptek,   Att: Timothy Marklay,   7275 Edington Drive,   Cincinnati, OH 45249-1064
2256435       +RJMS Corp,   Jeannie Clayton,   Dba Toyota Material Handling N,   31010 San Antonio St,
                Hayward, CA 94544-7919
2262284       +RMT Inc.,   William Dickerel,   PO Box 2189,   Madison, WI 53701-2189
2264191       +Resin Systems Inc,   Joseph Thomas,   1586 Swiseo Rd,   Sulpher, LA 70665-8206
2460799       +Rexam Release Inc,   Ronald Glasshoff,   4201 Contress St., Ste 340,   Charlotte, NC 28209-4640
2399163       +Rumpke,   Paul Hanawm,   10795 Hughes Road,   Cinncinati, OH 45251-4523
2264192       +SC Hydraulic Engineering Corp,   Christinia Verbeek,   1130 Columbia Street,
                Brea, CA 92821-2921
2133388       +SMR Engineering & Environmental Services, Inc.,   Sharon Rosso,   PO Drawer 761,
                Central City, KY 42330-0761
2393890       +SOFTWARE SPECTRUM(Cl #2732, Amt. $4,040.80),   3480 Lotus Drive,   Plano, TX 75075-7834
2393295       +SPCP Group, LLC, as agent for Silver Point et al,   Two Greenwich Plaza, 1st Floor,
                Greenwich, Ct 06830-6353
2374928       +Selas Fluid Processing Corp,   Mark Frank,   5 Sentry Parkway E,   Ste 204,
                Blue Bell, PA 19422-2312
2130504       +Sierra Liquidity Fund,   2699 White Road #255,   Irvine, CA 92614-6264
2390443       +Software Spectrum(Cl #2731, Amt. $7,0193.43),   3480 Lotus Drive,   Plano, TX 75075-7834
2390444       +Software Spectrum, Inc(Cl #2733, Amt. $4,040.80),   3480 Lotus Drive,   Plano, TX 75075-7834
2262285       +Solid Gold Distributing Co Inc,   Andrew Park,   1055 W 7th Street,   Los Angeles, CA 90017-2577
2264193       +Southern X Ray LLC,   Paul Eill,   PO Box 2656,   Greer, SC 29652-2656
2247192       +Specialty Chemical Company, LLC,   2018 King Edward Avenue,   Cleveland, OH 37311-0901
2368389       +Spherion Corp.(Amt. $9,500.00),   POB 905514,   Charlotte, NC 28290-5514
2397422       +Stallings & Co,   250 Irving Blvd.,   Chicago Heights, IL 60411-2525
2374929       +TN American Water Co,   John Watson,   PO Box 11661,   Charleston, WV 25339-1661
2133639        TSI Incorporated,   Tammi Oleson,   PO BOX 86,   Minneapolis, MN 55486-0764
2434334       +Taylor Duane Barton & Gilman LLP,   James Duane III,   160 Federal Street,
                Boston, MA 02110-1700
2445902       +Tennant Sales & Service Company,   Patrick J O'Neil,   701 N Lilac Drive,
                Minneapolis, MN 55422-4611
2446373       +Tennessee Department of Environment,   & Conservation, Division of Superfund,   401 Church St,
                Nashville, TN 37243-0001
2434335       +The Baltimore Sun Company,   Carol Liotta,   501 N Calvert Street,   Baltimore, MD 21278-0001
2348157       +Thomas Wilcox Co. Inc.(Amt. $10,125.00),   241 Old Mill Road,   Sellersville, PA 18960-1414
2144157       +Thompson Equipment Company, Inc.,   PO Box 4189,   New Orleans, LA 70178-4189
1829888       +Total Fire & Safety,   Mary Scholtz,   6808 Hobson Valley Dr,   Woodbridge, IL 60517-1449
2397423        Tri County Petroleum,   PO Box 108,   Defiance, PA 16633-0108
2129515       +US Int'l. Services Ltd.(Cl. #13795, Amt. $7,389.88),   113 Kresson - Gibbsboro Rd,
                Voorhees, NJ 08043-9567
2125664       +US Int'l. Services Ltd.(Amount $7,389.88),   113 Kresson - Bibbsboro Road,
                Voorhees, NJ 08043-9567
2129520       +US Int'l. Services Ltd.(Cl. #13795, Amt. $7389.88),   113 Kresson - Gibbsboro Rd,
                Voorhees, NJ 08043-9567
2396619       +USG Corporation,   550 West Adams Street,   Chicago, IL 60661-3665
2437711       +Unidex Group, Inc.(Cl # 1277, Amt. $12,450.00),   797 Glenn Avenue,   Wheeling, IL 60090-6019
2365332       +Uniroyal Chemical Co.(Cl #2091, Amt. $49,039.66),   c/o Chemtura Corporation,   199 Benson Road,
                Middlebury, CT 06749-0002
2390228       +United States Container Corporation,   Grace Tsoung,   4950 S Santa Fe Ave,
                Vernon, CA 90058-2106
2370226       +VonWin Capital Management, LP,   60 Madison Avenue, 2nd Floor,   New York, NY 10010-1623
2434336       +WH Cooke & Co.,   Robert,   PO Box 263,   FInksburg, MD 21048-0263
2400622        WHITE AND WILLIAMS LLP,   1800 ONE LIBERTY PLACE,   PHILADELPHIA, PA 19103
1829887        WK Meriman Inc,   Mary Ann Merriman,   7038 River Road,   Pittsburgh, PA 15225
1829885       +Walter G Coale Inc,   Raymond Bent,   PO Box 39,   Churchville, MD 21028-0039
```

```
District/off: 0311-1           User: Betsy                 Page 4 of 4                  Date Rcvd: Oct 17, 2008
Case: 01-01139                 Form ID: van440             Total Served: 213

 2402681     +Weld-Rite Service Inc,    Attn: Joel A Stein,    6 W Hubbard St 8th FL,    Chicago, IL 60654-4636
 2448781     +Wisconsin Electric Wisconsin Gas,    Claim No. 522;,    231 W Michigan St,    Rm P187,
               Milwaukee, WI 53290-0001
 2448816     +Woodwise Inc,   Claim No. 2019,    942 ValleyBrook Rd,    Bothwyn, PA 19061-1419
 2397010     +Yokogawa Corporation of America,    Matt Ray,    2 Dart Road,    Newnan, GA 30265-1040
The following entities were served by electronic transmission on Oct 17, 2008.
 2448276     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM                            Liquidity Solutions Inc,
               One University Plaza,    Ste 312,    Hackensack, NJ 07601-6205
 2366018     +E-mail/Text: LSI@LIQUIDITYSOLUTIONS.COM                            REVENUE MANAGEMENT,
               ONE UNIVERSITY PLAZA SUITE 312,    HACKENSACK, NJ 07601-6205
                                                                                             TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
 2130503*    +Calcasieu Rentals, Inc.,    233 Hwy 397,    Lake Charles, LA 70615-4702
 2402684*    +Hain Capital Holdings, Ltd,    301 Route 17, 6th Floor,    Rutherford, NJ 07070-2599
 2264509*    +Total Fire & Safety,    Mary Scholtz,    6808 Hobson Valley Dr,    Woodbridge, IL 60517-1449
                                                                                             TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Oct 19, 2008**          **Signature:**          *Joseph Speetjens*