**CERTIFICATE OF SERVICE**

      I, Debra O. Fullem, do hereby certify that I am over the age of 18, and that on this 20th day of October, 2008, I caused copies of the *Tenth Supplemental Declaration Under Fed. R. Bankr. P. 2014 and 5002 in Support of Application for an Order Authorizing Retention and Employment of Orrick, Herrington & Sutcliffe LLP as Bankruptcy Counsel to David T. Austern as Future Claimants' Representative,* to be served by first class mail, postage prepaid, on the parties listed on the attached Service List.

      */S/ DEBRA O. FULLEM*
      Debra O. Fullem
      Orrick, Herrington & Sutcliffe LLP