## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

### AFFIDAVIT OF WILLIAM WELLER, PARALEGAL

| | |
|---|---|
| STATE OF DELAWARE | : |
| | : SS: |
| NEW CASTLE COUNTY | : |

I, William Weller, certify that I am, and at all times during the service have been an employee of Morris James LLP, not less than 18 years of age and not a party to the matter concerning which service was made. I certify further that on October 20, 2008, I caused to be served:

**Application of Holme Roberts & Owen, LLP for Compensation and Reimbursement of Expenses as Special Counsel to W.R. Grace & Co., et al., for the Interim Period from January 1, 2008 through January 31, 2008**

Service was completed upon the parties on the attached list in the manner indicated.

Date: October 20, 2008

_____
William Weller

SWORN AND SUBSCRIBED before me this 20th day of October, 2008.

_____
NOTARY

**JOANNE M. SOUTHERS**
**Notary Public - State of Delaware**
**My Comm. Expires Feb. 13, 2009**

My commission expires: 2/13/09

**VIA HAND DELIVERY**

David M. Klauder, Esquire
Trial Attorney
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207, Lockbox #35
Wilmington, Delaware 19801

Vito I. Dimaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, Delaware 19899

**VIA FEDERAL EXPRESS AND E-MAIL**

Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 1275
Dallas, Texas 75201
feeaudit@whsmithlaw.com

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, Maryland 21044
william.sparks@grace.com

**VIA E-MAIL**

Laura Davis Jones, Esquire
Pachulski Stang Ziehl & Jones LLP
ljones@pszjlaw.com

Mark Hurford, Esquire
Campbell & Levine, LLC
mhurford@camlev.com

**VIA E-MAIL**

Theodore Tacconelli, Esquire
Ferry, Joseph & Pearce, P.A.
ttacconelli@ferryjoseph.com

Michael R. Lastowski, Esquire
Duane Morris LLP
mlastowski@duanemorris.com

Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
teresa.currier@bipc.com

David M. Bernick, P.C.
Kirkland & Ellis LLP
dbernick@kirkland.com

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
pvnl@capdale.com

Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP
acaskadon@stroock.com

Scott L. Baena, Esquire
Bilsin Sumberg Dunn Baena Price &
Axelrod LLP
jsakalo@bilzin.com

J. Douglas Bacon, Esquire
Latham & Watkins LLP
david.heller@lw.com
carol.hennessey@lw.com

Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
pbentley@kramerlevin.com