# SIGN-IN-SHEET

**CASE NAME** W.R. Grace & Co.
**CASE NO.:** 01-1139 (JKF)

**COURTROOM LOCATION:** Multi-Purpose
**DATE:** 10/20/08 @10:00 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Roger Frankel | Orrick Herrington | Future Claims Rep (PI) |
| Lewis Kruger | Stroock & Stroock & Lavan | Official Unsec Creditors Cmm |
| Andrew Rosenberg | Paul, Weiss, R.S.W., Wharton & Garrison | Bank Lenders |
| Keith Montorana | Kramer Levin | Equity Committee |
| David Turetsky | Skadden Arps Slate Meagher & Flom LLP | Sealed Air Corporation |
| Matt Kramer | Bilzin Sumberg | PD Committee |
| Tony Boy | Kirkland & Ellis | Debtor |
| David Bernick | " | " |
| Nick Sparks | W R Grace | " |
| Theodore Freedman | Fry Joseph Warren | PD Committee |
| Alan B. Rich | Simpson Thacher | Proposed Counsel for PD FCR |
| Sam Rubin | | Travelers |
| Kathleen Makowski | Pachulski Stang Ziehl & Jones | Debtor |
| Cory Karvestri | B. Williams, Ways & Fein | The Jetts Co. |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# SIGN-IN-SHEET

**CASE NAME:** W.R. Grace & Co.
**CASE NO.:** 01-1139 (JKF)
**COURTROOM LOCATION:** Multi-Purpose
**DATE:** 10/20/08 @10:00 am

| NAME | LAW FIRM OR COMPANY | CLIENT REPRESENTING |
|---|---|---|
| Richard Sobo | Conroy, Rossi + UBS | Bank Lenders |
| Daniel Horen | The Horen firm | Caughn IMT Charles |
| Mark P. Hurford | Campbell + Levine | ACC |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**PLEASE PRINT YOUR NAME OR YOUR APPEARANCE MAY NOT BE CORRECTLY NOTED.**

# Court Conference

## U.S. Bankruptcy Court-Delaware
## Confirmed Telephonic Appearance Schedule
## Honorable Judith Fitzgerald (Visiting)
### Courtroom

Calendar Date: 10/20/2008
Calendar Time: 10:00 AM

| Page # | Item # | Case Name | Case # | Proceeding | App ID | Telephonic Appearance By | Telephone | Firm Name | Representing |
|---|---|---|---|---|---|---|---|---|---|
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2045682 | Tiffany Cobb | 614-464-8322 | Vorys, Sater, Seymour & Pease LLP | Creditor, Scotts Company / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2441108 | Andrew K. Craig | 973-734-3200 | Cuyler Burk, LLP | Creditor, Allstate Insurance Company / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2441701 | Christina J. Kang | 212-478-7200 | Hahn & Hessen | Interested Party, State of California / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2442095 | Anne Marie Aaronson | 215-981-4065 ext. 00 | Pepper Hamilton, LLP | Creditor, BNSF Railway Company / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2444200 | Shayne Spencer | 212-268-4800 | Ford Marrin Esposito Witmeyer & Gleser, L.L.P. | Interested Party, Ford Marrin Esposito Witmeyer & Gleser, L.L.P. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2444181 | Margaret Phillips | 212-373-3571 | Paul Weiss Rifkind Wharton & | Interested Party, The Bank Lender Group / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2442848 | Melanie Dritz | 212-230-8819 | Wilmer Cutler Pickering Hale & Dorr, | Interested Party, Hartford Financial Service Group, Inc. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2444400 | Lauren Garner | 203-465-6858 | JD Capital | Creditor, JD Capital / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2443915 | Tara Nauful | 803-779-3080 | Haynsworth Sinkler Boyd, P.A. | Interested Party, City of Charleston, South Carolina / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2444002 | David Siegel | 802-253-9264 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2444008 | Susette Smith | 617-498-4967 | W. R. Grace & Company | Debtor, Susette Smith / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2444476 | Oliver Butt | 212-270-3228 | JPMorgan Chase & Co. | Interested Party, Oliver Butt / LISTEN ONLY |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2445760 | Alan Runyan | 803-943-4599 | Speights & Runyan | Claimant, Official Committee of Asbestos Property Damage Claimants / LIVE |
| | | W. R. Grace & Co. | 01-01139 | Hearing | 2444331 | Craig Bruens | 212-446-4889 | Kirkland & Ellis | Debtor, W.R. Grace & Co. / LIVE |

Raymond Reyes

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 2443927 | Andrew Rosenberg | 212-373-3158 | Paul Weiss Rifkind Wharton & | Creditor, Loeb Partners Corporation / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445902 | Curtis Plaza | 973-451-8488 | Riker, Danzig, Scherer, Hyland & | Interested Party, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2444215 | Sophie Kim | 212-389-2560 | Orehill Partners | Interested Party, The Bank Lender Group / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445884 | Francine Rabinovitz | 831-626-8152 | Hamilton, Rabinovitz & Alshuler | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445267 | Sander L. Esserman | 214-969-4910 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2447172 | Chelsea Clinton | 212-878-3515 | Avenue Capital Group | Interested Party, Avenue Capital Group / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445868 | Elizabeth Devine | 202-973-9374 | LECG | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445790 | Daniel Speights | 803-943-4444 | Speights & Runyan | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2447010 | Brian Mukherjee | 617-570-1477 | Goodwin Procter LLP | Interested Party, CNA / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2444573 | Dale R. Cockrell | 406-751-6003 | Christensen, Moore, Cockrell, | Interested Party, State of Montana / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445379 | Jacqueline Dais-Visca | 416-952-7911 | Office of the Attorney General | Interested Party, Her Majesty the Queen in Right of Canada / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445354 | Theodore Freedman | 212-446-4934 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2446361 | Gentry Klein | 203-552-3542 | Cetus Capital | Interested Party, Cetus Capital / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2448963 | Brian L. Kasprzak | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, | Interested Party, Everest Reinsurance Company, et al / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2444062 | Paul J. Norris | 410-531-4362 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2443993 | Mark Shelnitz | 410-531-4212 | W. R. Grace & Co. | Debtor, W. R. Grace & Co. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445272 | Van J. Hooker | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2443066 | John C. Phillips, Jr. | 302-655-4200 | Phillips, Goldman & Spence, P.A. | Other Prof, David T. Austern / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445822 | Joseph Schwartz | 973-538-0800 ext. 8506 | Riker, Danzig, Scherer, Hyland & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 2445355 | Deanna Boll | 212-446-4759 | Kirkland & Ellis | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2444133 | Matthew Cantor | 212-616-2113 | Normandy Hill Capital LP | Interested Party, Normandy Hill Capital LP / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445559 | Christopher Greco | 212-446-4734 | Kirkland & Ellis | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445767 | Scott L. Baena | 305-350-2403 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2448526 | Andrew Chan | 212-526-4503 | Barclays Capital, Inc. | Creditor, Barclays Capital / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445801 | Darrell Scott | 509-455-3966 | Scott Law Group | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445808 | Elizabeth J. Cabraser | 415-956-1000 | Lieff, Cabraser, Heimann & Bernstein | Interested Party, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2004730 | Douglas H. Mannal | 212-715-9313 | Kramer Levin Naftalis & Frankel, LLP | Creditor, Official Committee of Equity Security Holders / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2038965 | Robert Guttmann | 212-826-5322 | Zeichner Ellman & Krause, LLP | Interested Party, National Union Fire Insurance Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2038919 | Michael S. Davis | 212-826-5311 | Zeichner Ellman & Krause, LLP | Interested Party, National Union Fire Insurance Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445276 | David J. Parsons | 214-969-4900 | Stutzman, Bromberg, Esserman & | Interested Party, Various Claimant Firms / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445333 | Jonathan Lewinsohn | 212-432-4668 | Anchorage Advisors | Interested Party, Anchorage Advisors / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445826 | Martin Dies | 512-476-4394 | Dies & Hile LLP | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2446517 | Joseph Radecki | 203-359-5646 | Tre Angeli LLC | Other Prof., David T. Austern, Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445352 | Barbara Harding | 202-879-5081 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2449242 | Jacob C. Cohn | 215-665-2147 | Cozen O'Connor | Creditor, Federal Insurance Company / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2448972 | Mark Plevin | 202-624-2801 | Crowell & Moring LLP | Interested Party, Everest Reinsurance Company, et al / LIVE |

| Debtor | Case | Type | Conf # | Name | Phone | Firm | Representing |
|---|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 2446435 | Brian Bresnahan | 212-583-5611 | The Blackstone Group | Interested Party, The Blackstone Group / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2448882 | Leslie A. Davis | 202-624-2500 | Crowell & Moring LLP | Interested Party, Everest Reinsurance Company, et al / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2448820 | Richard T Weschler | 434-297-0811 | Peninsula Capital Advisors | Interested Party, Equity Committee / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445898 | Matthew Kramer | 305-350-7246 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2443976 | Terese McCarthy | 914-798-4208 | Caspian Capital | Interested Party, Terese McCarthy / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2444147 | Carl Pernicone | 212-490-3000 ext. 2656 | Wilson, Elser, Moskowitz, Edelman & | Creditor, Royal Indemnity Company / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2446627 | Arlene Krieger | 212-806-5544 | Stroock & Stroock & Lavan LLP (New | Creditor, Official Committee of Unsecured Creditors / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 21613590 | Robert M. Horkovich | 212-278-1000 | Anderson Kill & Olick | Creditor, Official Committee of Asbestos Personal Injury Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2346757 | Ari Berman | 212-237-0228 | Vinson & Elkins LLP | Interested Party, Vinson & Elkins LLP / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2448722 | Bryan Shapiro | 212-649-9566 ext. 000 | P. Schoenfeld Asset Management | Interested Party, Bryan Shapiro / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2448816 | Jason Solganick | 212-284-9576 | Piper Jaffray & Co. | Other Prof., David T. Austern, Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445361 | Lisa Esayian | 312-861-2226 | Kirkland & Ellis | Debtor, W.R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445837 | Terence D. Edwards | 415-989-1800 | The Brandi Law Firm | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445138 | Christopher M. Candon | 617-951-2505 | Cohn Whitesell & Goldberg, LLP | Interested Party, Libby Claimants / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2446602 | Marti Murray | 646-445-8000 | Babson Capital Management, Inc. | Interested Party, Babson Capital Management, Inc. / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2448968 | John D. Mattey | 302-658-6538 | Marks, O'Neill, O'Brien & Courtney, | Interested Party, Everest Reinsurance Company, et al / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445860 | Edward J. Westbrook | 843-727-6513 | Richardson Patrick Westbrook | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2447207 | Alex Mueller | 212-261-8296 | Mendes & Mount | Interested Party, London Market Company / LISTEN ONLY |

| | | | | | | |
|---|---|---|---|---|---|---|
| W. R. Grace & Co. | 01-01139 | Hearing | 2445288 | Janet Baer | 312-861-2162 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445892 | Jay Sakalo | 305-375-6156 | Bilzin, Sumberg, Baena, Price & | Creditor, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2446523 | Jennifer Whitener | 212-259-7106 | Dewey & LeBoeuf LLP | Creditor, Ad Hoc Committee of Equity Security Holders / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2446486 | Debra Felder | 202-339-8567 | Orrick Herrington & Sutcliffe | Other Prof., David T. Austern, Future Claimants Representative / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2448586 | Traci Rea | 412-288-4184 | Reed Smith, LLP | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445779 | Richard Levy | 212-326-0896 | Pryor Cashman LLP | Interested Party, Asbestos Property Damage Claimants represented by Dies & Hile, LLP / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445785 | Marion Fairey | 803-943-4444 | Speights & Runyan | Interested Party, Official Committee of Asbestos Property Damage Claimants / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445284 | David M. Bernick | 312-861-2248 | Kirkland & Ellis | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2445003 | Peg Brickley | 302-521-2266 | Dow Jones News Wires | Interested Party, Dow Jones News Wires / LISTEN ONLY |
| W. R. Grace & Co. | 01-01139 | Hearing | 2446615 | James J. Restivo | 412-288-3122 | Reed, Smith, Shaw & McClay | Debtor, W. R. Grace & Co. / LIVE |
| W. R. Grace & Co. | 01-01139 | Hearing | 2446484 | Richard H. Wyron | 202-339-8514 ext. 00 | Orrick Herrington & Sutcliffe | Other Prof., David T. Austern Future Claimants Representative / LISTEN ONLY |