**Clean Exhibit C to Proposed Form of Order --Draft Cover Letter to Potential Known CDN ZAI PD Claimants**

## Draft Cover Letter to Potential Known CDN ZAI PD Claimants

[named owner/occupant]
[address of identified home]

Dear [named owner/occupant]

Re  IMPORTANT INFORMATION AND NOTICE - ZONOLITE ATTIC INSULATION
    Notice of Possible Existence and Property Damage Claim Process

The home at the above-noted municipal address has been identified from information and documents as potentially having been insulated with Zonolite Attic Insulation.

The enclosed notice and claim information package contains important information concerning the claims process for identification and remediation of Zonolite Attic Insulation.

Yours truly,

[TBD]