IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*             Bankruptcy No. 01-1139-JKF
    Debtor(s)

                                    Chapter 11

                                    **Related to Dkt. Nos.** 19819, 19741, 19744

### ORDER AMENDING ORDER ENTERED AT DOC. NO. 19819 SHORTENING NOTICE WITH RESPECT TO APPLICATION FOR RETENTION OF ALAN B. RICH, ESQUIRE, AS COUNSEL TO ALEXANDER M. SANDERS, JR.

     **AND NOW**, this **21st** day of **October, 2008**, **WHEREAS** this court entered a modified order on October 20, 2008, at Doc. No. 19819 shortening the time with respect to the application of Alan B. Rich, Esquire, for retention as counsel to Alexander M. Sanders, Jr.

     **WHEREAS** the objection date proposed by movant was changed in the order but the proposed hearing date was not changed accordingly;

     It is **ORDERED** that if timely objections to the retention of Alan B. Rich, Jr., are filed, a hearing will be held on **November 14, 2008,** at **9:00 a.m., Eastern time**, in Courtroom A, 54th Floor, U.S. Steel Building, 600 Grant Street, Pittsburgh, Pennsylvania.

                                                        */s/ Judith K. Fitzgerald*
                                                        Judith K. Fitzgerald    **rmab**
                                                       United States Bankruptcy Judge