## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | Jointly Administered |
| | ) | |
| Debtor. | ) | Chapter 11 |
| | ) | **Related to Docket Nos. 19620 and 19581** |

**Objection due by: 10/17/08 @ 4:00 p.m.**
**Hearing Date: 10/27/08 @ 9:00 a.m.**

## ARROWOOD INDEMNITY COMPANY'S JOINDER IN THE OBJECTION OF MARYLAND CASUALTY COMPANY TO DEBTORS' DISCLOSURE STATEMENT FOR THE JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF W.R. GRACE & CO., ET AL, THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, THE ASBESTOS FUTURE CLAIMANT'S REPRESENTATIVE, AND THE OFFICE COMMITTEE OF EQUITY SECURITY HOLDERS [D.I. 19581]

Party in interest Arrowood Indemnity Company ("Arrowood"), f/k/a Royal Indemnity Company, hereby joins in the Objection of Maryland Casualty Company to Debtors' Disclosure Statement For the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Office Committee of Equity Security Holders [D.I. 19581].

Dated: October 21, 2008
Wilmington, DE

BIFFERATO GENTILOTTI LLC

_____
Ian Connor Bifferato, Esq. (#3273)
Garvan F. McDaniel (#4167)
800 N. King Street, First Floor
Wilmington, DE  19801

-and-

Carl J. Pernicone, Esq.
WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
150 East 42nd Street
New York, New York  10017-5639
(212) 490-3000

*Counsel for Arrowood Indemnity Company*

cc: All counsel of record