IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) Objections due: |
| | Hearing date: To be scheduled, only if objections are timely filed and served. |

**SUMMARY OF APPLICATION OF NELSON MULLINS RILEY & SCARBOROUGH, L.L.P. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE SECOND INTERIM PERIOD, FROM MAY 1, 2008 THROUGH May 31, 2008, FOR THE QUARTER OF APRIL 2008 – JUNE 2008**

| | |
|---|---|
| Name of Applicant: | **Nelson Mullins Riley & Scarborough, L.L.P.** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **July 19, 2001** |
| Period for which compensation and reimbursement is sought: | **May 1, 2008 – May 31, 2008** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$5,263.50 for the period** |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

EXHIBIT B

Amount of expense reimbursement sought as
Actual, reasonable, and necessary:          **$73.15 for the period**

This is a __x__ monthly ___ interim ___final application.

The total time expended for the preparation of this application is approximately **(2.7)** hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately **$ (336.00)**.

Prior fee applications:

|            |                | Requested   |           | Approved    |           |
|------------|----------------|-------------|-----------|-------------|-----------|
| Date Filed | Period Covered | Fees        | Expenses  | Fees        | Expenses  |
| October 17, 2001 | July 19, 2001 – July 31, 2001 | $28,316.50 | $234.68 | $22,653.20 | $234.68 |
| October 17, 2001 | August 1, 2001- August 31, 2001 | $69,119.50 | $1,196.84 | $55,295.60 | $1,196.84 |
| October 17, 2001 | May 1, 2001- June 30, 2001 | $113,762.50 | $2,155.05 | $91,010.00 | $2,155.05 |
| December 19, 2001 | October 1, 2001- October 31, 2001 | $67,906.50 | $1,348.82 | $54,325.20 | $1,348.82 |
| January 23, 2002 | November 1, 2001- November 30, 2001 | $26,792.00 | $168.41 | $21,433.60 | $168.41 |
| February 26, 2002 | December 1, 2001- December 31, 2001 | $24,895.00 | $673.51 | $19,916.00 | $673.51 |
| May 1, 2002 | January 1, 2002- January 31, 2002 | $21,009.00 | $147.52 | $16,807.20 | $147.52 |
| June 18, 2002 | February 1, 2002- February 28, 2002 | $24,897.00 | $122.30 | $19,917.60 | $122.30 |
| June 18, 2002 | March 1, 2002 – March 31, 2002 | $17,003.00 | $52.22 | $13,602.40 | $52.22 |
| June 25, 2002 | September 1, 2001- September 30, 2001 | $31,625.50 | $488.83 | $25,300.40 | $488.83 |
| June 25, 2002 | April 1, 2002-April 30, 2002 | $17,827.00 | $345.71 | $14,261.60 | $345.71 |
| June 26, 2002 | January 1, 2002- March 31, 2002 | $62,909.00 | $322.04 | $62,909.00 | $322.04 |
| July 2, 2002 | May 1, 2002-May 31, 2002 | $27,070.00 | $177.64 | $21,656.00 | $177.64 |
| August 14, 2002 | June 1, 2002 – June 30, 2002 | $15,496.50 | $178.39 | $12,397.20 | $178.39 |
| August 29, 2002 | July 1, 2002 – July 31, 2002 | $18,481.50 | $225.82 | $14,785.20 | $225.82 |
| September 3, 2002 | July 19, 2001 – September 30, 2001 | $129,061.50 | $1,920.35 | $129,061.50 | $1,920.35 |
| September 3, 2002 | October 1, 2001 – December 31, 2001 | $119,593.50 | $2,190.74 | $119,593.50 | $2,190.74 |
| September 20, | April 1, 2002 – June | $60,393.50 | $701.74 | $55,739.00 | $701.74 |

2

| | | | | | |
|---|---|---|---|---|---|
| 2002 | 30, 2002 | | | | |
| October 8, 2002 | August 1, 2002 – August 31, 2002 | $10,363.00 | $169.79 | $8,290.40 | $169.79 |
| October 30, 2002 | September 1, 2002- September 30, 2002 | $11,114.00 | $221.89 | $8,891.20 | $221.89 |
| November 27, 2002 | July 1, 2002 – September 30, 2002 | $39,958.50 | $615.50 | $35,771.00 | $615.50 |
| December 11, 2002 | October 1, 2002- October 31, 2002 | $8,498.50 | $75.28 | $6,798.80 | $75.28 |
| December 26, 2002 | November 1, 2002- November 30, 2002 | $4,241.00 | $117.29 | $3,392.80 | $117.29 |
| February 6, 2003 | December 1, 2002 – December 31, 2002 | $9,298.50 | $97.20 | $7,438.80 | $97.20 |
| March 4, 2003 | January 1, 2003- January 31, 2003 | $6,026.50 | $24.91 | $4,821.20 | $24.91 |
| March 27, 2003 | February 1-February 28, 2003 | $5,473.50 | $52.58 | $4,378.80 | $52.58 |
| April 8, 2003 | October 1, 2002- December 31, 2002 | $22,038.00 | $289.77 | $22,038.00 | $289.77 |
| May 9, 2003 | March 1, 2003- March 31, 2003 | $5,424.00 | $64.16 | $4,339.20 | $64.16 |
| September 9, 2003 | January 1, 2003 – March 31, 2003 | $16,924.00 | $141.65 | $16,924.00 | $146.65 |
| August 22, 2003 | April 1, 2003- April 30, 2003 | $7,868.00 | $64.88 | $6294.40 | $64.88 |
| September 9, 2003 | May 1, 2003 – May 31, 2003 | $8,143.50 | $88.14 | $6,514.80 | $88.14 |
| September 5, 2003 | June 1, 2003 – June 30, 2003 | $17,705.00 | $291.20 | $14,164.00 | $291.20 |
| September 9, 2003 | April 1, 2003 – June 30, 2003 | $33,716.05 | $444.22 | $33,716.05 | $444.22 |
| September 6, 2003 | July 1, 2003 – July 31, 2003 | $36,321.00 | $241.39 | $29,056.80 | $241.39 |
| March 4, 2004 | August 1, 2003 – August 31, 2003 | $27,487.00 | $932.61 | $21,989.60 | $932.61 |
| March 4, 2004 | September 1, 2003 – September 31, 2003 | $38,442.00 | $139.47 | $30,753.60 | $139.47 |
| February 25, 2004 | July 1, 2003 – September 31, 2003 | $102,250.00 | $1,313.47 | $102,250.00 | $1,313.47 |
| March 8, 2004 | October 1, 2003 – October 31, 2003 | $9,723.50 | $154.31 | $7,656.00 | $154.31 |
| March 8, 2004 | November 1, 2003 – November 30, 2003 | $5,845.00 | $119.01 | $4676.00 | $119.01 |
| March 8, 2004 | December 1, 2003 – December 31, 2003 | $4465.50 | $ 4.08 | $3572.40 | $4.08 |
| March 10, 2004 | October 1, 2003- December 31, 2003 | $19,968.00 | $277.40 | $19,968.00 | $277.40 |
| May 12, 2004 | January 1, 2004- January 31, 2004 | $16,534.50 | $1,260.61 | $13,227.60 | $1,260.61 |
| May 12, 2004 | February 1, 2004 – February 28, 2004 | $9,591.50 | $32.50 | $7,673.20 | $32.50 |
| May 12, 2004 | March 1, 2004 – March 31, 2004 | $6,325.50 | $105.67 | $5,060.40 | $105.67 |
| June 7, 2004 | January 1, 2004- | $32,451.50 | $1,398.78 | $32,451.50 | $1,398.78 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | March 31, 2004 |  |  |  |  |
| June 7, 2004 | April 1, 2004- April 30, 2004 | $6,062.00 | $20.78 | $4,849.60 | $20.78 |
| July 6, 2004 | May 1, 2004- May 31, 2004 | $12,927.00 | $67.97 | $10,341.60 | $67.97 |
| August 12, 2004 | June 1, 2004 – June 30, 2004 | $12,228.00 | $372.90 | $9,782.40 | $372.90 |
| August 17, 2004 | April 1, 2004 – June 30, 2004 | $31,217.00 | $461.65 | $31,217.00 | $461.65 |
| September 7, 2004 | July 1, 2004 – July 31, 2004 | $19,020.00 | $216.31 | $15,216.00 | 216.31 |
| September 24, 2004 | August 1, 2004 – August 31, 2004 | $3,945.50 | $89.18 | $3,156.40 | $89.18 |
| October 22, 2004 | September 1, 2004- September 30, 2004 | $9,741.50 | $284.46 | $7,793.20 | $284.46 |
| October 28, 2004 | July 1, 2004 – September 30, 2004 | $32,707.00 | $589.95 | $32,707.00 | $589.95 |
| December 1, 2004 | October 1, 2004- October 31, 2004 | $20,570.50 | $76.25 | $16,456.40 | $76.25 |
| December 17, 2004 | November 1, 2004 – November 30, 2004 | $5,993.00 | $32.75 | $4,794.40 | $32.75 |
| February 17, 2005 | December 1, 2004 – December 31, 2004 | $3,397.50 | $24.51 | $2,718.00 | $24.51 |
| March 8, 2005 | January 1, 2005 – January 31, 2005 | $7,343.50 | $34.10 | $5,874.80 | $34.10 |
| March 16, 2005 | October 1, 2004 – December 31, 2004 | $29,961.00 | $133.51 | $29,961.00 | $133.51 |
| April 15, 2005 | February 1, 2005 – February 28, 2005 | $4,948.50 | $40.40 | $3,958.80 | $40.40 |
| May 10, 2005 | March 1, 2005 – March 31, 2005 | $6,494.00 | $71.74 | $5,195.20 | $71.74 |
| June 15, 2005 | January 1, 2005 – March 31, 2005 | $18,786.00 | $146.24 | $18,786.00 | $146.24 |
| June 7, 2005 | April 1, 2005 – April 30, 2005 | $4,754.50 | $38.87 | $3,803.60 | $38.87 |
| July 7, 2005 | May 1, 2005 – May 31, 2005 | $9,725.00 | $84.96 | $7,780.00 | $84.96 |
| August 1, 2005 | June 1, 2005 – June 30, 2005 | $5,182.00 | $1.80 | $4,145.60 | $1.80 |
| August 8, 2005 | April 1, 2005 – June 30, 2005 | $19,661.50 | $125.63 | $19,661.50 | $125.63 |
| August 20, 2005 | July 1, 2005 – July 31, 2005 | $10,155.00 | $15.27 | $8,124.00 | $15.27 |
| October 12, 2005 | August 1, 2005 – August 31, 2005 | $9,440.00 | $54.18 | $7,552.00 | $54.18 |
| November 4, 2005 | September 1, 2005 – September 30, 2005 | $2,772.00 | $14.03 | $2,217.60 | $14.03 |
| November 23, 2005 | July 1, 2005 – September 30, 2005 | $22,367.00 | $83.48 | $22,367.00 | $83.48 |
| December 16, 2005 | October 1, 2005 – October 31, 2005 | $4,735.50 | $27.51 | $3,788.40 | $27.51 |
| March 10, 2006 | November 1, 2005 – November 30, 2005 | $1,819.50 | $24.02 | $1,455.60 | $24.02 |
| March 27, 2006 | December 1, 2005 – | $7,582.50 | $26.28 | $6,066.00 | $26.28 |

4

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | December 31, 2005 |  |  |  |  |
| April 20, 2006 | October 1, 2005 – December 31, 2005 | $14,137.50 | $77.81 | $14,137.50 | $77.81 |
| April 20, 2006 | January 1, 2006 – January 31, 2006 | $8,997.00 | $58.95 | $7,197.60 | $58.95 |
| April 20, 2006 | February 1, 2006 – February 28, 2006 | $7,574.50 | $127.34 | $6,059.60 | $127.34 |
| April 20, 2006 | March 1, 2006 – March 31, 2006 | $6,120.50 | $11.93 | $4,896.40 | $11.93 |
| June 8, 2006 | April 1, 2006 – April 30, 2006 | $4,012.50 | $185.69 | $3,210.00 | $185.69 |
| June 9, 2006 | January 1, 2006 – March 31, 2006 | $22,692.00 | $198.22 | $22,692.00 | $198.22 |
| July 10, 2006 | May 1, 2006 – May 31, 2006 | $18,733.50 | $116.00 | $14,986.80 | $116.00 |
| August 2, 2006 | June 1, 2006 – June 30, 2006 | $1,459.00 | $9,179.83 | $1,167.20 | $9,179.83 |
| September 29, 2006 | April 1, 2006 – June 30, 2006 | $24,205.00 | $9,481.52 | $24,205.00 | $9,481.52 |
| September 11, 2006 | July 1, 2006 – July 31, 2006 | $834.00 | $25.85 | $667.20 | $25.85 |
| October 18, 2006 | August 1, 2006 – August 31, 2006 | $1,023.50 | $12.25 | $818.80 | $12.25 |
| October 30, 2006 | September 1, 2006 – September 30, 2006 | $519.50 | $0 | $415.60 | $0 |
| November 22, 2006 | July 1, 2006 – September 30, 2006 | $2,377.00 | $38.10 | $2,377.00 | $38.10 |
| November 22, 2006 | October 1, 2006 – October 31, 2006 | $415.00 | $12.30 | $332.00 | $12.30 |
| December 27, 2006 | November 1, 2006 – November 30, 2006 | $744.00 | $51.47 | $595.20 | $51.47 |
| February 12, 2007 | December 1, 2006 – December 31, 2006 | $1,229.00 | $5.00 | $983.20 | $5.00 |
| March 2, 2007 | January 1, 2007 – January 31, 2007 | $3,260.00 | $54.65 | $2,608.00 | $54.65 |
| March 7, 2007 | October 1, 2006 – December 31, 2006 | $2,388.00 | $68.77 | $2,388.00 | $68.77 |
| March 23, 2007 | February 1, 2007 – February 28, 2007 | $2,977.50 | $1,858.98 | $2,382.00 | $1,858.98 |
| April 24, 2007 | March 1, 2007 – March 31, 2007 | $3,069.00 | $941.40 | $2,455.20 | $941.40 |
| May 14, 2007 | January 1, 2007 – March 31, 2007 | $9,306.50 | $2,855.03 | $9306.50 | $2855.03 |
| May 25, 2007 | April 1, 2007 – April 30, 2007 | $430.00 | $92.00 | $344.00 | $92.00 |
| June 20, 2007 | May 1, 2007 – May 31, 2007 | $863.50 | $22.11 | $690.80 | $22.11 |
| July 11, 2007 | June 1, 2007 – June 30, 2007 | $663.00 | $12.38 | $530.40 | $12.38 |
| July 23, 2007 | April 1, 2007 – June 30, 2007 | $1956.50 | $126.49 | $1956.50 | $126.49 |
| August 23, 2007 | July 1, 2007 – July 31, 2007 | $786.50 | $26.41 | $629.20 | $26.41 |
| September 24, 2007 | August 1, 2007 – August 31, 2007 | $423.00 | $14.10 | $338.40 | $14.10 |

5

| | | | | | |
|---|---|---|---|---|---|
| January 2, 2008 | September 1, 2007 – September 30, 2007 | $396.00 | $12.94 | $316.80 | $12.94 |
| January 2, 2008 | November 1, 2007 – November 30, 2007 | $176.00 | $44.60 | $140.80 | $44.60 |
| January 9, 2008 | July 1, 2007 – September 30, 2007 | $1,605.50 | $53.45 | $1284.40 | $53.45 |
| January 22, 2008 | December 1, 2007 – December 31, 2007 | $742.00 | $0.00 | $593.60 | $0.00 |
| February 22, 2008 | January 1, 2008 – January 31, 2008 | $1,607.00 | $0.00 | $1,285.60 | $0.00 |
| March 25, 2008 | February 1, 2008 – February 29, 2008 | $8,386.00 | $14.25 | $6,708.80 | $14.25 |
| April 29, 2008 | March 1, 2008 – March 31, 2008 | $1,865.00 | $2.75 | $1,492.00 | $2.75 |
| May 28, 2008 | October 1, 2007 – December 31, 2007 | $918.00 | $44.60 | Pending | Pending |
| June 20, 2008 | April 1, 2008 – April 30, 2008 | $3,760.00 | $.55 | $3,008.00 | $.55 |

The Nelson Mullins Riley & Scarborough, L.L.P. attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| B..J. Burn | Associate | 7 years | Bankruptcy | $240.00 | .3 | $72.00 |
| N. J Smith | Partner | 29 years | Environmental | $320.00 | 3.40 | $1,088.00 |
| J. E. Holmes | Of Counsel | 15 years | Corporate | $270.00 | 2.00 | $540.00 |
| J. S. Claypoole | Associate | 5 years | Corporate | $285.00 | .5 | $142.50 |
| R.S. Stilwell | Partner | 14 years | Construction | $310.00 | 4.0 | $1,240.00 |
| M.P. Sieffert | Partner | 19 years | Corporate | $260.00 | .9 | $234.00 |
| D.B Rustin | Associate | 3 years | Corporate | $220.00 | 6.50 | $1,430.00 |

Grand Total for Fees:   $4,746.50
Blended Rate:   $269.69

The Nelson Mullins Riley & Scarborough, L.L.P. paraprofessionals who rendered professional services in these cases during the Fee Period are:

| Name | Position | Experience | Department | Rate | Hours | Total |
|---|---|---|---|---|---|---|
| B. Wright | Project Assistant | 10 months | Bankruptcy | $110.00 | 4.7 | $517.00 |

Grand Total for Fees: $517.00
Blended Rate:       $110.00

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 02399/06032 | Charleston | 5.9 | $1770.50 |
| 02399/06091 | Fee Applications | 5.0 | $589.00 |
| 02399/06000 | General | 11.40 | $2,904.00 |
| **TOTAL** | | **22.30** | **$5,263.50** |

## Expense Summary

| Description | Amount |
|---|---|
| Telephone | $2.10 |
| PACER | $17.84 |
| Westlaw | $53.21 |
| **TOTAL** | **$73.15** |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139(JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## VERIFICATION

Bernard F. Hawkins, Jr., after being duly sworn according to law, deposes and says as follows:

1. I am a partner with the applicant firm, Nelson Mullins Riley & Scarborough, L.L.P and I am a member in good standing of the bar of the State of South Carolina.

2. I have personally performed certain of, and overseen the legal services rendered by Nelson Mullins Riley & Scarborough, LLP as special counsel to the Debtors in environmental-related litigation issues and real estate transactions and am thoroughly familiar

---

[2] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

*Bernard F. Hawkins, Jr.*
Bernard F. Hawkins, Jr.

SWORN to and subscribed before me
this _16_ day of _July_, 2008

_____ (L.S.)
Notary Public for South Carolina

My Commission Expires: 9/3/2009

Ruth L. Johnson
Notary Public of South Carolina
My Commission Expires: 9/3/09

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

June 10, 2008  
Invoice 876708  Page  1

Our Matter #         02399/06032                         For Services Through 05/31/08  
WR Grace #           063-KL-721490-01-0501221  
Name of Matter:      Charleston

| Date | Description | | | |
|---|---|---|---|---|
| 05/09/08 | Phone call with Ms. Duff and Ms. Finkelstein regarding deed value issue in SC and FL. | | | |
| | N.J. SMITH | 0.30 hrs. | 320.00/hr | $96.00 |
| 05/12/08 | Office conference with Attorney Bobo regarding deed stamps, affidavit and value issue for property to be sold (0.3); telephone conference with Ms. Duff regarding environmental liability in valuation for recording issues, government acquisition and arms length sales (0.2); search for Florida information as requested, discuss with Attorney Holmes and confirm how issue would be addressed (0.2); confirm interpretation of issue with Ms. Duff (0.1); telephone conference with Ms. Finkelstein regarding interpretation of requirements for recording, review Florida information from Attorney Holmes, discuss South Carolina form and section (0.5). | | | |
| | N.J. SMITH | 1.30 hrs. | 320.00/hr | $416.00 |
| 05/12/08 | Research Florida tax allocation issues and telephone conference with Mr. Smith regarding same. | | | |
| | J.E. HOLMES | 1.20 hrs. | 270.00/hr | $324.00 |
| 05/13/08 | Telephone conference with Attorney Holmes regarding treatment of discounted price for environmental liability (0.2); research code sections and examples to prepare for discussion with Ms. Finkelstein (0.4); follow up with Ms. Finkelstein to review same, issue with ELT interpretation, and conference in Attorney Holmes to complete review (0.8); office conference with Attorney Claypoole to review manual and statute on SC issue of affidavit and documentary stamps, confirm interpretation and reply to Ms. Finkelstein as requested (0.4). | | | |
| | N.J. SMITH | 1.80 hrs. | 320.00/hr | $576.00 |
| 05/13/08 | Telephone conference with. Ms. Finkelstein and Mr. Smith regarding allocation of value with respect to Florida documentary stamp taxes. | | | |
| | J.E. HOLMES | 0.30 hrs. | 270.00/hr | $81.00 |
| 05/13/08 | Research deed recording fee. | | | |
| | J.S. CLAYPOOLE | 0.50 hrs. | 285.00/hr | $142.50 |
| 05/16/08 | Review and forward short and long forms of Florida mortgage and Georgia deed to secure debt. | | | |
| | J.E. HOLMES | 0.50 hrs. | 270.00/hr | $135.00 |

**Total Fees for Legal Services** ............................................................................................  **$1,770.50**

W. R. Grace & Co.

June 10, 2008
Invoice 876708  Page 2

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 3.40 | 320.00 | 1,088.00 |
| J.E. HOLMES | 2.00 | 270.00 | 540.00 |
| J.S. CLAYPOOLE | 0.50 | 285.00 | 142.50 |
| TOTAL | 5.90 | $300.08 | $1,770.50 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 05/12/2008 | Telephone 1-410-531-4210 | 0.15 |
| 05/12/2008 | Westlaw | 53.21 |
| 05/13/2008 | Telephone 1-410-531-4795 | 1.95 |
| **Total Charges for Other Services Provided/Expenses Incurred** | | **$55.31** |

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 2.10 |
| Westlaw | 53.21 |
| TOTAL | $55.31 |

Net current billing for this invoice ......................................................................... $1,825.81

**GRAND TOTAL** ......................................................................................................... **$1,825.81**

June 10, 2008
Invoice 876708  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN:  Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 05/31/08

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $1,770.50 |
| Charges for Other Services Provided/Expenses Incurred | $55.31 |
| **Net current billing for this invoice**................................................................ | **$1,825.81** |
| **GRAND TOTAL** ........................................................................................................ | **$1,825.81** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

DOMESTIC WIRING INSTRUCTIONS
**Receiving Bank:**  Columbus Bank & Trust (CB&T)
**ABA Number:**  061100606
**Beneficiary Bank:**  National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:**  Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:**  00322407701

FOREIGN WIRING INSTRUCTIONS
**Beneficiary Bank:**  National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:**  053200666
**Beneficiary Customer:**  Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:**  00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.  
ATTN: Lydia Duff, Esq.  
Senior Environmental Counsel  
7500 Grace Drive  
Columbia, MD 21044

June 5, 2008  
Invoice 875114  Page 1

Our Matter #           02399/06091                         For Services Through 05/31/08
Name of Matter:        Fee Applications

| Date | Description | Hours | Rate | Amount |
|---|---|---|---|---|
| 05/01/08 | Draft the twenty seventh quarterly fee application. B. WRIGHT | 2.50 hrs. | 110.00/hr | $275.00 |
| 05/04/08 | Review, edit and approve quarterly fee application. B.J. BURN | 0.30 hrs. | 240.00/hr | $72.00 |
| 05/27/08 | File quarterly fee application and draft fee application for April. B. WRIGHT | 2.20 hrs. | 110.00/hr | $242.00 |

**Total Fees for Legal Services** .................................................................. **$589.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.30 | 240.00 | 72.00 |
| B. WRIGHT | 4.70 | 110.00 | 517.00 |
| TOTAL | 5.00 | 117.80 | 589.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| Date | Description | Amount |
|---|---|---|
| 05/06/2008 | VENDOR: PACER Service Center; INVOICE#: 050508; DATE: 5/6/2008 - Billing Cycle: 01/01/08-03/31/08 | 2.56 |
| 05/06/2008 | VENDOR: PACER Service Center; INVOICE#: 050508; DATE: 5/6/2008 - Billing Cycle: 01/01/08-03/31/08 | 15.28 |

**Total Charges for Other Services Provided/Expenses Incurred** .................... **$17.84**

## DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Court Fees | 17.84 |
| TOTAL | $17.84 |

**Net current billing for this invoice** ........................................................ **$606.84**

**GRAND TOTAL** ............................................................................... **$606.84**

W. R. Grace & Co.

June 5, 2008
Invoice 875114  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 05/31/08

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $589.00 |
| Charges for Other Services Provided/Expenses Incurred | $17.84 |
| **Net current billing for this invoice**............................................................... | **$606.84** |
| **GRAND TOTAL** ............................................................................................. | **$606.84** |

**Terms of Payment: Balance due within thirty days of invoice date**

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC 29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

July 14, 2008
Invoice 883134  Page 1

| | | |
|---|---|---|
| Our Matter # | 02399/06000 | For Services Through 06/30/08 |
| WR Grace # | 063-KL-721490-01-501251 | |
| Name of Matter: | General | |

| Date | Description | | | |
|---|---|---|---|---|
| 05/01/08 | Go to County Square for contact with Enforcement Officer and brief client on same.<br>R.S. STILWELL | 0.80 hrs. | 310.00/hr | $248.00 |
| 05/02/08 | Call with Attorney Stilwell (0.1); email and call with client concerning status and filing of appeal (0.3); interoffice message to Attorney Stilwell regarding closing requirements (0.1).<br>M.P. SIEFFERT | 0.50 hrs. | 260.00/hr | $130.00 |
| 05/02/08 | Meet with structural engineer and call with enforcement officer and update notes to clients on same.<br>R.S. STILWELL | 1.60 hrs. | 310.00/hr | $496.00 |
| 05/05/08 | Review of emails regarding appeal and structural engineer report.<br>M.P. SIEFFERT | 0.40 hrs. | 260.00/hr | $104.00 |
| 05/05/08 | Draft appeal and attend filing of same.<br>R.S. STILWELL | 1.10 hrs. | 310.00/hr | $341.00 |
| 05/05/08 | Coordinate with Attorney Stilwell regarding filing of appeal with Greenville County board of construction appeals and forward same to client.<br>D.B. RUSTIN | 0.50 hrs. | 220.00/hr | $110.00 |
| 05/06/08 | Coordinate times for site inspection with Greenville County Code enforcement officer, structural engineer and Mitch Obradovich.<br>D.B. RUSTIN | 0.30 hrs. | 220.00/hr | $66.00 |
| 05/07/08 | Review letter confirming withdrawal of enforcement order from Attorney Rustin.<br>R.S. STILWELL | 0.30 hrs. | 310.00/hr | $93.00 |
| 05/07/08 | Meet Mitch Obradovich, structural engineer and Greenville County Code Enforcement Officer for site inspection and facility in Travelers Rest, SC.<br>D.B. RUSTIN | 3.10 hrs. | 220.00/hr | $682.00 |
| 05/08/08 | Draft letter to Jessica Jordan at Greenville County Code Enforcement office regarding closing of case, work with Attorney Stilwell, Lydia Duff and Mitch Obradovic regarding revisions to same and review and attach structural engineer's letter from Randy Hillman.<br>D.B. RUSTIN | 1.20 hrs. | 220.00/hr | $264.00 |
| 05/09/08 | Phone call to Jessica Jordan and Greenville County Code enforcement, leave message regarding whether letter was sufficient to close case.<br>D.B. RUSTIN | 0.20 hrs. | 220.00/hr | $44.00 |

| | | | | |
|---|---|---|---|---|
| 05/12/08 | Follow up telephone conversation with Mitch Obradovic regarding letter sent to Greenville County, try Jessica Jordan at Greenville County code enforcement once again. | | | |
| | D.B. RUSTIN | 0.30 hrs. | 220.00/hr | $66.00 |
| 05/13/08 | Follow up phone call to Jessica Jordan regarding status of closing case. | | | |
| | D.B. RUSTIN | 0.20 hrs. | 220.00/hr | $44.00 |
| 05/19/08 | Follow up with Attorney Rustin on closure letter and call from client on same. | | | |
| | R.S. STILWELL | 0.20 hrs. | 310.00/hr | $62.00 |
| 05/19/08 | Phone call with Jessica Jordan to secure printout of closed account and phone call to Mitch Obradovic, leave message. | | | |
| | D.B. RUSTIN | 0.30 hrs. | 220.00/hr | $66.00 |
| 05/19/08 | Follow up phone call with Mitch Obradovic and leave two voice mails for Jessica Jordan. | | | |
| | D.B. RUSTIN | 0.40 hrs. | 220.00/hr | $88.00 |

**Total Fees for Legal Services** ............................................................................. **$2,904.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.S. STILWELL | 4.00 | 310.00 | 1,240.00 |
| M.P. SIEFFERT | 0.90 | 260.00 | 234.00 |
| D.B. RUSTIN | 6.50 | 220.00 | 1,430.00 |
| TOTAL | 11.40 | $254.74 | $2,904.00 |

**Net current billing for this invoice** ............................................................................. **$2,904.00**

**GRAND TOTAL** ............................................................................. **$2,904.00**

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 06/30/08

W. R. Grace & Co.
General
Our Matter # 02399/06000

| | |
|---|---|
| Fees for Professional Services | $2,904.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice** ................................................................ | **$2,904.00** |
| **GRAND TOTAL**............................................................................................... | **$2,904.00** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
Receiving Bank: Columbus Bank & Trust (CB&T)
ABA Number: 061100606
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC  29151-1798
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

**FOREIGN WIRING INSTRUCTIONS**
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC  29151-1798
ABA Number: 053200666
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

Mary Cutler
Nelson Mullins
Meridian, 17th floor
1320 Main Street
Columbia, SC 29201



ActWgt: 1.0 LB
System#: 3910336/INET8061
Account#: S ********

Delivery Address Bar Code

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

Ref # 19899-8705
Invoice #
PO #
Dept #

SHIP TO: (803) 255-5594        BILL SENDER
**Patricia Cuniff**
**Pachulski Stang Ziehl Young Jones &**
**919 N. Market Street**

**Wilmington, DE 19801**



TRK# 7960 3057 8433
0201

TUE - 22JUL    A1
PRIORITY OVERNIGHT

19801
DE-US
PHL

**XB ZWIA**

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning**: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic valueof the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $500, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

Global Home | FedEx Mobile | Service Info | About FedEx | Investor Relations | Careers | fedex.com Terms of Use | Privacy Policy | Site Map
This site is protected by copyright and trademark laws under US and International law. All rights reserved. © 1995-2008 FedEx