# ATTACHMENT 2

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

THIRTY-FIRST MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM MAY 1, 2008 THROUGH MAY 31, 2008

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | May 1, 2008 through May 31, 2008 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $32,068.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $19.86 |

This is a:   ___XX___ monthly   _____ interim   _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 – 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 – 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 – 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 -- 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | Pending | Pending |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | Pending | Pending |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | Pending | Pending |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | Pending | Pending |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | Pending | Pending |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | Pending | Pending |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member of MD Bar since 1986 | $400.00 | 25.30 | $10,120.00 |
| Aaron H. Goldberg | Principal; Joined Firm 1987; Member of DC Bar since 1985 | $475.00 | 2.30 | $1,092.50 |
| Sarah E. Albert | Associate; Joined Firm 2006; Member of MD Bar since 2005 | $260.00 | 68.10 | $17,706.00 |
| Jonathon R. Metcalfe | Litigation Support Analyst | $190.00 | 2.30 | $437.00 |
| Ann constantine | Paralegal | $175.00 | 2.00 | $350.00 |
| Tracy Horch | Paralegal | $175.00 | 13.50 | $2,362.50 |

Total Fees:        $32,068.00
Total Hours:         113.50
Blended Rate:      $282.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 113.50 | $32,068.00 |

---

[6] These amounts are the sum total from the invoices attached hereto as Exhibit A (FUSRAP), Exhibit B (Bankruptcy Fee Application Preparation), and Exhibit C (Curtis Bay Works).

### EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
| --- | --- | --- |
| Duplicating | | $7.40 |
| Postage | | $1.89 |
| LexisNexis Courtlink | | $10.57 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

May 1, 2008 through May 31, 2008, an interim allowance be made to Beveridge & Diamond,

P.C. for compensation in the amount of $32,068.00 and actual and necessary expenses in the

amount of $19.86 for a total allowance of $32,087.86 and payment of $25,654.40 (80% of the

allowed fees) and reimbursement of $19.86 (100% of the allowed expenses) be authorized for a

total payment of $25,674.26, and for such other and further relief as this Court may deem just

and proper.

Dated: July ___9___, 2008          BEVERIDGE & DIAMOND, P.C.

_signature_

Pamela D. Marks
201 N. Charles Street, Suite 2210
Baltimore, MD 21201
Telephone: 410-230-1315
Facsimile: 410-230-1389
Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (FUSRAP) and Exhibit B (Fee Application Preparation).

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a) I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b) I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 9 th day of July, 2008.

Notary Public
My Commission Expires:   May 27, 2009

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
MAY 1, 2008 THROUGH MAY 31, 2008

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

June 20, 2008
Client/Matter #  01246-011548
Invoice # 123328
Federal ID# 52-1247549

---

For Legal Services Rendered Through 05/31/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**      BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|------|----------|-------|-------------|
| 05/19/08 | P. Marks | 0.20 | Telephone conference with P. Bucens re update on Building 23 issues; scheduling emails re same. |

|  |  |
|---|---|
| Total Hours : | 0.20 |
| Total Fees : | $80.00 |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 123328
June 20, 2008
PAGE  2

**Disbursements:**

Information Service - VENDOR: LEXISNEXIS COURT          10.57
LINK-Invoice #EA321601 dated 5/1/08 for data
research services

                          Total Disbursements :          $10.57

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.20 | $400.00 | $80.00 |

                          Total Fees :          $80.00

                     Total Disbursements :          $10.57

                          TOTAL DUE :          $90.57

# EXHIBIT B

## (Curtis Bay Works)

## LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 700
### 1350 I STREET, N.W.
### WASHINGTON D.C. 20005-3311
### (202) 789-6000

W. R. Grace & Co.
Attn: Lydia Duff, Esq.
Division Counsel
7500 Grace Drive
Columbia, MD  21044

June 20, 2008
Client/Matter #  01246-010001
Invoice # 123327
Federal ID# 52-1247549

For Legal Services Rendered Through 05/31/08 in Connection With:

**Curtis Bay Works**

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 05/18/08 | P. Marks | 2.00 | Review risk assessment related documents in connection with RFI. |
| 05/19/08 | P. Marks | 1.00 | Review RFI related documents, email to P. Bucens re same; telephone conference with P. Bucens re same. |

**Total Hours :**          3.00

**Total Fees :**          $1,200.00

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 3.00 | $400.00 | $1,200.00 |

|  |  |
|---|---|
| **Total Fees :** | $1,200.00 |
| **TOTAL DUE :** | $1,200.00 |

# EXHIBIT C

## (Somerville)

### LAW OFFICES
### BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

June 20, 2008
Client/Matter #  01246-013520
Invoice # 123331
Federal ID# 52-1247549

For Legal Services Rendered Through 05/31/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**       **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

<u>Somerville</u>

| Date | Name | Hours | Description |
|------|------|-------|-------------|
| 05/01/08 | P. Marks | 0.20 | Coordinate with S. Albert re tasks. |
| 05/01/08 | S. Albert | 0.30 | Exchange emails with E. Eller re exchange of pleadings and other materials; coordinate with P. Marks re case tasks. |
| 05/02/08 | S. Albert | 3.50 | Review of pleadings for New Jersey case; review of materials provided by E. Eller of W.R. Grace. |
| 05/03/08 | S. Albert | 7.20 | Review of materials provided by E. Eller of W. R. Grace; research causes of action for preparation of discovery requests. |
| 05/06/08 | P. Marks | 2.00 | Conference with S. Albert re preparation of case and discovery. |
| 05/06/08 | S. Albert | 8.00 | Review materials provided by WR Grace; preparation of chronology of facts; research New Jersey Spill Act contribution claim; conference with P. Marks re same. |

| 05/07/08 | P. Marks | 3.70 | Conference with S. Albert re factual and legal research; review pleadings and documents and evaluate case strategy and discovery issues; telephone conference with L. Duff, M. Obradovic, L. Sinanyan, and S. Albert re same; followup tasks and voicemail to opposing counsel. |
|---|---|---|---|
| 05/07/08 | S. Albert | 8.00 | Preparation of factual chronology based on available documents; conference with P. Marks re strategy; telephone conference with P. Marks and L. Duff re strategy; preparation of discovery requests. |
| 05/08/08 | P. Marks | 2.00 | Prepare for and conduct telephone conference with client and J. McGahren; followup telephone conference with L. Duff and M. Obradovic. |
| 05/08/08 | S. Albert | 4.00 | Preparation of discovery requests. |
| 05/09/08 | S. Albert | 8.00 | Preparation of discovery requests. |
| 05/09/08 | A. Constantine | 2.00 | Perform research re bankruptcy court rules regarding whether the court requires notice prior to filing discovery requests for S. Albert; review local rules; search for sample notices; send email re same. |
| 05/13/08 | P. Marks | 4.50 | Conference with S. Albert re discovery preparation; review draft discovery and case materials; evaluate landfill act cases and statute and strategy; telephone conference with Mian counsel; telephone conference with team re strategy. |
| 05/13/08 | S. Albert | 7.00 | Preparation of discovery requests; conference with P. Marks re same; telephone conference with Grace and bankruptcy counsel. |
| 05/14/08 | P. Marks | 2.30 | Prepare discovery and response to Mian motion in bankruptcy court. |
| 05/14/08 | S. Albert | 5.30 | Preparation of discovery requests; proofread discovery requests; preparation of excerpt for response to Mian's Motion. |
| 05/15/08 | P. Marks | 3.20 | Prepare Response to Mian Motion; telephone conference with team re same; telephone conference with L. Sinanyan (K&E) re same; conference with S. Albert re same; email to L. Duff re same; prepare comments to L. Sinanyan on draft. |

BEVERIDGE & DIAMOND, P.C.                                                    INVOICE #: 123331
                                                                            June 20, 2008
                                                                            PAGE   3

| 05/15/08 | S. Albert | 5.00 | Update chronology; telephone conference with P. Marks, L. Duff, and bankruptcy counsel re motion filing; research and submit OPRA applications to New Jersey Department of the Environment. |
| 05/19/08 | P. Marks | 1.50 | Prepare for document review; discussion with S. Albert and T. Horch re same; communications with L. Duff and with J. McGahren re same. |
| 05/19/08 | S. Albert | 0.30 | Preparation for document review. |
| 05/19/08 | T. Horch | 0.50 | Review case with S. Albert, and P. Marks for document review in Newark NJ; get supplies together for trip. |
| 05/20/08 | P. Marks | 0.50 | Telephone conferences with S. Albert re document review. |
| 05/20/08 | S. Albert | 10.50 | Review of Litgo documents at Patton Boggs in Newark, NJ; telephone conference with P. Marks re document review. |
| 05/20/08 | T. Horch | 10.50 | Review 12 boxes of documents in Newark, NJ, Patton, Boggs office, with S. Albert, chart documents reviewed and documents to be copied. |
| 05/21/08 | S. Albert | 0.70 | Telephone conference with New Jersey OPRA office re records request; telephone conference with M. Kaplan of Patton Boggs re copying of documents; conference with P. Marks re same. |
| 05/21/08 | T. Horch | 1.00 | Chart all bates numbers needed for copying to Patton Boggs and copy to S. Albert. |
| 05/27/08 | T. Horch | 1.50 | Work on charts- combine documents requested with chart from review date; correspond with Patton Boggs about the sending of requested documents. |
| 05/28/08 | S. Albert | 0.30 | Telephone conference with New Jersey OPRA representative re copying of records; exchange emails with P. Marks re same. |
| 05/29/08 | P. Marks | 0.50 | Review document status, associated emails, and discovery status. |
| 05/29/08 | J. Metcalfe | 2.30 | Creation of discovery databases containing incoming production materials; preparation of same for inclusion in document review projects |

| 05/30/08 | P. Marks | 0.70 | Review pleadings and email exchanges; telephone conference with L. Duff and J. Baer re time extension. |

| | Total Hours : | 107.00 |
| | Total Fees : | $29,295.50 |

**Disbursements:**

Duplicating                                    0.60


                              Total Disbursements :          $0.60




**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 21.10 | $400.00 | $8,440.00 |
| S. Albert | 68.10 | $260.00 | $17,706.00 |
| J. Metcalfe | 2.30 | $190.00 | $437.00 |
| A. Constantine | 2.00 | $175.00 | $350.00 |
| T. Horch | 13.50 | $175.00 | $2,362.50 |

                          Total Fees :          $29,295.50

                   Total Disbursements :              $0.60

                          TOTAL DUE :           $29,296.10

# EXHIBIT D

**(Bankruptcy Fee Application)**

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                          June 20, 2008
Attn: Lydia B. Duff, Esq.                         Client/Matter #  01246-012629
7500 Grace Drive                                  Invoice # 123330
Columbia, MD  21044                               Federal ID# 52-1247549

---

For Legal Services Rendered Through 05/31/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
                                     **SUITE 700**
                                     **1350 I STREET, N.W.**
                                     **WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**

05/27/08     P. Marks          1.00      Research and prepare response to fee auditor
                                         inquiry.

                              **Total Hours :**          **1.00**

                              **Total Fees :**        **$400.00**

**Disbursements:**

|  |  |
|---|---|
| Postage | 1.89 |
| Duplicating | 6.80 |

Total Disbursements :                    $8.69

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 1.00 | $400.00 | $400.00 |

Total Fees :                $400.00

Total Disbursements :             $8.69

TOTAL DUE :              $408.69

# EXHIBIT E

## (General Regulatory/Compliance Issues)

43019v1  Baltimore 012629

# LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 2210
### 201 NORTH CHARLES STREET
### BALTIMORE, MD 21201-4150
### (410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

June 20, 2008
Client/Matter #  01246-012100
Invoice # 123329
Federal ID# 52-1247549

---

For Legal Services Rendered Through 05/31/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**     **BEVERIDGE & DIAMOND, P.C.**
                                  **SUITE 700**
                                  **1350 I STREET, N.W.**
                                  **WASHINGTON, D.C. 20005-3311**

## General Regulatory/Compliance Issues

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 05/23/08 | A. Goldberg | 1.50 | Telephone conference with L. Duff re potential RCRA regulatory issues associated with spent catalysts; exchange e-mails with L. Duff re same and related issues under Canadian law. |
| 05/24/08 | A. Goldberg | 0.80 | Research and prepare extended e-mail to L. Duff re potential exemptions applicable to hazardous waste samples exported for testing of recycling process. |

**Total Hours :**          2.30

**Total Fees :**        $1,092.50

Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| A. Goldberg | 2.30 | $475.00 | $1,092.50 |
| | | Total Fees : | $1,092.50 |
| | | TOTAL DUE : | $1,092.50 |