# ATTACHMENT 3

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No.  01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

THIRTY-SECOND MONTHLY APPLICATION OF
BEVERIDGE & DIAMOND, P.C.
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS COUNSEL TO THE DEBTORS FOR THE
PERIOD FROM JUNE 1, 2008 THROUGH JUNE 30, 2008

| | |
|---|---|
| Name of Applicant: | Beveridge & Diamond, P.C. |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | May 12, 2005 |
| Period for which Compensation and Reimbursement is Sought: | June 1, 2008 through June 30, 2008 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $39,793.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $1,384.81 |

This is a:     ___XX___  monthly     _____ interim     _____ final application.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PRIOR APPLICATIONS FILED:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 12/05 | 10/1/05 – 10/31/05 | $13,486.25 | $ 337.02 | $13,486.25 | $ 337.02 |
| 2/06 | 11/1/05 – 11/30/05 | $46,587.50[2] | $ 57.62 | $46,587.50[3] | $ 57.62 |
| 2/06 | 12/1/05 – 12/31/05 | $ 5,726.25[4] | $1,308.41 | $ 5,726.25[5] | $1,308.41 |
| 3/06 | 1/1/06 – 1/31/06 | $11,187.50 | $ 173.56 | $11,187.50 | $ 173.56 |
| 4/06 | 2/1/06 – 2/28/06 | $16,106.25 | $ 156.33 | $16,106.25 | $ 156.33 |
| 5/06 | 3/1/06 – 3/31/06 | $11,377.50 | $ 70.33 | $11,377.50 | $ 70.33 |
| 6/06 | 4/1/06 -- 4/30/06 | $13,693.75 | $ 356.81 | $13,693.75 | $ 356.81 |
| 8/06 | 5/1/06 -- 5/31/06 | $28,261.25 | $ 227.37 | $28,261.25 | $ 227.37 |
| 9/13/06 | 6/1/06 -- 6/30/06 | $10,103.75 | $ 285.26 | $10,103.75 | $ 285.26 |
| 9/13/06 | 7/1/06 -- 7/31/06 | $ 4,307.50 | $ 14.21 | $ 4,307.50 | $ 14.21 |
| 9/25/06 | 8/1/06 -- 8/31/06 | $4,812.50 | $ 131.31 | $4,812.50 | $ 131.31 |
| 10/30/06 | 9/1/06 -- 9/30/06 | $16,988.75 | $ 287.83 | $16,988.75 | $ 287.83 |
| 12/1/06 | 10/1/06 – 10/31/06 | $19,348.25 | $ 210.02 | $19,348.25 | $ 210.02 |
| 1/11/07 | 11/1/06 - 11/30/06 | $34,281.25 | $ 425.47 | $34,281.25 | $ 425.47 |
| 3/7/07 | 12/1/06 - 12/31/06 | $43,924.00 | $ 338.42 | $43,924.00 | $ 338.42 |
| 3/7/07 | 1/1/07 - 1/31/07 | $51,760.00 | $ 211.32 | $51,760.00 | $ 211.32 |
| 6/4/07 | 2/1/07 - 2/28/07 | $36,245.00 | $ 94.79 | $36,245.00 | $ 94.79 |
| 6/4/07 | 3/1/07 - 3/31/07 | $33,840.00 | $ 480.06 | $33,840.00 | $ 480.06 |
| 6/18/07 | 4/1/07-4/30/07 | $35,377.50 | $ 514.32 | $35,377.50 | $ 514.32 |
| 6/18/07 | 5/1/07 - 5/31/07 | $17,681.25 | $ 389.29 | $17,681.25 | $ 389.29 |
| 8/23/07 | 6/1/07 - 6/30/07 | $22,225.00 | $ 133.35 | $22,225.00 | $ 133.35 |
| 10/11/07 | 7/1/07-7/31/07 | $31,450.00 | $ 248.66 | $31,100.00 | $ 248.66 |
| 10/11/07 | 8/1/07 - 8/31/07 | $30,497.50 | $ 567.93 | $29,875.50 | $ 567.93 |
| 10/19/07 | 9/1/07 - 9/30/07 | $18,575.00 | $ 311.53 | $18,575.00 | $ 311.53 |
| 1/2/08 | 10/1/07 – 10/31/07 | $7,217.50 | $ 791.76 | Pending | Pending |
| 1/2/08 | 11/1/07-11/30/07 | $5,200.00 | $ 111.41 | Pending | Pending |
| 4/29/08 | 12/1/07-12/31/07 | $8,670.00 | $ 142.43 | Pending | Pending |
| 4/29/08 | 1/1/08 – 2/28/08 | $19,480.00 | $ 74.16 | Pending | Pending |
| 5/5/08 | 3/1/08-3/31/08 | $6,320.00 | $ 81.38 | Pending | Pending |
| 6/23/08 | 4/1/08-4/30/08 | $5,358.00 | $ 54.14 | Pending | Pending |
| 7/21/08 | 5/1/08-5/31/08 | $32,068.00 | $ 19.86 | Pending | Pending |

---

[2] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[3] The original Application filed 2/06 requested fees in the amount of $43,662.50 and Expenses in the amount of $57.62. Amendment of this application is pending and will correct the amount of the requested fees which should have been $46,587.50.

[4] The original Application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

[5] The original application filed 2/06 requested fees in the amount of $5,238.75 and Expenses in the amount of $1,308.41. Amendment of this application is pending and will correct the amount of the requested fees which should have been $5,726.25.

## B&D PROFESSIONALS[6]

| Name of Professional Individual | Position of the Applicant, Number of years in that Position, Prior Relevant Experience, Year of Obtaining License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Hours Billed | Total Compensation |
|---|---|---|---|---|
| Pamela D. Marks | Principal; Joined Firm 1997; Member of MD Bar since 1986 | $400.00 | 13.20 | 5,280.00 |
| Aaron H. Goldberg | Principal; Joined Firm 1987; Member of DC Bar since 1985 | $475.00 | 1.50 | $712.50 |
| Sarah E. Albert | Associate; Joined Firm 2006; Member of MD Bar since 2005 | $260.00 | 99.70 | $25,922.00 |
| Jonathon R. Metcalfe | Litigation Support Analyst | $190.00 | 6.40 | $1,216.00 |
| Teia Hendricks | Paralegal | $175.00 | 6.00 | $1,050.00 |
| Tracy Horch | Paralegal | $175.00 | 21.50 | $3,762.50 |
| L. Kiddoo | Summer Associate | $185.00 | 10.00 | $1,850.00 |

Total Fees:      $39,793.00
Total Hours:        158.30
Blended Rate:     $251.00

## TASK CODE SUMMARY

| Project Category | Total Hours | Total Fees Requested |
|---|---|---|
| Litigation and Litigation Consulting | 158.30 | $39,793.00 |

---

[6] These amounts are the sum total from the invoices attached hereto as Exhibit A (FUSRAP), Exhibit B (Bankruptcy Fee Application Preparation), and Exhibit C (Curtis Bay Works).

## EXPENSE SUMMARY[7]

| Expense Category | Service Provider (if applicable)[8] | Total Expense |
|---|---|---|
| Duplicating | | $181.90 |
| Commercial Duplicating | | $76.80 |
| Postage | | $12.26 |
| LexisNexis Courtlink | | $10.57 |
| Long Distance Telephone | | $4.10 |
| Travel Expenses | | $17.00 |
| Air/Train Fare | | $1010.00 |
| Travel Meals | | $32.18 |
| Client Meeting Meals | Lunch for 3 people during meeting | $40.00 |

WHEREFORE, Beveridge & Diamond, P.C. respectfully requests that, for the period

June 1, 2008 through June 30, 2008, an interim allowance be made to Beveridge & Diamond,

P.C. for compensation in the amount of $39,793.00 and actual and necessary expenses in the

amount of $1,384.81 for a total allowance of $41,177.81 and payment of $31,834.40 (80% of the

allowed fees) and reimbursement of $1,384.81 (100% of the allowed expenses) be authorized for

a total payment of $33,219.21, and for such other and further relief as this Court may deem just

and proper.

Dated: August _28_ , 2008          BEVERIDGE & DIAMOND, P.C.


                                   Pamela D. Marks
                                   201 N. Charles Street, Suite 2210
                                   Baltimore, MD 21201
                                   Telephone:  410-230-1315
                                   Facsimile:  410-230-1389
                                   Counsel for Debtors and Debtors in Possession

---

[7] These amounts are the sum total of the disbursements as shown on the invoices attached hereto as Exhibit A (FUSRAP) and Exhibit B (Fee Application Preparation).

[8] B&D may use one or more service providers. The service providers identified herein below are the primary service providers for the categories described.

## VERIFICATION

Pamela D. Marks, after being duly sworn according to law, deposes and says:

a)  I am an attorney with the applicant law firm Beveridge & Diamond, P.C..

b)  I am familiar with the legal services rendered by Beveridge & Diamond, P.C. as counsel to the Debtor and am thoroughly familiar with the other work performed on behalf of the Debtor by the lawyers and paraprofessionals of Beveridge & Diamond, P.C.

c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware, and submit that the Application substantially complies with such rules.

Pamela D. Marks

SWORN AND SUBSCRIBED
before me this 27th day of August, 2008.

Notary Public
My Commission Expires:  May 27, 2009

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Date: |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
JUNE 1, 2008 THROUGH JUNE 30, 2008

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cunning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

## LAW OFFICES
## BEVERIDGE & DIAMOND, P.C.
### SUITE 2210
### 201 NORTH CHARLES STREET
### BALTIMORE, MD 21201-4150
### (410) 230-3850

W. R. Grace & Co. - Conn
Attn: Lydia B. Duff, Esq.
7500 Grace Drive
Columbia, MD  21044

July 24, 2008
Client/Matter #  01246-011548
Invoice # 123981
Federal ID# 52-1247549

---

For Legal Services Rendered Through 06/30/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**       **BEVERIDGE & DIAMOND, P.C.**
**SUITE 700**
**1350 I STREET, N.W.**
**WASHINGTON, D.C. 20005-3311**

### Curtis Bay FUSRAP Bankruptcy Claim Resolution

| | | | |
|---|---|---|---|
| 06/11/08 | P. Marks | 0.50 | Telephone conference re Building 23 project and finalization of contractor hiring and update re FSS contractor hiring. |

**Total Hours :**              **0.50**

**Total Fees :**          **$200.00**

Disbursements:

| | |
|---|---|
| Long Distance Telephone | 0.30 |
| Information Service - VENDOR: LEXISNEXIS COURT LINK-Invoice #EA325337 dated 6/1/08 for data research services | 10.57 |

Total Disbursements :          $10.87

Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 0.50 | $400.00 | $200.00 |

Total Fees :          $200.00

Total Disbursements :          $10.87

TOTAL DUE :          $210.87

# EXHIBIT B

## (Bankruptcy Fee Application)

**LAW OFFICES**
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                    July 24, 2008
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012629
7500 Grace Drive                            Invoice # 123983
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 06/30/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**      **BEVERIDGE & DIAMOND, P.C.**
                                   **SUITE 700**
                                   **1350 I STREET, N.W.**
                                   **WASHINGTON, D.C. 20005-3311**

**Bankruptcy Fee Application**

**Disbursements:**

| | |
|---|---|
| Postage | 10.32 |
| Duplicating | 36.40 |

|  |  |
|---|---|
| **Total Disbursements :** | **$46.72** |
| **TOTAL DUE :** | **$46.72** |

# EXHIBIT C

## (Somerville)

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                          July 28, 2008
Attn: Lydia B. Duff, Esq.                         Client/Matter #  01246-013520
7500 Grace Drive                                  Invoice # 124031
Columbia, MD  21044                               Federal ID# 52-1247549

---

For Legal Services Rendered Through 06/30/08 in Connection With:

PLEASE REMIT PAYMENT TO :        BEVERIDGE & DIAMOND, P.C.
                                 SUITE 700
                                 1350 I STREET, N.W.
                                 WASHINGTON, D.C. 20005-3311

<u>Somerville</u>

| | | | |
|---|---|---|---|
| 06/03/08 | P. Marks | 1.00 | Conference with S. Albert re docuemnt management system, utilization and setup, and document review and strategy. |
| 06/03/08 | S. Albert | 2.00 | Conference with P. Marks re document review strategy; review and tag documents in Concordance. |
| 06/03/08 | S. Albert | 3.50 | Review and tag documents provided by Patton Boggs. |
| 06/04/08 | P. Marks | 0.30 | Supervision of S. Albert document work. |
| 06/04/08 | S. Albert | 3.50 | Review New Jersey docket listings and designate pleadings to be tagged; review pleadings; document review on concordance database; review process with P. Marks. |
| 06/05/08 | P. Marks | 2.00 | Conference with S. Albert re case strategy, documents under review; preparation for conference with L. Duff. |

| 06/05/08 | S. Albert | 4.00 | Review of Litgo and NJDEP documents; preparation for strategy meeting with P. Marks and L. Duff. |
| 06/06/08 | P. Marks | 2.80 | Prepare for and conference with L. Duff and S. Albert re document management and case strategy. |
| 06/06/08 | S. Albert | 3.00 | Review of Litgo documents; strategy meeting with P. Marks and L. Duff. |
| 06/10/08 | P. Marks | 0.20 | Coordinate with S. Albert. |
| 06/10/08 | S. Albert | 1.00 | Submit three OPRA requests to NJDEP for more records; review notes from meeting and summarize in email to P. Marks. |
| 06/10/08 | T. Horch | 0.50 | Review Concordance database. |
| 06/11/08 | P. Marks | 0.20 | Coordinate with S. Albert re document review. |
| 06/11/08 | S. Albert | 6.30 | Review Litgo documents and include in chronology. |
| 06/12/08 | S. Albert | 8.50 | Review Litgo documents and include in chronology. |
| 06/13/08 | S. Albert | 5.00 | Review Litgo documents and include in chronology. |
| 06/13/08 | S. Albert | 6.00 | Review Litgo documents and include in chronology; exchange emails with P. Marks re same. |
| 06/16/08 | P. Marks | 0.50 | Telephone conference with S. Albert re tasks; coordinate with L. Duff re same. |
| 06/16/08 | T. Horch | 5.00 | Meet with S. Albert to review Concordance Database and review case responsibilities; review and organize documents; collect dates for all documents. |
| 06/17/08 | P. Marks | 1.00 | Coordinate with S. Albert re tasks; review discovery responses and requests with L. Duff; work on getting information on insurance re same and coordinating re preparing responses. |
| 06/17/08 | S. Albert | 4.00 | Review of Litgo documents and update case chronology; designation of documents from database for inclusion in documents binder. |

| 06/17/08 | J. Metcalfe | 3.30 | Creation of Mian database; process and load incoming discovery materials into same database in preparation for review |
| 06/17/08 | T. Horch | 4.00 | Review and organize documents; assist with organization of numerous databases and put documents in chronological order. |
| 06/18/08 | P. Marks | 1.00 | Coordinate with S. Albert re discovery responses and NJ DEP dodument requests; communicate with L. Duff re same. |
| 06/18/08 | S. Albert | 6.50 | Preparation of documents binder; notation of documents; preparation of discovery requests; meeting with P. Marks re discovery requests. |
| 06/18/08 | J. Metcalfe | 1.30 | Finish creation of database and processing of materials and data as it relates to Litgo production materials |
| 06/18/08 | T. Hendricks | 3.00 | Conference with S. Albert re: discovery responses; draft interrogatory and requests for production of documents responses re same. |
| 06/19/08 | S. Albert | 3.50 | Preparation of discovery responses. |
| 06/19/08 | T. Hendricks | 3.00 | Assist S.Albert with preparation of discovery responses. |
| 06/20/08 | P. Marks | 0.50 | Review communications; evaluate next steps. |
| 06/20/08 | S. Albert | 7.20 | Preparation of interrogatory and document request responses. |
| 06/22/08 | S. Albert | 1.20 | Preparation of interrogatory and document request responses. |
| 06/23/08 | P. Marks | 0.20 | Email review and exchange re documents; evaluate same. |
| 06/23/08 | S. Albert | 5.70 | Document review at Grace; preparation of discovery responses; exchange emails with P. Marks and L. Duff re same. |
| 06/23/08 | T. Horch | 5.00 | Review document binder and organize; chart documents in an index. |
| 06/24/08 | S. Albert | 11.00 | Preparation of interrogatory responses; preparation of document production based on new documents received from Grace. |

| 06/24/08 | J. Metcalfe | 1.30 | Load incoming materials into existing discovery databases; Creation of new preproduction database for review of materials prior to inclusion in production |
|---|---|---|---|
| 06/24/08 | T. Horch | 3.00 | Review and update document binder per S. Albert; review and answer interrogatory/ Document request with Grace database. |
| 06/25/08 | P. Marks | 1.00 | Conference with S. Albert and L. Kiddoo re document product issues privilege decisions, general case strategy, and next tasks. |
| 06/25/08 | S. Albert | 8.30 | Preparation of document production and determination of privileged documents; preparation of responses to document requests; conference with P. Marks re potentially privileged documents discovery responses; exchange emails with P. Marks and L. Duff re same. |
| 06/25/08 | J. Metcalfe | 0.50 | Remove and adjust database content in response to requests by S. Albert as it relates to inclusion in upcoming production |
| 06/25/08 | L. Kiddoo | 3.00 | Prepare specific objections to response for production requests; prepare memorandum re scope of attorney client privilege issues; conference with P. Marks and S. Albert re Grace production and privilege log. |
| 06/26/08 | S. Albert | 0.30 | Conference with L. Kiddoo re discovery responses. |
| 06/26/08 | L. Kiddoo | 3.00 | Research and prepare email re privilege issues; prepare objections to response for production requests. |
| 06/27/08 | S. Albert | 0.50 | Conference with L. Kiddoo re discovery responses. |
| 06/27/08 | L. Kiddoo | 3.00 | Prepare objections to response for production requests' prepare specific objections and responses to interrogatories; review and summarize Mian documents for S. Albert. |
| 06/28/08 | S. Albert | 3.60 | Preparation of discovery responses and document production. |
| 06/29/08 | S. Albert | 1.10 | Preparation of discovery responses and document production. |

| | | | |
|---|---|---|---|
| 06/30/08 | P. Marks | 2.00 | Prepare discovery responses; conference with S. Albert and L. Kiddoo re same. |
| 06/30/08 | S. Albert | 4.00 | Preparation of discovery responses and document production; conference with P. Marks and L. Kiddoo re same. |
| 06/30/08 | L. Kiddoo | 1.00 | Prepare Grace's response to Mian's request for production of documents and things; conference with S. Albert and P. Marks re responses to Mian production requests and interrogatories. |
| 06/30/08 | T. Horch | 4.00 | Put documents in chronological order per S. Albert; Review and duplicate Grace Evidence of Mian's Notice document into the factual research plus add documents to chart per S. Albert; Update Notice of Service documents. |

Total Hours :          156.30

Total Fees :          $38,880.50

## Disbursements:

| | |
|---|---:|
| Postage | 1.94 |
| Long Distance Telephone | 3.80 |
| Duplicating | 145.50 |
| Commercial Duplicating | 76.80 |
| Travel Expenses | 17.00 |
| Air/Train Fare | 1010.00 |
| Travel Meals | 32.18 |
| Client Meeting Meals | 40.00 |

**Total Disbursements :**              **$1,327.22**

## Time Summary:

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| P. Marks | 12.70 | $400.00 | $5,080.00 |
| S. Albert | 99.70 | $260.00 | $25,922.00 |
| J. Metcalfe | 6.40 | $190.00 | $1,216.00 |
| L. Kiddoo | 10.00 | $185.00 | $1,850.00 |
| T. Hendricks | 6.00 | $175.00 | $1,050.00 |
| T. Horch | 21.50 | $175.00 | $3,762.50 |

**Total Fees :**              **$38,880.50**

**Total Disbursements :**              **$1,327.22**

**TOTAL DUE :**              **$40,207.72**

# EXHIBIT D

**(General Regulatory/Compliance Issues)**

LAW OFFICES
**BEVERIDGE & DIAMOND, P.C.**
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn                    July 24, 2008
Attn: Lydia B. Duff, Esq.                   Client/Matter #  01246-012100
7500 Grace Drive                            Invoice # 123982
Columbia, MD  21044                         Federal ID# 52-1247549

---

For Legal Services Rendered Through 06/30/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**        **BEVERIDGE & DIAMOND, P.C.**
                                     **SUITE 700**
                                     **1350 I STREET, N.W.**
                                     **WASHINGTON, D.C. 20005-3311**

<u>**General Regulatory/Compliance Issues**</u>

06/05/08    A. Goldberg         1.50        Prepare for and participate in telephone
                                            conference with L. Duff, et al., re RCRA
                                            regulatory status of used catalysts destined
                                            for recycling.

                          **Total Hours :**              **1.50**

                          **Total Fees :**            **$712.50**

Time Summary:

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| A. Goldberg | 1.50 | $475.00 | $712.50 |

**Total Fees :**          $712.50

**TOTAL DUE :**          $712.50