## Exhibit A

CUMULATIVE SUMMARY OF INTERIM APPPLICATIONS OF STEPTOE & JOHNSON LLP FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD APRIL 1, 2008 THROUGH JUNE 30, 2008 FOR W.R. GRACE & CO., et al.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 9/10/08 | 04/01/08 – 04/30/08 | $23,838.00 | $2.30 | $19,070.40 | $2.30 | $4767.60 |
| 9/10/08 | 05/01/08 – 05/31/08 | $56,329.50 | $387.42 | $45,063.60 | $387.42 | $45063.60 |
| 9/10/08 | 06/01/08 – 06/30/08 | $208,188.00 | $1844.51 | $166,558.40 | $1844.51 | $11,265.90 |

## CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 32 | Fee Application, Applicant | 8.50 | $4,845.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 41 | Tax Issues | 0 | 0 |
| 46 | Tax Litigation | 489.85 | $283,510.50 |
| 42 | Travel (1/2 total hours billed) |  | $0 |
|  | Total | 498.35 | $288,355.50 |

## CUMULATIVE EXPENSE SUMMARY

| Description | Amount |
|---|---|
| Telephone/ Conference Calls | $ 94.98 |
| Copies – Matter 32 (Fee Applications) | $ 41.80 |
| Copies – Matter 46 (Tax Litigation) | $ 566.20 |
| Computer Database Research | $861.82 |
| Duplicating Supplies | $ 43.75 |
| Federal Express/Overnight Messenger | $ 162.40 |
| Facsimile | $ 28.00 |
| Postage | $ 0 |
| Meals | $ 344.63 |
| Hotel | $ 0 |
| Local Transportation | $ 90.65 |
| Tax Court Filing Fee | $ 0 |
| Total | $ 2234.23 |