## Exhibit A

### Objections to the Disclosure Statement

The following parties have filed objections to the Disclosure Statement and/or Solicitation Procedures Motion:

a. Longacre Master Fund, Ltd. (Docket No. 19761);

b. Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. (Docket No. 19770);

c. Scotts Company LLC and certain of its related entities (Docket No. 19772);

d. Maryland Casualty Company (Docket No. 19777)

e. Official Committee of Unsecured Creditors (Docket No. 19779);

f. Continental Casualty Company, Transportation Insurance Company and their American insurance affiliates (Docket No. 19780);

g. United States Trustee (Docket No. 19781) (Objection to the Disclosure Statement)

h. United States Trustee (Docket No. 19782) (Objection to the Solicitation Procedures);

i. Seaton Insurance Company and OneBeacon America Insurance Company (Docket No. 19783);

j. BNSF Railway Company (Docket No. 19784);

k. ERISA Plaintiffs (Docket No. 19785);

l. Bank Lender Group (Docket No. 19786);

m. Fireman's Fund Insurance Company and Riunione Adriatica di Sicurta (Docket No. 19787);

n. Century Indemnity Company, Century Indemnity Company of Hartford, Connecticut, and Central National Insurance Company of Omaha (Docket No. 19788);

o. Zurich Insurance Company and Zurich International (Bermuda) Ltd. (Docket No. 19789);

p. JPMorgan Chase Bank, N.A. (Docket No. 19790);

q. Her Majesty the Queen in Right of Canada (Docket No. 19791);

r. Bank of America, N.A., Morgan Stanley Senior Funding, Inc. and Tempo Master Fund LP (Docket No. 19792);

s.  Federal Insurance Company (Docket No. 19793);

t.  The State of Montana (Docket No. 19795);

u.  Official Committee of Asbestos Property Damage Claimants (Docket No. 19800);

v.  Arrowood Indemnity Company (Docket No. 19801);

w.  Libby Claimants (Docket No. 19803).