IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

## NOTICE OF APPEAL

TO:  James J. Restivo, Jr., Esq.         David M. Bernick, Esq.         Laura Davis Jones, Esq.
     Lawrence E. Flatley, Esq.           Janet S. Baer, Esq.            James E. O'Neill, Esq.
     Douglas E. Cameron, Esq.            Lisa Esayian, Esq.             Timothy P. Cairns, Esq.
     Traci S. Rea, Esq.                  Samuel Blatnick, Esq.          PACHULSKI STANG ZIEHL &
     REED SMITH LLP                      KIRKLAND & ELLIS LLP           JONES, LLP
     435 Sixth Avenue                    200 East Randolph Drive        919 N. Market Street, 17th Floor
     Pittsburgh, PA 15219                Chicago, IL 60601              Wilmington, DE 19801

     *Co-Counsel to the Debtors*         *Co-Counsel to the Debtors*    *Co-Counsel to the Debtors*

PLEASE TAKE NOTICE that, pursuant to Rule 8001 of the Federal Rules of Bankruptcy Procedure, claimant Macerich Fresno Limited Partnership, by and through its undersigned counsel, hereby appeals under 28 U.S.C. § 158(a) to the United States District Court for the District of Delaware from this Court's *Order Granting Summary Judgment In Favor of Debtors* [Docket No. 19743] (the "Order") entered October 14, 2008. A copy of the Order is attached hereto as Exhibit A.

The names of all parties to this action and their respective attorneys are as set forth above.

Dated: October 24, 2008

        **ASHBY & GEDDES, P.A.**

        /s/ William P. Bowden
        William P. Bowden (I.D. #2553)
        Amanda M. Winfree (I.D. #4615)
        500 Delaware Avenue, 8th Floor
        P.O. Box 1150
        Wilmington, Delaware 19899
        Tel: (302) 654-1888

        - and -

        **PILLSBURY WINTHROP SHAW PITTMAN LLP**
        Gerald F. George (CA I.D. #142573)
        Rita S. Chan (CA I.D. #234754)
        50 Fremont Street
        P.O. Box 7880
        San Francisco, CA 94120-7880
        Tel: (415) 983-1000

        *Attorneys for Claimant Macerich Fresno Limited Partnership*