# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| W.R. Grace & Co., *et al.* | Chapter 11 |
| Debtors. | Bankruptcy No. 01-1139-JKF (Jointly Administered) |
| | Related to Doc. No. 14584, Motion for Summary Judgment With Respect to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims on Bases of Statute of Limitations, Laches and Assumption of Risk filed on behalf of Macerich Fresno Limited Partnership |

## ORDER GRANTING SUMMARY JUDGMENT IN FAVOR OF DEBTORS

AND NOW, this 10th day of October, 2008, it is **ORDERED** that the Motion for Summary Judgment With Respect to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims on Bases of Statute of Limitations, Laches and Assumption of Risk filed on behalf of Macerich Fresno Limited Partnership is **DENIED**.

It is **FURTHER ORDERED** that Debtors' objection to the claim of Macerich Fresno Limited Partnership is **SUSTAINED**.

1

It is **FURTHER ORDERED** that Debtors shall serve a copy of this Order and the accompanying Memorandum Opinion on all parties in interest who do not receive electronic notice and shall file a certificate of service forthwith.

*Judith K. Fitzgerald*    jmd
Judith K. Fitzgerald
United States Bankruptcy Judge

2