## CERTIFICATE OF SERVICE

I, Amanda M. Winfree, hereby certify that, on October 24, 2008, I caused one copy of the foregoing to be served upon the parties listed below in the manner indicated.

### HAND DELIVERY

Laura Davis Jones, Esq.
James E. O'Neill, Esq
Timothy P. Cairns, Esq.
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street, 17th Floor
Wilmington, DE 19801
*(Debtors)*

David Klauder, Esq.
OFFICE OF THE UNITED STATES TRUSTEE
J. Caleb Boggs Federal Building
844 King Street, Suite 2207 - Lockbox #35
Wilmington, DE 19801
*(United States Trustee)*

Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801
*(Official Committee of Unsecured Creditors)*

Theodore Tacconelli, Esq.
Ferry Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
*(Official Committee of Property Damage Claimants)*

### U.S. MAIL

James J. Restivo, Jr., Esq.
Lawrence E. Flatley, Esq.
Douglas E. Cameron, Esq.
Traci S. Rea, Esq.
REED SMITH LLP
435 Sixth Avenue
Pittsburgh, PA 15219
*(Debtors)*

David M. Bernick, P.C., Esq.
Janet S. Baer, Esq.
Lisa Esayian, Esq.
Samuel Blatnick, Esq.
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, IL 60601
*(Debtors)*

Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
BILZIN SUMBERG BAENA PRICE & AXELROD
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-5340
*(Official Committee of Property Damage Claimants)*

Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
STROOCK & STROOCK, & LAVAN LLP
180 Maiden Lane
New York, NY 10038
*(Official Committee of Unsecured Creditors)*

_____
Amanda M. Winfree (# 4615)