TO: Clerk of Court
c/o Office of the United States Trustee
ATTN: David Klauder, Esquire
844 King Street
Suite 2313
Wilmington, Delaware 19801

Case No. 01-1139

OCT 17 2008

October 10, 2008

Dear Mr. Klauder & Clerk,

I am not exactly sure how to do this, but maybe this is right. I have "NO" way to get copies, so I have handwritten these the best way I could.

Please find enclosed a copy of PROOF-OF-CLAIM form for W.R. Grace & Co. Bankruptcy; No. 01-1139 that I have filed with Rust Consulting, Inc.. I want to make sure our forms with Attachments are filed before "DEADLINE".

Also, I have ask several Law Firms to send me Proof-Of-Claims forms for any and (all) Asbestos Companies & Asbestos Trusts that they represent, so far I (we) am being Ignored; Why? Can you correct this problem Sir? Thank you and GOD BLESS...

Respectfully & Sincerely,

Jay Serious of Most Georgia

(S/) By: Ernest Joe (JAY-CEE) Crosby Senior
Missionary For Jesus Christ
Bostick State Prison; #511624
P.O. Box 1700-EF-236362
Hardwick, Georgia 31034

FILED 2008 OCT 24 AM 11:[?] US BANKRUPTCY COURT DISTRICT OF DELAWARE

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W.R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|---|
| W.R. Grace & Co., et al.<br>NOTE: The last day on which to file this form... etc... | Case No. 01-1139 | This Space is For Court use only |
| Name of Creditor:<br>Seniors Of North Georgia | | |
| Name and address where notices should be sent: % Ernest Joe (Jay-Cee) Crosby Senior<br>Bostick State Prison; #511624; D7-60<br>P.O. Box 1700-EF-236362<br>Hardwick, Georgia 31034<br>Telephone Number:<br>No Phone at this time... | | |
| 1. Building Information:<br>a. Address of the building that contains ZAI: Seniors' Homes - Different and homes being remodeled or built before 1982... | This Space Intentionally Left BLANK | |
| b. Approximate date the building was constructed:<br>Seniors' Homes at different times. | | |
| c. Approximate date ZAI was installed in the building; while being built or remodeled (Repaired and/or Tore Down) | | |
| d. Location within building where ZAI is Located: ATTICS of Seniors' Homes, it being worked on; on floor & other | | |
| e. What is your legal interest in the building? Seniors' owned, Rented or worked on and repaired Homes. | | |
| f. Date of removal of ZAI:<br>Different times. Some still in Attics | | |
| **** Attach any backup documents to this form that are related to these questions | | |
| 2. Date-stamped copy: To receive an acknowledgment etc | | This Space is for Court use only |
| Date: 10/19/08 | Sign and print the name and title if any, etc...<br>Seniors of North Georgia by Jay Cee<br>Seniors of North Georgia by JAYCEE | |

Donall ___
___
Pilots Withdrawal

Representative: Ernest Joe Crosby Senior
Jay Cee Missionary For Jesus Christ
___

REQUEST TO KEEP SENIORS' CASES OPEN & ACTIVE

Presented by: JAY-CEE
MISSIONARY FOR JESUS CHRIST

Address: Ernest Joe (JAY-CEE) Crosby, Senior
Missionary For Jesus Christ
Bostick State Prison [Temporary Address]
P.O. Box 1700-EF-236362-GDC# 511624
Hardwick, Georgia 31034

The Seniors in North Georgia wish to have the "RECORDS" show that 100's and 100's of Seniors [and their families] cannot read, can not write, have "NO ONE" to help them at this time due to the above Representative is presently Incarcerated at Bostick State Prison.

There are even 100's and 100's of Seniors in North Georgia who due to being Misdiagnosed with COPD, Asthma, Bronchitis & Lung troubles and Chronic Breathing problems do not know that their Claims have to be filed before October 31st, 2008, against W.R. Grace & Company [Plus, since they have been Misdiagnosed they don't know that they need to file their Asbestos Claims against the Asbestos Trusts, Asbestos Companies and Others.]

At this time The Seniors % Ernest Joe [(JAY-CEE) Missionary for Jesus Christ] Crosby Senior,

Copy 2 of 4
pg 2 of 5

Request (cont'd)

ask for and "REQUEST" that The Bankruptcy Court, Trustee, and Rust Consulting, Inc., & W.R. Grace & Company make arrangement to keep "OPEN and ACTIVE" until 2024 or beyond any Senior Citizen or their family members cases to file against W.R. Grace & Company and their Associates and Insurance Companies' policies.

Therefore "VOIDED" any "BARRING" of Any & ALL Seniors and their families' claims who now have or will know and be properly Diagnosed with — "Asbestos Damage" caused by W.R. Grace & Company & their Associates between today and the year 2024 or beyond: % JAY-CEE Missionary for Jesus Christ who is requesting, asking and praying for this Federal Bankruptcy Court and Bankruptcy Trustee to oversee the 100's and 100's of outstanding cases which have either been Misdiagnosed or "NEVER" properly "Diagnosed".

Ernest Joe (Jay-Cee) Crosby Senior shows that these cases must be allowed proper and correct diagnosis and could have been properly done in North Georgia and Alabama (North Part) by W.R. Grace & Company and their Insurance Companies many years ago, due to they could have [made] taken the time in "AREAS" they and the 62 entities listed knew that their products were used. But did not attempt to correct the "DANGER"!

Copy 2 of 4
pg 3 of 5

ATTACHMENT THREE

Request (cont'd)

Seniors Of North Georgia by way of JAY-CEE Missionary For Jesus Christ [C/o Ernest Joe (Jay-Cee) Crosby Senior] hereby file their PROOF-OF-CLAIM form; so the Deadline will not run out, [or/and] their claims not be "BARRED" and that they will be given "Unlimited" time up to 2024 or beyond to get proper diagnosis and file each Individual's part of their claim against W.R. Grace & Company; [Plus Asbestos Claims] and its Insurance Companies, Associates and their Affiliates: Especially, claims under Alabama Wrongful Death Statute and "CRIMINAL NEGLIGENT HOMICIDE" Statutes and Laws of Alabama and Georgia.

NOTE: Seniors Of North Georgia hereby request to be provided fair, equitable, proper & substantially similar treatment and given every chance possible to file for themselves and their family members-their part of this claim between TODAY and THE YEAR 2024 or beyond once properly diagnosed "Especially since it takes around 40 years in some people for Asbestos Damage to show and be PROPERLY DIAGNOSED".

Signed this 10th day of October, 2008.

_____  X _____
                              BY: Ernest Joe Crosby Senior
_____         [JAY-CEE Missionary For Jesus Christ]
Witnessed

copy 2 of 4
pg 4 of 5

I, Hereby certify that I have this day served the following with a copy of the Bankruptcy Court's Approved W.R. Grace & Co. - ZAI PROOF-OF-CLAIM form, by placing the same in the United States Mail in a proper envelope with adequate postage attached, properly addressed to:

1.) Rust Consulting, Inc.
Claims Processing Agent; RE: W.R. Grace & Co. Bankruptcy
P.O. Box 1620
Faribault, MN 55021-1620

2.) Clerk Of Court
C/o Office of The United States Trustee
ATTN: David Klauder, Esquire
   844 King Street
      Suite 2313
   Wilmington, Delaware 19801
AND

3.) Pachulski Stang Ziehl & Jones, LLP
Laura Davis Jones; James E. O'Neill and Timothy Cairns
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899

Signed this 10th day of October, 2008.

Donell Sauer x _____
_____    BY: Ernest Joe Crosby, Senior
pg 5 of 5 Witnessed    [JAY-CEE Missionary for Jesus Christ]