IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | **Hearing Date: October 27, 2008 at 9:00 a.m. (EDT)** |
| | ) | **Re: Docket Nos. 19579, 19580, 19581, 19620, 19761, 19770,** |
| | ) | **19772, 19777, 19779, 19780, 19781, 19783, 19784, 19785, 19786,** |
| | ) | **19787, 19788, 19789, 19790, 19791, 19792, 19793, 19795, 19800,** |
| | ) | **19801, 19803, 19848** |
| | ) | **Agenda Nos. 1 and 2** |

**THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS'
JOINDER IN DEBTORS' CONSOLIDATED RESPONSE TO OBJECTIONS TO
DISCLOSURE STATEMENT, SOLICITATION AND CONFIRMATION
PROCEDURES, CONFIRMATION SCHEDULE AND RELATED RELIEF**

The Official Committee of Asbestos Personal Injury Claimants (the "ACC"), by and through its undersigned counsel, hereby joins in the Debtors' consolidated response (the "Response") in further support of the *Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief* (Docket No. 19620) (the "Solicitation Procedures Motion") and in response to objections to the *Debtors' Disclosure Statement for the Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008* (Docket No. 19581) (as it may be or has been amended, the "Disclosure Statement"). The ACC hereby joins in and supports the arguments and positions contained in the Debtors' Response, as if fully set forth herein.

{D0137148.1 }

WHEREFORE, the ACC respectfully requests that the Court grant the relief requested in the Solicitation Procedures Motion and overrule the objections to the Disclosure Statement.

Date:   October 24, 2008

        CAMPBELL & LEVINE, LLC

        */S/ Mark T. Hurford*
        Marla R. Eskin (No. 2989)
        Mark T. Hurford (No. 3299)
        800 King Street, Suite 300
        Wilmington, DE  19801
        (302) 426-1900
        mhurford@camlev.com

        -and-

        CAPLIN & DRYSDALE, CHARTERED
        Elihu Inselbuch
        375 Park Avenue, 35th Floor
        New York, NY 10152-3500
        Telephone:  (212) 319-7125

        -and-

        CAPLIN & DRYSDALE, CHARTERED
        Peter Van N. Lockwood
        Jeffrey A. Liesemer
        One Thomas Circle, N.W.
        Washington, D.C.  20005
        (202) 862-5000

        *Counsel to the Official Committee of*
          *Asbestos Personal Injury Claimants*