IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## CERTIFICATE OF SERVICE

      I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on October 24, 2008 I caused a copy of the *Official Committee of Asbestos Personal Injury Claimants' Joinder in Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief* to be served upon the individuals on the 2002 service list via first-class mail unless otherwise indicated.

Dated: October 24, 2008              */s/Mark Hurford*
                                               Mark T. Hurford (DE No. 3299)

{D0137171.1 }