## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Regarding Docket No. 19678** |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 19678

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Fifty-Fourth Interim Application of Capstone Advisory Group, LLC, Financial Advisors to the Official Committee of Unsecured Creditors, for Allowance of Compensation for Services Rendered and Reimbursement of Expenses Incurred (for the Period from July 1, 2008 through July 31, 2008) (the "Application") [Docket No. 19678] filed on October 1, 2008.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than October 21, 2008 at 4:00 p.m.

**[REMAINDER OF PAGE HAS BEEN INTENTIONALLY LEFT BLANK]**

DM3\841449.1

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning

the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals

and Members of the Official Committees and Consideration of Fee Applications signed

November 20, 2001, the Debtors are hereby authorized to immediately pay eighty percent (80%)

of requested compensation $45,992.40 and one hundred percent (100%) of expenses of $210.86

without further order from the court.

Dated: October 24, 2008
       Wilmington, Delaware

                Michael R. Lastowski (DE 3892)
                Richard W. Riley (DE 4052)
                DUANE MORRIS LLP
                1100 N. Market Street, Suite 1200
                Wilmington, DE 19801-1246
                Telephone:   (302)-657-4900
                Facsimile:   (302)-657-4901
                Email:        mlastowski@duanemorris.com
                                  rwriley@duanemorris.com

*Co-Counsel for the Official*
*Committee of Unsecured Creditors*

DM3\841449.1