IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered) |
| | Hearing Date: October 27, 2008 at 9:00 a.m. |

**THE OFFICIAL COMMITTEE OF EQUITY HOLDERS' JOINDER TO THE MOTION OF THE DEBTORS FOR AN ORDER APPROVING DISCLOSURE STATEMENT, SOLICITATION AND CONFIRMATION PROCEDURES, CONFIRMATION SCHEDULE AND RELATED RELIEF AND TO THE DEBTORS' CONSOLIDATED RESPONSE TO OBJECTIONS TO DISCLOSURE STATEMENT, SOLICITATION AND CONFIRMATION PROCEDURES, CONFIRMATION SCHEDULE AND RELATED RELIEF**

The Official Committee of Equity Holders of the above-captioned Debtors,[1] by and through its undersigned counsel, submits this Joinder to the *Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief* (the "Motion") and to the *Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief* (the "Consolidated Response").

1.  On September 19, 2008, the Debtors filed the *Debtors' Disclosure Statement for the Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008* (the "Disclosure Statement").

---

[1] Capitalized terms used but not defined herein shall take the meaning ascribed thereto in the Motion.

KL2 2578738.1

2

2.     On September 25, 2008, the Debtors filed the Motion, which seeks approval of the Disclosure Statement as well as approval of the solicitation and voting procedures in relation to the Plan.

3.     The deadline to object to both the Disclosure Statement and the Motion was October 17, 2008 (the "Objection Date"). Prior to or on the Objection Date, the Debtors received numerous objections to the Disclosure Statement and/or the Motion, a complete list of which are attached to the Debtors' Consolidated Response as Exhibit A (the "Objections").

4.     On October 23, 2008, the Debtors' filed the Consolidated Response, which addresses and responds to the Objections.

5.     The Equity Committee hereby joins the Motion and the Consolidated Response and fully endorses the arguments set forth therein.

[Remainder of page intentionally left blank]

KL2 2578738.1

Dated: Wilmington, Delaware
      October 24, 2008

                    **BUCHANAN INGERSOLL & ROONEY PC**

                    By: _____
                        Teresa K. D. Currier (No. 3080)
                        1000 West Street, Suite 1410
                        Wilmington, DE 19801
                        (302) 552-4200

                        -and-

                    **KRAMER LEVIN NAFTALIS & FRANKEL LLP**

                        Philip Bentley, Esq.
                        Douglas H. Mannal, Esq.
                        1177 Avenue of the Americas
                        New York, New York 10036
                        (212) 715-9100

                    Counsel to the Official Committee of
                    Equity Holders

KL2 2578738.1