IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., ) | Jointly Administered |
| ) | |
| Debtor. ) | Chapter 11 |
| ) | Related to Docket Nos. 19846 |
| | Hearing Date: 10/27/08 @ 9:00 a.m. |

**ARROWOOD INDEMNITY COMPANY'S JOINDER IN THE REPLY OF MARYLAND CASUALTY COMPANY TO CERTAIN OBJECTIONS TO THE DEBTORS' DISCLOSURE STATEMENT FOR THE JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11 OF THE BANKRUPTCY CODE OF W.R. GRACE & CO., ET AL, THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS, THE ASBESTOS FUTURE CLAIMANT'S REPRESENTATIVE, AND THE OFFICE COMMITTEE OF EQUITY SECURITY HOLDERS [D.I. 19846]**

Party in interest Arrowood Indemnity Company ("Arrowood"), f/k/a Royal Indemnity Company, hereby joins in the Reply of Maryland Casualty Company to Certain Objections to the Debtors' Disclosure Statement For the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Office Committee of Equity Security Holders [D.I. 19846].

Dated: October 24, 2008
Wilmington, DE

Respectfully submitted,

BIFFERATO GENTILOTTI LLC

_____
Garvan F. McDaniel, Esq. (#4167)
800 King Street, First Floor
Wilmington, DE 19801
(302) 254-5396

-and-

Carl J. Pernicone, Esq.

-2-

WILSON, ELSER, MOSKOWITZ,
 EDELMAN & DICKER LLP
150 East 42nd Street
New York, NY 10017-5639
(212) 490-3000

*Counsel for Arrowood Indemnity Company*

cc: All counsel of record