IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

_____
                                    )
**In re:**                          ) **Chapter 11**
                                    ) **Case No. 01-1139 (JKF)**
**W.R. GRACE & CO., et al.,**       ) **(Jointly Administered)**
                                    )
                                    ) Hearing Date: October 27, 2008 at 9:00 a.m.
           **Debtors.**             ) Related Dkt. Nos. 19579, 19580, 19581, 19620, 19761,
                                    ) 19770, 19772, 19777, 19779, 19780, 19781, 19783, 19784,
                                    ) 19785, 19786, 19787, 19788, 19789, 19790, 19791, 19792,
                                    ) 19793, 19795, 19800, 19801, 19803, 19846, 19848, 19859
_____) Agenda Nos. 1 and 2

**JOINDER OF DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS'
REPRESENTATIVE, IN SUPPORT OF MOTION OF THE DEBTORS FOR AN ORDER
APPROVING DISCLOSURE STATEMENT, SOLICITATION AND CONFIRMATION
PROCEDURES, CONFIRMATION SCHEDULE AND RELATED RELIEF
AND DEBTORS' CONSOLIDATED RESPONSE TO
DISCLOSURE STATEMENT OBJECTIONS**

David T. Austern, the Court-appointed legal representative for future asbestos personal injury claimants (the "Asbestos PI FCR") in the above-captioned cases, joins in the *Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief* (Docket No. 19620) and the *Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief* (Docket No. 19848). In support hereof, the Asbestos PI FCR respectfully requests that the Court enter an order approving the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated As Of September 19, 2008 (Docket No. 19581) (as it may be or has been amended).

Dated:  October 24, 2008

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP
Roger Frankel
Richard H. Wyron
Debra L. Felder
1152 15th Street, N.W.
Washington, DC 20005
Telephone:  (202) 339-8400
Facsimile:   (202) 339-8500

and

*/s/ John C. Phillips, Jr.*
PHILLIPS, GOLDMAN & SPENCE, P.A.
John C. Phillips, Jr. (#110)
1200 North Broom Street
Wilmington, DE 19806
Telephone:  (302) 655-4200
Facsimile:   (302) 655-4210

*Co-Counsel for David T. Austern as Future Asbestos Personal Injury Claimants' Representative*

2