**CERTIFICATE OF SERVICE**

  I, DEBORAH A. SPICUZZA, do hereby certify that I am over the age of 18, and that on this 24th day of October, 2008, I caused copies of the *Joinder of David T. Austern, Asbestos PI Future Claimants' Representative, in Support of Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and Debtors' Consolidated Response to Disclosure Statement Objections,* to be served by first class mail, postage prepaid, on the parties listed on the attached Service List.

        */s/ Deborah A. Spicuzza*
        Deborah Spicuzza
        Orrick, Herrington & Sutcliffe LLP

US_EAST:160495317.1