IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-1139 (JKF) |
| | ) Jointly Administered |
| Debtors. | ) |
| | Objection Date: November 13, 2008 |
| | Hearing Deadline: to be scheduled, if necessary |

TWENTY-FIRST MONTHLY FEE APPLICATION OF OGILVY RENAULT LLP
FOR COMPENSATION FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES
AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION
FOR THE PERIOD FROM SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008

| | |
|---|---|
| Name of Applicant: | Ogilvy Renault LLP ("OR") |
| Authorized to Provide Professional Services to: | W.R. Grace & Co., et al., Debtors and Debtors in Possession |
| Date of Retention: | Retention Order entered and effective as of December 18, 2006 |
| Period for which Compensation and Reimbursement is Sought: | September 1, 2008 to September 30, 2008 |
| Amount of Compensation Sought as Actual, Reasonable and Necessary: | $223,082.00[2] |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary | $3,009.77 |
| This is a:     X  monthly          ___ interim          ___ final application. | |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] All dollar amounts reflected in this Monthly Fee Application are in Canadian currency.

DOCSTOR: 1555696\1

This is a:     X  monthly          ___ interim          __final application.

The total time expended for preparation of this fee application is approximately two (2) hours and the corresponding estimated compensation requested is approximately $340.00[3]. This is OR's monthly application for interim compensation of services for the interim fee period September 1, 2008 through September 30, 2008 (the "Fee Period").

## PRIOR APPLICATIONS FILED

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 03/16/07 | 10/17/06-01/31/07 | $102,612.50 | $665.48 | $82,090.00 | $665.48 |
| 04/24/07 | 02/01/07-02/28/07 | $45,825.50 | $328.67 | n/a | $328.67 |
| 05/10/07[5] | 02/01/07-02/28/07 | $97.50 | $0.00 | $36,738.40 | n/a |
| 05/10/07 | 03/01/07-03/31/07 | $57,662.00 | $5,125.70 | $46,129.60 | $5,125.70 |
| 06/08/07 | 04/01/07-04/30/07 | $47,014.00 | $1,540.51 | $37,611.20 | $1,540.51 |
| 06/27/07 | 05/01/07-05/31/07 | $21,853.00 | $296.98 | $17,482.40 | $296.98 |
| 08/03/07 | 06/01/07-06/30/07 | $34,799.00 | $2,223.81 | $27,839.20 | $2,223.81 |
| 08/28/07 | 07/01/07-07/31/07 | $85,426.50 | $206.43 | $68,341.20 | $206.43 |
| 09/24/07 | 08/01/07-08/31/07 | $74,819.50 | $335.00 | $59,855.60 | $335.00 |
| 11/08/07 | 09/01/07-09/30/07 | $104,938.00 | $104,661.80 | $83,950.40 | $104,661.80 |
| 11/20/07 | 10/01/07-10/31/07 | $87,103.50 | $488.03 | $69,682.80 | $488.03 |
| 01/11/08 | 11/01/07-11/30/07 | $77,944.00 | $6,166.86 | $62,355.20 | $6,166.86 |
| 01/28/08 | 12/01/07-12/31/07 | $8,348.50 | $99.93 | $6,678.80 | $99.93 |
| 02/28/08 | 01/01/08-01/31/08 | $10,198.50 | $88.70 | $8,158.80 | $88.70 |
| 04/01/08 | 02/01/08-02/29/08 | $24,299.50 | $449.80 | $19,439.60 | $449.80 |
| 04/24/08 | 03/01/08-03/31/08 | $45,098.50 | $1,296.53 | $36,078.80 | $1,296.53 |
| 05/15/08 | 04/01/08-04/30/08 | $50,569.50 | $2,757.72 | $40,455.60 | $2,757.72 |

---

[3] The actual number of hours expended preparing this Application and the corresponding compensation requested will be set forth in OR's subsequent fee applications.

[4] The "Approved Fees" amount represents 80% of the fees requested by OR.

[5] This application was filed as a "corrected" second monthly fee application to replace and correct errors related to the amount of compensation sought pursuant to the original second monthly fee application (the "Original Second Monthly") filed on April 24, 2007. The corrected second monthly fee application requests an additional $97.50 on top of what was requested in the Original Second Monthly.

**Error! Unknown document property name.**

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees[4] | Approved Expenses |
|---|---|---|---|---|---|
| 06/20/08 | 05/01/08-05/31/08 | $87,505.50 | $1,965.87 | $70,004.40 | $1,965.87 |
| 07/31/08 | 06/01/08-06/30/08 | $64,835.50 | $316.78 | $51,868.40 | $316.78 |
| 08/26/08 | 07/01/08-07/31/08 | $56,187.00 | $76.66 | $44,949.60 | $76.66 |
| 09/22/08 | 08/01/08-08/31/08 | $107,954.50 | $573.95 | $86,363.60 | $573.95 |

## OR PROFESSIONALS

| Name of Professional Individual | Position of the Applicant, Year of Obtaining License to Practice | Hourly Billing Rate | Hours Billed[6] | Compensation |
|---|---|---|---|---|
| Derrick C. Tay | Senior Partner, Year of Call to the Ontario Bar – 1981 | $950.00 | 56.20 | $53,390.00 |
| Tony Reyes | Partner, Year of Call to the Ontario Bar – 1988 | $750.00 | 18.20 | $13,650.00 |
| Karen Galpern | Partner, Year of Call to the Ontario Bar – 1993 | $625.00 | 35.50 | $22,187.50 |
| Orestes Pasparakis | Partner, Year of Call to the Ontario Bar – 1995 | $590.00 | 138.40 | $81,656.00 |
| Teresa Walsh | Partner, Year of Call to the Ontario Bar – 1996 | $535.00 | 13.30 | $7,115.50 |
| Jennifer Stam | Associate, Year of Call to the Ontario Bar – 2002 | $500.00 | 33.60 | $16,800.00 |
| Robin Penslar | Legal Researcher, n/a | $350.00 | 10.50 | $3,675.00 |
| Michael Kotrly | Associate, Year of Call to the Ontario Bar-2007 | $240.00 | 77.10 | $18,504.00 |
| Adrienne Glen | Articling Student, n/a | $185.00 | 2.0 | $370.00 |
| Joseph Hillier | Articling Student, n/a | $185.00 | 13.50 | $2,497.50 |
| Penny Adams | Law Clerk, n/a | $170.00 | 17.20 | $2,924.00 |
| Katie Legree | Law Clerk, n/a | $125.00 | 2.50 | $312.50 |

---

[6] Some professional time that was spent during the Interim Period may be reflected in a subsequent application and some professional time that was spent during the previous Interim Period may be reflected in this Application.

Error! Unknown document property name.

Total Fees: $223,082.00
Total Hours: 418.00
Blended Rate: $533.69

## TASK CODE SUMMARY

|  | Project Category | Billed Hours | Fees Requested |
|---|---|---|---|
| 0006 | Litigation and Litigation Consulting | 414.70 | $222,192.50 |
| 0008 | Fee Applications, Applicant | 3.30 | $889.50 |
| Total |  | 418.00 | $223,082.00 |

## EXPENSE SUMMARY

**Invoice No. 845674 (Litigation and litigation consulting – File No. 01016442-0006)**

| Description | Timekeeper | Amount |
|---|---|---|
| PST-Telephone Conference | Jennifer Stam | $1.57 |
| Telephone Conference | Jennifer Stam | $19.58 |
| Conference Call | Orestes Pasparakis | $912.02 |
| Copies | Sandra Reynolds | $2.00 |
| Copies | Monique Massabki | $0.10 |
| Copies | Monique Massabki | $0.20 |
| Copies | Jennifer Stam | $13.90 |
| Copies | Monique Massabki | $0.10 |
| Process Server Fee-KAP Litigation Services | Penny Adams | $35.00 |
| Copies | Tony Reyes | $0.90 |
| Copies | Tony Reyes | $1.40 |
| Copies | Tony Reyes | $1.40 |
| Copies | Tony Reyes | $1.40 |
| Copies | Tony Reyes | $1.30 |
| Copies | Tony Reyes | $1.30 |
| Copies | Marna McGeorge | $0.90 |

Error! Unknown document property name.

| Description | Timekeeper | Amount |
|---|---|---|
| Copies | Marna McGeorge | $0.90 |
| Copies | Marna McGeorge | $0.10 |
| Long Distance Telephone Call | Orestes Pasparakis | $1.92 |
| Copies | Orestes Pasparakis | $4.80 |
| Copies | Sandra Reynolds | $2.20 |
| Copies | Sandra Reynolds | $2.20 |
| Copies | Jennifer Stam | $2.00 |
| Copies | Michael Kotrly | $0.20 |
| Copies | Michael Kotrly | $0.10 |
| Copies | Michael Kotrly | $0.10 |
| Copies | Michael Kotrly | $0.70 |
| Copies | Penny Adams | $0.20 |
| Copies | Penny Adams | $0.60 |
| Copies | Teresa Walsh | $0.20 |
| Copies | Penny Adams | $8.60 |
| Copies | Jennifer Stam | $4.50 |
| Copies | Michael Kotrly | $1.30 |
| Copies | Teresa Walsh | $9.60 |
| Copies | Sandra Reynolds | $2.30 |
| Copies | Penny Adams | $0.20 |
| Copies | Michael Kotrly | $0.10 |
| Copies | Jennifer Stam | $1.20 |
| Copies | Sandra Reynolds | $2.30 |
| Copies | Sandra Reynolds | $2.30 |
| Copies | Jennifer Stam | $0.70 |
| Copies | Sandra Reynolds | $4.60 |
| Copies | Sandra Reynolds | $6.90 |
| Copies | Michael Kotrly | $1.30 |
| Copies | Sandra Reynolds | $2.30 |
| Copies | Jennifer Stam | $0.10 |
| Copies | Sandra Reynolds | $2.30 |
| Copies | Sandra Reynolds | $0.70 |
| Copies | Michael Kotrly | $0.70 |
| Filing Fee-Notice of Motion | Jennifer Stam | $127.00 |

**Error! Unknown document property name.**

| Description | Timekeeper | Amount |
|---|---|---|
| Copies | Michael Kotrly | $1.30 |
| Copies | Sandra Reynolds | $1.30 |
| Copies | Muriel Ing | $0.30 |
| Copies | Muriel Ing | $0.10 |
| Copies | Muriel Ing | $0.10 |
| Copies | Muriel Ing | $0.10 |
| Copies | Muriel Ing | $0.10 |
| Copies | Muriel Ing | $0.10 |
| Copies | Muriel Ing | $112.80 |
| Copies | Muriel Ing | $0.10 |
| Copies | Muriel Ing | $0.10 |
| Copies | Muriel Ing | $37.60 |
| Copies | Sandra Reynolds | $0.60 |
| Copies | Muriel Ing | $0.10 |
| Copies | Muriel Ing | $0.40 |
| Copies | Muriel Ing | $0.10 |
| Copies | Muriel Ing | $0.10 |
| Copies | Muriel Ing | $0.10 |
| Copies | Muriel Ing | $0.10 |
| Copies | Michael Kotrly | $0.10 |
| External DB Search/Quicklaw | Michael Kotrly | $39.34 |
| Copies | Muriel Ing | $0.10 |
| Courier Service | Derrick Tay | $50.64 |
| External DB Search/Quicklaw | Karen Galpern | $32.61 |
| External DB Search/Quicklaw | Michael Kotrly | $50.60 |
| Long Distance Call | Orestes Pasparakis | $2.40 |
| Copies | Sandra Reynolds | $0.10 |
| Copies | Sandra Reynolds | $0.10 |
| Copies | Michael Kotrly | $7.60 |
| Process Server Fee-KAP Litigation Services | Penny Adams | $35.00 |
| Copies | Joseph Hillier | $40.90 |
| Copies | Courtney Champagne | $10.80 |
| Copies | Michael Kotrly | $0.30 |

**Error! Unknown document property name.**

| Description | Timekeeper | Amount |
|---|---|---|
| External DB Search/Quicklaw | Joseph Hillier | $56.36 |
| Copies | Sandra Reynolds | $0.30 |
| External DB Search/Quicklaw | Michael Kotrly | $105.10 |
| External DB Search/Quicklaw | Robin Penslar Levin | $55.01 |
| External DB Search/Quicklaw | Tammy Tran | $9.08 |
| External DB Search/Quicklaw | Michael Kotrly | $120.69 |
| External DB Search/Quicklaw | Karen Galpern | $5.53 |
| Copies | Michael Kotrly | $0.20 |
| Copies | Orestes Pasparakis | $3.40 |
| Copies | Sandra Reynolds | $0.10 |
| Copies | Karen Galpern | $3.40 |
| External DB Search/Quicklaw | Michael Kotrly | $53.04 |
| Copies | Joseph Hillier | $8.40 |
| Copies | Penny Adams | $0.10 |
| Copies | Sandra Reynolds | $1.70 |
| Copies | Michael Kotrly | $0.20 |
| Copies | Michael Kotrly | $0.20 |
| Copies | Michael Kotrly | $0.20 |
| Copies | Teresa Walsh | $3.40 |
| Copies | Sandra Reynolds | $0.10 |
| Copies | Sandra Reynolds | $0.10 |
| Copies | Michael Kotrly | $1.80 |
| External DB Search/Quicklaw | Joseph Hillier | $72.86 |
| Copies | Sandra Reynolds | $3.40 |
| Copies | Penny Adams | $0.10 |
| Copies | Joseph Hillier | $18.80 |
| Copies | Muriel Ing | $0.20 |
| Copies | Michael Kotrly | $28.20 |
| Copies | Sandra Reynolds | $0.10 |
| Copies | Muriel Ing | $0.10 |
| Copies | Muriel Ing | $0.10 |
| Courier Service | Derrick Tay | $75.55 |
| Copies | Michael Kotrly | $0.20 |
| External DB Search/Quicklaw | Michael Kotrly | $1.81 |

Error! Unknown document property name.

| Description | Timekeeper | Amount |
|---|---|---|
| External DB Search/Quicklaw | Robin Penslar Levin | $87.70 |
| Copies | Muriel Ing | $0.40 |
| Copies | Sandra Reynolds | $3.50 |
| Copies | Muriel Ing | $0.30 |
| Copies | Sandra Reynolds | $3.50 |
| Copies | Muriel Ing | $0.10 |
| Copies | Michael Kotrly | $39.00 |
| Copies | Joseph Hillier | $17.20 |
| Copies | Michael Kotrly | $85.80 |
| Copies | Muriel Ing | $0.10 |
| Copies | Muriel Ing | $0.10 |
| Copies | Penny Adams | $0.10 |
| Copies | Muriel Ing | $0.20 |
| Copies | Muriel Ing | $0.20 |
| Copies | Muriel Ing | $0.10 |
| Copies | Muriel Ing | $0.40 |
| Copies | Sandra Reynolds | $3.50 |
| Copies | Muriel Ing | $0.10 |
| Copies | Joseph Hillier | $11.20 |
| Copies | Michael Kotrly | $3.40 |
| Copies | Joseph Hillier | $8.80 |
| External DB Search/Quicklaw | Karen Galpern | $5.10 |
| Copies | Muriel Ing | $0.10 |
| Copies | Muriel Ing | $0.10 |
| Copies | Michael Kotrly | $23.60 |
| Copies | Muriel Ing | $0.10 |
| Copies | Michael Kotrly | $30.30 |
| Copies | Michael Kotrly | $3.40 |
| Long Distance Call | Orestes Pasparakis | $0.77 |
| Long Distance Call | Orestes Pasparakis | $0.80 |
| Long Distance Call | Orestes Pasparakis | $8.41 |
| Copies | Sandra Reynolds | $0.10 |
| Copies | Muriel Ing | $0.10 |
| External DB Search/Quicklaw | Michael Kotrly | $3.00 |

**Error! Unknown document property name.**

| Description | Timekeeper | Amount |
|---|---|---|
| Copies | Muriel Ing | $0.20 |
| Copies | Michael Kotrly | $13.60 |
| Copies | Michael Kotrly | $0.10 |
| Copies | Michael Kotrly | $1.20 |
| Copies | Michael Kotrly | $0.10 |
| Copies | Michael Kotrly | $92.10 |
| Copies | Muriel Ing | $0.80 |
| Long Distance Call | Orestes Pasparakis | $4.32 |
| Copies | Michael Kotrly | $0.10 |
| Copies | Sandra Reynolds | $19.50 |
| Copies | Sandra Reynolds | $0.10 |
| Copies | Sandra Reynolds | $1.60 |
| External DB Search/Quicklaw | Michael Kotrly | $58.83 |
| Copies | Michael Kotrly | $59.30 |
| Copies | Michael Kotrly | $24.60 |
| Copies | Michael Kotrly | $5.20 |
| Copies | Jennifer Stam | $19.60 |
| Copies | Sandra Reynolds | $1.20 |
| Copies | Michael Kotrly | $6.00 |
| Copies | Sandra Reynolds | $1.10 |
| Copies | Michael Kotrly | $0.20 |
| Copies | Michael Kotrly | $12.40 |
| Taxi | Michael Kotrly | $7.69 |
| External DB Search/Quicklaw | Michael Kotrly | $41.98 |
| Copies | Jennifer Stam | $4.20 |
| Copies | Monique Massabki | $0.80 |
| **TOTAL** | | **$2,975.81** |

**Invoice No. 845675 (Fee Applications, Applicant – File No. 01016442-0008)**

| Description | Timekeeper | Amount |
|---|---|---|
| Courier Service FedEx | Derrick Tay | $33.96 |
| **TOTAL** | | **$33.96** |

Error! Unknown document property name.

| Expense Category | Total Expenses |
|---|---:|
| Copies | $894.50 |
| Long Distance Calls | $18.62 |
| Telephone Conference | $931.60 |
| External DB Search/Quicklaw | $798.64 |
| Process Server Fee | $70.00 |
| Courier Service | $160.15 |
| Taxi | $7.69 |
| Miscellaneous | $1.57 |
| Filing Fee-Notice of Motion | $127.00 |
| **Total** | **$3,009.77** |

WHEREFORE, OR respectfully requests that (a) an allowance be made to it, as fully described above for (i) 80% of the amount of $223,082.00 for reasonable and necessary professional services that OR has rendered to the Debtors during the Fee Period ($178,465.60) and (ii) 100% of the reimbursement of actual and necessary costs and expenses incurred by OR during the Fee Period ($3,009.77); (b) both fees and expenses are payable as administrative expenses of the Debtors' estates; and (c) this Court grant such further relief as is equitable and just.

Dated: October 22, 2008

OGILVY RENAULT LLP

*Teresa J. Walsh*
Teresa J. Walsh LSUC#: 385140
Suite 3800, 200 Bay Street
Royal Bank Plaza, South Tower
Toronto, Ontario, Canada  M5J 2Z4
Telephone: (416) 216-4080
Facsimile:  (416) 216-3980

Special Counsel for the Debtors and Debtors in Possession

**Error! Unknown document property name.**

## **VERIFICATION**

PROVINCE OF ONTARIO  :

CITY OF TORONTO  :

Teresa J. Walsh, after being duly sworn according to law, deposes and says:

(a)  I am a partner with the law firm of Ogilvy Renault LLP ("OR").

(b)  I am familiar with the legal services rendered by OR as special counsel to the Debtor and Debtors in Possession by the lawyers and paraprofessionals of OR.

(c)  I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I submit that I have been duly advised by our agent James O'Neill with the law firm of Pachulski, Stang, Ziehl & Jones LLP that the Application substantially complies with Local Bankruptcy Rules for the District of Delaware.

SWORN AND SUBSCRIBED before
me this 22 day of October, 2008.

_____
A Commissioner for Taking Affidavits
Greg Sheahan

_____
Teresa J. Walsh

Error! Unknown document property name.