# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Date:  November 13, 2008**

**Hearing Deadline:  to be scheduled, if necessary**

## FEE DETAIL FOR OGILVY RENAULT LLP'S TWENTY-FIRST MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



**OGILVY
RENAULT**

LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | October 10, 2008 |
| RE: | Litigation and litigation consulting | INVOICE: 845674 |
| Matter No.: | 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
              Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending September 30, 2008

| | |
|---|---|
| FEES | $222,192.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 2,975.81 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $225,168.31 |

Canadian Funds

# COPY

Please return a copy with payment to our address below.

Bank Transfer
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including Invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                          01016442-0006

<u>RE:  Litigation and litigation consulting</u>

## BILLING SUMMARY

|                 | Hours  | Amount       |
|-----------------|--------|--------------|
| A. Glen         | 2      | $370.00      |
| J. Hillier      | 13.5   | $2,497.50    |
| K. Legree       | 2.5    | $312.50      |
| P. Adams        | 14.8   | $2,516.00    |
| M. Kotrly       | 77.1   | $18,504.00   |
| J. Stam         | 33.6   | $16,800.00   |
| R. Penslar Levin| 10.5   | $3,675.00    |
| K. Galpern      | 35.5   | $22,187.50   |
| O. Pasparakis   | 138.4  | $81,656.00   |
| T. Reyes        | 18.2   | $13,650.00   |
| D.C. Tay        | 56.2   | $53,390.00   |
| T. Walsh        | 12.4   | $6,634.00    |
| Total           | 414.70 | $222,192.50  |

## FEE DETAIL

| Date   | Timekeeper        | Description | Hours | Amount |
|--------|-------------------|-------------|-------|--------|
| 1/9/08 | Jennifer Stam     | Conversations regarding Minutes of Settlement (0.3); revising same (0.5). | 0.80 | $400.00 |
| 1/9/08 | Orestes Pasparakis | Participating in negotiations (1.0); conference calls and emails regarding settlement (1.5); working through settlement issues with Plaintiff's counsel (1.0). | 3.50 | $2,065.00 |
| 1/9/08 | Derrick C. Tay    | Considering questions raised by Kirkland & Ellis and Grace regarding settlement agreement (0.3); communications with representative counsel (0.2); reviewing finalized form of settlement agreement (0.6); communications regarding execution of settlement agreement (0.3); communications with Crown regarding settlement with representative counsel (0.4). | 1.80 | $1,710.00 |
| 2/9/08 | Penny Adams       | Meeting with O. Pasparakis regarding 27th Report of Information Officer (0.40); reviewing and revising same (0.40); discussions with J. Stam regarding same (0.20). | 1.00 | $170.00 |
| 2/9/08 | Derrick C. Tay    | Ongoing discussions with Crown regarding settlement. | 0.70 | $665.00 |

INVOICE: 845674



**OGILVY RENAULT**
LLP/S.E.N.C.R.L, s.r.l.

W.R. GRACE & CO.                                                                01016442-0006

<u>RE:  **Litigation and litigation consulting**</u>

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 2/9/08 | Orestes Pasparakis | Follow-up on settlement issues (0.80); communications with Crown (0.80); numerous emails and conference calls (1.4). | 3.00 | $1,770.00 |
| 2/9/08 | Jennifer Stam | Revising minutes. | 0.30 | $150.00 |
| 3/9/08 | Teresa Walsh | Reviewing most recent Information Officer's Report. | 0.30 | $160.50 |
| 3/9/08 | Orestes Pasparakis | Numerous conference calls (1.4); emails and discussions regarding settlement and next steps (2.4); follow-up regarding status (1.0). | 4.80 | $2,832.00 |
| 3/9/08 | Tony Reyes | Discussions with J. Stam and O. Pasparakis regarding preparation of factum (0.2); review of minutes of settlement regarding same (1.2); additional conversation with J. Stam (0.1). | 1.50 | $1,125.00 |
| 3/9/08 | Derrick C. Tay | Reviewing Information Officer's Report prior to service to service list (0.7); dealing with timing and logistics of seeking court approval for settlement (0.7); communications with representative counsel regarding same (0.3). | 1.70 | $1,615.00 |
| 3/9/08 | Jennifer Stam | Preparing information officer's report for service. | 0.30 | $150.00 |
| 4/9/08 | Orestes Pasparakis | Discussions and emails regarding court attendance (0.8); considering affidavit materials (0.5); providing instructions regarding same (0.5). | 1.80 | $1,062.00 |
| 4/9/08 | Tony Reyes | Preparing factum based on facts as set out in settlement agreement. | 4.00 | $3,000.00 |
| 4/9/08 | Jennifer Stam | Attending to matters regarding request of court time for Canadian settlement approval. | 0.30 | $150.00 |
| 5/9/08 | Tony Reyes | Further drafting of factum. | 3.50 | $2,625.00 |
| 5/9/08 | Orestes Pasparakis | Follow-up on status and preparation of court materials. | 0.50 | $295.00 |
| 7/9/08 | Jennifer Stam | Reviewing documents in respect of Finke affidavit for Canadian settlement approval (0.7); drafting Finke Affidavit (0.5). | 1.20 | $600.00 |
| 8/9/08 | Orestes Pasparakis | Follow-up with court materials and settlement issues. | 0.50 | $295.00 |

INVOICE: 845674



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                 01016442-0006

<u>RE:  Litigation and litigation consulting</u>

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 8/9/08 | Tony Reyes | Further work on factum. | 2.80 | $2,100.00 |
| 8/9/08 | Jennifer Stam | Drafting Finke Affidavit. | 0.70 | $350.00 |
| 9/9/08 | Tony Reyes | Email to O. Pasparakis regarding status (0.1); further review of factum (law portion) (0.2); incorporating "relief requested" section into factum (1.2); incorporating preliminary "facts" portion into factum (1.5); incorporating "overview and issues" portion of factum (1.5); review of entire draft and revisions (1.2); circulating same for comment (0.1). | 5.80 | $4,350.00 |
| 9/9/08 | Jennifer Stam | Drafting Finke Affidavit for Canadian Settlement Approval. | 3.50 | $1,750.00 |
| 10/9/08 | Jennifer Stam | Conversations regarding newspaper article (0.5); revising Finke Affidavit (2.5). | 3.00 | $1,500.00 |
| 10/9/08 | Orestes Pasparakis | Reviewing and considering affidavit structure and evidence (1.7); providing comments on first draft (0.8); conference call with representative counsel regarding newspaper reports (0.2). | 2.70 | $1,593.00 |
| 10/9/08 | Derrick C. Tay | Dealing with government counsel regarding press on settlement agreement (0.2); dealing with government counsel regarding status of government proposals (0.4); reporting to Grace (0.3). | 0.90 | $855.00 |
| 10/9/08 | Tony Reyes | Further review of draft factum. | 0.50 | $375.00 |
| 11/9/08 | Teresa Walsh | Reviewing current version of Minutes of Settlement regarding Canadian claims (0.8); review and suggested revisions to affidavit materials for hearing on proposed settlement (3.2); conferences with O. Pasparakis regarding materials (0.2). | 4.20 | $2,247.00 |
| 11/9/08 | Jennifer Stam | Revising affidavit (0.8); drafting notice of motion (1.2); drafting Order (0.3). | 2.30 | $1,150.00 |
| 11/9/08 | Orestes Pasparakis | Numerous revisions to affidavit (3.5); considering same (1.0); considering fall-out from position of Thundersky (1.2). | 5.70 | $3,363.00 |

INVOICE: 845674



**OGILVY
RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                          01016442-0006

<u>**RE:  Litigation and litigation consulting**</u>

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 11/9/08 | Derrick C. Tay | Reviewing transcript of news story on settlement (0.6); following up with Crown lawyer (0.7); considering questions from Grace (1.2). | 2.50 | $2,375.00 |
| 12/9/08 | Teresa Walsh | Further review and revisions to draft affidavit to be used in support of settlement of Canadian claims (1.8); conferences with O. Pasparakis regarding meeting with Crown regarding settlement and related issues (0.2); review of case law relevant to Crown settlement issues (0.2). | 2.20 | $1,177.00 |
| 12/9/08 | Derrick C. Tay | Reviewing settlement terms from Government (0.6); communications regarding same (0.8); reviewing comments from Kirkland & Ellis (0.3); reviewing comments from Grace (0.3). | 2.00 | $1,900.00 |
| 12/9/08 | Jennifer Stam | Reviewing Plan and Disclosure Statement (4.5); drafting memo regarding  same (1.2); reviewing Crown proposal (0.7); conference call to discuss same (0.8); considering issues regarding same (1.2). | 8.40 | $4,200.00 |
| 12/9/08 | Karen Galpern | Discussions with O. Pasparakis regarding Minutes of Settlement (0.5); considering issues raised by Grace's general counsel (2.0). | 2.50 | $1,562.50 |
| 12/9/08 | Michael Kotrly | Reviewing and revising Affidavit of Richard C. Finke (1.5); reviewing and revising draft approval order and notice of motion (2.0); meeting with K. Galpern and O. Pasparakis regarding further steps to take in settlement (1.1); reviewing exhibits for Finke affidavit (1.8). | 6.40 | $1,536.00 |
| 12/9/08 | Michael Kotrly | Attended conference call regarding possibility of Crown settlement and feedback on Finke affidavit. | 0.70 | $168.00 |
| 12/9/08 | Penny Adams | Assembling exhibits to Finke Affidavit. | 2.50 | $425.00 |

INVOICE: 845674



W.R. GRACE & CO.                                              01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 12/9/08 | Orestes Pasparakis | Reviewing position of Crown and Plaintiffs regarding Crown participation (1.0); conference calls with Crown and Plaintiffs regarding status of settlement (1.9); revising affidavit and other motion materials (3.0); follow-up on opposition to settlement and strategies for managing same (1.5); preparing and considering law for motion and settlement (1.5). | 8.90 | $5,251.00 |
| 13/9/08 | Derrick C. Tay | Reviewing draft Chapter 11 Plan and Disclosure Statement. | 5.50 | $5,225.00 |
| 13/9/08 | Jennifer Stam | Reviewing Disclosure Statement (2.8); providing comments on same (0.6). | 3.40 | $1,700.00 |
| 13/9/08 | Teresa Walsh | Review of case law relevant to release issues for potential settlement (1.1); review of draft Order, draft factum and revised draft Minutes of Settlement (1.2). | 2.30 | $1,230.50 |
| 13/9/08 | Michael Kotrly | Revising Affidavit of Richard C. Finke and Exhibit List. | 0.50 | $120.00 |
| 13/9/08 | Orestes Pasparakis | Follow-up on new plan and disclosure statement (0.4); considering mechanisms for Crown participation in ZAI settlement (0.8). | 1.20 | $708.00 |
| 14/9/08 | Orestes Pasparakis | Reviewing and revising motion materials. | 2.00 | $1,180.00 |
| 14/9/08 | Michael Kotrly | Reviewing Notice of Motion and Approval Order (1.0); revising Affidavit of Richard C. Finke (1.1); final review thereof (0.5). | 2.60 | $624.00 |
| 15/9/08 | Derrick C. Tay | Discussing strategy with R. Finke (0.2); meeting with Government lawyer (1.1); reviewing draft affidavit for Canadian proceedings (1.7); reviewing draft Canadian ZAI bar date motion (1.3); communications with Kirkland & Ellis (0.4). | 4.70 | $4,465.00 |
| 15/9/08 | Jennifer Stam | Conversation with O. Pasparakis regarding settlement and Crown proposal. | 0.20 | $100.00 |
| 15/9/08 | Penny Adams | Dealing with issues relating to Finke Affidavit (1.0); letter to service list regarding Affidavit (0.2); drafting affidavit of service (0.2). | 1.40 | $238.00 |

INVOICE: 845674



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                        01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 15/9/08 | Orestes Pasparakis | Meeting with Crown (1.5); finalizing affidavit (2.0); finalizing Crown deal (1.8); numerous conference calls throughout the day and evening (2.0); drafting and revising (1.0). | 8.30 | $4,897.00 |
| 15/9/08 | Karen Galpern | Considering issues and case law regarding approval of settlement agreement (2.0); discussion with D. Tay regarding same (0.2); reviewing materials prepared by T. Reyes for court hearing (2.3). | 4.50 | $2,812.50 |
| 15/9/08 | Tony Reyes | Discussion with D. Tay regarding status of issues. | 0.10 | $75.00 |
| 15/9/08 | Michael Kotrly | Reviewing and revising Finke Affidavit and other motion materials (1.4); updating exhibits for Finke Affidavit (0.2) review of proposed Crown revisions to minutes of settlement (1.6); preparation for meeting with Crown (0.1); meeting with O. Pasparakis and J. Dais-Visca regarding possible Crown Settlement (1.6); drafting of proposed settlement addendum to include Crown (3.6). | 8.50 | $2,040.00 |
| 16/9/08 | Derrick C. Tay | Reviewing draft Canadian motion material to be served (2.3); reviewing revised minutes to include Crown in settlement (0.6). | 2.90 | $2,755.00 |
| 16/9/08 | Orestes Pasparakis | Numerous emails and calls with Crown counsel, representative counsel and U.S. counsel (1.0); attending to service and filing issues (0.8); follow-up on Crown settlement (2.0). | 3.80 | $2,242.00 |
| 16/9/08 | Karen Galpern | Considering issues and case law regarding approval of Settlement Agreement (4.5); preparing memorandum regarding same (1.5). | 6.00 | $3,750.00 |
| 16/9/08 | Penny Adams | Preparing for service and filing of motion materials (1.0); serving motion record and dealing with various issues relating to same (1.50). | 2.50 | $425.00 |
| 16/9/08 | Michael Kotrly | Editing draft of Crown settlement (0.6); drafting distribution protocol for Crown settlement (1.6); preparation and distribution of motion materials (2.4). | 4.60 | $1,104.00 |

INVOICE: 845674



**OGILVY
RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                01016442-0006

RE:  **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|------|------------|-------------|-------|--------|
| 17/9/08 | Karen Galpern | Discussion with M. Brown regarding approval of Settlement Agreement by Federal Court (0.2); considering issues regarding same (1.2); preparing memorandum regarding same (3.1). | 4.50 | $2,812.50 |
| 17/9/08 | Derrick C. Tay | Communications with Crown (0.3); communications with representative counsel (0.4); communications with Kirkland & Ellis (0.3); communications with Grace (0.2). | 1.20 | $1,140.00 |
| 17/9/08 | Michael Kotrly | Reviewing final copy of Motion Record for filing (0.3); requested copies of Mew and Klar reports from U.S. counsel (0.1); revising distribution protocol for Crown funds (1.0); research on representative plaintiff's power to bind class members (2.1); commence analysis on strategy for factum for settlement (1.0) | 4.50 | $1,080.00 |
| 17/9/08 | Orestes Pasparakis | Reviewing law (2.0); working on factum (3.8); considering evidence for factum (1.0). | 6.80 | $4,012.00 |
| 17/9/08 | Penny Adams | Finalizing affidavit of service (0.2); arranging for filing of motion record (0.5); dealing with various issues relating to same (0.8). | 1.50 | $255.00 |
| 18/9/08 | Orestes Pasparakis | Drafting Factum. | 7.80 | $4,602.00 |
| 18/9/08 | Michael Kotrly | Review of Klar and Mew affidavits for analysis for approval order factum (0.3); case law search for approval order factum (0.4); editing of approval order factum (1.7). | 2.40 | $576.00 |
| 18/9/08 | Penny Adams | Research relating to litigation proceedings. | 1.20 | $204.00 |
| 18/9/08 | Karen Galpern | Considering issues regarding approval of Settlement Agreement (2.0); preparing memorandum regarding same (4.0). | 6.00 | $3,750.00 |
| 19/9/08 | Joseph Hillier | Preparing cases for Factum. | 3.00 | $555.00 |
| 19/9/08 | Karen Galpern | Preparing memorandum regarding settlement approval. | 5.00 | $3,125.00 |
| 19/9/08 | Orestes Pasparakis | Drafting factum (3.0); reviewing law (2.3); drafting facts section (2.5); conference calls with Crown counsel and opposing counsel (1.0). | 8.80 | $5,192.00 |
| 19/9/08 | Adrienne Glen | Worked on citations for book of authorities. | 0.50 | $92.50 |
| 19/9/08 | Penny Adams | Dealing with issues relating to Finke Affidavit. | 0.80 | $136.00 |

INVOICE: 845674



**OGILVY
RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                        01016442-0006

RE:  **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 19/9/08 | Adrienne Glen | Researching case law for book of authorities. | 1.50 | $277.50 |
| 19/9/08 | Michael Kotrly | Editing of approval order factum and providing pinpoint citations regarding fairness argument (2.8); drafting of approval order factum regarding authority of representative counsel argument (3.0). | 5.80 | $1,392.00 |
| 21/9/08 | Orestes Pasparakis | Telephone calls with representative counsel (0.5); reviewing and revising notice to claimants (0.5). | 1.00 | $590.00 |
| 22/9/08 | Robin Penslar Levin | Research on ultimate limitation period and extensions of the period. | 3.00 | $1,050.00 |
| 22/9/08 | Michael Kotrly | Drafting supplemental affidavit and preparing relevant supporting material for Richard Finke (1.5); drafting and revising Factum for Approval Order (8.0). | 9.50 | $2,280.00 |
| 22/9/08 | Karen Galpern | Finalizing memorandum regarding approval of settlement agreement. | 2.50 | $1,562.50 |
| 22/9/08 | Derrick C. Tay | Reviewing draft Court materials. | 2.50 | $2,375.00 |
| 22/9/08 | Orestes Pasparakis | Drafting supplemental affidavit of Richard Finke (3.0); revisions to affidavit (1.0); reviewing law (0.8); considering numerous arguments (2.6); follow-up with client, opposing counsel and the Crown (1.2); various conference calls (0.7). | 9.30 | $5,487.00 |
| 22/9/08 | Robin Penslar Levin | Research on extensions of limitation periods and on ultimate limitation periods. | 2.50 | $875.00 |
| 22/9/08 | Joseph Hillier | Working on Factum and Book of Authorities. | 1.00 | $185.00 |
| 23/9/08 | Joseph Hillier | Preparing cases for Book of Authorities. | 6.00 | $1,110.00 |
| 23/9/08 | Penny Adams | Discussions with respect to supplemental motion record (0.2); drafting letter and affidavit of service with respect to same (0.4); reviewing supplemental motion record and providing comments thereon (0.2). | 0.80 | $136.00 |

INVOICE: 845674



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                          01016442-0006

RE:  **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 23/9/08 | Derrick C. Tay | Reviewing materials served by Delaware counsel (0.4); conference with representative counsel regarding hearing (0.6); reviewing and revising factum (1.5); communications with Crown counsel (0.3); reviewing supplementary affidavit (0.7). | 3.50 | $3,325.00 |
| 23/9/08 | Karen Galpern | Reviewing factum and cases sited in factum for settlement hearing. | 2.50 | $1,562.50 |
| 23/9/08 | Teresa Walsh | Review and suggested revisions to factum in support of settlement of Canadian claims (1.9); conferences with O. Pasparakis regarding revisions (0.3). | 2.20 | $1,177.00 |
| 23/9/08 | Orestes Pasparakis | Revisions to court materials (4.8); numerous conference calls with Crown and representative counsel (2.6); inputting revisions and comments from various parties (1.4). | 8.80 | $5,192.00 |
| 23/9/08 | Michael Kotrly | Arranging of materials for Supplementary Finke Affidavit (2.0); arranging of materials for Brief of Authorities (1.0); reviewing Factum for Approval Order (3.5) | 6.50 | $1,560.00 |
| 24/9/08 | Derrick C. Tay | Reviewing materials to be served (2.5); reviewing motion materials served by Thundersky (1.3). | 3.80 | $3,610.00 |
| 24/9/08 | Orestes Pasparakis | Preparing court submissions (2.1); reviewing law (0.5); preparing factum (3.0); conference calls with client and opposing counsel (1.1); numerous emails and conference calls with the Crown (0.8); reviewing materials filed by Ms. Thundersky (1.4); considering limitation issues (0.9). | 9.80 | $5,782.00 |
| 24/9/08 | Teresa Walsh | Review and suggested revisions to further draft of factum in support of settlement of Canadian claims. | 1.20 | $642.00 |
| 24/9/08 | Karen Galpern | Reviewing cases cited in factum for settlement approval. | 2.00 | $1,250.00 |
| 24/9/08 | Michael Kotrly | Serving and filing Supplemental Finke Affidavit (0.3); revising factum for settlement approval (4.5); gathering materials for brief of authorities (1.2) | 6.00 | $1,440.00 |

INVOICE: 845674



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                01016442-0006

RE:  **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 24/9/08 | Joseph Hillier | Working on Factum and Book of Authorities. | 3.50 | $647.50 |
| 24/9/08 | Penny Adams | Discussions with O. Pasparakis and M. Kotrly regarding supplemental motion record (0.3); reviewing and revising affidavit of service and letter to service list (0.3); serving and filing supplemental motion record (1.0); dealing with various issues relating to same (0.2). | 1.80 | $306.00 |
| 24/9/08 | Robin Penslar Levin | Reviewing factum on cases. | 5.00 | $1,750.00 |
| 25/9/08 | Michael Kotrly | Revising factum for approval order (2.5); service of factum and preparation for filing (0.7); preparation of brief of authorities for filing (1.5); service of additional evidence (0.2) | 4.90 | $1,176.00 |
| 25/9/08 | Penny Adams | Arranging for factum, brief and other documents to be filed with the Commercial List (0.5); discussions with M. Kotrly regarding same (0.3). | 0.80 | $136.00 |
| 25/9/08 | Derrick C. Tay | Communications with representative counsel (0.7); communications with Crown (0.8); communications with clients (0.3); communications with Kirkland & Ellis (0.6). | 2.40 | $2,280.00 |
| 25/9/08 | Katie Legree | Preparing various electronic copies of Applicant's Brief of Authorities. | 2.00 | $250.00 |
| 25/9/08 | Orestes Pasparakis | Final revisions to factum (1.5); conference call with J. Baer (0.6); numerous emails and conferences throughout the day (1.3); conference call with representative counsel (0.7); meeting with Sealed Air's counsel (1.0); reviewing and revising law (1.5); reviewing affidavit of M. Belanger (0.8); reviewing other materials filed (1.6). | 9.00 | $5,310.00 |
| 25/9/08 | Michael Kotrly | Review of Belanger affidavit. | 0.20 | $48.00 |
| 26/9/08 | Michael Kotrly | Conference call with representative counsel regarding terms of settlement (0.5); review of correspondence regarding settlement with Crown (0.4); review of Sealed Air filed materials (0.2). | 1.10 | $264.00 |

INVOICE: 845674



**OGILVY RENAULT**
LLP / S.E.N.C.R.L, s.r.l.

W.R. GRACE & CO.                                                      01016442-0006

RE:  **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 26/9/08 | Derrick C. Tay | Finalizing factum for serving (1.9); dealing with representative counsel (0.7); dealing with Crown (1.2). | 3.80 | $3,610.00 |
| 26/9/08 | Katie Legree | Assisting M. Kotrly with electronic Brief of Authorities. | 0.50 | $62.50 |
| 26/9/08 | Orestes Pasparakis | Addressing concerns of representative counsel (0.7); conference call with Mr. Ferbers (0.8); follow-up regarding next steps (1.0); preparing oral argument (5.3). | 7.80 | $4,602.00 |
| 27/9/08 | Derrick C. Tay | Reviewing representative counsel's court filings (2.3); preparing for motion (2.4). | 4.70 | $4,465.00 |
| 27/9/08 | Orestes Pasparakis | Reviewing representative counsel motion materials. | 1.00 | $590.00 |
| 28/9/08 | Orestes Pasparakis | Preparing for hearing (2.0); reviewing materials filed (1.3). | 3.30 | $1,947.00 |
| 29/9/08 | Michael Kotrly | Summary of cases relied upon in Approval Order Factum. | 3.40 | $816.00 |
| 29/9/08 | Orestes Pasparakis | Preparing for Motion. | 1.50 | $885.00 |
| 29/9/08 | Derrick C. Tay | Reviewing Thundersky filings (1.2); preparing for motion (1.7); dealing with Crown (1.1); dealing with representative counsel (0.6). | 4.60 | $4,370.00 |
| 29/9/08 | Penny Adams | Reviewing U.S. court materials and reporting to J. Stam regarding same. | 0.50 | $85.00 |
| 29/9/08 | Orestes Pasparakis | Preparing oral submissions (4.6); discussions with representative counsel and the Crown (1.0); reviewing law (2.2). | 7.80 | $4,602.00 |
| 29/9/08 | Jennifer Stam | Reviewing materials for Canadian settlement approval. | 2.80 | $1,400.00 |
| 30/9/08 | Derrick C. Tay | Meeting with Grace and Kirkland & Ellis prior to court (1.6); attending court (3.3); meeting with Crown and representative counsel (2.1). | 7.00 | $6,650.00 |
| 30/9/08 | Jennifer Stam | Preparing for Canadian Settlement Approval (1.5); attending at Court for same (3.2); meeting with all parties to discuss Crown settlement (1.7). | 6.40 | $3,200.00 |

INVOICE: 845674



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                              01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 30/9/08 | Michael Kotrly | Preparation of materials for hearing (0.5); attendance at approval order hearing (4.2); attended settlement discussions (1.0); drafting response to anticipated Crown written submissions (3.8). | 9.50 | $2,280.00 |
| 30/9/08 | Orestes Pasparakis | Preparing for and attendance at court (5.2); attending settlement meeting (1.8); directions regarding written submissions (2.0). | 9.00 | $5,310.00 |
| | | **TOTAL FEES** | | **$222,192.50** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 894.50 |
| Long distance calls | 18.62 |
| Courier service | 126.19 |
| Miscellaneous | 1.57 |
| Telephone conference | 19.58 |
| External DB Search/Quicklaw | 798.64 |
| Process server fee | 70.00 |
| Taxis | 7.69 |
| Conference call | 912.02 |
| Filing notice of motion | 127.00 |
| | $2,975.81 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|------|-----------|-------------|--------|
| 28/8/08 | Jennifer Stam | PST Telephone Conference | 1.57 |
| 28/8/08 | Jennifer Stam | Telephone conference | 19.58 |
| 31/8/08 | Orestes Pasparakis | Conference call - ORESTES PASPARAKIS | 912.02 |
| 3/9/08 | Sandra Reynolds | Copies | 2.00 |
| 3/9/08 | Monique Massabki | Copies | 0.10 |
| 3/9/08 | Monique Massabki | Copies | 0.20 |
| 3/9/08 | Jennifer Stam | Copies | 13.90 |
| 4/9/08 | Monique Massabki | Copies | 0.10 |
| 5/9/08 | Penny Adams | Process server fee - KAP LITIGATION SERVICES | 35.00 |
| 8/9/08 | Tony Reyes | Copies | 0.90 |

INVOICE: 845674



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                    01016442-0006

RE:  Litigation and litigation consulting
_____

| Date | Timekeeper | Description | Amount |
|------|-----------|-------------|-------:|
| 9/9/08 | Tony Reyes | Copies | 1.40 |
| 9/9/08 | Tony Reyes | Copies | 1.40 |
| 9/9/08 | Tony Reyes | Copies | 1.40 |
| 9/9/08 | Tony Reyes | Copies | 1.30 |
| 9/9/08 | Tony Reyes | Copies | 1.30 |
| 9/9/08 | Marna McGeorge | Copies | 0.90 |
| 9/9/08 | Marna McGeorge | Copies | 0.90 |
| 9/9/08 | Marna McGeorge | Copies | 0.10 |
| 10/9/08 | Orestes Pasparakis | Long distance calls 19055231333 | 1.92 |
| 11/9/08 | Orestes Pasparakis | Copies | 4.80 |
| 11/9/08 | Sandra Reynolds | Copies | 2.20 |
| 11/9/08 | Sandra Reynolds | Copies | 2.20 |
| 11/9/08 | Jennifer Stam | Copies | 2.00 |
| 12/9/08 | Michael Kotrly | Copies | 0.20 |
| 12/9/08 | Michael Kotrly | Copies | 0.10 |
| 12/9/08 | Michael Kotrly | Copies | 0.10 |
| 12/9/08 | Michael Kotrly | Copies | 0.70 |
| 12/9/08 | Penny Adams | Copies | 0.20 |
| 12/9/08 | Penny Adams | Copies | 0.60 |
| 12/9/08 | Teresa Walsh | Copies | 0.20 |
| 12/9/08 | Penny Adams | Copies | 8.60 |
| 12/9/08 | Jennifer Stam | Copies | 4.50 |
| 12/9/08 | Michael Kotrly | Copies | 1.30 |
| 12/9/08 | Teresa Walsh | Copies | 9.60 |
| 12/9/08 | Sandra Reynolds | Copies | 2.30 |
| 12/9/08 | Penny Adams | Copies | 0.20 |
| 12/9/08 | Michael Kotrly | Copies | 0.10 |
| 12/9/08 | Jennifer Stam | Copies | 1.20 |
| 12/9/08 | Sandra Reynolds | Copies | 2.30 |
| 12/9/08 | Sandra Reynolds | Copies | 2.30 |
| 12/9/08 | Jennifer Stam | Copies | 0.70 |
| 12/9/08 | Sandra Reynolds | Copies | 4.60 |
| 12/9/08 | Sandra Reynolds | Copies | 6.90 |
| 12/9/08 | Michael Kotrly | Copies | 1.30 |
| 12/9/08 | Sandra Reynolds | Copies | 2.30 |
| 12/9/08 | Jennifer Stam | Copies | 0.10 |
| 12/9/08 | Sandra Reynolds | Copies | 2.30 |
| 15/9/08 | Sandra Reynolds | Copies | 0.70 |
| 15/9/08 | Michael Kotrly | Copies | 0.70 |
| 15/9/08 | Jennifer Stam | Filing notice of motion -  MINISTER OF FINANCE (ONTARIO) | 127.00 |
| 15/9/08 | Michael Kotrly | Copies | 1.30 |
| 15/9/08 | Sandra Reynolds | Copies | 1.30 |
| 16/9/08 | Muriel Ing | Copies | 0.30 |

INVOICE: 845674



**OGILVY RENAULT**
LP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Amount |
|------|-----------|-------------|--------|
| 16/9/08 | Muriel Ing | Copies | 0.10 |
| 16/9/08 | Muriel Ing | Copies | 0.10 |
| 16/9/08 | Muriel Ing | Copies | 0.10 |
| 16/9/08 | Muriel Ing | Copies | 0.10 |
| 16/9/08 | Muriel Ing | Copies | 0.10 |
| 16/9/08 | Muriel Ing | Copies | 112.80 |
| 16/9/08 | Muriel Ing | Copies | 0.10 |
| 16/9/08 | Muriel Ing | Copies | 0.10 |
| 16/9/08 | Muriel Ing | Copies | 37.60 |
| 16/9/08 | Sandra Reynolds | Copies | 0.60 |
| 16/9/08 | Muriel Ing | Copies | 0.10 |
| 16/9/08 | Muriel Ing | Copies | 0.40 |
| 16/9/08 | Muriel Ing | Copies | 0.10 |
| 16/9/08 | Muriel Ing | Copies | 0.10 |
| 16/9/08 | Muriel Ing | Copies | 0.10 |
| 16/9/08 | Muriel Ing | Copies | 0.10 |
| 17/9/08 | Michael Kotrly | Copies | 0.10 |
| 17/9/08 | Michael Kotrly | External DB Search/Quicklaw | 39.34 |
| 17/9/08 | Muriel Ing | Copies | 0.10 |
| 17/9/08 | Derrick C. Tay | Courier service FedEx shipment #689588773843 FROM TORONTO, ON, CA. To: MR. RICHARD FINKE,W.R. GRACE & CO, COLUMBIA, MD, US. ON 17-09-2008, GST: 0.00, QST: 0.00 | 50.64 |
| 18/9/08 | Karen Galpern | External DB Search/Quicklaw | 32.61 |
| 18/9/08 | Michael Kotrly | External DB Search/Quicklaw | 50.60 |
| 18/9/08 | Orestes Pasparakis | Long distance calls 19055231333 | 2.40 |
| 19/9/08 | Sandra Reynolds | Copies | 0.10 |
| 19/9/08 | Sandra Reynolds | Copies | 0.10 |
| 19/9/08 | Michael Kotrly | Copies | 7.60 |
| 19/9/08 | Penny Adams | Process server fee -  KAP LITIGATION SERVICES | 35.00 |
| 19/9/08 | Joseph Hillier | Copies | 40.90 |
| 19/9/08 | Courtney Champagne | Copies | 10.80 |
| 19/9/08 | Michael Kotrly | Copies | 0.30 |
| 19/9/08 | Joseph Hillier | External DB Search/Quicklaw | 56.36 |
| 19/9/08 | Sandra Reynolds | Copies | 0.30 |
| 19/9/08 | Michael Kotrly | External DB Search/Quicklaw | 105.10 |
| 22/9/08 | Robin Penslar Levin | External DB Search/Quicklaw | 55.01 |
| 22/9/08 | Joseph Hillier | Copies | 1.10 |
| 22/9/08 | Sandra Reynolds | Copies | 0.10 |
| 22/9/08 | Sandra Reynolds | Copies | 3.60 |
| 22/9/08 | Sandra Reynolds | Copies | 1.00 |
| 22/9/08 | Sandra Reynolds | Copies | 3.70 |
| 22/9/08 | Sandra Reynolds | Copies | 3.70 |

INVOICE: 845674



**OGILVY
RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                    01016442-0006

RE:  **Litigation and litigation consulting**

| Date | Timekeeper | Description | Amount |
|------|-----------|-------------|-------:|
| 22/9/08 | Tammy Tran | External DB Search/Quicklaw | 9.08 |
| 22/9/08 | Michael Kotrly | External DB Search/Quicklaw | 120.69 |
| 22/9/08 | Karen Galpern | External DB Search/Quicklaw | 5.53 |
| 22/9/08 | Michael Kotrly | Copies | 0.20 |
| 23/9/08 | Orestes Pasparakis | Copies | 3.40 |
| 23/9/08 | Sandra Reynolds | Copies | 0.10 |
| 23/9/08 | Karen Galpern | Copies | 3.40 |
| 23/9/08 | Michael Kotrly | External DB Search/Quicklaw | 53.04 |
| 23/9/08 | Joseph Hillier | Copies | 8.40 |
| 23/9/08 | Penny Adams | Copies | 0.10 |
| 23/9/08 | Sandra Reynolds | Copies | 1.70 |
| 23/9/08 | Michael Kotrly | Copies | 0.20 |
| 23/9/08 | Michael Kotrly | Copies | 0.20 |
| 23/9/08 | Michael Kotrly | Copies | 0.20 |
| 23/9/08 | Teresa Walsh | Copies | 3.40 |
| 23/9/08 | Sandra Reynolds | Copies | 0.10 |
| 23/9/08 | Sandra Reynolds | Copies | 0.10 |
| 23/9/08 | Michael Kotrly | Copies | 1.80 |
| 23/9/08 | Joseph Hillier | External DB Search/Quicklaw | 72.86 |
| 23/9/08 | Sandra Reynolds | Copies | 3.40 |
| 24/9/08 | Penny Adams | Copies | 0.10 |
| 24/9/08 | Joseph Hillier | Copies | 18.80 |
| 24/9/08 | Muriel Ing | Copies | 0.20 |
| 24/9/08 | Michael Kotrly | Copies | 28.20 |
| 24/9/08 | Sandra Reynolds | Copies | 0.10 |
| 24/9/08 | Muriel Ing | Copies | 0.10 |
| 24/9/08 | Muriel Ing | Copies | 0.10 |
| 24/9/08 | Derrick C. Tay | Courier service FedEx shipment #689588774221 FROM TORONTO, ON, CA. To: W.R. GRACE & CO.,MR. RICHARD FINKE, COLUMBIA, MD, US. ON 24-09-2008, GST: 0.00, QST: 0.00 | 75.55 |
| 24/9/08 | Michael Kotrly | Copies | 0.20 |
| 24/9/08 | Michael Kotrly | External DB Search/Quicklaw | 1.81 |
| 24/9/08 | Robin Penslar Levin | External DB Search/Quicklaw | 87.70 |
| 24/9/08 | Muriel Ing | Copies | 0.40 |
| 24/9/08 | Sandra Reynolds | Copies | 3.50 |
| 24/9/08 | Muriel Ing | Copies | 0.30 |
| 24/9/08 | Sandra Reynolds | Copies | 3.50 |
| 24/9/08 | Muriel Ing | Copies | 0.10 |
| 24/9/08 | Michael Kotrly | Copies | 39.00 |
| 24/9/08 | Joseph Hillier | Copies | 17.20 |
| 24/9/08 | Michael Kotrly | Copies | 85.80 |
| 24/9/08 | Muriel Ing | Copies | 0.10 |
| 24/9/08 | Muriel Ing | Copies | 0.10 |

INVOICE: 845674



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                01016442-0006

**RE:  Litigation and litigation consulting**

| Date | Timekeeper | Description | Amount |
|------|-----------|-------------|--------|
| 24/9/08 | Penny Adams | Copies | 0.10 |
| 24/9/08 | Muriel Ing | Copies | 0.20 |
| 24/9/08 | Muriel Ing | Copies | 0.20 |
| 24/9/08 | Muriel Ing | Copies | 0.10 |
| 24/9/08 | Muriel Ing | Copies | 0.40 |
| 24/9/08 | Sandra Reynolds | Copies | 3.50 |
| 24/9/08 | Muriel Ing | Copies | 0.10 |
| 24/9/08 | Joseph Hillier | Copies | 11.20 |
| 24/9/08 | Michael Kotrly | Copies | 3.40 |
| 24/9/08 | Joseph Hillier | Copies | 8.80 |
| 24/9/08 | Karen Galpern | External DB Search/Quicklaw | 5.10 |
| 25/9/08 | Muriel Ing | Copies | 0.10 |
| 25/9/08 | Muriel Ing | Copies | 0.10 |
| 25/9/08 | Michael Kotrly | Copies | 23.60 |
| 25/9/08 | Muriel Ing | Copies | 0.10 |
| 25/9/08 | Michael Kotrly | Copies | 30.30 |
| 25/9/08 | Michael Kotrly | Copies | 3.40 |
| 25/9/08 | Orestes Pasparakis | Long distance calls 12124464934 | 0.77 |
| 25/9/08 | Orestes Pasparakis | Long distance calls 13128612162 | 0.80 |
| 25/9/08 | Orestes Pasparakis | Long distance calls 12124464934 | 8.41 |
| 25/9/08 | Sandra Reynolds | Copies | 0.10 |
| 25/9/08 | Muriel Ing | Copies | 0.10 |
| 25/9/08 | Michael Kotrly | External DB Search/Quicklaw | 3.00 |
| 25/9/08 | Muriel Ing | Copies | 0.20 |
| 25/9/08 | Michael Kotrly | Copies | 13.60 |
| 25/9/08 | Michael Kotrly | Copies | 0.10 |
| 25/9/08 | Michael Kotrly | Copies | 1.20 |
| 25/9/08 | Michael Kotrly | Copies | 0.10 |
| 25/9/08 | Michael Kotrly | Copies | 92.10 |
| 25/9/08 | Muriel Ing | Copies | 0.80 |
| 26/9/08 | Orestes Pasparakis | Long distance calls 19055231333 | 4.32 |
| 26/9/08 | Michael Kotrly | Copies | 0.10 |
| 26/9/08 | Sandra Reynolds | Copies | 19.50 |
| 26/9/08 | Sandra Reynolds | Copies | 0.10 |
| 29/9/08 | Sandra Reynolds | Copies | 1.60 |
| 29/9/08 | Michael Kotrly | External DB Search/Quicklaw | 58.83 |
| 29/9/08 | Michael Kotrly | Copies | 59.30 |
| 29/9/08 | Michael Kotrly | Copies | 24.60 |
| 29/9/08 | Michael Kotrly | Copies | 5.20 |
| 29/9/08 | Jennifer Stam | Copies | 19.60 |
| 29/9/08 | Sandra Reynolds | Copies | 1.20 |
| 29/9/08 | Michael Kotrly | Copies | 6.00 |
| 29/9/08 | Sandra Reynolds | Copies | 1.10 |
| 30/9/08 | Michael Kotrly | Copies | 0.20 |

INVOICE: 845674



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                   01016442-0006

**RE:  Litigation and litigation consulting**

| Date | Timekeeper | Description | | Amount |
|------|-----------|-------------|---|--------|
| 30/9/08 | Michael Kotrly | Copies | | 12.40 |
| 30/9/08 | Michael Kotrly | Taxis - MICHAEL KOTRLY | | 7.69 |
| 30/9/08 | Michael Kotrly | External DB Search/Quicklaw | | 41.98 |
| 30/9/08 | Jennifer Stam | Copies | | 4.20 |
| 30/9/08 | Monique Massabki | Copies | | 0.80 |
| | | | TOTAL | $2,975.81 |

INVOICE: 845674



**OGILVY
RENAULT**

LLP / S.E.N.C.R.L, s.r.L

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | October 10, 2008 |
| RE: | Fee Applications, Applicant | INVOICE: 845675 |
| Matter No.: | 01016442-0008 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:    Richard Finke
Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending September 30, 2008

| | |
|---|---|
| FEES | $889.50 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 33.96 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $923.46 |

# COPY

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario  M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                          01016442-0008

RE:  **Fee Applications, Applicant**

---

BILLING SUMMARY

|              |       | Hours | Amount    |
|--------------|-------|-------|-----------|
| T. Walsh     |       | 0.9   | $481.50   |
| P. Adams     |       | 2.4   | $408.00   |
|              | Total | 3.30  | $889.50   |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|------|-----------|-------------|-------|--------|
| 16/9/08 | Penny Adams | Reviewing August invoices (0.2); drafting Twentieth Monthly Fee Application (0.8). | 1.00 | $170.00 |
| 17/9/08 | Penny Adams | Reviewing and revising Twentieth Monthly Fee Application (0.2); email to R. Finke regarding same (0.2). | 0.40 | $68.00 |
| 18/9/08 | Penny Adams | Dealing with issues relating to Fee Application. | 0.30 | $51.00 |
| 19/9/08 | Teresa Walsh | Review of Twentieth Monthly Fee Application (0.3); follow-up with P. Adams regarding invoices (0.1). | 0.40 | $214.00 |
| 22/9/08 | Penny Adams | Finalizing Twentieth Monthly Fee Application (0.2); letter to L. Oberholzer regarding same (0.2); emails to the fee auditor and L. Oberholzer regarding same (0.3). | 0.70 | $119.00 |
| 22/9/08 | Teresa Walsh | Telephone conversation with P. Adams regarding invoices for Twentieth Monthly Fee Application (0.1); finalizing and swearing application materials (0.2). | 0.30 | $160.50 |
| 23/9/08 | Teresa Walsh | Review of report of fee auditor. | 0.20 | $107.00 |
| | | **TOTAL FEES** | | **$889.50** |

---

DISBURSEMENTS - NON TAXABLE

| | |
|---|---|
| Courier service | 33.96 |
| | $33.96 |

INVOICE: 845675



**OGILVY**
**RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                 01016442-0008

RE:  Fee Applications, Applicant

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|------|-----------|-------------|--------|
| 22/9/08 | Derrick C. Tay | Courier service FedEx shipment #689588774070 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 22-09-2008, GST: 0.00, QST: 0.00 | 33.96 |
| | | TOTAL | $33.96 |

INVOICE: 845675