# EXHIBIT A

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

April 30, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Enzo ORELLANA
Invoice #:    08.40354019

Preparation of detailed response to the Regional Office of the U.S. Department of Labor for the Application for Alien Employment Certification under Program Electronic Review Management (PERM). Strategy discussions regarding the issues raised by the Department of Labor. Preparation of detailed draft response to be submitted to the Department of Labor, setting forth an in-depth discussion and argument within the framework of Department of Labor regulations. Telephonic discussions regarding factual data and related recruitment data, review documents, and analysis for strategy determination. Final preparation and submission of response and supporting documentation to the Regional Office of the Department of Labor.

|  |  |
|---|---|
| **Total Legal Fees** | $1,250.00 |

**Disbursements**

| | |
|---|---|
| Federal Express (domestic) | $18.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $50.00 |
| **Total Disbursements** | $68.00 |
| **Please Remit** | **$1,318.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**       For all billing inquiries, please call (305)774-5800

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

April 30, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Susnata SAMANTA
Invoice #:   08.40354445

Preparation of Application to Change Nonimmigrant Visa Classification of accompanying dependent family member(s) including Form I-539. Transmittal of prepared drafts and application to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $800.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $32.00 |
| **Total Disbursements** | $68.00 |
| **Please Remit** | **$868.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**   For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

April 30, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Julio RENTERIA SANDOVAL
Invoice #:    08.40354020

Preparation of response to inquiry notice from the U.S. Citizenship and Immigration Services to provide additional documentation as requested regarding H-1B petition. Transmittal of draft letter to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $750.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $18.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $30.00 |
| **Total Disbursements** | $48.00 |
| **Please Remit** | **$798.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**    For billing inquiries, please call (305) 774-5800