# EXHIBIT A

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

May 31, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Susnata SAMANTA
Invoice #:   08.40356083

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B (change of employer) status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  | |
|---|---:|
| **Total Legal Fees** | $1,850.00 |

**Disbursements**
| | |
|---|---:|
| Federal Express (domestic) | $54.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $74.00 |
| **Total Disbursements** | $128.00 |
| **Please Remit** | **$1,978.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**     For billing inquiries, please call (305) 774-5800

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

May 31, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Subho GOSWAMI
Invoice #:    08.40360695

Preparation of Application to Change Nonimmigrant Visa Classification of accompanying dependent family member (spouse) including Form I-539. Transmittal of prepared drafts and application to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

| | |
|---|---:|
| **Total Legal Fees** | $800.00 |
| **Disbursements** | |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $32.00 |
| **Total Disbursements** | $68.00 |
| **Please Remit** | **$868.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**    For billing inquiries please call (305) 774-5800.

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

May 31, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

        RE:    Venkateswarlu JAMMI
        Invoice #:    08.40360828

Discussions regarding criteria for continued travel abroad for family members (spouse and daughter) during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to the United States Citizenship and Immigration Services.

|  |  |
|---|---:|
| **Total Legal Fees** | **$525.00** |
| **Please Remit** | **$525.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**    For billing inquiries, please call (305)774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID                                                    21-May-2008
W. R. GRACE CO.
C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

FOR PROFESSIONAL SERVICES RENDERED

Assignee: CHRIS FORGEY

Invoice Number: IN-US00066607

Manager: GRAHAM LEES

Case Number: 129362

Client: W. R. GRACE CO.

Total Legal Fees:     0.00

Total Disbursements: 220.00

Invoice Total: (USD)   220.00

|  | Fee/Disbursement |
|---|---|
| DISBURSEMENTS (work carried out by FRAGOMEN - BRUSSELS) | |
| For our professional services rendered with respect to assistance for Limosa Declaration on behalf of MR. Christian Forgey. | 200.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 10.00 |
| Miscellaneous Out-of-Pocket Expenses for Legal Fees | 10.00 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

29-May-2008

BLANCA UTARID
W. R. GRACE CO.

C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

FOR PROFESSIONAL SERVICES RENDERED

Assignee: CHRIS FORGEY

Invoice Number: IN-US00067498

Manager: GRAHAM LEES

Case Number: 120385

Client: W. R. GRACE CO.

Total Legal Fees: 0.00

Total Disbursements: 367.50

Invoice Total: (USD) 367.50

| | Fee/Disbursement |
|---|---:|
| **DISBURSEMENTS** (work carried out by FRAGOMEN - BRUSSELS) | |
| Other-Legal Fees: Advice on visa application for Mrs. Forgey (as authorized by Blanca Utarid) | 350.00 |
| Miscellaneous Out-of-Pocket Expenses for Legal Fees | 17.50 |