# EXHIBIT A

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID                                              17-June-2008
W. R. GRACE CO.
C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

    Assignee: JP SEXTON

    Invoice Number: IN-US00068917

    Manager: GRAHAM LEES

    Case Number: 105180

    Client: W. R. GRACE CO.

    Total Legal Fees:     0.00

    Total Disbursements: 1,186.58

    Invoice Total: (USD)  1,186.58

|  | Fee/Disbursement |
|---|---:|
| DISBURSEMENTS (work carried out by FRAGOMEN - SHANGHAI) |  |
| Assistance provided for obtaining renewal of China Work Permit and Residence License on behalf of employee | 850.00 |
| Third party vendor professional fees (PO-0000105180-00001) | 100.00 |
| Government fees paid by third party vendor on behalf of employee | 114.08 |
| Third party vendor out of pocket expenses | 80.00 |
| Miscellaneous Out-of-Pocket Expenses for Legal Fees | 42.50 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID                                                          11-June-2008
W. R. GRACE CO.
C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

    Assignee: ANDRIANTO JAYAPURNA

    Invoice Number: IN-US00068676

    Manager: GRAHAM LEES

    Case Number: 101021

    Client: W. R. GRACE CO.

    Total Legal Fees:     0.00

    Total Disbursements: 2,683.69

    Invoice Total: (USD)  2,683.69

| | Fee/Disbursement |
|---|---:|
| DISBURSEMENTS (work carried out by FRAGOMEN - SHANGHAI) | |
| Assistance provided for obtaining renewal of China Work Permit and Residence License on behalf of employee($950) and four dependents($250 each = $1000) | 1,350.00 |
| Third party vendor professional fees (PO-0000101021-00001) | 600.00 |
| Government fees paid by third party vendor on behalf of employee and four dependents | 556.19 |
| Third party vendor out of pocket expenses | 80.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 97.50 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID  
W. R. GRACE CO.  

C/O ERNST & YOUNG LLP  
99 WOOD AVENUE SOUTH  
ISELIN NEW JERSEY 08830  
UNITED STATES OF AMERICA  

11-June-2008

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee: GREG FREEMAN

Invoice Number: IN-US00068685

Manager: GRAHAM LEES

Case Number: 127752

Client: W. R. GRACE CO.

Total Legal Fees:    0.00

Total Disbursements: 2,818.47

Invoice Total: (USD)   2,818.47

|  | Fee/Disbursement |
|---|---:|
| DISBURSEMENTS (work carried out by FRAGOMEN - BRUSSELS) | |
| Application filed with immigration authorities to renew Belgian Work Permit on behalf of Gregory Freeman ($1850 initial + $750 for 3 dependants). | 2,600.00 |
| Other-Disbursements: filing of the application via registered mail + collecting the Work permit via express courier and sending the original work permit via DHL. | 88.47 |
| Miscellaneous Out-of-Pocket Expenses for Legal Fees | 130.00 |

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID
W. R. GRACE CO.
C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

11-June-2008

FOR PROFESSIONAL SERVICES RENDERED

Assignee: YENG CHONG
Invoice Number: IN-US00068684
Manager: GRAHAM LEES
Case Number: 98988
Client: W. R. GRACE CO.
Total Legal Fees:     0.00
Total Disbursements: 1,475.07
Invoice Total: (USD)  1,475.07

|  | Fee/Disbursement |
|---|---:|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - SHANGHAI)<br><br>Assistance provided for obtaining renewal of China Work Permit and Residence License on behalf of employee ($950) and one dependent($250) | 900.00 |
| Third party vendor professional fees (PO-0000098988-00001) | 300.00 |
| Third party vendor out of pocket expenses | 50.00 |
| Government fees paid by third party vendor on behalf of employee | 165.07 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 60.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

June 30, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE: Nalini BABOORAM
Invoice #: 08.40373393

Preparation of extensive and detailed response to Notice of Audit issued by the Perm Processing Center of the U.S. Dept. of Labor in connection with Application for Alien Employment Certification. Ongoing consultations with client to discuss strategy regarding the issues raised by the Dept. of Labor. Preparation of detailed draft response to be submitted to the Dept. of Labor, setting forth an in-depth discussion and argument within the framework of Dept. of Labor regulations. Numerous telephonic discussions regarding factual data and statistics, strategy and to review documents prepared. Final preparation and submission of response and supporting documentation to the Perm Processing Center of the Dept. of Labor within appointed deadline set forth in the Notice of Audit.

| | |
|---|---:|
| **Total Legal Fees** | $350.00 |
| **Please Remit** | $350.00 |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**   For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

June 30, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE: Siva POTHIREDDY
Invoice #: 08.40373394

Preparation of extensive and detailed response to Notice of Audit issued by the Perm Processing Center of the U.S. Dept. of Labor in connection with Application for Alien Employment Certification. Ongoing consultations with client to discuss strategy regarding the issues raised by the Dept. of Labor. Preparation of detailed draft response to be submitted to the Dept. of Labor, setting forth an in-depth discussion and argument within the framework of Dept. of Labor regulations. Numerous telephonic discussions regarding factual data and statistics, strategy and to review documents prepared. Final preparation and submission of response and supporting documentation to the Perm Processing Center of the Dept. of Labor within appointed deadline set forth in the Notice of Audit.

| | |
|---|---:|
| **Total Legal Fees** | $350.00 |
| **Please Remit** | $350.00 |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**   For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

June 30, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Jia CHEN
Invoice #:   08.40373395

Preparation of extensive and detailed response to Notice of Audit issued by the Perm Processing Center of the U.S. Dept. of Labor in connection with Application for Alien Employment Certification. Ongoing consultations with client to discuss strategy regarding the issues raised by the Dept. of Labor. Preparation of detailed draft response to be submitted to the Dept. of Labor, setting forth an in-depth discussion and argument within the framework of Dept. of Labor regulations. Numerous telephonic discussions regarding factual data and statistics, strategy and to review documents prepared. Final preparation and submission of response and supporting documentation to the Perm Processing Center of the Dept. of Labor within appointed deadline set forth in the Notice of Audit.

|  |  |
|---|---|
| **Total Legal Fees** | $350.00 |
| **Please Remit** | $350.00 |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**   For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

June 30, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Enzo ORELLANA
Invoice #:   08.40373396

Preparation of extensive and detailed response to Notice of Audit issued by the Perm Processing Center of the U.S. Dept. of Labor in connection with Application for Alien Employment Certification. Ongoing consultations with client to discuss strategy regarding the issues raised by the Dept. of Labor. Preparation of detailed draft response to be submitted to the Dept. of Labor, setting forth an in-depth discussion and argument within the framework of Dept. of Labor regulations. Numerous telephonic discussions regarding factual data and statistics, strategy and to review documents prepared. Final preparation and submission of response and supporting documentation to the Perm Processing Center of the Dept. of Labor within appointed deadline set forth in the Notice of Audit.

**Total Legal Fees**                                   $350.00

---

**Please Remit**                                       $350.00

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**       For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

June 30, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE: Jia CHEN
Invoice #: 08.40378144

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  |  |
|---|---:|
| **Total Legal Fees** | $1,100.00 |
| **Disbursements** |  |
| Federal Express (domestic) | $54.00 |
| **Total Disbursements** | $54.00 |
| **Please Remit** | **$1,154.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**   For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

June 30, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:     Zeynep TOLUN
Invoice #:     08.40378145

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  |  |
|---|---:|
| **Total Legal Fees** | $1,100.00 |
| **Disbursements** | |
| Federal Express (domestic) | $54.00 |
| **Total Disbursements** | $54.00 |
| **Please Remit** | **$1,154.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**     For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

June 30, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Eduardo ESTRADA
Invoice #:   08.40378146

Preparation of Nonimmigrant Visa Petition requesting extension of H-1B Petition and foreign national's term of stay including Form I-129 with supplement, and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

Preparation of Application to Extend H-4 Nonimmigrant Status of accompanying dependent family member(s) including Form I-539. Transmittal of prepared drafts and Application to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

|  |  |  |
|---|---|---|
|  | **Total Legal Fees** | $1,475.00 |
| **Disbursements** |  |  |
| Federal Express (domestic) |  | $54.00 |
|  | **Total Disbursements** | $54.00 |
|  | **Please Remit** | **$1,529.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**      For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906-1230
FAX: (732) 906-9190

June 30, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE: Meenakshi Sundaram KRISHNAMOORTHY
Invoice #: 08.40380680

Preparation of response to inquiry notice from the U.S. Citizenship and Immigration Services to provide additional documentation as requested. Transmittal of draft letter to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

I-485 RFE for spouse - medicals

| | |
|---|---:|
| **Total Legal Fees** | $250.00 |
| **Please Remit** | $250.00 |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**    For billing inquiries please call (305) 774-5800.