# EXHIBIT A

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID                                28-July-2008
W. R. GRACE CO.
C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee: CHRISTIAN LIBANATI

Invoice Number: IN-US00072176

Manager: GRAHAM LEES

Case Number: 127544

Client: W. R. GRACE CO.

Total Legal Fees:     1,500.00

Total Disbursements: 701.20

Invoice Total: (USD)   2,201.20

|  | Fee/Disbursement |
|---|---|
| LEGAL FEES |  |
| Assistance with the processing of Marriage certificate on behalf of Christian Libanati. | 300.00 |
| Assistance with the processing of 4 Birth Records on behalf of Christian Libanati and dependants Laura Ann Weinert, Phillip Eugene and John Paul Libanati. Note: Out of Scope Services approved by Blanca Utarid. | 1,200.00 |
| DISBURSEMENTS |  |
| External courier used to expedite the apostillation processes. | 195.00 |
| Domestic and/or Internacional Fedex Charges. | 256.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 75.00 |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

July 31, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Susnata SAMANTA
Invoice #:   08.40386005

| | |
|---|---:|
| **Total Legal Fees** | $0.00 |
| **Disbursements** | |
| USCIS filing fees for dependents (Form I-539) | $300.00 |
| **Total Disbursements** | $300.00 |
| **Please Remit** | **$300.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**   For billing inquiries, please call (305) 774-5800