# EXHIBIT A

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

August 31, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE: Yong PAN
Invoice #: 08.40404433

Preparation of extensive and detailed response to Audit Notification issued by the U.S. Dept. of Labor in connection with Application for Alien Employment Certification. Ongoing consultations with client to discuss strategy regarding the issues raised by the Dept. of Labor. Preparation of detailed draft response to be submitted to the Dept. of Labor, setting forth an in-depth discussion and argument within the framework of Dept. of Labor regulations. Numerous telephonic discussions regarding factual data and statistics, strategy and to review documents prepared. Final preparation and submission of response and supporting documentation to the Dept. of Labor within appointed deadline set forth in the Audit Notification.

| | |
|---|---|
| **Total Legal Fees** | **$350.00** |
| **Please Remit** | **$350.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**   For billing inquiries, please call (305) 774-5800

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

August 31, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE: Subho GOSWAMI
Invoice #: 08.40405601

For services rendered in connection with the withdrawal of the H-4 petition from the U.S. Citizenship and Immigration Services.

Partner Rate: 1 hr @ $350/hr
Attny: 0.5 hr @ $250/hr ($125)

| | |
|---|---:|
| **Total Legal Fees** | $475.00 |
| **Disbursements** | |
| Federal Express (domestic) | $18.00 |
| **Total Disbursements** | $18.00 |
| **Please Remit** | $493.00 |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:** For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

August 31, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Eduardo ESTRADA
Invoice #:   08.40411802

Preparation and submission of form I-907 for premium processing of nonimmigrant petition.

|  |  |
|---|---|
| **Total Legal Fees** | $0.00 |
| **Disbursements** | |
| USCIS Premium Processing fee | $1,000.00 |
| **Total Disbursements** | $1,000.00 |
| **Please Remit** | **$1,000.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**   For billing inquiries, please call (305) 774-5800