# EXHIBIT A

LAW OFFICES
## FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID

W.R. GRACE & CO.

C/O ERNST & YOUNG,
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

17-September-2008

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee:  TIMOTHY DELBRUGGE

Invoice Number:  IN-US00077157

Manager:  GRAHAM LEES

Case Number:  131202

Client:  W.R. GRACE & CO.

Total Legal Fees:      0.00

Total Disbursements: 2,288.70

Invoice Total: (USD )   2,288.70

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - FRANKFURT) | |
| Assistance in obtainin an extension of work and residence permit for Germany | 1,840.00 |
| On site assistance with collection of combined work and residence permit | 295.00 |
| Government fees paid on behalf on Mr. Delbrugge (Euro 30) | 47.00 |
| Other-Disbursements (5%) | 106.70 |

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

BLANCA UTARID

W.R. GRACE & CO.

C/O ERNST & YOUNG,
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

29-September-2008

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee: ZEYNEP TOLUN

Invoice Number: IN-US00078621

Manager: GRAHAM LEES

Case Number: 136244

Client: W.R. GRACE & CO.

Total Legal Fees:     0.00

Total Disbursements: 2,999.34

Invoice Total: (USD)   2,999.34

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - BRUSSELS) | |
| Application filed with immigration authorities in order to obtain Belgian work permit on behalf of Ms. Tolun Zeynep. | 2,750.00 |
| Other-Disbursements: filing of the application via registered mail + collecting the Work permit via express courier and sending the original work permit via DHL + appointment costs for the Belgian consulate in Turkey | 111.84 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 137.50 |

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

September 30, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Adam LESNIOWSKI
Invoice #:    08.40427398

Preparation of Priority Worker Petition requesting classification as a multinational manager/executive under Section 203(b)(1)(C) of The Immigration Act of 1990 providing for exemption from the requirement for obtaining individual labor certification from the U.S. Department of Labor. Preparation of Form I-140, Immigrant Petition for Alien Worker. Review of supporting documentation and preparation of a detailed draft letter of support setting forth the criteria to establish the beneficiary's eligibility through analysis of the offered position and prior employment abroad with a qualifying organization within the petitioning entity. Transmittal of prepared drafts to client for final review. Final preparation and submission to the Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition based on the First Employment Based Category of Multinational Managers/Executives including preparation of Forms I-485, G-325A, and supporting documentation.  Preparation of final package and submission to appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national(s) for permission to obtain employment authorization during pendency of application for adjustment of status  for U.S. permanent residence.  Submission of application to U.S. Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to  the United States Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $4,725.00 |

**Disbursements**
USCIS filing fees:
I-140:  $475
I-485:  $930
ASC:  $80

| | |
|---|---|
| Federal Express (domestic) | $18.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $189.00 |
| **Total Disbursements** | $207.00 |
| **Please Remit** | **$4,932.00** |

### PLEASE RETURN COPY OR INDICATE

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

September 30, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

—

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Deborah WINSOR
Invoice #:    08.40430158

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition and eligible spouse including preparation of Forms I-485, G-325A, I-134, IRS 9003 and supporting documentation.  Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for dependent (son) including preparation of Forms I-485, I-765, G-325A, and supporting documentation. Preparation of final package and submission to appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national and spouse for permission to obtain employment authorization during pendency of application for adjustment of status  for U.S. permanent residence. Submission of application to U.S. Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad for foreign national and spouse during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to  the United States Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad for son during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to  the United States Citizenship and Immigration Services.

Preparation of petition for immigrant preference classification as a member of the professions holding an advanced degree or as an individual of exceptional ability under Section 203(b)(2) of the Immigration Act of 1990, following the approval of the Application for Alien Employment Certification. Preparation of Form I-140, Immigrant Petition for Alien Worker. Collection, analysis and organization of supporting documentation of qualifying employment experience; documentation of education; and other evidence demonstrating eligibility for such classification. Transmittal of prepared drafts to client for final review. Final preparation and submission to the Regional Service Center of the U.S. Citizenship and Immigration Services.

|  |  |
|---|---|
| **Total Legal Fees** | $4,375.00 |

**Disbursements**

|  |  |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $175.00 |
| **Total Disbursements** | $211.00 |
| **Please Remit** | **$4,586.00** |

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

September 30, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Miles MACDONALD
Invoice #:     08.40411803

Preparation of nonimmigrant TN Visa Petition requesting extension of foreign national's term of stay including Form I-129 and draft letter of support confirming continued temporary employment.  Transmittal of prepared drafts and petition to client for final review and signature.  Final preparation and submission of petition to the Nebraska Service Center of the USCIS

| | |
|---|---|
| **Total Legal Fees** | $900.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $36.00 |
| **Total Disbursements** | $72.00 |
| **Please Remit** | **$972.00** |

## PLEASE RETURN COPY OR INDICATE
## INVOICE # WITH PAYMENT

**Additional Comments:**     For billing inquiries, please call (305) 774-5800

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

September 30, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Simon THOMAS
Invoice #:    08.40416206

Preparation of priority worker petition arguing L-1B qualifies as multinational manager under Section 203 (b)(1)(C).

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition based on the First Employment Based Category of Multinational Managers/Executives including preparation of Forms I-485, G-325A, and supporting documentation.  Preparation of final package and submission to appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for dependents of a Multinational Manager/Executive including preparation of Forms I-485, G-325A, and supporting documentation.  Preparation of final package and submission to appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national(s) for permission to obtain employment authorization during pendency of application for adjustment of status  for U.S. permanent residence.  Submission of application to U.S. Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of family member(s) for permission to obtain employment authorization during pendency of application for adjustment of status  for U.S. permanent residence.  Submission of application to United States Citizenship and Immigration Service.

Discussions regarding criteria for travel abroad during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to  the United States Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad for family member(s) during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to  the United States Citizenship and Immigration Services.

| | |
|---|---|
| **Total Legal Fees** | $4,725.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $189.00 |
| **Total Disbursements** | $225.00 |
| **Please Remit** | **$4,950.00** |

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

September 30, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Charity NGURE
Invoice #:    08.40423600

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B (change of employer) status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application  and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

|  |  |
|---|---|
| **Total Legal Fees** | $1,850.00 |

**Disbursements**
| | |
|---|---|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $74.00 |
| **Total Disbursements** | $110.00 |
| **Please Remit** | **$1,960.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

September 30, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Kevin MURNIN
Invoice #:      08.40423601

Preparation of Form I-765 on behalf of foreign national for continued permission to obtain employment authorization during pendency of application for Adjustment of Status for U.S. permanent residence. Submission of application to United States Citizenship and Immigration Service

Preparation of Form I-765 on behalf of family member(s) for permission to obtain employment authorization during pendency of application for adjustment of status  for U.S. permanent residence.  Submission of application to United States Citizenship and Immigration Service.

Discussions regarding criteria for continued travel abroad during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to  the United States Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad for family member(s) during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to  the United States Citizenship and Immigration Services.

|  |  |
|---|---:|
| **Total Legal Fees** | $1,600.00 |

**Disbursements**

| | |
|---|---:|
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $64.00 |
| **Total Disbursements** | $100.00 |
| **Please Remit** | **$1,700.00** |

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**