# Notice Recipients

District/Off: 0311−1                User: Brandon              Date Created: 10/27/2008
Case: 01−01139−JKF               Form ID: ntc                Total: 27

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ust          united states trustee
aty          Lawrence A Kalina

TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust          Frank J. Perch III          frank.j.perch@usdoj.gov
aty          Daniel K. Hogan          dkhogan@dkhogan.com, keharvey@dkhogan.com
aty          Paul W. Turner          pturner@carlilelawfirm.com
aty          Richard Allen Keuler, Jr.          rkeuler@reedsmith.com
aty          Richard F. Rescho          rrescho2001@yahoo.com
aty          Rosalie L. Spelman          rspelman@potteranderson.com, bankruptcy@potteranderson.com
aty          Stuart B. Drowos          stuart.drowos@state.de.us
aty          Timothy P. Cairns          tcairns@pszjlaw.com

TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db           W.R. GRACE &CO.          7500 Grace Drive          Columbia, MD 21044
aty          Curtis A. Hehn          Pachulski Stang Ziehl &Jones LLP          919 N. Market Street          17th Floor          Wilmington, DE 19801
aty          Curtis A. Hehn          Pachulski Stang Ziehl Young Jones &Wein          919 N. Market Street          16th Floor          Wilmington, DE 19801
aty          David W. Carickhoff, Jr          Blank Rome LLP          Chase Manhattan Centre          1201 Market Street, Suite 800          Wilmington, DE 19801
aty          David W. Carickhoff, Jr          Blank Rome LLP          Chase Manhattan Centre          1201 Market Street, Suite 800          Wilmington, DE 19801
aty          David W. Carickhoff, Jr          Pachulski Ziehl Stang Ziehl Young Jones          919 N. Market St.          16th Floor          Wilmington, DE 19899
aty          James E. O'Neill          Pachulski Stang Ziehl &Jones LLP          919 North Market Street, 17th Floor          PO Box 8705          Wilmington, DE 19899−8705
aty          James E. O'Neill          Pachulski Stang Ziehl &Jones LLP          919 North Market Street, 17th Floor          P.O. Box 8705          Wilmington, DE 19899−8705
aty          Kathleen P. Makowski          Pachulski Stang Ziehl &Jones LLP          919 North Market Street, 17th Floor          P.O. Box 8705          Wilmington, DE 19899
aty          Kathleen P. Makowski          Pachulski Stang Ziehl &Jones LLP          919 North Market Street, 17th Floor          P.O. Box 8705          Wilmington, DE 19899
aty          Laura Davis Jones          Pachulski Stang Ziehl &Jones LLP          919 North Market Street          17th Floor          Wilmington, DE 19899−8705
aty          Laura Davis Jones          Pachulski Stang Ziehl &Jones LLP          919 N. Market Street          17th Floor          Wilmington, DE 19899−8705
aty          Michael R. Lastowski          Duane Morris LLP          1100 North Market Street          Suite 1200          Wilmington, DE 19801−1246
aty          Paula Ann Galbraith          211 East Ohio # 2618          Chicago, IL 60611
aty          Robert J. Dehney          Morris, Nichols, Arsht &Tunnell          1105 N. Market Street          P. O. Box 1347          Wilmington, DE 19899−1347
aty          Timothy P. Cairns          Pachulski Stang Ziehl Young Jones          919 N. Market Street          17th Floor          Wilmington, DE 19801
aty          William E. Chipman, Jr.          Edwards Angell Palmer &Dodge          919 North Market Street          Suite 1500          Wilmington, DE 19801

TOTAL: 17