## CERTIFICATE OF SERVICE

I, Leslie C. Heilman, Esquire, hereby certify that on this 27th day of October, 2008, I caused a true and correct copy of the foregoing Designation of Items to Be Included In record On Appeal and Statement of Issues Presented on Appeal, to be served on the addressees listed on the attached service list in the manner indicated.

Dated: October 27, 2008
Wilmington, Delaware

/s/ Leslie C. Heilman
Leslie C. Heilman, Esq. (No. 4716)
BALLARD SPAHR ANDREWS & INGERSOLL, LLP

**VIA HAND DELIVERY**

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705
(Counsel for Debtors/Appellees)

David M. Klauder, III, Esq.
Officer of the United States Trustee
J. Caleb Boggs Federal Building
824 Market Street, Suite 2207
Lockbox 35
Wilmington, DE 19801
(Counsel for the United States Trustee)

Theodore J. Tacconelli, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, Delaware 19899
(Counsel for Official Committee of Asbestos Property Damage Claimants)

Teresa K. D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, Delaware 19801
(Counsel for Official Committee of Equity Security Holders)

Marla E. Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, Delaware 19801
(Counsel for Official Committee of Asbestos Personal Injury Claimants)

Michael R. Latowski, Esq.
Duane Morris, LLP
1100 N. Market Street, Suite 1200
Wilmington, Delaware 19801
(Counsel for Official Committee of Unsecured Creditors)

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, Delaware 19806
(Counsel for David T. Austem, the Future Claimants' Representative))

**VIA VIA FIRST CLASS MAIL**

James J. Restivo, Esq.
Douglas E. Cameron, Esq.
Traci S. Rea, Esq.
435 Sixth Avenue
Pittsburgh, Pennsylvania 15219
(Counsel for Debtors/Appellees)

David M. Bernick, Esq.
Janet S. Baer, Esq.
Lisa Esayian, Esq.
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois 60601
(Counsel for Debtors/Appellees)

Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
Bilzin Sumberg Baena Price & Alexrod, LLP
Wachovia Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, Florida 33131
(Counsel for Official Committee of Asbestos Property Damage Claimants)

Philip Bentley, Esquire
Doug Mannal, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
(Counsel for Official Committee of Equity Security Holders)

Elihu Inselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, New York 10152
(Counsel for Official Committee of Asbestos Personal Injury Claimants)

Peter Van N. Lockwood, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, D.C. 20005
(Counsel for Official Committee of Asbestos Personal Injury Claimants)

Lewis Kruger, Esq.
Stroock & Stroock & Lavan
180 Maiden Lane
New York, New York 10038
(Counsel for Official Committee of Unsecured Creditors)

William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102-3889
(Counsel to Official Committee of Unsecured Creditors)

Roger Frankel, Esq.
Richard H. Wyron, Esq.
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, N.W.
Washington, D.C. 20005
(Counsel to David T. Austern, the Future Claimants' Representative)