# EXHIBIT A

### Libby, Montana Asbestos Litigation - 00300

| Description | January | February | March | Total |
|-------------|---------|----------|-------|-------|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ 213.20 | $ - | $ 215.87 | $ 429.07 |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
| | | | | $ - |
| TOTAL | $ 213.20 | $ - | $ 215.87 | $ 429.07 |

Holme Roberts & Owen LLP

February 13, 2008

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 795949 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 12/31/07 | | Other Expense: VENDOR: Iron Mountain; INVOICE#: KP60259; DATE: 12/31/2007 - Monthly Storage through 12/31/2007 | $ | 213.20 |
| | | **Total Disbursements:** | $ | **213.20** |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 213.20 |
| **Total Disbursements:** | **$** | **213.20** |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 661254 | 03/15/04 | Bill | | 6,411.60 |
| | 05/24/04 | Cash Receipt | | -4,937.89 |
| | 10/19/04 | Cash Receipt | | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$* | *219.96* |
| 679369 | 09/24/04 | Bill | | 12,289.68 |
| | 01/04/05 | Cash Receipt | | -9,856.58 |
| | 04/22/05 | Cash Receipt | | -2,362.76 |
| | *Outstanding Balance on Invoice 679369:* | | *$* | *70.34* |
| 684108 | 11/01/04 | Bill | | 12,357.10 |
| | 01/04/05 | Cash Receipt | | -9,653.46 |
| | 04/22/05 | Cash Receipt | | -2,432.16 |
| | *Outstanding Balance on Invoice 684108:* | | *$* | *271.48* |
| 777735 | 08/22/07 | Bill | | 463.24 |

Holme Roberts & Owen LLP

April 9, 2008

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 801644 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 03/06/08 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: KV89686; Storage | $ | 215.87 |
| | | **Total Disbursements:** | $ | 215.87 |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 215.87 |
| **Total Disbursements:** | $ | 215.87 |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | $   *219.96* |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |
| | 06/13/07 | Write Off | -70.34 |
| | 06/13/07 | Write Off Cancellation | 70.34 |
| | *Outstanding Balance on Invoice 679369:* | | $   *70.34* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|------|----------|-------------|---------|----------|-------|-------------|
| | | | January | February | March | |
| Flaagan, Elizabeth | Partner | $    400.00 | 0.4 | 0.3 | 1.2 | $    760.00 |
| Haag, Susan | Paralegal | $    175.00 | 0 | 0 | 3.5 | $    612.50 |
| | | | | | 0 | |
| TOTAL | | | 0.4 | 0.3 | 4.7 | $  1,372.50 |

## Bankruptcy Matters - 00390

| Description | January | February | March | Total |
|---|---|---|---|---|
| | | | | |
| Photocopies | $          - | $          - | $       3.60 | |
| Facsimilies | $          - | $          - | $          - | $          - |
| Long Distance Telephone | $          - | $          - | $          - | $          - |
| Outside Courier | $          - | $          - | $          - | $          - |
| Travel Expenses | $          - | $          - | $          - | $          - |
| Lexis | $          - | $          - | $          - | $          - |
| Federal Express | $          - | $          - | $          - | $          - |
| Meal Expenses | $          - | $          - | $          - | $          - |
| Research Services | $          - | $          - | $          - | $          - |
| Professional Services | $     477.17 | $          - | $          - | $     477.17 |
| Postage | $          - | $          - | $          - | $          - |
| | | | | |
| TOTAL | $     477.17 | $          - | $       3.60 | $     477.17 |

Holme Roberts & Owen LLP

February 13, 2008

W.R. Grace

Page            9
Invoice No.:    795949
Client  No.:    04339
Matter  No.:    00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|------|------|-------------|-------|-------|
| 01/08/08 | EKF | Review and revise December 2007 prebills/invoices for compliance with US Trustee Guidelines (.4). | 0.40 | $ 160.00 |

| | | **Total Fees Through January 31, 2008:** | **0.40** | **$ 160.00** |
|---|---|---|---|---|

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|----------|------|------|------|-------|-------|
| EKF | Elizabeth Flaagan | Partner | $400.00 | 0.40 | $ 160.00 |
| | | | **Total Fees:** | **0.40** | **$ 160.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|------|-----|-------------|--------|
| 01/16/08 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 310954; DATE: 1/16/2008  -  Professional Services through December 31, 2007 | $ 477.17 |
| | | **Total Disbursements:** | **$ 477.17** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 477.17 |
| **Total Disbursements:** | **$** | **477.17** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---------|------|-------------|--------|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |

Holme Roberts & Owen LLP

March 19, 2008

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 800096 |
| Client No.: | 04339 |
| Matter No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | | Value |
|---|---|---|---|---|---|
| 02/11/08 | EKF | Review and revise January 2008 prebills/invoices (.3). | 0.30 | $ | 120.00 |
| | | **Total Fees Through February 29, 2008:** | **0.30** | **$** | **120.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | | Value |
|---|---|---|---|---|---|---|
| EKF | Elizabeth Flaagan | Partner | $400.00 | 0.30 | $ | 120.00 |
| | | **Total Fees:** | | **0.30** | **$** | **120.00** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | $ *16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | $ *67.09* |
| 679369 | 09/24/04 | Bill | 1,618.52 |
| | 01/04/05 | Cash Receipt | -1,526.52 |
| | 04/22/05 | Cash Receipt | -89.34 |
| | 06/13/07 | Write Off | -2.66 |

Holme Roberts & Owen LLP

April 9, 2008

W.R. Grace

| | |
|---|---|
| Page | 9 |
| Invoice No.: | 801644 |
| Client  No.: | 04339 |
| Matter  No.: | 00390 |

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 03/06/08 | SH | Draft July 2007 monthly fee application (.60); draft August 2007 monthly fee application (.60). | 1.20 | $  210.00 |
| 03/07/08 | EKF | Review and revise July, August and September 2007 fee applications. | 0.60 | 240.00 |
| 03/07/08 | SH | Draft September 2007 monthly fee application. | 0.60 | 105.00 |
| 03/13/08 | SH | Draft 26th interim fee application. | 1.70 | 297.50 |
| 03/14/08 | EKF | Review and finalize Twenty-Sixth Interim Quarterly Fee Application (.4) review and revise February 2008 prebills/invoices for compliance with U.S. Trustee Guidelines (.2). | 0.60 | 240.00 |

| | | |
|---|---|---|
| **Total Fees Through March 31, 2008:** | **4.70** | **$  1,092.50** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth K. Flaagan | Partner | $400.00 | 1.20 | $  480.00 |
| SH | Susan Haag | Paralegal | 175.00 | 3.50 | 612.50 |

| | | |
|---|---|---|
| **Total Fees:** | **4.70** | **$  1,092.50** |

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 03/13/08 | 24 | Document Reproduction | $ | 3.60 |

| | | |
|---|---|---|
| **Total Disbursements:** | **$** | **3.60** |

### Disbursement Summary

| | | |
|---|---|---|
| Document Reproduction | $ | 3.60 |
| **Total Disbursements:** | **$** | **3.60** |

# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth K. Flaagan | Partner | Bankruptcy | $400.00 | 1.9 | $760.00 |
| Susan Haag | Paralegal | Bankruptcy | $175.00 | 3.5 | $612.50 |
| **TOTAL** | | | | **5.4** | **$1,372.50** |

# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Photocopies | $3.60 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $0.00 |
| Other Expenses | $429.07 |
| Meal Expenses | $0.00 |
| Westlaw | $0.00 |
| Federal Express | $0.00 |
| Color Copies | $0.00 |
| Professional Billable Services | $477.17 |
| Velo Binding | $0.00 |
| **TOTALS** | **$909.84** |