# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

*Objection Deadline: November 13, 2008*

**MONTHLY APPLICATION OF FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS IMMIGRATION COUNSEL TO THE DEBTORS FOR THE PERIOD FROM JULY 1, 2008 TO JULY 31, 2008**

| | |
|---|---|
| Name of Applicant: | Fragomen, Del Rey, Bernsen & Loewy, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 2, 2007 |
| Period of which Compensation and Reimbursement is Sought: | July 1, 2008 through July 31, 2008 |
| Amount of compensation Sought as Actual, Reasonable and Necessary: | $1,500.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $1,001.20 |

This is a_X_ monthly     ___interim     __final application.

Following is a listing of the legal fees and disbursements rendered by the Fragomen law

firm in connection with services rendered for immigration law related matters.  Attached as

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Date ___10-25-08___
Docket #___19870___

**Exhibit A,** are the invoices associated with these services. Attached as **Exhibit B,** is a legend listing all appropriate matter codes. Finally attached as **Exhibit C,** is the most current fee schedule between W. R. Grace & Co., et al., and Fragomen Del Rey, Bernsen & Loewy, LLP.

| Date | Foreign National | Matter | Attorney Fees | Disbursements | Total |
|---|---|---|---|---|---|
| 28-Jul-08 | Libanati, Christian | G-GEN-REC | $1,500.00 | $701.20 | $2,201.20 |
| 31-Jul-08 | Samanta, Susnata | 539 | | $300.00 | $300.00 |
| | | USD/Totals for W.R. Grace & CO. | $1,500.00 | $1,001.20 | $2,501.20 |

WHEREFORE, Fragomen, Del Rey, Bernsen & Loewy, LLP respectfully requests that, for the period July 1, 2008 through July 31, 2008, an interim allowance be made for compensation in the amount of $1,500.00, and actual and necessary expenses in the amount of $1,001.20, for a total allowance of $2,501.20, and payment of $1,200.00 (80% of the allowed fees), and reimbursement of $1,001.20 (100% of the allowed expenses) be authorized for a total payment of **$2,201.20** and for such other and future relief as this Court may deem just and proper.

Dated: October 20, 2008.

FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Scott E. Bettridge, Esq. (GA Bar No. 055854)
Partner
One Alhambra Plaza, Suite 600
Coral Gables, Florida 33134
(305) 774-5800

## VERIFICATION

STATE OF FLORIDA       :
                               :

COUNTY OF MIAMI-DADE :

Scott E. Bettridge, after being duly sworn according to law, deposes and says:

a)      I am a partner with the applicant law firm Fragomen, Del Rey, Bernsen & Loewy, LLP (FDBL).

b)      I am familiar with many of the legal services rendered by FDBL, as counsel to the Debtors, and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of FDBL.

c)      I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed Del. Bankr. LR 2016-2 and the "Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members", signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                               Scott E. Bettridge, Esq.

SWORN AND SUBSCRIBED
before me this ___ day of _____, 2008.

_____
Notary Public
My Commission Expires:

Sueli Correa
Commission # DD460115
Expires: AUG. 09, 2009
WWW.AARONNOTARY.com

- 3 -

# EXHIBIT A

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

28-July-2008

BLANCA UTARID

W. R. GRACE CO.

C/O ERNST & YOUNG LLP
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

FOR PROFESSIONAL SERVICES RENDERED

Assignee: CHRISTIAN LIBANATI

Invoice Number: IN-US00072176

Manager: GRAHAM LEES

Case Number: 127544

Client: W. R. GRACE CO.

Total Legal Fees:      1,500.00

Total Disbursements: 701.20

Invoice Total: (USD )   2,201.20

| | Fee/Disbursement |
|---|---|
| LEGAL FEES | |
| Assistance with the processing of Marriage certificate on behalf of Christian Libanati. | 300.00 |
| Assistance with the processing of 4 Birth Records on behalf of Christian Libanati and dependants Laura Ann Weinert, Phillip Eugene and John Paul Libanati. Note: Out of Scope Services approved by Blanca Utarid. | 1,200.00 |
| DISBURSEMENTS | |
| External courier used to expedite the apostillation processes. | 195.00 |
| Domestic and/or Internacional Fedex Charges. | 256.00 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 75.00 |

LAW OFFICES

# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP

75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

July 31, 2008

Janissa Garcia
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

--
FOR PROFESSIONAL SERVICES RENDERED.

RE:    Susnata SAMANTA
Invoice #:    08.40386005

| | |
|---|---|
| **Total Legal Fees** | $0.00 |

**Disbursements**
USCIS filing fees for dependents (Form I-539) — $300.00

| | |
|---|---|
| **Total Disbursements** | $300.00 |
| **Please Remit** | **$300.00** |

### PLEASE RETURN COPY OR INDICATE
### INVOICE # WITH PAYMENT

**Additional Comments:**    For billing inquiries, please call (305) 774-5800

# EXHIBIT B

| Codes | Description |
|---|---|
| 140 | preference petition |
| 539 | family member |
| AOS | adjustment of status |
| AOS/140 | adjustment of status & preference petition |
| AOS/FAM | adjustment of status for family member |
| AP | advanced parole |
| APP | appeal |
| AUD | audit |
| EAD/AP | employment card and advanced parole |
| EVAL | education evaluation |
| G-BEL | entry visa Belgium |
| G-BEL-L | Belgian Limosa declaration |
| G-BEL-P | Belgian residence permit |
| G-BEL-C | Belgian residence card |
| G-CAN | entry visa Canada |
| G-CHN | entry visa China |
| G-CHN-P | Chinese residence permit |
| G-CHN/NAM | entry visa China/Vietnam |
| G-GER-P | German residence permit |
| G-GEN-REC | General records processing |
| H1-B | H1-B Visa |
| H1-B/EXT | H1-B Visa extension |
| L-1B | L-1B Visa |
| L1-BL | L-1 Blanket |
| PAPP | personal appearance |
| PERM | PERM filing with DOL |
| PP | premium processing |
| RFE | request for evidence |
| TD EXT | TD Visa extension |
| TN | TN Visa |
| TN EXT | TN Visa extension |
| WID | Withdrawal of filing |

# EXHIBIT C



# W.R. GRACE & CO.
## Proposed Fee Schedule for 2007

| NONIMMIGRANT VISAS | Fees* |
|---|---|
| **B-1 Initial** | |
| - Straightforward | $775.00 |
| - Complex | $2,000.00 |
| **B-1 Extension** | |
| - Straightforward | $775.00 |
| **E-3 Initial** | |
| - Straightforward | $1,500.00 |
| - Complex | $1,750.00 |
| **E-3 Extension** | |
| - Straightforward | $1,000.00 |
| **H-1B Initial** | |
| - Straightforward | $1,850.00 |
| - Complex | $2,100.00 |
| **H-1B Extension** | |
| - Straightforward | $1,100.00 |
| - Complex or where firm did not prepare initial H-1B | $1,600.00 |
| **J-1 Initial** | |
| - Straightforward | $1,100.00 |
| - Complex | $1,600.00 |
| **J-1 Extension** | |
| - Straightforward | N/A |
| - Complex | N/A |
| **Blanket L-1 Initial** | |
| - Straightforward | $1,600.00 |
| - Complex | $1,850.00 |
| **Blanket L-1 Extension** | |
| - Straightforward | $1,600.00 |
| - Complex | $1,850.00 |
| **Individual L-1 Initial** | |
| - Straightforward | $1,600.00 |
| - Complex | $1,850.00 |
| **Individual L-1 Extension** | |
| - Straightforward | $1,300.00 |
| - Complex | $1,600.00 |
| **O-1 Initial** | |
| - Straightforward | $2,625.00 |
| - Complex | $3,675.00 |
| **O-1 Extension** | |
| - Straightforward | $1,575.00 |
| **TN Initial** | |
| - Straightforward | $900.00 |
| **TN Extension** | |
| - Straightforward | $900.00 |

1



# W.R. GRACE & CO.
## Proposed Fee Schedule for 2007

**Replacement of Departure Record (I-94) (I-102)**
- Filed with extension or change of status — $375.00
- Filed separately — $525.00

**Renewal of Nonimmigrant Visa Stamps at U.S. Consulate**
- Each applicant — $275.00
- Coordination of visa issuance including discussions with Consulate, scheduling appointment and briefing applicant — $525.00 plus $275.00 per location

**Extension/Change of NIV status for Dependent (I-539)**
- Filed with principal — $375.00
- Filed separately — $800.00
- Complex — $1,300.00

**Employment Authorization (EAD) (I-765)**
- Each applicant — $250.00

**Premium Processing (I-907)**
- Filed simultaneously with NIV petition — $250.00
- Filed separately — $500.00

**Request for Evidence (RFE)**     *"REMDOC"*
- Straightforward — $750.00
- Complex — $1,500.00

| IMMIGRANT VISAS | Fees* |
|---|---|

**Permanent Residence based upon PERM**
- PERM — $4,200.00
- Petition for alien worker (I-140) — $1,100.00
- Application for permanent residence (I-485)
  - Principal applicant and spouse — $1,575.00
  - Each additional family member — $375.00

**Permanent Residence exempt from PERM**
- Petition for alien worker (I-140) Based on L-1 Multinational Transferee — $2,650.00
  - If firm prepared original L-1A — $2,100.00
- I-140 Petition Based on Outstanding Researcher / Extraordinary Ability — $3,675.00 - $4,725.00
- Application for permanent residence (I-485)
  - Principal applicant and spouse — $1,575.00
  - Each additional family member — $375.00

**Employment Authorization**
- Principal applicant and spouse — $525.00
- Each additional family member — $275.00

**Advance Parole (Travel Document)**
- Principal Applicant and Spouse — $525.00
- Each additional family member — $275.00

**Visa Processing**
- Packet III and IV
  - Principal Applicant and Spouse — $1,575.00
- **Each Additional Family Member** — $375.00

2


FRAGOMEN

# W.R. GRACE & CO.
## Proposed Fee Schedule for 2007

| | |
|---|---|
| **Request for Evidence (RFEs) – (I-140) or (I-485)** | |
| -   Straightforward | $250.00 |
| -   Complex | $750.00 |
| **Attorney Appearances at I-485 Interview** | |
| -   Local | $800.00 |
| -   Out-of-town | Hourly |

| ADDITIONAL SERVICES | Fees* |
|---|---|
| **Application to renew Permanent Resident Card (I-90)** | |
| -   Each applicant | $750.00 |
| **Naturalization Application** | |
| -   Each Applicant | $1,000.00 |
| -   Attorney appearance | $750.00 |
| **Reentry Permits: (I-131)** | |
| -   Each applicant | $750.00 |
| **Visa Application for Corporations** | |
| -   L-1 Blanket | $2,500.00 |
| **Special Projects** | |
| -   Counseling i.e. I-9 Audit | Fee to be quoted prior |
| -   Training | to project. |

Matters not covered by the fees set forth would be billed on an hourly basis at the following rates:

Partner          $350
Associate        $250

\* - Disbursements -
    Domestic Federal Express          $18.00
    Miscellaneous [Telephone calls, faxes, photocopies, regular mail services]          4%

**Important Notes:**
- o   The above fees are predicated upon the amount of effort and staffing normally required to obtain approval of such application. To the extent that a matter is complicated by extenuating circumstances requiring extensive telephone consultations, expedited processing, difficulty conforming to eligibility requirements, or other special circumstances, a higher fee would be billed only after consultation with your organization. Out-of-pocket expenses including educational evaluations, translations, courier and messenger services will be itemized on each invoice.
- o   All filing fees payable by client to U.S.D.H.S.

3