# **<u>EXHIBIT B</u>**

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[1] | ) Case No. 01-01139 (JKF) |
| | ) |
| Debtors. | ) (Jointly Administered) |

Objection Deadline: November 13, 2008

## MONTHLY APPLICATION OF FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS IMMIGRATION COUNSEL TO THE DEBTORS FOR THE PERIOD FROM AUGUST 1, 2008 TO AUGUST 31, 2008

| | |
|---|---|
| Name of Applicant: | Fragomen, Del Rey, Bernsen & Loewy, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 2, 2007 |
| Period of which Compensation and Reimbursement is Sought: | August 1, 2008 through August 31, 2008 |
| Amount of compensation Sought as Actual, Reasonable and Necessary: | $ 825.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $1,018.00 |

This is a _X_ monthly          __interim          __final application.

Following is a listing of the legal fees and disbursements rendered by the Fragomen law firm in connection with services rendered for immigration law related matters. Attached as

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Date 10-25-08
Docket # 19871

**Exhibit A,** are the invoices associated with these services. Attached as **Exhibit B,** is a legend listing all appropriate matter codes. Finally attached as **Exhibit C,** is the most current fee schedule between W. R. Grace & Co., et al., and Fragomen Del Rey, Bernsen & Loewy, LLP.

| Date | Foreign National | Matter | Attorney Fees | Disbursements | Total |
|---|---|---|---|---|---|
| 31-Aug-08 | Pan, Yong | AUD | $350.00 | | $350.00 |
| 31-Aug-08 | Goswami, Subho | WID | $475.00 | $18.00 | $493.00 |
| 31-Aug-08 | Estrada, Eduardo | PP | | $1,000.00 | $1,000.00 |
| | | USD Totals for W.R. Grace & Co. | $825.00 | $1,018.00 | $1,843.00 |

WHEREFORE, Fragomen, Del Rey, Bernsen & Loewy, LLP respectfully requests that, for the period August 1, 2008 through August 31, 2008, an interim allowance be made for compensation in the amount of $825.00, and actual and necessary expenses in the amount of $1,018.00, for a total allowance of $1,843.00, and payment of $660.00 (80% of the allowed fees), and reimbursement of $1,018.00 (100% of the allowed expenses) be authorized for a total payment of **$1,678.00** and for such other and future relief as this Court may deem just and proper.

Dated: October 20, 2008.

FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

_____
Scott E. Bettridge, Esq. (GA Bar No. 055854)
Partner
One Alhambra Plaza, Suite 600
Coral Gables, Florida 33134
(305) 774-5800

## VERIFICATION

STATE OF FLORIDA         :
                         :
COUNTY OF MIAMI-DADE  :

      Scott E. Bettridge, after being duly sworn according to law, deposes and says:

    a)    I am a partner with the applicant law firm Fragomen, Del Rey, Bernsen & Loewy, LLP (FDBL).

    b)    I am familiar with many of the legal services rendered by FDBL, as counsel to the Debtors, and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of FDBL.

    c)    I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the "Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members", signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

                                                                        _____
                                                                        Scott E. Bettridge, Esq.

SWORN AND SUBSCRIBED
before me this 22nd day of October, 2008.

_____
Notary Public
My Commission Expires:

                                            Sueli Correa
                                            Commission #DD460115
                                            Expires: AUG. 09, 2009
                                            www.AaronNotary.com

# EXHIBIT A

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

August 31, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:    Yong PAN
Invoice #:    08.40404433

Preparation of extensive and detailed response to Audit Notification issued by the U.S. Dept. of Labor in connection with Application for Alien Employment Certification. Ongoing consultations with client to discuss strategy regarding the issues raised by the Dept. of Labor. Preparation of detailed draft response to be submitted to the Dept. of Labor, setting forth an in-depth discussion and argument within the framework of Dept. of Labor regulations. Numerous telephonic discussions regarding factual data and statistics, strategy and to review documents prepared. Final preparation and submission of response and supporting documentation to the Dept. of Labor within appointed deadline set forth in the Audit Notification.

**Total Legal Fees**                $350.00

**Please Remit**                    $350.00

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**    For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

August 31, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE:   Subho GOSWAMI
Invoice #:   08.40405601

For services rendered in connection with the withdrawal of the H-4 petition from the U.S. Citizenship and Immigration Services.

Partner Rate: 1 hr @ $350/hr
Attny: 0.5 hr @ $250/hr ($125)

|  |  |
|---|---|
| Total Legal Fees | $475.00 |
| **Disbursements** Federal Express (domestic) | $18.00 |
| Total Disbursements | $18.00 |
| Please Remit | $493.00 |

**PLEASE RETURN COPY OR INDICATE INVOICE # WITH PAYMENT**

**Additional Comments:**   For billing inquiries, please call (305) 774-5800

LAW OFFICES
# FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

August 31, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

        RE: Eduardo ESTRADA
        Invoice #: 08.40411802

Preparation and submission of form I-907 for premium processing of nonimmigrant petition.

             Total Legal Fees    $0.00

**Disbursements**
USCIS Premium Processing fee              $1,000.00

             Total Disbursements   $1,000.00

             **Please Remit**     **$1,000.00**

**PLEASE RETURN COPY OR INDICATE
INVOICE # WITH PAYMENT**

**Additional Comments:**  For billing inquiries, please call (305) 774-5800

# EXHIBIT B

| Codes | Description |
|---|---|
| 140 | preference petition |
| 539 | family member |
| AOS | adjustment of status |
| AOS/140 | adjustment of status & preference petition |
| AOS/FAM | adjustment of status for family member |
| AP | advanced parole |
| APP | appeal |
| AUD | audit |
| EAD/AP | employment card and advanced parole |
| EVAL | education evaluation |
| G-BEL | entry visa Belgium |
| G-BEL-L | Belgian Limosa declaration |
| G-BEL-P | Belgian residence permit |
| G-BEL-C | Belgian residence card |
| G-CAN | entry visa Canada |
| G-CHN | entry visa China |
| G-CHN-P | Chinese residence permit |
| G-CHN/NAM | entry visa China/Vietnam |
| G-GER-P | German residence permit |
| G-GEN-REC | General records processing |
| H1-B | H1-B Visa |
| H1-B/EXT | H1-B Visa extension |
| L-1B | L-1B Visa |
| L1-BL | L-1 Blanket |
| PAPP | personal appearance |
| PERM | PERM filing with DOL |
| PP | premium processing |
| RFE | request for evidence |
| TD EXT | TD Visa extension |
| TN | TN Visa |
| TN EXT | TN Visa extension |
| WID | Withdrawal of filing |

# EXHIBIT C



# W.R. GRACE & CO.
## Proposed Fee Schedule for 2007

| NONIMMIGRANT VISAS | Fees* |
|---|---|
| **B-1 Initial** | |
| - Straightforward | $775.00 |
| - Complex | $2,000.00 |
| **B-1 Extension** | |
| - Straightforward | $775.00 |
| **E-3 Initial** | |
| - Straightforward | $1,500.00 |
| - Complex | $1,750.00 |
| **E-3 Extension** | |
| - Straightforward | $1,000.00 |
| **H-1B Initial** | |
| - Straightforward | $1,850.00 |
| - Complex | $2,100.00 |
| **H-1B Extension** | |
| - Straightforward | $1,100.00 |
| - Complex or where firm did not prepare initial H-1B | $1,600.00 |
| **J-1 Initial** | |
| - Straightforward | $1,100.00 |
| - Complex | $1,600.00 |
| **J-1 Extension** | |
| - Straightforward | N/A |
| - Complex | N/A |
| **Blanket L-1 Initial** | |
| - Straightforward | $1,600.00 |
| - Complex | $1,850.00 |
| **Blanket L-1 Extension** | |
| - Straightforward | $1,600.00 |
| - Complex | $1,850.00 |
| **Individual L-1 Initial** | |
| - Straightforward | $1,600.00 |
| - Complex | $1,850.00 |
| **Individual L-1 Extension** | |
| - Straightforward | $1,300.00 |
| - Complex | $1,600.00 |
| **O-1 Initial** | |
| - Straightforward | $2,625.00 |
| - Complex | $3,675.00 |
| **O-1 Extension** | |
| - Straightforward | $1,575.00 |
| **TN Initial** | |
| - Straightforward | $900.00 |
| **TN Extension** | |
| - Straightforward | $900.00 |

1



# W.R. GRACE & CO.
## Proposed Fee Schedule for 2007

| | |
|---|---|
| **Replacement of Departure Record (I-94)  (I-102)** | |
| -  Filed with extension or change of status | $375.00 |
| -  Filed separately | $525.00 |
| **Renewal of Nonimmigrant Visa Stamps at U.S. Consulate** | |
| -  Each applicant | $275.00 |
| -  Coordination of visa issuance including discussions with Consulate, scheduling appointment and briefing applicant | $525.00 plus $275.00 per location |
| **Extension/Change of NIV status for Dependent (I-539)** | |
| -  Filed with principal | $375.00 |
| -  Filed separately | $800.00 |
| -  Complex | $1,300.00 |
| **Employment Authorization (EAD) (I-765)** | |
| -  Each applicant | $250.00 |
| **Premium Processing (I-907)** | |
| -  Filed simultaneously with NIV petition | $250.00 |
| -  Filed separately | $500.00 |
| **Request for Evidence (RFE)**   "REMDOC" | |
| -  Straightforward | $750.00 |
| -  Complex | $1,500.00 |
| **IMMIGRANT VISAS** | **Fees*** |
| **Permanent Residence based upon PERM** | |
| -  PERM | $4,200.00 |
| -  Petition for alien worker (I-140) | $1,100.00 |
| -  Application for permanent residence (I-485) | |
|     -  Principal applicant and spouse | $1,575.00 |
|     -  Each additional family member | $375.00 |
| **Permanent Residence exempt from PERM** | |
| -  Petition for alien worker (I-140) Based on L-1 Multinational Transferee | $2,650.00 |
|     - If firm prepared original L-1A | $2,100.00 |
| -  I-140 Petition Based on Outstanding Researcher / Extraordinary Ability | $3,675.00 - $4,725.00 |
| -  Application for permanent residence (I-485) | |
|     -  Principal applicant and spouse | $1,575.00 |
|     -  Each additional family member | $375.00 |
| **Employment Authorization** | |
| -  Principal applicant and spouse | $525.00 |
| -  Each additional family member | $275.00 |
| **Advance Parole (Travel Document)** | |
| -  Principal Applicant and Spouse | $525.00 |
| -  Each additional family member | $275.00 |
| **Visa Processing** | |
| -  Packet III and IV | |
|     - Principal Applicant and Spouse | $1,575.00 |
| **Each Additional Family Member** | $375.00 |

2



# W.R. GRACE & CO.
## Proposed Fee Schedule for 2007

| | |
|---|---|
| **Request for Evidence (RFEs) – (I-140) or (I-485)**<br>- Straightforward<br>- Complex | $250.00<br>$750.00 |
| **Attorney Appearances at I-485 Interview**<br>- Local<br>- Out-of-town | $800.00<br>Hourly |

| ADDITIONAL SERVICES | Fees* |
|---|---|
| **Application to renew Permanent Resident Card (I-90)**<br>- Each applicant | $750.00 |
| **Naturalization Application**<br>- Each Applicant<br>- Attorney appearance | $1,000.00<br>$750.00 |
| **Reentry Permits: (I-131)**<br>- Each applicant | $750.00 |
| **Visa Application for Corporations**<br>- L-1 Blanket | $2,500.00 |
| **Special Projects**<br>- Counseling i.e. I-9 Audit<br>- Training | Fee to be quoted prior to project. |

Matters not covered by the fees set forth would be billed on an hourly basis at the following rates:

| | |
|---|---|
| Partner | $350 |
| Associate | $250 |

**\* - Disbursements -**
Domestic Federal Express    $18.00
Miscellaneous [Telephone calls, faxes, photocopies, regular mail services]    4%

**Important Notes:**
- The above fees are predicated upon the amount of effort and staffing normally required to obtain approval of such application. To the extent that a matter is complicated by extenuating circumstances requiring extensive telephone consultations, expeditious processing, difficulty conforming to eligibility requirements, or other special circumstances, a higher fee would be billed only after consultation with your organization. Out-of-pocket expenses including educational evaluations, translations, courier and messenger services will be itemized on each invoice.
- All filing fees payable by client to U.S.D.H.S.

3