# EXHIBIT C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: November 13, 2008

**MONTHLY APPLICATION OF FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS IMMIGRATION COUNSEL TO THE DEBTORS FOR THE PERIOD FROM SEPTEMBER 1, 2008 TO SEPTEMBER 30, 2008**

| | |
|---|---|
| Name of Applicant: | Fragomen, Del Rey, Bernsen & Loewy, LLP |
| Authorized to Provide Professional Services to: | Debtors and Debtors in Possession |
| Date of Retention: | April 2, 2007 |
| Period of which Compensation and Reimbursement is Sought: | September 1, 2008 through September 30, 2008 |
| Amount of compensation Sought as Actual, Reasonable and Necessary: | $18,175.00 |
| Amount of Expense Reimbursement Sought as Actual, Reasonable and Necessary: | $6,213.04 |

This is a_X_ monthly __interim __final application.

Following is a listing of the legal fees and disbursements rendered by the Fragomen law firm in connection with services rendered for immigration law related matters. Attached as

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Date 10-25-08
Docket # 19612

Following is a listing of the legal fees and disbursements rendered by the Fragomen law firm in connection with services rendered for immigration law related matters. Attached as **Exhibit A,** are the invoices associated with these services. Attached as **Exhibit B**, is a legend listing all appropriate matter codes. Finally attached as **Exhibit C**, is the most current fee schedule between W. R. Grace & Co., et al., and Fragomen Del Rey, Bernsen & Loewy, LLP.

| Date | Foreign National | Matter | Attorney Fees | Disbursements | Total |
|---|---|---|---|---|---|
| 17-Sep-08 | Delbrugge, Timothy | G-GER-P | | $2,288.70 | $2,288.70 |
| 29-Sep-08 | Tolun, Zeynep | G-BEL | | $2,999.34 | $2,999.34 |
| 30-Sep-08 | Lesniowski, Adam | AOS/140 | $4,725.00 | $207.00 | $4,932.00 |
| 30-Sep-08 | Winsor, Deborah | AOS/140 | $4,375.00 | $211.00 | $4,586.00 |
| 30-Sep-08 | Macdonald, Miles | TN EXT | $900.00 | $72.00 | $972.00 |
| 30-Sep-08 | Thomas, Simon | AOS/140 | $4,725.00 | $225.00 | $4,950.00 |
| 30-Sep-08 | Ngure, Charity | H-1B | $1,850.00 | $110.00 | $1,960.00 |
| 30-Sep-08 | Murnin, Kevin | EAD/AP | $1,600.00 | $100.00 | $1,700.00 |
| | | USD/Totals for W.R. Grace & CO. | $18,175.00 | $6,213.04 | $24,388.04 |

WHEREFORE, Fragomen, Del Rey, Bernsen & Loewy, LLP respectfully requests that, for the period September 1, 2008 through September 30, 2008, an interim allowance be made for compensation in the amount of $18,175.00, and actual and necessary expenses in the amount of $6,213.04, for a total allowance of $24,388.00, and payment of $14,540.00 (80% of the allowed fees), and reimbursement of $6,213.04 (100% of the allowed expenses) be authorized for a total payment of **$20,753.04** and for such other and future relief as this Court may deem just and proper.

Dated: October 20, 2008.

FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP

Scott E. Bettridge, Esq. (GA Bar No. 055854)
Partner
One Alhambra Plaza, Suite 600
Coral Gables, Florida 33134
(305) 774-5800

VERIFICATION

STATE OF FLORIDA :
:
COUNTY OF MIAMI-DADE :

Scott E. Bettridge, after being duly sworn according to law, deposes and says:

a) I am a partner with the applicant law firm Fragomen, Del Rey, Bernsen & Loewy, LLP (FDBL).

b) I am familiar with many of the legal services rendered by FDBL, as counsel to the Debtors, and am thoroughly familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of FDBL.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. LR 2016-2 and the "Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members", signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

Scott E. Bettridge, Esq.

SWORN AND SUBSCRIBED
before me this 23rd day of October, 2008.

Notary Public
My Commission Expires:

Sueli Correa
Commission #DD460115
Expires: AUG. 09, 2009
www.AaronNotary.com

# EXHIBIT A

LAW OFFICES
FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

17-September-2008

BLANCA UTARID
W.R. GRACE & CO.
C/O ERNST & YOUNG,
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee: TIMOTHY DELBRUGGE

Invoice Number: IN-US00077157

Manager: GRAHAM LEES

Case Number: 131202

Client: W.R. GRACE & CO.

Total Legal Fees: 0.00

Total Disbursements: 2,288.70

Invoice Total: (USD) 2,288.70

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - FRANKFURT) | |
| Assistance in obtainin an extension of work and residence permit for Germany | 1,840.00 |
| On site assistance with collection of combined work and residence permit | 295.00 |
| Government fees paid on behalf on Mr. Delbrugge (Euro 30) | 47.00 |
| Other-Disbursements (5%) | 106.70 |

LAW OFFICES
FRAGOMEN, DEL REY, BERNSEN & LOEWY LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 906 1230
FAX: (732) 906 9190

29-September-2008

BLANCA UTARID
W.R. GRACE & CO.
C/O ERNST & YOUNG,
99 WOOD AVENUE SOUTH
ISELIN NEW JERSEY 08830
UNITED STATES OF AMERICA

---

FOR PROFESSIONAL SERVICES RENDERED

Assignee: ZEYNEP TOLUN
Invoice Number: IN-US00078621
Manager: GRAHAM LEES
Case Number: 136244
Client: W.R. GRACE & CO.
Total Legal Fees: 0.00
Total Disbursements: 2,999.34
Invoice Total: (USD) 2,999.34

| | Fee/Disbursement |
|---|---|
| DISBURSEMENTS<br>(work carried out by FRAGOMEN - BRUSSELS) | |
| Application filed with immigration authorities in order to obtain Belgian work permit on behalf of Ms. Tolun Zeynep. | 2,750.00 |
| Other-Disbursements: filing of the application via registered mail + collecting the Work permit via express courier and sending the original work permit via DHL + appointment costs for the Belgian consulate in Turkey | 111.84 |
| Miscellaneous Out of pocket expenses (including timed facsimile, telephone charges and photocopying) | 137.50 |

LAW OFFICES
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

September 30, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE: Adam LESNIOWSKI
Invoice #: 08.40427398

Preparation of Priority Worker Petition requesting classification as a multinational manager/executive under Section 203(b)(1)(C) of The Immigration Act of 1990 providing for exemption from the requirement for obtaining individual labor certification from the U.S. Department of Labor. Preparation of Form I-140, Immigrant Petition for Alien Worker. Review of supporting documentation and preparation of a detailed draft letter of support setting forth the criteria to establish the beneficiary's eligibility through analysis of the offered position and prior employment abroad with a qualifying organization within the petitioning entity. Transmittal of prepared drafts to client for final review. Final preparation and submission to the Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition based on the First Employment Based Category of Multinational Managers/Executives including preparation of Forms I-485, G-325A, and supporting documentation. Preparation of final package and submission to appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national(s) for permission to obtain employment authorization during pendency of application for adjustment of status for U.S. permanent residence. Submission of application to U.S. Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to the United States Citizenship and Immigration Services.

| | |
|---|---|
| **Total Legal Fees** | $4,725.00 |

**Disbursements**

| | |
|---|---|
| USCIS filing fees: | |
| I-140: $475 | |
| I-485: $930 | |
| ASC: $80 | |
| Federal Express (domestic) | $18.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $189.00 |
| **Total Disbursements** | $207.00 |
| **Please Remit** | **$4,932.00** |

**PLEASE RETURN COPY OR INDICATE**

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

September 30, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE: Deborah WINSOR
Invoice #: 08.40430158

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition and eligible spouse including preparation of Forms I-485, G-325A, I-134, IRS 9003 and supporting documentation. Preparation of final package and submission to the appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for dependent (son) including preparation of Forms I-485, I-765, G-325A, and supporting documentation. Preparation of final package and submission to appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national and spouse for permission to obtain employment authorization during pendency of application for adjustment of status for U.S. permanent residence. Submission of application to U.S. Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad for foreign national and spouse during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to the United States Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad for son during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to the United States Citizenship and Immigration Services.

Preparation of petition for immigrant preference classification as a member of the professions holding an advanced degree or as an individual of exceptional ability under Section 203(b)(2) of the Immigration Act of 1990, following the approval of the Application for Alien Employment Certification. Preparation of Form I-140, Immigrant Petition for Alien Worker. Collection, analysis and organization of supporting documentation of qualifying employment experience; documentation of education; and other evidence demonstrating eligibility for such classification. Transmittal of prepared drafts to client for final review. Final preparation and submission to the Regional Service Center of the U.S. Citizenship and Immigration Services.

| | |
|---|---|
| **Total Legal Fees** | $4,375.00 |
| **Disbursements** | |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $175.00 |
| **Total Disbursements** | $211.00 |
| **Please Remit** | **$4,586.00** |

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

September 30, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE: Miles MACDONALD
Invoice #: 08.40411803

Preparation of nonimmigrant TN Visa Petition requesting extension of foreign national's term of stay including Form I-129 and draft letter of support confirming continued temporary employment. Transmittal of prepared drafts and petition to client for final review and signature. Final preparation and submission of petition to the Nebraska Service Center of the USCIS

| | |
|---|---|
| **Total Legal Fees** | $900.00 |
| **Disbursements** | |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $36.00 |
| **Total Disbursements** | $72.00 |
| **Please Remit** | **$972.00** |

**PLEASE RETURN COPY OR INDICATE INVOICE # WITH PAYMENT**

**Additional Comments:** For billing inquiries, please call (305) 774-5800

LAW OFFICES
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

September 30, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES RENDERED.

RE: Simon THOMAS
Invoice #: 08.40416206

Preparation of priority worker petition arguing L-1B qualifies as multinational manager under Section 203 (b)(1)(C).

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for principal beneficiary of immigrant visa petition based on the First Employment Based Category of Multinational Managers/Executives including preparation of Forms I-485, G-325A, and supporting documentation. Preparation of final package and submission to appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Application for Adjustment of Status to Lawful Permanent Resident of the United States for dependents of a Multinational Manager/Executive including preparation of Forms I-485, G-325A, and supporting documentation. Preparation of final package and submission to appropriate Regional Service Center of the United States Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of foreign national(s) for permission to obtain employment authorization during pendency of application for adjustment of status for U.S. permanent residence. Submission of application to U.S. Citizenship and Immigration Services.

Preparation of Form I-765 on behalf of family member(s) for permission to obtain employment authorization during pendency of application for adjustment of status for U.S. permanent residence. Submission of application to United States Citizenship and Immigration Service.

Discussions regarding criteria for travel abroad during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to the United States Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad for family member(s) during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to the United States Citizenship and Immigration Services.

| | |
|---|---|
| **Total Legal Fees** | $4,725.00 |
| **Disbursements** | |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $189.00 |
| **Total Disbursements** | $225.00 |
| **Please Remit** | **$4,950.00** |

LAW OFFICES
FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

September 30, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE: Charity NGURE
Invoice #: 08.40423600

Preparation of petition for temporary nonimmigrant classification as a professional in H-1B (change of employer) status including review and discussion of the beneficiary's qualifications and educational background, drafting of Forms I-129 with supplement and detailed letter in support of the petition setting forth a description of the professional level position to be performed by the foreign national, background of the U.S. employer entity and specific requirements for the position including a full description of the unique and professional credentials of the beneficiary in accordance with the Immigration Service's current regulations. Transmittal of drafts prepared and petition to client for final review and signature. Final preparation and submission to the appropriate Regional Service Center of the U.S. Citizenship and Immigration Services.

Preparation of Labor Condition Application and preparation of instructions to employer regarding compliance with Immigration Act of 1990, including procedures for internal posting and record keeping requirements. Submission of Labor Condition Application to U.S. Department of Labor.

Discussions with client regarding wage to be offered to H-1B foreign national, including Department of Labor regulations pertaining to actual wage documentation, posting requirements and documents for public inspection. Preparation and filing of request for prevailing wage determination to the local State Workforce Agency (SWA).

| | |
|---|---|
| **Total Legal Fees** | $1,850.00 |
| **Disbursements** | |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $74.00 |
| **Total Disbursements** | $110.00 |
| **Please Remit** | **$1,960.00** |

**PLEASE RETURN COPY OR INDICATE INVOICE # WITH PAYMENT**

LAW OFFICES
**FRAGOMEN, DEL REY, BERNSEN & LOEWY, LLP**
75 Remittance Drive
Suite #6072
Chicago, Illinois 60675-6072
TELEPHONE: (732) 862-5000
FAX: (732) 862-5050

September 30, 2008

Janissa Garcia
W. R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

---

FOR PROFESSIONAL SERVICES RENDERED.

RE: Kevin MURNIN
Invoice #: 08.40423601

Preparation of Form I-765 on behalf of foreign national for continued permission to obtain employment authorization during pendency of application for Adjustment of Status for U.S. permanent residence. Submission of application to United States Citizenship and Immigration Service

Preparation of Form I-765 on behalf of family member(s) for permission to obtain employment authorization during pendency of application for adjustment of status for U.S. permanent residence. Submission of application to United States Citizenship and Immigration Service.

Discussions regarding criteria for continued travel abroad during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to the United States Citizenship and Immigration Services.

Discussions regarding criteria for travel abroad for family member(s) during the pendency of the Application for Adjustment of Status. Preparation of Form I-131, Application for Travel Document (advance parole), and supporting documentation, and submission to the United States Citizenship and Immigration Services.

| | |
|---|---|
| **Total Legal Fees** | $1,600.00 |
| **Disbursements** | |
| Federal Express (domestic) | $36.00 |
| Miscellaneous expenses including photocopy, facsimile, telephone calls, postage, etc. | $64.00 |
| **Total Disbursements** | $100.00 |
| **Please Remit** | **$1,700.00** |

**PLEASE RETURN COPY OR INDICATE INVOICE # WITH PAYMENT**

# EXHIBIT B

| Codes | Description |
|---|---|
| 140 | preference petition |
| 539 | family member |
| AOS | adjustment of status |
| AOS/140 | adjustment of status & preference petition |
| AOS/FAM | adjustment of status for family member |
| AP | advanced parole |
| APP | appeal |
| AUD | audit |
| EAD/AP | employment card and advanced parole |
| EVAL | education evaluation |
| G-BEL | entry visa Belgium |
| G-BEL-L | Belgian Limosa declaration |
| G-BEL-P | Belgian residence permit |
| G-BEL-C | Belgian residence card |
| G-CAN | entry visa Canada |
| G-CHN | entry visa China |
| G-CHN-P | Chinese residence permit |
| G-CHN/NAM | entry visa China/Vietnam |
| G-GER-P | German residence permit |
| G-GEN-REC | General records processing |
| H1-B | H1-B Visa |
| H1-B/EXT | H1-B Visa extension |
| L-1B | L-1B Visa |
| L1-BL | L-1 Blanket |
| PAPP | personal appearance |
| PERM | PERM filing with DOL |
| PP | premium processing |
| RFE | request for evidence |
| TD EXT | TD Visa extension |
| TN | TN Visa |
| TN EXT | TN Visa extension |
| WID | Withdrawal of filing |

# EXHIBIT C



# W.R. GRACE & CO.

## Proposed Fee Schedule for 2007

| NONIMMIGRANT VISAS | Fees* |
|---|---|
| **B-1 Initial** | |
| - Straightforward | $775.00 |
| - Complex | $2,000.00 |
| **B-1 Extension** | |
| - Straightforward | $775.00 |
| **E-3 Initial** | |
| - Straightforward | $1,500.00 |
| - Complex | $1,750.00 |
| **E-3 Extension** | |
| - Straightforward | $1,000.00 |
| **H-1B Initial** | |
| - Straightforward | $1,850.00 |
| - Complex | $2,100.00 |
| **H-1B Extension** | |
| - Straightforward | $1,100.00 |
| - Complex or where firm did not prepare initial H-1B | $1,600.00 |
| **J-1 Initial** | |
| - Straightforward | $1,100.00 |
| - Complex | $1,600.00 |
| **J-1 Extension** | |
| - Straightforward | N/A |
| - Complex | N/A |
| **Blanket L-1 Initial** | |
| - Straightforward | $1,600.00 |
| - Complex | $1,850.00 |
| **Blanket L-1 Extension** | |
| - Straightforward | $1,600.00 |
| - Complex | $1,850.00 |
| **Individual L-1 Initial** | |
| - Straightforward | $1,600.00 |
| - Complex | $1,850.00 |
| **Individual L-1 Extension** | |
| - Straightforward | $1,300.00 |
| - Complex | $1,600.00 |
| **O-1 Initial** | |
| - Straightforward | $2,625.00 |
| - Complex | $3,675.00 |
| **O-1 Extension** | |
| - Straightforward | $1,575.00 |
| **TN Initial** | |
| - Straightforward | $900.00 |
| **TN Extension** | |
| - Straightforward | $900.00 |



# W.R. GRACE & CO.

## Proposed Fee Schedule for 2007

| | |
|---|---|
| **Replacement of Departure Record (I-94) (I-102)** | |
| - Filed with extension or change of status | $375.00 |
| - Filed separately | $525.00 |
| **Renewal of Nonimmigrant Visa Stamps at U.S. Consulate** | |
| - Each applicant | $275.00 |
| - Coordination of visa issuance including discussions with Consulate, scheduling appointment and briefing applicant | $525.00 plus $275.00 per location |
| **Extension/Change of NIV status for Dependent (I-539)** | |
| - Filed with principal | $375.00 |
| - Filed separately | $800.00 |
| - Complex | $1,300.00 |
| **Employment Authorization (EAD) (I-765)** | |
| - Each applicant | $250.00 |
| **Premium Processing (I-907)** | |
| - Filed simultaneously with NIV petition | $250.00 |
| - Filed separately | $500.00 |
| **Request for Evidence (RFE)** "REMDOC" | |
| - Straightforward | $750.00 |
| - Complex | $1,500.00 |
| **IMMIGRANT VISAS** | **Fees*** |
| **Permanent Residence based upon PERM** | |
| - PERM | $4,200.00 |
| - Petition for alien worker (I-140) | $1,100.00 |
| - Application for permanent residence (I-485) | |
| - Principal applicant and spouse | $1,575.00 |
| - Each additional family member | $375.00 |
| **Permanent Residence exempt from PERM** | |
| - Petition for alien worker (I-140) Based on L-1 Multinational Transferee | $2,650.00 |
| - If firm prepared original L-1A | $2,100.00 |
| - I-140 Petition Based on Outstanding Researcher / Extraordinary Ability | $3,675.00 - $4,725.00 |
| - Application for permanent residence (I-485) | |
| - Principal applicant and spouse | $1,575.00 |
| - Each additional family member | $375.00 |
| **Employment Authorization** | |
| - Principal applicant and spouse | $525.00 |
| - Each additional family member | $275.00 |
| **Advance Parole (Travel Document)** | |
| - Principal Applicant and Spouse | $525.00 |
| - Each additional family member | $275.00 |
| **Visa Processing** | |
| - Packet III and IV | |
| - Principal Applicant and Spouse | $1,575.00 |
| Each Additional Family Member | $375.00 |




# W.R. GRACE & CO.

## Proposed Fee Schedule for 2007

| | |
|---|---|
| **Request for Evidence (RFEs) – (I-140) or (I-485)** | |
| - Straightforward | $250.00 |
| - Complex | $750.00 |
| **Attorney Appearances at I-485 Interview** | |
| - Local | $800.00 |
| - Out-of-town | Hourly |

| ADDITIONAL SERVICES | Fees* |
|---|---|
| **Application to renew Permanent Resident Card (I-90)** | |
| - Each applicant | $750.00 |
| **Naturalization Application** | |
| - Each Applicant | $1,000.00 |
| - Attorney appearance | $750.00 |
| **Reentry Permits: (I-131)** | |
| - Each applicant | $750.00 |
| **Visa Application for Corporations** | |
| - L-1 Blanket | $2,500.00 |
| **Special Projects** | |
| - Counseling i.e. I-9 Audit | Fee to be quoted prior to project. |
| - Training | |

Matters not covered by the fees set forth would be billed on an hourly basis at the following rates:

| | |
|---|---|
| Partner | $350 |
| Associate | $250 |

*** - Disbursements -**

| | |
|---|---|
| **Domestic Federal Express** | **$18.00** |
| **Miscellaneous [Telephone calls, faxes, photocopies, regular mail services]** | **4%** |

**Important Notes:**

- The above fees are predicated upon the amount of effort and staffing normally required to obtain approval of such application. To the extent that a matter is complicated by extenuating circumstances requiring extensive telephone consultations, expeditious processing, difficulty conforming to eligibility requirements, or other special circumstances, a higher fee would be billed only after consultation with your organization. Out-of-pocket expenses including educational evaluations, translations, courier and messenger services will be itemized on each invoice.
- All filing fees payable by client to U.S.D.H.S.