# EXHIBIT A

**WR Grace**
**September 2008 Time**

| Day/Date | Action | Time |
|---|---|---|
| Tue 2 | Review docket | 0.5 |
| Wed 3 | Review docket | 0.7 |
| | Comm w/Orrick (DF) re supplemental app | 0.5 |
| Thu 4 | Review docket | 0.9 |
| | Comm w/Orrick (RW) re reg rts and finc triggers | 0.4 |
| | Review/analyze financial triggers | 1.0 |
| Fri 5 | Review/analyze financial triggers | 1.2 |
| | Review docket | 0.6 |
| | Review warrant provision/analyze scenarios | 1.3 |
| | Rev reg rts market | 2.1 |
| | C/C w/Orrick (RW/RS) re reg rts, financial triggers, warrant scenarios | 2.5 |
| | Comm w/Orrick (DF) re supplemental app | 0.3 |
| Mon 8 | Review docket | 1.1 |
| | Sealed Air analysis | 1.5 |
| Tue 9 | Comm w/Orrick (DF) re supplemental app | 0.3 |
| | Review docket | 1.0 |
| | Comm w/Orrick (DF) re fee app | 0.3 |
| Wed 10 | Analyze stock px action | 0.9 |
| | Warrant scenarios/pricing analysis | 1.6 |
| Thu 11 | Review docket | 0.6 |
| Fri 12 | Review docket | 0.8 |
| Mon 15 | Review docket | 0.9 |
| Tue 16 | Comm w/Orrick (RF) re plan analysis | 1.1 |
| | Revise plan analysis | 2.1 |
| Wed 17 | Revise plan analysis | 0.7 |
| | Comm w/ Orrick (all) re revised plan analysis | 0.9 |
| | Review docket | 0.4 |
| Thu 18 | Review draft POR | 1.4 |
| | Review draft liqd analysis | 1.2 |
| | Review/revise warrant analysis | 1.7 |
| | Review debtors/TA deferred payment analysis | 1.4 |
| | Comm w/Orrick (RW) re liqd analysis, deferred pay analysis, warrant analysis | 0.7 |
| | Review docket | 0.6 |
| Fri 19 | Review docket | 0.7 |
| | Prep August fee app | 4.0 |
| Mon 22 | Comm w/Orrick (RF) re liqd analysis | 0.5 |
| | Review docket | 0.5 |
| | Review/analyze POR/DS/exhibits | 2.2 |
| Tue 23 | Review docket | 1.0 |
| | Review/analyze POR/DS/exhibits | 2.0 |
| Wed 24 | Review docket | 0.5 |
| | Review/analyze POR/DS/exhibits | 3.2 |
| Thu 25 | Review docket | 0.6 |
| | Review/analyze POR/DS/exhibits | 1.1 |
| Fri 26 | Review docket | 0.4 |
| | Review/analyze POR/DS/exhibits | 1.7 |
| | Comm w/Orrick (DF) re fee app | 0.3 |
| Mon 29 | Travel | 6.0 |
| | Attend Omnibus hearing | 3.5 |
| Tue 30 | Review dockets | 1.2 |
| | Prep Blackstone valuation meeting | 3.3 |
| | TOTAL TIME (hrs) | 65.9 |