# EXHIBIT B

**W.R. Grace**
**Detail of expenses (September 1, 2008 – September 30, 2008)**

Communication
Telephone $123.92
Express Mail $  55.63
   **Total Communication:** **$179.55**


**TOTAL EXPENSES:** **$179.55**