IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., <u>et al.</u> | ) Case No. 01-1139 (JKF) |
| Debtors. | ) Objection Deadline: November 17, 2008 at 4pm |
| | ) Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FORTIETH MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008</u>**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered February 21, 2004) |
| Period for which compensation is sought: | September 1, 2008 through September 30, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $11,202.00 |
| 80% of fees to be paid: | $ 8,961.60 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $     0.00 |
| Total Fees @ 80% and 100% Expenses: | $ 8,961.60 |

This is an:  ___ interim   _X_ monthly   ___ final application.

**COMPENSATION SUMMARY**
**September 2008**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (23 years) FCAS | $650 | 10.90 | $7,085.00 |
| Bryan Gillespie | Consulting Actuary (2 years) FCAS | $410 | 3.70 | $1,517.00 |
| Jeffrey Kimble | Consulting Actuary (7 years) ACAS | $400 | 6.50 | $2,600.000 |
| **Total Blended Rate: $530.90** | | | **21.10** | **$11,202.00** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 21.10 | $11,202.00 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| | |
|---|---|
| **September 2008 – Grand Total** | **$11,202.00** |

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: October 24, 2008

2