**EXHIBIT A**
**Sep-08**

| Name | Date | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| Jenni Biggs | 9/2/2008 | 2.00 | $650 | $1,300.00 | Peer review cash flow analysis |
| Jenni Biggs | 9/4/2008 | 0.20 | $650 | $130.00 | Discussion with D. Felder |
| Jenni Biggs | 9/11/2008 | 3.70 | $650 | $2,405.00 | Filing |
| Jenni Biggs | 9/12/2008 | 3.50 | $650 | $2,275.00 | Filing |
| Jenni Biggs | 9/29/2008 | 1.00 | $650 | $650.00 | Discussion with Rick Wyron |
| Jenni Biggs | 9/30/2008 | 0.20 | $650 | $130.00 | Billing and cash flow analysis |
| Jenni Biggs | 9/30/2008 | 0.30 | $650 | $195.00 | Peer review cash flow analysis |
| | | 10.90 | | $7,085.00 | |
| Bryan Gillespie | 9/1/2008 | 2.20 | $410 | $902.00 | CPI info for Rick Wyron |
| Bryan Gillespie | 9/4/2008 | 1.50 | $410 | $615.00 | CPI info for Rick Wyron |
| | | 3.70 | | $1,517.00 | |
| Jeff Kimble | 9/2/2008 | 5.00 | $400 | $2,000.00 | Prepare cash flow exhibits for Orrick |
| Jeff Kimble | 9/29/2008 | 1.50 | $400 | $600.00 | Prepare an additional cash flow scenario for Orr |
| | | 6.50 | | $2,600.00 | |
| | | **21.10** | | **$11,202.00** | |