# EXHIBIT A

# ORRICK, HERRINGTON & SUTCLIFFE LLP
## INVOICES FOR TIME PERIOD
## SEPTEMBER 1-30, 2008



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

October 20, 2008
Client No. 17367
Invoice No. 1153351

Orrick Contact: Roger Frankel

For Legal Services Rendered Through September 30, 2008 in Connection With:

**Matter: 7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 09/10/08 | S. Foresta | Review e-mail from R. Wyron and insurance policy information to be included in Plan. | 0.80 |
| 09/22/08 | R. Wyron | Begin review of insurance issues (.8); review e-mails on potential settlement and review analysis (.3). | 1.10 |
| 09/24/08 | R. Wyron | Analyze insurance memos and valuations, and organize data. | 2.60 |
| 09/25/08 | R. Wyron | Review insurance materials from R. Horkvich. | 1.20 |
| 09/25/08 | R. Frankel | Review R. Horkovich memos re various insurance coverage issues (1.5); telephone conference with R. Wyron re insurance valuation issues (.3). | 1.80 |
| 09/26/08 | R. Wyron | Review e-mails on potential settlement and follow-up (.3); draft e-mail to D. Austern regarding status and settlement issues (.3); review insurance issues and strategy memos (1.3). | 1.90 |
| 09/29/08 | R. Wyron | Continue review of various insurance settlement memos and insurance recovery analysis. | 1.30 |

|  |  |  |
|---|---|---|
| Total Hours | 10.70 | |
| Total For Services | | $8,512.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Stephen G. Foresta | 0.80 | 825.00 | 660.00 |
| Roger Frankel | 1.80 | 875.00 | 1,575.00 |
| Richard H. Wyron | 8.10 | 775.00 | 6,277.50 |
| Total All Timekeepers | 10.70 | $795.56 | $8,512.50 |

**Total For This Matter**　　　　**$8,512.50**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

October 20, 2008
Invoice No. 1153351

For Legal Services Rendered Through September 30, 2008 in Connection With:

**Matter:  8 - Litigation**

| 09/01/08 | D. Felder | Review pleadings and prepare for September 2 omnibus hearing. | 0.40 |
|---|---|---|---|
| 09/02/08 | D. Felder | Telephonic participation in Grace hearing regarding Mian Realty matter (1.1); attend Grace omnibus hearing (1.0); e-mail update to R. Frankel and R. Wyron regarding same (.2). | 2.30 |
| 09/03/08 | D. Felder | Telephone conference with M. Hurford regarding omnibus hearing summary. | 0.10 |
| 09/04/08 | D. Felder | Conference with R. Wyron regarding update (.1); review pleadings for September 29 omnibus hearing (2.5); telephone conference with J. Biggs regarding methodology issues (.3). | 2.90 |
| 09/08/08 | D. Felder | Review pending motions for September 29 omnibus hearing and e-mail correspondence with R. Wyron regarding same. | 0.20 |
| 09/22/08 | D. Felder | Review recently filed pleadings in preparation for September 29 and October 20 omnibus hearings. | 2.70 |
| 09/23/08 | D. Felder | Conference with R. Wyron and J. Burke regarding Grace overview and research issues. | 0.80 |
| 09/23/08 | R. Frankel | Review agenda for 9/29 hearing. | 0.30 |
| 09/25/08 | R. Frankel | Review motion and related pleadings re appointment of PD Legal Representative. | 1.30 |
| 09/26/08 | D. Felder | Review indemnification language in motion to appoint PD FCR and e-mail correspondence to R. Wyron regarding same. | 0.30 |
| 09/29/08 | D. Felder | Telephonic participation in omnibus hearing. | 0.50 |
| 09/29/08 | R. Frankel | Review briefs in preparation for hearing. | 1.10 |
| 09/29/08 | R. Frankel | Attend hearing, confer with counsel re default interest issues in DE. | 5.20 |

Total Hours 18.10

Total For Services $12,318.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 10.20 | 530.00 | 5,406.00 |
| Roger Frankel | 7.90 | 875.00 | 6,912.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

October 20, 2008
Invoice No. 1153351

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Total All Timekeepers | 18.10 | $680.58 | $12,318.50 |

Disbursements
    Document Reproduction      6.70
    Expert; Consultants      -10,000.00
    Local Taxi Expense      27.00
    Telephone      3.24
    Travel Expense, Local      208.00

                    Total  Disbursements      $-9,755.06

               **Total For This Matter**      **$2,563.44**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 4

October 20, 2008
Invoice No. 1153351

For Legal Services Rendered Through September 30, 2008 in Connection With:

**Matter: 9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 09/01/08 | D. Felder | Review comments from R. Frankel and R. Wyron regarding deal documents and summary from Z. Finley and R. Smith regarding same (1.0); review draft plans from Kirkland regarding additional trusts (1.5). | 2.50 |
| 09/01/08 | Z. Finley | Review and respond to e-mails regarding open issues in deferred payment documents (.8); revise and update charts to reflect Orrick feedback on open issues, and review further deferred payment documents (2.2). | 3.00 |
| 09/01/08 | M. Wallace | Review correspondence regarding comments to plan documents. | 0.20 |
| 09/01/08 | R. Smith | Exchange of e-mail messages with R. Wyron regarding major open issues (.3); review documents (.2). | 0.50 |
| 09/01/08 | R. Wyron | Organize and circulate comments on plan draft and e-mails re same (1.1); organize and circulate comments on draft disclosure statement, and e-mails re same (1.4); organize notes for meeting with D. Austern on 9/2 (.6). | 3.10 |
| 09/01/08 | R. Frankel | Review charts of open issues from R. Smith, Z. Finley re commercial documents. | 1.40 |
| 09/01/08 | R. Frankel | Prepare notes and comments annotating charts; e-mails re same. | 1.90 |
| 09/02/08 | C. Clark | Research provisions relating to 524(g) trusts (.6); draft research update to R. Frankel (.2); telephone conference with R. Wyron regarding 524(g) trust issues (.4). | 1.20 |
| 09/02/08 | D. Felder | Review plan edits from R. Wyron and blackline regarding same (.5); draft judgment reduction clause and review other plans regarding same (.8). | 1.30 |
| 09/02/08 | Z. Finley | Telephone conference with A. Benjamin re deferred payment issues (.1); conference with Orrick team regarding open issues in deferred payment documents (1.0); additional conferences with R. Smith (1.0); prepare for meeting with debtors' counsel to discuss documents (2.1). | 4.20 |
| 09/02/08 | M. Wallace | Discuss status and negotiation posture and issues with R. Wyron. | 0.20 |
| 09/02/08 | M. Wallace | Review issues charts in preparation for negotiation of deal documents. | 1.10 |
| 09/02/08 | M. Wallace | Discuss Sealed Air markup resolution with R. Wyron. | 0.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

October 20, 2008
Invoice No. 1153351

| 09/02/08 | M. Wallace | Review correspondence regarding cooperation agreement and forward comments regarding same to D. Felder. | 0.10 |
| 09/02/08 | M. Wallace | Review comments to revised plan and provide additional comment. | 0.30 |
| 09/02/08 | M. Wallace | Note issues in Sealed Air plan draft for discussion. | 0.30 |
| 09/02/08 | A. Benjamin | Telephone call with Z. Finley re deferred payment agreement (.4); review and revise deferred payment agreement (.6). | 1.00 |
| 09/02/08 | R. Smith | Calls with R. Wyron (.2); conferences with Z. Finley (.5); call with R. Frankel and R. Wyron (.3); call with R. Wyron and Z. Finley (.2); review revised drafts of deferred payment agreement, Warrant Agreement, Share Issuance Agreement, Guarantee and Registration Rights Agreement (4.0). | 5.20 |
| 09/02/08 | R. Wyron | Review deal documents and open issues (.8); confer with R. Frankel and D. Austern on issues and strategy, and follow-up (1.9); organize notes (.6); calls with R. Frankel and R. Smith regarding strategy, and follow-up (.8); outline presentation (.7); call with T. Freedman on plan language and follow-up (.6); call with P. Lockwood on plan language and deal points, and follow-up (2.4). | 7.80 |
| 09/02/08 | R. Frankel | Confer with R. Wyron, D. Austern re status, strategy issues in preparation for upcoming meetings. | 1.70 |
| 09/02/08 | R. Frankel | Review open issues re plan documents. | 0.60 |
| 09/02/08 | R. Frankel | Telephone conference with R. Wyron, R. Smith, Z. Finley in preparation for meeting at K&E; notes re same. | 0.60 |
| 09/03/08 | D. Felder | E-mail correspondence with R. Wyron regarding revisions to plan and disclosure statement (.1); review and revise draft plan and circulate same (1.5); review and revise draft disclosure statement (1.0); review and revise draft Trust Agreement (.4); review and revise draft Cooperation Agreement (.6); telephone conferences with J. Liesemer and A. McMillian regarding update and draft Trust Agreement (.2). | 3.80 |
| 09/03/08 | Z. Finley | Prepare for meeting with debtors' counsel to discuss deferred payment documents (.5); attend meetings with debtors' counsel (9.3). | 9.80 |
| 09/03/08 | M. Wallace | Telephone call with D. Felder regarding R. Wyron's comments to the Plan. | 0.10 |
| 09/03/08 | M. Wallace | Discuss cooperation agreement comments with D. Felder. | 0.10 |
| 09/03/08 | M. Wallace | Review correspondence regarding share issuance negotiations. | 0.10 |
| 09/03/08 | M. Wallace | Review correspondence regarding update on meetings with debtors' counsel. | 0.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -     October 20, 2008
17367                                                                     Invoice No. 1153351
page 5

| 09/02/08 | M. Wallace | Review correspondence regarding cooperation agreement and forward comments regarding same to D. Felder. | 0.10 |
|---|---|---|---|
| 09/02/08 | M. Wallace | Review comments to revised plan and provide additional comment. | 0.30 |
| 09/02/08 | M. Wallace | Note issues in Sealed Air plan draft for discussion. | 0.30 |
| 09/02/08 | A. Benjamin | Telephone call with Z. Finley re deferred payment agreement (.4); review and revise deferred payment agreement (.6). | 1.00 |
| 09/02/08 | R. Smith | Calls with R. Wyron (.2); conferences with Z. Finley (.5); call with R. Frankel and R. Wyron (.3); call with R. Wyron and Z. Finley (.2); review revised drafts of deferred payment agreement, Warrant Agreement, Share Issuance Agreement, Guarantee and Registration Rights Agreement (4.0). | 5.20 |
| 09/02/08 | R. Wyron | Review deal documents and open issues (.8); confer with R. Frankel and D. Austern on issues and strategy, and follow-up (1.9); organize notes (.6); calls with R. Frankel and R. Smith regarding strategy, and follow-up (.8); outline presentation (.7); call with T. Freedman on plan language and follow-up (.6); call with P. Lockwood on plan language and deal points, and follow-up (2.4). | 7.80 |
| 09/02/08 | R. Frankel | Confer with R. Wyron, D. Austern re status, strategy issues in preparation for upcoming meetings. | 1.70 |
| 09/02/08 | R. Frankel | Review open issues re plan documents. | 0.60 |
| 09/02/08 | R. Frankel | Telephone conference with R. Wyron, R. Smith, Z. Finley in preparation for meeting at K&E; notes re same. | 0.60 |
| 09/03/08 | D. Felder | E-mail correspondence with R. Wyron regarding revisions to plan and disclosure statement (.1); review and revise draft plan and circulate same (1.5); review and revise draft disclosure statement (1.0); review and revise draft Trust Agreement (.4); review and revise draft Cooperation Agreement (.6); telephone conferences with J. Liesemer and A. McMillian regarding update and draft Trust Agreement (.2). | 3.80 |
| 09/03/08 | Z. Finley | Prepare for meeting with debtors' counsel to discuss deferred payment documents (.5); attend meetings with debtors' counsel (9.3). | 9.80 |
| 09/03/08 | M. Wallace | Telephone call with D. Felder regarding R. Wyron's comments to the Plan. | 0.10 |
| 09/03/08 | M. Wallace | Discuss cooperation agreement comments with D. Felder. | 0.10 |
| 09/03/08 | M. Wallace | Review correspondence regarding share issuance negotiations. | 0.10 |
| 09/03/08 | M. Wallace | Review correspondence regarding update on meetings with debtors' counsel. | 0.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

October 20, 2008
Invoice No. 1153351

| Date | Person | Description | Hours |
|---|---|---|---|
| 09/03/08 | M. Wallace | Discuss Sealed Air comments to the plan with R. Wyron. | 0.10 |
| 09/03/08 | R. Smith | Meetings at K&E regarding Deferred Payment Agreement, Warrant Agreement, Share Issuance Agreement, Guarantee and Registration Rights Agreement. | 8.60 |
| 09/03/08 | R. Wyron | Review and organize notes for meeting (.8); review Sealed Air comments and updated notes on plan (1.1); call with M. Wallace on open issues on SA plan and follow-up (.4); confer with D. Austern and follow-up (.6); attend meeting at Kirkland on plan, open issues and related documents with ACC, Debtors and Equity Committee (6.3). | 9.20 |
| 09/04/08 | D. Felder | Telephone conference with R. Wyron regarding edits to draft plan from Kirkland (.1); review Asbestos Insurance Transfer Agreement and e-mail to R. Wyron regarding same (.2); review and revise draft plan and disclosure statement (2.0). | 2.30 |
| 09/04/08 | M. Wallace | Review correspondence from D. Felder regarding additional ACC comments to plan. | 0.10 |
| 09/04/08 | B. Cooper | Conference with R. Smith regarding resale shelf registration issues. | 0.10 |
| 09/04/08 | R. Smith | Call with K&E regarding Deferred Payment Agreement, Warrant Agreement, Share Issuance Agreement, Guarantee and Registration Rights Agreement (1.3); prepare for same (.5); revise same (.5); call with B. Cooper regarding registration rights agreement issues (.1); e-mail exchange with R. Wyron and J. Radecki (.1). | 2.50 |
| 09/04/08 | R. Wyron | Continue review of plan issues of PD plan and follow-up e-mails re same (1.3); review Sealed Air comments on plan and prepare for call with T. Freedman and P. Lockwood (2.6); review financial issues for J. Radecki and e-mails re same (.7); multiple calls with Debtors, ACC and OHS team on plan issues (1.6). | 6.20 |
| 09/04/08 | R. Frankel | Review marked up pages to joint plan. | 1.60 |
| 09/04/08 | R. Frankel | Review marked up pages to Disclosure Statement. | 1.20 |
| 09/05/08 | D. Felder | Conference with R. Wyron regarding update on plan documents (.2); review Sealed Air settlement agreement and order approving same and conference with R. Wyron regarding same (2.3); begin review of version 19 of draft plan from Kirkland (1.0). | 3.50 |
| 09/05/08 | Z. Finley | Prepare comments to most recent drafts of deferred payment documents. | 1.00 |
| 09/05/08 | M. Wallace | Review correspondence regarding status and revised documents. | 0.10 |
| 09/05/08 | M. Wallace | Discuss Sealed Air implications for client and severability issues with D. Felder. | 0.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    October 20, 2008
17367                                                                                                          Invoice No. 1153351
page 7

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/05/08 | R. Smith | Call with R. Wyron and J. Radecki (.7); revise drafts of Deferred Payment Agreement, Warrant Agreement, Share Issuance Agreement, Guarantee and Registration Rights Agreement (.3). | 1.00 |
| 09/05/08 | R. Wyron | Call with R. Frankel on strategy and status and follow-up (.6); call with J. Radecki and R. Smith on financial issues and e-mail re same (.5); call on Sealed Air comments and follow-up (2.4); e-mails regarding Trust Agreement and TDP (.4); review version 19 of plan (1.4); begin review of two Trust plan issues list (.6). | 5.90 |
| 09/05/08 | R. Frankel | Series of e-mails re plan issues. | 0.70 |
| 09/05/08 | R. Frankel | Telephone conference with R. Wyron re plan issues, meeting at K&E; notes re same. | 0.60 |
| 09/05/08 | R. Frankel | Review S/A issues, other open issues. | 0.70 |
| 09/08/08 | C. Clark | Continue researching 524(g) trusts related to property damages claims (.9); draft memorandum summarizing research regarding same (2.7). | 3.60 |
| 09/08/08 | K. Thomas | Review and respond to e-mails from D. Felder and R. Wyron re reviewing filings on default interest issue (.1); coordinate with M. Austin to obtain copies of same for review (.1). | 0.20 |
| 09/08/08 | D. Felder | Review Kirkland's version 19 of draft plan and two-trust plan. | 1.00 |
| 09/08/08 | R. Smith | Attention to e-mail messages (.2); work on possible plan language regarding takeovers/antidilution (.3). | 0.50 |
| 09/08/08 | R. Wyron | Call with R. Frankel on PD/ZAI issues and follow-up (.6); review two trust plan and organize comments (1.4); call on Sealed Air comments to plan, and follow-up (2.1); confer with Grace and ACC on PD/ZAI plan issues and follow-up e-mails (.8); call with D. Austern on strategy and follow-up (.4); continue review of plan documents (1.2). | 6.50 |
| 09/08/08 | R. Frankel | Telephone conference with R. Wyron re status, update re plan issues. | 0.50 |
| 09/08/08 | R. Frankel | Review open issues, notes re same. | 0.40 |
| 09/09/08 | C. Clark | Continue drafting memorandum on property damage and 524(g) trusts. | 3.30 |
| 09/09/08 | D. Felder | Review Sealed Air agreement and prepare e-mail summary regarding lock-up provisions. | 1.00 |
| 09/09/08 | Z. Finley | Prepare mark-ups of deferred payment documents (8.0); telephone conference with A. Benjamin regarding open issues (.5); telephone conferences with R. Smith regarding open issues (.5). | 9.00 |
| 09/09/08 | M. Wallace | Review correspondence regarding status of Grace plan and related negotiations. | 0.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    October 20, 2008
17367                                                                                   Invoice No. 1153351
page 8

| 09/09/08 | M. Wallace | Review correspondence regarding Sealed Air lock-up. | 0.10 |
|---|---|---|---|
| 09/09/08 | M. Wallace | Review correspondence regarding deal documentation. | 0.10 |
| 09/09/08 | A. Benjamin | Review provisions in Deferred Payment Agreement (.4); telephone call with Z. Finley re issues in Deferred Payment Agreement (.6). | 1.00 |
| 09/09/08 | R. Smith | Attention to e-mail messages (.2); revise drafts of Deferred Payment Agreement, Warrant Agreement, Share Issuance Agreement, Guarantee and Registration Rights Agreement (2.0); call with Z. Finley regarding same (.3). | 2.50 |
| 09/09/08 | R. Wyron | Review comments on plan documents and respond to e-mails re same (2.3); call with Debtors, ACC and Equity counsel on status, strategy and follow-up (.8); call to D. Austern and follow-up by e-mail (.4); review draft plan inserts (.6). | 4.10 |
| 09/10/08 | C. Clark | Review e-mails regarding plan issues. | 0.10 |
| 09/10/08 | Z. Finley | Prepare mark-ups of deferred payment documents. | 1.10 |
| 09/10/08 | M. Wallace | Review correspondence and respond regarding drafting session for Sealed Air comments to plan. | 0.20 |
| 09/10/08 | M. Wallace | Telephone call with R. Wyron regarding Sealed Air meeting. | 0.10 |
| 09/10/08 | R. Smith | Attention to e-mail messages. | 0.20 |
| 09/10/08 | R. Wyron | Review proposed anti-takeover provision language and provide comments (.3); review e-mails on plan/insurance issues (.4); begin review of revised deal documents and organize comments (1.7); work on two trust plan issues list (.6). | 3.00 |
| 09/11/08 | D. Felder | Review and revise Asbestos Insurance Transfer Agreement and Cooperation Agreement and note issues regarding same (2.4); review plan to identify related issues (1.1); telephone conferences with J. Liesemer and R. Wyron regarding same (.4); begin reviewing revised draft disclosure statement (2.1); review plan regarding Sealed Air issues (1.1). | 7.10 |
| 09/11/08 | Z. Finley | Conference with R. Smith regarding deferred payment documents (.5); telephone conference with R. Wyron and R. Smith regarding same (1.0); revise mark-ups of deferred payment documents (5.0). | 6.50 |
| 09/11/08 | M. Wallace | Review revised plan incorporating two trust design for Sealed Air issues and note comments to same. | 2.20 |
| 09/11/08 | R. Smith | Conference with Z. Finley regarding Deferred Payment Agreement and Guarantee (.8); review and revise drafts of Deferred Payment Agreement, Warrant Agreement, Share Issuance Agreement, Guarantee and Registration Rights Agreement (2.0); extend call with R. Wyron and Z. Finley regarding same (1.0); attention to e-mail messages (.2). | 4.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 9

October 20, 2008
Invoice No. 1153351

| | | | |
|---|---|---|---|
| 09/11/08 | R. Wyron | Continue review of transactional documents (1.2); continue review of plan documents (2.6); review and comment on insurance documents and e-mails re same (.8); work on anti-takeover language (.4). | 5.00 |
| 09/12/08 | D. Felder | Conference with R. Wyron regarding outstanding issues (.2); review Asbestos Insurance Transfer Agreement and note issues regarding same (.6); begin review of revised draft plan (1.1). | 1.90 |
| 09/12/08 | M. Wallace | Review correspondence regarding plan revisions and comments thereto. | 0.20 |
| 09/12/08 | R. Smith | Call with Z. Finley regarding Deferred Payment Agreement and Guarantee (.2); review and revise drafts of Deferred Payment Agreement, Warrant Agreement, Share Issuance Agreement, Guarantee and Registration Rights Agreement (4.0); attention to e-mail messages; (.2); calls with R. Wyron regarding document issues (.3). | 4.70 |
| 09/12/08 | R. Wyron | Review deal documents revision (1.4); multiple calls and e-mails with R. Smith regarding changes to documents, and follow-up notes (.8); review and organize notes for plan discussions with Sealed Air (.9); review changes to insurance-related agreements and follow-up (.7); review language on anti-takeover issues and e-mails re same (.6). | 4.40 |
| 09/14/08 | D. Felder | Review Sealed Air's comments to draft plan and note issues regarding same. | 1.50 |
| 09/14/08 | M. Wallace | Organize documents for review. | 0.20 |
| 09/14/08 | R. Frankel | Review Celotex opinion, issues re PD 524(g) Trust. | 1.60 |
| 09/15/08 | D. Felder | Conference with R. Wyron regarding plan documents (.1); review comments to plan from Sealed Air (1.0); conference with R. Wyron and M. Wallace regarding same (.5). | 1.60 |
| 09/15/08 | M. Wallace | Review Sealed Air comments to plan, including comparing same to terms of the Sealed Air Settlement Agreement. | 4.20 |
| 09/15/08 | M. Wallace | Discuss Sealed Air comments to the Plan with D. Felder and R. Wyron. | 0.80 |
| 09/15/08 | M. Wallace | Research derivation of 1,000 share transfer limitation in Sealed Air mark-up of the plan and discuss same with R. Wyron. | 0.20 |
| 09/15/08 | R. Wyron | Review plan drafts and organize comments for Sealed Air sessions. | 2.80 |
| 09/15/08 | R. Frankel | Review draft Deferred Payment Agreement, notes re same. | 2.30 |
| 09/15/08 | R. Frankel | Review warrant anti-dilution language, notes re same. | 0.90 |
| 09/15/08 | R. Frankel | Review revised plan of 9/10/08. | 2.90 |
| 09/15/08 | R. Frankel | Telephone conference with R. Wyron re status, case issues. | 0.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -          October 20, 2008
17367                                                                          Invoice No. 1153351
page 10

| Date | Person | Description | Hours |
|------|--------|-------------|-------|
| 09/16/08 | D. Felder | E-mail correspondence with R. Smith and Z. Finley regarding plan issues and review same (.5); review e-mail correspondence from R. Frankel regarding ZAI issues (.1); telephone conference with R. Wyron regarding plan edits (.1); conference with M. Wallace regarding same (.5); review and revise same and e-mail to R. Wyron (.4); continue reviewing draft disclosure statement (1.0). | 2.60 |
| 09/16/08 | Z. Finley | Review and respond to inquiries regarding Plan issues. | 1.40 |
| 09/16/08 | M. Wallace | Re-check comments regarding modified language in Skadden mark-up against Sealed Air Settlement Agreement. | 0.20 |
| 09/16/08 | M. Wallace | Review plan provisions with D. Felder regarding open Sealed Air issues and provide comments to same. | 0.20 |
| 09/16/08 | R. Smith | Review draft Sealed Air note and related e-mail messages. | 0.20 |
| 09/16/08 | R. Wyron | Review summary of Sealed Air comments (.9); attend drafting session with Sealed Air (6.2); follow-up calls regarding issues of status of plan documents (1.1). | 8.20 |
| 09/16/08 | C. Reynolds | Begin review of documents relating to Sealed Air settlement. | 0.80 |
| 09/16/08 | R. Frankel | Telephone conferences with J. Rice, D. Austern re ZAI settlement (1.1); draft e-mail memo re same (.3). | 1.40 |
| 09/16/08 | R. Frankel | Review updated version of POR from Sealed Air. | 2.20 |
| 09/17/08 | D. Felder | Continue reviewing draft disclosure statement (1.4); telephone conference and e-mail correspondence with C. Reynolds regarding tax issues (.2); e-mail correspondence regarding plan definitions (.5); review Cooperation Agreement (.4); review draft solicitation materials (1.2). | 3.70 |
| 09/17/08 | Z. Finley | Telephone conference with R. Smith regarding latest draft of Plan (.1); e-mail to Orrick team regarding same (.2). | 0.30 |
| 09/17/08 | M. Wallace | Review correspondence regarding review of revised plan and meeting regarding same. | 0.10 |
| 09/17/08 | M. Wallace | Review suggested revisions to Plan regarding Sealed Air Asbestos PI Claim definition and discuss same with D. Felder. | 0.10 |
| 09/17/08 | R. Smith | Call with Z. Finley regarding draft Sealed Air note (.2); revise Share Issuance Agreement (3.5). | 3.70 |
| 09/17/08 | R. Wyron | Confer with R. Frankel on status and strategy, and follow-up e-mails re same (.8); review Sealed Air issues and follow-up on status (2.7); review deal document issues and follow-up (.9); confer with OHS plan team on open issues and follow-up e-mails (1.1). | 5.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -      October 20, 2008
17367                                                                    Invoice No. 1153351
page 11

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/17/08 | C. Reynolds | Telephone conference with D. Felder re Tax Annexes (.2); review of Tax Annexes and corresponding provisions of Sealed Air Settlement Agreement and begin drafting edits to the Annexes (6.7); review of revised Plan and draft amendments to Section 7.7 (1.5); review of revised Disclosure Statement (.9); exchange of e-mails with D. Felder and R. Wyron (.3). | 9.60 |
| 09/17/08 | R. Frankel | Review asset spreadsheet from J. Radecki. | 0.70 |
| 09/17/08 | R. Frankel | Read draft disclosure statement. | 2.20 |
| 09/17/08 | R. Frankel | Begin review of final draft plan to be filed. | 3.10 |
| 09/18/08 | D. Felder | Continue reviewing and revising draft disclosure statement (2.4); review and revise latest version of plan and comments from Sealed Air regarding same (1.5); e-mail and telephone conference with C. Bruens regarding solicitation materials and notice of disclosure statement hearing (.1); various conferences with R. Frankel, R. Wyron and M. Wallace regarding revisions to draft plan from Kirkland (1.3); review and revise draft plan (2.8); review various e-mail correspondence from Kirkland, Orrick team and Caplin regarding plan issues (1.0). | 9.10 |
| 09/18/08 | Z. Finley | Review e-mails regarding Plan and other issues (.5); review and revise further definition of Senior Indebtedness (.5); e-mail to A. Benjamin regarding same (.5); e-mail to debtors' counsel (.2). | 1.70 |
| 09/18/08 | M. Wallace | Review correspondence regarding implications of PD note for PI trust agreements, consider issues raised in same and respond with comments. | 0.20 |
| 09/18/08 | M. Wallace | Review revised Plan and note comments to same. | 1.50 |
| 09/18/08 | M. Wallace | Review correspondence regarding tax issues in revised plan. | 0.10 |
| 09/18/08 | M. Wallace | Meet with OHS team regarding comments to plan and open issues in same. | 0.80 |
| 09/18/08 | M. Wallace | Review and respond to correspondence regarding drafting of condition to effectiveness to cover offsets by Sealed Air, including providing alternative language for same. | 0.20 |
| 09/18/08 | A. Benjamin | Review Senior Indebtedness definition and other provisions (.5); telephone call with Z. Finley (.3). | 0.80 |
| 09/18/08 | R. Smith | Attention to e-mail messages (.3); review warrant related and other changes to Plan document (.7); calls with R. Wyron regarding same (.3); revise Share Issuance Agreement and Registration Rights Agreement (5.0). | 6.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 12

October 20, 2008
Invoice No. 1153351

| | | | |
|---|---|---|---|
| 09/18/08 | R. Wyron | Continue review of revised plan documents (3.7); conference calls with OHS team on plan documents and issues for final review and follow-up (1.6); review comments on revised draft (.8); work on condition to Effective Date issues with T. Freedman and calls/e-mails with R. Frankel, M. Wallace and J. Liesemer re same (1.6); confer with R. Smith re deal points (multiple times) and e-mails re same (.8); call to J. Radecki re liquidation analysis and follow-up (.3); review liquidation analysis and valuation section of draft disclosure (.7). | 9.50 |
| 09/18/08 | C. Reynolds | Finish mark-up of Tax Annexes (2.0); exchange of e-mails with N. Kochman, D. Felder, R. Wyron re same (.3). | 2.30 |
| 09/18/08 | R. Frankel | Review "final" draft of plan. | 3.60 |
| 09/18/08 | R. Frankel | Telephone conference with R. Wyron, M. Wallace and D. Felder re plan issues. | 1.20 |
| 09/18/08 | R. Frankel | Telephone conferences with R. Wyron re plan issues. | 0.50 |
| 09/18/08 | R. Frankel | Review marked pages to plan from Sealed Air (1.6); consider changes, open issues (1.0). | 2.60 |
| 09/18/08 | R. Frankel | Series of e-mails re plan issues, Sealed Air (1.2); telephone conferences with R. Wyron re same (.4). | 1.60 |
| 09/19/08 | D. Felder | Review and revise latest draft plan and disclosure statement (4.0); various telephone conferences with plan proponents, Sealed Air and Fresenius regarding same (2.8); various conferences and telephone conferences with R. Frankel and R. Wyron regarding same (.7); telephone conference with C. Bruens regarding same (.1); various e-mail correspondence from Debtors and others regarding finalizing plan and disclosure statement (.6). | 8.20 |
| 09/19/08 | R. Smith | Attention to e-mail messages re plan issues. | 0.30 |
| 09/19/08 | R. Wyron | Review revised plan (overnight version) (1.1); multiple calls and e-mails with R. Frankel, R. Smith, C. Reynolds and J. Liesemer regarding ACC/FCR strategy and issues on plan negotiation (1.8); participate in plan negotiation by multiple conference calls (3.2); review final plan draft (.4); confer with R. Frankel and D. Felder (several times) and follow-up e-mail (.6). | 7.10 |
| 09/19/08 | C. Reynolds | Review of Latham's comments to Annexes (.2); exchanges of e-mails with R. Wyron re Annexes and strategy re negotiation of same with Sealed Air (.7). | 0.90 |
| 09/19/08 | R. Frankel | Telephone conferences with R. Wyron, D. Felder during day re plan, drafting issues. | 1.80 |
| 09/19/08 | R. Frankel | Review series of draft revisions to plan. | 3.30 |
| 09/19/08 | R. Frankel | Telephone conference with plan proponents, Sealed Air parties re plan issues; notes re same. | 0.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -     October 20, 2008
17367                                                                 Invoice No. 1153351
page 13

| 09/19/08 | R. Frankel | Review final version of plan to be filed (.8); e-mails re sign off of plan (.4). | 1.20 |
|---|---|---|---|
| 09/19/08 | R. Frankel | Review series of e-mails, revised plan in preparation for 9:00am conference call. | 1.70 |
| 09/19/08 | R. Frankel | Telephone conference with plan proponents, Sealed Air parties re plan; notes re same. | 1.20 |
| 09/20/08 | R. Frankel | Review and consider open issues. | 1.10 |
| 09/22/08 | D. Felder | Conferences with D. Spicuzza regarding plan, disclosure statement and exhibit book (.2); review e-mail correspondence regarding filing of plan documents and follow-up regarding same (.5); attention to draft documents and organize same (1.0); review plan and FCR retention order regarding exculpation issues and e-mail to R. Wyron regarding same (.3). | 2.00 |
| 09/22/08 | R. Wyron | Review plan and disclosure as filed. | 2.90 |
| 09/22/08 | C. Reynolds | Preparation for and participation in conference call with Caplin lawyers (.8); revision of Annex II and exchange of e-mails with Skadden and Caplin re same (.5). | 1.30 |
| 09/22/08 | R. Frankel | Review Liquidation Analysis from K&E (.8); telephone conferences with R. Wyron, J. Radecki re same (.5). | 1.30 |
| 09/22/08 | R. Frankel | Review draft solicitation materials, voting procedures, forms for ballots. | 1.30 |
| 09/22/08 | R. Frankel | Review trial briefs and sur-replys of Grace and Certain Lenders, related discovery exhibits (2.5); notes re same (.3). | 2.80 |
| 09/23/08 | J. Burke | Review disclosure statement (2.6); research Code section 524 (.4); confer with R. Wyron and D. Felder to discuss case background and research assignment (.7); review section 524 and related treatise (.5). | 4.20 |
| 09/23/08 | D. Felder | Review and revise solicitation documents and e-mail correspondence with C. Bruens regarding same. | 4.70 |
| 09/23/08 | R. Wyron | Review remaining plan and tax issues (1.3); call with T. Freedman re Trust issues and follow-up (.4); confer with J. Burke on research issue and background, and e-mails re same (.9); call with J. Sakalo (.3); review e-mails re tax issues (.3). | 3.20 |
| 09/23/08 | C. Reynolds | Review revised disclosure statement filed with court on Friday. | 2.80 |
| 09/23/08 | R. Frankel | Confer with R. Wyron re plan issues, status; notes re same. | 0.60 |
| 09/23/08 | R. Frankel | Review revised draft order re disclosure statement, voting procedures, various ballots, notices of non-voting status. | 2.60 |
| 09/23/08 | R. Frankel | Review as-filed papers with court (preliminary). | 1.70 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -    October 20, 2008
17367                                                                  Invoice No. 1153351
page 14

| 09/24/08 | J. Burke | Research legislative history of section 524 (3.1); case law research regarding section 524 (1.6); meet with R. Wyron and D. Felder regarding case law findings (.3); historical research on case law (1.2); case law research regarding section 524 (1.3). | 7.50 |
|---|---|---|---|
| 09/24/08 | D. Felder | Conferences with J. Burke regarding research issues and review case law regarding same (.9); conference with R. Wyron and J. Burke regarding same (.5). | 1.40 |
| 09/24/08 | R. Smith | Attention to e-mail messages re plan issues. | 0.10 |
| 09/24/08 | R. Wyron | Review comments on tax annex and calls re same (.6); review comments on deal documents and e-mails re same (.8); review research on two trust and confer with J. Burke (.9). | 2.30 |
| 09/24/08 | C. Reynolds | Telephone conferences with R. Wyron re tax issues in the plan (.3); exchange of e-mails re Skadden's proposed edits to Annex II (.2). | 0.50 |
| 09/24/08 | R. Frankel | Review, consider issues re two trust or one trust plan, review 524(g) (2.0); review issues with R. Wyron (.3). | 2.30 |
| 09/24/08 | R. Frankel | Telephone conference with D. Austern re status (9/23); telephone conference with J. Radecki re disclosure, notes re same. | 0.50 |
| 09/24/08 | R. Frankel | Review proposed revisions to solicitation materials. | 1.20 |
| 09/24/08 | R. Frankel | Review Tax Addendum II to Plan. | 0.60 |
| 09/25/08 | J. Burke | Research case law regarding section 524. | 2.20 |
| 09/25/08 | K. Thomas | Review and summarize insurer and co-defendant objections to other plans for D. Felder. | 2.90 |
| 09/25/08 | D. Felder | Review revised solicitation documents (.8); review plan and disclosure statement and consider confirmation issues (4.9). | 5.70 |
| 09/25/08 | R. Wyron | Review research on two trust issue. | 0.30 |
| 09/25/08 | C. Reynolds | Review revised Plan filed in Court last Friday. | 1.70 |
| 09/25/08 | R. Frankel | Read filed disclosure statement. | 2.60 |
| 09/25/08 | R. Frankel | Review series of revised pleadings re solicitation of votes, voting procedures. | 0.90 |
| 09/26/08 | D. Felder | Review plan and disclosure statement and continue drafting memorandum regarding confirmation issues. | 3.70 |
| 09/26/08 | R. Wyron | Review open issues on deal documents and follow-up. | 0.80 |
| 09/26/08 | C. Reynolds | Review Asbestos PI Trust Agreement (1.3); review QSF regulations (.7). | 2.00 |
| 09/26/08 | R. Frankel | Consider plan, disclosure issues. | 0.80 |
| 09/28/08 | Z. Finley | Review Plan of Reorganization (.5); review current drafts of deferred payment documents in preparation for conference call with Debtors' counsel (2.0). | 2.50 |
| 09/29/08 | J. Burke | Case law research regarding section 524. | 2.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 15

October 20, 2008
Invoice No. 1153351

| 09/29/08 | C. Clark | Update research regarding insurance neutrality issues (1.9); draft summary of research for R. Wyron (.7). | 2.60 |
|---|---|---|---|
| 09/29/08 | D. Felder | Conference with J. Burke regarding research regarding plan issues. | 0.40 |
| 09/29/08 | Z. Finley | Prepare for conference call to discuss deferred payment documents (.3); conference call with Debtors' counsel and R. Smith regarding deferred payment documents (1.4); follow-up conference with R. Smith (.1). | 1.80 |
| 09/29/08 | R. Smith | Attention to e-mail messages (.2); extended call with T. Christopher, A. Mena and Z. Finley regarding documents (1.3); prepare for same (1.0); further call with Z. Finley (.2). | 2.70 |
| 09/29/08 | R. Wyron | Draft update for client on status (.4); attend hearing telephonically on plan issues (1.2); begin review of confirmation issues outline (.8). | 2.40 |
| 09/30/08 | J. Burke | Research case law on confirmation issues. | 4.20 |
| 09/30/08 | D. Snead | Research applicability of section 1145. | 4.50 |
| 09/30/08 | R. Smith | Conference with D. Snead regarding research on section 1145 issue regarding Registration Rights Agreement (.1); review authorities regarding same (.5); review revised draft documents sent by K&E (.5). | 1.10 |
| 09/30/08 | R. Frankel | Review memo, chart re plan confirmation issues, notes re same. | 1.40 |

Total Hours          404.90
Total For Services                $275,591.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Alan G. Benjamin | 2.80 | 750.00 | 2,100.00 |
| James W. Burke | 20.30 | 285.00 | 5,785.50 |
| Charity R. Clark | 10.80 | 440.00 | 4,752.00 |
| Brett Cooper | 0.10 | 680.00 | 68.00 |
| Debra Felder | 69.00 | 530.00 | 36,570.00 |
| Zachary S. Finley | 42.30 | 540.00 | 22,842.00 |
| Roger Frankel | 70.70 | 875.00 | 61,862.50 |
| Clayton S. Reynolds | 21.90 | 800.00 | 17,520.00 |
| Richard V. Smith | 44.10 | 775.00 | 34,177.50 |
| Donald A. Snead | 4.50 | 320.00 | 1,440.00 |
| Katherine S. Thomas | 3.10 | 470.00 | 1,457.00 |
| Mary A. Wallace | 15.10 | 620.00 | 9,362.00 |
| Richard H. Wyron | 100.20 | 775.00 | 77,655.00 |
| Total All Timekeepers | 404.90 | $680.64 | $275,591.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 16

October 20, 2008
Invoice No. 1153351

Disbursements

| | | |
|---|---|---|
| Document Reproduction | 546.80 | |
| Express Delivery | 87.84 | |
| Lexis Research | 983.00 | |
| Local Taxi Expense | 675.54 | |
| Online Database | 138.36 | |
| Other Business Meals | 44.29 | |
| Out of Town Business Meals | 885.71 | |
| Outside Services | 75.50 | |
| Parking Expense | 326.00 | |
| Postage | 5.80 | |
| Secretarial/Staff Overtime | 19.23 | |
| Telephone | 28.17 | |
| Travel Expense, Air Fare | 5,986.50 | |
| Travel Expense, Local | 5.62 | |
| Travel Expense, Out of Town | 4,747.51 | |
| Westlaw Research | 571.45 | |
| | Total Disbursements | $15,127.32 |

**Total For This Matter**                          **$290,718.82**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 17

October 20, 2008
Invoice No. 1153351

For Legal Services Rendered Through September 30, 2008 in Connection With:

**Matter: 10 - Retention of Professionals - Other**

| | | | |
|---|---|---|---|
| 09/05/08 | D. Felder | Review supplemental disclosure from J. Radecki and telephone conference with D. Fullem regarding same. | 0.10 |
| 09/09/08 | D. Felder | Finalize Tre Angeli's supplemental disclosure and telephone conference with J. Radecki regarding same. | 0.10 |
| 09/09/08 | R. Wyron | Review Tre Angeli disclosure and provide comments. | 0.20 |
| 09/10/08 | D. Felder | Telephone conference with J. Brownstein regarding supplemental 2014 disclosure (.1); review and revise same for Piper Jaffray and Tre Angeli and conferences with D. Spicuzza regarding same (.7). | 0.80 |
| 09/11/08 | D. Fullem | Review and respond to e-mails from D. Felder regarding status and finalizing of supplemental disclosures by Piper Jaffray and Tre Angeli. | 0.30 |
| 09/11/08 | D. Fullem | Confer with D. Spicuzza regarding filing/service of supplemental disclosures of Piper Jaffray and Tre Angeli. | 0.20 |
| 09/11/08 | D. Fullem | Supervise finalizing, filing and serving of supplemental disclosures by Piper Jaffray and Tre Angeli. | 1.00 |
| 09/11/08 | D. Felder | Finalize supplemental disclosures for Piper Jaffray and Tre Angeli (.5); telephone conference with J. Brownstein regarding same (.1); e-mail correspondence with J. Radecki regarding same (.1). | 0.70 |
| 09/11/08 | R. Wyron | Review revised disclosures for PJC and Tre Angeli and e-mails re same. | 0.40 |
| 09/22/08 | D. Fullem | Review conflict list; e-mail information to R. Wyron as requested. | 0.30 |
| 09/29/08 | D. Fullem | Review and respond to e-mails from D. Felder and R. Wyron regarding withdrawal of Hanly Conroy application to employ; prepare draft of notice of withdrawal and circulate for comment; review comments from D. Felder and R. Wyron. | 0.80 |
| 09/29/08 | D. Felder | Review notice of withdrawal of Hanley application and e-mail with D. Fullem regarding same. | 0.10 |

Total Hours         5.00
Total For Services         $2,056.00



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 18

October 20, 2008
Invoice No. 1153351

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.80 | 530.00 | 954.00 |
| Debra O. Fullem | 2.60 | 245.00 | 637.00 |
| Richard H. Wyron | 0.60 | 775.00 | 465.00 |
| Total All Timekeepers | 5.00 | $411.20 | $2,056.00 |

Disbursements
    Document Reproduction     203.20
    Postage     254.88

                 Total Disbursements        $458.08

**Total For This Matter**      **$2,514.08**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -        October 20, 2008
17367                                                                      Invoice No. 1153351
page 19

For Legal Services Rendered Through September 30, 2008 in Connection With:

**Matter:  11 - Compensation of Professionals - Other**

| 09/04/08 | D. Fullem | Review, update notice and service, and organize filing of Piper July fee application with local counsel. | 0.70 |
|---|---|---|---|
| 09/04/08 | D. Felder | Review Piper Jaffray's June fee application and notice. | 0.10 |
| 09/09/08 | D. Fullem | Phone call from J. Radecki regarding June and July fee applications of Tre Angeli; review docket and forward information regarding filings of same. | 0.20 |
| 09/11/08 | D. Fullem | Review e-mail from K. Boeger at Tillinghast regarding August fee application. | 0.10 |
| 09/18/08 | D. Fullem | Prepare CNOs for two Tre Angeli, one Piper and one Tillinghast fee application (.8); provide to D. Felder for review and comment (.1). | 0.90 |
| 09/18/08 | D. Fullem | Prepare June and July fee applications for D. Austern (1.4); forward same to him for review, comment (.2). | 1.50 |
| 09/23/08 | D. Fullem | Review and organize original signed June and July fee applications from D. Austern (.6); prepare filings with Court (.3); coordinate service on parties (.3). | 1.20 |
| 09/23/08 | D. Fullem | Review list of professionals fee/expense chart with recommendations as provided by debtors' counsel; note FCR and his professionals; e-mail to group; review all other professionals and note differences; e-mail to group. | 1.00 |
| 09/26/08 | D. Fullem | Review and respond to e-mails from C. LaRuffa and J. Radecki regarding August fee application. | 0.20 |
| 09/29/08 | D. Fullem | Review Tillinghast's August monthly fee application; prepare e-mail to K. Boeger regarding same. | 0.30 |
| 09/30/08 | D. Fullem | Review and revise Tillinghast quarterly for the period April through June 2008; forward same to K. Boeger at Tillinghast to obtain J. Biggs approval and signature. | 0.50 |
| 09/30/08 | D. Fullem | Prepare notice and certificate of service for Piper quarterly for the period April-June 2008. | 0.50 |
| 09/30/08 | D. Fullem | Review signed August monthly fee application from J. Radecki for Tre Angeli; update with objection deadlines, and current service list information. | 0.30 |

Total Hours                7.50

Total For Services                        $1,866.00



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 20

October 20, 2008
Invoice No. 1153351

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.10 | 530.00 | 53.00 |
| Debra O. Fullem | 7.40 | 245.00 | 1,813.00 |
| Total All Timekeepers | 7.50 | $248.80 | $1,866.00 |

Disbursements
    Document Reproduction             31.50
    Express Delivery                  206.36
    Postage                           2.34
                    Total Disbursements          $240.20

**Total For This Matter**          **$2,106.20**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -           October 20, 2008
17367                                                                                                      Invoice No. 1153351
page 21

For Legal Services Rendered Through September 30, 2008 in Connection With:

**Matter:  12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 09/02/08 | D. Fullem | Prepare supplemental disclosure regarding J. Van Dalen; discuss with R. Wyron; review e-mail from D. Felder regarding additional disclosure on C. Gladbach; update supplemental disclosure and re-circulate. | 1.00 |
| 09/02/08 | D. Felder | E-mail correspondence to R. Wyron and D. Fullem regarding supplemental disclosure. | 0.10 |
| 09/05/08 | D. Fullem | Review first supplemental disclosure by Tre Angeli; confer with D. Felder and R. Wyron; confer with R. Wyron regarding VI Corp case; discuss language for disclosure. | 0.90 |
| 09/05/08 | R. Wyron | Review 2014 issue on VI Acquisition and follow-up with J. Radecki and OHS NY on disclosure issue. | 0.40 |
| 09/09/08 | D. Fullem | Work on updates to supplemental disclosure (.8); confer with R. Wyron and D. Felder regarding same (.4); prepare proposed final version (.8). | 2.00 |
| 09/09/08 | D. Fullem | Review e-mails from R. Wyron and D. Felder regarding ethical walls; confer regarding same. | 0.30 |
| 09/09/08 | D. Felder | E-mail correspondence with C. Gladbach regarding ethical wall issues (.1); conferences with R. Wyron regarding additional disclosures and ethical walls (.2); review and revise Orrick's supplemental 2014 disclosure (.4); review and respond to e-mail correspondence regarding filing and next steps (.2). | 0.90 |
| 09/09/08 | R. Wyron | Draft and revise disclosure and ethical wall memos. | 1.40 |
| 09/10/08 | D. Felder | Draft ethical wall memorandum regarding C. Gladbach and review supplemental disclosure regarding same. | 0.50 |
| 09/10/08 | R. Wyron | Review revised draft 2014 disclosure and provide comments (.3); review ethical wall memos (.2). | 0.50 |
| 09/11/08 | D. Fullem | Review and respond to e-mails from R. Wyron regarding revised supplemental disclosure of Orrick. | 0.20 |
| 09/11/08 | D. Fullem | Coordinate finalizing, filing and service of Orrick's supplemental disclosure. | 0.20 |
| 09/11/08 | D. Felder | Review and revise Orrick's supplemental disclosure and e-mail correspondence with D. Fullem regarding same. | 0.30 |
| 09/11/08 | R. Wyron | Review draft declaration (.3); review ethical wall memos and e-mails re same (.3); review conflict reports and follow-up for disclosure (.5). | 1.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 22

October 20, 2008
Invoice No. 1153351

| 09/12/08 | R. Wyron | Review and organize ethical wall memos (.4); finalize 2014 disclosure on several matters (.6). | 1.00 |
|---|---|---|---|
| 09/22/08 | D. Felder | Conferences with R. Wyron regarding disclosure issues (.2); review supplemental disclosures and related issues regarding same (.4); conference with R. Wyron and J. Burke regarding same (.1). | 0.70 |
| 09/23/08 | D. Fullem | Prepare supplemental disclosure regarding J. Burke employment at Bilzin; review and respond to e-mails from R. Wyron regarding same. | 1.00 |
| 09/23/08 | R. Wyron | Prepare and circulate reminder e-mail regarding existing ethical walls (.4); review and revise disclosure for J. Burke (.3). | 0.70 |
| 09/24/08 | D. Fullem | Prepare e-mail to R. Wyron re status of supplemental disclosure of J. Burke. | 0.20 |
| 09/24/08 | R. Wyron | Review and revise disclosure re J. Burke and e-mails re same. | 0.30 |
| 09/25/08 | D. Fullem | Finalize ninth supplemental declaration regarding J. Burke; coordinate filing and service of same. | 0.70 |
| 09/26/08 | R. Wyron | Review potential matter for connections and calls re same. | 0.30 |

|  | Total Hours | 14.70 |  |
|---|---|---|---|
|  | Total For Services |  | $7,335.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 2.50 | 530.00 | 1,325.00 |
| Debra O. Fullem | 6.50 | 245.00 | 1,592.50 |
| Richard H. Wyron | 5.70 | 775.00 | 4,417.50 |
| Total All Timekeepers | 14.70 | $498.98 | $7,335.00 |

Disbursements
| Document Reproduction | 26.90 |  |
|---|---|---|
| Postage | 213.91 |  |
| Total Disbursements |  | $240.81 |

**Total For This Matter**                    **$7,575.81**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 23

October 20, 2008
Invoice No. 1153351

For Legal Services Rendered Through September 30, 2008 in Connection With:

**Matter: 13 - Compensation of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 09/02/08 | D. Fullem | Follow-up with professionals on their roles at the estimation hearings to respond to fee auditor report. | 0.50 |
| 09/03/08 | D. Fullem | Review and follow-up on e-mails with accounting regarding status of payments and application to invoices. | 0.40 |
| 09/04/08 | D. Fullem | Confer with D. Spicuzza regarding draft of July fee application. | 0.20 |
| 09/04/08 | D. Fullem | Prepare CNO for Orrick's June fee application; coordinate signature, filing and service of same. | 0.50 |
| 09/04/08 | D. Fullem | Review and respond to e-mail from R. Wyron with payment information; update fee and expense charts; circulate to R. Frankel and R. Wyron. | 0.60 |
| 09/04/08 | D. Fullem | Prepare updates to fee auditor letter regarding Jan-Mar 08 time and expenses. | 0.50 |
| 09/04/08 | D. Felder | Review CNO for Orrick's June fee application. | 0.10 |
| 09/05/08 | D. Fullem | Review and follow-up with professionals re roles as described in response to fee auditor report. | 0.80 |
| 09/05/08 | D. Fullem | Review and respond to fee auditor e-mail regarding status of reply to initial report. | 0.20 |
| 09/05/08 | D. Felder | Telephone conference and e-mail correspondence with J. Cutler regarding response to fee auditor. | 0.20 |
| 09/07/08 | D. Felder | Review August prebills. | 1.20 |
| 09/08/08 | D. Fullem | Review August prebills. | 1.00 |
| 09/09/08 | D. Fullem | Follow-up with A. Weiss and G. Rasmussen regarding summary of work on estimation hearings (.5); revise reply letter (2.0). | 2.50 |
| 09/09/08 | D. Felder | Conferences with R. Wyron and D. Fullem regarding response to Fee Auditor request (.3); review and revise letter responding to same (.6); telephone conference with E. Somers regarding same (.1). | 1.00 |
| 09/09/08 | R. Wyron | Review response to fee auditor and follow-up with OHS lawyers. | 1.20 |
| 09/10/08 | D. Fullem | Prepare e-mail to R. Wyron regarding reply letter to fee auditor for 28th interim report; review and respond to follow-up e-mails; review final version; prepare e-mail to B. Ruhlander regarding same. | 1.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 24

October 20, 2008
Invoice No. 1153351

| Date | Name | Description | Hours |
|---|---|---|---|
| 09/10/08 | D. Felder | Conferences with R. Wyron regarding response to fee auditor report (.2); review, revise and finalize same (.9); telephone conference with E. Somers regarding same (.1). | 1.20 |
| 09/10/08 | R. Wyron | Review final fee auditor response. | 0.20 |
| 09/11/08 | D. Fullem | Continue work on reply to fee auditor's additional request for information. | 0.70 |
| 09/11/08 | D. Fullem | Confer with D. Felder regarding review of information to supplement to fee auditor. | 0.20 |
| 09/11/08 | D. Fullem | Review and respond to e-mail from B. Ruhlander regarding Excel version of expense spreadsheet and forward same. | 0.30 |
| 09/11/08 | D. Fullem | Prepare follow-up e-mail to B. Ruhlander, fee auditor, regarding additional information requested for the Jan-Mar 08 time period. | 0.30 |
| 09/15/08 | D. Fullem | Review fee auditor follow-up requests on various items in our reply to report (.4); prepare summary of same (1.0); forward draft to R. Wyron and D. Felder (.1). | 1.50 |
| 09/16/08 | D. Fullem | Review e-mail from fee auditor; coordinate documents to be sent to fee auditor for April and June time periods. | 0.40 |
| 09/16/08 | D. Fullem | Continue to research and summarize response to fee auditor's additional requests from our reply to report. | 3.00 |
| 09/16/08 | D. Felder | Conference with D. Fullem regarding response to fee auditor (.2); review and revise same (.2); e-mail correspondence with accounting regarding refund issue (.1). | 0.50 |
| 09/17/08 | D. Fullem | Finalize response to fee auditor's request for additional detail on expense items during Jan-Mar 08 time period (1.0); review and respond to follow-up e-mails regarding same (.2). | 1.20 |
| 09/18/08 | D. Fullem | Prepare draft quarterly for Apr-June 08 time period. | 0.50 |
| 09/18/08 | D. Fullem | Review final report by fee auditor on Orrick's Jan-Mar 08 quarterly; prepare summary of same; e-mail to D. Felder and R. Wyron. | 0.70 |
| 09/19/08 | D. Fullem | Continue preparing draft of Apr-Jun 08 quarterly. | 1.50 |
| 09/23/08 | D. Fullem | Forward bankruptcy billing memo to J. Burke. | 0.30 |
| 09/23/08 | D. Fullem | Prepare e-mail to accounting regarding negotiated reductions with fee auditor. | 0.20 |
| 09/23/08 | D. Fullem | E-mails to R. Frankel and R. Wyron regarding Order submitted by debtors' counsel on quarterly fee applications for Jan-Mar 08 time period. | 0.20 |
| 09/24/08 | D. Fullem | Prepare email to R. Wyron regarding quarterly fee application status. | 0.20 |
| 09/25/08 | D. Fullem | Work on tenth quarterly for period April 1-June 30, 2008. | 2.00 |
| 09/25/08 | D. Felder | Review July fee application. | 0.10 |
| 09/26/08 | D. Fullem | Supervise finalizing, filing and serving of Orrick's July fee application. | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -         October 20, 2008
17367                                                                        Invoice No. 1153351
page 25

| 09/26/08 | D. Felder | Review and revise 10th quarterly fee application and July fee application (1.0); various conferences with D. Fullem regarding same (.4). | 1.40 |
| 09/26/08 | R. Wyron | Review July 2008 fee application and follow-up. | 0.40 |
| 09/30/08 | D. Fullem | Continue revisions to Orrick's quarterly for April through June 2008 time period. | 1.00 |
| 09/30/08 | D. Fullem | Review deadlines and hearings regarding fee application matters and update calendar with same. | 0.10 |

|  | Total Hours | 30.50 |  |
|  | Total For Services |  | $10,051.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 5.70 | 530.00 | 3,021.00 |
| Debra O. Fullem | 23.00 | 245.00 | 5,635.00 |
| Richard H. Wyron | 1.80 | 775.00 | 1,395.00 |
| Total All Timekeepers | 30.50 | $329.54 | $10,051.00 |

Disbursements
    Document Reproduction                    12.50
    Express Delivery                         45.25
                            Total Disbursements          $57.75


                            **Total For This Matter**          **$10,108.75**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 26

October 20, 2008
Invoice No. 1153351

For Legal Services Rendered Through September 30, 2008 in Connection With:

**Matter:  14 - Trust Distribution Procedures**

| | | | |
|---|---|---|---|
| 09/02/08 | M. Wallace | Discuss status of TDP and comments to Trust Agreement draft with R. Wyron. | 0.10 |
| 09/03/08 | M. Wallace | Discuss Grace trust agreement comments with D. Felder. | 0.10 |
| 09/03/08 | M. Wallace | Review suggested revisions to TDP for bonded judgments and comment on same. | 0.20 |
| 09/03/08 | M. Wallace | Review correspondence regarding trust agreement and TDP. | 0.10 |
| 09/13/08 | R. Frankel | Review revised TDP from Caplin. | 2.30 |
| 09/14/08 | D. Felder | Review revised draft Trust Agreement and note issues regarding same. | 0.50 |
| 09/16/08 | M. Wallace | Review TDP in response to R. Frankel inquiry regarding the initial payment percentage and correspond regarding results of same. | 0.30 |
| 09/16/08 | M. Wallace | Review revised TDP delivered by Caplin. | 0.50 |
| 09/16/08 | M. Wallace | Review correspondence regarding final TDP and Trust Agreement and review same. | 0.20 |
| 09/16/08 | R. Frankel | Review TDP, TDP issues, final review (1.4); telephone conference with A. McMillan re same (.3). | 1.70 |
| 09/16/08 | R. Frankel | Review draft report re projected Trust payout, e-mail re same. | 0.90 |
| 09/22/08 | R. Frankel | Review valuation issues re assets going into trust (.9); telephone conference with R. Wyron re same (.2). | 1.10 |
| 09/24/08 | R. Frankel | Review report, consider asset side of projections and payment percentage issues. | 1.70 |
| 09/26/08 | R. Wyron | Review analyses regarding payment percentage calculations and outline assumptions. | 0.90 |
| 09/29/08 | R. Wyron | Call with Tillinghast and follow-up on payment percentage analysis (.5); review assumptions (.3). | 0.80 |

|  | | |
|---|---|---|
| Total Hours | 11.40 | |
| Total For Services | | $9,250.00 |


ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 27

October 20, 2008
Invoice No. 1153351

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.50 | 530.00 | 265.00 |
| Roger Frankel | 7.70 | 875.00 | 6,737.50 |
| Mary  A. Wallace | 1.50 | 620.00 | 930.00 |
| Richard  H. Wyron | 1.70 | 775.00 | 1,317.50 |
| Total All Timekeepers | 11.40 | $811.40 | $9,250.00 |

**Total For This Matter**                    **$9,250.00**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 28

October 20, 2008
Invoice No. 1153351

For Legal Services Rendered Through September 30, 2008 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 09/02/08 | D. Felder | Travel from Washington, DC to Wilmington, DE for omnibus hearing. | 2.00 |
| 09/02/08 | D. Felder | Return travel to Washington, DC from Wilmington, DE. | 2.50 |
| 09/02/08 | R. Smith | Non-working travel time from SF to NY for meeting to be held on 9/3. | 5.00 |
| 09/03/08 | Z. Finley | Return travel from NY to SF. | 8.80 |
| 09/03/08 | R. Smith | Non-working travel time (travel to and from Orrick office to K&E). | 0.30 |
| 09/03/08 | R. Wyron | Travel to and from NY for Plan meeting. | 2.00 |
| 09/05/08 | R. Smith | Non-working travel time from NY to SF. | 7.00 |
| 09/15/08 | R. Wyron | Travel to NY for 9/16 meeting. | 2.00 |
| 09/17/08 | R. Wyron | Return from NY meetings. | 2.00 |
| 09/28/08 | R. Frankel | Non-working travel to DE. | 1.60 |
| 09/29/08 | R. Frankel | Travel to DC from Wilmington. | 2.80 |

Total Hours 36.00
Total For Services $12,584.75

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 4.50 | 265.00 | 1,192.50 |
| Zachary S. Finley | 8.80 | 270.00 | 2,376.00 |
| Roger Frankel | 4.40 | 437.50 | 1,925.00 |
| Richard V. Smith | 12.30 | 387.50 | 4,766.25 |
| Richard H. Wyron | 6.00 | 387.50 | 2,325.00 |
| Total All Timekeepers | 36.00 | $349.58 | $12,584.75 |

**Total For This Matter**                              **$12,584.75**

**\* \* \* COMBINED TOTALS \* \* \***

Total Hours 538.80
Total Fees, all Matters $339,565.25
Total Disbursements, all Matters $6,369.10
Total Amount Due $345,934.35