**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.,* | : | Case No. 01-01139-JKF |
| | : | |
| Debtors. | : | Jointly Administered |

**NOTICE OF SUBSTITUTION OF COUNSEL**

PLEASE TAKE NOTICE that Noel C. Burnham of Montgomery, McCracken, Walker & Rhoads, LLP, hereby withdraws his but not the firm's appearance in the above captioned case on behalf of Grace Certain Cancer Claimants.

                         */s/ Noel C. Burnham*
                         Noel C. Burnham (DE Bar No. 3483)
                         Montgomery, McCracken, Walker & Rhoads, LLP
                         1105 Market Street, 15th Floor
                         Wilmington, DE 19801

PLEASE ENTER THE APPEARANCE of Laurie A. Krepto of Montgomery, McCracken, Walker & Rhoads, LLP, in the above-captioned case on behalf of Grace Certain Cancer Claimants.

                         */s/ Laurie A. Krepto*
                         Laurie A. Krepto (DE Bar No. 4109)
                         Montgomery, McCracken, Walker & Rhoads, LLP
                         1105 Market Street, 15th Floor
                         Wilmington, DE 19801
                         Telephone: (302) 504-7800
                         Fax: (302) 504-7820
                                             And

                         123 South Broad Street, Avenue of the Arts
                         Philadelphia, PA 19109
                         Telephone: (215) 772-1500
                         Fax: (215) 772-7620

October 28, 2008