# EXHIBIT B

## FEES FOR THE FEE PERIOD JULY 1, 2008 THROUGH SEPTEMBER 30, 2008

### FEES FOR THE FEE PERIOD
### JULY 1, 2008 THROUGH JULY 31, 2008[2]

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| Date | Code | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|---|
| 07/01/08 | 14 | Telephone calls regarding court status letter request. | A. Marchetta | 0.5 | 310.00 |
| 07/03/08 | 14 | Emails regarding review of appeal brief. | A. Marchetta | 0.4 | 248.00 |
| 07/05/08 | 14 | Review and email regarding revisions to reply brief. | A. Marchetta | 0.6 | 372.00 |
| 07/05/08 | 3 | Review proposed district court appeal brief and provide comments re same. | B. Moffitt | 0.5 | 200.00 |
| 07/10/08 | 14 | E-mails and follow up regarding mediation for Third Circuit. | A. Marchetta | 0.5 | 310.00 |
| 07/10/08 | 3 | Review e-mails re NJDEP mediation submission. | B. Moffitt | 0.2 | 80.00 |
| 07/10/08 | 14 | Searched regarding compilation of information on current status of investigation of Hamilton plant and related issues. | S. Parker | 0.4 | 60.00 |
| 07/14/08 | 14 | Telephone call with client and follow up regarding Third Circuit mediation and information needed for same. | A. Marchetta | 0.7 | 434.00 |
| 07/14/08 | 3 | Work with A. Marchetta re assembling materials relevant to upcoming Third Circuit mediation. | B. Moffitt | 0.2 | 80.00 |
| 07/15/08 | 14 | E-mails and follow up regarding information for mediation. | A. Marchetta | 0.6 | 372.00 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

2

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 07/16/08<br>14 | Work with B. Moffitt regarding information for mediation and notice to individual defendants.<br>A. Marchetta | | 0.9 | 558.00 |
| 07/16/08<br>3 | Work with A. Marchetta and S. Parker re assembling materials relevant to upcoming Third Circuit mediation.<br>B. Moffitt | | 3.8 | 1,520.00 |
| 07/16/08<br>3 | Work with A. Marchetta re updating co-counsel re upcoming Third Circuit mediation and prepare e-mail to client and co-counsel re same.<br>B. Moffitt | | 0.3 | 120.00 |
| 07/16/08<br>14 | Compilation and organization of documents requested by B. Moffitt needed in preparation for upcoming mediation in the Third Circuit matter and worked with B. Moffitt in follow-up to same.<br>S. Parker | | 0.6 | 90.00 |
| 07/17/08<br>14 | Telephone call from State regarding settlement and Third Circuit mediation and e-mails and telephone calls regarding State refusal to mediate.<br>A. Marchetta | | 1.0 | 620.00 |
| 07/17/08<br>14 | Further e-mails regarding letter to Third Circuit and follow up with client and attorneys regarding same.<br>A. Marchetta | | 1.1 | 682.00 |
| 07/17/08<br>14 | Work with B. Moffitt regarding information to co-defendants.<br>A. Marchetta | | 1.0 | 620.00 |
| 07/17/08<br>14 | E-mails and follow up regarding individuals claims.<br>A. Marchetta | | 0.9 | 558.00 |
| 07/17/08<br>3 | Work with A. Marchetta re updating co-counsel re upcoming Third Circuit mediation and assemble additional materials in preparation for same.<br>B. Moffitt | | 1.4 | 560.00 |
| 07/17/08<br>3 | Work with A. Marchetta re D.A.G. Dickinson response re settlement offer and re updating client and co-counsel re same.<br>B. Moffitt | | 0.5 | 200.00 |
| 07/17/08<br>3 | Review further e-mail exchange re notifying Third Circuit of NJDEP position re mediation.<br>B. Moffitt | | 0.2 | 80.00 |
| 07/18/08 | Telephone calls and follow up regarding non-response of State and mediation appearance. | | | |

3

| 14 | A. Marchetta | 0.9 | 558.00 |
|---|---|---|---|
| 07/18/08 3 | Follow up re NJDEP position re mediation and update co-counsel re same.<br>B. Moffitt | 0.2 | 80.00 |
| 07/21/08 14 | Telephone calls regarding mediation.<br>A. Marchetta | 0.3 | 186.00 |
| 07/21/08 14 | Work with B. Moffitt regarding information to co-defendants.<br>A. Marchetta | 0.5 | 310.00 |
| 07/21/08 14 | Telephone call with client and follow up regarding handling of same.<br>A. Marchetta | 0.5 | 310.00 |
| 07/21/08 3 | Work with A. Marchetta to prepare for Third Circuit mediation and e-mail to co-defendants' counsel re same.<br>B. Moffitt | 0.4 | 160.00 |
| 07/22/08 14 | Numerous e-mails and telephone calls with clients, co-counsel and adversary regarding Third Circuit mediation.<br>A. Marchetta | 2.4 | 1,488.00 |
| 07/22/08 3 | Work with A. Marchetta and follow up re same re preparation for Third Circuit mediation, including e-mail exchanges re strategy.<br>B. Moffitt | 1.8 | 720.00 |
| 07/22/08 14 | Searched all current dockets in order to determine current status of same.<br>S. Parker | 0.5 | 75.00 |
| 07/23/08 14 | Work with B. Moffitt regarding information for mediation, including follow up with client regarding same.<br>A. Marchetta | 0.8 | 496.00 |
| 07/23/08 3 | Preparation of chronology, including; review file material and work with A. Marchetta re same.<br>B. Moffitt | 2.1 | 840.00 |
| 07/24/08 14 | Prepare for, and attend Third Circuit mediation and strategy session with client and follow up regarding same.<br>A. Marchetta | 7.0 | 4,340.00 |
| 07/24/08 3 | Review voice mail and e-mails from co-defendant's counsel, V. Broderick, and telephone call with him re update of appeal and settlement negotiation status; prepare follow up e-mail re same.<br>B. Moffitt | 0.4 | 160.00 |

4

| Date | Description | Hours | Amount |
|---|---|---|---|
| 07/24/08<br>3 | Telephone call with A. Marchetta re second mediation session and follow up research re proposed mediator.<br>B. Moffitt | 0.8 | 320.00 |
| 07/24/08<br>3 | Review NJDEP reply brief re district court appeal of injunction ruling and prepare e-mail forwarding same to client and co-counsel.<br>B. Moffitt | 0.4 | 160.00 |
| 07/25/08<br>14 | Review and analysis of portion of Judge Fitzgerald's 4/08 memorandum decision, including further analysis of Bankruptcy Code.<br>S. Zuber | 2.0 | 960.00 |
| 07/25/08<br>14 | Review State's appellate reply brief and several discussions regarding same with B. Moffitt and S. Sheldon.<br>S. Zuber | 0.9 | 432.00 |
| 07/25/08<br>14 | Prepare memo and discuss same with B. Moffitt and A. Marchetta.<br>S. Zuber | 1.0 | 480.00 |
| 07/25/08<br>14 | Numerous telephone calls and e-mails regarding settlement conference and issue of liability and follow up with B. Moffitt regarding same.<br>A. Marchetta | 1.5 | 930.00 |
| 07/25/08<br>3 | Review client e-mail re inquiry and follow up with A. Marchetta, S. Zuber and S. Sheldon re same, including review of file material re same and prepare e-mail to client re same.<br>B. Moffitt | 3.3 | 1,320.00 |
| 07/25/08<br>14 | Confer with S. Zuber regarding issues.<br>S. Sheldon | 0.5 | 172.50 |
| 07/25/08<br>14 | Confer with A. Marchetta, B. Moffitt, and S. Zuber regarding issues.<br>S. Sheldon | 0.3 | 103.50 |
| 07/25/08<br>14 | Legal research regarding debtor.<br>S. Sheldon | 2.6 | 897.00 |
| 07/25/08<br>14 | Searched regarding compilation of documents requested by B. Moffitt in preparation for next mediation session, and worked with B. Moffitt in follow-up to same.<br>S. Parker | 0.6 | 90.00 |
| 07/26/08<br>14 | E-mails with client and B. Moffitt regarding research.<br>A. Marchetta | 0.5 | 310.00 |
| 07/28/08 | Review various correspondence regarding claims and confer with B. Moffitt | | |

5

| Date | Task Code | Description / Timekeeper | Hours | Fee |
|---|---|---|---|---|
| | 3 | and S. Sheldon and legal analysis.<br>S. Zuber | 2.0 | 960.00 |
| 07/28/08 | 3 | Subsequent conferences with A. Marchetta, S. Sheldon and B. Moffitt.<br>S. Zuber | 0.5 | 240.00 |
| 07/28/08 | 14 | Telephone calls and e-mails and legal research and follow up regarding mediation and rescheduling of same.<br>A. Marchetta | 1.6 | 992.00 |
| 07/28/08 | 14 | Address memo on issue of enforcement.<br>W. Hatfield | 0.2 | 80.00 |
| 07/28/08 | 3 | Review additional client e-mail and follow up with A. Marchetta, S. Zuber and S. Sheldon re same.<br>B. Moffitt | 1.1 | 440.00 |
| 07/28/08 | 3 | Research re penalties.<br>B. Moffitt | 1.2 | 480.00 |
| 07/28/08 | 14 | Confer with A. Marchetta and S. Zuber regarding issues.<br>S. Sheldon | 0.5 | 172.50 |
| 07/28/08 | 14 | Continue legal research.<br>S. Sheldon | 1.0 | 345.00 |
| 07/30/08 | 14 | E-mails and follow up regarding notice of mediation.<br>A. Marchetta | 0.7 | 434.00 |
| 07/30/08 | 3 | Prepare e-mail forwarding Notice of Mediation to co-defendants' counsel; review various e-mails re same.<br>B. Moffitt | 0.4 | 160.00 |
| 07/31/08 | 14 | Telephone calls and e-mails regarding mediation.<br>A. Marchetta | 0.5 | 310.00 |
| 07/31/08 | 3 | Review additional e-mails re mediation and docket deadline to submit letter re same.<br>B. Moffitt | 0.2 | 80.00 |
| 07/31/08 | 3 | Review e-mail exchange re J. Baer proposal.<br>B. Moffitt | 0.2 | 80.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|

6

| | | | | |
|---|---|---|---|---|
| A. Marchetta | 14 | 25.4 | 620.00 | 15,748.00 |
| S. Zuber | 3 | 2.5 | 480.00 | 1,200.00 |
|  | 14 | 3.9 | 480.00 | 1,872.00 |
| W. Hatfield | 14 | 0.2 | 400.00 | 80.00 |
| B. Moffitt | 3 | 19.6 | 400.00 | 7,840.00 |
| S. Parker | 14 | 2.1 | 150.00 | 315.00 |
| S. Sheldon | 14 | 4.9 | 345.00 | 1,690.50 |
| TOTAL |  | 58.6 |  | 28,745.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 07/01/08 | Conference call with J. Baer on bankruptcy motion issues. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.3 | 120.00 |

| 07/10/08 | Prepare memo to J. Baer on settlements with confidential agreements with instructions on draft for motion issues. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.4 | 160.00 |

| 07/16/08 | Address status of NY action with J. Borg and next steps. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.2 | 80.00 |

| 07/16/08 | Telephone conference with S. Lynch regarding adjournment. | | |
|---|---|---|---|
| 3 | J. Borg | 0.1 | 40.50 |

| 07/16/08 | Telephone conference with W. Hatfield regarding adjournment and status. | | |
|---|---|---|---|
| 3 | J. Borg | 0.1 | 40.50 |

| 07/16/08 | Preparation of correspondence to Court regarding adjournment. | | |
|---|---|---|---|
| 3 | J. Borg | 0.3 | 121.50 |

| 07/17/08 | Call with Shell counsel on settlement and status of bankruptcy approval. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.3 | 120.00 |

| 07/17/08 | Review letter to NYS court on Teich action. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.1 | 40.00 |

| 07/21/08 | Review Bankruptcy Court motion to approve settlement and B. Hatfield proposed revisions to same. | | |
|---|---|---|---|
| 14 | R. Rose | 0.6 | 297.00 |

| 07/21/08 | Memo and call from Bankruptcy counsel on additional revisions to motion and service list issues. | | |
|---|---|---|---|
| 14 | W. Hatfield | 0.5 | 200.00 |

7

| Date | Description | Timekeeper | Hours | Amount |
|---|---|---|---|---|
| 07/21/08 14 | Review draft motion papers and revisions to same. | W. Hatfield | 1.7 | 680.00 |
| 07/21/08 14 | Prepare memo to bankruptcy counsel on revisions to draft motion papers. | W. Hatfield | 0.4 | 160.00 |
| 07/22/08 14 | Address service issues on motion in bankruptcy court and memo to counsel on same. | W. Hatfield | 0.4 | 160.00 |
| 07/25/08 14 | Memos with J. Baer on creditor counsel request for information. | W. Hatfield | 0.2 | 80.00 |
| 07/29/08 14 | Memos with J. Baer on bankruptcy issues and disclosure. | W. Hatfield | 0.3 | 120.00 |
| 07/30/08 14 | Prepare letter with attachments to defense counsel with notice on disclosure to Unsecured Creditor's Committee of settlement agreements and finalize same. | W. Hatfield | 1.2 | 480.00 |
| 07/30/08 14 | Call with J. Baer on creditor's committee request for settlement agreements. | W. Hatfield | 0.5 | 200.00 |
| 07/31/08 14 | Follow up on correspondence and notice to Sunoco counsel. | W. Hatfield | 0.3 | 120.00 |
| 07/31/08 14 | Memos with Bankruptcy and Creditor's counsel on questions on litigation. | W. Hatfield | 0.4 | 160.00 |
| 07/31/08 14 | Attention to letter to defense counsel concerning disclosure of settlement agreements to creditor's committee in bankruptcy. | R. Rose | 0.1 | 49.50 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 0.7 | 495.00 | 346.50 |
| W. Hatfield | 14 | 7.2 | 400.00 | 2,880.00 |
| J. Borg | 3 | 0.5 | 405.00 | 202.50 |
| TOTAL | | 8.4 | | 3,429.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

07/02/08        (Intercat) Receipt and review of notice of default for non-payment of 2Q

8

83110527A01101608

| Date | Task | Description / Timekeeper | Hours | Fee |
|---|---|---|---|---|
| | 14 | 2008 Plan payment.<br>S. Zuber | 0.2 | 96.00 |
| 07/03/08 | 14 | Receipt and review of correspondence from S. Whittier to Intercat regarding past due 2Q payment; review related matters; subsequent correspondence to and from S. Whittier and Grace team regarding same (Intercat).<br>S. Zuber | 0.3 | 144.00 |
| 07/10/08 | 18 | Draft June 2008 fee application.<br>K. Piper | 1.9 | 636.50 |
| 07/11/08 | 14 | Review and revise DP's June, 2008 fee application.<br>S. Zuber | 0.3 | 144.00 |
| 07/11/08 | 18 | Draft quarterly fee application for the 29th interim period.<br>K. Piper | 0.6 | 201.00 |
| 07/15/08 | 18 | Continued drafting of Quarterly Fee Application for 29th interim period.<br>K. Piper | 1.2 | 402.00 |
| 07/21/08 | 14 | Review and revise DP's 2Q 2008 Fee Application.<br>S. Zuber | 0.4 | 192.00 |
| 07/28/08 | 18 | Attention to revising and filing June 2008 fee application.<br>K. Piper | 1.0 | 335.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 14 | 1.2 | 480.00 | 576.00 |
| K. Piper | 18 | 4.7 | 335.00 | 1,574.50 |
| TOTAL | | 5.9 | | 2,150.50 |

### FEES FOR THE FEE PERIOD
### AUGUST 1, 2008 THROUGH AUGUST 31, 2008

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| Date | Task | Description / Timekeeper | Hours | Fee |
|---|---|---|---|---|
| 08/01/08 | 14 | Call with bankruptcy counsel and unsecured creditor's counsel on following issues: background on Weja case and litigation; Honeywell case and site cleanup and indemnity; settlement and damages figures; history of litigation, appeal and remand; separate settlement discussions with defendants and global resolution through Judge Bariso on remand; trial court errors and factual background on Grace costs.<br>W. Hatfield | 1.7 | 680.00 |

9

| Date | Description | Hours | Amount |
|---|---|---|---|
| 08/04/08 14 | Address follow up issues on Creditor's Committee call on Weja settlements.<br>W. Hatfield | 0.2 | 80.00 |
| 08/07/08 14 | Attention to e-mails concerning settlement status in bankruptcy court.<br>R. Rose | 0.1 | 49.50 |
| 08/10/08 14 | Review memo from creditor's counsel.<br>W. Hatfield | 0.2 | 80.00 |
| 08/11/08 14 | Prepare memo responding to comments by creditor's committee counsel on Weja settlement agreements and limited indemnity to oil companies and Honeywell remediation/indemnity to Grace.<br>W. Hatfield | 1.1 | 440.00 |
| 08/13/08 14 | Follow up on status of bankruptcy motion and memos with bankruptcy counsel on creditor's committee issues.<br>W. Hatfield | 0.5 | 200.00 |
| 08/14/08 14 | Respond to creditor's committee question on cross claim issues.<br>W. Hatfield | 0.2 | 80.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 0.1 | 495.00 | 49.50 |
| W. Hatfield | 14 | 3.9 | 400.00 | 1,560.00 |
| TOTAL | | 4.0 | | 1,609.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| Date | Description | Hours | Amount |
|---|---|---|---|
| 08/05/08 18 | Attention to fee applications and comments by fee auditor.<br>K. Piper | 0.4 | 134.00 |
| 08/15/08 18 | Draft July 2008 fee application.<br>K. Piper | 2.0 | 670.00 |
| 08/19/08 1* | Review and revise Day Pitney's July, 2008 fee application.<br>S. Zuber | 0.3 | 144.00 |
| 08/28/08 18 | Revise July 2008 fee application and attention to filing of same.<br>K. Piper | 0.6 | 201.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK |
|---|---|

10

|            | CODE | HOURS | RATE   | FEE      |
|------------|------|-------|--------|----------|
| S. Zuber   | 18   | 0.3   | 480.00 | 144.00   |
| K. Piper   | 18   | 3.0   | 335.00 | 1,005.00 |
| TOTAL      |      | 3.3   |        | 1,149.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 08/01/08 14 | E-mails and draft letter to Third Circuit mediator.<br>A. Marchetta | 0.9 | 558.00 |
|---|---|---|---|
| 08/01/08 14 | Address Spill Act; review draft memo on same.<br>W. Hatfield | 0.9 | 360.00 |
| 08/01/08 14 | Review correspondence from J. Baer and confer with A. Marchetta regarding same.<br>S. Zuber | 0.3 | 144.00 |
| 08/01/08 3 | Work with A. Marchetta and W. Hatfield re issue of liability.<br>B. Moffitt | 1.9 | 760.00 |
| 08/01/08 3 | Work with A. Marchetta re preparation of letter to Third Circuit re mediation.<br>B. Moffitt | 0.5 | 200.00 |
| 08/03/08 14 | Follow up regarding mediation and letter regarding same.<br>A. Marchetta | 0.4 | 248.00 |
| 08/04/08 14 | Forward letter to clients regarding mediation and letter to court regarding same.<br>A. Marchetta | 0.8 | 496.00 |
| 08/06/08 14 | Work with B. Moffitt regarding revised sur-reply brief to District Court.<br>A. Marchetta | 0.7 | 434.00 |
| 08/06/08 3 | Review draft sur-reply brief and draft comments re same; work with A. Marchetta re same.<br>B. Moffitt | 1.7 | 680.00 |
| 08/07/08 3 | Review e-mail from co-counsel re appeal issue.<br>B. Moffitt | 0.1 | 40.00 |
| 08/08/08 14 | Follow up regarding mediation and issues for same.<br>A. Marchetta | 0.7 | 434.00 |
| 08/13/08 | Preparation of status update for Magistrate Judge Bongiovanni. | | |

11

83110527A01101608

| | | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.5 | 200.00 |
| 08/13/08 | Preparation of e-mail to J. Baer and L. Sinanyan re status update for Magistrate Judge Bongiovanni. | | |
| 3 | B. Moffitt | 0.1 | 40.00 |
| 08/13/08 | Preparation of e-mail to co-defendants' counsel re recent briefing. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 08/13/08 | Compilation of parties' briefing and forward to B. Moffitt as requested. | | |
| 14 | S. Parker | 0.4 | 60.00 |
| 08/14/08 | Follow up re status letter to court and various e-mails re same. | | |
| 3 | B. Moffitt | 0.4 | 160.00 |
| 08/15/08 | Various telephone calls to and with D.A.G. Dickinson re filing status letter. | | |
| 3 | B. Moffitt | 0.4 | 160.00 |
| 08/20/08 | Review e-mail exchange re NJDEP reply to Grace motion to file sur-reply. | | |
| 3 | B. Moffitt | 0.1 | 40.00 |
| 08/22/08 | Review W. Sparks e-mail and provide update re status. | | |
| 3 | B. Moffitt | 0.4 | 160.00 |
| 08/22/08 | Telephone call with E. McTiernan re recent submissions; follow up re same. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 08/22/08 | Review Order of Magistrate Judge Bongiovanni setting date for submission of next status update letter and forward same to counsel. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 08/26/08 | Review e-mail exchange re mediation and briefing; follow up re same. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 08/28/08 | E-mails regarding mediation rescheduling. | | |
| 14 | A. Marchetta | 0.2 | 124.00 |
| 08/31/08 | E-mails and follow up regarding mediation scheduling. | | |
| 14 | A. Marchetta | 0.6 | 372.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 4.3 | 620.00 | 2,666.00 |
| S. Zuber | 14 | 0.3 | 480.00 | 144.00 |
| W. Hatfield | 14 | 0.9 | 400.00 | 360.00 |

12

| B. Moffitt | | 3 | 6.9 | 400.00 | 2,760.00 |
|---|---|---|---|---|---|
| S. Parker | | 14 | 0.4 | 150.00 | 60.00 |
| | TOTAL | | 12.8 | | 5,990.00 |

## FEES FOR THE FEE PERIOD
## SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 09/19/08 | Draft fee application for August 2008. | | |
|---|---|---|---|
| 18 | K. Piper | 1.3 | 435.50 |
| 09/23/08 | Review and revise DP's August, 2008 Fee Application. | | |
| 18 | S. Zuber | 0.3 | 144.00 |
| 09/23/08 | Review and analyze Plan and Disclosure Statement with respect to treatment of claims. | | |
| 14 | S. Sheldon | 1.8 | 621.00 |
| 09/29/08 | Attention to revisions to August 2008 fee application and filing same. | | |
| 18 | K. Piper | 0.9 | 301.50 |
| 09/30/08 | Draft email to B. Moffitt regarding Plan and Disclosure Statement. | | |
| 14 | S. Sheldon | 0.9 | 310.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.3 | 480.00 | 144.00 |
| K. Piper | 18 | 2.2 | 335.00 | 737.00 |
| S. Sheldon | 14 | 2.7 | 345.00 | 931.50 |
| TOTAL | | 5.2 | | 1,812.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 09/02/08 | Telephone calls and follow up with B. Moffitt regarding mediation submission. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 186.00 |
| 09/02/08 | Work with A. Marchetta re appeal/mediation issues and follow up re same. | | |
| 3 | B. Moffitt | 0.3 | 120.00 |
| 09/03/08 | E-mails regarding mediation. | | |

13

83110527A01101608

| Date | Description | Hours | Fee |
|---|---|---|---|
| 14 | A. Marchetta | 0.2 | 124.00 |
| 09/03/08 | Review e-mail exchange re NJDEP mediation. | | |
| 3 | B. Moffitt | 0.1 | 40.00 |
| 09/04/08 | Review and forward information.. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |
| 09/08/08 | Searched regarding compilation of information on Hamilton plant and related issues. | | |
| 14 | S. Parker | 0.4 | 60.00 |
| 09/23/08 | Confer with S. Sheldon regarding claims under proposed Plan. | | |
| 14 | S. Zuber | 0.2 | 96.00 |
| 09/23/08 | Review Plan documents regarding case. | | |
| 14 | A. Marchetta | 0.4 | 248.00 |
| 09/25/08 | Work with B. Moffitt regarding letter to Magistrate Judge Bongiovanni. | | |
| 14 | A. Marchetta | 0.4 | 248.00 |
| 09/25/08 | Draft update to Magistrate Judge Bongiovanni re case status and work with A. Marchetta re same. | | |
| 3 | B. Moffitt | 0.3 | 120.00 |
| 09/29/08 | Work with B. Moffitt regarding letter to court. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |
| 09/30/08 | Finalize update letter to court and prepare e-mail forwarding same to D.A.G. Dickinson. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 09/30/08 | Review S. Sheldon e-mail and attachments re same. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |
| 09/30/08 | Confer with A. Marchetta and S. Sheldon re Grace Plan. | | |
| 3 | B. Moffitt | 0.2 | 80.00 |

FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 1.9 | 620.00 | 1,178.00 |
| S. Zuber | 14 | 0.2 | 480.00 | 96.00 |
| B. Moffitt | 3 | 1.3 | 400.00 | 520.00 |
| S. Parker | 14 | 0.4 | 150.00 | 60.00 |

14

|  |  |  |  |
|---|---|---|---|
| TOTAL |  | 3.8 | 1,854.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 09/01/08 3 | Preparation of correspondence to W. Hatfield regarding approval of settlement agreement<br>J. Borg | 0.1 | 40.50 |
|---|---|---|---|
| 09/03/08 14 | Memos with J. Borg on status and motion issues.<br>W. Hatfield | 0.1 | 40.00 |
| 09/03/08 3 | Review/Analysis correspondence from W. Hatfield regarding status of settlement.<br>J. Borg | 0.1 | 40.50 |
| 09/04/08 14 | Review bankruptcy court order approving Weja settlement.<br>R. Rose | 0.1 | 49.50 |
| 09/04/08 14 | E-mails regarding finalization of settlement.<br>A. Marchetta | 0.3 | 186.00 |
| 09/04/08 14 | Address NY motion status issues.<br>W. Hatfield | 0.2 | 80.00 |
| 09/04/08 14 | Prepare letter to defense counsel with notice of settlement approvals.<br>W. Hatfield | 0.5 | 200.00 |
| 09/04/08 14 | Review reply memo and circulate to Day Pitney team.<br>W. Hatfield | 0.2 | 80.00 |
| 09/04/08 14 | Memo to Bankruptcy counsel on status of settlement approval.<br>W. Hatfield | 0.3 | 120.00 |
| 09/04/08 3 | Preparation of correspondence to W. Hatfield regarding status of settlement.<br>J. Borg | 0.1 | 40.50 |
| 09/04/08 3 | Review/Analysis correspondence from W. Hatfield regarding status of settlement.<br>J. Borg | 0.1 | 40.50 |
| 09/05/08 14 | Address Shell request for W-9 form for settlement.<br>W. Hatfield | 0.4 | 160.00 |
| 09/11/08 14 | Address Shell payment timing and memo.<br>W. Hatfield | 0.2 | 80.00 |

15

| Date | Description | Attorney | Hours | Amount |
|---|---|---|---|---|
| 09/12/08<br>14 | Memos with Sunoco counsel on payment issues..<br>W. Hatfield | | 0.2 | 80.00 |
| 09/15/08<br>14 | Address Sunoco settlement issues and memo from counsel<br>W. Hatfield | | 0.2 | 80.00 |
| 09/18/08<br>14 | Correspondence with Sunoco on settlement issues.<br>W. Hatfield | | 0.2 | 80.00 |
| 09/22/08<br>14 | Address Teich NYS case issues.<br>W. Hatfield | | 0.3 | 120.00 |
| 09/22/08<br>14 | Address Sunoco memo on settlement payment and related issues.<br>W. Hatfield | | 0.2 | 80.00 |
| 09/22/08<br>14 | Review letter from Weja counsel concerning dismissal of New York action and forward same to B. Hatfield.<br>R. Rose | | 0.1 | 49.50 |
| 09/22/08<br>3 | Review/Analysis correspondence from W. Hatfield regarding approval of settlement.<br>J. Borg | | 0.1 | 40.50 |
| 09/22/08<br>3 | Review/Analysis Order regarding approval of settlement.<br>J. Borg | | 0.2 | 81.00 |
| 09/22/08<br>3 | Revise/Finalize correspondence to Court regarding settlement of case and withdrawal of petition.<br>J. Borg | | 0.2 | 81.00 |
| 09/23/08<br>14 | Address settlement payment collection issues.<br>W. Hatfield | | 0.4 | 160.00 |
| 09/23/08<br>3 | Revise/Finalize correspondence to Court regarding settlement of case and withdrawal of stipulation.<br>J. Borg | | 0.3 | 121.50 |
| 09/24/08<br>14 | Address Sunoco memo and request for stipulation of dismissal.<br>W. Hatfield | | 0.3 | 120.00 |
| 09/24/08<br>3 | Preparation of correspondence to W. Hatfield regarding settlement.<br>J. Borg | | 0.1 | 40.50 |
| 09/24/08 | Preparation of correspondence to F. Biehl regarding Stipulation of Discontinuance. | | | |

16

83110527A01101608

| | | | |
|---|---|---|---|
| 3 | J. Borg | 0.3 | 121.50 |
| 09/24/08 | Preparation of Stipulation of Discontinuance. | | |
| 3 | J. Borg | 0.2 | 81.00 |
| 09/24/08 | Discussed stipulation of dismissal and prior settlement agreements w/ W. Hatfield. | | |
| 3 | J. Spielberg | 0.3 | 100.50 |
| 09/24/08 | Reviewed prior settlement agreements regarding provisions for stipulation of dismissal. | | |
| 3 | J. Spielberg | 0.3 | 100.50 |
| 09/24/08 | Drafted stipulation of dismissal for Sunoco. | | |
| 3 | J. Spielberg | 0.6 | 201.00 |
| 09/29/08 | Preparation of correspondence to F. Biehl regarding Stipulation of Discontinuance. | | |
| 3 | J. Borg | 0.3 | 121.50 |
| 09/29/08 | Revise/Finalize Stipulation of Discontinuance. | | |
| 3 | J. Borg | 0.2 | 81.00 |
| 09/29/08 | Preparation of correspondence to W. Hatfield regarding correspondence to F. Biehl and Stipulation of Discontinuance. | | |
| 3 | J. Borg | 0.1 | 40.50 |
| 09/30/08 | Review/Analysis correspondence from D. Goode and C. Otero regarding correspondence to F. Biehl. | | |
| 3 | J. Borg | 0.2 | 81.00 |
| 09/30/08 | Review stipulation of discontinuance of NY matter and review stipulation of dismissal of NJ action; review terms of settlement agreement to finalize language in stipulations. | | |
| 3 | C. Otero | 0.3 | 109.50 |
| 09/30/08 | Discussed Stip. of Dismissal w/ C. Otero. | | |
| 3 | J. Spielberg | 0.2 | 67.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 0.2 | 495.00 | 99.00 |
| A. Marchetta | 14 | 0.3 | 620.00 | 186.00 |
| W. Hatfield | 14 | 3.7 | 400.00 | 1,480.00 |
| J. Borg | 3 | 2.6 | 405.00 | 1,053.00 |

17

83110527A01101608

| | | | | |
|---|---|---|---|---|
| C. Otero | 3 | 0.3 | 365.00 | 109.50 |
| J. Spielberg | 3 | 1.4 | 335.00 | 469.00 |
| TOTAL | | 8.5 | | 3,396.50 |

83110527A01101608