**EXHIBIT 2**

BMC GROUP
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_080430**

| Period Ending 4/30/2008 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Document Storage | $600.30 |
| | Notary | $1.00 |
| | PO Box Renewal | $630.00 |
| | Website Hosting | $250.00 |
| | Website Storage/Traffic | $69.84 |
| | **Total** | **$2,751.14** |

EXHIBIT 2

BMC GROUP
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_080531**

| **Period Ending** 5/31/2008 | Expense Type | Amount |
|---|---|---|
| | B-linx User Fee | $350.00 |
| | B-Linx/Data Storage | $850.00 |
| | Document Storage | $600.30 |
| | Notary | $2.00 |
| | Website Hosting | $250.00 |
| | Website Storage/Traffic | $41.28 |
| | **Total** | **$2,093.58** |

EXHIBIT 2

BMC GROUP
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_080630**

| Period Ending | 6/30/2008 | Expense Type | Amount |
|---|---|---|---|
| | | B-linx User Fee | $350.00 |
| | | B-Linx/Data Storage | $850.00 |
| | | Conference Call | $16.47 |
| | | Document Storage | $600.30 |
| | | Pacer | $72.00 |
| | | Postage/Shipping | $21.05 |
| | | Website Hosting | $250.00 |
| | | Website Storage/Traffic | $150.96 |
| | | **Total** | **$2,310.78** |

EXHIBIT 2

BMC GROUP     WR GRACE - EXPENSE DETAIL     APRIL 2008

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_080430 | WR Grace | BMC10, BMC | BMC | $350.00 | 4/30/08 | B-linx User Fee | B-linx User Fee |
| 21_080430 | WR Grace | BMC10, BMC | BMC | $850.00 | 4/30/08 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_080430 | WR Grace | BMC10, BMC | BMC | $600.30 | 4/30/08 | Document Storage | 414 boxes |
| 21_080430 | WR Grace | zzCAMEX-Jmiller, jmiller | UPS Store | $1.00 | 4/28/08 | Notary | Notary for Feb 2008 Monthly Fee Application |
| 21_080430 | WR Grace | BMC10, BMC | USPS | $630.00 | 4/17/08 | PO Box Renewal | PO Box Fee # 913 |
| 21_080430 | WR Grace | BMC10, BMC | BMC | $250.00 | 4/30/08 | Website Hosting | Website Hosting |
| 21_080430 | WR Grace | BMC10, BMC | BMC | $69.84 | 4/30/08 | Website Storage/Traffic | 34 docs |
| | | | | $2,751.14 | | | |

EXHIBIT 2

BMC GROUP

WR GRACE - EXPENSE DETAIL

MAY 2008

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_080531 | WR Grace | BMC10, BMC | BMC | $350.00 | 5/30/08 | B-linx User Fee | B-linx User Fee |
| 21_080531 | WR Grace | BMC10, BMC | BMC | $850.00 | 5/30/08 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_080531 | WR Grace | BMC10, BMC | BMC | $600.30 | 5/31/08 | Document Storage | 414 boxes |
| 21_080531 | WR Grace | zzCAMEX-Jmiller, jmiller | UPS | $2.00 | 5/28/08 | Notary | Notary for March 08 Monthly and First 08 Quarterly fee applications |
| 21_080531 | WR Grace | BMC10, BMC | BMC | $250.00 | 5/30/08 | Website Hosting | Website Hosting |
| 21_080531 | WR Grace | BMC10, BMC | BMC | $41.28 | 5/30/08 | Website Storage/Traffic | website traffic - 19 docs |
| | | | | $2,093.58 | | | |

EXHIBIT 2


BMC GROUP                WR GRACE - EXPENSE DETAIL                JUNE 2008

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Amount | Date | Expense Type | Description |
|---|---|---|---|---|---|---|---|
| 21_080630 | WR Grace | BMC10, BMC | BMC | $350.00 | 6/30/08 | B-linx User Fee | B-linx User Fee |
| 21_080630 | WR Grace | BMC10, BMC | BMC | $850.00 | 6/30/08 | B-Linx/Data Storage | B-Linx/Data Storage |
| 21_080630 | WR Grace | BMC10, BMC | BMC | $250.00 | 6/30/08 | Website Hosting | Website Hosting |
| 21_080630 | WR Grace | BMC10, BMC | pacer | $72.00 | 6/30/08 | Pacer | qrtly doc dwnld 4/1-6/30/08 |
| 21_080630 | WR Grace | BMC10, BMC | BMC | $600.30 | 6/30/08 | Document Storage | 414 boxes |
| 21_080630 | WR Grace | BMC10, BMC | BMC | $150.96 | 6/30/08 | Website Storage/Traffic | 72 docs |
| 21_080630 | WR Grace | BMC10, BMC | ConferenceCall.com | $16.47 | 6/30/08 | Conference Call | ConferenceCall.com Inv# B1-12216029 dtd. 3/31/08 |
| 21_080630 | WR Grace | BMC10, BMC | DHL | $21.05 | 6/16/08 | Postage/Shipping | dtd. 5/30/08 |
| | | | | $2,310.78 | | | |

EXHIBIT 2