# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     OCTOBER 15, 2008
MATTER :   0066609-000002
INVOICE :  10152683

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08   6548

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/11/08 | TC | Reviewed Motion of Debtors for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claims Filed by the California State University Filed by W.R. Grace & Co., et al | .40 |
| 09/17/08 | TC | Reviewed Motion to Approve Compromise under Rule 9019 /Motion of Debtors for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claims Filed by Regents of the University of California Filed by W.R. Grace & Co., et al. | .20 |
| 09/17/08 | TC | Reviewed Motion to Approve Compromise under Rule 9019 Authorizing the Settlement of an Asbestos Property Damage Claim Filed by Pacific Freeholds Filed by W.R. Grace & Co., et al | .30 |
| 09/27/08 | TC | Reviewed Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim filed by Children's Hospital of Pittsburgh Represented by Speights & Runyan | .30 |

## T I M E   S U M M A R Y

|           |        | RATE   | HOURS | TOTALS |
|-----------|--------|--------|-------|--------|
| T. Currier |        | 515.00 | 1.20  | 618.00 |
|           | TOTALS |        | 1.20  | 618.00 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   OCTOBER 15, 2008
                                            MATTER : 0066609-000002
                                            INVOICE : 10152683


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08   6548

    RE:  ASSET DISPOSITION



                        TOTAL FEES :                     618.00


                        TOTAL DUE  :                     618.00
```

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    OCTOBER 15, 2008
                                              MATTER :  0066609-000003
                                              INVOICE : 10152684

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08   6548

     RE:  BUSINESS OPERATIONS


 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                     HOURS
 ----  ----   -------------------------------                      -----

09/04/08 TC   Reviewed monthly operating report                      .40


                    T I M E   S U M M A R Y
                    -----------------------

                        RATE     HOURS        TOTALS
                        ----     -----        ------

   T. Currier          515.00     .40         206.00
                TOTALS            .40         206.00


                    TOTAL FEES :                    206.00


                    TOTAL DUE  :                    206.00
```

# Buchanan Ingersoll & Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    OCTOBER 15, 2008
                                            MATTER :  0066609-000004
                                            INVOICE : 10152685


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08   6548

     RE:  CASE ADMINISTRATION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/02/08 | TC | Reviewed all ecf filings and distributed same to counsel and paralegals | .80 |
| 09/02/08 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 09/03/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 09/04/08 | TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .60 |
| 09/04/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 09/05/08 | TC | Reviewed all ecf filings and forwarded to counsel and paralegals | .60 |
| 09/05/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .40 |
| 09/08/08 | TC | Reviewed all ecf filings and distributed to counsel and paralegals | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &. Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    OCTOBER 15, 2008
                                              MATTER :  0066609-000004
                                              INVOICE : 10152685


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08   6548

      RE:   CASE ADMINISTRATION


09/08/08 MNF    Reviewed all ECF filings in the case as part of         .50
                docket control; review all agenda and notices
                of agenda to prepare for hearings; reviewed and
                calendar all objections and hearing dates

09/09/08 TC     Reviewed all ecf filings and distributed them           .50
                to team counsel and paralegals

09/09/08 MNF    Reviewed all ECF filings in the case as part of         .50
                docket control; review all agenda and notices
                of agenda to prepare for hearings; reviewed and
                calendar all objections and hearing dates

09/10/08 TC     All ecf filings and distributed them to team            .50
                counsel and paralegals

09/10/08 MNF    Reviewed all ECF filings in the case as part of         .50
                docket control; review all agenda and notices
                of agenda to prepare for hearings; reviewed and
                calendar all objections and hearing dates

09/11/08 TC     Reviewed all ecf filings and distributed to             .50
                team counsel and paralegals

09/12/08 TC     Reviewed all ecf filings and distributed them           .60
                to team counsel and paralegals

09/12/08 MNF    Reviewed all ECF filings in the case of part of         .50
                docket control; review all agenda and notices
                of agenda to prepare for hearings; reviewed and
                calendar all objections and hearing dates

09/15/08 TC     Reviewed all ecf filings and distributed them           .60
                to team counsel and paralegals
```

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys ∧ Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : OCTOBER 15, 2008
MATTER : 0066609-000004
INVOICE : 10152685

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08    6548

RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 09/15/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 09/16/08 TC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | | .40 |
| 09/16/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 09/17/08 TC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | | .30 |
| 09/17/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 09/18/08 TC | Reviewed all ecf filings and distributed to team counsel and paralegals | | .40 |
| 09/18/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | | .50 |
| 09/22/08 TC | Reviewed all ecf filings and distributed to team counsel and paralegals | | .40 |
| 09/23/08 TC | Reviewed all incoming pleadings, distributed to team paralegals and attorneys | | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS  DATE : OCTOBER 15, 2008
              MATTER : 0066609-000004
              INVOICE : 10152685

  FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08 6548

  RE: CASE ADMINISTRATION

| Date | Initials | Description | Hours |
|------|----------|-------------|-------|
| 09/23/08 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 09/23/08 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 09/24/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 09/25/08 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 09/26/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .20 |
| 09/29/08 | TC | Reviewed all ecf filings and forwarded to all team counsel and paralegals | .70 |
| 09/29/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 09/29/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 09/30/08 | TC | Reviewed all ecf filings and forwarded to team counsel and paralegals | .50 |

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 15, 2008
                                              MATTER : 0066609-000004
                                              INVOICE : 10152685


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08   6548

     RE:  CASE ADMINISTRATION


09/30/08 MNF   Reviewed all ECF filings in the case as part of          .50
               docket control; review all agenda and notices
               of agenda to prepare for hearings; reviewed and
               calendar all objections and hearing dates



                    T I M E   S U M M A R Y
                    -----------------------

                              RATE    HOURS          TOTALS
                              ----    -----          ------

     T. Currier              515.00    8.30          4274.50
     M. Flores               175.00    9.60          1680.00
                    TOTALS             17.90         5954.50


               TOTAL FEES :                              5,954.50


               TOTAL DUE  :                              5,954.50
```

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 15, 2008
                                              MATTER : 0066609-000005
                                              INVOICE : 10152686
```

```
   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08   6548

   RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/03/08 | TC | Reviewed Amended Omnibus Objection to Claims Twenty-Fifth (Substantive and Non-Substantive). | .50 |
| 09/04/08 | TC | Reviewed 16th claim settlement | .30 |
| 09/04/08 | TC | Reviewed Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed by Bayshore Community Hospital Represented by Speights & Runyan | .40 |
| 09/05/08 | TC | Reviewed Response to Debtors' Amended Twenty-Fifth Omnibus Objection to Claims by seaton | .20 |
| 09/05/08 | TC | Reviewed Response Filed by New York State Department of Taxation and Finance | .20 |
| 09/10/08 | TC | Reviewed MEMORANDUM OPINION Regarding Anderson Memorial's Motion for Leave to Appeal | .30 |
| 09/12/08 | TC | Reviewed Response to Debtors' Twenty-Fifth Omnibus Objection to Claims Filed by Missouri Department Of Revenue | .40 |
| 09/12/08 | TC | Response to Amended Debtors' Twenty-Fifth Objection to Claims Filed by Commonwealth of Pennsylvania, Department of Revenue | .40 |

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 15, 2008
MATTER :  0066609-000005
INVOICE : 10152686

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| | | | |
|---|---|---|---|
| 09/17/08 TC | Reviewed Motion to Approve an Order (A) Establishing a Proof of Claim Bar Date for Canadian Zonolite Attic Insulation Property Damage Claims, and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program Filed by W.R. Grace & Co., et al.. | | .30 |
| 09/18/08 TC | Brief OF CLAIMANT GLORIA MUNOZS RESPONSE TO DEBTORS TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE AND NON-SUBSTANTIVE) Filed by Gloria Munoz | | .20 |
| 09/18/08 TC | Reviewed Response to Objection to Claim filed by Brian D. Salwowski, Deputy Attorney General on behalf of State of Indiana (Agency) Indiana Department of Revenue | | .10 |
| 09/22/08 TC | Reviewed orders resolving claims | | .20 |

## T I M E   S U M M A R Y
------------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | 3.50 | 1802.50 |
| TOTALS | | 3.50 | 1802.50 |

TOTAL FEES :                1,802.50

TOTAL DUE  :                1,802.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 15, 2008
MATTER :  0066609-000006
INVOICE : 10152687

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08    6548

RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/08/08 | TC | Reviewed Brief in Support of Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 Filed by W.R. Grace & Co., et al | 1.80 |
| 09/10/08 | TC | Reviewed Joinder of the Official Committee of Unsecured Creditors in the Pre-Trial Memorandum of the Bank Lender Group in Opposition to the Debtors' Objection to Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999. | .20 |


## T I M E   S U M M A R Y

|              |        | RATE   | HOURS | TOTALS  |
|--------------|--------|--------|-------|---------|
| T. Currier   |        | 515.00 | 2.00  | 1030.00 |
|              | TOTALS |        | 2.00  | 1030.00 |


TOTAL FEES :                               1,030.00

TOTAL DUE  :                               1,030.00

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 15, 2008
                                              MATTER :  0066609-000010
                                              INVOICE : 10152688


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08   6548

     RE:  EMPLOYMENT APPLICATIONS, OTHERS



  DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----  ----    -------------------------------                    -----

09/29/08 TC    Reviewed Application for Entry of an Order            .50
               Appointing Alexander M. Sanders, Jr. as Legal
               Representative for Future Asbestos-Related
               Property Damage Claimants Filed by W.R. Grace &
               Co., et al, attached affidavits and materials,
               etc


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS        TOTALS
                         ----    -----        ------

   T. Currier           515.00    .50         257.50
                 TOTALS           .50         257.50


                 TOTAL FEES :                         257.50


                 TOTAL DUE  :                         257.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    OCTOBER 15, 2008
                                              MATTER :  0066609-000011
                                              INVOICE : 10152689


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08   6548

    RE:   FEE APPLICATIONS, APPLICANT
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/02/08 | TC | Reviewed fee application and cno; reviewed and approved same, for filing | .40 |
| 09/02/08 | MNF | E-file and serve CNO re: 29th Quarterly fee app of BIR | 1.00 |
| 09/16/08 | MNF | Review/make edits to August prebills | .50 |
| 09/17/08 | MNF | Draft 82nd monthly fee app of BIR for August 2008 | 1.50 |
| 09/23/08 | TC | Reviewed fee order sent by debtors; contact debtor re fee auditor suggestions; communications with fee auditor | .40 |
| 09/23/08 | MNF | Draft CNO re: 81st monthly fee app of BIR (.4) e-file and serve CNO re: 81st monthly fee app of BIR (.6) | 1.00 |
| 09/24/08 | MNF | Edits to 82nd monthly fee app of BIR for August 2008 | .50 |
| 09/29/08 | TC | Reviewed, approved our fee application, prepared same for filing | .60 |
| 09/29/08 | MNF | E-file and serve 82nd monthly fee app of BIR (.8) Scan and send same to fee auditor(.2) | 1.00 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    OCTOBER 15, 2008
MATTER :  0066609-000011
INVOICE : 10152689

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08    6548

RE:   FEE APPLICATIONS, APPLICANT

## T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | 1.40 | 721.00 |
| M. Flores | 175.00 | 5.50 | 962.50 |
| TOTALS |  | 6.90 | 1683.50 |

TOTAL FEES :                        1,683.50

TOTAL DUE  :                        1,683.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :    OCTOBER 15, 2008
                                            MATTER :  0066609-000012
                                            INVOICE : 10152690


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08   6548

    RE:   FEE APPLICATIONS, OTHERS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/03/08 | MNF | Review docket re: objections to 25th quarterly fee app of Kramer Levin (.1); Draft CNO re: same (.4) | .50 |
| 09/04/08 | TC | Reviewed kramer levin cno; checked docket, finalized same for filing today | .20 |
| 09/04/08 | MNF | E-file and serve CNO re: 25th quarterly fee request of Kramer Levin | .80 |
| 09/23/08 | TC | Reviewed fee applications for kramer levin and buchanan; approved cno's to be filed relating to same | .40 |
| 09/23/08 | MNF | Draft CNO re: 83rd monthly fee app of Kramer Levin (.4); e-file and serve CNO (.6) | 1.00 |
| 09/26/08 | MNF | Edits to 84th monthly fee app of Kramer Levin | .30 |
| 09/29/08 | MNF | E-file and serve 84th monthly fee app of Kramer Levin (.8); Scan and send same to fee auditor (.2) | 1.00 |

```
                   T I M E   S U M M A R Y
                   -----------------------

                         RATE     HOURS        TOTALS
                         ----     -----        ------

    T. Currier          515.00     .60         309.00
    M. Flores           175.00    3.60         630.00
                 TOTALS           4.20         939.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚘ Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    OCTOBER 15, 2008
                                             MATTER :  0066609-000012
                                             INVOICE : 10152690

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08    6548

    RE:   FEE APPLICATIONS, OTHERS


                        TOTAL FEES :                        939.00


                        TOTAL DUE  :                        939.00

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 15, 2008
                                              MATTER : 0066609-000014
                                              INVOICE : 10152691


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08   6548

    RE:  HEARINGS



  DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
  ----  ----   -------------------------------                     -----

09/29/08 TC    Reviewed Claimant's Request to Continue Hearing       .20
               on Debtor's 25th Omnibus Objection to Claimaint
               Munoz's Claim Filed by Gloria Munoz.

09/29/08 TC    Reviewed Notice of Agenda of Matters Scheduled        .30
               for Hearing Before the Honorable Judith K.
               Fitzgerald Filed by W.R. GRACE & CO

09/30/08 TC    Reviewed Agenda of Matters Scheduled for             .40
               Hearing Before the Honorable Judith K.
               Fitzgerald
```

```
                  T I M E   S U M M A R Y
                  -----------------------

                         RATE    HOURS          TOTALS
                         ----    -----          ------

  T. Currier            515.00     .90          463.50
                TOTALS             .90          463.50


                TOTAL FEES :                        463.50


                TOTAL DUE  :                        463.50
```

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   OCTOBER 15, 2008
                                             MATTER : 0066609-000015
                                             INVOICE : 10152692

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08   6548

   RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/02/08 | TC | Reviewed confidentiality stipulation; signed and forwarded execution copy as requested | .70 |
| 09/10/08 | TC | Reviewed lenders' brief in opposition to objection to claims under the credit agreements, and all attachments and exhibits | 1.60 |
| 09/12/08 | TC | Reviewed motion for stay pending appeal in the district court action, re libby claimants | .40 |
| 09/17/08 | TC | Reviewed Motion for Leave to File a Sur-Reply to Debtors' Trial Brief in Support of Objection filed by bank debt holders, and attached Sur Reply | .30 |
| 09/22/08 | TC | Reviewed libby claimants' opposition to motion for stay pending appeal in district court proceeding | .50 |
| 09/22/08 | TC | Reviewed Motion to Strike the Bank Lender Group's Sur-Reply or, in the Alternative, Motion for Leave to File a Sur-Reply in Support of Debtors' Objection to the Unsecured Claims Asserted Under the Credit Agreements Dated as of May 14, 1998 and May 5, 1999 Filed by W.R. Grace &amp; Co., et al., and sur-reply contained in response | .30 |
| 09/22/08 | TC | Reviewed libby claimants designation of items for district court appeal | .20 |
| 09/29/08 | TC | State of Montanaʼs Reply Brief to Libby Claimantʼs Opposition to Motion for Stay Pending Appeal | .60 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE : OCTOBER 15, 2008
                                             MATTER : 0066609-000015
                                             INVOICE : 10152692

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08    6548

RE:  LITIGATION AND LITIGATION CONSULTING

09/30/08 TC    Reviewed Sur-Reply In Support Of Debtors'          .40
               Objection To The Unsecured Claims Asserted
               Under The Credit Agreements Dated As Of May 14,
               1998 And May 5, 1999

## T I M E   S U M M A R Y

-----------------------

|              | RATE   | HOURS | TOTALS  |
|--------------|--------|-------|---------|
| T. Currier   | 515.00 | 5.00  | 2575.00 |
| TOTALS       |        | 5.00  | 2575.00 |

TOTAL FEES :                              2,575.00

TOTAL DUE  :                              2,575.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚭ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    OCTOBER 15, 2008
                                             MATTER :  0066609-000016
                                             INVOICE : 10152693

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08    6548

   RE:  PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 09/22/08 | TC | Reviewed notice of disclosure statement; calendared and compulawed same | .20 |
| 09/27/08 | TC | Reviewed plan, exhibits and disclosure statement | 2.20 |
| 09/30/08 | TC | Reviewed Motion to Approve Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief Filed by W.R. Grace & Co., et al. | .70 |
| 09/30/08 | TC | Reviewed Motion for Leave From This Court's Scheduling Order and to Shorten Notice Period on Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief Filed by W.R. Grace & Co | .30 |

                   T I M E   S U M M A R Y

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T. Currier | 515.00 | 3.40 | 1751.00 |
| TOTALS |  | 3.40 | 1751.00 |

                        TOTAL FEES :                    1,751.00

                        TOTAL DUE  :                    1,751.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll & Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : OCTOBER 15, 2008
MATTER  : 0066609-001000
INVOICE : 10152694

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 09/30/08    6548

RE:  EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 08/06/08 Messenger/Delivery Service - Parcels #118906 | 7.50 |
| 08/25/08 Messenger/Delivery Service - Parcels #122768 | 5.00 |
| 08/29/08 Messenger/Delivery Service - Parcels #124102 | 5.00 |
| 09/04/08 Photocopies M. Flores | 2.40 |
| 09/23/08 Photocopies M. Flores | 9.80 |
| 09/29/08 Photocopies M. Flores | 5.60 |
| 09/29/08 Photocopies M. Flores | 6.40 |

TOTAL EXPENSE ADVANCES :       41.70

TOTAL DUE   :       41.70

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA