# Exhibit A

**K R A M E R   L E V I N   N A F T A L I S   &   F R A N K E L** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

October 23, 2008

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 502428
056772

## CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---|
| FEES .................................................................................................... | $2,420.00 |
| DISBURSEMENTS................................................................................ | 0.00 |
| MATTER TOTAL ................................................................................. | $2,420.00 |

### 056772-00005/BANKR.  MOTIONS

| | |
|---|---|
| FEES .................................................................................................... | $2,814.00 |
| DISBURSEMENTS................................................................................ | 0.00 |
| MATTER TOTAL ................................................................................. | $2,814.00 |

### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES .................................................................................................... | $57,984.50 |
| DISBURSEMENTS................................................................................ | 2,055.50 |
| MATTER TOTAL ................................................................................. | $60,040.00 |

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES .................................................................................................... | $2,208.00 |
| DISBURSEMENTS................................................................................ | 11.98 |
| MATTER TOTAL ................................................................................. | $2,219.98 |

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| **To:** | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| **Account:** | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| **By Order of:** | Invoice No. 502428 |
| **Citibank Contact:** | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT.  THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2234597.2

**056772-00010/CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)**

| | |
|---|---:|
| FEES | $11,020.00 |
| DISBURSEMENTS | <u>41.96</u> |
| MATTER TOTAL | $11,061.96 |

**056772-00019/HEARINGS**

| | |
|---|---:|
| FEES | $7,183.00 |
| DISBURSEMENTS | <u>328.43</u> |
| MATTER TOTAL | $7,511.43 |

**056772-00022/TAX ISSUES**

| | |
|---|---:|
| FEES | $7,844.50 |
| DISBURSEMENTS | <u>0.00</u> |
| MATTER TOTAL | $7,844.50 |

**056772-00028/TRAVEL\NON-WORKING**

| | |
|---|---:|
| FEES | $3,277.25 |
| DISBURSEMENTS | <u>0.00</u> |
| MATTER TOTAL | $3,277.25 |
| CLIENT GRAND TOTAL | <u>$97,189.12</u> |

Kramer Levin Naftalis & Frankel LLP  Page No. 3

W.R. GRACE & CO. EQUITY COMMITTEE  October 23, 2008
056772-00002  Invoice No. 502428

**CREDITOR COMMITTEE**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/19/08 | MANNAL, DOUGLAS | Telephone conference with several equity holders re: process and general status of case. | 1.80 | 1,089.00 |
| 09/23/08 | MANNAL, DOUGLAS | Telephone/e-mail with several equity holders re: case status. | 0.80 | 484.00 |
| 09/29/08 | MANNAL, DOUGLAS | Telephone/e-mail with numerous holders re: PPI hearing. | 1.40 | 847.00 |
| **TOTAL HOURS AND FEES** | | | **4.00** | **$2,420.00** |

**TOTAL FOR THIS MATTER**  **$2,420.00**

KL4 2234597.2

Kramer Levin Naftalis & Frankel LLP                                                          Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                                                 October 23, 2008
056772-00005                                                                      Invoice No. 502428

**BANKR. MOTIONS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/03/08 | MARTORANA, KEITH R | Review and summarize (i) State of Montana's appeal to the Third Circuit (1.1); (ii) executed settlement with Canadian ZAI claimants (1.4). | 2.50 | 1,050.00 |
| 09/04/08 | MARTORANA, KEITH R | Review and summarize Debtors' motion to settle PD claims of Jameson and Bayshore (1.4); Review and summarize Debtors' motion to settle tax abatement action with the Town of Acton (1.5). | 2.90 | 1,218.00 |
| 09/05/08 | MARTORANA, KEITH R | Review executed version of Canadian ZAI settlement; summarize changes from prior version and e-mail to T. Weschler. | 1.30 | 546.00 |
| **TOTAL HOURS AND FEES** | | | **6.70** | **$2,814.00** |

**TOTAL FOR THIS MATTER**                                                                          **$2,814.00**

KL4 2234597.2

Kramer Levin Naftalis & Frankel LLP                                         Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                         October 23, 2008
056772-00007                                                              Invoice No. 502428

## REORGANIZATION PLAN

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/02/08 | MARTORANA, KEITH R | Office conference with D. Mannal re: status of chapter 11 Plan (.5); Review and summarize Debtors' proposed revisions to Plan (4.2). | 4.70 | 1,974.00 |
| 09/02/08 | MANNAL, DOUGLAS | Preparation for (1.6) and attend office conference with K. Martorana re: plan modification and outstanding issues re: plan (.5). | 2.10 | 1,270.50 |
| 09/03/08 | MANNAL, DOUGLAS | Review alternative 524(g) trust plans (2.1); attention to e-mails re: same (.3). | 2.40 | 1,452.00 |
| 09/03/08 | BENTLEY, PHILIP | Trade emails re: Plan status. | 0.10 | 72.50 |
| 09/04/08 | MARTORANA, KEITH R | Prepare for call with Debtors re: plan issues (.5); attend plan issues call (1.5); summarize meeting minutes and e-mail same to T. Weschler (1.1); prepare for 2nd call re: plan issues (.4); attend 2nd plan issues call (1.3); conversation with T. Weschler re: same (.8); summarize same and e-mail to T. Weschler (1.3). | 6.90 | 2,898.00 |
| 09/04/08 | MANNAL, DOUGLAS | Preparation for and attend conference calls re: Sealed Air negotiations (2.8); telephone call with T.Weschler re: same (.8). | 3.60 | 2,178.00 |
| 09/05/08 | MARTORANA, KEITH R | Review newest version of Plan of Reorganization; summarize significant changes and e-mail to T. Weschler. | 2.60 | 1,092.00 |
| 09/05/08 | MANNAL, DOUGLAS | Attention to plan issues (.9); review summary e-mails from K. Martorana re: settled actions (.3); attention to summary of New Plan (.5). | 1.70 | 1,028.50 |
| 09/07/08 | BENTLEY, PHILIP | Review emails re plan issues. | 0.20 | 145.00 |
| 09/08/08 | MARTORANA, KEITH R | Voicemails with P. Bentley re: new Grace Plan (.3); Research and answer question of P. Bentley re: new Plan (.5); Prepare for and attend plan proponent conference call (1.6); Conversation with P. Bentley and T. Weschler re: conference call and Plan structure (1.4). | 3.80 | 1,596.00 |

KL4 2234597.2

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                      October 23, 2008
056772-00007                                                                       Invoice No. 502428

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/08/08 | BENTLEY, PHILIP | Review memos and emails re potential plan structures re ZAI (.7), conf call with plan proponents (1.6), discs T. Weschler and K. Martorana re same (1.4), and work on same (.5). | 4.20 | 3,045.00 |
| 09/09/08 | MARTORANA, KEITH R | Research draft Plan to answer technical questions of P. Bentley (.8); Conference call re: proposed Plan with plan proponents (1.4); Conference call with T. Weschler re: same (.5); Conference call with P. Bentley, T. Weschler and D. Bernick re: same (.5); O/C P. Bently re: same (.4). | 3.60 | 1,512.00 |
| 09/09/08 | BENTLEY, PHILIP | Conf call with plan proponents (1.4); and discs T. Weschler, K. Martorana, D. Bernick, M. Shelnitz, P. Lockwood and T. Freedman, re plan structures (1.0); and notes re same (2.4). | 4.80 | 3,480.00 |
| 09/09/08 | MANNAL, DOUGLAS | Attention to proposed revisions to Grace Plan (1.1); attention to e-mails re: same (.2). | 1.30 | 786.50 |
| 09/10/08 | MANNAL, DOUGLAS | Review and comment on disclosure statement (2.6); office conference with P. Bentey re: upcoming plan meeting (.4); attention to e-mails re: same (.2). | 3.20 | 1,936.00 |
| 09/10/08 | BENTLEY, PHILIP | Discs D. Mannal, and trade emails, re plan issues. | 0.40 | 290.00 |
| 09/11/08 | MANNAL, DOUGLAS | Attention to revised Disclosure Statement. | 1.40 | 847.00 |
| 09/11/08 | BENTLEY, PHILIP | Trade emails re plan issues. | 0.20 | 145.00 |
| 09/12/08 | MANNAL, DOUGLAS | Attention to voice mails from T. Weschler re: ZAI plan issues (1.1); attention to draft e-mail to T. Weschler re: same (.3); review revised plan (3.6). | 5.00 | 3,025.00 |
| 09/12/08 | MARTORANA, KEITH R | Review and summarize new version of draft plan (3.7); Research Central Wesleyan case and various related documents re: PD issues, and e-mail summary of same to T. Weschler (2.9). | 6.60 | 2,772.00 |
| 09/12/08 | BENTLEY, PHILIP | Trade emails and voicemails re plan issues. | 0.50 | 362.50 |
| 09/13/08 | MARTORANA, KEITH R | Review and summarize new version of draft plan; e-mail same to T. Weschler. | 4.70 | 1,974.00 |
| 09/13/08 | BENTLEY, PHILIP | Trade emails and voicemails re plan issues. | 0.30 | 217.50 |

KL4 2234597.2

Kramer Levin Naftalis & Frankel LLP                                                          Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                                   October 23, 2008
056772-00007                                                                        Invoice No. 502428

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/15/08 | MANNAL, DOUGLAS | Review and comment on Grace Plan and disclosure statement in preparation for meeting (4.1); office conference with K. Martorana re: plan issues (.5). | 4.60 | 2,783.00 |
| 09/15/08 | MARTORANA, KEITH R | Review draft plan in preparation for Tuesday meeting (.2); office conference with D. Mannal re: same (.5). | 0.70 | 294.00 |
| 09/16/08 | WIERMAN, LAUREN E | Researched case info for Central Wesleyan case. | 1.00 | 260.00 |
| 09/16/08 | MANNAL, DOUGLAS | Preparation for and attend Grace meeting (6.8); office conference with P. Bentley and K. Martorana re: same (.5). | 7.30 | 4,416.50 |
| 09/16/08 | MARTORANA, KEITH R | Prepare for and attend Plan Proponent Meeting at K&E (6.5); office conference with P. Bentley and D. Mannal re: same (.5); summarize plan meeting and e-mail to T. Weschler (1.1). | 8.10 | 3,402.00 |
| 09/16/08 | BENTLEY, PHILIP | TC Ted Weschler (.6); confs D. Mannal and K. Martorana re ZAI and other Plan of Reorganization issues (.5). | 1.10 | 797.50 |
| 09/17/08 | MANNAL, DOUGLAS | Review Disclosure Statement and revised plan of reorganization (1.8); attention to liquidation analysis (.7). | 2.50 | 1,512.50 |
| 09/17/08 | BENTLEY, PHILIP | TC T. Weschler and trade emails re plan issues. | 0.50 | 362.50 |
| 09/18/08 | MANNAL, DOUGLAS | Attention to last minute plan and Disclosure Statement changes (1.2). | 1.20 | 726.00 |
| 09/18/08 | MARTORANA, KEITH R | Review new draft of Plan circulated by the Debtors (1.8); summarize major changes and e-mail to T. Weschler (.9). | 2.70 | 1,134.00 |
| 09/18/08 | BENTLEY, PHILIP | Trade emails re plan issues. | 0.10 | 72.50 |
| 09/19/08 | MARTORANA, KEITH R | Prepare for and attend morning conference call with Plan Proponents re: Plan (2.0); Review plan changes, summarize same and e-mail to T. Weschler (1.4); Prepare for and attend two afternoon conference calls with Plan Proponents and e-mail status updates to T. Weschler (2.8). | 6.20 | 2,604.00 |
| 09/19/08 | BENTLEY, PHILIP | Trade multiple emails re Plan issues. | 0.60 | 435.00 |
| 09/20/08 | BENTLEY, PHILIP | Trade emails re Plan. | 0.10 | 72.50 |
| 09/22/08 | WIERMAN, LAUREN E | Created disclosure statement binders. | 1.50 | 390.00 |
| 09/22/08 | BENTLEY, PHILIP | Trade emails re: Plan issues. | 0.10 | 72.50 |

KL4 2234597.2

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE                                                      October 23, 2008
056772-00007                                                                           Invoice No. 502428

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/22/08 | MANNAL, DOUGLAS | Review solicitation materials. | 0.80 | 484.00 |
| 09/23/08 | WIERMAN, LAUREN E | Created disclosure statement binders. | 1.00 | 260.00 |
| 09/23/08 | MARTORANA, KEITH R | Supervise creation of Plan/Disclosure Statement binders (.3); review solicitation/voting materials provided by Debtors (2.2). | 2.50 | 1,050.00 |
| 09/23/08 | MANNAL, DOUGLAS | Review solicitation materials. | 1.10 | 665.50 |
| 09/24/08 | BENTLEY, PHILIP | Trade emails re: Plan issues. | 0.10 | 72.50 |
| 09/24/08 | MARTORANA, KEITH R | Review documents received from South Carolina District Court re: Central Wesleyan case (.4); draft e-mail summarizing terms of settlement in that case to T. Weschler (.4). | 0.80 | 336.00 |
| 09/25/08 | MARTORANA, KEITH R | Review blacklines of solicitation procedures circulated by Debtors. | 0.90 | 378.00 |
| 09/26/08 | BENTLEY, PHILIP | Review disclosure statement. | 0.80 | 580.00 |
| 09/28/08 | BENTLEY, PHILIP | Trade emails and voicemails re Plan. | 0.20 | 145.00 |
| 09/29/08 | BENTLEY, PHILIP | Review disclosure statement. | 0.80 | 580.00 |

**TOTAL HOURS AND FEES**                                                               **111.60**   **$57,984.50**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| VELOBINDINGS | 157.50 |
| TABS | 560.00 |
| PHOTOCOPYING | 1,252.80 |
| RESEARCH SERVICES | 26.00 |
| CAB FARES | 38.00 |
| MEALS/IN-HOUSE | 21.20 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                  **$2,055.50**

**TOTAL FOR THIS MATTER**                                                  **$60,040.00**

KL4 2234597.2

Kramer Levin Naftalis & Frankel LLP                                                      Page No. 9

W.R. GRACE & CO. EQUITY COMMITTEE                                                        October 23, 2008
056772-00008                                                                             Invoice No. 502428

**FEE APPLICATIONS, APPLICANT**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/18/08 | MARTORANA, KEITH R | Review August 2008 bill, begin drafting fee application. | 2.00 | 840.00 |
| 09/24/08 | MARTORANA, KEITH R | Review/Revise 2008 Fee Application. | 0.70 | 294.00 |
| 09/25/08 | WIERMAN, LAUREN E | Draft 84th monthly fee app. | 0.50 | 130.00 |
| 09/25/08 | MARTORANA, KEITH R | Final review/changes to August 2008 fee application (.5); conversation with Accounting re: same (.2). | 0.70 | 294.00 |
| 09/26/08 | WIERMAN, LAUREN E | Work on 84th monthly fee app and prepared documents to be sent to local counsel. | 2.50 | 650.00 |

**TOTAL HOURS AND FEES**                                                                 **6.40**    **$2,208.00**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 2.90 |
| MESSENGER/COURIER | 9.08 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                                **$11.98**

**TOTAL FOR THIS MATTER**                                                                **$2,219.98**

KL4 2234597.2

Kramer Levin Naftalis & Frankel LLP                                                      Page No. 10

W.R. GRACE & CO. EQUITY COMMITTEE                                              October 23, 2008
056772-00010                                                                      Invoice No. 502428

## CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/02/08 | O'NEILL, P. BRADLEY | Review Ordway transcript. | 0.40 | 260.00 |
| 09/03/08 | MARTORANA, KEITH R | Attend to confidentiality stipulation issues re: PPI litigation. | 0.40 | 168.00 |
| 09/07/08 | MARTORANA, KEITH R | Pull and review PPI trial briefs of the Debtors and the Bank Lenders. | 0.50 | 210.00 |
| 09/08/08 | WIERMAN, LAUREN E | Researched relevant case info re: PPI for K. Martorana and P. Bentley. Prepared trial binders for PPI hearing. | 5.30 | 1,378.00 |
| 09/08/08 | MARTORANA, KEITH R | Review and organize exhibits to PPI Briefs, supervise creation of trial binders re: same (.8); Analyze and summarize Debtor's trial brief re: PPI and Bank Lenders' trial brief re: PPI, provide detailed summary with comments to T. Weschler (7.9). | 8.70 | 3,654.00 |
| 09/08/08 | O'NEILL, P. BRADLEY | Review K. Martorana summary of PPI brief. | 0.40 | 260.00 |
| 09/08/08 | BENTLEY, PHILIP | Review summary of PPI trial briefs. | 0.50 | 362.50 |
| 09/10/08 | WIERMAN, LAUREN E | Researched information for K. Martorana and assembled reference materials re: PPI hearing. | 1.50 | 390.00 |
| 09/11/08 | WIERMAN, LAUREN E | Prepared materials for PPI hearing. | 4.50 | 1,170.00 |
| 09/16/08 | MARTORANA, KEITH R | Review and summarize sur-reply of Bank Lenders; e-mail same to T. Weschler. | 0.60 | 252.00 |
| 09/22/08 | MARTORANA, KEITH R | Review and summarize Debtors' response to sur-reply (PPI litigation) and e-mail same to T. Weschler. | 0.70 | 294.00 |
| 09/25/08 | MANNAL, DOUGLAS | Preparation for (.7) and attend office conference with P. Bentley and K. Martorana re: PPI hearing (.5). | 1.20 | 726.00 |
| 09/25/08 | MARTORANA, KEITH R | Conversation with P. Bentley and D. Mannal re: upcoming PPI hearing (.4); Review related documents for P. Bentley (.4). | 0.80 | 336.00 |
| 09/25/08 | BENTLEY, PHILIP | Discs D. Mannal and K. Martorana re upcoming PPI hearing (.5) and prepare for same (.1). | 0.60 | 435.00 |
| 09/26/08 | MANNAL, DOUGLAS | Review PPI trial briefs. | 0.90 | 544.50 |

Kramer Levin Naftalis & Frankel LLP                                                              Page No. 11

W.R. GRACE & CO. EQUITY COMMITTEE                                                    October 23, 2008
056772-00010                                                                                 Invoice No. 502428

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/26/08 | BENTLEY, PHILIP | Review PPI briefs, notes for Monday hearing, and discs David Bernick and voicemail and trade emails re same. | 0.80 | 580.00 |
| **TOTAL HOURS AND FEES** | | | **27.80** | **$11,020.00** |

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| LEXIS/NEXIS ON-LINE RESEARCH | 20.23 |
| CAB FARES | 9.00 |
| MEALS/IN-HOUSE | 12.73 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$41.96** |

**TOTAL FOR THIS MATTER**                                                                       **$11,061.96**

**PLAN AND DISCLOSURE STATEMENT**

KL4 2234597.2

Kramer Levin Naftalis & Frankel LLP                                                                 Page No. 12

W.R. GRACE & CO. EQUITY COMMITTEE                                                      October 23, 2008
056772-00019                                                                                  Invoice No. 502428

**HEARINGS**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/02/08 | MARTORANA, KEITH R | Prepare for omnibus hearing (1.6); attend omnibus hearing (.5); conversations with T. Weschler re: same (.3). | 2.40 | 1,008.00 |
| 09/29/08 | MARTORANA, KEITH R | Attend Omnibus and PPI Hearing in Delaware. | 4.00 | 1,680.00 |
| 09/29/08 | BENTLEY, PHILIP | Attend PPI hearing, final prep for same, and discs Ted Weschler re same. | 6.20 | 4,495.00 |

**TOTAL HOURS AND FEES**                                                                      **12.60**   **$7,183.00**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| CAB FARES | 48.80 |
| MEALS/IN-HOUSE | 6.38 |
| OUT-OF-TOWN TRAVEL | 273.25 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                         **$328.43**

**TOTAL FOR THIS MATTER**                                                                          **$7,511.43**

KL4 2234597.2

Kramer Levin Naftalis & Frankel LLP                                                                 Page No. 13

W.R. GRACE & CO. EQUITY COMMITTEE                                                 October 23, 2008
056772-00022                                                                                          Invoice No. 502428

**TAX ISSUES**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/12/08 | HERZOG, BARRY | Telephone/e-mail D. Mannal re: plan. | 0.50 | 350.00 |
| 09/12/08 | MANNAL, DOUGLAS | Attention to tax issues and telephone/e-mail with B. Herzog re: same. | 0.40 | 242.00 |
| 09/14/08 | HERZOG, BARRY | Review plan and disc. statement. | 1.00 | 700.00 |
| 09/14/08 | RIGEL, BLAKE | Review disclosure statement. | 2.00 | 1,240.00 |
| 09/15/08 | HERZOG, BARRY | Review plan and disclosure statement (3.3); related discs. w/D. Mannal and B. Rigel (.3). | 3.60 | 2,520.00 |
| 09/15/08 | RIGEL, BLAKE | Review Plan and tax annex (2.7); Tele conf. B. Herzog, D. Mannal (.3). | 3.00 | 1,860.00 |
| 09/15/08 | MANNAL, DOUGLAS | Telephone/e-mail with B. Herzog and B. Rigel re: Grace plan (.3). | 0.30 | 181.50 |
| 09/16/08 | HERZOG, BARRY | Rev. Sealed Air tax annex to plan; disc. w/B.Rigel. | 0.90 | 630.00 |
| 09/18/08 | MANNAL, DOUGLAS | E-mail with tax group re: tax issues to plan. | 0.20 | 121.00 |
| **TOTAL HOURS AND FEES** | | | **11.90** | **$7,844.50** |

**TOTAL FOR THIS MATTER**                                                                                          **$7,844.50**

KL4 2234597.2

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 14

W.R. GRACE & CO. EQUITY COMMITTEE                                         October 23, 2008
056772-00028                                                                   Invoice No. 502428

**TRAVEL\NON-WORKING**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/02/08 | MARTORANA, KEITH R | Travel to and from Delaware for hearing. | 4.60 | 966.00 |
| 09/29/08 | MARTORANA, KEITH R | Travel to and from hearing in Delaware. | 6.00 | 1,260.00 |
| 09/29/08 | BENTLEY, PHILIP | Travel to and from Delaware bankruptcy court hearing. | 2.90 | 1,051.25 |
| **TOTAL HOURS AND FEES** | | | **13.50** | **$3,277.25** |

**TOTAL FOR THIS MATTER**                                              **$3,277.25**