# Exhibit B

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    1
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/28/2008 15:23:11

Matter No: 056772-00007                         Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2672673
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status     : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------
                  UNBILLED TIME FROM:                           TO:
                  UNBILLED DISB FROM:   09/02/2008              TO:        09/25/2008
-----------------------------------------------------------------------------------------------------------------------
                                     FEES                            COSTS
                                     ------                          -----------
          GROSS BILLABLE AMOUNT:                   0.00                          2,055.50
          AMOUNT WRITTEN DOWN:     _____       _____
                      PREMIUM:     _____       _____
            ON ACCOUNT BILLED:     _____       _____
    DEDUCTED FROM PAID RETAINER:   _____       _____
                AMOUNT BILLED:     _____       _____
                   THRU DATE:                                          09/25/2008
    CLOSE MATTER/FINAL BILLING?    YES   OR   NO
    EXPECTED DATE OF COLLECTION:   _____

        BILLING PARTNER APPROVAL:  _____       _____
                                   BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
             BILLING COMMENTS:     _____


-----------------------------------------------------------------------------------------------------------------------
                         ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH
                         ----------------------------                        -----------------
                FEES:                       0.00
        DISBURSEMENTS:                   2,055.50      UNIDENTIFIED RECEIPTS:         0.00
          FEE RETAINER:                     0.00          PAID FEE RETAINER:         0.00
         DISB RETAINER:                     0.00         PAID DISB RETAINER:         0.00
    TOTAL OUTSTANDING:                   2,055.50      TOTAL AVAILABLE FUNDS:        0.00
                                                           TRUST BALANCE:
                                            BILLING HISTORY
                                            -----------------
          DATE OF LAST BILL:            09/25/08        LAST PAYMENT DATE:     09/22/08
         LAST BILL NUMBER:               500350  ACTUAL FEES BILLED TO DATE:  296,306.50
                                                 ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                    TOTAL FEES BILLED TO DATE:  296,306.50
    LAST BILL THRU DATE:               08/31/08    FEES WRITTEN OFF TO DATE:         0.00
                                                  COSTS WRITTEN OFF TO DATE:     1,761.99
FOR ACCTG USE ONLY:                     Write Down/Up Reason Codes:
                                        ---------------------------
          (1) Exceeded Fixed Fee       (4) Excessive Legal Time     (7) Fixed Fee
          (2) Late Time & Costs Posted (5) Business Development      (8) Premium
          (3) Pre-arranged Discount    (6) Summer Associate          (9) Rounding           (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    2
                                                   *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 10/28/2008 15:23:11

Matter No: 056772-00007                              Orig Prtnr : CRED. RGTS  - 06975                 Proforma Number:    2672673
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495              Bill Frequency: M
Matter Name : REORGANIZATION PLAN                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                            Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                            Oldest      Latest         Total
                                             Entry       Entry          Amount
----  -----------------------------          ------      ------       -----------
0816  VELOBINDINGS                           09/08/08    09/23/08         157.50
0817  TABS                                   09/08/08    09/23/08         560.00
0820  PHOTOCOPYING                           09/02/08    09/25/08       1,252.80
0841  RESEARCH SERVICES                      09/16/08    09/16/08          26.00
0940  CAB FARES                              09/03/08    09/23/08          38.00
0942  MEALS/IN-HOUSE                         09/07/08    09/07/08          21.20


            Total                                                       2,055.50


U N B I L L E D   C O S T S   D E T A I L
Description/Code                             Employee         Date        Amount       Index#  Batch No  Batch Date
-----------------------------------------    --------        ------     -----------    ------- --------- ----------


VELOBINDINGS 0816
     VELOBINDINGS                            WIERMAN, L E    09/08/08       37.50      8459805  612298   09/15/08
     WIERMAN  LAUREN E    17062   BINDING
     VELOBINDINGS                            WIERMAN, L E    09/11/08       45.00      8459806  612298   09/15/08
     WIERMAN  LAUREN E    17062   BINDING
     VELOBINDINGS                            WIERMAN, L E    09/11/08       45.00      8459807  612298   09/15/08
     WIERMAN  LAUREN E    17062   BINDING
     VELOBINDINGS                            WIERMAN, L E    09/23/08       30.00      8471434  617618   09/25/08
     WIERMAN  LAUREN E    17062   BINDING
                                             0816 VELOBINDINGS Total :     157.50

TABS 0817
     TABS                                    WIERMAN, L E    09/08/08      170.00      8459755  612290   09/15/08
     WIERMAN  LAUREN E    17062   TABS
     TABS                                    WIERMAN, L E    09/11/08      138.00      8459756  612290   09/15/08
     WIERMAN  LAUREN E    17062   TABS
     TABS                                    WIERMAN, L E    09/11/08      144.00      8459757  612290   09/15/08
     WIERMAN  LAUREN E    17062   TABS
     TABS                                    WIERMAN, L E    09/23/08      108.00      8471410  617617   09/25/08
     WIERMAN  LAUREN E    17062   TABS
                                             0817 TABS Total :             560.00

PHOTOCOPYING 0820
     PHOTOCOPYING                            TRIVENTO, N     09/02/08        3.50      8451567  609940   09/09/08
     TRIVENTO  NICK
     PHOTOCOPYING                            WIERMAN, L E    09/08/08      332.80      8458263  612257   09/15/08
     WIERMAN  LAUREN E
     PHOTOCOPYING                            WIERMAN, L E    09/11/08      648.40      8458264  612257   09/15/08
     WIERMAN  LAUREN E
     PHOTOCOPYING                            WIERMAN, L E    09/23/08      263.10      8470091  617610   09/25/08
     WIERMAN  LAUREN E
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    3
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/28/2008 15:23:12

Matter No: 056772-00007                                Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2672673
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : REORGANIZATION PLAN                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                                   Employee          Date          Amount       Index#  Batch No  Batch Date
-----------------------------------------------    --------         ------       -----------    ------- --------- ----------

      PHOTOCOPYING                                 BENTLEY, P        09/25/08         5.00       8475372  619321    09/29/08
      BENTLEY  PHILIP

                                                   0820 PHOTOCOPYING Total :     1,252.80

RESEARCH SERVICES 0841
      RESEARCH SERVICES                            NG, E N           09/16/08        26.00       8461442  613830    09/18/08
      Ordered documents from courtlink for L WIERMAN
                                                   0841 RESEARCH SERVICES Total :     26.00

CAB FARES 0940
      JULIET RAMDIN, CASHIER                       MARTORANA, K R    09/03/08        10.00       8472258  618121    09/26/08
      JULIET RAMDIN, CASHIER                       MARTORANA, K R    09/09/08         8.00       8472256  618121    09/26/08
      JULIET RAMDIN, CASHIER                       MARTORANA, K R    09/16/08        11.00       8472257  618121    09/26/08
      JULIET RAMDIN, CASHIER                       WEINER, A W       09/23/08         9.00       8473558  618681    09/29/08
                                                   0940 CAB FARES Total :             38.00

MEALS/IN-HOUSE 0942
      MEALS/IN-HOUSE                               MARTORANA, K R    09/07/08        21.20       8466400  615822    09/23/08
      IN-HOUSE/MEALS

                                                   0942 MEALS/IN-HOUSE Total :       21.20



        Costs Total :                                                            2,055.50
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    4
                                                *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/28/2008 15:23:12

Matter No: 056772-00007                        Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2672673
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount        Bill        W/o / W/u        Transfer  To   Clnt/Mtr     Carry Forward
----------------------  ------------------  ----------- --------------- ----------------------------- ----------------

0816 VELOBINDINGS               157.50      _____ _____ _____ _____

0817 TABS                       560.00      _____ _____ _____ _____

0820 PHOTOCOPYING             1,252.80      _____ _____ _____ _____

0841 RESEARCH SERVICES           26.00      _____ _____ _____ _____

0940 CAB FARES                   38.00      _____ _____ _____ _____

0942 MEALS/IN-HOUSE              21.20      _____ _____ _____ _____


        Costs Total :         2,055.50      _____ _____ _____ _____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                           PAGE    5
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/28/2008 15:23:12

Matter No: 056772-00008                     Orig Prtnr : CRED. RGTS - 06975           Proforma Number:    2672673
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                            Status    : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------
                                         PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------
               UNBILLED TIME FROM:                        TO:
               UNBILLED DISB FROM:  08/27/2008            TO:      09/24/2008
-------------------------------------------------------------------------------------------------------------
                                   FEES                        COSTS
                                   ------                      -----------
          GROSS BILLABLE AMOUNT:              0.00                       11.98
           AMOUNT WRITTEN DOWN:   _____           _____
                      PREMIUM:    _____           _____
             ON ACCOUNT BILLED:   _____           _____
    DEDUCTED FROM PAID RETAINER:  _____           _____
                AMOUNT BILLED:    _____           _____
                   THRU DATE:                                             09/24/2008
   CLOSE MATTER/FINAL BILLING?    YES   OR   NO                 _____
     EXPECTED DATE OF COLLECTION: _____

        BILLING PARTNER APPROVAL: _____           _____
                                  BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
               BILLING COMMENTS:
                                  _____


-------------------------------------------------------------------------------------------------------------
                         ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
                         ------------------------------                    -----------------
              FEES:                       0.00
       DISBURSEMENTS:                     11.98    UNIDENTIFIED RECEIPTS:           0.00
         FEE RETAINER:                     0.00         PAID FEE RETAINER:          0.00
        DISB RETAINER:                     0.00        PAID DISB RETAINER:          0.00
    TOTAL OUTSTANDING:                    11.98     TOTAL AVAILABLE FUNDS:          0.00
                                                          TRUST BALANCE:
                                      BILLING HISTORY
                                      -----------------
        DATE OF LAST BILL:          09/25/08        LAST PAYMENT DATE:      09/22/08
         LAST BILL NUMBER:          500350   ACTUAL FEES BILLED TO DATE:  171,271.50
                                          ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                TOTAL FEES BILLED TO DATE:  171,271.50
     LAST BILL THRU DATE:           08/31/08   FEES WRITTEN OFF TO DATE:   18,370.00
                                               COSTS WRITTEN OFF TO DATE:      500.51
FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:
                                    ---------------------------
          (1) Exceeded Fixed Fee    (4) Excessive Legal Time    (7) Fixed Fee
          (2) Late Time & Costs Posted  (5) Business Development (8) Premium
          (3) Pre-arranged Discount (6) Summer Associate        (9) Rounding          (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    6
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/28/2008 15:23:12

Matter No: 056772-00008                               Orig Prtnr : CRED. RGTS  - 06975             Proforma Number:    2672673
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT             Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                            Oldest     Latest         Total
                                             Entry      Entry          Amount
----  -----------------------------          ------     ------         -----------
0820  PHOTOCOPYING                           09/18/08   09/24/08            2.90
0930  MESSENGER/COURIER                      08/27/08   08/27/08            9.08

          Total                                                           11.98


U N B I L L E D   C O S T S   D E T A I L
Description/Code                             Employee         Date          Amount        Index#  Batch No  Batch Date
-----------------------------------------    --------         ------        -----------   ------- --------- ----------


PHOTOCOPYING 0820
     PHOTOCOPYING                            MARTORANA, K R   09/18/08        1.70         8462736  614887   09/19/08
     MARTORANA  KEITH R
     PHOTOCOPYING                            MARTORANA, K R   09/24/08        1.20         8470092  617610   09/25/08
     MARTORANA  KEITH R
                                             0820 PHOTOCOPYING Total :       2.90


MESSENGER/COURIER 0930
     FEDERAL EXPRESS CORPORAT                WIERMAN, L E     08/27/08        9.08         8467617  616112   09/24/08
     Buchanan Ingersoll & Rooney
                                             0930 MESSENGER/COURIER Total :  9.08



          Costs Total :                                                     11.98
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    7
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/28/2008 15:23:12
```

```
Matter No: 056772-00008                                Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2672673
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE
```

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer  To   Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0820 PHOTOCOPYING | 2.90 | _____ | _____ | _____ | _____ |
| 0930 MESSENGER/COURIER | 9.08 | _____ | _____ | _____ | _____ |
| Costs Total : | 11.98 | _____ | _____ | _____ | _____ |

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    8
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/28/2008 15:23:12

Matter No: 056772-00010                        Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2672673
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                               Status    : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------
                                        PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------
             UNBILLED TIME FROM:                            TO:
             UNBILLED DISB FROM:  09/08/2008                TO:     09/14/2008
-----------------------------------------------------------------------------------------------------------------
                                   FEES                      COSTS
                                   ------                    -----------
           GROSS BILLABLE AMOUNT:               0.00                       41.96
           AMOUNT WRITTEN DOWN:    _____        _____
                       PREMIUM:    _____        _____
             ON ACCOUNT BILLED:    _____        _____
     DEDUCTED FROM PAID RETAINER:  _____        _____
                 AMOUNT BILLED:    _____        _____
                    THRU DATE:                                              09/14/2008
     CLOSE MATTER/FINAL BILLING?   YES   OR   NO
     EXPECTED DATE OF COLLECTION:  _____

          BILLING PARTNER APPROVAL: _____        _____
                                    BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                 BILLING COMMENTS:
-----------------------------------------------------------------------------------------------------------------

                            ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH
                            ----------------------------                 -----------------
              FEES:                        0.00
     DISBURSEMENTS:                        41.96    UNIDENTIFIED RECEIPTS:        0.00
       FEE RETAINER:                        0.00        PAID FEE RETAINER:        0.00
      DISB RETAINER:                        0.00       PAID DISB RETAINER:        0.00
  TOTAL OUTSTANDING:                       41.96   TOTAL AVAILABLE FUNDS:        0.00
                                                         TRUST BALANCE:
                                       BILLING HISTORY
                                       -----------------
        DATE OF LAST BILL:            09/25/08      LAST PAYMENT DATE:    09/22/08
        LAST BILL NUMBER:             500350 ACTUAL FEES BILLED TO DATE:  95,570.50
                                             ON ACCOUNT FEES BILLED TO DATE:    0.00
                                                TOTAL FEES BILLED TO DATE:  95,570.50
    LAST BILL THRU DATE:             08/31/08   FEES WRITTEN OFF TO DATE:      0.00
                                                COSTS WRITTEN OFF TO DATE:    655.88
FOR ACCTG USE ONLY:                    Write Down/Up Reason Codes:
                                       ---------------------------
        (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
        (3) Pre-arranged Discount     (6) Summer Associate        (9) Rounding              (10) Client Arrangement

   BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE     9
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/28/2008 15:23:12

Matter No: 056772-00010                                Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2672673
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS) Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                        Oldest     Latest        Total
                                          Entry      Entry        Amount
----  ------------------------------     ------     ------      -----------
0921  LEXIS/NEXIS ON-LINE RESEARCH       09/12/08   09/12/08          20.23
0940  CAB FARES                          09/08/08   09/08/08           9.00
0942  MEALS/IN-HOUSE                     09/14/08   09/14/08          12.73


          Total                                                       41.96


U N B I L L E D   C O S T S   D E T A I L
Description/Code                             Employee          Date        Amount      Index#  Batch No  Batch Date
----------------------------------------     --------          ------      -----------  ------- --------- ----------

LEXIS/NEXIS ON-LINE RESEARCH 0921
     LEXIS/NEXIS ON-LINE                     MARTORANA, K R    09/12/08        20.23    8480018  621405   10/02/08
                                         0921 LEXIS/NEXIS ON-LINE Total :       20.23

CAB FARES 0940
     JULIET RAMDIN, CASHIER                  MARTORANA, K R    09/08/08         9.00    8472259  618121   09/26/08
                                         0940 CAB FARES Total :                 9.00

MEALS/IN-HOUSE 0942
     MEALS/IN-HOUSE                          MARTORANA, K R    09/14/08        12.73    8466654  615964   09/23/08
     IN-HOUSE/MEALS
                                         0942 MEALS/IN-HOUSE Total :           12.73



          Costs Total :                                                        41.96
```

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                           PAGE    10
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/28/2008 15:23:12

Matter No: 056772-00010                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2672673
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description              Amount         Bill        W/o / W/u        Transfer  To   Clnt/Mtr     Carry Forward
----------------------  ------------------   ----------  --------------   ------------------------------  ----------------

0921 LEXIS/NEXIS ON-LINE RESEA      20.23    _____  _____   _____  _____

0940 CAB FARES                       9.00    _____  _____   _____  _____

0942 MEALS/IN-HOUSE                 12.73    _____  _____   _____  _____


        Costs Total :               41.96   _____  _____   _____  _____

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   11
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/28/2008 15:23:12

Matter No: 056772-00019                         Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2672673
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                 Status    : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------
                                           PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                            TO:
              UNBILLED DISB FROM:    08/15/2008              TO:      09/30/2008
-----------------------------------------------------------------------------------------------------------------
                                          FEES                         COSTS
                                          ------                       -----------
         GROSS BILLABLE AMOUNT:                      0.00                      328.43
          AMOUNT WRITTEN DOWN:       _____         _____
                      PREMIUM:       _____         _____
            ON ACCOUNT BILLED:       _____         _____
   DEDUCTED FROM PAID RETAINER:      _____         _____
                AMOUNT BILLED:       _____         _____
                    THRU DATE:                                             09/30/2008
   CLOSE MATTER/FINAL BILLING?       YES   OR   NO
    EXPECTED DATE OF COLLECTION:     _____

        BILLING PARTNER APPROVAL:    _____         _____
                                     BENTLEY PHILIP - 02495      WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
             BILLING COMMENTS:
```

```
-----------------------------------------------------------------------------------------------------------------
                    ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
                    ------------------------------                    -----------------
              FEES:                       0.00
     DISBURSEMENTS:                      328.43    UNIDENTIFIED RECEIPTS:          0.00
       FEE RETAINER:                      0.00         PAID FEE RETAINER:          0.00
      DISB RETAINER:                      0.00        PAID DISB RETAINER:          0.00
  TOTAL OUTSTANDING:                     328.43    TOTAL AVAILABLE FUNDS:          0.00
                                                       TRUST BALANCE:
                                    BILLING HISTORY
                                    -----------------
        DATE OF LAST BILL:          08/25/08       LAST PAYMENT DATE:        09/22/08
        LAST BILL NUMBER:           498488 ACTUAL FEES BILLED TO DATE:     322,454.50
                                           ON ACCOUNT FEES BILLED TO DATE:       0.00
                                              TOTAL FEES BILLED TO DATE:   322,454.50
     LAST BILL THRU DATE:           07/31/08    FEES WRITTEN OFF TO DATE:   10,068.18
                                              COSTS WRITTEN OFF TO DATE:    1,237.85
FOR ACCTG USE ONLY:                 Write Down/Up Reason Codes:
                                    ---------------------------
         (1) Exceeded Fixed Fee     (4) Excessive Legal Time    (7) Fixed Fee
         (2) Late Time & Costs Posted (5) Business Development   (8) Premium
         (3) Pre-arranged Discount  (6) Summer Associate        (9) Rounding          (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   12
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/28/2008 15:23:12

Matter No: 056772-00019                                  Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2672673
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : HEARINGS                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                         Oldest      Latest          Total
                                          Entry       Entry           Amount
----  -----------------------------       ------      ------        -----------
0940  CAB FARES                           08/15/08    09/02/08          48.80
0942  MEALS/IN-HOUSE                      09/02/08    09/02/08           6.38
0950  OUT-OF-TOWN TRAVEL                  09/30/08    09/30/08         273.25

          Total                                                        328.43


U N B I L L E D   C O S T S   D E T A I L
Description/Code                               Employee          Date         Amount      Index#  Batch No  Batch Date
------------------------------------------     --------          ------      -----------   ------- --------- ----------

CAB FARES 0940
    CAB FARES                                  WIERMAN, L E      08/15/08        40.80     8450636  609793   09/09/08
    CAB FARES - ODYSSEY
    JULIET RAMDIN, CASHIER                     MARTORANA, K R    09/02/08         8.00     8472260  618121   09/26/08
                                               0940 CAB FARES Total :           48.80

MEALS/IN-HOUSE 0942
    JULIET RAMDIN, CASHIER                     MARTORANA, K R    09/02/08         6.38     8472261  618121   09/26/08
                                               0942 MEALS/IN-HOUSE Total :       6.38

OUT-OF-TOWN TRAVEL 0950
    DINERS CLUB CITICORP DIN                   MARTORANA, K R    09/30/08       273.25     8479406  621090   10/02/08
    OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
    CITICORP DINERS CLUB 9/2/2008 NYP TO WIL TO NYP
                                               0950 OUT-OF-TOWN TRAVEL Total :  273.25


          Costs Total :                                                        328.43
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   13
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 10/28/2008 15:23:12
```

```
Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2672673
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                     Status     : ACTIVE
```

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer  To   Clnt/Mtr | Carry Forward |
|------------------|--------|------|-----------|-------------------------|---------------|
| 0940 CAB FARES | 48.80 | _____ | _____ | _____ | _____ |
| 0942 MEALS/IN-HOUSE | 6.38 | _____ | _____ | _____ | _____ |
| 0950 OUT-OF-TOWN TRAVEL | 273.25 | _____ | _____ | _____ | _____ |
|  |  |  |  |  |  |
| Costs Total : | 328.43 | _____ | _____ | _____ | _____ |