IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**Objection Deadline: November 18, 2008 at 4:00 p.m.**

## FEE DETAIL FOR NELSON MULLINS RILEY & SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD FROM SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                                              October 3, 2008
ATTN: Lydia Duff, Esq.                                            Invoice 896084 Page 1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

Our Matter #              02399/06003                        For Services Through 09/30/08
WR Grace #              063-KL-721490-01-501270
Name of Matter:       Beaco Road Site

| | | | |
|---|---|---|---|
| 09/05/08 | Respond to electronic mail memorandum concerning claim (0.1); confer with client regarding same (0.5); review summary of call regarding claim and comment on same (0.1). | | |
| | R.T. CARLISLE | 0.70 hrs.    280.00/hr | $196.00 |
| 09/08/08 | Confer with client relating to claim and confer with client and opposing counsel regarding same (0.4); review summary of discussion with opposing counsel (0.1). | | |
| | R.T. CARLISLE | 0.50 hrs.    280.00/hr | $140.00 |

**Total Fees for Legal Services** ......................................................................................... **$336.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| R.T. CARLISLE | 1.20 | 280.00 | 336.00 |
| TOTAL | 1.20 | $280.00 | $336.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 08/20/2008 | Federal Express charge | 17.03 |
| 09/05/2008 | Telephone 1-443-535-8439 | 1.25 |
| 09/08/2008 | Telephone 1-410-531-4210 | 0.05 |

**Total Charges for Other Services Provided/Expenses Incurred** ..................................... **$18.33**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Fed Ex | 17.03 |
| Telephone | 1.30 |
| TOTAL | $18.33 |

**Net current billing for this invoice**................................................................................. **$354.33**

**GRAND TOTAL** ............................................................................................. **$354.33**

W. R. Grace & Co.

October 3, 2008
Invoice 896084  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN:  Accounts Receivable**
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 09/30/08

W. R. Grace & Co.
Beaco Road Site
Our Matter # 02399/06003

| | |
|---|---|
| Fees for Professional Services | $336.00 |
| Charges for Other Services Provided/Expenses Incurred | $18.33 |

Net current billing for this invoice.................................................................    **$354.33**

GRAND TOTAL ............................................................................................    **$354.33**

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank**: Columbus Bank & Trust (CB&T)
**ABA Number**: 061100606
**Beneficiary Bank**: National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number**: 00322407701

———

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank**: National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number**: 053200666
**Beneficiary Customer**: Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number**: 00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.                                                                October 6, 2008
ATTN: Lydia Duff, Esq.                                                  Invoice 896405  Page  1
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

Our Matter #            02399/06032                          For Services Through 09/30/08
WR Grace #            063-KL-721490-01-0501221
Name of Matter:       Charleston

| | | | | |
|---|---|---|---|---|
| 09/02/08 | Review message from Mr. Bucens, reply and review additional clarification and message. | | | |
| | N.J. SMITH | 0.30 hrs. | 320.00/hr | $96.00 |
| 09/05/08 | Review correspondence from DHEC and covenant, make notes for discussion with team (0.3); conference call with Ms. Duff, Mr. Bucens and Mr. Obradovic regarding City geotechnical testing and correspondence from DHEC, plan response and coordination on contact with City attorney on characterization of site conditions (0.6); telephone conference with Mr. Bucens and contact Mr. Shissias (0.2). | | | |
| | N.J. SMITH | 1.10 hrs. | 320.00/hr | $352.00 |
| 09/08/08 | Follow up with Mr. Shissias on characterization and development issues, discuss soil management plan approach and DHEC requirements, specific site issues, and information in reports to assist in determination of debris and soil management during construction, incorporation into VCC proposal, and discuss W.R. Grace participation in such DHEC meetings (0.9); review revisions from Ms. Duff and Mr. Obradovic to draft correspondence to DHEC on S&ME work and note issues, response to questions (0.4). | | | |
| | N.J. SMITH | 1.30 hrs. | 320.00/hr | $416.00 |
| 09/09/08 | Review revisions to correspondence to DHEC and messages to Mr. Bucens on same. | | | |
| | N.J. SMITH | 0.20 hrs. | 320.00/hr | $64.00 |
| 09/18/08 | Message from Mr. Bucens with draft phase 1 report on site, begin review of same (0.4); message from Mr. Bucens regarding schedule for transaction and then on conversation with Ms. Canova (0.2). | | | |
| | N.J. SMITH | 0.60 hrs. | 320.00/hr | $192.00 |
| 09/24/08 | Complete review of draft phase 1 performed by S&ME for City. | | | |
| | N.J. SMITH | 0.40 hrs. | 320.00/hr | $128.00 |
| 09/25/08 | Message from Mr. Bucens with link to final phase 1 for City by S&ME, review same for changes to sections noted in draft. | | | |
| | N.J. SMITH | 0.40 hrs. | 320.00/hr | $128.00 |
| 09/26/08 | Telephone conference with Mr. Shissias regarding status of DHEC review of phase 1 and development of VCC, discuss soil management, strategy with DHEC and for meeting deadline for VCC and closing (0.4); prepare message to client with update on conversation with Mr. Shissias (0.1). | | | |
| | N.J. SMITH | 0.50 hrs. | 320.00/hr | $160.00 |
| 09/30/08 | Message from Mr. Bucens regarding status of negotiations and contract with City, reply. | | | |

W. R. Grace & Co.

October 6, 2008
Invoice 896405 Page 2

| | | | |
|---|---|---|---|
| N.J. SMITH | 0.40 hrs. | 320.00/hr | $128.00 |

**Total Fees for Legal Services** ............................................................................ **$1,664.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 5.20 | 320.00 | 1,664.00 |
| TOTAL | 5.20 | $320.00 | $1,664.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | |
|---|---|
| 09/05/2008     Telephone 1-617-899-0354 | 0.25 |

**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$0.25**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 0.25 |
| TOTAL | $0.25 |

**Net current billing for this invoice** ............................................................................... **$1,664.25**

**GRAND TOTAL** ................................................................................................................ **$1,664.25**

W. R. Grace & Co.

October 6, 2008
Invoice 896405  Page 3

### REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 09/30/08

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | | |
|---|---|---|
| Fees for Professional Services | $1,664.00 | |
| Charges for Other Services Provided/Expenses Incurred | $0.25 | |
| **Net current billing for this invoice**............................................................... | | **$1,664.25** |
| **GRAND TOTAL** ......................................................................................... | | **$1,664.25** |

| Terms of Payment:  Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

———

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank:** National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number:** 053200666
**Beneficiary Customer:** Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number:** 00322407701

# Nelson Mullins

**Nelson Mullins Riley & Scarborough LLP**
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD 21044

October 3, 2008
Invoice 896085 Page 1

| Our Matter # | 02399/06091 | For Services Through 09/30/08 |
| Name of Matter: | Fee Applications | |

| | | | | |
|---|---|---|---|---|
| 09/15/08 | Review, edit and approve fee application. | | | |
| | B.J. BURN | 0.20 hrs. | 240.00/hr | $48.00 |
| 09/15/08 | Draft August fee application and revise application and send to be filed. | | | |
| | B.A. WRIGHT | 0.70 hrs. | 120.00/hr | $84.00 |
| 09/19/08 | Draft the 29th quarterly fee application. | | | |
| | B.A. WRIGHT | 1.70 hrs. | 120.00/hr | $204.00 |

**Total Fees for Legal Services** ..................................................................................... **$336.00**

### BILLING SUMMARY

| | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.J. BURN | 0.20 | 240.00 | 48.00 |
| B.A. WRIGHT | 2.40 | 120.00 | 288.00 |
| TOTAL | 2.60 | 129.23 | 336.00 |

**Net current billing for this invoice**.................................................................................. **$336.00**

**GRAND TOTAL** ............................................................................................................... **$336.00**

W. R. Grace & Co.

October 3, 2008
Invoice 896085  Page 2

## REMITTANCE COPY

Please Return With Your Payment To:

**ATTN: Accounts Receivable**
**Nelson Mullins Riley & Scarborough LLP**
Post Office Drawer 11009
Columbia, South Carolina  29211
Telephone (803) 799-2000

For Services Through 09/30/08

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---|
| Fees for Professional Services | $336.00 |
| Charges for Other Services Provided/Expenses Incurred | $0.00 |
| **Net current billing for this invoice**............................................................. | **$336.00** |
| **GRAND TOTAL** ............................................................................................................ | **$336.00** |

| |
|---|
| **Terms of Payment:  Balance due within thirty days of invoice date** |

**DOMESTIC WIRING INSTRUCTIONS**
**Receiving Bank:** Columbus Bank & Trust (CB&T)
**ABA Number:** 061100606
**Beneficiary Bank**: National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**Beneficiary Customer:**  Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number**: 00322407701

———

**FOREIGN WIRING INSTRUCTIONS**
**Beneficiary Bank**: National Bank of SC, PO Box 1798, Sumter SC  29151-1798
**ABA Number**: 053200666
**Beneficiary Customer**:  Nelson Mullins Riley & Scarborough, LLP Operating Account
**Beneficiary Account Number**: 00322407701