IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** : | : Chapter 11 |
| **W.R. GRACE & CO., et al.,** : | : |
| : | : Case No. 01-01139 (JKF) |
| **Debtors.** : | : Jointly Administered |
| _____ : | : |
| **THE SCOTTS COMPANY,** : | : |
| : | : |
| **Plaintiff,** : | : |
| : | : |
| v. : | : |
| : | : |
| **AMERICAN EMPLOYERS INSURANCE COMPANY; BOSTON OLD COLONY INSURANCE COMPANY; CONTINENTAL CASUALTY COMPANY; EMPLOYERS COMMERCIAL UNION N/K/A/ ONEBEACON AMERICA INSURANCE COMPANY; MARYLAND CASUALTY COMPANY; UNIGARD INSURANCE COMPANY,** : | : Adv. Pro. No. 04-55083 (JKF) |
| : | : |
| -and- : | : |
| : | : |
| **W.R. GRACE & CO., et al.,** : | : |
| : | : |
| **Defendants.** : | : |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that Morris, Nichols, Arsht & Tunnell LLP hereby withdraws its appearance as Delaware counsel for The Scotts Company LLC, successor by merger to The Scotts Company, in the above-captioned chapter 11 case and adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that Richards, Layton & Finger, P.A. hereby enters its appearance as Delaware counsel for The Scotts Company LLC, successor by

RLF1-3335790-1

merger to The Scotts Company, in the above-captioned chapter 11 case and adversary proceeding.

| | |
|---|---|
| **RICHARDS, LAYTON & FINGER, P.A.** | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |
| /s/ Robert J. Stearn | /s/ |
| Robert J. Stearn, Jr. (No. 2915) | William H. Sudell, Jr. (No. 0463) |
| Cory D. Kandestin (No. 5025) | Daniel Bryan Butz (No. 4385) |
| One Rodney Square | 1201 North Market Street |
| P.O. Box 551 | P.O. Box 1347 |
| Wilmington, Delaware 19899 | Wilmington, DE 19899-1347 |
| Telephone: (302) 651-7700 | Telephone: (302) 658-9200 |
| Facsimile: (302) 651-7701 | Facsimile: (302) 658-3989 |

-and-

Robert J. Sidman (Ohio Bar #0017390)
(admitted *pro hac vice*)
Tiffany Strelow Cobb (Ohio Bar #0067516)
(admitted *pro hac vice*)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215
Telephone: (614) 464-6400
Facsimile: (614) 719-4663

Attorneys for The Scotts Company LLC, and certain of its related entities

Dated: October 29, 2008                              Dated: October 29, 2008

RLF1-3335790-1