UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: W.R. GRACE & CO., et al., | ) | CHAPTER 11 |
| | ) | |
| | ) | BANKRUPTCY NO. 01-01139 (JKF) |
| DEBTORS. | ) | (Jointly Administered) |
| | ) | |

### UNITED STATES ZONOLITE CLAIMANTS' MOTION FOR CLASS CERTIFICATION

Pursuant to Fed. R. Bankr. P. 9014, Fed. R. Bankr. P. 7023, and Fed. R. Civ. P. 23, the ZAI Claimants respectfully move the Court for an Order certifying a United States Zonolite Attic Insulation class and such state subclasses as the Court may deem advisable. The grounds for the motion are set forth in the accompanying Memorandum in Support.

Date:  October 29, 2008
       Wilmington, DE

SULLIVAN · HAZELTINE · ALLINSON LLC

_/s/ William D. Sullivan_

William D. Sullivan (No. 2820)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-- and --

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
926 W. Sprague Avenue
Chronicle Building, Suite 680
Spokane, Washington  99201
Telephone:  (509) 455-3966

-- and --

-1-

RICHARDSON, PATRICK, WESTBROOK &
BRICKMAN, LLC
Edward J. Westbrook
Robert M. Turkewitz
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, South Carolina  29464
Telephone:  (843) 727-6500

*Counsel for ZAI Claimants*