UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: W.R. GRACE & CO., et al., | ) | CHAPTER 11 |
| | ) | |
| | ) | BANKRUPTCY NO. 01-01139 (JKF) |
| DEBTORS. | ) | (Jointly Administered) |
| | ) | |
| | ) | |
| | ) | |

**TABLE OF CONTENTS OF APPENDICES TO**

**ZAI CLAIMANTS' MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF UNITED STATES ZONOLITE CLAIMANTS
MOTION FOR CLASS CERTIFICATION**

| APPENDIX NO. | DESCRIPTION |
|---|---|
| A | Class Proof of Claim forms filed with the Claims Processing Agent |
| B | Proof of Claim document filed with the Claims Processing Agent from Ernest Joe (Jay-Cee) Crosby, Senior |