# APPENDIX "A"

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |
| **NOTE:** The last day on which to file this form is OCTOBER 31, 2008. Use this form _only_ if you have a ZAI Claim against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): <br> The Washington Class, through its agent Marco Barbanti, and on behalf of a proposed Nationwide Class (see attached) | | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent: <br><br> The Scott Law Group, P.S. <br> 926 W. Sprague Ave., Suite 680 <br> Spokane, WA 99201 <br><br> Telephone Number: <br><br> (509) 455-3966 | | |
| **1. Building Information:** <br><br> **a. Address of the building that contains ZAI:** <br><br> See attached <br> , WA <br><br><br> **b. Approximate date the building was constructed:** <br><br> See attached <br><br> **c. Approximate date ZAI was installed in the building:** <br><br> See attached <br><br> **d. Location within building where ZAI is located:** <br><br> See attached <br><br> **e. What is your legal interest in the building (i.e., own or lease)?** <br><br> See attached <br><br> **f. Date of removal of ZAI (if applicable):** <br><br> See attached <br><br> ***Attach any backup documents to this form that are related to these questions.** | THIS SPACE INTENTIONALLY LEFT BLANK | |
| **2. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | | This Space is for Court Use Only |
| Date: <br> 10-10-2008 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _Marco Barbanti_, class representative <br> MARCO BARBANTI | |

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:**   The Washington Class, by an through its designated and duly appointed agent, Marco Barbanti, and further on behalf of similarly situated homeowners throughout the United States.

**Class:**   **Certified Washington Class**: All owners of real property located in the state of Washington in which vermiculite insulation manufactured by Debtors has been installed.

**Proposed Class:** All owners of real property located throughout the United States in which vermiculite insulation manufactured by Debtors has been installed.

**Known Class Members:** See listing attached for known Washington Class Members

**Class Counsel where Notices should be sent:**

| | |
|---|---|
| The Scott Law Group, P.S. | Richardson Patrick Westbrook & Brickman LLC |
| 926 W. Sprague Ave., Suite 680 | 1037 Chuck Dawley Blvd., Bldg. A |
| Spokane, WA 99201 | Mount Pleasant, SC 29465 |
| Telephone: (509) 455-3966 | Telephone: (843) 727-6513 |

## 1. Building Information:

### a. Address of the building that contains ZAI:

Class Rep: See Individual Proof of Claim Forms attached hereto.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### b. Approximate date the building was constructed:

Class Rep: See Individual Proof of Claim Forms attached hereto.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### c. Approximate date ZAI was installed in the building:

Class Rep: See Individual Proof of Claim Forms attached hereto.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### d. Location within building where ZAI is located:

Class Rep: See Individual Proof of Claim Forms attached hereto.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep: See Individual Proof of Claim Forms attached hereto.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### f. Date of removal of ZAI (if applicable):

Class Rep: See Individual Proof of Claim Forms attached hereto.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

## *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim. Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

## Presently Known Class Members - WA

William Abel

Ron Ackles and/or Vera Evans

Wanda Alderman

George Alex

Richard Allen

David and Karen Anderson

Tom and Sue Anselmo

Kenneth Arnts

Mary Ault

Gilbert Bagley

Melodie Bailey

Clyde and Ruth Ballard

Tony and Suzanne Bamonte

Carl Bangs

Marco Barbanti, on behalf of and as President of Royal Pottage Enterprises, Inc.

* The Washington Class, through its agent Marco Barbanti, and on behalf of a proposed Nationwide Class

Marco Barbanti, on behalf of and as President of FANO, INC.

Marco Barbanti, on behalf of and as President of Royal Pottage Enterprises, Inc.

Marco Barbanti, on behalf of and as President of FANO, INC.

Marco Barbanti, on behalf of and as President of New Horizon Ventures, Inc.

Tullia Barbanti

Fred Bartholomae

Brad and Sheri Bayley

William Beatty

Ann & J.H. Beck

William Becker

Tom Bell

Mike Benson

Laura Damasceno and/or Phil Berg

Barbara Beriault

Bruce Bertram

Linda Bird

Kevin Borden

Dana Bordwell

Harold and Judy Bowers

Clyde Boyce

Aaron Bragg

## Presently Known Class Members - WA

Adam Bray

Jamie Brown

Claudine Bruihl

Ralph Busch and Donna Duncan

* Washington Class Representative Ralph Busch, individually and on behalf of a Washington Class

Brent Caldwell

Paul Campbell and Carri Jean Ellis

Susan Carroll

John Chesnut

Christian Life Church c/o Barry Hill

Betty Cole

Robert Colistro

James Conant

Tim Connacher

E. Allen and Carol Cook

Carl Cornwell

Thomas Covey

Richard Crist

Caren Crockett

Susanne Croft

Laura Damasceno

Melissa Davidson

Carroll Davis

Duane Davis

Harold Davis

Everett Dean

Reinder Decher

Scott Deschryver

Rita and Arthur Dibble

Jerri and Shawn Dillon

Barney and Judy Donley

Daniela Dooley

Lourence Dormaier

Charlene Douglas

Rosemary and Larry Doyle

Lauren Dukes

Troy Eakle

## Presently Known Class Members - WA

Bonnie Eccles

Karen Eckert

William and Dorothy Elkins

Allan Eppinger

John Ericksen

Ron Erickson

Marian Espe

Mark Evans

Sammy Evans

Edwin Ewing

Julia (Judy) Eyre

Gustav Jon Fabbe

Terry Fellows

Robert Fischbach

Richard Flynn

Henry Ford Family Rev Living Trust

David Forrester

John Forsberg

Douglas Foss

Leona Frank

Howard Franks

Dolores (Dody) Fredericks

Dennis Frey

John Friel

Brenda Frye

Myrtle Fulfs

Kevin Galik

Wesley Gardner

Leo Garvey

Howard Bud Gatlin

Gerald Gendreau

Amanda Geroux

Kristine Gibson

Michael and Sylvia Gifford

Steve Gigliotti

Cheryl Gilman

Dale Gormley

## Presently Known Class Members - WA

William Gottfryd

John Greer

Maxine Gregory

Anthony V. and Laura Groh

Frank Gropp

Jim Gunderson

Leonard Gwinnup

Greg and Gina Hafer

Albert Hagenson

Cynthia Hahn

Gene and Susan Hall

Patsy Hamilton

Davis Hammond

Jack Harwood

Jack Harwood

Betty Hatch

Rand and Susan Hatch

Claudette Hazard

Matthew Hedley

Steve Heidal

William Heinz

Joe Henderson

Howard Herman

Greg and Kristen Hohensee

Sean Holland and Mary Maertens

Vic Hoover

Eric Huffman

Bruce Hughes

Dennis Hughes

Eric Hughes

Doug and Diane Huigen

Barbara Humberg

Tom Hunt

Gary Hutson

Bob and Barbara Ingram

David Irish

Janine James

## Presently Known Class Members - WA

Patricia James

Robert and Justine Jenkins

Craig and Robin Johnson

David Johnson

Gary Johnson

Lillian Johnson

Donald and Carolyn Jones

Martin Jones

Matry Jones

Mike Kalstad

Ann and Mike Kaluza

Scott Keener

Julie Kees / The Estate of Robert Kees

Jonathan Kelm

Mark Kepsen

George and Lorrain Kinerson

Brendan and Barbara King

Gordon Kleiner

Randy Knowles

William Knutsen

Jim Koch

Fred and Debbie Koester

Jim Kollmeyer

Marna Kostelecky

James and Susan Koziol

Darrell Kraft

Robert J. Kraut

Raymond L. Krebs

Carol Kuala

Lucille Kumpon

Dan Lambert

Judy Lane

Stanley Lauderbaugh

Dycelia Lawrence

Nathaniel Lawver

Mark Layton

Tony Lazanis

## Presently Known Class Members - WA

Brian and Julie Lehman

Tom Lewis

Barrett Lindsey

Dan and Kay Loibl

Nathan Love and Randy Shriver

Paul Luczyk

John Luppert

Sharon MacCready

Erin MacDonald

Bret MacPherson

Melody Mann

Tom Markson

Kenneth and Devonia Marrs

Kevin Marsh and Erika Kuhlman

William Marshall and Diane Evans

James Martin

William Matheson

Robert and Kathy Mathison

Doris Matthews

Tim McCann and/or Donna White-Olson

Sydney McCord

Patrick McDonald

Matt McGee

Russ McInerney

Michelle McKee

Ben McKeehan

Lorrie McLaughlin

Kenneth McLeod

Graham McQueen

Sandy Melville-Gaffney

Richard and Nancy Mengert

Brian Mickavicz

Jofrieda Mikalson

Raymond and Christie Miller

Brian Mize

Jan Moore

Linda Morehouse

## Presently Known Class Members - WA

Arnold Morgado

Richard Morris

Robert Morris and/or Marcus J. Loureiro

Robert Mularski

Tom Murphy

Rodney Neff

Suzanne Niles

Ken Noah

Thomas and Ruth Nolan

Cheryl O'Reilly

Dennis and Barbara Osberg

Mitch and Heather Osborne

Roger and Bev Osborne

Jay Ossiander

Robert Palm

Thomas and Heike Pardun

Robert Parks; Gloria Parks; and Karen Bishop

Ron and Marlene Patchett

Jon Patton

Helen Peluso

Larry and Kathleen Perez

Donna Phillips

Mark Phillipy

Kristin Plaggemars

Joan Polzin

Robert Potratz

Scott Powers

Edward and Virginia Pringle

Duane Regehr

Charles Rice

Dennis Riley

Jim Riley

Shannon Riley

James and Helen Rinehart

Gary Roach

Donald Rockser and/or Robert Rockser

Margaret Rolando

## Presently Known Class Members - WA

Raymond E. Rosenau

Diane G. Ross

Melvin Rubertt

Alyce Rubio

John Rumph

Leslie Rurey

Arthur Saylor

Keith Schafer

Theodore Scheele

Richard Schierman

Robert Schimanski

Marie Schlomer

Jess and Vickie Schloss

Dick Schmidt

Samuel Schnall

Tracy and Shelly Schornick

Joseph Schretenthaler

Karen and Leigh Schultheis

Joseph Schultz

Tami Schwartz

David M. Scott

John and Michelle Sell

Rosemary Sewell

Helen Sheppard

John Shively

Micole Short

Parmer and Stephanie Sickler

Alma Siecinski

Gordon W. and Fern Simpson

Terry Simpson

Lance Sinnema

Doris Smigaj

Delores Smith

Larry Smith

Lee Smith

Robert Smith

Terresa Smith

## Presently Known Class Members - WA

Jack Snizik

Jo Snyder

Marl and Teresa Somers

Eric St. Paul

S. Schaefer and Margot Schaefer Steffenhagen

Phyllis Stewart

Stan Streeter

Wayne Stronk

Janet Stutzman

Mike Tews

Steven Thomas

Rosemarie Thurman and Raymond Brinkman

Tim Timmerman

John Treffrey

Pat Tregellas

Ty Ullman

Jerry and Rachel VanBeek

Bret Vantine

Albert Verna

Paul Viren

Frank Wagner

Keith Walker

Benjamin F. Walls

Gary and Julie Walter

Christopher Walton

Christopher Warren

Jerry and Linda Watkins

Chip Weinrich

Arthur Weiss

Wendelin Wentz

Joseph and Janet Whipple

Jim White

Gerald Whitehead

Cecilia Whitmore

Conrad Wicht

Jody Williams

Pamela Williams

## Presently Known Class Members - WA

Linda Wilson

Doug and Rose Wing

Vera Wingett

John Wishart

Aleta Gale Wolf and/or Tony Jimmy

Doug Wright

Tom Yake

Sara Yarbro

Barry Yount

Tomie and John Zuchetto

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO.<br>ZAI PROOF OF<br>CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |
| **NOTE:** The last day on which to file this form is OCTOBER 31, 2008. Use this form only if you have a ZAI Claim against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property):<br>Martha Szufnarowski, Executrix of the Estate of John Szufnarowski, individually and on behalf of a NATIONWIDE CLASS | | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent:<br>The Scott Law Group, P.S.<br>926 W. Sprague Ave., Suite 680<br>Telephone Number:      Spokane, WA 99201<br><br>(509) 455-3966 | | |
| **1. Building Information:**<br><br>**a. Address of the building that contains ZAI:**<br><br>CLASS REP: (12)McIntosh Rd    #13<br>Chelmsford, MA 01824<br><br><br><br>**b. Approximate date the building was constructed:**<br><br>CLASS REP: 1962<br><br>**c. Approximate date ZAI was installed in the building:**<br><br>CLASS REP: Mid-1970's<br><br>**d. Location within building where ZAI is located:**<br><br>CLASS REP: Attic<br><br>**e. What is your legal interest in the building (i.e., own or lease)?**<br><br>CLASS REP: Former Owner – Reduced Sale<br><br>**f. Date of removal of ZAI (if applicable):**<br><br>CLASS REP: N/A<br>**\*\*\*Attach any backup documents to this form that are related to these questions.** | THIS SPACE INTENTIONALLY LEFT BLANK | |
| **2. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | | This Space is for Court Use Only |
| Date:<br>10/27/08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):<br><br>MARTHA J. SZUFNAROWSKI | |

## *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim. Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |
| NOTE: The last day on which to file this form is OCTOBER 31, 2008. Use this form only if you have a ZAI Claim against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | THIS SPACE IS FOR COURT USE ONLY |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): Washington Class Representative Ralph Busch, individually and on behalf of a Washington Class (see attached) | | |
| Name and address where notices should be sent: The Scott Law Group, P.S. 926 W. Sprague Ave., Suite 680 Telephone Number: Spokane, WA 99201 (509) 455-3966 | | |

1. **Building Information:**

a. **Address of the building that contains ZAI:**

See attached
, WA
_____

b. **Approximate date the building was constructed:**

See attached
_____

c. **Approximate date ZAI was installed in the building:**

See attached
_____

d. **Location within building where ZAI is located:**

See attached
_____

e. **What is your legal interest in the building (i.e., own or lease)?**

See attached
_____

f. **Date of removal of ZAI (if applicable):**

See attached
_____

***Attach any backup documents to this form that are related to these questions.**

THIS SPACE INTENTIONALLY LEFT BLANK

2. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

Date: 10/17/08

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): Ralph Busch

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:**   Ralph Busch, individually and on behalf of a Washington Class

**Class:**   All owners of real property located in the state of Washington in which vermiculite insulation manufactured by Debtors has been installed.

**Known Class Members:**   See listing attached

**Class Counsel where Notices should be sent:**

The Scott Law Group, P.S.                     Richardson Patrick Westbrook & Brickman LLC
926 W. Sprague Ave., Suite 680                 1037 Chuck Dawley Blvd., Bldg. A
Spokane, WA 99201                              Mount Pleasant, SC 29465
Telephone: (509) 455-3966                      Telephone: (843) 727-6513

## 1. Building Information:

### a. Address of the building that contains ZAI:

Class Rep: 1512 W. 14th Avenue, Spokane, WA 99204.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### b. Approximate date the building was constructed:

Class Rep: 1907.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### c. Approximate date ZAI was installed in the building:

Class Rep: Unknown.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### d. Location within building where ZAI is located:

Class Rep: Attic and walls.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep: Former owner - loss of home.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### f. Date of removal of ZAI (if applicable):

Class Rep: 2001.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

## *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim. Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

## Presently Known Class Members - WA

William Abel

Ron Ackles and/or Vera Evans

Wanda Alderman

George Alex

Richard Allen

David and Karen Anderson

Tom and Sue Anselmo

Kenneth Arnts

Mary Ault

Gilbert Bagley

Melodie Bailey

Clyde and Ruth Ballard

Tony and Suzanne Bamonte

Carl Bangs

Marco Barbanti, on behalf of and as President of Royal Pottage Enterprises, Inc.

* The Washington Class, through its agent Marco Barbanti, and on behalf of a proposed Nationwide Class

Marco Barbanti, on behalf of and as President of FANO, INC.

Marco Barbanti, on behalf of and as President of Royal Pottage Enterprises, Inc.

Marco Barbanti, on behalf of and as President of FANO, INC.

Marco Barbanti, on behalf of and as President of New Horizon Ventures, Inc.

Tullia Barbanti

Fred Bartholomae

Brad and Sheri Bayley

William Beatty

Ann & J.H. Beck

William Becker

Tom Bell

Mike Benson

Laura Damascno and/or Phil Berg

Barbara Beriault

Bruce Bertram

Linda Bird

Kevin Borden

Dana Bordwell

Harold and Judy Bowers

Clyde Boyce

Aaron Bragg

## Presently Known Class Members - WA

Adam Bray

Jamie Brown

Claudine Bruihl

Ralph Busch and Donna Duncan

* Washington Class Representative Ralph Busch, individually and on behalf of a Washington Class

Brent Caldwell

Paul Campbell and Carri Jean Ellis

Susan Carroll

John Chesnut

Christian Life Church c/o Barry Hill

Betty Cole

Robert Colistro

James Conant

Tim Connacher

E. Allen and Carol Cook

Carl Cornwell

Thomas Covey

Richard Crist

Caren Crockett

Susanne Croft

Laura Damasceno

Melissa Davidson

Carroll Davis

Duane Davis

Harold Davis

Everett Dean

Reinder Decher

Scott Deschryver

Rita and Arthur Dibble

Jerri and Shawn Dillon

Barney and Judy Donley

Daniela Dooley

Lourence Dormaier

Charlene Douglas

Rosemary and Larry Doyle

Lauren Dukes

Troy Eakle

## Presently Known Class Members - WA

Bonnie Eccles

Karen Eckert

William and Dorothy Elkins

Allan Eppinger

John Ericksen

Ron Erickson

Marian Espe

Mark Evans

Sammy Evans

Edwin Ewing

Julia (Judy) Eyre

Gustav Jon Fabbe

Terry Fellows

Robert Fischbach

Richard Flynn

Henry Ford Family Rev Living Trust

David Forrester

John Forsberg

Douglas Foss

Leona Frank

Howard Franks

Dolores (Dody) Fredericks

Dennis Frey

John Friel

Brenda Frye

Myrtle Fulfs

Kevin Galik

Wesley Gardner

Leo Garvey

Howard Bud Gatlin

Gerald Gendreau

Amanda Geroux

Kristine Gibson

Michael and Sylvia Gifford

Steve Gigliotti

Cheryl Gilman

Dale Gormley

## Presently Known Class Members - WA

William Gottfryd

John Greer

Maxine Gregory

Anthony V. and Laura Groh

Frank Gropp

Jim Gunderson

Leonard Gwinnup

Greg and Gina Hafer

Albert Hagenson

Cynthia Hahn

Gene and Susan Hall

Patsy Hamilton

Davis Hammond

Jack Harwood

Jack Harwood

Betty Hatch

Rand and Susan Hatch

Claudette Hazard

Matthew Hedley

Steve Heidal

William Heinz

Joe Henderson

Howard Herman

Greg and Kristen Hohensee

Sean Holland and Mary Maertens

Vic Hoover

Eric Huffman

Bruce Hughes

Dennis Hughes

Eric Hughes

Doug and Diane Huigen

Barbara Humberg

Tom Hunt

Gary Hutson

Bob and Barbara Ingram

David Irish

Janine James

## Presently Known Class Members - WA

Patricia James

Robert and Justine Jenkins

Craig and Robin Johnson

David Johnson

Gary Johnson

Lillian Johnson

Donald and Carolyn Jones

Martin Jones

Matry Jones

Mike Kalstad

Ann and Mike Kaluza

Scott Keener

Julie Kees / The Estate of Robert Kees

Jonathan Kelm

Mark Kepsen

George and Lorrain Kinerson

Brendan and Barbara King

Gordon Kleiner

Randy Knowles

William Knutsen

Jim Koch

Fred and Debbie Koester

Jim Kollmeyer

Marna Kostelecky

James and Susan Koziol

Darrell Kraft

Robert J. Kraut

Raymond L. Krebs

Carol Kuala

Lucille Kumpon

Dan Lambert

Judy Lane

Stanley Lauderbaugh

Dycelia Lawrence

Nathaniel Lawver

Mark Layton

Tony Lazanis

## Presently Known Class Members - WA

Brian and Julie Lehman

Tom Lewis

Barrett Lindsey

Dan and Kay Loibl

Nathan Love and Randy Shriver

Paul Luczyk

John Luppert

Sharon MacCready

Erin MacDonald

Bret MacPherson

Melody Mann

Tom Markson

Kenneth and Devonia Marrs

Kevin Marsh and Erika Kuhlman

William Marshall and Diane Evans

James Martin

William Matheson

Robert and Kathy Mathison

Doris Matthews

Tim McCann and/or Donna White-Olson

Sydney McCord

Patrick McDonald

Matt McGee

Russ McInerney

Michelle McKee

Ben McKeehan

Lorrie McLaughlin

Kenneth McLeod

Graham McQueen

Sandy Melville-Gaffney

Richard and Nancy Mengert

Brian Mickavicz

Jofrieda Mikalson

Raymond and Christie Miller

Brian Mize

Jan Moore

Linda Morehouse

## Presently Known Class Members - WA

Arnold Morgado

Richard Morris

Robert Morris and/or Marcus J. Loureiro

Robert Mularski

Tom Murphy

Rodney Neff

Suzanne Niles

Ken Noah

Thomas and Ruth Nolan

Cheryl O'Reilly

Dennis and Barbara Osberg

Mitch and Heather Osborne

Roger and Bev Osborne

Jay Ossiander

Robert Palm

Thomas and Heike Pardun

Robert Parks; Gloria Parks; and Karen Bishop

Ron and Marlene Patchett

Jon Patton

Helen Peluso

Larry and Kathleen Perez

Donna Phillips

Mark Phillipy

Kristin Plaggemars

Joan Polzin

Robert Potratz

Scott Powers

Edward and Virginia Pringle

Duane Regehr

Charles Rice

Dennis Riley

Jim Riley

Shannon Riley

James and Helen Rinehart

Gary Roach

Donald Rockser and/or Robert Rockser

Margaret Rolando

## Presently Known Class Members - WA

Raymond E. Rosenau

Diane G. Ross

Melvin Rubertt

Alyce Rubio

John Rumph

Leslie Rurey

Arthur Saylor

Keith Schafer

Theodore Scheele

Richard Schierman

Robert Schimanski

Marie Schlomer

Jess and Vickie Schloss

Dick Schmidt

Samuel Schnall

Tracy and Shelly Schornick

Joseph Schretenthaler

Karen and Leigh Schultheis

Joseph Schultz

Tami Schwartz

David M. Scott

John and Michelle Sell

Rosemary Sewell

Helen Sheppard

John Shively

Micole Short

Parmer and Stephanie Sickler

Alma Siecinski

Gordon W. and Fern Simpson

Terry Simpson

Lance Sinnema

Doris Smigaj

Delores Smith

Larry Smith

Lee Smith

Robert Smith

Terresa Smith

## Presently Known Class Members - WA

Jack Snizik

Jo Snyder

Marl and Teresa Somers

Eric St. Paul

S. Schaefer and Margot Schaefer Steffenhagen

Phyllis Stewart

Stan Streeter

Wayne Stronk

Janet Stutzman

Mike Tews

Steven Thomas

Rosemarie Thurman and Raymond Brinkman

Tim Timmerman

John Treffrey

Pat Tregellas

Ty Ullman

Jerry and Rachel VanBeek

Bret Vantine

Albert Verna

Paul Viren

Frank Wagner

Keith Walker

Benjamin F. Walls

Gary and Julie Walter

Christopher Walton

Christopher Warren

Jerry and Linda Watkins

Chip Weinrich

Arthur Weiss

Wendelin Wentz

Joseph and Janet Whipple

Jim White

Gerald Whitehead

Cecilia Whitmore

Conrad Wicht

Jody Williams

Pamela Williams

## **Presently Known Class Members - WA**

Linda Wilson

Doug and Rose Wing

Vera Wingett

John Wishart

Aleta Gale Wolf and/or Tony Jimmy

Doug Wright

Tom Yake

Sara Yarbro

Barry Yount

Tomie and John Zuchetto

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|
| W. R. Grace & Co., et al.       Case No. 01-1139 | |
| **NOTE:** The last day on which to file this form is **OCTOBER 31, 2008.** Use this form <u>only</u> if you have a <u>ZAI Claim</u> against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property):<br><br>Illinois Class Representative Jay Norco, individually and on behalf of an Illinois Class (see attached) | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent:<br><br>    The Scott Law Group, P.S.<br>    926 W. Sprague Ave., Suite 680<br>Telephone Number:   Spokane, WA  99201<br><br>    (509) 455-3966 | |

| | |
|---|---|
| **1. Building Information:**<br><br>**a. Address of the building that contains ZAI:**<br><br>  See attached<br>  , IL<br><br><br>**b. Approximate date the building was constructed:**<br><br>  See attached<br><br>**c. Approximate date ZAI was installed in the building:**<br><br>  See attached<br><br>**d. Location within building where ZAI is located:**<br><br>  See attached<br><br>**e. What is your legal interest in the building (i.e., own or lease)?**<br><br>  See attached<br><br>**f. Date of removal of ZAI (if applicable):**<br><br>  See attached<br>**\*\*\*Attach any backup documents to this form that are related to these questions.** | THIS SPACE INTENTIONALLY LEFT BLANK |

| | |
|---|---|
| **2. <u>Date-Stamped Copy</u>:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | This Space is for Court Use Only |
| Date:<br>10/6/08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):   _Jay C. Norco_ |

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:**  Jay Norco, individually and on behalf of an Illinois Class

**Class:**  All owners of real property located in the state of Illinois in which vermiculite
insulation manufactured by Debtors has been installed.

**Known Class Members:**  See listing attached

**Class Counsel where Notices should be sent:**

| | |
|---|---|
| The Scott Law Group, P.S. | Richardson Patrick Westbrook & Brickman LLC |
| 926 W. Sprague Ave., Suite 680 | 1037 Chuck Dawley Blvd., Bldg. A |
| Spokane, WA 99201 | Mount Pleasant, SC 29465 |
| Telephone: (509) 455-3966 | Telephone: (843) 727-6513 |

## 1. Building Information:

### a. Address of the building that contains ZAI:

Class Rep: 6800 Fairview Avenue, Downers Grove, IL 60516.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or
otherwise filed with the Claims Agent.

### b. Approximate date the building was constructed:

Class Rep: mid-1950's.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or
otherwise filed with the Claims Agent.

### c. Approximate date ZAI was installed in the building:

Class Rep: Unknown.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or
otherwise filed with the Claims Agent.

### d. Location within building where ZAI is located:

Class Rep: Attic.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or
otherwise filed with the Claims Agent.

### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep: Own.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or
otherwise filed with the Claims Agent.

### f. Date of removal of ZAI (if applicable):

Class Rep: Not applicable.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or
otherwise filed with the Claims Agent.

## *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim. Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

# Presently Known Class Members - IL

Franco and Nancy Barabesi

Barbara Baughman

Brian Bell

Alejandro and Tammy Benitez

Michael and Linda Benoit

David and Christine Bigos

Steve Billich

Steve Bland

Rudy Boffro

Patticia Bosi

Thomas J. Botten Jr.

Linda Bowman

Peter Brenner

Susan Brewick

John and Georgette Brokopp

Major Brown

Gillian Buckingham

William Bumpass

Melinda and Felix Bustamante

Shawn Byers

Marla Cahill

Nathan and Joni Caming

Mark Carey

Timothy Carroll

Gloria Chaplin

James Chase

Douglas Click

Tracey Cooper

J. Cruz

Julie and Arie Degabli

Thomas Denton

Terry and Teresa DeRose

Sharon Dodge

Mark and Grace Donatello

Robert Dorneker

Anna and Timothy Dusold

Jim and Nancy Elliott

## Presently Known Class Members - IL

Ronald Emmons

Walter Erickson

Edward Evans

Gracie Favuzzi

Samuel Fein

Jennifer Fields

James and/or Traci Filut

Dennis Fry

Christopher Gamble

Diane Gilliland

Marcus Gottieb

Pamela Gracyalny

Phyllis Gray

Karen Guenther

Dave Hackl

Robert Hedberg

James and Sandra Hendrickson

Diana Herron

Patrice Hild

Randal Hodgson

Scott Hollywood

Daniel and Rhonda Horvat

Rhonda Humphries

Anthony and Yvonne Invergo

Maria Jacobson

Thomas James

Kathy Jarosz-Amundsen and/or Romuald and Lola Mindykowski

Erin and Steven Julseth

Kelly Kaether

John Kealey

Paul Keller

Timothy Kelpsas

Zbigniew Kujalowicz

Destiny Lamb

Randy LaMore

Jonathan Laney

James Langenstein

## Presently Known Class Members - IL

Paul Laudolff

Edward Laurent

Jean Lebal

John and Lisa Leopardo

Melva Levandoski

Shawn and Melissa Lewis

Terry Linton

Barry Litberg

Michael and Margaret Maloney

James Mann

Gerard Martinez

Victor McCoy

David McNally

Mike Merritt

Brian Metecki

Maurice Metras

Clarice Michael

Jeff Milbauer

John Morreale

Roy Murray

Ted Nadolny

Emerson Nagel

Inell Nelson

Sylvia Nichols

Jay Norco

Illinois Class Representative Jay Norco, individually and on behalf of an Illinois Class

Robert Nowak

Benedict and Julie O'Connor

Kevin O'Donnell

Kevin Oehlerking

Jonathan Olson

Derek Olszewski

Linda Perreault

Cherie Phillips

Fritz and Carline Pierre

John Pitts

Frank Polowy

## **Presently Known Class Members - IL**

Shane Ponton

Michael Pope

Bruce Priest

Gerald Priest

Patricia Push

Kathleen and Scott Rambo

Dale Rehus

Eriverto Reyes

Robin Reyes

James Roberto

Ken Robertson

Preston Robinson

Dennis and Carol Roewer

Steven and Audrey Sack

Fred Sanborn

Jose and Donna Santiago

Suzanne Santos

Roger and Mary Sass

Gaspare Savarino

Steven Savas

Karl Scherer

Roy Schroeppel

Mahra Seward

Margaret Sikorski

Paula Skala

James and Phyllis Smith

Jeffrey Smith

Donald and Wendy Sperling

William and Monica Stauffenberg

Todd Stefaniak

Marylee Stewarts

Steve Stitgen

Ralph Torres

Linda Traina

Edward Uhlir

Chris Venters

Catherine and Darin Waller

## **Presently Known Class Members - IL**

Chris Winning

Leonard and Linda Wojciechowski

Vincent and Shellee Wolff

Roland Woloszyk

John Wurster

Kathleen Yergin

Jeff Young

Donald Zeller

Wayne Zibell

John Ziegler

George Zykan

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|

| W. R. Grace & Co., et al. | Case No. 01-1139 | |
|---|---|---|
| **NOTE: The last day on which to file this form is OCTOBER 31, 2008.** Use this form **only** if you have a **ZAI Claim** against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property):<br><br>Michigan Class Representatives Eino and Aili Koski,<br>individually and on behalf of a Michigan Class (see attached) | | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent:<br><br>Telephone Number:<br><br>The Scott Law Group, P.S.<br>926 W. Sprague Ave., Suite 680<br>Spokane, WA  99201<br><br>(509) 455-3966 | | |

**1. Building Information:**

**a. Address of the building that contains ZAI:**

See attached
, MI

THIS SPACE INTENTIONALLY LEFT BLANK

**b. Approximate date the building was constructed:**

See attached

**c. Approximate date ZAI was installed in the building:**

See attached

**d. Location within building where ZAI is located:**

See attached

**e. What is your legal interest in the building (i.e., own or lease)?**

See attached

**f. Date of removal of ZAI (if applicable):**

See attached

**\*\*\*Attach any backup documents to this form that are related to these questions.**

| **2. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | This Space is for Court Use Only |
|---|---|
| Date:<br><br>10-15-08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):  _Aili S. Koski  10-15-08_<br><br>_AILI S. KOSKI_ | |

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:**   Eino and Aili Koski, individually and on behalf of a Michigan Class

**Class:**   All owners of real property located in the state of Michigan in which vermiculite insulation manufactured by Debtors has been installed.

**Known Class Members:**   See listing attached

**Class Counsel where Notices should be sent:**

| | |
|---|---|
| The Scott Law Group, P.S. | Richardson Patrick Westbrook & Brickman LLC |
| 926 W. Sprague Ave., Suite 680 | 1037 Chuck Dawley Blvd., Bldg. A |
| Spokane, WA 99201 | Mount Pleasant, SC 29465 |
| Telephone: (509) 455-3966 | Telephone: (843) 727-6513 |

### 1. Building Information:

#### a. Address of the building that contains ZAI:

Class Reps: 120 Sunset Drive, Neguance, MI 49866.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### b. Approximate date the building was constructed:

Class Reps: 1900.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### c. Approximate date ZAI was installed in the building:

Class Reps: Early 1970's.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### d. Location within building where ZAI is located:

Class Reps: Attic.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### e. What is your legal interest in the building (i.e., own or lease)?

Class Reps: Own.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### f. Date of removal of ZAI (if applicable):

Class Reps: Not applicable.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

## *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim. Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

## Presently Known Class Members - MI

Roger Barr

Lois Becker

Alan and Carol Beltz

Gene Boyer

Barbara Brender

Steve Brodersen

Wayne Brunjes

David Bugg

Clayton Campbell

Kelly Carr

Joe Carrier

Hubert Cook

John Cumming

Clyde Essary

W. Foster

Bob Fransioli

Vincent Fullerton

Paul Gerstner

Susan Gilmette

Christopher & Shannon Goggins

Daniel Guyer

Brian Halas

Patrick Harmon

Tracy Hoff

Timothy and Kathryn Hooper

Mr. and Mrs. Jackson

Ed Jasper

Dennis and Katie Kailing

Keith Kainbach

Samuel Kissane

Armand Kohlstand

Eino and Aili Koski

Michigan Class Representatives Eino and Aili Koski, individually and on behalf of a Michigan Class

Jeff Kucmeirz

Marvin Lafler

Jeff Lamphere

Dan and Karen Lavalli

## Presently Known Class Members - MI

Floyd LeSuer

Wayne Linke

William Loomis

Paul and Carol Martin

David Maschino

Beth Michel

John Miller

Kenneth and Alexandra Miller

Brad Molter

April Morrison

Caroline Nouhan

Jamie Oberlin

Joseph Ottoy

Thomas Palmer

William Palmer

Kevin Peterson

Kent Plumley

John Ranck

Michael and Regina Reed

Roy Reimer

Gregg Renshaw

Sharon Sanders

Mary and Roger Sass

Clara Sherman

Richard Smith

Mark Stange

Steve Steel

VenancioTorres Jr.

Loraine Travis

Alan Warren

Warren Westcott

Steve Westphal

Debbie White

Jerald Williams

Richard Winter

Donald Wojciechowski

Bill Woods

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |
| NOTE: The last day on which to file this form is OCTOBER 31, 2008. Use this form <u>only</u> if you have a <u>ZAI Claim</u> against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): Pennsylvania Class Representative James E. Cardella, individually and on behalf of a Pennsylvania Class (see attached) | | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent: Richardson, Patrick, Westbrook & Brickman, LLC 1037 Chuck Dawley Blvd., Building A Mt. Pleasant, SC 29464 Telephone Number: (843) 727-6500 | | |
| 1. <u>Building Information:</u> a. Address of the building that contains ZAI: See Attached -- PA b. Approximate date the building was constructed: See attached c. Approximate date ZAI was installed in the building: See attached d. Location within building where ZAI is located: See attached e. What is your legal interest in the building (i.e., own or lease)? See attached f. Date of removal of ZAI (if applicable): See attached ***Attach any backup documents to this form that are related to these questions. | THIS SPACE INTENTIONALLY LEFT BLANK | |
| 2. <u>Date-Stamped Copy:</u> To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | | This Space is for Court Use Only |
| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | |

## ATTACHMENT TO W.R. GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:** James E. Cardella, individually and on behalf of a Pennsylvania Class

**Class:** All owners of real property located in the state of Pennsylvania in which vermiculite insulation manufactured by Debtors has been installed.

**Class Counsel where Notices should be sent:**

| | | |
|---|---|---|
| The Scott Law Group, P.S. | Richardson Patrick Westbrook & Brickman LLC | Robert Peirce & Associates, P.C. |
| 926 W. Sprague Ave., Suite 680 | 1037 Chuck Dawley Blvd., Bldg. A | 2500 Gulf Tower, 707 Grant St. |
| Spokane, WA 99201 | Mount Pleasant, SC 29465 | Pittsburgh, PA 15219-1918 |
| Telephone: (509) 455-3966 | Telephone: (843) 727-6500 | Telephone: (412) 281-7229 |

**1. Building Information:**

**a. Address of the building that contains ZAI:**

Class Rep: 216 E. Cherry St., New Castle, PA
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

**b. Approximate date the building was constructed:**

Class Rep: 1920
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

**c. Approximate date ZAI was installed in the building:**

Class Rep: 1976
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

**d. Location within building where ZAI is located:**

Class Rep:
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

**e. What is your legal interest in the building (i.e., own or lease)?**

Class Rep: Own
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

**f. Date of removal of ZAI (if applicable):**

Class Rep:
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |
| NOTE:  The last day on which to file this form is OCTOBER 31, 2008. Use this form only if you have a ZAI Claim against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): Pennsylvania Class Representative Bruce Lishman, individually and on behalf of a Pennsylvania Class (see attached) | | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent: Telephone Number:  The Scott Law Group, P.S. 926 W. Sprague Ave., Suite 680 Spokane, WA  99201  (509) 455-3966 | | |

**1. Building Information:**

**a. Address of the building that contains ZAI:**

See attached
, PA

**b. Approximate date the building was constructed:**

See attached

**c. Approximate date ZAI was installed in the building:**

Unknown

**d. Location within building where ZAI is located:**

See attached

**e. What is your legal interest in the building (i.e., own or lease)?**

See attached

**f. Date of removal of ZAI (if applicable):**

N/A

***Attach any backup documents to this form that are related to these questions.**

THIS SPACE INTENTIONALLY LEFT BLANK

| 2. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | | This Space is for Court Use Only |
|---|---|---|
| Date: 10-15-08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _Bruce Lishman_ _Bruce Lishman_ | |

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:**   Bruce Lishman, individually and on behalf of a Pennsylvania Class

**Class:**   All owners of real property located in the state of Pennsylvania in which vermiculite insulation manufactured by Debtors has been installed.

**Known Class Members:**   See listing attached

**Class Counsel where Notices should be sent:**

The Scott Law Group, P.S.                  Richardson Patrick Westbrook & Brickman LLC
926 W. Sprague Ave., Suite 680             1037 Chuck Dawley Blvd., Bldg. A
Spokane, WA  99201                         Mount Pleasant, SC  29465
Telephone: (509) 455-3966                  Telephone: (843) 727-6513

## 1. Building Information:

### a. Address of the building that contains ZAI:

Class Rep: 203 Decatur St., Doylestown, PA  18901.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### b. Approximate date the building was constructed:

Class Rep: 1896.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### c. Approximate date ZAI was installed in the building:

Class Rep:  Unknown.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

### d. Location within building where ZAI is located:

Class Rep:  Attic.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep: Own.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### f. Date of removal of ZAI (if applicable):

Class Rep: N/A.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

## *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim. Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

## Presently Known Class Members - PA

Janice Alessi

Aloys Baloga

Bradley Benkoski

Russell Black

Patsi Botti

Sharon Briczinski

Frank Buczynski

Jack Carson

Brian Cousins

Caesar Craine

Ruth Davis

Jeanne Dettmer

Gerald Dubzak

Richard Eisenacher

William Ely

Paul Fischer

Helen Galida

Caroline Gillich

Oliver Golembiewski

David Hanson

Barbara Kachman

Joanne Knight

Karen Kukol

Thomas Linck

Bruce and Justine Lishman

Pennsylvania Class Representative Bruce Lishman, individually and on behalf of a Pennsylvania Class

Barbara Little

Joan Lucarini

Martin G. Lutz

Beverly Mastalski

George Maxwell

Alan S. Messinger

Raymond Messner

James Miles

Kim Miller

Diane Moretton

Joseph and Dawn Murt

## Presently Known Class Members - PA

John North

Linda O'Hagen

Gina and Stan Ohnmeiss

Bruce Ottenwaider

Charlotte Pollino

Derek and Marrian Prince

Ron Railing

J.C. Reese

Jennifer Reimel

Greg Riley

Beth Sattler and Ralph Caldwell Jr.

Gary Slaybaugh

Richard Slutter

David Staub

Edward Sutherland

Deanne Townsend

Arthur Upperman

Kevin Vaida

John Vandak

Jason and Laura Witcraft

Robert Zirngibl

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|

| W. R. Grace & Co., et al. | Case No. 01-1139 | |
|---|---|---|
| **NOTE:** The last day on which to file this form is OCTOBER 31, 2008. Use this form _only_ if you have a <u>ZAI Claim</u> against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): <br><br> New York Class Representative Daniel Kwas, individually and on behalf of a New York Class (see attached) | | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent: <br><br> The Scott Law Group, P.S. <br> 926 W. Sprague Ave., Suite 680 <br> Spokane, WA  99201 <br><br> Telephone Number: <br><br> (509) 455-3966 | | |

| 1. **Building Information:** <br><br> a. **Address of the building that contains ZAI:** <br><br> See attached <br> , NY <br><br><br> b. **Approximate date the building was constructed:** <br><br> See attached <br><br> c. **Approximate date ZAI was installed in the building:** <br><br> See attached <br><br> d. **Location within building where ZAI is located:** <br><br> See attached <br><br> e. **What is your legal interest in the building (i.e., own or lease)?** <br><br> See attached <br><br> f. **Date of removal of ZAI (if applicable):** <br><br> See attached <br><br> ***Attach any backup documents to this form that are related to these questions.** | THIS SPACE INTENTIONALLY LEFT BLANK |
|---|---|

| 2. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | This Space is for Court Use Only |
|---|---|
| Date: <br> 10-8-08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _Daniel P. Kwas_ <br> _10 - 8 - 08  Daniel P. Kwas_ | |

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:**   Daniel Kwas, individually and on behalf of a New York Class

**Class:**   All owners of real property located in the state of New York in which vermiculite insulation manufactured by Debtors has been installed.

**Known Class Members:**   See listing attached

**Class Counsel where Notices should be sent:**

The Scott Law Group, P.S.                     Richardson Patrick Westbrook & Brickman LLC
926 W. Sprague Ave., Suite 680                1037 Chuck Dawley Blvd., Bldg. A
Spokane, WA 99201                            Mount Pleasant, SC 29465
Telephone: (509) 455-3966                    Telephone: (843) 727-6513

## 1. Building Information:

### a. Address of the building that contains ZAI:

Class Rep: 191 Center Street, Lackawanna, NY 14218.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### b. Approximate date the building was constructed:

Class Rep: 1920's.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### c. Approximate date ZAI was installed in the building:

Class Rep: Between 1975 and 1985.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### d. Location within building where ZAI is located:

Class Rep: Wall cavities; 2 ft. border in attic.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep: Own.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### f. Date of removal of ZAI (if applicable):

Class Rep: Not applicable.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

## *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim. Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

## Presently Known Class Members - NY

Maria Antonopolulos

Gaetano Buonomo

Ann Butto

Naddalena Capone

John Chiappelli

Peter Cochetti

Terrence Crowe

William Dana

Frank Decker

Robert Dickie

Richard Dmytry

Thomas P. Dudo

Donna Dumont

Dennis Finn

Daniel Gretka

Charles Grunert

Grace Halbert and William Ladd

John Hageman

Kelly Hartz

Charles Hathaway

John Hiensch

Greg and Kristen Hohensee

Cathi Jaeger

James Jankowiak

Deborah Jarry

Wayne Johnson

Chris Johnston

Leslie and Karen Kitchin

Ray and Laura Klotz

Daniel Kwas

New York Class Representative Daniel Kwas, individually and on behalf of a New York Class

Peter J. & Virginia A. Ludder

James Mason

Bruce McElroy

Joseph Morton

Raymond Nicholson

Travis Poole

## **Presently Known Class Members - NY**

Henry and Celia Radke

Alan and Cheri Robinson

Darren Ryan

Mark Samel

Ronald N. and Sharon L. Schutt (Prop. #1)

Ronald N. and Sharon L. Schutt (Prop. #2)

Richard and Theresa Short

Deborah Simon

Arthur Singer

Peter and Ellen Sinski

Lyle Sloan

Russell and Rebecca Smeltzer

Tom St. Onge

Charisse Texeira

Michael Weil

Brender Weiner

Matthew White

Michael Whitty