| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |
| NOTE: The last day on which to file this form is OCTOBER 31, 2008. Use this form only if you have a ZAI Claim against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | THIS SPACE IS FOR COURT USE ONLY |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): Massachusetts Class Representative William Proposki individually and on behalf of a Massachusetts Class (see | | |
| Name and address where notices should be sent: The Scott Law Group, P.S. 926 W. Sprague Ave., Suite 680 Spokane, WA 99201 Telephone Number: (509) 455-3966 | | |

**1. Building Information:**

THIS SPACE INTENTIONALLY LEFT BLANK

**a. Address of the building that contains ZAI:**

See attached
, MA

**b. Approximate date the building was constructed:**

See attached

**c. Approximate date ZAI was installed in the building:**

See attached

**d. Location within building where ZAI is located:**

See attached

**e. What is your legal interest in the building (i.e., own or lease)?**

See attached

**f. Date of removal of ZAI (if applicable):**

See attached

***Attach any backup documents to this form
that are related to these questions.**

**2. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

Date:

10/6/08

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _William J. Prospri_

William J. PROPOSKI

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:**  William Proposki, individually and on behalf of a Massachusetts Class

**Class:**  All owners of real property located in the state of Massachusetts in which
vermiculite insulation manufactured by Debtors has been installed.

**Known Class Members:**  See listing attached

**Class Counsel where Notices should be sent:**

The Scott Law Group, P.S.                    Richardson Patrick Westbrook & Brickman LLC
926 W. Sprague Ave., Suite 680               1037 Chuck Dawley Blvd., Bldg. A
Spokane, WA  99201                           Mount Pleasant, SC  29465
Telephone: (509) 455-3966                    Telephone: (843) 727-6513

### 1. Building Information:

#### a. Address of the building that contains ZAI:

Class Rep: 12 Story Street, Rockport, MA  01966.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or
otherwise filed with the Claims Agent.

#### b. Approximate date the building was constructed:

Class Rep: 1973.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or
otherwise filed with the Claims Agent.

#### c. Approximate date ZAI was installed in the building:

Class Rep: 1978.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or
otherwise filed with the Claims Agent.

#### d. Location within building where ZAI is located:

Class Rep: Attic.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or
otherwise filed with the Claims Agent.

#### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep: Own.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or
otherwise filed with the Claims Agent.

#### f. Date of removal of ZAI (if applicable):

Class Rep: Not applicable.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or
otherwise filed with the Claims Agent.

### *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim. Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

## Presently Known Class Members - MA

Barry Agranat

Abdi Ali

David Banks

Evan and Ashley Barringer

Vincent and Jane Benincasa

David Bennett

Charlotte Bousquet

Sheila Boyle

Carlo and Judith Bracci

Donald and Shirley Brown

Bob Caghil

Maryanne Chmura

Valerie Cogan

Clifton and Florence Collins

Ann Marie Costello c/o Lisa Alajajian

Gordon Cranston

Willie and Laura Hill

Tina Daignault

Brian and Julie Deneau

Douglas Denholm

Michael Donovan

Nancy Driscoll

Maurice Duncan

Chet Dziedzic

Antonio Febbroriello

Bruce and Kristen Foley

Keith and Ellen Francis

Florence Freda

Victor and Carol Ann Goguen

Donald Green and/or Westward Orchards

Robert Haarde

Jan Hackman

Robert Hannula

Elaine Hodgman

John Hurley

Elizabeth Jackson

Charlene Keough

## Presently Known Class Members - MA

Linda King

Morton Kilman

Robert Licciardi

John Malley

David Mariani

Mary McCarthy

Hugh and Stephanie McDonough

Chris McGuire

Joanne Minich

Susan L. Moore

Dorothy Nadolski

Stephanie Nichols

Willard Parks

Joseph Patterson

Daniel Peloquin

Thomas Placzek

Francis Powers

William Proposki

Massachusetts Class Representative William Proposki individually and on behalf of a Massachusetts Class

George Randig

Joseph Raycraft

Charles Roy

William Sheridan

Michael and Cheryl Showstack

Ted Sidel

William Simmons

Donald Staruk

Philip Stepanek

William Sullivan

Martha Szufnarowski, Executrix of the Estate of John Szufnarowski

Martha Szufnarowski, Executrix of the Estate of John Szufnarowski, individually and on behalf of a Nationwide Class

Douglas Touart

Frank Turner

Richard Walsh

Howard Wensley

Larry and Donna Wiersma

Troy Wood

## **Presently Known Class Members - MA**

James Young

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |
| NOTE: The last day on which to file this form is OCTOBER 31, 2008. Use this form only if you have a ZAI Claim against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property):<br><br>Minnesota Class Representative Nancy Longley, individually and on behalf of a Minnesota Class (see attached) | | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent:<br><br>The Scott Law Group, P.S.<br>926 W. Sprague Ave., Suite 680<br>Telephone Number:     Spokane, WA  99201<br><br>(509) 455-3966 | | |

**1. Building Information:**

**a. Address of the building that contains ZAI:**

See attached
, MN

**b. Approximate date the building was constructed:**

See attached

**c. Approximate date ZAI was installed in the building:**

See attached

**d. Location within building where ZAI is located:**

See attached

**e. What is your legal interest in the building (i.e., own or lease)?**

See attached

**f. Date of removal of ZAI (if applicable):**

See attached

***Attach any backup documents to this form that are related to these questions.**

THIS SPACE INTENTIONALLY LEFT BLANK

**2. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

Date:
10-8-08

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):  
Nancy Longley

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

### Name of Creditor:

**Class Representatives:** Nancy Longley, individually and on behalf of a Minnesota Class

**Class:** All owners of real property located in the state of Minnesota in which vermiculite insulation manufactured by Debtors has been installed.

### Known Class Members: See listing attached

### Class Counsel where Notices should be sent:

| | |
|---|---|
| The Scott Law Group, P.S. | Richardson Patrick Westbrook & Brickman LLC |
| 926 W. Sprague Ave., Suite 680 | 1037 Chuck Dawley Blvd., Bldg. A |
| Spokane, WA 99201 | Mount Pleasant, SC 29465 |
| Telephone: (509) 455-3966 | Telephone: (843) 727-6513 |

### 1. Building Information:

#### a. Address of the building that contains ZAI:

Class Rep: 2214 Hillside Ave, St. Paul, MN 55108.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### b. Approximate date the building was constructed:

Class Rep: 1889.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### c. Approximate date ZAI was installed in the building:

Class Rep: Unknown.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### d. Location within building where ZAI is located:

Class Rep: Attic.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep: Own.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### f. Date of removal of ZAI (if applicable):

Class Rep: Not applicable.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

## *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim. Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

## Presently Known Class Members - MN

Timothy Alexander

Nicholas Amrhein

Donald Andresen

Aryn Bergsven

Jennifer Bradley

Mark Brakke

Phillip Brase

Mark Couch

James Davis

Charlie DeGidio

Patricia Donaldson

Joseph Doyle

Therese Frenette

Kevin and Laurie Giese

Leroy Hjelmstad

Heather and Chad Hoffman

Todd Jevning

Sam Kapfhamer

Mehmet and CC Konar-Steenberg

Gary and Karen Kurtzweg

Leighton Ladd

Brian Lanherr

Jeff Larson

Brian and Nancy Longley

Minnesota Class Representative Nancy Longley, individually and on behalf of a Minnesota Class

Catherine Marx

Phillip McPhee

Paula Meligro

Frank Menter

Craig Meyer

Tim Mudge

Richard Olmstead

Kenny Pederson

Timothy Penny

Kevin Pierson

Rodney Raschke

Barbara Sandvig

## Presently Known Class Members - MN

Amber Sikora

Allen Thomas

Leon Tuominen

Jeanette Vanderheyden

Nathan Yanaz

Shannon and Matthew Zebro

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|

| W. R. Grace & Co., et al. | Case No. 01-1139 | |
|---|---|---|
| **NOTE:** The last day on which to file this form is OCTOBER 31, 2008. Use this form **only** if you have a **ZAI Claim** against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): Wisconsin Class Representative Craig Stapel, individually and on behalf of a Wisconsin Class (see attached) | | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent: Telephone Number: — The Scott Law Group, P.S. 926 W. Sprague Ave., Suite 680 Spokane, WA 99201 (509) 455-3966 | | |

**1. Building Information:**

THIS SPACE INTENTIONALLY LEFT BLANK

**a. Address of the building that contains ZAI:**

See attached
, WI

**b. Approximate date the building was constructed:**

See attached

**c. Approximate date ZAI was installed in the building:**

See attached

**d. Location within building where ZAI is located:**

See attached

**e. What is your legal interest in the building (i.e., own or lease)?**

See attached

**f. Date of removal of ZAI (if applicable):**

See attached

**\*\*\*Attach any backup documents to this form that are related to these questions.**

| 2. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | This Space is for Court Use Only |
|---|---|
| Date 10/7/08 — Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _Craig Stapel_   CRAIG STAPEL | |

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:**   Craig Stapel, individually and on behalf of a Wisconsin Class

**Class:**   All owners of real property located in the state of Wisconsin in which vermiculite insulation manufactured by Debtors has been installed.

**Known Class Members:**   See listing attached

**Class Counsel where Notices should be sent:**

| | |
|---|---|
| The Scott Law Group, P.S. | Richardson Patrick Westbrook & Brickman LLC |
| 926 W. Sprague Ave., Suite 680 | 1037 Chuck Dawley Blvd., Bldg. A |
| Spokane, WA 99201 | Mount Pleasant, SC 29465 |
| Telephone: (509) 455-3966 | Telephone: (843) 727-6513 |

## 1. Building Information:

### a. Address of the building that contains ZAI:

Class Rep: 908 E. Parkway Avenue, Oshkosh, WI 54901.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### b. Approximate date the building was constructed:

Class Rep: 1902.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### c. Approximate date ZAI was installed in the building:

Class Rep: 1977.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### d. Location within building where ZAI is located:

Class Rep: Attic; walls.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep: Own.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### f. Date of removal of ZAI (if applicable):

Class Rep: Not applicable.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

## *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim. Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

## Presently Known Class Members - WI

Nicolette Anastas-Carbo

Juanita Ayson-Beanum

David Behrel

John and Nicole Best

Rebecca and Michael Brittain

Robert Brueggeman

Lisa Cohen

Timothy and Virginia Crich

David Ferron

Donald Fitzgerald

Karen Fleischmann

Ronald Ford

Robert Foti

Brian Fuller

Herbert Grospitz

Suzanne Higgins

James Hince

Kurt Jarosch

William Kirchoff

Jim Kronenberg

David Krueger

Robert Kuelthau

Kenneth and Patricia Kulpa

Matthew Lambries

Donald Lasak

Paul Loignon

Vladmir Lutka

Peggy Martin

Homer Mathews

Christopher McMurry

John Moeger

Tony and Tonia Mouw

John Petitto

Judith Pilger

William Prijic

Pat Riley

Laura Rixford

## Presently Known Class Members - WI

William Roberts

Keith Schroeder

Roseann Schulz

Muriel Severson

Wayne Sherwood

Ed Sorenson

Tracy Stafford

Craig Stapel

Wisconsin Class Representative Craig Stapel, individually and on behalf of a Wisconsin Class

Clyde and Elaine Taylor

Beth Zbylut

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |
| NOTE: The last day on which to file this form is OCTOBER 31, 2008. Use this form only if you have a ZAI Claim against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | THIS SPACE IS FOR COURT USE ONLY |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): OH Class Representative Laura Lee, individually and on behalf of a Ohio Class (see attached) | | |
| Name and address where notices should be sent: Richardson, Patrick, Westbrook & Brickman, LLC 1037 Chuck Dawley Blvd., Building A Mt. Pleasant, SC 29464 Telephone Number: (843) 727-6500 | | |

1. Building Information:

a. Address of the building that contains ZAI:

See Attached – OH

THIS SPACE INTENTIONALLY LEFT BLANK

b. Approximate date the building was constructed:

See attached

c. Approximate date ZAI was installed in the building:

See attached

d. Location within building where ZAI is located:

See attached

e. What is your legal interest in the building (i.e., own or lease)?

See attached

f. Date of removal of ZAI (if applicable):

See attached

***Attach any backup documents to this form that are related to these questions.

| 2. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | This Space is for Court Use Only |
|---|---|
| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): |

## ATTACHMENT TO W.R. GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:** Laura Lee, individually and on behalf of a Ohio Class

**Class:** All owners of real property located in the state of Ohio in which vermiculite insulation manufactured by Debtors has been installed.

**Class Counsel where Notices should be sent:**

The Scott Law Group, P.S.                    Richardson Patrick Westbrook & Brickman LLC
926 W. Sprague Ave., Suite 680               1037 Chuck Dawley Blvd., Bldg. A
Spokane, WA 99201                            Mount Pleasant, SC 29465
Telephone: (509) 455-3966                    Telephone: (843) 727-6500

## 1. Building Information:

### a. Address of the building that contains ZAI:

Class Rep: 620 S. Roosevelt Avenue, Piqua, OH  45356
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

### b. Approximate date the building was constructed:

Class Rep: 1910
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

### c. Approximate date ZAI was installed in the building:

Class Rep:  Unknown
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

### d. Location within building where ZAI is located:

Class Rep:  Attic
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep: Own
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

### f. Date of removal of ZAI (if applicable):

Class Rep:  Has not been removed
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|

| W. R. Grace & Co., et al. | Case No. 01-1139 | |
|---|---|---|
| **NOTE: The last day on which to file this form is OCTOBER 31, 2008.** Use this form _only_ if you have a ZAI Claim against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property):  Montana Class Representative Judie DeBock, individually and on behalf of a Montana Class (see attached) | | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent:  The Scott Law Group, P.S.  926 W. Sprague Ave., Suite 680  Spokane, WA  99201  Telephone Number:  (509) 455-3966 | | |

| 1. Building Information: | THIS SPACE INTENTIONALLY LEFT BLANK |
|---|---|
| **a. Address of the building that contains ZAI:**  See attached , MT | |
| **b. Approximate date the building was constructed:**  See attached | |
| **c. Approximate date ZAI was installed in the building:**  See attached | |
| **d. Location within building where ZAI is located:**  See attached | |
| **e. What is your legal interest in the building (i.e., own or lease)?**  See attached | |
| **f. Date of removal of ZAI (if applicable):**  See attached | |
| ***Attach any backup documents to this form that are related to these questions.** | |

| 2. Date-Stamped Copy: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | This Space is for Court Use Only |
|---|---|
| Date: 10/07/08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _Judie M. DeBock_  Judie M. DeBock | |

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:**   Judie DeBock, individually and on behalf of a Montana Class

**Class:**   All owners of real property located in the state of Montana in which vermiculite insulation manufactured by Debtors has been installed.

**Known Class Members:**   See listing attached

## Class Counsel where Notices should be sent:

The Scott Law Group, P.S.                    Richardson Patrick Westbrook & Brickman LLC
926 W. Sprague Ave., Suite 680           1037 Chuck Dawley Blvd., Bldg. A
Spokane, WA 99201                           Mount Pleasant, SC 29465
Telephone: (509) 455-3966                  Telephone: (843) 727-6513

## 1. Building Information:

### a. Address of the building that contains ZAI:

Class Rep: 11 East Second Avenue North, Columbus, MT 59019.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### b. Approximate date the building was constructed:

Class Rep: Approx. 1915.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### c. Approximate date ZAI was installed in the building:

Class Rep:  Unknown.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### d. Location within building where ZAI is located:

Class Rep:  Walls.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep:  Own.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### f. Date of removal of ZAI (if applicable):

Class Rep:  Partially removed during remodel in 1975.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

## *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim.  Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

## Presently Known Class Members - MT

William Abel

Nancy Anderson

Douglas Bean

Homer Berrum

Dale and Corlea Blackler

Michael Blotkam

Steve Borer

Betty Burch

 Mary Callant and/or the Estate of Marcel "Dutch" Callant

Jerry Funston

Cath Cashell

Carl Cupp

Harold Cupp

Gary Daniel

Jim Davison

John and Judie DeBock

Montana Class Representative Judie DeBock, individually and on behalf of a Montana Class

Douglass Dye

Glenn Fournier

Jim Gasvoda, for the Estate of Albert Gasvoda

Richard and George Ann Gates

Brian Gieser

David Harmon

Roy Harrington (Prop. #1)

Roy Harrington (Prop. #2)

Bob Heick

Robert Henry

Michail Herren

Devin and Tina Hill

Steve Hill

Roger and Heather Hinckley

Sandy Holland

Susan Irion

Dave Jackson

Michelle Klein

Clint Klemo

John Lee LaTray

## Presently Known Class Members - MT

Patrick Little

Steve Lohse

Christine Lopez

Pat Maney

Gilbert Martin

Brienne Meyer

Harry Mitchell and/or Ayshire Dairy Farm Inc.

James Murphy

Mr Ocamica and/or Melita Ocamica

Tony Ostheimer

Charles Paden

Heidi Pierson

Paul Pilgrim

Chris Rausch

Randy Ribaudo

Linda Samel

Melissa Sartor and Randy Lambeth

Larry Schenck

Dee Skillman

Herb Sloane

Doug Smith

Dorothy Stevens c/o Mischelle Schelski

Linda Thomas

Will and Sandy Watson

Aaron Williams

Jonathan Wirth

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|
| W. R. Grace & Co., et al.  —  Case No. 01-1139 | |
| **NOTE:** The last day on which to file this form is OCTOBER 31, 2008. Use this form _only_ if you have a ZAI Claim against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property):  California Class Representative Dan Quickert, individually and on behalf of a California Class (see attached) | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent:  The Scott Law Group, P.S. 926 W. Sprague Ave., Suite 680 Spokane, WA  99201  Telephone Number:  (509) 455-3966 | |

| 1. **Building Information:** | THIS SPACE INTENTIONALLY LEFT BLANK |
|---|---|
| a. **Address of the building that contains ZAI:** See attached , | |
| b. **Approximate date the building was constructed:** See attached | |
| c. **Approximate date ZAI was installed in the building:** See attached | |
| d. **Location within building where ZAI is located:** See attached | |
| e. **What is your legal interest in the building (i.e., own or lease)?** See attached | |
| f. **Date of removal of ZAI (if applicable):** See attached | |
| ***Attach any backup documents to this form that are related to these questions.** | |

| 2. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | This Space is for Court Use Only |
|---|---|
| Date:  10/15/2008 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _Daniel Eli Quickert_  Daniel Eli Quickert |

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:**   Dan Quickert, individually and on behalf of a California Class

**Class:**   All owners of real property located in the state of California in which vermiculite insulation manufactured by Debtors has been installed.

**Known Class Members:**   See listing attached

**Class Counsel where Notices should be sent:**

| | |
|---|---|
| The Scott Law Group, P.S. | Richardson Patrick Westbrook & Brickman LLC |
| 926 W. Sprague Ave., Suite 680 | 1037 Chuck Dawley Blvd., Bldg. A |
| Spokane, WA 99201 | Mount Pleasant, SC 29465 |
| Telephone: (509) 455-3966 | Telephone: (843) 727-6513 |

## 1. Building Information:

### a. Address of the building that contains ZAI:

Class Rep: 616 D Street, Davis, CA 95616.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### b. Approximate date the building was constructed:

Class Rep: 1915-1918.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### c. Approximate date ZAI was installed in the building:

Class Rep:  Unknown.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### d. Location within building where ZAI is located:

Class Rep: Attic.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep: Own.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### f. Date of removal of ZAI (if applicable):

Class Rep: Not applicable.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

## *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim. Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

## Presently Known Class Members - CA

Craig and Dona Alger

Mark Angelo

Donald and Marellen Baird

Rhonda Banks

Sue Barworth

Rod and Michelle Baydaline

Betty Bourne

Connie Cardinale

Mark Carey

Jerod Collins

Dale Davidson

Donald DeMarcus

Kathleen DeVoe Hans

Samuel Dougherty

Margret Einhorn

David Fahselt

Daniel and Erin Friedenthal

Thelma George

Sue Ghilotti

David Granath

Mitch Gregory

Gerri Gunham

Sam Hubbard

Ramiro Huerta

Myrna Jacka

Arthur Johnston

Cherie Joiner

Branda Leese

Hilton Lewis

Ida Louie

Beverly Lowe

Nestor Marcelo

Stuart Martin

James McClure

Mary McCrystle

Irene Mihailoff and/or The Estate of Pierre Mihailoff

Cynthia Moore and Jesus Contreras

## Presently Known Class Members - CA

Richard and Rosie Murphy

Russell Niesz

Kelvin Perrien

Yolanda Pilecki

Don Pitts

Dan and Patricia Quickert

California Class Representative Dan Quickert, individually and on behalf of a California Class

Dan Royer

Joseph Schofield

Roy Seuberth

Thomas and Melissa Shirley

Fernando Silva

Gene Smith

John and Jackie Soso

Dale Stanford

Carol Sunderland

Michael & Laura Tadakuma

Lincoln Thomas

Virginia Tibbals

Gunther and Elizabeth Wagner

Robin Walker

Terence Wong

Patricia Young

Janet Zook

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |
| NOTE: The last day on which to file this form is OCTOBER 31, 2008. Use this form _only_ if you have a <u>ZAI Claim</u> against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | THIS SPACE IS FOR COURT USE ONLY |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): NJ Class Representative Nancy Jane Webster, individually and on behalf of a New Jersey Class (see attached) | | |
| Name and address where notices should be sent: Richardson, Patrick, Westbrook & Brickman, LLC 1037 Chuck Dawley Blvd., Building A Mt. Pleasant, SC 29464 Telephone Number: (843) 727-6500 | | |

| 1. <u>Building Information:</u> | |
|---|---|
| **a. Address of the building that contains ZAI:** See Attached – NJ | THIS SPACE INTENTIONALLY LEFT BLANK |
| **b. Approximate date the building was constructed:** See attached | |
| **c. Approximate date ZAI was installed in the building:** See attached | |
| **d. Location within building where ZAI is located:** See attached | |
| **e. What is your legal interest in the building (i.e., own or lease)?** See attached | |
| **f. Date of removal of ZAI (if applicable):** See attached | |
| ***Attach any backup documents to this form that are related to these questions.** | |

| 2. <u>Date-Stamped Copy:</u> To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | | This Space is for Court Use Only |
|---|---|---|
| Date: 10/10/08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _Nancy Jane Webster_ NANCY JANE WEBSTER | |

## ATTACHMENT TO W.R. GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

### Name of Creditor:

**Class Representatives:** Nancy Jane Webster, individually and on behalf of a New Jersey Class

**Class:** All owners of real property located in the state of New Jersey in which vermiculite insulation manufactured by Debtors has been installed.

### Class Counsel where Notices should be sent:

The Scott Law Group, P.S.
926 W. Sprague Ave., Suite 680
Spokane, WA 99201
Telephone: (509) 455-3966

Richardson Patrick Westbrook & Brickman LLC
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, SC 29465
Telephone: (843) 727-6500

### 1. Building Information:

### a. Address of the building that contains ZAI:

Class Rep: 8 Lakeside Drive, Medford, NJ 08055
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

### b. Approximate date the building was constructed:

Class Rep: 1953
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

### c. Approximate date ZAI was installed in the building:

Class Rep: October 1980?
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

### d. Location within building where ZAI is located:

Class Rep: Attic
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep: Own
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

### f. Date of removal of ZAI (if applicable):

Class Rep:
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO.<br>ZAI PROOF OF<br>CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |
| **NOTE:** The last day on which to file this form is OCTOBER 31, 2008. Use this form <u>only</u> if you have a <u>ZAI Claim</u> against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | THIS SPACE IS FOR COURT<br>USE ONLY |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property):<br>Connecticut Class Representative Murray Helfand, indivi-<br>dually and on behalf of a Connecticut Class (see attached) | | |
| Name and address where notices should be sent:<br><br>Telephone Number: The Scott Law Group, P.S.<br>926 W. Sprague Ave., Suite 680<br>Spokane, WA  99201<br><br>(509) 455-3966 | | |

1. <u>Building Information</u>:

a. **Address of the building that contains ZAI:**

See attached
, CT

THIS SPACE INTENTIONALLY LEFT BLANK

b. **Approximate date the building was constructed:**

See attached

c. **Approximate date ZAI was installed in the building:**

See attached

d. **Location within building where ZAI is located:**

See attached

e. **What is your legal interest in the building (i.e., own or lease)?**

See attached

f. **Date of removal of ZAI (if applicable):**

See attached

**\*\*\*Attach any backup documents to this form
that are related to these questions.**

| 2. <u>Date-Stamped Copy</u>: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | This Space is for Court Use Only |
|---|---|
| Date:<br><br>10/15/08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *MURRAY HELFAND*<br><br>*Murray Helfand* | |

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:**    Murray Helfand, individually and on behalf of a Connecticut Class

**Class:**    All owners of real property located in the state of Connecticut in which vermiculite insulation manufactured by Debtors has been installed.

**Known Class Members:**    See listing attached

**Class Counsel where Notices should be sent:**

The Scott Law Group, P.S.                    Richardson Patrick Westbrook & Brickman LLC
926 W. Sprague Ave., Suite 680               1037 Chuck Dawley Blvd., Bldg. A
Spokane, WA 99201                            Mount Pleasant, SC 29465
Telephone: (509) 455-3966                    Telephone: (843) 727-6513

### 1. Building Information:

#### a. Address of the building that contains ZAI:

Class Rep: 585 Burritt St., Plantsville, CT 06479.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### b. Approximate date the building was constructed:

Class Rep: 1965.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### c. Approximate date ZAI was installed in the building:

Class Rep: 1974-1976.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

#### d. Location within building where ZAI is located:

Class Rep: Attic.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep: Own.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### f. Date of removal of ZAI (if applicable):

Class Rep: N/A.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim.  Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

## Presently Known Class Members - CT

Vincent Aiello

Eleuterio Amoro

Joseph Bowman

George Bozzulti

Donald and Edith Collier

Charles Dickinson

Diane Farrell

Pat Gardner

Joseph Gremier

Stephen Gustafson

Michael Haertel

Murray Helfand

Connecticut Class Representative Murray Helfand, individually and on behalf of a Connecticut Class

Frederick and Jean Hinners

Donald Holley

Joseph Kovalck Jr.

Chris and Nancy Kristoff

John Leader, Jr.

Michael and Amber Macfeat

Michael and Amber Macfeat

Russell and Pam Martin

Evelyn Matave

Vito Mazzella

John Naylor

Jim Orsatti

James and Christine Roche

Alan Scrimenti

Chris Shepard

Frederick Williams

Rafal Wisniewski

Cynthia Goetz and Liz Yorke

Andrea Zalneraitis

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |
| NOTE: The last day on which to file this form is OCTOBER 31, 2008. Use this form only if you have a ZAI Claim against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property):<br>Indiana Class Representative Robert Reid, individually and on behalf of an Indiana Class (see attached) | | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent:<br>The Scott Law Group, P.S.<br>926 W. Sprague Ave., Suite 680<br>Telephone Number:     Spokane, WA 99201<br><br>(509) 455-3966 | | |

**1. Building Information:**

**a. Address of the building that contains ZAI:**

See attached
, IN

**b. Approximate date the building was constructed:**

See attached

**c. Approximate date ZAI was installed in the building:**

See attached

**d. Location within building where ZAI is located:**

See attached

**e. What is your legal interest in the building (i.e., own or lease)?**

See attached

**f. Date of removal of ZAI (if applicable):**

See attached

**\*\*\*Attach any backup documents to this form that are related to these questions.**

THIS SPACE INTENTIONALLY LEFT BLANK

**2. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

Date:     Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Robert C. Reid*

ROBERT C. REID   10-12-08

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

### Name of Creditor:

**Class Representatives:**   Robert Reid, individually and on behalf of an Indiana Class

**Class:**   All owners of real property located in the state of Indiana in which vermiculite insulation manufactured by Debtors has been installed.

**Known Class Members:**   See listing attached

### Class Counsel where Notices should be sent:

The Scott Law Group, P.S.
926 W. Sprague Ave., Suite 680
Spokane, WA 99201
Telephone: (509) 455-3966

Richardson Patrick Westbrook & Brickman LLC
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, SC 29465
Telephone: (843) 727-6513

### 1. Building Information:

#### a. Address of the building that contains ZAI:

Class Rep: 2898 Bryant St., Portage IN 46368.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### b. Approximate date the building was constructed:

Class Rep: 1971.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### c. Approximate date ZAI was installed in the building:

Class Rep: 1971.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### d. Location within building where ZAI is located:

Class Rep: Attic.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep: Own.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### f. Date of removal of ZAI (if applicable):

Class Rep: N/A.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

## *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim. Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

## Presently Known Class Members - IN

Barbara Brownell

Rob Burns

Steven Butcher

Max Dawson

Jeff Folliday

Richard Georgas

Jan Gisslen

Chester Graham

Paul Gregory

Erica Guelinas

Christina Hall

John Hierholzer and/or Jeff Hierholzer

Tina Huppenthal

Peter Jacobs

Frank Lockmandy

Daniel Mann and/or Mrs. Mann

Vernita Mc Reynolds

Michelle Mihalcik

Hermes Miller

Thomas Osborn

Linda Raimbault

Robert and Judy Reid

Indiana Class Representative Robert Reid, individually and on behalf of an Indiana Class

Mike Russell

Joe Sanders

Jared Stewart

Michael Swift

Vincent Utley

John Vadas

Thomas Vrahoretis

John Welton

Dennis Westphal

Alfonso White

Rich Wisniewski

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |
| **NOTE:** The last day on which to file this form is OCTOBER 31, 2008. Use this form <u>only</u> if you have a <u>ZAI Claim</u> against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): <br> Oregon Class Representative Karen Kettley, individually and on behalf of an Oregon Class (see attached) | | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent: <br> Telephone Number: <br><br> The Scott Law Group, P.S. <br> 926 W. Sprague Ave., Suite 680 <br> Spokane, WA  99201 <br><br> (509) 455-3966 | | |

| 1. <u>Building Information</u>: | THIS SPACE INTENTIONALLY LEFT BLANK |
|---|---|
| a. **Address of the building that contains ZAI:** <br><br> See attached <br> , OR | |
| b. **Approximate date the building was constructed:** <br><br> See attached | |
| c. **Approximate date ZAI was installed in the building:** <br><br> See attached | |
| d. **Location within building where ZAI is located:** <br><br> See attached | |
| e. **What is your legal interest in the building (i.e., own or lease)?** <br><br> See attached | |
| f. **Date of removal of ZAI (if applicable):** <br><br> See attached | |
| **\*\*\*Attach any backup documents to this form that are related to these questions.** | |

| 2. <u>Date-Stamped Copy</u>: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | | This Space is for Court Use Only |
|---|---|---|
| Date: <br> 10/11/08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Kam Kettley* | |

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:**  Karen Kettlety, individually and on behalf of an Oregon Class

**Class:**  All owners of real property located in the state of Oregon in which vermiculite insulation manufactured by Debtors has been installed.

**Known Class Members:**  See listing attached

**Class Counsel where Notices should be sent:**

The Scott Law Group, P.S.                    Richardson Patrick Westbrook & Brickman LLC
926 W. Sprague Ave., Suite 680               1037 Chuck Dawley Blvd., Bldg. A
Spokane, WA 99201                            Mount Pleasant, SC 29465
Telephone: (509) 455-3966                    Telephone: (843) 727-6513

## 1. Building Information:

### a. Address of the building that contains ZAI:

Class Rep: 37629 Woods lane, Richland, OR 97870.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### b. Approximate date the building was constructed:

Class Rep: Approx. 1908.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### c. Approximate date ZAI was installed in the building:

Class Rep: 1971.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### d. Location within building where ZAI is located:

Class Rep: Attic.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep: Own.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### f. Date of removal of ZAI (if applicable):

Class Rep: April, 2008.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.