## *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim. Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

## Presently Known Class Members - OR

Keith Anderson

Nick and Kim Benton

Steve and Leanna Berge

Steve Betteridge

Sandra Buffham

Betty Carter

Bruce Carter

Halsted Davis

Michael Dixon

Dean and Bonnie Dorsey

Tina Dworakowski

Andy Fairchild

Jay and Shelia Faulconer

Melissa and Jason Fritz

Linda Hetzler

Karen Kettlety

Oregon Class Representative Karen Kettlety, individually and on behalf of an Oregon Class

Lisa Kobielsky

Russell Krueger and Kenneth Krueger

Gary and Dolores Lisman

Terry McAlister

Barbara McGarrah

Larry Nicoles

Shawn Nolan and/or Andrew Solomon

Wayne Olson

Robbin Taylor

Leslie VanDehey

James White

Dan Wiens

Gary Wolcott

Allyson Young

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |
| **NOTE: The last day on which to file this form is OCTOBER 31, 2008.** Use this form **only** if you have a <u>ZAI Claim</u> against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): Missouri Class Representative Anthony Simpson, indi-vidually and on behalf of a Missouri Class (see attached) | | This Space is for Court Use Only |
| Name and address where notices should be sent: The Scott Law Group, P.S. 926 W. Sprague Ave., Suite 680 Telephone Number: Spokane, WA 99201 (509) 455-3966 | | |

**1. <u>Building Information</u>:**

THIS SPACE INTENTIONALLY LEFT BLANK

**a. Address of the building that contains ZAI:**

See attached
, MO

**b. Approximate date the building was constructed:**

See attached

**c. Approximate date ZAI was installed in the building:**

See attached

**d. Location within building where ZAI is located:**

See attached

**e. What is your legal interest in the building (i.e., own or lease)?**

See attached

**f. Date of removal of ZAI (if applicable):**

See attached

**\*\*\*Attach any backup documents to this form that are related to these questions.**

**2. <u>Date-Stamped Copy</u>:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

Date: 9/15/08   Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _Anthony J Simpson_

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

### Name of Creditor:

**Class Representatives:** Anthony Simpson, individually and on behalf of a Missouri Class

**Class:** All owners of real property located in the state of Missouri in which vermiculite insulation manufactured by Debtors has been installed.

**Known Class Members:** See listing attached

### Class Counsel where Notices should be sent:

The Scott Law Group, P.S.
926 W. Sprague Ave., Suite 680
Spokane, WA 99201
Telephone: (509) 455-3966

Richardson Patrick Westbrook & Brickman LLC
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, SC 29465
Telephone: (843) 727-6513

### 1. Building Information:

#### a. Address of the building that contains ZAI:

Class Rep: 7573 Rivermont Trail, House Springs, MO 63051.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### b. Approximate date the building was constructed:

Class Rep: 1927.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### c. Approximate date ZAI was installed in the building:

Class Rep: 1972-1973.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

#### d. Location within building where ZAI is located:

Class Rep: Attic.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep: Own.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### f. Date of removal of ZAI (if applicable):

Class Rep: N/A.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

## *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim. Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

## **Presently Known Class Members - MO**

Clayton Armstrong

Robert Bennett

Clarence Edward Bettis

Edward Carmichael

Anna Craven

Glen Edgar

Matthew D. and Shellie R. Enloe

Dan Goe

Michael Graham

Mark Hartman

Paul Hay

Ted Howell

Clyde Huffman

Frank James

Geoff Jones

Edward Kaufman

Barrietta Killiebrew

Susan Kupferer

John and Gina Loudon

Eugene McCallister

Todd McCann

Susan Moore

Christopher and Barbara Normile

Jeff Porter

Timothy Purdue

Marie Rakers

Dave Richter

Valerie Roffe

Theda Rollins

Julie Scheurnbauer

Anthony Simpson

Missouri Class Representative Anthony Simpson, individually and on behalf of a Missouri Class

Andrew Siorek

Frank and Sara Siorek

Nanette Steibel

William Thurston

John Zay

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., <u>et al</u>. | Case No. 01-1139 | |
| **NOTE:** The last day on which to file this form is OCTOBER 31, 2008. Use this form <u>only</u> if you have a <u>ZAI Claim</u> against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): Maine Class Representative Robert Mitchell, individually and on behalf of a Maine Class (see attached) | | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent: The Scott Law Group, P.S. 926 W. Sprague Ave., Suite 680 Spokane, WA 99201 Telephone Number: (509) 455-3966 | | |
| 1. <u>Building Information</u>: a. **Address of the building that contains ZAI:** See attached , ME b. **Approximate date the building was constructed:** See attached c. **Approximate date ZAI was installed in the building:** See attached d. **Location within building where ZAI is located:** See attached e. **What is your legal interest in the building (i.e., own or lease)?** See attached f. **Date of removal of ZAI (if applicable):** See attached ***Attach any backup documents to this form that are related to these questions.** | THIS SPACE INTENTIONALLY LEFT BLANK | |
| 2. <u>Date-Stamped Copy</u>: To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | | This Space is for Court Use Only |
| Date: 10-16-08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any) Robert J. Mitchell *Robert M Mitchell 10-16-08* | |

**ATTACHMENT TO W.R.GRACE & CO.**
**ZAI CLASS PROOF OF CLAIM FORM**

**Name of Creditor:**

**Class Representatives:**   Robert Mitchell, individually and on behalf of a Maine Class

**Class:**   All owners of real property located in the state of Maine in which vermiculite
insulation manufactured by Debtors has been installed.

**Known Class Members:**   See listing attached

**Class Counsel where Notices should be sent:**

The Scott Law Group, P.S.                          Richardson Patrick Westbrook & Brickman LLC
926 W. Sprague Ave., Suite 680                1037 Chuck Dawley Blvd., Bldg. A
Spokane, WA 99201                                  Mount Pleasant, SC 29465
Telephone: (509) 455-3966                      Telephone: (843) 727-6513

**1. Building Information:**

**a. Address of the building that contains ZAI:**

Class Rep: 22 Dinsmore Street, Bingham, ME 04920.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or
otherwise filed with the Claims Agent.

**b. Approximate date the building was constructed:**

Class Rep: 1940's.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or
otherwise filed with the Claims Agent.

**c. Approximate date ZAI was installed in the building:**

Class Rep: Unknown.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or
otherwise filed with the Claims Agent

**d. Location within building where ZAI is located:**

Class Rep: Walls.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or
otherwise filed with the Claims Agent.

**e. What is your legal interest in the building (i.e., own or lease)?**

Class Rep: Own.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or
otherwise filed with the Claims Agent.

**f. Date of removal of ZAI (if applicable):**

Class Rep: N/A.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or
otherwise filed with the Claims Agent.

### *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim.  Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

# Presently Known Class Members - ME

Holly Buss and Jason Opal

Michael Carbonneau

Susan Flynn

Richard Harris

Conrad Hichbon

Thomas Kemp

Joe Lane

Robert Lassard

Robert and Claudette Lessard

Theresa Quinn and John McGraw Jr.

Robert Mitchell

Maine Class Representative Robert Mitchell, individually and on behalf of a Maine Class

Bryan Powers

Devora Wharton

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |
| NOTE: The last day on which to file this form is OCTOBER 31, 2008. Use this form <u>only</u> if you have a <u>ZAI Claim</u> against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): Kentucky Class Representative Bill Hanrahan, individually and on behalf of a Kentucky Class (see attached) | | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent: Richardson, Patrick, Westbrook & Brickman, LLC 1037 Chuck Dawley Blvd., Building A Mt. Pleasant, SC 29464 Telephone Number: (843) 727-6500 | | |

| 1. <u>Building Information:</u> | THIS SPACE INTENTIONALLY LEFT BLANK |
|---|---|
| a. Address of the building that contains ZAI: See Attached – KY | |
| b. Approximate date the building was constructed: See attached | |
| c. Approximate date ZAI was installed in the building: See attached | |
| d. Location within building where ZAI is located: See attached | |
| e. What is your legal interest in the building (i.e., own or lease)? See attached | |
| f. Date of removal of ZAI (if applicable): See attached | |
| ***Attach any backup documents to this form that are related to these questions. | |

| 2. <u>Date-Stamped Copy:</u> To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | This Space is for Court Use Only |
|---|---|
| Date: | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): | |

## ATTACHMENT TO W.R. GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

### Name of Creditor:

**Class Representatives:** Bill Hanrahan, individually and on behalf of a Kentucky Class

**Class:** All owners of real property located in the state of Kentucky in which vermiculite insulation manufactured by Debtors has been installed.

### Class Counsel where Notices should be sent:

The Scott Law Group, P.S.                          Richardson Patrick Westbrook & Brickman LLC
926 W. Sprague Ave., Suite 680              1037 Chuck Dawley Blvd., Bldg. A
Spokane, WA 99201                                 Mount Pleasant, SC 29465
Telephone: (509) 455-3966                      Telephone: (843) 727-6500

### 1. Building Information:

#### a. Address of the building that contains ZAI:

Class Rep: 346 Marmil Circle, Edgewood, KY 41017
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

#### b. Approximate date the building was constructed:

Class Rep: 1963
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

#### c. Approximate date ZAI was installed in the building:

Class Rep: October 1978
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

#### d. Location within building where ZAI is located:

Class Rep: Attic
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

#### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep: Own
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

#### f. Date of removal of ZAI (if applicable):

Class Rep:
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |
| **NOTE: The last day on which to file this form is OCTOBER 31, 2008.** Use this form <u>only</u> if you have a <u>ZAI Claim</u> against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): VA Class Representative Dr. Clarke Russ and Rinda Lou Russ, individually and on behalf of a Virginia Class (see attached) | | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent: Richardson, Patrick, Westbrook & Brickman, LLC 1037 Chuck Dawley Blvd., Building A Mt. Pleasant, SC 29464 Telephone Number: (843) 727-6500 | | |

**1. Building Information:**

**a. Address of the building that contains ZAI:**

See Attached – VA

THIS SPACE INTENTIONALLY LEFT BLANK

**b. Approximate date the building was constructed:**

See attached

**c. Approximate date ZAI was installed in the building:**

See attached

**d. Location within building where ZAI is located:**

See attached

**e. What is your legal interest in the building (i.e., own or lease)?**

See attached

**f. Date of removal of ZAI (if applicable):**

See attached

**\*\*\*Attach any backup documents to this form that are related to these questions.**

**2. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim.

This Space is for Court Use Only

Date: 10/16/2008

Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): *Clarke Russ* CLARKE RUSS *Rinda Lou Russ* RINDA LOU

## ATTACHMENT TO W.R. GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:** Rinda Lou and Clarke Russ, individually and on behalf of a Virginia Class

**Class:**  All owners of real property located in the state of Virginia in which vermiculite insulation manufactured by Debtors has been installed.

**Class Counsel where Notices should be sent:**

The Scott Law Group, P.S.                        Richardson Patrick Westbrook & Brickman LLC
926 W. Sprague Ave., Suite 680              1037 Chuck Dawley Blvd., Bldg. A
Spokane, WA 99201                                  Mount Pleasant, SC 29465
Telephone: (509) 455-3966                      Telephone: (843) 727-6500

### 1. Building Information:

#### a.  Address of the building that contains ZAI:

Class Rep: 2229 Windward Shore Drive, Virginia Beach, VA  23451
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

#### b.  Approximate date the building was constructed:

Class Rep: 1964
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

#### c.  Approximate date ZAI was installed in the building:

Class Rep:  1973 - 1977
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

#### d.  Location within building where ZAI is located:

Class Rep: 2 Attics
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

#### e.  What is your legal interest in the building (i.e., own or lease)?

Class Rep: Own
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

#### f.  Date of removal of ZAI (if applicable):

Class Rep:  2003 and 2005
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |
| **NOTE:  The last day on which to file this form is OCTOBER 31, 2008.  Use this form only if you have a ZAI Claim against any of the Debtors.  The ZAI Bar Date includes claims affecting property located in the United States.  The ZAI Bar Date does not include claims related to property located outside of the United States.** | | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): <br> Idaho Class Representative Peggy White, individually and on behalf of an Idaho Class (see attached) | | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent: <br><br> Telephone Number: <br><br> The Scott Law Group, P.S. <br> 926 W. Sprague Ave., Suite 680 <br> Spokane, WA  99201 <br><br> (509) 455-3966 | | |
| 1. **Building Information:** <br><br> a. **Address of the building that contains ZAI:** <br><br> See attached <br> , ID <br> _____ <br><br> b. **Approximate date the building was constructed:** <br><br> See attached <br> _____ <br><br> c. **Approximate date ZAI was installed in the building:** <br><br> See attached <br> _____ <br><br> d. **Location within building where ZAI is located:** <br><br> See attached <br> _____ <br><br> e. **What is your legal interest in the building (i.e., own or lease)?** <br><br> See attached <br> _____ <br><br> f. **Date of removal of ZAI (if applicable):** <br><br> See attached <br> _____ <br> ***Attach any backup documents to this form that are related to these questions.** | THIS SPACE INTENTIONALLY LEFT BLANK | |
| 2. **Date-Stamped Copy:**  To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | | This Space is for Court Use Only |
| Date: <br><br> 10-17-08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):  *Peggy White* <br> Peggy White | |

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:** Peggy White, individually and on behalf of an Idaho Class

**Class:** All owners of real property located in the state of Idaho in which vermiculite insulation manufactured by Debtors has been installed.

**Known Class Members:** See listing attached

**Class Counsel where Notices should be sent:**

| | |
|---|---|
| The Scott Law Group, P.S. | Richardson Patrick Westbrook & Brickman LLC |
| 926 W. Sprague Ave., Suite 680 | 1037 Chuck Dawley Blvd., Bldg. A |
| Spokane, WA 99201 | Mount Pleasant, SC 29465 |
| Telephone: (509) 455-3966 | Telephone: (843) 727-6513 |

### 1. Building Information:

#### a. Address of the building that contains ZAI:

Class Rep: 80 Isabelle Lane, Kingston, ID 83839.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### b. Approximate date the building was constructed:

Class Rep: 1940's.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### c. Approximate date ZAI was installed in the building:

Class Rep: Unknown.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

#### d. Location within building where ZAI is located:

Class Rep: Attic, sifting into walls.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep: Own.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

#### f. Date of removal of ZAI (if applicable):

Class Rep: N/A.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

## *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim. Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

## Presently Known Class Members - ID

Mitch Alexander

Vonda Bird

Stephen Bristline

George Blickenstaff

Tom Bryant

John Callison

Shane Chesnut

Wilma Daniels

Larry Eaton

John Ely

Gayle Hayes

Joseph Hendrix

Tom Johns

Kenneth Johnson

Leora Johnson Trust

Ray Kincheloe

James MacDonald

Edwin Malloy

Casimer Marcinkowski

Andy May

Michael Ross McCall

Stephen McMaster

Mark Merrifield

April Muhs

Ja-Nee' Newby

Allan Nye

Raymond Rainio

Mary Ann Rowe

David Schlater

Mike Snook

Aleta Sonnenberg

Marvin Spear

Carol & Gary Steinway

Bruce and Bridget Sundahl

Norm Tyndall

Tom Underdown

Jan VanAsche

## **Presently Known Class Members - ID**

Jan VanAsche

Milton and Judy Walker

Taryn Weingart

George Whaley

Mike and Peggy White

Peggy White

Idaho Class Representative Peggy White, individually and on behalf of an Idaho Class

John Windju

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |
| NOTE: The last day on which to file this form is OCTOBER 31, 2008. Use this form **only** if you have a **ZAI Claim** against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): Colorado Class Representative Kathy Thompson, individually and on behalf of a Colorado Class (see attached) | | THIS SPACE IS FOR COURT USE ONLY |
| Name and address where notices should be sent: The Scott Law Group, P.S. 926 W. Sprague Ave., Suite 680 Spokane, WA 99201  Telephone Number:  (509) 455-3966 | | |

| 1. **Building Information:** | THIS SPACE INTENTIONALLY LEFT BLANK |
|---|---|
| a. **Address of the building that contains ZAI:**  See attached , CO | |
| b. **Approximate date the building was constructed:**  See attached | |
| c. **Approximate date ZAI was installed in the building:**  See attached | |
| d. **Location within building where ZAI is located:**  See attached | |
| e. **What is your legal interest in the building (i.e., own or lease)?**  See attached | |
| f. **Date of removal of ZAI (if applicable):**  See attached | |
| ***Attach any backup documents to this form that are related to these questions.** | |

| 2. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | This Space is for Court Use Only |
|---|---|
| Date:  10/20/08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):   *Kathy Thompson*  Kathy Thompson    10-20-2008 |

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:**    Kathy Thompson, individually and on behalf of a Colorado Class

**Class:**    All owners of real property located in the state of Colorado in which vermiculite insulation manufactured by Debtors has been installed.

**Known Class Members:**    See listing attached

**Class Counsel where Notices should be sent:**

| | |
|---|---|
| The Scott Law Group, P.S. | Richardson Patrick Westbrook & Brickman LLC |
| 926 W. Sprague Ave., Suite 680 | 1037 Chuck Dawley Blvd., Bldg. A |
| Spokane, WA 99201 | Mount Pleasant, SC 29465 |
| Telephone: (509) 455-3966 | Telephone: (843) 727-6513 |

## 1. Building Information:

### a. Address of the building that contains ZAI:

Class Rep: 216 Alamosa Avenue, Alamosa, CO 81101.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### b. Approximate date the building was constructed:

Class Rep: 1905.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### c. Approximate date ZAI was installed in the building:

Class Rep: Unknown.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

### d. Location within building where ZAI is located:

Class Rep: Attic.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep: Own.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### f. Date of removal of ZAI (if applicable):

Class Rep: N/A.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim. Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

## Presently Known Class Members - CO

Bonnie Abendschan

Kenneth Binam

Orlan Dove

George Galida

Matt Gauthier

Renee Guilford

Susan Hansen

Marjorie Hedges

James Hockman

Gloria Jones

Tom Kinsella

Brian and Anna Knight

Linda Knox

James Koncilja

Betty Longan

Jim Lowe

Thomas Luftus

John Mastrini

Joshua McFarland

Jim Norman

Jim Norman

Jim Norman

William Rhoads

David and Cindi Rowan

Linda Rowten

Cheryl and Jock Spencer

Karin Steadman

Kathy Thompson

Colorado Class Representative Kathy Thompson, individually and on behalf of a Colorado Class

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO.<br>ZAI PROOF OF<br>CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |
| **NOTE: The last day on which to file this form is OCTOBER 31, 2008.** Use this form _only_ if you have a ZAI Claim against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | THIS SPACE IS FOR COURT USE ONLY |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property):<br>Vermont Class Representative James Surwilo, individually and on behalf of a Vermont Class (see attached) | | |
| Name and address where notices should be sent:<br><br>The Scott Law Group, P.S.<br>926 W. Sprague Ave., Suite 680<br>Spokane, WA  99201<br><br>Telephone Number:<br>(509) 455-3966 | | |

**1. Building Information:**

a. Address of the building that contains ZAI:

See attached
, VT

b. Approximate date the building was constructed:

See attached

c. Approximate date ZAI was installed in the building:

See attached

d. Location within building where ZAI is located:

See attached

e. What is your legal interest in the building (i.e., own or lease)?

See attached

f. Date of removal of ZAI (if applicable):

See attached

**\*\*\*Attach any backup documents to this form that are related to these questions.**

THIS SPACE INTENTIONALLY LEFT BLANK

| **2. Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | This Space is for Court Use Only |
|---|---|
| Date:<br>10/22/08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any): _James Surwilo_ |

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:** James Surwilo, individually and on behalf of a Vermont Class

**Class:** All owners of real property located in the state of Vermont in which vermiculite insulation manufactured by Debtors has been installed.

**Known Class Members:** See listing attached

**Class Counsel where Notices should be sent:**

The Scott Law Group, P.S.                Richardson Patrick Westbrook & Brickman LLC
926 W. Sprague Ave., Suite 680           1037 Chuck Dawley Blvd., Bldg. A
Spokane, WA 99201                        Mount Pleasant, SC 29465
Telephone: (509) 455-3966                Telephone: (843) 727-6513

### 1. Building Information:

**a. Address of the building that contains ZAI:**

Class Rep: 4 Hubbard Park Dr., Montpelier, VT 05602.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

**b. Approximate date the building was constructed:**

Class Rep: 1954.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

**c. Approximate date ZAI was installed in the building:**

Class Rep: Unknown.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

**d. Location within building where ZAI is located:**

Class Rep: Attic.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

**e. What is your legal interest in the building (i.e., own or lease)?**

Class Rep: Own.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

**f. Date of removal of ZAI (if applicable):**

Class Rep: N/A.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

## *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim.   Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

## Presently Known Class Members - VT

Robin Ackel

Rosemary Baldasaro-Haselton

Dave Begin

Forman Bourdeau

John Brabant

Vermont Class Representative John Brabant, individually and on behalf of a Vermont Class

Vince Caloiero

Mike and Patty Macke

Jeanine Hoyanski

Jeff Hull

Janice Lavallee

Donald and Carol Massonni

James Surwilo

Vermont Class Representative James Surwilo, individually and on behalf of a Vermont Class

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | THIS SPACE IS FOR COURT USE ONLY |
| **NOTE:** The last day on which to file this form is OCTOBER 31, 2008. Use this form only if you have a ZAI Claim against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States. | | |
| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property): Vermont Class Representative John Brabant, individually and on behalf of a Vermont Class (see attached) | | |
| Name and address where notices should be sent:  The Scott Law Group, P.S. 926 W. Sprague Ave., Suite 680 Spokane, WA 99201  Telephone Number:  (509) 455-3966 | | |

| 1. **Building Information:** | THIS SPACE INTENTIONALLY LEFT BLANK |
|---|---|
| **a. Address of the building that contains ZAI:** See attached , VT | |
| **b. Approximate date the building was constructed:** See attached | |
| **c. Approximate date ZAI was installed in the building:** See attached | |
| **d. Location within building where ZAI is located:** See attached | |
| **e. What is your legal interest in the building (i.e., own or lease)?** See attached | |
| **f. Date of removal of ZAI (if applicable):** See attached | |
| ***Attach any backup documents to this form that are related to these questions.** | |

| 2. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | This Space is for Court Use Only |
|---|---|
| Date: 10/22/08 | Sign and print the name and title, if any, of the creditor or other person authorized to file this claim (attach copy of power of attorney, if any):    JOHN BRABANT | |

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:**  John Brabant, individually and on behalf of a Vermont Class

**Class:**  All owners of real property located in the state of Vermont in which vermiculite insulation manufactured by Debtors has been installed.

**Known Class Members:**  See listing attached

**Class Counsel where Notices should be sent:**

The Scott Law Group, P.S.                   Richardson Patrick Westbrook & Brickman LLC
926 W. Sprague Ave., Suite 680              1037 Chuck Dawley Blvd., Bldg. A
Spokane, WA  99201                         Mount Pleasant, SC  29465
Telephone: (509) 455-3966                  Telephone: (843) 727-6513

## 1. Building Information:

**a. Address of the building that contains ZAI:**

<u>Class Rep</u>: 711 Singleton Rd., Calais, VT  05640.
<u>Class Members:</u> See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

**b. Approximate date the building was constructed:**

<u>Class Rep:</u> 1842.
<u>Class Members:</u> See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

**c. Approximate date ZAI was installed in the building:**

<u>Class Rep:</u>  Unknown.
<u>Class Members:</u> See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

**d. Location within building where ZAI is located:**

<u>Class Rep:</u>  Attic, around duct work.
<u>Class Members:</u> See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

**e. What is your legal interest in the building (i.e., own or lease)?**

<u>Class Rep:</u> Own.
<u>Class Members:</u> See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

**f. Date of removal of ZAI (if applicable):**

<u>Class Rep:</u> N/A.
<u>Class Members:</u>  See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

## *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim.  Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

## Presently Known Class Members - VT

Robin Ackel

Rosemary Baldasaro-Haselton

Dave Begin

Forman Bourdeau

John Brabant

Vermont Class Representative John Brabant, individually and on behalf of a Vermont Class

Vince Caloiero

Mike and Patty Macke

Jeanine Hoyanski

Jeff Hull

Janice Lavallee

Donald and Carol Massonni

James Surwilo

Vermont Class Representative James Surwilo, individually and on behalf of a Vermont Class

Oct 27 08 12:02p    Susan&David                401-333-2771                p.1

| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE | W. R. GRACE & CO. ZAI PROOF OF CLAIM FORM |
|---|---|
| W. R. Grace & Co., et al. | Case No. 01-1139 | |

**NOTE:** The last day on which to file this form is OCTOBER 31, 2008. Use this form only if you have a ZAI Claim against any of the Debtors. The ZAI Bar Date includes claims affecting property located in the United States. The ZAI Bar Date does not include claims related to property located outside of the United States.

| Name of Creditor (The injured person or other entity to whom the Debtor(s) owe money or property):<br><br>Rhode Island Class Representative David Bliss, individually and on behalf of a Rhode Island Class (see attached) | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| Name and address where notices should be sent:<br><br>The Scott Law Group, P.S.<br>926 W. Sprague Ave., Suite 680<br>Spokane, WA 99201<br><br>Telephone Number:<br><br>(509) 455-3966 | |

| 1. **Building Information:** | THIS SPACE INTENTIONALLY LEFT BLANK |
|---|---|
| **a. Address of the building that contains ZAI:**<br><br>See attached<br>, RI | |
| **b. Approximate date the building was constructed:**<br><br>See attached | |
| **c. Approximate date ZAI was installed in the building:**<br><br>See attached | |
| **d. Location within building where ZAI is located:**<br><br>See attached | |
| **e. What is your legal interest in the building (i.e., own or lease)?**<br><br>See attached | |
| **f. Date of removal of ZAI (if applicable):**<br><br>See attached | |

***Attach any backup documents to this form that are related to these questions.**

| 2. **Date-Stamped Copy:** To receive an acknowledgment of the filing of your claim, enclose a stamped, self-addressed envelope and copy of this proof of claim. | *PLEASE SIGN & DATE* |
|---|---|
| Date:<br>10/27/08 | Sign and print the name and title, if any, of the creditor or other person authorized to file ... (attach copy of power of attorney, if any): David K. Bliss<br>Name: David K. Bliss | |

## ATTACHMENT TO W.R.GRACE & CO.
## ZAI CLASS PROOF OF CLAIM FORM

**Name of Creditor:**

**Class Representatives:**   David Bliss, individually and on behalf of a Rhode Island Class

**Class:**   All owners of real property located in the state of Rhode Island in which vermiculite insulation manufactured by Debtors has been installed.

**Known Class Members:**   See listing attached

**Class Counsel where Notices should be sent:**

The Scott Law Group, P.S.
926 W. Sprague Ave., Suite 680
Spokane, WA 99201
Telephone: (509) 455-3966

Richardson Patrick Westbrook & Brickman LLC
1037 Chuck Dawley Blvd., Bldg. A
Mount Pleasant, SC 29465
Telephone: (843) 727-6513

## 1. Building Information:

### a. Address of the building that contains ZAI:

Class Rep: 83 Abbott Run Valley Rd., Cumberland, RI 02864.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### b. Approximate date the building was constructed:

Class Rep: 1958.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### c. Approximate date ZAI was installed in the building:

Class Rep: 1958.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent

### d. Location within building where ZAI is located:

Class Rep: Attic.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### e. What is your legal interest in the building (i.e., own or lease)?

Class Rep: Own.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

### f. Date of removal of ZAI (if applicable):

Class Rep: N/A.
Class Members: See individual Proof of Claim forms submitted concurrently with this Proof of Claim or otherwise filed with the Claims Agent.

## *ATTACHMENT TO ZAI PROOF OF CLAIM*

Documentation material to ZAI Claimant's claim against W.R. Grace is too voluminous to attach to a Proof of Claim. Documents supporting ZAI Claimant's claim will made available for inspection and/or copying upon request.

## Presently Known Class Members - RI

David Bliss

Rhode Island Class Representative David Bliss, individually and on behalf of a Rhode Island Class

Noelle and Michael D'Intino

Elaine McComb

Jon Smith

Pier-Mari Toledo