REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1770625
One Town Center Road                    Invoice Date        10/28/08
Boca Raton, FL    33486                 Client Number        172573

=================================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

         Fees                            480.00
         Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $480.00
                                                     ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1770625
One Town Center Road                      Invoice Date        10/28/08
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60026


================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2008

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 09/02/08 | Ament | E-mail to team re: 9/29/08 hearing (.10); e-mail to K. Love at K&E re: same (.10). | .20 |
| 09/03/08 | Ament | Review e-mail from K. Love re: 9/2/08 omnibus hearing. | .10 |
| 09/04/08 | Ament | E-mail to J. Restivo and D. Cameron re: 9/29/08 omnibus hearing (.10); notify CourtCall and arrange for D. Cameron telephone participation in 9/29/08 omnibus hearing (.10); respond to e-mail from K. Love re: omnibus hearing (.10). | .30 |
| 09/05/08 | Ament | E-mails re: 9/29/08 omnibus hearing. | .10 |
| 09/08/08 | Ament | E-mails re: 9/29/08 omnibus hearing. | .10 |
| 09/08/08 | Naugle | Emails with T. Clapper regarding RCRA treatment of asbestos. | .10 |
| 09/09/08 | Ament | E-mails re: 9/29/08 omnibus hearing. | .10 |
| 09/16/08 | Ament | Review preliminary agenda for 9/29/08 hearing (.10); e-mails re: J. Restivo telephone participation in said hearing (.10). | .20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1770625
60026  Litigation and Litigation Consulting  Page   2
October 28, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 09/22/08 | Ament | E-mail to P. Cuniff re: plan, disclosure statement, and exhibits. | .10 |
| 09/22/08 | Lord | Research docket and draft CNO to Reed Smith July monthly fee application. | .50 |
| 09/23/08 | Ament | Circulate agenda for 9/29/08 omnibus hearing to team. | .10 |
| 09/24/08 | Ament | E-mail to P. Cuniff re: omnibus hearings and filing deadlines for 2009 (.10); review and respond to e-mail from T. Rea re: same (.10); follow-up e-mails with T. Rea and P. Cuniff re: same (.10). | .30 |
| 09/26/08 | Ament | Meet with T. Rea re: 9/29/08 omnibus hearing. | .10 |
| 09/29/08 | Ament | E-mails re: omnibus hearing (.10); review amended agenda re: same (.10). | .20 |

```
                                              ------
                              TOTAL HOURS      2.50
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Louis A Naugle | 0.10 | at | $ 515.00 | = | 51.50 |
| John B. Lord | 0.50 | at | $ 230.00 | = | 115.00 |
| Sharon A. Ament | 1.90 | at | $ 165.00 | = | 313.50 |

```
                   CURRENT FEES                          480.00


                                              ------------
              TOTAL BALANCE DUE UPON RECEIPT     $480.00
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1770626
5400 Broken Sound Blvd., N.W.        Invoice Date        10/28/08
Boca Raton, FL 33487                 Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

         Fees                        29,198.00
         Expenses                         0.00

              TOTAL BALANCE DUE UPON RECEIPT      $29,198.00
                                                 =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number    1770626
5400 Broken Sound Blvd., N.W.        Invoice Date      10/28/08
Boca Raton, FL 33487                 Client Number      172573
                                     Matter Number       60028


==============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 09/01/08 | Cameron | Review Canada ZAI claims settlement and emails. | .50 |
| 09/02/08 | Cameron | Telephone call with R. Finke regarding Canadian ZAI claims settlement (0.5); review final minutes of settlement (0.8); follow-up from call (0.5). | 1.80 |
| 09/02/08 | Rea | Prepare for, participate in and follow-up on strategy call. | 2.60 |
| 09/02/08 | Restivo | Prepare for and telephone conference with clients and K&E re:  ZAI claims (1.7); review sampling of ZAI claims (1.3). | 3.00 |
| 09/04/08 | Rea | Review research memo. | .10 |
| 09/05/08 | Rea | Prepare for and participate in strategy call (1.6) and follow-up on call (.3). | 1.90 |
| 09/05/08 | Restivo | Prepare for and ZAI telephone conference with clients and K&E. | 2.00 |
| 09/08/08 | Cameron | Review settlement materials. | .80 |
| 09/08/08 | Restivo | Receipt and review of legal summary from K&E. | 1.00 |
| 09/09/08 | Ament | Meet with J. Restivo re: ZAI claim files. | .10 |

172573 W. R. Grace & Co.                    Invoice Number  1770626
60028  ZAI Science Trial                    Page   2
October 28, 2008

      Date  Name                                              Hours
   --------  --------                                          -----

   09/09/08 Aten            Conference with J. Restivo re:       .60
                            review of BNSF claims files.

   09/09/08 Restivo         Review ZAI research memo (1.3);     2.50
                            review BNSF claims (.6); meeting
                            with R. Aten (.6).

   09/10/08 Aten            Begin reviewing BNSF claims forms.   .70

   09/10/08 Restivo         Emails, correspondence and         1.00
                            telephone calls.

   09/11/08 Aten            Continue to review BNSF claims      3.40
                            forms.

   09/11/08 Restivo         FCR research, emails and telephone   .80
                            calls.

   09/12/08 Aten            Continue to review/evaluate BNSF    1.60
                            claims.

   09/12/08 Cameron         Review materials from Canadian       .50
                            counsel.

   09/12/08 Restivo         Emails and telephone calls re:       .80
                            ZAI and FCR.

   09/14/08 Aten            Revise summary of BNSF claims.       .30

   09/14/08 Cameron         Review materials regarding           .80
                            settlement approval.

   09/15/08 Aten            Revise summary of BNSF claims and    .70
                            sent to J. Restivo.

   09/15/08 Restivo         Receipt and review of new            .50
                            ZAI-related material.

   09/16/08 Aten            Revise summary of BNSF claims.       .60

   09/16/08 Rea             Analysis of coding process.         1.10

   09/16/08 Restivo         Emails and communications re:       1.00
                            railroad claims (.4); claim for
                            check list (.3); telephone
                            conference with R. Finke (.3).

   09/17/08 Rea             Comments on coding procedures.       .60

   09/17/08 Restivo         Analyze draft NERA codes.           1.00

172573 W. R. Grace & Co.                          Invoice Number  1770626
60028 ZAI Science Trial                           Page   3
October 28, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 09/18/08 | Rea | Review and analyze claim materials. | .10 |
| 09/19/08 | Rea | Review and analyze claim materials. | 1.30 |
| 09/23/08 | Restivo | Review coding sheets and meeting with T. Rea. | .50 |
| 09/24/08 | Restivo | Analyze K&E proposed claim (.8); review templates (.2). | 1.00 |
| 09/25/08 | Aten | Conference with T. Rea re: conducting research re: standards for statute of limitations on asbestos property claims (.3); began reviewing/analyzing case law (1.3). | 1.60 |
| 09/25/08 | Rea | Analysis of ZAI claims process. | 2.40 |
| 09/25/08 | Restivo | Meeting with T. Rea (.9); telephone conference with R. Finke (.6). | 1.50 |
| 09/26/08 | Aten | Continue to review and analyze case law and to conduct research re: statute of limitations for ZAI property damage claims. | 3.90 |
| 09/26/08 | Rea | Research re:  ZAI claims. | 1.00 |
| 09/26/08 | Samuel | Meeting with T. Rea re research (.3); begin research re: ZAI claims and related legal issues (1.2). | 1.50 |
| 09/28/08 | Aten | Continue to review and analyze case law re: statute of limitations. | 1.50 |
| 09/29/08 | Aten | Continue to review and analyze case law and to conduct research re: statute of limitations. | 7.80 |
| 09/29/08 | Rea | Assessment of ZAI claims. | .30 |
| 09/29/08 | Restivo | Review ZAI claim form review list. | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1770626
60028  ZAI Science Trial                    Page   4
October 28, 2008
```

| Date | Name | | Hours |
|------|------|--|-------|

| | | | |
|------|------|--|-------|
| 09/30/08 | Aten | Continue to review and analyze case law re: statute of limitations (1.0); conference with T. Rea re: statute of limitations issues (.4); conducted research re: statute of limitations in WI, LA, VT, MI (3.4); conference with T. Rea re: same (.2). | 5.00 |
| 09/30/08 | Rea | Research re:  ZAI claims. | .70 |

```
                                            ------
                                TOTAL HOURS   62.90
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Douglas E. Cameron | 4.40 | at $ | 615.00 | = | 2,706.00 |
| James J. Restivo Jr. | 17.10 | at $ | 675.00 | = | 11,542.50 |
| Traci Sands Rea | 12.10 | at $ | 435.00 | = | 5,263.50 |
| Rebecca E. Aten | 27.70 | at $ | 335.00 | = | 9,279.50 |
| Alexandria C. Samuel | 1.50 | at $ | 260.00 | = | 390.00 |
| Sharon A. Ament | 0.10 | at $ | 165.00 | = | 16.50 |

```
                 CURRENT FEES                        29,198.00


                                                    ------------
                 TOTAL BALANCE DUE UPON RECEIPT       $29,198.00
                                                    ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1770627
5400 Broken Sound Blvd., N.W.        Invoice Date        10/28/08
Boca Raton, FL 33487                 Client Number        172573


=================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

        Fees                            2,449.50
        Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $2,449.50
                                                    ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number     1770627
5400 Broken Sound Blvd., N.W.        Invoice Date       10/28/08
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029


================================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2008

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 09/03/08 | Ament | Attend to billing matters. | .20 |
| 09/06/08 | Cameron | Attention to fee application materials. | .90 |
| 09/11/08 | Muha | Begin review of August 2008 fees and expenses. | .20 |
| 09/15/08 | Muha | Review and revisions to fee and expense detail for August 2008 monthly fee application. | .60 |
| 09/16/08 | Ament | Attend to billing matters (.10); various e-mails re: same (.10). | .20 |
| 09/16/08 | Muha | Continue revisions to August monthly fee and expense detail, and e-mail to T. Klapper re: review of grand jury invoice. | .30 |
| 09/17/08 | Ament | Attend to billing matters relating to August expenses (.20); meet with D. Cameron re: same (.10). | .30 |
| 09/17/08 | Muha | Add detail to expense entry for meal on Aug. 2008 monthly fee application. | .10 |
| 09/19/08 | Ament | E-mails with A. Muha re: August monthly fee application (.10); attend to billing matters relating to consultant fees (.20). | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1770627
60029  Fee Applications-Applicant                 Page    2
October 28, 2008

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 09/22/08 | Ament | Attend to billing matters relating to consultant fees (.20); e-mails re: same (.10). | .30 |
| 09/24/08 | Ament | Telephone call with A. Muha re: consultant fees (.10); review e-mail re: Aug. monthly fee application (.10). | .20 |
| 09/24/08 | Lankford | Scan, e-file and perfect service of CNO re:  RS Fee Application. | .30 |
| 09/24/08 | Lord | Correspondence to R. Finke re: CNO for July fees. | .10 |
| 09/24/08 | Muha | Make final changes to fee and expense details for August 2008 monthly fee application. | .30 |
| 09/25/08 | Ament | Review e-mail re: 28th quarterly fee application. | .10 |
| 09/25/08 | Lord | Communicate with A. Muha re: fee chart for hearing. | .10 |
| 09/26/08 | Ament | Review invoices and calculate fees and expenses for Aug. monthly fee application (.50); prepare spreadsheet re: same (.50); draft Aug. monthly fee application (.50); various e-mails re: same (.10); provide same to A. Muha (.10). | 1.70 |
| 09/28/08 | Muha | Final review of and revisions to August 2008 monthly fee application. | .60 |
| 09/29/08 | Ament | E-mails and telephone call with A. Muha re: Aug. monthly fee application (.10); e-mail to J. Lord re: same (.10); finalize fee application (.20); e-mail same to J. Lord for DE filing (.10). | .50 |
| 09/29/08 | Lord | Revise, e-file and perfect service of Reed Smith August monthly fee application. | 1.40 |

172573 W. R. Grace & Co.
60029  Fee Applications-Applicant
October 28, 2008

Invoice Number  1770627
Page   3

| Date | Name | | Hours |
|------|------|------|-------|
| 09/29/08 | Muha | E-mails and calls with S. Ament re: final changes to monthly fee application for August 2008. | .10 |
| 09/30/08 | Ament | Meet with D. Cameron re: billing matters. | .10 |

TOTAL HOURS    8.90

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|----|------|----|-------|
| Douglas E. Cameron | 0.90 | at $ | 615.00 | = | 553.50 |
| Andrew J. Muha | 2.20 | at $ | 385.00 | = | 847.00 |
| John B. Lord | 1.60 | at $ | 230.00 | = | 368.00 |
| Sharon A. Ament | 3.90 | at $ | 165.00 | = | 643.50 |
| Lisa Lankford | 0.30 | at $ | 125.00 | = | 37.50 |

CURRENT FEES                           2,449.50


TOTAL BALANCE DUE UPON RECEIPT         $2,449.50

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                              Invoice Number      1770628
One Town Center Road                          Invoice Date        10/28/08
Boca Raton, FL    33486                        Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

        Fees                            4,666.50
        Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $4,666.50
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number    1770628
One Town Center Road                    Invoice Date      10/28/08
Boca Raton, FL   33486                  Client Number       172573
                                        Matter Number        60030


========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2008

| Date | Name | | Hours |
|------|------|------|------|
| 09/02/08 | Cameron | Prepare for and participate (by telephone) in portions of Omnibus hearing (0.6); meet with J. Restivo regarding same (0.3). | .90 |
| 09/02/08 | Restivo | Prepare for and attend Omnibus Hearing. | 2.00 |
| 09/29/08 | Cameron | Prepare for and participate in portion of Omnibus hearing (by telephone). | 1.20 |
| 09/29/08 | Restivo | Prepare for and participate in telephonic Omnibus Hearing. | 3.00 |

                                                         ------
                                         TOTAL HOURS      7.10


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 2.10 at $ 615.00 = | | 1,291.50 |
| James J. Restivo Jr. | 5.00 at $ 675.00 = | | 3,375.00 |

                        CURRENT FEES                        4,666.50


                                                        ------------
              TOTAL BALANCE DUE UPON RECEIPT              $4,666.50
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1770629
One Town Center Road                    Invoice Date      10/28/08
Boca Raton, FL    33486                 Client Number       172573


==============================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

          Fees                          60,216.00
          Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $60,216.00
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1770629
One Town Center Road                      Invoice Date       10/28/08
Boca Raton, FL   33486                    Client Number        172573
                                          Matter Number         60033


================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2008

      Date   Name                                                    Hours
   --------  -----------                                             -----

   09/02/08 Ament          Assist team with various issues            .30
                           relating to PD claims (.20);
                           e-mail to team re: same (.10).

   09/02/08 Cameron        Prepare for (0.6) and participate         3.10
                           in call regarding objections to
                           ZAI proofs of claims (0.6); review
                           status of settlements and e-mails
                           and calls and meeting with J.
                           Restivo regarding same (0.8);
                           review J. Restivo summaries and
                           K&E grid regarding objections
                           (1.1).

   09/02/08 Rea            Preparation for Omnibus Hearing.          2.00

   09/02/08 Restivo        Negotiations with D. Speights            2.00
                           (.8); filing of Bayshore
                           settlement (1.2).

   09/03/08 Ament          Assist team with various issues           .30
                           relating to PD claims.

   09/03/08 Cameron        Attention to materials from K&E          3.10
                           regarding proofs of claims (1.9);
                           review legal research and
                           objection issues (1.2).

   09/03/08 Rea            Calls and e-mails re: case status.        .60

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
October 28, 2008

Invoice Number  1770629
Page    2

| Date | Name | | Hours |
|------|------|---|-------|
| 09/04/08 | Ament | Assist team with various issues relating to PD claims (.30); access database and obtain information relating to Bayshore Hospital per T. Rea request (.20); various e-mails and meetings with T. Rea re: same (.20). | .70 |
| 09/04/08 | Cameron | Prepare for 9/5/08 conference call. | 1.20 |
| 09/04/08 | Rea | Attention to issues with property damage claims. | .60 |
| 09/05/08 | Ament | Assist team with various issues relating to PD claims (.20); review e-mail from T. Rea re: CSU and UC claims (.10). | .30 |
| 09/05/08 | Cameron | Prepare for and participate in conference call with W.R. Grace and K&E (1.9); follow-up call with K&E and W.R. Grace regarding ZAI issues (0.8); review proof of claim materials (1.3). | 4.00 |
| 09/05/08 | Rea | Attention to property damage settlements. | .40 |
| 09/07/08 | Cameron | Review settlement agreements (0.6); follow-up from call with K&E (1.4). | 2.00 |
| 09/08/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/08/08 | Cameron | Review settlement agreements (0.4); review proof of claims issues (0.9). | 1.30 |
| 09/08/08 | Restivo | Documenting Speights/Brandi settlements. | 1.00 |
| 09/09/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 09/09/08 | Cameron | Attention to proof of claim materials (1.8); multiple e-mails regarding settlement agreements (0.7); telephone call with W.R. Grace and Casner & Edwards | 3.10 |

172573 W. R. Grace & Co.                        Invoice Number  1770629
60033  Claim Analysis Objection Resolution      Page    3
       & Estimation (Asbestos)
October 28, 2008


| Date | Name | | Hours |
|------|------|---|-------|
| | | regarding research issues (0.4); follow-up from call (0.2). | |
| 09/09/08 | Restivo | Finalize settlement agreements with University of California and California State University (1.5); communications with client and D. Cameron, et al (.5). | 2.00 |
| 09/10/08 | Cameron | E-mails regarding traditional PD issues (0.3); review settlement agreements and e-mail regarding same (1.2). | 1.50 |
| 09/10/08 | Restivo | Finalize California settlements (.8); correspondence re:  Canadian cases (.6). | 1.40 |
| 09/11/08 | Cameron | Attend to FCR issues (1.1); attend to proof of claim issues (1.3); attend to PD settlements and negotiations (0.9); review Plan issues regarding PD claims (0.8). | 4.10 |
| 09/11/08 | Restivo | Receipt and review of 100 Pine settlement papers. | .40 |
| 09/12/08 | Cameron | E-mails regarding PD negotiations (0.3); review settlement materials (0.4); review proof of claims materials (1.4). | 2.10 |
| 09/13/08 | Cameron | Review materials from K&E regarding FCR and ZAI claims. | .90 |
| 09/14/08 | Cameron | Review materials from K&E and Reed Smith legal research regarding ZAI issues. | 1.30 |
| 09/15/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/15/08 | Rea | Work on property damage settlement agreements. | 1.20 |
| 09/15/08 | Restivo | Emails and received 18 Canada claims (.9); finalize Pacific Freeholds settlement papers (.6). | 1.50 |

```
172573 W. R. Grace & Co.                    Invoice Number   1770629
60033  Claim Analysis Objection Resolution  Page    4
       & Estimation (Asbestos)
October 28, 2008
```

| Date | Name | | Hours |
|------|------|---|------|
| 09/16/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10); meet with T. Rea re: UC claim (.20). | .50 |
| 09/16/08 | Cameron | E-mails regarding proof of claims forms (0.7); telephone call with R. Finke and J. Restivo regarding ZAI issues (0.4); review materials regarding PD claims settlement (0.9). | 2.00 |
| 09/16/08 | Rea | Finalize and file motions re: property settlements. | 1.40 |
| 09/16/08 | Restivo | Communications with D. Speights and client re: Canada claims. | 1.00 |
| 09/17/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10); assist T. Rea re: Pacific Freeholds claim (.20); various e-mails with T. Rea and R. Aten re: same (.20); e-mails with M. Araki of BMC re: database issues (.10). | .80 |
| 09/17/08 | Cameron | Review e-mails and materials regarding settlement issues. | 1.10 |
| 09/17/08 | Rea | Respond to inquiries re: settlements. | .90 |
| 09/17/08 | Restivo | Communications re:  18 Canada claims. | .80 |
| 09/18/08 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 09/18/08 | Cameron | Review issues relating to ZAI proof of claims (1.3); review settlement issues (0.9). | 2.20 |
| 09/18/08 | Rea | File additional property settlement agreement. | .80 |

```
172573 W. R. Grace & Co.                      Invoice Number  1770629
60033  Claim Analysis Objection Resolution    Page   5
       & Estimation (Asbestos)
October 28, 2008
```

| Date | Name | | Hours |
|------|------|------|-------|
| 09/18/08 | Restivo | Prepare for and negotiations for 19 Canada claims. | 1.50 |
| 09/19/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10). | .30 |
| 09/19/08 | Cameron | Review summary from T. Rea regarding claims issues. | .80 |
| 09/19/08 | Rea | E-mails re: settlements. | .20 |
| 09/19/08 | Restivo | Telephone calls and emails with D. Speights re: Canada. | .50 |
| 09/21/08 | Cameron | Review open issues for PD claims. | 1.00 |
| 09/22/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/22/08 | Cameron | Meet with J. Restivo and telephone call with R. Finke regarding settlement discussions (0.3); begin preparation for call with K&E and W.R. Grace regarding PD claims (1.3). | 1.60 |
| 09/22/08 | Rea | Review of plan (.2); e-mails re: conference call (.2). | .40 |
| 09/22/08 | Restivo | Telephone conference with D. Speights and A. Runyan (.5); telephone call with R. Finke re: same (.3). | .80 |
| 09/23/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 09/23/08 | Cameron | Prepare for and meet with J. Restivo and T. Rea regarding Grace proofs of claims (0.9); review materials and participate in call regarding CMO issues (1.5); review additional materials from K&E (1.3). | 3.70 |

172573 W. R. Grace & Co.                    Invoice Number  1770629
60033  Claim Analysis Objection Resolution    Page   6
       & Estimation (Asbestos)
October 28, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 09/23/08 | Rea | Conference re: property damage claims (1.0); analysis of property damage claims (2.5). | 3.50 |
| 09/23/08 | Restivo | Prepare for and telephone conference with K&E and client re: CMO's for PD claims (1.4); review open RS action items with T. Rea (.8); status report on settlement negotiations to R. Beber (.8). | 3.00 |
| 09/24/08 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 09/24/08 | Cameron | Multiple e-mails and review of materials relating to CMO and proofs of claims. | 1.30 |
| 09/24/08 | Rea | Draft order for property damage claims (1.1); prepare for omnibus hearing (5.2). | 6.30 |
| 09/24/08 | Restivo | Memo to R. Beber re: negotiations (.5); prepare for 9/29 Omnibus Hearing (1.5). | 2.00 |
| 09/25/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/25/08 | Cameron | E-mails regarding PD issues (0.4); review PD claims settlement materials (0.5). | .90 |
| 09/25/08 | Rea | Prepare for Omnibus Hearing. | 1.80 |
| 09/25/08 | Restivo | Prepare for Omnibus Hearing (.7); communications with R. Finke and D. Speights (.5); emails with K&E (.3). | 1.50 |
| 09/26/08 | Ament | Assist team with various issues relating to PD claims (.20); assist T. Rea and R. Aten with various issues relating to motions for summary judgment (.50); various e-mails re: same (.10). | .80 |
| 09/26/08 | Cameron | Attention to CMO and proof of claims issues. | 1.50 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
October 28, 2008

Invoice Number  1770629
Page   7

| Date | Name | | Hours |
|------|------|---|------|
| 09/26/08 | Rea | Prepare for Omnibus Hearing. | 3.10 |
| 09/26/08 | Restivo | Emails re:  19 Canadian claims (.4); correspondence re:  Omnibus Hearing (.7); telephone calls with T. Rea re:  same (.5). | 1.60 |
| 09/27/08 | Cameron | Review CMO materials. | 1.00 |
| 09/28/08 | Cameron | Review materials relating to proof of claims issues. | 1.50 |
| 09/28/08 | Restivo | Attend to issues relating to Omnibus Hearing (.7); emails with D. Speights, et al. re:  same (.6). | 1.30 |
| 09/29/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/29/08 | Cameron | Review and revise draft CMO (1.1); review proof of claims materials (0.9); review Settlement Agreement (0.8). | 2.80 |
| 09/29/08 | Rea | Procedural assessment for property damage claims. | 1.90 |
| 09/30/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 09/30/08 | Cameron | Attention to CMO and proof of claim issues (1.4); attention to Canadian summary judgment motion issues (1.3). | 2.70 |
| 09/30/08 | Rea | Review proposed trust procedures. | 1.70 |
| 09/30/08 | Restivo | Correspondence with D. Cameron, D. Speights and K&E. | 1.00 |

TOTAL HOURS  107.80

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 51.80 | at $ | 615.00 | = | 31,857.00 |
| James J. Restivo Jr. | 23.30 | at $ | 675.00 | = | 15,727.50 |
| Traci Sands Rea | 26.80 | at $ | 435.00 | = | 11,658.00 |
| Sharon A. Ament | 5.90 | at $ | 165.00 | = | 973.50 |

172573  W. R. Grace & Co.
60033   Claim Analysis Objection Resolution
        & Estimation (Asbestos)
October 28, 2008

Invoice Number  1770629
Page    8

                    CURRENT FEES                         60,216.00

                                                       ------------
                    TOTAL BALANCE DUE UPON RECEIPT      $60,216.00
                                                       ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1770630
One Town Center Road                      Invoice Date      10/28/08
Boca Raton, FL   33486                    Client Number      172573

=================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

            Fees                          81,332.50
            Expenses                           0.00

                      TOTAL BALANCE DUE UPON RECEIPT      $81,332.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1770630 |
| Invoice Date | 10/28/08 |
| Client Number | 172573 |
| Matter Number | 60035 |

===============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH SEPTEMBER 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 09/01/08 | Klapper | Continue work on regulatory issues in advance of team meeting, including discussions with J. Ash and Kirkland | 5.30 |
| 09/02/08 | Ash | Analyze regulatory requirements in preparation for trial. | 7.50 |
| 09/02/08 | Klapper | Continue work on modules in preparation for joint defense team meetings. | 6.70 |
| 09/02/08 | Rutkowski | Emails with T. Klapper and P. Sanner re: trial outline. | .60 |
| 09/02/08 | Sanner | Conference with A. Klapper and M. Rutkowski re issues in evidentiary record for trial preparation. | .50 |
| 09/02/08 | Sher | Research regarding potential defenses involving asbestos conduct. | 1.00 |
| 09/03/08 | Ash | Analyze regulatory requirements in preparation for trial. | 7.20 |
| 09/03/08 | Burns | Research news articles regarding asbestos regulation. | .50 |
| 09/03/08 | Denniston | Obtain news article re: asbestos regulation. | .40 |

172573 W. R. Grace & Co.                          Invoice Number  1770630
60035  Grand Jury Investigation                   Page    2
October 28, 2008

|   Date   | Name    |                                                                                          | Hours |
| -------- | ------- | ---------------------------------------------------------------------------------------- | ----- |
| 09/03/08 | Klapper | Continue work on modules in preparation for joint defense team meetings.                  | 5.60  |
| 09/03/08 | Sher    | Conference with T. Klapper regarding strategy regarding defenses (.70); call to potential witness regarding anticipated potential defenses (.50). | 1.20 |
| 09/04/08 | Ash     | Analyze regulatory requirements in preparation for trial.                                 | 6.50  |
| 09/04/08 | Klapper | Continue work on modules in preparation for joint defense team meetings.                  | 6.20  |
| 09/04/08 | Sanner  | Work on identification of historical documents on key points for A. Klapper for company story trial preparation. | 2.60 |
| 09/05/08 | Ash     | Review and assess regulatory requirements in preparation for trial.                       | 5.70  |
| 09/05/08 | Cameron | Review and attend to issues re: expert work.                                              | 1.40  |
| 09/05/08 | Klapper | Draft 20 page outline for D. Bernick's use, including historical state-of-the-art analysis. | 7.10 |
| 09/05/08 | Sanner  | Email correspondence with A. Klapper re evidentiary issues in trial preparation.          | .20   |
| 09/07/08 | Sanner  | Continue research into evidence re evidentiary issues for trial preparation.              | 1.50  |
| 09/08/08 | Klapper | Continue work on regulatory material in preparation for joint defense meetings.           | 4.00  |
| 09/09/08 | Cameron | Review expert materials.                                                                  | .80   |

172573 W. R. Grace & Co.                          Invoice Number  1770630
60035  Grand Jury Investigation                   Page    3
October 28, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 09/09/08 | Klapper | Prepare for and participate in meeting with consultant re regulatory and state-of-the-art issues. | 3.40 |
| 09/10/08 | Klapper | Continue prep work for joint defense meeting, including addressing state-of-the-art issues. | 5.40 |
| 09/11/08 | Klapper | Continue work with consultant on regulatory issues. | 3.40 |
| 09/11/08 | Rutkowski | Review emails from Mr. Klapper re: question on regulations (.5); review case information to look for other information on warnings issues (.4) | .90 |
| 09/11/08 | Sanner | Email correspondence and telephone conference with A. Klapper and M. Rutkowski re evidentiary issues. | .80 |
| 09/12/08 | Cameron | E-mails regarding criminal case work product. | .30 |
| 09/12/08 | Klapper | Draft outline on state-of-the-art, as well as regulatory issues, per request and questions from Kirkland. | 6.70 |
| 09/13/08 | Cameron | Review materials from K&E regarding trial preparation issues. | 1.20 |
| 09/13/08 | Klapper | Continue review of key historical regulatory documents for inclusion in working outlines for joint defense group. | 2.70 |
| 09/15/08 | Cameron | Attention to materials relating to trial preparation. | 1.10 |
| 09/15/08 | Denniston | Document pull re: asbestos regulation. | .30 |
| 09/15/08 | Klapper | Prepare state-of-the-art materials for joint defense meeting. | 5.20 |
| 09/15/08 | Sher | Research regarding government specifications. | 1.00 |

172573 W. R. Grace & Co.                          Invoice Number  1770630
60035  Grand Jury Investigation                   Page    4
October 28, 2008

| Date | Name | | Hours |
|------|------|---|-------|

| 09/16/08 | Klapper | Continue preparation of state-of-the-art materials in advance of joint defense meeting. | 4.70 |
| 09/16/08 | Sanner | Work on review of evidence for trial preparation (2.1); telephone discussion with A. Klapper re trial conference (.1); review outline in advance of conference (.4). | 2.60 |
| 09/17/08 | Denniston | Additional document pull per request of T. Klapper. | .40 |
| 09/17/08 | Klapper | Attend joint defense meeting. | 6.10 |
| 09/17/08 | Sanner | Participate, with A. Klapper, in trial counsel conference at Kirkland & Ellis. | 8.50 |
| 09/19/08 | Klapper | Prepare for meeting with consultants regarding regulatory issues and tremolite issues. | 3.40 |
| 09/19/08 | Sher | Research specifications for asbestos. | .50 |
| 09/20/08 | Cameron | Review summary materials from T. Klapper. | 2.00 |
| 09/22/08 | Klapper | Prep for meeting with expert re state of the art issues. | 2.20 |
| 09/23/08 | Klapper | Lead meeting with expert re state of the art issues and regulatory issues. | 7.20 |
| 09/23/08 | Taylor-Payne | E-mails from and to Ms. Sanner regarding asbestos document repository. | .10 |
| 09/24/08 | Sanner | Review evidence on regulatory issues (1.9); email correspondence with A. Klapper re same (.5). | 2.40 |
| 09/25/08 | Klapper | Meet with expert to discuss regulatory issues (1.5); review additional tremolite reports (3.2). | 4.70 |

172573 W. R. Grace & Co.
60035  Grand Jury Investigation
October 28, 2008

Invoice Number  1770630
Page   5

| Date | Name | | Hours |
|------|------|------|------|
| 09/26/08 | Klapper | Review historical industry documents for meeting with consultant. | 2.30 |
| 09/26/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .80 |
| 09/28/08 | Cameron | Review materials relating to expert witness work. | 1.00 |
| 09/29/08 | Cameron | Review draft expert materials. | .90 |

TOTAL HOURS   154.70

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|------|------|------|-------|
| Douglas E. Cameron | 8.70 | at $ | 615.00 | = | 5,350.50 |
| Antony B. Klapper | 92.30 | at $ | 575.00 | = | 53,072.50 |
| Lawrence S. Sher | 3.70 | at $ | 515.00 | = | 1,905.50 |
| Margaret L. Sanner | 19.10 | at $ | 445.00 | = | 8,499.50 |
| Jesse J. Ash | 26.90 | at $ | 425.00 | = | 11,432.50 |
| Margaret Rutkowski | 1.50 | at $ | 400.00 | = | 600.00 |
| Yovana A. Burns | 0.50 | at $ | 210.00 | = | 105.00 |
| Jennifer L. Taylor-Payne | 0.90 | at $ | 200.00 | = | 180.00 |
| Amy E. Denniston | 1.10 | at $ | 170.00 | = | 187.00 |

CURRENT FEES                          81,332.50

TOTAL BALANCE DUE UPON RECEIPT        $81,332.50