REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.             Invoice Number    1770644
One Town Center Road         Invoice Date      10/28/08
Boca Raton, FL  33486        Client Number     172573

========================================================================

Re: W. R. Grace & Co.


(60026)   Litigation and Litigation Consulting

          Fees                                    0.00
          Expenses                              146.30

                    TOTAL BALANCE DUE UPON RECEIPT          $146.30
                                                         =============

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number     1770644
One Town Center Road                    Invoice Date       10/28/08
Boca Raton, FL   33486                  Client Number       172573
                                        Matter Number        60026
```

===============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
        IKON Copy Services                       35.10
        PACER                                    17.20
        Duplicating/Printing/Scanning            49.00
        Secretarial Overtime                     45.00

                   CURRENT EXPENSES                              146.30
                                                             -------------

                   TOTAL BALANCE DUE UPON RECEIPT                $146.30
                                                             =============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1770644
One Town Center Road                    Invoice Date        10/28/08
Boca Raton, FL   33486                  Client Number        172573
                                        Matter Number         60026
```

===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 08/04/08 | PACER | 6.96 |
| 08/04/08 | PACER | 6.00 |
| 08/11/08 | Secretarial Overtime: W.R. Grace Litigation: draft quarterly fee application spreadsheet | 22.50 |
| 08/14/08 | PACER | 3.92 |
| 08/25/08 | Secretarial Overtime: W.R. Grace Litigation; draft monthly fee app spreadsheet; revisions to fee app. | 22.50 |
| 08/29/08 | PACER | .32 |
| 09/03/08 | Duplicating/Printing/Scanning ATTY # 4810; 2 COPIES | .20 |
| 09/09/08 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. COPYING | 35.10 |
| 09/23/08 | Duplicating/Printing/Scanning ATTY # 4995: 446 COPIES | 44.60 |
| 09/24/08 | Duplicating/Printing/Scanning ATTY # 0349: 1 COPY | .10 |
| 09/26/08 | Duplicating/Printing/Scanning ATTY # 0349: 2 COPIES | .20 |
| 09/26/08 | Duplicating/Printing/Scanning ATTY # 0559: 13 COPIES | 1.30 |

```
172573 W. R. Grace & Co.                          Invoice Number  1770644
60026  Litigation and Litigation Consulting       Page    2
October 28, 2008


   09/29/08    Duplicating/Printing/Scanning                          1.30
               ATTY # 0559: 13 COPIES

   09/30/08    Duplicating/Printing/Scanning                          1.30
               ATTY # 0559: 13 COPIES

                              CURRENT EXPENSES                      146.30
                                                                 ------------
                              TOTAL BALANCE DUE UPON RECEIPT       $146.30
                                                                 ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number      1770645
5400 Broken Sound Blvd., N.W.            Invoice Date        10/28/08
Boca Raton, FL 33487                     Client Number        172573
```

===============================================================================

Re: W. R. Grace & Co.

(60028)   ZAI Science Trial

    Fees                                                    0.00
    Expenses                                            473.81

                          TOTAL BALANCE DUE UPON RECEIPT          $473.81
                                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1770645 |
| Invoice Date | 10/28/08 |
| Client Number | 172573 |
| Matter Number | 60028 |

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 2.35 |
| Duplicating/Printing/Scanning | 24.30 |
| Westlaw | 432.66 |
| Telephone - Outside | 14.50 |
| CURRENT EXPENSES | 473.81 |
| TOTAL BALANCE DUE UPON RECEIPT | $473.81 |

```
                          REED SMITH LLP
                          PO Box 360074M
                      Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630
```

```
W. R. Grace                              Invoice Number    1770645
5400 Broken Sound Blvd., N.W.            Invoice Date      10/28/08
Boca Raton, FL 33487                     Client Number      172573
                                         Matter Number       60028
```

===============================================================================

Re: (60028)   ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---:|
| 09/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 09/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 09/09/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 09/09/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 09/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 09/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 09/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 09/11/08 | Telephone - Outside - - VENDOR: JAMES J. RESTIVO, JR. CELL PHONE CHARGES FOR CONFERENCE CALL WITH K&E AND CLIENT 9/5/08 | 14.50 |
| 09/11/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 2 COPIES | .20 |
| 09/11/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 20 COPIES | 2.00 |
| 09/11/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 1 COPY | .10 |

```
172573  W. R. Grace & Co.                      Invoice Number  1770645
60028   ZAI Science Trial                      Page   2
October 28, 2008
```

| Date | Description | Amount |
|---|---|---|
| 09/11/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 1 COPY | .10 |
| 09/11/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 3 COPIES | .30 |
| 09/11/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 1 COPY | .10 |
| 09/11/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 2 COPIES | .20 |
| 09/11/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 6 COPIES | .60 |
| 09/12/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 5 COPIES | .50 |
| 09/15/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 5 COPIES | .50 |
| 09/15/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 1 COPY | .10 |
| 09/15/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 5 COPIES | .50 |
| 09/15/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 1 COPY | .10 |
| 09/15/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 5 COPIES | .50 |
| 09/16/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 19 COPIES | 1.90 |
| 09/16/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 5 COPIES | .50 |
| 09/16/08 | Duplicating/Printing/Scanning<br>ATTY # 003928: 5 COPIES | .50 |
| 09/18/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 12 COPIES | 1.20 |
| 09/25/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/32 | 1.60 |
| 09/25/08 | Telephone Expense<br>312-861-2353/CHICAGO, IL/15 | .75 |

```
172573 W. R. Grace & Co.                              Invoice Number  1770645
60028   ZAI Science Trial                             Page    3
October 28, 2008


   09/25/08    Duplicating/Printing/Scanning                         12.70
               ATTY # 3928; 127 COPIES

   09/26/08    Westlaw                                              432.66

                         CURRENT EXPENSES                           473.81
                                                                ------------
                         TOTAL BALANCE DUE UPON RECEIPT            $473.81
                                                                ============
```

```
                           REED SMITH LLP
                           PO Box 360074M
                        Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number      1770646
One Town Center Road                    Invoice Date        10/28/08
Boca Raton, FL    33486                 Client Number        172573




===============================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

          Fees                                      0.00
          Expenses                                 93.82

                         TOTAL BALANCE DUE UPON RECEIPT        $93.82
                                                          =============
```

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

```
W.R. Grace & Co.                      Invoice Number     1770646
One Town Center Road                  Invoice Date      10/28/08
Boca Raton, FL   33486                Client Number      172573
                                      Matter Number       60033
```

======================================================================================

Re:  Claim Analysis Objection Resolution & Estimation
     (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telephone Expense | 6.60 |
| PACER | 17.76 |
| Duplicating/Printing/Scanning | 67.10 |
| Postage Expense | 2.36 |

|  |  |
|---|---:|
| CURRENT EXPENSES | 93.82 |
| TOTAL BALANCE DUE UPON RECEIPT | $93.82 |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co.<br>One Town Center Road<br>Boca Raton, FL  33486 | Invoice Number  1770646<br>Invoice Date  10/28/08<br>Client Number  172573<br>Matter Number  60033 |

==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
              (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 08/11/08 | PACER | 17.76 |
| 08/19/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 09/02/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/45 | 2.25 |
| 09/02/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 09/02/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 09/03/08 | Telephone Expense<br>312-589-6418/CHICAGO, IL/28 | 1.40 |
| 09/03/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 11 COPIES | 1.10 |
| 09/04/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 139 COPIES | 13.90 |
| 09/05/08 | Telephone Expense<br>386-852-1969/DAYTONA BCH, FL/7 | .35 |
| 09/09/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 7 COPIES | .70 |
| 09/10/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 20 COPIES | 2.00 |
| 09/10/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 7 COPIES | .70 |

```
172573 W. R. Grace & Co.                          Invoice Number  1770646
60033  Claim Analysis Objection Resolution        Page    2
       & Estimation (Asbestos)
October 28, 2008
```

| Date | Description | Amount |
|---|---|---|
| 09/10/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 09/10/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 23 COPIES | 2.30 |
| 09/10/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 23 COPIES | 2.30 |
| 09/10/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 23 COPIES | 2.30 |
| 09/10/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 7 COPIES | .70 |
| 09/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 12 COPIES | 1.20 |
| 09/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 09/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 09/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 6 COPIES | .60 |
| 09/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 09/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 09/11/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/13 | .60 |
| 09/11/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 8 COPIES | .80 |
| 09/11/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 32 COPIES | 3.20 |
| 09/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 09/12/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 8 COPIES | .80 |
| 09/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |

```
172573 W. R. Grace & Co.                           Invoice Number   1770646
60033  Claim Analysis Objection Resolution         Page    3
       & Estimation (Asbestos)
October 28, 2008
```

| Date | Description | Amount |
|---|---|---|
| 09/15/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 8 COPIES | .80 |
| 09/15/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 16 COPIES | 1.60 |
| 09/16/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/17 | .85 |
| 09/16/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 22 COPIES | 2.20 |
| 09/17/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 81 COPIES | 8.10 |
| 09/17/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 6 COPIES | .60 |
| 09/18/08 | Telephone Expense<br>803-943-4444/HAMPTON, SC/15 | .70 |
| 09/19/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 24 COPIES | 2.40 |
| 09/22/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/6 | .25 |
| 09/22/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 7 COPIES | .70 |
| 09/23/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 39 COPIES | 3.90 |
| 09/23/08 | Postage Expense: ATTY # 001398 User: Lebo, Dan | 2.36 |
| 09/24/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 57 COPIES | 5.70 |
| 09/24/08 | Duplicating/Printing/Scanning<br>ATTY # 0349: 3 COPIES | .30 |
| 09/24/08 | Duplicating/Printing/Scanning<br>ATTY # 1398: 2 COPIES | .20 |
| 09/24/08 | Duplicating/Printing/Scanning<br>ATTY # 0559: 1 COPY | .10 |
| 09/24/08 | Duplicating/Printing/Scanning<br>ATTY # 1398: 1 COPY | .10 |

```
172573 W. R. Grace & Co.                           Invoice Number   1770646
60033  Claim Analysis Objection Resolution         Page    4
       & Estimation (Asbestos)
October 28, 2008


   09/25/08    Telephone Expense                                         .20
               803-943-4444/HAMPTON, SC/4

   09/25/08    Duplicating/Printing/Scanning                            2.40
               ATTY # 4810; 24 COPIES

   09/26/08    Duplicating/Printing/Scanning                            1.30
               ATTY # 4810; 13 COPIES

   09/29/08    Duplicating/Printing/Scanning                             .40
               ATTY # 0349: 4 COPIES

                              CURRENT EXPENSES                         93.82
                                                                 ------------
                              TOTAL BALANCE DUE UPON RECEIPT         $93.82
                                                                 ============
```

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                         Tax ID# 25-0749630


W.R. Grace & Co.                      Invoice Number      1770647
One Town Center Road                  Invoice Date        10/28/08
Boca Raton, FL   33486                Client Number       172573
```

==============================================================================

Re: W. R. Grace & Co.

(60035)   Grand Jury Investigation

    Fees                                           0.00
    Expenses                               61,288.28

                TOTAL BALANCE DUE UPON RECEIPT       $61,288.28
                                                                     =============

```
                         REED SMITH LLP
                         PO Box 360074M
                      Pittsburgh, PA  15251-6074
                        Tax ID# 25-0749630
```

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number   1770647 |
| One Town Center Road | Invoice Date    10/28/08 |
| Boca Raton, FL   33486 | Client Number    172573 |
| | Matter Number     60035 |

===========================================================================

Re: Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Duplicating/Printing/Scanning | 204.20 |
| Westlaw | 126.98 |
| Certified Copies | 3.95 |
| Consulting Fees | 60,953.15 |

|  |  |
|---|---:|
| CURRENT EXPENSES | 61,288.28 |
| TOTAL BALANCE DUE UPON RECEIPT | $61,288.28 |

```
                         REED SMITH LLP
                         PO Box 360074M
                     Pittsburgh, PA  15251-6074
                       Tax ID# 25-0749630


W.R. Grace & Co.                      Invoice Number     1770647
One Town Center Road                  Invoice Date      10/28/08
Boca Raton, FL    33486               Client Number      172573
                                      Matter Number       60035

================================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

    09/03/08   Duplicating/Printing/Scanning                  .50
               ATTY # 007015: 5 COPIES

    09/03/08   Duplicating/Printing/Scanning                  .50
               ATTY # 007015: 5 COPIES

    09/03/08   Duplicating/Printing/Scanning                27.10
               ATTY # 000887: 271 COPIES

    09/03/08   Duplicating/Printing/Scanning                20.10
               ATTY # 004995: 201 COPIES

    09/04/08   Duplicating/Printing/Scanning                 1.20
               ATTY # 001814: 12 COPIES

    09/04/08   Duplicating/Printing/Scanning                 1.30
               ATTY # 001814: 13 COPIES

    09/04/08   Duplicating/Printing/Scanning                 1.30
               ATTY # 001814: 13 COPIES

    09/04/08   Duplicating/Printing/Scanning                 1.00
               ATTY # 004995: 10 COPIES

    09/05/08   Duplicating/Printing/Scanning                 6.20
               ATTY # 1814; 62 COPIES

    09/09/08   Duplicating/Printing/Scanning                  .50
               ATTY # 007015: 5 COPIES

    09/09/08   Duplicating/Printing/Scanning                 1.30
               ATTY # 001814: 13 COPIES

    09/11/08   Duplicating/Printing/Scanning                11.00
               ATTY # 004995: 110 COPIES
```

| | | |
|---|---|---|
| 172573 W. R. Grace & Co. | Invoice Number | 1770647 |
| 60035 Grand Jury Investigation | Page   2 | |
| October 28, 2008 | | |

| Date | Description | Amount |
|---|---|---|
| 09/11/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 8 COPIES | .80 |
| 09/16/08 | Certified Copies - - VENDOR: YOVANA A. BURNS<br>COPIES OF NEWSPAPER ARCHIVAL FILES. | 3.95 |
| 09/16/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 6 COPIES | .60 |
| 09/17/08 | Westlaw | 126.98 |
| 09/18/08 | Duplicating/Printing/Scanning<br>ATTY # 4995; 343 COPIES | 34.30 |
| 09/18/08 | Duplicating/Printing/Scanning<br>ATTY # 4995; 287 COPIES | 28.70 |
| 09/18/08 | Duplicating/Printing/Scanning<br>ATTY # 4995; 78 COPIES | 7.80 |
| 09/25/08 | Duplicating/Printing/Scanning<br>ATTY # 4995; 451 COPIES | 45.10 |
| 09/25/08 | Duplicating/Printing/Scanning<br>ATTY # 4995; 149 COPIES | 14.90 |
| 10/23/08 | Consulting Fees - -  Consultant fees for work on grand jury matter and related issues against W.R. Grace for September, 2008. | 60953.15 |
| | CURRENT EXPENSES | 61,288.28 |
| | TOTAL BALANCE DUE UPON RECEIPT | $61,288.28 |