### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In Re:** | § | **Chapter 11** |
| | § | |
| **W.R. Grace & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| | § | |
| **Debtors.** | § | |
| | § | |

### NOTICE OF WITHDRAWAL OF DOCKET ENTRY NO. 19894: ENTERED IN ERROR

PLEASE TAKE NOTICE that the undersigned attorney hereby requests the Clerk of the Court to withdraw the Notice of Withdrawal of Docket Entry No.19894 , filed at Docket No.19894.

Date: October 30, 2008.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
    Warren H. Smith

Republic Center
325 N. St. Paul, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com