## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555    Fax:    (302) 575-1714

WR Grace PD Committee                                     September 1, 2008 to September 30, 2008

Invoice No. 28648

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---:|---:|
| B1 | Accounting - | 0.50 | 140.00 |
| B14 | Case Administration - | 17.60 | 3,765.50 |
| B17 | Committee, Creditors', Noteholders' or Equity | 1.60 | 446.50 |
| B18 | Fee Applications, Others - | 10.10 | 1,207.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 11.40 | 3,192.00 |
| B25 | Fee Applications, Applicant - | 3.20 | 498.50 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 15.20 | 4,256.00 |
| B32 | Litigation and Litigation Consulting - | 0.10 | 21.50 |
| B36 | Plan and Disclosure Statement - | 17.90 | 5,012.00 |
| B37 | Hearings - | 10.40 | 2,912.00 |
| B45 | Professional Retention Issues - | 1.30 | 364.00 |
| | **Total** | **89.30** | **$21,815.00** |
| | **Grand Total** | **89.30** | **$21,815.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---:|---:|---:|
| Lisa L. Coggins | 215.00 | 2.10 | 451.50 |
| Rick S. Miller | 275.00 | 0.30 | 82.50 |
| Steven G. Weiler | 190.00 | 2.70 | 513.00 |
| Theodore J. Tacconelli | 280.00 | 68.60 | 19,208.00 |
| Legal Assistant - MH | 100.00 | 14.00 | 1,400.00 |
| Legal Assistant - NMC | 100.00 | 1.60 | 160.00 |
| **Total** | | **89.30** | **$21,815.00** |

## DISBURSEMENT SUMMARY

| Expenses - | 2,088.09 |
|---|---:|
| **Total Disbursements** | **$2,088.09** |

**Invoice No. 28648**                    **Page 2 of 13**                    **October 29, 2008**

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Sep-01-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review State of Montana notice of appeal to 3rd circuit in appeal 08-246 | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review State of Montana motion for stay pending appeal | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review State of Montana's memorandum in support of motion for stay | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Prepare memo to S. Weiler re State of Montana's appeal to 3rd circuit | 0.10 | TJT |
| | *Case Administration* - Review BIR July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Kramer Levine July Fee Application | 0.10 | TJT |
| | *Hearings* - Prepare e-mail to J. Sakalo re 9/2/08 hearing coverage | 0.10 | TJT |
| Sp-02-08 | *Case Administration* - 9/2/08 hearing follow-up (.2); review 3rd circuit docket for Libby appeal (.1); e-mail T. Tacconelli re same | 0.40 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with RSM re Can. ZAI settlement and related issues | 0.20 | TJT |
| | *Case Administration* - Review notice of withdrawal of document filed by FCR | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards July Fee Application | 0.10 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court re 9:00 a.m. Mian Realty argument | 1.60 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court re 1:00 omnibus | 1.20 | TJT |
| | *Hearings* - Confer with S. Weiler re 9/2/08 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Correspond with J. Sakalo re Can. ZAI settlement | 0.10 | TJT |
| Sep-03-08 | *Case Administration* - Review 3rd circuit docket for filing of Libby Claimants' appeal | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order granting State of California's motion for leave to file expert report with attachment | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from J. Sakalo re ZAI claims information | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Bayshore Hospital with attachment | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of Counsel re proposed order re confidentiality agreement between equity committee, debtors, unsecured creditors committee and bank lender group re discovery in relation to debtors' objection to bank lender group's default interest claim | 0.60 | TJT |
| | *Case Administration* - Review Reed Smith July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review affidavit of R. Truitt | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re BMC Group 28th interim period | 0.10 | TJT |
| | *Case Administration* - Review supplemental 2019 statement by Cooney and Conway | 0.10 | TJT |
| | *Fee Applications, Others* - Confer with paralegal re HRA and Hilsoft Quarterly Fee Applications | 0.10 | TJT |
| | *Hearings* - Review notes from 9/2/08 1:00 hearing | 0.10 | TJT |
| | *Hearings* - Confer with S. Weiler re follow up re two hearings on 9/2/08 and review correspondence from S. Weiler re same | 0.20 | TJT |
| Sep-04-08 | *Fee Applications, Others* - Confer with M. Hedden re certain Fee | 0.10 | LLC |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Applications | | |
| | *Fee Applications, Others* - Review Hilsoft Apr.-June 08 Quarterly Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review HRA Apr.-June 08 Quarterly Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - e-mail from M. Hedden re 29th Quarterly Fee Application | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Certificate of No Objection re 29th Quarterly Fee Application for filing | 0.10 | LLC |
| | *Case Administration* - 9/2 hearing follow-up | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with M. Joseph re ZAI issues and plan issues | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re Mass. Dept. of Revenue claim objection | 0.10 | TJT |
| | *Case Administration* - Review 9th amended 2019 statement by Motley Rice | 0.10 | TJT |
| | *Case Administration* - Review Tre Angeli June and July Fee Applications | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from R. Ramphall re committee meeting | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's Apr.-June 08 Quarterly Fee Application and related documents; prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's Apr.-June 08 Quarterly Fee Application | 0.40 | MH |
| | *Fee Applications, Others* - download, review and revise Hilsoft's March-June Quarterly Fee Application and related documents; prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Hilsoft's March-June 08 Quarterly Fee Application | 0.40 | MH |
| Sep-05-08 | *Fee Applications, Others* - e-mail from M. Hedden re certain Fee Applications | 0.10 | LLC |
| | *Fee Applications, Others* - Review HRA July 08 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin July 08 Fee Application for filing | 0.10 | LLC |
| | *Case Administration* - Review various dockets to obtain status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.80 | SGW |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by Seton Ins. Co. to 25th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by NY State to 25th omnibus objection to claims | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of Counsel re proposed order re Mian Realty's motion | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving confidentiality agreement between debtors and bank lender group | 0.10 | TJT |
| | *Case Administration* - Review K&E July Fee Application | 0.40 | TJT |
| | *Case Administration* - Review status memos re 3rd circuit, district court | 0.20 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | and adversary proceedings |  |  |
|  | *Case Administration* - Review debtors' July 08 monthly operating report | 0.30 | TJT |
|  | *Case Administration* - Review Beveridge & Diamond June Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Certificate of No Objection filed by PI Committee | 0.10 | TJT |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - download, review and revise Bilzin's July 08 Fee Application and related documents; prepare Certificate of Service re same | 0.40 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's July 08 Fee Application | 0.40 | MH |
|  | *Fee Applications, Others* - download, review and revise HRA's July 08 Fee Application and related documents; prepare Certificate of Service re same | 0.40 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's July 08 Fee Application | 0.40 | MH |
| Sep-06-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review e-mail from J. O'Neill re debtors trial brief in support of objection to bank lender group claim re default interest | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' trial brief with attachments re objection to bank lender group's claim re default interest | 2.30 | TJT |
|  | *Case Administration* - Review Piper June Fee Application and TPT July Fee Application | 0.10 | TJT |
| Sep-07-08 | *Claims Analysis Obj. & Res. (Non-Asb)* -   Prepare correspondence to S. Baena re bank lender group trial memo | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review bank lender group trial memo re debtors' objection to default interest claim | 2.50 | TJT |
|  | *Case Administration* - Review Baker Donaldson Jan.-June Fee Applications | 0.10 | TJT |
|  | *Case Administration* - Review Anderson Kill July Fee Application | 0.10 | TJT |
| Sep-08-08 | *Case Administration* - obtain memorandum opinion and order re Anderson Memorial Hospital appeal and advise T. Tacconelli re same | 0.20 | SGW |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re memorandum opinion denying Anderson Memorial Hospital's motion for leave to file appeal re class certification | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re memorandum opinion denying Anderson Memorial Hospital's motion for leave to file appeal | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review memorandum opinion denying Anderson Memorial Hospital's motion for leave to file appeal re class certification | 0.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review bank lender group's motion for leave to extend page limitation on trial memo | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review joinder by unsecured creditor committee in bank lender group's trial memo | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review exhibits 1-8 for bank lender group's trial memo | 2.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review joinder by J. P. Morgan Chase in bank lender group's trial memo | 0.10 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Case Administration* - Review Charter Oak July Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Steptoe and Johnson April and May Fee Applications | 0.10 | TJT |
| | *Case Administration* - Review docket in L. Tersigni bankruptcy case | 0.10 | TJT |
| Sep-09-08 | *Case Administration* - 9/2/08 hearing follow-up | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order denying Mian Realty's motion | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review request by bank lender group to change filing date re trial memo | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Continue reviewing exhibits 9-23 to bank lender group's trial memo | 1.90 | TJT |
| | *Case Administration* - Review PSZY&J June Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement filed by E. Moody | 0.10 | TJT |
| | *Hearings* - Review correspondence from S. Weiler re 9/2/08 hearing follow-up | 0.10 | TJT |
| Sep-10-08 | *Case Administration* - Review W. Smith and Assoc. Aug. Fee Application | 0.10 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re 9/2/08 hearing follow-up | 0.10 | TJT |
| | *Case Administration* - Review e-mail from S. Weiler re 9/2/08 hearing transcripts, download same | 0.10 | MH |
| | *Case Administration* - trade e-mails with L. Flores re status of Bilzin's Apr-June 08 Quarterly Fee Application | 0.10 | MH |
| | *Case Administration* - Review docket re case status for week ending 8/29/08, memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| Sep-11-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review withdrawal of notice of transfer of claim by Woodwise by Liquidity Solutions | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by State of PA to 25th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review W. Smith and Assoc. Jan. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 8/29/08 | 0.10 | TJT |
| | *Case Administration* - Review 1st supplemental declaration for Piper Jaffery | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re plan information | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 9/5/08, memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| Sep-12-08 | *Fee Applications, Others* - e-mails from M. Hedden re status of Bilzin Quarterly Fee Application | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with committee member re PD claim issues | 0.30 | TJT |
| | *Case Administration* - Review case status memo for week ending 9/5/08 | 0.10 | TJT |
| | *Case Administration* - Review 8th supplemental declaration of Orrick | 0.10 | TJT |
| | *Case Administration* - Review Deloitte 4th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review W. Smith and Assoc. Feb. Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - download, review and revise Bilzin's 29th Quarterly Fee Application and related documents; prepare Certificate of Service and Notice re same; e-mail to L. Flores re Exhibit B; revise | 0.90 | MH |

|  |  |  |  |
|---|---|---|---|
|  | same; e-mail to L. Coggins re review of Quarterly Fee Application |  |  |
|  | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | NMC |
| Sep-13-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with the State of California with attachments | 0.70 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re K&E 28th interim period with attachments | 0.20 | TJT |
|  | *Case Administration* - Review LAS July Fee Application | 0.10 | TJT |
| Sep-14-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' joinder in State of Montana's motion for stay pending appeal | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review declaration by BMC Group re supplemental service re ZAI bar date notice with attachments and review same | 0.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Research re PD issues | 1.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare memo to committee member re PD issues | 0.40 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of Counsel re 2 proposed orders re Kentucky claim and IRS with attachments to orders | 0.30 | TJT |
|  | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Case Administration* - Review Stroock July Fee Application | 0.10 | TJT |
| Sep-15-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review documents and correspond with committee member re PD issues | 0.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to J. Sakalo re ZAI issues | 0.20 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Duane Morris 28th interim period | 0.10 | TJT |
|  | *Case Administration* - Review Caplin Drysdale July Fee Application | 0.10 | TJT |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's 29th Quarterly Fee Application | 0.60 | MH |
|  | *Fee Applications, Others* - download, review and revise Bilzin's 29th Quarterly Fee Application and supporting documents, prepare Notice and Certificate of Service re same | 0.50 | MH |
|  | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's 29th Quarterly Fee Application | 0.70 | MH |
| Sep-16-08 | *Fee Applications, Others* - e-mail to M. Hedden re Fee Auditor's Final Report | 0.10 | LLC |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to establish Canadian ZAI bar date with attachments | 1.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with RSM re Canadian ZAI bar date motion | 0.20 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review bank lender group's motion to file sur reply and review proposed sur reply | 0.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of Counsel re debtors' objection to claim by B. Helm with attachment | 0.30 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re LAS 29th interim period | 0.10 | TJT |
|  | *Case Administration* - Review PWC July Fee Application | 0.10 | TJT |

| Invoice No. 28648 | | Page 7 of 13 | | October 29, 2008 |
|---|---|---|---|---|
| | | *Case Administration* - Review notice of amended exhibit A to debtors' motion to acquire interest in GR 2008 LLC and review blacklined agreement | 0.40 | TJT |
| | | *Case Administration* - Review docket in L. Tersigni bankruptcy case | 0.10 | TJT |
| | | *Hearings* - Review preliminary agenda for 9/29/08 hearing | 0.20 | TJT |
| Sep-17-08 | | *Case Administration* - Review entry of appearance and forward same to M. Hedden | 0.10 | LLC |
| | | *Case Administration* - Review entry of appearance by Attorney General of Indiana | 0.10 | TJT |
| | | *Case Administration* - Review docket re case status for week ending 9/12/08; memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| Sep-18-08 | | *Fee Applications, Others* - e-mail from M. Hedden re Certificate of No Objection re July 2008 Fee Application and review same for filing | 0.20 | LLC |
| | | *Accounting* - Review Libby Claimants' opposition to State of Montana's motion for stay pending appeal | 0.50 | TJT |
| | | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Pacific Freeholds with attachment | 0.40 | TJT |
| | | *Claims Analysis Obj. & Res. (Non-Asb)* - Review response by Indiana Dept. of Revenue to 25th omnibus objection to claims with attachments | 0.20 | TJT |
| | | *Claims Analysis Obj. & Res. (Non-Asb)* - Review G. Munoz' response to 25th omnibus objection to claims with attachments | 0.30 | TJT |
| | | *Case Administration* - Review case status memo for week ending 9/12/08 | 0.10 | TJT |
| | | *Case Administration* - Review notice of filing claims register from BMC | 0.10 | TJT |
| | | *Case Administration* - Review Baker Donaldson 15th and 16th Quarterly Fee Applications | 0.10 | TJT |
| | | *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo re committee meeting | 0.10 | TJT |
| Sep-19-08 | | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital motion for reconsideration of motion for leave to file appeal | 0.80 | TJT |
| | | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement with Regents of the Univ. of California with attachment | 0.40 | TJT |
| | | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of Montana's designation of record on appeal to 3rd circuit | 0.30 | TJT |
| | | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving stipulation with Kentucky EPA with attachment | 0.10 | TJT |
| | | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving settlement with IRS with attachment | 0.10 | TJT |
| | | *Case Administration* - Review supplemental declaration of A. Moran with attachment | 0.20 | TJT |
| | | *Case Administration* - Review Capstone June Fee Application | 0.10 | TJT |
| | | *Case Administration* - Review affidavit of M. Bubnovich | 0.10 | TJT |
| | | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's July 08 Fee Application | 0.30 | MH |
| | | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's July Fee Application | 0.30 | MH |

| Invoice No. 28648 | | Page 8 of 13 | | October 29, 2008 |
|---|---|---|---|---|
| | | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.70 | NMC |
| Sep-20-08 | | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' motion to strike bank lender group's motion for leave to file sur reply | 0.30 | TJT |
| | | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving resolution of B. Helms claim | 0.10 | TJT |
| | | *Case Administration* - Review Beveridge and Diamond July Fee Application | 0.10 | TJT |
| | | *Case Administration* - Review Woodcock and Washburn July Fee Application | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Review notice of hearing on disclosure statement and calendar deadlines | 0.20 | TJT |
| | | *Plan and Disclosure Statement* - Prepare correspondence to S. Baena and J. Sakalo re disclosure statement | 0.20 | TJT |
| | | *Plan and Disclosure Statement* - Review correspondence from S. Baena re disclosure statement | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - start reviewing disclosure statement | 1.60 | TJT |
| Sep-21-08 | | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | | *Case Administration* - Review Morrison Foster April and May Fee Applications | 0.10 | TJT |
| | | *Case Administration* - Review two Certificates of No Objection filed by debtors | 0.10 | TJT |
| | | *Case Administration* - Review Protiviti July Fee Application | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - continue reviewing debtors' joint disclosure statement | 1.80 | TJT |
| Sep-22-08 | | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in State of Montana 3rd circuit appeal 08-3697 and review document in appeal | 0.20 | TJT |
| | | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in debtors' 3rd circuit appeal 08-3720 and review document in appeal | 0.20 | TJT |
| | | *Claims Analysis Obj. & Res. (Asbestos)* - Review Libby Claimants' counter designation of record on appeal | 0.20 | TJT |
| | | *Case Administration* - Review Fee Auditor's Final Report re no objections for 28th interim period | 0.10 | TJT |
| | | *Case Administration* - Review Morrison and Foster 1st Quarterly Fee Application | 0.10 | TJT |
| | | *Case Administration* - Confer with S. Weiler re State of Montana and debtors' consolidated appeals in 3rd circuit | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Confer with M. Joseph re joint plan and related issues | 0.30 | TJT |
| | | *Plan and Disclosure Statement* - Confer with RSM re joint plan and related issues | 0.10 | TJT |
| | | *Plan and Disclosure Statement* - Correspond with J. Sakalo re exhibits to joint plan | 0.30 | TJT |
| | | *Plan and Disclosure Statement* - continue reviewing disclosure statement | 3.60 | TJT |
| Sep-23-08 | | *Claims Analysis Obj. & Res. (Non-Asb)* - Review two motions filed b G. Nunos for continuance and emergency hearing | 0.20 | TJT |
| | | *Case Administration* - Review W. Smith and Assoc. 28th Quarterly Fee Application | 0.10 | TJT |
| | | *Case Administration* - Review correspondence from J. O'Neill re 28th | 0.20 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | Quarterly Fee Chart and review same | | |
| | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re PSZY&J 20th interim period | 0.10 | TJT |
| | *Hearings* - Review agenda for 9/29/08 hearing | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re PD plan issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Finish reviewing disclosure statement | 1.40 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from S. Baena re plan issues with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Start reviewing joint plan | 0.60 | TJT |
| Sep-24-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of emergency motion for continuance for G. Munoz | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - review order granting bank lender group's motion for leave to file sur reply | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review modified order granting debtors' motion to file sur reply but denying motion to strike | 0.10 | TJT |
| | *Case Administration* - Review Duane Morris 29th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re D&T 28th interim period | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review various e-mails from committee members re committee meeting scheduling | 0.20 | TJT |
| | *Fee Applications, Others* - Confer with paralegal re CDG Fee Applications | 0.10 | TJT |
| | *Hearings* - Correspond with committee member omnibus hearing schedule | 0.10 | TJT |
| | *Plan and Disclosure Statement* - continue reviewing joint plan | 1.40 | TJT |
| Sep-25-08 | *Fee Applications, Others* - Review Certificate of No Objection re HRA 24th Quarterly Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re Hilsoft 10th Quarterly Fee Application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - review order limiting oral argument re debtors' claim objection to bank lender group's default interest claim | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Prepare correspondence to S. Baena re order limiting oral argument re debtors' objection to bank lender group's default interest claim | 0.10 | TJT |
| | *Case Administration* - Review correspondence from J. O'Neill re 28th interim period fee chart and confer with paralegal re same | 0.20 | TJT |
| | *Case Administration* - Review Olgivey Renault Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Orrick 28th interim period | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - continue reviewing joint plan | 2.60 | TJT |
| | *Professional Retention Issues* - Review debtors' motion to shorten notice re motion to appoint PDFCR with proposed order | 0.20 | TJT |
| | *Professional Retention Issues* - Review debtors' motion to appoint | 0.70 | TJT |

| Invoice No. 28648 | Page 10 of 13 | | October 29, 2008 |
|---|---|---|---|
| | PDFCR with attachments | | |
| | *Professional Retention Issues* - Prepare correspondence to S. Baena re motions re PDFCR | 0.30 | TJT |
| | *Professional Retention Issues* - Review correspondence from J. Sakalo re debtors' motion to appoint PDFCR | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Review fee expense chart re 28th Quarterly Fee Application re Hamilton and Bilzin; confer with T. Tacconelli re Bilzin expense figure; review Fee Auditor's Final Report re Bilzin's 28th Quarterly Fee Application; e-mail to T. Tacconelli re same | 0.20 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Hilsoft's Mar. 08 - June 08 Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Hilsoft's Mar. 08 to June 08 Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re HRA Apr.-June 08 Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA Apr. 08-June 08 Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - Review fee expense chart re 28th Quarterly Fee Application; e-mail to T. Tacconelli re same | 0.10 | MH |
| Sep-26-08 | *Case Administration* - Confer with T. Tacconelli re prior hearing transcripts | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel by State of Cal. Dept. of General Services re status report to corp. | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review State of Montana's reply brief in appeal 08-246 | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' motion to approve settlement agreement with Children's Hospital of Pittsburgh with attachment | 0.40 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review debtors' corrected sur reply re bank lender group claim objection re default interest | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review Certificate of No Objection filed by debtors re 26th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review 9th supplemental declaration by Orrick | 0.10 | TJT |
| | *Case Administration* - Review 4 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel by debtors re 28th interim period project chart summary and confer with paralegal re same | 0.30 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Hearings* - Review amended agenda for 9/28/08 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' motion to shorten notice re debtors' motion for approval of disclosure statement and confirmation schedule | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to S. Baena re debtors' motion to shorten notice re disclosure statement hearing and confirmation schedule | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Start reviewing exhibits to disclosure | 1.50 | TJT |

| | | | |
|---|---|---|---|
| | statement | | |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.60 | NMC |
| Sep-27-08 | *Case Administration* - Review Certificate of Counsel re proposed order re 28th interim period | 0.10 | TJT |
| | *Plan and Disclosure Statement* - continue reviewing exhibits to disclosure statement | 1.20 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's August prebill | 0.80 | TJT |
| Sep-28-08 | *Case Administration* - Review Nelson Mullins Aug. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Caplin Drysdale 28th interim period | 0.10 | TJT |
| | *Hearings* - Review matters on agenda for 9/29/08 hearing | 2.00 | TJT |
| Sep-29-08 | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin July 08 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re HRA July 08 Fee Application for filing | 0.10 | LLC |
| | *Litigation and Litigation Consulting* - Confer with T. Tacconelli re claim objections | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Aug. 08 Fee Application for filing | 0.10 | LLC |
| | *Committee, Creditors', Noteholders' or* -confer with TJT re: results of 9/29/08 hearing | 0.30 | RSM |
| | *Case Administration* - 9/29/08 hearing follow-up (.2); research local rules (.3); advise T. Tacconelli re same (.1) | 0.60 | SGW |
| | *Case Administration* - Review Kramer Levine August Fee Application | 0.10 | TJT |
| | *Case Administration* - Review correspondence from committee member re local rule question and review local rules and respond | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Attend committee meeting | 0.70 | TJT |
| | *Hearings* - Prepare for and attend Bankruptcy Court | 4.00 | TJT |
| | *Plan and Disclosure Statement* - Confer with RSM re results of hearing today re plan issues | 0.20 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Bilzin's July 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's July 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re HRA's July 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's July 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - Edit Ferry, Joseph & Pearce's Aug. 08 prebill | 0.20 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Aug. 08 invoice; prepare Notice, Fee Application and Certificate of Service re same | 0.80 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, Joseph & Pearce's Aug. 08 Fee Application | 0.40 | MH |

**Invoice No. 28648**  **Page 12 of 13**  **October 29, 2008**

| Date | Description | Hours | Atty |
|---|---|---|---|
| Sep-30-08 | *Case Administration* - Review case status memo for week ending 9/19/08 | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 9/26/08 | 0.10 | LLC |
| | *Case Administration* - Teleconference with committee member re local rule question | 0.10 | TJT |
| | *Case Administration* - Review BIR August Fee Application | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 9/19/08 | 0.10 | TJT |
| | *Hearings* - 9/29/08 hearing follow-up re review of notes | 0.20 | TJT |
| | *Case Administration* - Review docket re case status for week ending 9/19/08, memo to T. Tacconelli and L. Coggins re same | 0.60 | MH |
| | *Case Administration* - Review docket re case status for week ending 9/26/08, memo to T. Tacconelli and L. Coggins re same | 0.60 | MH |
| | Totals | **89.30** | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Sep-03-08 | Photocopy Cost | 0.70 |
| Sep-04-08 | Photocopy Cost | 11.40 |
| | Photocopy Cost | 1.60 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 0.70 |
| | Photocopy Cost | 0.60 |
| Sep-05-08 | Photocopy Cost | 9.90 |
| | Photocopy Cost | 0.30 |
| | Photocopy Cost | 1.90 |
| | Blue Marble - hand deliveries (Inv # 10007) | 28.00 |
| Sep-06-08 | Photocopy Cost | 3.70 |
| Sep-08-08 | Photocopy Cost | 2.70 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 0.50 |
| | Blue Marble - hand deliveries 8/22/08 (Inv # 9922) | 28.00 |
| Sep-09-08 | Photocopy Cost | 1.40 |
| | Photocopy Cost | 2.00 |
| Sep-12-08 | Blue Marble - copies 4.50; service 11.60 | 16.10 |
| Sep-14-08 | Photocopy Cost | 1.10 |
| Sep-15-08 | Photocopy Cost | 27.60 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 1.00 |
| | Photocopy Cost | 0.50 |
| | Photocopy Cost | 7.10 |
| | Photocopy Cost | 1.00 |
| Sep-16-08 | Photocopy Cost | 0.50 |

**Invoice No. 28648**   **Page 13 of 13**   **October 29, 2008**

|  |  |  |
|---|---|---:|
|  | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 2.70 |
| Sep-18-08 | Photocopy Cost | 1.70 |
|  | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 0.50 |
| Sep-21-08 | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 1.10 |
| Sep-22-08 | Photocopy Cost | 1.40 |
|  | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 1.10 |
| Sep-23-08 | Blue Marble - copies 13.50; service 13.16 | 26.66 |
|  | Blue Marble - hand deliveries (Inv # 10131) | 188.00 |
| Sep-24-08 | J&J Court Transcribers | 397.70 |
| Sep-25-08 | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 1.00 |
|  | Tristate Courier & Carriage - delivery charge (Inv #27761) | 26.00 |
| Sep-26-08 | Photocopy Cost | 2.00 |
|  | Photocopy Cost | 2.60 |
|  | Photocopy Cost | 0.70 |
|  | Blue Marble - copies 220.00; service 361.19 (Inv # 27030) | 581.19 |
|  | Blue Marble - copies 3.00; service 11.60 (Inv # 27031) | 14.60 |
| Sep-28-08 | Photocopy Cost | 1.40 |
| Sep-29-08 | Photocopy Cost | 6.00 |
|  | Photocopy Cost | 13.60 |
|  | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 0.50 |
|  | Blue Marble - copies 110.00; service 313.86 (Inv # 27043) | 423.86 |
| Sep-30-08 | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 3.40 |
|  | Photocopy Cost | 0.50 |
|  | Blue Marble - hand deliveries (Inv # 10207) | 28.00 |
|  | West Law - Legal Research (July 08) Acct #1000634693; Inv # 0816480987) | 197.28 |
|  | Totals | $2,088.09 |

| **Total Fees & Disbursements** | **$23,903.09** |
|---|---:|

| **Balance Due Now** |  |
|---|---:|
|  | **$23,903.09** |