# EXHIBIT A
## W.R. Grace
### PJC Time Records
#### September-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 9/2/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/2/2008 | 1.0 | Hearing | Telephonic court hearing |
| Jason Solganick | 9/3/2008 | 0.3 | Case Administration | Review court docket |
| Desiree Davis | 9/4/2008 | 1.0 | Business Operations | Review of monthly operating report |
| Jason Solganick | 9/4/2008 | 1.0 | Business Operations | Review of monthly operating report |
| Jason Solganick | 9/4/2008 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 9/4/2008 | 1.0 | Business Operations | Review of monthly operating report |
| Bryan Cloncs | 9/5/2008 | 3.5 | Financial Analysis | Valuation analyses for client |
| Desiree Davis | 9/5/2008 | 1.0 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 9/5/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 9/5/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/5/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 9/5/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jonathan Brownstein | 9/5/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jonathan Brownstein | 9/5/2008 | 1.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Maika Hemphill | 9/5/2008 | 1.0 | Financial Analysis | Review of 8-K for comparable company |
| Maika Hemphill | 9/5/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 9/8/2008 | 2.0 | Financial Analysis | Valuation analyses for client |
| Jason Solganick | 9/8/2008 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 9/8/2008 | 4.0 | Financial Analysis | Valuation analyses for client |
| Jason Solganick | 9/9/2008 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 9/9/2008 | 2.0 | Financial Analysis | Valuation analyses for client |
| Bryan Cloncs | 9/10/2008 | 0.5 | Financial Analysis | Valuation analyses for client |
| Jason Solganick | 9/10/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/10/2008 | 2.5 | Financial Analysis | Review of valuation analyses for client |
| Pei Huang | 9/10/2008 | 2.0 | Financial Analysis | Valuation analyses for client |
| Jason Solganick | 9/11/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/12/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 9/15/2008 | 1.0 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 9/15/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/15/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jonathan Brownstein | 9/15/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 9/16/2008 | 1.0 | Financial Analysis | Valuation analyses for client |
| Jason Solganick | 9/16/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/16/2008 | 2.0 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 9/16/2008 | 2.5 | Financial Analysis | Settlement analyses |
| Pei Huang | 9/16/2008 | 2.5 | Financial Analysis | Valuation analyses for client |
| Bryan Cloncs | 9/17/2008 | 1.5 | Financial Analysis | Valuation analyses for client |

# EXHIBIT A
## W.R. Grace
**PJC Time Records**
September-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 9/17/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/17/2008 | 2.0 | Financial Analysis | Review of valuation analyses for client |
| Pei Huang | 9/17/2008 | 3.0 | Financial Analysis | Valuation analyses for client |
| Desiree Davis | 9/18/2008 | 2.0 | Financial Analysis | Review of valuation analyses for client |
| Jason Solganick | 9/18/2008 | 2.5 | Business Operations | Review of briefs, memos, etc., re: Objection to Claims Asserted Under CA |
| Jason Solganick | 9/18/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/18/2008 | 2.0 | Financial Analysis | Review of valuation analyses for client |
| Jason Solganick | 9/18/2008 | 1.0 | Financial Analysis | Settlement analyses |
| Jonathan Brownstein | 9/18/2008 | 3.0 | Business Operations | Review of briefs, memos, etc., re: Objection to Claims Asserted Under CA |
| Jonathan Brownstein | 9/18/2008 | 1.5 | Financial Analysis | Review of valuation analyses for client |
| Jason Solganick | 9/19/2008 | 2.5 | Business Operations | Review of briefs, memos, etc., re: Objection to Claims Asserted Under CA |
| Jason Solganick | 9/19/2008 | 0.3 | Case Administration | Review court docket |
| Jonathan Brownstein | 9/19/2008 | 2.0 | Business Operations | Review of briefs, memos, etc., re: Objection to Claims Asserted Under CA |
| Jason Solganick | 9/22/2008 | 2.0 | Business Operations | Review of POR & DS |
| Jason Solganick | 9/22/2008 | 0.3 | Case Administration | Review court docket |
| Jonathan Brownstein | 9/22/2008 | 2.0 | Business Operations | Review of POR & DS |
| Jason Solganick | 9/23/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/23/2008 | 0.3 | Hearing | Review of hearing agenda |
| Jason Solganick | 9/24/2008 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 9/25/2008 | 2.0 | Financial Analysis | Valuation analyses for client |
| Desiree Davis | 9/25/2008 | 1.0 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 9/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 9/25/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/25/2008 | 0.5 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 9/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jonathan Brownstein | 9/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jonathan Brownstein | 9/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 9/25/2008 | 4.0 | Financial Analysis | Valuation analyses for client |
| Bryan Cloncs | 9/26/2008 | 1.0 | Financial Analysis | Valuation analyses for client |
| Jason Solganick | 9/26/2008 | 1.0 | Business Operations | Review of Motion to Approve DS |
| Jason Solganick | 9/26/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/26/2008 | 3.0 | Financial Analysis | Review of valuation analyses for client |
| Jonathan Brownstein | 9/26/2008 | 1.0 | Business Operations | Review of Motion to Approve DS |
| Pei Huang | 9/26/2008 | 3.0 | Financial Analysis | Valuation analyses for client |
| Bryan Cloncs | 9/29/2008 | 0.5 | Financial Analysis | Valuation analyses for client |
| Desiree Davis | 9/29/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 9/29/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 9/29/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 9/29/2008 | 4.0 | Hearing | Telephonic court hearing |
| Jonathan Brownstein | 9/29/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 9/29/2008 | 2.0 | Financial Analysis | Valuation analyses for client |
| Desiree Davis | 9/30/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 9/30/2008 | 2.0 | Financial Analysis | Review of valuation analyses for client |
| Jason Solganick | 9/30/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 9/30/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 9/30/2008 | 3.5 | Financial Analysis | Review of valuation analyses for client |
| Jonathan Brownstein | 9/30/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jonathan Brownstein | 9/30/2008 | 2.5 | Financial Analysis | Review of valuation analyses for client |