# EXHIBIT B

### W.R. Grace
### Detail of expenses (September 1, 2008 – September 30, 2008)

<u>Research</u>
Jason Solganick 09/11/08 $ 144.25

**Total Research:** **$ 144.25**

**TOTAL EXPENSES:** **$ 144.25**