IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** : | : Chapter 11 |
| **W.R. GRACE & CO., et al.,** : | : Case No. 01-01139 (JKF) |
| **Debtors.** : | : Jointly Administered |
| ——————————————— : | : |
| **THE SCOTTS COMPANY,** : | : |
| **Plaintiff,** : | : |
| v. : | : |
| **AMERICAN EMPLOYERS INSURANCE COMPANY; BOSTON OLD COLONY INSURANCE COMPANY; CONTINENTAL CASUALTY COMPANY; EMPLOYERS COMMERCIAL UNION N/K/A/ ONEBEACON AMERICA INSURANCE COMPANY; MARYLAND CASUALTY COMPANY; UNIGARD INSURANCE COMPANY,** : | : Adv. Pro. No. 04-55083 (JKF) |
| -and- : | : |
| **W.R. GRACE & CO., et al.,** : | : |
| **Defendants.** : | : |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                                         : SS.
NEW CASTLE COUNTY  :

      Yvonne A. Dalton, being duly sworn according to law, deposes and says that she is a paralegal employed by the law firm of Richards, Layton & Finger, P.A., and that on October 29, 2008, she caused copies of the following to be served in the manner indicated on the attached service list:

- Notice of Substitution of Counsel [Docket No. 19909 and Adv. Dkt No. 16]

RLF1-3336011-1

Dated: October 30, 2008
Wilmington, Delaware

_____
Yvonne A. Dalton, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 30th day of October, 2008.

_____
Notary Public

BARBARA J. WITTERS
Notary Public - State of Delaware
My Comm. Expires Mar. 13, 2009

RLF1-3336011-1

## SERVICE LIST

**VIA FIRST CLASS MAIL**
Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones
James E. O'Neill
Timothy Cairns
919 North Market Street, 16th Floor
Wilmington, DE 19801
*Counsel to Debtors and Debtors in Possession*

Kirkland & Ellis LLP
Attn: David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
*Counsel to Debtors and Debtors in Possession*

Office of the United States Trustee
Attn: Frank J. Perch, Esquire
844 King Street, Suite 2313
Wilmington, DE 19801

Michael R. Laskowski
Duane Morris LLP
1100 N. Market Street - Suite 1200
Wilmington, DE 19801
*Counsel to the Committee of Unsecured Creditors*

Jeffrey Wisler
Connoly Bove Lodge & Hutz
1007 Orange Street
P.O. Box 2207
Wilmington, DE 19801
*Counsel to American Employers Insurance Company, et al.*