# EXHIBIT A

## EXHIBIT A

### W. R. Grace & Co., et al.,
### District of Delaware, Bankruptcy Case No. 01-1139
### Report on Settlements of Certain Claims and Causes of Action
### July 1, 2008 through September 30, 2008

| Claimant | Debtor | Description of Claim |
|---|---|---|
| Chapter 7 Trustee for L G Philips L G Philips Displays USA, Inc. Wilmington, DE | W. R. Grace & Co. 7500 Grace Drive Columbia, MD 21044 | On or about March 13, 2008, the Trustee for LG Phillips filed a preference complaint against Grace in the LG Phillips bankruptcy case pending in the Bankruptcy Court for the District of Delaware (the "LG Bankruptcy") under section 547 of the Bankruptcy Code asserting that LG Phillips transferred $22,842.00 to Grace in the ninety (90) days immediately preceding the date LG Phillips filed for bankruptcy (the "Preference Complaint"). On August 6, 2008, the Trustee for LG Phillips and Grace entered into a Stipulation resolving the Preference Complaint whereby Grace paid the Trustee for LG Phillips $11,382.00 in settlement of the Preference Complaint and the Trustee of LG Phillips granted Grace an allowed unsecured claim in the amount of $11,382.00. On September 5, 2008, Grace filed a proof of claim in the LG Bankruptcy evidencing its allowed unsecured claim in the amount of $11,382.00. |
| Beaco Road Site PRP Group | W. R. Grace & Co. 7500 Grace Drive Columbia, MD 21044 | On March 25, 2003, the Beaco Road Site PRP Group and its members, including CNA Holdings, Inc., f/k/a/ Hoechst Celanese Corporation, Square D. Company, and National Starch and Chemical Co. division of Indopco, Inc., individually and as members of Beaco Road Site PRP Group, filed Claim No. 6052 asserting a claim in the amount of $660,086 for alleged damages arising from investigation and clean-up costs with respect to property located in Greer, South Carolina.  On August 26, 2008, the parties entered into a stipulation which was filed as part of the Sixteenth Claim Settlement Notice at Docket No. 19399.  Grace settled the claim by allowing Claim No. 6052 as an unsecured, prepetition, non-priority claim in the amount of $660,086 which is inclusive of pre or post-petition interest up to the effective date of the Debtors' anticipated confirmed chapter 11 plan or plans. |
| | | |

91100-001\DOCS_DE:141852.1