## VERIFICATION

Daniel C. Cohn, a partner of CWG, and Adam G. Landis, a partner of LRC, each hereby verifies that he has read the foregoing Amended and Restated Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 and that: (a) as to the statements related to CWG, Daniel C. Cohn verifies that the statements contained therein are true and accurate based on his personal knowledge; and (b) as to the statements related to LRC, Adam G. Landis verifies that the statements contained therein are true and accurate based on his personal knowledge.

Signed under the penalties of perjury.

_____
Daniel C. Cohn
Dated: October 28, 2008

_____
Adam G. Landis
Dated: October 30, 2008

877p\2019 statement (amended)8