**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2008
ACCOUNT NO:       3000-01D
STATEMENT NO:              70

Asset Analysis and Recovery

PREVIOUS BALANCE                                                                    $136.50

BALANCE DUE                                                                         $136.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace
Wilmington  DE

09/30/2008

ACCOUNT NO:      3000-02D
STATEMENT NO:              88

Asset Disposition

PREVIOUS BALANCE                                                                              $69.80

BALANCE DUE                                                                                      $69.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2008
ACCOUNT NO:    3000-03D
STATEMENT NO:    76

Business Operations

PREVIOUS BALANCE $885.70

| | | | HOURS | |
|---|---|---|---|---|
| 09/09/2008 | | | | |
| | MTH | Telephone conference with BR re: LLC Motion | 0.20 | 65.00 |
| | MTH | Correspondence to JS re: Red Sox Motion | 0.10 | 32.50 |
| 09/10/2008 | | | | |
| | MTH | Review additional correspondence from JS re: status of review re: Red Sox Motion | 0.10 | 32.50 |
| | MTH | Review correspondence from JS re: Red Sox Motion | 0.10 | 32.50 |
| 09/11/2008 | | | | |
| | MTH | Review correspondence from JS re: LLC Motion | 0.20 | 65.00 |
| | MTH | Review additional correspondence from JS re: Red Sox Motion | 0.10 | 32.50 |
| | | FOR CURRENT SERVICES RENDERED | 0.80 | 260.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.80 | $325.00 | $260.00 |

TOTAL CURRENT WORK 260.00

BALANCE DUE $1,145.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2008
ACCOUNT NO:      3000-04D
STATEMENT NO:            88

Case Administration

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $2,133.87 |
| 09/23/2008 | Payment - Thank you. (June, 2008 - 80% Fees) | -532.40 |
| BALANCE DUE | | $1,601.47 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 09/30/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-05D |
| | STATEMENT NO:            88 |

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $26,128.20 |
| **09/02/2008** | | | | |
| MTH | Telephone conference with Davis (asbestos creditor) re: claim for asbestos exposure re: ZAI | | 0.20 | 65.00 |
| MTH | Correspondence to TR re: asbestos PD settlement | | 0.10 | 32.50 |
| **09/03/2008** | | | | |
| MTH | Review correspondence from JB re: Canadian Settlement Agreement | | 0.30 | 97.50 |
| MTH | Correspondence to counsel re: Canadian ZAI PD Settlement Agreement | | 0.20 | 65.00 |
| **09/04/2008** | | | | |
| MTH | Telephone conference with TR re: Bayshore Asbestos PD Settlement | | 0.20 | 65.00 |
| MTH | Review correspondence from PVNL re: draft memo re: two asbestos PD settlements | | 0.10 | 32.50 |
| MTH | Review multiple correspondence from TR re: settlement; response to same | | 0.30 | 97.50 |
| MTH | Update draft memo to committee re: asbestos PD settlement motion for Bayshore Settlement; correspondence to EI and PVNL re: same | | 0.60 | 195.00 |
| **09/09/2008** | | | | |
| MTH | Correspondence to and from PVNL re: memo re: asbestos PD settlements | | 0.10 | 32.50 |
| MTH | Reviewing Memorandum and Order re Anderson Memorial Class Certification Motion. | | 0.30 | 97.50 |
| **09/10/2008** | | | | |
| MTH | Telephone conference with claimant re: ZAI PI questions | | 0.50 | 162.50 |
| **09/11/2008** | | | | |
| MTH | Telephone conference with claimant re: PI questions re: ZAI | | 0.20 | 65.00 |

W.R. Grace

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **09/12/2008** | | | | |
| | MTH | Telephone conference with claimant re: ZAI questions | 0.20 | 65.00 |
| | MTH | Telephone conference with homeowner re: questions re: exposure to ZAI and possible medical issues | 0.20 | 65.00 |
| | MTH | Correspondence to counsel at C&D re: California State Asbestos Settlement Motion | 0.30 | 97.50 |
| **09/16/2008** | | | | |
| | MTH | Correspondence to TR re: Pacific settlement | 0.10 | 32.50 |
| | MTH | Correspondence to TR re: U of C settlement | 0.10 | 32.50 |
| | MTH | Review of Pacific Freeholds settlement motion; correspondence to EI and PVNL re: same | 0.50 | 162.50 |
| | MTH | Review Debtors' Motion for a Canadian ZAI Bar Date; correspondence to PVNL re: same | 0.80 | 260.00 |
| **09/17/2008** | | | | |
| | MTH | Review information re: analysis of Pacific Freeholds settlement | 0.70 | 227.50 |
| | MTH | Review Anderson Memorial's Motion to Reconsider | 0.30 | 97.50 |
| **09/18/2008** | | | | |
| | MTH | Telephone conference with C, Sumter re: questions re: PI claims related to ZAI | 0.20 | 65.00 |
| **09/19/2008** | | | | |
| | MTH | Brief review of Debtors' Motion for approval of Children's Hospital settlement motion; correspondence to counsel at C&D re: same | 0.40 | 130.00 |
| | MTH | Brief review of Debtors' Motion re: Settlement with Children's Hospital of Pittsburgh | 0.20 | 65.00 |
| **09/22/2008** | | | | |
| | MTH | Additional review of two settlement motions re: U of C and CSU and Pacific Freeholds; draft memo re: same; correspondence to EI, PVNL re: same. | 1.60 | 520.00 |
| | MTH | Review Notice of Filing of PI register; correspondence to and from JAL and JB re: same | 0.30 | 97.50 |
| | MTH | Review correspondence from MRE re: filing of personal injury claims register; discussion re: same | 0.20 | 65.00 |
| **09/23/2008** | | | | |
| | MTH | Telephone conference with TR re: three asbestos PD settlement motions | 0.20 | 65.00 |
| | MTH | Telephone conference with JG re: asbestos PI questions | 0.20 | 65.00 |
| | MTH | Telephone conference with Jerry re: asbestos PI claims | 0.20 | 65.00 |
| | MTH | Review correspondence from EI re: draft memo re: three more asbestos property damage settlements; review and revise same; correspondence to Committee re: same | 0.30 | 97.50 |
| | MTH | Correspondence to EI, PVNL and NDF re: three recent asbestos | | |

W.R. Grace

Claims Analysis Objection & Resolution (Asbestos)

| | | HOURS | |
|---|---|---|---|
| | property damage settlements, settlement agreements re: same | 0.10 | 32.50 |
| DAC | Review memo re: P.D. settlements | 0.20 | 90.00 |
| MTH | Review Debtors' Designation of Record and Statement of Issues on Appeal and Libby Claimant's Additional Designation of Items and Record on Appeal | 0.20 | 65.00 |
| **09/25/2008** | | | |
| MTH | Review correspondence from KCD re: Debtors' Motion for an Asbestos PD FCR | 0.10 | 32.50 |
| MTH | Review correspondence from EI and PVNL re: Debtors' Motion to appoint an Asbestos PD FCR | 0.10 | 32.50 |
| MTH | Correspondence to EI and PVNL re: Debtors' Motion to Appoint PD FCR | 0.10 | 32.50 |
| **09/29/2008** | | | |
| MTH | Review COC from Claimant State of California Department of General Services re: PD Claims | 0.10 | 32.50 |
| MTH | Review Notice of Filing of Longo Expert Report | 0.10 | 32.50 |
| **09/30/2008** | | | |
| MTH | Telephone conference with claimant re: ZAI questions | 0.30 | 97.50 |
| | FOR CURRENT SERVICES RENDERED | 11.40 | 3,730.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.20 | $450.00 | $90.00 |
| Mark T. Hurford | 11.20 | 325.00 | 3,640.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 3,730.00 |

| 09/23/2008 | Payment - Thank you. (June, 2008 - 80% Fees) | -1,092.00 |
|---|---|---|

| BALANCE DUE | $28,766.20 |
|---|---|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2008
ACCOUNT NO:      3000-06D
STATEMENT NO:            88

Claims Analysis Objection & Resol. (Non-Asbestos)

PREVIOUS BALANCE                                                                $7,426.10

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/04/2008 | | | | |
| | MTH | Review Order entered re: Confidentiality Stipulation | 0.10 | 32.50 |
| 09/05/2008 | | | | |
| | MTH | Review Response of Seaton Insurance re: Debtors' 25th Claims Objection | 0.10 | 32.50 |
| 09/06/2008 | | | | |
| | MTH | Review correspondence from JON re: Debtors' briefing on Bank Claims Objection | 0.10 | 32.50 |
| 09/08/2008 | | | | |
| | MTH | Review correspondence from PVNL re: briefing on Debtors' Objection to Bank Claims Motion | 0.10 | 32.50 |
| | MTH | Review New York's Response to Debtors' Claims Objection | 0.10 | 32.50 |
| 09/11/2008 | | | | |
| | MTH | Correspondence to JAL re: briefing on Bank Debt POC's Objection | 0.10 | 32.50 |
| 09/12/2008 | | | | |
| | MTH | Review Response of PA Dept. of Revenue re: Debtors' 25th Claims Objection | 0.10 | 32.50 |
| | MTH | Review Missouri's Response to Debtors' 25th Claims Objection | 0.10 | 32.50 |
| 09/16/2008 | | | | |
| | MTH | Correspondence to EI and PVNL re: Bank Debt Holder's sur-reply re: Debtors' Objection to Bank POC's | 0.10 | 32.50 |
| | MTH | Review Bank Lender Group's Sur-Reply to Debtors' Trial Brief | 0.10 | 32.50 |
| | MTH | Review Bank Lender Group's Motion for Leave to File Sur-Reply to Debtors' Trial Brief | 0.10 | 32.50 |

W.R. Grace

| | ACCOUNT NO: | 3000-06D |
| --- | --- | --- |
| | STATEMENT NO: | 88 |

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | | HOURS | |
| --- | --- | --- | --- | --- |
| | MTH | Review COC re: various claims resolutions | 0.10 | 32.50 |
| 09/17/2008 | | | | |
| | MTH | Review COC re: Claim of Brenda Helm | 0.10 | 32.50 |
| 09/19/2008 | | | | |
| | MTH | Review Indiana Department of Revenue's Response to Debtors' Claims Objection | 0.10 | 32.50 |
| | MTH | Review Gloria Munoz's Response to Debtors' 25th Claims Objection | 0.20 | 65.00 |
| 09/22/2008 | | | | |
| | MTH | Review three Orders entered | 0.10 | 32.50 |
| | MTH | Review Debtors' Motion to Strike Sur-Reply or to file response thereto | 0.20 | 65.00 |
| 09/23/2008 | | | | |
| | MTH | Review Emergency Motion to Continue Hearing re: Debtors' Objection to her claim | 0.20 | 65.00 |
| 09/25/2008 | | | | |
| | MTH | Review correspondence from SB to EI and PVNL re: Debtors' Motion to Strike | 0.10 | 32.50 |
| 09/26/2008 | | | | |
| | MTH | Review of Debtors' corrected Reply re: Bank Claims; correspondence to counsel at C&D re: same | 0.20 | 65.00 |
| 09/29/2008 | | | | |
| | MTH | Review Munoz's two Motions to Withdraw Emergency Motions | 0.20 | 65.00 |
| | MTH | Review two orders entered | 0.10 | 32.50 |
| | | FOR CURRENT SERVICES RENDERED | 2.70 | 877.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
| --- | --- | --- | --- |
| Mark T. Hurford | 2.70 | $325.00 | $877.50 |

| | | |
| --- | --- | --- |
| TOTAL CURRENT WORK | | 877.50 |

| 09/23/2008 | Payment - Thank you. (June, 2008 - 80% Fees) | -1,408.00 |
| --- | --- | --- |
| | BALANCE DUE | $6,895.60 |

W.R. Grace

09/30/2008

ACCOUNT NO:     3000-06D

STATEMENT NO:          88

Claims Analysis Objection & Resol. (Non-Asbestos)

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
09/30/2008
ACCOUNT NO:      3000-07D
STATEMENT NO:           88

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                          $27,791.54

|  |  | HOURS |  |
|---|---|---|---|
| **09/01/2008** | | | |
| MK | Review committee events calendar; update attorney case calendar | 0.20 | 25.00 |
| **09/02/2008** | | | |
| PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| MB | Retrieval and distribution of documents relating to daily memo | 0.50 | 45.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| SMB | E-file 2019 Supplemental Verified Statement for Cooney & Conway | 0.40 | 38.00 |
| KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| MTH | Review daily memo. | 0.10 | 32.50 |
| MTH | Reviewing correspondence from ACM re revised TDP and Trust Agreement. | 0.80 | 260.00 |
| **09/03/2008** | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| SMB | E-file 2019 Verified Statement of Motley Rice LL | 0.40 | 38.00 |
| MTH | Review daily memo | 0.10 | 32.50 |
| MTH | Draft memo re: September 2 hearings | 2.30 | 747.50 |
| MTH | Correspondence to counsel re: draft hearing memo | 0.10 | 32.50 |
| KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| **09/04/2008** | | | |
| KH | Review e-mail from E. Benetos re: ZAI order; research and draft responsive e-mail | 0.50 | 52.50 |
| DAC | Review memo re: 9/2 hearing | 0.10 | 45.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| SMB | Begin Preparation of weekly recommendation memo | 0.30 | 28.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| MTH | Review correspondence from PVNL re: draft memo re September 2, 2008 afternoon hearing; distribution of same to committee counsel | | 0.40 | 130.00 |
| MTH | Review daily memo | | 0.10 | 32.50 |
| PEM | Review Debtor-In-Possession Monthly Operating Report for Filing Period July 2008 Filed by W.R. Grace & Co., et al. | | 0.80 | 320.00 |
| KH | Review daily memo re: fee issues | | 0.10 | 10.50 |
| **09/05/2008** | | | | |
| MK | Review hearing memo | | 0.10 | 12.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 9.50 |
| MTH | Review correspondence from EI re: status of Plan documents | | 0.10 | 32.50 |
| MTH | Review correspondence from SK re: Plan documents | | 0.10 | 32.50 |
| MTH | Review daily memo | | 0.10 | 32.50 |
| MTH | Review correspondence from ACM re: revisions to Plan documents | | 0.10 | 32.50 |
| MTH | Prepare weekly recommendation memos | | 2.00 | 650.00 |
| MTH | Correspondence to committee re: weekly recommendation memos | | 0.20 | 65.00 |
| KH | Review daily memo re: fee issues | | 0.10 | 10.50 |
| PEM | Review weekly recommendation memo re: pending motions and matters. | | 0.20 | 80.00 |
| **09/08/2008** | | | | |
| MB | Retrieval and distribution of documents relating to daily memo; prepare hearing binder re: bond claims litigation | | 0.60 | 54.00 |
| MK | Review committee events calendar; update attorney case calendar | | 0.10 | 12.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 9.50 |
| KH | Review daily memo re: fee issues | | 0.10 | 10.50 |
| MTH | Review daily memo | | 0.10 | 32.50 |
| **09/09/2008** | | | | |
| MK | Attention to document organization | | 0.20 | 25.00 |
| PEM | Review memo re: pleadings filed | | 0.10 | 40.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 9.50 |
| KH | Review daily memo re: fee issues | | 0.10 | 10.50 |
| MTH | Correspondence to and from EI re: revised memo re: asbestos PD settlements; correspondence to committee re: same | | 0.40 | 130.00 |
| MTH | Review daily memo | | 0.10 | 32.50 |
| MTH | Review correspondence from SB to PVNL re: recent filings | | 0.10 | 32.50 |
| **09/10/2008** | | | | |
| MK | Review committee memo | | 0.10 | 12.50 |
| KH | Review e-mail from A. Geier re: players list; review and draft responsive e-mail | | 0.20 | 21.00 |
| MB | Retrieval and distribution of documents relating to daily memo | | 0.40 | 36.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and | | | |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | distribute daily memo | 0.10 | 9.50 |
| KH | | Review daily memo re: fee issues | 0.10 | 10.50 |
| MTH | | Review correspondence from AG re: Player's List; review correspondence from MRE re: same; response to MRE; correspondence to KH re: same; discussion with KH re: same; review correspondence from KH re: same | 0.20 | 65.00 |
| MTH | | Review daily memo | 0.10 | 32.50 |
| MTH | | Review correspondence from RJ re: asbestos PD settlements | 0.10 | 32.50 |
| **09/11/2008** | | | | |
| PEM | | Review memo re: pleadings filed | 0.10 | 40.00 |
| SMB | | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| KH | | Review daily memo re: fee issues | 0.10 | 10.50 |
| MTH | | Review daily memo | 0.10 | 32.50 |
| **09/12/2008** | | | | |
| MB | | Retrieval and distribution of documents relating to daily memo | 0.40 | 36.00 |
| SMB | | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| SMB | | Prepare and finalize weekly recommendation memo | 1.00 | 95.00 |
| SMB | | Review docket re: ordinary course professionals | 0.40 | 38.00 |
| SMB | | Retrieval and distribution of pleadings on district court docket per MTH's request | 0.30 | 28.50 |
| KH | | Review daily memo re: fee issues | 0.10 | 10.50 |
| MTH | | Review daily memo | 0.10 | 32.50 |
| MTH | | Prepare weekly recommendation memo | 1.90 | 617.50 |
| **09/14/2008** | | | | |
| DAC | | Review counsel's weekly memo | 0.20 | 90.00 |
| **09/15/2008** | | | | |
| KH | | Review daily memo re: fee issues | 0.10 | 10.50 |
| MTH | | Review correspondence from RH re: insurance analysis | 0.40 | 130.00 |
| MK | | Review committee events calendar; update attorney case calendar | 0.10 | 12.50 |
| MTH | | Review daily memo | 0.10 | 32.50 |
| MTH | | Correspondence to PVNL re: IRS and Kentucky COC | 0.10 | 32.50 |
| SMB | | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| MB | | Attention to document management, | 0.60 | 54.00 |
| **09/16/2008** | | | | |
| KH | | Review daily memo re: fee issues | 0.10 | 10.50 |
| PEM | | Review memo re: pleadings filed | 0.10 | 40.00 |
| MTH | | Review daily memo | 0.10 | 32.50 |
| SMB | | Review recently filed pleadings and electronic filing notices; draft and | | |

Page: 4

W.R. Grace                                                                                                            09/30/2008
                                                                                          ACCOUNT NO:        3000-07D
                                                                                          STATEMENT NO:            88

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | distribute daily memo | 0.10 | 9.50 |
| **09/17/2008** |  |  |  |  |
|  | MTH | Review daily memo | 0.10 | 32.50 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
|  | SMB | Review docket to determine status of Pacific Freeholds per MTH's request | 0.20 | 19.00 |
|  | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| **09/18/2008** |  |  |  |  |
|  | MB | Retrieval and distribution of documents relating to daily memo | 0.40 | 36.00 |
|  | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
|  | MTH | Review daily memo | 0.10 | 32.50 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
|  | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| **09/19/2008** |  |  |  |  |
|  | MB | Retrieval and distribution of documents relating to the daily memo | 0.30 | 27.00 |
|  | PEM | Review recommendation memo re: pending motions and matters | 0.20 | 80.00 |
|  | PEM | Review memo from counsel re: Plan status | 0.10 | 40.00 |
|  | DAC | Review counsel's weekly memo | 0.30 | 135.00 |
|  | KH | Review e-mail from KCD re: Committee Final Report; draft responsive e-mail | 0.20 | 21.00 |
|  | MTH | Review correspondence from EI re: Plan status | 0.10 | 32.50 |
|  | MTH | Review daily memo | 0.10 | 32.50 |
|  | MTH | Prepare weekly recommendation memos | 1.60 | 520.00 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
|  | SMB | Prepare weekly recommendation memo | 1.50 | 142.50 |
|  | SMB | Review district court docket and retrieve Appellant's Response to Appellee's Supplemental Authority | 0.10 | 9.50 |
|  | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| **09/22/2008** |  |  |  |  |
|  | MTH | Review correspondence from EI re: Plan status | 0.10 | 32.50 |
|  | MRE | Respond to firm request | 0.30 | 115.50 |
|  | MTH | Review daily memo | 0.10 | 32.50 |
|  | MB | Retrieval and distribution of documents relating to daily memo | 0.40 | 36.00 |
|  | MB | Prepare three (3) binders for Chapter 11 Plan | 1.10 | 99.00 |
|  | MB | Correspondence with committee re: Fee Auditor Report | 0.10 | 9.00 |
|  | MB | Correspondence with C&D re: Fee Auditor's Report | 0.20 | 18.00 |
|  | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | SMB | Retrieval and distribution of pleadings per MTH's request | 0.20 | 19.00 |
| **09/23/2008** | | | | |
| | MTH | Review daily memo | 0.10 | 32.50 |
| | MK | Review committee events calendar; update attorney case calendar | 0.10 | 12.50 |
| | MK | Attention to document organization | 0.10 | 12.50 |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | MB | Retrieval and distribution of documents relating to daily memo | 0.20 | 18.00 |
| | MB | Docket review for MTH | 0.10 | 9.00 |
| | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| | SMB | Coordinate logistics for hearing on September 29, 2008 at 10:00 a.m.; e-mail confirmation of same | 0.20 | 19.00 |
| **09/24/2008** | | | | |
| | MB | Retrieval and distribution of documents relating to daily memo | 0.40 | 36.00 |
| | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| | KH | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 21.00 |
| **09/25/2008** | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | MB | Retrieval and distribution of documents relating to daily memo | 0.30 | 27.00 |
| | MB | Correspondence with MTH re: Grace pleadings | 0.10 | 9.00 |
| | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | SMB | Retrieval and distribution of documents per MTH's request | 0.20 | 19.00 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| **09/26/2008** | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters | 0.20 | 80.00 |
| | MRE | Work on weekly recommendation memo | 1.20 | 462.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 90.00 |
| | MK | Review committee events calendar; update attorney case calendar | 0.10 | 12.50 |
| | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | SMB | Retrieval and distribution of Order Limiting Argument Time and Corrected Motion to Strike Bank Lender Group Reply | 0.20 | 19.00 |
| | SMB | Prepare weekly recommendation memo | 1.00 | 95.00 |
| | MTH | Review correspondence from KCD re: hearing | 0.10 | 32.50 |
| | MTH | Review correspondence from SB re: weekly recommendation memo | 0.10 | 32.50 |
| | MTH | Multiple correspondence to and from MRE re: additions to weekly recommendation memo | 0.30 | 97.50 |
| | MTH | Review daily memo | 0.10 | 32.50 |

Page: 6

W.R. Grace

09/30/2008
ACCOUNT NO:        3000-07D
STATEMENT NO:        88

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/29/2008 |  |  |  |  |
| PEM | Review memo re: pleadings filed |  | 0.10 | 40.00 |
| MB | Retrieval and distribution of documents relating to daily memo |  | 0.20 | 18.00 |
| KH | Review daily memo re: fee issues |  | 0.10 | 10.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo |  | 0.10 | 9.50 |
| MTH | Review daily memo |  | 0.10 | 32.50 |
| 09/30/2008 |  |  |  |  |
| MB | Retrieval and distribution of documents relating to daily memo |  | 0.20 | 18.00 |
| KH | Review daily memo re: fee issues |  | 0.10 | 10.50 |
| MTH | Review daily memo |  | 0.10 | 32.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo |  | 0.10 | 9.50 |
| MTH | Draft, review and revise draft hearing memo; additional review of pleadings re: Bank Debt Interest issue;  correspondence to EI, PVNI and NDF re: same |  | 4.00 | 1,300.00 |
|  | FOR CURRENT SERVICES RENDERED |  | 41.40 | 9,457.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $450.00 | $360.00 |
| Philip E. Milch | 2.30 | 400.00 | 920.00 |
| Michele Kennedy | 1.10 | 125.00 | 137.50 |
| Santae M. Boyd | 8.30 | 95.00 | 788.50 |
| Matthew Brushwood | 6.50 | 90.00 | 585.00 |
| Mark T. Hurford | 17.70 | 325.00 | 5,752.50 |
| Marla R. Eskin | 1.50 | 385.00 | 577.50 |
| Katherine Hemming | 3.20 | 105.00 | 336.00 |

TOTAL CURRENT WORK                                                9,457.00

| 09/23/2008 | Payment - Thank you. (June, 2008 - 80% Fees) | -6,949.20 |
|---|---|---|

BALANCE DUE                                                $30,299.34

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                              09/30/2008
Wilmington  DE                                       ACCOUNT NO:      3000-08D
                                                     STATEMENT NO:            87

Employee Benefits/Pension

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $1,625.50 |
| 09/23/2008 | Payment - Thank you. (June, 2008 - 80% Fees) | -182.00 |
| | BALANCE DUE | $1,443.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  |  | Page: 1 |
| W.R. Grace |  | 09/30/2008 |
| Wilmington  DE | ACCOUNT NO: | 3000-09D |
|  | STATEMENT NO: | 40 |

Employee Applications, Applicant

| PREVIOUS BALANCE |  | $565.50 |
|---|---|---|
| BALANCE DUE |  | $565.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                          09/30/2008
Wilmington  DE                                ACCOUNT NO:        3000-10D
                                              STATEMENT NO:            88

Employment Applications, Others

PREVIOUS BALANCE                                                $1,899.30

09/23/2008     Payment - Thank you. (June, 2008 - 80% Fees)        -858.00

BALANCE DUE                                                    $1,041.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                         09/30/2008
Wilmington  DE                                               ACCOUNT NO:      3000-11D
                                                                       STATEMENT NO:               86

Expenses

PREVIOUS BALANCE                                                                         $7,568.62

| | | |
|---|---|---|
| 09/01/2008 | Parcels, Inc. - Multiple Intra-city Deliveries: Pachulski, Ferry, Duane, Trustee | 20.00 |
| 09/01/2008 | Parcels, Inc. - Copy and Service of CNO's:  AKO, C&L, C&D, AKO | 41.34 |
| 09/01/2008 | Pacer charges for the month of August | 48.72 |
| 09/03/2008 | Parcels, Inc. - Copy/ Service of C&D, AKO, LAS, Charter Oak | 73.94 |
| 09/03/2008 | Parcels, Inc. - Intra City Delivery to Ferry, Pachulski, Trustee, Duane | 20.00 |
| 09/05/2008 | Parcels, Inc - Copy/ Service C&L July Fee | 95.48 |
| 09/05/2008 | Parcels, Inc. - Intra-city deliveries to Pachulski, Ferry, Trustee and Duane | |
| 09/08/2008 | Ikon - Copy/ Service of CNO for AKO, Charter Oak, C&L, C&D, LAS and Committee | 63.88 |
| 09/16/2008 | Federal Express to Peter Lockwood on 9/3/08 | 25.30 |
| 09/16/2008 | AT&T Long Distance Phone Calls | 16.71 |
| 09/25/2008 | IKON - Copy/ Service AKO, LAS, C&D and Charter Oak July CNO | 56.11 |
| 09/30/2008 | Total Printing up to 9/30/08 | 836.30 |
| 09/30/2008 | Total Scanning up to 9/30/08 | 346.70 |
| | TOTAL EXPENSES | 1,644.48 |
| | TOTAL CURRENT WORK | 1,644.48 |
| 09/23/2008 | Payment - Thank you. (June, 2008 - 100% Expenses) | -1,848.92 |
| | BALANCE DUE | $7,364.18 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-12D |
|  | STATEMENT NO:             86 |

Fee Applications, Applicant

| PREVIOUS BALANCE | | | $5,053.90 |
|---|---|---|---|
| | | **HOURS** | |
| **09/05/2008** | | | |
| KCD | Review C&L July application | 0.30 | 82.50 |
| KH | Update C&L Excel spreadsheet re: professional hours v. project categories | 0.30 | 31.50 |
| KH | Review e-mail from DGS re: July bill (.1); prepare C&L July fee application (1.4); finalize and e-file fee application (.3) | 1.80 | 189.00 |
| **09/08/2008** | | | |
| KH | Review case docket for objections to C&L April - June interim (.1); prepare Certificate of No Objection (.2); e-file same (.2) | 0.50 | 52.50 |
| **09/22/2008** | | | |
| MTH | Review pre-bill | 1.00 | 325.00 |
| **09/23/2008** | | | |
| MTH | Correspondence to and from KH re: hearing re: Quarterly fee applications | 0.20 | 65.00 |
| **09/25/2008** | | | |
| KCD | Review and sign CNO re: C&L application | 0.20 | 55.00 |
| | FOR CURRENT SERVICES RENDERED | 4.30 | 800.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.20 | $325.00 | $390.00 |
| Kathleen Campbell Davis | 0.50 | 275.00 | 137.50 |
| Katherine Hemming | 2.60 | 105.00 | 273.00 |

W.R. Grace

Fee Applications, Applicant

Page: 2
09/30/2008
ACCOUNT NO:        3000-12D
STATEMENT NO:              86

TOTAL CURRENT WORK                                                                800.50

09/23/2008     Payment - Thank you. (June, 2008 - 80% Fees)                       -627.20

BALANCE DUE                                                                   $5,227.20

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace
Wilmington  DE

09/30/2008
ACCOUNT NO:      3000-13D
STATEMENT NO:              73

Fee Applications, Others

PREVIOUS BALANCE                                                                                     $10,607.60

|  |  | HOURS |  |
|---|---|---|---|
| 09/03/2008 |  |  |  |
| KCD | Review C&D July application; sign COS re: same | 0.30 | 82.50 |
| KCD | Review Charter Oak July application; sign COS re: same | 0.30 | 82.50 |
| KCD | Review AKO July application; sign COS re: same | 0.30 | 82.50 |
| KCD | Review LAS July application; sign COS re: same | 0.30 | 82.50 |
| KCD | Review and sign CNO re: LAS monthly application | 0.20 | 55.00 |
| KH | Update Charter Oak July fee application (.2); finalize and e-file application (.3) | 0.50 | 52.50 |
| KH | Update AKO July fee application (.2); finalize and e-file application (.3) | 0.50 | 52.50 |
| KH | Review e-mail from D. Relles re: July bill (.1); prepare LAS July fee application (.7); finalize and e-file fee application (.3) | 1.10 | 115.50 |
| KH | Review e-mail from E. Benetos re: July fee application (.1); update C&D July fee application (.3); finalize and e-file fee application (.3) | 0.70 | 73.50 |
| KH | Review case docket for objections to LAS June fee application (.1); prepare Certificate of No Objection (.2); finalize and e-file same (.2) | 0.50 | 52.50 |
| 09/05/2008 |  |  |  |
| KH | Review July fee application of Kirkland & Ellis (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review June fee application of Piper Jaffray (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review June fee application of Tre Angeli (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Tre Angeli (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Towers Perrin Tillinghast (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Ferry Joseph Pearce (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Day Pitney (.1); update weekly |  |  |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  |  | recommendation memo (.1) | 0.20 | 21.00 |
| KH | | Review July fee application of Kramer Levin (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | | Review July fee application of Casner & Edwards (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | | Review July fee application of Buchanan Ingersoll (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | | Review July fee application of Reed Smith (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | | Review July fee application of Foley Hoag (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | | Review June fee application of Beveridge & Diamond (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |

09/08/2008
| KCD | | Review and sign CNO re: C&L interim application | 0.20 | 55.00 |
| KCD | | Review and sign CNO re: LAS interim application | 0.20 | 55.00 |
| KCD | | Review and sign CNO re: C&D interim application | 0.20 | 55.00 |
| KCD | | Review and sign CNO re: AKO interim application | 0.20 | 55.00 |
| KCD | | Review and sign CNO re: Charter Oak interim application | 0.20 | 55.00 |
| KCD | | Review and sign CNO re: committee member expense interim application | 0.20 | 55.00 |
| KH | | Review case docket for objections to C&D April - June interim (.1); prepare Certificate of No Objection (.2); e-file same (.2) | 0.50 | 52.50 |
| KH | | Review case docket for objections to LAS April - June interim (.1); prepare Certificate of No Objection (.2); e-file same (.2) | 0.50 | 52.50 |
| KH | | Review case docket for objections to AKO April - June interim (.1); prepare Certificate of No Objection (.2); e-file same (.2) | 0.50 | 52.50 |
| KH | | Review case docket for objections to Charter Oak April - June interim (.1); prepare Certificate of No Objection (.2); e-file CNO (.2) | 0.50 | 52.50 |
| KH | | Review case docket for objections to Asbestos Committee April - June interim (.1); prepare Certificate of No Objection (.2); e-file CNO (.2) | 0.50 | 52.50 |

09/10/2008
| MTH | | Reviewing Fee Auditor's Final Report re LAS | 0.10 | 32.50 |

09/11/2008
| KH | | Update Committee Fee Application Tracking Chart | 0.30 | 31.50 |

09/12/2008
| KH | | Review July fee application of Piper Jaffray (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | | Review April - June fee application of Hamilton Rabinovitz (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | | Review April - June fee application of Hilsoft Notifications (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| KH | Review January fee application of Baker Donelson (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review February fee application of Baker Donelson (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review March fee application of Baker Donelson (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review April fee application of Baker Donelson (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review May fee application of Baker Donelson (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review June fee application of Baker Donelson (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review July fee application of Hamilton Rabinovitz (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review June fee application of Pachulski (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review July fee application of Stroock (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review January fee application of Warren Smith (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review February fee application of Warren Smith (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review August fee application of Warren Smith (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review April fee application of Steptoe & Johnson (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review May fee application of Steptoe & Johnson (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review June fee application of Steptoe & Johnson (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review April - June fee application of Baker Donelson (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review June - March interim fee application of Deloitte & Touche (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review January - March interim fee application of Baker Donelson (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |

09/18/2008

|  |  |  |  |  |
|---|---|---|---|---|
| KH | Review July fee application of Protiviti  (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review July fee application of PricewaterhouseCoopers (.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review April fee application of Morrison & Foerster(.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review May fee application of Morrison & Foerster(.1); update weekly recommendation memo (.1) | | 0.20 | 21.00 |

Page: 4
W.R. Grace                                                                                    09/30/2008
                                                              ACCOUNT NO:        3000-13D
                                                              STATEMENT NO:             73
Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| KH | Review April - June interim fee application of Morrison & Foerster(.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review April - June interim fee application of Bilzin Sumberg(.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Beveridge & Diamond(.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review June fee application of Capstone Advisory Group (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| **09/22/2008** | | | |
| MTH | Review Fee Auditor's Report re: C&D | 0.10 | 32.50 |
| **09/23/2008** | | | |
| KH | Review e-mail from DS re: payment; research and draft responsive e-mail | 0.30 | 31.50 |
| MTH | Review correspondence from JON re: proposed Order re: Quarterly Interims; correspondence to JON re: same | 0.20 | 65.00 |
| KH | Review e-mails from MTH re: Fee Hearing on 28th interim fee applications; review Fee Auditor Reports; draft responsive e-mail | 0.30 | 31.50 |
| **09/25/2008** | | | |
| KH | Review e-mail from MTH containing proposed order for 28th interim fee applications; review order; draft responsive e-mail | 0.30 | 31.50 |
| KCD | Review and sign CNO re: C&D application | 0.20 | 55.00 |
| KCD | Review and sign CNO re: AKO application | 0.20 | 55.00 |
| KCD | Review and sign CNO re: Charter Oak application | 0.20 | 55.00 |
| KH | Review case docket for objections to C&D July fee application; prepare Certificate of No Objection (.2); Finalize and e-file same (.2) | 0.50 | 52.50 |
| KH | Review case docket for objections to AKO July fee application; prepare Certificate of No Objection (.2); Finalize and e-file same (.2) | 0.50 | 52.50 |
| KH | Review case docket for objections to LAS July fee application; prepare Certificate of No Objection (.2); Finalize and e-file same (.2) | 0.50 | 52.50 |
| KH | Review case docket for objections to Charter Oak July fee application; prepare Certificate of No Objection(.2); finalize and e-file same (.2) | 0.50 | 52.50 |
| MTH | Review correspondence from JON re: interim fees; correspondence to and from KH re: same; correspondence to JON re: same | 0.20 | 65.00 |
| **09/26/2008** | | | |
| KH | Review July fee application of Woodcock Washburn (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review August fee application of Protiviti (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review August fee application of Ogilvy Renault (.1); update weekly recommendation memo (.1) | 0.10 | 10.50 |
| KH | Review August fee application of Nelson Mullins (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |

Page: 5
09/30/2008

W.R. Grace

ACCOUNT NO:    3000-13D
STATEMENT NO:    73

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KH | Review July fee application of David Austern(.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review June fee application of David Austern (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review January - March interim fee application of Warren Smith(.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review April - June interim fee application of Duane Morris (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
|  | FOR CURRENT SERVICES RENDERED | 22.70 | 3,059.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.60 | $325.00 | $195.00 |
| Kathleen Campbell Davis | 3.20 | 275.00 | 880.00 |
| Katherine Hemming | 18.90 | 105.00 | 1,984.50 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 3,059.50 |

| 09/23/2008 | Payment - Thank you. (June, 2008 - 80% Fees) | -1,522.80 |
|---|---|---|

|  |  |
|---|---|
| BALANCE DUE | $12,144.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                        09/30/2008
Wilmington  DE                                    ACCOUNT NO:       3000-14D
                                                  STATEMENT NO:              58

Financing

PREVIOUS BALANCE                                                        $318.50

09/23/2008     Payment - Thank you. (June, 2008 - 80% Fees)             -182.00

               BALANCE DUE                                              $136.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2008
ACCOUNT NO:    3000-15D
STATEMENT NO:    88

Hearings

PREVIOUS BALANCE                                                                  $22,511.35

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/02/2008 |  |  |  |  |
|  | MTH | Attend hearing re: Mian Motion re: Applicability of the Automatic Stay | 1.70 | 552.50 |
|  | MTH | Attend omnibus hearing | 0.70 | 227.50 |
| 09/03/2008 |  |  |  |  |
|  | KH | Prepare draft attorney memo for 9/2/08 am hearing | 0.30 | 31.50 |
|  | KH | Prepare draft attorney memo for 9/2/08 pm hearing | 0.50 | 52.50 |
| 09/15/2008 |  |  |  |  |
|  | MTH | Review preliminary Agenda; correspondence to counsel at C&D re: same | 0.30 | 97.50 |
|  | MTH | Correspondence to counsel for FCR and PD re: preliminary agenda | 0.10 | 32.50 |
|  | MTH | Review correspondence from DF re: preliminary agenda and response to same | 0.10 | 32.50 |
|  | MTH | Correspondence to Debtors' counsel re: preliminary agenda | 0.10 | 32.50 |
| 09/16/2008 |  |  |  |  |
|  | MTH | Correspondence to and from JON re: September hearing | 0.20 | 65.00 |
|  | MTH | Discussion with DF re: September hearing | 0.10 | 32.50 |
| 09/19/2008 |  |  |  |  |
|  | MTH | Correspondence to KH re: hearing preparations | 0.10 | 32.50 |
| 09/22/2008 |  |  |  |  |
|  | MTH | Correspondence to WBS, RH and RT re: September hearing | 0.10 | 32.50 |
|  | MTH | Correspondence to EI, PVNL and NDF re: hearing Agenda | 0.10 | 32.50 |
| 09/23/2008 |  |  |  |  |
|  | MTH | Hearing preparation | 0.50 | 162.50 |
|  | MTH | Review correspondence from NDF re: September hearing, additional correspondence re: same | 0.20 | 65.00 |

W.R. Grace

Hearings

| | | | HOURS | |
|---|---|---|---|---|
| **09/24/2008** | | | | |
| MTH | Telephone conference with KH re: hearing preparations | | 0.20 | 65.00 |
| | | | | |
| **09/26/2008** | | | | |
| MB | Prepare hearing binder for 9/29/08 hearing | | 1.10 | 99.00 |
| MTH | Correspondence to and from KH re: hearing preparations, binder | | 0.10 | 32.50 |
| MTH | Review of Amended Agenda; correspondence to EI and PVNL re:same. | | 0.20 | 65.00 |
| MTH | Review correspondence from SB re: Order re: argument on Debtors' Objection to Bank POC's | | 0.10 | 32.50 |
| | | | | |
| **09/29/2008** | | | | |
| MB | Finalize Hearing binder and revise for amended schedule | | 0.50 | 45.00 |
| MTH | Attend hearing | | 4.30 | 1,397.50 |
| MTH | Hearing preparations | | 1.00 | 325.00 |
| KH | Prepare memo for 9/29 hearing | | 0.50 | 52.50 |
| MTH | Correspondence to and from RT re: fee issues at hearing | | 0.10 | 32.50 |
| | FOR CURRENT SERVICES RENDERED | | 13.20 | 3,628.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 1.60 | $90.00 | $144.00 |
| Mark T. Hurford | 10.30 | 325.00 | 3,347.50 |
| Katherine Hemming | 1.30 | 105.00 | 136.50 |

TOTAL CURRENT WORK                                                          3,628.00

09/23/2008    Payment - Thank you. (June, 2008 - 80% Fees)                  -4,294.80

BALANCE DUE                                                          $21,844.55

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 09/30/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-16D |
| | STATEMENT NO:          73 |

Litigation and Litigation Consulting

|  |  |
|---|---|
| PREVIOUS BALANCE | $6,080.50 |

| | | | HOURS | |
|---|---|---|---|---|
| 09/12/2008 | | | | |
| | MTH | Review filings in District Court re: Montana's appeal of the Preliminary Injunction ruling, including two notices of appeal and related attachment and motion to stay pending appeal and brief in support thereof | 0.60 | 195.00 |
| | MTH | Correspondence to counsel at C&D re: filings re: State of Montana Preliminary injunction issue | 0.10 | 32.50 |
| 09/16/2008 | | | | |
| | MTH | Review documents re: question from EB; correspondence to EB re: same | 0.30 | 97.50 |
| 09/17/2008 | | | | |
| | MTH | Review Libby Claimant's Opposition to Motion for Stay Pending Appeal | 0.30 | 97.50 |
| 09/22/2008 | | | | |
| | MTH | Review two sets of correspondence from CA3 re: appeals re: State of Montana issue; correspondence to C&D re: same | 0.40 | 130.00 |
| | MTH | Review two letters from CA3 re: pending appeals; correspondence to EI, PVNL and NDF re: same; review correspondence from JAL re: same; review correspondence from EI re: same | 0.60 | 195.00 |
| | | FOR CURRENT SERVICES RENDERED | 2.30 | 747.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.30 | $325.00 | $747.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 747.50 |

Page: 2
W.R. Grace                                                                              09/30/2008
                                                           ACCOUNT NO:        3000-16D
                                                           STATEMENT NO:            73

Litigation and Litigation Consulting


09/23/2008        Payment - Thank you. (June, 2008 - 80% Fees)                    -5,508.40

                  BALANCE DUE                                                    $1,319.60


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2008 |
| Wilmington DE | ACCOUNT NO:   3000-17D |
|  | STATEMENT NO:   73 |

Plan and Disclosure Statement

| | PREVIOUS BALANCE | | $8,296.10 |
|---|---|---|---|
| | | **HOURS** | |
| **09/04/2008** | | | |
| DAC | Review blacklined versions of TDP and Trust Agreement | 0.40 | 180.00 |
| PEM | Review clean and blacklined versions of the Grace TDP and Trust Agreement | 0.80 | 320.00 |
| | | | |
| **09/05/2008** | | | |
| KCD | Review memo re: plan status | 0.10 | 27.50 |
| DAC | Review memo detailing the Sealed Air/Zonolite 524(g) issues and plan confirmation | 0.40 | 180.00 |
| | | | |
| **09/14/2008** | | | |
| DAC | Review memo re: PD settlement | 0.10 | 45.00 |
| | | | |
| **09/19/2008** | | | |
| MTH | Telephone conference with DF re status of Plan and related documents. | 0.50 | 162.50 |
| MTH | Reviewing documents and Correspondence to DF re Plan confirmation. | 0.30 | 97.50 |
| | | | |
| **09/20/2008** | | | |
| DAC | Email re: Plan status program | 0.10 | 45.00 |
| MTH | Reviewing correspondence from DF re Plan and Disclosure Statement. | 0.10 | 32.50 |
| | | | |
| **09/21/2008** | | | |
| MRE | Review of memo from EI regarding Plan | 0.10 | 38.50 |
| | | | |
| **09/22/2008** | | | |
| MTH | Brief review of Plan, Disclosure Statement and Exhibit Book and Correspondence to counsel at C&D re same. | 0.40 | 130.00 |
| MRE | Review of e-mails and review of memos regarding Plan | 0.40 | 154.00 |
| MTH | Correspondence to and from NDF re: Plan and D/S | 0.10 | 32.50 |
| MTH | Correspondence to NDF re: TDP | 0.10 | 32.50 |

Page: 2
W.R. Grace                                                    09/30/2008
ACCOUNT NO:        3000-17D
STATEMENT NO:             73

Plan and Disclosure Statement

|  |  | HOURS |  |
|---|---|---|---|
| MTH | Telephone conference with DF re: TDP | 0.10 | 32.50 |
| MTH | Correspondence to and from NDF and SL re: Plan and D/S | 0.20 | 65.00 |
| **09/23/2008** | | | |
| MTH | Correspondence to RH re: Disclosure Statement and Plan | 0.10 | 32.50 |
| MTH | Correspondence to and from RH re: Plan and Disclosure Statement | 0.20 | 65.00 |
| MTH | Correspondence to EI and PVNL re: Debtors' Motion to Strike | 0.10 | 32.50 |
| **09/24/2008** | | | |
| AC | Review of disclosure statement as it relates to notice | 0.50 | 90.00 |
| **09/25/2008** | | | |
| AC | Review of disclosure statement as it relates to notice | 1.00 | 180.00 |
| MTH | Review correspondence from AC re: Disclosure Statement and solicitation, notice review and response to same | 0.10 | 32.50 |
| **09/26/2008** | | | |
| MRE | E-mails with MB re: disclosure statement; meeting with AC; review of materials re: same | 1.00 | 385.00 |
| AC | Review of disclosure statement as it relates to notice | 0.20 | 36.00 |
| MTH | Brief review of Motion to Approve Disclosure Statement and related Confirmation matters; correspondence to counsel at C&D re: same | 0.40 | 130.00 |
| **09/30/2008** | | | |
| AC | Meeting with MH re: disclosure statement notice provisions | 0.20 | 36.00 |
| AC | Review of Motion for Approval of Disclosure Statement re: notice provisions | 0.70 | 126.00 |
| MTH | Meeting with AC re: review of Plan | 0.20 | 65.00 |
| | FOR CURRENT SERVICES RENDERED | 8.90 | 2,785.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.00 | $450.00 | $450.00 |
| Philip E. Milch | 0.80 | 400.00 | 320.00 |
| Mark T. Hurford | 2.90 | 325.00 | 942.50 |
| Marla R. Eskin | 1.50 | 385.00 | 577.50 |
| Kathleen Campbell Davis | 0.10 | 275.00 | 27.50 |
| Ayesha Chacko | 2.60 | 180.00 | 468.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 2,785.50 |

| 09/23/2008 | Payment - Thank you. (June, 2008 - 80% Fees) | -1,865.60 |

Page: 3

W.R. Grace                                                09/30/2008

                                          ACCOUNT NO:      3000-17D
                                          STATEMENT NO:          73

Plan and Disclosure Statement


       BALANCE DUE                                        $9,216.00


       Any payments received after the statement date will be
       applied to next month's statement.  Please note your
       account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2008
ACCOUNT NO:     3000-18D
STATEMENT NO:            73

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                              -$108.20

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/08/2008 | | | | |
| | MTH | Review COC re: Mian Stay Relief Motion | 0.10 | 32.50 |
| 09/09/2008 | | | | |
| | MTH | Review Order entered re: Mian Realty Motion re: Automatic Stay | 0.10 | 32.50 |
| | | FOR CURRENT SERVICES RENDERED | 0.20 | 65.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.20 | $325.00 | $65.00 |

TOTAL CURRENT WORK                                                                             65.00

CREDIT BALANCE                                                                               -$43.20

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                     09/30/2008
Wilmington  DE                                                     ACCOUNT NO:        3000-19D
                                                                   STATEMENT NO:               56

Tax Issues

PREVIOUS BALANCE                                                                         $864.50

09/23/2008      Payment - Thank you. (June, 2008 - 80% Fees)                            -520.00

BALANCE DUE                                                                              $344.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2008
ACCOUNT NO:      3000-20D
STATEMENT NO:              72

Tax Litigation

PREVIOUS BALANCE                                                                $468.80

BALANCE DUE                                                                     $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                         09/30/2008
Wilmington  DE                                                          ACCOUNT NO:        3000-21D
                                                                        STATEMENT NO:              64

Travel-Non-Working

PREVIOUS BALANCE                                                                             $3,159.00

09/23/2008      Payment - Thank you. (June, 2008 - 80% Fees)                                  -1,092.00

BALANCE DUE                                                                                   $2,067.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                          09/30/2008
Wilmington  DE                                              ACCOUNT NO:        3000-22D
                                                            STATEMENT NO:              77

Valuation

PREVIOUS BALANCE                                                          $1,185.00

BALANCE DUE                                                               $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                   09/30/2008
Wilmington  DE                                             ACCOUNT NO:        3000-23D
                                                          STATEMENT NO:                77

ZAI Science Trial

PREVIOUS BALANCE                                                                  $1,287.80

BALANCE DUE                                                                       $1,287.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2008 |
| Wilmington  DE | ACCOUNT NO:      3000-24D |
|  | STATEMENT NO:            50 |

ZAI Science Trial - Expenses

PREVIOUS BALANCE                                                                     -$56.00

CREDIT BALANCE                                                                        -$56.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                         09/30/2008
Wilmington  DE                                            ACCOUNT NO:        3000-25D
                                                          STATEMENT NO:              43

Others

PREVIOUS BALANCE                                                               $56.00

BALANCE DUE                                                                    $56.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
09/30/2008

W.R. Grace
Wilmington  DE

ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 136.50 | 0.00 | 0.00 | 0.00 | 0.00 | $136.50 |
| 3000-02 Asset Disposition | | | | | |
| 69.80 | 0.00 | 0.00 | 0.00 | 0.00 | $69.80 |
| 3000-03 Business Operations | | | | | |
| 885.70 | 260.00 | 0.00 | 0.00 | 0.00 | $1,145.70 |
| 3000-04 Case Administration | | | | | |
| 2,133.87 | 0.00 | 0.00 | 0.00 | -532.40 | $1,601.47 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 26,128.20 | 3,730.00 | 0.00 | 0.00 | -1,092.00 | $28,766.20 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 7,426.10 | 877.50 | 0.00 | 0.00 | -1,408.00 | $6,895.60 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 27,791.54 | 9,457.00 | 0.00 | 0.00 | -6,949.20 | $30,299.34 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 1,625.50 | 0.00 | 0.00 | 0.00 | -182.00 | $1,443.50 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 565.50 | 0.00 | 0.00 | 0.00 | 0.00 | $565.50 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,899.30 | 0.00 | 0.00 | 0.00 | -858.00 | $1,041.30 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-11 Expenses | | | | | |
| 7,568.62 | 0.00 | 1,644.48 | 0.00 | -1,848.92 | $7,364.18 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 5,053.90 | 800.50 | 0.00 | 0.00 | -627.20 | $5,227.20 |
| 3000-13 Fee Applications, Others | | | | | |
| 10,607.60 | 3,059.50 | 0.00 | 0.00 | -1,522.80 | $12,144.30 |
| 3000-14 Financing | | | | | |
| 318.50 | 0.00 | 0.00 | 0.00 | -182.00 | $136.50 |
| 3000-15 Hearings | | | | | |
| 22,511.35 | 3,628.00 | 0.00 | 0.00 | -4,294.80 | $21,844.55 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 6,080.50 | 747.50 | 0.00 | 0.00 | -5,508.40 | $1,319.60 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 8,296.10 | 2,785.50 | 0.00 | 0.00 | -1,865.60 | $9,216.00 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| -108.20 | 65.00 | 0.00 | 0.00 | 0.00 | -$43.20 |
| 3000-19 Tax Issues | | | | | |
| 864.50 | 0.00 | 0.00 | 0.00 | -520.00 | $344.50 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 3,159.00 | 0.00 | 0.00 | 0.00 | -1,092.00 | $2,067.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,287.80 | 0.00 | 0.00 | 0.00 | 0.00 | $1,287.80 |
| 3000-24 ZAI Science Trial - Expenses | | | | | |
| -56.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$56.00 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-25 Others | | | | | |
| 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | $56.00 |
| 135,955.48 | 25,410.50 | 1,644.48 | 0.00 | -28,483.32 | $134,527.14 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.