# EXHIBIT A
**(Fee Detail)**

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 27, 2008
Bill Number 102180
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH SEPTEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/02/08 | MTM | Work on government exhibit project for K&E. | 2.00 Hrs | 550.00 |
| 09/02/08 | ARA | Telephone calls to and from MTM and Merrill Corp. re: Libby Union records copy job (.4). Document control (4.3). | 4.70 Hrs | 564.00 |
| 09/03/08 | MTM | Work on government exhibits project for K&E (1.5). Receipt and respond to email from in-house Grace counsel re: Dement transcript (.1); telephone call to ARA re: same (.1). | 1.70 Hrs | 467.50 |
| 09/03/08 | ARA | Telephone call to and from MTM to confirm earliest date for Dement deposition (.2). Document control (.7). Determine number of boxes that might contain copies of documents on government exhibit list (5.4). | 6.30 Hrs | 756.00 |
| 09/04/08 | DMB | Search for product tests (1.4); discuss search results with MTM (.1). | 1.50 Hrs | 420.00 |

Page 1

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/04/08 | MTM | Email from in-house counsel with questions re: Dement transcript (.2); review transcript re: same (.8). Telephone call from in-house counsel re: conference call tomorrow re: product research (.2); telephone call from Holme Roberts paralegal re: questions on East Texas bates numbering system (.3); review July 30 memo to in-house counsel re: conference call tomorrow re: product research (.7). Receipt and review of printout of test documents for K&E government exhibit project (2.6) | 4.80 Hrs | 1,320.00 |
| 09/04/08 | ARA | Per MTM's request, produce Dement transcript to him (.8). Continue with locating copy sets that might contain government exhibits (5.6). Document control (.6). | 7.00 Hrs | 840.00 |
| 09/05/08 | RAM | Conference call with in-house counsel and outside counsel re: product research. | 1.00 Hrs | 320.00 |
| 09/05/08 | MTM | Conference with ARA re: government exhibit project (.5). Work on product research (2.0); conference call with in-house and K&E counsel re: same (1.5); continue to work on product research (3.8). | 7.80 Hrs | 2,145.00 |
| 09/05/08 | ARA | Return MTM's call re: government exhibit list project and organize the information from Recordkeeper re: boxes that might contain copies of documents on government exhibit list. | 6.00 Hrs | 720.00 |
| 09/08/08 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). read selected documents filed in bankruptcy court (.4). Read letters to K&E attorney re: search for earliest production date of several government exhibits (.1) | 0.70 Hrs | 224.00 |
| 09/08/08 | MTM | Continue product research (2.3); telephone call to in-house counsel re: same (.3); telephone call from in-house counsel re: Libby photos (.2); review off-site storage inventories re: same (.9); continue to work on product research (4.2). | 7.90 Hrs | 2,172.50 |
| 09/08/08 | ARA | Prepare memo re: box list and document number list information re: government exhibit project (1.7). Document control (1.0). | 2.70 Hrs | 324.00 |

Page 2

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/09/08 | RAM | Read selected documents filed in bankruptcy court (1.0). Read memo re: expanded search for product information (.1). | 1.10 Hrs | 352.00 |
| 09/09/08 | MTM | Telephone call from Holme Roberts paralegal re: employee exposure history document set in repository (.4); telephone call to Holme Roberts paralegal re: product research (.3); telephone call to in-house counsel and Reed Smith counsel re: same (.3); work on product research (6.1); review indices to repository re: requests from Holme Roberts paralegal (.5); draft email to Holme Roberts paralegal re: employee exposure history (.4) | 8.00 Hrs | 2,200.00 |
| 09/09/08 | ARA | Organize memo re: government exhibit project (2.4). Per MTM's request, search for and obtain employee exposure sheets; organize and produce to MTM (1.6). Per telephone call from MTM, search for and obtain former employee's documents (.7). Document control (.9). | 5.60 Hrs | 672.00 |
| 09/10/08 | MTM | Continue to work on product research (3.0); telephone call from Holme Roberts paralegal re: reformulation binder at repository (.3). | 3.30 Hrs | 907.50 |
| 09/10/08 | ARA | Per telephone call from MTM, review Winthrop Square binder re: category boxes (.5). Review files, recordkeeper binders and Libby photos; telephone call to MTM to discuss Libby photos (2.3). Finalize list of boxes that might contain copies of documents on government exhibit list (2.8). Locate former employee's documents to produce to MTM (1.5). | 7.10 Hrs | 852.00 |
| 09/11/08 | RAM | Conference with MTM re: product names (.1). review documents and deposition transcript for same (.5). Review memo re: search for government exhibits project and conference with MTM to suggest additional documents to search (.3). | 0.90 Hrs | 288.00 |

Page 3

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/11/08 | MTM | Continue product research (4.9); telephone call from in-house counsel re: same (.3); conference with RAM re: same (.4); telephone call from Holme Roberts paralegal re: questions regarding organization of East Texas set at repository (.3); email and telephone calls with in-house counsel re: Libby photo box (.5). | 6.40 Hrs | 1,760.00 |
| 09/11/08 | ARA | Organize documents from government exhibit project (1.3). Document control (5.5). | 6.80 Hrs | 816.00 |
| 09/12/08 | MTM | Continue product research (6.9); telephone call from in-house counsel re: tremolite health brochure at Libby (.3). | 7.20 Hrs | 1,980.00 |
| 09/12/08 | ARA | Document control (4.5). Identify boxes for review for product information (2.3). | 6.80 Hrs | 816.00 |
| 09/15/08 | MTM | Research history of tremolite health brochure at Libby for in-house counsel (1.3). Continue product research (5.7). Email and telephone call to in-house counsel re: tremolite brochure (.4). | 7.40 Hrs | 2,035.00 |
| 09/15/08 | ARA | Document control. | 6.00 Hrs | 720.00 |
| 09/16/08 | RAM | Read email re: tremolite brochure (.1); conference with MTM re: same (.1). Search for versions of brochure (.2). | 0.50 Hrs | 160.00 |
| 09/16/08 | DMB | Search for tremolite brochures. | 1.00 Hrs | 280.00 |
| 09/16/08 | MTM | Continue product research with ARA (4.8). Conference with ARA re: tremolite health brochure (.3); conference with RAM re: same (.2); email to in-house counsel re: same (.3). | 5.60 Hrs | 1,540.00 |
| 09/16/08 | ARA | Document control (4.7). Per telephone call from MTM, search for and locate tremolite brochures and produce to MTM for in-house counsel (3.4). | 8.10 Hrs | 972.00 |
| 09/17/08 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.1). Read selected transcripts of E. Lovick's depositions re: tremolite memo (1.0); conference with MTM re: same (.1). | 1.30 Hrs | 416.00 |

Page 4

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/17/08 | MTM | Conference with ARA re: tremolite health brochure and Lovick depo (.3); email to in-house counsel re: same (.2). | 0.50 Hrs | 137.50 |
| 09/17/08 | ARA | Locate tremolite pamphlet MTM requested for in-house counsel (.4). Per telephone calls from MTM, review particular Lovick transcripts and produce information to MTM (3.5). Prepare for and oversee relocation of the repository (7.5). | 11.40 Hrs | 1,368.00 |
| 09/18/08 | MTM | Review documents for product information. | 2.90 Hrs | 797.50 |
| 09/18/08 | ARA | Retrieve and produce Melcher binder for RAM (.5). Prepare for and oversee delivery of boxes from Holme Roberts (1.8). Document control (4.2). Meeting with MTM re: product research (.7). | 7.20 Hrs | 864.00 |
| 09/19/08 | RAM | Read selected testimony of Lovick and Melcher re: tremolite memo. | 1.50 Hrs | 480.00 |
| 09/19/08 | MTM | Telephone call from in-house counsel re: product research (.3); receipt and review of letter from Holme Roberts paralegal re: same (.1); telephone call to Grace employee in Cambridge re: same (.2); Review documents for product information (5.6). | 6.20 Hrs | 1,705.00 |
| 09/19/08 | ARA | Inventory boxes of documents from Holme Roberts. | 6.30 Hrs | 756.00 |
| 09/22/08 | MTM | Review documents for product information. | 9.30 Hrs | 2,557.50 |
| 09/22/08 | ARA | Review documents for product information. | 8.80 Hrs | 1,056.00 |
| 09/22/08 | KF | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/22/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/22/08 | JP | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 09/22/08 | RK | Review documents for product information. | 7.50 Hrs | 900.00 |
| 09/22/08 | BB | Review documents for product information. | 8.70 Hrs | 1,044.00 |
| 09/22/08 | IK | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/22/08 | CK | Review documents for product information. | 7.70 Hrs | 924.00 |
| 09/22/08 | JT | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/22/08 | JA | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/22/08 | NL | Review documents for product information. | 8.00 Hrs | 960.00 |

Mark A. Shelnitz
Re:  Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/23/08 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 32.00 |
| 09/23/08 | MTM | Telephone call to in-house counsel re: document review (.2). Review documents for production information (7.7). | 7.90 Hrs | 2,172.50 |
| 09/23/08 | ARA | Review documents for product information. | 8.80 Hrs | 1,056.00 |
| 09/23/08 | KF | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/23/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/23/08 | JP | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 09/23/08 | RK | Review documents for product information. | 7.50 Hrs | 900.00 |
| 09/23/08 | BB | Review documents for product information. | 8.70 Hrs | 1,044.00 |
| 09/23/08 | IK | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/23/08 | CK | Review documents for product information. | 7.70 Hrs | 924.00 |
| 09/23/08 | JT | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/23/08 | JA | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/23/08 | NL | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/24/08 | MTM | Conference with in-house counsel re: draft cooperation agreement and associated document issues (.6); receipt and review of copy of draft cooperation agreement (2.1). Review documents for product information. (5.6) | 8.30 Hrs | 2,282.50 |
| 09/24/08 | ARA | Review documents for product information (7.8). Search for Libby personnel file for in-house counsel (.7). | 8.50 Hrs | 1,020.00 |
| 09/24/08 | KF | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 09/24/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/24/08 | JP | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/24/08 | RK | Review documents for product information. | 4.50 Hrs | 540.00 |
| 09/24/08 | RK | Review documents for product information. | 3.00 Hrs | 360.00 |
| 09/24/08 | BB | Review documents for product information. | 3.00 Hrs | 360.00 |
| 09/24/08 | BB | Review documents for product information. | 5.70 Hrs | 684.00 |
| 09/24/08 | IK | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/24/08 | CK | Review documents for product information. | 7.70 Hrs | 924.00 |

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/24/08 | JT | Review documents for product information. | 3.00 Hrs | 360.00 |
| 09/24/08 | JT | Review documents for product information. | 5.00 Hrs | 600.00 |
| 09/24/08 | JA | Review documents for product information. | 3.00 Hrs | 360.00 |
| 09/24/08 | JA | Review documents for product information. | 5.00 Hrs | 600.00 |
| 09/24/08 | NL | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/25/08 | MTM | Complete review of email from in-house counsel re: draft cooperation agreement (.3); conference call with in-house counsel and K&E counsel re: draft cooperation agreement (1.3). Review documents for product information (3.0). | 4.60 Hrs | 1,265.00 |
| 09/25/08 | ARA | Review documents for product information. | 9.00 Hrs | 1,080.00 |
| 09/25/08 | KF | Review documents for product information. | 7.00 Hrs | 840.00 |
| 09/25/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/25/08 | JP | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/25/08 | RK | Review documents for product information. | 7.50 Hrs | 900.00 |
| 09/25/08 | BB | Review documents for product information. | 8.80 Hrs | 1,056.00 |
| 09/25/08 | IK | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/25/08 | CK | Review documents for product information. | 7.80 Hrs | 936.00 |
| 09/25/08 | JT | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/25/08 | JA | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/25/08 | NL | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/26/08 | MTM | Receipt and review of in-house counsel's comments to draft cooperation agreement (.6). Review documents for product information (2.9) | 3.50 Hrs | 962.50 |
| 09/26/08 | ARA | Review documents for product information. | 9.80 Hrs | 1,176.00 |
| 09/26/08 | KF | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 09/26/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/26/08 | JP | Review documents for product information. | 7.00 Hrs | 840.00 |
| 09/26/08 | RK | Review documents for product information. | 7.50 Hrs | 900.00 |
| 09/26/08 | BB | Review documents for product information. | 4.30 Hrs | 516.00 |
| 09/26/08 | IK | Review documents for product information. | 7.00 Hrs | 840.00 |

CASNER & EDWARDS, LLP
Case 01-01139-AMC    Doc 19930-3    Filed 10/31/08    Page 9 of 12
P.O.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/26/08 | CK | Review documents for product information. | 7.80 Hrs | 936.00 |
| 09/26/08 | JT | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/26/08 | JA | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/26/08 | NL | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/29/08 | MTM | Review documents for product information. | 7.20 Hrs | 1,980.00 |
| 09/29/08 | ARA | Review documents for product information. | 8.90 Hrs | 1,068.00 |
| 09/29/08 | KF | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/29/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/29/08 | JP | Review documents for product information. | 8.30 Hrs | 996.00 |
| 09/29/08 | RK | Review documents for product information. | 7.80 Hrs | 936.00 |
| 09/29/08 | BB | Review documents for product information. | 8.80 Hrs | 1,056.00 |
| 09/29/08 | IK | Review documents for product information. | 7.00 Hrs | 840.00 |
| 09/29/08 | CK | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/29/08 | JT | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 09/29/08 | JA | Review documents for product information. | 9.00 Hrs | 1,080.00 |
| 09/29/08 | NL | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/30/08 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | 32.00 |
| 09/30/08 | MTM | Review documents for product information. | 8.00 Hrs | 2,200.00 |
| 09/30/08 | ARA | Review documents for product information. | 9.40 Hrs | 1,128.00 |
| 09/30/08 | KF | Review documents for product information. | 7.50 Hrs | 900.00 |
| 09/30/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/30/08 | JP | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 09/30/08 | RK | Review documents for product information. | 7.50 Hrs | 900.00 |
| 09/30/08 | BB | Review documents for product information. | 7.50 Hrs | 900.00 |
| 09/30/08 | IK | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/30/08 | CK | Review documents for product information. | 7.70 Hrs | 924.00 |
| 09/30/08 | JT | Review documents for product information. | 6.50 Hrs | 780.00 |
| 09/30/08 | JA | Review documents for product information. | 7.65 Hrs | 918.00 |
| 09/30/08 | NL | Review documents for product information. | 7.50 Hrs | 900.00 |

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

                TOTAL LEGAL SERVICES     $121,023.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 7.20 | 320.00 | 2,304.00 |
| Donna M. Brewer | 2.50 | 280.00 | 700.00 |
| Matthew T. Murphy | 120.50 | 275.00 | 33,137.50 |
| Angela R. Anderson | 155.20 | 120.00 | 18,624.00 |
| Kristina da Fonseca | 55.50 | 120.00 | 6,660.00 |
| Jeremy McHugh | 56.00 | 120.00 | 6,720.00 |
| Joseph Palazzo | 56.80 | 120.00 | 6,816.00 |
| Richard Knapp | 52.80 | 120.00 | 6,336.00 |
| Brian Benestad | 55.50 | 120.00 | 6,660.00 |
| Inessa Karen | 54.00 | 120.00 | 6,480.00 |
| Cynthia Kopka | 54.40 | 120.00 | 6,528.00 |
| Jared Tanz | 55.00 | 120.00 | 6,600.00 |
| Jehan Allen | 56.65 | 120.00 | 6,798.00 |
| Nancy Leon | 55.50 | 120.00 | 6,660.00 |
|  | 837.55 |  | $121,023.50 |

                TOTAL THIS BILL     $121,023.50

# CASNER & EDWARDS, LLP
### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 27, 2008
Bill Number 102181
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

## LEGAL SERVICES

THROUGH SEPTEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|---|---|---|---|---|
| 09/10/08 | RAM | Work on August fee application. | 1.30 Hrs | 416.00 |
| 09/11/08 | RAM | Work on august fee application. | 0.30 Hrs | 96.00 |
| 09/20/08 | RAM | Work on August fee application. | 0.50 Hrs | 160.00 |
| 09/22/08 | RAM | Work on August fee application; send it to in-house counsels to review. | 0.10 Hrs | 32.00 |
| 09/30/08 | RAM | Finalize August fee application (.3) and send it to Delaware counsel to file (.1). | 0.40 Hrs | 128.00 |

|  |  |
|---|---|
| TOTAL LEGAL SERVICES | $832.00 |

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 2.60 | 320.00 | 832.00 |
|  | 2.60 |  | $832.00 |

Page 1

**CASNER & EDWARDS, LLP**

Mark A. Shelnitz
Re:   Fee Applications, Applicant

                                                                    TOTAL THIS BILL          $832.00