**EXHIBIT B**
(Expense Detail)

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 27, 2008
Bill Number 102182
File Number 52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

**LEGAL SERVICES**

**COSTS**

THROUGH SEPTEMBER 30, 2008

FEDERAL EXPRESS

| Date | Description | Amount |
|---|---|---|
| 09/25/08 | FEDERAL EXPRESS CORPORATION: To 62 Whittemore Avenue, W R Grace Co., Jay Hughes, Jr. from Casner and Edwards on August 12, 2008. | 59.25 |
| 09/25/08 | FEDERAL EXPRESS CORPORATION: To 1000 Financial Dr., Hammer Hewitt Jacobs & Flock, Bryce Flock from Casner and Edwards on August 22, 2008. | 27.56 |
| 09/25/08 | FEDERAL EXPRESS CORPORATION: To 5400 Broken Sound Blvd., W R Grace, Edward Lerstad from Casner and Edwards on August 25, 2008 by D M Brewer. | 86.30 |
| 09/25/08 | FEDERAL EXPRESS CORPORATION: To 100 Financial Dr, Hammer Hewitt Jacobs and Flock, Bryce Flock from Casner and Edwards on August 27, 2008. | 50.07 |

$223.18

TRAVEL

| 09/02/08 | BUSINESS CARD: Amtrak-7-24-08-One way | 240.00 |

Page 1

P.N: 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

**COSTS**

THROUGH SEPTEMBER 30, 2008

| | | |
|---|---|---|
| 09/02/08 | Philadelphia to Boston for MTM (Alternate transportation due to weather delays). BUSINESS CARD: MTM airfare to/from Philadelphia for meeting at Reed Smith on 7/24/08. | 439.00 |
| | | $679.00 |

OUTSIDE PHOTOCOPYING

| | | |
|---|---|---|
| 09/10/08 | MERRILL COMMUNICATIONS, LLC: Copy Libby personnel file for in-house counsel. | 43.55 |
| | | $43.55 |

PHOTOCOPYING

| | | |
|---|---|---|
| 09/05/08 | 3 copies at $.10 per copy | 0.30 |
| 09/08/08 | 65 copies at $.10 per copy | 6.50 |
| 09/11/08 | 2 copies at $.10 per copy | 0.20 |
| 09/15/08 | 2 copies at $.10 per copy | 0.20 |
| 09/15/08 | 4 copies at $.10 per copy | 0.40 |
| 09/16/08 | 5 copies at $.10 per copy | 0.50 |
| 09/19/08 | 15 copies at $.10 per copy | 1.50 |
| 09/22/08 | 204 copies at $.10 per copy | 20.40 |
| 09/22/08 | 15 copies at $.10 per copy | 1.50 |
| 09/29/08 | 96 copies at $.10 per copy | 9.60 |
| 09/30/08 | 4 copies at $.10 per copy | 0.40 |
| | | $41.50 |

RENT REIMBURSEMENT

| | | |
|---|---|---|
| 09/02/08 | Rent and utilities for document repository at One Winthrop Square - September 2008. | 12,729.55 |
| | | $12,729.55 |
| | TOTAL COSTS | $13,716.78 |
| | TOTAL THIS BILL | $13,716.78 |

# CASNER & EDWARDS, LLP
## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 27, 2008
Bill Number 102183
File Number 52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH SEPTEMBER 30, 2008

FEDERAL EXPRESS

| | | |
|---|---|---|
| 09/25/08 | FEDERAL EXPRESS CORPORATION: To 919 N Market Street, Pachulski Stang Ziehl & Jones from Casner and Edwards on August 28, 2008. | 18.88 |
| | | $18.88 |
| | TOTAL COSTS | $18.88 |
| | TOTAL THIS BILL | $18.88 |