## **EXHIBIT A**

### **Case Administration (11.70 Hours; $ 6,966.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.30 | $840 | 1,092.00 |
| Bernard Bailor | 8.50 | $630 | 5,355.00 |
| Rita C. Tobin | .40 | $530 | 212.00 |
| Eugenia Benetos | 1.50 | $205 | 307.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/02/08 | BSB | 630.00 | 0.90 | FOIA matters |
| 09/02/08 | PVL | 840.00 | 0.50 | Attend omni hearing. |
| 09/04/08 | PVL | 840.00 | 0.20 | Review 4 miscellaneous filings (.1); review Hurford memo and reply (.1). |
| 09/04/08 | EB | 205.00 | 0.50 | Perform review, organize and compile Court dockets for EI. (.5) |
| 09/08/08 | BSB | 630.00 | 1.20 | FOIA matters |
| 09/08/08 | PVL | 840.00 | 0.50 | Review docs for filing. |
| 09/10/08 | BSB | 630.00 | 2.20 | FOIA Appeal |
| 09/12/08 | BSB | 630.00 | 1.20 | FOIA matters |
| 09/12/08 | PVL | 840.00 | 0.10 | Review 7 miscellaneous filings. |
| 09/15/08 | BSB | 630.00 | 2.00 | FOIA research and prepare request |
| 09/18/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and dockets re EI update (.2) |
| 09/19/08 | BSB | 630.00 | 1.00 | FOIA |
| 09/22/08 | EB | 205.00 | 1.00 | Review, classify, and annotate relevant material concerning binder for EI. |
| 09/26/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and docket re EI update (.2) |

**Total Task Code .04        11.70**

**Claim Analysis Objection & Resolution (Asbestos) (2.20 Hours; $ 1,675.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.70 | $840 | 1,428.00 |
| Jeffrey A. Liesemer | .50 | $495 | 247.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/04/08 | PVL | 840.00 | 0.10 | Review 25th omni cls obj. |
| 09/09/08 | PVL | 840.00 | 0.10 | Review Buckwalter opinion re Anderson class cert appeal. |
| 09/10/08 | PVL | 840.00 | 1.50 | Review Grace trial brief re bank post-pet'n interest (.6); review bank lenders trial brief re post-pet'n interest (.9). |
| 09/10/08 | JAL | 495.00 | 0.10 | Review of District Court's decision dismissing Anderson Memorial's appeal. |
| 09/20/08 | JAL | 495.00 | 0.40 | Review and analysis of ZAI bar date motion. |

**Total Task Code .05        2.20**

**Claim Analysis Objection & Resolution (Non-Asbestos) (.10 Hours; $ 49.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Jeffrey A. Liesemer | .10 | $495 | 49.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/11/08 | JAL | 495.00 | 0.10 | Tele. call w/M. Hurford re: issues relating to default judgment issues. |

**Total Task Code .06**     **.10**

**Fee Applications, Applicant (5.60 Hours; $ 1,993.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.60 | $530 | 1,378.00 |
| Eugenia Benetos | 3.00 | $205 | 615.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/04/08 | RCT | 530.00 | 0.10 | Review fee app schedules for September (.1) |
| 09/05/08 | RCT | 530.00 | 1.00 | Review pre-bills (1.0) |
| 09/09/08 | RCT | 530.00 | 0.50 | Review Exhibits (.5) |
| 09/17/08 | EB | 205.00 | 1.00 | Work on monthly/interim fee application. (1) |
| 09/19/08 | EB | 205.00 | 0.50 | Prepare fee and expense report for fee application exhibit. (.5) |
| 09/22/08 | EB | 205.00 | 1.50 | Work on monthly/ interim fee application. (1.5) |
| 09/23/08 | RCT | 530.00 | 0.50 | Review and send emails EB re fee hearing, totals, appearance (.5) |
| 09/29/08 | RCT | 530.00 | 0.20 | Review schedules re October fee applications/conference EB re same (.2) |
| 09/30/08 | RCT | 530.00 | 0.30 | Address miscellaneous fee issues (.3) |

**Total Task Code .12**     **5.60**

**Fee Applications, Others (.70 Hours; $ 371.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | .70 | $530 | 371.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/02/08 | RCT | 530.00 | 0.70 | Review fee apps and Fee Auditor reports (other parties) (.7) |

**Total Task Code .13     .70**


**Hearings (3.90 Hours; $ 3,471.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 3.60 | $920 | 3,312.00 |
| Rita C. Tobin | .30 | $530 | 159.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/22/08 | RCT | 530.00 | 0.30 | Emails re hearing schedule (.3) |
| 09/29/08 | EI | 920.00 | 3.60 | Attend hearing in Wilmington on bank interest (3.6). |

**Total Task Code .15     3.90**


**Litigation and Litigation Consulting (19.90 Hours; $ 11,759.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Nathan D. Finch | 16.70 | $610 | 10,187.00 |
| Jeffrey A. Liesemer | 2.60 | $495 | 1,287.00 |

James P. Wehner                     .60              $475                285.00

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/02/08 | NDF | 610.00 | 3.10 | Memo to PVNL re Libby issues and plan confirmation objections from same (2.5); review Horkovich memos re insurance issues (0.6). |
| 09/03/08 | NDF | 610.00 | 1.00 | Review materials re Libby medical issues in preparation for expert meeting. |
| 09/04/08 | NDF | 610.00 | 1.50 | Confer with PVNL and ACM re Libby issues and objections to plan (1.0); telephone conference with M. Serling re plan status and ZAI issues (0.5). |
| 09/08/08 | NDF | 610.00 | 1.00 | Memo to EI re Libby issues and PVNL reaction. |
| 09/09/08 | NDF | 610.00 | 2.10 | Read trial briefs re Grace objection to post petition interest. |
| 09/10/08 | NDF | 610.00 | 0.30 | Review and respond to email correspondence re insurance issue. |
| 09/12/08 | NDF | 610.00 | 0.50 | Review insurance documents (0.2); review TDP and Libby issues (0.3). |
| 09/15/08 | NDF | 610.00 | 1.00 | Review and respond to financial advisor questions re company value (0.7); review and respond to email re insurance issue (0.3). |
| 09/16/08 | NDF | 610.00 | 1.00 | Review and respond to emails re insurance issues. |
| 09/19/08 | NDF | 610.00 | 0.50 | Respond to emails re case issues. |
| 09/20/08 | JAL | 495.00 | 1.40 | Review and analysis of recent court submissions. |
| 09/22/08 | NDF | 610.00 | 3.00 | Review filed POR and disclosure statement (2.5); review replies on bank debt interest issue (0.5). |
| 09/22/08 | JAL | 495.00 | 0.10 | Drafted e-mail to NDF re: Montana appeal before the Third Circuit. |
| 09/25/08 | NDF | 610.00 | 0.20 | Review case issues with EI. |
| 09/26/08 | NDF | 610.00 | 1.00 | Review documents re Libby objections for medical issues to prepare Welch report re same. |
| 09/26/08 | JPW | 475.00 | 0.60 | LTC Bankruptcy - review docket and filings |

| | | | | |
|---|---|---|---|---|
| 09/27/08 | JAL | 495.00 | 0.70 | Reviewed recent court submissions. |
| 09/29/08 | JAL | 495.00 | 0.20 | Reviewed recent court submissions. |
| 09/30/08 | NDF | 610.00 | 0.50 | Emails re case issues. |
| 09/30/08 | JAL | 495.00 | 0.20 | Reviewed recent court submissions. |

**Total Task Code.16      19.90**


**Plan & Disclosure Statement (134.90 Hours; $ 91,821.50)**

| **Attorney** | **Number of Hours** | **Billing Rate** | **Value** |
|---|---|---|---|
| Elihu Inselbuch | 29.30 | $920 | 26,956.00 |
| Peter Van N. Lockwood | 31.60 | $840 | 26,544.00 |
| Ann C. McMillan | 19.90 | $580 | 11,542.00 |
| Jeffrey A. Liesemer | 54.10 | $495 | 26,779.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/01/08 | PVL | 840.00 | 0.20 | Review Freedman email and reply (.1); prep for 9/3 meeting (.1). |
| 09/02/08 | PVL | 840.00 | 3.70 | Confer Bernick (.2); confer EI (1); teleconference Wyron (2.5). |
| 09/02/08 | EI | 920.00 | 1.10 | Jacobs' inquiry (.1); t/c Rice re: meeting (.2); conf. PVNL re: status and prep for meetings with Grace and Sealed Air (.6); reviewed docs and t/c ACM re: status (.2). |
| 09/03/08 | PVL | 840.00 | 5.90 | Confer EI (.1); confer Birnbaum, Baker, Wasserstein, Shelnitz, Bernick, Freedman, EI et al (1.9); review email (.1); confer Bernick, Freedman, Shelnitz, Austern, Wyron, Rice, EI et al (3.4); review Chung memo (.1); review Horkovich email and ins chart (.2); review NDF memo (.1). |
| 09/03/08 | EI | 920.00 | 8.00 | Conf. Sealed Air people with Shelnitz, Bernick, Freedman and PVNL (2.0); conf. Debtor, Futures Rep and Equipty re: all plan issues (6.0). |

| Date | Attorney | Rate | Hours | Description |
|---|---|---|---|---|
| 09/03/08 | ACM | 580.00 | 2.10 | Revise Trust Agreement (.9); review FCR comments on Trust Agreement (.8); teleconference JEL, D. Felder re Trust Agreement (.4). |
| 09/03/08 | JAL | 495.00 | 0.30 | Review and analysis of FCR's draft mark-up of the Plan. |
| 09/03/08 | JAL | 495.00 | 1.90 | Revisions and editing to draft Asbestos Insurance Transfer Agreement. |
| 09/03/08 | JAL | 495.00 | 0.60 | Review and analysis of FCR's mark-up of draft plan of reorganization. |
| 09/03/08 | JAL | 495.00 | 0.30 | Drafted and revised memo to FCR's counsel re: mark-up of draft plan. |
| 09/03/08 | JAL | 495.00 | 0.50 | Review and analysis of FCR's mark-up of draft disclosure statement. |
| 09/04/08 | PVL | 840.00 | 3.40 | Review revised POR docs (.2); confer EI and ACM (.2); confer EI (.5); teleconference Shelnitz, Bernick, Freedman, Wyron, Rice, EI et al (1.1); teleconference Rice and EI (.2); review email and reply (.2); teleconference EI (.1); confer NDF and ACM (.9). |
| 09/04/08 | EI | 920.00 | 2.20 | Conf. PVNL/ACM re: bonded judgments (.5); conf. all plan proponents re: status (1.0); t/c PVNL/Rice re: status (.3); conf. ACM re: TDP status (.1); reviewed TDP/Trust Agmt (.3). |
| 09/04/08 | ACM | 580.00 | 3.50 | Revise TDP (1.3); conference EI re TDP and Trust Agreement (.3); send e-mails to Committee and FCR re same (.8); conference PVNL, NDF re TDP issues (.8); conference EI, PVNL re TDP issue (.3). |
| 09/04/08 | JAL | 495.00 | 0.10 | Drafted e-mail to R. Wyron and R. Horkovich re: draft Asbestos Insurance Transfer Agreement. |
| 09/04/08 | JAL | 495.00 | 0.10 | Drafted e-mail to L. Esayian re: draft Asbestos Insurance Transfer Agreement. |
| 09/05/08 | PVL | 840.00 | 5.20 | Teleconference Wyron (.4); teleconference EI (.5); teleconference Freedman (.8); review email and reply (.3); review revised draft POR (1.1); review revised draft TA and coop agreement (.2); teleconference Freedman, Boll and Wyron (1.9). |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 09/05/08 | EI | 920.00 | 3.00 | Review of docs and t/cs PVNL re: status (1.0); t/c Rice re: status (.5); t/cs ACM re: TDP status (.5); memo to Committee re: status (1.0). |
| 09/05/08 | ACM | 580.00 | 1.00 | Exchange e-mails with R. Frankel re TDP and Trust Agreement (.2); teleconference EI re same (.3); teleconference R. Wyron re same (.3); send e-mail to Committee re same (.2). |
| 09/05/08 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges relating to Asbestos Insurance Transfer Agreement. |
| 09/05/08 | JAL | 495.00 | 0.10 | E-mail exchanges w/PVNL re: draft Plan. |
| 09/05/08 | JAL | 495.00 | 0.20 | Reviewed memo from EI re: Sealed Air discussions. |
| 09/06/08 | PVL | 840.00 | 0.90 | Review revised draft POR (.5); review revised draft DS (.4). |
| 09/07/08 | PVL | 840.00 | 0.60 | Review revised DS. |
| 09/08/08 | PVL | 840.00 | 4.10 | Teleconference EI (.3); teleconference Rice (.2); teleconference Shelnitz, Bernick, Freedman, Austern, Wyron et al (1.1); teleconference Freedman, Boll and Wyron (1.8); teleconference Baer (.6); review NDF memo (.1). |
| 09/08/08 | EI | 920.00 | 1.30 | Read Cohn materials (.2); t/c PVNL re: status (.1); t/c PVNL re: status (.5); conf. Rice re Plan (.5). |
| 09/09/08 | PVL | 840.00 | 2.40 | Teleconference Bernick, Shelnitz, Freedman, Wyron, Austern, Weschsler et al (.8); teleconference EI (.3); teleconference Bentley (.6); teleconference Bernick (.3); confer JAL (.4). |
| 09/09/08 | EI | 920.00 | 2.70 | Plan call with Grace, Futures Rep, etc. (.9); t/c PVNL re: Plan issues (.3); t/cs PVNL and confs. Rice re: Plan (1.5). |
| 09/09/08 | EI | 920.00 | 0.30 | Discussion of Grace Plan issues at General TAC meeting (.4). |
| 09/09/08 | ACM | 580.00 | 0.50 | Meeting with EI and TAC members re Plan issues. |
| 09/10/08 | PVL | 840.00 | 1.70 | Review EI email and reply (.1); teleconference Monaco, Millner et al (1.3); review revised POR (.2); teleconference EI (.1). |

| | | | | |
|---|---|---|---|---|
| 09/10/08 | EI  | 920.00 | 0.50 | T/c F. McGovern re: status (.2); t/c Bernick re: status (.2); status with PVNL (.1). |
| 09/10/08 | JAL | 495.00 | 0.20 | Review and analysis of lists and status of insurers and related policies. |
| 09/10/08 | JAL | 495.00 | 0.20 | Review of changes to draft two trust plan. |
| 09/10/08 | JAL | 495.00 | 0.10 | Tele. call w/EI re: plan issues. |
| 09/10/08 | JAL | 495.00 | 0.40 | Prepared materials for EI re: plan issues. |
| 09/11/08 | PVL | 840.00 | 0.40 | Teleconference EI, JAL (.2); teleconference EI (.1); review email (.1). |
| 09/11/08 | EI  | 920.00 | 2.00 | Conf. Rice re: Westbrook/Weschler meeting (.2); t/c JAL/PVNL re: Plan docs (.6); read postjudgment interest briefs (1.2). |
| 09/11/08 | JAL | 495.00 | 0.10 | Review and analysis of materials relating to plan issues. |
| 09/11/08 | JAL | 495.00 | 0.30 | Tele. conf. w/EI and PVNL re: plan issues. |
| 09/11/08 | JAL | 495.00 | 0.20 | Reviewed revisions and edits to the Asbestos Insurance Transfer Agreement made by FCR's counsel. |
| 09/11/08 | JAL | 495.00 | 0.20 | Tele. call w/D. Felder re: draft Asbestos Insurance Transfer Agreement and draft Cooperation Agreement. |
| 09/11/08 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to PVNL, R. Wyron, and D. Felder re: comments on draft Asbestos Insurance Transfer Agreement. |
| 09/11/08 | JAL | 495.00 | 0.10 | Tele. call w/D. Felder re: comments on draft Asbestos Insurance Transfer Agreement. |
| 09/11/08 | JAL | 495.00 | 0.70 | Revised and edited draft Asbestos Insurance Transfer Agreement. |
| 09/12/08 | PVL | 840.00 | 2.30 | Review Felder and Wyron prop revs to POR and coop and ins. transfer agmts and reply (.3); email EI et al re Montana prop. (.3); review email (.1); confer NDF (.1); review AKO memo re ins coverage (.1); review revised draft DS (1.4). |
| 09/12/08 | EI  | 920.00 | 0.40 | Libby TDP edit (.3); Horkovich status inquiry (.1). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 09/12/08 | ACM | 580.00 | 1.20 | Exchange e-mails with R. Wyron re TDP (.3); review FCR comments on Cooperation Agreement and send e-mail to JAL re same (.9). |
| 09/12/08 | JAL | 495.00 | 1.40 | Reviewed, revised, and edited draft Cooperation Agreement. |
| 09/12/08 | JAL | 495.00 | 0.20 | Reviewed memo from PVNL re: section 524(g) issues. |
| 09/13/08 | PVL | 840.00 | 0.30 | Email comments on revised DS to Wyron et al. |
| 09/13/08 | JAL | 495.00 | 0.10 | Reviewed memo from PVNL re: comments on draft disclosure statement. |
| 09/13/08 | JAL | 495.00 | 1.80 | Review and analysis of revised draft of Grace plan. |
| 09/14/08 | JAL | 495.00 | 0.90 | Further review and analysis of revised draft of Grace plan. |
| 09/15/08 | EI | 920.00 | 0.20 | Memo JAL re: meeting (.1); t/c Rice re: ZAI deal (.1). |
| 09/15/08 | ACM | 580.00 | 2.00 | Exchange e-mails with S. Kazan, NDF, JAL re Cooperation Agreement (.8); revise Cooperation Agreement (1.2). |
| 09/15/08 | JAL | 495.00 | 0.20 | Brief review of Sealed Air's comments to the Plan. |
| 09/15/08 | JAL | 495.00 | 0.10 | Brief review of recent court submissions filed in the case. |
| 09/15/08 | JAL | 495.00 | 0.50 | Further revisions and editing to draft Cooperation Agreement. |
| 09/15/08 | JAL | 495.00 | 0.10 | Reviewed Steve Kazan's comments to draft Cooperation Agreement. |
| 09/15/08 | JAL | 495.00 | 0.10 | Tele. call w/EI re: tomorrow's meeting on the plan mark-ups. |
| 09/15/08 | JAL | 495.00 | 1.00 | Reviewed and analysis of Sealed Air's proposed mark-up of draft plan. |
| 09/15/08 | JAL | 495.00 | 0.10 | Drafted e-mail to ACM re: Sealed Air's proposed tax annex to Plan. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 09/15/08 | JAL | 495.00 | 0.30 | E-mail exchanges w/ACM re: draft Cooperation Agreement. |
| 09/15/08 | JAL | 495.00 | 0.40 | Reviewed comments by NMK on Sealed Air tax annex to Plan. |
| 09/15/08 | JAL | 495.00 | 0.50 | Review and analysis of revised draft of Disclosure Statement. |
| 09/15/08 | JAL | 495.00 | 0.50 | Further review and analysis of Sealed Air's comments to the draft Plan. |
| 09/15/08 | JAL | 495.00 | 0.90 | Further review and analysis of Debtor's revised plan mark-up. |
| 09/16/08 | PVL | 840.00 | 0.20 | Review emails and email JAL. |
| 09/16/08 | EI | 920.00 | 0.70 | Review of Sealed Air issues (.2); TDP/Trust Agmt sent to Debtor (.3); review of ZAI issues (.2). |
| 09/16/08 | ACM | 580.00 | 2.40 | Revise Cooperation Agreement (1.3); teleconference R. Frankel re TDP (.3); revise TDP (.8). |
| 09/16/08 | JAL | 495.00 | 0.30 | Further review and analysis of Sealed Air's proposed changes to the plan. |
| 09/16/08 | JAL | 495.00 | 0.50 | Meeting w/Debtors' counsel and FCR's counsel in prep. for plan drafting session. |
| 09/16/08 | JAL | 495.00 | 5.20 | Plan drafting session with counsel for the Debtors, FCR, Sealed Air, and Fresenius. |
| 09/16/08 | JAL | 495.00 | 0.20 | Office conf. w/EI re: outcome of plan drafting session and related issues. |
| 09/17/08 | EI | 920.00 | 0.60 | Rice inquiry (.1); doc review (.5). |
| 09/17/08 | ACM | 580.00 | 0.30 | Teleconference JAL re Cooperation Agreement. |
| 09/17/08 | JAL | 495.00 | 0.10 | Tele. call w/C. Bruens re: plan voting procedures and tabulation. |
| 09/17/08 | JAL | 495.00 | 0.20 | Tele. call w/ACM re: revisions to draft Cooperation Agreement. |
| 09/17/08 | JAL | 495.00 | 1.10 | Further revisions and editing to draft Cooperation Agreement. |

| | | | | |
|---|---|---|---|---|
| 09/17/08 | JAL | 495.00 | 0.80 | Drafted and revised memo to R. Horkovich re: insurance issues related to the plan. |
| 09/17/08 | JAL | 495.00 | 0.60 | Reviewed e-mail exchanges dealing with proposed definitions in the draft plan. |
| 09/17/08 | JAL | 495.00 | 0.20 | Tele. call w/R. Horkovich re: plan language issues. |
| 09/17/08 | JAL | 495.00 | 0.60 | Drafted and revised e-mail to R. Wyron re: proposed changes to plan language. |
| 09/18/08 | PVL | 840.00 | 0.30 | Review emails and reply. |
| 09/18/08 | EI | 920.00 | 2.40 | Work on documents (2.0); t/cs JAL (.2); t/c Freedman with JAL (.2). |
| 09/18/08 | ACM | 580.00 | 0.60 | Exchange e-mails with JAL re Cooperation Agreement and TDP. |
| 09/18/08 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges from PVNL and R. Horkovich re: proposed plan language. |
| 09/18/08 | JAL | 495.00 | 0.10 | Tel. call and voice message to R. Horkovich re: proposed plan language. |
| 09/18/08 | JAL | 495.00 | 0.10 | Responded to e-mail from R. Wyron re: proposed plan language. |
| 09/18/08 | JAL | 495.00 | 0.10 | Tele. call w/R. Wyron re: proposed plan language. |
| 09/18/08 | JAL | 495.00 | 3.00 | Review and analysis of revised plan of reorganization. |
| 09/18/08 | JAL | 495.00 | 0.40 | Tele. call w/EI re: comments on draft plan. |
| 09/18/08 | JAL | 495.00 | 0.30 | Tele. call w/EI and T. Freedman re: plan issues. |
| 09/18/08 | JAL | 495.00 | 0.50 | Drafted and revised e-mail to other parties re: suggested changes to draft plan. |
| 09/18/08 | JAL | 495.00 | 0.10 | Voice message from R. Horkovich re: plan language issues. |
| 09/18/08 | JAL | 495.00 | 0.10 | Drafted e-mail to ACM re: question about TDP. |
| 09/18/08 | JAL | 495.00 | 0.10 | E-mail exchanges w/C. Bruens re: TDP issues. |
| 09/18/08 | JAL | 495.00 | 0.10 | Tele. call w/R. Wyron re: issues relating to plan language. |

| | | | | |
|---|---|---|---|---|
| 09/18/08 | JAL | 495.00 | 0.10 | Tele. call w/R. Wyron re: issues relating to plan language. |
| 09/18/08 | JAL | 495.00 | 0.50 | Review and analysis of revised plan language. |
| 09/18/08 | JAL | 495.00 | 0.30 | Tele. call w/R. Wyron re: plan-related issues. |
| 09/18/08 | JAL | 495.00 | 0.10 | Tele. call and voice message to R. Horkovich re: plan-related insurance issue. |
| 09/18/08 | JAL | 495.00 | 0.90 | Review and analysis of mark-ups to draft plan. |
| 09/18/08 | JAL | 495.00 | 0.30 | E-mail exchanges w/R. Wyron re: plan-related issues. |
| 09/19/08 | EI | 920.00 | 1.20 | Calls with JAL re: final edits to Plan (1.0); memo to Committee re: status (.2). |
| 09/19/08 | JAL | 495.00 | 0.20 | Tele. call w/EI re: plan issues and next steps. |
| 09/19/08 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges re: Annex II issues. |
| 09/19/08 | JAL | 495.00 | 0.20 | Tele. call w/R. Wyron re: plan issues. |
| 09/19/08 | JAL | 495.00 | 1.60 | Conf. call w/counsel for FCR, Debtors, Sealed Air, and Fresenius re: remaining plan issues. |
| 09/19/08 | JAL | 495.00 | 0.20 | Tele. call w/R. Wyron re: plan issues and next steps. |
| 09/19/08 | JAL | 495.00 | 0.20 | Office conf. w/NMK re: plan issues and next steps. |
| 09/19/08 | JAL | 495.00 | 0.10 | Tele. call and voice message to T. Meynes re: Annex II issues. |
| 09/19/08 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to EI and PVNL re: plan language issues. |
| 09/19/08 | JAL | 495.00 | 0.10 | Drafted e-mail to J. Baker and D. Turetsky re: Annex II. |
| 09/19/08 | JAL | 495.00 | 0.30 | Review and analysis of materials relating to plan issues. |
| 09/19/08 | JAL | 495.00 | 0.50 | Drafted and revised memo to T. Freedman re: proposed change to definition in plan. |

| | | | | |
|---|---|---|---|---|
| 09/19/08 | JAL | 495.00 | 0.30 | Review and analysis of revised draft disclosure statement. |
| 09/19/08 | JAL | 495.00 | 0.40 | Second Tele. conf. w/counsel for co-proponents, Sealed Air, and Fresenius re: plan issues. |
| 09/19/08 | JAL | 495.00 | 0.40 | Review and analysis of Fresenius's proposed modifications to plan. |
| 09/19/08 | JAL | 495.00 | 0.60 | Review and analysis of revised disclosure statement. |
| 09/19/08 | JAL | 495.00 | 0.70 | Third teleconf. w/ counsel for co-proponents, Sealed Air, and Fresenius re: plan issues. |
| 09/19/08 | JAL | 495.00 | 0.20 | Tele. call w/R. Horkovich re: plan insurance issue. |
| 09/19/08 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to T. Freedman and C. Bruens re: insurance-related plan issue. |
| 09/19/08 | JAL | 495.00 | 0.70 | Review and analysis of revised draft of plan of reorganization. |
| 09/19/08 | JAL | 495.00 | 0.10 | Tele. call w/EI updating him on status of plan discussions. |
| 09/19/08 | JAL | 495.00 | 0.30 | E-mail exchanges w/PVNL re: draft disclosure statement issues. |
| 09/19/08 | JAL | 495.00 | 0.20 | Reviewed proposed modification to plan. |
| 09/19/08 | JAL | 495.00 | 1.00 | Final review of execution copy of Grace plan. |
| 09/19/08 | JAL | 495.00 | 0.10 | Tele. call w/EI re: Grace plan. |
| 09/19/08 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to T. Freedman, attaching EI's signature page to plan. |
| 09/19/08 | JAL | 495.00 | 0.10 | Drafted and revised e-mail to NMK and C. Reynolds re: Annex II to Plan. |
| 09/20/08 | EI | 920.00 | 0.20 | Memo Horkovich re: insurance settlement (.1); memo PVNL/JAL re: ZAI (.1). |
| 09/20/08 | JAL | 495.00 | 0.80 | Review and analysis of Plan voting procedures. |
| 09/20/08 | JAL | 495.00 | 0.10 | E-mail exchanges w/EI and PVNL re: proposed Plan voting procedures. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 09/22/08 | EI | 920.00 | 0.60 | T/c Bernick re: PD futures rep (.2); memo to Committee re: plan filing (.1); memos PVNL/JAL and Weitz re: ZAI (.1); memo Hurford re: PD settlements (.1); review of Montana appeal (.1). |
| 09/22/08 | ACM | 580.00 | 1.90 | Teleconference D. Pacheco re voting question (.1); exchange e-mails with JAL re same (.2); review voting procedures (1.6). |
| 09/22/08 | JAL | 495.00 | 0.20 | Reviewed memo from EI re: plan issues. |
| 09/22/08 | JAL | 495.00 | 0.20 | Review and analysis of debtors' revised plan voting procedures. |
| 09/22/08 | JAL | 495.00 | 0.10 | Drafted e-mail to NMK, C. Reynolds, and T. Maynes re: conf. call on Annex II. |
| 09/22/08 | JAL | 495.00 | 0.20 | Reviewed draft mark-up of Annex II. |
| 09/22/08 | JAL | 495.00 | 0.20 | Conf. call w/C. Reynolds and NMK re: mark-up of Annex II. |
| 09/22/08 | JAL | 495.00 | 0.20 | Drafted and revised e-mail to T. Maynes re: Annex II. |
| 09/23/08 | EI | 920.00 | 0.70 | T/c JAL and review of disclosure package issues (.5); memo Hurford re PD settlements (.2). |
| 09/23/08 | ACM | 580.00 | 3.80 | Review voting procedures (3.4); teleconference JAL re same (.4). |
| 09/23/08 | JAL | 495.00 | 0.10 | Tele. call w/EI re: revised voting procedures and plan status. |
| 09/23/08 | JAL | 495.00 | 0.50 | Review and analysis of materials relating to plan issues. |
| 09/23/08 | JAL | 495.00 | 0.10 | Tele. call w/T. Freedman re: plan issues. |
| 09/23/08 | JAL | 495.00 | 0.60 | Drafted and revised memo to EI and PVNL re: plan issues. |
| 09/23/08 | JAL | 495.00 | 0.20 | Review of notice of agenda for Sept. 29th hearing. |
| 09/23/08 | JAL | 495.00 | 1.50 | Review and analysis of draft voting procedures. |
| 09/23/08 | JAL | 495.00 | 0.30 | Tele. call w/ACM re: comments on revised draft of voting procedures and ballots. |

| | | | | |
|---|---|---|---|---|
| 09/23/08 | JAL | 495.00 | 1.60 | Drafted and revised memo to C. Bruens re: ACC's preliminary comments on the revised draft of voting procedures and ballots. |
| 09/24/08 | EI | 920.00 | 0.80 | T/cs JAL re: drafting issues (.5); t/c Bernick re: same and coop agent (.3). |
| 09/24/08 | ACM | 580.00 | 0.40 | Teleconference JAL re voting procedures (.2); teleconference EI re Cooperation Agreement (.2). |
| 09/24/08 | JAL | 495.00 | 0.10 | Tele. call w/EI re: revised plan voting procedures. |
| 09/24/08 | JAL | 495.00 | 0.40 | Tele. call w/T. Freedman rer: proposed plan voting procedures. |
| 09/24/08 | JAL | 495.00 | 0.10 | Reviewed Debtors' mark-up of Annex II. |
| 09/24/08 | JAL | 495.00 | 0.10 | Voice message from C. Bruens re: proposed voting procedures. |
| 09/24/08 | JAL | 495.00 | 0.10 | Tele. call and voice message to ACM re: proposed voting procedures. |
| 09/24/08 | JAL | 495.00 | 0.10 | Tele. call w/ACM re: proposed voting procedures. |
| 09/24/08 | JAL | 495.00 | 0.10 | Drafted e-mail to T. Freedman re: proposed voting procedures. |
| 09/24/08 | JAL | 495.00 | 0.10 | Tele. call w/C. Bruens re: proposed voting procedures issue. |
| 09/24/08 | JAL | 495.00 | 0.20 | Tele. call w/EI re: plan voting procedures issue. |
| 09/24/08 | JAL | 495.00 | 0.30 | Tele. call w/C. Bruens re: plan voting and tabulation issues. |
| 09/25/08 | EI | 920.00 | 0.10 | Conf. ACM, TWS, RER, NDF re: status. [Total time of .7 hour divided among seven clients.] |
| 09/25/08 | ACM | 580.00 | 0.20 | Send e-mail to PVNL, JAL re Cooperation Agreement. |
| 09/25/08 | JAL | 495.00 | 0.70 | Review and analysis of revised voting procedures. |
| 09/25/08 | JAL | 495.00 | 0.40 | Review of revised Annex II. |
| 09/25/08 | JAL | 495.00 | 0.10 | Tele. call w/C. Reynolds re: Annex II. |

| Date | Attorney | Rate | Hours | Description |
|---|---|---|---|---|
| 09/25/08 | JAL | 495.00 | 0.10 | Drafted e-mail to T. Freedman re: revised Annex II. |
| 09/25/08 | JAL | 495.00 | 0.20 | Tele. call w/C. Bruens re: comments on revised drafts of voting procedures materials. |
| 09/25/08 | JAL | 495.00 | 0.10 | Office conf. w/EI re: status and developments. |
| 09/25/08 | JAL | 495.00 | 0.10 | Tele. call to R. Wyron re: plan issues. |
| 09/25/08 | JAL | 495.00 | 0.20 | Tele. call w/C. Bruens re: mark-up of proposed voting procedures. |
| 09/25/08 | JAL | 495.00 | 0.20 | Review and analysis of materials relating to Plan issues. |
| 09/25/08 | JAL | 495.00 | 0.70 | Tele. call w/C. Bruens re: further comments on proposed voting procedures. |
| 09/26/08 | EI | 920.00 | 0.30 | Prep for hearing. |
| 09/29/08 | JAL | 495.00 | 0.10 | Tele. call w/T. freedman re: plan issues. |
| 09/29/08 | JAL | 495.00 | 0.10 | Office conf. w/KCM re: plan issues. |
| 09/29/08 | JAL | 495.00 | 0.10 | Second tele. call w/T. Freedman re: plan issues. |
| 09/29/08 | JAL | 495.00 | 0.20 | Review and analysis of materials re: Grace insurance issues. |

**Total Task Code .17        134.90**


**Tax Issues (10.30 Hours; $ 4,841.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Neal M. Kochman | 10.30 | $470 | 4,841.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/15/08 | NMK | 470.00 | 2.20 | Review and comment on Annex re Sealed Air agreement |
| 09/18/08 | NMK | 470.00 | 3.50 | Analyze Sealed Air agreement tax issues and exchange emails with C. Reynolds re annexes |
| 09/19/08 | NMK | 470.00 | 3.00 | Review Sealed Air/Fresnius agreements and analyze tax annexes |
| 09/22/08 | NMK | 470.00 | 1.00 | Review tax annexes |
| 09/23/08 | NMK | 470.00 | 0.10 | Conference with JAL re tax annexes |
| 09/24/08 | NMK | 470.00 | 0.50 | Review Skadden markup of Annex II |

**Total Task Code .19        10.30**

**Travel – Non Working (12.90 Hours; $ 4,621.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 2.50 | $460 | 1,150.00 |
| Peter Van N. Lockwood | 5.20 | $420 | 2,184.00 |
| Jeffrey A. Liesemer | 5.20 | $247.50 | 1,287.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/02/08 | PVL | 420.00 | 2.10 | Travel to NY for meetings. |
| 09/03/08 | PVL | 420.00 | 3.10 | Travel to/from Skadden office (.6); return travel to DC (2.5). |
| 09/15/08 | JAL | 247.50 | 3.40 | Travel from DC to NYC for meetings tomorrow re: draft Plan and related documents. |
| 09/16/08 | JAL | 247.50 | 1.80 | Return travel from NY to DC following plan drafting session. |

| | | | | |
|---|---|---|---|---|
| 09/29/08 | EI | 460.00 | 2.50 | Plan A: travel to Wilmington and back to NY, less time worked. [Total time of 5.0 divided between two clients.] |

**Total Task Code.21**          **12.90**


**Fee Auditor Matters (10.00 Hours; $ 5,300.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 10.00 | $530 | 5,300.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 09/11/08 | RCT | 530.00 | 1.50 | Conference AWG, EB re response to Fee Auditor (.5); work on response (1.0) |
| 09/12/08 | RCT | 530.00 | 1.00 | Work on Fee Auditor response (1.0) |
| 09/15/08 | RCT | 530.00 | 3.50 | Work on Fee Auditors Report (3.5) |
| 09/16/08 | RCT | 530.00 | 2.60 | Numerous emails, TCs, AWG and EB re response to Fee Auditor (2.0); review final edited version of response (.3); emails NDF/PVNL re response (.3) |
| 09/17/08 | RCT | 530.00 | 1.00 | Respond to additional Fee Auditor questions; emails EB re same (1.0) |
| 09/22/08 | RCT | 530.00 | 0.40 | Review final Fee Auditor report and emails re same (.4) |

**Total Task Code .32**          **10.00**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 968.50 |
| Database Research | 40.59 |
| Local Transportation - NY | 25.00 |
| Long Distance-Equitrac In-House | 10.18 |
| Meals Related to Travel | 77.36 |
| Travel Expenses - Ground Transportation | 438.31 |
| Travel Expenses - Hotel Charges | 530.69 |
| Xeroxing | 278.30 |
| **Total:** | **$ 2,368.93** |

{D0137582.1 }