**EXHIBIT B**

**Case Administration (11.70 Hours; $ 6,966.50)**

      Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**      11.70

**Claim Analysis Objection & Resolution (Asbestos) (2.20 Hours; $ 1,675.50)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05**      2.20

**Claim Analysis Objection & Resolution (Non-Asbestos) (.10 Hours; $ 49.50)**

      Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .06**      .10

**Fee Applications, Applicant (5.60 Hours; $ 1,993.00)**

      Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**      5.60

**Fee Applications, Others (.70 Hours; $ 371.00)**

      Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**      .70

**Hearings (3.90 Hours; $ 3,471.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15        3.90**


**Litigation and Litigation Consulting (19.90 Hours; $ 11,759.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16        19.90**


**Plan & Disclosure Statement (134.90 Hours; $ 91,821.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        134.90**


**Tax Issues (10.30 Hours; $ 4,841.00)**

Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19        10.30**


**Travel – Non Working (12.90 Hours; $ 4,621.00)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        12.90**


**Fee Auditor Matters (10.00 Hours; $ 5,300.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        10.00**

{D0137584.1 }