## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 968.50 |
| Database Research | 40.59 |
| Local Transportation - NY | 25.00 |
| Long Distance-Equitrac In-House | 10.18 |
| Meals Related to Travel | 77.36 |
| Travel Expenses - Ground Transportation | 438.31 |
| Travel Expenses - Hotel Charges | 530.69 |
| Xeroxing | 278.30 |
| **Total:** | **$ 2,368.93** |

{D0137585.1 }