| | | |
|---|---|---|
| **Client Number:   4642** | **Grace Asbestos Personal Injury Claimants** | Page: 1 |
| **Matter       000** | **Disbursements** | 10/20/2008 |

Print Date/Time: 10/20/2008  2:17:14PM

Attn:

Invoice #

## PREBILL / CONTROL  REPORT

Trans Date Range:  1/1/1950  to: 9/30/2008

**Matter       000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 9/29/2008 | 13,655 |

| | $3,181.68 | | | | |
|---|---|---|---|---|---|
| Client Retainers Available | | Committed to Invoices: | $0.00 | Remaining: | $3,181.68 |

$3,095,861.69
Total Expenses Billed To Date

| Billing Empl: | 0120 | Elihu  Inselbuch |
| Responsible Empl: | 0120 | Elihu  Inselbuch |
| Alternate Empl: | 0120 | Elihu  Inselbuch |
| Originating Empl: | 0120 | Elihu  Inselbuch |

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 1,357.05 | 0.00 | 1,063.55 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 175.00 | 0.00 | 109.00 |
| 0187 | NDF | Nathan D Finch | 0.00 | 352.51 | 0.00 | 352.51 |
| 0204 | AWG | Ann W Geier | 0.00 | 14.90 | 0.00 | 14.90 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 4.90 | 0.00 | 4.90 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 1.70 | 0.00 | 1.70 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 99.00 | 0.00 | 99.00 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 735.90 | 0.00 | 541.90 |
| 0380 | EB | Eugenia  Benetos | 0.00 | 1.00 | 0.00 | 1.00 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 180.47 | 0.00 | 180.47 |
| **Total Fees** | | | **0.00** | **2,922.43** | **0.00** | **2,368.93** |

**Detail Time / Expense  by  Date**

|  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |

{D0137587.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | | 10/20/2008 |
| | | | | | | | | | Print Date/Time: 10/20/2008 | 2:17:14PM |
| Attn: | | | | | | | | | | Invoice # |
| 2276530 | Petty Cash Cab expenses for NDF on travel to NYC to meet w/Horkovich on 8/28 | | E | 09/02/2008 | 0187 | NDF | 0.00 | $68.00 | 0.00 | $68.00 | 68.00 |
| 2276531 | Petty Cash Snack for NDF while on travel to NYC for meeting w/Horkovich on 8/28 | | E | 09/02/2008 | 0187 | NDF | 0.00 | $4.00 | 0.00 | $4.00 | 72.00 |
| 2280564 | Photocopy | | E | 09/03/2008 | 0317 | JAL | 0.00 | $5.00 | 0.00 | $5.00 | 77.00 |
| 2279222 | Equitrac - Long Distance to 8438300710 | | E | 09/04/2008 | 0999 | C&D | 0.00 | $0.65 | 0.00 | $0.65 | 77.65 |
| 2279249 | Equitrac - Long Distance to 2486476966 | | E | 09/04/2008 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 78.25 |
| 2279303 | Photocopy | | E | 09/05/2008 | 0232 | LK | 0.00 | $0.90 | 0.00 | $0.90 | 79.15 |
| 2279349 | Equitrac - Long Distance to 2123199240 | | E | 09/05/2008 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 79.23 |
| 2279369 | Equitrac - Long Distance to 2124464934 | | E | 09/05/2008 | 0999 | C&D | 0.00 | $1.64 | 0.00 | $1.64 | 80.87 |
| 2279386 | Equitrac - Long Distance to 2123199240 | | E | 09/05/2008 | 0999 | C&D | 0.00 | $0.16 | 0.00 | $0.16 | 81.03 |
| 2278920 | PVNL; Travel expenses to NYC for meetings on 9/2-3 for meals | | E | 09/05/2008 | 0020 | PVL | 0.00 | $66.36 | 0.00 | $66.36 | 147.39 |
| 2278921 | PVNL; Travel expenses to NYC for meetings on 9/2-3 for one way train fare to DC from NY (coach class fare $194.00) (there is no agency fee) | | E | 09/05/2008 | 0020 | PVL | 0.00 | $291.00 | 0.00 | $194.00 | 341.39 |
| 2278922 | PVNL; Travel expenses to NYC for meetings on 9/2-3 for Hotel Elysee | | E | 09/05/2008 | 0020 | PVL | 0.00 | $530.69 | 0.00 | $530.69 | 872.08 |
| 2278926 | Petty Cash PVNL cab, subway and parking expenses for travel to NYC on 9/2-3 | | E | 09/05/2008 | 0020 | PVL | 0.00 | $49.00 | 0.00 | $49.00 | 921.08 |
| 2278927 | Petty Cash Meal expense for PVNL on travel to NYCon 9/2-3 | | E | 09/05/2008 | 0020 | PVL | 0.00 | $7.00 | 0.00 | $7.00 | 928.08 |
| 2279485 | Equitrac - Long Distance to 9174450518 | | E | 09/08/2008 | 0999 | C&D | 0.00 | $0.57 | 0.00 | $0.57 | 928.65 |

{D0137587.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 10/20/2008 |

Print Date/Time: 10/20/2008  2:17:14PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2279842 | Photocopy | | E | 09/09/2008 | 0220 | SKL | 0.00 | $4.80 | 0.00 | $4.80 | 933.45 |
| 2280051 | Equitrac - Long Distance to 3128612248 | | E | 09/09/2008 | 0999 | C&D | 0.00 | $0.74 | 0.00 | $0.74 | 934.19 |
| 2280131 | ADA Travel  PVNL train fare to Wilmington on 9/2 (coach class fare $393.00)  (split between 4642/5334) | | E | 09/10/2008 | 0020 | PVL | 0.00 | $393.00 | 0.00 | $196.50 | 1,130.69 |
| 2280134 | ADA Travel  Agency fee on  PVNL train fare to Wilmington on 9/2  (coach class fare $393.00)  (split between 4642/5334) | | E | 09/10/2008 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 1,150.69 |
| 2280366 | Photocopy | | E | 09/11/2008 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 1,150.79 |
| 2280693 | Xeroxing | | E | 09/11/2008 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 1,150.89 |
| 2280788 | Photocopy | | E | 09/12/2008 | 0317 | JAL | 0.00 | $24.30 | 0.00 | $24.30 | 1,175.19 |
| 2281581 | Equitrac - Long Distance to 2123199240 | | E | 09/15/2008 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 1,175.30 |
| 2281596 | Photocopy | | E | 09/15/2008 | 0237 | SRB | 0.00 | $8.10 | 0.00 | $8.10 | 1,183.40 |
| 2281599 | Photocopy | | E | 09/15/2008 | 0237 | SRB | 0.00 | $2.00 | 0.00 | $2.00 | 1,185.40 |
| 2281621 | Photocopy | | E | 09/15/2008 | 0237 | SRB | 0.00 | $20.00 | 0.00 | $20.00 | 1,205.40 |
| 2281625 | Photocopy | | E | 09/15/2008 | 0204 | AWG | 0.00 | $4.30 | 0.00 | $4.30 | 1,209.70 |
| 2282352 | Local Transporation - NY - EI taxi to two meetings on 9/3/ in NYC | | E | 09/17/2008 | 0999 | C&D | 0.00 | $25.00 | 0.00 | $25.00 | 1,234.70 |
| 2283739 | Photocopy | | E | 09/17/2008 | 0380 | EB | 0.00 | $1.00 | 0.00 | $1.00 | 1,235.70 |
| 2283751 | Photocopy | | E | 09/17/2008 | 0204 | AWG | 0.00 | $3.20 | 0.00 | $3.20 | 1,238.90 |
| 2283753 | Photocopy | | E | 09/17/2008 | 0204 | AWG | 0.00 | $1.60 | 0.00 | $1.60 | 1,240.50 |
| 2283757 | Photocopy | | E | 09/17/2008 | 0204 | AWG | 0.00 | $1.00 | 0.00 | $1.00 | 1,241.50 |

{D0137587.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter     000 | | Disbursements | | | | | | | | 10/20/2008 |

Print Date/Time: 10/20/2008  2:17:14PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2283761 | Photocopy | | E | 09/17/2008 | 0204 | | 0.00 | $3.20 | 0.00 | $3.20 | 1,244.70 |
| 2283771 | Photocopy | | E | 09/17/2008 | 0204 | AWG | 0.00 | $1.60 | 0.00 | $1.60 | 1,246.30 |
| 2283791 | Photocopy | | E | 09/17/2008 | 0317 | JAL | 0.00 | $7.80 | 0.00 | $7.80 | 1,254.10 |
| 2283913 | Equitrac - Long Distance to 2122781322 | | E | 09/17/2008 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 1,254.31 |
| 2284755 | Equitrac - Long Distance to 2123199240 | | E | 09/18/2008 | 0999 | C&D | 0.00 | $0.47 | 0.00 | $0.47 | 1,254.78 |
| 2284791 | Equitrac - Long Distance to 2122781322 | | E | 09/18/2008 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 1,254.85 |
| 2284877 | Photocopy | | E | 09/18/2008 | 0317 | JAL | 0.00 | $2.20 | 0.00 | $2.20 | 1,257.05 |
| 2284897 | Photocopy | | E | 09/18/2008 | 0317 | JAL | 0.00 | $6.00 | 0.00 | $6.00 | 1,263.05 |
| 2284941 | ADA Travel   JAL 9/15 travel to NYC  (coach class fare $409.00) | | E | 09/19/2008 | 0317 | JAL | 0.00 | $603.00 | 0.00 | $409.00 | 1,672.05 |
| 2284942 | ADA Travel   Agency fee on  JAL 9/15 travel to NYC (coach class fare $409.00) | | E | 09/19/2008 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 1,712.05 |
| 2284946 | BostonCoach  car service for NDF to DC National airport and Rockefeller Center in NYC on 8/28 | | E | 09/19/2008 | 0187 | NDF | 0.00 | $280.51 | 0.00 | $280.51 | 1,992.56 |
| 2285157 | Photocopy | | E | 09/19/2008 | 0237 | SRB | 0.00 | $44.00 | 0.00 | $44.00 | 2,036.56 |
| 2285180 | Photocopy | | E | 09/19/2008 | 0999 | C&D | 0.00 | $23.10 | 0.00 | $23.10 | 2,059.66 |
| 2285186 | Photocopy | | E | 09/19/2008 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 2,060.06 |
| 2285211 | Photocopy | | E | 09/19/2008 | 0237 | SRB | 0.00 | $6.00 | 0.00 | $6.00 | 2,066.06 |
| 2285218 | Photocopy | | E | 09/19/2008 | 0232 | LK | 0.00 | $0.20 | 0.00 | $0.20 | 2,066.26 |
| 2285225 | Photocopy | | E | 09/19/2008 | 0237 | SRB | 0.00 | $7.00 | 0.00 | $7.00 | 2,073.26 |
| | | | | | | LK | | | | | |

{D0137587.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | 10/20/2008 |

Print Date/Time: 10/20/2008  2:17:14PM

Attn:

Invoice #

| ID | Description | | Date | Code | Initials | | Amount | | Amount | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2285227 | Photocopy | E | 09/19/2008 | 0232 | | 0.00 | $0.60 | 0.00 | $0.60 | 2,073.86 |
| 2285259 | Photocopy | E | 09/19/2008 | 0317 | JAL | 0.00 | $6.80 | 0.00 | $6.80 | 2,080.66 |
| 2285271 | Equitrac - Long Distance to 2123199240 | E | 09/19/2008 | 0999 | C&D | 0.00 | $0.53 | 0.00 | $0.53 | 2,081.19 |
| 2285297 | Equitrac - Long Distance to 2123199240 | E | 09/19/2008 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 2,081.37 |
| 2285649 | Photocopy | E | 09/22/2008 | 0999 | C&D | 0.00 | $49.50 | 0.00 | $49.50 | 2,130.87 |
| 2285652 | Photocopy | E | 09/22/2008 | 0237 | SRB | 0.00 | $6.40 | 0.00 | $6.40 | 2,137.27 |
| 2285792 | Photocopy | E | 09/23/2008 | 0237 | SRB | 0.00 | $5.50 | 0.00 | $5.50 | 2,142.77 |
| 2285827 | Equitrac - Long Distance to 2123199240 | E | 09/23/2008 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 2,142.85 |
| 2285834 | Equitrac - Long Distance to 2124464934 | E | 09/23/2008 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 2,143.13 |
| 2286232 | Equitrac - Long Distance to 2124464934 | E | 09/24/2008 | 0999 | C&D | 0.00 | $0.67 | 0.00 | $0.67 | 2,143.80 |
| 2286263 | Equitrac - Long Distance to 2124464889 | E | 09/24/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 2,143.86 |
| 2286279 | Equitrac - Long Distance to 2123199240 | E | 09/24/2008 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 2,143.98 |
| 2286290 | Equitrac - Long Distance to 2124464889 | E | 09/24/2008 | 0999 | C&D | 0.00 | $0.41 | 0.00 | $0.41 | 2,144.39 |
| 2286548 | Equitrac - Long Distance to 2125065173 | E | 09/25/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 2,144.44 |
| 2286560 | Equitrac - Long Distance to 2124464889 | E | 09/25/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 2,144.50 |
| 2286561 | Equitrac - Long Distance to 2124464889 | E | 09/25/2008 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 2,144.86 |
| 2286577 | Equitrac - Long Distance to 2124464889 | E | 09/25/2008 | 0999 | C&D | 0.00 | $0.25 | 0.00 | $0.25 | 2,145.11 |
| 2286596 | Equitrac - Long Distance to 2124464889 | E | 09/25/2008 | 0999 | C&D | 0.00 | $0.68 | 0.00 | $0.68 | 2,145.79 |
| 2286623 | Elite Limousine car serivce for JAL to train station while in NYC on 916 | E | 09/29/2008 | 0317 | JAL | 0.00 | $40.80 | 0.00 | $40.80 | 2,186.59 |

{D0137587.1 }

| Client Number: | 4642 | | | | Grace Asbestos Personal Injury Claimants | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter** | **000** | | | | **Disbursements** | | | | | 10/20/2008 |

Print Date/Time: 10/20/2008  2:17:14PM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2287481 | Equitrac - Long Distance to 8054993572 | E | 09/29/2008 | 0999 | C&D | 0.00 | $0.41 | 0.00 | $0.41 | 2,187.00 |
| 2287489 | Equitrac - Long Distance to 2124464934 | E | 09/29/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 2,187.06 |
| 2287511 | Equitrac - Long Distance to 8054993572 | E | 09/29/2008 | 0999 | C&D | 0.00 | $0.62 | 0.00 | $0.62 | 2,187.68 |
| 2287557 | Equitrac - Long Distance to 6182592222 | E | 09/30/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 2,187.74 |
| 2287570 | Color copier copies from NYO in September | E | 09/30/2008 | 0999 | C&D | 0.00 | $31.60 | 0.00 | $31.60 | 2,219.34 |
| 2290561 | Database Research- WESTLAW by NDF on 9/29 | E | 09/30/2008 | 0999 | C&D | 0.00 | $40.59 | 0.00 | $40.59 | 2,259.93 |
| 2287184 | EI;  R/T train fare Wilmington to attend hearings on 9/29 Coach fare $218.00 (split between 4642 & 5091) | E | 09/30/2008 | 0120 | EI | 0.00 | $175.00 | 0.00 | $109.00 | 2,368.93 |

**Total Expenses**                                                                                                $2,922.43                      $2,368.93

|  |  |  |  |  |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 2,922.43 | | 2,368.93 |
| Matter Total | 0.00 | 2,922.43 | 0.00 | 2,368.93 |
| | | | | |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $2,922.43 | | $2,368.93 |
| Prebill Total | 0.00 | $2,922.43 | 0.00 | $2,368.93 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 61,476 | 01/24/2008 | 678,109.50 | 14,038.88 |
| 61,925 | 02/25/2008 | 918,478.75 | 183,695.75 |
| 62,322 | 03/24/2008 | 497,631.50 | 99,526.30 |
| 62,687 | 04/23/2008 | 773,798.25 | 154,759.65 |

{D0137587.1 }

| Client Number: | 4642 | | Grace Asbestos Personal Injury Claimants | | Page: 1 |
|---|---|---|---|---|---|
| Matter | 000 | | Disbursements | | 10/20/2008 |

Print Date/Time: 10/20/2008  2:17:14PM

Attn:

Invoice #

| | | | | |
|---|---|---|---|---|
| 63,204 | 05/29/2008 | 334,244.75 | 66,848.95 | |
| 63,675 | 06/26/2008 | 58,919.50 | 11,783.90 | |
| 63,976 | 07/25/2008 | 120,952.25 | 24,190.45 | |
| 64,338 | 08/20/2008 | 165,694.30 | 165,694.30 | |
| 64,939 | 09/29/2008 | 122,656.75 | 122,656.75 | |
| | | 4,779,525.80 | 878,805.35 | |

{D0137587.1 }