# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:     100055.WRG01 |
| October 14, 2008 | INVOICE:           227796 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

## PROFESSIONAL SERVICES through 09/30/08

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/01/08 | Work on master insurance allocation (2.00); adjust formulas to make allocation more automatic and able to adjust to changed information (2.50). | W001 | MG | 4.50 |
| 09/01/08 | Revise and research memo regarding additional allocation issues relating to settled policies. | W001 | RYC | 4.80 |
| 09/02/08 | Draft/revise spreadsheets on insurance settlement agreements re: settlement amounts and difference from full policy limits. | W001 | GFF | 2.90 |
| 09/02/08 | Reviewed Grace Settlement Agreements re: differences between payments and policy limits. | W001 | IF | 3.00 |
| 09/02/08 | Work on master insurance allocation (2.50); adjust formulas to make allocation more automatic and able to adjust to changed information (2.50). | W001 | MG | 5.00 |
| 09/02/08 | Hearing with Judge Fitzgerald. | W001 | RMH | 1.40 |
| 09/02/08 | Review and analysis of issues for anticipated trust insurance recoveries (4.20).  Grace data pertaining to prior settlements (1.00). Additional work on memo regarding allocation issues among insurance companies (4.00). | W001 | RYC | 9.20 |
| 09/03/08 | Review recently received insurance policy impairment documents (3.30); factor impairment/allocation for selected policies (2.20). | W001 | GFF | 5.50 |
| 09/03/08 | Reviewed Posner insolvent policy impairment allocation figures and apply to AKO allocation model as needed. | W001 | HEG | 5.00 |
| 09/03/08 | Studied and reviewed Grace insurance policy amounts that would have to be paid by Grace/Grace Trust. | W001 | IF | 3.50 |

{D0137578.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                        EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                 MATTER:      100055.WRG01

October 14, 2008                                               INVOICE:              227796

MATTER:  CLAIMANTS COMMITTEE                            ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/03/08 | Work on master insurance allocation (1.60). Adjust formulas to make allocation more automatic and able to adjust to changed information (3.00). | W001 | MG | 4.60 |
| 09/03/08 | Work on analysis in connection with Grace policy register including evaluation impact of past receipts. | W001 | RYC | 5.00 |
| 09/04/08 | Reviewed and edited Settlement Payment Table figures as needed. | W001 | HEG | 2.00 |
| 09/04/08 | Updated and confirmed draft differences between policy limits and paid settlements. | W001 | IF | 1.00 |
| 09/04/08 | Reviewed Grace insurance policy information and confirmed available Products coverage amounts. | W001 | IF | 3.00 |
| 09/04/08 | Work on master insurance allocation. | W001 | MG | 3.00 |
| 09/04/08 | Attention to proposed changes to insurance transfer agreement. | W001 | RMH | 3.00 |
| 09/04/08 | Update regarding settled policy limits analysis (2.00).  Work on issues relevant to future claimants evaluation (4.80). | W001 | RYC | 6.80 |
| 09/05/08 | Continued to review and input newly received Posner insolvency policy impairment figures (3.50). Revisit treatment of settled policies (1.50). | W001 | HEG | 5.00 |
| 09/05/08 | Reviewed remaining insurance company group and limits information. | W001 | IF | 3.00 |
| 09/05/08 | Work on master insurance allocation. | W001 | MG | 5.50 |
| 09/05/08 | Review and update information regarding impact on Trust of settled policy limits (3.50; research re: issues relating to future claimants (3.00). | W001 | RYC | 6.50 |
| 09/07/08 | Work on Hartford spreadsheets for meeting. | W001 | MG | 3.50 |
| 09/08/08 | Begin reviewing time and expense entries. | W011 | AHP | 1.00 |
| 09/08/08 | Reviewed and studied Grace insurance company "parent/group information" and "remaining limit information." | W001 | IF | 3.50 |
| 09/08/08 | Work on master policy allocation. | W001 | MG | 3.80 |
| 09/08/08 | Continued review and update information regarding impact on Trust of settled policy limits. | W001 | RYC | 5.20 |

{D0137578.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                        EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

October 14, 2008                                             INVOICE:             227796

MATTER:  CLAIMANTS COMMITTEE                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|------------------------|----------|------|-------|
| 09/09/08 | Continue reviewing bill. | W011 | AHP | 2.00 |
| 09/09/08 | Work on master policy allocation. | W001 | MG | 4.00 |
| 09/10/08 | Implementation of impairment figures to adjust remaining excess allocation template. | W001 | HEG | 2.00 |
| 09/10/08 | Reviewed and updated Grace insurance policy information for "allocation" project. | W001 | IF | 4.00 |
| 09/10/08 | Work on master policy allocation. | W001 | MG | 6.00 |
| 09/10/08 | Follow-up regarding issues of interest to future claimants evaluation. | W001 | RYC | 2.10 |
| 09/11/08 | Review/revise list of insurance companies for Plan filing. | W001 | GFF | 2.30 |
| 09/11/08 | Assisted with insurance company parent company research (2.00); continued to apply certain requested policy impairment figure adjustments to allocation template (3.50). | W001 | HEG | 5.50 |
| 09/11/08 | Continued to update Grace insurance company information and participation for NPV allocation. | W001 | IF | 3.50 |
| 09/11/08 | Work on master policy allocation. | W001 | MG | 8.50 |
| 09/11/08 | Attention to Travelers settlement agreement. | W001 | RMH | 1.00 |
| 09/11/08 | Work on issues of interest to future claimants evaluation. | W001 | RYC | 1.50 |
| 09/12/08 | Analysis of selected insurance policies re: asbestos premises coverage issues. | W001 | GFF | 2.40 |
| 09/12/08 | Additional impairment figure adjustments to coverage program allocation template. | W001 | HEG | 5.00 |
| 09/12/08 | Reviewed and helped to prepare information re: Grace NPV for solvent unsettled insurance companies. | W001 | IF | 4.00 |
| 09/12/08 | Work on master policy allocation. | W001 | MG | 8.80 |
| 09/12/08 | Allocations to insurance companies. | W001 | RMH | 4.00 |
| 09/12/08 | Attention to Grace allocation results. | W001 | RYC | 2.30 |
| 09/15/08 | Review/revise lists of policies (with related data) for Plan exhibit. | W001 | GFF | 4.30 |
| 09/15/08 | CEAI, POC and settlement queries researched per R. Horkovich request. | W001 | HEG | 2.50 |

{D0137578.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                     **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 4

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

October 14, 2008                                  INVOICE:          227796

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 09/15/08 | Reviewed CEAI claim and POC submission. | W001 | IF | 1.50 |
| 09/15/08 | Work on CEAI analysis and draft notes re: main allocation. | W001 | MG | 3.00 |
| 09/15/08 | Attention to CEAI offer (1.00).  Analysis of issues relating to potential settlement (1.00). | W001 | RMH | 2.00 |
| 09/15/08 | Attention to fee applications. | W011 | RYC | 0.50 |
| 09/16/08 | Review changes (.20); Finalize time and expense entries (.80). | W011 | AHP | 1.00 |
| 09/16/08 | Review/revise policy lists (with related data) for plan exhibit (1.70); insurance policy analysis re: asbestos premises coverage issues (3.00). | W001 | GFF | 4.70 |
| 09/16/08 | Review alternative forms of Grace insurance coverage listing for Trust per R. Horkovich request (.50); Attention to additional CEAI payment allocation, policy limits and settlement determination issues (1.50). | W001 | HEG | 2.00 |
| 09/16/08 | Reviewed CEAI updated information and NPV. | W001 | IF | 0.50 |
| 09/16/08 | Work on CEAI analysis (1.30). Draft notes re: main allocation (1.00). | W001 | MG | 2.30 |
| 09/16/08 | Review AIG exposure. | W001 | RMH | 2.00 |
| 09/17/08 | Review/revise list of policies for Plan Exhibit. | W001 | GFF | 3.90 |
| 09/17/08 | Work on CEAI (1.20); work on allocation issues (2.00). | W001 | MG | 3.20 |
| 09/17/08 | Asbestos Insurance Transfer Agreement. | W001 | RMH | 2.00 |
| 09/17/08 | Follow-up regarding collection issues with insolvent/impaired carriers. | W001 | RYC | 3.50 |
| 09/18/08 | Review and release time and expense entries. | W011 | AHP | 1.00 |
| 09/18/08 | Research and evaluate potential impediments to coverage for future Trust. | W001 | RYC | 6.20 |
| 09/19/08 | Work on CEAI allocation and NPV calculation | W001 | MG | 1.00 |
| 09/19/08 | Participate in CEAI negotiations (2.00).  Work on Plan (2.00). | W001 | RMH | 4.00 |
| 09/19/08 | Analysis of issues pertaining to evaluation of insurance in connection with Plan. | W001 | RYC | 2.50 |

{D0137578.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 5

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

October 14, 2008                                   INVOICE:          227796

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 09/22/08 | Review and revise monitoring chart (.60); follow-up re: payments received (.40). | W011 | AHP | 1.00 |
| 09/22/08 | Attention to CEAI settlement offer and response. | W001 | RMH | 2.00 |
| 09/23/08 | Review of cash receipts (.20); draft e-mail summarizing all outstanding money (1.00); update chart (.50). | W011 | AHP | 1.70 |
| 09/23/08 | Analysis of selected insurance policies re: asbestos premises coverage issues. | W001 | GFF | 2.50 |
| 09/23/08 | Attention to issues pertaining to evaluation of insurance in connection with Plan. | W001 | RYC | 3.40 |
| 09/24/08 | Analysis of selected insurance policies and related documents re: asbestos premises. | W001 | GFF | 3.70 |
| 09/24/08 | Reviewed and studied proposed insurance policy exhibits. | W001 | IF | 1.00 |
| 09/25/08 | Review selected insurance policies/related documents re: asbestos premises coverage issues. | W001 | GFF | 2.80 |
| 09/25/08 | Continued to review information re:  Plan List of Asbestos Insurance Policies. | W001 | IF | 1.00 |
| 09/25/08 | Follow-up on research of issues pertaining to evaluation of insurance in connection with Plan. | W001 | RYC | 2.80 |
| 09/26/08 | Updated information re:  CNA Re and insurance NPV. | W001 | IF | 1.50 |
| 09/26/08 | Work on CNA Re analysis (1.00); draft email re same (.70). | W001 | MG | 1.70 |
| 09/29/08 | Analysis of selected insurance policies re: "loss payable" issues (5.10); analysis of selected insurance policies re: asbestos premises coverage issues (2.10). | W001 | GFF | 7.20 |
| 09/29/08 | Reassessment and calculation of remaining available London Market Companies limits in light of Highlands (US) - Highlands (UK) split (1.00); and potential issues for M. Garbowski's NPV allocation model (.50). | W001 | HEG | 1.50 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

October 14, 2008                                  INVOICE:         227796

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|------|-------------------------|----------|------|-------|
| 09/29/08 | Reviewed and studied Grace insurance policies re: "loss payable provision." (2.00) Reviewed and studied Coverage In Place Agreements status. (1.00). | W001 | IF | 3.00 |
| 09/29/08 | Hearing with Judge Fitzgerald (4.00). Attention to settlement offer (2.00). | W001 | RMH | 6.00 |
| 09/29/08 | Attention to issues relating to future claimant concerns regarding post-bankruptcy Trust recoveries. | W001 | RYC | 3.80 |
| 09/30/08 | Insurance policy analysis re: "loss payable" issues. | W001 | GFF | 3.90 |
| 09/30/08 | Attention to insurance analysis. | W001 | RMH | 1.00 |
| 09/30/08 | Attention to fee auditor's report. | W001 | RYC | 0.40 |

**TOTAL FEES:**                                              **$124,785.00**

{D0137578.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:        100055.WRG01

October 14, 2008                                  INVOICE:          227796

MATTER:  CLAIMANTS COMMITTEE                      ROBERT M. HORKOVICH

## FEE SUMMARY

|                     | RATE   | HOURS | TOTALS      |
|---------------------|--------|-------|-------------|
| Arline H Pelton     | 220.00 | 7.70  | 1,694.00    |
| Glenn F Fields      | 295.00 | 46.10 | 13,599.50   |
| Harris E Gershman   | 245.00 | 30.50 | 7,472.50    |
| Izak Feldgreber     | 255.00 | 37.00 | 9,435.00    |
| Mark Garbowski      | 520.00 | 68.40 | 35,568.00   |
| Robert M Horkovich  | 790.00 | 28.40 | 22,436.00   |
| Robert Y Chung      | 520.00 | 66.50 | 34,580.00   |
| **TOTAL FEES:**     |        |       | **$124,785.00** |

{D0137578.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 8

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:      100055.WRG01 |
| October 14, 2008 | INVOICE:          227796 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

### SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

ACTIVITY CODE: W001        Asset Analysis and Recovery

| | HOURS | TOTALS |
|---|---|---|
| Glenn F Fields | 46.10 | 13,599.50 |
| Harris E Gershman | 30.50 | 7,472.50 |
| Izak Feldgreber | 37.00 | 9,435.00 |
| Mark Garbowski | 68.40 | 35,568.00 |
| Robert M Horkovich | 28.40 | 22,436.00 |
| Robert Y Chung | 66.00 | 34,320.00 |
| **TOTAL:** | **276.40** | **$122,831.00** |

ACTIVITY CODE: W011        Fee Applications (Applicant)

| | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 7.70 | **1,694.00** |
| Robert Y Chung | 0.50 | **260.00** |
| **TOTAL:** | **8.20** | **$1,954.00** |

{D0137578.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                    **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 9

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

October 14, 2008                                   INVOICE:        227796

MATTER:  CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| | COSTS through 09/30/08 | | |
|---|---|---|---|
| **DATE** | **DESCRIPTION OF COSTS** | | **AMOUNT** |
| 08/28/08 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 290199203 Tracking Number: 791127901839 Reference: 100055 wrg01 02 594    Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Peter Van N Lockwood, Caplin & Drysdale, 1 Thomas Cir NW 12, WASHINGTON, DC, 20005, US | E107 | 10.17 |
| 09/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges - August 1 -31,  2008 | E106 | 1.29 |
| 09/02/08 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 09/02/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 09/08/08 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 09/08/08 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 09/09/08 | DI - PHOTOCOPYING - | E101 | 5.70 |
| 09/09/08 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 09/10/08 | DI - PHOTOCOPYING - | E101 | 0.60 |
| 09/10/08 | DI - PHOTOCOPYING - | E101 | 3.30 |
| 09/10/08 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 09/10/08 | DI - PHOTOCOPYING - | E101 | 3.10 |
| 09/10/08 | DI - PHOTOCOPYING - | E101 | 3.70 |
| 09/10/08 | DI - PHOTOCOPYING - | E101 | 5.90 |
| 09/10/08 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 09/10/08 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 09/10/08 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 09/11/08 | DI - PHOTOCOPYING - | E101 | 2.60 |
| 09/12/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 09/15/08 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 09/15/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 09/15/08 | DI - PHOTOCOPYING - | E101 | 1.10 |
| 09/17/08 | DI - PHOTOCOPYING - | E101 | 0.50 |

{D0137578.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                    EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

October 14, 2008                                              INVOICE:            227796

MATTER:  CLAIMANTS COMMITTEE                               ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|------|----------------------|---|--------|
| 09/19/08 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 09/23/08 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Court call hearing | E124 | 38.00 |
| 09/23/08 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Court call hearing | E124 | 77.00 |
| 09/23/08 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 09/23/08 | DI - PHOTOCOPYING - | E101 | 3.20 |
| 09/23/08 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 09/23/08 | DI - PHOTOCOPYING - | E101 | 3.40 |
| 09/23/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 09/25/08 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 09/25/08 | DI - PHOTOCOPYING - | E101 | 0.90 |
| 09/25/08 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 09/26/08 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 09/30/08 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 09/30/08 | DI - PHOTOCOPYING - | E101 | 1.90 |
| 09/30/08 | DI - PHOTOCOPYING - | E101 | 3.40 |

**TOTAL COSTS:**                                                         **$174.36**

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| AF | AIRFREIGHT | 10.17 |
| LB | LIBRARY & LEGAL RESEARCH | 1.29 |
| TE | AP - TELEPHONE - | 115.00 |
| XE | DI - PHOTOCOPYING - | 47.90 |
| | **TOTAL COSTS:** | **$174.36** |

**TOTAL DUE:**                                                    **$124,959.36**

{D0137578.1 }