## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | **Related Docket Nos. 19742, 19743, 19852** |

## DESIGNATION OF THE RECORD AND STATEMENT OF ISSUES
## ON APPEAL BY APPELLANT MACERICH FRESNO LIMITED PARTNERSHIP

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, claimant Macerich Fresno Limited Partnership ("Macerich"), by and through its undersigned counsel, hereby designates the following items for inclusion in the record on appeal and states the issues to be presented on appeal from the Bankruptcy Court's *Order Granting Summary Judgment In Favor of Debtors* [Docket No. 19743], entered October 14, 2008 (the "Order").

**I.      Designation of Record on Appeal**

Macerich designates the following record items from Bankr. D. Del., Case No. 01-01139 (JKF):

| Date | Docket No.[1] | Record Items |
|---|---|---|
| 04/09/03 | N/A | Original Proof of Claim of Macerich Fresno Limited Partnership [Claim No. 12578] [Proof of Claim: Submitted 03/31/03, Date-Stamped by Claims Agent 04/09/03] |
| 07/09/03 | N/A | Amended Proof of Claim of Macerich Fresno Limited Partnership [Claim No. 15310] [Proof of Claim: Submitted 7/15/03, Date-Stamped by Claims Agent 07/09/03] |
| 09/01/05 | 9315 | Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims (And Exhibits Related Thereto) |
| 09/26/05 | 9511 | Summary Charts in Support of Debtor's Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims and Setting Revised Dates |

---

[1] The designation of a docket item is intended to include all exhibits and/or attachments thereto.

| Date | Docket No.[1] | Record Items |
|------|-----------|--------------|
| 10/24/05 | 10520 | Response of Macerich Fresno Limited Partnership to Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims |
| 11/06/06 | 13575 | Notice of Service/Preliminary Identification of Fact Witnesses of Macerich Fresno Limited Partnership |
| 02/16/07 | 14584 | Macerich Fresno Limited Partnership's Motion for Summary Judgment with Respect to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims on Bases of Statute of Limitations, Laches, and Assumption of Risk |
| 02/16/07 | 14585 | Memorandum of Law in Support of Macerich Fresno Limited Partnership's Motion for Summary Judgment with Respect to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims on Bases of Statute of Limitations, Laches, and Assumption of Risk |
| 02/16/07 | 14586 | Declaration of Aladdin Ghafari in Support of Macerich Fresno Limited Partnership's Motion for Summary Judgment with Respect to the Debtors' Fifteenth Omnibus Objection (Substantive) to Asbestos Property Damage Claims on Bases of Statute of Limitations, Laches, and Assumption of Risk |
| 02/16/07 | 14592 | Debtors' Road Map of Summary Judgment Motions to Expunge Various Asbestos Property Damage Claims (and Exhibits Related Thereto) |
| 03/13/07 | 14846 | Notice of Service/Designation of Fact and Expert Witnesses, Exhibits, and Deposition Testimony of Macerich Fresno Limited Partnership for April 23-25, 2007 Hearing |
| 02/16/07 | 14594 | Debtors' Motion and Memorandum for Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging One Hundred Nine (109) California Asbestos Property Damage Claims Barred by the Statute of Limitations (and Exhibits Related Thereto) |
| 03/19/07 | 14897 | Debtors' Response to Claimant Macerich Fresno Limited Partnership's Motion for Summary Judgment and Debtors' Cross-Motion Pursuant to F.R.B.P. 7056 Disallowing and Expunging Macerich Fresno Limited Partnership's Claim |
| 03/23/07 | 14950 | Reply to Debtors' Response to Claimant Macerich Fresno Limited Partnership's Motion for Summary Judgment and Response to Debtors' Cross-Motion Pursuant to F.R.B.P. 7056 Disallowing and Expunging Macerich Fresno Limited Partnership's Claim |
| 03/23/07 | 14957 | Motion for Leave to Exceed Page Limit for Reply to Debtors' Response to Claimant Macerich Fresno Limited Partnership's Motion for Summary Judgment and Response to Debtors' Cross-Motion Pursuant to F.R.B.P. 7056 Disallowing and Expunging Macerich Fresno Limited Partnership's Claim |
| 03/23/07 | 14966 | Debtors' Reply in Further Support of Their Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging One Hundred Nine (109) Time-Barred California Asbestos Claims |

| Date | Docket No.[1] | Record Items |
|------|-----------|--------------|
| 10/14/08 | 19742 | Bankruptcy Court's Memorandum Opinion [Denying Macerich Fresno Limited Partnership's Motion for Summary Judgment on Statute of Limitations, Laches, and Assumption of Risk, and Sustaining Debtors' Objection to the Claim on Statute of Limitations Grounds] |
| 10/14/08 | 19743 | Order Granting Summary Judgment in Favor of Debtors [and Denying Macerich Fresno Limited Partnership's Motion for Summary Judgment on Statute of Limitations, Laches, and Assumption of Risk] |
| 10/24/08 | 19852 | Notice of Appeal filed by Macerich Fresno Limited Partnership |

Macerich designates the following record items of transcripts from hearings held in

Bankr. D. Del., Case No. 01-01139 (JKF):

| Hearing Date | Docket No. | Document Description |
|--------------|------------|----------------------|
| 04/09/07 | 15229 | Transcript of April 9, 2007 Omnibus Hearing – Oral Argument on Summary Judgment Motions |

## II.    Statement of Issues on Appeal

1.    Did the Bankruptcy Court err in granting the Debtors' motion for summary judgment against Macerich and sustaining the Debtors' objections to Macerich's asbestos-related property damage claim on the grounds that it was barred by the California statute of limitations?

2.    Did the Bankruptcy Court err in finding that "Macerich knew it had damages as early as 1988"?  Memorandum Opinion at 3.

3.    Did the Bankruptcy Court err in finding that "Macerich knew it had a claim at the latest in 1996"?  Memorandum Opinion at 3.

4.    Did the Bankruptcy Court err in determining when the statute of limitations for an asbestos property damage claim begins to run under California law and in applying that statute of limitation to Macerich's asbestos-related property damage claim?

5.    Did the Bankruptcy Court err in rejecting a nuisance claim as a theory of recovery for asbestos contamination under California state law?    See Memorandum Opinion at 5.

6.    Did the Bankruptcy Court err in dismissing Macerich's asbestos-related property damage claim on a statute of limitations basis without the development of a proper factual record?

Dated: November 3, 2008           **ASHBY & GEDDES, P.A.**


William P. Bowden (I.D. #2553)
Amanda M. Winfree (I.D. #4615)
500 Delaware Avenue, 8th Floor
P.O. Box 1150
Wilmington, Delaware 19899
Tel: (302) 654-1888

- and -

**PILLSBURY WINTHROP SHAW PITTMAN LLP**
Gerald F. George (CA I.D. #142573)
Rita S. Chan (CA I.D. #234754)
50 Fremont Street
P.O. Box 7880
San Francisco, CA 94120-7880
Tel: (415) 983-1000

*Attorneys for Claimant Macerich Fresno Limited Partnership*