# Notice Recipients

District/Off: 0311−1      User: Brandon      Date Created: 11/4/2008
Case: 01−01139−JKF       Form ID: ntc       Total: 27

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ust         united states trustee
aty         Lawrence A Kalina

                                                                                TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust         Frank J. Perch III         frank.j.perch@usdoj.gov
aty         Daniel K. Hogan            dkhogan@dkhogan.com, keharvey@dkhogan.com
aty         Paul W. Turner             pturner@carlilelawfirm.com
aty         Richard Allen Keuler, Jr.  rkeuler@reedsmith.com
aty         Richard F. Rescho          rrescho2001@yahoo.com
aty         Rosalie L. Spelman         rspelman@potteranderson.com, bankruptcy@potteranderson.com
aty         Stuart B. Drowos           stuart.drowos@state.de.us
aty         Timothy P. Cairns          tcairns@pszjlaw.com

                                                                                TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          W.R. GRACE &CO.         7500 Grace Drive         Columbia, MD 21044
aty         Curtis A. Hehn          Pachulski Stang Ziehl &Jones LLP         919 N. Market Street         17th Floor         Wilmington, DE 19801
aty         Curtis A. Hehn          Pachulski Stang Ziehl Young Jones &Wein         919 N. Market Street         16th Floor         Wilmington, DE 19801
aty         David W. Carickhoff, Jr         Blank Rome LLP         Chase Manhattan Centre         1201 Market Street, Suite 800         Wilmington, DE 19801
aty         David W. Carickhoff, Jr         Blank Rome LLP         Chase Manhattan Centre         1201 Market Street, Suite 800         Wilmington, DE 19801
aty         David W. Carickhoff, Jr         Pachulski Ziehl Stang Ziehl Young Jones         919 N. Market St.         16th Floor         Wilmington, DE 19899
aty         James E. O'Neill        Pachulski Stang Ziehl &Jones LLP         919 North Market Street, 17th Floor         PO Box 8705         Wilmington, DE 19899−8705
aty         James E. O'Neill        Pachulski Stang Ziehl &Jones LLP         919 North Market Street, 17th Floor         P.O. Box 8705         Wilmington, DE 19899−8705
aty         Kathleen P. Makowski    Pachulski Stang Ziehl &Jones LLP         919 North Market Street, 17th Floor         P.O. Box 8705         Wilmington, DE 19899
aty         Kathleen P. Makowski    Pachulski Stang Ziehl &Jones LLP         919 North Market Street, 17th Floor         P.O. Box 8705         Wilmington, DE 19899
aty         Laura Davis Jones       Pachulski Stang Ziehl &Jones LLP         919 North Market Street         17th Floor         Wilmington, DE 19899−8705
aty         Laura Davis Jones       Pachulski Stang Ziehl &Jones LLP         919 N. Market Street         17th Floor         Wilmington, DE 19899−8705
aty         Michael R. Lastowski    Duane Morris LLP         1100 North Market Street         Suite 1200         Wilmington, DE 19801−1246
aty         Paula Ann Galbraith     211 East Ohio # 2618         Chicago, IL 60611
aty         Robert J. Dehney        Morris, Nichols, Arsht &Tunnell         1105 N. Market Street         P. O. Box 1347         Wilmington, DE 19899−1347
aty         Timothy P. Cairns       Pachulski Stang Ziehl Young Jones         919 N. Market Street         17th Floor         Wilmington, DE 19801
aty         William E. Chipman, Jr. Edwards Angell Palmer &Dodge         919 North Market Street         Suite 1500         Wilmington, DE 19801

                                                                                TOTAL: 17