**Attachment B**
**To Fee Application**
**Summary of PwC's Fees By Professional**
September 2008

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended September 30, 2008

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $698.50 | 5.5 | $ 3,841.75 |
| George Bacash | Tax Partner | 30 | Integrated Audit | $588.00 | 2.0 | $ 1,176.00 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $647.70 | 5.5 | $ 3,562.35 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $410.21 | 14.0 | $ 5,742.94 |
| Raul Quiroz | Advisory Manager | 3 | Integrated Audit | $419.10 | 0.3 | $ 125.73 |
| Martin Burkard | Audit Manager | 5 | Integrated Audit | $297.18 | 33.0 | $ 9,806.94 |
| Justin Bray | Audit Senior Manager | 7 | Integrated Audit | $410.21 | 45.3 | $ 18,582.51 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $199.50 | 1.0 | $ 199.50 |
| Molly McCall | Audit Associate | 1 | Integrated Audit | $175.26 | 44.0 | $ 7,711.44 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $227.33 | 52.7 | $ 11,980.29 |
| Lynda Keorlet | Audit Associate | 3 | Integrated Audit | $209.55 | 104.0 | $ 21,793.20 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | $156.21 | 9.7 | $ 1,515.24 |
| Karen Geung | Audit Associate | 3 | Integrated Audit | $223.51 | 0.7 | $ 156.46 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $156.21 | 81.0 | $ 12,653.01 |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | $156.21 | 160.3 | $ 25,040.46 |
| Kristina Johnson | Audit Associate | 2 | Integrated Audit | $123.19 | 46.4 | $ 5,716.02 |
| | | TOTAL | | | 605.4 | $ ,129,603.84 |

Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)

| | Totals |
|---|---|
| | 22.8     $ 3,275.33 |

## Summary of PwC's Fees By Project Category: September 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 22.8 | 3,275.33 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |

| | | |
|---|---|---|
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 605.4 | $129,603.84 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 628.2 | $132,879.17 |

Expense Summary
September 2008

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| Transportation | N/A | $1,423.35 |
| Lodging | N/A | $290.78 |
| Sundry | N/A | $79.49 |
| Business Meals | N/A | $193.90 |
| TOTAL: | | $1,987.52 |