# Exhibit - A

**WR Grace and Co.**
**Fee Application Preparation**
**Month ended September 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **FEE APPLICATION PREPARATION** | | |
| | | |
| **Name: Lynda Keorlet** | | |
| 9/2/2008 | 1.0 | Review July time submissions and compare to team budget |
| 9/8/2008 | 0.8 | Review time charged by Grace staff for August |
| 9/19/2008 | 1.6 | Review August 2008 Bankruptcy Court Applications |
| 9/23/2008 | 0.8 | Review August 2008 Bankruptcy Court Applications |
| 9/24/2008 | 0.4 | Review August 2008 Bankruptcy Court Applications |
| | **4.6** | |
| | | |
| **Name: Melissa Noel** | | |
| 9/2/2008 | 0.2 | prepare email to go to Yaprak |
| | 0.3 | get letters at office and send to Yaprak |
| 9/3/2008 | 0.2 | transfer nonbillable time for July |
| | 0.2 | create bills and finalize for July |
| | | |
| 9/8/2008 | 1.1 | Run WIP's, update templates, and send August email out to team |
| | 0.4 | reconcile July's reports to WIPs |
| | | correspond and send corrections to Grace for Q application; |
| 9/10/2008 | 0.5 | respond to questions about August time reports |
| 9/15/2008 | 0.9 | update templates/ tracker to add Augusts time received |
| | | updating templates with time and expense details received from |
| | 2.4 | Grace team |
| | | update templates with time and expense details received from |
| | | Grace team, correspond with team regarding discrepancies, and |
| | 1.4 | send reminder email out to late submissions |
| | | correspond with team regarding corrections to T&E submissions |
| 9/17/2008 | 1.2 | to courts |
| | | update, edit, and review August spreadsheets.  Send to Manager |
| | 5.1 | for draft approval |
| | | make corrections suggested by management about August |
| | | reports, correspond with team and make adjustments they |
| 9/22/2008 | 1.4 | provide, reconcile reports, create to submit versions |
| 9/24/2008 | 0.6 | pick up check at office |
| 9/24/2008 | 0.4 | prepare August letters |
| 9/24/2008 | 0.2 | Reconcile August and update reconciliation spreadsheet |
| 9/25/2008 | 0.6 | prepare checks to mail and mail them at office |
| 9/25/2008 | 0.3 | create dare spreadsheet and reconcile |
| | | mail August letter, send email out to Yaprak.  Transfer nonbillable |
| 9/26/2008 | 0.8 | hours for August and create invoices for August |
| | **18.2** | |
| | | |
| **Totals** | **22.8** | **Total Grace Time Tracking Charged Hours** |

| Bill Rate | Extended Cost |
|---|---|
| $ 209.55 | $ 209.55 |
| $ 209.55 | $ 167.64 |
| $ 209.55 | $ 335.28 |
| $ 209.55 | $ 167.64 |
| $ 209.55 | $ 83.82 |
| $ 127.00 | $ 25.40 |
| $ 127.00 | $ 38.10 |
| $ 127.00 | $ 25.40 |
| $ 127.00 | $ 25.40 |
| $ 127.00 | $ 139.70 |
| $ 127.00 | $ 50.80 |
| $ 127.00 | $ 63.50 |
| $ 127.00 | $ 114.30 |
| $ 127.00 | $ 304.80 |
| $ 127.00 | $ 177.80 |
| $ 127.00 | $ 152.40 |
| $ 127.00 | $ 647.70 |
| $ 127.00 | $ 177.80 |
| $ 127.00 | $ 76.20 |
| $ 127.00 | $ 50.80 |
| $ 127.00 | $ 25.40 |
| $ 127.00 | $ 76.20 |
| $ 127.00 | $ 38.10 |
| $ 127.00 | $ 101.60 |
| | $ 3,275.33 |

Professional Profiles
WR Grace Time Tracking - Audit
For the Month Ended September 30, 2008

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $698.50 | 5.5 | $ 3,841.75 |
| George Bacash | Tax Partner | 30 | Integrated Audit | $588.00 | 2.0 | $ 1,176.00 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $647.70 | 5.5 | $ 3,562.35 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $410.21 | 14.0 | $ 5,742.94 |
| Raul Quiroz | Advisory Manager | 3 | Integrated Audit | $419.10 | 0.3 | $ 125.73 |
| Martin Burkard | Audit Manager | 5 | Integrated Audit | $297.18 | 33.0 | $ 9,806.94 |
| Justin Bray | Audit Senior Manager | 7 | Integrated Audit | $410.21 | 45.3 | $ 18,582.51 |
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $199.50 | 1.0 | $ 199.50 |
| Molly McCall | Audit Associate | 1 | Integrated Audit | $175.26 | 44.0 | $ 7,711.44 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $227.33 | 52.7 | $ 11,980.29 |
| Lynda Keorlet | Audit Associate | 3 | Integrated Audit | $209.55 | 104.0 | $ 21,793.20 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | $156.21 | 9.7 | $ 1,515.24 |
| Karen Geung | Audit Associate | 3 | Integrated Audit | $223.51 | 0.7 | $ 156.46 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $156.21 | 81.0 | $ 12,653.01 |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | $156.21 | 160.3 | $ 25,040.46 |
| Kristina Johnson | Audit Associate | 2 | Integrated Audit | $123.19 | 46.4 | $ 5,716.02 |
| | | TOTAL | | | 605.4 | $ 129,603.84 |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name:  William T. Bishop, Jr.**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 9/9/2008 | 2.0 | Review audit planning documentation |
| 9/16/2008 | 0.5 | Discuss hedge accounting with J Bray and L Keorlet (PwC) |
| 9/26/2008 | 0.7 | Discuss audit of LIFO accounting change with L Keorlet (PwC) |
| 9/26/2008 | 0.4 | Discuss audit assignments with L Keorlet (PwC) |
| 9/26/2008 | 1.3 | Discuss third quarter accounting issues with E Margolius and L Keorlet (PwC) |
| 9/26/2008 | 0.6 | Discuss accounting impact of Plan of Reorganization with E Margolius and L Keorlet (PwC) |
| | **5.5** | **Total Grace Integrated Audit Charged Hours** |
| | **5.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| | | |

**Name:  George Baccash**

| 9/30/2008 | 2.0 | Discuss Q3, Possible IP trans, and APB23 issue with Alan Gibbons-WR Grace, Elyse Filon: WR Grace and Andre Clark: WR Grace |
| | **2.0** | **Total Grace Integrated Audit Charged Hours** |
| | **2.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| | | |

**Name:  John Newstead**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 9/8/2008 | 2.3 | preparation for meeting with Gloria Kelsee CIO and meeting with CIO, Venkiteswaran, Burkard. |
| 9/8/2008 | 1.2 | Debrief and action from meeting with CIO |
| 9/11/2008 | 1.1 | planning and associated emails |
| 9/11/2008 | 0.9 | planning and budgets |
| | **5.5** | **Total Grace Integrated Audit Charged Hours** |
| | **5.5** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Seshadri Venkiteswaran**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 9/3/2008 | 1.0 | SPA - 404 |
| 9/4/2008 | 2.0 | SPA - 404 - ITGC team mobilization, planning & scoping |
| 9/5/2008 | 2.0 | SPA - 404 - ITGC planning & scoping, discussions with Internal Audit - Barb Summerson (Grace) |
| 9/8/2008 | 4.0 | SOX - ITGC Planning & Scoping, including Meeting with CIO, Gloria Keesee (Grace)- Risk Assessment, IT Projects - SAP GL Upgrade & Entity Level Control discussion |
| 9/25/2008 | 1.0 | SPA - 404 planning & scoping discussions |
| 9/26/2008 | 3.0 | Meeting with Michael Brown, IT Finance (Grace)- GL upgrade project, SOAR replacement, SAP ECC5 |
| 9/29/2008 | 1.0 | SPA - 404 planning & scoping discussions |

| | | |
|------|-------|-------------------------------|
| | **14.0** | **Total Grace Integrated Audit Charged Hours** |
| | **14.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  Raul Quiroz**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/16/2008 | 0.3 | Scoping and coordinating data request for journal entries analysis |

| | 0.3 | **Total Grace Integrated Audit Charged Hours** |
| | 0.3 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Martin Burkard**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/4/2008 | 2.1 | Review of prior year planning materials |
| 9/4/2008 | 0.2 | Preparation of planning discussion agenda for transition meeting with Senior Manager |
| 9/4/2008 | 1.4 | Transition Meeting with Senior Manager for on-boarding |
| 9/4/2008 | 0.3 | Creation of scoping to-do list |
| 9/5/2008 | 1.1 | Creation of draft scope and budget |
| 9/5/2008 | 1.0 | Team Discussion with Senior Manager and Associate on approach and staffing needs |
| 9/5/2008 | 0.3 | Definition of staffing needs in terms of technical skills for SAP reviews and timing |
| 9/5/2008 | 0.4 | Staff Availability Discussion with Resource Manager on available SAP SMEs |
| 9/5/2008 | 0.5 | Preparation of planning agenda for CIO Meeting on next Monday |
| 9/5/2008 | 0.2 | Review of independence list for Grace |
| 9/5/2008 | 0.5 | Call with SAP SME that can work on Grace to give scoping information |
| 9/8/2008 | 1.1 | Planning Discussion Meeting with CIO (Gloria Keessee, Grace) |
| 9/8/2008 | 0.5 | PwC Internal Recap and Regroup based on CIO Planning Discussion |
| 9/8/2008 | 0.8 | Preparation of planning notes. |
| 9/8/2008 | 0.4 | Planning Discussion with Head of Internal Audit (Ed Bull, Grace) |
| 9/8/2008 | 0.3 | Meeting Coordination with Internal Audit IT Audit Manager (Barb Summerson, Grace) |
| 9/8/2008 | 0.3 | Staffing Discussion with SPA Partner and Senior Manager |
| 9/8/2008 | 0.6 | Team discussion of new implementations identified by CIO for scoping |
| 9/8/2008 | 1.0 | Discussion of Grace implementation projects from CIO Meeting with Core Assurance Acting Manager and SPA Partner and Senior Manager |
| 9/11/2008 | 1.6 | Meeting with Internal Audit IT Audit Manager B.Summerson regarding IT planning. |
| 9/11/2008 | 1.1 | Meeting with Core Assurance Team Acting Manager regarding system implementations |
| 9/11/2008 | 1.4 | Call with Core Assurance Senior Manager, Acting Manager, and Senior on agreeing the initial risk assessment of new implementations |
| 9/11/2008 | 2.3 | Prepare planning documents. |
| 9/11/2008 | 1.6 | Draft Memo to document results of risk assessment discussions over new implementations |
| 9/22/2008 | 0.5 | Validating timeline with IT departments |
| 9/22/2008 | 0.4 | Finalizing the SME staffing with resource manager |
| 9/22/2008 | 1.1 | Review of draft documents rolled forward by Associate |
| 9/26/2008 | 1.6 | Meeting with Grace Management M. Brown, M. Dunbar to discuss system |
| 9/26/2008 | 0.6 | Finalize planning memo with risk assessment on new system implementations |
| 9/26/2008 | 0.6 | Meeting with Grace - T. Makino to discuss the applications compilation. |
| 9/26/2008 | 1.4 | Meeting with Grace IT - E. Taylor to discuss system implementations. |
| 9/26/2008 | 2.8 | Reviewing client's IT controls matrices for current year |
| 9/26/2008 | 2.0 | Reviewing client's business controls matrices for current year |
| 9/29/2008 | 1.0 | Briefing and approach discussion with team senior who just boarded on |

| | **33.0** | **Total Grace Integrated Audit Charged Hours** |
|--|----------|------------------------------------------------|

| | **33.0** | **Total Hours** |
|--|----------|-----------------|

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Justin Bray**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 9/8/08 | 3.6 | Review planning documentation |
| | 1.2 | Status meeting with engagement team (E. Margolius & L. Koerlet, PwC) |
| 9/9/08 | 0.9 | Review LIFO to FIFO change information |
| | 1.3 | Research and review information relating to hedge accounting |
| | 3.0 | Review planning documentation |
| 9/10/08 | 0.4 | Research and review information relating to hedge accounting |
| | 1.9 | Review planning documentation |
| 9/11/08 | 2.2 | Research and review information relating to hedge accounting |
| 9/12/08 | 1.3 | Conference call with Grace-Davison (German, Controller, and his team) and L. Koerlet (PwC) to discuss hedge accounting |
| 9/15/08 | 2.7 | Grace Lean Week meeting |
| 9/16/08 | 7.5 | Grace Lean Week meeting |
| | 1.2 | Review planning documentation |
| 9/17/08 | 8.3 | Grace Lean Week meeting |
| 9/18/08 | 3.4 | Grace Lean Week meeting |
| | 3.3 | Review planning documentation |
| 9/29/08 | 3.1 | Review of plan of reorganization / disclosure statement |
| | **45.3** | **Total Grace Integrated Audit Charged Hours** |
| | **45.3** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Jacqueline Calvo**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/26/2008 | 1.0 | Read Grace reorg and disclosure information sent by Lynda Keorlet, PwC Auditor |
| | **1.0** | **Total Grace Integrated Audit Charged Hours** |
| | **1.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: Molly McCall** | | |
| 9/4/2008 | 1.1 | Planning Meeting with PwC. |
| 9/4/2008 | 0.4 | Prepare planning documents. |
| 9/5/2008 | 0.7 | Planning Meeting with PwC. |
| 9/5/2008 | 3.7 | Prepare meeting agendas and documents for Monday's meetings. |
| 9/8/2008 | 0.9 | Prepare meeting agendas and documents for Monday's meetings. |
| 9/8/2008 | 2.1 | Meeting with PwC and Grace - G. Keesee, K. Wright to discuss the IT audit. |
| 9/8/2008 | 3.9 | Follow up tasks from meeting. |
| 9/8/2008 | 1.1 | Prepare planning documents. |
| 9/9/2008 | 3.5 | Prepare planning and scoping documents. |
| 9/10/2008 | 2.0 | Prepare planning documents. |
| 9/11/2008 | 1.4 | Meeting with PwC and Grace - B.Summerson regarding IT planning. |
| 9/11/2008 | 1.2 | Meeting with PwC regarding system implementations |
| 9/11/2008 | 2.2 | Prepare planning documents. |
| 9/12/2008 | 1.6 | Follow up on planning tasks. |
| 9/12/2008 | 1.4 | Coordinate meetings with client contacts. |
| 9/15/2008 | 3.5 | Complete the IT controls analysis. |
| 9/16/2008 | 0.5 | Respond to emails. |
| 9/19/2008 | 1.1 | Plan and coordinate meetings. |
| 9/19/2008 | 0.9 | Populate a meeting request list. |
| 9/22/2008 | 0.5 | Coordinate meetings with client contacts and follow up on planning tasks. |
| 9/23/2008 | 0.3 | Coordinate meetings with client contacts and follow up on planning tasks. |
| 9/23/2008 | 1.2 | Populate PBCs. |
| 9/24/2008 | 1.0 | Create meeting agenda, complete PBCs. |
| 9/25/2008 | 0.5 | Complete PBCs. |
| 9/26/2008 | 1.4 | Meeting with PwC and Grace - M. Brown, M. Dunbar to discuss system implementations. |
| 9/26/2008 | 0.6 | Meeting with PwC and Grace - T. Makino to discuss the applications compilation. |
| 9/26/2008 | 0.4 | Meeting with PwC and Grace - E. Taylor to discuss system implementations. |
| 9/26/2008 | 1.6 | Discuss planning and prepare for system implementation meeting. |
| 9/26/2008 | 3.3 | Complete follow ups from system implementation meeting. |
| | **44.0** | **Total Grace Integrated Audit Charged Hours** |
| | **44.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Erica Margolius**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 9/2/2008 | 0.2 | Review of Germany Controls for PwC Germany controls testing. |
| 9/3/2008 | 1.0 | Participate in an internal 404 status update meeting for Grace. |
| 9/3/2008 | 0.1 | Email L. Gardner, Grace, about 2008 environmental reserves testing |
| 9/4/2008 | 0.3 | Send emails to SPA about Grace test plan and meetings as well as approve access to databases in TeamFind |
| 9/4/2008 | 0.2 | Meet with Barb Summerson, Grace, regarding blackline tool |
| 9/5/2008 | 0.3 | Prepare for lean week meeting with Grace; put together a draft year end audit schedule. |
| 9/5/2008 | 0.2 | Prepare for lean week meeting with Grace; put together the budget. |
| 9/5/2008 | 0.2 | Prepare for SPA's visit to Grace on Monday. |
| 9/5/2008 | 0.2 | Review 2008 physical inventory schedule for Grace. |
| 9/8/2008 | 0.2 | Send an email to PwC UK about census data testing procedures |
| 9/8/2008 | 0.4 | Meet with Justin to review inter-office instruction letters to Grace international teams. |
| 9/8/2008 | 0.3 | Meet with SPA team to review audit approach. |
| 9/8/2008 | 0.2 | Prepare for SPA meeting with Gloria Kessee, Grace |
| 9/8/2008 | 0.6 | Meet with SPA team to review 2008 / 2009 IT upgrades and projects |
| 9/11/2008 | 0.7 | Prepare for and join meeting with SPA team to review testing approach for IT upgrades and projects |
| 9/15/2008 | 5.5 | Participate in Grace lean week training. |
| 9/15/2008 | 0.1 | Send email to M. Burkhard, PwC, regarding meeting with M. Brown, Grace. |
| 9/16/2008 | 0.5 | Participate in meeting with B. Bishop and J. Bray, PwC, on component materiality |
| 9/16/2008 | 6.0 | Participate in Six Sigma lean week project for year end Grace audit. |
| 9/17/2008 | 0.7 | Meeting with Lynda to discuss roles and responsibilities for third quarter. |
| 9/17/2008 | 0.2 | Meeting with M. Brown, Grace, to set up meeting with SPA and review IT projects |
| 9/17/2008 | 7.0 | Participate in Six Sigma lean week project for year end Grace audit. |
| 9/17/2008 | 0.1 | Set up meeting for Self-Insurance Reserves for year end Grace audit. |
| 9/18/2008 | 0.2 | Meet with Justin Bray, PwC, to review Q3 approach |
| 9/18/2008 | 6.5 | Participate in Six Sigma lean week project for year end Grace audit. |
| 9/18/2008 | 0.4 | Prepare for six sigma presentation to Grace Management. |
| 9/19/2008 | 0.2 | Debrief with J. Pelton, Grace, on six sigma project. |
| 9/19/2008 | 0.4 | Meeting with M. Brown, Grace, to prepare for SPA meeting. |
| 9/19/2008 | 0.4 | Prepare for six sigma presentation to Grace Management. |
| 9/19/2008 | 2.2 | Present six sigma presentation and watch other lean week presentations. |
| 9/22/2008 | 0.2 | Participate in meeting on defining and aggregating Grace key reports and spreadsheets. |
| 9/22/2008 | 0.8 | Finalize international audit deliverables for Grace. |
| 9/22/2008 | 0.3 | Grant N. Johnson, PwC, access to the Grace databases. |
| 9/22/2008 | 0.3 | Preparation for Comperio / ADC meeting with Grace |
| 9/22/2008 | 0.6 | Review list of international contacts and email international audit instruction letters. |
| 9/22/2008 | 0.3 | Review of final Germany test plan |
| 9/22/2008 | 0.9 | Review of Q3 Budget |
| 9/23/2008 | 1.0 | Meet with A. Lueck and P. Katsiak, PwC, to debrief on lean week and review PBC list |
| 9/23/2008 | 1.1 | Review Comperio and ADC with Grace |
| 9/24/2008 | 0.4 | Set up Q3 database |
| 9/24/2008 | 0.3 | Meet with M. Brown, Grace, to review agenda for IT meeting. |
| 9/24/2008 | 0.2 | Discussion with A. Lueck, PwC, on spreadsheet testing. |
| 9/25/2008 | 0.8 | Participate in a Grace lean week debrief meeting |
| 9/25/2008 | 0.2 | Prepare for lean week debrief meeting. |
| 9/25/2008 | 0.9 | Review third quarter document request list. |
| 9/26/2008 | 0.3 | Compile a list of Q3 audit issues for the Grace third quarter review. |
| 9/26/2008 | 0.1 | Email J. Posner, Grace, with follow up items from self insurance reserves meeting. |
| 9/26/2008 | 1.5 | Participate in meeting with M. Brown, Grace. |
| 9/26/2008 | 0.9 | Participate in document request list kick-off meeting with T. Puglisi, Grace. |
| 9/26/2008 | 0.7 | Prepare for and participate in self insurance reserves kick-off meeting. |
| 9/26/2008 | 0.2 | Prepare for meeting with M. Brown, Grace |
| 9/26/2008 | 0.3 | Prepare for meeting with T. Puglisi, Grace, to review document request list. |
| 9/26/2008 | 0.3 | Prepare for Q3 significant issues with B. Bishop, PwC |
| 9/26/2008 | 1.8 | Participate in a Q3 significant issues with B. Bishop, PwC. |
| 9/26/2008 | 0.4 | Prepare for planning meeting with SPA team. |
| 9/29/2008 | 0.2 | Email J. Bray, PwC, explaining proposed Grace Q3 audit issues. |
| 9/29/2008 | 1.8 | Respond to international teams and set up international contact list for fiscal year 2008. |
| 9/29/2008 | 0.3 | Review emails from international teams. |
| 9/29/2008 | 0.1 | Discuss with A. Lueck, PwC, the potential IT implications of price upgrades and IT projects |
| | **52.7** | **Total Grace Integrated Audit Charged Hours** |
| | **52.7** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name: Lynda Keorlet**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 9/2/2008 | 0.4 | Review Grace articles on Factiva |
| | 0.8 | Review schedule of physical inventory observations and discuss with P.Katsiak (PwC) |
| | 0.2 | Discuss Q3 timeline with T.Puglisi (Grace) |
| | 1.0 | Review Germany control test plan and provide feedback |
| 9/3/2008 | 0.2 | Discuss physical inventory observation plan with P.Katsiak (PwC) |
| | 0.4 | Review 404 status and database (general) |
| | 0.4 | Review Lake Charles Sales Order Processing documentation |
| | 0.5 | Review Lake Charles Procurement documentation |
| | 0.4 | Review Curtis Bay Procurement documentation |
| | 0.6 | Meet with E.Bull, K.Saraiya, B.Dockman, G.Huerta, and B.Gardner (all Grace) on hedge effectiveness testing |
| | 0.4 | Research FAS 133 for Grace hedging programs and email J.Bray (PwC) on results of above meeting |
| | 1.3 | Review Curtis Bay Inventory matrices |
| | 0.8 | Update Internal Audit meeting agenda and schedules |
| | 1.0 | Meet with E.Margolius, P.Katsiak, and A.Lueck (all PwC) to discuss 404 testing status |
| 9/4/2008 | 0.5 | Meet with G.Huerta and B.Gardner (both Grace) to discuss FAS 133 |
| | 0.4 | Prepare for FAS 133 meeting above |
| | 1.3 | Meet with A.Lueck (PwC) and E.Bull, K.Saraiya, G.Huerta, K.Chen (all Grace) to discuss 404 testing status |
| | 0.2 | Prepare for above meeting by reviewing updated Summary of Aggregated Deficiencies |
| | 0.2 | Review Grace inventory observation schedule and confirmation emails from plant controllers |
| 9/5/2008 | 1.5 | Update 2008 Grace calendar to plan for staff time |
| | 0.2 | Discuss LIFO restatement with M.Joy (Grace) |
| | 1.3 | Develop prior year metrics for Grace lean week |
| | 0.3 | Update Grace Construction Products inventory scoping and discuss with E.Margolius (PwC) |
| 9/8/2008 | 0.5 | Discuss LIFO restatement audit process with J.Bray (PwC) |
| | 0.2 | Add team members to year end Grace database access |
| 9/9/2008 | 1.0 | Discuss Grace natural gas hedges with J.Bray (PwC) |
| | 0.5 | Discuss Grace year end audit with J.Bray (PwC) |
| 9/10/2008 | 0.4 | Meet with A.Lueck (PwC) for 404 update |
| | 0.3 | Review 404 budget to actual analysis |
| | 0.3 | Update agenda for internal audit meeting |
| | 0.2 | Review Grace hedge effectiveness analysis |
| | 0.2 | Follow up on Darex Puerto Rico report status |
| 9/11/2008 | 1.0 | Review Grace hedge effectiveness analysis and discuss with J.Bray (PwC) |
| | 0.5 | Review 2008 update testing memo |
| | 0.4 | Review Corporate Treasury work performed for 404 |
| | 0.3 | Review Grace Construction Products Procurement work performed for 404 |
| | 0.3 | Review Payroll work performed for 404 |
| 9/12/2008 | 2.0 | Work on LIFO Restatement project, specifically Q1 2006 period |
| | 1.2 | Meet with A.Lueck (PwC) and E.Bull, K.Saraiya, G.Huerta, K.Chen, P.DeGele, G.Arnold (all Grace) to discuss 404 testing status |
| | 0.3 | Discuss SPA team progress with A.Lueck (PwC) |
| | 0.2 | Review SOAR controls listing |
| | 1.3 | Review guidance and create agenda for FAS 133 meeting |
| | 0.7 | Attend hedge effectiveness meeting with J.Bray (PwC), G.Huerta (Grace), and B.Gardner (Grace) |
| | 0.3 | Review guidance related to lower of cost or market inventory valuation |
| 9/15/2008 | 5.5 | Attend Grace lean week training meeting |
| | 3.0 | Work on LIFO Restatement project, specifically opening balance restatement period |
| 9/16/2008 | 5.2 | Attend Grace lean week meeting for Financial Statement Audit Project |
| | 0.2 | Discuss 404 testing status with A.Lueck (PwC) |
| | 2.5 | Work on LIFO Restatement project, specifically Q1 2006 period |
| 9/17/2008 | 5.5 | Attend Grace lean week meeting for Financial Statement Audit Project |
| | 0.3 | Email team on journal entry test plan |
| | 2.4 | Work on LIFO Restatement project, specifically Q2 2006 period |
| 9/18/2008 | 4.2 | Attend Grace lean week meeting for Financial Statement Audit Project |
| | 0.5 | Discuss tax controls status with K.Saraiya (Grace) |
| | 1.5 | Meet with E.Bull, K.Saraiya, B.Dockman (all Grace) on significant 404 matters for the year |
| | 1.0 | Work on LIFO Restatement project, specifically Q2 2006 period |
| 9/19/2008 | 2.0 | Attend Grace lean week meeting for presentations |
| | 0.4 | Coordinate follow up of lean week project with Grace team |
| | 1.4 | Work on LIFO Restatement project, specifically Q2 2006 period |
| 9/22/2008 | 1.0 | Discuss Q3 Responsibility Matrix and Budget with E.Margolius and A.Lueck (both PwC) |
| | 0.3 | Research Comperio and Automated Disclosure Checklist Access for Grace |
| | 0.4 | Review Davison inventory presentation and calendar and provide comments |
| | 0.4 | Review GCP inventory presentation and calendar and provide comments |
| | 0.3 | Respond to Grace ART KK inventory questions from Grace Japan |
| | 0.3 | Review key reports email from A.Lueck (PwC) and discuss with E.Margolius (PwC) |
| | 4.0 | Work on LIFO Restatement project, specifically Q3 2006 period |
| | 1.2 | Review Corporate Treasury work performed for 404 |
| 9/23/2008 | 1.3 | Attend Q3 Audit Control Tool meeting with E.Margolius, A.Lueck, and P.Katsiak (all PwC) |

| Date | Hours | Description |
|---|---|---|
| | 1.1 | Attend Comperio and Automated Disclosure Checklist meeting with E.Margolius (PwC), G.Huerta, V.Leo, T.Dyer, T.Puglisi, M.Brown (all Grace) |
| | 1.0 | Review Cambridge 404 matrices and send comments to A.Lueck (PwC) |
| | 0.6 | Review Q3 GCP request list and discuss with K.Geung (PwC) |
| | 3.0 | Work on LIFO Restatement project, specifically year end 2006 period |
| | 0.6 | Work on LIFO Restatement project, specifically Q1 2007 period |
| 9/24/2008 | 1.5 | Work on LIFO Restatement project, specifically Q1 2007 period |
| | 0.3 | Email K.Geung (PwC) on interim GCP test plan |
| | 1.0 | Work on LIFO Restatement project, specifically Q1 2007 period |
| | 1.7 | Work on LIFO Restatement project, specifically Q2 2007 period |
| | 0.5 | Meet with A.Lueck and P.Katsiak (both PwC) to discuss 404 status |
| | 0.8 | Review Corporate Payroll work performed for 404 |
| 9/25/2008 | 0.5 | Review Incentive Compensation work performed for 404 |
| | 0.4 | Review Lake Charles Sales Order Processing work performed for 404 |
| | 0.7 | Review Davison Credit & Collections work performed for 404 |
| | 0.3 | Review Curtis Bay Procurement work performed for 404 |
| | 0.2 | Review Lake Charles Procurement work performed for 404 |
| | 0.2 | Send S.Hawkins (Grace) August Financial Statement Disclosure Checklist |
| | 0.2 | Review Chemicals 101 training plans with team |
| | 1.0 | Review Cambridge 404 matrices and send comments to A.Lueck (PwC) |
| | 0.2 | Call with R.Quiroz (PwC) to discuss Grace process for journal entry testing |
| | 1.0 | Meet with T.Dyer, G.Huerta, V.Leo, T.Puglisi (all Grace) and E.Margolius (PwC) on lean week project status |
| | 0.6 | Edit Q3 Audit Control Tool to send to Grace |
| | 0.3 | Request Automated Disclosure Checklist access for T.Puglisi (Grace) |
| | 2.4 | Work on LIFO Restatement project, specifically Q3 2007 period |
| 9/26/2008 | 0.5 | Discuss future engagement team planning with B.Bishop (PwC) |
| | 1.2 | Discuss Q3 issues and planning with B.Bishop (PwC) |
| | 0.8 | Discuss LIFO Restatement with B.Bishop (PwC) |
| | 3.0 | Work on LIFO Restatement project, specifically 2007 period |
| | 2.2 | Read Disclosure Statement on Plan of Reorganization |
| 9/30/2008 | 0.5 | Meet with G.Huerta and B.Gardner (Grace) and P.Katsiak (PwC) for Audit Control Tool plan for Q3 |
| | 0.3 | Research 9/30 Henry Hub gas futures pricing for Grace derivatives |
| | 2.5 | Create Grace lean week debrief powerpoint for team meeting |
| | 0.4 | Discuss tie out procedure updates with S.Rahmani (PwC) |
| | 0.5 | Create meeting agenda for Audit Control tool meeting with Davison team |
| | 0.8 | Read "Commodities Risk in Chemicals Sector" for relevance to Grace |

| | 104.0 | **Total Grace Integrated Audit Charged Hours** |

| | 104.0 | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Shahin Rahmani**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 9/29/2008 | 1.2 | Set up the international deliverables in the database. |
| | 2.3 | Mapping out the 12/31/2006 financial statement tie out to our database so that future tie-outs of the 10K are more efficient |
| | 0.3 | Discussed with Erica Margolius what I am supposed to do for the mapping of the 12/31/2006 10K |
| 9/30/2008 | 1.1 | Updated the International PwC Partner list for Grace Global.  Researched the US Independence Policy database to find answers to some of the questions the foreign partners had. |
| | 4.3 | Mapping out the 12/31/2006 financial statement tie out to our database so that future tie-outs of the 10K are more efficient |
| | 0.5 | Inventory meeting with Pavel Katsiak, Adam Lueck, and Nicole Johnson (PwC) |
| | **9.7** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Karen Geung**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 9/22/2008 | 0.5 | I reviewed and prepared the GCP Q3 request list to incorporate new items to be consistent with the Q3 procedures of Davison. |
| 9/23/2008 | 0.2 | I discussed the GCP Q3 request list via email and phone call with L. Keorlet, PwC. |
| | **0.7** | **Total Grace Integrated Audit Charged Hours** |
| | **0.7** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name: Pavel Katsiak** | | |
| 9/2/2008 | 0.5 | Scheduling a call for Inventory for Chattanooga, TN |
| 9/2/2008 | 0.6 | Meeting with L. Keorlet to discuss the plan for inventories testing for 2008 year end audit |
| 9/2/2008 | 1.1 | Meeting with B. Gardner to test bank reconciliations for Credit and Collections |
| 9/2/2008 | 1.4 | Documentation of controls testing and walkthrough for Credit and Collections |
| 9/2/2008 | 0.9 | Preparation of the schedule for inventory testing for 2008 year end |
| 9/2/2008 | 1.7 | Uploading process flows for various controls from SOX portal to PwC database |
| 9/2/2008 | 2.3 | Documentation of controls testing for Chicago 51st street (Inventory) |
| 9/3/2008 | 0.9 | Testing of controls for GL Close process |
| 9/3/2008 | 0.9 | Status update meeting with A. Lueck, L. Keorlet, E. Margolius (PwC) |
| 9/3/2008 | 0.5 | Meeting with G. Huerta to conduct a walkthrough of Specialized Inventory Accounts controls |
| 9/3/2008 | 1.9 | Review of Internal Audits work for Treasury for controls that PwC is planning to rely on |
| 9/3/2008 | 1.3 | Updating control matrices with Internal Audits testing from SOX portal |
| 9/3/2008 | 0.7 | Assisting Adam with budget (hours per summary did not match detail for P. Katsiak) |
| 9/3/2008 | 2.3 | Documentation of 404 work for GL Close process |
| 9/4/2008 | 1.6 | Making edits to the documentation for various 404 controls |
| 9/4/2008 | 1.3 | Testing of controls for GL Close |
| 9/4/2008 | 1.1 | Review and documentation of support for Chicago 51st goods receipts controls |
| 9/4/2008 | 1.1 | Communication with M. Hayward regarding GCP sites, finalization of the schedule of the sites to be visited |
| 9/4/2008 | 0.8 | Communication with G. Huerta and B. McKenzie regarding Davison sites to coordinate details for sites to be visited. |
| 9/4/2008 | 2.1 | Documentation of 404 testing for GL close |
| 9/5/2008 | 2.5 | Making edits to the documentation for various 404 controls |
| 9/5/2008 | 1.2 | Meeting with N. Filatova to conduct Specialized Inventory Accounts walkthrough |
| 9/5/2008 | 1.1 | Review of Inventory Observation Schedule (making edits, communicating results to the team, etc) |
| 9/5/2008 | 0.9 | Testing controls for Specialized Inventory Accounts |
| 9/5/2008 | 0.7 | Documentation of the walkthrough for Specialized Inventory Accounts |
| 9/22/2008 | 0.8 | Setting up a call with Chattanooga, TN plant to prepare for a visit for inventory observation |
| 9/22/2008 | 1.1 | Communicating with Michelle  Hayward (Grace) regarding inventory dates for GCP sites, finalization of the schedule |
| 9/22/2008 | 1.9 | Preparing Power Point presentation outlining methodology, approach and plan for physical inventories |
| 9/22/2008 | 1.0 | Responding to various e-mails regarding inventory, 404 and other |
| 9/23/2008 | 0.4 | Review if Inventory calendar/Communication with Lynda regarding the dates and responsibilities |
| 9/23/2008 | 1.0 | Call with Chattanooga Plant (Bob Hoover, Grace) to discuss the upcoming trip to Chattanooga for inventory observation |
| 9/23/2008 | 2.2 | Making arrangements for the Chattanooga trip (ordering airline tickets, booking hotel, etc.) |
| 9/23/2008 | 1.3 | Meeting with Erica Margolius (PwC) and Lynda Keorlet (PwC) to discuss the new PBC list and new tools that are going to be used in Q3 2008 |
| 9/23/2008 | 0.6 | Putting PBC list together for Q3 2008 |
| 9/24/2008 | 1.0 | Putting PBC list together for Q3 2008 |
| 9/24/2008 | 0.4 | Meeting with Lynda Keorlet (PwC) to go over the PBC list/review of the final version of the PBC list |
| 9/24/2008 | 0.7 | Meeting with Adam Lueck (PwC) and Lynda Keorlet (PwC) for an update meeting for 404 work performed |
| 9/24/2008 | 1.3 | Review of the proposed edits for Treasury and Revenue and Receivables for controls testing documentation |
| 9/24/2008 | 1.6 | Making proposed edits in the documentation of the Treasury Process |
| 9/25/2008 | 1.4 | Creating Q3 database/Communicating with Erica (PwC) regarding various aspects of database creation |
| 9/25/2008 | 2.2 | Making proposed edits in the documentation of the Credit and Collections Process |
| 9/25/2008 | 1.3 | Preparation of the templates for inventories documentation, review of the updated PwC checklist, preparation of the documentation template |
| 9/25/2008 | 0.6 | Adding various members and roles to Q3 database |

| Date | Hours | Description |
|---|---|---|
| 9/26/2008 | 0.5 | Review of the 404 plan and remaining work to be done. Planning of the walkthrough meetings |
| 9/26/2008 | 0.8 | Communication with Adam Lueck (Grace) regarding key spreadsheets testing |
| 9/26/2008 | 2.1 | Preparation for travel to Chattanooga, TN (printing travel documents, directions, other documents needed for traveling) |
| 9/26/2008 | 1.0 | Meeting with Nicole Johnson (PwC) to discuss plan for Chattanooga inventory visit |
| 9/26/2008 | 0.4 | Preparation for the meeting with Nicole Johnson (PwC) - review of the presentation slides etc. |
| 9/26/2008 | 0.7 | Communication with David McLaughlin (Grace) regarding the time for conference calls for Chicago, IL |
| 9/28/2008 | 6.0 | Inventory Observation at Chattanooga Plant |
| 9/28/2008 | 1.3 | Documentation of the inventory observation at Chattanooga Plant |
| 9/28/2008 | 0.7 | Communicating with B. McKenzie with the follow up questions from the inventory count at Chattanooga Plant |
| 9/29/2008 | 0.9 | Follow up on questions with B. McKenzie and J. White |
| 9/29/2008 | 1.5 | Review of the supporting documentation provided as a support for adjusted balances at Chattanooga Plant |
| 9/29/2008 | 4.2 | Inventory Observation at Kenco Warehouse (for Chattanooga Plant) |
| 9/29/2008 | 0.7 | 50% travel time: Traveling from Chattanooga to Washington, DC |
| 9/30/2008 | 3.8 | Documentation of the Kenco Warehouse inventory Observation (for Chattanooga Plant) |
| 9/30/2008 | 0.7 | Follow up on questions with B. McKenzie and J. White regarding missing reports for Kenco warehouse |
| 9/30/2008 | 1.3 | Performing testing for SAP balances for Kenco warehouse piece of the inventory observation |
| 9/30/2008 | 2.2 | Performing testing (and documenting) for SAP balances for Chattanooga Plant piece of the inventory observation |
| | **81.0** | **Total Grace Integrated Audit Charged Hours** |
| | **81.0** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

ame: **Adam Lueck**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 9/2/2008 | 3.5 | I am completing testing and walk through documentation for the Chicago 65th St. procurement process. |
| | 1.5 | I am completing testing and walk through documentation for the Chicago 51St. Darex sales order process. |
| | 1.4 | I am completing testing and walk through documentation for the Chicago 51St. SBM sales order process. |
| | 1.6 | I am completing testing and walk through documentation for the Chicago 51St. SCC sales order process. |
| 9/3/2008 | 0.9 | I am creating a meeting agenda for the weekly Internal Audit meeting. |
| | 1.2 | I am updating the PwC budget. |
| | 0.4 | I am reviewing testing results of the Lake Charles, LA procurement process. |
| | 0.6 | I am meeting with Garrett Arnold (Grace) regarding the general ledger close processes, and spreadsheet testing.. |
| | 0.2 | I am meeting with Garrett Arnold (Grace) regarding the environmental health and safety process. |
| | 0.3 | I am meeting with Kristy Chen (Grace) regarding the Lake Charles procurement process. |
| | 0.3 | I am meeting with Barb Summerson (Grace) regarding the German process review. |
| | 0.7 | I am reviewing the Davison capital asset management process in preparation for walk through and testing procedures. |
| | 0.6 | I am creating a testing plan for the Davison capital asset management process. |
| | 1.3 | I am walking through the Davison capital asset management process with Joe Bahorich an Phil DeGele, Grace. |
| | 0.3 | I am meeting with Phil Degree, Grace, regarding fixed asset testing. |
| | 1.0 | I am meeting with the audit team regarding 404 procedures. |
| | 0.2 | I am updating the Summary of Aggregate deficiencies. |
| 9/4/2008 | 0.6 | I am updating the PwC 404 testing schedule to reflect results of testing. |
| | 1.5 | I am reviewing Internal Audit's Sarbanes Oxley portal to see outstanding documentation. |
| | 0.3 | I am updating the Summary of Aggregate deficiencies. |
| | 1.2 | I am attending the Internal Audit update meeting. |
| | 1.7 | I am completing goods receipts testing for Chicago 65th St. |
| | 0.3 | I am reviewing prior year automated control testing procedures. |
| | 1.2 | I am researching guidance regarding testing exceptions. |
| | 1.2 | I am reviewing the Chicago 71st St. payroll process. |
| 9/5/2008 | 1.9 | I am reviewing the Chicago 51st St. inventory management testing procedures. |
| | 1.7 | I am reviewing the Chicago 71st St. inventory management testing procedures. |
| | 1.3 | I am reviewing the Chicago 51st St. procurement testing procedures. |
| | 1.6 | I am reviewing the Davison Columbia credit and collections process. |
| | 1.8 | I am updating the Davison Worms test plan. |
| | 0.2 | I am meeting with Phil DeGele, Grace, regarding the GCP capital asset management process. |
| | 0.1 | I am meeting with Barb Summerson, Grace, regarding the Worms, Germany, test plan. |
| | 0.9 | I am reviewing the Corporate treasury process. |
| 9/8/2008 | 1.1 | I am meeting with Krishna Saraiya, Grace, regarding 404 testing results. |
| | 1.4 | I am reviewing the Davison sales order process. |
| | 0.8 | I am creating a test plan for the Davison sales order process. |
| | 1.7 | I am reviewing the Corporate payroll process. |
| 9/9/2008 | 0.8 | I am updating the Grace budget |
| | 0.1 | I am meeting with Krishna Saraiya, Grace, regarding the credit and collections process. |
| | 0.4 | I am meeting with Ed Henry, Grace, regarding German 404 testing. |
| | 0.8 | I am meeting with Larry Marchman, Grace, regarding the Davison sales order process. |
| | 0.9 | I am meeting with Linda Anton, Grace, regarding the Davison sales order process. |
| | 2.1 | I am documenting the results of the Davison sales order process walk through procedures. |

| | | |
|---|---|---|
| | 0.3 | I am meeting with German Huerta, Grace, regarding the Davison search for unrecorded liabilities control. |
| | 0.1 | I am discussing with Victor Leo, Grace, the GCP search for unrecorded liabilities control. |
| | 1.2 | I am documenting the capital asset management walk through procedures. |
| | 1.3 | I am testing and documenting the results of the Corporate payroll process. |
| 9/10/2008 | 1.4 | I am updating the Grace budget. |
| | 0.3 | I am reviewing the Davison Sales order process. |
| | 0.8 | I am meeting with Billie Gardner, Grace, regarding the Davison sales order process. |
| | 1.2 | I am completing documentation of the Corporate payroll process. |
| | 0.4 | I am creating an agenda for the internal audit update meeting. |
| | 0.9 | I am updating the 404 review schedule. |
| | 2.1 | I am testing documentation from the Davison sales order process. |
| | 0.3 | I am reviewing the update testing memo. |
| | 0.7 | I am researching guidance regarding update testing methodology. |
| | 0.4 | I am meeting with Lynda Keorlet (PwC) regarding 404 update. |
| 9/11/2008 | 0.7 | Evaluating the operating effectiveness of controls related to the Cambridge processes. |
| | 0.9 | I am updating the results of walkthrough procedures related to the Cambridge processes. |
| | 1.8 | Evaluating the operating effectiveness of controls related to the Chicago 51st St. processes. |
| | 0.7 | I am updating the results of walkthrough procedures related to the Chicago 51st St. processes. |
| | 1.1 | Evaluating the operating effectiveness of controls related to the Chicago 65th St. processes. |
| | 1.8 | I am meeting with the PwC IT team regarding Grace systems updates. |
| 9/12/2008 | 1.6 | I am reviewing the results of internal audit testing procedures. |
| | 0.9 | Evaluating the operating effectiveness of controls related to the Chicago 65th St. processes. |
| | 0.6 | I am preparing a test plan regarding reperformance of internal audit's German work. |
| | 1.1 | I am attending the Internal Audit update meeting. |
| | 0.7 | I am preparing materials for the update meeting. |
| | 0.2 | I am discussing the agenda for the Internal Audit update meeting with Lynda Keorlet, PwC. |
| | 0.3 | I am updating the Grace database to reflect testing results of Chicago 51st St. plant. |
| | 0.6 | I am updating the Grace database to reflect testing results of Chicago 65thst St. plant. |
| | 0.3 | I am updating the Grace database to reflect testing results of Chicago 71st St. plant. |
| | 0.3 | I am updating the Grace database to reflect testing results of Lake Charles, LA plant. |
| | 0.3 | I am updating the Grace database to reflect testing results of Curtis Bay, MD plant. |
| | 0.5 | I am updating the Grace database to reflect testing results of Columbia, MD Davison. |
| | 0.6 | I am updating the Grace database to reflect testing results of Columbia, MD Corporate. |
| 9/15/2008 | 0.4 | I am meeting with Krishnan Sariya, Grace, regarding testing results related to the Davison credit and collections process. |
| | 0.1 | I am evaluating the operating effectiveness of the Columbia, Davison, derivatives process. |
| | 0.1 | I am evaluating the operating effectiveness of the Columbia, Davison, mergers and acquisitions process. |
| | 0.3 | I am evaluating the operating effectiveness of the Columbia, Davison, credit and collections process. |
| | 0.1 | I am evaluating the operating effectiveness of the Columbia, Corporate pension process. |
| | 0.1 | I am evaluating the operating effectiveness of the Columbia, Davison, period-end financial reporting process. |
| | 0.3 | I am evaluating the operating effectiveness of the Columbia, Davison, sales order process. |
| | 0.1 | I am evaluating the operating effectiveness of the Columbia, Davison, specialized inventory process. |
| | 2.3 | I am documenting the capital asset management process. |
| | 1.4 | I am testing goods receipts from the Chicago 51st St. plant. |
| | 1.1 | I am reviewing the Chicago 51st St. processes. |
| | 0.9 | I am reviewing the Chicago 65th St. processes. |
| | 0.8 | I am reviewing the Chicago 71st St. processes. |
| 9/16/2008 | 0.2 | I am discussing the Davison closing process with German Huerta, Grace. |
| | 0.2 | I am discussing the Corporate closing process with Terry Puglisi, Grace. |
| | 0.1 | I am discussing the Corporate legal reserves with Terry Puglisi, Grace. |
| | 0.2 | I am discussing the Corporate environmental health and safety process with Karen Ethier, Grace. |
| | 0.6 | I am meeting with Mike George, Grace, regarding Chicago 51st St. testing. |

| | | |
|---|---|---|
| | 0.7 | I am testing goods receipts from the Chicago 51st St. plant. |
| | 0.4 | I am communicating update testing needs to the PwC IT team. |
| | 0.4 | I am reviewing prior year IT testing to assess reasonableness of current year plan. |
| | 0.6 | I am discussing goods receipt testing with Michal George, Grace. |
| | 2.1 | I am testing goods receipts from the Chicago 51st St. plant. |
| | 2.5 | I am updating testing results in the Grace database. |
| 9/17/2008 | 0.8 | I am updating the Grace 404 budget |
| | 3.1 | I am documenting the sales order process walkthrough. |
| | 0.8 | I am reviewing the environmental health and safety process. |
| | 0.3 | I am discussing testing procedures and walkthrough scheduling with Karen Ethier, Grace. |
| | 0.7 | I am meeting with Bonnie Warrington, Grace, regarding the sales order process. |
| | 0.4 | I am testing documents related to the Davison capital asset management process. |
| | 0.4 | I am testing documents related to the Davison sales order process. |
| | 0.5 | I am communicating spreadsheet testing needs to the PwC team. |
| | 1.0 | I am creating the Q3 budget |
| 9/18/2008 | 0.3 | I am updating the Q3 budget. |
| | 0.8 | I am updating the Q3 responsibility matrix. |
| | 0.8 | I am walking through the Davison sales order process with Kim Kroening, Grace. |
| | 0.4 | I am reviewing documentation provided by Kim Kroening, Grace. |
| | 0.2 | I am meeting with Linda Anton, Grace, regarding the Davison sales order process. |
| | 4.2 | I am testing the Davison sales order support received |
| | 0.8 | I am reviewing the Davison financial reporting process. |
| | 0.7 | I am meeting with German Huerta, Grace, regarding the Davison financial reporting process. |
| 9/19/2008 | 2.0 | I am attending the Grace Lean Week presentation. |
| | 3.6 | I am documenting the results of the Davison sales order process walk through & testing procedures. |
| | 0.3 | I am discussing IT testing with the SPA PwC team. |
| | 0.7 | I am walking through the Davison G/L Close process with German Huerta, Grace. |
| | 0.6 | I am preparing for the Davison G/L Close process walk through. |
| | 0.8 | I am documenting the Capital Asset Management walk through & testing procedures. |
| 9/22/2008 | 1.3 | I am meeting with Erica Margolius & Lynda Keorlet (PwC) regarding the Q3 budget & responsibility matrix. |
| | 0.5 | I am creating the Q3 budget & responsibility matrix. |
| | 1.1 | I am reviewing guidance regarding spreadsheet & key report testing. |
| | 0.7 | I am reviewing recent news regarding Grace's Plan for Reorganization. |
| | 0.7 | I am reviewing Internal Audit's testing results. |
| | 0.6 | I am reviewing prior year testing results related to Cambridge, MA. |
| | 3.1 | I am creating a 404 test plan for Cambridge, MA. |
| 9/23/2008 | 1.3 | I am completing the Q3 responsibility matrix & budget. |
| | 6.7 | I am creating a 404 test plan for Cambridge, MA. |
| 9/24/2008 | 0.2 | I am addressing question regarding the 2007 PwC provided by client listing. |
| | 1.0 | I am updating the 404 budget |
| | 0.6 | I am creating a request list for the Cambridge cash management process. |
| | 0.8 | I am creating a request list for the Cambridge credit & collections process. |
| | 0.6 | I am creating a request list for the Cambridge financial reporting process. |
| | 0.9 | I am creating a request list for the Cambridge capital asset management process. |
| | 0.9 | I am creating a request list for the Cambridge procurement process. |
| | 1.1 | I am creating a request list for the Cambridge inventory process. |
| | 0.7 | I am creating a request list for the Cambridge sales order process. |
| 9/25/2008 | 1.3 | I am reviewing the Corporate environmental health & safety process. |
| | 0.7 | I am reviewing Internal Audit's testing results related to the environmental health & safety process. |
| | 0.6 | I am creating a request list for the environmental health & safety process. |
| | 0.7 | I am walking through the environmental health & safety process with Karen Ethier (Grace) & Nicole Johnson (PwC). |
| | 0.3 | I am completing the Q3 budget. |
| | 0.8 | I am creating a test plan for the environmental health & safety process. |
| | 3.2 | I am responding to comments and completing the Cambridge test plan & request list. |

|  |  |  |
|---|---|---|
|  | 0.4 | I am reviewing recent FASB communications regarding FAS 5 & forwarding them to Grace employees. |
| 9/26/2008 | 0.2 | I am forwarding budgeting materials to the Grace team |
|  | 0.9 | I am discussing the Davison sales order process with Linda Anton, Grace. |
|  | 0.8 | I am walking through the environmental health & safety process with Josh McElhenney (Grace) & Nicole Johnson (PwC). |
|  | 1.2 | I am meeting with Terry Puglisi (Grace) & Erica Margolius (PwC) regarding the Q3 request lists. |
|  | 0.6 | I am updating the Grace/PwC quarterly request list. |
|  | 0.4 | I am reviewing the corporate environmental health & safety walkthrough documentation. |
|  | 2.7 | I am updating the corporate environmental health & safety walkthrough documentation. |
| 9/29/2008 | 0.6 | I am updating the Q3 PwC request list. |
|  | 0.4 | I am meeting with Josh McElhenney, Grace, regarding testing selections related to the Corporate environmental process. |
|  | 0.6 | I am reviewing the Corporate Financial Reporting process. |
|  | 0.7 | I am reviewing the Corporate SOAR process. |
|  | 0.4 | I am preparing a Corporate Financial Reporting PBC list. |
|  | 1.2 | I am completing the Q3 GCP PwC request list. |
|  | 0.6 | I am reviewing Grace's inventory policy to assess control weaknesses found in the Chattanooga inventory. |
| 9/30/2008 | 0.8 | I am discussing the Corporate Environmental process with Lynne Gardner (Grace). |
|  | 0.3 | I am reviewing testing selections made by PwC employees related to the Corporate environmental process. |
|  | 0.3 | I am preparing a list of outstanding items for Phil DeGele (Grace). |
|  | 1.1 | I am updating database notes related to the Lake Charles sales order process documentation to reflect comments received. |
|  | 0.9 | I am updating database notes related to the Lake Charles capital asset management process documentation to reflect comments received. |
|  | 0.9 | I am updating database notes related to the Lake Charles procurement process documentation to reflect comments received. |
|  | 1.3 | I am updating database notes related to the Lake Charles inventory management process documentation to reflect comments received. |
|  | 1.3 | I am updating database notes related to the Lake Charles accounts payable process documentation to reflect comments received. |
|  | 0.7 | I am updating database notes related to the Lake Charles payroll process documentation to reflect comments received. |
|  | 0.4 | I am meeting with Greg Bode (Grace) regarding the capital asset testing. |

| | |
|---|---|
| **160.3** | **Total Grace Integrated Audit Charged Hours** |

| | |
|---|---|
| **160.3** | **Total Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Audit**
**For the Month Ended September 30, 2008**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|

**Name: Kristina Johnson**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| 9/23/2008 | 0.3 | I am performing my independence verification so that I can work on Grace. |
| | 0.9 | I am reviewing inventory powerpoint information and audit guides in preparation for inventory observations. |
| | 0.6 | I am participating in an inventory observation preparation call with P. Katsiak (PwC) and B. Hoover (Grace). |
| | 1.0 | I am booking my travel arrangements to Chattanooga for inventory observation. |
| 9/24/2008 | 0.5 | I am preparing the Interim Provided By Client listing. |
| | 3.5 | I am preparing the Year End Provided By Client listing. |
| 9/25/2008 | 5.6 | I am preparing for the walkthrough, documenting our findings, and determining what still needs to be done. |
| | 0.6 | I am meeting with A. Lueck (PwC) and K. Ethier (Grace) for the controls walkthrough for the year end audit. |
| 9/26/2008 | 0.8 | I am meeting with A. Lueck (PwC) and J. McElhenney (Grace) about the controls for Environmental Financial Preparation. |
| | 1.5 | I am preparing for and reviewing information for the inventory observation in Chattanooga. |
| | 1.5 | I am reading the Disclosure Statement to gain a better understanding of Grace. |
| | 2.8 | I am working on the Controls matrix for walkthrough testing. |
| 9/27/2008 | 3.2 | 50% travel time: I am traveling to Chattanooga, TN for inventory observation and testing with P. Katsiak (PwC). |
| 9/28/2008 | 5.7 | I am at the client's performing inventory observation and testing in Chattanooga, TN. |
| | 4.2 | I am documenting and summarizing the findings of the inventory observation performed earlier in the day. |
| 9/29/2008 | 1.0 | I am clearing up questions with the Grace staff regarding the inventory observation and controls in place. |
| | 3.5 | I am with the client traveling to the offsite warehouse and performing inventory observations there. |
| | 1.5 | I am having lunch with P. Katsiak (PwC) and Grace employees - B. McKenzie, Jerry, Kathy. |
| 9/29/2008 | 2.5 | 50% travel time: I am traveling back from Chattanooga to DC with P, Katsiak. |
| 9/30/2008 | 3.1 | I am working on documenting the inventory observation for Chattanooga and having a general inventory observation meeting with P. Katsiak and A. Lueck (Pac). |
| | 2.1 | I am working on the walkthrough matrix by documenting findings and gathering information from J. McElhenney (Grace). |

| | 46.4 | **Total Grace Integrated Audit Charged Hours** |
|---|------|--------------------------------------------|

| | 46.4 | **Total Hours** |
|---|------|------------------|