# Exhibit - B

CONSOLIDATED AUDIT
EXPENSE DETAIL
For the Month Ended September 30, 2008

| Personnel | | Date | Transportation | Lodging | Sundry | Business Meals and Entertainment | Description |
|---|---|---|---|---|---|---|---|
| William Bishop | Integrated Audit | 9/26/08 | | | | $ 141.64 | Audit team lunch - Luna Bella, Columbia, MD - E Margolius, L Keortet, A Lueck, P Katsiak, S Venkiteswaran, M Burkard, M McCall, N Johnson, C Bunker (PwC) - discuss audit status |
| George Baccash | Integrated Audit | 9/30/08 | $ 52.66 | | | | 90 Miles Roundtrip from Plantation, Florida to Boca Raton, Florida (90 * .585) |
| | | | | | | $ 40.61 | Lunch to Discuss Q3, Possible IP trans, and APB23 issue with Alan Gibbons: WR Grace, Elyse Filon: WR Grace, and Andra Clark: WR Grace |
| Justin Bray | Integrated Audit | 9/8/08 | $ 22.82 | | | | Mileage to Grace from office (less normal commute)(39 miles * $0.585) |
| | Integrated Audit | 9/9/08 | $ 22.82 | | | | Mileage to Grace from office (less normal commute)(39 miles * $0.585) |
| | Integrated Audit | 9/15/08 | $ 21.06 | | | | Mileage to Grace - roundtrip (less normal commute)(36 miles * $0.585) |
| | Integrated Audit | 9/16/08 | $ 21.06 | | | | Mileage to Grace - roundtrip (less normal commute)(36 miles * $0.585) |
| | Integrated Audit | 9/17/08 | $ 22.82 | | | | Mileage to Grace from office (less normal commute)(39 miles * $0.585) |
| | Integrated Audit | 9/18/08 | $ 21.06 | | | | Mileage to Grace - roundtrip (less normal commute)(36 miles * $0.585) |
| Pavel Katsiak | Integrated Audit | 9/22/08 | $ 30.93 | | | | Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD |
| | Integrated Audit | 9/23/08 | $ 30.93 | | | | Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD |
| | Integrated Audit | 9/24/08 | $ 30.93 | | | | Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD |
| | Integrated Audit | 9/25/08 | $ 30.93 | | | | Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD |
| | Integrated Audit | 9/26/08 | $ 30.93 | | | | Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD |
| | Integrated Audit | 9/30/08 | $ 30.93 | | | | Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD |
| Shahin Rahmani | Integrated Audit | 9/29/08 | $ 5.85 | | | | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925) Round trip cost = $5.85 |
| | Integrated Audit | 9/30/08 | $ 5.85 | | | | Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925) Round trip cost = $5.85 |
| Molly McCall | Integrated Audit | 9/8/08 | $ 42.12 | | | | Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585]. |
| | Integrated Audit | 9/11/08 | $ 44.46 | | | | Mileage in excess of daily commute [(92 miles - 16 normal commute miles)*$0.585]. |
| | Integrated Audit | 9/26/08 | $ 42.12 | | | | Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585]. |
| Adam Lueck | Integrated Audit | 9/12/08 | $ 12.88 | | | | Mileage in excess of normal commute (66 miles traveled, less normal commute 44 miles at $.585 per mile). |
| | Integrated Audit | 9/15/08 | $ 12.88 | | | | Mileage in excess of normal commute (66 miles traveled, less normal commute 44 miles at $.585 per mile). |
| Kristina Johnson | Integrated Audit | 9/23/08 | $ 37.44 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44 |
| | Integrated Audit | 9/24/08 | $ 37.44 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44 |
| | Integrated Audit | 9/25/08 | $ 37.44 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44 |
| | Integrated Audit | 9/26/08 | $ 37.44 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44 |
| | Integrated Audit | 9/30/08 | $ 37.44 | | | | 82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44 |
| | Integrated Audit | 9/24/08 | | | $ 79.49 | | Steel toed boots required for Inventory observation |
| | Integrated Audit | 9/23/08 | $ 676.00 | | | | Airfare from Washington DC to Chattanooga, TN and return from Chattanooga, TN to Washington DC. |
| | Integrated Audit | 9/29/08 | $ 24.08 | | | | Cab ride home from airport |
| | Integrated Audit | 9/27/08 | | $ 124.00 | | | Hotel stay in Chattanooga, TN (1 night) |
| | Integrated Audit | 9/27/08 | | $ 11.47 | | | Room tax on hotel in Chattanooga, TN |
| | Integrated Audit | 9/27/08 | | $ 9.92 | | | Room tax on hotel in Chattanooga, TN |
| | Integrated Audit | 9/28/08 | | $ 124.00 | | | Hotel stay in Chattanooga, TN (1 night) |
| | Integrated Audit | 9/28/08 | | $ 11.47 | | | Room tax on hotel in Chattanooga, TN |
| | Integrated Audit | 9/28/08 | | $ 9.92 | | | Room tax on hotel in Chattanooga, TN |
| | Integrated Audit | 9/30/08 | | | | $ 3.61 | Snacks while in Chattanooga for P Katsiak and I |
| | Integrated Audit | 9/27/08 | | | | $ 8.04 | Dinner at the airport |

| Summary | Total | Transportation | Lodging | Sundry | Business Meals |
|---|---|---|---|---|---|
| | $ 1,987.52 | $ 1,423.35 | $ 290.78 | $ 79.49 | $ 193.90 |

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended September 30, 2008**

| Personnel | Date | Title | Expense |
|---|---|---|---|
| **William Bishop** | 9/26/08 | Audit Partner | $ 141.64 |
| | | | $ **141.64** |
| **George Baccash** | 9/30/08 | Tax Partner | $ 52.66 |
| | 9/30/08 | Tax Partner | $ 40.61 |
| | | | $ **93.27** |
| **Justin Bray** | 9/8/08 | Audit Senior Manager | $ 22.82 |
| | 9/9/08 | Audit Senior Manager | $ 22.82 |
| | 9/15/08 | Audit Senior Manager | $ 21.06 |
| | 9/16/08 | Audit Senior Manager | $ 21.06 |
| | 9/17/08 | Audit Senior Manager | $ 22.82 |
| | 9/18/08 | Audit Senior Manager | $ 21.06 |
| | | | $ **131.64** |
| **Pavel Katsiak** | 9/22/08 | Audit Associate | $ 30.93 |
| | 9/23/08 | Audit Associate | $ 30.93 |
| | 9/24/08 | Audit Associate | $ 30.93 |
| | 9/25/08 | Audit Associate | $ 30.93 |
| | 9/26/08 | Audit Associate | $ 30.93 |
| | 9/30/08 | Audit Associate | $ 30.93 |