UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| Debtors | : | **Related Docket Item: 19037** |

SUPPLEMENT TO THE FEE APPLICATION OF
PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX
CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION
AND REIMBURSEMENT OF EXPENSES FOR DAREX PUERTO RICO AUDIT

{02411}

# AMENDED
# EXHIBIT B

Professional Profiles
WR Grace Time Tracking - Darex

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Ramon E Ponte | Audit Partner | 27 | Integrated Audit | $504.20 | 5.5 | $ 2,773.10 |
| William Bishop | Audit Partner | 27 | Integrated Audit | $554.30 | 5.0 | $ 2,771.50 |
| Roberto Santa Maria | Audit Partner | 33 | Integrated Audit | $549.12 | 1.0 | $ 549.12 |
| Sandra A David | Audit Manager | 5.5 | Integrated Audit | $238.10 | 110.0 | $ 26,191.00 |
| Daniel Spratt | Tax Manager | 5 | Integrated Audit | $265.20 | 1.0 | $ 265.20 |
| Michael McDonnell | Audit Senior Associate | 3 | Integrated Audit | $146.30 | 314.5 | $ 46,011.35 |
| Nicholas P Barrett | Audit Senior Associate | 3 | Integrated Audit | $111.90 | 49.0 | $ 5,483.10 |
| Lyndsay Signori | Audit Senior Associate | 3 | Integrated Audit | $155.00 | 57.0 | $ 8,835.00 |
| Caitlin Blundell | Audit Associate | 3 | Integrated Audit | $122.70 | 163.6 | $ 20,073.72 |
| Cara Blackaby | Audit Associate | 1 | Integrated Audit | $99.84 | 72.9 | $ 7,278.34 |
| Karen Geung | Audit Associate | 2 | Integrated Audit | $112.30 | 33.0 | $ 3,705.90 |
| Sean P Robinson | Audit Associate | 2 | Integrated Audit | $94.60 | 72.0 | $ 6,811.20 |
| Michael P Kelliher | Audit Associate | 3 | Integrated Audit | $122.70 | 95.5 | $ 11,717.85 |
| Krzysztof Krakowiak | Audit Associate | 2 | Integrated Audit | $109.20 | 55.3 | $ 6,038.76 |
| Zahilys Hernandez | Audit Associate | 1 | Integrated Audit | $88.40 | 5.5 | $ 486.20 |
| | | TOTAL | | | 1,040.8 | $ 148,991.34 |

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Ramon E Ponte** | | |
| 3/14/2007 | 1.5 | Assistance with Puerto Rico statutory reports for 2000-2005: Contacts - Sandra Davis, Michael McDonnell , Pamela Barkley |
| 4/5/2007 | 1.0 | Assistance with Puerto Rico statutory reports for 2000-2005: Contacts - Sandra Davis, Michael McDonnell , Pamela Barkley |
| 6/25/2007 | 1.0 | Assistance with Puerto Rico statutory reports for 2000-2005: Contacts - Sandra David, Michael McDonnell , Pamela Barkley |
| 6/27/2007 | 0.5 | Assistance with Puerto Rico statutory reports for 2000-2005: Contacts - Sandra Davis, Michael McDonnell , Pamela Barkley |
| 6/29/2007 | 0.5 | Assistance with Puerto Rico statutory reports for 2000-2005: Contacts - Sandra Davis, Michael McDonnell , Pamela Barkley |
| 7/9/2007 | 1.0 | Assistance with Puerto Rico statutory reports for 2000-2005: Contacts - Sandra Davis, Michael McDonnell , Pamela Barkley |
| | **5.5** | **Total Grace Darex audit** |

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours |
|------|-------|

**Name:  Roberto Santa Maria**

**WR Grace Darex Audit**

| | |
|------|------|
| 5/11/2007 | 1.0 |
| | 1.0 |

**Description of Services Provided**

Signing audit report for the Puerto Rico operations

**Total Grace Darex audit**

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name:  William T Bishop**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| 12/11/2006 | 1.0 | Discuss status of Darex Puerto Rico audit with S David, M McDonnell and M de Guzman (PwC) |
| 12/14/2006 | 1.0 | Review draft financial statements of Darex Puerto Rico |
| 3/13/2007 | 0.5 | Discuss Darex Puerto Rico audit status with P Reinhardt (PwC) |
| 3/14/2007 | 1.0 | Review audit file |
| 3/19/2007 | 0.5 | Review audit file |
| 3/30/2007 | 1.0 | Review draft 2005 financial statements |
| | **5.0** | **Total Grace Darex Puerto Rico Audit Charged Hours** |

WR Grace & Co., Inc.
Time Summary Report - Darex

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Sandra David** | | |
| 4/21/2005 | 1.0 | Assist with a/r and inventory areas |
| 4/22/2005 | 5.0 | Assist with cash, prepaids and fixed assets |
| 4/28/2005 | 5.0 | Assist with a/p, intercompany payables and expenses |
| 4/29/2005 | 2.0 | Review planning section |
| 6/22/2005 | 1.0 | Assist staff with audit areas |
| 8/24/2005 | 1.0 | Assist staff with audit areas |
| 5/16/2006 | 1.0 | Assist staff with audit areas |
| 5/17/2006 | 4.0 | Review planning section |
| 5/23/2006 | 1.0 | Assist staff with audit areas |
| 6/5/2006 | 1.0 | Assist staff with audit areas |
| 6/6/2006 | 1.0 | Assist staff with audit areas |
| 6/12/2006 | 1.0 | Assist staff with audit areas |
| 6/21/2006 | 1.0 | Review open items with staff |
| 6/22/2006 | 1.0 | Assist staff with audit areas |
| 6/26/2006 | 1.0 | Assist staff with audit areas |
| 6/27/2006 | 1.0 | Review and discuss approach to inventory |
| 7/7/2006 | 4.0 | Review assets section of the database |
| 7/10/2006 | 5.0 | Review liabilities section of the database |
| 7/12/2006 | 1.0 | Review assets section of the database |
| 7/17/2006 | 2.0 | Discuss tax provision with staff |
| 7/25/2006 | 1.0 | Assist staff with audit areas |
| 7/27/2006 | 1.0 | Discuss open items with Victor and German |
| 8/2/2006 | 1.0 | Assist staff and answer questions regarding testing |
| 8/3/2006 | 1.0 | Assist staff and answer questions regarding testing |
| 8/7/2006 | 1.0 | Discuss open items with staff |
| 9/21/2006 | 1.0 | Review planning sections |
| 10/4/2006 | 1.0 | Review planning sections |
| 10/5/2006 | 1.0 | Review planning sections |
| 12/4/2006 | 7.0 | Review database and assist staff |
| 12/5/2006 | 6.0 | Supervise and review staff |
| 12/6/2006 | 7.0 | Assist staff and review planning section |
| 12/7/2006 | 1.0 | Assist staff with f/s areas |
| 12/11/2006 | 3.0 | Review database and assist staff |
| 12/12/2006 | 1.0 | Review database |
| 12/19/2006 | 2.0 | Review database and assist staff |
| 12/20/2006 | 1.0 | Discuss open items with Victor and German |
| 12/22/2006 | 1.0 | Assist staff with remaining open areas |
| 1/3/2007 | 4.0 | Review asset section of 12/31/05 database |
| 1/5/2007 | 1.0 | Discuss open items with Victor and German |
| 1/11/2007 | 1.0 | Follow up on open items with Victor and German |
| 2/2/2007 | 2.0 | Review liabilities section of 12/31/05 database |
| 2/13/2007 | 1.0 | Review completion section of 12/31/05 database |
| 3/12/2007 | 3.0 | Review 02-04 financial statements |
| 4/23/2007 | 2.0 | Review 12/31/05 financial statements |
| 5/9/2007 | 2.0 | Review asset section of the 12/31/06 database |
| 5/10/2007 | 1.0 | Final review and sign-off of 12/31/05 financial statement binder |
| 5/14/2007 | 2.0 | Review liabilities section of the 12/31/06 database |
| 6/18/2007 | 2.0 | Review asset section of the database |
| 6/19/2007 | 2.0 | Review liabilities section of the database |
| 6/22/2007 | 3.0 | Review 12/31/06 financial statements and footnotes |
| 7/2/2007 | 1.0 | Clear notes left for staff in the database |
| 7/10/2007 | 2.0 | Final review of 12/31/06 financial statements and footnotes, discuss remaining questions with staff |
| 7/11/2007 | 3.0 | Review f/s and completion steps within the database |
| 7/12/2007 | 1.0 | Finalize opinions |
| | **110.0** | **Total Grace Darex audit** |

WR Grace & Co., Inc.
Time Summary Report - Darex

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|

**Name: Dan Spratt**

**WR Grace Darex Audit**

| 10/2/2006 | 1.0 | Year end tax provision review. |
|-----------|-----|--------------------------------|
|           | **1.0** | Total Grace Darex audit |

WR Grace & Co., Inc.
Time Summary Report - Darex

| Date | Hours | Description of Services Provided |
|---|---|---|
| **Name: Michael McDonnell** | | |
| 5/3/2006 | 1.0 | Preparing a request list of the client for the 2005 audit |
| | 1.0 | team planning meeting for the 2005 audit |
| | 3.0 | preparing a budget and engagement letter |
| | 1.0 | Reviewing the prior year open items |
| 5/4/2006 | 1.0 | Updating budget with manager comments, updating the engagement letter with manger comments |
| | 1.0 | communicating with corporate team status |
| | 1.0 | communicating with audit approach with Cambridge controller |
| | 0.2 | planning with team |
| 5/5/2006 | 2.0 | Update budget, planning, and scope of the audit |
| | 1.0 | Reassign team members roles and testing procedures |
| 5/8/2006 | 1.0 | Review with staff on documentation and audit approach |
| 5/9/2006 | 1.0 | Review with staff and update open items listing |
| 5/10/2006 | 3.0 | Reviewing the planning steps and the preliminary analytics |
| 5/11/2006 | 2.0 | follow up on the planning steps and preliminary analytics |
| | 1.0 | reviewing the cash and AR testing |
| 5/12/2006 | 3.0 | Reviewing the inventory testing and documentation |
| | 2.0 | Performing a review of the accruals and payables documentation and testing |
| | 2.0 | Reviewing the other assets and liabilities |
| | 1.0 | Reviewing the general flux information |
| 5/15/2006 | 1.0 | Updating open items and discussing with the team |
| | 3.0 | review with the manager regarding the status of the audit and the testing results |
| 5/16/2006 | 1.0 | Preparing for review with PwC manager |
| 5/17/2006 | 1.0 | Preparing agenda for review with PwC manager |
| | 1.0 | Updating open items and discussing with the team |
| | 3.0 | review with the PwC manger regarding the status of the audit and the testing results |
| | | Follow up testing and documentation based on discussions with the PwC manager for the |
| 5/22/2006 | 0.5 | following: AR, accruals, inventory, and transfer pricing |
| 5/31/2006 | 1.0 | Reviewing the status of the database |
| 6/26/2006 | 1.0 | Review of 2001 tax provisions and deferred tax calculations |
| 6/27/2006 | 0.5 | Discussion with Grace regarding the taxes |
| 6/30/2006 | 2.0 | Discussion with Grace regarding the taxes |
| 7/10/2006 | 4.0 | Reconciling the 2002 trial balance with entries not posted in 2000 and 2001 |

| Date | Hours | Description |
|---|---|---|
| 7/11/2006 | 3.0 | Discussing with management regarding the tax provisions, status of adjusting entries and equity balances |
| 7/12/2006 | 3.0 | Reviewing the adjusting entries for 2000, 2001, and 2002 |
|  | 1.0 | Reviewing the transfer pricing testing for 2003-2005 |
|  | 1.0 | Discussing transfer pricing with manager |
| 7/13/2006 | 3.0 | Discussing transfer pricing with Grace |
| 7/14/2006 | 3.0 | Reviewing the tax provision |
| 8/2/2006 | 2.0 | Reviewing the tax provision |
|  | 9.0 | Review and follow up with Grace regarding the taxes for 2002-2005 |
| 8/3/2006 | 1.0 | follow up with Grace Regarding the taxes for 2002-2005 |
| 8/7/2006 | 1.0 | follow up with Grace regarding the taxes for 2002-2005 |
| 9/13/2006 | 2.0 | taxes, and conversations with PwC tax manager and Grace accounting manager |
| 9/18/2006 | 6.0 | Reviewing the audit documentation and reviewing the final analytics for 2002-2004 |
| 9/19/2006 | 6.0 | Reviewing the status of all Puerto Rico audits (four years) and communicating to management |
| 9/20/2006 | 3.0 | follow up with staff on open testing for the 2003-2005 audits |
| 9/21/2006 | 3.0 | meeting with Grace to resolve the taxes |
|  | 3.0 | Reviewing updated Trial balance to financial statement reconciliation including adjustments from 2000-2005 (for each year) |
|  |  | Discussion with management regarding adjustment and topside roll forward of adjustments not in |
|  | 2.0 | SAP |
| 9/22/2006 | 3.0 | follow up with management regarding reconciliation of prior year adjustments |
| 9/25/2006 | 8.0 | meeting with management to reconcile the top side adjustments |
| 9/28/2006 | 1.0 | follow up with management to reconcile top side adjustments including tax |
| 9/29/2006 | 1.5 | follow up with management to reconcile top side adjustments including tax |
| 11/28/2006 | 4.0 | Review of four year comparative financial statements |
| 11/30/2006 | 1.0 | Continuing review of financial statements |
| 12/4/2006 | 4.0 | Reviewing the 2002-2004 financial statements |
| 12/5/2006 | 1.0 | Continuing the review of the 2002-2004 financial statements |
| 12/6/2006 | 4.0 | Reviewing the audit adjustments from 2000-2004 booked topside for the stand alone financials |
|  | 2.0 | Discussing the adjustments with management |
| 12/7/2006 | 8.0 | Review the tax reconciliations for the 2001, 2002, 2003, and 2004 |
| 12/8/2006 | 8.0 | completing the review of taxes and discussing with management |
|  | 1.0 | Reviewing the 2006 request list |
| 12/11/2006 | 2.0 | Reviewing the intercompany purchase to ensure the sales are at arms length |
|  | 6.0 | Reviewing the 2002-2004 audit data bases and reviewing follow up work |
|  | 1.0 | Update with the PwC Partner and manager |
| 12/12/2006 | 7.0 | Meeting with the accounting manger and updating the Trial balance to financial statement roll forward |
|  | 2.0 | Reviewing the lease information to support the financial statement footnotes |
| 12/13/2006 | 5.0 | Updating workpapers, and reviewing managements adjustments |
|  | 1.0 | coordinating the Puerto Rico inventory between the client and the Puerto Rico office |

| Date | Hours | Description |
|---|---|---|
| 12/15/2006 | 1.0 | Reviewing pension information |
| 12/21/2006 | 1.0 | Communicating partner comments to the client |
| 1/2/2007 | 2.0 | Reviewing the tax reconciliations |
| 1/3/2007 | 1.0 | Update meeting with management |
| | 1.0 | communicating changes in the financial statements to management |
| | 4.0 | reviewing completion steps in the databases |
| | 2.0 | Reviewing the transfer pricing for 2005 Puerto Rico |
| | | meeting with accounting manger to review the 2005 adjustments and the trial balance to financial statement reconciliations |
| 1/4/2007 | 5.0 | Reviewing the 2005 tax reconciliations |
| 1/5/2007 | 3.0 | Reading the financial statements |
| 1/9/2007 | 1.0 | communicating financial statement changes and discussing with management |
| 1/10/2007 | 3.0 | Reviewing the tax footnote and updated financials coordinating the completion 1 |
| 2/20/2007 | 1.0 | Follow up with the tax team regarding Darex Puerto Rico |
| 2/22/2007 | 1.0 | Follow up on the financials and the taxes |
| 2/26/2007 | 0.5 | Updating taxes |
| 3/8/2007 | 1.0 | Working in the database and reviewing steps for the 02-04 signoff |
| | 1.5 | Reviewing the updated financials |
| | 1.0 | Preparing the opinion for the 02-04 financials |
| 3/12/2007 | 0.5 | Reviewing the database, Contacting the Puerto Rico Partner, emailing requests to Puerto Rico, |
| 3/13/2007 | 2.5 | Communicating the status to the corporate team |
| 3/19/2007 | 3.0 | meeting with controller (Grace) |
| 3/30/2007 | 1.0 | Inventory discussions with the cost manager (Grace) |
| 4/19/2005 | 2.0 | Reviewing AR and discussing with team members |
| | 2.0 | Reviewing the accruals testing and documentation and discussing with team members |
| | 1.0 | Reviewing the cash testing and discussing with team members |
| | 1.0 | Updating the open items listing |
| | 8.0 | completion steps, going concern critical matter, AP review, cash, accruals AR |
| 4/20/2005 | 2.0 | Working on starting the completion documentation for the 2003 & 2004 audit |
| 4/21/2005 | 2.0 | Working on the going concern critical matter |
| | 2.0 | Reviewing the AP testing |
| | 2.0 | Reviewing the cash and accruals |
| | 2.0 | Reviewing the AR testing for 2003 & 2004 |
| 4/22/2005 | 3.0 | Preparing for review with manger including update on status, open items and preparing an agenda |
| | 4.0 | Reviewing the status of the audits with the manger |
| | 1.0 | Preparing for a meeting with management including updated agenda |
| | 1.0 | meeting with management |
| 4/25/2005 | 2.0 | Reviewing the revenue testing |
| | 2.0 | Reviewing the AR liquidation testing |
| | 3.0 | Reviewing the analytic testing performed on AR and inventory |
| | 1.0 | meet with credit manager to discuss receivable testing results |

| Date | Description | Hours |
|---|---|---|
| 4/26/2005 | Meeting with cost manager to discuss the testing of inventory | 1.0 |
| | Assisting team with inventory testing | 2.0 |
| | Assisting team member on testing payables and the accruals for the 2003 & 2004 audits | 3.0 |
| | Completing the planning steps | 2.0 |
| 4/27/2005 | Reviewing the preliminary analytics and providing comments on fluxes | 2.0 |
| | Completing review of the inventory roll forward testing | 2.0 |
| | completing the review of the transfer pricing testing | 1.0 |
| | testing equity components and documenting the results | 3.0 |
| | completing the AR review | 1.0 |
| | Discussing the tax procedures with the credit manager | 2.0 |
| | completing the review of the intercompany eliminations | 2.0 |
| 4/28/2005 | Reviewing the accrual testing performed and providing feedback for the 2003 & 2004 audits | 4.0 |
| | Reviewing and discussing the inventory testing and roll forwards | 4.0 |
| | Updating the open items listing and preparing agenda for management | 2.0 |
| | Update with management regarding the status of the audits | 1.0 |
| | AR testing, liquidation, analytics, meet with Charlie, Mark Cohen upward, cash review, accounts payable | 4.0 |
| 4/29/2005 | Documenting the completion steps | 3.0 |
| 5/2/2005 | Reviewing the audit work and communicating open items to management | 3.0 |
| 5/3/2005 | follow up with management regarding the open items | 2.0 |
| 5/6/2005 | Darex reconciliation of time and engagement letter | 1.5 |
| 6/22/2005 | Preparing the bill for 02-05 | 3.0 |
| 1/17/2007 | Reading the financial statements | 1.0 |
| 1/19/2007 | Discuss timing of work to be completed with sandy | 0.3 |
| 5/7/2007 | Reviewing in the planning section of the database | 2 |
| | Reviewing tax documentation | 1 |
| | Reviewing the 2006 adjustments | 1 |
| | Discussion with V leo (Grace) | 1 |
| | Reviewing the audit adjustments and reviewing the trail balance to financial statement reconciliation | 3.0 |
| | along with tax | |
| 5/8/2007 | | |
| 5/9/2007 | Reviewing in the 2006 database | 2.0 |
| | | 3.0 |
| 5/10/2007 | Reviewing the wipe reviewing the financials, discussing the time line,  and reviewing the taxes and the presentation of the calculations with the manager. | |
| 5/11/2007 | Coordinating with tax and the client. Following up with tax data supplied by the client | 2.0 |
| 6/13/2007 | Reviewing cash testing | 2.0 |

**Total Grace Darex audit**   314.5

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours |
|------|-------|
| **Name: Nicholas Barrett** | |
| 5/2/2005 | 4.0 |
| 5/3/2005 | 2.0 |
| 5/8/2006 | 8.0 |
| 5/9/2006 | 6.5 |
| 5/10/2006 | 8.0 |
| 5/11/2006 | 8.0 |
| 5/12/2006 | 8.0 |
| 5/22/2006 | 2.5 |
| 5/23/2006 | 2.0 |
| | **49.0** |

## Description of Services Provided

Perform cash auditing procedures.
Perform cash auditing procedures.
Meet with Charley Sebestyen (Grace) to discuss Darex A/R, determine testing approach, and
begin testing procedures.
Perform testing procedures for Darex A/R.
Perform testing procedures for Darex A/R.
Discuss PP&E testing procedures with Jack McGee (Grace), perform PPE testing.
Perform PP&E testing.
Address database notes in A/R and PPE sections and further document as appropriate.
Review Darex database for completeness, ensure all assigned areas are as complete as possible,
and make a detailed open items list.


**Total Grace Darex Puerto Rico Audit Charged Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours |
| --- | --- |

**Name:  Lyndsay Signori**

| Date | Hours |
| --- | --- |
| 12/5/2006 | 8.0 |
| 12/6/2006 | 8.0 |
| 12/7/2006 | 8.0 |
| 12/11/2006 | 8.0 |
| 1/2/2007 | 8.0 |
| 1/3/2007 | 4.0 |
| 1/4/2007 | 7.0 |
| 5/9/2007 | 2.5 |
| | 2.0 |
| | 1.5 |
| | **57.0** |

**Description of Services Provided**

Completion of planning steps within the Darex 2003-2004 database: Client acceptance and continuance, independence, project management
Completion of additional planning steps: Audit comfort cycle -scoping, preliminary analytics, Assessment of fraud risk, management units, communication with the client
Completion of audit comfort cycle-entity level database steps, control activities, summary of comfort.

Documentation ITGC database steps, completion of audit comfort cycle-management and business units steps, preparation and testing of equity roll-forward 2003, equity roll-forward 2004.
Completion of "risks, uncertainties/contingencies and other commitments" database steps. Tie-out of trial balance for 2003, 2004. Preparation of the summary of booked adjustments -2003
Preparation of the summary of booked adjustments-2004. Preparation of the summary of unadjusted differences (2003, 2004). Tie-out of the 2003-2004 financial statements and cash flow worksheet.
Completion of various steps within the completion section of the database (subsequent events procedures. Preparation of final analytics (2003, 2004).
Review of the accounts receivable audit area
Review of the inventory audit area
Review of the revenue audit area

**Total Grace Darex audit**

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|

**Name:  Caitlin Blundell**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| 12/11/2006 | 7.5 | Document ADC and FSDCL |
| 12/12/2006 | 10.0 | Complete Inventory Steps including cutoff testing |
| 12/13/2006 | 7.5 | Document planning steps |
| 1/16/2007 | 1.0 | Review with M. McDonnell, PwC |
| 1/17/2007 | 2.0 | Review with M. McDonnell, PwC |
| 1/18/2007 | 3.0 | Complete Planning and Completion Audit Quality Checklist |
|  | 7.0 | Documentation in Planning and Completion Checklist steps |
| 3/19/2007 | 1.0 | Discussions with the client |
| 3/21/2007 | 3.0 | Financial Statement Tie Out |
| 3/22/2007 | 0.5 | Putting together the external workpapers |
| 3/23/2007 | 1.0 | Putting together the external workpapers |
| 1/8/2007 | 1.9 | Completion of planning steps within database |
|  | 1.6 | Meeting with client/discussion of client prepared audit request items |
|  | 1.2 | Completion of audit profitability analysis |
|  | 1.0 | Compilation of Engagement Letter |
|  | 2.3 | Scanning prior year database to develop current year substantive testing plan |
| 1/9/2007 | 0.4 | Compilation of accounts receivable lead |
|  | 1.3 | AR Analytics |
|  | 0.9 | Scanning and reviewing accounts receivable detail listing |
|  | 0.8 | Meeting with client/discussion of client prepared audit request items |
|  | 1.2 | Compilation of inventory lead |
|  | 1.2 | Completion of inventory steps in database |
|  | 1.1 | Completion of revenue steps in database |
|  | 0.9 | Discussion of audit progress with audit senior |
|  | 1.2 | Review of property and equipment, cash, and accounts payable audit work |
| 1/10/2007 | 0.3 | Assist new associate with PPE audit area |
|  | 2.3 | Document Inventory Observation within database |
|  | 0.8 | Discuss questions and open items with client |
|  | 1.2 | Documentation of Inventory Audit Procedures in database |
|  | 0.8 | Review and Documentation of Inventory Reserve |
|  | 1.2 | Review steps within PPE, Cash, AP |
|  | 1.1 | Review of Accrued Rebates |
|  | 2.3 | Compile and analyze disaggregated revenue analytics and preliminary analytics |
| 1/11/2007 | 2.6 | Complete ADC and FSDCL for 2005 and 2006 |
|  | 1.6 | Review of New Associate's Audit Areas |
|  | 1.3 | Review of FAS 13 Analysis |
|  | 0.9 | Documentation in Other Audit Procedures Steps |
|  | 1.4 | Examination of Transfer Price Adjustments |
|  | 0.8 | Documentation of AR Confirmations |
|  | 0.3 | Work with new associate through audit areas |
|  | 0.7 | Documentation of Inventory Cutoff Testing |
|  | 0.4 | Discuss open items with client |
| 1/12/2007 | 1.1 | Inventory Cutoff Testing (Preparation of Spreadsheet, SAP Inquiry) |
|  | 1.3 | Review of new associate documentation |
|  | 2.1 | FY05 AR Confirmation Alternative Procedures |
|  | 2.3 | Documentation of Completion Steps |
|  | 1.6 | FY05 Final Analytics |
|  | 0.6 | Update of Open Items list |
| 1/15/2007 | 1.0 | Preparation for Partner Review |
|  | 2.3 | Review and Documentation of AR Aging Buckets |
|  | 1.9 | Trial Balance to Lead Tie Out |
|  | 0.3 | Adjusting the budget |
|  | 1.3 | Review of 2005 Audit Adjustments |
|  | 0.7 | Discussion of Open Items list with Client |
|  | 0.3 | Compilation of Open Items List |
|  | 1.2 | Compilation of Time to Complete List |
| 1/16/2007 | 1.4 | Review and Documentation of AR Aging |
|  | 0.8 | Documentation of AR Support received from Client |
|  | 1.2 | Review of PPE Audit Area |
|  | 0.5 | Update of Open Items List and Partner Review Documentation |

| | | |
|---|---|---|
| | 0.9 | Meeting with Client regarding Transfer Pricing |
| | 0.8 | Working on the Completion Steps |
| | 0.3 | Work with associate on Depreciation Analytics |
| | 0.4 | Review of Transfer Pricing Documentation and Memo |
| | 0.7 | Inventory Cutoff Testing Documentation |
| 1/17/2007 | 1.2 | Updating Leads, Preliminary Analytics, TB Tie Out with Updated BS and P&L |
| | 0.4 | Conference Call with Corporate Team regarding AR Rollforward and Transfer Pricing |
| | 0.9 | Review of Dispenser/Dispenser Parts Adjustments and documentation |
| | 1.1 | Compile and Update Documentation for AR Confirm Alternative Procedures |
| | 1.9 | Tie out of inventory observation documentation |
| | 0.3 | Updating open items list and discussing open items/issues with client |
| | 1.2 | Working on the Completion Steps |
| 1/19/2007 | 2.8 | Inventory Cutoff Documentation and Requests with Client |
| | 1.5 | Review of Cash and AP Audit Areas |
| | 2.5 | Transfer Price Testing |
| | 0.8 | Update opens items/discuss audit with client |
| | 0.4 | Organize external w/p's |
| 1/22/2007 | 4.0 | Inventory Cutoff Documentation |
| | 2.0 | AR Confirms/ Alternative Procedures Documentation |
| 1/23/2007 | 1.8 | Review Accounts Payable and Cash |
| | 0.8 | Inventory Cutoff Follow Up |
| | 0.7 | Discussions with the client |
| 1/29/2007 | 2.0 | Updated TB to FS Tie Out |
| | 2.0 | Inventory Cutoff Testing |
| 4/2/2007 | 0.3 | Review Representation Letter |
| 4/4/2007 | 0.5 | Discussion with the corporate team |
| 5/3/2007 | 0.5 | Correspondence with client contact and senior associate regarding financial statements |
| 5/7/2007 | 4.0 | Perform and update with new numbers TB to FS Tie Out |
| 5/8/2007 | 6.0 | Tie Out Tax Provision Calculation |
| 5/9/2007 | 0.5 | Correspondence with client contact and senior associate regarding financial statements |
| 5/11/2007 | 0.5 | Correspondence with client contact and senior associate regarding financial statements |
| 5/17/2007 | 0.5 | Compile external work papers |
| | 2.0 | Finish Completion Steps |
| 5/25/2007 | 3.5 | Finish Completion Steps and update lead schedules for adjustments |
| 5/29/2007 | 2.0 | Complete Disclosure Checklist and FSDCL |
| 6/20/2007 | 2.0 | Document SAD and SUD |
| 6/21/2007 | 0.5 | Correspondence with client contact and senior associate regarding financial statements |
| 6/27/2007 | 2.0 | Review with Manager, PWC |
| 6/28/2007 | 2.5 | Financial Statement Tie Out |
| 7/3/2007 | 2.5 | Financial Statement Tie Out |
| | **163.6** | **Total Grace Darex audit** |

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours |
|------|-------|

**Name:  Cara Blackaby**

**WR Grace 2006 Darex Audit**

| Date | Hours |
|------|-------|
| 1/8/2007 | 8.4 |
| 1/9/2007 | 10.0 |
| 1/10/2007 | 10.0 |
| 1/11/2007 | 10.0 |
| 1/15/2007 | 4.0 |
| 1/16/2007 | 8.0 |
| 1/17/2007 | 8.0 |
| 1/18/2007 | 7.5 |
| 1/19/2007 | 4.0 |
| 2/27/2007 | 1.5 |
| 4/3/2007 | 1.5 |
| | **72.9** |

**Description of Services Provided**

Lead sheet rollfwards and review of audit steps
Cash Testing
PPE Testing/Dispenser Testing
A/P and Intercompany testing
Depreciation Testing
Intercompany documentation and met with client/senior to review issues
Updated Leads based on new trial balance and continued with A/P testing
Addressing database notes and finalizing cash
Tie Out financial statements
Updated Tie Out
Looking for records /finalize tie out

**Total Grace Darex audit**

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|------|-------|-------------------------------|
| **Name:  Karen Geung** | | |
| 12/4/2006 | 3.0 | I worked on the tie out the trial balance to the audit lead sheets |
| 12/5/2006 | 8.0 | I worked on the tie out to the trial balance to the audit lead sheets.  I also worked on the tie out of adjustments to reconcile the trial balance to the financial statements. |
| 12/6/2006 | 6.0 | I worked on the tax M1 reconciliation for the various tax adjustments that were made to the financial statements |
| 12/12/2006 | 1.0 | I worked on the tax M1 reconciliation for the various tax adjustments that were made to the financial statements |
| 3/7/2007 | 8.0 | I worked on the tie out of the external financial statements to the trial balance and the audit work papers. |
| 3/8/2007 | 7.0 | I worked on the tie out of the external financial statements to the trial balance and the audit work papers. |
| | **33.0** | **Total Grace Darex Puerto Rico Audit Charged Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours |
|------|-------|
| **Name: Sean P Robinson** | |
| 5/8/2006 | 3.0 |
| | 2.0 |
| 5/9/2006 | 4.5 |
| | 3.0 |
| | 0.5 |
| 5/10/2006 | 9.0 |
| 5/11/2006 | 4.5 |
| | 4.5 |
| 5/12/2006 | 3.0 |
| | 5.0 |
| 5/15/2006 | 1.0 |
| | 5.0 |
| | 1.0 |
| | 0.5 |
| | 0.5 |
| 5/16/2006 | 3.5 |
| | 4.0 |
| 5/17/2006 | 1.5 |
| | 2.0 |
| | 4.5 |
| 5/18/2006 | 1.5 |
| | 0.5 |
| | 2.0 |
| 5/19/2006 | 2.5 |
| | **69.0** |

**Description of Services Provided**

Roll forward lead schedules
Review of prior year work
Work on AP Search
Roll forward lead schedules
Worked on Cash area
Worked on Cash area
Worked on Cash area
Worked on AP area
Worked on Cash area
Worked on AP area
Worked on Cash area
Worked on AP area
Correspondence / Follow up with questions to the client
Documenting the support received from the client
gathered external work papers and put into a binder
Worked on Cash area
Worked on AP & Accruals areas
Accounts Receivable Correspondence - updating confirm log and mailing out confirms
Worked on Cash area
Worked on AP & Accruals areas
Work on Inventory - Markup flux
Updating Open Items List and communicating items to team members
Work on AP & Accruals areas
Work on AP & Accruals areas


**Total Grace Darex Puerto Rico Audit Charged Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|------|-------|--------------------------------|
| **Name:  Michael P. Kelliher** | | |
| 5/3/2006 | 3.0 | 2005 Planning with M. McDonnell, PwC |
| | 2.0 | 2004 Review with M. McDonnell, PwC |
| 5/4/2006 | 2.0 | 2005 Created new database |
| | 1.2 | Work on 2005 Independence Confirms |
| | 4.8 | Work on Review of 2003-2004 |
| 5/5/2006 | 2.3 | Work on preliminary analytics 2005 |
| | 5.7 | Review of operating leases & corresponding audit procedures 2005 |
| 5/8/2006 | 2.1 | Work on Acceptance/Continuance 2005 |
| | 1.2 | Work on Intercompany 2005 area |
| | 2.5 | Work on Audit Strategy and Alternate Planning activities 2005 area |
| | 1.2 | Work on Materiality 2005 area |
| | 1.0 | Work on Task Plan 2005 area |
| 5/9/2006 | 0.8 | Work on Materiality 2005 area |
| | 2.1 | Work on Industry Research on prelim analytics 2005 area |
| | 2.8 | Work on preliminary analytics 2005 area |
| | 2.3 | Review of ITGC by WR Grace Corp Team 2005 |
| 5/10/2006 | 4.3 | Work on Other Assets 2005 area |
| | 0.8 | Update Outstanding items listing 2005 |
| | 2.9 | Work on Intercompany Accounts 2005 area |
| 5/11/2006 | 2.3 | Work on Equity 2005 area |
| | 1.8 | Work on Revenue 2005 area |
| | 1.5 | Work on Other Assets 2005 area |
| | 1.3 | Work on 2005 Mark-Up Testing area |
| | 1.1 | Work on 2004 Markup testing area |
| 5/12/2006 | 1.2 | Work on SAS 99 Prep & Questions 2005 area |
| | 0.8 | SAS 99 Interview with German Huerta,Grace  2005 |
| | 2.3 | Work on Equity Review 2005 area |
| | 1.2 | PPE - review of policy 2005 |
| | 1.2 | Cash/AP Questions with Sean Robinson, Grace 2005 |
| | 1.3 | Mark-up follow-up with Paul Miliken, Grace 2005 |
| 5/15/2006 | 4.8 | Work on Repairs and Maintenance analysis 2005 |
| | 0.9 | Work on Request List 2005 |
| | 2.3 | Work on Intercompany follow-up 2005 |
| 5/16/2006 | 2.2 | Work on Review of Cash 2005 |
| | 2.3 | Work on Review of AP/accruals 2005 |
| 5/17/2006 | 0.6 | Review with Mike McDonnell, Pwc 2005 |
| | 2.3 | Work on Sales Volume Rebates 2005 |
| | 1.4 | Work on AR Clean-up 2005 |
| | 1.7 | Work on TB tie out 2005 |
| 5/18/2006 | 0.6 | Work on Inventory follow-up 2005 |
| | 1.7 | Freight Review, phone conversation with Beth, Grace 2005 |
| | 1.3 | Work on Inventory Cap Calc 2005 |
| | 1.2 | Work on Payables database notes 2005 |
| | 1.3 | Work on Inventory database notes 2005 |
| | 1.5 | Work on 2004 Mark up testing |
| | 0.4 | Work on Request List 2005 |
| 5/19/2006 | 2.4 | Work on Inventory follow-up 2005 |
| | 0.3 | Work on Request List 2005 |
| | 2.3 | Work on Inventory Cap Calc 2005 area |
| 5/30/2006 | 1.0 | Work on Inventory follow up 2005 area |
| 5/31/2006 | 1.0 | Work on 2005 Budget, and Inventory follow up areas |
| | **94.5** | **Total Grace Darex Puerto Rico Audit Charged Hours** |

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours |
|------|-------|
| **Name:  Krzysztof Krakowiak** | |
| 4/20/2005 | 0.6 |
| | 2.4 |
| | 1.8 |
| | 1.1 |
| | 1.6 |
| 4/21/2005 | 2.8 |
| | 2.3 |
| | 2.2 |
| | 1.0 |
| 4/22/2005 | 1.2 |
| | 2.7 |
| | 1.5 |
| | 3.3 |
| 4/25/2005 | 2.6 |
| | 3.3 |
| | 2.1 |
| 4/26/2005 | 2.9 |
| | 3.0 |
| | 2.3 |
| | 1.3 |
| 4/27/2005 | 1.4 |
| | 1.5 |
| | 2.3 |
| | 2.8 |
| 4/28/2005 | 2.3 |
| | 1.2 |
| | **53.5** |

**Description of Services Provided**

Coordinate sales side testing with Joanto arrange for testing of payments received
Complete testing of the sales side of inventory
Document the testing results of the sales side.

Obtain the payments received report and discuss with Joan tracing of the sales to the payments
Trace and agree sales to subsequent payments.
Document testing results and follow up on open items
Obtain open items support and perform testing on the sales side
Document the testing results of the open items
Review the status of inventory testing with Sandy David.
Finish documenting the sales side.
Meet with Paul Miliken to discuss testing of the freight charges and follow the flow of information in SAP.
Obtain the detail support for testing of the purchase side and analyze the documentation.
Perform testing of the purchase side of the inventory.
Proceed with testing of the purchase side of the inventory
Document the testing results of the purchase side
Meet with Paul Miliken to trace the freight charges to SAP
Obtain support for the open items on the purchase side and complete the testing
Document testing results from the open items on the purchase side
Obtain a breakdown report from Charlie and trace the invoices to specific payments
Meet with Greg Manning to discuss issues concerning the payments sent to Grace CT.
Document results from the meeting with Greg Manning
Review status of inventory testing with Mike McDonnell
Trace and agree payments to invoices for purchased inventory.
Document the results of testing of payments for purchased inventory.
Finish documenting the purchase side of the inventory testing.
Meet with Greg Manning to discuss the exceptions in testing results of the purchases.

**Total Grace Darex Puerto Rico Audit Charged Hours**

**WR Grace & Co., Inc.**
**Time Summary Report - Darex**

| Date | Hours | Description of Services Provided |
|------|-------|----------------------------------|
| **Name: Zahilys Hernandez** | | |
| 12/27/2006 | 4.5 | Inventory observation procedures/ Test Counts |
| | 1.0 | Documentation (Test counts & checklists) |
| | **5.5** | **Total Grace Darex Puerto Rico Audit Charged Hours** |