**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et. al.* | : | Case No. 01-1139 (JKF) |
| | : | (Jointly Administered) |
| Debtors | : | **Related Docket Item: 19037** |

**NOTICE OF SUPPLEMENT TO THE FEE APPLICATION OF**
**PRICEWATERHOUSECOOPERS LLP, AUDITORS AND TAX**
**CONSULTANTS FOR DEBTORS, FOR ALLOWANCE OF COMPENSATION**
**AND REIMBURSEMENT OF EXPENSES FOR DAREX PUERTO RICO AUDIT**

**PLEASE TAKE NOTICE** that on July 2, 2008, PricewaterhouseCoopers LLP ("PwC") filed its Fee Application for Allowance of Compensation and Reimbursement of Expenses for the Darex Puerto Rico Audit (the "Darex Fee") (Docket No. 19037) with the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Wilmington, Delaware 19801 (the "Bankruptcy Court"). The Application seeks an order approving the payment of post-petition fees and expenses incurred by PwC on behalf of the Debtors.

**PLEASE TAKE FURTHER NOTICE** that PwC hereby files Amended Exhibit B to the Darex Fee Application.

Dated: November 4, 2008          SMITH, KATZENSTEIN & FURLOW, LLP

/s/ Kathleen M. Miller
Kathleen Miller (I.D. No.2898)
The Corporate Plaza
800 Delaware Avenue, 7th Floor
P.O. Box 410
Wilmington, DE 19899 (Courier 19801)
Telephone: 302-652-8400
Telecopy: 302-652-8405
Email: Kmiller@skfdelaware.com

Attorneys for PricewaterhouseCoopers LLP

{02411}

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the __4__ day of November **2008,** a copy of the *Notice of Supplement To The Fee Application of PricewaterhouseCoopers LLP, Auditors And Tax Consultants For Debtors, For Allowance Of Compensation And Reimbursement Of Expenses for the Darex Audit* was served on the following parties in the manner herein indicated:

/s/ Kathleen M. Miller
Kathleen M. Miller

{02411}                                                2