## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No.: 01-01139 (JKF) |
| | ) |
| Debtor. | ) |
| | ) |

### NOTICE OF APPEARANCE AND
### REQUEST FOR NOTICES AND PAPERS

PLEASE TAKE NOTICE that Arrowood Indemnity Company f/k/a Royal Indemnity Company ("Arrowood") hereby appears by their counsel: O'Melveny & Myers, LLP. Such counsel hereby enters its appearance pursuant to section 1109(b) of title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned case be given and served upon the following persons at the following address, telephone and telecopy numbers:

Paul Koepff, Esquire
Email: pkoeff@omm.com
Tancred Schiavoni, Esquire
Email: tschiavoni@omm.com
Gary Svirsky, Esquire
Email: gsvirsky@omm.com
Orly Nhaissi, Esquire
Email: onhaissi@omm.com
O'MELVENY & MYERS, LLP
7 Times Square
New York, NY 10036
Telephone: (212) 326-2189
Facsimile: (212) 326-2061

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed or made with regard to the above-captioned case and proceedings therein.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notices and Papers shall not be deemed or construed to be a waiver of Arrowood's rights (i) to have final orders in non-core matters entered only after de novo review by a District Judge, (ii) to trial by jury in any proceeding so triable in these cases or in any case, controversy, or proceeding related to these cases, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) of any other rights, claims, actions, set-offs, or recoupments to which Arrowood is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, set-offs, and recoupments Arrowood expressly reserves.

Dated: November 5, 2008

BIFFERATO GENTILOTTI LLC

/s/ Garvan F. McDaniel
Ian Connor Bifferato (#3273)
Garvan F. McDaniel (#4167)
800 King Street, First Floor
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900

*Attorneys for Arrowood Indemnity Company*