IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No.: 01-01139 (JKF) |
| | ) |
| Debtor. | ) |
| | ) **Related to Docket No.** _____ |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED the Motion for Admission Pro Hac Vice of Gary Svirsky, Esquire, as legal counsel to Arrowood Indemnity Company f/k/a Royal Indemnity Company is granted.

Date:_____

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge