IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No.: 01-01139 (JKF) |
| | ) | |
| Debtor. | ) | |
| | ) | |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, the United States District Court for the Southern District of New York, and the United States District Court for the Eastern District of New York, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: 11/5/08

Orly Nhaissi, Esq.
O'MELVENY & MYERS, LLP
7 Times Square
New York, NY 10036
Tel: (212) 326-4305
Fax: (212) 326-2061
Email: **onhaissi@omm.com**

*Attorneys for Arrowood Indemnity Company*