IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No.: 01-01139 (JKF) |
| | ) |
| Debtor. | ) |
| | ) |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Tancred Schiavoni, Esquire, as legal counsel to represent Arrowood Indemnity Company f/k/a Royal Indemnity Company in this matter.

Dated: November 5, 2008

BIFFERATO GENTILOTTI LLC

/s/ Garvan F. McDaniel
Ian Connor Bifferato (#3273)
Garvan F. McDaniel (#4167)
800 King Street, First Floor
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900

*Attorneys for Arrowood Indemnity Company*