# EXHIBIT A

NY 71822054v1

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**SEPTEMBER 1, 2008 - SEPTEMBER 30, 2008**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 7.6 | $    4,940.00 |
| 0008 | Asset Analysis and Recovery | 20.5 | 13,773.00 |
| 0013 | Business Operations | 0.8 | 520.00 |
| 0014 | Case Administration | 48.0 | 9,416.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 146.0 | 102,745.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 33.5 | 22,781.50 |
| 0018 | Fee Application, Applicant | 19.1 | 6,411.00 |
| 0019 | Creditor Inquiries | 2.6 | 2,004.50 |
| 0020 | Fee Application, Others | 4.9 | 2,377.50 |
| 0022 | Environmental Matters/Regulations/Litigation | 7.5 | 4,875.00 |
| 0035 | Travel - Non Working | 15.6 | 12,320.00 |
| 0036 | Plan and Disclosure Statement | 40.2 | 28,901.50 |
| 0037 | Hearings | 26.0 | 19,826.00 |
| 0047 | Tax Issues | 2.7 | 1,755.00 |
| | | | |
| | **Sub Total** | **375.0** | **$ 232,646.50** |
| | **Less 50% Travel** | **(7.8)** | **(6,160.00)** |
| | **Total** | **367.2** | **$ 226,486.50** |

# STROOCK

## INVOICE

| DATE | October 23, 2008 |
| --- | --- |
| INVOICE NO. | 456175 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia,  MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through September 30, 2008, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
| --- | --- |
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 09/03/2008 | Attend to material from J. Baer re minutes of settlement with Canadian ZAI Claimants (.9); exchanged memoranda with J. Baer re settlement terms, Crown's position (.4). | Krieger, A. | 1.3 |
| 09/04/2008 | Memorandum to R. Finke, L. Esayian re Jameson Hospital settlement information. | Krieger, A. | 0.1 |
| 09/09/2008 | Attend to District Court's memorandum denying Anderson Memorial's motion for leave to appeal order denying class certification. | Krieger, A. | 0.1 |
| 09/15/2008 | Attend to motion re settlement of Bayshore Community Hospital and memorandum to the Committee re same (.6); attend to motion re settlement of PD claims filed by California State University (.4); attend to Debtors' joinder in State of Montana's motion for stay pending appeal (.1); memorandum to R. Finke re information request for Bayshore Univ and California State Univ claims (.1). | Krieger, A. | 1.2 |
| 09/16/2008 | Attend to motion re settlement of PD claim asserted by Pacific Freeholds and | Krieger, A. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memorandum to R. Finke re same and request for additional information. | | |
| 09/18/2008 | Attend to Pacific Freeholds materials for Committee memorandum re settlement of same. | Krieger, A. | 0.9 |
| 09/19/2008 | Attend to Pacific Freeholds' materials and prepare insert for Committee memorandum re proposed settlement of its PD claim (1.6); attend to Libby claimants' opposition to Montana's motion for stay pending appeal and related materials(.9); attend to Anderson Memorial's motion for reconsideration (.6). | Krieger, A. | 3.1 |
| 09/25/2008 | Exchanged multiple memoranda with R. Finke re pending asbestos PD settlements. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 7.6 | $ 650 | $ 4,940.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,940.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,940.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Asset Analysis and Recovery<br>699843  0008 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/01/2008 | Attend to Organization Agreement for LLC investment. | Krieger, A. | 1.0 |
| 09/02/2008 | Attend to documentation re motion for investment in LLC (1.6); exchange memoranda with I. DiBernardo re Debtors' motion and review of transaction (.2). | Krieger, A. | 1.8 |
| 09/04/2008 | Exchanged memoranda with J. Dolan re LLC investment motion (.2); o/c I. DiBernardo re review of underlying documents (.1). | Krieger, A. | 0.3 |
| 09/05/2008 | Review Joint Development, Services License and Operating Agreements and  prepare questions for Company re: LLC transaction. | DiBernardo, I. | 3.8 |
| 09/05/2008 | Attend to LLC acquisition/investment documentation (3.9); o/c I. DiBernardo re documentation (.9); exchanged memoranda with J. McFarland re conf call to discuss documentation (.2). | Krieger, A. | 5.0 |
| 09/08/2008 | Memorandum to I. DiBernardo re conference with J. McFarland and R. Maggio (.1); memorandum to J. McFarland re 9/9/08 call (.1); attend to LLC investment documents (3.6); exchanged memoranda with J. Dolan re Capstone analysis of LLC investment (.1). | Krieger, A. | 3.9 |
| 09/09/2008 | Prepare for and participate in call with W.R. Grace (Bob Maggio and Jack McFarland) and A. Krieger regarding transaction documents. | DiBernardo, I. | 2.6 |
| 09/09/2008 | T/c R. Frezza, J. Dolan re LLC transaction (.1); o/c I. DiBernardo re transaction documents and extended conf call R. Maggio re same and J. McFarland re same (1.6). | Krieger, A. | 1.7 |
| 09/17/2008 | Attend to amended Organization Agreement of | Krieger, A. | 0.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Grace 2008 LLC. | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| DiBernardo, Ian G. | 6.4 | $ 720 | $ 4,608.00 |
| Krieger, Arlene G. | 14.1 | 650 | 9,165.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,773.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 13,773.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM

NY 71822054v1

# STROOCK

| RE | Business Operations |
|---|---|
| | 699843  0013 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/03/2008 | Attend to draft Licensing Agreement to LLC investment motion. | Krieger, A. | 0.6 |
| 09/26/2008 | Attend to Capstone report re 2nd quarter 2008 results. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.8 | $ 650 | $ 520.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 520.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 520.00 |
|---|---|

# STROOCK

| RE | Case Administration |
|---|---|
| | 699843 0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/02/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.0 |
| 09/02/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 0.8 |
| 09/03/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); review adv. pro. case docket no. 01-771 (.2); review district court case docket no. 08-250 (.2); review court of appeals case docket no. 08-2069 (.2); research and retrieve certain pleadings for attorney review (.6). | Mohamed, D. | 2.2 |
| 09/04/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings (.6); prepare documents for attorney review (.5). | Mohamed, D. | 1.4 |
| 09/05/2008 | Reviewed legal document and update status. | Holzberg, E. | 1.1 |
| 09/05/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.9); review adv. pro. case docket no. 01-771 (.2); retrieve certain pleadings for attorney review (.5); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.3 |
| 09/08/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.1); review adv. pro. case docket no. 01-771 (.2); review district court case docket no. 08-250 (.2); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 2.1 |
| 09/09/2008 | Reviewed legal docket and update status. | Holzberg, E. | 0.8 |
| 09/09/2008 | Review and update case docket no. 01-1139 | Mohamed, D. | 2.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.4); retrieve and distribute recently filed pleadings in main case (1.7); retrieve pleadings for attorney review (.5). | | |
| 09/10/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); review adv. pro. case docket no. 07-771 (.2); review district court case docket no. 08-250 (.2); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 1.6 |
| 09/11/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.8); prepare documents for attorney review (.4). | Mohamed, D. | 1.5 |
| 09/12/2008 | Reviewed the legal docket to update the status. | Holzberg, E. | 1.3 |
| 09/12/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.4); review adv. pro. case docket no. 01-771 (.2); review district court case docket no. 08-250 (.2); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 1.3 |
| 09/15/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.1 |
| 09/15/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.8); review adv. pro. no. 01-771 (.2); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 1.7 |
| 09/16/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (1.5); attention to retrieval of certain documents for attorney review (.6). | Mohamed, D. | 2.4 |
| 09/17/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case docket no. 01-771 (.2); review district court case docket no. 08-250 (.2); review court of appeals case docket no. 08-2069 (.2); prepare documents for attorney review (.5). | Mohamed, D. | 1.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/18/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.9); prepare documents for attorney review (.7). | Mohamed, D. | 1.9 |
| 09/19/2008 | Reviewed legal docket to update status (1.3); retrieved documents and distributed same (1.6). | Holzberg, E. | 2.9 |
| 09/22/2008 | Reviewed legal dockets to update status. | Holzberg, E. | 1.0 |
| 09/22/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (2.3); retrieve pleadings for attorney review (.5); review adv. pro. case docket no. 01-771 (.2); review court of appeals case docket no. 08-2069 (.2); review district court case docket no. 08-250 (.2). | Mohamed, D. | 3.8 |
| 09/23/2008 | Review and update case docket no. 01-1139 (.3); review case file documents (1.8); retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 2.7 |
| 09/24/2008 | Review and update case docket no. 01-1139 (.2); retrieve and distribute recently filed pleadings in main case (.7); review adv. pro. case docket no. 01-771 (.2); review district court case docket no. 08-250 (.2); review court of appeals case docket no. 08-2069 (.2); Obtain certain pleadings for attorney review (.5). | Mohamed, D. | 2.0 |
| 09/25/2008 | Review & update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (1.1). | Mohamed, D. | 1.4 |
| 09/26/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (1.0); review adv. pro. case no. 01-771 (.2); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 1.9 |
| 09/29/2008 | Reviewed legal docket to update status. | Holzberg, E. | 1.5 |
| 09/29/2008 | Review and update case docket no. 01-1139 (.2); retrieve and distribute recently filed pleading in main case (.3); review adv. pro. case no. 01-771 (.2); review district court case | Mohamed, D. | 1.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | no. 08-250 (.2); review court of appeals case no. 08-2069 (.2). | | |
| 09/30/2008 | Review and update case docket no. 01-1139 (.2); retrieve and distribute recently filed pleadings in main case (.5). | Mohamed, D. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 10.7 | $ 270 | $ 2,889.00 |
| Mohamed, David | 37.3 | 175 | 6,527.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,416.50 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 9,416.50 |
|-----------------------|------------|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) 699843 0015 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 09/02/2008 | Created new databases of data received for attorney review and o/c Arlene Krieger re: review of electronic documents. | Carrion, C. | 2.0 |
| 09/02/2008 | Communications with A. Krieger and litigation support regarding documents received (.3); communications with A. Krieger and K. Pasquale regarding review of documents, including overview of documents received (.7). | Chaudhery, K. | 1.0 |
| 09/02/2008 | E-mails from and to K. Chaudhery re: review of Lehman documents. | Gutierrez, J. | 0.3 |
| 09/02/2008 | Attend to draft trial brief re bank debt claims' objection (3.9); exchanged multiple memoranda re discovery related matters and attend to same (.7). | Krieger, A. | 4.6 |
| 09/02/2008 | Attention to draft pre-hearing brief (1.3); attention to certain documents produced in discovery (1.2). | Pasquale, K. | 2.5 |
| 09/03/2008 | Attend to review of draft joint pre-trial brief and o/cs KP re same (3.5); multiple exchange of memoranda with M. Phillips re materials for pre-trial brief (.6); attend to Debtors' 25th and 26th omnibus claims objections (.2); extended o/c KP re comments on draft joint pre-trial brief (1.0). | Krieger, A. | 5.3 |
| 09/03/2008 | Review revisions to PPI pre-hearing brief. | Kruger, L. | 0.6 |
| 09/03/2008 | Attention and revisions to PPI pre-hearing brief and factual record (6.6); telephone conference A. Rosenberg re: same (.2). | Pasquale, K. | 6.8 |
| 09/03/2008 | Processed data to upload into databases for attorney review. | Serebryany, Y. | 0.5 |
| 09/04/2008 | Attend to SSL revised draft of pre-trial | Krieger, A. | 4.0 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71822054v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | memorandum (PPI) (3.2); o/cs KP re same, and Committee's joinder to pre-trial memo (.6); attend to memoranda re ad hoc equity committee request to sign on to confidentiality stipulation (.2). | | |
| 09/04/2008 | Review revised drafts of PPI Pre-hearing Brief. | Kruger, L. | 1.6 |
| 09/04/2008 | Attention and edits to revised drafts of PPI prehearing brief (5.4); drafted joinder (.4). | Pasquale, K. | 5.8 |
| 09/05/2008 | Attend to multiple memoranda re pre-trial memorandum and related matters (.9); exchanged memoranda with M. Lastowski re Committee's joinder for filing and service (.4). | Krieger, A. | 1.3 |
| 09/05/2008 | Review revisions to trial brief. | Kruger, L. | 1.6 |
| 09/05/2008 | Revisions and attention to draft trial brief (3.8); telephone conferences A. Rosenberg re same (.3); telephone conference J. O'Neill re logistics (.2). | Pasquale, K. | 4.3 |
| 09/05/2008 | Attend to data files received and created database for attorney review. | Serebryany, Y. | 1.5 |
| 09/08/2008 | Attend to Debtors' pre-hearing memorandum (1.4); exchanged memoranda with M. Lastowski re Committee Joinder for Judge Fitzgerald (.1); o/c KP re Debtors' pleading (.1). | Krieger, A. | 1.6 |
| 09/08/2008 | Review Debtors' PPI trial brief (.8); review memo re: Town of Acton (.3); review LLC investment documents (.4). | Kruger, L. | 1.5 |
| 09/08/2008 | Attention to debtors' trial brief re PPI issues (1.4); telephone conference D. Mundell/Wachovia re discovery issues (.2). | Pasquale, K. | 1.6 |
| 09/09/2008 | T/c R. Frezza, J. Dolan re ppi litigation (.2); attend to Debtors' brief (.2); attend to final form of Bank Lenders' brief (1.1). | Krieger, A. | 1.5 |
| 09/09/2008 | Confer L. Kruger re PPI issues (.3); attention to PPI record and presentation for hearing (.8). | Pasquale, K. | 1.1 |
| 09/10/2008 | Memorandum to S. Welkis re: Credit | Krieger, A. | 1.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Agreement provisions (.2); attend to Bank Debt holders pre-trial memorandum (.8). | | |
| 09/10/2008 | Attention to interest issues (.4); attention to documents (.2). | Welkis, S. | 0.6 |
| 09/11/2008 | Attend to case law re: Debtors' pre-hearing brief in support of objection. | Krieger, A. | 6.2 |
| 09/11/2008 | Review case law in debtors prehearing PPI brief. | Kruger, L. | 2.8 |
| 09/12/2008 | Attend to case law re ppi matters (5.4); o/c MAS re ppi arguments (.3); attend to travel arrangements for PPI hearing (.6). | Krieger, A. | 6.3 |
| 09/12/2008 | Review PPI cases in pleadings (1.4); review memo to Committee re stipulation among debtors and PRPs (.2). | Kruger, L. | 1.6 |
| 09/15/2008 | Attend to case law re ppi litigation (2.7); o/cs and exchange of memoranda with S. Welkis re credit agreement provisions (.8); exchanged memoranda with R. Frezza re conf call to discuss credit agreements (.2); attend to stipulations settling IRS claims and settling claim of Kentucky's Natural Resources and Environmental Protection Cabinet (.2); attend to response by Commonwealth of Penn to Debtors' claim objection (.1); attend to review of Credit Agreement provisions (.7). | Krieger, A. | 4.7 |
| 09/15/2008 | Confer S. Welkis re PPI and credit agreement issues. | Pasquale, K. | 0.3 |
| 09/15/2008 | Attention to loan documents (.2); conference with A. Krieger regarding same (.8); conference with K. Pasquale regarding same (.3). | Welkis, S. | 1.3 |
| 09/16/2008 | O/c S. Welkis re credit agreements (.4); attend to Ad Hoc Lenders' Group sur reply and motion for leave to file same and related material (1.2);  conf call R. Frezza, J. Dolan, S. Welkis re credit agreement provisions on interest (1.0); further exchange of memorandum with R. Frezza re interest-related information (.8); attend to ppi case law  (.6). | Krieger, A. | 4.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/16/2008 | Review bank lenders' sur reply brief. | Kruger, L. | 0.4 |
| 09/16/2008 | Attention to bank lenders' sur-reply brief and motion. | Pasquale, K. | 0.6 |
| 09/16/2008 | Telephone conference with Capstone and SSL regarding interest issues (1.0); attention to loan documents and interest model and further telephone conference with Capstone regarding model (1.6). | Welkis, S. | 2.6 |
| 09/17/2008 | Exchanged memoranda with R. Frezza re interest computations (.1); exchanged memoranda with and o/c S. Welkis re interest computations (.2); review hearing transcripts re PPI litigation (1.9). | Krieger, A. | 2.2 |
| 09/17/2008 | T/c A. Rosenberg re status (.2) and prepare for 9/29 hearing (.6). | Kruger, L. | 0.8 |
| 09/17/2008 | Telephone conference A. Rosenberg re: status (.2); prep. re: issues for 9/29 hearing (1.6). | Pasquale, K. | 1.8 |
| 09/17/2008 | Review of and comments to interest models and various correspondence and telephone conferences with Capstone regarding same. | Welkis, S. | 2.8 |
| 09/18/2008 | Attend to transcripts, other materials re ppi litigation (2.3); exchanged memoranda with R. Frezza, S. Welkis re interest scenarios and attend to same (.5); further t/cs S. Welkis re interests scenarios (.4). | Krieger, A. | 3.2 |
| 09/18/2008 | Telephone conference with Capstone regarding models and attention to revised interest models. | Welkis, S. | 2.6 |
| 09/19/2008 | Attend to interest rate scenarios and provisions of the Credit Agreements (1.1); memoranda to S. Welkis re same (.3); o/c S. Welkis re interest rate scenarios (.7); conf call R. Frezza, S. Welkis re interest rate scenarios (.3); attend to motion to strike bank lenders sur reply (.4). | Krieger, A. | 2.8 |
| 09/19/2008 | Attention to revised model (1.3); telephone conference with A. Krieger regarding model (.8); telephone conference with Capstone regarding same (.8). | Welkis, S. | 2.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/22/2008 | Attend to memorandum to LK, KP re credit agreement provisions (.6); exchange memoranda with and o/c S. Welkis re same (.3). | Krieger, A. | 0.9 |
| 09/22/2008 | Review AK info re Credit Agreement provisions. | Kruger, L. | 0.2 |
| 09/22/2008 | Telephone conference C. Freedgood, C. Miller/JPMC re status of PPI issues. | Pasquale, K. | 0.2 |
| 09/22/2008 | Review of and comments to interest issues memo and various correspondence regarding same. | Welkis, S. | 1.6 |
| 09/23/2008 | Attend to SW comments to interest scenario memorandum and review of underlying documentation (.8); exchanged memoranda with SW re same (.2); attend to ppi pleadings and arguments for 9/29/08 hearing (2.9). | Krieger, A. | 3.9 |
| 09/24/2008 | Communications with K. Pasquale regarding review of Wachovia documents this week (.2); review of e-mails from Kroll (.2). | Chaudhery, K. | 0.4 |
| 09/24/2008 | Attend to ppi pleadings and arguments for hearing (4.1); o/cs S. Welkis re ppi memorandum (.2); attend to memorandum to LK, KP re memorandum on ppi (.4). | Krieger, A. | 4.7 |
| 09/24/2008 | Review memo from AK re PPI (.2); review pleadings for PPI hearing and preparation for meeting with Andy Rosenberg (1.8). | Kruger, L. | 2.0 |
| 09/24/2008 | Prep for meeting with Paul Weiss and September 29 hearing re PPI (2.6); conference call with Wachovia, Kroll re protocol for document review (.3); attention to same (.2). | Pasquale, K. | 3.1 |
| 09/25/2008 | E-mail communications among Kroll, K. Pasquale and litigation support regarding review tomorrow. | Chaudhery, K. | 0.3 |
| 09/25/2008 | Preparation for meeting with A. Rosenberg, LK, KP re 9/29/08 argument on ppi issues (3.9); o/c KP re ppi issue and argument (.4); attend meeting to discuss 9/29/08 argument | Krieger, A. | 5.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (1.6). | | |
| 09/25/2008 | Preparation for and conference at Paul Weiss with Shimshak, Rosenberg, Krieger, Pasquale, et al preparing for 9/29 court hearing. | Kruger, L. | 3.1 |
| 09/25/2008 | Prep for 9/29 PPI hearing, including meeting with lenders' counsel. | Pasquale, K. | 3.5 |
| 09/26/2008 | Reviewed documents received from Wachovia. | Chaudhery, K. | 4.8 |
| 09/26/2008 | Attend to PPI case law (1.8); review case and memorandum to LK re ppi issue (3.); exchanged memoranda and attend to order re 9/29/08 hearing on ppi issues related memoranda (.2);  attend to outline for 9/29 hearing (.2); exchanged memoranda with J. O'Neill re Debtors' sur reply on PPI issues (.1). | Krieger, A. | 2.6 |
| 09/26/2008 | Review of pleadings preparing for court hearing. | Kruger, L. | 1.8 |
| 09/26/2008 | Review of Wachovia electronic documents re PPI claim objection discovery (3.8); telephone conference A. Rosenberg re court hearing (.2); email producing Wachovia document (.2). | Pasquale, K. | 4.2 |
| 09/30/2008 | Telephone conference M. Piripato re status of PPI matter. | Pasquale, K. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Carrion, Carole | 2.0 | $ 225 | $ 450.00 |
| Chaudhery, Kamilla A. | 6.5 | 475 | 3,087.50 |
| Gutierrez, James S. | 0.3 | 490 | 147.00 |
| Krieger, Arlene G. | 66.7 | 650 | 43,355.00 |
| Kruger, Lewis | 18.0 | 945 | 17,010.00 |
| Pasquale, Kenneth | 36.1 | 775 | 27,977.50 |
| Serebryany, Yefim | 2.0 | 175 | 350.00 |
| Welkis, Scott | 14.4 | 720 | 10,368.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 102,745.00 |
|-------------------------------------------|--------------|

# STROOCK

| TOTAL FOR THIS MATTER | $ 102,745.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71822054v1

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders' 699843  0017 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/03/2008 | Memorandum to the Committee re 9/2/08 hearings. | Krieger, A. | 0.7 |
| 09/04/2008 | Preparation of memorandum to the Committee re Town of Acton settlement motion (2.9); memorandum to S. Cunningham, J. Dolan re Town of Acton and LLC investment motions (.2). | Krieger, A. | 3.1 |
| 09/05/2008 | Attend to memorandum to the Committee re Town of Acton settlement motion. | Krieger, A. | 1.3 |
| 09/07/2008 | Attend to memorandum for the Committee re Jameson PD Claim settlement (1.2); attend to memorandum to the Committee re Town of Acton Settlement motion (2.1). | Krieger, A. | 3.3 |
| 09/08/2008 | Attend to memorandum re Town of Acton, Jameson settlement motions, other matters (1.9); attend to memoranda re conference call with Grace representatives (.1); attend to memorandum from V. Finkelstein re additional Acton information and revise Committee memorandum to reflect the same (.4). | Krieger, A. | 2.4 |
| 09/09/2008 | Grace representatives call and follow up o/c LK, KP re plan and pending matters. | Krieger, A. | 0.5 |
| 09/09/2008 | Memorandum to the Committee re pending motions. | Krieger, A. | 0.5 |
| 09/09/2008 | O/c with KP and AK and  Baer, Shelnitz re POR related issues (.5); review of debtors' brief on PPI (1.0); o/c with KP re PPI issues (.3). | Kruger, L. | 1.8 |
| 09/09/2008 | Confer with debtors, professionals re case status. | Pasquale, K. | 0.5 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71822054v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/10/2008 | Attend to Capstone's draft memorandum re: LLC Investment (.6); telephone conference J. Dolan re: same (.4); attend to memorandum to the Committee re: proposed settlement of Beaco Road Group PRP claim (5.4). | Krieger, A. | 6.4 |
| 09/10/2008 | Review Capstone memo re LLC investment (.3); review memo to Committee re BEACO Road Group settlement (.6). | Kruger, L. | 0.9 |
| 09/11/2008 | Attend to MB comments re: Beaco Road Site PRP settlement (and revise memorandum to reflect same (.5); memorandum to the Committee re: Beaco Road Site PRP settlement (.3). | Krieger, A. | 0.8 |
| 09/17/2008 | Attend to memoranda to the Committee re pending motions re PD claim settlements, Canadian ZAI PD claims bar date (3.1); o/c KP re impact of financial downturn on plan issues and memorandum on same (1.1). | Krieger, A. | 4.2 |
| 09/18/2008 | Memorandum to LK re asbestos settlement (.2); attend to memorandum for Committee re Canadian ZAI Bar Date motion and settlement with Canadian Claimants (1.8). | Krieger, A. | 2.0 |
| 09/18/2008 | Review memo from AK re asbestos settlement (.2); review memo to Committee re Canadian ZAI motion (.3). | Kruger, L. | 0.5 |
| 09/22/2008 | Memoranda to the Committee re plan documents (1.4); exchanged memorandum with S. Cunningham  re review of plan documents (.1). | Krieger, A. | 1.5 |
| 09/23/2008 | T/c R. Frezza re review of plan documents and discussion with the Committee re same (.3); o/cs LK re committee call, plan treatment and issues (.3). | Krieger, A. | 0.6 |
| 09/25/2008 | Attend to memorandum for the Committee re pending asbestos PD settlements. | Krieger, A. | 0.2 |
| 09/26/2008 | T/c R. Frezza re plan analysis for the Committee (.4); exchanged memorandum with S. Cunningham, R. Frezza re Committee conference call (.2). | Krieger, A. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/29/2008 | Attend to memorandum for the Committee re property damage settlements (.9); memorandum to LK, KP re Committee conference call (.1). | Krieger, A. | 1.0 |
| 09/30/2008 | Attend to memorandum re property damage settlements. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 29.8 | $ 650 | $ 19,370.00 |
| Kruger, Lewis | 3.2 | 945 | 3,024.00 |
| Pasquale, Kenneth | 0.5 | 775 | 387.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 22,781.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 22,781.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71822054v1

# STROOCK

| RE | Fee Application, Applicant |
|----|---------------------------|
|    | 699843  0018              |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/05/2008 | Worked on 88th monthly bill and disbursements. | Holzberg, E. | 0.9 |
| 09/05/2008 | Attend to expense detail for July 2008 fee statement and o/c EH re same. | Krieger, A. | 0.2 |
| 09/08/2008 | Worked on 88th monthly bill and disbursements for July. | Holzberg, E. | 1.0 |
| 09/10/2008 | Review Stroock's eighty-eighth monthly fee statement in preparation for filing (.5); prepare affidavit of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee statement (.7). | Mohamed, D. | 1.8 |
| 09/12/2008 | Worked on 89th monthly bill for August; reviewed time and gave to AGK. | Holzberg, E. | 2.2 |
| 09/15/2008 | Worked on 89th monthly application for August. | Holzberg, E. | 1.5 |
| 09/15/2008 | Attend to August 2008 fee statement. | Krieger, A. | 0.8 |
| 09/16/2008 | Reviewed disbursements for August bill. | Holzberg, E. | 1.0 |
| 09/16/2008 | Attend to August 2008 fee statement (1.2); o/cs K. Chaudhery re details for fee statement (.8). | Krieger, A. | 2.0 |
| 09/19/2008 | Worked on 89th monthly fee application. | Holzberg, E. | 1.6 |
| 09/23/2008 | Worked on 89th monthly application for August. | Holzberg, E. | 1.1 |
| 09/23/2008 | Attend to August 2008 fee statement. | Krieger, A. | 1.2 |
| 09/26/2008 | Worked on 89th fee application for the month of August. | Holzberg, E. | 2.0 |
| 09/30/2008 | Review eighty-ninth monthly fee statement of | Mohamed, D. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Stroock in preparation for filing (.7); prepare affidavit of service re same and forward to local counsel for filing (.5); prepare and effectuate service re fee statement (.6). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 11.3 | $ 270 | $ 3,051.00 |
| Krieger, Arlene G. | 4.2 | 650 | 2,730.00 |
| Mohamed, David | 3.6 | 175 | 630.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 6,411.00 |
|------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 6,411.00 |
|-----------------------|------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI

180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71822054v1

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/10/2008 | Telephone conference creditor re: plan status, ZAI, interest and other issues (.2); telephone conference debt holder re: post petition interest litigation (.3). | Krieger, A. | 0.5 |
| 09/10/2008 | T/c creditor re PPI issues. | Kruger, L. | 0.3 |
| 09/10/2008 | Telephone conferences certain creditors re PPI issues. | Pasquale, K. | 0.4 |
| 09/15/2008 | Telephone conference creditor re PPI issues. | Pasquale, K. | 0.3 |
| 09/18/2008 | Telephone conference creditors re: status of plan, PPI. | Pasquale, K. | 0.4 |
| 09/23/2008 | T/c creditor re plan terms and issues. | Krieger, A. | 0.2 |
| 09/24/2008 | T/c creditor re plan terms and process. | Krieger, A. | 0.2 |
| 09/26/2008 | T/c bank debt holder re court hearing. | Kruger, L. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.9 | $ 650 | $ 585.00 |
| Kruger, Lewis | 0.6 | 945 | 567.00 |
| Pasquale, Kenneth | 1.1 | 775 | 852.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,004.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,004.50 |
|---|---|

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843 0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/03/2008 | Attend to fee applications of other professionals. | Krieger, A. | 0.6 |
| 09/04/2008 | Attend to Navigant's revised July 2008 invoice and memo to EH re same. | Krieger, A. | 0.2 |
| 09/08/2008 | Attend to fee applications of other professionals. | Krieger, A. | 0.2 |
| 09/11/2008 | Attend to other professionals' fee applications. | Krieger, A. | 0.6 |
| 09/12/2008 | Attend to other professionals' fee applications. | Krieger, A. | 0.4 |
| 09/15/2008 | Attend to fee applications of other professionals and fee auditor's final reports. | Krieger, A. | 0.6 |
| 09/17/2008 | Review Capstone Advisory Group's fifty-third monthly fee statement in preparation for filing (.5); prepare notice and affidavit of service re same and forward to local counsel for filing (.6); prepare and effectuate service re fee statement (.6). | Mohamed, D. | 1.7 |
| 09/19/2008 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |
| 09/26/2008 | Attend to other professionals' fee applications. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.2 | $ 650 | $ 2,080.00 |
| Mohamed, David | 1.7 | 175 | 297.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,377.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,377.50 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843  0022 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 09/04/2008 | Review Beaco Road Settlement and email to A. Krieger with additional questions for Debtor. | Berg, M. | 0.6 |
| 09/04/2008 | Attend to Beaco Road Group environmental claims settlement and exchanged memoranda with MB re same and information to be sought (.8); memorandum to J. Baer re information request (.2). | Krieger, A. | 1.0 |
| 09/05/2008 | Exchanged memoranda with J. Baer re Beaco Road PRP Group information and attend to same (.4); memoranda to M. Berg re same (.1). | Krieger, A. | 0.5 |
| 09/07/2008 | Attend to J. Baer responses to inquiries on Beaco PRP Group claim settlement and proof of claims. | Krieger, A. | 0.6 |
| 09/08/2008 | Review proof of claim for Beaco Road and company's explanation of facts (.5); emails with A. Krieger (.4). | Berg, M. | 0.9 |
| 09/08/2008 | Memorandum to J. Baer, Grace environmental counsel re additional question on Beaco Road PRP Group claim (.2); exchanged memorandum with J. Baer re conference call to discuss (.2); exchange memorandum with MB re additional information request (.6). | Krieger, A. | 1.0 |
| 09/09/2008 | Conf. call with A. Krieger, J. Baer, Lydia Duff re: Beaco Road and t/c A. Krieger. | Berg, M. | 1.0 |
| 09/09/2008 | Conf call J. Baer, L. Duff, L. Gardner, M. Berg re Beaco Road PRP Group claim and follow up o/c M. B re same. | Krieger, A. | 1.1 |
| 09/10/2008 | Review and comment on draft memo to clients re: Beaco Road settlement of claim.  Check status of Beaco Road site. | Berg, M. | 0.8 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Berg, Madelaine | 3.3 | $ 650 | $ 2,145.00 |
| Krieger, Arlene G. | 4.2 | 650 | 2,730.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,875.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,875.00 |
|---|---|

# STROOCK

| RE | Expenses 699843  0024 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 281.19 |
| Meals | 132.88 |
| Local Transportation | 385.92 |
| Long Distance Telephone | 231.71 |
| Duplicating Costs-in House | 31.80 |
| Filing Fees | 322.00 |
| Court Reporting Services | 685.25 |
| Word Processing | 18.00 |
| Travel Expenses - Transportation | -72.00 |
| Westlaw | 828.02 |

| TOTAL DISBURSEMENTS/CHARGES | $ 2,844.77 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,844.77 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71822054v1

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/02/2008 | Travel attendant to omnibus hearing in Wilmington, DE. | Pasquale, K. | 4.0 |
| 09/25/2008 | Travel to and from meeting re 9/29/08 hearing on ppi issues. | Krieger, A. | 1.4 |
| 09/29/2008 | Return travel to New York following omnibus hearing. | Krieger, A. | 2.2 |
| 09/29/2008 | Travel to and from Delaware. | Kruger, L. | 4.0 |
| 09/29/2008 | Travel attendant to court hearing. | Pasquale, K. | 4.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 3.6 | $ 650 | $ 2,340.00 |
| Kruger, Lewis | 4.0 | 945 | 3,780.00 |
| Pasquale, Kenneth | 8.0 | 775 | 6,200.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,320.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 12,320.00 |
|---|---|

# STROOCK

| | RE | Plan and Disclosure Statement |
|---|---|---|
| | | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/20/2008 | Memorandum to LK, KP re Grace's filing of plan documents (.1); attend to plan documents and memorandum to LK, KP and to S. Cunningham, E. Ordway re same (2.6). | Krieger, A. | 2.7 |
| 09/21/2008 | Attend to review of Debtors' plan and related documents. | Krieger, A. | 3.9 |
| 09/22/2008 | O/c KP re plan documents and unsecured creditor claims treatment (.2); attend to review of plan documents (7.5). | Krieger, A. | 7.7 |
| 09/22/2008 | Review POR and DS. | Kruger, L. | 2.2 |
| 09/22/2008 | Review and analysis of debtors' plan, disclosure statement and related issues. | Pasquale, K. | 2.6 |
| 09/23/2008 | Mtg. with Arlene Krieger re: Debtors' filing of their disclosure statement and proposed plan of reorganization. | Gutierrez, J. | 0.1 |
| 09/23/2008 | Attend to plan and disclosure statement (3.1); exchanged memoranda with M. Lastowski re legal issues raised by plan (.2). | Krieger, A. | 3.3 |
| 09/23/2008 | Review of exhibits to POR and DS (1.1); o/c with AK re committee call, POR issues (.3). | Kruger, L. | 1.4 |
| 09/24/2008 | Attend to plan documents (2.9); t/c R. Frezza re status of review (.4); o/c MAS re plan documents (.2). | Krieger, A. | 3.5 |
| 09/25/2008 | Attend  to plan documents. | Krieger, A. | 2.4 |
| 09/25/2008 | Review POR and DS issues and o/c with AK and KP re same. | Kruger, L. | 1.4 |
| 09/25/2008 | Attention to plan and DS issues, including conferring with A. Krieger, L. Kruger re same. | Pasquale, K. | 2.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/26/2008 | Preparation for meeting re plan documents. | Krieger, A. | 1.1 |
| 09/26/2008 | Reviewed plan re treatment of unsecured claims. | Speiser, M. | 0.6 |
| 09/28/2008 | Extended conference call w/MAS re plan provisions. | Krieger, A. | 1.6 |
| 09/28/2008 | Reviewed plan and t/c A. Krieger re plan issues. | Speiser, M. | 1.4 |
| 09/30/2008 | Attention to DS and possible objections (1.8); telephone conference Capstone re same and status (.3). | Pasquale, K. | 2.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Gutierrez, James S. | 0.1 | $ 490 | $ 49.00 |
| Krieger, Arlene G. | 26.2 | 650 | 17,030.00 |
| Kruger, Lewis | 5.0 | 945 | 4,725.00 |
| Pasquale, Kenneth | 6.9 | 775 | 5,347.50 |
| Speiser, Mark A. | 2.0 | 875 | 1,750.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 28,901.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 28,901.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71822054v1

# STROOCK

| RE | Hearings 699843 0037 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 09/02/2008 | Attend (telephonically) argument on Mian Realty's motion for declaration that stay does not apply (1.3); attend (telephonically) omnibus hearing re status of plan, objection on bank debt claims (.4); memorandum re Mian Realty hearing (.1). | Krieger, A. | 1.8 |
| 09/02/2008 | Review agenda for court hearing (.2) and t/c K. Pasquale re results of omnibus hearing (.3) and o/c with A. Krieger re results of hearing (.2). | Kruger, L. | 0.7 |
| 09/02/2008 | Prep for and attended omnibus hearing. | Pasquale, K. | 1.6 |
| 09/03/2008 | O/c KP re 9/2/08 hearing. | Krieger, A. | 0.2 |
| 09/10/2008 | Review record and prep for 9/29 PPI hearing. | Pasquale, K. | 1.8 |
| 09/26/2008 | Attend to amended agenda notice. | Krieger, A. | 0.1 |
| 09/26/2008 | Prepare binder of documents re hearing scheduled for 9/29/2008. | Mohamed, D. | 0.7 |
| 09/28/2008 | Prep for court hearing - omnibus and PPI issues (including exhibit evidentiary issues). | Pasquale, K. | 3.3 |
| 09/29/2008 | Review materials for ppi hearing (1.6); attend omnibus hearing re ppi argument, other (4.1). | Krieger, A. | 5.7 |
| 09/29/2008 | Preparation for Court Hearing (1.1); participated in Court Hearing (4.5). | Kruger, L. | 5.6 |
| 09/29/2008 | Prep for and participated in court hearing. | Pasquale, K. | 4.5 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 7.8 | $ 650 | $ 5,070.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71822054v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Kruger, Lewis | 6.3 | 945 | 5,953.50 |
| Mohamed, David | 0.7 | 175 | 122.50 |
| Pasquale, Kenneth | 11.2 | 775 | 8,680.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 19,826.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 19,826.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71822054v1

# STROOCK

| RE | Tax Issues 699843  0047 |
|----|-------------------------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 09/03/2008 | Attend to Debtors' motion approving settlement agreement with the Town of Acton re tax abatement petitions (1.2); exchanged memoranda with J. Baer re conference call (.1). | Krieger, A. | 1.3 |
| 09/04/2008 | Exchanged memoranda with J. Baer, V. Finkelstein re 9/5/08 conference call to discuss Town of Acton settlement (.2); attend to Town of Acton material and preparation for 9/9/08 conference call with Debtors' representatives (.6). | Krieger, A. | 0.8 |
| 09/05/2008 | Conf call V. Finkelstein, John Yoder, J. Baer re questions re Town of Acton settlement motion. | Krieger, A. | 0.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 2.7 | $ 650 | $ 1,755.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,755.00 |
|-------------------------------------------|------------|

| TOTAL FOR THIS MATTER | $ 1,755.00 |
|-----------------------|------------|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 232,646.50 |
|-------------------------------------------|--------------|
| TOTAL DISBURSEMENTS/CHARGES | $ 2,844.77 |
| TOTAL BILL | $ 235,491.27 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.