# EXHIBIT B

**WR GRACE & CO**

**SUMMARY OF FEES**

**SEPTEMBER  1, 2008 - SETEMBER 30, 2008**

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| DiBernardo, Ian G. | 6.4 | $720 | $    4,608.00 |
| Kruger, Lewis | 37.1 | 945 | 35,059.50 |
| Pasquale, Kenneth | 63.8 | 775 | 49,445.00 |
| Speiser, Mark A. | 2.0 | 875 | 1,750.00 |
| Welkis, Scott | 14.4 | 720 | 10,368.00 |
|  | | | |
| **Associates** | | | |
| Berg, Madelaine | 3.3 | 650 | 2,145.00 |
| Chaudhery, Kamilla A. | 6.5 | 475 | 3,087.50 |
| Gutierrez, James S. | 0.4 | 490 | 196.00 |
| Krieger, Arlene G. | 171.8 | 650 | 111,670.00 |
|  | | | |
| **Paraprofessionals** | | | |
| Carrion, Carole | 2.0 | 225 | 450.00 |
| Holzberg, Ethel H. | 22.0 | 270 | 5,940.00 |
| Mohamed, David | 43.3 | 175 | 7,577.50 |
| Serebryany, Yefim | 2.0 | 175 | 350.00 |
|  | | | |
| **Sub Total** | **375.0** | | **$  232,646.50** |
| **Less 50% Travel** | **(7.8)** | | **(6,160.00)** |
| **Total** | **367.2** | | **$  226,486.50** |