# EXHIBIT C

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**SEPTEMBER 1, 2008 - SEPTEMBER 30, 2008**

| | | |
|---|---|---:|
| Outside Messenger Service | $ | 281.19 |
| Meals | | 132.88 |
| Local Transportation | | 385.92 |
| Long Distance Telephone | | 231.71 |
| Duplicating Costs-in House | | 31.80 |
| Filing Fees | | 322.00 |
| Court Reporting Services | | 685.25 |
| Word Processing | | 18.00 |
| Travel Expenses - Transportation | | (72.00) |
| Westlaw | | 828.02 |
| | | |
| **TOTAL** | **$** | **2,844.77** |

NY 71822054v1

# STROOCK

## DISBURSMENT REGISTER

| DATE | October 23, 2008 |
|---|---|
| INVOICE NO. | 456175 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through September 30, 2008, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 09/03/2008 | VENDOR: UPS; INVOICE#: 0000010X827358; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270193282121 on 08/27/2008 | 10.98 |
| 09/03/2008 | VENDOR: UPS; INVOICE#: 0000010X827358;: FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270193312115 on 08/27/2008 | 10.98 |
| 09/03/2008 | VENDOR: UPS; INVOICE#: 0000010X827358; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270190852930 on 08/27/2008 | 10.98 |
| 09/03/2008 | VENDOR: UPS; INVOICE#: 0000010X827358; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270191398902 on 08/27/2008 | 16.75 |
| 09/15/2008 | VENDOR: FedEx Log; INVOICE#: 2-904-70869; 08/29/2008 857623001862 K. CHAUDLEY TO ERIC LEON | 26.11 |
| 09/15/2008 | VENDOR: FedEx Log; INVOICE#: 2-904-70869; 08/29/2008 857623001900 K. CHEUDHEY TO MANSSA A. PIRAPATO | 26.11 |

NY 71822054v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/15/2008 | VENDOR: UPS; INVOICE#: 0000010X827378; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270190719692 on 09/10/2008 | 11.15 |
| 09/15/2008 | VENDOR: UPS; INVOICE#: 0000010X827378; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270191552084 on 09/10/2008 | 7.85 |
| 09/15/2008 | VENDOR: UPS; INVOICE#: 0000010X827378; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270191809271 on 09/10/2008 | 7.85 |
| 09/15/2008 | VENDOR: UPS; INVOICE#: 0000010X827378; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270193296107 on 09/10/2008 | 7.85 |
| 09/15/2008 | FedEx Log Inv. # 2-904-70869 857623001851 8/29/08 K Chaudhery to Philip Bentley | 26.11 |
| 09/15/2008 | FedEx Log Inv. # 2-904-70869 857623001873 8/29/08 K Chaudhery to Gina Brandt | 31.55 |
| 09/15/2008 | FedEx Log Inv. # 2-904-70869 857623001884 8/29/08 K Chaudhery to Rick Cobb | 26.11 |
| 09/15/2008 | FedEx Log Inv. # 2-904-70869  857623001895 8/29/08 K Chaudhery to Margaret Phillips | 26.11 |
| 09/22/2008 | VENDOR: UPS; INVOICE#: 0000010X827388; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270192395921 on 9/17/2008 | -11.15 |
| 09/22/2008 | VENDOR: UPS; INVOICE#: 0000010X827388; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270194041915 on 9/17/2008 | -7.85 |
| 09/22/2008 | VENDOR: UPS; INVOICE#: 0000010X827388;  FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD | -7.85 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| | 21044 Tracking #:1Z10X8270194070732 on 9/17/2008 | |
| 09/22/2008 | VENDOR: UPS; INVOICE#: 0000010X827388;  FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270194730340 on 9/17/2008 | -7.85 |
| 09/22/2008 | VENDOR: UPS; INVOICE#: 0000010X827388; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270192395921 on 9/17/2008 | 11.15 |
| 09/22/2008 | VENDOR: UPS; INVOICE#: 0000010X827388; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270194041915 on 9/17/2008 | 7.85 |
| 09/22/2008 | VENDOR: UPS; INVOICE#: 0000010X827388; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270194070732 on 9/17/2008 | 7.85 |
| 09/22/2008 | VENDOR: UPS; INVOICE#: 0000010X827388; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270194730340 on 9/17/2008 | 7.85 |
| 09/23/2008 | VENDOR: UPS; INVOICE#: 0000010X827388; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270192395921 on 09/17/2008 | 11.15 |
| 09/23/2008 | VENDOR: UPS; INVOICE#: 0000010X827388; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270194041915 on 09/17/2008 | 7.85 |
| 09/23/2008 | VENDOR: UPS; INVOICE#: 0000010X827388; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270194070732 on 09/17/2008 | 7.85 |
| 09/23/2008 | VENDOR: UPS; INVOICE#: 0000010X827388; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder  Esq. | 7.85 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| | Office of the United States, 844 N. King Street  Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270194730340 on 09/17/2008 | |
| | **Outside Messenger Service Total** | **281.19** |
| **Meals** | | |
| 09/03/2008 | VENDOR: Seamless Web; Invoice#: 389167;  Food Merchants Catering & Events by Peter Krasnov; Ken Pasquale; By Skinner-Wiggins Sally; Lunch for 6 persons on 08/29/08 | 132.88 |
| | **Meals Total** | **132.88** |
| **Local Transportation** | | |
| 09/04/2008 | VENDOR(EE): KPASQUALE: Court hearing in Wilmington, DE 9/2. | 157.95 |
| 09/04/2008 | VENDOR(EE): KPASQUALE: Court hearing in Wilmington, DE 9/2. | 4.00 |
| 09/15/2008 | VENDOR: Petty Cash; INVOICE#: 090408;   A. Krieger  Transp. 8/27 | 19.00 |
| 09/18/2008 | VENDOR: NYC Taxi; Invoice#: 841467; Voucher #: 88572; Arlene Krieger 08/21/2008 00:01 from 180 MAIDEN LANE MANHATTAN NY to 40 E 80 ST MANHATTAN NY | 38.52 |
| 09/30/2008 | VENDOR(EE): KPASQUALE: Court hearing in Wilmington, Delaware - 250 miles +11.70 tolls. on 9/29. | 157.95 |
| 09/30/2008 | VENDOR(EE): KPASQUALE: Court hearing in Wilmington, Delaware 9/29 | 8.50 |
| | **Local Transportation Total** | **385.92** |
| **Long Distance Telephone** | | |
| 09/05/2008 | EXTN.5475, TEL.302-657-4955, S.T.16:37, DUR.00:01:48 | 0.94 |
| 09/05/2008 | EXTN.5562, TEL.302-652-4100, S.T.15:20, DUR.00:00:48 | 0.47 |
| 09/08/2008 | EXTN.5562, TEL.704-383-0150, S.T.13:48, DUR.00:05:00 | 2.35 |
| 09/09/2008 | EXTN.3544, TEL.201-587-7123, S.T.10:49, DUR.00:17:18 | 8.44 |
| 09/09/2008 | EXTN.3544, TEL.443-535-8439, S.T.16:13, DUR.00:40:24 | 19.23 |
| 09/09/2008 | EXTN.5544, TEL.410-531-4222, S.T.17:04, DUR.00:01:06 | 0.94 |
| 09/09/2008 | EXTN.5562, TEL.215-665-2147, S.T.12:23, DUR.00:00:18 | 0.47 |
| 09/09/2008 | EXTN.5867, TEL.410-531-4508, S.T.17:14, DUR.00:51:24 | 24.39 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 09/09/2008 | EXTN.5867, TEL.410-531-4508, S.T.18:08, DUR.00:16:36 | 7.97 |
| 09/10/2008 | EXTN.5475, TEL.302-573-6491, S.T.16:48, DUR.00:01:24 | 0.94 |
| 09/10/2008 | EXTN.5475, TEL.302-657-4955, S.T.17:21, DUR.00:00:42 | 0.47 |
| 09/10/2008 | EXTN.5544, TEL.203-552-3542, S.T.11:00, DUR.00:14:36 | 7.04 |
| 09/17/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-081008;  Teleconference   08-7-08 | 21.57 |
| 09/17/2008 | EXTN.3582, TEL.201-587-7123, S.T.16:24, DUR.00:00:06 | 0.47 |
| 09/18/2008 | EXTN.5582, TEL.201-587-7123, S.T.12:02, DUR.00:13:24 | 6.57 |
| 09/19/2008 | EXTN.5544, TEL.201-587-7123, S.T.12:03, DUR.00:00:42 | 0.47 |
| 09/19/2008 | EXTN.5544, TEL.201-587-7123, S.T.12:10, DUR.00:10:12 | 5.16 |
| 09/22/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-082408;  Teleconference     08-18-08 | 24.69 |
| 09/22/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-081708;  Teleconference     08-11-08    08-12-08 | 72.39 |
| 09/23/2008 | EXTN.5544, TEL.201-968-0001, S.T.11:07, DUR.00:10:18 | 5.16 |
| 09/24/2008 | EXTN.5544, TEL.201-587-7123, S.T.12:29, DUR.00:00:42 | 0.47 |
| 09/24/2008 | EXTN.5544, TEL.201-968-0001, S.T.12:47, DUR.00:08:30 | 4.22 |
| 09/26/2008 | EXTN.5544, TEL.201-587-7123, S.T.11:25, DUR.00:00:24 | 0.47 |
| 09/26/2008 | EXTN.5544, TEL.201-587-7123, S.T.15:28, DUR.00:20:00 | 9.38 |
| 09/30/2008 | EXTN.5562, TEL.201-587-7123, S.T.12:01, DUR.00:14:42 | 7.04 |
| **Long Distance Telephone Total** | | **231.71** |

**Duplicating Costs-in House**

| | | |
|---|---|---:|
| 09/05/2008 | | 1.00 |
| 09/05/2008 | | 8.00 |
| 09/25/2008 | | 9.70 |
| 09/26/2008 | | 8.50 |
| 09/28/2008 | | 4.60 |
| **Duplicating Costs-in House Total** | | **31.80** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71822054v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| **Filing Fees** | | |
| 09/11/2008 | VENDOR: Chase Card Services; INVOICE#: 090208; visa charge 8/1/08 Court Call LLC | 116.00 |
| 09/11/2008 | VENDOR: Chase Card Services; INVOICE#: 090208; visa charge 8/1/08 Court Call LLC | 122.50 |
| 09/11/2008 | VENDOR: Chase Card Services; INVOICE#: 090208; visa charge 8/4/08 Court Call LLC | 83.50 |
| | **Filing Fees Total** | **322.00** |
| **Court Reporting Services** | | |
| 09/18/2008 | VENDOR: TSG Reporting, Inc.; INVOICE#: 082908-50925; DATE: 9/3/2008 - Deposition: Certified Copy - 08/29/08 | 685.25 |
| | **Court Reporting Services Total** | **685.25** |
| **Word Processing** | | |
| 09/24/2008 | 9/18 | 18.00 |
| | **Word Processing Total** | **18.00** |
| **Travel Expenses - Transportation** | | |
| 09/10/2008 | VENDOR: AMEX; KRIEGER/ARLENE on 08/08/2008 | 10.00 |
| 09/10/2008 | VENDOR: AMEX; KRUGER/LEWIS on 08/08/2008 | 10.00 |
| 09/10/2008 | VENDOR: AMEX; PASQUALE/KENNETH on 08/08/2008 | 10.00 |
| 09/11/2008 | VENDOR: Chase Card Services; INVOICE#: 090208; DATE: 9/2/2008 - visa credit 8/8/08 Amtrak 7/21/08 L Kruger Wilmington to Penn NY | -102.00 |
| | **Travel Expenses - Transportation Total** | **-72.00** |
| **Westlaw** | | |
| 09/11/2008 | Transactional Search by Krieger, Arlene G. | 140.82 |
| 09/12/2008 | Transactional Search by Krieger, Arlene G. | 197.07 |
| 09/16/2008 | Transactional Search by Krieger, Arlene G. | 132.76 |
| 09/17/2008 | Transactional Search by Pasquale, Kenneth | 17.70 |
| 09/23/2008 | Transactional Search by Krieger, Arlene G. | 171.90 |
| 09/25/2008 | Transactional Search by Krieger, Arlene G. | 45.24 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71822054v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/25/2008 | Transactional Search by Pasquale, Kenneth | 54.28 |
| 09/26/2008 | Transactional Search by Krieger, Arlene G. | 22.62 |
| 09/30/2008 | Transactional Search by Pasquale, Kenneth | 45.63 |
| **Westlaw Total** | | **828.02** |

BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 281.19 |
| Meals | 132.88 |
| Local Transportation | 385.92 |
| Long Distance Telephone | 231.71 |
| Duplicating Costs-in House | 31.80 |
| Filing Fees | 322.00 |
| Court Reporting Services | 685.25 |
| Word Processing | 18.00 |
| Travel Expenses - Transportation | -72.00 |
| Westlaw | 828.02 |

| TOTAL DISBURSEMENTS/CHARGES | $ 2,844.77 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.