**EXHIBIT A**

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for August, 2008**

| Date | Services | Hours |
|---|---|---|
| 8/4 | Review of Trust Distribution Process (1.4); telephone conference Frankel and Inselbuch re same (.5) | 1.9 |
| 8/6 | Telephone conference Frankel re Trust Distribution Process | .3 |
| 8/8 | Telephone conference Phillip Milch re Trust Distribution Process | .3 |
| 8/11 | Review of Trust Distribution Process (.4); telephone conference Frankel and Wyron re same (.2) | .6 |
| 8/18 | Telephone conference Frankel re Trust Distribution Process | .2 |
| 8/20 | "      "      "      "  "      "      " | .3 |
| 8/22 | Review of Towers Perrin projections for sequencing (.9); telephone conference Frankel, Wyron, Wallace re Trust Distribution Process (.4) | 1.3 |
| 8/27 | Telephone conference Frankel, Rice re Trust Distribution Process | .5 |

**Total Hours:** 5.4

**Total Fees ($500.00 per hour)** $2,700.00

**Expenses:** There were no expenses during August.