IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| W.R. GRACE & CO., et al., | ) ) ) | Case No. 01-1139 (JKF) Jointly Administered |
| Debtors. | ) ) ) | Objection Date: November 26, 2008 at 4:00 p.m. Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FORTY-SEVENTH MONTHLY INTERIM APPLICATION OF DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008**

| | |
|---|---|
| Name of Applicant: | David T. Austern, Future Claimants' Representative ("FCR") |
| Authorized to Provide Professional Services to: | As the FCR |
| Date of Retention: | May 25, 2004 |
| Period for which compensation is sought: | September 1, 2008 through September 30, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $8,850.00 |
| 80% of fees to be paid: | $7,080.00[1] |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $2,160.00 |

---

1 Pursuant to the Administrative Order, as Amended dated April 17, 2002, absent timely objections, the Debtors are authorized and directed to pay 80% of fees and 100% expenses.

Total Fees @ 80% and
100% Expenses:                $9,240.00

This is an:     ___ interim    _X_ monthly    ___ final application.

The total time expended for fee application preparation during this time period is 0.00 hours and the corresponding fees are $0.00 and expenses are $0.00. Such time spent on such tasks will be requested in subsequent monthly interim applications or have been performed by the FCR's bankruptcy counsel, Orrick, Herrington & Sutcliffe LLP.

### COMPENSATION SUMMARY
### SEPTEMBER 2008

| Name of Professional Person | Position of Applicant | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| David T. Austern | Future Claimants' Representative | $500.00 | 17.70 | $8,850.00 |
| **Grand Total:** | | | **17.70** | **$8,850.00** |
| **Blended Rate: $500.00** | | | | |

Total Fees:      $ 8,850.00
Total Hours:         17.70
Blended Rate:    $   500.00

### COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Non-Working Travel | 4.00 | $2,000.00[2] |
| Trust Distribution Procedures | 13.70 | $6,850.00 |
| **TOTAL** | **17.70** | **$8,850.00** |

---

[2] This amount reflects a one-half reduction in hours and fees relating to non-working travel.

2

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---:|
| Airfare | $2,025.00 |
| Parking | $31.00 |
| Taxi | $104.00 |
| **TOTAL** | **$2,160.00** |

                                                  Respectfully submitted,

Dated: October 31, 2008          /S/ *DAVID T. AUSTERN*
                                                  David T. Austern
                                                  Claims Resolution Management Corporation
                                                  3110 Fairview Park Drive, Suite 200
                                                  Falls Church, VA  22042-0683
                                                  (703) 205-0835