## EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for September, 2008**

| Date | Services | Hours |
|---|---|---|
| 9/2 | Meeting with R. Frankel, R. Wyron in preparation for 9/3 meeting with ACC re Trust Distribution Process (1.5); review of Deferred Payment Agreement and Guaranteed Payment Agreement memoranda (1.2) | 2.7 |
| 9/3 | Meeting (New York) with ACC, Grace re Plan (5.6); travel from D.C. to and from New York (4 hours billed as 2) (2) | 7.6 |
| 9/4 | Telephone conference with Grace and R. Frankel, R. Wyron, E. Inselbuch re Sealed Air | 1.2 |
| 9/5 | Review of new Trust Distribution Process (1.3); telephone conference R. Wyron re same (.2) | 1.5 |
| 9/8 | Telephone conference with ACC, Grace, R. Frankel re Plan filing | .8 |
| 9/9 | Continued telephone conference with ACC, Grace, and R. Frankel re Plan filing | .4 |
| 9/15 | Travel to D.C. from New York and back (4 hours billed as 2) (2); Meeting with Grace representatives, Rice, Wechsler re property settlement (1.5) | 3.5 |

**Total Hours:** 17.7

**Total Fees ($500.00 per hour)** **$8,850.00**

**Expenses:**

| Date | | Amount |
|---|---|---|
| 9/2 | Parking at Orrick | $11.00 |
| 9/3 | Travel to N.Y. | |
| | Round Trip Airfare | $1,358.00 |
| | Taxi Expenses | $104.00 |
| | Parking at Reagan | $20.00 |
| 9/15 | Travel to D.C. | $678.00 |

**Total Expenses** **$2,160.00**

**Total Fees & Expenses** **$11,010.00**