IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., et al., | : | Case No. 01-01139 (JKF) |
| | : | |
| DEBTORS. | : | Re:    D.I. 19910, 19911 |

## DECLARATION OF SERVICE

I, Kathleen M. Davis, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Sullivan Hazeltine Allinson LLC, 4 East 8th Street, Suite 400, Wilmington, DE 19801.

3. On the 30th of October, 2008 under my direction and supervision, service of a copy of the "*United States Zonolite Claimants' Motion for Class Certification*" (D.I. 19910) and the "*ZAI Claimants' Memorandum of Points and Authorities in Support of United States Zonolite Claimants Motion for Class Certification*" (D.I. 19911) were served upon the parties listed on "Exhibit 1," attached hereto, (with all State class proof of claims), and upon the parties listed on "Exhibit 2", attached hereto, (without the State class proof of claims), via U.S. Mail, First Class, postage prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  November 6, 2008                           By:  *Kathleen Davis*
         Wilmington, Delaware                                Kathleen M. Davis