# EXHIBIT 1

Impression antibourrage et à séchage rapide
Utilisez le gabarit 5963ᴹᶜ

www.avery.com
1-800-GO-AVERY

 AVERY® 5963ᴹᶜ

Kirkland & Ellis LLP
David M. Bernick, P.C.
Janet S. Baer
Salvatore F. Bianco
200 East Randolph Drive
Chicago, IL  60601

Reed Smith, LLP
James J. Restivo, Jr.
435 Sixth Avenue
Pittsburgh, PA  15210

Pachulski Stang Ziehl Young Jones & Weintraub
LLP
Laura David Jones
James E. O'Neill
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

Bilzin Sumberg Baena Price & Axelrod LLP
Scott L. Baena
Jay M. Sakalo
200 S. Biscayne Blvd., Suite 2500
Miami, FL  33131-2336

Ferry Joseph & Pearce, P.A.
Michael B. Joseph
Theordore J. Tacconelli
Lisa L. Coggins
824  Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

Orrick, Herrington & Sutcliffe LLP
Roger Frankel
Richard H. Wyron
3050 K Street, NW
Washington, DC  20007

Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 N. Broom Street
Wilmington, DE  19806

Strook & Strook & Lavan LLP
Lewis Kruger
Kenneth Pasquale
180 Maiden Lane
New York, NY  10038

Duane Morris LLP
Michael R. Lastowski
Richard W. Riley
1100 N. Market Street, Suite 1200
Wilmington, DE  19801

Duane Morris LLP
William S. Katchen
744 Broad Street, Suite 1200
Newark, NJ  07102



Jam and Smudge Free Printing
Use Avery® TEMPLATE 5963™

www.avery.com
1-800-GO-AVERY

AVERY® 5963™

Kramer Levin Naftalis & Frankel LLP
Philip Bentley
Gregory Horowitz
Gary M. Becker
1177 Avenue of the Americas
New York, NY  10036

Klett Rooney Liber & Schorling
Teresa K.D. Currier
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE  19801

Caplin & Drysdale, Chartered
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY  10152

Caplin & Drysdale, Chartered
Peter Van N. Lockwood
Nathan D. Finch
Walter B. Slocombe
Jeffrey A. Liesemer
One Thomas Circle, NW
Washington, DC  20005

Campbell & Levin, LLC
Marla Rosoff Eskin
Mark Th. Hurford
Kathleen Campbell Davis
800 N. King Street, Suite 300
Wilmington, DE  19801

Office of the United States Trustee
David M. Klauder
Trial Attorney
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE  19801

The Hogan Firm
Daniel K. Hogan, Esq.
1311 Delaware Avenue
Wilmington, DE  19806

Womble Carlyle Sandridge & Rice PLLC
Francis A. Monaco, Esq.
222 Delaware Avenue, Suite 1501
Wilmington, DE  19801