### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No.: 01-01139 (JKF) |
| | ) |
| Debtor. | ) |
| | ) |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and New Jersey, the United States Supreme Court, U.S Court of Appeals for the Second Circuit, the U.S. Court of Appeals for the Third Circuit, and the U.S. Court of Appeals for the Fourth Circuit, and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund effective 1/1/05. I further certify that the annual fee of $25.00 has been paid to the Clerk of Court for District Court.

Dated: 11/6/08

Paul Koepff, Esq.
O'MELVENY & MYERS, LLP
Times Square Tower
7 Times Square
New York, NY 10036
Tel: (212) 326-2189
Fax: (212) 326-2061
Email: **pkoepff@omm.com**

*Attorneys for Arrowood Indemnity Company*