## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing *Motion and Order for Admission Pro Hac Vice* was caused to be served this 6th day of November 2008, by first class mail upon the following:

James E. O'Neill, Esq.
Timothy P. Cairns, Esq.
Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
PO Box 8705
Wilmington, DE 19899-8705
(Debtors)

Michael R. Lastowski, Esq.
Richard W. Riley, Esq.
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246
(Official Committee of Unsecured Creditors)

Theodore Tacconelli, Esq.
Ferry, Joseph & Pearce, P.A.
824 Market Street
Suite 904
Wilmington, DE 19801
(Official Committee of Property Damage Claimants)

_____
Garvan F. McDaniel (#4167)