# EXHIBIT A

July Fee Application

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: September 18, 2008 at 4:00 p.m.
Hearing Date: TBD only if necessary

**SUMMARY OF THE EIGHTY-SECOND MONTHLY APPLICATION OF
CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS
FOR THE PERIOD FROM JULY 1, 2008 THROUGH JULY 31, 2008**

Name of Applicant:                                    Casner & Edwards, LLP

Authorized to Provide Professional Services to:       W. R. Grace & Co., et al., Debtors and
                                                      Debtors-in-Possession

Date of Retention:                                    September 18, 2001,
                                                      effective as of September 18, 2001

Period for which compensation and                     July 1, 2008 through
reimbursement is sought:                              July 31, 2008

---

1 The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual, reasonable, and necessary:     $50,486.50  (80% = $40,389.20)

Amount of Expense Reimbursement sought as actual, reasonable, and necessary:     $12,335.32

This is an:     X monthly     __ interim     __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |
| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served on counsel | No objections served on counsel |
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |
| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |

| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |
| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |

| | | | | | |
|---|---|---|---|---|---|
| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |
| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served on counsel | No objections served on counsel |
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18/06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | No objections served on counsel | No objections served on counsel |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | No objections served on counsel | No objections served on counsel |
| 9/12/06 | 07/01/06 through 07/31/06 | $16,289.50 | $15,153.31 | No objections served on counsel | No objections served on counsel |
| 10/18/06 | 08/01/06 through 08/31/06 | $34,312.00 | $14,214.01 | No objections served on counsel | No objections served on counsel |
| 11/21/06 | 09/01/06 through 09/30/06 | $35,495.50 | $13,202.34 | No objections served on counsel | No objections served on counsel |
| 12/15/06 | 10/01/06 through 10/31/06 | $33,865.00 | $22,086.20 | No objections served on counsel | No objections served on counsel |
| 1/16/07 | 11/01/06 through 11/30/06 | $33,796.00 | $15,221.39 | No objections served on counsel | No objections served on counsel |
| 3/1/07 | 12/01/06 through 12/31/06 | $19,813.00 | $14,435.75 | No objections served on counsel | No objections served on counsel |
| 3/23/07 | 01/01/07 through 01/31/07 | $19,909.50 | $12,083.70 | No objections served on counsel | No objections served on counsel |
| 4/10/07 | 02/01/07 through 02/28/07 | $24,635.00 | $11,730.70 | No objections served on counsel | No objections served on counsel |
| 5/14/07 | 03/01/07 through 03/31/07 | $20,829.50 | $12,765.08 | No objections served on counsel | No objections served on counsel |
| 6/8/07 | 04/01/07 through 04/30/07 | $9,905.00 | $17,538.92 | No objections served on counsel | No objections served on counsel |
| 7/5/07 | 05/01/07 through 05/31/07 | $7,235.00 | $12,837.38 | No objections served on counsel | No objections served on counsel |
| 8/15/07 | 06/01/07 through 06/30/07 | $16,160.00 | $11,034.32 | No objections served on counsel | No objections served on counsel |

| 09/12/07 | 07/01/07 through 07/31/07 | $15,613.50 | $14,361.88 | No objections served on counsel | No objections served on counsel |
|----------|---------------------------|------------|------------|--------------------------------|--------------------------------|
| 10/10/07 | 08/01/07 through 08/31/07 | $18,956.00 | $12,010.22 | No objections served on counsel | No objections served on counsel |
| 10/31/07 | 09/01/07 through 09/30/07 | $6,938.50 | $14,182.33 | No objections served on counsel | No objections served on counsel |
| 12/17/07 | 10/01/07 through 10/31/07 | $16,557.00 | $12,003.26 | No objections served on counsel | No objections served on counsel |
| 1/17/08 | 11/01/07 through 11/30/07 | $12,850.00 | $12,756.91 | No objections served on counsel | No objections served on counsel |
| 2/8/08 | 12/01/07 through 12/31/07 | $12,508.00 | $11,948.15 | No objections served on counsel | No objections served on counsel |
| 3/19/08 | 01/01/08 through 01/31/08 | $16,372.50 | $11,960.75 | No objections served on counsel | No objections served on counsel |
| 4/8/08 | 02/01/08 through 02/29/08 | $10,699.00 | $12,800.90 | No objections served on counsel | No objections served on counsel |
| 5/9/08 | 03/01/08 through 03/31/08 | $15,714.00 | $14,514.06 | No objections served on counsel | No objections served on counsel |
| 6/6/08 | 04/01/08 through 04/30/08 | $12,506.50 | $13,197.31 | No objections served on counsel | No objections served on counsel |
| 7/1/08 | 05/01/08 through 05/31/08 | $13,718.00 | $12,417.53 | No objections served on counsel | No objections served on counsel |
| 7/25/08 | 06/01/08 through 06/30/08 | $31,413.50 | $12,482.97 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 07/01/08 through 07/31/08 | $50,486.50 | $12,335.32 | Pending | Pending |

As indicated above, this is the eighty-second application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 3.0 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $885.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Monthly Interim Period from February 1, 2002 through February 28, 2002.

Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 41 | Litigation | $295.00 | 7.60 | $2,242.00 |
| Robert A. Murphy | Senior Counsel | 41 | Litigation | No Charge | 0.10 | $0.00 |
| Donna B. MacKenna | Partner | 24 | Litigation | $260.00 | 7.80 | $2,028.00 |
| Matthew T. Murphy | Associate | 20 | Litigation | $255.00 | 133.10 | $33,940.50 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 24 | Litigation | $110.00 | 111.60 | $12,276.00 |
| TOTALS | | | | | 260.20 | $50,486.50 |

Total Fees:       $50,486.50

Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Excess Postage | $1.51 |
| Federal Express | $68.43 |
| Travel | $94.00 |
| Outside Photocopying | $26.78 |
| Photocopying ($0.10/page) | $84.40 |
| Rent Reimbursement | $11,616.00 |
| Miscellaneous | $444.20 |
| TOTAL | $12,335.32 |

Total Expenses:       $12,335.32

7

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 257.40 | $49,690.00 |
| Fee Applications, Applicant | 2.80 | $796.50 |
| Expenses | N/A | $12,335.32 |
| TOTALS | 260.20 | $62,821.82 |

Dated:  August 28, 2008

CASNER & EDWARDS, LLP

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/444053.1

8

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: September 18, 2008 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## EIGHTY-SECOND MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM JULY 1, 2008 THROUGH JULY 31, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
(Fee Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 26, 2008

Bill Number 23551
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

## FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

## LEGAL SERVICES

Through July 31, 2008

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/01/08 | MTM | Complete review of off-site storage boxes re: project to determine earliest date various government exhibits were in repository (3.0). Complete review of Hoyle Morris inventory of boxes gathered from prior property damage counsel re: same (2.7). | 5.70 Hrs | $1,453.50 |
| 07/01/08 | ARA | Continue search for certain government exhibits in plaintiffs' master exhibit files (1.1); telephone call from MTM re: same (.1). | 1.20 Hrs | $132.00 |
| 07/02/08 | DBM | Conference with MTM re: search for government exhibits; begin search for production history on exhibits. | 2.70 Hrs | $702.00 |
| 07/02/08 | MTM | Continue to work on earliest date project for K&E counsel including identifying "composite" government exhibits and review of early discovery responses (6.0); letter to K&E counsel re: same (.4); telephone call from in-house counsel re: search for ZAI sales into certain states (.4); telephone call from in-house counsel re: earliest date project in criminal matter (.2). | 7.00 Hrs | $1,785.00 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/02/08 | ARA | Per telephone call from MTM, search for documents re: earliest date project; produce documents and discussion with MTM re: same. | 1.70 Hrs | $187.00 |
| 07/03/08 | DBM | Search for documents used as government exhibits. | 5.00 Hrs | $1,300.00 |
| 07/03/08 | ARA | Quality control and organize documents in the repository by number order. | 0.80 Hrs | $88.00 |
| 07/04/08 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | $59.00 |
| 07/05/08 | RAM | Read letter to K&E attorney re: certain government exhibits in criminal case. | 0.10 Hrs | $29.50 |
| 07/07/08 | RAM | Telephone conference with Goodwin Procter attorney re: location of certain property damage files; believes they were sent to Grace (.1). Read selected documents filed in bankruptcy court (1.2). | 1.30 Hrs | $383.50 |
| 07/07/08 | MTM | Work on ZAI sales project including identifying potential sources re: detailed information re: same and review of property damage ledgers at repository (7.2); conference with ARA re: same (.5); receipt and respond to emails from in-house Grace counsel re: same (.4). | 8.10 Hrs | $2,065.50 |
| 07/07/08 | ARA | Quality control and organize documents in the repository by number order (4.0). Telephone call from MTM requesting confirmation of location of WRG plants; review maps for locations (.5). Review ledgers for information re: attic insulation sales by state (1.5). | 6.00 Hrs | $660.00 |
| 07/08/08 | RAM | Telephone conference with MTM re: whether we (or Grace) have statistics for amount of ZAI sales by state; telephone call to MB to search for such information. Telephone conference with MTM re: searching for certain property damage case files. | 0.20 Hrs | $59.00 |
| 07/08/08 | MTM | Locate ledger package re: project to identify ZAI sales and review ledgers at Winthrop Square (6.2); review file re: similar request in 2007 from in-house counsel (.9); telephone call to Holme Roberts paralegal re: various searches re: ZAI sales project (.5); conference with RAM re: same (.2) | 7.80 Hrs | $1,989.00 |
| 07/08/08 | ARA | Per telephone call from MTM, search for white sheet database from Holmes Roberts (1.0). Per receipt of email, discussion with MTM and review monthly billing registers for sales of attic insulation (5.5). | 6.50 Hrs | $715.00 |
| 07/09/08 | RAM | Conference with MB re: results of her search for any compilation of ZAI sales by state; advise MTM; telephone call from DBM re: same. Read email re: searches to be done re: same. | 0.30 Hrs | $88.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/09/08 | MTM | Email to Holme Roberts paralegal re: various searches re: ZAI sales project (.5); review sample ledger page binder re: same (1.4); review Iron Mountain ledger inventory re: same (5.8). | 7.70 Hrs | $1,963.50 |
| 07/09/08 | ARA | Document control (1.0). Per telephone call from MTM, review ledgers for sales of attic insulation (5.5). | 6.50 Hrs | $715.00 |
| 07/10/08 | RAM | Telephone conferences with in-house counsel who requests certain documents showing bulk sampling test results for MK-5 and whether we have documents indicating sales of Libby concentrate in bags (.2). Search for and locate MK-5 documents (.3). | 0.50 Hrs | $147.50 |
| 07/10/08 | MTM | Continue to work on ZAI sales project including review of Iron Mountain ledger inventories and discussions re: possible meeting in Philadelphia re: same. | 5.10 Hrs | $1,300.50 |
| 07/10/08 | ARA | Per MTM's request, retrieve EPA review sheets and produce them to MTM (.7). Review ledgers for sales of attic insulation (5.5). | 6.20 Hrs | $682.00 |
| 07/11/08 | RAM | Conference with MTM re: any documents showing sales of Libby concentrate in bags (.2); review reports and interviews of selected Libby personnel for any such information (.4); telephone conference with in-house counsel re: same (.1). | 0.70 Hrs | $206.50 |
| 07/11/08 | MTM | Review files from prior production of large collection of ledgers in Colorado re: review of same for ZAI sales project (1.0); review property damage ledgers at Winthrop Square re: same (4.2); email from Holme Roberts paralegal re: her searches re: same (.5) | 5.70 Hrs | $1,453.50 |
| 07/11/08 | ARA | Review ledgers for sales of attic insulation. | 6.30 Hrs | $693.00 |
| 07/14/08 | MTM | Receive and respond to emails from Holme Roberts paralegal re: various searches re: ZAI sales project (.6); review invoice search result (2.2); review inventory for boxes to include in additional searches by Holme Roberts (.9). | 3.70 Hrs | $943.50 |
| 07/14/08 | ARA | Review ledgers for sales of attic insulation. | 6.50 Hrs | $715.00 |
| 07/15/08 | RAM | Read letter to court from fee auditor re: allowed rates for hotels and meals in certain cities. | 0.10 Hrs | $29.50 |
| 07/15/08 | MTM | Revise memo re: ledger collections from 1984 document sweeps (1.0); continue review of invoice printout re: ZAI sales project (1.3); telephone call to Goodwin Procter & Hoar paralegal re: copy sets of documents produced in Greenville case (.2); telephone call from Holme Roberts paralegal re: searches re: ZAI sales project (.5); review files from off-site storage re: production of ledgers in Denver re: ZAI sales project (1.1); review results of search for ZAI ledgers re: same (2.7). | 6.80 Hrs | $1,734.00 |

Mark A. Shelnitz

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 07/15/08 | ARA | Review ledgers for sales of attic insulation. | 6.20 Hrs | $682.00 |
| 07/16/08 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.1). | 0.20 Hrs | $59.00 |
| 07/16/08 | MTM | Continue review of various spreadsheets from Holme Roberts paralegal re: ZAI sales project (4.1); telephone call to ARA re: ledgers re: same (.6); work on summary for in-house counsel re: same (1.1). | 5.80 Hrs | $1,479.00 |
| 07/16/08 | ARA | Review monthly billing registers for sales of attic insulation (6.3). Per telephone call from MTM, review consolidated ledger boxes for indices; telephone call to MTM with findings (.3). | 6.60 Hrs | $726.00 |
| 07/17/08 | DBM | Discussion with MTM re: search for attic fill sales records and early scope of property damage production. | 0.10 Hrs | $26.00 |
| 07/17/08 | MTM | Continue review of spreadsheets from Holme Roberts paralegal re: ZAI sales project (.8); review ledgers at Winthrop Square re: same (4.9); review other documents for potential other means to address ZAI sales issues (2.0). | 7.70 Hrs | $1,963.50 |
| 07/17/08 | ARA | Review monthly billing registers for sales of attic insulation (7.0); telephone call to Merrill Corp. re: pick-up and copying of registers (.2). | 7.20 Hrs | $792.00 |
| 07/18/08 | MTM | Draft summary of all sources reviewed to date re: ZAI sales project and call to in-house counsel re: same (3.3); telephone call to in-house counsel re: same (.3); review documents to bring to meeting in Philadelphia re: same (1.9). | 5.50 Hrs | $1,402.50 |
| 07/18/08 | ARA | Review monthly billing registers for sales of attic insulation (3.8); arrange for registers to be copied and receipt of original registers from Merrill Corp. and pickup by Merrill of registers to be copied (.5). Quality control documents in the repository and organize by number order (1.1). | 5.40 Hrs | $594.00 |
| 07/21/08 | MTM | Receipt and review of letter and documents from Goodwin Procter & Hoar re: Greenville document productions re: earliest date project for K&E counsel (1.0); review ledger pages from Winthrop Square for upcoming meeting in Philadelphia (5.4). | 6.40 Hrs | $1,632.00 |
| 07/21/08 | ARA | Telephone calls to and from MTM and Merrill Corp. re: copying pages from monthly billing register (.4). Quality control documents in the repository and organize by number order (6.2). | 6.60 Hrs | $726.00 |
| 07/22/08 | MTM | Continue review of Winthrop Square ledger pages re: ZAI sales project. | 5.50 Hrs | $1,402.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/22/08 | ARA | Quality control documents in the repository and organize by number order (.5). Telephone call to Merrill re: copying monthly billing register pages (.1); telephone call to MTM re: same (.1). Per MTM's request, highlight pages of sales of attic insulation from billing registers (6.5). | 7.20 Hrs | $792.00 |
| 07/23/08 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Conference with MTM re: ZAI meeting and ZAI sales project (.3). | 0.40 Hrs | $118.00 |
| 07/23/08 | MTM | Prepare for meeting in Philadelphia with in-house counsel, local counsel and Reed Smith counsel re: ZAI sales project (review Winthrop Square ledger pages, various printouts, etc.) | 5.40 Hrs | $1,377.00 |
| 07/23/08 | ARA | Per MTM's request, highlight pages of sales of attic insulation from billing registers. | 7.50 Hrs | $825.00 |
| 07/24/08 | RAM | Read selected documents filed in bankruptcy court. | 0.20 Hrs | $59.00 |
| 07/24/08 | MTM | Travel to and from Philadelphia for meeting with Reed Smith and in-house counsel re: ZAI sales project (1/2 time) (5.0). Attend meeting in Philadelphia with Reed Smith and in-house counsel re: ZAI sales project (4.0) | 9.00 Hrs | $2,295.00 |
| 07/24/08 | ARA | Quality control documents in the repository and organize by number order (6.4). Per telephone call from MTM, determine number of WRG expanding plants (.3). | 6.70 Hrs | $737.00 |
| 07/25/08 | RAM | Conference with MTM re: yesterday's meeting re: possible project to determine ZAI sales ; brief telephone conference with in-house counsel re: same (.2). Telephone conference with another in-house counsel re: status of criminal case (.1). | 0.30 Hrs | $88.50 |
| 07/25/08 | MTM | Receipt and review of email from K&E counsel re: certain samples from Libby (.2); locate inventory of same at Cambridge (.5); review inventory and respond to email re: same (.7). Work on earliest date certain documents were in the repository project re: criminal matter (review old discovery responses at Winthrop Square) (5.4). | 6.80 Hrs | $1,734.00 |
| 07/25/08 | ARA | Document control (5.0). Review billing registers re: attic insulation sales (1.3). Per telephone call from MTM, confirm product bag in repository (.2). | 6.50 Hrs | $715.00 |
| 07/28/08 | MTM | Draft memo to in-house counsel re: ZAI sales project (5.2). Continue to work on earliest date project for K&E counsel re: criminal matter (1.7). | 6.90 Hrs | $1,759.50 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/28/08 | ARA | Continue review of billing registers re: attic insulation sales. | 7.00 Hrs | $770.00 |
| 07/29/08 | RAM | Read and comment on MTM's draft ZAI memo. | 0.40 Hrs | $118.00 |
| 07/29/08 | MTM | Revise memo to in-house counsel re: ZAI sales project (2.5); review printout from Holme Roberts paralegal re: non-invoice/non-ledger plant box materials re: same (2.0). Work on earliest date in the repository project for K&E counsel re: criminal matter (2.8). | 7.30 Hrs | $1,861.50 |
| 07/29/08 | ARA | Per MTM's request, determine number of plant boxes at Grace, Cambridge storage area. | 3.00 Hrs | $330.00 |
| 07/30/08 | MTM | Work on earliest date in the repository project for K&E counsel re: criminal matter. | 4.20 Hrs | $1,071.00 |
| 07/31/08 | MTM | Work on earliest date project for K&E counsel re: criminal matter (review old discovery responses at Winthrop Square). | 5.00 Hrs | $1,275.00 |
| | | | TOTAL LEGAL SERVICES | $49,690.00 |

**LEGAL SERVICES SUMMARY**

| | | | |
|------|------|------|------|
| ROBERT A. MURPHY | 4.90 Hrs | 295/hr | $1,445.50 |
| DONNA B. MACKENNA | 7.80 Hrs | 260/hr | $2,028.00 |
| MATTHEW T. MURPHY | 133.10 Hrs | 255/hr | $33,940.50 |
| ANGELA R. ANDERSON | 111.60 Hrs | 110/hr | $12,276.00 |
| | 257.40 Hrs | | $49,690.00 |

|  | | |
|---|---|---|
| | TOTAL THIS BILL | $49,690.00 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 26, 2008

Bill Number  23552
File Number 0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**LEGAL SERVICES**

Through July 31, 2008

| Date | Atty | Description | Time | Value |
|------|------|-------------|------|-------|
| 07/10/08 | RAM | Send hard copy of May fee application to Fee Auditor. | 0.10 Hrs | $29.50 |
| 07/13/08 | RAM | Work on June fee application. | 0.70 Hrs | $206.50 |
| 07/14/08 | RAM | Work on June fee application. | 1.20 Hrs | $354.00 |
| 07/15/08 | RAM | Work on June fee application. | 0.20 Hrs | $59.00 |
| 07/16/08 | RAM | Finalize June fee application and send it to in-house counsels. Telephone conference with in-house counsel that fee application may be filed. | 0.20 Hrs | $59.00 |
| 07/20/08 | RAM | Email from second in-house counsel that fee application may be filed. | 0.05 Hrs | No charge |
| 07/21/08 | RAM | Finalize June fee application and draft letter to Delaware counsel to file same. | 0.20 Hrs | $59.00 |
| 07/24/08 | RAM | Send June fee application to Delaware counsel to file. | 0.10 Hrs | $29.50 |
| 07/25/08 | RAM | Send hard copy of June fee application to Fee Auditor. Email from Delaware counsel that fee application has been filed. | 0.05 Hrs | No charge |

Mark A. Shelnitz

TOTAL LEGAL SERVICES          $796.50

**LEGAL SERVICES SUMMARY**

| | | | |
|---|---|---|---|
| ROBERT A. MURPHY | 2.70 Hrs | 295/hr | $796.50 |
| ROBERT A. MURPHY | 0.10 Hrs | 295/hr | No charge |
| | 2.80 Hrs | | $796.50 |

TOTAL THIS BILL          $796.50

**EXHIBIT B**
(Expense Detail)

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N. 04-2778062

August 26, 2008

Bill Number 23553
File Number 0052000-0000043

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

FOR PROFESSIONAL SERVICES

Re: Litigation and Litigation Consulting

DISBURSEMENTS

Through July 31, 2008

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 07/28/08 | To 2120 L Street, Kinsella Novack Communications, Leigh Anna Thomura from Casner and Edwards on June 17, 2008. | 31.23 | |
| 07/28/08 | To 919 North Market Street, Patricia Cuniff from Casner and Edwards on June 30, 2008. | 17.97 | |
| 07/28/08 | To 62 Whittemore Avenue, W R Grace & Co, Jay Hughes from Casner and Edwards on June 6, 2008. | 19.23 | |
| | | | $68.43 |

TRAVEL

| | | | |
|---|---|---|---|
| 07/28/08 | MATTHEW T. MURPHY-Travel to Reed Smith in Philadelphia for meeting. | 94.00 | |
| | | | $94.00 |

OUTSIDE PHOTOCOPYING

| | | | |
|---|---|---|---|
| 07/11/08 | MERRILL COMM - K & E government exhibit binder (6/20/08). | 26.78 | |
| | | | $26.78 |

Mark A. Shelnitz

Re: Litigation and Litigation Consulting

## DISBURSEMENTS

Through July 31, 2008

PHOTOCOPYING

| Date | Description | Amount | |
|------|-------------|--------|--|
| 07/01/08 | 3 copies at .10 per copy | 0.30 | |
| 07/02/08 | 12 copies at .10 per copy | 1.20 | |
| 07/02/08 | 3 copies at .10 per copy | 0.30 | |
| 07/02/08 | 35 copies at .10 per copy | 3.50 | |
| 07/03/08 | 26 copies at .10 per copy | 2.60 | |
| 07/08/08 | 4 copies at .10 per copy | 0.40 | |
| 07/08/08 | 92 copies at .10 per copy | 9.20 | |
| 07/09/08 | 81 copies at .10 per copy | 8.10 | |
| 07/16/08 | 4 copies at .10 per copy | 0.40 | |
| 07/18/08 | 41 copies at .10 per copy | 4.10 | |
| 07/18/08 | 88 copies at .10 per copy | 8.80 | |
| 07/21/08 | 322 copies at .10 per copy | 32.20 | |
| 07/22/08 | 40 copies at .10 per copy | 4.00 | |
| 07/22/08 | 2 copies at .10 per copy | 0.20 | |
| 07/23/08 | 1 copies at .10 per copy | 0.10 | |
| 07/23/08 | 5 copies at .10 per copy | 0.50 | |
| 07/23/08 | 4 copies at .10 per copy | 0.40 | |
| 07/23/08 | 1 copies at .10 per copy | 0.10 | |
| 07/25/08 | 50 copies at .10 per copy | 5.00 | |
| 07/28/08 | 30 copies at .10 per copy | 3.00 | |
| | | | $84.40 |

RENT REIMBURSEMENT

| Date | Description | Amount | |
|------|-------------|--------|--|
| 07/01/08 | Rent and Utilities for document repository at One Winthrop Square - JULY 2008. | 11,616.00 | |
| | | | $11,616.00 |

MISCELLANEOUS

| Date | Description | Amount | |
|------|-------------|--------|--|
| 07/11/08 | RECORDKEEPER ARCHIVE-Storage 7/1/08-7/31/08. | 444.20 | |
| | | | $444.20 |

Mark A. Shelnitz

| | |
|---|---|
| TOTAL DISBURSEMENTS | $12,333.81 |
| TOTAL THIS BILL | $12,333.81 |

CASNER & EDWARDS, LLP
ATTORNEYS AT LAW
303 CONGRESS STREET
BOSTON, MASSACHUSETTS 02210
F.I.N.  04-2778062

August 26, 2008

Bill Number  23554
File Number  0052000-0000057

Mark A. Shelnitz
Vice President, General Counsel and Corporate
Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**FOR PROFESSIONAL SERVICES**

Re: Fee Applications, Applicant

**DISBURSEMENTS**

Through July 31, 2008

EXCESS POSTAGE                                              $1.51

TOTAL DISBURSEMENTS                    $1.51

TOTAL THIS BILL                    $1.51

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

## AFFIDAVIT OF SERVICE

Lynzy Oberholzer, being duly sworn according to law, deposes and says that she is employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors in the above-captioned action, and that on the 29th day of August, 2008, she caused a copy of the following document to be served upon the attached service list in the manner indicated:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Eighty-Second Monthly Application of Casner & Edwards, LLP for
Compensation for Services and Reimbursement of Expenses as Special
Litigation Counsel to Debtors for the Period from July 1, 2008 through July 31,
2008.

Lynzy Oberholzer

SWORN TO AND SUBSCRIBED
by me on this 26th day of August 2008.

Notary Public
My Commission Expires July 18, 2007

DEBRA L. YOUNG
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires July 18, 2009

Grace Fee Application Service List
Case Number: 01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
10- E-Mail

(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*E-mail: nglassman@bayardfirm.com*
(Local Counsel to DIP Lender)
Neil Glassman, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: carol.hennessey@lw.com*
(Counsel to DIP Lender)
David S. Heller, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP