# EXHIBIT C
September Fee Application

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: November 20, 2008 at 4:00 p.m.
Hearing Date: TBD only if necessary

**SUMMARY OF THE EIGHTY-FOURTH MONTHLY APPLICATION OF
CASNER & EDWARDS, LLP FOR COMPENSATION FOR SERVICES AND
REIMBURSEMENT OF EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS
FOR THE PERIOD FROM SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008**

| | |
|---|---|
| Name of Applicant: | Casner & Edwards, LLP |
| Authorized to Provide Professional Services to: | W. R. Grace & Co., et al., Debtors and Debtors-in-Possession |
| Date of Retention: | September 18, 2001, effective as of September 18, 2001 |
| Period for which compensation and reimbursement is sought: | September 1, 2008 through September 30, 2008 |

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Amount of Compensation sought as actual,
reasonable, and necessary:                    $121,855.50  (80% = $97,484.40)

Amount of Expense Reimbursement sought as
actual, reasonable, and necessary:            $13,735.66

This is an:   X monthly      __ interim      __ final application

Prior Applications filed:  Yes.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 12/4/01 | 9/18/01 through 10/31/01 | $25,904.00 | $3,139.72 | No objections served on counsel | No objections served on counsel |
| 1/09/02 | 11/01/01 through 11/30/01 | $117,210.00 | $6,571.15 | No objections served on counsel | No objections served on counsel |
| 1/28/02 | 12/01/01 through 12/31/01 | $146,802.00 | $4,083.28 | No objections served on counsel | No objections served on counsel |
| 3/15/02 | 01/01/02 through 01/31/02 | $201,024.50 | $908.76 | No objections served on counsel | No objections served on counsel |
| 4/11/02 | 02/01/02 through 02/28/02 | $186,585.00 | $2,638.22 | No objections served on counsel | No objections served on counsel |
| 5/9/02 | 03/01/02 through 03/31/02 | $194,087.00 | $92,484.17 | No objections served on counsel | No objections served on counsel |
| 6/4/02 | 04/01/02 through 04/30/02 | $222,932.00 | $29,238.08 | No objections served on counsel | No objections served on counsel |
| 7/12/02 | 05/01/02 through 05/31/02 | $246,778.00 | $14,876.86 | No objections served on counsel | No objections served on counsel |
| 8/6/02 | 06/01/02 through 06/30/02 | $144,857.00 | $15,005.61 | No objections served on counsel | No objections served on counsel |
| 9/17/02 | 07/01/02 through 07/31/02 | $70,348.00 | $17,801.90 | No objections served on counsel | No objections served on counsel |
| 10/18/02 | 08/01/02 through 08/31/02 | $58,072.00 | $14,910.59 | No objections served on counsel | No objections served on counsel |
| 11/14/02 | 09/01/02 through 09/30/02 | $40,335.00 | $4,535.47 | No objections served on counsel | No objections served on counsel |
| 12/16/02 | 10/01/02 through 10/31/02 | $36,393.00 | $17,499.87 | No objections served on counsel | No objections served on counsel |
| 1/13/03 | 11/01/02 through 11/30/02 | $43,910.00 | $2,331.21 | No objections served | No objections served |

2

| | | | | on counsel | on counsel |
|---|---|---|---|---|---|
| 2/11/03 | 12/01/02 through 12/31/02 | $39,703.00 | $26,001.22 | No objections served on counsel | No objections served on counsel |
| 3/31/03 | 01/01/03 through 01/31/03 | $36,572.00 | $13,818.89 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 02/01/03 through 02/28/03 | $37,363.00 | $1,050.11 | No objections served on counsel | No objections served on counsel |
| 5/13/03 | 03/01/03 through 03/31/03 | $35,519.00 | $16,988.05 | No objections served on counsel | No objections served on counsel |
| 7/11/03 | 04/01/03 through 04/30/03 | $30,037.50 | $14,427.54 | No objections served on counsel | No objections served on counsel |
| 8/1/03 | 05/01/03 through 05/31/03 | $11,420.00 | $12,560.93 | No objections served on counsel | No objections served on counsel |
| 8/13/03 | 06/01/03 through 06/30/03 | $9,586.00 | $13,073.04 | No objections served on counsel | No objections served on counsel |
| 9/29/03 | 07/01/03 through 07/31/03 | $8,858.00 | $12,888.56 | No objections served on counsel | No objections served on counsel |
| 11/6/03 | 08/01/03 through 08/31/03 | $10,256.50 | $13,076.13 | No objections served on counsel | No objections served on counsel |
| 11/13/03 | 09/01/03 through 09/30/03 | $14,009.00 | $13,261.68 | No objections served on counsel | No objections served on counsel |
| 12/12/03 | 10/01/03 through 10/31/03 | $19,884.00 | $13,458.15 | No objections served on counsel | No objections served on counsel |
| 1/23/04 | 11/01/03 through 11/30/03 | $12,019.00 | $13,196.18 | No objections served on counsel | No objections served on counsel |
| 2/11/04 | 12/01/03 through 12/31/03 | $5,318.00 | $500.03 | No objections served on counsel | No objections served on counsel |
| 3/16/04 | 01/01/04 through 01/31/04 | $14,274.50 | $25,666.53 | No objections served on counsel | No objections served on counsel |
| 4/13/04 | 02/01/04 through 02/29/04 | $9,658.50 | $13,088.71 | No objections served on counsel | No objections served on counsel |
| 5/12/04 | 03/01/04 through 03/31/04 | $16,421.00 | $13,349.16 | No objections served on counsel | No objections served on counsel |
| 6/14/04 | 04/01/04 through 04/30/04 | $15,745.00 | $12,624.56 | No objections served on counsel | No objections served on counsel |
| 7/13/04 | 05/01/04 through 05/31/04 | $6,487.00 | $26,540.10 | No objections served on counsel | No objections served on counsel |
| 8/17/04 | 06/01/04 through 06/30/04 | $11,018.50 | $9,909.39 | No objections served on counsel | No objections served on counsel |

| 9/13/04 | 07/01/04 through 07/31/04 | $13,651.00 | $12,386.12 | No objections served on counsel | No objections served on counsel |
|---------|---------------------------|------------|------------|---------------------------------|---------------------------------|
| 10/15/04 | 08/01/04 through 08/31/04 | $38,791.00 | $14,000.00 | No objections served on counsel | No objections served on counsel |
| 11/15/04 | 09/01/04 through 09/30/04 | $14,142.00 | $15,951.89 | No objections served on counsel | No objections served on counsel |
| 12/15/04 | 10/01/04 through 10/31/04 | $4,177.00 | $25,118.55 | No objections served on counsel | No objections served on counsel |
| 1/6/05 | 11/01/04 through 11/30/04 | $31,459.00 | $2,839.36 | No objections served on counsel | No objections served on counsel |
| 1/27/05 | 12/01/04 through 12/31/04 | $29,299.00 | $17,177.91 | No objections served on counsel | No objections served on counsel |
| 3/25/05 | 1/01/05 through 1/31/05 | $14,713.00 | $14,317.79 | No objections served on counsel | No objections served on counsel |
| 5/10/05 | 2/01/05 through 2/28/05 | $20,275.00 | $13,251.36 | No objections served on counsel | No objections served on counsel |
| 5/16/05 | 03/01/05 through 03/31/05 | $11,160.00 | $11,684.66 | No objections served on counsel | No objections served on counsel |
| 7/7/05 | 04/01/05 through 04/30/05 | $27,127.00 | $15,371.64 | No objections served on counsel | No objections served on counsel |
| 7/20/05 | 05/01/05 through 05/31/05 | $16,428.00 | $15,260.16 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 06/01/05 through 06/30/05 | $18,474.00 | $12,190.01 | No objections served on counsel | No objections served on counsel |
| 9/9/05 | 07/01/05 through 07/31/05 | $21,231.00 | $13,876.31 | No objections served on counsel | No objections served on counsel |
| 9/30/05 | 08/01/05 through 08/31/05 | $17,306.50 | $12,851.87 | No objections served on counsel | No objections served on counsel |
| 11/14/05 | 09/01/05 through 09/30/05 | $19,252.50 | $13,258.24 | No objections served on counsel | No objections served on counsel |
| 12/15/05 | 10/01/05 through 10/31/05 | $24,069.00 | $15,964.63 | No objections served on counsel | No objections served on counsel |
| 1/31/06 | 11/01/05 through 11/30/05 | $38,027.50 | $15,003.91 | No objections served on counsel | No objections served on counsel |
| 2/14/06 | 12/01/05 through 12/31/05 | $87,777.50 | $13,260.33 | No objections served on counsel | No objections served on counsel |
| 3/31/06 | 01/01/06 through 01/31/06 | $30,680.00 | $17,353.33 | No objections served on counsel | No objections served on counsel |

| 5/1/06 | 02/01/06 through 02/28/06 | $32,949.50 | $22,535.61 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 5/23/06 | 03/01/06 through 03/31/06 | $60,885.50 | $15,296.96 | No objections served on counsel | No objections served on counsel |
| 6/8/06 | 04/01/06 through 04/30/06 | $23,816.00 | $15,047.10 | No objections served on counsel | No objections served on counsel |
| 7/18//06 | 05/01/06 through 05/31/06 | $27,090.50 | $15,330.01 | No objections served on counsel | No objections served on counsel |
| 8/14/06 | 06/01/06 through 06/30/06 | $33,544.50 | $11,977.34 | No objections served on counsel | No objections served on counsel |
| 9/12/06 | 07/01/06 through 07/31/06 | $16,289.50 | $15,153.31 | No objections served on counsel | No objections served on counsel |
| 10/18/06 | 08/01/06 through 08/31/06 | $34,312.00 | $14,214.01 | No objections served on counsel | No objections served on counsel |
| 11/21/06 | 09/01/06 through 09/30/06 | $35,495.50 | $13,202.34 | No objections served on counsel | No objections served on counsel |
| 12/15/06 | 10/01/06 through 10/31/06 | $33,865.00 | $22,086.20 | No objections served on counsel | No objections served on counsel |
| 1/16/07 | 11/01/06 through 11/30/06 | $33,796.00 | $15,221.39 | No objections served on counsel | No objections served on counsel |
| 3/1/07 | 12/01/06 through 12/31/06 | $19,813.00 | $14,435.75 | No objections served on counsel | No objections served on counsel |
| 3/23/07 | 01/01/07 through 01/31/07 | $19,909.50 | $12,083.70 | No objections served on counsel | No objections served on counsel |
| 4/10/07 | 02/01/07 through 02/28/07 | $24,635.00 | $11,730.70 | No objections served on counsel | No objections served on counsel |
| 5/14/07 | 03/01/07 through 03/31/07 | $20,829.50 | $12,765.08 | No objections served on counsel | No objections served on counsel |
| 6/8/07 | 04/01/07 through 04/30/07 | $9,905.00 | $17,538.92 | No objections served on counsel | No objections served on counsel |
| 7/5/07 | 05/01/07 through 05/31/07 | $7,235.00 | $12,837.38 | No objections served on counsel | No objections served on counsel |
| 8/15/07 | 06/01/07 through 06/30/07 | $16,160.00 | $11,034.32 | No objections served on counsel | No objections served on counsel |
| 09/12/07 | 07/01/07 through 07/31/07 | $15,613.50 | $14,361.88 | No objections served on counsel | No objections served on counsel |
| 10/10/07 | 08/01/07 through 08/31/07 | $18,956.00 | $12,010.22 | No objections served on counsel | No objections served on counsel |

| 10/31/07 | 09/01/07 through 09/30/07 | $6,938.50 | $14,182.33 | No objections served on counsel | No objections served on counsel |
|---|---|---|---|---|---|
| 12/17/07 | 10/01/07 through 10/31/07 | $16,557.00 | $12,003.26 | No objections served on counsel | No objections served on counsel |
| 1/17/08 | 11/01/07 through 11/30/07 | $12,850.00 | $12,756.91 | No objections served on counsel | No objections served on counsel |
| 2/8/08 | 12/01/07 through 12/31/07 | $12,508.00 | $11,948.15 | No objections served on counsel | No objections served on counsel |
| 3/19/08 | 01/01/08 through 01/31/08 | $16,372.50 | $11,960.75 | No objections served on counsel | No objections served on counsel |
| 4/8/08 | 02/01/08 through 02/29/08 | $10,699.00 | $12,800.90 | No objections served on counsel | No objections served on counsel |
| 5/9/08 | 03/01/08 through 03/31/08 | $15,714.00 | $14,514.06 | No objections served on counsel | No objections served on counsel |
| 6/6/08 | 04/01/08 through 04/30/08 | $12,506.50 | $13,197.31 | No objections served on counsel | No objections served on counsel |
| 7/1/08 | 05/01/08 through 05/31/08 | $13,718.00 | $12,417.53 | No objections served on counsel | No objections served on counsel |
| 7/25/08 | 06/01/08 through 06/30/08 | $31,413.50 | $12,482.97 | No objections served on counsel | No objections served on counsel |
| 8/29/08 | 07/01/08 through 07/31/08 | $50,486.50 | $12,335.32 | No objections served on counsel | No objections served on counsel |
| 10/1/08 | 08/01/08 through 08/31/08 | $22,687.00 | $18,149.60 | No objections served on counsel | No objections served on counsel |
| 10/30/08 | 09/01/08 through 09/30/08 | $121,855.50 | $13,735.66 | Pending | Pending |

As indicated above, this is the eighty-fourth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.[2]

The total time expended for the preparation of this application is approximately 3.0 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $960.00.

The Casner attorneys and paraprofessionals who rendered professional services in these cases during the Fee Period are:

---

[2] Any capitalized terms not defined herein have the meaning ascribed to them in the Verified Application of Casner & Edwards LLP for Compensation for Services and Reimbursement of Expenses as Special Litigation Counsel to Debtors, for the Fifth Mothly Interim Period from February 1, 2002 through February 28, 2002.

Fee Summary

(see Exhibit A to the Fee Detail)

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Robert A. Murphy | Senior Counsel | 42 | Litigation | $320.00 | 9.80 | $3,136.00 |
| Donna M. Brewer | Partner | 25 | Litigation | $280.00 | 2.50 | $700.00 |
| Matthew T. Murphy | Associate | 21 | Litigation | $275.00 | 120.50 | $33,137.50 |

| Name of Professional Person | Position with the applicant | Number of years in the position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| Angela R. Anderson | Paralegal | 25 | Litigation | $120.00 | 155.20 | $18,624.00 |
| Kristina da Fonseca | Temporary Paralegal | --- | Litigation | $120.00 | 55.50 | $6,660.00 |
| Jeremy McHugh | Temporary Paralegal | --- | Litigation | $120.00 | 56.00 | $6,720.00 |
| Joseph Palazzo | Temporary Paralegal | --- | Litigation | $120.00 | 56.80 | $6,816.00 |
| Richard Knapp | Temporary Paralegal | --- | Litigation | $120.00 | 52.80 | $6,336.00 |
| Brian Benestad | Temporary Paralegal | --- | Litigation | $120.00 | 55.50 | $6,660.00 |
| Inessa Karen | Temporary Paralegal | --- | Litigation | $120.00 | 54.00 | $6,480.00 |
| Cynthia Kopka | Temporary Paralegal | --- | Litigation | $120.00 | 54.40 | $6,528.00 |
| Jared Tanz | Temporary Paralegal | --- | Litigation | $120.00 | 55.00 | $6,600.00 |
| Jehan Allen | Temporary Paralegal | --- | Litigation | $120.00 | 56.65 | $6,798.00 |
| Nancy Leon | Temporary Paralegal | --- | Litigation | $120.00 | 55.50 | $6,660.00 |
| TOTALS | | | | | 840.15 | $121,855.50 |

**Total Fees:**          **$121,855.50**

7

Expense Summary

(see Exhibit B to the Fee Detail)

| Expense Category | Expenses |
|---|---|
| Federal Express | $242.06 |
| Travel | $679.09 |
| Outside Photocopying | $43.55 |
| Photocopying ($0.10/page) | $41.50 |
| Rent Reimbursement | $12,729.55 |
| TOTAL | $13,735.75 |

**Total Expenses:**    **$13,735.66**

Compensation Summary By Project Category

| Project Category | Total Hours for the Interim Period | Total Compensation for the Interim Period |
|---|---|---|
| Litigation and Litigation Consulting | 837.55 | $121,023.50 |
| Fee Applications, Applicant | 2.60 | $832.00 |
| Expenses | N/A | $13,735.66 |
| TOTALS | 840.15 | $135,591.16 |

Dated: October 30, 2008          CASNER & EDWARDS, LLP

*Robert A. Murphy*

Robert A. Murphy (BBO #363700)
303 Congress Street, 2nd Floor
Boston, MA  02210
(617) 426-5900

Special Litigation Counsel

52000.57/448148

2

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
|  | ) |  |
| Debtors. | ) | (Jointly Administered) |

**Objection Deadline: November 20, 2008 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### FEE DETAIL FOR CASNER & EDWARDS, LLP'S
### EIGHTY-FOURTH MONTHLY FEE APPLICATION
### FOR THE PERIOD FROM SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food >N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## EXHIBIT A
(Fee Detail)

# CASNER & EDWARDS, LLP

### ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 27, 2008
Bill Number  102180
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:   Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH SEPTEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/02/08 | MTM | Work on government exhibit project for K&E. | 2.00 Hrs | 550.00 |
| 09/02/08 | ARA | Telephone calls to and from MTM and Merrill Corp. re: Libby Union records copy job (.4). Document control (4.3). | 4.70 Hrs | 564.00 |
| 09/03/08 | MTM | Work on government exhibits project for K&E (1.5). Receipt and respond to email from in-house Grace counsel re: Dement transcript (.1); telephone call to ARA re: same (.1). | 1.70 Hrs | 467.50 |
| 09/03/08 | ARA | Telephone call to and from MTM to confirm earliest date for Dement deposition (.2). Document control (.7). Determine number of boxes that might contain copies of documents on government exhibit list (5.4). | 6.30 Hrs | 756.00 |
| 09/04/08 | DMB | Search for product tests (1.4); discuss search results with MTM (.1). | 1.50 Hrs | 420.00 |

**CASNER & EDWARDS, LLP**

F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/04/08 | MTM | Email from in-house counsel with questions re: Dement transcript (.2); review transcript re: same (.8). Telephone call from in-house counsel re: conference call tomorrow re: product research (.2); telephone call from Holme Roberts paralegal re: questions on East Texas bates numbering system (.3); review July 30 memo to in-house counsel re: conference call tomorrow re: product research (.7). Receipt and review of printout of test documents for K&E government exhibit project (2.6) | 4.80 Hrs | 1,320.00 |
| 09/04/08 | ARA | Per MTM's request, produce Dement transcript to him (.8). Continue with locating copy sets that might contain government exhibits (5.6). Document control (.6). | 7.00 Hrs | 840.00 |
| 09/05/08 | RAM | Conference call with in-house counsel and outside counsel re: product research. | 1.00 Hrs | 320.00 |
| 09/05/08 | MTM | Conference with ARA re: government exhibit project (.5). Work on product research (2.0); conference call with in-house and K&E counsel re: same (1.5); continue to work on product research (3.8). | 7.80 Hrs | 2,145.00 |
| 09/05/08 | ARA | Return MTM's call re: government exhibit list project and organize the information from Recordkeeper re: boxes that might contain copies of documents on government exhibit list. | 6.00 Hrs | 720.00 |
| 09/08/08 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). read selected documents filed in bankruptcy court (.4). Read letters to K&E attorney re: search for earliest production date of several government exhibits (.1) | 0.70 Hrs | 224.00 |
| 09/08/08 | MTM | Continue product research (2.3); telephone call to in-house counsel re: same (.3); telephone call from in-house counsel re: Libby photos (.2); review off-site storage inventories re: same (.9); continue to work on product research (4.2). | 7.90 Hrs | 2,172.50 |
| 09/08/08 | ARA | Prepare memo re: box list and document number list information re: government exhibit project (1.7). Document control (1.0). | 2.70 Hrs | 324.00 |

Page 2

**CASNER & EDWARDS, LLP**

F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/09/08 | RAM | Read selected documents filed in bankruptcy court (1.0). Read memo re: expanded search for product information (.1). | 1.10 Hrs | 352.00 |
| 09/09/08 | MTM | Telephone call from Holme Roberts paralegal re: employee exposure history document set in repository (.4); telephone call to Holme Roberts paralegal re: product research (.3); telephone call to in-house counsel and Reed Smith counsel re: same (.3); work on product research (6.1); review indices to repository re: requests from Holme Roberts paralegal (.5); draft email to Holme Roberts paralegal re: employee exposure history (.4) | 8.00 Hrs | 2,200.00 |
| 09/09/08 | ARA | Organize memo re: government exhibit project (2.4). Per MTM's request, search for and obtain employee exposure sheets; organize and produce to MTM (1.6). Per telephone call from MTM, search for and obtain former employee's documents (.7). Document control (.9). | 5.60 Hrs | 672.00 |
| 09/10/08 | MTM | Continue to work on product research (3.0); telephone call from Holme Roberts paralegal re: reformulation binder at repository (.3). | 3.30 Hrs | 907.50 |
| 09/10/08 | ARA | Per telephone call from MTM, review Winthrop Square binder re: category boxes (.5). Review files, recordkeeper binders and Libby photos; telephone call to MTM to discuss Libby photos (2.3). Finalize list of boxes that might contain copies of documents on government exhibit list (2.8). Locate former employee's documents to produce to MTM (1.5). | 7.10 Hrs | 852.00 |
| 09/11/08 | RAM | Conference with MTM re: product names (.1). review documents and deposition transcript for same (.5). Review memo re: search for government exhibits project and conference with MTM to suggest additional documents to search (.3). | 0.90 Hrs | 288.00 |

**CASNER & EDWARDS, LLP**

F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/11/08 | MTM | Continue product research (4.9); telephone call from in-house counsel re: same (.3); conference with RAM re: same (.4); telephone call from Holme Roberts paralegal re: questions regarding organization of East Texas set at repository (.3); email and telephone calls with in-house counsel re: Libby photo box (.5). | 6.40 Hrs | 1,760.00 |
| 09/11/08 | ARA | Organize documents from government exhibit project (1.3). Document control (5.5). | 6.80 Hrs | 816.00 |
| 09/12/08 | MTM | Continue product research (6.9); telephone call from in-house counsel re: tremolite health brochure at Libby (.3). | 7.20 Hrs | 1,980.00 |
| 09/12/08 | ARA | Document control (4.5). Identify boxes for review for product information (2.3). | 6.80 Hrs | 816.00 |
| 09/15/08 | MTM | Research history of tremolite health brochure at Libby for in-house counsel (1.3). Continue product research (5.7). Email and telephone call to in-house counsel re: tremolite brochure (.4). | 7.40 Hrs | 2,035.00 |
| 09/15/08 | ARA | Document control. | 6.00 Hrs | 720.00 |
| 09/16/08 | RAM | Read email re: tremolite brochure (.1); conference with MTM re: same (.1). Search for versions of brochure (.2). | 0.50 Hrs | 160.00 |
| 09/16/08 | DMB | Search for tremolite brochures. | 1.00 Hrs | 280.00 |
| 09/16/08 | MTM | Continue product research with ARA (4.8). Conference with ARA re: tremolite health brochure (.3); conference with RAM re: same (.2); email to in-house counsel re: same (.3). | 5.60 Hrs | 1,540.00 |
| 09/16/08 | ARA | Document control (4.7). Per telephone call from MTM, search for and locate tremolite brochures and produce to MTM for in-house counsel (3.4). | 8.10 Hrs | 972.00 |
| 09/17/08 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.1). Read selected transcripts of E. Lovick's depositions re: tremolite memo (1.0); conference with MTM re: same (.1). | 1.30 Hrs | 416.00 |

Page 4

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/17/08 | MTM | Conference with ARA re: tremolite health brochure and Lovick depo (.3); email to in-house counsel re: same (.2). | 0.50 Hrs | 137.50 |
| 09/17/08 | ARA | Locate tremolite pamphlet MTM requested for in-house counsel (.4). Per telephone calls from MTM, review particular Lovick transcripts and produce information to MTM (3.5). Prepare for and oversee relocation of the repository (7.5). | 11.40 Hrs | 1,368.00 |
| 09/18/08 | MTM | Review documents for product information. | 2.90 Hrs | 797.50 |
| 09/18/08 | ARA | Retrieve and produce Melcher binder for RAM (.5). Prepare for and oversee delivery of boxes from Holme Roberts (1.8). Document control (4.2). Meeting with MTM re: product research (.7). | 7.20 Hrs | 864.00 |
| 09/19/08 | RAM | Read selected testimony of Lovick and Melcher re: tremolite memo. | 1.50 Hrs | 480.00 |
| 09/19/08 | MTM | Telephone call from in-house counsel re: product research (.3); receipt and review of letter from Holme Roberts paralegal re: same (.1); telephone call to Grace employee in Cambridge re: same (.2); Review documents for product information (5.6). | 6.20 Hrs | 1,705.00 |
| 09/19/08 | ARA | Inventory boxes of documents from Holme Roberts. | 6.30 Hrs | 756.00 |
| 09/22/08 | MTM | Review documents for product information. | 9.30 Hrs | 2,557.50 |
| 09/22/08 | ARA | Review documents for product information. | 8.80 Hrs | 1,056.00 |
| 09/22/08 | KF | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/22/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/22/08 | JP | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 09/22/08 | RK | Review documents for product information. | 7.50 Hrs | 900.00 |
| 09/22/08 | BB | Review documents for product information. | 8.70 Hrs | 1,044.00 |
| 09/22/08 | IK | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/22/08 | CK | Review documents for product information. | 7.70 Hrs | 924.00 |
| 09/22/08 | JT | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/22/08 | JA | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/22/08 | NL | Review documents for product information. | 8.00 Hrs | 960.00 |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/23/08 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.10 Hrs | 32.00 |
| 09/23/08 | MTM | Telephone call to in-house counsel re: document review (.2). Review documents for production information (7.7). | 7.90 Hrs | 2,172.50 |
| 09/23/08 | ARA | Review documents for product information. | 8.80 Hrs | 1,056.00 |
| 09/23/08 | KF | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/23/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/23/08 | JP | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 09/23/08 | RK | Review documents for product information. | 7.50 Hrs | 900.00 |
| 09/23/08 | BB | Review documents for product information. | 8.70 Hrs | 1,044.00 |
| 09/23/08 | IK | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/23/08 | CK | Review documents for product information. | 7.70 Hrs | 924.00 |
| 09/23/08 | JT | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/23/08 | JA | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/23/08 | NL | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/24/08 | MTM | Conference with in-house counsel re: draft cooperation agreement and associated document issues (.6); receipt and review of copy of draft cooperation agreement (2.1). Review documents for product information. (5.6) | 8.30 Hrs | 2,282.50 |
| 09/24/08 | ARA | Review documents for product information (7.8). Search for Libby personnel file for in-house counsel (.7). | 8.50 Hrs | 1,020.00 |
| 09/24/08 | KF | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 09/24/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/24/08 | JP | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/24/08 | RK | Review documents for product information. | 4.50 Hrs | 540.00 |
| 09/24/08 | RK | Review documents for product information. | 3.00 Hrs | 360.00 |
| 09/24/08 | BB | Review documents for product information. | 3.00 Hrs | 360.00 |
| 09/24/08 | BB | Review documents for product information. | 5.70 Hrs | 684.00 |
| 09/24/08 | IK | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/24/08 | CK | Review documents for product information. | 7.70 Hrs | 924.00 |

**CASNER & EDWARDS, LLP**
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/24/08 | JT | Review documents for product information. | 3.00 Hrs | 360.00 |
| 09/24/08 | JT | Review documents for product information. | 5.00 Hrs | 600.00 |
| 09/24/08 | JA | Review documents for product information. | 3.00 Hrs | 360.00 |
| 09/24/08 | JA | Review documents for product information. | 5.00 Hrs | 600.00 |
| 09/24/08 | NL | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/25/08 | MTM | Complete review of email from in-house counsel re: draft cooperation agreement (.3); conference call with in-house counsel and K&E counsel re: draft cooperation agreement (1.3). Review documents for product information (3.0). | 4.60 Hrs | 1,265.00 |
| 09/25/08 | ARA | Review documents for product information. | 9.00 Hrs | 1,080.00 |
| 09/25/08 | KF | Review documents for product information. | 7.00 Hrs | 840.00 |
| 09/25/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/25/08 | JP | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/25/08 | RK | Review documents for product information. | 7.50 Hrs | 900.00 |
| 09/25/08 | BB | Review documents for product information. | 8.80 Hrs | 1,056.00 |
| 09/25/08 | IK | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/25/08 | CK | Review documents for product information. | 7.80 Hrs | 936.00 |
| 09/25/08 | JT | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/25/08 | JA | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/25/08 | NL | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/26/08 | MTM | Receipt and review of in-house counsel's comments to draft cooperation agreement (.6). Review documents for product information (2.9) | 3.50 Hrs | 962.50 |
| 09/26/08 | ARA | Review documents for product information. | 9.80 Hrs | 1,176.00 |
| 09/26/08 | KF | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 09/26/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/26/08 | JP | Review documents for product information. | 7.00 Hrs | 840.00 |
| 09/26/08 | RK | Review documents for product information. | 7.50 Hrs | 900.00 |
| 09/26/08 | BB | Review documents for product information. | 4.30 Hrs | 516.00 |
| 09/26/08 | IK | Review documents for product information. | 7.00 Hrs | 840.00 |

**CASNER & EDWARDS, LLP**

F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH SEPTEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/26/08 | CK | Review documents for product information. | 7.80 Hrs | 936.00 |
| 09/26/08 | JT | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/26/08 | JA | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/26/08 | NL | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/29/08 | MTM | Review documents for product information. | 7.20 Hrs | 1,980.00 |
| 09/29/08 | ARA | Review documents for product information. | 8.90 Hrs | 1,068.00 |
| 09/29/08 | KF | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/29/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/29/08 | JP | Review documents for product information. | 8.30 Hrs | 996.00 |
| 09/29/08 | RK | Review documents for product information. | 7.80 Hrs | 936.00 |
| 09/29/08 | BB | Review documents for product information. | 8.80 Hrs | 1,056.00 |
| 09/29/08 | IK | Review documents for product information. | 7.00 Hrs | 840.00 |
| 09/29/08 | CK | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/29/08 | JT | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 09/29/08 | JA | Review documents for product information. | 9.00 Hrs | 1,080.00 |
| 09/29/08 | NL | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/30/08 | RAM | Read selected documents filed in bankruptcy court. | 0.10 Hrs | 32.00 |
| 09/30/08 | MTM | Review documents for product information. | 8.00 Hrs | 2,200.00 |
| 09/30/08 | ARA | Review documents for product information. | 9.40 Hrs | 1,128.00 |
| 09/30/08 | KF | Review documents for product information. | 7.50 Hrs | 900.00 |
| 09/30/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/30/08 | JP | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 09/30/08 | RK | Review documents for product information. | 7.50 Hrs | 900.00 |
| 09/30/08 | BB | Review documents for product information. | 7.50 Hrs | 900.00 |
| 09/30/08 | IK | Review documents for product information. | 8.00 Hrs | 960.00 |
| 09/30/08 | CK | Review documents for product information. | 7.70 Hrs | 924.00 |
| 09/30/08 | JT | Review documents for product information. | 6.50 Hrs | 780.00 |
| 09/30/08 | JA | Review documents for product information. | 7.65 Hrs | 918.00 |
| 09/30/08 | NL | Review documents for product information. | 7.50 Hrs | 900.00 |

KASNER & EDWARDS, LLC
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

TOTAL LEGAL SERVICES        $121,023.50

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---|---|---|---|
| Robert A. Murphy | 7.20 | 320.00 | 2,304.00 |
| Donna M. Brewer | 2.50 | 280.00 | 700.00 |
| Matthew T. Murphy | 120.50 | 275.00 | 33,137.50 |
| Angela R. Anderson | 155.20 | 120.00 | 18,624.00 |
| Kristina da Fonseca | 55.50 | 120.00 | 6,660.00 |
| Jeremy McHugh | 56.00 | 120.00 | 6,720.00 |
| Joseph Palazzo | 56.80 | 120.00 | 6,816.00 |
| Richard Knapp | 52.80 | 120.00 | 6,336.00 |
| Brian Benestad | 55.50 | 120.00 | 6,660.00 |
| Inessa Karen | 54.00 | 120.00 | 6,480.00 |
| Cynthia Kopka | 54.40 | 120.00 | 6,528.00 |
| Jared Tanz | 55.00 | 120.00 | 6,600.00 |
| Jehan Allen | 56.65 | 120.00 | 6,798.00 |
| Nancy Leon | 55.50 | 120.00 | 6,660.00 |
| | 837.55 | | $121,023.50 |

TOTAL THIS BILL        $121,023.50

# CE CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 27, 2008
Bill Number  102181
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Fee Applications, Applicant

## LEGAL SERVICES

THROUGH SEPTEMBER 30, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/10/08 | RAM | Work on August fee application. | 1.30 Hrs | 416.00 |
| 09/11/08 | RAM | Work on august fee application. | 0.30 Hrs | 96.00 |
| 09/20/08 | RAM | Work on August fee application. | 0.50 Hrs | 160.00 |
| 09/22/08 | RAM | Work on August fee application; send it to in-house counsels to review. | 0.10 Hrs | 32.00 |
| 09/30/08 | RAM | Finalize August fee application (.3) and send it to Delaware counsel to file (.1). | 0.40 Hrs | 128.00 |

TOTAL LEGAL SERVICES          $832.00

## LEGAL SERVICES SUMMARY

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 2.60 | 320.00 | 832.00 |
|  | 2.60 |  | $832.00 |

Page 1

**CASNER & EDWARDS, LLP**

F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Fee Applications, Applicant

TOTAL THIS BILL                    $832.00

**EXHIBIT B**
(Expense Detail)

# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 27, 2008
Bill Number  102182
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

## COSTS

THROUGH SEPTEMBER 30, 2008

FEDERAL EXPRESS

| Date | Description | Amount |
|------|-------------|--------|
| 09/25/08 | FEDERAL EXPRESS CORPORATION: To 62 Whittemore Avenue, W R Grace Co., Jay Hughes, Jr. from Casner and Edwards on August 12, 2008. | 59.25 |
| 09/25/08 | FEDERAL EXPRESS CORPORATION: To 1000 Financial Dr., Hammer Hewitt Jacobs & Flock, Bryce Flock from Casner and Edwards on August 22, 2008. | 27.56 |
| 09/25/08 | FEDERAL EXPRESS CORPORATION: To 5400 Broken Sound Blvd., W R Grace, Edward Lerstad from Casner and Edwards on August 25, 2008 by D M Brewer. | 86.30 |
| 09/25/08 | FEDERAL EXPRESS CORPORATION: To 100 Financial Dr, Hammer Hewitt Jacobs and Flock, Bryce Flock from Casner and Edwards on August 27, 2008. | 50.07 |

$223.18

TRAVEL

| Date | Description | Amount |
|------|-------------|--------|
| 09/02/08 | BUSINESS CARD: Amtrak-7-24-08-One way | 240.00 |

Page 1

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

## COSTS

THROUGH SEPTEMBER 30, 2008

|            | Philadelphia to Boston for MTM (Alternate transportation due to weather delays). | | |
|------------|------------------------------------------------|-----------|------------|
| 09/02/08   | BUSINESS CARD: MTM airfare to/from Philadelphia for meeting at Reed Smith on 7/24/08. | 439.00 |       |
|            |                                                |           | $679.00    |

OUTSIDE PHOTOCOPYING

| 09/10/08 | MERRILL COMMUNICATIONS, LLC: Copy Libby personnel file for in-house counsel. | 43.55 |        |
|----------|------------------------------------------------|-------|--------|
|          |                                                |       | $43.55 |

PHOTOCOPYING

| 09/05/08 | 3 copies at $.10 per copy   | 0.30  |        |
|----------|-----------------------------|-------|--------|
| 09/08/08 | 65 copies at $.10 per copy  | 6.50  |        |
| 09/11/08 | 2 copies at $.10 per copy   | 0.20  |        |
| 09/15/08 | 2 copies at $.10 per copy   | 0.20  |        |
| 09/15/08 | 4 copies at $.10 per copy   | 0.40  |        |
| 09/16/08 | 5 copies at $.10 per copy   | 0.50  |        |
| 09/19/08 | 15 copies at $.10 per copy  | 1.50  |        |
| 09/22/08 | 204 copies at $.10 per copy | 20.40 |        |
| 09/22/08 | 15 copies at $.10 per copy  | 1.50  |        |
| 09/29/08 | 96 copies at $.10 per copy  | 9.60  |        |
| 09/30/08 | 4 copies at $.10 per copy   | 0.40  |        |
|          |                             |       | $41.50 |

RENT REIMBURSEMENT

| 09/02/08 | Rent and utilities for document repository at One Winthrop Square - September 2008. | 12,729.55 |            |
|----------|------------------------------------------------|-----------|------------|
|          |                                                |           | $12,729.55 |

|  | | TOTAL COSTS | $13,716.78 |
|--|--|-------------|------------|

|  | | TOTAL THIS BILL | $13,716.78 |
|--|--|-----------------|------------|

# CASNER & EDWARDS, LLP

## ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

October 27, 2008
Bill Number  102183
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Fee Applications, Applicant

## LEGAL SERVICES

## COSTS

THROUGH SEPTEMBER 30, 2008

FEDERAL EXPRESS
09/25/08        FEDERAL EXPRESS CORPORATION: To 919 N            18.88
                Market Street, Pachulski Stang Ziehl & Jones from
                Casner and Edwards on August 28, 2008.

                                                                  $18.88

                                    TOTAL COSTS                   $18.88


                                    TOTAL THIS BILL               $18.88

Page 1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

### AFFIDAVIT OF SERVICE

| | |
|---|---|
| STATE OF DELAWARE | ) |
| | )SS |
| COUNTY OF NEW CASTLE | ) |

Patricia E. Cuniff, being duly sworn according to law, deposes and says that she is

employed by the law firm of Pachulski Stang Ziehl & Jones LLP, co-counsel for the Debtors, in

the above-captioned action, and that on the 31st day of October 2008 she caused a copy of the

following document(s) to be served upon the attached service list(s) in the manner indicated:

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**SUMMARY OF THE EIGHTY-FOURTH MONTHLY
APPLICATION OF CASNER & EDWARDS, LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS SPECIAL LITIGATION COUNSEL TO DEBTORS
FOR THE PERIOD FROM SEPTEMBER 1, 2008 THROUGH
SEPTEMBER 30, 2008.**

Patricia E. Cuniff

Sworn to and subscribed before
me this 30st day of October, 2008

Notary Public
My Commission Expires: ___11/4/09

MARY E. CORCORAN
NOTARY PUBLIC
STATE OF DELAWARE
My commission expires Nov. 4, 2009

9

-2-

Grace Fee Application Service List
Case Number:  01-1139 (JKF)
Document Number: 45804
01 – Hand Delivery
02 – Federal Express
10- E-Mail


(Counsel to Debtors and Debtors in
Possession)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899-8705

(Parcels)
Vito I. DiMaio
Parcels, Inc.
10th & King Streets
P.O. Box 27
Wilmington, DE  19899

*Hand Delivery*
(United States Trustee)
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE  19801

*Federal Express*
(Fee Auditor)
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX  75201

*Federal Express and E-mail:*
*william.sparks@grace.com*
(W.R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

*E-mail: nglassman@bayardfirm.com*
(Local Counsel to DIP Lender)
Neil Glassman, Esquire
The Bayard Firm

*E-mail: meskin@del.camlev.com*
(Local Counsel to Asbestos Claimants)
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail: ttacconelli@ferryjoseph.com*
(Counsel for Property Damage Claimants)
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail: mlastowski@duanemorris.com*
(Counsel to Official Committee of
Unsecured Creditors)
Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP

*E-mail: currier@klettrooney.com*
(Counsel for Official Committee of Equity
Holders)
Teresa K.D. Currier, Esquire
Klett Rooney Lieber & Schorling

*E-mail: pvnl@capdale.com*
(Official Committee of Personal Injury
Claimants)
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail: jsakalo@bilzin.com*
(Official Committee of Property Damage
Claimants)
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail: carol.hennessey@lw.com*
(Counsel to DIP Lender)
David S. Heller, Esquire
Latham & Watkins

*E-mail: pbentley@kramerlevin.com*
(Counsel to Official Committee of Equity
Holders)
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP