IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., et al. | ) | |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | **Related Docket No. 19731** |

## CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 19731

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the Seventy-Ninth Monthly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period August 1, 2008 through August 31, 2008 (the "Application") [Docket No. 19731] filed on October 13, 2008.

The undersigned further certifies that he has reviewed the Court's docket in these cases and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 3, 2008 at 4:00 p.m.

Pursuant to the Order Appointing Fee Auditor and Establishing Related Procedures Concerning the Allowance and Payment of Compensation and Reimbursement of Expenses of Professionals and Members of the Official Committees and Consideration of Fee Applications signed November 20, 2001, the Debtors are hereby authorized to immediately pay eighty percent

DM3\852458.1

(80%) of requested compensation (totaling $17,125.20) and one hundred percent (100%) of requested reimbursement of expenses (totaling $2,380.26) without further order from the court.

Dated: November 7, 2008
Wilmington, DE

_____
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:    (302)-657-4900
Facsimile:    (302)-657-4901
Email:        mlastowski@duanemorris.com
              rwriley@duanemorris.com

*Co-Counsel for the Official
Committee of Unsecured Creditors*

DM3\852458.1