IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

**FEE AUDITOR'S FINAL REPORT REGARDING THE FEE APPLICATION OF
HILSOFT NOTIFICATIONS FOR THE TWENTY-NINTH INTERIM PERIOD**

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Interim Fee Application of Hilsoft Notifications for the Twenty-Ninth Interim Period (the "Application").

## BACKGROUND

1.  Hilsoft Notifications ("Hilsoft") was retained as Consultants to the Official Committee of Asbestos Property Damage Claimants. In the Application, Hilsoft seeks approval of fees totaling $28,427.42 and expenses totaling $1,042.46 for its services from April 1, 2008 through June 30, 2008 (the "Application Period").

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2008, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent

established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Hilsoft, and received a response from Hilsoft, portions of which response are quoted herein.

## DISCUSSION

3.     In our initial report, we noted the following time entries which appeared to include non-working travel:

| GI | 3.1 | 4/21/2008 | Travel from work in Philadelphia for meeting with client - meeting delayed with client. | 325.00 | 1,007.50 |
|---|---|---|---|---|---|
| SW | 3.0 | 4/21/2008 | Travel to and from Philadelphia to meet clients for dinner to discuss bar date hearings. | 325.00 | 975.00 |
| GI | 3.1 | 4/22/2008 | Travel from home to court house; travel from court house to train station and then home. | 325.00 | 1,007.50 |
| SW | 3.1 | 4/22/2008 | Travel from Philadelphia to Wilmington for bar date hearing; travel from Wilmington to Philadelphia. | 325.00 | 1,007.50 |
| SW | 12.6 | 6/2/2008 | Travel to WR Grace hearing in Pittsburgh; review Debtor's materials in preparation for hearing; attend hearing. | 325.00 | 4,095.00 |
|  | 24.90 |  |  |  | 8,092.50 |

Pursuant to Local Rule 2016-2(d)(viii): "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates." Thus, we asked Hilsoft whether the required 50% discount had been applied to this time. Hilsoft responded by providing a chart indicating the amount of time and fees which should have been billed for non-working travel. We have attached the chart as Response Exhibit "A." We appreciate Hilsoft's response and recommend a reduction of $3,136.25 in fees.

## CONCLUSION

4.      Thus, we recommend approval of $25,291.17 in fees ($28,427.42 minus $3,136.25) and $1,042.46 in expenses for Hilsoft's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
      Warren H. Smith
      Texas State Bar No. 18757050

325 N. St. Paul, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 7th day of November, 2008.

_____
Warren H. Smith

## SERVICE LIST
### Notice Parties

**The Applicant**
Hilsoft Notifications
123 E. Broad St.
Souderton, PA 18964

Attention: JoAnn King

**Counsel of the Official Committee of Asbestos Property Damage Claimants**
Jay M. Sakalo
Bilzin Sumberg Baena Price & Axelrod LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2336

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801