| GI | 3.1 | 04/21/08 | Travel from work in Philadelphia for meeting with client-meeting delayed with client | Travel time 162.50 | 503.75 |
|---|---|---|---|---|---|
| SW | 3.0 | 04/21/08 | Travel to and from Philadelphia to meet clients for dinner to discuss bar date hearings | Travel time 162.50 | 487.50 |
| GI | 3.1 | 04/22/08 | Travel from Philadelphia to Wilmington for bar date hearing; travel from Wilmington Philadelphia. | Travel time 162.50 | 503.75 |
| SW | 3.1 | 04/22/08 | Travel from Philadelphia to Wilmington for bar date hearing; travel from Wilmington to Philadelphia | Travel time 162.50 | 503.75 |
| SW | 7.0 | 06/2/2008 | Travel to W. R. Grace hearing in Pittsburgh | Travel time 162.50 | 1,137.50 |
| SW | 5.6 | 06/2/08 | Review Debtor's materials in preparation for hearing; attend hearing. | 325.00 | 1,820.00 |
| **TOTAl** | | | | | **4956.25** |