| Interim Period | Dates Covered by Application | Total Fees Requested | Fees for Application Preparation | Prep. Time (Hours) | Paralegal Prep. Time |
|---|---|---|---|---|---|
| 3 | 10/26/01 - 11/30/01 | $ 5,518.00 | $ - | 0 | 0 |
| | Dec-01 | $ 4,119.50 | $ 160.00 | 4 | 4 |
| | Jan-02 | $ 11,494.00 | $ 432.00 | 5.4 | 2.8 |
| 4 | Feb-02 | $ 7,784.50 | $ 925.50 | 6.1 | 5.6 |
| | Mar-02 | $ 7,755.00 | $ 1,300.00 | 11 | 11 |
| | Apr-02 | $ 6,011.50 | $ 325.50 | 1.7 | 1.2 |
| 5 | May-02 | $ 6,957.50 | $ - | 0 | 0 |
| | Jun-02 | $ 5,520.00 | $ - | 0 | 0 |
| | Jul-02 | $ 3,597.50 | $ - | 0 | 0 |
| 6 | Aug-02 | $ 9,457.50 | $ 72.00 | 0.6 | 0.6 |
| | Sep-02 | $ 14,313.50 | $ - | 0 | 0 |
| | Oct-02 | $ 12,658.50 | $ - | 0 | 0 |
| 7 | Nov-02 | $ 9,268.50 | $ 189.00 | 1.2 | 0.9 |
| | Dec-02 | $ 4,071.00 | $ - | 0 | 0 |
| | Jan-03 | $ 6,386.50 | $ - | 0 | 0 |
| 8 | Feb-03 | $ 3,576.50 | $ - | 0 | 0 |
| | Mar-03 | $ 7,177.50 | $ 118.50 | 0.5 | 0.3 |
| | Apr-03 | $ 4,300.50 | $ - | 0 | 0 |
| 9 | May-03 | $ 7,792.50 | $ 84.00 | 0.4 | 0.4 |
| | Jun-03 | $ 7,168.50 | $ - | 0 | 0 |
| | Jul-03 | $ 17,663.00 | $ 1,016.00 | 6.3 | 4.8 |
| 10 | Aug-03 | $ 12,893.50 | $ 1,995.00 | 13.7 | 11.6 |
| | Sep-03 | $ 14,176.00 | $ 1,778.00 | 10.9 | 10 |
| | Oct-03 | $ 13,698.00 | $ 2,303.50 | 13.4 | 9.9 |
| 11 | Nov-03 | $ 10,696.50 | $ 1,504.00 | 9.8 | 7.9 |
| | Dec-03 | $ 10,843.00 | $ 839.00 | 6.5 | 6.2 |
| | Jan-04 | $ 16,269.00 | $ 1,845.00 | 9.6 | 6.9 |
| 12 | Feb-04 | $ 11,591.50 | $ 1,385.00 | 10.1 | 9.3 |
| | Mar-04 | $ 12,715.00 | $ 990.00 | 7.2 | 6.6 |
| | Apr-04 | $ 8,492.50 | $ 1,096.00 | 7.4 | 7 |
| 13 | May-04 | $ 16,891.00 | $ 1,721.00 | 11.3 | 8.6 |
| | Jun-04 | $ 30,666.50 | $ 1,578.50 | 9.4 | 6.8 |
| | Jul-04 | $ 20,746.50 | $ 2,269.00 | 11.7 | 8.3 |
| 14 | Aug-04 | $ 20,512.00 | $ 3,248.50 | 14.6 | 9.8 |
| | Sep-04 | $ 20,634.50 | $ 1,420.50 | 9.1 | 7.3 |
| | Oct-04 | $ 20,982.00 | $ 1,009.00 | 7 | 5.9 |
| 15 | Nov-04 | $ 26,383.00 | $ 1,288.00 | 9.2 | 8.2 |
| | Dec-04 | $ 27,170.50 | $ 1,323.00 | 8.1 | 5.1 |
| | Jan-05 | $ 25,021.50 | $ 1,693.00 | 9.9 | 7.5 |
| 16 | Feb-05 | $ 21,980.00 | $ 1,539.00 | 8.2 | 5.8 |
| | Mar-05 | $ 13,210.50 | $ 1,812.00 | 11.4 | 9.4 |
| | Apr-05 | $ 13,310.00 | $ 621.50 | 4.1 | 3.3 |
| 17 | May-05 | $ 22,543.00 | $ 3,130.00 | 14.7 | 10.4 |
| | Jun-05 | $ 22,083.00 | $ 3,105.00 | 15.1 | 11.4 |
| | Jul-05 | $ 22,038.00 | $ 1,705.50 | 7.4 | 5.3 |
| 18 | Aug-05 | $ 11,890.50 | $ 2,502.50 | 11.5 | 8.7 |
| | Sep-05 | $ 20,681.00 | $ 1,355.50 | 5.8 | 4.1 |
| | Oct-05 | $ 28,006.50 | $ 1,848.50 | 9.7 | 8.1 |
| 19 | Nov-05 | $ 17,553.00 | $ 2,329.00 | 12.4 | 10.4 |
| | Dec-05 | $ 17,414.00 | $ 596.00 | 4.4 | 4.4 |
| | Jan-06 | $ 30,980.50 | $ 2,038.50 | 10 | 8.1 |
| 20 | Feb-06 | $ 28,430.50 | $ 2,538.50 | 12.6 | 10.3 |
| | Mar-06 | $ 24,901.00 | $ 3,215.00 | 12.9 | 8.7 |
| | Apr-06 | $ 10,137.50 | $ 1,348.00 | 5.8 | 4.2 |
| 21 | May-06 | $ 12,474.50 | $ 2,119.50 | 12 | 10.7 |
| | Jun-06 | $ 15,638.00 | $ 2,284.00 | 9.6 | 6.8 |
| | Jul-06 | $ 17,633.00 | $ 1,258.00 | 6.1 | 4.9 |
| 22 | Aug-06 | $ 23,103.50 | $ 1,877.00 | 11.8 | 11.1 |
| | Sep-06 | $ 27,703.50 | $ 3,056.00 | 12.7 | 8.9 |
| | Oct-06 | $ 24,632.50 | $ 2,575.00 | 9.3 | 5.5 |
| 23 | Nov-06 | $ 44,508.00 | $ 1,989.00 | 9.9 | 8.1 |
| | Dec-06 | $ 39,617.50 | $ 714.00 | 5.1 | 5.1 |
| | Jan-07 | $ 48,225.50 | $ 2,903.00 | 11.3 | 8.2 |
| 24 | Feb-07 | $ 39,667.50 | $ 2,696.50 | 13.5 | 12.1 |
| | Mar-07 | $ 46,393.00 | $ 1,485.00 | 9 | 9 |
| | Apr-07 | $ 40,135.00 | $ 1,356.50 | 6.8 | 6.1 |
| 25 | May-07 | $ 39,579.00 | $ 2,700.00 | 12.1 | 10 |
| | Jun-07 | $ 33,919.50 | $ 2,170.50 | 9.5 | 7.7 |
| | Jul-07 | $ 28,642.00 | $ 1,471.50 | 7.7 | 7.1 |
| 26 | Aug-07 | $ 11,360.00 | $ 1,752.50 | 9.2 | 8.5 |
| | Sep-07 | $ 13,485.50 | $ 1,455.50 | 7.4 | 6.7 |
| | Oct-07 | $ 22,090.50 | $ 2,430.50 | 12.7 | 11.7 |
| 27 | Nov-07 | $ 9,478.50 | $ 1,702.50 | 9.1 | 8.5 |
| | Dec-07 | $ 12,930.00 | $ 1,554.50 | 8 | 7.3 |
| | Jan-08 | $ 17,839.50 | $ 1,393.00 | 6.6 | 5.9 |
| 28 | Feb-08 | $ 16,588.00 | $ 2,046.00 | 8 | 6.1 |
| | Mar-08 | $ 12,663.00 | $ 1,753.50 | 7.3 | 5.9 |
| | Apr-08 | $ 21,263.50 | $ 958.50 | 4.7 | 4.3 |
| 29 | May-08 | $ 22,285.00 | $ 2,591.50 | 11.7 | 10.1 |
| | Jun-08 | $ 17,394.50 | $ 1,928.50 | 8.3 | 6.9 |
| | | $ 1,447,383.00 | $ 113,815.00 | 601.5 | 490.3 |