# EXHIBIT E

**to First and Final Fee Application of Canadian ZAI Claimants**

## LOCAL RULE 2016-2 CERTIFICATION

**STATE OF DELAWARE**

**COUNTY OF NEW CASTLE**

Daniel K. Hogan, after being duly sworn according to law, deposes and says:

a) I am the president of The Hogan Firm (the "Firm") and have been admitted to appear before this Court.

b) I am familiar with the work performed for Representative Counsel on behalf of the Canadian ZAI Personal Injury Claimants' by the lawyers, paralegals and other employees of the Firm.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del.Bankr. L.R. 2016-2 and submit that the Application substantially complies with such order.

Daniel K. Hogan (DE #2814)

**SWORN AND SUBSCRIBED** before me this 10th day of November, 2008.

Notary Public
My Commission Expires: