# EXHIBIT F

**to First and Final Fee Application of
Canadian ZAI Claimants**

THE HOGAN FIRM
Attorneys at Law
1311 Delaware Avenue
Wilmington, DE  19806
EIN 51-0352711


**HISTORY BILL FOR INVOICES SUBMITTED TO:**
Lauzon Belanger, inc.
c/o Yves Lauzon
Lauzon Belanger inc.
286, rue St-Paul Ouest, bureau 100
Montreal, QUEBEC H2Y 2A3
Canada


**FOR THE PERIOD: JUNE 22, 2006 THROUGH AUGUST 31, 2008**

In Reference To:   Canadian Zonolite Claimants
                   WRGrace Chapter 11 Bankruptcy
                   Our File No. 060124-01


Professional Services

|  |  | Rate | Amount |
|---|---|---|---|
| | **June 2006** | | |
| 6/22/2006 | Reviewed docket for activity in case; reviewed October 04 trial documents; notes to file. | 350.00/hr | 1,050.00 |
| 6/23/2006 | Telephone conversation with Bill Sullivan concerning status of case. | 350.00/hr | 140.00 |
| | Research Zonolite products and contamination issues online. | 350.00/hr | 700.00 |
| 6/28/2006 | Preparation of Notice of Appearance. | 125.00/hr | 37.50 |
| | Electronic Filing of Notice of Appearance. | 125.00/hr | 37.50 |
| | Telephone call to Parcels, re: copy & serve Notice of Appearance | 125.00/hr | 25.00 |
| | Reviewed and revised Entry of Appearance. | 350.00/hr | 105.00 |
| | E-mail correspondence with 'Yves Lauzon' transmitting transcript. | 350.00/hr | 70.00 |

Lauzon Belanger, inc.                                                                                      Page    2

|  |  | Rate | Amount |
|---|---|---|---|
| 6/28/2006 | Telephone conversation with Frank Monaco concerning his representation of the Her Majesty the Queen of Canada. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed receipt for efiling of Notice of Appearance of Lauzon Belanger Inc and The Hogan Firm Filed by Canadian ZAI Claimants. | 350.00/hr | 70.00 |
|  | E-mail from Karen E. Harvey.  Reviewed and revised correspondence to Lauzon Belanger. | 350.00/hr | 105.00 |
|  | E-mail from Careen Hannouche. | 350.00/hr | 70.00 |
|  | Reviewed Debtors Motion for Scheduling Order for PD Claims. | 350.00/hr | 525.00 |
|  | Reviewed transcript from June 19 hearing. | 350.00/hr | 770.00 |
| 6/29/2006 | Reviewed on line docket for documents referenced in the Debtors' Motion for a Scheduling Order for PD claims. | 350.00/hr | 525.00 |
|  | Telephone conference with Yves Lauzon. | 350.00/hr | 140.00 |
|  | E-mail from Careen Hannouche.  Reviewed documentation provided by client. | 350.00/hr | 350.00 |
|  | Reviewed plan of reorganization and related documents; reviewed Case Management Order and related documents. | 350.00/hr | 875.00 |

SUBTOTAL:                                                          [        5,700.00]

July 2006

|  |  | | |
|---|---|---|---|
| 7/3/2006 | E-mail from Careen Hannouche.  Reviewed quantitative expertise report in the Zonolite file. | 350.00/hr | 525.00 |
|  | E-mail from Careen Hannouche.  Reviewed the Debtors' response to letters. | 350.00/hr | 105.00 |
|  | Teleconference with client concerning objection to motion. | 350.00/hr | 175.00 |
| 7/6/2006 | Telephone conversations with Counsel for Canadian Ag and attorney for other Zonolite claimants.  Reviewed motion and drafted response to motion of debtors; reviewed online docket. | 350.00/hr | 1,400.00 |

Lauzon Belanger, inc.                                                                                                    Page     3

|  |  | Rate | Amount |
|---|---|---|---|
| 7/7/2006 | E-mail from Karen E. Harvey.  Drafted Limited Objection to Debtors Motion for a Scheduling Order. | 350.00/hr | 700.00 |
|  | E-mail from Careen Hannouche.  Reviewed expert report by Canada analyzing certain american studies filed in the context of the Science Trial by Grace. | 350.00/hr | 455.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed receipt for efiling of Limited Response to Debtors' Motion for A Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) (related document(s)[12679] ) Filed by Canadian ZAI Claimants. | 350.00/hr | 105.00 |
|  | E-mail from Karen E. Harvey concerning service of limited objection. | 350.00/hr | 70.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Objection to the Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Joinder of the Motley Rice LLC Claimants in the Objection of Official Committee of Asbestos Property Damage Claimants to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims. | 350.00/hr | 140.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Objection to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims. | 350.00/hr | 210.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Successor Objection to of the Future Claimants' Representative, and Official Committee of Asbestos Personal Injury Claimants and Official Committee of Asbestos Property Damage Claimants to Debtors' Ninth Motion for Order Further Extending Exclusive Periods for Filing a Plan and Soliciting Votes Thereon, and the Asbestos Constituents' Proposal for a Quicker Exit from Chapter 11. | 350.00/hr | 350.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Objection to SPEIGHTS & RUNYAN CLAIMANTS' RESPONSE TO MOTION FOR A SCHEDULING ORDER REGARDING CERTAIN OF THE DEBTORS' FIFTEENTH OMNIBUS OBJECTION TO PD CLAIMS. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Brief [Supplemental] of Debtors in Support of a Further Exclusivity Extension. | 350.00/hr | 280.00 |
|  | Prepare limited response per Dan Hogan's instructions. | 125.00/hr | 50.00 |
|  | Revise limited response per Dan Hogan's instructions. | 125.00/hr | 37.50 |

Lauzon Belanger, inc.                                                                                                    Page      4

|  |  | Rate | Amount |
|---|---|---|---|

7/7/2006 Prepare certificate of service and print 2002 service list.
        125.00/hr     37.50

Meeting with Dan Hogan, re: filing of limited response.
        125.00/hr     25.00

Electronically file limited response.
        125.00/hr     37.50

Telephone call to Parcels, re: service; prepare document for pickup.
        125.00/hr     37.50

E-mail correspondence with 'Lauzon Belanger, inc.'; 'Belanger, Michel' transmitting limited response and filing receipt.
        125.00/hr     25.00

E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Joinder of the Motley Rice LLC Claimants in the Objection of The State of Arizona to Debtors' Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims.
        350.00/hr     140.00

E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed OBJECTION OF THE STATE OF ARIZONA TO DEBTORS' MOTION FOR A SCHEDULING ORDER REGARDING CERTAIN OF THE DEBTORS' FIFTEENTH OMNIBUS OBJECTIONS TO PD CLAIMS (SUBSTANTIVE), AND JOINDER IN THE OBJECTION OF THE OFFICIAL COMMITTEE OF ASBESTOS PROPERTY DAMAGE CLAIMANTS.
        350.00/hr     140.00

7/10/2006 E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Appointment of Official Committee of Unsecured Creditors (Third Amended) Filed by United States Trustee for Region 3.
        350.00/hr     105.00

7/11/2006 Reviewed docket for case activity; reviewed WR Grace Website for deadlines and hearings.
        350.00/hr     490.00

7/13/2006 E-mail from Careen Hannouche concerning the Debtor's supplemental brief in support of a further exclusivity extension and the supplemental objection of the future claimants' representative.
        350.00/hr     70.00

E-mail from Careen Hannouche concerning the Debtor's supplemental brief in support of a further exclusivity extension and the supplemental objection of the future claimants' representative.
        350.00/hr     70.00

7/14/2006 E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Supplemental Response to Limited Response to Debtors' Ninth Motion For An Order Pursuant to 11 U.S.C. Section 1121(d) Extending Debtors' Exclusive Periods In Which to File A Chapter 11 Plan and To Solicit Votes Thereon. Relate to D.I. Nos. 11067, 11748 and 12405.
        350.00/hr     210.00

Lauzon Belanger, inc.                                                                                                    Page    5

|  |  | Rate | Amount |
|---|---|---|---|
| 7/14/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed receipt for efiling of Response to Response of the Tort Victims' Law Firms in Opposition to Debtor's Supplemental Brief in Support of a Further Exclusivity Extension (related document(s)[12405], [11067], [12246], [12765] ) Filed by Baron & Budd, P.C., and Silber Pearlman, LLP, Environmental Litigation Group, P.C., Law Offices of Peter G. Angelos, P.C., Provost & Umphrey, LLP, Reaud, Morgan & Quinn, Inc., SimmonsCooper, LLC. | 350.00/hr | 70.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Motion for Leave to File a Reply in Further Support of Their Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive) Filed by W.R. Grace & Co., et al. | 350.00/hr | 280.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Motion for Leave to File a Reply in Support of Debtors' Motion to Extend Exclusivity [related documents 11067, 12765 and 12756] Filed by W.R. GRACE & CO. | 350.00/hr | 210.00 |
|  | E-mail correspondence with 'Careen Hannouche'. | 350.00/hr | 70.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Certification of Counsel Regarding Debtors' Motion for an Order Establishing a Proof of Claim Bar Date for Asbestos Personal Injury Pre-petition Litigation Claims. | 350.00/hr | 70.00 |
| 7/17/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Motion to Amend Case Management Order for the Estimation of Asbestos Personal Injury Liabilities Filed by Certain Asbestos Personal Injury Claimants Hearing scheduled for 8/21/2006 at 12:00 PM. | 350.00/hr | 140.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire Filed by W.R. Grace & Co., et al. Hearing scheduled for 8/21/2006 at 02:00 PM. | 350.00/hr | 350.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al.. Hearing scheduled for 7/24/2006 at 02:00 PM. | 350.00/hr | 105.00 |
| 7/18/2006 | Reviewed documents from Science Trial on issue of Zonoliite. Transcript of hearing. | 350.00/hr | 700.00 |
| 7/19/2006 | Telephone call with Frank Monaco concerning issues relative to claims of Canadian Zonolite claimants. | 350.00/hr | 175.00 |
| 7/20/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Order Approving Debtors' Motion for Leave to File a Reply in Further Support of Their Motion for a Scheduling Order Regarding Certain of the Debtors' Fifteenth Omnibus Objections to PD Claims (Substantive). | 350.00/hr | 105.00 |

Lauzon Belanger, inc.                                                                                          Page      6

|  |  | Rate | Amount |
|---|---|---|---|
| 7/21/2006 | E-mail from Careen Hannouche concerning teleconference. | 350.00/hr | 70.00 |
|  | E-mail from Careen Hannouche concerning hearing for Monday and related issues. | 350.00/hr | 105.00 |
|  | Telephone call with William Sullivan concerning science trial on Zonolite and related issues. | 350.00/hr | 175.00 |
|  | Reviewed docket and documents related to Zonolite science trial; telephone conference with Careen Hannouche; reviewed Debtors Reply to our limited objection. | 350.00/hr | 1,050.00 |
|  | E-mail correspondence with 'Hannouche, Careen'; 'Lauzon, Yves' transmitting the Debtors response to our limited objection. | 350.00/hr | 70.00 |
|  | E-mail correspondence with 'Careen Hannouche' concerning teleconference. | 350.00/hr | 70.00 |
| 7/24/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Order Granting Motion for Leave to File Reply in Support of its Motion To Extend Exclusivity; reviewed Reply in Support of its Motion To Extend Exclusivity. | 350.00/hr | 350.00 |
|  | E-mail from Careen Hannouche concerning the Notice of mediation and notice of hearing on motion to compel asbestos personal injury claimants to respond to the W.R. Grace Asbestos Personal Injury Questionnaire. | 350.00/hr | 105.00 |
|  | Reviewed motions and pleadings in preparation for today's hearing. | 350.00/hr | 700.00 |
|  | Attend Omnibus hearing of WR Grace. | 350.00/hr | 1,050.00 |
|  | Attended hearing on PD CMO and exclusivity. | 350.00/hr | 1,050.00 |
|  | E-mail correspondence with 'Careen Hannouche'. | 350.00/hr | 70.00 |
| 7/25/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Case Management Order (AMENDED) (REVISIONS BY THE COURT) for the Estimation of Asbestos Personal Injury Liabilities. Trial date set for 6/13/2007. | 350.00/hr | 140.00 |
|  | E-mail correspondence with 'Hannouche, Careen' concerning teleconference. | 350.00/hr | 70.00 |
| 7/26/2006 | Telephone conference with Michel Belanger and Careen Hannouche concerning issues raised in briefing and hearing.. | 350.00/hr | 175.00 |

Lauzon Belanger, inc.                                                                                                    Page        7

| | | Rate | Amount |
|---|---|---|---|
| 7/31/2006 | Reviewed Science trial documents from docket as well as Memorandum of Canadian law filed against property damage claimants in Federal Mogul case. | 350.00/hr | 2,100.00 |
| | SUBTOTAL: | [ | 15,825.00] |

### August 2006

| | | Rate | Amount |
|---|---|---|---|
| 8/1/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Order Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes. | 350.00/hr | 105.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Memorandum Opinion Regarding the Objection to Claims. | 350.00/hr | 350.00 |
| 8/3/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Transcript of Hearing held on July 24, 2006 before the Honorable Judith K. Fitzgerald. | 350.00/hr | 140.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Certification of Counsel REGARDING THE WITHDRAWAL AND EXPUNGEMENT OF 194 CANADIAN ASBESTOS PROPERTY DAMAGE CLAIMS LACKING PROOF OF W.R. GRACE PRODUCT IDENTIFICATION Filed by Speights & Runyan Claimants. | 350.00/hr | 140.00 |
| 8/4/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Objection to (Opposition of the Official Committee of Asbestos Personal-Injury Claimants to the Debtors' Motion to Compel Responses to their Questionnaires) (related document(s)[12823] ) Filed by Official Committee of Asbestos Personal Injury Claimants. | 350.00/hr | 175.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Brief Debtors' Supplemental Memorandum in Support of Protocol for Disposition of Canadian Property Damage Claims. | 350.00/hr | 875.00 |
| 8/8/2006 | Telephone conversation with Bill Sullivan concerning Debtors Memorandum on Protocol for Disposition of Canadian Property Damage Claims. | 350.00/hr | 105.00 |
| 8/11/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Reply of the Official Committee of Asbestos Property Damage Claimants to the Debtors' Supplemental Memorandum in Support of Protocol for Disposition of Canadian Property Damage Claims. | 350.00/hr | 455.00 |
| 8/14/2006 | E-mail from Karen E. Harvey concerning docket numbering. | 350.00/hr | 70.00 |
| | E-mail from Karen E. Harvey concerning possible joinder. | 350.00/hr | 105.00 |

Lauzon Belanger, inc.                                                                          Page      8

|  |  | Rate | Amount |
|---|---|---|---|
| 8/14/2006 | Prepare draft of Joinder. | 125.00/hr | 75.00 |
|  | E-mail correspondence with Daniel K. Hogan, re: docket no. 12957 and preparation of joinder. | 125.00/hr | 25.00 |
|  | Review docket, re: 12957 - Reply of Official Committee to Debtor's Supplemental Memorandum in Support of Protocol... | 125.00/hr | 37.50 |
| 8/15/2006 | E-mail from Christina M. Denney.  Reviewed Agenda of Matters for hearing on August 21, 2006. | 350.00/hr | 105.00 |
|  | E-mail from Careen Hannouche concerning teleconference. | 350.00/hr | 70.00 |
|  | E-mail from Francis A. Monaco. | 350.00/hr | 70.00 |
|  | E-mail from Careen Hannouche confirming teleconference. | 350.00/hr | 70.00 |
|  | Telephone call from Diane at Lauzon Belanger, re: conference call. | 125.00/hr | 25.00 |
|  | Speak to DKHogan, re: scheduling of conference call. | 125.00/hr | 25.00 |
|  | Telephone call to Diane at Lauzon Belanger confirming conference call. | 125.00/hr | 25.00 |
| 8/16/2006 | E-mail from Michel Belanger concerning order. | 350.00/hr | 70.00 |
|  | Participated in the teleconference on canadian issues.  Prepared for same and made notes. | 350.00/hr | 525.00 |
|  | Teleconference with the Canadian ZAI representatives and the Crown representatives. | 350.00/hr | 420.00 |
| 8/17/2006 | E-mail from Careen Hannouche.  Reviewed Ian Dick's email. | 350.00/hr | 140.00 |
| 8/18/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Amended Agenda Amended Notice of Agenda of Matters Scheduled for Hearing on August 21, 2006 at 2:00 P.M. | 350.00/hr | 105.00 |
| 8/21/2006 | E-mail from Michel Belanger.  Reviewed CCAA order on issue of claims. | 350.00/hr | 175.00 |

Lauzon Belanger, inc.                                                                                          Page      9

|  |  | Rate | Amount |
|---|---|---|---|
| 8/21/2006 | E-mail from Christina M. Denney.  Reviewed Amended Agenda for August 21 hearing. | 350.00/hr | 105.00 |
|  | Attended omnibus hearing. | 350.00/hr | 1,400.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Motion for 2004 Examination Motion of the Debtors and Debtors in Possession Pursuant to Federal Rule of Bankruptcy Procedure 2004 for the Production of Documents Filed by W.R. Grace & Co. | 350.00/hr | 175.00 |
| 8/23/2006 | E-mail from Careen Hannouche concerning teleconference. | 350.00/hr | 70.00 |
| 8/24/2006 | E-mail from Careen Hannouche concerning teleconference. | 350.00/hr | 70.00 |
|  | E-mail from Careen Hannouche concerning our teleconference at 1:00. | 350.00/hr | 70.00 |
|  | E-mail from Lespérance, André concerning teleconference. | 350.00/hr | 70.00 |
|  | E-mail from Francis A. Monaco. | 350.00/hr | 70.00 |
|  | E-mail from Lespérance, André concerning rescheduled teleconference. | 350.00/hr | 70.00 |
|  | E-mail from Careen Hannouche. | 350.00/hr | 70.00 |
|  | E-mail from Careen Hannouche concerning teleconference on September 1, at 2:00 p.m. | 350.00/hr | 70.00 |
| 8/29/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed transcript from hearing on August 21. | 350.00/hr | 245.00 |
|  | E-mail from Careen Hannouche concerning rescheduling of teleconference. | 350.00/hr | 70.00 |
|  | E-mail from Francis A. Monaco concerning rescheduling the teleconference. | 350.00/hr | 70.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.   Reviewed Supplemental Certification of Counsel of the Official Committee of Asbestos Property Damage Claimants Regarding Proposed Order Setting Deadlines and Process Regarding Objections to Asbestos Property Damage Claims (related | 350.00/hr | 175.00 |

Lauzon Belanger, inc.                                                                                   Page    10

|  | | Rate | Amount |
|---|---|---|---|
| | document(s)[9300], [9302], [12405], [9315] ) Filed by Official Committee of Asbestos Property Damage Claimants. | | |
| 8/30/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Amended Certification of Counsel (Supplemental) of the Official Committee of Asbestos Property Damage Claimants Regarding Proposed Order Setting Deadlines and Process Regarding Objections to Asbestos Property Damage Claims. | 350.00/hr | 175.00 |
| 8/31/2006 | E-mail from Careen Hannouche concerning motion for the production of documents. | 350.00/hr | 105.00 |
| | File review - preparation for teleconference. | 350.00/hr | 350.00 |
| | Teleconference. | 350.00/hr | 350.00 |
| | SUBTOTAL: | [ | 8,262.50] |

September 2006

| 9/1/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Order Setting Various Deadlines Regarding Objections To Asbestos Property Damage Claims. | 350.00/hr | 280.00 |
|---|---|---|---|
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Agenda of Matters Scheduled for Hearing on September 11, 2006. | 350.00/hr | 105.00 |
| 9/7/2006 | Prepared for and attended teleconference on issues relative to Canadian ZAI claimants. | 350.00/hr | 455.00 |
| | Reviewed Agenda for hearing on September 11. | 350.00/hr | 105.00 |
| | Reviewed Order concerning telephonic appearances. | 350.00/hr | 140.00 |
| | E-mail from Careen Hannouche concerning teleconference. | 350.00/hr | 70.00 |
| | E-mail from Dick, Ian.  Reviewed email concerning point of interest from today's teleconference. | 350.00/hr | 105.00 |
| | E-mail from Michel Belanger concerning hearing on Monday. | 350.00/hr | 70.00 |
| | Telephone call with Frank Monaco concerning teleconference with Janet Baer. | 350.00/hr | 105.00 |

Lauzon Belanger, inc.                                                                                           Page    11

| | | Rate | Amount |
|---|---|---|---|
| 9/7/2006 | E-mail from Dick, Ian concerning Michel's email. | 350.00/hr | 70.00 |
| 9/8/2006 | E-mail from Dick, Ian concerning position to take on Monday at hearing. | 350.00/hr | 105.00 |
| | E-mail from David Thompson concerning position of Debtors. | 350.00/hr | 105.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Status Report and Request to Expunge Property Damage Claims Lacking Claimant Signatures for Proof of Claim Question 18. | 350.00/hr | 280.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Joint Objection to The Motion Of Debtors And Debtors In Possession Pursuant To Federal Rule Of Bankruptcy Procedure 2004 For The Production Of Documents. | 350.00/hr | 175.00 |
| 9/11/2006 | E-mail from Francis A. Monaco concerning hearing. | 350.00/hr | 70.00 |
| | E-mail from Francis A. Monaco concerning hearing. | 350.00/hr | 70.00 |
| | E-mail from Francis A. Monaco concerning outcome of hearing. | 350.00/hr | 70.00 |
| | Attended Telephonic hearing on issue of exclusivity. | 350.00/hr | 1,225.00 |
| 9/13/2006 | Teleconference on issues relative to hearing on held September 11. | 350.00/hr | 350.00 |
| 9/14/2006 | E-mail from Careen Hannouche.  Reviewed response we received from the Committee concerning the standing of Canadian claimants. | 350.00/hr | 105.00 |
| 9/15/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Brief [Supplemental] in Support of the Application of Georgia's Statute of Limitations to Prudential Insurance Company's Asbestos PD Claims for Georgia Buildings. | 350.00/hr | 140.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Response to Property Damage Claimants' Objections to the August 31, 2006 Case Management Order (related document(s)[13224], [13120], [13222], [13223], [13226], [13227], [13225] ) Filed by W.R. GRACE & CO. | 350.00/hr | 350.00 |
| | E-mail from Restivo, James J., Jr. concerning science trial pleadings. | 350.00/hr | 70.00 |

Lauzon Belanger, inc.                                                                                    Page      12

|  |  | Rate | Amount |
|---|---|---|---|
| 9/18/2006 | E-mail from Careen Hannouche concerning conference call tomorrow. | 350.00/hr | 70.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Omnibus Objection to Claim(s) Seventeenth (Substantive) Filed by W.R. Grace & Co. | 350.00/hr | 140.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Certification of Counsel Regarding Interim Order Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes. | 350.00/hr | 140.00 |
|  | E-mail from Restivo, James J., Jr. concerning the production of documents re: Science Trial documents. | 350.00/hr | 70.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al.. Hearing scheduled for 9/25/2006 at 02:00 PM. | 350.00/hr | 105.00 |
| 9/19/2006 | E-mail correspondence with 'Careen Hannouche'; 'Yves Lauzon'; 'Michel Belanger' concerning Certification of Counsel Regarding Interim Order Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes filed by the Debtors. | 350.00/hr | 70.00 |
|  | E-mail correspondence with 'Restivo, James J., Jr.' concerning Debtors willingness to talk to Canadian ZAI parties. | 350.00/hr | 70.00 |
|  | E-mail correspondence with 'Careen Hannouche'; 'Yves Lauzon'; 'Michel Belanger' transmitting communications with Restivo. | 350.00/hr | 70.00 |
|  | E-mail correspondence with 'Careen Hannouche'; 'Yves Lauzon'; 'Michel Belanger' transmitting agenda for September 25 hearing. | 350.00/hr | 70.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Order [INTERIM] Pursuant to Bankruptcy Code Section 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon. Related to Dkt. No. [11067]. | 350.00/hr | 105.00 |
|  | Telephone call with Frank Monaco and Jan Baer concerning teleconference on Thursday. | 350.00/hr | 105.00 |
|  | Teleconference with Canadian ZAI attorneys. | 350.00/hr | 350.00 |
| 9/20/2006 | E-mail correspondence with 'Atkinson, Maureen L.'. | 350.00/hr | 70.00 |
|  | E-mail correspondence with Atkinson, Maureen L.. | 350.00/hr | 70.00 |

Lauzon Belanger, inc.                                                                                                    Page     13

|  |  | Rate | Amount |
|---|---|---|---|
| 9/20/2006 | Reviewed items on agenda for Monday September 25; reviewed file in preparation for teleconference with Jan Baer; notes to file. | 350.00/hr | 1,050.00 |
| 9/21/2006 | Teleconference with Jan Baer and Frank Monaco concerning treatment of Canadian ZAI claims.  Reviewed Amended Plan of Reorganization; reviewed docket entries relative to treatment of ZAI claims. | 350.00/hr | 1,050.00 |
|  | E-mail from Janet Baer concerning circulation on the draft Order on Exclusivity. | 350.00/hr | 70.00 |
|  | E-mail correspondence with 'Janet Baer'. | 350.00/hr | 70.00 |
|  | E-mail from Christine Livitski.  Reviewed Report entitled 'Zonolite in Canadian Homes: Where do we stand?' as well as a copy of Michel Belanger's letter of April 3, 2006 to the Grace Claims Processing Agent. | 350.00/hr | 420.00 |
|  | E-mail from Careen Hannouche.  Reviewed useful pointers. | 350.00/hr | 70.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Transcript of Hearing held on 9/11/06 before the Honorable Judith K. Fitzgerald. | 350.00/hr | 875.00 |
|  | E-mail from Salvatore Bianca transmitting the draft exclusivity order; reviewed same. | 350.00/hr | 105.00 |
|  | Teleconference with Canadian class action attorneys concerning conversation with Debtors counsel and Frank Monaco. | 350.00/hr | 175.00 |
| 9/22/2006 | E-mail from Francis A. Monaco concerning the exclusivity order. | 350.00/hr | 70.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Certification of Counsel with Proposed Order on the Debtors' Motion to Compel Asbestos Personal Injury Claimants to Respond to the W.R. Grace Asbestos Personal Injury Questionnaire and Objection to the Debtor's Proposed Order. | 350.00/hr | 140.00 |
|  | Reviewed pleadings from Zonolite Science Trial. | 350.00/hr | 1,400.00 |
| 9/25/2006 | Reviewed Zonolite Science trial pleadings. | 350.00/hr | 1,225.00 |
|  | Attend Omnibus hearing. | 350.00/hr | 1,925.00 |
|  | E-mail from Francis A. Monaco concerning hearing. | 350.00/hr | 70.00 |

Lauzon Belanger, inc.                                                                                Page    14

|  |  | Rate | Amount |
|---|---|---|---|
| 9/26/2006 | Reviewed Science Triual pleadings. | | 1,750.00 |
| | | 350.00/hr | |
| | Email to Canadian Counsel concerning hearing outcome. | | 140.00 |
| | | 350.00/hr | |
| | Reviewed Stay pleading concerning CCAA proceeding. | | 350.00 |
| | | 350.00/hr | |
| | E-mail from Careen Hannouche explaining the agreement reached with Debtors counsel. | 350.00/hr | 105.00 |
| | Telephone call with Frank Monaco concerning hearing and communications with Jan Baer. | 350.00/hr | 175.00 |
| 9/27/2006 | E-mail from Salvatore Bianca.  Reviewed revised Exclusivity Order. | | 105.00 |
| | | 350.00/hr | |
| | Reviewed Science Triual pleadings. | | 1,400.00 |
| | | 350.00/hr | |
| 9/28/2006 | Reviewed Science Triual pleadings. | | 1,750.00 |
| | | 350.00/hr | |
| | E-mail from Salvatore Bianca concerning the exclusivity order. | | 70.00 |
| | | 350.00/hr | |
| | E-mail from Francis A. Monaco concerning the changes to the exclusivity order. | | 70.00 |
| | | 350.00/hr | |
| 9/29/2006 | E-mail from Francis A. Monaco concerning the language in the exclusivity order. | 350.00/hr | 70.00 |
| | E-mail from Salvatore Bianca concerning change to exclusivity order. | | 70.00 |
| | | 350.00/hr | |
| | E-mail from Scott Baena concerning the exclusivity order changes. | | 70.00 |
| | | 350.00/hr | |
| | E-mail from Francis A. Monaco concerning the exclusivity order changes. | | 70.00 |
| | | 350.00/hr | |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Appeal to the United States District Court for the District of Delaware. | 350.00/hr | 140.00 |
| | E-mail from Janet Baer concerning exclusivity order. | | 70.00 |
| | | 350.00/hr | |

Lauzon Belanger, inc.                                                                                        Page    15

|  |  | Rate | Amount |
|---|---|---|---|
| 9/29/2006 | Reviewed Science trial docket and pleadings. | 350.00/hr | 525.00 |
|  | SUBTOTAL: | [ | 21,770.00] |

October 2006

| | | Rate | Amount |
|---|---|---|---|
| 10/2/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Certification of Counsel Regarding Order Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and Solicit Votes. | 350.00/hr | 140.00 |
|  | E-mail from Janet Baer concerning the exclusivity order. | 350.00/hr | 70.00 |
| 10/3/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Transcript of Hearing held on September 25, 2006 before the Honorable Judith K. Fitzgerald. | 350.00/hr | 175.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Amended Notice of Appeal. | 350.00/hr | 70.00 |
|  | E-mail correspondence with 'Belanger, Michel'; 'Hannouche, Careen'; 'Lauzon, Yves'; 'Moloci, Matt'; 'Thompson, David' transmitting  transcript from the September 25, 2006 hearing. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Order Pursuant to Bankruptcy Code Section 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon. Related to Dkt. No. [11067]. | 350.00/hr | 105.00 |
| 10/4/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Letter re: W.R. Grace & Co., et al. Estimation of Personal Injury Liabilities Filed by W.R. Grace & Co., et al.. | 350.00/hr | 140.00 |
| 10/5/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Deposition Notice of Rule 30(B)(6) Deposition Filed by David Austern, Official Committee of Asbestos Personal Injury Claimants. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Certification of Counsel Regarding Amended Order Modifying Various Deadlines Regarding Objections To Asbestos Property Damage Claims. | 350.00/hr | 175.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Certification of Counsel Re: Omnibus Hearing Dates Filed by W.R. Grace & Co., et al.. | 350.00/hr | 105.00 |
| 10/10/2006 | E-mail from Careen Hannouche.  Reviewed the Order of Justice Pepall extending the stay in the CCAA proceedings to April 1, 2007. | 350.00/hr | 175.00 |

Lauzon Belanger, inc.                                                                    Page    16

|  |  | Rate | Amount |
|---|---|---|---|
| 10/10/2006 | Finished review of Science trial pleadings. | | 1,400.00 |
| | | 350.00/hr | |
| | E-mail from Careen Hannouche concerning status of discussions. | | 70.00 |
| | | 350.00/hr | |
| | Telephone call to Frank Monaco concerning dialogue with Debtors. | | 70.00 |
| | | 350.00/hr | |
| | E-mail from Careen Hannouche concerning discussions with Debtor. | | 70.00 |
| | | 350.00/hr | |
| | Telephone call to Bill Sullivan concerning Ed Westbrook and his representation of the Canadian ZAI claimants. | 350.00/hr | 175.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Appellant Designation of Items For Inclusion in Record On Appeal Regarding the Bankruptcy Court's (A) Interim Order Pursuant to Bankruptcy Code Section 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan. | 350.00/hr | 350.00 |
| | E-mail correspondence with 'Careen Hannouche'. | | 70.00 |
| | | 350.00/hr | |
| | E-mail correspondence with 'Careen Hannouche' concerning scheduling with Frank Monaco and Jan Baer. | 350.00/hr | 70.00 |
| 10/12/2006 | E-mail from Careen Hannouche concerning teleconference. | | 70.00 |
| | | 350.00/hr | |
| | E-mail from Francis A. Monaco concerning teleconference. | | 70.00 |
| | | 350.00/hr | |
| | E-mail from Careen Hannouche concerning availability for teleconference. | | 70.00 |
| | | 350.00/hr | |
| | E-mail from Careen Hannouche concerning rescheduling teleconference. | | 70.00 |
| | | 350.00/hr | |
| | E-mail correspondence with 'Francis A. Monaco'; 'David Thompson'; 'Matt Moloci'; "Lespérance, André"; 'Careen Hannouche'. | 350.00/hr | 70.00 |
| 10/13/2006 | Attended teleconference with Canadian counsel. | | 350.00 |
| | | 350.00/hr | |
| 10/16/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al.. Hearing scheduled for 10/23/2006 at 02:00 PM. | 350.00/hr | 105.00 |

Lauzon Belanger, inc.                                                                                           Page    17

|  | | Rate | Amount |
|---|---|---|---|
| 10/19/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Service of the Official Committee Of Asbestos Personal Injury Claimants' First Set Of Requests For Admission And Supplemental Interrogatory Directed To The Debtor Filed by Official Committee of Asbestos Personal Injury Claimants. | 350.00/hr | 105.00 |
| 10/22/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Order Disallowing and Expunging Asbestos Property Damage Claims. Related to Dkt. Nos. [9315], [9300], [9302], [12405], [13432]. Signed on 10/22/2006. | 350.00/hr | 140.00 |
| 10/23/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Appellee Designation of Additional Items for Inclusion in Record of Appeal Appellees Regarding the Bankruptcy Court's (A) Interim Order Pursuant to Bankruptcy Code Section 1121(D) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon and (B) Order Pursuant to Bankruptcy Code Section 1121(D) Extending Debtors' Exclusive Periods in which to File a Chapter 11 Plan and to Solicit Votes Thereon. | 350.00/hr | 140.00 |
| | Attended omnibus hearing; spoke with Jan Baer and Frank Monaco. | 350.00/hr | 1,050.00 |
| 10/26/2006 | Reviewed online docket for activity in case and for Zonolite decision. | 350.00/hr | 280.00 |
| | SUBTOTAL: | [ | 6,160.00] |

November 2006

|  | | Rate | Amount |
|---|---|---|---|
| 11/6/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Transcript of Hearing held on October 23, 2006 before the Honorable Judith K. Fitzgerald. | 350.00/hr | 140.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Service of Debtors' Preliminary Witness Disclosure for Adjudication of Product Identification, Limitations Periods and the Libby Claims Issues (related document(s)[13406] ) Filed by W.R. Grace & Co., et al.. | 350.00/hr | 175.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Service / Designation of Fact Witnesses Relating to the Statute of Limitations and Product Identification on Behalf of Certain Asbestos Property Damage Claimants. | 350.00/hr | 140.00 |
| 11/7/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Motion to File Under Seal Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal the Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents. | 350.00/hr | 140.00 |

Lauzon Belanger, inc.                                                                                              Page    18

|  | | Rate | Amount |
|---|---|---|---|
| 11/7/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Motion to Compel Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents FILED UNDER SEAL Filed by Official Committee of Asbestos Personal Injury Claimants. | 350.00/hr | 70.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Memorandum of Law Future Claimants' Representative's Memorandum in Support and Joinder in the Official Committee of Asbestos Personal Injury Claimants' Motion to Compel Production of Documents. | 350.00/hr | 105.00 |
| 11/13/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Motion to Expunge Claims Motion and Objection Seeking Entry of an Order (A) Expunging or (B) Reducing and Allowing Claims Paid Post-Petition Filed by W.R. Grace & Co. | 350.00/hr | 105.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Omnibus Objection to Claims Nineteenth (Non-Substantive) Filed by W.R. Grace & Co., et al.. | 350.00/hr | 140.00 |
| 11/14/2006 | E-mail from Receptionist.  Reviewed Agenda of Omnibus Hearing for November 20. 2006. | 350.00/hr | 105.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Service Rebuttal Report of November 14, 2006 of Roger G. Morse AIA on Expert Report of William E. Longo, Ph.D., Prepared on Behalf of Property Damage Asbestos Claimants Represented by the Law Firm of Dies & Hile, LLP dated October 25, 2006. | 350.00/hr | 280.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Service Rebuttal Expert Report Evaluation of Longo Dust Studies, Project LSH505344, Report Date: November 14, 2006. | 350.00/hr | 175.00 |
| 11/20/2006 | Received and reviewed Notice of Agenda for November 27 hearing. | 350.00/hr | 105.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al.. Hearing scheduled for 11/27/2006 at 01:00 PM. | 350.00/hr | 105.00 |
| 11/21/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Hearing /Notice of Rescheduled Hearing Time (related document(s)[13625], [13626], [13621], [13619], [13628], [13622], [13624], [13620], [13598], [13627] ) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 12/5/2006 at 08:30 AM. | 350.00/hr | 105.00 |
| 11/22/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Motion to Seal (RE: related document(s)[13772] Objection). Motion for Entry of an Order Authorizing Debtors to File Under Seal W. R. Grace & Co.'s Opposition to | 350.00/hr | 140.00 |

Lauzon Belanger, inc.                                                                                    Page    19

|  | Rate | Amount |
|---|---|---|

Motion of the Official Committee of Asbestos Personal Injury Claimants to Compel Production of Documents.

11/27/2006 E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Objection to Future Claimants' Representative's Memorandum in Support and Joinder in the Official Committee of Asbestos Personal Injury Claimants' Motion to Compel Production of Documents (related document(s)[13785], [13598] ) Filed by W.R. Grace & Co., et al.
    350.00/hr    175.00

11/28/2006 E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Agenda of Matters Scheduled for Hearing Before The Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al.. Hearing scheduled for 12/5/2006 at 08:30 AM at United States Bankruptcy Court.
    350.00/hr    105.00

SUBTOTAL:                                                                          [      2,310.00]

December 2006

12/1/2006 E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al.. Hearing scheduled for 12/5/2006.
    350.00/hr    105.00

12/4/2006 E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Transcript of Hearing held on November 20, 2006 before the Honorable Judith K. Fitzgerald.
    350.00/hr    420.00

12/11/2006 E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Agenda of Matters Scheduled for Hearing on December 18, 2006, at 2:00 PM before the Honorable Judith K. Fitzgerald in Pittsburgh, Pennsylvania Filed by W.R. Grace & Co., et al.
    350.00/hr    105.00

12/13/2006 E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Transcript of Hearing held on December 5, 2006 before the Honorable Judith K. Fitzgerald.
    350.00/hr    210.00

12/14/2006 E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed the Memorandum Opinion Resolving Motion For Partial Summary Judgment, Cross Motions For Summary Judgment, And Scheduling A Status Conference.
    350.00/hr    1,050.00

E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Order Resolving Motion For Partial Summary Judgment, Cross Motions For Summary Judgment, And Scheduling A Status Conference.
    350.00/hr    105.00

12/15/2006 E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.Reviewed Order (SECOND AMENDED) Establishing Case Management Procedures and Hearing Scheduling.
    350.00/hr    140.00

Lauzon Belanger, inc.                                                                                                          Page    20

|  |  | Rate | Amount |
|---|---|---|---|
| 12/15/2006 | E-mail correspondence with 'Belanger, Michel'; 'Hannouche, Careen'; 'Lauzon, Yves'; 'Moloci, Matt'; 'Thompson, David' transmitting the ZAI decision. | 350.00/hr | 105.00 |
|  | E-mail from Receptionist.  Reviewed Amended Notice of Agenda for December 18 hearing. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Adjourned/Rescheduled Hearing from January 22, 2007 at 2:00 p.m. to January 23, 2007 at 8:30 a.m. | 350.00/hr | 105.00 |
| 12/18/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Omnibus Objection to Claims [Twentieth] (Substantive) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 1/23/2007. | 350.00/hr | 140.00 |
| 12/19/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Order Setting Omnibus Hearing Dates. All hearings will be held at US Bankruptcy Court, 824 Market St., 3rd Floor, Room 309, Wilmington, Delaware Except For 5/2/2007; 6/25/2007; 8/29/2007 and 12/17/2007. | 350.00/hr | 105.00 |
| 12/20/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Order Disallowing And Expunging Eight Canadian Property Damage Claims. | 350.00/hr | 105.00 |
| 12/21/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Hearing (Telephonic) (related document(s)[14051] ) Filed by Official Committee of Asbestos Property Damage Claimants. Hearing scheduled for 1/4/2007. | 350.00/hr | 70.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Service of December 21, 2006 Report of Roger G. Morse AIA on Summary of Information Available to Canadian Building Owners and Managers About Asbestos in Buildings, 1970-1995 Filed by W.R. Grace & Co., et al.. | 350.00/hr | 490.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Service of December 21, 2006 Expert Report of Graeme Mew, Opinion on Canadian Limitation Issues Filed by W.R. Grace & Co. | 350.00/hr | 350.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Expert Report of Graeme Mew, Opinion on Canadian Limitation Issues Filed by W.R. Grace & Co. | 350.00/hr | 420.00 |
| 12/22/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Appeal Filed by Zonolite Attic Insulation Class Plaintiffs. Appellant Designation due by 1/2/2007,  Telephone conversation with William Sullivan. | 350.00/hr | 140.00 |
|  | E-mail from Careen Hannouche. | 350.00/hr | 70.00 |
|  | Reviewed Notice of Service of Debtors' Designation of Expert Witnesses and Expert Reports Relating to the Limitations Period Issues. | 350.00/hr | 105.00 |

Lauzon Belanger, inc.                                                                                           Page    21

|  |  | Rate | Amount |
|---|---|---|---|
| 12/22/2006 | E-mail correspondence with 'Hannouche, Careen' transmitting the Expert Report of Graeme Mew, Opinion on Canadian Limitation Issues Filed by W.R. Grace & Co. | 350.00/hr | 70.00 |
|  | E-mail correspondence with 'Hannouche, Careen' transmitting a Report from Robert Morse AIA on Summary of Information Available to Canadian Building Owners and Managers About Asbestos in Buildings, 1970-1995 Filed by W.R. Grace & Co., et al. | 350.00/hr | 70.00 |
|  | E-mail correspondence with 'Hannouche, Careen' transmitting the Notice of Appeal filed this morning by Zonolite Attic Insulation Class Plaintiffs. | 350.00/hr | 70.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Motion for Leave to Appeal Bankruptcy Court's Order Resolving Motions for Partial Summary Judgment, Cross Motions for Summary Judgment, and Scheduling a Status Conference, Entered in these Cases on December 14, 2006, Docket Number 14015 (the 'Order') and Memorandum Opinion Relating thereto, Docket Number 14014 (the 'Opinion') (related document(s)[14015] ) Filed by Zonolite Attic Insulation Class Plaintiffs. | 350.00/hr | 280.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Appeal (related documents #14014 and #14015). | 350.00/hr | 140.00 |
|  | E-mail correspondence with 'Hannouche, Careen' transmitting the Motion for Leave to Appeal Bankruptcy Court's Order Resolving Motions for Partial Summary Judgment, Cross Motions for Summary Judgment, and Scheduling a Status Conference, Entered in these Cases on December 14, 2006, Docket Number 14015 (the 'Order') and Memorandum Opinion Relating thereto, Docket Number 14014 (the 'Opinion') (related document(s)[14015] ) Filed by Zonolite Attic Insulation Class Plaintiffs. | 350.00/hr | 105.00 |
| 12/27/2006 | Reviewed online docket for activity in case related to appeal of ZAI decision. | 350.00/hr | 245.00 |
| 12/28/2006 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Motion to Extend Time /Unopposed Motion of Debtors, W.R. Grace & Co., et al., for Extension of Time to Answer the Motion of Zonolite Attic Insulation Property Damage Claimants for Leave to Appeal. | 350.00/hr | 280.00 |

SUBTOTAL:                                                                                       [      5,705.00]