Exhibit F-3

Lauzon Belanger, inc.                                                              Page    46

|  | Rate | Amount |
|---|---|---|

July 2007

| Date | Description | Rate | Amount |
|---|---|---|---|
| 7/2/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Transcript of Hearing Held 6/26/07. | 350.00/hr | 175.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Service - Debtors' List of Claims to be Tried on July 30, 2007 - August 1, 2007. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed MOTION TO SUPPLEMENT RECORD REGARDING MOTION TO ALTER OR AMEND THE COURT'S ORDER AND MEMORANDUM OPINION | 350.00/hr | 210.00 |

Lauzon Belanger, inc.                                                                                          Page    47

|  |  | Rate | Amount |
|---|---|---|---|
| | DISALLOWING AND EXPUNGING 71 CLAIMS ENTERED ON APRIL 17 2007 (related document(s)[15421] ) Filed by Speights & Runyan Claimants. | | |
| 7/2/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 7/5/2007 at 08:30 AM at United States Bankruptcy Court - District of Western PA, Pittsburgh, PA. | 350.00/hr | 105.00 |
| 7/3/2007 | E-mail from David Thompson concerning issues in WR Grace case. | 350.00/hr | 105.00 |
| | E-mail from Susan Douglas.  Reviewed  draft Notice of Motion and Belanger Affidavit . | 350.00/hr | 525.00 |
| | E-mail correspondence with 'David Thompson concerning professionals in the WR Grace case. | 350.00/hr | 105.00 |
| | E-mail from Receptionist.  Reviewed Agenda for July 5 hearing. | 350.00/hr | 70.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Certification of Counsel Regarding Second Newly Amended Case Management Order for the Estimation of Asbestos Personal Injury Liabilities. | 350.00/hr | 175.00 |
| 7/5/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Emergency Motion to Extend Time to File Response to Speights' Motion to Supplement Record (related document(s)[15421] ) Filed by W.R. Grace & Co., et al. | 350.00/hr | 140.00 |
| | E-mail from Ana Rajak concerning teleconference on August 30. | 350.00/hr | 70.00 |
| | E-mail correspondence with 'Ana Rajak' concerning availability for teleconference on August 30. | 350.00/hr | 70.00 |
| 7/6/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Objection to (Asbestos Personal Injury Claimants' Committee's Statement in Further Support of Opposition to Debtors' Tenth Motion for an Order Pursuant to 11 U.S.C. 1121(d) Extending Debtors' Exclusive Periods in which to File a Chapter 11 Plan and to Solicit Votes Thereon) (related document(s)[16083], [16240] ) Filed by Official Committee of Asbestos Personal Injury Claimants. | 350.00/hr | 175.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Objection to Debtors' Motion to Extend Time [Tenth] Pursuant to 11 U.S.C. Section 1121(d) Extending Debtors' Exclusive Periods In Which to File a Chapter 11 Plan and to Solicit Votes Thereon (related document(s)[16083] ) Filed by United States Trustee for Region 3. | 350.00/hr | 140.00 |

Lauzon Belanger, inc.                                                                                              Page    48

|  |  | Rate | Amount |
|---|---|---|---|
| 7/6/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Objection to Debtors' Tenth Motion for an Order Pursuant to 11 U.S.C. 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon (related document(s)[16083] ) Filed by David Austern, Official Committee of Asbestos Personal Injury Claimants, Official Committee of Asbestos Property Damage Claimants. | 350.00/hr | 175.00 |
| 7/9/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Order Granting Debtors' Emergency Motion to Extend Time to File Response to Speights' Motion to Supplement Record. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Debtors' Trial Brief for the July 30-31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants' Asbestos Property Damage Claims. | 350.00/hr | 280.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Debtors' Final Witness List for the July 30-31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants' Asbestos Property Damage Claims. | 350.00/hr | 140.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Statement of Professionals' Compensation from April 1, 2007 through June 30, 2007 Filed by W.R. GRACE & CO. | 350.00/hr | 140.00 |
| 7/10/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed protective order. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Case Management Order (MODIFIED SECOND NEWLY AMENDED) For the Estimation of Asbestos Personal Injury Liabilities. (related document(s)[15078] ) Order Signed on 7/9/2007. | 350.00/hr | 140.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Certification of Counsel Regarding Amended Scheduling Order for Adjudication of Certain Asbestos Property Damage Claims. | 350.00/hr | 140.00 |
| 7/12/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 7/19/2007 at 01:00 PM. | 350.00/hr | 105.00 |
| 7/13/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Transcript of Hearing Held On June 29,2007, Before The Honorable Judith K. Fitzgerald. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Response to Speights & Runyan's Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007 (related document(s)[16249], [16220] ) Filed by W.R. Grace & Co. | 350.00/hr | 280.00 |

Lauzon Belanger, inc.                                                                                               Page    49

|  |  | Rate | Amount |
|---|---|---|---|
| 7/13/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Motion for Leave Debtors' Motion For Leave To File A Reply In Further Support Of Its Tenth Motion For An Order Extending Exclusivity Filed by W.R. Grace & Co., et al. | 350.00/hr | 105.00 |
| 7/16/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Deposition Rescheduled Deposition of Thomas Egan (Related D.I. No. 15688) Filed by David Austern, Official Committee of Asbestos Personal Injury Claimants. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Order Granting Debtors' Motion for Leave to File Reply in Further Support of Tenth Motion for Order Extending Exclusivity. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Limited Reply to Objections to Tenth Motion for an Order Extending Debtors' Exclusive Periods (related document(s)[16289], [16295] ) Filed by W.R. Grace & Co., et al. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Brief [CLAIMANTS' TRIAL BRIEF FOR THE JULY 30-31, 2007 STATUTE OF LIMITATIONS HEARING ON CERTAIN MOTLEY RICE CLAIMANTS' ASBESTOS PROPERTY DAMAGE CLAIMS] (related document(s)[16149] ) Filed by Motley Rice LLC. | 350.00/hr | 140.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Objection to [CLAIMANTS' OBJECTIONS TO DEBTORS' EXHIBITS FOR THE JULY 30-31, 2007 STATUTE OF LIMITATIONS HEARING ON CERTAIN MOTLEY RICE CLAIMANTS' ASBESTOS PROPERTY DAMAGE CLAIMS] (related document(s)[16149] ) Filed by Motley Rice LLC. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Agenda of Matters Scheduled for Hearing on July 23, 2007, at 2:00 p.m. before the Honorable Judith K. Fitzgerald. | 350.00/hr | 105.00 |
| 7/17/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Certification of Counsel Regarding Stipulation Concerning Consolidating of Certain Claims [Claim Nos. 4384 and 4385]. Filed by W.R. Grace & Co., et al.. | 350.00/hr | 105.00 |
| 7/18/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Joinder of Anderson Memorial Hospital in the Asbestos Constituents' Opposition to Debtors' Tenth Motion for Order Pursuant to 11 U.S.C. Section 1121(d) Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon and in the U.S. Trustee's Objection to Debtors' Tenth Motion for Order Extending Debtors' Exclusive Periods in Which to File a Chapter 11 Plan and to Solicit Votes Thereon. | 350.00/hr | 70.00 |
| 7/19/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Motion for Leave Authorizing Debtors to, and Directing that the Clerk of the Court, File Under Seal Debtors' Brief in Further Support of Opposition to | 350.00/hr | 175.00 |

Lauzon Belanger, inc.                                                                                    Page    50

|  |  | Rate | Amount |
|---|---|---|---|

Motions for Protective Orders to Preclude Law Firm Depositions [Related Agenda Item No. 19] Filed by W.R. Grace & Co.

| 7/20/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.   Retrieved and reviewed Amended Notice of Agenda of Matters Scheduled for Hearing on July 23, 2007, at 2:00 p.m. | 350.00/hr | 105.00 |

E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Reply - Amendment to Debtors' Limited Reply to Objections to Tenth Motion for an Order Extending Debtors' Exclusive Periods (related document(s)[16297], [16310] ) Filed by W.R. Grace & Co., et al.        350.00/hr        105.00

E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Motion in Limine to Exclude Testimony and Evidence of Nullum Tempus Status at the July 30-31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants' Asbestos Property Damage Claims.        350.00/hr        175.00

| 7/23/2007 | Attended omnibus hearing. | 350.00/hr | 1,400.00 |

E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Reply (Debtors') Brief for the July 30, 2007 - July 31, 2007 Statute of Limitations Hearing on Certain Motley Rice Claimants' Asbestos Property Damage Claims.        350.00/hr        175.00

| 7/25/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 7/30/2007. | 350.00/hr | 105.00 |

E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Transcript of Hearing held on July 19, 2007 before the Honorable Judith K. Fitzgerald.        350.00/hr        210.00

| 7/26/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Order Denying Extension of Exclusivity and Terminating Same. | 350.00/hr | 105.00 |

E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.   Retrieved and reviewed Amended Notice of Agenda of Matters Scheduled for Hearing. (related document(s)[16384] ) Filed by W.R. Grace & Co., et al.. Hearing scheduled for 7/30/2007 HEARING CANCELLED.        350.00/hr        105.00

E-mail correspondence with 'Susan Douglas' transmitting order ending the Debtors' exclusive right to propose a plan of reorganization.        350.00/hr        105.00

| 7/30/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Transcript of Hearing held on July 5, 2007 before the Honorable Judith K. Fitzgerald. Hearing held in Pittsburgh, Pennsylvania. | 350.00/hr | 140.00 |

Lauzon Belanger, inc.                                                                                          Page    51

|  |  | Rate | Amount |
|---|---|---|---|
| 7/30/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al.. Hearing scheduled for 8/1/2007 at 08:30 AM. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Order Scheduling Omnibus Hearing Date For August 29, 2007. | 350.00/hr | 70.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Certification of Counsel on Order Concerning Amendments, Supplementations and Changes to Asbestos PD Claims (related document(s)[15112], [15271], [16177], [16173], [15215] ) Filed by W.R. Grace & Co., et al. | 350.00/hr | 70.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Certification of Counsel Certification of Counsel Regarding Order Disallowing and Expunging Property Damage Claims (related document(s)[15988], [15625], [9315] ) Filed by W.R. Grace & Co., et al. | 350.00/hr | 70.00 |
| 7/31/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Transcript of Hearing Held on June 25, 2007 on ZAI issues. | 350.00/hr | 175.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Supplemental/Rebuttal Expert Report of Victor L. Roggli, M.D. in Connection With Asbestos Personal Injury Estimation Filed by David Austern. | 350.00/hr | 140.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Supplemental/Rebuttal Expert Reports of Steve M. Hays, P.E., Laura S. Welch, M.D., Dr. William Longo and Dr. Samuel Hammar in Connection with the Asbestos Personal Injury Estimation Hearing Filed by Official Committee of Asbestos Personal Injury Claimants. | 350.00/hr | 140.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Service of Discovery Filed by W.R. Grace & Co., et al. | 350.00/hr | 105.00 |
|  | SUBTOTAL: | [ | 8,610.00] |

August 2007

|  |  | Rate | Amount |
|---|---|---|---|
| 8/1/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Service of Discovery (Debtors' Responses and Objections to Certain Canadian Claimants' Requests to Produce to the Debtors). | 350.00/hr | 70.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Response to / Summary of Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on 4/17/07 and Motion to Supplement Record Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion | 350.00/hr | 175.00 |

Lauzon Belanger, inc.                                                                            Page    52

|  |  | Rate | Amount |
|---|---|---|---|

Disallowing and Expunging 71 Claims Entered on 4/17/07 (related document(s)[16220], [15209], [15210], [15421] ) Filed by Speights & Runyan.

| 8/2/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.    Retrieved and reviewed Order (THIRD NEWLY AMENDED CASE MANAGEMENT) For The Estimation of Asbestos Personal Injury Liabilities. | 350.00/hr | 105.00 |

E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Order Concerning Amendments, Supplementations And Changes To Asbestos PD Claims.(related document(s)[16441], [15112], [15271], [16177], [16173], [15215], [15113], [15273]) Signed on 8/2/2007.                                  350.00/hr                140.00

E-mail correspondence with 'Susan Douglas' transmitting the transcript from the June 25th omnibus hearing. re: the ZAI matters.                                            350.00/hr                105.00

| 8/6/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Deposition Notice of Intention to Take Deposition of John C. Irvine Filed by W.R. Grace & Co., et al. | 350.00/hr | 140.00 |

| 8/8/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Response to Speights & Runyan's 'Summary of Record' (related document(s)[16220], [15209], [15210], [16466], [15421] ) Filed by W.R. Grace & Co., et al. | 350.00/hr | 175.00 |

| 8/10/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Brief / The Worldwide Class: Anderson's Final Brief in Support of Class Certification of the Putative Non-South Carolina Class (related document(s)[10014] ) Filed by Anderson Memorial Hospital, SC. | 350.00/hr | 280.00 |

E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Brief / The South Carolina Class: Anderson's Final Brief in Support of Class Certification of the South Carolina Class (related document(s)[10014] ) Filed by Anderson Memorial Hospital on behalf of its certified class members in South Carolina.                                                                         350.00/hr                175.00

E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved Memorandum of Law Regarding Class Certification Evidentiary Issues (related document(s)[10014] ) Filed by Anderson Memorial Hospital, SC.                          350.00/hr                175.00

E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Brief Debtors' Post-Hearing Brief in Opposition to Anderson Memorial's Class Certification Motion (related document(s)[10014], [11245], [11547] ) Filed by W.R. Grace & Co., et al.                                                               350.00/hr                420.00

| 8/13/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Certification of Counsel Regarding Scheduling Order for Adjudication of Certain Asbestos Property Damage Claims (related document(s)[14597] ) Filed by W.R. Grace & Co., et al. | 350.00/hr | 140.00 |

Lauzon Belanger, inc.                                                                                                          Page    53

|  |  | Rate | Amount |
|---|---|---|---|
| 8/15/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Objection to Debtors' Amended Objection To Certain Asbestos Property Damage Claims (related document(s)[16470], [9315] ) Filed by W.R. Grace & Co., et al. | 350.00/hr | 140.00 |
| 8/16/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Scheduling Order for Adjudication of Certain Asbestos Property Damage Claims.(related document(s)[14597], [16547] ) Oral argument on Summary Judgment Motion set for 9/10/2007 at 09:00 AM. | 350.00/hr | 105.00 |
| 8/17/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Deposition - Amended Notice of Intention to Take Deposition of John C. Irvine Filed by W.R. Grace & Co., et al. | 350.00/hr | 105.00 |
| 8/20/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Motion to Authorize Agreed Motion of the Future Claimants' Representative, the Debtors, the Official Committees, and Counsel to the Libby Claimants for Entry of Consent Order Concerning Confidentiality of Documents and Information to Be Produced by Expert Witness for Future Claimants' Representative Filed by David Austern, Libby Claimants, Official Committee of Asbestos Personal Injury Claimants, Official Committee of Asbestos Property Damage Claimants, Official Committee of Equity Security Holders, Official Committee of Unsecured Creditors. Hearing scheduled for 9/24/2007. | 350.00/hr | 350.00 |
| 8/22/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al.. Hearing scheduled for 8/29/2007 at 02:00 PM. | 350.00/hr | 105.00 |
| 8/23/2007 | Telephone call to Court Call to schedule telephonic appearance at 8/29/07 hearing | 190.00/hr | 38.00 |
|  | E-mail from Karen E. Harvey.  Reviewed Reviewed Court Conference Telephonic Court Appearance Confirmation. | 350.00/hr | 70.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Motion to Approve Motion For An Order Approving A Stipulation With Continental Casualty Company Filed by W.R. Grace & Co., et al. | 350.00/hr | 140.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Motion for Leave Debtors' Motion For Leave From The Court's Scheduling And Case Management Orders To Hear Motion For An Order Approving A Stipulation With Continental Casualty Company. | 350.00/hr | 105.00 |
| 8/24/2007 | E-mail from Receptionist.  Reviewed amended agenda for August 29 omnibus hearing. | 350.00/hr | 105.00 |

Lauzon Belanger, inc.                                                                                                 Page    54

|  |  | Rate | Amount |
|---|---|---|---|
| 8/24/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Order Rescheduling Omnibus Hearings For October 22, 2007 and October 23, 2007 to October 25, 2007 and October 26, 2007 to be Held in Pittsburgh, PA. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Amended Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. GRACE & CO.. Hearing scheduled for 8/29/2007 at 02:00 PM. | 350.00/hr | 105.00 |
| 8/27/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Deposition Continuation of John C. Irvine Filed by W.R. Grace & Co. | 350.00/hr | 105.00 |
| 8/28/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing (Second Amended Notice) PLEASE NOTE THE HEARING TIME HAS BEEN CHANGED FROM 2:00 PM TO 1:00 PM AT THE REQUEST OF THE COURT (related document(s)[16631], [16612] ) Filed by W.R. Grace & Co., et al. | 350.00/hr | 105.00 |
|  | E-mail from Susan Douglas concerning telephone conference. | 350.00/hr | 70.00 |
|  | E-mail correspondence with 'Susan Douglas' confirming teleconference. | 350.00/hr | 70.00 |
| 8/29/2007 | Attended Omnibus hearing (telephonically). | 350.00/hr | 1,050.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Order Regarding Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2002. | 350.00/hr | 140.00 |
| 8/30/2007 | Prepared for and attended teleconference with Canadian counsel on ZAI issues. | 350.00/hr | 1,400.00 |
| 8/31/2007 | Telephone call to Westbrook, Edward -- concerning Canadian ZAI claimants. | 350.00/hr | 350.00 |
|  | E-mail correspondence with Group concerning conversation with Ed Westbrook. | 350.00/hr | 175.00 |
|  | SUBTOTAL: | [ | 7,038.00] |

September 2007

| 9/5/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Transcript of Hearing Held On August 29,2007. | 350.00/hr | 175.00 |

Lauzon Belanger, inc.                                                                                                      Page    55

|  |  | Rate | Amount |
|---|---|---|---|
| 9/5/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Expert Report of Professor John Irvine Filed by Speights & Runyan Claimants. (Attachments: # (1) Attachment Expert Report of Professor John Irvine# (2) Appendix A to Expert Report# (3) Appendix B to Expert Report# (4) Appendix C to Expert Report. | 350.00/hr | 700.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Brief /Debtors' Supplemental Submission in Support of their Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging What Are Now Fifty-Five (55) Time-Barred Canadian Asbestos Property Damage Claims. | 350.00/hr | 525.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Limited Objection to of The Official Committee of Asbestos Personal Injury Claimants and David T. Austern, the Future Claimants' Representative to the Agreed Motion of the Debtors and Congoleum Corporation for Entry of Stipulation and Protective Order. | 350.00/hr | 175.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing On September 10, 2007, At 9:00 A.M. Before The Honorable Judith K. Fitzgerald, In Pittsburgh, Pennsylvania Filed by W.R. Grace & Co., et al.. Hearing scheduled for 9/10/2007. | 350.00/hr | 105.00 |
|  | E-mail correspondence with 'Thompson, David'; 'Careen Hannouche' transmitting the Expert Report of Professor John Irvine Filed by Speights & Runyan Claimants. | 350.00/hr | 105.00 |
| 9/6/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Appendix to Debtors' Supplemental Submission in Support of Their Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging What is Now Fifty-Five (55) - Time-Barred Canadian Asbestos Property Damage Claims (related document(s)[14597], [14898], [9315], [14965] ) Filed by W.R. Grace & Co., et al.. (Attachments: # (1) Tab A# (2) Tab B# (3) Tab C# (4) Tab D - part 1# (5) Tab D - part 2# (6) Tab E# (7) Tab F# (8) Tab G - part 1# (9) Tab G - part 2# (10) Tab G - part 3# (11) Tab G - part 4# (12) Tab G - part 5# (13) Tab G - part 6# (14) Tab G - part 7# (15) Tab G - part 8# (16) Tab G - part 9# (17) Tab G - part 10# (18) Tab G - part 11# (19) Tab G - part 12# (20) Tab G - part 13# (21) Tab H - part 1# (22) Tab H - part 2# (23) Tab H - part 3# (24) Tab I# (25) Tab J - part 1# (26) Tab J - part 2# (27). | 350.00/hr | 1,400.00 |
| 9/10/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed  Response to of The Official Committee of Asbestos Personal Injury Claimants to the United States Trustee's Motion for Appointment of an Examiner Pursuant to 11 U.S.C. Section 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. (related document(s)[16626] ) Filed by Official Committee of Asbestos Personal Injury Claimants. | 350.00/hr | 175.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Response to the Motion of The United States Trustee For Appointment of an Examiner Pursuant To 11 U.S.C. Sec. 1104(c) Related to the Conduct of L Tersigni | 350.00/hr | 140.00 |

Lauzon Belanger, inc.

|  | Rate | Amount |
|---|---|---|

Consulting, P.C. of The Official Committee of Asbestos Personal Injury Claimants (related document(s)[16627], [16626] ) Filed by Official Committee of Asbestos Personal Injury Claimants.

| 9/13/2007 | E-mail correspondence with 'Thompson, David'; 'Careen Hannouche' transmitting the Brief /Debtors' Supplemental Submission in Support of their Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging What Are Now Fifty-Five (55) Time-Barred Canadian Asbestos Property Damage Claims. | 350.00/hr | 105.00 |
| 9/14/2007 | Transmitted exhibits to Canadian counsel on Statute of Limitation issues. | 350.00/hr | 350.00 |
|  | E-mail correspondence with 'Thompson, David'; 'Careen Hannouche' transmitting Exhibits Part 1. | 350.00/hr | 70.00 |
|  | E-mail correspondence with 'Thompson, David'; 'Careen Hannouche' transmitting Exhibits D-1, D-2 E & F. | 350.00/hr | 105.00 |
|  | Reviewed exhibits on Statute of Limitation issues. | 350.00/hr | 700.00 |
| 9/17/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing on September 24, 2007 at 2:00 P.M. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.   Retrieved and reviewed Amended Notice of Agenda of Matters Scheduled for Hearing on September 24, 2007 at 2:00 P.M. Before The Honorable Judith K. Fitzgerald at the United States Bankruptcy Court in Wilmington, Delaware Filed by W.R. Grace & Co., et al. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Motion to Authorize Debtors' Motion For An Order Authorizing The Optimization Plan Filed by W.R. Grace & Co., et al. | 350.00/hr | 175.00 |
| 9/18/2007 | Reviewed Federal Mogul case and docket for pleadings related to Inter-Court Communications issues; read corresponding pleadings. | 350.00/hr | 1,050.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Motion to Authorize Debtors' Motion For An Order Authorizing The Optimization Plan Filed by W.R. Grace & Co., et al. | 350.00/hr | 350.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Order Amending Case Management Order Regarding Courtcall Procedures. | 350.00/hr | 70.00 |

Lauzon Belanger, inc.                                                                                    Page    57

| | | Rate | Amount |
|---|---|---|---|

| Date | Description | Rate | Amount |
|---|---|---|---|
| 9/18/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Deposition (Rescheduled) of Rule 30 (B)(6) Deposition and Subpoena of Rust Consulting, Inc. Filed by David Austern, Official Committee of Asbestos Personal Injury Claimants. | 350.00/hr | 175.00 |
| | E-mail from Ana Dobson concerning  the reported decision of  Madam Justice Fitzgerald in the Federal Mogul case dealing with  communication with U.K. Judge. | 350.00/hr | 70.00 |
| 9/19/2007 | E-mail correspondence with 'Ana Dobson'; 'Thompson, David' transmitting the Inter-Court Communications pleadings from Federal Mogul. | 350.00/hr | 105.00 |
| 9/21/2007 | E-mail from Edward Westbrook concerning issues relative to ZAI. | 350.00/hr | 105.00 |
| | E-mail from Bill Sullivan.  Reviewed Roadmap for ZAI as formulated by Westbrook. | 350.00/hr | 210.00 |
| | E-mail correspondence with 'Westbrook, Edward'. | 350.00/hr | 70.00 |
| | E-mail correspondence with 'Bill Sullivan concerning Canadian Zonolite Claimants and the Canadian legal proceedings. | 350.00/hr | 105.00 |
| | Reviewed filings made by Ed Westbrook relative to the interests of Canadian ZAI claimants; notes to file. | 350.00/hr | 700.00 |
| 9/23/2007 | Reviewed status of case; reviewed online docket and prepared for status conference. | 350.00/hr | 350.00 |
| 9/24/2007 | Attended Omnibus hearing for ZAI Status Conference. | 350.00/hr | 700.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Order Shortening Notice as to the United States Trustee's Motion For Appointment of an Examiner Related To The Conduct of L. Tersigni Consulting, P.C. | 350.00/hr | 105.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Service Future Claimants' Representative's Designation of the Non-Expert Witnesses That He May Call at the Asbestos Personal Injury Estimation Hearing (related document(s)[16468] ) Filed by David Austern. | 350.00/hr | 105.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Service of Libby Claimants Designation of Non-Experts to Testify in Connection with the Estimation of Asbestos Personal Injury Liabilities Filed by Libby Claimants. | 350.00/hr | 105.00 |

Lauzon Belanger, inc.                                                                                                          Page    58

|  |  | Rate | Amount |
|---|---|---|---|
| 9/24/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Service of Debtors' Final Non-Expert Witness Disclosure For Asbestos PI Estimation (related document(s)[11697] ) Filed by W.R. Grace & Co., et al. | 350.00/hr | 140.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Official Committee of Asbestos Personal Injury Claimants' Designations of the Non-Expert Witness That It Intends to Call at the Asbestos PI Estimation Hearing Filed by Official Committee of Asbestos Personal Injury Claimants. | 350.00/hr | 140.00 |
| 9/25/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Motion to File Under Seal-- Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal the Unredacted Versions of the Expert Rebuttal Reports of Dr. Mark Peterson and Stephen M. Snyder Filed by Official Committee of Asbestos Personal Injury Claimants. | 350.00/hr | 175.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Filing of the Rebuttal Expert Reports of Stephen M. Snyder and Mark Peterson in Connection with the Asbestos Personal Injury Estimation Hearing Filed by Official Committee of Asbestos Personal Injury Claimants. (Attachments: # (1) Exhibit A# (2) Exhibit B# (3) Exhibit C# (4) Exhibit D#. | 350.00/hr | 210.00 |
| 9/26/2007 | E-mail from Careen Hannouche. | 350.00/hr | 70.00 |
|  | E-mail from Careen Hannouche.  Reviewed topics for teleconference. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Service Future Claimants' Representative's Notice of Service of Supplemental/Rebuttal Estimation Expert Reports of Jennifer L. Biggs, F.C.A.S., M.A.A.A., P.J. Eric Stallard, A.S.A., M.A.A.A., F.C.A., Joseph J. Radecki, Jr., Marshall S. Shapo, and Jacob Jacoby, Ph.D. in Connection with Asbestos Personal Injury Estimation (related document(s)[16468] ) Filed by David Austern. | 350.00/hr | 140.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Transcript of Hearing Held on September 10, 2007 at 9:00 AM Before The Honorable Judith K. Fitzgerald. | 350.00/hr | 455.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Service of Rebuttal Report of Dr. Letitia Chambers Navigant Consulting, Inc. Filed by Stroock & Stroock & Lavan LLP. | 350.00/hr | 70.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Service of Discovery Filed by W.R. Grace & Co., et al. | 350.00/hr | 105.00 |

Lauzon Belanger, inc.                                                                                Page    59

|  | | Rate | Amount |
|---|---|---|---|
| 9/27/2007 | E-mail correspondence with 'Careen Hannouche'. | | 70.00 |
| | | 350.00/hr | |
| | E-mail from Careen Hannouche confirming teleconference. | | 70.00 |
| | | 350.00/hr | |
| | E-mail correspondence with 'Careen Hannouche' transmitting the Westbrook's invitation to our group and the roadmap prepared by Westbrook. | 350.00/hr | 70.00 |
| | SUBTOTAL: | [ | 11,410.00] |

October 2007

| 10/1/2007 | E-mails from Susan Douglas.  Reviewed Motion Record and Compendium of Evidence. | 350.00/hr | 840.00 |
|---|---|---|---|
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Brief - Supplemental Brief in Response to the Court's September 6, 2007 Amended Order Regarding the Motion to Alter or Amend the Court's Order and Memorandum Opinion Disallowing and Expunging 71 Claims Entered on April 17, 2007. | 350.00/hr | 210.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed SPEIGHTS & RUNYAN'S RESPONSE TO THE COURT'S AMENDED ORDER REGARDING THE MOTION TO ALTER OR AMEND THE COURT'S ORDER AND MEMORANDUM OPINION DISALLOWING AND EXPUNGING 71 CLAIMS ENTERED ON APRIL 17, 2007. | 350.00/hr | 175.00 |
| 10/3/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Order Regarding W.R. Grace & Company's Motions To Compel Discovery Materials From the Celotex Asbestos Settlement Trust. | 350.00/hr | 105.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Certification of Counsel Regarding W.R. Grace & Company's Motions to Compel Discovery Materials from the DII Industries. | 350.00/hr | 105.00 |
| 10/4/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Transcript of Hearing held on September 24, 2007 before the Honorable Judith K. Fitzgerald. | 350.00/hr | 105.00 |
| | E-mail from David Thompson concerning meeting with Tay and Pasparakis. | | 70.00 |
| | | 350.00/hr | |
| | E-mail from Careen Hannouche concerning scheduling teleconference. | | 70.00 |
| | | 350.00/hr | |
| | E-mail from Ana Dobson concerning e-mail of September 19, 2007. | | 70.00 |
| | | 350.00/hr | |

Lauzon Belanger, inc.                                                                                          Page    60

|  |  | Rate | Amount |
|---|---|---|---|
| 10/4/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Notice of Service of Omnibus Notice of Deposition Duces Tecum of Expert Witnesses for W.R. Grace & Co., et. al. Filed by David Austern, Official Committee of Asbestos Personal Injury Claimants. | 350.00/hr | 105.00 |
| 10/5/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Service Future Claimants' Representative's Notice of Filing of Supplemental/Rebuttal Estimation Expert Report of P.J. Eric Stallard, A.S.A., M.A.A.A., F.C.A. In Connection with Asbestos Personal Injury Estimation. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.   Retrieved and reviewed Notice of Deposition and Subpoena Filed by W.R. Grace & Co., et al. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Deposition First Amended for John L. Mekus Filed by W.R. Grace & Co., et al. | 350.00/hr | 105.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.   Retrieved and reviewed Notice of Deposition First Amended for Celotex Asbestos Settlement Trust Filed by W.R. Grace & Co., et al. | 350.00/hr | 140.00 |
| 10/8/2007 | retrieval and research re: cross-border insolvency; Research | 125.00/hr | 250.00 |
|  | Continued review of Motion of Debtors for Orders Approving Cross-Border Insolvency Protocol. | 350.00/hr | 1,750.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Notice of Deposition First Amended for Steven Kazan Filed by W.R. Grace & Co., et al. | 350.00/hr | 105.00 |
| 10/9/2007 | E-mail from Careen Hannouche concerning moving teleconference. | 350.00/hr | 70.00 |
|  | E-mail from David Thompson concerning teleconference. | 350.00/hr | 70.00 |
|  | E-mail from Careen Hannouche concerning change to time of teleconference. | 350.00/hr | 70.00 |
|  | E-mail from Careen Hannouche. | 350.00/hr | 70.00 |
|  | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Reviewed Certificate of No Objection Regarding Debtors' Motion for an Order Authorizing the Optimization Plan (related document(s)[16861] ) Filed by W.R. Grace & Co., et al. | 350.00/hr | 70.00 |

Lauzon Belanger, inc.                                                                                      Page    61

|  |  | Rate | Amount |
|---|---|---|---|
| 10/9/2007 | E-mail from Careen Hannouche. | 350.00/hr | 70.00 |
| | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Amended Motion to File Under Seal/Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal the Unredacted Versions of the Expert Rebuttal Reports of Dr. Mark Peterson and Stephen M. Snyder (related document(s)[16922] ) Filed by Official Committee of Asbestos Personal Injury Claimants. | 350.00/hr | 140.00 |
| 10/12/2007 | Prepare for telephonic conference with Canadian ZAI counsel. | 350.00/hr | 700.00 |
| | Attend telephonic conference with Canadian ZAI counsel to review strategy. | 350.00/hr | 525.00 |
| 10/13/2007 | E-mail from DEBdb_ECF_Reply@deb.uscourts.gov.  Retrieved and reviewed Brief / Supplemental Post-Hearing Memorandum re Canadian Statute of Limitations (related document(s)[14597] ) Filed by Anderson Memorial Hospital. | 350.00/hr | 700.00 |
| 10/16/2007 | Retrieved and reviewed Notice of Deposition (Second Amended) and Subpoena Filed by W.R. Grace & Co., et al. | 350.00/hr | 70.00 |
| | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. GRACE & CO.. Hearing scheduled for 10/25/2007 at 02:00 PM at United States Bankruptcy Court - District of Western PA, Pittsburgh, PA. | 350.00/hr | 105.00 |
| 10/17/2007 | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Deposition - First Amended Notice of Deposition and Subpoena (William B. Nurre for Eagle Picher Industries, Inc) Filed by W.R. Grace & Co., et al. | 350.00/hr | 105.00 |
| | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Certification of Counsel Regarding Order Disallowing and Expunging Additional Property Damage Claim (related document(s)[15988], [15625], [9315] ) Filed by W.R. Grace & Co., et al. | 350.00/hr | 105.00 |
| 10/19/2007 | Reviewed Debtors' Expedited Motion For Relief From The October 31 Discovery Cut-Off Date for Deposing Certain Lawyers Named as Fact Witnesses.  Reviewed docket for other filings related thereto. | 350.00/hr | 525.00 |
| 10/22/2007 | Telephone call to Ed Westbrook, telephone call to William Sullivan.  Reviewed various motions filed by the Debtors. | 350.00/hr | 385.00 |

Lauzon Belanger, inc.                                                                                      Page    62

|  | | Rate | Amount |
|---|---|---|---|

10/22/2007  Reviewed Order Dismissing Without Prejudice Debtors' Expedited Motion for
Relief from the October 31st Discovery Cut-Off Date for Deposing Certain                  350.00/hr                     105.00
Lawyers Named as Fact Witnesses.

Retrieved and reviewed Omnibus Objection to Claims [Twenty-Fourth]
(Substantive and Non-Substantive). Filed by W.R. Grace & Co., et al..                      350.00/hr                     140.00

10/23/2007  Reviewed message from Ed Westbrook;  email to Canadian counsel on
communication with Ed Westbrook.                                                                          350.00/hr                     175.00

Retrieved and reviewed Objection to Grace's Motion for Relief from the
October 31st Discovery Cut-Off Date for Deposing Certain Lawyers Named as                 350.00/hr                     175.00
Fact Witnesses Filed by Official Committee of Asbestos Personal Injury
Claimants (Attachments: # (1) Exhibit 1# (2) Exhibit 2# (3) Exhibit 2 Part 2# (4)
Exhibit 3# (5) Exhibit 4# (6) Exhibit 5#.

Retrieved and reviewed Memorandum of Law Future Claimants'
Representative's Memorandum in Support and Joinder in the Official                           350.00/hr                     105.00
Committee of Asbestos Personal Injury Claimants' Opposition of Debtors'
Expedited Motion for Relief from the October 31st Discovery Cut-Off Date for
Deposing Certain Lawyers Named as Fact Witnesses.

Retrieved and reviewed Notice of Deposition - First Amended Notice of
Deposition and Subpoena (UNR Asbestos-Disease Claims Trust) Filed by                      350.00/hr                     105.00
W.R. Grace & Co.

10/24/2007  Retrieved and reviewed Amended Agenda for hearing set for October 25,
2007.                                                                                                                      350.00/hr                     105.00

10/25/2007  Attended Omnibus hearing (telephonically).                                                                                1,050.00
                                                                                                                              350.00/hr

10/26/2007  E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.
Retrieved and reviewed Debtors' Reply to Anderson Memorial Hospital's Post                350.00/hr                     245.00
Hearing Memorandum Re: Canadian Statute of Limitations.

10/29/2007  E-mail correspondence with Edward Westbrook concerning reply brief in its
dispute with Anderson Memorial Hospital, asserting that Canadian law runs                   350.00/hr                     105.00
the statute of limitations from the date of installation.

10/30/2007  E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.
Retrieved and reviewed Status Report Debtors' Twenty-Fifth Quarterly Report               350.00/hr                     105.00
Of Settlements From July 1, 2007 Through September 30, 2007 In
Accordance With That Certain Amended Order Authorizing And Approving An
Omnibus Procedure For Settling Certain Claims And Causes Of Action
Brought By Or Against The Debtors In A Judicial, Administrative, Arbitral Or
Other Action Or Proceeding Filed by W.R. Grace & Co., et al.

Lauzon Belanger, inc.                                                                                           Page    63

|  | | Rate | Amount |
|--|--|------|--------|

SUBTOTAL:                                                                    [    10,610.00]

November 2007

| | | | Rate | Amount |
|--|--|--|--|--|
| 11/5/2007 | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Plan of Reorganization under Chapter 11 of the Bankruptcy Code of the Official Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representive for W.R.Grace & Co., et al., dated as of November 5, 2007, and (ii) Glossary of Terms Used in Plan Documents (related document(s)[17306], [17307]. | | 350.00/hr | 700.00 |
| 11/6/2007 | E-mail correspondence with 'Careen Hannouche';David Thompson;Matt Moloci;Keith Ferbers transmitting Attached is the Chapter 11 Plan of Reorganization of the Official Committee of Asbestos Personal Injury Claimants and the Future Claimants' Representative for W.R.Grace & Co., et al., dated as of November 5, 2007 Filed by David Austern, Official Committee of Asbestos Personal Injury Claimants as well as the Plan Supplement Glossary of Terms Used in Plan Documents Filed by David Austern, Official Committee of Asbestos Personal Injury Claimants. | | 350.00/hr | 105.00 |
| 11/12/2007 | E-mail correspondence with Keith Ferbers concerning issues related to the plan of reorganization. | | 350.00/hr | 105.00 |
| 11/13/2007 | Attended hearing before Judge Fitzgerald on Tersigni matter. | | 350.00/hr | 175.00 |
| 11/19/2007 | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Transcript of Joint Hearing Held Before the Honorable Judith K. Fitzgerald On November 13, 2007 at 1:00 PM. | | 350.00/hr | 105.00 |
| | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice of Agenda of Matters Scheduled for Hearing Filed by W.R. Grace & Co., et al.. Hearing scheduled for 11/26/2007 at 02:00 PM. | | 350.00/hr | 105.00 |
| 11/26/2007 | Attended omnibus hearing for status update on ZAI claims. | | 350.00/hr | 1,400.00 |
| 11/27/2007 | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order Amending Case Management Order With Respect To Identification of Judge Fitzgerald's Delaware Courtroom Deputy. | | 350.00/hr | 105.00 |
| | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Order Setting Omnibus Hearing Dates. | | 350.00/hr | 105.00 |
| 11/30/2007 | Retrieved and reviewed Revised and Amended Case Management Order for Estimation of PI claims. | | 350.00/hr | 105.00 |

Lauzon Belanger, inc.                                                                                  Page    64

|  | Rate | Amount |
|---|---|---|

SUBTOTAL:                                                              [    3,010.00]

December 2007

| Date | Description | Rate | Amount |
|---|---|---|---|
| 12/4/2007 | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Transcript of Hearing held on November 26, 2007 before the Honorable Judith K. Fitzgerald. | 350.00/hr | 140.00 |
| 12/5/2007 | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Order (Revised & Amended) For The Estimation of Asbestos Personal Injury Liabilities (related document(s)[16468] ) Order Signed on 12/5/2007. | 350.00/hr | 140.00 |
| 12/7/2007 | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Memorandum Affirming Bankruptcy's Court Order Dated April 17, 2007. | 350.00/hr | 175.00 |
|  | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Memorandum of Law Official Committee of Equity Security Holders' Memorandum In Support of Debtors' Motion to Exclude Certain Expert Opinions Relating to Current and Future Asbestos Personal Injury Liability Filed by Official Committee of Equity Holders. | 350.00/hr | 210.00 |
| 12/8/2007 | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Omnibus Motion to Reject -- The Official Committee of Asbestos Personal Injury Claimants' Omnibus Motion to Exclude or Limit Testimony Pursuant to Daubert and Rules 702 and 703 of the Federal Rules of Evidence Filed by Official Committee of Asbestos Personal Injury Claimants. | 350.00/hr | 210.00 |
|  | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Motion to Seal (RE: related document(s)[17581] Motion to Reject (B), Motion to Reject (B), Motion to Reject (B)). -- Motion for an Order Pursuant to Section 107(b) of the Bankruptcy Code, Rule 9018 of the Federal Rules of Bankruptcy Procedure, and Local Rule 9018-1(b) Authorizing the Official Committee of Asbestos Personal Injury Claimants, and Directing the Clerk of the Court, to File Under Seal the Official Committee of Asbestos Personal Injury Claimants' Omnibus Motion to Exclude or Limit Testimony Pursuant to Daubert and Rules 702 and 703 of the Federal Rules of Evidence Filed by Official Committee of Asbestos Personal Injury Claimants. | 350.00/hr | 140.00 |
|  | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Motion of Future Claimants' Representative to Preclude Testimony of Debtors' Experts Dr. B. Thomas Florence, Dr. Elizabeth L. Anderson, Dr. Suresh Moolgavkar, Dr. Peter S. J. Lees and Dr. Richard J. Lee Pursuant to Rules 702, 703 and 403 of the Federal Rules of Evidence and Exhibits Thereto [FILED UNDER SEAL]. (related document(s)[17583] ) Filed by David Austern. | 350.00/hr | 140.00 |

Lauzon Belanger, inc.                                                                                                  Page    65

|  |  |  | Rate | Amount |
|---|---|---|---|---|

12/8/2007  E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Grace's Motion to Exclude Expert Opinions in Connection with the Estimation of its Current and Future Asbestos Personal-Injury Liability Filed by W.R. Grace & Co., et al.
350.00/hr — 175.00

E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Memorandum of Law /Grace's Memorandum in Support of its Motion to Exclude Expert Opinions in Connection with the Estimation of its Current and Future Asbestos Personal Injury Liability.
350.00/hr — 175.00

E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Exhibit to Grace's Memorandum in Support of its Motion to Exclude Expert Opinions in Connection with the Estimation of its Current and Future Asbestos Personal Injury Liability pt 1 of 3 (related document(s)[17586] ) Filed by W.R. GRACE & CO.. (Attachments: # (1) Exhibit 2# (2) Exhibit 3# (3) Exhibit 4# (4) Exhibit 5# (5) Exhibit 6# (6) Exhibit 7# (7) Exhibit 8# (8) Exhibit 9# (9) Exhibit 10# (10) Exhibit 11# (11) Exhibit 12# (12) Exhibit 13# (13) Exhibit 14# (14) Exhibit 15# (15) Exhibit 16# (16) Exhibit 17# (17) Exhibit 18# (18) Exhibit 19# (19) Exhibit 20).
350.00/hr — 175.00

12/10/2007  E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Notice of Agenda of Matters Scheduled for Hearing on December 17, 2007 at 2:00 p.m. in Pittsburgh, Pennsylvania Filed by W.R. Grace & Co., et al.
350.00/hr — 105.00

12/11/2007  E-mail correspondence with Karen E. Harvey.   Reviewed telephonic court reservation.
350.00/hr — 70.00

12/14/2007  E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Notice Regarding Court Call Availability for Estimation Hearing Commencing on January 14, 2008 at 9:00 AM.
350.00/hr — 140.00

12/17/2007  Attended Omnibus hearing (telephonic).
350.00/hr — 700.00

Email to Careen with update on omnibus hearing.
350.00/hr — 70.00

12/20/2007  E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Reviewed Transcript of Hearing held on December 11, 2007 before the Honorable Judith K. Fitzgerald.
350.00/hr — 245.00

E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Stipulation Withdrawing Debtors' Motion to Strike Untimely Expert Materials and Outlining Agreement Thereon By W.R. Grace & Co., et al.
350.00/hr — 105.00

Lauzon Belanger, inc.                                                                                        Page    66

|  |  | Rate | Amount |
|---|---|---|---|

12/20/2007 E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.
Reviewed Notice of Agenda of Matters Scheduled for Hearing. (related
document(s)[17672], [17649] ) Filed by W.R. GRACE & CO.. Hearing
scheduled for 12/20/2007 at 02:30 PM.                         350.00/hr                 105.00

12/21/2007 E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.
Retrieved and reviewed Debtors' Witness Disclosure (related
document(s)[17550] ) Filed by W.R. Grace & Co., et al.        350.00/hr                 105.00

E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.
Retrieved and reviewed Notice of Service -- Official Committee of Asbestos
Personal Injury Claimants List of the Witnesses that it Intends to Call at the
Hearing for the Estimation of Asbestos Personal Injury Liabilities Filed by
Official Committee of Asbestos Personal Injury Claimants.    350.00/hr                 175.00

E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.
Retrieved and reviewed The Official Committee of Asbestos Personal Injury
Claimants' Response to Grace and the Equity Committee's Motions to Exclude
or Limit Expert Testimony (SEALED) (related document(s)[17588], [17586],
[17620], [17577], [17585], [17589], [17587] ) Filed by Official Committee of
Asbestos Personal Injury Claimants.                          350.00/hr                 175.00

E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.
Retrieved and reviewed Grace's Memorandum In Opposition To Claimants'
Motions To Exclude Expert Testimony (related document(s)[17581], [17584] )
Filed by W.R. Grace & Co., et al.                            350.00/hr                 140.00

E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.
Retrieved and reviewed Exhibit 1 through 20 to Grace's Memorandum In
Opposition To Claimants' Motions To Exclude Expert Testimony (related
document(s)[17695] ) Filed by W.R. Grace & Co., et al.. (Attachments: # (1)
Exhibit 2# (2) Exhibit 3# (3) Exhibit 4# (4) Exhibit 5# (5) Exhibit 6# (6) Exhibit
7# (7) Exhibit 8# (8) Exhibit 9# (9) Exhibit 10# (10) Exhibit 11# (11) Exhibit 12#
(12) Exhibit 13# (13) Exhibit 14# (14) Exhibit 15# (15) Exhibit 16# (16) Exhibit
17# (17) Exhibit 18# (18) Exhibit 19# (19) Exhibit 20).       350.00/hr                 350.00

E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.
Retrieved and reviewed Future Claimants' Representative's Opposition to
Motions of W.R. Grace and Official Committee of Equity Security Holders to
Exclude Expert Opinions in Connection with the Estimation of Grace's Current
and Future Asbestos Personal Injury Liability (SEALED) (related
document(s)[17588], [17586], [17620], [17577], [17585], [17589], [17587] )
Filed by David Austern.                                      350.00/hr                 210.00

E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov.
Retrieved and reviewed -- Future Claimants' Representative's Disclosure of
Witnesses He May Call at the Asbestos Personal Injury Estimation Hearing    350.00/hr                 140.00

Lauzon Belanger, inc.                                                                                    Page    67

|  |  | Rate | Amount |
|---|---|---|---|
| 12/22/2007 | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Exhibits 61 through 80 to Grace's Memorandum In Opposition to Claimants' Motion to Exclude Expert Testimony. | 350.00/hr | 350.00 |
|  | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Exhibit 81 through 90 to Grace's Memorandum In Opposition To Claimants' Motions To Exclude Expert Testimony. | 350.00/hr | 175.00 |
|  | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Exhibit 91 through 96 to Grace's Memorandum In Opposition To Claimants' Motions To Exclude Expert Testimony. | 350.00/hr | 140.00 |
|  | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Exhibit 97 through 100 to Grace's Memorandum In Opposition To Claimants' Motions To Exclude Expert Testimony. | 350.00/hr | 140.00 |
|  | E-mail correspondence with DEBdb_ECF_Reply@deb.uscourts.gov. Retrieved and reviewed Exhibit 101 through 116 of Grace's Memorandum In Opposition To Claimants' Motions To Exclude Expert Testimony (related document(s)[17695] ) Filed by W.R. Grace & Co., et al.. | 350.00/hr | 385.00 |

SUBTOTAL:                                                                        [        5,705.00]