**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | **Jointly Administered** |
| Debtors. | ) | |
| | ) | Objection Deadline: November 26, 2008 |
| | ) | Hearing Date: December 15, 2008 @ 2:00 p.m. |
| | ) | |

**ORDER GRANTING THE FIRST AND FINAL APPLICATION**
**OF CANADIAN ZAI CLAIMANTS PURSUANT TO 11 U.S.C. §§ 503(b)(3)(D) AND (b)(4)**
**FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES INCURRED IN MAKING**
**SUBSTANTIAL CONTRIBUTION FOR THE PERIOD FROM**
**JUNE 22, 2006 THROUGH AUGUST 31, 2008**

Lauzon Bélanger S.E.N.C.R.L. and Scarfone Hawkins LLP, as Representative Counsel ("Representative Counsel") to Canadian Zonolite Attic Insulation Claimants, in the above-captioned bankruptcy case, having filed its First and Final Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses incurred in Making Substantial Contribution for the Period from June 22, 2006 through August 31, 2008 (the "Application"); and the Court having reviewed the Application and exhibits related thereto; and in accordance with the Minutes of Settlement; and the Court having been satisfied that sufficient notice of the Application has been provided and that no other or further notice is required; and the Court having afforded all persons with standing an opportunity to be heard on the Application at a hearing held to consider approval of the Application;

NOW THEREFORE, IT IS HEREBY ORDERED THAT:

    1.    The Application is GRANTED.

2. Capitalized terms not otherwise defined herein have the meaning given to them in the Application.

3. Representative Counsel is awarded on a final basis the sum of $321,109.00 as compensation for necessary professional services and $11,566.90 for actual and necessary costs and expenses paid to The Hogan Firm for the period June 22, 2006 through August 31, 2008.

4. The Debtors shall distribute such sums to Representative Counsel less any amounts previously paid to Representative Counsel, pursuant to the Minutes of Settlement.

5. This Court retains jurisdiction to interpret, implement and enforce the provisions of this Order.

Dated: _____, 2008
Wilmington, Delaware

                                                                                                                                                  _____
United States Bankruptcy Judge