

October 30, 2008

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   147763

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH September 30, 2008

### CLIENT SUMMARY

BALANCE AS OF- 09/30/08

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $76.00 | $7,416.94 | $7,492.94 |
| 03 - Creditors Committee - .15539 | $3,003.50 | $0.00 | $3,003.50 |
| 07 - Applicant's Fee Application - .15543 | $978.50 | $0.00 | $978.50 |
| 08 - Hearings - .15544 | $8,285.00 | $0.00 | $8,285.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $1,410.50 | $0.00 | $1,410.50 |
| 18 - Plan & Disclosure Statement - .15554 | $14,525.50 | $0.00 | $14,525.50 |
| 30 - Fee Application of Others - .17781 | $520.00 | $0.00 | $520.00 |
| 38 - ZAI Science Trial - .17905 | $7,009.00 | $0.00 | $7,009.00 |
| *Client Total* | *$35,808.00* | *$7,416.94* | *$43,224.94* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|-------------------------|---------|-----------|-------------|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 11.20 | $675.00 | $7,560.00 |
| Flores, Luisa M | 7.60 | $200.00 | $1,520.00 |
| Sakalo, Jay M | 32.60 | $455.00 | $14,833.00 |
| Snyder, Jeffrey I | 1.90 | $275.00 | $522.50 |
| Kramer, Matthew I | 17.80 | $380.00 | $6,764.00 |
| Testa Mehdipour, Nicole | 0.20 | $370.00 | $74.00 |
| Aftimos, Corinne | 10.90 | $225.00 | $2,452.50 |
| Rojas, Susana | 0.70 | $190.00 | $133.00 |
| Botros, Paul M | 3.10 | $310.00 | $961.00 |
| Slanker, Jeffrey | 5.20 | $190.00 | $988.00 |

*TOTAL PROFESSIONAL FEES THIS PERIOD*     **$35,808.00**

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---------------------------------------|------------|
| Federal Express | $22.99 |
| Long Distance Telephone | $230.74 |
| Long Distance Telephone-Outside Services | $1,497.19 |
| Miscellaneous Costs | $4,925.00 |
| Pacer - Online Services | $379.36 |
| Westlaw-Online Legal Research | $8.56 |
| Copies | $353.10 |

*TOTAL COSTS ADVANCED THIS PERIOD*     **$7,416.94**

**TOTAL BALANCE DUE THIS PERIOD**     **$43,224.94**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

**RE:  01- Case Administration**

09/11/08   MIK     0.20       76.00    Review docket (.2).

**PROFESSIONAL SERVICES**                                                      **$76.00**

### COSTS ADVANCED

| | | |
|---|---|---|
| 07/31/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/29/08-08/27/08; DATE: 8/27/2008  -  Acct. #5306220025395504 | 77.00 |
| 07/31/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/29/08-08/27/08; DATE: 8/27/2008  -  Acct. #5306220025395504 | 83.50 |
| 08/01/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/29/08-08/27/08; DATE: 8/27/2008  -  Acct. #5306220025395504 | 116.00 |
| 08/01/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/29/08-08/27/08; DATE: 8/27/2008  -  Acct. #5306220025395504 | 116.00 |
| 08/01/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/29/08-08/27/08; DATE: 8/27/2008  -  Acct. #5306220025395504 | 122.50 |
| 08/01/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/29/08-08/27/08; DATE: 8/27/2008  -  Acct. #5306220025395504 | 122.50 |
| 08/04/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 816641676; DATE: 9/1/2008  -  Account# 5306-2200-2539-5504 | 8.56 |
| 08/07/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01708067; DATE: 8/31/2008  -  Account# 306300 | 51.39 |
| 08/07/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/29/08-08/27/08; DATE: 8/27/2008  -  Acct. #5306220025395504 | 38.00 |
| 08/14/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01708067; DATE: 8/31/2008  -  Account# 306300 | 12.21 |
| 08/20/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 07/29/08-08/27/08; DATE: 8/27/2008  -  Acct. #5306220025395504 | 25.00 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| | | |
|---|---|---|
| 08/20/08 | Long Distance Telephone-Outside Services COURT/USBC-FL-S  -  VENDOR: DINERS CLUB; INVOICE#: 07/29/08-08/27/08; DATE: 8/27/2008  -  Acct. #5306220025395504 | 26.00 |
| 08/21/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01708067; DATE: 8/31/2008  -  Account# 306300 | 28.42 |
| 08/24/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01708067; DATE: 8/31/2008  -  Account# 306300 | 0.34 |
| 08/28/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01708067; DATE: 8/31/2008  -  Account# 306300 | 28.77 |
| 08/29/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01708067; DATE: 8/31/2008  -  Account# 306300 | 0.56 |
| 09/02/08 | Long Distance Telephone 1(207)415-1953; 14 Mins. | 19.46 |
| 09/02/08 | Long Distance Telephone 1(740)244-9653; 1 Mins. | 1.39 |
| 09/02/08 | Long Distance Telephone 1(734)498-9761; 18 Mins. | 26.41 |
| 09/02/08 | Long Distance Telephone 1(740)244-9653; 14 Mins. | 19.46 |
| 09/02/08 | Long Distance Telephone 1(864)895-0459; 7 Mins. | 9.73 |
| 09/03/08 | Long Distance Telephone 1(803)943-8094; 1 Mins. | 1.39 |
| 09/08/08 | Long Distance Telephone 1(843)987-0794; 11 Mins. | 16.68 |
| 09/09/08 | Long Distance Telephone 1(509)869-3686; 1 Mins. | 1.39 |
| 09/09/08 | Long Distance Telephone 1(573)221-7374; 1 Mins. | 1.39 |
| 09/09/08 | Long Distance Telephone 1(330)864-7546; 15 Mins. | 22.24 |
| 09/09/08 | Long Distance Telephone 1(603)463-7640; 12 Mins. | 16.68 |
| 09/09/08 | Long Distance Telephone 1(920)277-0303; 1 Mins. | 1.39 |
| 09/09/08 | Long Distance Telephone 1(574)229-1350; 2 Mins. | 4.17 |
| 09/09/08 | Long Distance Telephone 1(662)324-4999; 6 Mins. | 9.73 |
| 09/09/08 | Long Distance Telephone 1(509)455-3966; 10 Mins. | 13.90 |
| 09/09/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 08/27/08-09/26/08; DATE: 9/26/2008  -  Acct. #5306220025395504 | 38.00 |
| 09/09/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 08/27/08-09/26/08; DATE: 9/26/2008  -  Acct. #5306220025395504 | 38.00 |
| 09/09/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 08/27/08-09/26/08; DATE: 9/26/2008  -  Acct. #5306220025395504 | 38.00 |
| 09/09/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 08/27/08-09/26/08; DATE: 9/26/2008  -  Acct. #5306220025395504 | 38.00 |

| Date | Description | Amount |
|---|---|---|
| 09/09/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 08/27/08-09/26/08; DATE: 9/26/2008  -  Acct. #5306220025395504 | 38.00 |
| 09/09/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 08/27/08-09/26/08; DATE: 9/26/2008  -  Acct. #5306220025395504 | 38.00 |
| 09/10/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 08/27/08-09/26/08; DATE: 9/26/2008  -  Acct. #5306220025395504 | 31.50 |
| 09/11/08 | Long Distance Telephone 1(212)813-1703; 16 Mins. | 22.24 |
| 09/11/08 | Long Distance Telephone-Outside Services Court Call - USBC-FL-N-E - VENDOR: DINERS CLUB; INVOICE#: 08/27/08-09/26/08; DATE: 9/26/2008  -  Acct. #5306220025395504 | 150.00 |
| 09/12/08 | Long Distance Telephone 1(508)944-6376; 1 Mins. | 1.39 |
| 09/12/08 | Long Distance Telephone 1(937)426-0988; 7 Mins. | 11.12 |
| 09/18/08 | Long Distance Telephone 1(212)813-1703; 9 Mins. | 12.51 |
| 09/24/08 | Long Distance Telephone 1(310)743-1886; 13 Mins. | 18.07 |
| 09/24/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 08/27/08-09/26/08; DATE: 9/26/2008  -  Acct. #5306220025395504 | 239.50 |
| 09/26/08 | Federal Express VENDOR: FEDERAL EXPRESS CORP. INVOICE#: 293814763 DATE: 10/1/2008 | 22.99 |
| 09/30/08 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/08-09/30/08; DATE: 10/3/2008  -  Account#RB0120 Billing Period: 07/01/08 to 09/30/08 | 25.60 |
| 09/30/08 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/08-09/30/08; DATE: 10/3/2008  -  Account#RB0120 Billing Period: 07/01/08 to 09/30/08 | 336.64 |
| 09/30/08 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/08-09/30/08; DATE: 10/3/2008  -  Account#RB0120 Billing Period: 07/01/08 to 09/30/08 | 9.36 |
| 09/30/08 | Pacer - Online Services VENDOR: PACER SERVICE CENTER; INVOICE#: 07/01/08-09/30/08; DATE: 10/3/2008  -  Account#RB0120 Billing Period: 07/01/08 to 09/30/08 | 7.76 |
| 09/30/08 | Miscellaneous Costs      Professional/Expert fees related to PD Estimation for August 2008   $ 4,925.00 | 4,925.00 |
| 09/29/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/22/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/11/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/11/08 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 09/11/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/11/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 09/11/08 | Copies 7 pgs @ 0.10/pg | 0.70 |



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 09/11/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/11/08 | Copies 13 pgs @ 0.10/pg | 1.30 |
| 09/12/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/16/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 09/16/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 09/17/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/20/08 | Copies 508 pgs @ 0.10/pg | 50.80 |
| 09/20/08 | Copies 604 pgs @ 0.10/pg | 60.40 |
| 09/02/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/03/08 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 09/04/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 09/04/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/08/08 | Copies 58 pgs @ 0.10/pg | 5.80 |
| 09/08/08 | Copies 37 pgs @ 0.10/pg | 3.70 |
| 09/09/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 09/09/08 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 09/09/08 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 09/09/08 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 09/23/08 | Copies 15 pgs @ 0.10/pg | 1.50 |
| 09/23/08 | Copies 151 pgs @ 0.10/pg | 15.10 |
| 09/24/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/24/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/24/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/24/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/24/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/24/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/24/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/24/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/24/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/24/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/24/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/24/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/24/08 | Copies 127 pgs @ 0.10/pg | 12.70 |
| 09/25/08 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 09/25/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/26/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/26/08 | Copies 49 pgs @ 0.10/pg | 4.90 |
| 09/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/26/08 | Copies 62 pgs @ 0.10/pg | 6.20 |
| 09/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/26/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/26/08 | Copies 22 pgs @ 0.10/pg | 2.20 |

| 09/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/26/08 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 09/26/08 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 09/26/08 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 09/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/26/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/26/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/26/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/26/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/26/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 09/26/08 | Copies 65 pgs @ 0.10/pg | 6.50 |
| 09/26/08 | Copies 71 pgs @ 0.10/pg | 7.10 |
| 09/29/08 | Copies 65 pgs @ 0.10/pg | 6.50 |
| 09/29/08 | Copies 71 pgs @ 0.10/pg | 7.10 |
| 09/29/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/08 | Copies 128 pgs @ 0.10/pg | 12.80 |
| 09/29/08 | Copies 49 pgs @ 0.10/pg | 4.90 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 62 pgs @ 0.10/pg | 6.20 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/29/08 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 09/29/08 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 09/29/08 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 127 pgs @ 0.10/pg | 12.70 |

| 09/29/08 | Copies 151 pgs @ 0.10/pg | 15.10 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 09/29/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 09/29/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/08 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 8 pgs @ 0.10/pg | 0.80 |
| 09/29/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/29/08 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 09/29/08 | Copies 128 pgs @ 0.10/pg | 12.80 |
| 09/29/08 | Copies 49 pgs @ 0.10/pg | 4.90 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 62 pgs @ 0.10/pg | 6.20 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/29/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 09/29/08 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 09/29/08 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/29/08 | Copies 109 pgs @ 0.10/pg | 10.90 |
| 09/29/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 09/29/08 | Copies 1 pgs @ 0.10/pg | 0.10 |

**TOTAL COSTS ADVANCED**                                                **$7,416.94**

**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.20 | $380.00 | $76.00 |
| *TOTAL* | *0.20* | | *$76.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Federal Express | $22.99 |
| Long Distance Telephone | $230.74 |
| Long Distance Telephone-Outside Services | $1,497.19 |
| Miscellaneous Costs | $4,925.00 |
| Pacer - Online Services | $379.36 |
| Westlaw-Online Legal Research | $8.56 |
| Copies | $353.10 |
| *TOTAL* | *$7,416.94* |

**CURRENT BALANCE DUE THIS MATTER**                                **$7,492.94**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15539**

**RE: 03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 09/04/08 | JMS | 0.30 | 136.50 | E-mails regarding Committee call. |
| 09/10/08 | JMS | 0.20 | 91.00 | E-mail to Committee regarding hearing transcript. |
| 09/11/08 | JMS | 0.10 | 45.50 | E-mail to Committee regarding weekly call. |
| 09/18/08 | JMS | 0.60 | 273.00 | E-mail from R. Levy regarding call (.1); e-mail to D. Speights regarding same (.2); telephone conference with G. Boyer regarding transition of work (.3). |
| 09/23/08 | SLB | 0.60 | 405.00 | Telephone call from E. Westbrook regarding FCR (.2); memo to committee regarding same (.4). |
| 09/29/08 | SLB | 1.70 | 1,147.50 | Prepare and conduct meeting and email to D. Bernick regarding same (1.7). |
| 09/29/08 | JMS | 0.80 | 364.00 | Prepare for and hold committee call. |
| 09/29/08 | JIS | 1.00 | 275.00 | Committee call and follow up to same. |
| 09/29/08 | MIK | 0.70 | 266.00 | Committee call. |

**PROFESSIONAL SERVICES** $3,003.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 2.30 | $675.00 | $1,552.50 |
| Sakalo, Jay M | 2.00 | $455.00 | $910.00 |
| Kramer, Matthew I | 0.70 | $380.00 | $266.00 |
| Snyder, Jeffrey I | 1.00 | $275.00 | $275.00 |
| *TOTAL* | *6.00* | | *$3,003.50* |

**CURRENT BALANCE DUE THIS MATTER** $3,003.50

**Atty – SLB**
**Client No.: 74817/15543**

**RE: 07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 09/03/08 | JIS | 0.10 | 27.50 | Attention to 29th quarterly and confer with L. Flores thereon. |
| 09/05/08 | JIS | 0.10 | 27.50 | Conference with L. Flores regarding review of quarterly. |
| 09/09/08 | SR | 0.70 | 133.00 | Attention to analyzing 29th quarterly fee application and forwarding to L. Flores for M. Kramer's review. |
| 09/12/08 | LMF | 1.30 | 260.00 | Revise and finalize Bilzin Sumberg quarterly fee application and send to local counsel for filing and service. |
| 09/17/08 | LMF | 0.90 | 180.00 | Attend to finalizing monthly fees for Bilzin for August 2008. |
| 09/22/08 | JIS | 0.30 | 82.50 | Initial review of August prebill. |
| 09/23/08 | JMS | 0.10 | 45.50 | E-mail to L. Flores regarding Fee chart. |
| 09/23/08 | JIS | 0.20 | 55.00 | Further review of August prebill. |
| 09/26/08 | LMF | 0.70 | 140.00 | Review email of proposed fees and costs for 28th interim quarterly fee application and respond to same. |
| 09/29/08 | JIS | 0.10 | 27.50 | Conference with L. Flores regarding status of August monthly and attention to same. |

**PROFESSIONAL SERVICES**                                                                                              **$978.50**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.10 | $455.00 | $45.50 |
| Snyder, Jeffrey I | 0.80 | $275.00 | $220.00 |
| Flores, Luisa M | 2.90 | $200.00 | $580.00 |
| Rojas, Susana | 0.70 | $190.00 | $133.00 |
| *TOTAL* | *4.50* | | *$978.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                                          **$978.50**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

**RE:  08 - Hearings**

| | | | | |
|---|---|---|---|---|
| 09/02/08 | SLB | 0.50 | 337.50 | Telephonic participation in omnibus hearing (.5). |
| 09/02/08 | JMS | 1.20 | 546.00 | Prepare for and attend omnibus hearing by telephone. |
| 09/02/08 | JS | 0.10 | 19.00 | Finalize hearing notebook |
| 09/15/08 | SLB | 0.20 | 135.00 | Email from and to D. Speights regarding 9/29 hearing (.2). |
| 09/15/08 | JMS | 0.30 | 136.50 | Review preliminary agenda for 9/29 hearing. |
| 09/24/08 | LMF | 0.70 | 140.00 | Work with project assistant on setting up all court calls for omnibus hearing on Grace and with preparation for hearing. |
| 09/24/08 | JS | 1.60 | 304.00 | Attention to setting up counsel to attend omnibus hearing telephonically, as well as emailing confirmation of telephonic appearance to counsel |
| 09/25/08 | LMF | 0.30 | 60.00 | Coordinate preparation for hearing. |
| 09/25/08 | JS | 0.10 | 19.00 | Attention to preparation of hearing notebook for 9/29 omnibus hearing |
| 09/26/08 | JMS | 0.30 | 136.50 | E-mails with R. Levy regarding telephonic attendance of hearing. |
| 09/26/08 | JS | 0.30 | 57.00 | Attention to the verification of parties to appear electronically at 9/29 omnibus hearing |
| 09/29/08 | SLB | 4.30 | 2,902.50 | Court appearance via telephone regarding various matters and bank interest (4.3). |
| 09/29/08 | JMS | 4.00 | 1,820.00 | Attend omnibus hearing. |
| 09/29/08 | MIK | 4.20 | 1,596.00 | Attend hearing telephonically. |
| 09/29/08 | JS | 0.40 | 76.00 | Review the agenda for omnibus hearing with J. Sakalo. |

**PROFESSIONAL SERVICES**                                                                                      $8,285.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 5.00 | $675.00 | $3,375.00 |
| Sakalo, Jay M | 5.80 | $455.00 | $2,639.00 |
| Kramer, Matthew I | 4.20 | $380.00 | $1,596.00 |
| Flores, Luisa M | 1.00 | $200.00 | $200.00 |
| Slanker, Jeffrey | 2.50 | $190.00 | $475.00 |
| *TOTAL* | *18.50* | | *$8,285.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                                $8,285.00

**Atty – SLB**
**Client No.: 74817/15545**

**RE: 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| 09/08/08 | JMS | 0.70 | 318.50 | Review memorandum opinion denying Anderson motion for leave to appeal (.5); telephone conference from D. Speights regarding questions thereon (.2). |
|----------|-----|------|--------|-----|
| 09/10/08 | JMS | 0.40 | 182.00 | Review motion to approve Cal State settlements and e-mail to S. Baena thereon. |
| 09/11/08 | JMS | 0.40 | 182.00 | E-mails with claimants regarding outstanding objections. |
| 09/16/08 | JMS | 0.80 | 364.00 | Review S&R motion for reconsideration (.5); review Pacific Freeholds settlement agreement (.3). |
| 09/17/08 | JMS | 0.40 | 182.00 | Review PD settlement. |
| 09/25/08 | JMS | 0.40 | 182.00 | Telephone conference with D. Speights regarding proof of claim questions. |

**PROFESSIONAL SERVICES** $1,410.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|------------|-------|------|--------|
| Sakalo, Jay M | 3.10 | $455.00 | $1,410.50 |
| *TOTAL* | *3.10* | | *$1,410.50* |

**CURRENT BALANCE DUE THIS MATTER** $1,410.50

**Atty – SLB**
**Client No.: 74817/15554**

**RE: 18 - Plan & Disclosure Statement**

| Date | Atty | Hrs | Amt | Description |
|---|---|---|---|---|
| 09/09/08 | JMS | 1.80 | 819.00 | Review Debtors' and Bank lender's Briefs regarding default interest. |
| 09/11/08 | SLB | 0.60 | 405.00 | Attention to California state settlement documents (.3); email to and from J. Baer regarding filing of plan and circulate same to PD committee (.3). |
| 09/11/08 | JMS | 0.20 | 91.00 | E-mail from J. Baer regarding plan status. |
| 09/16/08 | JMS | 0.30 | 136.50 | Review Bank Lender's sur-reply. |
| 09/17/08 | JMS | 1.30 | 591.50 | Attention to plan issues. |
| 09/19/08 | JMS | 1.00 | 455.00 | E-mail exchange with D. Rosenbloom regarding Fresnius settlement and research regarding same (.6); review motion to strike sur-reply (.4). |
| 09/20/08 | SLB | 1.10 | 742.50 | Attention to plan and disclosure statement and transmittal of same to committee (1.1). |
| 09/22/08 | JMS | 4.70 | 2,138.50 | Review Grace plan and disclosure statement (4.5); conferences with S. Baena thereon (.5); e-mails with T. Tacconelli regarding exhibit book (.2). |
| 09/23/08 | JMS | 2.50 | 1,137.50 | Telephone conference with R. Wyron regarding Grace plan (.5); conference with D. Cohn regarding same (.6); conference with M. Hurford regarding same (.4); conference with S. Baena regarding ZAI FCR and discussions with E. Westbrook (.4); conference with S. Baena regarding discussions on plan (.3); e-mails regarding committee call (.3). |
| 09/23/08 | MIK | 4.20 | 1,596.00 | Review plan documents (4.2). |
| 09/24/08 | SLB | 1.70 | 1,147.50 | Telephone call to committee vendors to discuss appointment of FCR and telephone call from D. Bernick regarding same (1.5); email to PD committee regarding same (.2). |
| 09/24/08 | JMS | 1.60 | 728.00 | Review certain exhibits from Plan exhibit book (.8); conference with M. Hurford regarding plan (.4); telephone conference with S. Baena, D. Speights regarding same (.4). |
| 09/24/08 | MIK | 2.90 | 1,102.00 | Review plan documents (2.9). |
| 09/25/08 | JMS | 0.90 | 409.50 | Review application to appoint PD FCR and e-mail to Committee thereon. |
| 09/25/08 | JMS | 0.20 | 91.00 | Review order limiting time for argument. |
| 09/25/08 | MIK | 3.60 | 1,368.00 | Review plan documents (3.6). |
| 09/26/08 | LMF | 1.10 | 220.00 | Work with project assistant on analysis of plan, disclosure statement and exhibit book. |
| 09/26/08 | MIK | 2.00 | 760.00 | Review plan documents (2.0). |
| 09/26/08 | JS | 1.30 | 247.00 | Attention to preparing document index of Plan, Exhibit Book and Disclosure statement for co-counsel |
| 09/29/08 | NT | 0.20 | 74.00 | Conference with J. Sakalo regarding plan (.1); conference with L. Flores and J. Slanker regarding same (.1). |
| 09/29/08 | JS | 1.40 | 266.00 | Attention to the gathering and organizing of plan, exhibits to plan, and the disclosure statement for N. Testa Mehdipour, and S. Baena |

**PROFESSIONAL SERVICES** $14,525.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---:|---:|---:|
| Baena, Scott L | 3.40 | $675.00 | $2,295.00 |
| Sakalo, Jay M | 14.50 | $455.00 | $6,597.50 |
| Kramer, Matthew I | 12.70 | $380.00 | $4,826.00 |
| Testa Mehdipour, Nicole | 0.20 | $370.00 | $74.00 |
| Flores, Luisa M | 1.10 | $200.00 | $220.00 |
| Slanker, Jeffrey | 2.70 | $190.00 | $513.00 |
| *TOTAL* | *34.60* | | *$14,525.50* |

**CURRENT BALANCE DUE THIS MATTER**                                                      $14,525.50

**Atty – SLB**
**Client No.: 74817/17781**

**RE: 30 - Fee Application of Others**

| | | | | |
|---|---|---|---|---|
| 09/03/08 | LMF | 0.70 | 140.00 | Prepare notice and summary for monthly fees and submit to local counsel for filing and service. |
| 09/03/08 | LMF | 1.60 | 320.00 | Attend to preparing and submitting notice and summary of fees for Hamilton Rabinovitz (.5); complete quarterly applications for Hamilton and Hilsoft and description of services and send to local counsel for filing (1.1). |
| 09/25/08 | LMF | 0.30 | 60.00 | Office conference with accounting regarding disbursements to professionals for fees. |

**PROFESSIONAL SERVICES** $520.00

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Flores, Luisa M | 2.60 | $200.00 | $520.00 |
| *TOTAL* | *2.60* | | *$520.00* |

**CURRENT BALANCE DUE THIS MATTER** $520.00

**Atty – SLB**
**Client No.: 74817/17905**

RE: **38 - ZAI Science Trial**

| | | | | |
|---|---|---|---|---|
| 09/01/08 | SLB | 0.50 | 337.50 | Attention to proposed special counsel order and emails to M. Kramer and J. Sakalo regarding same (.5). |
| 09/01/08 | JMS | 0.90 | 409.50 | E-mail exchange with S. Baena regarding special counsel order (.3); e-mail to D. Speights with revised drafts (.3); telephone conference with D. Speights regarding same (.3). |
| 09/02/08 | JMS | 0.70 | 318.50 | E-mail exchange with M. Dies regarding special counsel order (.5); e-mail exchange with D. Hogan regarding ZAI Canadian settlement (.2). |
| 09/02/08 | JIS | 0.10 | 27.50 | Confer with J. Sakalo regarding Canadian ZAI settlement. |
| 09/02/08 | PMB | 1.00 | 310.00 | Call from Theresa McGraw and return phone call to discuss vermiculite insulation and bankruptcy issues (.3); call to A. Englehart (.1); telephone discussion with T. Smart regarding vermiculite attic insulation and bankruptcy issues (.3); telephone discussion with B. Allen regarding proof of claim process in bankruptcy (.3). |
| 09/03/08 | JMS | 0.90 | 409.50 | Review matrix (.2); e-mails to D. Scott and S. Baena thereon (.3); e-mail to Committee thereon (.1); e-mails with K. Bergland regarding questions on proof of claim (.3). |
| 09/09/08 | JMS | 0.70 | 318.50 | Telephone conference with D. Scott regarding ZAI accrual question (.3); begin review of transcript from Mian Realty lift stay motion (.4). |
| 09/09/08 | PMB | 1.70 | 527.00 | Telephone conversation with A. Englehart regarding zonolite bankruptcy issues (.3); telephone conversation with R. Fisher regarding zonolite bankruptcy issues (.2); telephone conversation with M. Dewey regarding zonolite bankruptcy issues (.3); telephone conversation with W. Roberts regarding zonolite bankruptcy issues (.3); telephone conversation with R. Burns regarding zonolite attic insulation and bankruptcy issues (.2); telephone conversation with H. Glenn regarding zonolite bankruptcy issues (.3); left voicemail for M. Taylor (.1) |
| 09/10/08 | JMS | 0.60 | 273.00 | Continue review of transcript from Mian Realty lift stay motion. |
| 09/11/08 | JMS | 1.40 | 637.00 | Telephone conference with 6 ZAI claimants. |
| 09/11/08 | CA | 5.30 | 1,192.50 | Legal research regarding administrative expense claims in Third Circuit and draft memorandum of law regarding same. |
| 09/12/08 | JMS | 1.60 | 728.00 | Conference with C. Aftimos regarding administrative claim status (.4); telephone conferences with 5 ZAI claimants (1.2). |
| 09/12/08 | CA | 5.60 | 1,260.00 | Legal research regarding administrative expense claims in Third, Second, and Seventh Circuits and draft memorandum of law regarding same. |
| 09/12/08 | PMB | 0.40 | 124.00 | Return call to zonolite attic insulation caller (.1); telephone discussion with two telephone calls regarding zonolite attic insulation (.3). |
| 09/22/08 | JMS | 0.30 | 136.50 | E-mail to P. Botros regarding ZAI calls. |

PROFESSIONAL SERVICES                                                                    $7,009.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.50 | $675.00 | $337.50 |
| Sakalo, Jay M | 7.10 | $455.00 | $3,230.50 |
| Snyder, Jeffrey I | 0.10 | $275.00 | $27.50 |
| Aftimos, Corinne | 10.90 | $225.00 | $2,452.50 |
| Botros, Paul M | 3.10 | $310.00 | $961.00 |
| *TOTAL* | *21.70* | | *$7,009.00* |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**CURRENT BALANCE DUE THIS MATTER**                                                                 **$7,009.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP