**CERTIFICATE OF SERVICE**

  I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made via electronic delivery, hand delivery or United States Mail on November 10, 2008 on:

| | |
|---|---|
| David M. Bernick, P.C.<br>Janet S. Baer, Esq.<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>dbernick@kirkland.com<br>jbaer@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Theodore L. Freedman, Esq.<br>Deanna D. Boll, Esq.<br>Craig A. Bruens, Esq.<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022<br>tfreedman@kirkland.com<br>dboll@kirkland.com<br>cbruens@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |
| Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Timothy Cairns, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899<br>ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>tcairns@pszjlaw.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Peter Van N. Lockwood, Esq.<br>Ronald Reinsel, Esq.<br>Jeffrey Liesemer, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, NW<br>Washington, DC 20005<br>pvnl@capdale.com<br>rer@capdale.com<br>jl@capdale.com<br><br>*Counsel to the ACC* |
| Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>375 Park Avenue<br>New York, NY 10152<br>ei@capdale.com<br><br>*Counsel to the ACC* | Marla R. Eskin, Esq.<br>Mark T. Hurford, Esq.<br>Campbell & Levine, LLC<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br>meskin@camlev.com<br>mhurford@camlev.com<br><br>*Counsel to the ACC* |

17 175/2
10/17/2008 10042060.1

| | |
|---|---|
| Roger Frankel, Esq.<br>Richard H. Wyron, Esq.<br>Debra L. Felder, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>Columbia Center<br>1152 15th Street, NW<br>Washington, DC 20005<br>rfrankel@orrick.com<br>rwyron@orrick.com<br>dfelder@orrick.com<br><br>*Counsel to the Asbestos PIFCR* | John C. Phillips, Jr., Esq.<br>Phillips, Goldman & Spence, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>jcp@pgslaw.com<br><br>*Counsel to the Asbestos PIFCR* |
| Philip Bentley, Esq.<br>Douglas Mannal, Esq.<br>Kramer Levin Naftalis & Frankel LLP<br>919 Third Avenue<br>New York, NY 10022<br>pbentley&kramerlevin.com<br>dmannal&kramerlevin.com<br><br>*Counsel to the Equity Committee* | Teresa D. Currier, Esq.<br>Buchanan, Ingersoll & Rooney PC<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>teresa.currier@bipc.com<br><br>*Counsel to the Equity Committee* |
| Office of the United States Trustee<br>Attn: David Klauder, Esq.<br>844 King Street, Suite 2313<br>Wilmington, DE 19801<br><br>*United States Trustee* | |

Under penalty of perjury, I declare that the foregoing is true and correct.

\_\_ 11/10/2008 _____          _____ /s/ Heidi E. Sasso
Date                                                    Heidi E. Sasso

-2-

WCSR 4014791v1