**IN THE UNITED STATE BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Re: Docket No. 19974 |

**NOTICE OF WITHDRAWAL OF DOCKET NO. 19974**
**FIRST AND FINAL APPLICATION OF CANADIAN ZAI CLAIMANTS PURSUANT TO**
**11 U.S.C. §§ 503(b)(3)(D) AND (b)(4) FOR ALLOWANCE OF ADMINISTRATIVE**
**EXPENSES INCURRED IN MAKING SUBSTANTIAL CONTRIBUTION**

PLEASE TAKE NOTICE that Canadian ZAI Claimants wish to withdraw docket no. 19974, Final Application. This document should have been filed a motion for administrative claim and will be re-filed.

Dated: November 10, 2008         */s/Daniel K. Hogan*
                                 Daniel K. Hogan (DE Bar #2814)
                                 **THE HOGAN FIRM**
                                 1311 Delaware Avenue
                                 Wilmington, Delaware 19806
                                 Telephone: 302.656.7540
                                 Facsimile: 302.656.7599
                                 E-mail: dkhogan@dkhogan.com

1