**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1250
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

November 10, 2008

In Reference To:        Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        11231

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 10/2/2008 | CR | Update database with e-detail of monthly invoices for Towers 8.08, Tre Angeli 8.08 and K&E 8.08 | 0.30 | 13.50 |
| 10/3/2008 | CR | Update database with Capstone 6.08 monthly invoice | 0.10 | 4.50 |
|  | CR | Update database with receipt of summaries for J.Wehrmann for Orrick 4-6.08 and Reed 6.08 | 0.20 | 9.00 |
|  | DL | Draft of WHS for August 2008 CNO (.3) | 0.30 | 37.50 |
|  | DL | e-filing of WHS for August 2008 CNO (.3) | 0.30 | 37.50 |
| 10/7/2008 | CR | Update database with monthly invoice from Latham for 6.08.and e-detail of Casner for 8.08 | 0.20 | 9.00 |
| 10/10/2008 | CR | Update database with K&E 8.08 | 0.10 | 4.50 |
|  | BSR | telephone conference with Jeff Allgood re handling of Morrison & Forrester invoices | 0.10 | 26.00 |
| 10/12/2008 | BSR | detailed review of Buchanan Ingersoll & Rooney's 29th interim fee application and monthly invoices | 1.00 | 260.00 |

W.R. Grace & Co.      Page 2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 10/12/2008 | CR | Update database with e-detail of Towers 4/1/08-6/30/08 29th interim app, Piper 4/1/08-6/30/08 and Orrick 29th interim app, and PricewaterhouseCoopers LLP 8.08 monthly invoice | 0.50 | 22.50 |
| 10/13/2008 | CR | Update database with E-Detail of Blizin 8.08, Hamilton 8.08, Conway 7/1/07-6/30/08, Capstone 4/1/08-6/30/08, Capstone 7.08 , Duane Morris 8.08 and Stroock 8.08 | 0.50 | 22.50 |
| | CR | Prepare and serve Campbell 29th interim initial report | 0.20 | 9.00 |
| | BSR | detailed review of Campbell & Levine's 29th interim fee application and monthly invoices | 0.70 | 182.00 |
| | BSR | detailed review of Caplin & Drysdale's April and June 2008 monthly fee applications | 0.60 | 156.00 |
| | BSR | draft initial report re Campbell & Levine for the 29th interim period | 0.20 | 52.00 |
| | BSR | detailed review of Buchanan Ingersoll & Rooney (f/k/a Klett Rooney) past fees billed for fee application preparation | 1.50 | 390.00 |
| | WHS | receive and review agenda | 0.10 | 29.50 |
| 10/14/2008 | CR | Update database with applications for D. Morris 8.08, Tre Angeli 29th interim, David Austern 29th interim, Piper 8.08 and Orrick 8.08 | 0.40 | 18.00 |
| | CR | draft project category spreadsheet for 29th interim | 0.50 | 62.50 |
| | JAW | detailed review of Oriick's May 2008 monthly invoice (2.2); draft summary of same (0.6) | 2.80 | 420.00 |
| | JAW | detailed review of Stroock's May 2008 monthly invoice (1.5); draft summary of same (0.8) | 2.30 | 345.00 |
| | JAW | detailed review of Stroock's April 2008 monthly invoice (3.3); draft summary of same (0.6) | 3.90 | 585.00 |
| | DTW | Review and revise C & L 29th initial report (.1). | 0.10 | 16.50 |

W.R. Grace & Co. Page 3

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/14/2008 | BSR | draft initial report re Caplin & Drysdale for the 29th interim period | 0.80 | 208.00 |
| | BSR | detailed review of Caplin & Drysdale's May 2008 monthly invoice and 29th interim fee application | 1.00 | 260.00 |
| | JAW | detailed review of Stroock's April 2008 monthly invoice (3.3); draft summary of same (0.6) | 3.90 | 585.00 |
| | JAW | detailed review of Stroock's May 2008 monthly invoice (1.5); draft summary of same (0.8) | 2.30 | 345.00 |
| | JAW | detailed review of Orrick's May 2008 monthly invoice (2.2); draft summary of same (0.6) | 2.80 | 420.00 |
| 10/15/2008 | DTW | Telephone call with B. Ruhlander regarding Caplin expenses (.1). | 0.10 | 16.50 |
| | BSR | research server and database for applications not yet received (29th) | 1.50 | 390.00 |
| | BSR | draft e-mail to Campbell & Levine concerning initial report (29th) | 0.10 | 26.00 |
| | BSR | draft initial report re Caplin & Drysdale for the 29th interim period | 3.80 | 988.00 |
| | JAW | detailed review of Stroock's June 2008 monthly invoice (2.4); draft summary of same (0.1) | 2.50 | 375.00 |
| | CR | Update database with summaries for Stroock 4.08-6.08 and Orrick 5.08 | 0.30 | 13.50 |
| | JAW | detailed review of Stroock's June 2008 monthly invoice (2.4); draft summary of same (0.1) | 2.50 | 375.00 |
| 10/16/2008 | BSR | detailed review (continued) of Buchanan Ingersoll & Rooney's fees for fee application preparation (in prior periods) | 2.60 | 676.00 |
| | BSR | research server and database (continued) regarding applications not yet received (1.4); draft email to Cherie Rogers requesting same (.4) | 1.80 | 468.00 |

W.R. Grace & Co.                                                                           Page 4

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/16/2008 | DTW | Review and revise Caplin 29th interim initial report (.1). | 0.10 | 16.50 |
| | CR | Prepare and serve Caplin's 29th Intrtim Initial report | 0.30 | 13.50 |
| | CR | Update database with Protiviti 9.08, Woodcock 8.08, Bilzin 8.08 | 0.30 | 13.50 |
| 10/17/2008 | CR | Update database with Orrick's 29th interim period interim app | 0.20 | 9.00 |
| | BSR | detailed review of Casner & Edwards 29th interim fee application and monthly invoices | 0.30 | 78.00 |
| | BSR | draft initial report re Kramer Levin for the 29th interim period | 0.30 | 78.00 |
| | BSR | detailed review of Kramer Levin's 29th interim fee application and monthly invoices | 1.00 | 260.00 |
| | BSR | draft e-mail to Rita Tobin re initial report for the 29th interim period | 0.10 | 26.00 |
| | BSR | detailed review of expense application of the Property Damage Committee (29th) and draft initial report re same | 0.30 | 78.00 |
| | BSR | draft spreadsheet reflecting Buchanan Ingersoll & Rooney's fee application preparation time and analyze same | 0.80 | 208.00 |
| | BSR | detailed review of Buchanan Ingersoll & Rooney's fee application preparation time (cumulative) | 2.10 | 546.00 |
| | BSR | draft initial report re Buchanan Ingersoll & Rooney for the 29th interim period | 0.30 | 78.00 |
| 10/18/2008 | BSR | detailed review of Day Pitney's 29th interim fee application and monthly invoices | 0.50 | 130.00 |
| 10/19/2008 | BSR | draft initial report re Duane Morris for the 29th interim period | 0.40 | 104.00 |

W.R. Grace & Co.         Page 5

| Date | Initials | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/19/2008 | WHS | receive and review amended agenda | 0.10 | 29.50 |
| | BSR | detailed review of LAS' 29th interim fee application and monthly invoices | 0.20 | 52.00 |
| | DTW | Review and revise PD committee, Kramer and Buchanan 29th initial reports (.2). | 0.20 | 33.00 |
| | BSR | detailed review of Duane Morris' 29th interim fee application and monthly invoices | 0.80 | 208.00 |
| 10/20/2008 | BSR | draft e-mails to various applicants re missing fee applications | 0.40 | 104.00 |
| | BSR | detailed review of Woodcock & Washburn's 29th interim fee application and monthly invoices | 0.20 | 52.00 |
| | BSR | detailed review of Steptoe & Johnson's April, May, and June 2008 monthly fee applications | 0.40 | 104.00 |
| | BSR | detailed review of Nelson Mullins' 29th interim fee application and monthly invoices | 0.30 | 78.00 |
| | CR | Update database with Scott Law 4.08, 5.08 and 6.08 | 0.30 | 13.50 |
| | CR | Prepare and serve 29th interim initial reports to Kramer, Property Damage Committee, Buchanan | 0.50 | 22.50 |
| | CR | Update database with e-detail of Holme 1.08 & 2.08, Protiviti 9.08, Struthers-Kennedy 9.08, Ferry 6.08 and 7.08 | 0.40 | 18.00 |
| | WHS | receive and review amended agenda | 0.10 | 29.50 |
| | DTW | Review and revise Duane Morris 29th initial report (.1). | 0.10 | 16.50 |
| 10/21/2008 | CR | Update database with Bilzin 29th interim app, Blackstone 4.08, 5.08, 6.08 and Capstone 6.08 and 29th interim app 4/1/08-6/30/08 | 0.30 | 13.50 |

W.R. Grace & Co.                                                                                                                               Page     6

|            |     |                                                                                                                                   | **Hours** | **Amount** |
|------------|-----|-----------------------------------------------------------------------------------------------------------------------------------|----------|-----------|
| 10/21/2008 | CR  | Prepare and serve 29th interim initial report for Reed                                                                           | 0.30     | 13.50     |
|            | CR  | update database with 29th interim apps for LAS and ARPC, monthly invoice for Morrison 4.08 and Amended app 1/1/08-3/31/08 for Baker | 0.40     | 18.00     |
|            | DTW | Review and revise 29th interim initial report Reed Smith (.1).                                                                   | 0.10     | 16.50     |
|            | CR  | draft project category spreadsheet for 29th interim                                                                              | 1.50     | 187.50    |
|            | BSR | draft initial report re Kirkland & Ellis for the 29th interim period                                                             | 1.90     | 494.00    |
|            | BSR | draft e-mail to various applicants concerning our initial reports for their firms for the 29th interim period                    | 0.30     | 78.00     |
|            | BSR | detailed review of K&E's 29th interim fee application and monthly invoices, as well as fee summaries re same                     | 3.60     | 936.00    |
|            | BSR | draft initial report re Reed Smith for the 29th interim period                                                                   | 0.40     | 104.00    |
|            | BSR | detailed review of Reed Smith's April, May, and June 2008 monthly fee applications and 29th interim fee application              | 1.20     | 312.00    |
| 10/22/2008 | BSR | detailed review of PwC's April and May 2008 monthly fee applications and Darex Puerto Rico Audit fee application                 | 1.70     | 442.00    |
|            | BSR | draft e-mails to various applicants re initial reports and status of quarterly filings                                           | 0.20     | 52.00     |
|            | DTW | Review and revise K&E 29th initial report (.1).                                                                                  | 0.10     | 16.50     |
|            | BSR | research server for Duane Morris initial report; draft email to Cherie Rogers re same                                            | 0.10     | 26.00     |
|            | BSR | draft initial report re Kirkland & Ellis for the 29th interim period                                                             | 3.50     | 910.00    |

W.R. Grace & Co.                                                                                                   Page    7

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 10/22/2008 | WHS | receive and review amended agenda | 0.10 | 29.50 |
|  | BSR | detailed review of PwC's June 2008 monthly fee application and 29th interim fee application | 0.60 | 156.00 |
| 10/23/2008 | BSR | detailed review of Ogilvy Renault's April, May and June 2008 monthly fee applications | 0.60 | 156.00 |
|  | DTW | Review and revise WRG 29th initial report Ogilvie (.1). | 0.10 | 16.50 |
|  | BSR | detailed review of Stroock's 29th interim fee application and monthly fee applications, as well as fee summaries re same | 0.70 | 182.00 |
|  | CR | Update database with e-detail of Morrison & Forester 4.08 & 5.08; Holme 3.08 | 0.30 | 13.50 |
|  | CR | Prepare and serve K&E 29th interim initial report w/exhibits a,b,c,d &e. | 0.30 | 13.50 |
|  | CR | draft e-mail to B.Ruhlander regarding completion of D.Morris initial report and forwarded copy | 0.20 | 9.00 |
|  | CR | Update database with e-detail of Pachulski 6.08, Reed Smith 29th Interim app 4/1/08-6/30/08, Protiviti's 30th Interim app 7/1/08-9/30/08. | 0.40 | 18.00 |
|  | CR | Prepare and serve 29th interim initial reports for Ogilvie and Duane Morris | 0.30 | 13.50 |
|  | CR | Update database with e-detail Morrison 4.07-5.07 apps | 0.20 | 9.00 |
|  | BSR | detailed review of Foley Hoag's 29th interim fee application and monthly fee applications | 0.30 | 78.00 |
|  | BSR | detailed review of Ferry Joseph & Pearce's 29th interim fee application and monthly applications | 0.60 | 156.00 |
|  | BSR | draft initial report re Ogilvy Renault for the 29th interim period | 0.40 | 104.00 |

W.R. Grace & Co. Page 8

| | | | Hours | Amount |
|---|---|---|---|---|
| 10/23/2008 | BSR | detailed review of Lexecon's 29th interim fee application and April 2008 monthly application | 0.10 | 26.00 |
| 10/24/2008 | CR | Update database with e-detail Orrick 4.08, Woodcock 29th Interim, Steptoe 6.08, Austen 6.08 | 0.30 | 13.50 |
| | CR | Update database with Steptoe 6.08, Hillsoft 29th Interrim 3/25/08-6/30/08, Woodcock 29th Interim app, Deloitte Tax 1.08, 2.08, 3.08, 5.08 and 6.08, Deloitte & Touche 6/1/07-3/31/08 | 0.50 | 22.50 |
| | WHS | receive and review 2nd amended agenda | 0.10 | 29.50 |
| | BSR | detailed review of Towers' 29th interim fee application and monthly invoices | 0.30 | 78.00 |
| | BSR | detailed review of David Austern's 29th interim fee application and monthly fee applications | 0.20 | 52.00 |
| | BSR | detailed review of Capstone's 29th interim fee application and monthly fee applications | 0.40 | 104.00 |
| | BSR | detailed review of Charter Oak's 29th interim fee application and monthly fee applications | 0.50 | 130.00 |
| | BSR | detailed review of Hilsoft's 29th interim fee application and monthly invoices | 0.20 | 52.00 |
| | BSR | draft initial report re Hilsoft Notifications for the 29th interim period | 0.40 | 104.00 |
| 10/25/2008 | DTW | Review and revise Conway 29th initial report (.1). | 0.10 | 16.50 |
| | BSR | draft initial report re Pachulski for the 29th interim period | 0.50 | 130.00 |
| | BSR | detailed review of HRA's 29th interim fee application and monthly applications, as well as review of HRA's retention application and order and firm description on website (re issue of expert retention) | 0.50 | 130.00 |
| | BSR | detailed review of Conway, Del Genio, Gries & Co.'s monthly application covering June 2007 through June 2008, as well as retention order | 0.30 | 78.00 |

W.R. Grace & Co.                                                                                                                Page     9

|  |  |  | **Hours** | **Amount** |
|---|---|---|---:|---:|
| 10/25/2008 | BSR | draft initial report re Conway, Del Genio, Gries' fee applications for the 29th interim period | 0.20 | 52.00 |
|  | BSR | detailed review of Pachulski's 29th interim fee application and monthly fee applications | 0.60 | 156.00 |
| 10/26/2008 | BSR | detailed review of 29th interim expense application of Official Committee of Asbestos Claimants | 0.10 | 26.00 |
|  | BSR | detailed review of Holme's Jan, Feb, and March 2008 monthly fee applications | 0.10 | 26.00 |
|  | BSR | detailed review of Tre Angeli's quarterly fee application for the 29th interim period and monthly fee applications | 0.40 | 104.00 |
| 10/27/2008 | CR | Prepare and serve 29th interim initial reports for Hilsoft and Conway | 0.40 | 18.00 |
|  | CR | Update database with Beveridge 4/1/08-6/30/08 29th interim app | 0.20 | 9.00 |
|  | CR | draft project category spreadsheet for 29th interim | 1.30 | 162.50 |
|  | BSR | draft initial report re Morrison & Foerster for the 25th interim period | 0.50 | 130.00 |
|  | BSR | draft initial report re Tre Angeli for the 29th interim period | 0.20 | 52.00 |
|  | BSR | detailed review of Baker Donelson's 28th and 29th interim fee applications and monthly fee applications pertaining to same (.5); draft email to Frank Childress re expense issue for the 29th interim period (.1) | 0.60 | 156.00 |
|  | BSR | detailed review of Latham & Watkins April and June 2008 monthly fee applications | 0.10 | 26.00 |
|  | BSR | draft e-mails to various applicants re initial reports (29th) | 0.30 | 78.00 |
|  | BSR | detailed review of Conway, Del Genio, Gries' 29th interim fee application | 0.20 | 52.00 |

W.R. Grace & Co. Page 10

| Date | | | Hours | Amount |
|---|---|---|---:|---:|
| 10/27/2008 | BSR | detailed review of Steptoe's 29th interim fee application | 0.10 | 26.00 |
| | BSR | detailed review of Phillips' 29th interim fee application and monthly fee applications | 0.30 | 78.00 |
| | BSR | detailed review of Morrison & Foerster's quarterly fee application for the 25th interim period and monthly fee applications pertaining to same | 0.30 | 78.00 |
| 10/28/2008 | DL | Draft of WHS invoice/application for September 2008 | 0.30 | 37.50 |
| | CR | Prepare and serve 29th interim initial reports for Pachulski, Tre Angeli and 25th interim initial report for Morrison & Forester | 0.40 | 18.00 |
| | BSR | detailed review of Orrick's 29th interim fee application and monthly fee applications, as well as expense charts and fee summaries re same | 2.00 | 520.00 |
| | BSR | draft initial report re Orrick for the 29th interim period | 0.30 | 78.00 |
| | DTW | Review and revise initial reports for the 29th interim for Pachulski, Tre Angeli and Morrison (.3). | 0.30 | 49.50 |
| 10/29/2008 | BSR | telephone conference with Joseph Radecki of Tre Angeli re initial report inquiry | 0.10 | 26.00 |
| | BSR | draft initial report re Orrick for the 29th interim period | 1.30 | 338.00 |
| | DTW | Review and revise Orrick 29th initial report (.1). | 0.10 | 16.50 |
| 10/30/2008 | BSR | draft e-mail to Orrick re initial report for the 29th interim period | 0.10 | 26.00 |
| | BSR | detailed review of PwC Darex fee application | 0.20 | 52.00 |
| | DL | e-file for WHS invoice/application for September 2008 | 0.10 | 12.50 |

W.R. Grace & Co. Page 11

| Date | TK | Description | Hours | Amount |
|---|---|---|---:|---:|
| 10/30/2008 | CR | Update database with e-detail of Buchanan 9.08 | 0.20 | 9.00 |
| | CR | Prepare and serve 29th interim initial report for Orrick | 0.20 | 9.00 |
| | CR | Update database with K&E 9.08 | 0.20 | 9.00 |
| | CR | prepare and serve 29th interim initial reports for Anderson Kill & Olick, Beveridge and Bilzin | 0.60 | 27.00 |
| 10/31/2008 | JAW | detailed review of Kirkland & Ellis' August 2008 monthly invoice (4.7) | 4.70 | 705.00 |
| | BSR | detailed review of PwC Darex fee entries; telephone conference with Kathleen Miller re same | 0.10 | 26.00 |
| | CR | Update database with PricewaterhouseCoopers LLP-Darex 29th Interim fee detail 6.07 and 8.07-6.08 | 0.20 | 9.00 |
| | CR | Update database with Piper 9.08, Nelson 29th interim 4/1/08-6/30/08, Pachulski 29th interim. Fragoman 4.08, 5.08, 6.08., 7.08, 8.08., 9.08, Reed 29th interim, Hamilton 29th Interim, Conway Final 7/1/07-6/30/08 and Hamilton 4.08-6.08 and Holme 1.08, 2.08 and 3.08 | 0.70 | 31.50 |

**For professional services rendered**  97.00  $19,026.00

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---:|---:|---:|
| Bobbi S. Ruhlander | 51.70 | 260.00 | $13,442.00 |
| Cherie Rogers | 3.30 | 125.00 | $412.50 |
| Cherie Rogers | 11.40 | 45.00 | $513.00 |
| Debbie Lucas | 1.00 | 125.00 | $125.00 |
| Doreen Williams | 1.40 | 165.00 | $231.00 |
| James A. Wehrmann | 27.70 | 150.00 | $4,155.00 |
| Warren H Smith | 0.50 | 295.00 | $147.50 |