# TAB A

# W.R. GRACE & CO.
# ASBESTOS PROPERTY DAMAGE
# PROOF OF CLAIM FORM

*The United States Bankruptcy Court for the District of Delaware*
*In re: W.R. Grace & Co., et al., Debtors, Case No. 01-01139 (JKF)*
*(Jointly Administered)*

## SUBMIT COMPLETED CLAIMS TO:

**Claims Processing Agent**
**Re: W.R. Grace & Co. Bankruptcy**
**PO Box 1620**
**Faribault, MN 55021-1620**

For a complete list of the Debtors in this case, please see "The Debtors" section of the General Instructions for Completing Proof of Claim Forms. The Debtors in this case are collectively referred to in this document as "Grace".

If you have a current claim against Grace for property damage allegedly resulting from asbestos from a Grace product (other than Zonolite Attic Insulation) THIS ASBESTOS PROPERTY DAMAGE PROOF OF CLAIM FORM MUST BE RECEIVED ON OR BEFORE 4:00 P.M. EASTERN TIME ON MARCH 31, 2003, or you will be forever barred from asserting or receiving payment for your claim.

PremierView™ forms by NCS Pearson  MW239276-2   654321   Printed In U.S.A.

## PART 1: CLAIMING PARTY INFORMATION

**NAME:**

ANDERSON MEMORIAL HOSPITAL (SEE ATTACHED)

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**

*(last four digits of SSN)*

**F.E.I.N. (Business Claimants)**

Other names by which claiming party has been known (such as maiden name or married name):

*First*    *MI*    *Last*

*First*    *MI*    *Last*

**GENDER:** ☐ MALE  ☐ FEMALE

**Mailing Address:**

*Street Address*

*City*    *State (Province)*    *Zip Code (Postal Code)*

*Country*

## PART 2: ATTORNEY INFORMATION

The claiming party's attorney, if any (You do not need an attorney to file this form):

**Law Firm Name:**

SPEIGHTS & RUNYAN

**Name of Attorney:**

AMANDA    G    STEINMEYER

*First*    *MI*    *Last*

**Mailing Address:**

P O BOX 685 - 200 JACKSON AVENUE EAST

*Street Address*

HAMPTON    SC    29924

*City*    *State (Province)*    *Zip Code (Postal Code)*

**Telephone:**

(803) 943-4444

*Area Code*

REC'D MAR 31 2003

9276101

**SERIAL #**

## PART 3: PROPERTY INFORMATION

### A. Real Property For Which A Claim Is Being Asserted

1. What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

VARIOUS LOCATIONS
*Street Address*

WORLDWIDE
*City*

*State (Province)*    *Zip Code (Postal Code)*

UNITED STATES
*Country*

2. Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☒ Yes        ☐ No

3. Do you currently own the property listed in Question 1, above?

☒ Yes        ☐ No

4. When did you purchase the property?     ☐☐ - ☐☐ - ☐☐☐☐   VARIOUS
*Month   Day   Year*

5. What is the property used for (check all that apply)
   ☐ Owner occupied residence
   ☐ Residential rental
   ☒ Commercial
   ☐ Industrial    Specify: _____
   ☐ Other         Specify: _____

6. How many floors does the property have?    ☐☐☐   VARIOUS

7. What is the approximate square footage of the property?   ☐☐☐☐☐☐☐  VARIOUS

8. When was the property built?
   ☒ Before 1969
   ☒ 1969 - 1973
   ☐ After 1973

9. What is the structural support of the property?
   ☒ Wood frame
   ☒ Structural concrete
   ☒ Brick
   ☒ Steel beam/girder
   ☐ Other       Specify: _____

10. Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

☒ Yes        ☐ No

9276102                    SERIAL #⌐

2382761 - 2/3

## A. Real Property For Which A Claim Is Being Asserted (continued)

If yes, please specify the dates and description of such renovations.

| | |
|---|---|
| [ ][ ][ ][ ]<br>*Year* | Description  MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
| [ ][ ][ ][ ]<br>*Year* | Description |
| [ ][ ][ ][ ]<br>*Year* | Description |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| | |
|---|---|
| [ ][ ][ ][ ]<br>*Year* | Description  MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
| [ ][ ][ ][ ]<br>*Year* | Description |
| [ ][ ][ ][ ]<br>*Year* | Description |

## B. Claim Category

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property

☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

- If you checked Category 1 in question 12, complete section C.
- If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

☐ Monokote-3 fireproofing insulation

☒ Other    Specify:  SEE ATTACHED

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

[ ][ ][ ][ ]    ☒ I did not install the product(s)
*Year*

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

[ ][ ][ ][ ]    ☒ Don't know.
*Year*

9276103                                    **SERIAL #**␙

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☐ Yes    ☒ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

SEE ATTACHED

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

|2|0|0|3|
Year

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

SEE ATTACHED

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

|2|0|0|3|
Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

SEE ATTACHED

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

SEE ATTACHED

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☒ Yes    ☐ No

9276104                                    SERIAL #⌐

25. If you responded Yes to question 22. or 24. and you have not supplied documents, please specify the dates and descriptions of any such efforts.

| | Description | SEE ATTACHED |
|---|---|---|
| *Year* | | |
| | Description | |
| *Year* | | |
| | Description | |
| *Year* | | |

26. Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property?

☒ Yes    ☐ No    If Yes, Attach All Documents Related To Any Testing Of The Property.

27. If you responded Yes to question 26., but you have not provided documents, indicate who may have possession or control of such testing documents or where such documents may be located.

SEE ATTACHED

28. If you or someone on your behalf did not conduct any testing or sampling for the presence of asbestos or other particulates on the property, to the best of your knowledge, did anyone else conduct such testing or sampling with respect to the property?

☐ Yes    ☐ No    NOT APPLICABLE

29. If you responded Yes to question 26. or 28. and you have not supplied related documents, please describe when and by whom and the type of testing and/or sampling (e.g. air, bulk and dust sampling).

| | Company/Individual | VARIOUS YEARS, NUMEROUS SAMPLES |
|---|---|---|
| *Year* | Type of testing: | |
| | Company/Individual | |
| *Year* | Type of testing: | |
| | Company/Individual | |
| *Year* | Type of testing: | |

30. Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?

☒ Yes    ☐ No

31. If yes, specify when and in what manner the Grace product or products was modified and/or disturbed?

| | Description | AFFECTED BY NUMEROUS CUSTODIAL AND MAINTENANCE ACTIVITIES AND RENOVATIONS. |
|---|---|---|
| *Year* | | |
| | Description | |
| *Year* | | |
| | Description | |
| *Year* | | |

## PART 4:  ASBESTOS LITIGATION AND CLAIMS

### A.  INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B.  LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  `ANDERSON MEMORIAL HOSPITAL, ON BEHALF OF ITSELF & OTHERS SIMILARLY SITUATED V. W.R. GRACE & COMPANY ET AL`

   b. Court where suit **originally filed:** `HAMPTON SC`
      *County/State*                                Docket No.: `92CP25279`

   c. Date filed: `12` - `23` - `1992`
      *Month*  *Day*  *Year*

   a. Caption  

   b. Court where suit **originally filed:**
      *County/State*                                Docket No.:

   c. Date filed:  -  -
      *Month*  *Day*  *Year*

   a. Caption  

   b. Court where suit **originally filed:**
      *County/State*                                Docket No.:

   c. Date filed:  -  -
      *Month*  *Day*  *Year*

   (Attach additional pages if necessary.)

9 2 7 6 1 0 9                                    **SERIAL #⌐**

## C. NON-LAWSUIT CLAIMS

1. If the claiming party has made any claims relating to the property for which you are making a claim (including administrative claims) against anyone, that was not filed with a court of law, please provide the following information for each claim:

   a. Description of claim:

   b. Date submitted: [ ][ ] – [ ][ ] – [ ][ ][ ][ ]
      Month    Day    Year

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other
         *Name of Entity*

   ---

   a. Description of claim:

   b. Date submitted: [ ][ ] – [ ][ ] – [ ][ ][ ][ ]
      Month    Day    Year

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other
         *Name of Entity*

   ---

   a. Description of claim:

   b. Date submitted: [ ][ ] – [ ][ ] – [ ][ ][ ][ ]
      Month    Day    Year

   c. Name of entity to whom claim was submitted:
      ☐ Grace
      ☐ Other
         *Name of Entity*

## PART 5: SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: To the extent that I have produced a summary rather than the documents themselves as requested above or indicated who has possession and control of certain documents, I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form, upon the reasonable request of Grace or Grace's representative, with a copy to the claiming party, disclose any and all records to Grace or to Grace's representative.

| | |
|---|---|
| SIGNATURE OF CLAIMANT  AMANDA G. STEINMEYER | 03 – 30 – 2003 |
| | Month   Day   Year |

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both.
18 U.S.C. §§ 152 & 3571.

9276110

SERIAL #⌐

Copyright © 2002 NCS Pearson, Inc.  All rights reserved.

### Response to PART-1- NAME:

ANDERSON MEMORIAL HOSPITAL ON BEHALF OF ALL BUILDINGS ENCOMPASSED IN ITS CLASS ACTION COMPLAINT. ATTACHED TO THIS CLAIM IS A NON-EXHAUSTIVE LISTS OF BUILDINGS OR BUILDING OWNERS KNOWN AS OF THIS DATE. CLAIMANT RESERVES THE RIGHT TO SUPPLEMENT THIS CLAIM AS· ADDITIONAL BUILDINGS OR BUILDING OWNERS ARE LOCATED OR COME FORWARD.

### Response to Question 13 (Specify):

SURFACE TREATMENT, INCLUDING BUT NOT LIMITED TO FIREPROOFING, ACOUSTICAL PLASTER, TEXTURE, MASONRY FILL, OR OTHER ASBESTOS-CONTAING PRODUCTS.

**Response to Question 17:** The Claimant understands Question 16 to ask for the existence of historical documents demonstrating that Grace's asbestos-containing product was purchased and/or installed in the property. As indicated in its response, the Claimant does not know of any such specific documents at this time. The Claimant assumes that there would have been a large number of original construction documents, including drawings and specifications, which, if not destroyed in the ordinary course of business, might possibly be found at a number of storage facilities, including those under the control of various persons involved with the design and construction of the property and the sale and installation of products in the property. In addition, this claim is based upon an assertion that debtors manufactured or sold products containing asbestos that are or were present in this property and/or all other theories of liability that are allowed by law including but not limited to conspiracy and fraudulent transfer. Moreover, Claimant believes Grace itself may be in control of supporting documentation, or other supporting information, regarding whom Grace or their salesmen sold their products to, and Claimant may need documentation or discovery from Grace on this issue. Claimant does not waive any rights, but is willing to discuss this matter with Grace if it believes Claimant's response is insufficient.

**Response to Question 19:** Refer to Question 17 Response.

**Response to Question 21:** Refer to Question 17 Response.

**Response to Question 23:** Taken literally, Question 22 seeks all documents relating to not only the removal, enclosure and encapsulation, but operations and maintenance documents which attempt to contain contamination from Grace's product. There is insufficient time to locate all such documents that might be called for in Question 22. To the extent that such documents have not been destroyed in the ordinary course of business, they may exist in the files or dead storage of many persons involved with such projects. Before undertaking an effort of this magnitude, Claimant would like to work with Grace to understand exactly what it is that Grace is seeking and whether Claimant can easily accommodate that request.

**Response to Question 27:** As Claimant understands Question 26, Grace seeks all documents of every kind and description not only related to the testing or sampling for the presence of asbestos, including samples taken during any abatement projects, as well as all samples related to any other particulates, including, by way of example only, all silicates, lead dust and other metal dust, beta glucans, etc. Such documents, to the extent they exist, may not only be in the possession of Claimant, but a number of third party contractors and/or consultants as well. Before undertaking the search for all of these documents, Claimant wishes to discuss this matter with Grace and obtain a clarification.

| STATE | W.R. GRACE - JOBSITE NAME | JOBSITE/LOCATION (Complete Address) | DATE | PRODUCT |
|-------|---------------------------|-------------------------------------|------|---------|
| AK | ARCO Building | Anchorage, Alaska | 1978-1979 | MK |
| AK | British Petroleum Building | Anchorage, Alaska | | MK |
| AK | Captain Cook Hotel | 5th & K Street, Anchorage, Alaska | 02/27/73 | MK-3 |
| AK | Providence Hospital | Anchorage, Alaska | 1972 - 1973 | |
| AL | A.E.A. Building | Montgomery, Alabama | | ? |
| AL | Air Terminal Building | Dothan, Alabama | | ? |
| AL | Air Terminal Building | Napier Field, Alabama | | ? |
| AL | Alabama Farm Coop | Athens, Alabama | | ? |
| AL | Athesian Club | Mobile, Alabama | 06/23/70 | MK-3 |
| AL | Bealle Acceptance Corp. | Prichard, Alabama | | ? |
| AL | Birmingham Civic Exposition Hall | Birmingham-Jefferson Civic Center Authority, Birmingham, AL | 1971 | MK-3 |
| AL | Dexter Avenue Methodist Church | Montgomery, Alabama | | ? |
| AL | East Lake Methodist Church | Birmingham, Alabama | 09/23/49 | AP |
| AL | Green County Nursing Home | Eutaw, Alabama | | ? |
| AL | Health Center | Laverne, Alabama | | ? |
| AL | Hospital | Andalusia, Alabama | | ? |
| AL | Huntsville Land & Leasing | Huntsville, Alabama | | ? |
| AL | Meadhaven Home | Montgomery, Alabama | | ? |
| AL | Medical Center Hospital | Selma, Alabama | 06/18/70 | MK-3 |
| AL | Merchants National Bank | Mobile, Alabama | 00/00/56 | AP Direct-to-Steel |
| AL | Mobile General Hospital, Nursing Home | Mobile, Alabama | 06/16/67 | MK-3 |
| AL | Montgomery Fair Store | Montgomery, Alabama | | ? |
| AL | Northport City Mall | Birmingham, Alabama | | ? |
| AL | Nursing Home | Geneva, Alabama | | ? |
| AL | Provdence Hospital | Mobile, Alabama | 12/17/70 | MK-3 |
| AL | Southern Life Insurance Building | Birmingham, Alabama | 03/15/85 | MK-3 |
| AL | Telephone Building | Brewton, Alabama | | ? |
| AL | Universal Plant | Dothan, Alabama | | ? |
| AL | Waterman Steamship Building | Mobile, Alabama | | VP |
| AR | Arkansas Baptist Medical Center | Little Rock, Arkansas | 3/30/1971 | MK-3 |
| AR | Arkansas City Hall | Texarkana, Arkansas | 02/28/70 | AP |
| AR | Arlington Hotel Job | Hot Springs, Arkansas | 11/16/66 | AP Econo-White |
| AR | Baptist Hospital | Little Rock, Arkansas | 01/28/72 - 12/19/72 | MK-3 |
| AR | Behlen Bldg. Job | Rogers, Arkansas | 04/09/68 | MK-3 |
| AR | Bell Telephone Building | Little Rock, Arkansas | 05/30/72 | MK-3 |
| AR | Blass Store,  McCain Shopping Center | Little Rock, Arkansas | 04/19/72 - 04/25/72 | Lbs. Asbestos |
| AR | Boone County Hospital | Harrison, Arkansas | 08/21/69 | MK-3 |
| AR | Calvary Baptist Church | Little Rock, Arkansas | | ? |
| AR | Catholic Diocese | Little Rock, Arkansas | 06/06/68 - 06/13/68 | MK-3 |
| AR | Catholic Hospital | Brinkley, Arkansas | 03/26/68 | MK (50 lb. Bag) |
| AR | Central Warehouse Co. | N. Little Rock, Arkansas | | ? |
| AR | Christian Nursing Home | Malvern, Arkansas | | ? |
| AR | Civic Center | Helena, Arkansas | 3/30/1971 | MK-3 |
| AR | Civic Center Job | Hot Springs, Arkansas | 03/28/68 | AP |
| AR | Conway Job | Little Rock, Arkansas | 02/13/67 | AP - Tan |
| AR | Executive West Building | N. Little Rock, Arkansas | 07/17/73 | MK-3 |
| AR | Fayetteville Job | Fayetteville, Arkansas | 01/10/69 | AP Tan; Econo-White AP; LBS Asbestos |
| AR | Finkbeiner Packing Plant | Little Rock, Arkansas | | ? |
| AR | First National Bank | Marianna, Arkansas | 05/04/70 | Econo-White AP |
| AR | First National Bank | Newport, Arkansas | | ? |
| AR | First National Bank Addition | Little Rock, Arkansas | 08/09/67 - 10/04/67 | MK-3 |
| AR | First National Bank Building | Blytheville, AR | 10/01/66 | MK |
| AR | Fort Smith Convention Center & Civic Auditorium | Fort Smith, Arkansas | | ? |
| AR | Franklin Cafeteria | | 07/27/72 | LBS Asbestos |
| AR | Gravette Manor Nursing Home | Gravette, Arkansas | | ? |
| AR | Immanuel Baptist Church - Addition | Little Rock, Arkansas | | ? |
| AR | Intensive Treatment Center, Arkansas State Hospital Complex | Little Rock, Arkansas | Sep-66 | AP |

| STATE | W.R. GRACE - JOBSITE NAME | JOBSITE/LOCATION (Complete Address) | DATE | PRODUCT |
|-------|---------------------------|-------------------------------------|------|---------|
| AR | J.C. Penny | Mall Shopping Center, Little Rock, Arkansas | 07/14/72 | LBS Asbestos |
| AR | J.M. Reed Office Building | Hot Springs, Arkansas | | ? |
| AR | Jefferson County Building | Pine Bluff, Arkansas | 01/10/67 | AP- Tan & White |
| AR | Jonesboro Production Credit Building | Jonesboro, Arkansas | | ? |
| AR | K-Mart | Little Rock, Arkansas | | ? |
| AR | Medical Center | Little Rock, Arkansas | 12/21/70 | MK-3 |
| AR | National Old Line Insurance Co. | Little Rock, Arkansas | 1971 | MK |
| AR | Nevada Co. Hospital | Prescott, Arkansas | | ? |
| AR | New Grocery Store - Beaver Lake | Rogers, Arkansas | | ? |
| AR | New Honda Building | Bypass 79 North, Magnolia, Arkansas | 09/25/70 | AP - Tan |
| AR | New Mellrey Bank | Fayetteville, Arkansas | 12/08/71 | MK |
| AR | Northside Assembly Church of God | Fayetteville, Arkansas | | ? |
| AR | Oak Plaza Shopping Center | Fayetteville, Arkansas | | ? |
| AR | Old Line Life Insurance Co. | Little Rock, Arkansas | | Plaster |
| AR | Plus Poultry | Siloam Springs, Arkansas | | ? |
| AR | Product Credit Corp. | South Jones, Arkansas | | ? |
| AR | Professional Physicians Bldg. | Hot Springs, Arkansas | | ? |
| AR | Robinson Auditorium | Little Rock, Arkansas | 12/06/72 | MK-3 |
| AR | Second Baptist Church - Additional | Little Rock, AR | | ? |
| AR | Shopping Center | Magnolia, Arkansas | | ? |
| AR | Simmons Bank | Pine Bluff, Arkansas | 03/22/73 | MK-3 |
| AR | Simmons First National Bank | Main Street, Pine Bluff, Arkansas | 02/09/66 | MK-3; AP |
| AR | Simmons National Bank | Pine Bluff, Arkansas | 10/01/66 | MK |
| AR | South West Electric Power Co. | Fayetteville, Arkansas | 04/22/68 - 05/07/68 | MK-3 |
| AR | South Western Bell Telephone Company, Office Building | Little Rock, Arkansas | 71-72 | MK |
| AR | Sparks Memorial Hospital - Addition | Ft. Smith, Arkansas | 07/15/70 | MK-3 |
| AR | Springdale Public Library | Springdale, Arkansas | | ? |
| AR | St. Vincent's Hospital | Little Rock, Arkansas | 11/12/68 | AP - Tan |
| AR | The Strong Co. | Pine Bluff, Arkansas | | ? |
| AR | Union Bank Job | Little Rock, Arkansas | 1968 | MK-3 |
| AR | Weingarten's | Little Rock, Arkansas | | ? |
| AR | West 12th St. Job | Little Rock, Arkansas | 09/19/72 | MK-3 |
| AR | Wortmen (or Worthen)  Bank Building | Little Rock, Arkansas | 04/18/69 - 06/02/69 | MK-3 |
| AR | Zoo Job | Little Rock, Arkansas | 10/15/68 | LBS Asbestos |
| AZ | Arizona Public Service Building | Phoenix, Arizona | | ? |
| AZ | Camelback Shopping Center | Phoenix, Arizona | | ? |
| AZ | Chris-Town Shopping Center | Phoenix, Arizona | | ? |
| AZ | Civic Center | Tucson, Arizona | 00/00/71 | MK-3 |
| AZ | Del Monte Gardens | Phoenix, Arizona | | FP |
| AZ | Del Monte Tract Homes | Tucson, Arizona | | AP |
| AZ | First National Bank | 1st Avenue & Washington, Phoenix, Arizona | 04/01/71 | MK |
| AZ | First National Bank | Kingman, Arizona | 03/06/68 | AP |
| AZ | Gila County Hospital | Globe, Arizona | 00/00/71 | MK-3 |
| AZ | Good Samaritan Hospital | Phoenix, Arizona | 06/23/67 | MK |
| AZ | Hyatt Regency Phoenix | Phoenix, AZ | | ? |
| AZ | J. C. Penney Addition | Phoenix, Arizona | 06/23/67 | MK |
| AZ | Little Sisters of the Poor Home for the Aged (downtown Phoenix) | Phoenix, Arizona | Apr-60 | AP |
| AZ | Los Arcas Mall | Phoenix, Arizona | 08/08/69 | MK |
| AZ | Low Rent Housing Project | Phoenix, Arizona | | ? |
| AZ | Maricopa County Complex | Phoenix, Arizona | | ? |
| AZ | Maricopa County Government | Phoenix, Arizona | 1964 | MK-3 |
| AZ | Maricopa County Government Complex | Phoenix, Arizona | | MK |
| AZ | Maricopa County Government Complex | Phoenix, Arizona | | MK |
| AZ | Maryvale Shopping Center | Phoenix, Arizona | | AP |
| AZ | Maryvale Shopping Center | Phoenix, Arizona | 1959 | ZAP |
| AZ | Mayer Central Plaza | Phoenix, Arizona | 1964 | MK-3 |
| AZ | Motorola Building | Phoenix, Arizona | | ? |
| AZ | Phoenix Bowling Alley | Phoenix, AZ | Aug-59 | AP |
| AZ | Phoenix Coliseum | Phoenix, Arizona | 07/00/57 | AP |

| STATE | W.R. GRACE - JOBSITE NAME | JOBSITE/LOCATION (Complete Address) | DATE | PRODUCT |
|---|---|---|---|---|
| AZ | Phoenix Public Library | Phoenix, Arizona | | |
| AZ | Phoenix Restaurant | Phoenix, Arizona | Jul-60 | Ari-Zonolite Waterproof AP |
| AZ | Pima County Administration Building | Tucson, Arizona | 08/30/67 | MK |
| AZ | Pima County Administration Building | Tucson, Arizona | 07/30/73 | MK |
| AZ | Pima County Health | Tucson, Arizona | 06/23/67 | MK |
| AZ | Plaza Shopping Center | Flagstaff, Arizona | | ? |
| AZ | Santa Rita Hotel | 109 S. Scott St., Tucson, Arizona | 11/20/72 | Super 40 Fog, Spray Surfacer |
| AZ | Savco Department Store | Tucson, Arizona | | ? |
| AZ | Sky Harbor Municipal Airport | Phoenix, Arizona | | ? |
| AZ | Southern Arizona Bank Bldg. | Phoenix, Arizona | 1962 | MK-2 |
| AZ | Sperry-Rand Building | Phoenix, Arizona | | ? |
| AZ | St. Joseph Hospital | Phoenix, Arizona | | ? |
| AZ | Tetem Department Stores | Phoenix, Arizona | | ? |
| AZ | Thomas Mall | Phoenix, Arizona | | ? |
| AZ | Valley National Bank | Mesa, Arizona | Apr-60 | AP |
| AZ | Valley National Bank | Phoenix, Arizona | 00/00/00 | MK |
| AZ | Veterans Memorial Coliseum | State Fairgrounds, Phoenix, Arizona | Feb-66 | |
| AZ | Westdale Shopping Center | Phoenix, Arizona | | ? |
| AZ | Yuma-Mesa Shopping Center | Yuma, Arizona | | ? |
| CA | #1 Market Plaza | San Francisco, CA | 1974 | MK |
| CA | 10401 Wilshire Boulevard | Los Angeles, CA | 1967 | ZAP |
| CA | 1150 Lombard Street Apartment | San Francisco, CA | 11/00/73 | MK-2 |
| CA | 1228 San Julian Bldg. | California | 00/00/58 | AP Direct-to-Steel |
| CA | 1900 Avenue of the Stars Office Bldg. | in Century City (Los Angeles ??) | Jul-71 | MK |
| CA | 3325 Wilshire Boulevard | Los Angeles, CA | | ZAP |
| CA | 3325 Wilshire Building | Los Angeles, California | 1957 | FP |
| CA | 3540 Tishman Building | Los Angeles, CA | | FP |
| CA | 4th & Berry China Basin | San Francisco, CA | Sep-73 | MK-2 |
| CA | 550 California Building | San Francisco, CA | 09/00/72 | MK-2 |
| CA | 6420 Wilshire Plaza | Los Angeles, CA | Jun-71 | MK |
| CA | A.E.C. #170 | Livermore, CA | | ? |
| CA | ABC Administration Building | Los Angeles, California | Oct-61 | MK |
| CA | ABC Entertainment Center | Los Angeles, CA | Feb-72 | MK |
| CA | AFL Union Hall | Burbank, California | Oct-61 | MK |
| CA | Ahmanson Center | | Aug-71 | MK |
| CA | Air Terminal Addition | Fresno, CA | 01/00/73 | MK-3 |
| CA | Alamedo Title Ins. Co. | Oakland, CA | 1952 | ZAP |
| CA | Alcoa Plaza Towers | Los Angeles, California | | MK |
| CA | Almeda County Title & Trust Co. | Sacramento, California | | ZAP |
| CA | Alta Bates Hospital | Berkeley, CA | 1973 | MK-3 |
| CA | Anaheim Convention | Katella Avenue, Anaheim, CA | Dec-66 | MK |
| CA | Apartment Building | San Francisco, CA | 1973 | MK-2 |
| CA | Apartment Tower | Pacifica, CA | 1973 | MK-2 |
| CA | Apartments (?) | Los Angeles, California | | ZAP |
| CA | Arden Fair Shop Center | Sacramento, CA | | ? |
| CA | Ashland Chemical Co. | Newall, CA | 1973 | MK-3 |
| CA | Autonetics Division of North American Company | Anaheim, CA | | ? |
| CA | Bank of America | Compton, California | Oct-61 | MK |
| CA | Bank of America | Fresno, California | Oct-61 | MK |
| CA | Bank of America | Los Angeles, California | Oct-61 | MK |
| CA | Bank of America | San Diego, California | Oct-61 | MK |
| CA | Bank of America -- World Headquarters | San Francisco, CA | Jan-69 | MK |
| CA | Bank of California | Park Center Place, San Jose, CA | 11/00/72 | MK-3 |
| CA | Bank of Tokyo | San Francisco, CA | Jun-75 | MK-2 |
| CA | Bart/Powell St. Mezzanine Ext./Market St. | San Francisco, California | Dec-71 | MK0-2 |
| CA | Bethlehem Steel | Richmond, CA | 09/21/72 | MK |
| CA | Beverly Hilton Hotel | Beverly Hills, CA | | ZAP |
| CA | Beverly Hilton Hotel *** | Los Angeles, California | 1957 | FP, ZAP |
| CA | Blue Cross Building | Oakland, CA | 11/00/71 | MK-3 |
| CA | Blue Cross Office Building | Oakland, CA | 1952 | Plaster |
| CA | Blums Restaurant | Pasadena, CA | 1951 | ZAP |

3 - 49

| STATE | W.R. GRACE - JOBSITE NAME | JOBSITE/LOCATION (Complete Address) | DATE | PRODUCT |
|-------|---------------------------|-------------------------------------|------|---------|
| CA | Boy's Market | Los Angeles, CA | | ? |
| CA | Boys' Market | Bell Gardens, CA | | ? |
| CA | Broadway Plaza | | Jul-72 | MK |
| CA | Brookshire Medical Center | Downey, California | Jun-70 | MK |
| CA | Buckeye Office Building | Beverly Hills, California | Oct-61 | MK |
| CA | Bullocks | Walnut Creek, CA | Jul-73 | MK-3 |
| CA | Bullocks Westwood Village Store | Los Angeles, CA | | ZAP |
| CA | Bunker Hill Tower | Los Angeles, California | Jan-69 | MK |
| CA | Bus Terminal | Sixth and Los Angeles Streets, Los Angeles, CA | Oct-67 | MK |
| CA | Cal Jones Nob Hill Hyatt | San Francisco, CA | 04/00/73 | MK-2 |
| CA | California Bank Building | Los Angeles, California | Feb-60 | California Acoustic |
| CA | Carroll Duncan Company | Santa Monica, California | Oct-61 | MK |
| CA | Central Office Towers | San Diego, CA | | MK |
| CA | Century City Hospital | Los Angeles (?), CA | Sep-71 | MK |
| CA | Children's Hospital | San Francisco, CA | 01/00/73 | MK-2 |
| CA | Citizens Savings & Loan Building | San Francisco, CA | 1973 | MK-2 |
| CA | Civic Center | Bakersfield, California | Oct-61 | MK |
| CA | Civic Center & Board Chambers Building | San Jose, CA | 1973 | MK-3 |
| CA | Cocoanut Grove | Southern California | Sep-57 | California ZAP |
| CA | Colton Civic Center | Colton, California | 1961-1962 | ZAP |
| CA | Communication Center - Addition - Operations | San Jose, CA | 10/00/72 | MK-3 |
| CA | Community Center | Salinas, CA | | MK-3 |
| CA | Consolidated Systems | Pamona, CA | | ? |
| CA | Continental Assurance | Los Angeles, California | Feb-58 | Acoustic FP |
| CA | Continental Building | San Francisco, CA | Mar-73 | MK-2 |
| CA | Continental Companies Bldg. | California | 00/00/58 | AP Direct-to-Steel |
| CA | Contra Costa Times | W. Creek, CA | 06/00/73 | MK-3 |
| CA | Convention Center | Anaheim, California | Jan-67 | MK |
| CA | County Government Center | San Andreas, CA | | ? |
| CA | County Hospital | Los Gatos, CA | 12/00/72 | MK-3 |
| CA | Crocker-Citizens Plaza | Sixth and Grand Streets, Los Angeles, California | 12/00/67; 03/00/68 | MK |
| CA | Crown-Zellerbach Office Bldg. | San Francisco, CA | 00/00/58 | AP Direct-to-Steel |
| CA | Crown-Zellerbach Office Bldg. | San Francisco, California | Feb-59 | California Acoustic |
| CA | CSAA Building | San Francisco, CA | 05/00/73 | MK-2 |
| CA | Del Monte Building | San Francisco, CA | Jun-75 | MK-2 |
| CA | Del Paso Theater | North Sacramento, California | Jan-48 | ZAP |
| CA | Delta Memorial Hospital | Antioch, CA | | ? |
| CA | Disney Land Hotel Addition | Anaheim, California | Oct-61 | MK |
| CA | Eden Hospital | Castro Valley, CA | 1973 | MK-3 |
| CA | El Camino Hospital | Mt. View, CA | 1974 | MK-3 |
| CA | Elmar Electric | Mt. View, CA | | ? |
| CA | Embarcadero Center | San Francisco, California | 1972-1974 | MK |
| CA | Embarcadero Hyatt | San Francisco, CA | Sep-72 | MK-2 |
| CA | Embarcadero P.G.& E. | San Francisco, CA | 09/00/73 | MK-2 |
| CA | Embarccardero Building #4 | San Francisco, CA | 1974 | MK-2 |
| CA | Emporium | Walnut Creek, CA | 1973 | MK-3 |
| CA | Esquire Theater | Sacramento, California | 1949 | ZAP |
| CA | Fairchild Factory | Mt. View, CA | | ? |
| CA | Far West Research | San Francisco, CA | 08/00/72 | MK-2 |
| CA | Ferry Building | San Francisco, California | Oct-61 | MK |
| CA | Fire Station | Los Angeles, CA | 00/00/58 | AP Direct-to-Steel |
| CA | First National Bank | San Diego, California | Nov-65 | MK |
| CA | Fisherman's Wharf Parking Garage | San Francisco, CA | Aug-73 | MK-2 |
| CA | Folger Building | San Francisco, CA | 04/00/72 | MK-2 |
| CA | Folger Building #2 | San Francisco, CA | Aug-73 | MK-2 |
| CA | Four Corners Office Complex | San Jose, CA | 1973-1974 | MK-3 |
| CA | Fox Hills Parking | Los Angeles, CA | 1975 | MK-3 |
| CA | Fresno Bee | Fresno, CA | 07/00/73 | MK-3 |
| CA | Fresno Hilton Hotel | Fresno, California | Jun-71 | MK |
| CA | Fresno Sheriff Administration Building | Fresno, California | Aug-69 | MK |
| CA | General Motors Assembly Plant | Fremont, CA | | ? |

| STATE | W.R. GRACE - JOBSITE NAME | JOBSITE/LOCATION (Complete Address) | DATE | PRODUCT |
|---|---|---|---|---|
| CA | General Petroleum Building | Los Angeles, California | 1946, 1951, 1957, 1961 | MK, VP |
| CA | General Telephone Building | Santa Monica, CA | 00/00/58 | AP Direct-to-Steel |
| CA | Golden Gate Disposal Co. - Office Maintenance Facility | San Francisco, CA | Sep-73 | MK-2 |
| CA | Golden Gateways Towers | San Francisco, CA | | |
| CA | Grand Hyatt San Francisco | San Francisco, CA | 1973 | MK-2 |
| CA | Great Western | San Francisco, CA | | |
| CA | Great Western Building | 2150 Shattuck Avenue, Berkeley, CA | Jan-73 | MK-2 |
| CA | | | 1970 | USG Firecode (basically MK-3) |
| CA | Grey Hound Bus Lines | Long Beach, California | Oct-61 | MK |
| CA | Grosvenor Apartments | San Francisco, CA | Aug-73 | MK-2 |
| CA | H.M. Gosha Co. Building | San Jose, California | Oct-61 | MK |
| CA | Hales Department Store | Sacramento, California | Oct-61 | MK |
| CA | Herbat Brothers Building | San Francisco, CA | | ? |
| CA | Hewlett - Packard Building 1 & 2 | Santa Rosa, CA | Apr-74 | MK-2 |
| CA | Holiday Inn | San Francisco, CA | 1973 | MK-2 |
| CA | Holy Cross Hospital | San Fernando, California | Nov-60 | MK |
| CA | Home Savings & Loan | San Mateo, CA | Jan-73 | MK-2 |
| CA | Hospital | Petaluma, CA | 1975 | MK-3 |
| CA | Hospital Addition | San Pablo, CA | May-75 | MK-3 |
| CA | Hotel Statler | Los Angeles, California | 1957-1958 | Calif Acoustic and FP |
| CA | Howard Johnson's | San Francisco, CA | 1973 | MK-2 |
| CA | Hunt Foods Office Building | Fullerton, California | Oct-61 | MK |
| CA | Huntington Beach Medical Building | Huntington Beach, California | Aug-68 | MK |
| CA | Hyatt Newporter | Newport Beach, CA | | |
| CA | Hyatt Regency Islandia | San Diego, CA | | |
| CA | Hyatt Regency Monterey | Monterey, CA | | |
| CA | Hyatt Regency San Francisco | San Francisco, CA | | |
| CA | IBM Office Building | Los Angeles, CA | | FP |
| CA | International Airport | Los Angeles, California | Oct-61 | MK |
| CA | International Building | San Francisco, California | Aug-61 | Acoustic |
| CA | Jackson Furniture Store | Sacramento, CA | 1948, 1952 | ZAP |
| CA | Jail Facilities | Orange, California | Apr-60 | Acoustic Finish |
| CA | John Muir Hospital | Walnut Creek, CA | 1973 | MK-3 |
| CA | Joseph Magnin Store | Southern Coast Plaza, Costa Mesa, CA | May-68 | MK |
| CA | Kaiser Aerospace | Palo Alto, CA | | ? |
| CA | Kaiser Hospital | Bellflower, CA | 1974 | MK |
| CA | Kaiser Hospital | Hayward, CA | | ? |
| CA | Kaiser Hospital | San Francisco, California | Dec-72 | MK-2 |
| CA | Kaiser Hospital | Santa Clara, CA | 1973 | MK-3 |
| CA | Kaiser Hospital - Addition | San Francisco, CA | | MK-2 |
| CA | Kirkeby Office Building | Westwood, California | Oct-61 | MK |
| CA | Kong Chow Benovolent Bldg. | San Francisco, CA | 05/00/73 | MK |
| CA | La Jolla Apartments | | Mar-60 | MK |
| CA | Lawrence Welk Building (Teleklew Bldg.) | Santa Monica, CA | 05/14/05 | MK |
| CA | Lincoln Savings & Loan w/Add. | Los Angeles, CA | 1958 | AP Direct-to-Steel |
| CA | Los Angeles International Airport | Los Angeles, California | Sep-61 | MK ZAP |
| CA | Los Angeles International Airport - 13 Story Tower | Los Angeles, California | Sep-59 | California Zonolite Acoustic |
| CA | Los Angeles Sports Arena | Exposition Park, Los Angeles, CA | 1959 | ZAP |
| CA | Macy Warehouse | San Francisco, CA | | ? |
| CA | Main & Beale Bldg. | San Francisco, CA | 1974 | MK-2 |
| CA | Marin General Hospital - Medical Records Addition | San Rafael, CA | Feb-73 | MK-2 |
| CA | Marshall Building, El Camino Plaza | San Mateo, CA | Mar-73 | MK-2 |
| CA | Masonic Building | Palo Alto, CA | 1973 | MK-3 |
| CA | May Co. | Whittier, CA | | ? |
| CA | May Company | Costa Mesa, CA | | ? |
| CA | May Company | Los Angeles, CA | | ? |
| CA | May's Help Hospital | Dely City, CA | | ? |
| CA | Medical Research Center | San Jose, CA | 12/00/73 | MK-3 |
| CA | Menlo Park Towers | Menlo Park, CA | 10/00/72 | MK-2 |

| STATE | W.R. GRACE - JOBSITE NAME | JOBSITE/LOCATION (Complete Address) | DATE | PRODUCT |
|-------|---------------------------|-------------------------------------|------|---------|
| CA | Mercy Hospital | Merced, CA | 1973 | MK-3 |
| CA | Mercy San Juan Hospital | Sacramento, CA | | ? |
| CA | Mervyn's Shopping Center - Addition | Daly City, CA | Aug-73 | MK-2 |
| CA | Metropolitan | San Francisco, California | Sep-72 | MK-2 |
| CA | Mid-Wilshire Medical Bldg. | Los Angeles, CA | 05/19/54 | VP |
| CA | Montery Manor | San Jose, CA | | ZAP |
| CA | Montgomery Ward | Freemont, CA | | ? |
| CA | Mt. Diablo Hospital | Concord, CA | 09/00/73 | MK-3 |
| CA | Mt. Sinai Hospital | Los Angeles, California | 1957 | ZAP |
| CA | National Primata Center, U. C. Davis | Davis, CA | | ? |
| CA | New York Life Insurance | Los Angeles, California | 1958 | Acoustic FP |
| CA | Nob Hill Apartments | San Francisco, CA | 09/00/73 | MK-2 |
| CA | North County Office Building | Palo Alto, California | Oct-61 | MK |
| CA | North Hollywood Savings & Loan | North Hollywood, California | Nov-60 | MK |
| CA | Northridge Hospital | | Dec-67 | MK |
| CA | Northrup Aircraft Plant | Palmdale, California | | ZAP |
| CA | Northwestern Mutual Fire Assn. Bldg. | Los Angeles, CA | 1952 | ZAP |
| CA | Oakland-Atameda County Coliseum Complex | Atameda County | Nov-66 | California ZAP |
| CA | Occidental Life Insurance Company | Los Angeles, California | 1965 | MK |
| CA | Office Building | Burlingame, CA | 1973 | MK-2 |
| CA | Office Building | Palo Alto, CA | 07/00/73 | MK-3 |
| CA | Office Building Addition | Oakland, CA | | MK-3 |
| CA | One Hundred South Doheny | | Nov-71 | MK |
| CA | One Park Plaza | | Oct-71 | MK |
| CA | Ontario Airport | Ontario, California | Dec-68 | MK |
| CA | Orbach's | Wilshire & Fairfax, Los Angeles, CA | Jun-69 | MK |
| CA | P.G.&E. Building | San Jose, CA | 1973-1974 | MK-3 |
| CA | P.T.& T. | Redwood City, CA | Mar-74 | MK-2 |
| CA | P.T.& T. Addition #4 | San Jose, CA | 10/00/72 | MK-3 |
| CA | P.T.& T. Building - 4A | Santa Clara, CA | 05/00/73 | MK-3 |
| CA | Pacific Building | S. Leandro, CA | Aug-73 | MK-3 |
| CA | Pacific Gas & Electric Building | Stockton, California | Oct-61 | MK |
| CA | Pacific Heights Apartment | San Francisco, CA | | MK-2 |
| CA | Pacific Indemnity Building | Los Angeles, California | Apr-61 | MK |
| CA | Pacific Indemnity Building Addition | Los Angeles, CA | Feb-71 | MK |
| CA | Pacific Mutual Life Building | | 03/1972 - 04/1972 | MK |
| CA | Pacific Security Building | S. Leandro, CA | 06/00/73 | MK-3 |
| CA | Palm Springs Airport | Palm Springs, CA | | ? |
| CA | Park Plaza | San Mateo, CA | Sep-74 | MK-2 |
| CA | Parking Garage | San Francisco, CA | 08/00/72 | MK-2 |
| CA | Penny's | Salinas, CA | 04/00/72 | MK-3 |
| CA | Permanente Hospital | Van Nuys, California | Oct-61 | MK |
| CA | PG&E Service Center | Sacramento, CA | | ? |
| CA | Police Headquarters | Fresno, California | Oct-61 | MK |
| CA | Prudential Bldg. | Los Angeles, CA | 1946 | VP |
| CA | Prudential Building | Los Angeles, CA | 1948 | Plaster |
| CA | Prudential Insurance Office Bldg. | Los Angeles, CA | 06/00/52 | ZAP |
| CA | Public Safety Building | Foster City, CA | | ? |
| CA | Public Safety Building | Salinas, CA | 09/00/72 | MK-3 |
| CA | Publishing Plant | Mendocino Road, Santa Rosa, CA | Sep-73 | MK-2 |
| CA | Quantas Office Building | San Francisco, CA | 01/00/72 | MK-2 |
| CA | Rancho Seco Nuclear Power Plant | California | | Darex & Daratard Concrete Admixtures |
| CA | Ray Chemical | Menlo Park, CA | | ? |
| CA | Regency Hyatt House | San Francisco, CA | 1978-1979 | MK |
| CA | Regency Hyatt House | San Francisco, California | | MK |
| CA | Research Building - Phase III | San Francisco, CA | 11/08/72 | MK-2 |
| CA | Rickeys, a Hyatt Hotel | Palo Alto, CA | | |
| CA | Ross Hospital | Ross, CA | Aug-74 | MK-2 |
| CA | Rotunda A Airport Terminal | San Francisco, CA | Oct-71 | MK-2 |
| CA | Russian Hill Twin Tower | 1150 Lombard, San Francisco, CA | | MK-2 |
| CA | S & L | San Mateo, CA | Mar-74 | MK-2 |

| STATE | W.R. GRACE - JOBSITE NAME | JOBSITE/LOCATION (Complete Address) | DATE | PRODUCT |
|---|---|---|---|---|
| CA | Sacramento Inn | | Sep-57 | California ZAP Ceiling |
| CA | Sacramento Municipal Utility District Office Bldg. | Sacramento, California | Feb-59 | California  Acoustic |
| CA | Safeco | Burlingame, CA | Dec-73 | MK-2 |
| CA | Salina Valley Memorial Hospital | Salinas, CA | 1973 | MK-3 |
| CA | San Antonio Office Building Center | Mountain View, CA | 06/00/72 | MK-3 |
| CA | San Bernadino Hospital, Psychiatric Unit | San Bernadino, CA | | ? |
| CA | San Diego Gas & Electric Co. | San Diego, California | Jan-68 | MK |
| CA | San Francisco Airport Addition, North Terminal Bldg. | San Francisco, CA | Sep-74 | MK-2 |
| CA | San Joaquin General Hospital | Stockton, California | Oct-61 | MK |
| CA | San Jose Hospital | San Jose, California | Feb-58 | Acoustic FP |
| CA | San Leandro Memorial Hospital | San Leandro, CA | | MK |
| CA | San Mateo Medical Clinic | San Mateo, CA | 1954 | VP |
| CA | San Mateo Office Building | San Mateo, CA | | MK-2 |
| CA | Santa Maria Hospital | Santa Maria, California | | VP |
| CA | Santa Monica Miramar Hotel | Santa Monica, California | Jun-59 | ZAP |
| CA | Santa Rosa Hospital | Santa Rosa, CA | | MK-2 |
| CA | Santa Tehess Co. Hospital | San Jose, CA | 08/00/72 | MK-3 |
| CA | Santa Teresa Medical Office Bldg. | San Jose, CA | 06/00/73 | MK-3 |
| CA | Savings & Loan Building | San Rafael, California | Oct-61 | MK |
| CA | Sears | San Rafael, CA | 1974 | MK-2 |
| CA | Sears Roebuck | Bakersfield, CA | | ? |
| CA | Sears Roebuck | Canoga Park, CA | | ? |
| CA | Sears Roebuck | Concord, CA | | ? |
| CA | Sears Roebuck | Riverside, CA | | ? |
| CA | Sears Roebuck | San Bernardino, CA | | ? |
| CA | Sears Roebuck | Stockton, A | | ? |
| CA | Security Pacific Bank Building (45 story building) | San Francisco, California | Aug-71 | MK |
| CA | Security Pacific National Bank | Operators Center | Jun-72 | MK |
| CA | Senior Citizens | Fresno, CA | 1973 | MK-3 |
| CA | Sepulveda | San Jose, CA | May-71 | MK |
| CA | Sequoia Hospital | R. Clay, California | Dec-71 | MK-2 |
| CA | Service Center | Martinez, CA | 1974 | MK-3 |
| CA | Service Center | San Jose, CA | 02/00/72 | MK-3 |
| CA | Sharp Rehabilitation Center | San Diego, CA | 1974 | MK |
| CA | Sheraton Hotel | Burlingame, CA | 1974 | MK |
| CA | Sherman Building Twin Towers | San Jose, CA | 04/00/72 | MK-3 |
| CA | Shriners Hospital for Crippled Children | | Apr-67 | MK |
| CA | Sierra Tower | Hollywood, California | Jun-66 | FP Plaster |
| CA | Signal Oil and Gas Company | Los Angeles, California | Feb-60 | FP |
| CA | Singer Office Building | San Leandro, CA | | MK-3 |
| CA | Skinner Filtration Plant | Winchester, CA | 1975 | MK |
| CA | South Coast Plaza Hotel | Costa Mesa, CA | | MK |
| CA | Southern Pacific | San Francisco, CA | Jun-74 | MK-2 |
| CA | Sports Arena in Exposition Park | Los Angeles, California | Nov-59 | ZAP |
| CA | St. James Armenian Church | Los Angeles, California | Jan-58 | California ZAP |
| CA | St. Mary's Hospital | San Francisco, CA | Jun-72 | MK-2 |
| CA | Standard Oil Building | San Francisco, CA | 09/00/73 | MK-2 |
| CA | Stanford Hospital | Stanford, CA | 1974 | MK |
| CA | State Farm Regional Office | San Francisco, CA | Aug-74 | MK-2 |
| CA | Station | Pacific Grave, CA | | MK-3 |
| CA | Stockton St. Apartments | San Francisco, CA | Feb-74 | MK-2 |
| CA | Store at 9700 Wilshire Blvd. | Los Angeles, California | Sep-57 | California ZAP Ceiling |
| CA | Suntex Laboratory | Palo Alto, CA | | ? |
| CA | Superior Oil Building | Los Angeles, CA | 1958 | AP Direct-to-Steel |
| CA | Sutter Hospital Addition #1 | Sacramento, California | Oct-61 | MK |
| CA | Sutter Place Office Building | San Francisco, CA | Jul-74 | MK-2 |
| CA | Tarzana Medical Center | Tarzana, CA | 1974 | MK |
| CA | Teamsters Building | Los Angeles, California | Feb-58 | Acoustic FP |
| CA | Teleklea Office Building | Santa Monica, California | Oct-61 | MK |
| CA | Teresa Office Building | San Jose, CA | Jun-73 | MK-3 |

| STATE | W.R. GRACE - JOBSITE NAME | JOBSITE/LOCATION (Complete Address) | DATE | PRODUCT |
|---|---|---|---|---|
| CA | Terminal Addition | Fresno, CA | Jun-74 | MK-3 |
| CA | Texaco Office Bldg. | Los Angeles, CA | | AP Direct-to-Steel |
| CA | Texas Co. | Los Angeles, California | Feb-58 | Acoustic FP |
| CA | Texas County Building | | Jun-57 | California Zonolite Acoustic |
| CA | The Prudential Building | Los Angeles, CA | 1951 | ? |
| CA | The Villa Hotel | San Mateo, CA | 1959 | ZAP |
| CA | Tidewater Oil Office Bldg. | California | 1958 | AP Direct-to-Steel |
| CA | Times Mirror Building Addition | Los Angeles, CA | | AP Direct-to-Steel |
| CA | Tishman | 1st & Market Strs., San Francisco, CA | 09/25/72 | MK-2 |
| CA | Tishman-Comstock Apartments | Los Angeles, California | Oct-61 | MK |
| CA | Torrance Medical Building | Torrance, CA | 1974 | MK |
| CA | Tower Apartment Building | Richmond, CA | 1974 | MK-3 |
| CA | Travelers Insurance Building | Los Angeles, California | Jun-61 | MK |
| CA | Travelers Insurance Office Bldg. | Los Angeles, CA | | MK, etc |
| CA | Treasury Store | Long Beach, California | Jun-70 | MK-2 |
| CA | TWA Building, San Francisco Airport | San Francisco, CA | 09/00/73 | MK-2 |
| CA | Typewriter Exchange Addition | Los Angeles, California | Oct-61 | MK |
| CA | U.C.B. | Park Center Place, San Jose, CA | 12/00/72 | MK-3 |
| CA | U.L. Lab Addition | Santa Clara, CA | | MK-3 |
| CA | Union Oil Bldg. | Los Angeles, CA | 1958, 1961 | AP Direct-to-Steel, MK |
| CA | United California Bank Building | | Jan-72 | MK |
| CA | University Hotel | Los Angeles, CA | 1974 | MK |
| CA | V.A. Hospital | Martinez, CA | | ? |
| CA | Vallco Park Office Bldg. | Cupertino, CA | 04/00/72 | MK-3 |
| CA | Valley Presbyterian Hospital | California | | AP Direct-to-Steel |
| CA | Valley Presbyterian Hospital | Van Nuys, California | Jul-61 | ZAP |
| CA | Villa Hotel | San Mateo, CA | | AP |
| CA | Warehouse Remodel | Oakland, CA | 1974 | MK-3 |
| CA | Washington Hospital | Fremont, CA | 07/00/73 | MK-3 |
| CA | Weinstock Lubin Department Store | Sacramento, California | Oct-61 | MK |
| CA | Wells Fargo Bank | S. Leandro, CA | 12/00/72 | MK-3 |
| CA | Wells Fargo Bank | Salinas, CA | 1974 | MK |
| CA | Welsey Palms Retirement Home | Pacific Beach, California | Dec-61 | ZAP |
| CA | Welton Becket Office Building | Los Angeles, California | Oct-61 | MK |
| CA | Westcrest Homes Tract | Santa Monica, CA | | FP |
| CA | Western Mortgage Office Bldg. | Los Angeles, CA | 1958 | AP Direct-to-Steel |
| CA | Westwood Neighborhood Building | Westwood, CA | 1975 | MK |
| CA | White House Department Store | Oakland, California | Oct-61 | MK |
| CA | White Office Building | Palo Alto, California | Oct-61 | MK |
| CA | Wilshire Manor Apartments | Los Angeles, CA | | FP |
| CA | Wilshire New Hampshire Building | | May-72 | MK |
| CA | World Airways Aircraft Maintenance Facility, Oakland Airport | Oakland, CA | 05/00/72 | MK-3 |
| CA | World Headquarters-Bank of America | San Francisco, California | 1969 | MK |
| CA | Yerba Buena Garage & Hal | San Francisco, CA | 1975 | MK-2 |
| Canada | Bentall Center Tower Number Two | Vancouver, British Columbia, Canada | Oct-68 | MK |
| Canada | City of Calgary | Calgary, Alberta | Mul. | Multiple |
| Canada | Centennial Hall (New Concert Hall) | Winnipeg, Manitoba, Canada | Sep-68 | ZAP & FP |
| Canada | City Hall Building | Windsor, Ontario | ?? | AP Direct to Steel |
| Canada | Col. Belcher Hospital | Calgary | 1959 | A.P. |
| Canada | Col. Belcher Hospital | Calgary, Alberta | ?? | AP |
| Canada | Edmonton Center | Alberta | ?? | MK |
| Canada | Great West Life Insurance Building | Winnipeg, Manitoba | ?? | AP Direct to Steel |
| Canada | Investors Syndicate Building | Winnipeg, Manitoba | ?? | AP Direct to Steel |
| Canada | Landsdown Shopping Center | British Columbia | ?? | MK |
| Canada | Markham Market Place | Ontario | ?? | MK |
| Canada | Milner Building | Edmonton, Alberta | ?? | AP Direct to Steel |
| Canada | Park Hotel | Edmonton, Alberta | ?? | MK FP, Plaster |
| Canada | Petroleum Office Building | Calgary, Alberta | 1952 | ZAP |
| Canada | Provincial Government T.B. Sanitorium | Keith, Alberta | 1952 | ZAP |
| Canada | Sailor's Home | Vancouver, BC | ?? | MK, FP, Plaster |
| Canada | Sovereign Life Insurance Building | Winnipeg, Manitoba | ?? | AP Direct to Steel |

| STATE | W.R. GRACE - JOBSITE NAME | JOBSITE/LOCATION (Complete Address) | DATE | PRODUCT |
|---|---|---|---|---|
| Canada | United Church of Canada | Toronto | 1959 | ZAP |
| Canada | Vancouver Civic Auditorium | Vancouver, BC | 1959 | ZAP |
| CO | All Saints Church Parish House | Denver, CO | 10/19/54 | ZAP |
| CO | Baptist Church | Durango, CO | 10/19/54 | ZAP |
| CO | Bates Drug Store | Colorado Springs, CO | 10/19/54 | ZAP |
| CO | Bear Valley Shopping Center | Denver, CO | 1966 | MK |
| CO | Bell Telephone Addition | Denver, CO | 1966 | MK |
| CO | Beth Joseph Congregation Synagog | Durango, Colorado | Mar-59 | ZAP |
| CO | Bethlehem Lutheran Church | Ft. Collins, CO | 10/19/54 | ZAP |
| CO | Blue Cross/Blue Shield | Denver, CO | 1973 | MK |
| CO | Bonfils Memorial Theater | Denver, CO | 10/19/54 | ZAP |
| CO | Clayton Presbyterian Church | Denver, CO | 10/19/54 | ZAP |
| CO | Colorado A&M | Ft. Collins, CO | 10/19/54 | ZAP |
| CO | Colorado National Bank | Denver, CO | 1963 | MK |
| CO | Colorado State Bank | Denver CO | 12/07/70 to 12/24/70 | MK; Hi-Sorb |
| CO | Cosmopolitan Hotel | Denver, CO | 1954 et al. | ZAP, MK |
| CO | Craig Public Library | Craig, CO | 10/19/54 | ZAP |
| CO | Denver Club Building | Denver, Colorado | | MK, ZAP |
| CO | Denver County Jail | Denver, CO | 1973 | Masonry Fill |
| CO | Denver FP Headquarters | Denver CO | 1974 | MK |
| CO | Denver Lock & Key | Denver, CO | 10/19/54 | ZAP |
| CO | Denver Office Building (Lincoln Tower) | Denver, CO | 1961 | MK |
| CO | Denver Plant Office | Denver, CO | 10/19/54 | ZAP |
| CO | Denver Plaza | Denver, CO | 05/23/73 | MK 4 |
| CO | Denver Square, Anaconda Bldg. | Denver, CO | | MK |
| CO | Durango City Hall | Durango, Colorado | Jan-65 | ZAP, Plaster-Tex |
| CO | Eddies Candelight Inn | Colorado Springs, CO | 10/19/54 | ZAP |
| CO | Evangelical Church | Trinidad, CO | 10/19/54 | ZAP |
| CO | European Health Spa | Denver, CO | 05/23/73 | Masonry Fill |
| CO | Fire Station | ? | 10/06/60 | AP |
| CO | First Evangelical Free Church | Denver, CO | 10/19/54 | ZAP |
| CO | First National Bank Bldg. | Greeley, CO | | AP Direct-to-Steel |
| CO | Four Seasons Motor Inn | Colorado Springs, CO | 04/07/73 | Masonry Fill |
| CO | Francis Fisher Co. | Denver, Co | 10/19/54 | ZAP |
| CO | Frushaf Trailer Office | Denver, CO | 10/19/54 | ZAP |
| CO | Holiday Center | Aspen, CO | | Masonry Fill |
| CO | Holly Sugar Building | Colorado Springs, CO | 1966-1968 | MK |
| CO | IBM Building | Denver, CO | 10/19/54 | ZAP |
| CO | JB&T Bank | ? | 1973 | Masonry Fill |
| CO | J.C. Penney Store | Denver, CO | 1952 | ZAP |
| CO | Jack Combs Hotel | Glennwood Springs, CO | 02/23/55 | AP |
| CO | Julesburg Church | Julesburg, CO | 10/19/54 | ZAP |
| CO | Keith Office Building | Denver, Co | 1952, 1954 | ZAP |
| CO | Kent Apartment Building | Denver, Colorado | Mar-59 | ZAP |
| CO | Knotty Pine Café | Ft. Collins, CO | 10/19/54 | ZAP |
| CO | Lakeview Cond. | Dillon, CO | 1973 | Masonry Fill |
| CO | Martin Missile Site | Denver, Colorado | | Treadsure |
| CO | Medical Apts. Building | Greeley, CO | | MK |
| CO | Medical Arts Building | Greeley, CO | | Plaster or A.P |
| CO | Medical Clinic | Greeley, CO | 10/19/54 | ZAP |
| CO | Mercy Hospital | Durango, CO | 10/19/54 | ZAP |
| CO | Mile High Medical Arts Bldg. | Denver, CO | 1961 | MK |
| CO | Moore Mortuary | Denver, CO | 10/19/54 | ZAP |
| CO | Mountain Bell | Denver, CO | | MK |
| CO | Mountain States Telephone Company | Denver, CO | 1965 | MK |
| CO | Plaza 6000 | Denver CO | 1974 | MK |
| CO | Preferred Risk Insurance Co. | Colorado Springs, CO | 10/19/54 | ZAP |
| CO | Primary Waste Treatment Bldg., Arapahoe Chemicals | Boulder, CO | 03/14/73 | Masonry Fill |
| CO | Public Service Co. | Denver, CO | 1961 | MK |
| CO | Pueblo Lumber Co. | Pueblo, CO | 10/19/54 | ZAP |
| CO | Reformed Mormon Church | Pueblo, CO | 10/19/54 | ZAP |
| CO | Rocky Mountain Arsenal | Denver, Co | 10/19/54 | ZAP |
| CO | Rose Memorial Addition | ? | 1973 | Masonry Fill |

| STATE | W.R. GRACE - JOBSITE NAME | JOBSITE/LOCATION (Complete Address) | DATE | PRODUCT |
|---|---|---|---|---|
| CO | Safeway Store, Cherry Creek Shopping Center | Denver, CO | 1965 | MK |
| CO | Scottish Rite Masonic Temple | Pueblo, CO | 10/19/54 | ZAP |
| CO | Sears & Roebuck, Westland Shopping Center | Lakewood, CO | 1966 | MK |
| CO | Shirley Ray Apartments | Denver, CO | 1952 | ZAP |
| CO | South Baptist Church | Colorado Springs, CO. | 10/19/54 | ZAP |
| CO | St. Johns Catholic Church | Denver, CO | 10/19/54 | ZAP |
| CO | St. Vincents De Paul Church | Denver, CO | 10/19/54 | ZAP |
| CO | St. Vincents' Orphanage | Denver, CO | 08/28/58 | ZAP |
| CO | Tower of Memories | Denver, CO | 10/19/54 | ZAP |
| CO | Trinity Baptist Church | Pueblo, CO | 10/19/54 | ZAP |
| CO | Union Bus Terminal | Denver, CO | 10/19/54 | ZAP |
| CO | United American Life Building | Denver, CO | 1952 | ZAP |
| CO | United Brethern Church | Colorado Springs, CO | 10/19/54 | ZAP |
| CO | W. Farm Bureau Life Building | Denver, CO | 1966 | MK |
| CO | West Point Bldg. | Academy Park, Lakewood, CO | 05/22/73 | Roof Deck |
| CT | Albany Avenue Library | Hartford, CT | 4/3/1970 | ZAP |
| CT | Blue Cross Building | Hamden, CT | 4/3/1970 | Mono-Kote |
| CT | Brady Bordman Contractor, c/o Dwight Contractors | Cedar Street, New Haven, CT | 1971 | MK-3 |
| CT | Bunker-Ramo | Trumball, CT | 1970 | MK 3 |
| CT | Burdolf Health Center | Hartford, Ct | 1969 | MK-3 |
| CT | Capital Street Apartment | Hartford, CT | 4/3/1970 | Mono-Kote |
| CT | Central Bank | Meridan, CT | 1970 | MK-3 |
| CT | Chelsea Cement Company | Chelsea, MA | Nov-69 | MK-3 |
| CT | Conn. General Life Ins. Building | Hartford, CT | 1956 | AP |
| CT | Connecticut Historical Society | Hartford, Ct | 1970 | MK 3 |
| CT | Connecticut Light & Power Co. a.k.a. Northeast Utilities | | 1969 | MK |
| CT | Connecticut National Bank | Bridgeport, CT | 7/28/1972 | Mono-Kote |
| CT | Delesco Fuel & Mason Supply | Stamford, Ct | 1971 | MK-3 |
| CT | E.H. Coon Company | Watertown, CT | 69-71 | MK-3 |
| CT | E.P.I. Job | Hartford, CT | 1970 | MK-3 |
| CT | Greenwich Plaza / Empire Pyro Spray Inc. c/o Diesel Contractor, Corp. | Greenwich, CT | 1969 | MK-3 |
| CT | Fitkin Clinical Labs | New Haven, CT | 7/28/1972 | Mono-Kote |
| CT | Foremost Foods | West Haven, CT | 04/71 | ? |
| CT | Founders Plaza, c/o Standard Builders | East Hartford, CT | 70-72 | MK 3 |
| CT | G.T.E. Corporate Headquarters | Stamford, CT | 7/28/1972 | Mono-Kote |
| CT | Gant Shirt Co. | New Haven, CT | 09/23/70; 10/05/70 | MK |
| CT | General Electric Corporation Headquarters | Fairfield, CT | 1972-1973 | Mono-Kote |
| CT | General Life Ins. Building | Hartford, CT | 1957 | AP |
| CT | Genovese Supply | Stamford, CT | 1970 | MK-3 |
| CT | Grant Shirt Co., c/o Associated Construction Co. | New Haven, CT | 1970 | MK 3 |
| CT | Hartford National Bank | Hartford, CT | 04/25/69 | MK-3 |
| CT | Hartford National Bank | 798 Connecticut Ave., Norwalk, CT | 3/19/1971 | Super 40 Medium SAV 41-08-42-1-18 |
| CT | Holiday Inn | 798 Connecticut Ave., Norwalk, CT | 1971 | Super 40 Medium SAV 41-08-42-1-18 |
| CT | Homer C. Godfrey | Bridgeport, CT | 1970 | MK-3 |
| CT | Housing for Elderly | Bristol, CT | 1971 | MK-3 |
| CT | I.B.M. Office Bld. | Hamden, CT | 1970 | MK-3 |
| CT | J.C. Penney Stores | | 07/27/71 | MK-3 |
| CT | Jet-A-Coustics | East Hartford, CT | 1971 | MK 3 |
| CT | Jet-A-Coustics | Hartford, CT | 70-71 | MK 3 |
| CT | Jet-A-Coustics | Newington, CT | 1970 | MK 3 |
| CT | Jet-A-Coustics, Inc., c/o Bunker-Ramo | Trumball, CT | 7/22/1971 | MK 3 |
| CT | Jewish Community Center | New Haven, CT | 4/3/1970 | ZAP |
| CT | Lab for Surgery, Obs. & Gyne. | New Haven, CT | 7/28/1972 | Mono-Kote |
| CT | Largo Complex/Large Property/Largo Industries | 2777 Stummer Street, Stanford, CT | 1971 | Mono-Kote |
| CT | Lord & Taylor | West Hartford, CT | ? | MK/AP |