# TAB C

*11008*

# W.R. GRACE & CO.
# ASBESTOS PROPERTY DAMAGE
# PROOF OF CLAIM FORM

*The United States Bankruptcy Court for the District of Delaware*
*In re: W.R. Grace & Co., et al., Debtors, Case No. 01-01139 (JKF)*
*(Jointly Administered)*

## SUBMIT COMPLETED CLAIMS TO:

**Claims Processing Agent**
**Re: W.R. Grace & Co. Bankruptcy**
**PO Box 1620**
**Faribault, MN 55021-1620**

For a complete list of the Debtors in this case, please see "The Debtors" section of the
*General Instructions for Completing Proof of Claim Forms.* The Debtors in this case are
collectively referred to in this document as "Grace."

If you have a current claim against Grace for property damage allegedly resulting from asbestos from a
Grace product *(other than Zonolite Attic Insulation),* THIS ASBESTOS PROPERTY DAMAGE PROOF
OF CLAIM FORM MUST BE RECEIVED ON OR BEFORE 4:00 P.M. EASTERN TIME ON MARCH 31,
2003, or you will be forever barred from asserting or receiving payment for your claim.

PremierView™ forms by NCS Pearson MW233276-2    654321    Printed in U.S.A.

## PART 1: CLAIMING PARTY INFORMATION

**NAME**

`ANDERSON MEMORIAL HOSPITAL`

*Name of individual claimant (first, middle and last name) or business claimant*

**SOCIAL SECURITY NUMBER (Individual Claimants):**      **F.E.I.N. (Business Claimants)**

*(last four digits of SSN)*

**Other names by which claiming party has been known (such as maiden name or married name):**

*First*                     *MI*    *Last*

*First*                     *MI*    *Last*

**GENDER:**  ☐ MALE    ☐ FEMALE

**Mailing Address:**

*Street Address*

*City*                                        *State (Province)*    *Zip Code (Postal Code)*

*Country*

## PART 2: ATTORNEY INFORMATION

**The claiming party's attorney, if any (You do not need an attorney to file this form):**

**Law Firm Name:**

`SPEIGHTS & RUNYAN`

**Name of Attorney:**

`AMANDA`                `G`  `STEINMEYER`
*First*                   *MI*  *Last*

**Mailing Address:**

`P O BOX 685 - 200 JACKSON AVENUE EAST`
*Street Address*

`HAMPTON`                              `SC`   `29924`
*City*                                *State (Province)*  *Zip Code (Postal Code)*

**Telephone:**

`(803) 943-4444`
*Area Code*

9276101                                    SERIAL #

## PART 3    PROPERTY INFORMATION

### A.    Real Property For Which A Claim Is Being Asserted

1.  What is the address of the real property for which a claim is being asserted (referred to herein as "the property")?

800 NORTH FANT
*Street Address*

ANDERSON
*City*

SC
*State (Province)*

29261
*Zip Code (Postal Code)*

UNITED STATES
*Country*

2.  Are you completing an Asbestos Property Damage Proof of Claim Form for any other real property other than the one listed at "1" above?

☒ Yes    ☐ No

3.  Do you currently own the property listed in Question 1, above?

☒ Yes    ☐ No

4.  When did you purchase the property?

[  ] - [  ] - 1972
*Month*  *Day*  *Year*

5.  What is the property used for (check all that apply)?

☐ Owner occupied residence
☐ Residential rental
☒ Commercial
☐ Industrial    Specify: 
☐ Other    Specify: 

6.  How many floors does the property have?    009

7.  What is the approximate square footage of the property?    125855

8.  When was the property built?

☐ Before 1969
☒ 1969 - 1973
☐ After 1973

9.  What is the structural support of the property?

☐ Wood frame
☐ Structural concrete
☐ Brick
☒ Steel beam/girder
☐ Other    Specify: 

10.  Have you or has someone on your behalf completed any interior renovations on the property which affected any asbestos on the property?

☒ Yes    ☐ No

9276102

SERIAL #

239276-1 - 2/3

## A. Real Property For Which A Claim Is Being Asserted *continued*

If yes, please specify the dates and description of such renovations.

| Year | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
| --- | --- | --- |
| Year | Description | |
| Year | Description | |

11. To the best of your knowledge, have any other interior renovations been completed on the property during any other period of time which affected any asbestos on the property?

☒ Yes    ☐ No

If yes, please specify the dates and descriptions of such renovations.

| Year | Description | MULTIPLE RENOVATIONS OVER VARIOUS YEARS |
| --- | --- | --- |
| Year | Description | |
| Year | Description | |

## B. Claim Category

12. For which category are you making a claim on the property?

☒ Category 1:  Allegation with respect to asbestos from a Grace product in the property
☐ Category 2:  Allegation with respect to one of Grace's vermiculite mining, milling or processing operations

• If you checked Category 1 in question 12, complete section C.
• If you checked Category 2 in question 12, complete section D.

## C. Category 1 Claim:  Allegation With Respect To Asbestos From A Grace Product In The Property

13. For what alleged asbestos-containing product(s) are you making a claim?

☐ Monokote-3 fireproofing insulation
☒ Other    Specify:  SURFACE TREATMENT

(For a list of the brand names under which Grace manufactured products that may have contained commercially added asbestos, see Exhibit 2 to the Claims Bar Date Notice provided with this Proof of Claim Form.)

14. When did you or someone on your behalf install the asbestos containing product(s) in the property?

| | | | |
| --- | --- | --- | --- |
Year    ☒ I did not install the product(s)

15. If you or someone on your behalf did not install the asbestos containing product(s), to the best of your knowledge, when was/were the product(s) installed?

| 1 | 9 | 7 | 2 |
| --- | --- | --- | --- |
Year    ☐ Don't know.

9 2 7 6 1 0 3

**SERIAL #**

16. Do you have documentation relating to the purchase and/or installation of the product in the property?

☒ Yes    ☐ No

If Yes, attach all such documents. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

17. If you do not have any such documents, explain why not and indicate who may have possession or control of such documents with respect to the property.

> NOT APPLICABLE

18. When did you first know of the presence of asbestos in the property of the Grace product for which you are making this claim?

> 2003
> Year

Please attach all documents relating or referring to the presence of asbestos in the property for which you are making this claim. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

19. How did you first learn of the presence of asbestos in the property of the Grace product for which you are making this claim?

> SEE ATTACHED

20. When did you first learn that the Grace product for which you are making this claim contained asbestos?

> 1997
> Year

21. How did you first learn that the Grace product for which you are making the claim contained asbestos?

> MAS, LONGO REPORT

22. Have you or someone on your behalf made an effort to remove, contain and/or abate the Grace product for which you are making this claim?

☒ Yes    ☐ No

If Yes, attach all documents relating or referring to such efforts. If the documents are too voluminous to attach, attach a summary of the documents indicating the name of each document, date of each document, a brief description of the document, the location of the document, and who has possession and control of the document.

If you provide a summary of documents rather than the documents themselves, you are required to consent to the production and release of those documents to Grace upon Grace's further request.

23. If you do not have any such documents, explain why not and indicate who may have possession and control of such documents with respect to the property.

> SEE ATTACHED

24. If you or someone on your behalf did not make an effort to remove, contain and/or abate the Grace product(s) for which you are making a claim, to the best of your knowledge, did anyone else make such an effort?

☒ Yes    ☐ No

9276104

SERIAL #⌐

25. If you responded Yes to question 22. or 24. and you have not supplied documents, please specify the dates and descriptions of any such efforts.

| Year | Description | VARIOUS YEARS, NUMEROUS PROJECTS |
|---|---|---|
| Year | Description | |
| Year | Description | |

26. Have you or anyone on your behalf ever conducted any testing or sampling for the presence of asbestos or other particulates in the property?

☒ Yes      ☐ No      If Yes, Attach All Documents Related To Any Testing Of The Property.

27. If you responded Yes to question 26., but you have not provided documents, indicate who may have possession or control of such testing documents or where such documents may be located.

SEE ATTACHED

28. If you or someone on your behalf did not conduct any testing or sampling for the presence of asbestos or other particulates on the property, to the best of your knowledge, did anyone else conduct such testing or sampling with respect to the property?

☐ Yes      ☐ No   NOT APPLICABLE

29. If you responded Yes to question 26. or 28. and you have not supplied related documents, please describe when and by whom and the type of testing and/or sampling (e.g. air, bulk and dust sampling).

| Year | Company/Individual | VARIOUS YEARS, NUMEROUS SAMPLES |
|---|---|---|
| | Type of testing: | |
| Year | Company/Individual | |
| | Type of testing: | |
| Year | Company/Individual | |
| | Type of testing: | |

30. Has the Grace product or products for which you are making this claim ever been modified and/or disturbed?

☒ Yes      ☐ No

31. If yes, specify when and in what manner the Grace product or products was modified and/or disturbed?

| Year | Description | AFFECTED BY NUMEROUS CUSTODIAL AND MAINTENANCE ACTIVITIES AND RENOVATIONS. |
|---|---|---|
| Year | Description | |
| Year | Description | |

## PART 4: ASBESTOS LITIGATION AND CLAIMS

### A. INTRODUCTION

1. Has any asbestos-related property damage lawsuit or claim been filed against Grace on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

2. Has any asbestos-related property damage lawsuit or claim been filed against any other party on behalf of this claiming party relating to the property for which you are making this claim?

   ☐ No
   ☒ Yes – lawsuit
   ☐ Yes – non-lawsuit claim (other than a workers' compensation claim)

   *If an asbestos-related property damage lawsuit has been filed by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section B. below.*

   *If an asbestos-related property damage non-lawsuit claim has been made by or on behalf of this claiming party relating to the property for which you are making a claim, complete Section C. on the following page.*

### B. LAWSUITS

1. Please provide the following information about each asbestos-related property damage lawsuit which has been filed relating to the property for which you are making this claim or attach a copy of the face page of each complaint filed.

   a. Caption  ANDERSON MEMORIAL HOSPITAL, ON BEHALF OF ITSELF & OTHERS SIMILARLY SITUATED V. W.R. GRACE & COMPANY ET AL.

   b. Court where suit originally filed: HAMPTON SC      Docket No.: 92CP25279
   *County/State*

   c. Date filed: 12 - 23 - 1992
   *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:             Docket No.:
   *County/State*

   c. Date filed:    -    -
   *Month   Day   Year*

   a. Caption

   b. Court where suit originally filed:             Docket No.:
   *County/State*

   c. Date filed:    -    -
   *Month   Day   Year*

   (Attach additional pages if necessary.)

## C. NON-LAWSUIT CLAIMS

1. If the claiming party has made any claims relating to the property for which you are making a claim (including administrative claims) against anyone, that was not filed with a court of law, please provide the following information for each claim:

a. Description of claim: _____

b. Date submitted: [  ] - [  ] - [    ]  
             *Month  Day   Year*

c. Name of entity to whom claim was submitted:  
   ☐ Grace  
   ☐ Other _____  
          *Name of Entity*

a. Description of claim: _____

b. Date submitted: [  ] - [  ] - [    ]  
             *Month  Day   Year*

c. Name of entity to whom claim was submitted:  
   ☐ Grace  
   ☐ Other _____  
          *Name of Entity*

a. Description of claim: _____

b. Date submitted: [  ] - [  ] - [    ]  
             *Month  Day   Year*

c. Name of entity to whom claim was submitted:  
   ☐ Grace  
   ☐ Other _____  
          *Name of Entity*

## PART 5: SIGNATURE PAGE

All claims must be signed by the claiming party.

I have reviewed the information submitted on this proof of claim form and all documents submitted in support of my claim. I declare, under penalty of perjury,* that the above statements are true, correct, and not misleading.

CONSENT TO RELEASE OF RECORDS AND INFORMATION: To the extent that I have produced a summary rather than the documents themselves as requested above or indicated who has possession and control of certain documents, I hereby authorize and request that all other parties with custody of any documents or information concerning my property damage or the information contained in this Form, upon the reasonable request of Grace or Grace's representative, with a copy to the claiming party, disclose any and all records to Grace or to Grace's representative.

SIGNATURE OF CLAIMANT  AMANDA G. STEINMEYER     03 - 30 - 2003  
                                                *Month  Day   Year*

*The penalty for presenting a fraudulent claim is a fine up to $500,000.00 or imprisonment up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

9276110

SERIAL #

Copyright © 2002 NCS Pearson, Inc. All rights reserved.

**Response to Question 17:** The Claimant understands Question 16 to ask for the existence of historical documents demonstrating that Grace's asbestos-containing product was purchased and/or installed in the property. As indicated in its response, the Claimant does not know of any such specific documents at this time. The Claimant assumes that there would have been a large number of original construction documents, including drawings and specifications, which, if not destroyed in the ordinary course of business, might possibly be found at a number of storage facilities, including those under the control of various persons involved with the design and construction of the property and the sale and installation of products in the property. In addition, this claim is based upon an assertion that debtors manufactured or sold products containing asbestos that are or were present in this property and/or all other theories of liability that are allowed by law including but not limited to conspiracy and fraudulent transfer. Moreover, Claimant believes Grace itself may be in control of supporting documentation, or other supporting information, regarding whom Grace or their salesmen sold their products to, and Claimant may need documentation or discovery from Grace on this issue. Claimant does not waive any rights, but is willing to discuss this matter with Grace if it believes Claimant's response is insufficient.

**Response to Question 19:** Through the Report of Dr. Longo attached hereto.

**Response to Question 21:** Refer to Question 19 Response.

**Response to Question 23:** Taken literally, Question 22 seeks all documents relating to not only the removal, enclosure and encapsulation, but operations and maintenance documents which attempt to contain contamination from Grace's product. There is insufficient time to locate all such documents that might be called for in Question 22. To the extent that such documents have not been destroyed in the ordinary course of business, they may exist in the files or dead storage of many persons involved with such projects. Before undertaking an effort of this magnitude, Claimant would like to work with Grace to understand exactly what it is that Grace is seeking and whether Claimant can easily accommodate that request.

**Response to Question 27:** As Claimant understands Question 26, Grace seeks all documents of every kind and description not only related to the testing or sampling for the presence of asbestos, including samples taken during any abatement projects, as well as all samples related to any other particulates, including, by way of example only, all silicates, lead dust and other metal dust, beta glucans, etc. Such documents, to the extent they exist, may not only be in the possession of Claimant, but a number of third party contractors and/or consultants as well. Before undertaking the search for all of these documents, Claimant wishes to discuss this matter with Grace and obtain a clarification.



October 6, 1997

Mr. Marion C. Fairey, Jr.
Speights & Runyan
304 Lee Avenue
Hampton, SC  29924

Re:  Anderson Hospital

Dear Mr. Fairey:

The following is a list of surface treatment samples from the above referenced project in which we have identified the manufacturer of the asbestos containing materials.

|  | Sample # | Manufacturer/Product |
|---|---|---|
| 1) | 227-01 | W.R. Grace/Monokote-3 |
| 2) | 227-02 | |
| 3) | 227-03 | |
| 4) | 227-04 | |
| 5) | 227-05 | |
| 6) | 227-06 | |
| 7) | 227-07 | |
| 8) | 227-08 | |
| 9) | 227-09 | |
| 10) | 227-10 | |

If you have any questions, please don't hesitate to give me a call.

Sincerely,



William E. Longo, Ph.D.
President

WEL/dab

M14597

C-001
021-AMH1-001

Raleigh Office:
616 Hutton Street • Suite 101
Raleigh, NC 27606
(919) 829-7041 • FAX (919) 829-5518

Atlanta Office:
3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(770) 448-3200 • FAX (770) 368-8256

MATERIALS ANALYTICAL SERVICES, INC.
BULK ASBESTOS ANALYSIS

**Project # - Spl #:**  M14597  - 001    **Analyst :**  W.B. Egeland          **Date :**  9 /28/97

**Project Name :**  Anderson Hospital                    **Client Spl #:**  227-01

**ID/Location :**  Basement, elect. room, W side of E column on N wall

**Visual Description :**  Tan. Flakes and books as well as fiber bundles throughout a fine matrix. No paint observed.

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| Morphology | Wavy | | |
| Pleochroism | None | | |
| Refractive Index ll / ⊥ | 1.555 / 1.548 | | |
| Sign of Elongation | Positive | | |
| Extinction | Parallel | | |
| Birefringence | Low | | |
| Melt | No | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS :**                                    EST. VOL. %

| | |
|---|---|
| Chrysotile ................................................. | 12 |
| Amosite ..................................................... | |
| Crocidolite ................................................. | |
| Tremolite/Actinolite ...................................... | |
| Anthophyllite .............................................. | |

**OTHER FIBROUS COMPONENTS :**

| | |
|---|---|
| Mineral/Rock Wool ....................................... | |
| Fibrous glass .............................................. | |
| Cellulose .................................................... | |
| Synthetic ................................................... | |

**NON FIBROUS COMPONENTS :**

| | |
|---|---|
| Vermiculite.................................................. | 35 |
| .................................................. | |
| .................................................. | |
| .................................................. | |

**BINDERS :**                                               53

  Abundant gypsum and scattered carbonate observed

**EFFERVESCENCE:**  weak in isolated areas

**COMMENTS :**

  No starch observed.

## MATERIALS ANALYTICAL SERVICES, INC.
## BULK ASBESTOS ANALYSIS

**Project # - Spl #:** M14597 - 002    **Analyst :** W.B. Egeland    **Date :** 9 /28/97

**Project Name :** Anderson Hospital    **Client Spl #:** 227-02

**ID/Location :** Basement, mech. room #3, N end

**Visual Description :** Tan. Flakes and books as well as fiber bundles throughout a fine matrix. No paint observed.

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| Morphology | Wavy | | |
| Pleochroism | None | | |
| Refractive Index ‖ / ⊥ | 1.555 / 1.548 | | |
| Sign of Elongation | Positive | | |
| Extinction | Parallel | | |
| Birefringence | Low | | |
| Melt | No | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS :**          **EST. VOL. %**

| | |
|---|---|
| Chrysotile | 12 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS :**

| | |
|---|---|
| Mineral/Rock Wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |

**NON FIBROUS COMPONENTS :**

| | |
|---|---|
| Vermiculite | 35 |
| | |
| | |
| | |

**BINDERS :**          53

Abundant gypsum and scattered carbonate observed

**EFFERVESCENCE:** weak in isolated areas

**COMMENTS :**

No starch observed.

MATERIALS ANALYTICAL SERVICES, INC.
BULK ASBESTOS ANALYSIS

**Project # - Spl #:** M14597 - 003   **Analyst :** W.B. Egeland   **Date :** 9 /28/97.

**Project Name :** Anderson Hospital   **Client Spl #:** 227-03

**ID/Location :** Basement, mech. room #3, S end

**Visual Description :** Tan. Flakes and books as well as fiber bundles throughout a fine matrix. No paint observed.

## OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| Morphology | Wavy | | |
| Pleochroism | None | | |
| Refractive Index II / ⊥ | 1.555 / 1.548 | | |
| Sign of Elongation | Positive | | |
| Extinction | Parallel | | |
| Birefringence | Low | | |
| Melt | No | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS :**   EST. VOL. %

| | |
|---|---|
| Chrysotile | 12 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS :**

| | |
|---|---|
| Mineral/Rock Wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |

**NON FIBROUS COMPONENTS :**

| | |
|---|---|
| Vermiculite | 35 |
| | |
| | |
| | |

**BINDERS :**   53

Abundant gypsum and scattered carbonate observed

**EFFERVESCENCE:** weak in isolated areas

**COMMENTS :**

No starch observed.

MATERIALS ANALYTICAL SERVICES, INC.
BULK ASBESTOS ANALYSIS

**Project # - Spl #:**  M14597  - 004.    **Analyst :**  W.B. Egeland         **Date :**  9 /28/97

**Project Name :**  Anderson Hospital                    **Client Spl #:**  227-04

**ID/Location :**  Basement, E end corridor, W of elevator

**Visual Description :**  Tan. Flakes and books as well as fiber bundles throughout a fine matrix. No paint observed.

## OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| Morphology | Wavy | | |
| Pleochroism | None | | |
| Refractive Index II / ⊥ | 1.555 / 1.548 | | |
| Sign of Elongation | Positive | | |
| Extinction | Parallel | | |
| Birefringence | Low | | |
| Melt | No | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS :**                     EST. VOL. %

| | |
|---|---|
| Chrysotile | 12 |
| Amosite | |
| Crocidolite | |
| Tremolite/Actinolite | |
| Anthophyllite | |

**OTHER FIBROUS COMPONENTS :**

| | |
|---|---|
| Mineral/Rock Wool | |
| Fibrous glass | |
| Cellulose | |
| Synthetic | |

**NON FIBROUS COMPONENTS :**

| | |
|---|---|
| Vermiculite | 35 |
| | |
| | |
| | |

**BINDERS :**                     53

Abundant gypsum and scattered carbonate observed

**EFFERVESCENCE:**  weak in isolated areas

**COMMENTS :**

No starch observed.

```
┌─────────────────────────────────────────────┐
│    MATERIALS ANALYTICAL SERVICES, INC.        │
│       BULK ASBESTOS ANALYSIS                  │
└─────────────────────────────────────────────┘
```

**Project # - Spl #:**  M14597  - 005     **Analyst :**  W.B. Egeland                    **Date :**  9 /28/97

**Project Name :**  Anderson Hospital                              **Client Spl #:**  227-05

**ID/Location :**  Basement, central stores area

**Visual Description :**  Tan. Flakes and books as well as fiber bundles throughout a fine matrix.  No paint observed.

```
┌─────────────────────────────────────────────┐
│   OPTICAL DATA FOR ASBESTOS IDENTIFICATION    │
└─────────────────────────────────────────────┘
```

| | | | |
|---|---|---|---|
| Morphology | Wavy | | |
| Pleochroism | None | | |
| Refractive Index ‖ / ⊥ | 1.555 / 1.548 | | |
| Sign of Elongation | Positive | | |
| Extinction | Parallel | | |
| Birefringence | Low | | |
| Melt | No | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS :**                               EST. VOL. %

| | |
|---|---|
| Chrysotile ............................................. | 12 |
| Amosite ............................................. | |
| Crocidolite ............................................. | |
| Tremolite/Actinolite ............................................. | |
| Anthophyllite ............................................. | |

**OTHER FIBROUS COMPONENTS :**

| | |
|---|---|
| Mineral/Rock Wool ............................................. | |
| Fibrous glass ............................................. | |
| Cellulose ............................................. | |
| Synthetic ............................................. | |

**NON FIBROUS COMPONENTS :**

| | |
|---|---|
| Vermiculite............................................. | 35 |
| ............................................. | |
| ............................................. | |
| ............................................. | |

**BINDERS :**                                             53

   Abundant gypsum and scattered carbonate observed

**EFFERVESCENCE:**  weak in isolated areas

**COMMENTS :**

   No starch observed.

**MATERIALS ANALYTICAL SERVICES, INC.**
**BULK ASBESTOS ANALYSIS**

**Project # - Spl #:** M14597 - 006    **Analyst :** W.B. Egeland    **Date :** 9/28/97

**Project Name :** Anderson Hospital    **Client Spl #:** 227-06

**ID/Location :** 1st floor, emergency area x-ray room

**Visual Description :** Tan. Flakes and books as well as fiber bundles throughout a fine matrix. No paint observed.

**OPTICAL DATA FOR ASBESTOS IDENTIFICATION**

| | | | |
|---|---|---|---|
| Morphology | Wavy | | |
| Pleochroism | None | | |
| Refractive Index ‖ / ⊥ | 1.555 / 1.548 | | |
| Sign of Elongation | Positive | | |
| Extinction | Parallel | | |
| Birefringence | Low | | |
| Melt | No | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS :**                    **EST. VOL. %**

| | |
|---|---|
| Chrysotile ................................................. | 12 |
| Amosite ................................................... | |
| Crocidolite ............................................... | |
| Tremolite/Actinolite ................................... | |
| Anthophyllite ........................................... | |

**OTHER FIBROUS COMPONENTS :**

| | |
|---|---|
| Mineral/Rock Wool ..................................... | |
| Fibrous glass ............................................ | |
| Cellulose ................................................. | |
| Synthetic ................................................. | |

**NON  FIBROUS COMPONENTS :**

| | |
|---|---|
| Vermiculite................................................ | 35 |
| ................................................. | |
| ................................................. | |
| ................................................. | |

**BINDERS :**                    53

Abundant gypsum and scattered carbonate observed

**EFFERVESCENCE:** weak in isolated areas

**COMMENTS :**

No starch observed.

MATERIALS ANALYTICAL SERVICES, INC.
BULK ASBESTOS ANALYSIS

**Project # - Spl #:**  M14597 - 007   **Analyst :**  W.B. Egeland          **Date :**  9 /28/97

**Project Name :**  Anderson Hospital                    **Client Spl #:**  227-07

**ID/Location :**  1st floor, emergency room, rest room in NE area

**Visual Description :**  Tan. Flakes and books as well as fiber bundles throughout a fine matrix. No paint observed.

### OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| Morphology | Wavy | | |
| Pleochroism | None | | |
| Refractive Index II / ⊥ | 1.555 / 1.548 | | |
| Sign of Elongation | Positive | | |
| Extinction | Parallel | | |
| Birefringence | Low | | |
| Melt | No | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS :**                    EST. VOL. %

| | |
|---|---|
| Chrysotile ............................................... | 12 |
| Amosite .................................................. | |
| Crocidolite ............................................. | |
| Tremolite/Actinolite ................................. | |
| Anthophyllite .......................................... | |

**OTHER FIBROUS COMPONENTS :**

| | |
|---|---|
| Mineral/Rock Wool .................................. | |
| Fibrous glass .......................................... | |
| Cellulose ................................................ | |
| Synthetic ................................................ | |

**NON FIBROUS COMPONENTS :**

| | |
|---|---|
| Vermiculite.............................................. | 35 |
| ................................................ | |
| ................................................ | |

**BINDERS :**                    53

   Abundant gypsum and scattered carbonate observed

**EFFERVESCENCE:**  weak in isolated areas

**COMMENTS :**

   No starch observed.

MATERIALS ANALYTICAL SERVICES, INC.
BULK ASBESTOS ANALYSIS

**Project # - Spl #:** M14597 - 008    **Analyst :** W.B. Egeland    **Date :** 9 /28/97

**Project Name :** Anderson Hospital    **Client Spl #:** 227-08

**ID/Location :** 1st floor, emergency room, office of ER director (SE area)

**Visual Description :** Tan. Flakes and books as well as fiber bundles throughout a fine matrix. No paint observed.

## OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| Morphology | Wavy | | |
| Pleochroism | None | | |
| Refractive Index II / ⊥ | 1.555 / 1.548 | | |
| Sign of Elongation | Positive | | |
| Extinction | Parallel | | |
| Birefringence | Low | | |
| Melt | No | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS :**                          EST. VOL. %

| | |
|---|---|
| Chrysotile .................................................. | 12 |
| Amosite ..................................................... | |
| Crocidolite .................................................. | |
| Tremolite/Actinolite ...................................... | |
| Anthophyllite .............................................. | |

**OTHER FIBROUS COMPONENTS :**

| | |
|---|---|
| Mineral/Rock Wool ....................................... | |
| Fibrous glass .............................................. | |
| Cellulose ................................................... | |
| Synthetic ................................................... | |

**NON  FIBROUS COMPONENTS :**

| | |
|---|---|
| Vermiculite................................................. | 35 |
| .................................................. | |
| .................................................. | |
| .................................................. | |

**BINDERS :**                                              53

Abundant gypsum and scattered carbonate observed

**EFFERVESCENCE:** weak in isolated areas

**COMMENTS :**

No starch observed.

```
MATERIALS ANALYTICAL SERVICES, INC.
BULK ASBESTOS ANALYSIS
```

Project # - Spl #:  __M14597  - 009__   Analyst :  __W.B. Egeland__          Date :  __9 /28/97__

Project Name :  __Anderson Hospital__                        Client Spl #:  __227-09__

ID/Location :  __1st floor, emergency room, E of entrance to ER__

Visual Description :  __Tan. Flakes and books as well as fiber bundles throughout a fine matrix. No paint observed.__

## OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| Morphology | Wavy | | |
| Pleochroism | None | | |
| Refractive Index  ‖ / ⊥ | 1.555 / 1.548 | | |
| Sign of Elongation | Positive | | |
| Extinction | Parallel | | |
| Birefringence | Low | | |
| Melt | No | | |
| Fiber Name | Chrysotile | | |

ASBESTOS MINERALS :                          EST. VOL. %

| | |
|---|---|
| Chrysotile ....................................................... | |
| Amosite ........................................................... | 12 |
| Crocidolite ....................................................... | |
| Tremolite/Actinolite ........................................ | |
| Anthophyllite .................................................. | |

OTHER FIBROUS COMPONENTS :

| | |
|---|---|
| Mineral/Rock Wool ......................................... | |
| Fibrous glass .................................................. | |
| Cellulose ......................................................... | |
| Synthetic ........................................................ | |

NON FIBROUS COMPONENTS :

| | |
|---|---|
| Vermiculite...................................................... | 35 |
| ................................................ | |
| ................................................ | |
| ................................................ | |

BINDERS :                                            53

   __Abundant gypsum and scattered carbonate observed__

EFFERVESCENCE:  __weak in isolated areas__

COMMENTS :

   __No starch observed.__

MATERIALS ANALYTICAL SERVICES, INC.
BULK ASBESTOS ANALYSIS

**Project # - Spl #:** M14597 - 010    **Analyst :** W.B. Egeland    **Date :** 9 /28/97

**Project Name :** Anderson Hospital

**ID/Location :** 1st floor, physical therapy treatment room, N wall    **Client Spl #:** 227-10

**Visual Description :** Tan. Flakes and books as well as fiber bundles throughout a fine matrix. No paint observed.

## OPTICAL DATA FOR ASBESTOS IDENTIFICATION

| | | | |
|---|---|---|---|
| Morphology | Wavy | | |
| Pleochroism | None | | |
| Refractive Index ‖ / ⊥ | 1.555 / 1.548 | | |
| Sign of Elongation | Positive | | |
| Extinction | Parallel | | |
| Birefringence | Low | | |
| Melt | No | | |
| Fiber Name | Chrysotile | | |

**ASBESTOS MINERALS :**                    **EST. VOL. %**

| | |
|---|---|
| Chrysotile .............................................. | 12 |
| Amosite ................................................. | |
| Crocidolite ............................................. | |
| Tremolite/Actinolite ................................. | |
| Anthophyllite ......................................... | |

**OTHER FIBROUS COMPONENTS :**

| | |
|---|---|
| Mineral/Rock Wool .................................. | |
| Fibrous glass ......................................... | |
| Cellulose ............................................... | |
| Synthetic ............................................... | |

**NON FIBROUS COMPONENTS :**

| | |
|---|---|
| Vermiculite.............................................. | 35 |
| .......................................... | |
| .......................................... | |
| .......................................... | |

**BINDERS :**                    53

Abundant gypsum and scattered carbonate observed

**EFFERVESCENCE:** weak in isolated areas

**COMMENTS :**

No starch observed.

ADDITIONAL BULK ANALYSIS 

Sample #: <u>M14597-5</u>                    Analyst: <u>W.B. EGELAND</u>

Date: <u>9/26/97</u>

## ACID DISSOLUTION

| | |
|---|---:|
| 1) Petri dish plus sample | 9.2804g |
| 2) Petri dish minus sample | 8.6516g |
| 3) Original sample weight | 0.6288g |
| 4) Filter weight | 0.0708g |
| 5) Clean petri dish weight | 8.8615g |
| 6) Final sample weight plus filter and petri dish | 9.2170g |
| 7) Final sample wt ((6)-[(4)+(5)]) | 0.2847g |
| | |
| 8) Percent residue wt ((7)/(3) x 100) | 45.3% |
| 9) Amount in solution (100 - (8)) | 54.7% |

Raleigh Office:
16 Hutton Street • Suite 101
Raleigh, North Carolina 27606
(919) 829-7041 • FAX (919) 829-5518

Atlanta Office:
3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(770) 448-3200 • FAX (770) 368-8256



# ENZYME STARCH VERIFICATION

PROJECT NUMBER    M14597-5                        DATE    9/30/97

                                    PREP TECH    _(signature)_

Container + Sample (g)                1.35020

Container (g)                         1.12760

Sample (g)                            0.22260

Buffer (ml)                           0.557

α Amylase Enzyme (ml)                 0.557

Sample absorbance reading at wavelength of 540 nm          0.068

Water control absorbance reading at wavelength of 540 nm   0.030


Sample is positive if absorbance at a wavelength of 540 nm is greater than three
times the reading of the Water Control (Water with Color Reagent)


Sample is:              NEGATIVE

Raleigh Office:
16 Hutton Street • Suite 101
Raleigh, NC 27606
(919) 829-7041 • FAX (919) 829-5518

Atlanta Office:
3597 Parkway Lane • Suite 250
Norcross, Georgia 30092
(770) 448-3200 • FAX (770) 368-8256



MATERIALS
ANALYTICAL
SERVICES

## MINERAL ANALYSIS SHEET

TEM ANALYSIS: _BULK ANALYSIS_

PROJECT: _ANDERSON HOSPITAL_

SAMPLE NUMBER: _M14597-005_

SAMPLE ID: _227-05; BASEMENT, CENTRAL STORES AREA_

DATE OF ANALYSIS: _10/3/97_

ANALYST: _W. B. G._

---

ASBESTOS MINERALS:

CHRYSOTILE (EDS)(DIFF)

OTHER COMPONENTS:

VERMICULITE (EDS)
GYPSUM (EDS)

OTHER COMMENTS:

MATERIALS ANALYTICAL SERVICES                · THU 02-OCT-97   09:58
Cursor: 0.000keV = 0         ROI (SIKα) 1.660: 1.810=1027



0.000                                        VFS = 256      10.240
   21      M14597-005, CHRYSOTILE



MATERIALS ANALYTICAL SERVICES          THU 02-OCT-97   10:00
Cursor: 0.000keV = 0          ROI (SIKα) 1.660: 1.810=1015

0.000                                    VFS = 256      10.240
  35      M14597-005, VERMICULITE

MATERIALS ANALYTICAL SERVICES          THU 02-OCT-97   09:57
Cursor: 0.000KeV = 0          ROI (SIKα) 1.660: 1.810=125



0.000                                    VFS = 256      10.240
   16      M14597-005, GYPSUM

## MATERIALS ANALYTICAL SERVICES, INC.
## CHAIN-OF-CUSTODY

CLIENT :Speights & Runyan

CONTACT :Dan Speights

PHONE :(803) 943-4444          FAX # : (803) 943-4599

CLIENT JOB NAME :Anderson Hospital

CLIENT JOB #

CLIENT DOC'S :COC

MAS JOB :M14597

DATE REC'D :3/1/96

SUBMITTED BY :Tod Dawson, Compass

MODE OF TRANSPORT :US MAIL

REC'D BY :Sharon Wilson

CONDITION OF SAMPLE(S) :OK

| MAS | CLIENT SAMPLE | MAS | CLIENT SAMPLE | MAS | CLIENT SAMPLE |
|-----|---------------|-----|---------------|-----|---------------|
| 001 ) | 227-01 | | | | |
| 002 ) | 227-02 | | | | |
| 003 ) | 227-03 | | | | |
| 004 ) | 227-04 | | | | |
| 005 ) | 227-05 | | | | |
| 006 ) | 227-06 | | | | |
| 007 ) | 227-07 | | | | |
| 008 ) | 227-08 | | | | |
| 009 ) | 227-09 | | | | |
| 010 ) | 227-10 | | | | |

INITIAL FILE REVIEW_____    DATE :_____

SAMPLE PREP BY_____    DATE :_____

SAMPLE ANALYSIS BY_____    DATE :_____

COMMENT

Materials Analytical Services, Inc.
3597 Parkway Lane * Suite 250
Norcross, Georgia 30092
(770) 448-3200

SEND RESULTS TO:

William M. Ewing, CIH
Compass Environmental, Inc.
231 Robinson Rd., Suite B
Marietta, Georgia 30068
Phone (404) 977-4767
FAX (404) 977-5540

PROJECT NAME: ANDERSON HOOP
PROJECT NO.: 10105

# CHAIN OF CUSTODY

| SAMPLE NUMBER | SAMPLE NUMBER | SAMPLE NUMBER | SAMPLE NUMBER | SAMPLE NUMBER | SAMPLE NUMBER |
|---|---|---|---|---|---|
| 227-01 | 227-06 | | | | |
| 227-02 | 227-07 | | | | |
| 227-03 | 227-08 | | | | |
| 227-04 | 227-09 | | | | |
| 227-05 | 227-10 | | | | |

NAME OF ANALYTICAL LABORATORY: MAS

| ACTION TAKEN ON SAMPLES | SIGNATURE | PRINT NAME | TITLE | DATE/TIME RECEIVED | DATE/TIME TRANSFERRED |
|---|---|---|---|---|---|
| COLLECTED | | TOD A. DAWSON | Sr. Project Manager | 2/27/96 | 2/29/96 16:00 |
| | | S. WILSON | | 3.1.96 | |
| | | | | | |
| | | | | | |

ANDERSON HOSPITAL
ANDERSON, SOUTH CAROLINA
BULK SAMPLE LOG
FEBRUARY 27, 1996

| Sample Number | Sample Location and Description |
|---|---|
| 227-01 | Basement, electrical room, west side of east column on north wall. Bulk sample of friable spray applied fireproofing, tan, visible vermiculite, approximately $1/8$" - $1/2$" thick. Sample collected from underside of beam. |
| 227-02 | Basement, mechanical room #3, north end. Bulk sample of friable spray/trowelled applied fireproofing, tan, visible vermiculite, approximately $1/2$" thick. Sample collected from underside of beam. |
| 227-03 | Basement, mechanical room #3, south end. Bulk sample of friable spray/trowelled applied fireproofing, tan, visible vermiculite, approximately $1/2$" - 1" thick. Sample collected from underside of beam. |
| 227-04 | Basement, east end corridor, west of elevator. Bulk sample of friable spray applied fireproofing, tan, visible vermiculite, approximately $1/4$ - $3/4$" thick. Sample collected from web of beam. |
| 227-05 | Basement, central stores area. Bulk sample of friable spray/trowelled applied fireproofing, tan, visible vermiculite, approximately $3/4$" - 1" thick. Sample collected from underside of beam. |
| 227-06 | First floor, emergency area x-ray room. Bulk sample of friable spray applied fireproofing, tan, visible vermiculite, approximately $1/4$" - $3/4$" thick. Sample collected from web of beam. |
| 227-07 | First floor, emergency room, rest room in north east area. Bulk sample of friable spray applied fireproofing, tan, visible vermiculite, approximately $1/2$" thick. Sample collected from side of column. |

227-08        First floor, emergency room, office of ER director (south east area). Bulk sample of friable spray applied fireproofing, tan, visible vermiculite, approximately ¼" - ½" thick. Sample collected from underside of beam.

227-09        First floor, emergency room, east of entrance to ER. Bulk sample of friable spray applied fireproofing, tan, visible vermiculite, approximately ¾" thick. Sample collected from web of beam.

227-10        First floor, physical therapy treatment room, north wall. Bulk sample of friable spray/trowelled applied fireproofing, tan, visible vermiculite, approximately ¼" - ½" thick. Sample collected from underside of beam.

PURCHASE ORDER

JOB    Cobalt Treatment Center
       Anderson Memorial Hospital                    ORDER NO. CTC-8008

# HARPER BUILDERS, INC.

P. O. BOX 146
TELEPHONE 847-7309   AREA CODE 803
WILLIAMSTON, SOUTH CAROLINA 29697

December 27, 1971

TO:    Smith's Plastering Company, Inc.
       P. O. Box 5522, Station B
       Greenville, South Carolina 29606

                    Phone: 232-4125

    IN RE:   LATH, PLASTERING

PLEASE ENTER OUR ORDER FOR THE FOLLOWING:                    PRICE

All necessary labor, materials, insurance, taxes, services,
    equipment, etc. for required LATHING, PLASTERING, STUCCO
    and SPRAYED ON FIREPROOFING at the above job in accordance
    with Plans and Specifications by the Architect including
    all alternates and your quotation, for the base sum of.....   $13,826.00

                     Alternates: No. 1,            no change
                                 No. 2, add.       $ 1,395.00
                                 No. 3, add.       $ 1,650.00

                     Total this order.......       $16,871.00
                             letter 4/20/72         +920.00

PRICE ACCEPTED IS    Complete job.

CONSIGN TO

SHIPMENT   INSTALLATION as required by job progesss. Payments
    monthly less 10% retainage for materials stored and/or work
TERMS  completed.  Final payment on completion of job and
INVOICE  IN TRIPLICATE TO HARPER BUILDERS, INC., BOX 146, WILLIAMSTON, S. C.,   acceptance by the
    ACCOMPANIED BY BILL OF LADING OR EXPRESS RECEIPT.
    PLEASE SHOW ORDER NUMBER ON INVOICE AND CASH DISCOUNT.    Architect

REMARKS:    Please furnish insurance certificates at once.  This
    Purchase Order is for bookkeeping purposes only and is
    subject to our standard subcontract form attached.

                                                 C-005
                                                 021-AMH1-001

            HARPER BUILDERS, INC.

        BY    John M. Harper, Jr.

# PROPOSAL

### By

# SMITH'S PLASTERING COMPANY, INC.

Greenville, S. C. November 15,                    19 71

To. _____ Harper Builders, Inc. _____

_____ Williamston, S.C. _____

We  propose  to  furnish  and  install  complete  the  following  work  and  material

for _____ Cobalt Treatment Center, Anderson Hospital _____ Building

located at _____ Anderson, South Carolina _____ in accordance

with plans and specifications prepared by J. Harold Mack & Associates _____

Architect, for the sum of Base Bid: Thirteen Thousand Eight Hundred Twenty Six

List of work   $13,826.00   00/100-------------------------------------------------

_____ All lathing, plastering, stucco and sprayed on fireproofing.

_____ + with #2329

_____ Alt: #2:  Add $1,395.00

_____ Alt: #3:  Add $1,650.00

**Conditions Governing this proposal:**
1. Loss of time due to any cause beyond the control of the Lathing and Plastering Contractor shall be added to the time of completion.
2. The use of hoisting facilities, gangways, the necessary water, heat, power, light and storage space in the building to be provided by the owner or General Contractor, free of charge.
3. This contractor to be required to cut-no work but his own. If his work should have to be cut on account of inaccuracies in the building, it shall be paid for as extra work. No counter charges unless previously authorized by us.
4. All pole or standard scaffolding required in execution of above work to be erected by General Contractor or owner in a satisfactory manner for the work. All planking furnished by us, but any other trades using same do so at their own risk.
5. This proposal includes general patching after installation of work by others but any patching caused by carelessness, negligence, ommissions, errors or changes by others shall be paid for as an extra.
6. Unless expressly agreed, all work is to be done during regular working hours.

7. This proposal is subject to acceptance within _____ 30 _____ days from date and is void thereafter, at option of this contractor.

Payment to be _____ 90% _____ of the value of materials delivered on job and _____ 90% _____ of the value of work and materials installed.  Balance due not later than _____ 30 _____ days after completion of work.

Approved                                    Respectfully submitted,

_____                                    SMITH'S PLASTERING CO., INC.

Date_____                                *Allister G. Smith*

Allister G. Smith, President

**GRACE**

ZONOLITE

139593

WITH COPY OF INVOICE
TO:
P.O. BOX 96160
CHICAGO, ILLINOIS 60690

CONSTRUCTION PRODUCTS DIVISION
62 WHITTEMORE AVE., CAMBRIDGE, MASS. 02140

| INVOICE DATE | INVOICE NO. | LOCATION | PLANT | DIST. | TERRITORY | OUR ORDER NUMBER | CUST. ORDER NO. AND DATE |
|---|---|---|---|---|---|---|---|
| 28-72 | 16-057 | 2-039-045 | 616 | 611 | 114 | 10-286 | |

| SHIPPED VIA | | CUSTOMER NO. | SHIPPED FROM | CAR NUMBER | BILL OF LADING NO. | CHECKED |
|---|---|---|---|---|---|---|
| CK UP | | 30306 KEANEY | | | 10-57 | |

D U N S 04 827 2037

SOLD TO

FRANK ULMER LUMBER CO.
P. O. BOX 8476 STA. A
GREENVILLE, S. C. 29604

SHIP TO

SMITH PLASTERING CO.
GREENVILLE, S. C.

FOR: ANDERSON HOSPITAL JO

| QUANTITY ORDERED | QUANTITY SHIPPED | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| 50 | 50 | BAGS ZONOLITE MK (41-06-01-1-19) | 2.40 | $ 120.00 |

T# 23-00403

30086835

X = 2.40   CASH DISCOUNT ALLOWED IF PAID BY 10-26-7

NO CASH DISCOUNT   NET 30 DAYS

C-004
021-AMH1-001