# TAB D

*Second Amended
Submission
6-10-05*

June 10, 2005

*Via Facsimile and UPS Overnight*

Joseph S. Nacca
Re: W. R. Grace & Co. (Supplemental Information)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636

Rust Consulting, Inc.
Claims Processing Agent
Re: W. R. Grace & Co. (Supplemental Information)
201 South Lyndale Avenue
Fairbault, Minnesota 55021

    *Re:*  *W. R. Grace & Co., et al.
         Bankruptcy Case No. 01-01139 (JKF)
         (Supplemental Information)*

*Claim Nos.:* 6620, 6634, 6636, 6637, 6639, 9911, 9912, 9913, 9914, 10509, 10511, 10512, 10513, 10514, 10515, 10516, 10517, 10519, 10520, 10521, 10523, 10524, 10528, 10529, 10530, 10531, 10532, 10535, 10536, 10537, 10538, 10539, 10540, 10587, 10588, 10590, 10663, 10664, 10665/10733, 10668, 10669, 10670, 10672, 10673, 10674, 10675, 10679, 10680, 10685, 10689, 10691, 10692, 10694, 10696, 10696, 10697, 10698, 10700, 10701, 10704, 10706, 10707, 10708, 10709, 10711, 10712, 10713, 10717, 10720, 10722, 10723, 10725, 10726, 10727, 10728, 10731, 10732, 10733, 10738, 10744, 10745, 10746, 10747, 10748, 10750, 10751, 10752, 10753, 10754, 10755, 10756, 10757, 10758, 10760, 10761, 10762, 10763, 10765, 10766, 10767, 10768, 10769, 10770, 10771, 10772, 10773, 10774, 10775, 10776, 10777, 10778, 10779, 10781, 10782, 10783, 10784, 10785, 10786, 10787, 10789, 10790, 10791, 10792, 10793, 10794, 10795, 10796, 10797, 10798, 10799, 10800, 10801, 10802, 10804, 10805, 10806, 10807, 10808, 10810, 10834, 10835, 10836, 10837, 10838, 10839, 10840, 10841, 10843, 10844, 10846, 10847, 10849, 10850, 10851, 10852, 10853, 10854, 10855, 10856, 10857, 10858, 10859, 10860, 10861, 10862, 10863, 10864, 10865, 10866, 10867, 10868, 10869, 10871, 10872, 10873, 10874, 10875, 10876, 10877,

10879, 10880, 10881, 10882, 10915, 10916, 10918, 10919, 10923, 10924,
10926, 10927, 10928, 10930, 10943, 10945, 10946, 10947, 10949, 10951,
10952, 10955, 10956, 10957, 10958, 10959, 10960, 10961, 10962, 10965,
10966, 10967, 10968, 10969, 10970, 10971, 10972, 10973, 10974, 10975,
10976, 10977, 10978, 10979, 10980, 10981, 10982, 10983, 10984, 10985,
10986, 10989, 10990, 10991, 10992, 10993, 10994, 10995, 10996, 10997,
10998, 10999, 11000, 11001, 11002, 11003, 11004, 11005, 11007, 11008,
11009, 11010, 11011/11055, 11012, 11013, 11014, 11015, 11016, 11017,
11019, 11020, 11021, 11022, 11023, 11024, 11025, 11026, 11027, 11028,
11029, 11030, 11031, 11032, 11034, 11035, 11036, 11037, 11038, 11039,
11040, 11041, 11043, 11045, 11046, 11047, 11048, 11049, 11050, 11051,
11052, 11053, 11054, 11056, 11057, 11059, 11061, 11062, 11063, 11064,
11066, 11067, 11068, 11069, 11070, 11071, 11072, 11074, 11075, 11078,
11080, 11082, 11085, 11086, 11087, 11088, 11089, 11092, 11095, 11096,
11097, 11098, 11099, 11100, 11101, 11103, 11104, 11105, 11109, 11110,
11111, 11112, 11115, 11116, 11117, 11119, 11120, 11121, 11122, 11123,
11124, 11126, 11127, 11130/6646, 11131, 11133, 11134, 11135, 11136, 11137,
11138, 11139, 11140, 11142, 11145, 11146, 11147, 11148, 11149, 11152,
11153, 11155, 11156, 11157, 11158, 11160, 11161, 11167, 11168, 11169,
11170, 11172, 11173, 11176, 11177, 11178, 11179, 11180, 11183, 11184,
11185, 11186, 11187, 11188, 11190, 11191, 11192, 11193/11194, 11195,
11196, 11198, 11199, 11200, 11201, 11202, 11203, 11204, 11205, 11207,
11208, 11210, 11211, 11213, 11217, 11218, 11219, 11220, 11221, 11222,
11223, 11225, 11226, 11228, 11229, 11230, 11231, 11232, 11233, 11234,
11235, 11240, 11242, 11243, 11244, 11245, 11246, 11247, 11248, 11249,
11250, 11251, 11253, 11254, 11255, 11256, 11257, 11258, 11259, 11260,
11261, 11262, 11263, 11323, 11324, 11384, 11385, 11386, 11387, 11388,
11389, 11390, 11391, 11392, 11393, 11394, 11396, 11398, 11399, 11400,
11401, 11403, 11405, 11406, 11407, 11409, 11410, 11411, 11412, 11414,
11415, 11416, 11419, 11420, 11422, 11423, 11424, 11426, 11427, 11428,
11430, 11431, 11432, 11433, 11434, 11438, 11439, 11440, 11441, 11442,
11443, 11444, 11446, 11447, 11448, 11450, 11451, 11453, 11454, 11455,
11456, 11457, 11458, 11460, 11462, 11463, 11484, 11485, 11486, 11487,
11488, 11489, 11490, 11491, 11492, 11493, 11494, 11495, 11496, 11497,
11498, 11499, 11500, 11501, 11502, 11503, 11504, 11506, 11508, 11509,
11512, 11514, 11515, 11516, 11517, 11518, 11519, 11522, 11523, 11524,
11525, 11526, 11527, 11528, 11529, 11530, 11531, 11532, 11533, 11534,
11535, 11536, 11537, 11538, 11539, 11540, 11541, 11542, 11543, 11544,
11546, 11547, 11549, 11550, 11551, 11553, 11554, 11555, 11558, 11559,
11560, 11561, 11562, 11564, 11566, 11567/11568, 11569, 11570, 11571,
11572, 11573, 11574, 11575, 11577, 11578, 11579, 11580, 11581, 11582,
11583, 11584, 11585, 11586, 11587, 11588, 11589, 11590, 11592, 11593,
11594, 11595, 11596, 11597, 11598, 11599, 11600, 11602, 11603, 11604,
11605, 11606, 11686, 11687, 11688, 11689, 11691, 11692, 11693, 11694,
11696, 11697, 11698, 11699, 11700, 11701, 11703, 11704, 11705, 11707,

11708, 11710, 11711, 11712, 11714, 11715, 11716, 11720, 11721, 11723,
11724, 11748, 14409, 14410, 10510/10759, 10525/10527, 10533, 10534,
11722, 10676/11685, 10683/11079, 10687/10988, 10695/10917/11128, 10700
(Add-on), 10716/10718/10949, 10749/10948, 10845/10878, 10780/11518,
10848/10870, 10878/10845, 10954/11695, 11018/11227, 11106/11144,
11114/11402, 11118/10729, 10666/11129, 11151/11125, 11175/11237,
11181/11182, 11437/11436, 11702/11510, 11717/11718, 6697/11252,
6869/10710, 6880/11102, 6893/10714, 6899/11576, 6901/11236, 6916/11174,
9838, 9839, 9840, 9841, 9842, 9843, 9844, 9845, 9846, 9847, 9848, 9849,
9850, 9851, 9852, 9853, 9854, 9855, 9856, 9857, 9858, 9859, 9860, 9861,
9862, 9863, 9864, 9865, 9866, 9867, 9868, 9869, 9870, 9871, 9872, 9873,
9874, 9875, 9876, 9877, 9878, 9879, 9880, 9881, 9882, 9883, 9884, 9885,
9886, 9887, 9888, 9889, 9890, 9891, 9892, 9893, 9895, 9896, 9897, 9909,
9910, 9915, 9925, 9928, 9970, 9988, 9993, 10018, 10019, 10020, 10053,
10058, 10078, 10160, 10208, 10229, 10230, 10237, 10303, 10319, 10597,
10621, 11322, 11323, 11618, 11619, 11620, 11621, 11622, 11623, 11624,
11625, 11626, 11627, 11628, 11629, 11630, 11631, 11632, 11633, 11634,
11635, 11636, 11637, 11638, 11639, 11640, 11641, 11642, 11643, 11644,
11645, 11646, 11647, 11648, 11649, 11650, 11651, 11652, 11653, 11654,
11655, 11656, 11657, 11658, 11659, 11660, 11661, 11662, 11663, 11664,
11665, 11666, 11667, 11668, 11669, 11670, 11671, 11672, 11673, 11674,
11675, 11676, 11677, 11678, 11679, 11680, 11681, 11682, 11683, 11684,
11735, 11745, 11800, 11802, 11817, 11819, 11820, 11866, 11876, 11918,
11957, 11962, 12291, 12292, 12293, 12294, 12295, 12296, 12297, 12298,
12299, 12300, 12301, 12302, 12303, 12304, 12305, 12306, 12307, 12308,
12309, 12310, 12311, 12312, 12313, 12314, 12315, 12316, 12317, 12318,
12319, 12320, 12321, 12322, 12323, 12324, 12325, 12326, 12327, 12328,
12329, 12330, 12331, 12332, 12333, 12334, 12335, 12336, 12337, 12338,
12339, 12340, 12341, 12342, 12343, 12344, 12345, 12346, 12347, 12348,
12349, 12350, 12351, 12352, 12353, 12354, 12355, 12356, 12357, 12358,
12359, 12360, 12361, 12362, 12363, 12365, 12366, 12367, 12368, 12369,
12370, 12371, 12372, 12373, 12374, 12375, 12376, 12377, 12378, 12379,
12380, 12381, 12382, 12383, 12384, 12385, 12386, 12387, 12388, 12389,
12390, 12391, 12392, 12393, 12394, 12395, 12396, 12397, 12398, 12399,
12400, 12401, 12402, 12403, 12404, 12405, 12406, 12407, 12408, 12409,
12410, 12411, 12412, 12413, 12414, 12415, 12416, 12417, 12418, 12419,
12420, 12421, 12422, 12423, 12424, 12425, 12426, 12427, 12428, 12429,
12430, 12431, 12432, 12433, 12434, 12435, 12436, 12437, 12438, 12439,
12440, 12441, 12442, 12443, 12444, 12445, 12446, 12447, 12448, 12449,
12450, 12451, 12452, 12453, 12454, 12455, 12456, 12457, 12458, 12459,
12460, 12461, 12462, 12463, 12464, 12465, 12466, 12467, 12468, 12469,
12470, 12471, 12472, 12473, 12474, 12475, 12476, 12477, 12478, 12479,
12480, 12481, 12482, 12483, 12484, 12485, 12486, 12487, 12488, 12489,
12490, 12491, 12492, 12493, 12494, 12495, 12496, 12497, 12498, 12499,
12500, 12501, 12502, 12503, 12504, 12505, 12506, 12507, 12508, 12509,

12510, 12511, 12512, 12513, 12514, 12515, 12516, 12517, 12518, 12519,
12520, 12521, 12522, 12523, 12524, 12525, 12526, 12527, 12528, 12529,
12530, 12531, 12532, 12533, 12534, 12535, 12536, 12537, 12538, 12539,
12540, 12541, 12542, 12543, 12544, 12545, 12546, 12547, 12548, 12549,
12550, 12551, 12552, 12553, 12554, 12555, 12556, 12557, 12558, 12559,
12560, 12561, 12562, 12563, 12564, 12565, 12566, 12567, 12568, 12570,
12571, 12572, 12573, 12574, 12575, 12576, 12577, 12578, 12579, 12580,
12581, 12582, 12583, 12584, 12585, 12586, 12587, 12588, 12589, 12590,
12591, 12592, 12593, 12594, 12616, 13950 and 14885.

Dear Counsel and Claims Processing Agent:

Enclosed please find an Amended Notice of Supplemental Submission of Certain Speights & Runyan Asbestos Property Damage Claims with attached document summaries. This Second Amended Submission contains summaries of additional documents requested in the Debtor's Proof of Claim form, as well as additional summaries of information received after the most recent submission.

This submission also reconciles discrepancies in Exhibits A and B as per Kathy Davis's May 31, 2005 email.

If you have any questions or concerns, please do not hesitate to give me a call. Please accept my kindest regards.

Sincerely,

Marion C. Fairey, Jr.

MCF/smh
Attachments

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| 6-10-05 | ) | |

## Second Amended Notice of Supplemental Submission of Certain Speights & Runyan Asbestos Property Damage Claims

Pursuant to the Court's Order Granting Limited Waiver of Del.Bankr.L.R. 3007-1 for the Purpose of Streamlining Objections Pursuant to Certain Claims Filed Pursuant to the Bar Date Order, and the Debtor's Notice of Intent to Object for Materially Insufficient Supporting Information received on March 17, 2005, Speights & Runyan, as the authorized representative of certain claimants, and as class counsel *Anderson Memorial Hospital v. W. R. Grace & Co. et al.*,

---

[1] The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-I Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Ins., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B 11 Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

Case No. 92-CP-25-279 (Circuit Court of Hampton County, SC), hereby submits its Second Amended Notice of Supplementation of Certain Claims (listed by claim number) currently pending and submitted pursuant to the Court's Bar Date Order of April 22, 2002: **6620, 6634, 6636, 6637, 6639, 9911, 9912, 9913, 9914, 10509, 10511, 10512, 10513, 10514, 10515, 10516, 10517, 10519, 10520, 10521, 10523, 10524, 10528, 10529, 10530, 10531, 10532, 10535, 10536, 10537, 10538, 10539, 10540, 10587, 10588, 10590, 10663, 10664, 10665/10733, 10668, 10669, 10670, 10672, 10673, 10674, 10675, 10679, 10680, 10685, 10689, 10691, 10692, 10694, 10696, 10696, 10697, 10698, 10700, 10701, 10704, 10706, 10707, 10708, 10709, 10711, 10712, 10713, 10717, 10720, 10722, 10723, 10725, 10726, 10727, 10728, 10731, 10732, 10733, 10738, 10744, 10745, 10746, 10747, 10748, 10750, 10751, 10752, 10753, 10754, 10755, 10756, 10757, 10758, 10760, 10761, 10762, 10763, 10765, 10766, 10767, 10768, 10769, 10770, 10771, 10772, 10773, 10774, 10775, 10776, 10777, 10778, 10779, 10781, 10782, 10783, 10784, 10785, 10786, 10787, 10789, 10790, 10791, 10792, 10793, 10794, 10795, 10796, 10797, 10798, 10799, 10800, 10801, 10802, 10804, 10805, 10806, 10807, 10808, 10810, 10834, 10835, 10836, 10837, 10838, 10839, 10840, 10841, 10843, 10844, 10846, 10847, 10849, 10850, 10851, 10852, 10853, 10854, 10855, 10856, 10857, 10858, 10859, 10860, 10861, 10862, 10863, 10864, 10865, 10866, 10867, 10868, 10869, 10871, 10872, 10873, 10874, 10875, 10876, 10877, 10879, 10880, 10881, 10882, 10915, 10916, 10918, 10919, 10923, 10924, 10926, 10927, 10928, 10930, 10943, 10945, 10946, 10947, 10949, 10952, 10955, 10956, 10957, 10958, 10959, 10960, 10961, 10962, 10965, 10966, 10967, 10968, 10969, 10970, 10971, 10972, 10973, 10974, 10975, 10976, 10977, 10978, 10979,**

2

10980, 10981, 10982, 10983, 10984, 10985, 10986, 10989, 10990, 10991, 10992, 10993, 10994, 10995, 10996, 10997, 10998, 10999, 11000, 11001, 11002, 11003, 11004, 11005, 11007, 11008, 11009, 11010, 11011/11055, 11012, 11013, 11014, 11015, 11016, 11017, 11019, 11020, 11021, 11022, 11023, 11024, 11025, 11026, 11027, 11028, 11029, 11030, 11031, 11032, 11034, 11035, 11036, 11037, 11038, 11039, 11040, 11041, 11043, 11045, 11046, 11047, 11048, 11049, 11050, 11051, 11052, 11053, 11054, 11056, 11057, 11059, 11061, 11062, 11063, 11064, 11066, 11067, 11068, 11069, 11070, 11071, 11072, 11074, 11075, 11078, 11080, 11082, 11085, 11086, 11087, 11088, 11089, 11092, 11095, 11096, 11097, 11098, 11099, 11100, 11101, 11103, 11104, 11105, 11109, 11110, 11111, 11112, 11115, 11116, 11117, 11119, 11120, 11121, 11122, 11124, 11126, 11127, 11130/6646, 11131, 11133, 11134, 11135, 11136, 11137, 11138, 11139, 11140, 11142, 11145, 11146, 11147, 11148, 11149, 11152, 11153, 11155, 11156, 11157, 11158, 11160, 11161, 11167, 11168, 11169, 11170, 11172, 11173, 11176, 11177, 11178, 11179, 11180, 11183, 11184, 11185, 11186, 11187, 11188, 11190, 11191, 11192, 11193/11194, 11195, 11196, 11198, 11199, 11200, 11201, 11202, 11203, 11204, 11205, 11207, 11208, 11210, 11211, 11213, 11217, 11218, 11219, 11220, 11221, 11222, 11223, 11225, 11226, 11228, 11229, 11230, 11231, 11232, 11233, 11234, 11235, 11240, 11242, 11243, 11244, 11245, 11246, 11247, 11248, 11249, 11250, 11251, 11253, 11254, 11255, 11256, 11257, 11258, 11259, 11260, 11261, 11262, 11263, 11323, 11324, 11384, 11385, 11386, 11387, 11388, 11389, 11390, 11391, 11392, 11393, 11394, 11396, 11398, 11399, 11400, 11401, 11403, 11405, 11406, 11407, 11409, 11410, 11411, 11412, 11414, 11415, 11416, 11419, 11420, 11422, 11423, 11424,

11426, 11427, 11428, 11430, 11431, 11432, 11433, 11434, 11438, 11439, 11440, 11441, 11442, 11443, 11444, 11446, 11447, 11448, 11450, 11451, 11453, 11454, 11455, 11456, 11457, 11458, 11460, 11462, 11463, 11484, 11485, 11486, 11487, 11488, 11489, 11490, 11491, 11492, 11493, 11494, 11495, 11496, 11497, 11498, 11499, 11500, 11501, 11502, 11503, 11504, 11506, 11508, 11509, 11512, 11514, 11515, 11516, 11517, 11518, 11519, 11522, 11523, 11524, 11525, 11526, 11527, 11528, 11529, 11530, 11531, 11532, 11533, 11534, 11535, 11536, 11537, 11538, 11539, 11540, 11541, 11542, 11543, 11544, 11546, 11547, 11549, 11550, 11551, 11553, 11554, 11555, 11558, 11559, 11560, 11561, 11562, 11566, 11567/11568, 11569, 11570, 11571, 11572, 11573, 11574, 11575, 11577, 11578, 11579, 11580, 11581, 11582, 11583, 11584, 11585, 11586, 11587, 11588, 11589, 11590, 11592, 11593, 11594, 11595, 11596, 11597, 11598, 11599, 11600, 11602, 11603, 11604, 11605, 11606, 11686, 11687, 11688, 11689, 11691, 11692, 11693, 11694, 11696, 11697, 11698, 11699, 11700, 11701, 11703, 11704, 11705, 11707, 11708, 11710, 11711, 11712, 11714, 11715, 11716, 11720, 11721, 11723, 11724, 11735, 11745, 14409, 14410, 10510/10759, 10525/10527, 10533, 10534, 11722, 10676/11685, 10683/11079, 10687/10988, 10695/10917/11128, 10700 (Add-on), 10716/10718/10949, 10749/10948, 10845/10878, 10780/11518, 10848/10870, 10878/10845, 10954/11695, 11018/11227, 11106/11144, 11114/11402, 11118/10729, 10666/11129, 11151/11125, 11175/11237, 11181/11182, 11437/11436, 11702/11510, 11717/11718, 6697/11252, 6869/10710, 6880/11102, 6893/10714, 6899/11576, 6901/11236, 6916/11174, 9838, 9839, 9840, 9841, 9842, 9843, 9844, 9845, 9846, 9847, 9848, 9849, 9850, 9851, 9852, 9853, 9854, 9855, 9856, 9857, 9858, 9859, 9860,

9861, 9862, 9863, 9864, 9865, 9866, 9867, 9868, 9869, 9870, 9871, 9872, 9873, 9874, 9875, 9876, 9877, 9878, 9879, 9880, 9881, 9882, 9883, 9884, 9885, 9886, 9887, 9888, 9889, 9890, 9891, 9892, 9893, 9895, 9896, 9897, 9909, 9910, 9915, 9925, 9928, 9970, 9988, 9993, 10018, 10019, 10020, 10053, 10058, 10078, 10160, 10208, 10229, 10230, 10237, 10303, 10319, 10597, 10621, 11322, 11323, 11618, 11619, 11620, 11621, 11622, 11623, 11624, 11625, 11626, 11627, 11628, 11629, 11630, 11631, 11632, 11633, 11634, 11635, 11636, 11637, 11638, 11639, 11640, 11641, 11642, 11643, 11644, 11645, 11646, 11647, 11648, 11649, 11650, 11651, 11652, 11653, 11654, 11655, 11656, 11657, 11658, 11659, 11660, 11661, 11662, 11663, 11664, 11665, 11666, 11667, 11668, 11669, 11670, 11671, 11672, 11673, 11674, 11675, 11676, 11677, 11678, 11679, 11680, 11681, 11682, 11683, 11684, 11735, 11745, 11800, 11802, 11817, 11819, 11820, 11866, 11876, 11918, 11957, 11962, 12291, 12292, 12293, 12294, 12295, 12296, 12297, 12298, 12299, 12300, 12301, 12302, 12303, 12304, 12305, 12306, 12307, 12308, 12309, 12310, 12311, 12312, 12313, 12314, 12315, 12316, 12317, 12318, 12319, 12320, 12321, 12322, 12323, 12324, 12325, 12326, 12327, 12328, 12329, 12330, 12331, 12332, 12333, 12334, 12335, 12336, 12337, 12338, 12339, 12340, 12341, 12342, 12343, 12344, 12345, 12346, 12347, 12348, 12349, 12350, 12351, 12352, 12353, 12354, 12355, 12356, 12357, 12358, 12359, 12360, 12361, 12362, 12363, 12365, 12366, 12367, 12368, 12369, 12370, 12371, 12372, 12373, 12374, 12375, 12376, 12377, 12378, 12379, 12380, 12381, 12382, 12383, 12384, 12385, 12386, 12387, 12388, 12389, 12390, 12391, 12392, 12393, 12394, 12395, 12396, 12397, 12398, 12399, 12400, 12401, 12402, 12403, 12404, 12405, 12406, 12407, 12408, 12409, 12410, 12411, 12412, 12413, 12414,

12415, 12416, 12417, 12418, 12419, 12420, 12421, 12422, 12423, 12424, 12425, 12426, 12427, 12428, 12429, 12430, 12431, 12432, 12433, 12434, 12435, 12436, 12437, 12438, 12439, 12440, 12441, 12442, 12443, 12444, 12445, 12446, 12447, 12448, 12449, 12450, 12451, 12452, 12453, 12454, 12455, 12456, 12457, 12458, 12459, 12460, 12461, 12462, 12463, 12464, 12465, 12466, 12467, 12468, 12469, 12470, 12471, 12472, 12473, 12474, 12475, 12476, 12477, 12478, 12479, 12480, 12481, 12482, 12483, 12484, 12485, 12486, 12487, 12488, 12489, 12490, 12491, 12492, 12493, 12494, 12495, 12496, 12497, 12498, 12499, 12500, 12501, 12502, 12503, 12504, 12505, 12506, 12507, 12508, 12509, 12510, 12511, 12512, 12513, 12514, 12515, 12516, 12517, 12518, 12519, 12520, 12521, 12522, 12523, 12524, 12525, 12526, 12527, 12528, 12529, 12530, 12531, 12532, 12533, 12534, 12535, 12536, 12537, 12538, 12539, 12540, 12541, 12542, 12543, 12544, 12545, 12546, 12547, 12548, 12549, 12550, 12551, 12552, 12553, 12554, 12555, 12556, 12557, 12558, 12559, 12560, 12561, 12562, 12563, 12564, 12565, 12566, 12567, 12568, 12570, 12571, 12572, 12573, 12574, 12575, 12576, 12577, 12578, 12579, 12580, 12581, 12582, 12583, 12584, 12585, 12586, 12587, 12588, 12589, 12590, 12591, 12592, 12593, 12594, 12616, 13950 and 14885.

In response to the Debtor's Objections and the W. R. Grace & Co. Asbestos Property Damage Proof of Claim form subject to the Bar Order, Speights & Runyan have collected and compiled in excess of twenty thousand (20,000) documents requested by the Debtor in its Proof of Claim form for the above-referenced claims.[2] The documents have been summarized pursuant

---

[2] The claim numbers and associated building locations are listed in Attachment "A" to this Notice.

to the instructions on the W. R. Grace Asbestos Property Damage Proof of Claim form and these summaries have been forwarded to the Debtor and the Debtor's representative. The complete Second Amended Summary is attached hereto as Attachment "B." Additionally, and pursuant to this amendment, Speights & Runyan has reconciled discrepancies between claim numbers in Attachment "A" and Attachment "B" which were discovered by the docketing agent for the Debtor.

By listing these documents for Debtor's review, the claimants do not intend to waive, and expressly reserve all claims of privilege and confidentiality attendant to those documents upon which such claims are appropriate. Subject to this reservation, these documents are available for inspection by the Debtor or its counsel upon agreement of a review process that protects the claimants' right and ability to assert appropriate privileges and/or confidentiality. The claimants further reserve the right to amend or supplement their document summaries as new or different information is located and acquired.

                                                Respectfully Submitted,

                                                Daniel A. Speights
                                                Marion C. Fairey, Jr.
                                                SPEIGHTS & RUNYAN
                                                200 Jackson Avenue, East
                                                Post Office Box 685
                                                Hampton, South Carolina 29924
                                                Telephone: (803) 943-4444
                                                Facsimile: (803) 943-4599

                                                By:_____

June 10, 2005
Hampton, South Carolina