# TAB E

**SPEIGHTS & RUNYAN**
ATTORNEYS AT LAW
200 JACKSON AVENUE, EAST
POST OFFICE BOX 685
HAMPTON, SOUTH CAROLINA 29924
(803) 943-4444

MARION C. FAIREY, JR.

TELECOPIER
(803) 943-4599
EMAIL: BFAIREY@SPEIGHTSRUNYAN.COM

July 13, 2005

*Via Facsimile and UPS*

Joseph S. Nacca
Re:  W. R. Grace & Co. (Supplemental Information)
KIRKLAND & ELLIS LLP
200 East Randolph Drive
Chicago, Illinois 60601-6636

Rust Consulting, Inc.
Claims Processing Agent
Re:  W. R. Grace & Co. (Supplemental Information)
201 South Lyndale Avenue
Fairbault, Minnesota 55021

    Re:  *W. R. Grace & Co., et al.*
        *Bankruptcy Case No. 01-01139 (JKF)*
        *(Supplemental Information)*

*Claim Nos.:* 6620, 6634, 6636, 6637, 6639, 9911, 9912, 9913, 9914, 10509, 10511, 10512, 10513, 10514, 10515, 10516, 10517, 10519, 10520, 10521, 10523, 10524, 10528, 10529, 10530, 10531, 10532, 10535, 10536, 10537, 10538, 10539, 10540, 10587, 10588, 10590, 10663, 10664, 10665/10733, 10668, 10669, 10670, 10672, 10673, 10674, 10675, 10679, 10680, 10685, 10689, 10691, 10692, 10694, 10696, 10696, 10697, 10698, 10700, 10701, 10704, 10706, 10707, 10708, 10709, 10711, 10712, 10713, 10717, 10720, 10722, 10723, 10725, 10726, 10727, 10728, 10731, 10732, 10733, 10738, 10744, 10745, 10746, 10747, 10748, 10750, 10751, 10752, 10753, 10754, 10755, 10756, 10757, 10758, 10760, 10761, 10762, 10763, 10765, 10766, 10767, 10769, 10774, 10775, 10776, 10777, 10778, 10779, 10781, 10782, 10783, 10784, 10785, 10786, 10787, 10789, 10790, 10791, 10792, 10793, 10794, 10795, 10796, 10797, 10798, 10799, 10800, 10801, 10802, 10804, 10805, 10806, 10807, 10808, 10810, 10835, 10836, 10837, 10838, 10839, 10840, 10841, 10843, 10844, 10846, 10847, 10849, 10850, 10851, 10853, 10854, 10855, 10856, 10857, 10858, 10859, 10860, 10861, 10862, 10863, 10864, 10865, 10866, 10867, 10868, 10869, 10871, 10872, 10873, 10874, 10875, 10876, 10877, 10879, 10880, 10881, 10882, 10915, 10916, 10918,

10919, 10923, 10926, 10927, 10930, 10943, 10945, 10946, 10947, 10949, 10951, 10952, 10955, 10956, 10957, 10959, 10960, 10961, 10962, 10965, 10966, 10967, 10968, 10969, 10970, 10971, 10972, 10974, 10975, 10976, 10977, 10978, 10979, 10980, 10981, 10982, 10983, 10984, 10985, 10986, 10989, 10990, 10991, 10992, 10993, 10994, 10995, 10996, 10997, 10998, 10999, 11000, 11001, 11002, 11003, 11004, 11005, 11007, 11008, 11009, 11010, 11011/11055, 11012, 11013, 11014, 11015, 11016, 11017, 11019, 11020, 11021, 11022, 11023, 11025, 11026, 11027, 11028, 11029, 11030, 11031, 11032, 11034, 11035, 11036, 11037, 11038, 11039, 11040, 11041, 11043, 11045, 11046, 11047, 11048, 11049, 11050, 11051, 11052, 11053, 11054, 11056, 11057, 11059, 11061, 11062, 11063, 11064, 11066, 11068, 11069, 11070, 11071, 11072, 11074, 11075, 11078, 11080, 11082, 11085, 11086, 11087, 11088, 11089, 11092, 11095, 11096, 11097, 11098, 11099, 11100, 11101, 11104, 11105, 11109, 11110, 11111, 11112, 11115, 11116, 11117, 11119, 11120, 11121, 11122, 11123, 11124, 11126, 11127, 11130/6646, 11131, 11133, 11134, 11135, 11136, 11137, 11138, 11139, 11140, 11142, 11145, 11146, 11147, 11148, 11149, 11152, 11153, 11155, 11156, 11157, 11158, 11160, 11161, 11167, 11168, 11169, 11170, 11172, 11173, 11176, 11177, 11178, 11179, 11180, 11183, 11184, 11185, 11186, 11187, 11188, 11190, 11191, 11192, 11193/11194, 11195, 11196, 11198, 11199, 11200, 11201, 11202, 11203, 11204, 11205, 11207, 11208, 11210, 11211, 11213, 11217, 11218, 11219, 11220, 11221, 11222, 11223, 11225, 11226, 11228, 11229, 11230, 11231, 11232, 11233, 11234, 11235, 11240, 11242, 11243, 11244, 11245, 11246, 11247, 11248, 11249, 11250, 11251, 11253, 11254, 11255, 11256, 11257, 11258, 11259, 11260, 11261, 11262, 11263, 11323, 11324, 11384, 11385, 11386, 11387, 11388, 11389, 11390, 11391, 11392, 11393, 11394, 11396, 11398, 11399, 11403, 11405, 11406, 11407, 11409, 11410, 11411, 11412, 11414, 11415, 11416, 11419, 11422, 11423, 11424, 11426, 11427, 11428, 11430, 11431, 11432, 11433, 11434, 11438, 11439, 11440, 11441, 11442, 11443, 11444, 11446, 11447, 11448, 11450, 11451, 11453, 11454, 11455, 11456, 11457, 11458, 11460, 11462, 11463, 11484, 11485, 11486, 11487, 11488, 11489, 11490, 11491, 11492, 11493, 11494, 11495, 11496, 11497, 11498, 11499, 11500, 11501, 11502, 11503, 11504, 11506, 11508, 11509, 11512, 11514, 11515, 11516, 11517, 11518, 11519, 11522, 11523, 11524, 11525, 11526, 11527, 11528, 11529, 11530, 11531, 11532, 11533, 11534, 11535, 11536, 11537, 11538, 11539, 11540, 11541, 11542, 11543, 11544, 11546, 11547, 11549, 11550, 11551, 11553, 11554, 11555, 11558, 11559, 11560, 11561, 11562, 11564, 11566, 11567/11568, 11569, 11570, 11571, 11572, 11573, 11574, 11575, 11577, 11578, 11579, 11580, 11581, 11582, 11583, 11584, 11585, 11586, 11587, 11588, 11589, 11590, 11592, 11593, 11594, 11595, 11596, 11597, 11598, 11599, 11600, 11602, 11603, 11604, 11605, 11606, 11686, 11687, 11688, 11689, 11691, 11692, 11693, 11694, 11696, 11697, 11698, 11699, 11700, 11701, 11703, 11704, 11705, 11707, 11708, 11710, 11711, 11712, 11714, 11715, 11716, 11720, 11721, 11723, 11724, 14409, 14410, 10510/10759, 10525/10527,

10533, 10534, 11722, 10676/11685, 10683/11079, 10687/10988, 10695/10917/11128, 10700 (Add-on), 10716/10718/10949, 10749/10948, 10845/10878, 10780/11518, 10848/10870, 10878/10845, 10954/11695, 11018/11227, 11106/11144, 11118/10729, 10666/11129, 11151/11125, 11175/11237, 11181/11182, 11437/11436, 11702/11510, 11717/11718, 6697/11252, 6869/10710, 6880/11102, 6893/10714, 6899/11576, 6901/11236, 6916/11174, 9838, 9839, 9840, 9841, 9842, 9843, 9844, 9845, 9846, 9847, 9848, 9849, 9850, 9851, 9852, 9853, 9854, 9855, 9856, 9857, 9858, 9859, 9860, 9861, 9862, 9863, 9864, 9865, 9866, 9867, 9868, 9869, 9870, 9871, 9872, 9873, 9874, 9875, 9876, 9877, 9878, 9879, 9880, 9881, 9882, 9883, 9884, 9885, 9886, 9887, 9888, 9889, 9890, 9891, 9892, 9893, 9895, 9896, 9897, 9909, 9910, 9915, 9925, 9928, 9970, 9988, 9993, 10018, 10019, 10020, 10053, 10058, 10078, 10160, 10208, 10229, 10230, 10237, 10303, 10319, 10597, 10621, 11322, 11323, 11618, 11619, 11620, 11621, 11622, 11623, 11624, 11625, 11626, 11627, 11628, 11629, 11630, 11631, 11632, 11633, 11634, 11635, 11636, 11637, 11638, 11639, 11640, 11641, 11642, 11643, 11644, 11645, 11646, 11647, 11648, 11649, 11650, 11651, 11652, 11653, 11654, 11655, 11656, 11657, 11658, 11659, 11660, 11661, 11662, 11663, 11664, 11665, 11666, 11667, 11668, 11669, 11670, 11671, 11672, 11673, 11674, 11675, 11676, 11677, 11678, 11679, 11680, 11681, 11682, 11683, 11684, 11735, 11745, 11800, 11802, 11817, 11819, 11820, 11866, 11876, 11918, 11957, 11962, 12291, 12292, 12293, 12294, 12295, 12296, 12297, 12298, 12299, 12300, 12301, 12302, 12303, 12304, 12305, 12306, 12307, 12308, 12309, 12310, 12311, 12312, 12313, 12314, 12315, 12316, 12317, 12318, 12319, 12320, 12321, 12322, 12323, 12324, 12325, 12326, 12327, 12328, 12329, 12330, 12331, 12332, 12333, 12334, 12335, 12336, 12337, 12338, 12339, 12340, 12341, 12342, 12343, 12344, 12345, 12346, 12347, 12348, 12349, 12350, 12351, 12352, 12353, 12354, 12355, 12356, 12357, 12358, 12359, 12360, 12361, 12362, 12363, 12365, 12366, 12367, 12368, 12369, 12370, 12371, 12372, 12373, 12374, 12375, 12376, 12377, 12378, 12379, 12380, 12381, 12382, 12383, 12384, 12385, 12386, 12387, 12388, 12389, 12390, 12391, 12392, 12393, 12394, 12395, 12396, 12397, 12398, 12399, 12400, 12401, 12402, 12403, 12404, 12405, 12406, 12407, 12408, 12409, 12410, 12411, 12412, 12413, 12414, 12415, 12416, 12417, 12418, 12419, 12420, 12421, 12422, 12423, 12424, 12425, 12426, 12427, 12428, 12429, 12430, 12431, 12432, 12433, 12434, 12435, 12436, 12437, 12438, 12439, 12440, 12441, 12442, 12443, 12444, 12445, 12446, 12447, 12448, 12449, 12450, 12451, 12452, 12453, 12454, 12455, 12456, 12457, 12458, 12459, 12460, 12461, 12462, 12463, 12464, 12465, 12466, 12467, 12468, 12469, 12470, 12471, 12472, 12473, 12474, 12475, 12476, 12477, 12478, 12479, 12480, 12481, 12482, 12483, 12484, 12485, 12486, 12487, 12488, 12489, 12490, 12491, 12492, 12493, 12494, 12495, 12496, 12497, 12498, 12499, 12500, 12501, 12502, 12503, 12504, 12505, 12506, 12507, 12508, 12509, 12510, 12511, 12512, 12513, 12514, 12515, 12516, 12517, 12518, 12519, 12520, 12521, 12522, 12523, 12524, 12525, 12526, 12527, 12528,

12529, 12530, 12531, 12532, 12533, 12534, 12535, 12536, 12537, 12538, 12539, 12540, 12541, 12542, 12543, 12544, 12545, 12546, 12547, 12548, 12549, 12550, 12551, 12552, 12553, 12554, 12555, 12556, 12557, 12558, 12559, 12560, 12561, 12562, 12563, 12564, 12565, 12566, 12567, 12568, 12570, 12571, 12572, 12573, 12574, 12575, 12576, 12577, 12578, 12579, 12580, 12581, 12582, 12583, 12584, 12585, 12586, 12587, 12588, 12589, 12590, 12591, 12592, 12593, 12594, 12616, 13950 and 14885.

Dear Counsel and Claims Processing Agent:

Enclosed please find an Amended Notice of Supplemental Submission of Certain Speights & Runyan Asbestos Property Damage Claims with attached document summaries. This Fourth Amended Submission contains summaries of additional documents requested in the Debtor's Proof of Claim form, as well as additional summaries of information received after the most recent submission.

The following claims numbers have been removed from Exhibits "A" and "B" due to the withdrawal of those claims: 10770, 10771, 10772, 11114, 10852, 10973, 10773, 11067, 10834, 11024, 11400, 11401, 11420, 11106, 10958, 10924, 10928, 10768.

The following claim numbers have been supplemented with additional documentation: 6634, 9911, 9912, 9913, 10509, 10519, 10523, 10525 / 10527, 10536, 10590, 10672, 10674, 10675, 10695 / 10917 / 11128, 10860, 10916, 10918, 10974, 11008, 11012, 11064, 10095, 11173, 11235, 11244, 11424, 11502, 11516, 11517, 11580, 11583, 11585, 11588, 11604.

If you have any questions or concerns, please do not hesitate to give me a call. Please accept my kindest regards.

Sincerely,

Marion C. Fairey, Jr.

MCF/smh
Attachments

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| W. R. Grace & Co., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |
| | ) | |
| | ) | |

Fourth Amended Notice of Supplemental Submission of Certain Speights & Runyan Asbestos Property Damage Claims

Pursuant to the Court's Order Granting Limited Waiver of Del.Bankr.L.R. 3007-1 for the Purpose of Streamlining Objections Pursuant to Certain Claims Filed Pursuant to the Bar Date Order, and the Debtor's Notice of Intent to Object for Materially Insufficient Supporting Information received on March 17, 2005, Speights & Runyan, as the authorized representative of certain claimants, and as class counsel *Anderson Memorial Hospital v. W. R. Grace & Co. et al.*,

---

[1] The Debtors consist of the following 62 entities: W. R Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Ins., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Ins., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp, Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe. Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Ins., MICA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Curving, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

Case No. 92-CP-25-279 (Circuit Court of Hampton County, SC), hereby submits its Fourth Amended Notice of Supplementation of Certain Claims (listed by claim number) currently pending and submitted pursuant to the Court's Bar Date Order of April 22, 2002: 6620, 6634, 6636, 6637, 6639, 9911, 9912, 9913, 9914, 10509, 10511, 10512, 10513, 10514, 10515, 10516, 10517, 10519, 10520, 10521, 10523, 10524, 10528, 10529, 10530, 10531, 10532, 10535, 10536, 10537, 10538, 10539, 10540, 10587, 10588, 10590, 10663, 10664, 10665/10733, 10668, 10669, 10670, 10672, 10673, 10674, 10675, 10679, 10680, 10685, 10689, 10691, 10692, 10694, 10696, 10696, 10697, 10698, 10700, 10701, 10704, 10706, 10707, 10708, 10709, 10711, 10712, 10713, 10717, 10720, 10722, 10723, 10725, 10726, 10727, 10728, 10731, 10732, 10733, 10738, 10744, 10745, 10746, 10747, 10748, 10750, 10751, 10752, 10753, 10754, 10755, 10756, 10757, 10758, 10760, 10761, 10762, 10763, 10765, 10766, 10767, 10769, 10774, 10775, 10776, 10777, 10778, 10779, 10781, 10782, 10783, 10784, 10785, 10786, 10787, 10789, 10790, 10791, 10792, 10793, 10794, 10795, 10796, 10797, 10798, 10799, 10800, 10801, 10802, 10804, 10805, 10806, 10807, 10808, 10810, 10835, 10836, 10837, 10838, 10839, 10840, 10841, 10843, 10844, 10846, 10847, 10849, 10850, 10851, 10853, 10854, 10855, 10856, 10857, 10858, 10859, 10860, 10861, 10862, 10863, 10864, 10865, 10866, 10867, 10868, 10869, 10871, 10872, 10873, 10874, 10875, 10876, 10877, 10879, 10880, 10881, 10882, 10915, 10916, 10918, 10919, 10923, 10926, 10927, 10930, 10943, 10945, 10946, 10947, 10949, 10951, 10952, 10955, 10956, 10957, 10959, 10960, 10961, 10962, 10965, 10966, 10967, 10968, 10969, 10970, 10971, 10972, 10974, 10975, 10976, 10977, 10978, 10979, 10980, 10981, 10982, 10983, 10984, 10985, 10986, 10989, 10990, 10991,

10992, 10993, 10994, 10995, 10996, 10997, 10998, 10999, 11000, 11001, 11002, 11003, 11004, 11005, 11007, 11008, 11009, 11010, 11011/11055, 11012, 11013, 11014, 11015, 11016, 11017, 11019, 11020, 11021, 11022, 11023, 11025, 11026, 11027, 11028, 11029, 11030, 11031, 11032, 11034, 11035, 11036, 11037, 11038, 11039, 11040, 11041, 11043, 11045, 11046, 11047, 11048, 11049, 11050, 11051, 11052, 11053, 11054, 11056, 11057, 11059, 11061, 11062, 11063, 11064, 11066, 11068, 11069, 11070, 11071, 11072, 11074, 11075, 11078, 11080, 11082, 11085, 11086, 11087, 11088, 11089, 11092, 11095, 11096, 11097, 11098, 11099, 11100, 11101, 11104, 11105, 11109, 11110, 11111, 11112, 11115, 11116, 11117, 11119, 11120, 11121, 11122, 11123, 11124, 11126, 11127, 11130/6646, 11131, 11133, 11134, 11135, 11136, 11137, 11138, 11139, 11140, 11142, 11145, 11146, 11147, 11148, 11149, 11152, 11153, 11155, 11156, 11157, 11158, 11160, 11161, 11167, 11168, 11169, 11170, 11172, 11173, 11176, 11177, 11178, 11179, 11180, 11183, 11184, 11185, 11186, 11187, 11188, 11190, 11191, 11192, 11193/11194, 11195, 11196, 11198, 11199, 11200, 11201, 11202, 11203, 11204, 11205, 11207, 11208, 11210, 11211, 11213, 11217, 11218, 11219, 11220, 11221, 11222, 11223, 11225, 11226, 11228, 11229, 11230, 11231, 11232, 11233, 11234, 11235, 11240, 11242, 11243, 11244, 11245, 11246, 11247, 11248, 11249, 11250, 11251, 11253, 11254, 11255, 11256, 11257, 11258, 11259, 11260, 11261, 11262, 11263, 11323, 11324, 11384, 11385, 11386, 11387, 11388, 11389, 11390, 11391, 11392, 11393, 11394, 11396, 11398, 11399, 11403, 11405, 11406, 11407, 11409, 11410, 11411, 11412, 11414, 11415, 11416, 11419, 11422, 11423, 11424, 11426, 11427, 11428, 11430, 11431, 11432, 11433, 11434, 11438, 11439, 11440, 11441, 11442, 11443, 11444,

11446, 11447, 11448, 11450, 11451, 11453, 11454, 11455, 11456, 11457, 11458, 11460, 11462, 11463, 11484, 11485, 11486, 11487, 11488, 11489, 11490, 11491, 11492, 11493, 11494, 11495, 11496, 11497, 11498, 11499, 11500, 11501, 11502, 11503, 11504, 11506, 11508, 11509, 11512, 11514, 11515, 11516, 11517, 11518, 11519, 11522, 11523, 11524, 11525, 11526, 11527, 11528, 11529, 11530, 11531, 11532, 11533, 11534, 11535, 11536, 11537, 11538, 11539, 11540, 11541, 11542, 11543, 11544, 11546, 11547, 11549, 11550, 11551, 11553, 11554, 11555, 11558, 11559, 11560, 11561, 11562, 11564, 11566, 11567/11568, 11569, 11570, 11571, 11572, 11573, 11574, 11575, 11577, 11578, 11579, 11580, 11581, 11582, 11583, 11584, 11585, 11586, 11587, 11588, 11589, 11590, 11592, 11593, 11594, 11595, 11596, 11597, 11598, 11599, 11600, 11602, 11603, 11604, 11605, 11606, 11686, 11687, 11688, 11689, 11691, 11692, 11693, 11694, 11696, 11697, 11698, 11699, 11700, 11701, 11703, 11704, 11705, 11707, 11708, 11710, 11711, 11712, 11714, 11715, 11716, 11720, 11721, 11723, 11724, 11735, 11745, 14409, 14410, 10510/10759, 10525/10527, 10533, 10534, 11722, 10676/11685, 10683/11079, 10687/10988, 10695/10917/11128, 10700 (Add-on), 10716/10718/10949, 10749/10948, 10845/10878, 10780/11518, 10848/10870, 10878/10845, 10954/11695, 11018/11227, 11106/11144, 11118/10729, 10666/11129, 11151/11125, 11175/11237, 11181/11182, 11437/11436, 11702/11510, 11717/11718, 6697/11252, 6869/10710, 6880/11102, 6893/10714, 6899/11576, 6901/11236, 6916/11174, 9838, 9839, 9840, 9841, 9842, 9843, 9844, 9845, 9846, 9847, 9848, 9849, 9850, 9851, 9852, 9853, 9854, 9855, 9856, 9857, 9858, 9859, 9860, 9861, 9862, 9863, 9864, 9865, 9866, 9867, 9868, 9869, 9870, 9871, 9872, 9873, 9874, 9875, 9876, 9877, 9878, 9879, 9880, 9881, 9882,

9883, 9884, 9885, 9886, 9887, 9888, 9889, 9890, 9891, 9892, 9893, 9895, 9896, 9897, 9909, 9910, 9915, 9925, 9928, 9970, 9988, 9993, 10018, 10019, 10020, 10053, 10058, 10078, 10160, 10208, 10229, 10230, 10237, 10303, 10319, 10597, 10621, 11322, 11323, 11618, 11619, 11620, 11621, 11622, 11623, 11624, 11625, 11626, 11627, 11628, 11629, 11630, 11631, 11632, 11633, 11634, 11635, 11636, 11637, 11638, 11639, 11640, 11641, 11642, 11643, 11644, 11645, 11646, 11647, 11648, 11649, 11650, 11651, 11652, 11653, 11654, 11655, 11656, 11657, 11658, 11659, 11660, 11661, 11662, 11663, 11664, 11665, 11666, 11667, 11668, 11669, 11670, 11671, 11672, 11673, 11674, 11675, 11676, 11677, 11678, 11679, 11680, 11681, 11682, 11683, 11684, 11735, 11800, 11802, 11817, 11819, 11820, 11866, 11876, 11918, 11957, 11962, 12291, 12292, 12293, 12294, 12295, 12296, 12297, 12298, 12299, 12300, 12301, 12302, 12303, 12304, 12305, 12306, 12307, 12308, 12309, 12310, 12311, 12312, 12313, 12314, 12315, 12316, 12317, 12318, 12319, 12320, 12321, 12322, 12323, 12324, 12325, 12326, 12327, 12328, 12329, 12330, 12331, 12332, 12333, 12334, 12335, 12336, 12337, 12338, 12339, 12340, 12341, 12342, 12343, 12344, 12345, 12346, 12347, 12348, 12349, 12350, 12351, 12352, 12353, 12354, 12355, 12356, 12357, 12358, 12359, 12360, 12361, 12362, 12363, 12365, 12366, 12367, 12368, 12369, 12370, 12371, 12372, 12373, 12374, 12375, 12376, 12377, 12378, 12379, 12380, 12381, 12382, 12383, 12384, 12385, 12386, 12387, 12388, 12389, 12390, 12391, 12392, 12393, 12394, 12395, 12396, 12397, 12398, 12399, 12400, 12401, 12402, 12403, 12404, 12405, 12406, 12407, 12408, 12409, 12410, 12411, 12412, 12413, 12414, 12415, 12416, 12417, 12418, 12419, 12420, 12421, 12422, 12423, 12424, 12425, 12426, 12427, 12428, 12429, 12430, 12431, 12432,

12433, 12434, 12435, 12436, 12437, 12438, 12439, 12440, 12441, 12442, 12443, 12444, 12445, 12446, 12447, 12448, 12449, 12450, 12451, 12452, 12453, 12454, 12455, 12456, 12457, 12458, 12459, 12460, 12461, 12462, 12463, 12464, 12465, 12466, 12467, 12468, 12469, 12470, 12471, 12472, 12473, 12474, 12475, 12476, 12477, 12478, 12479, 12480, 12481, 12482, 12483, 12484, 12485, 12486, 12487, 12488, 12489, 12490, 12491, 12492, 12493, 12494, 12495, 12496, 12497, 12498, 12499, 12500, 12501, 12502, 12503, 12504, 12505, 12506, 12507, 12508, 12509, 12510, 12511, 12512, 12513, 12514, 12515, 12516, 12517, 12518, 12519, 12520, 12521, 12522, 12523, 12524, 12525, 12526, 12527, 12528, 12529, 12530, 12531, 12532, 12533, 12534, 12535, 12536, 12537, 12538, 12539, 12540, 12541, 12542, 12543, 12544, 12545, 12546, 12547, 12548, 12549, 12550, 12551, 12552, 12553, 12554, 12555, 12556, 12557, 12558, 12559, 12560, 12561, 12562, 12563, 12564, 12565, 12566, 12567, 12568, 12570, 12571, 12572, 12573, 12574, 12575, 12576, 12577, 12578, 12579, 12580, 12581, 12582, 12583, 12584, 12585, 12586, 12587, 12588, 12589, 12590, 12591, 12592, 12593, 12594, 12616, 13950 and 14885.

In response to the Debtor's Objections and the W. R. Grace & Co. Asbestos Property Damage Proof of Claim form subject to the Bar Order, Speights & Runyan have collected and compiled in excess of twenty-nine thousand (29,000) documents requested by the Debtor in its Proof of Claim form for the above-referenced claims.[2] The documents have been summarized pursuant to the instructions on the W. R. Grace Asbestos Property Damage Proof of Claim form

---

[2] The claim numbers and associated building locations are listed in Exhibit "A" to this Notice.

6

and these summaries have been forwarded to the Debtor and the Debtor's representative. The complete Fourth Amended Summary is attached hereto as Exhibit "B."

By listing these documents for Debtor's review, the claimants do not intend to waive, and expressly reserve all claims of privilege and confidentiality attendant to those documents upon which such claims are appropriate. Subject to this reservation, these documents are available for inspection by the Debtor or its counsel upon agreement of a review process that protects the claimants' right and ability to assert appropriate privileges and/or confidentiality. The claimants further reserve the right to amend or supplement their document summaries as new or different information is located and acquired.

Respectfully Submitted,

Daniel A. Speights
Marion C. Fairey, Jr.
SPEIGHTS & RUNYAN
200 Jackson Avenue, East
Post Office Box 685
Hampton, South Carolina 29924
Telephone: (803) 943-4444
Facsimile: (803) 943-4599

By: _____

July 13, 2005
Hampton, South Carolina