# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** ) | Chapter 11 |
| ) | |
| **W. R. GRACE & CO., *et al.*** [1] ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| **Debtors.** ) | |
| ) | **Hearing Date: November 14, 2008 at 9:00 a.m. (EST)** |
| ) | **Re: Docket Nos. 19848, 19579, 19581** |
| ) | **Agenda No. 1** |

## NOTICE OF FILING OF AMENDMENT TO DISCLOSURE STATEMENT OBJECTION CHART, BLACKLINE OF PLAN OF REORGANIZATION AND BLACKLINE OF DISCLOSURE STATEMENT

The Debtors hereby file the attached documents which amend the Disclosure Statement Objection Chart, originally filed as Exhibit B to the Debtors' Consolidated Response on October 23, 2008 (Docket No. 19848), and provide a "blackline" comparison of the most recent working version of the Plan of Reorganization and the Disclosure Statement compared against the versions filed on September 19, 2008 (Docket Nos. 19579, 19581). The amended

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

documents address the objections and comments received from parties in interest before and following the hearing of October 27, 2008.

Accordingly, attached hereto are the following:

1. A revised Disclosure Statement Objection Chart.

2. A blackline of the Plan of Reorganization as <u>Exhibit A</u>.

3. A blackline of the Disclosure Statement as <u>Exhibit B</u>.

**PLEASE TAKE NOTICE** that the continued hearing on the Disclosure Statement will be held on November 13, 2008 at 2:00 p.m. (Asbestos Property Damage Disclosure Statement issues only) and on November 14, 2008 at 9:00 a.m. (all other issues relating to the Disclosure Statement) before the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge for the District of Delaware, at the United States Bankruptcy Court, Western District of Pennsylvania, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

Dated: November 10, 2008  
Wilmington, Delaware

Respectfully submitted,

KIRKLAND & ELLIS LLP  
David M. Bernick, P.C.  
Theodore L. Freedman  
Janet S. Baer  
Craig A. Bruens  
Citigroup Center  
153 East 53rd Street  
New York, NY 10022  
Telephone: (212) 446-4800  
Facsimile: (212) 446-4900

and

*/s/ James E. O'Neill*

PACHULSKI STANG ZIEHL & JONES LLP  
Laura Davis Jones (Bar No. 2436)  
James E. O'Neill (Bar No. 4042)  
Kathleen P. Makowski (Bar No. 3648)  
Timothy Cairns (Bar No. 4228)  
919 North Market Street, 16th Floor  
P.O. Box 8705  
Wilmington, Delaware 19899-8705  
(Courier 19801)  
Telephone: (302) 652-4100  
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession