IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** ) | Chapter 11 |
| ) | |
| **W. R. GRACE & CO., et al.**[1] ) | Case No. 01-1139 (JKF) |
| ) | Jointly Administered |
| **Debtors.** ) | |
| ) | **Hearing Date: November 14, 2008 at 9:00 a.m. (EST)** |
| ) | **Re: Docket No. 19620** |
| ) | **Agenda No. 2** |

## NOTICE OF FILING OF AMENDMENTS TO PROPOSED CONFIRMATION AND SOLICITATION PROCEDURES

The Debtors hereby file the attached documents which amend the Confirmation Procedures Motion and related exhibits originally filed on September 25, 2008 (Docket No. 19620).[2] The amended documents address the objections and comments received from parties in interest before and following the hearing of October 27, 2008. The amended documents also conform the Voting Procedures to the amendments to the Plan being filed simultaneously.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2]  Capitalized terms not defined herein shall have the same meaning as in the Motion.

Accordingly, attached hereto are the following:

1. A blackline of the proposed Confirmation Procedures Order as <u>Exhibit A</u>.

2. The Disclosure Statement Hearing Notice as <u>Exhibit B</u>.[3]

3. A blackline of the Voting Procedures as <u>Exhibit C</u>.

4. Blacklines of the forms of Ballots and Master Ballots to be distributed to Holders of Claims and Equity Interests in Classes 6, 7 and 8, and a newly created provisional Ballot for Holders of Claims in Class 9, as collective <u>Exhibit D</u>.

5. A blackline of the Notice of Non-Voting Class Status as <u>Exhibit E</u>.

6. A blackline of the Confirmation Hearing Notice as <u>Exhibit F</u>.

7. A newly created form of "Non-Voting Claim Notice" as <u>Exhibit G</u>.

8. A newly created form of "Publication Notice" as <u>Exhibit H</u>.

9. A newly created form of "Notice to Counterparties to Executory Contracts and Unexpired Leases" as <u>Exhibit I</u>.

10. A newly created form of "Notice of Procedures Relating to Payment of Post-Petition Interest on General Unsecured Claims" as <u>Exhibit J</u>.

**PLEASE TAKE NOTICE** that the continued hearing on the Disclosure Statement and the Confirmation Procedures Motion will be held on November 13, 2008 at 2:00 p.m. (Asbestos Property Damage Disclosure Statement issues only) and on November 14, 2008 at 9:00 a.m. (all other issues relating to the Disclosure Statement and the Confirmation Procedures Motion) before the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge for the District of Delaware, at the United States Bankruptcy Court, Western District of Pennsylvania, 5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

---

[3] No changes have been made to Exhibit B.

Dated: November 10, 2008
Wilmington, Delaware

Respectfully submitted,

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Theodore L. Freedman
Janet S. Baer
Craig A. Bruens
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

and

*/s/ James E. O'Neill*

PACHULSKI STANG ZIEHL & JONES LLP
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy Cairns (Bar No. 4228)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705
(Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession

K&E LEGAL:13636927.2