the Master Ballot. Please ensure that you have read and understood the certifications prior to signing the Master Ballot and the certifications are correct for each Asbestos PD Claim voted on the Master Ballot. If you are unable to make such certification on behalf of any Holder of an Asbestos PD Claim whom you represent, you may *not* cast a vote on behalf of such claimant and *must* timely send the information relating to the names and addresses of your clients for whom you may not vote to the Voting Agent in accordance with section 5(b)(i)(A) of the Voting Procedures.

12.   The Master Ballot does not constitute and will not be deemed a proof of Claim or Equity Interest or an assertion of a Claim or Equity Interest.

**IF YOU HAVE ANY QUESTIONS REGARDING THIS MASTER BALLOT, OR IF YOU DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT, PLAN, EXHIBIT BOOK OR VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT, BMC GROUP, INC., TOLL-FREE AT (888) 909-0100.**

K&E 13370769.513370769.6

Document comparison done by Workshare DeltaView on Monday, November 10, 2008 6:27:41 PM

| Input: | |
|---|---|
| Document 1 | interwovenSite://NYDMS/LEGAL/13370769/5 |
| Document 2 | interwovenSite://NYDMS/LEGAL/13370769/6 |
| Rendering set | Enhanced K&E |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Redline Summary: | | |
|---|---|---|
| No. | Change | Text |
| 1-2 | Change | "K&E 13370769.5" changed to "K&E 13370769.6" |
| 3-4 | Change | "K&E 13370769.5" changed to "K&E 13370769.6" |
| 5 | Change | "soliciting votes to...of Reorganization under" changed to "soliciting votes to...of Reorganization under" |
| 6-7 | Change | "Official Committee of...the Asbestos PI Future" changed to "Official Committee of...the Asbestos PI Future" |
| 8-9 | Change | "Equity Security Holders...19, 2008 (as it may" changed to "Equity Security Holders...__, 2008 (as it may" |
| 10 | Change | "2008 (as it may further...or supplemented, the" changed to "2008 (as it may be amended or supplemented, the" |
| 11 | Change | "accompanying Disclosure..."Disclosure |

|  |  | Statement")" changed to "accompanying Disclosure..."Disclosure Statement")" |
|---|---|---|
| 12 | Change | "(the "Disclosure...of certain Claims" changed to "(the "Disclosure...of certain Claims" |
| 13 | Insertion | SPECIFIC RELEASES BY...OR EQUITY INTERESTS |
| 14-15 | Change | "In addition, as more fully provided for in" changed to "Please take notice that,...fully provided for in" |
| 16 | Deletion | who votes in favor of the Plan or |
| 17 | Moved from | receives or retains any property under |
| 18 | Change | "the Plan shall be deemed to have unconditionally" changed to "shall be deemed to have unconditionally" |
| 19 | Change | "released the Asbestos...the Unsecured Creditors" changed to "released the Asbestos...the Unsecured Creditors" |
| 20 | Insertion | instruments, or other...or Equity Interest who |
| 21 | Moved to | receives or retains any property under |
| 22 | Insertion | this Plan shall also be...the preceding sentence. |
| 23 | Insertion | Please note that each...8.8.7 of the Plan. |
| 24 | Insertion | please check the last box...8.8.7 of the Plan. |

| Statistics |  |
|---|---|
|  | Count |
| Insertions | 11 |
| Deletions | 11 |
| Moved from | 1 |
| Moved to | 1 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 24 |

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.   R.   GRACE   &   CO.,   *et al.*[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | BALLOT FOR ACCEPTING OR |
| | ) | REJECTING JOINT PLAN OF |
| | ) | REORGANIZATION UNDER CHAPTER |
| | ) | 11 OF THE BANKRUPTCY CODE |

**Class 7**
**Asbestos PD Claims**

**VOTING INSTRUCTIONS AND BALLOT FOR**
**HOLDERS OF CLASS 7 ASBESTOS PD CLAIMS**

W. R. Grace & Co. and its affiliated debtors and debtors in possession (collectively, the "Debtors") are soliciting votes to accept or reject the *First Amended* Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of ~~September 19,~~*November __*, 2008 (as it may ~~further~~ be amended or supplemented, the "Plan") described in the accompanying Disclosure Statement,~~dated September 19, 2008~~ (the "Disclosure Statement"), from the Holders of certain impaired Claims against, and Equity Interests in, the Debtors. In

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remediu m Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

Exhibit D-5

addition, the Debtors have agreed to solicit the votes of the unimpaired Holders of Asbestos PD Claims in Class 7 to accept or reject the Plan solely for purposes of section 524(g) of the Bankruptcy Code.

On [_____, ___], 2008, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order approving, among other things, (i) the Disclosure Statement as providing adequate information for Holders of Claims against, or Equity Interests in, the Debtors to make a decision as to whether to accept or reject the Plan and (ii) certain procedures (the "Voting Procedures") for the solicitation and tabulation of votes to accept or reject the Plan. The Voting Procedures contain important information regarding the balloting process and are included in the Solicitation Package accompanying your Ballot. Please read the Plan, the Disclosure Statement and the Voting Procedures before submitting your Ballot. Capitalized terms not defined herein shall have the meaning ascribed to them in the Voting Procedures and the Plan.

The accompanying Ballot is to be used only for voting by Holders of Asbestos PD Claims solely for purposes of section 524(g) of the Bankruptcy Code to the extent such Holders of Class 7 Asbestos PD Claims are entitled to vote pursuant to the Voting Procedures. You have received the Ballot because you have filed an Asbestos PD Claim with the Bankruptcy Court.

In order for your vote to be counted, your Ballot must be properly completed, signed, and returned by mail, hand delivery or overnight courier to the Debtors' court-approved Voting Agent as follows:

| **By U.S. Mail:** | **By Courier:** |
|---|---|
| BMC Group, Inc. | BMC Group, Inc. |
| Attn: W. R. Grace Voting Agent | Attn: W. R. Grace Voting Agent |
| P.O. Box 2007 | 17850 Lake Drive East |
| Chanhassen, MN 55317-2007 | Chanhassen, MN 55317 |

**Your Ballot must be RECEIVED by the Voting Agent no later than 4:00 p.m., prevailing Eastern time, on _____ ____, 2008 (the "Voting Deadline"). Facsimiles and electronic submissions will NOT be accepted.**

*Please note that the Plan can be confirmed by the Bankruptcy Court and thereby made binding on you, including the creation of a trust pursuant to section 524(g) of the Bankruptcy Code and the channeling of all Asbestos PD Claims, including US ZAI PD Claims, to such trust, if the Plan (i) is accepted by the Holders of at least three-fourths in number of the Class 7 Asbestos PD Claims for which votes to accept or reject the Plan were cast and counted pursuant to the Voting Procedures; and (ii) it otherwise satisfies the requirements of section 1129 of the Bankruptcy Code. If the Plan is confirmed by the Bankruptcy Court, all Holders of Claims against and Equity Interests in the Debtors (including those Holders who abstain from voting on or reject the Plan and those Holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby.*

Exhibit D-5

---

### SPECIFIC RELEASES BY HOLDERS
### OF CLAIMS OR EQUITY INTERESTS

In addition**Please take notice that**, as more fully provided for in Section 8.8.7 of the Plan, **each Holder of a Claim or Equity Interest who votes in favor of the Plan** or *receives or retains any property under* the Plan **shall be deemed to have unconditionally released the Asbestos Protected Parties**, the Asbestos Insurance Entities, **the Unsecured Creditors' Committee, the Asbestos PI Committee, the Asbestos PD Committee, the Equity Committee, the Asbestos PI FCR and the Asbestos PD FCR, and each party's Representatives, as of the Effective Date, from any and all Claims, SA Claims, SA Damages, obligations, rights, suits, damages, causes of action, remedies, and liabilities of any nature whatsoever, whether known or unknown, foreseen or unforeseen, matured or unmatured, existing or hereinafter arising, in law, equity or otherwise, that such Entity would have been legally entitled to assert in its own right (whether individually or collectively), based in whole or in part upon any act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date in any way relating or pertaining to, the Debtors or the Reorganized Debtors, their operations on or before the Effective Date, their respective property, the Chapter 11 Cases, or the negotiation, formulation, and preparation of the Plan or any related agreements, instruments, or other documents.  In addition to the foregoing, each Holder of a Claim or Equity Interest who** *receives or retains any property under* **this Plan shall also be deemed to unconditionally release the Fresenius Indemnified Parties to the same extent as the release in the preceding sentence.**

---

If you have questions about your Ballot, or if you did not receive a copy of the Disclosure Statement, Plan, Exhibit Book or Voting Procedures, you may contact the Voting Agent at (888) 909-0100. Copies of the Plan and related documents are also available on the Debtors' website at www.grace.com and at the website maintained by the Voting Agent at www.bmcgroup.com/wrgrace.

### VOTING INFORMATION AND INSTRUCTIONS
### FOR COMPLETING THE BALLOT

The accompanying Ballot is for voting purposes only and does not constitute and shall not be deemed to be a proof of claim or interest or an admission by the Debtors of the validity or amount of a claim.

**Please follow these instructions to complete your Ballot:**

1.     **Read the Plan, the Disclosure Statement, the Voting Procedures and these instructions.**

2.     **(Item 1) Vote to accept or reject the Plan by marking an "X" in the box that corresponds to your choice.  Please note that, if you vote to accept the Plan, you will be deemed to have granted the releases described in Section 8.8.7 of the Plan.**

3.   **(Item 2) Print telephone number, name of signatory (if different than Claimant) and title of agent, if applicable.**

4.   **(Item 3) By signing the Ballot, you make the following certifications:**

   .   "I have been provided with a copy of the Plan, the Disclosure Statement, the Exhibit Book, the Voting Procedures and the exhibits thereto."

   .   "I was the Holder of an Asbestos PD Claim as of the Voting Record Date or I have the authority, under applicable law, to vote to accept or reject the Plan on behalf of a Holder of an Asbestos PD Claim as of the Voting Record Date."

5.   **(Item 4)  Sign and date the Ballot.  Unsigned Ballots will NOT be counted.**

6.   **(Item 5)  If the mailing address to which your Ballot was sent is incorrect, supply corrected address information.**

7.   **Return the Ballot in the envelope provided.  The Ballot must be RECEIVED by the Voting Agent by the Voting Deadline or it will NOT be counted. Facsimiles and electronic submissions will NOT be accepted.**

**IF YOU HAVE ANY QUESTIONS REGARDING YOUR BALLOT, OR IF YOU DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT, PLAN, EXHIBIT BOOK OR VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT, BMC GROUP, INC., TOLL-FREE AT (888) 909-0100.**

**COPIES OF THE PLAN, DISCLOSURE STATEMENT, EXHIBIT BOOK AND VOTING PROCEDURES (AND ALL EXHIBITS THERETO) ARE ALSO AVAILABLE ON THE DEBTORS' WEBSITE AT WWW.GRACE.COM AND THE VOTING AGENT'S WEBSITE AT WWW.BMCGROUP.COM/WRGRACE.**

[Remainder of page left blank intentionally]

Exhibit D-5

K&E 13361650.713361650.8

## BALLOT

**PLEASE COMPLETE THE FOLLOWING:**

| [Name & Address] | *In re W. R. Grace & Co., et al.*<br>Case No. 01-01139 (JFK)<br><br>**Class 7 Asbestos PD Claims** |
|---|---|
| colspan | |

| | |
|---|---|
| **[Name & Address]** | *In re W. R. Grace & Co., et al.*<br>Case No. 01-01139 (JFK)<br><br>    **Class 7 Asbestos PD Claims** |

**Please read the instructions accompanying this Ballot before completing the Ballot. Print Clearly.**

| Item 1. | **VOTE ON THE PLAN.**  The undersigned Holder of an Asbestos PD Claim hereby votes its Claim to (check one box only): |
|---|---|
| ☐ | ACCEPT the Plan |
| ☐ | REJECT the Plan |

**Please note:  If you vote to accept the Plan, you will be deemed to have given the specific releases set forth in Section 8.8.7 of the Plan.**

| Item 2. | **TELEPHONE NUMBER / AUTHORIZATION** |
|---|---|

Telephone Number:

Name of Signatory (if different from claimant):

If by Authorized Agent, Title or Agent:

| Item 3. | **ACKNOWLEDGEMENTS AND CERTIFICATIONS.**  By signing and returning this Ballot, you make the following acknowledgements and certifications: |
|---|---|
| (i) | I have been provided with a copy of the Plan, the Disclosure Statement, the Exhibit Book, the Voting Procedures and the exhibits thereto; and |
| (ii) | I was the Holder of an Asbestos PD Claim as of the Voting Record Date or I have the authority, under applicable law, to vote to accept or reject the Plan on behalf of a Holder of an Asbestos PD Claim as of the Voting Record Date. |

| Item 4. | **SIGNATURE AND DATE:** |
|---|---|

| Signature of Claimant or Authorized Agent | Date |
|---|---|

**Item 5. ADDRESS CORRECTIONS, IF ANY (PRINT CLEARLY)**

Name

Address 1

Address 2

City, State and ZIP Code (US)

<u>Exhibit D-5</u>

Document comparison done by Workshare DeltaView on Monday, November 10, 2008 5:43:00 PM

| Input: | |
|---|---|
| Document 1 | interwovenSite://NYDMS/LEGAL/13361650/7 |
| Document 2 | interwovenSite://NYDMS/LEGAL/13361650/8 |
| Rendering set | Enhanced K&E |

| Legend: | |
|---|---|
| Insertion | |
| Deletion | |
| Moved from | |
| Moved to | |
| Style change | |
| Format change | |
| Moved deletion | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Redline Summary: | | |
|---|---|---|
| No. | Change | Text |
| 1-2 | Change | "K&E 13361650.7" changed to "K&E 13361650.8" |
| 3-4 | Change | "K&E 13361650.7" changed to "K&E 13361650.8" |
| 5 | Change | "soliciting votes to...of Reorganization under" changed to "soliciting votes to...of Reorganization under" |
| 6-7 | Change | "Equity Security Holders...19, 2008 (as it may" changed to "Equity Security Holders...__, 2008 (as it may" |
| 8 | Change | "2008 (as it may further...or supplemented, the" changed to "2008 (as it may be amended or supplemented, the" |
| 9 | Change | "accompanying Disclosure...Statement"), from" changed to "accompanying Disclosure...Statement"), from" |
| 10 | Insertion | SPECIFIC RELEASES BY...OR EQUITY |

| | | INTERESTS |
|---|---|---|
| 11-12 | Change | "In addition, as more fully provided for in" changed to "Please take notice that,...fully provided for in" |
| 13 | Deletion | who votes in favor of the Plan or |
| 14 | Moved from | receives or retains any property under |
| 15 | Change | "the Plan shall be deemed to have unconditionally" changed to "shall be deemed to have unconditionally" |
| 16 | Change | "released the Asbestos...the Unsecured Creditors" changed to "released the Asbestos...the Unsecured Creditors" |
| 17 | Insertion | instruments, or other...or Equity Interest who |
| 18 | Moved to | receives or retains any property under |
| 19 | Insertion | this Plan shall also be...the preceding sentence. |
| 20 | Insertion | **that corresponds to your...8.8.7 of the Plan.** |
| 21 | Insertion | Please note:  If you vote...8.8.7 of the Plan. |

| Statistics | Count |
|---|---|
| Insertions | 10 |
| Deletions | 9 |
| Moved from | 1 |
| Moved to | 1 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 21 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W.   R.   GRACE   &   CO.,**   *et al.*[1]  ) | | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | **BALLOT FOR ACCEPTING OR** |
| | ) | **REJECTING JOINT PLAN OF** |
| | ) | **REORGANIZATION UNDER CHAPTER** |
| | ) | **11 OF THE BANKRUPTCY CODE** |

**Class 8**
**CDN ZAI PD Claims**

### VOTING INSTRUCTIONS AND BALLOT
### FOR CLASS 8 CDN ZAI PD CLAIMS

W. R. Grace & Co. and its affiliated debtors and debtors in possession (collectively, the "Debtors") are soliciting votes to accept or reject the *First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of ~~September 19,~~November____, 2008* (as it may ~~further~~ be amended or supplemented, the "Plan") described in

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remediu m Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

1

Exhibit D-6

the accompanying Disclosure Statement, dated September 19, 2008 (the "Disclosure Statement") from the Holders of certain impaired Claims against, and Equity Interests in, the Debtors.

On [_____, ___], 2008, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order approving, among other things, (i) the Disclosure Statement as providing adequate information for Holders of Claims against, or Equity Interests in, the Debtors to make a decision as to whether to accept or reject the Plan and (ii) certain procedures (the "Voting Procedures") for the solicitation and tabulation of votes to accept or reject the Plan. The Voting Procedures contain important information regarding the balloting process and are included in the Solicitation Package accompanying this Ballot. Please read the Plan, the Disclosure Statement and the Voting Procedures before submitting your Ballot. Capitalized terms not defined herein shall have the meaning ascribed to them in the Voting Procedures and the Plan.

The accompanying Ballot is to be used for voting with respect to Class 8 CDN ZAI PD Claims only. In order for your vote on behalf of all Holders of Class 8 CDN ZAI PD Claims to be counted, your Ballot must be properly completed, signed, and returned by mail, hand delivery or overnight courier to the Debtors' court-approved Voting Agent as follows:

| **By U.S. Mail:** | **By Courier:** |
| --- | --- |
| BMC Group, Inc. | BMC Group, Inc. |
| Attn: W. R. Grace Voting Agent | Attn: W. R. Grace Voting Agent |
| P.O. Box 2007 | 17850 Lake Drive East |
| Chanhassen, MN 55317-2007 | Chanhassen, MN 55317 |

> **Your Ballot must be RECEIVED by the Voting Agent no later than 4:00 p.m., prevailing Eastern time, on _____ ____, 2008 (the "Voting Deadline"). Facsimiles and electronic submissions will NOT be accepted.**

*Please note that the Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by each class that is entitled to vote. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if it finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of section 1129 (a) and (b) of the Bankruptcy Code. If the Plan is confirmed by the Bankruptcy Court, all Holders of Claims against, and Equity Interests in, the Debtors (including those Holders who abstain from voting on or reject the Plan and those Holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby.*

> ## SPECIFIC RELEASES BY HOLDERS
> ## OF CLAIMS OR EQUITY INTERESTS
>
> In addition Please take notice that, as more fully provided for in Section 8.8.7 of the Plan, each Holder of a Claim or Equity Interest who votes in favor of the Plan or receives or retains any property under the Plan shall be deemed to have unconditionally released the

2

K&E 13296153.7 13296153.8

Asbestos Protected Parties, ~~the Asbestos Insurance Entities~~, the Unsecured Creditors' Committee, the Asbestos PI Committee, the Asbestos PD Committee, the Equity Committee, the Asbestos PI FCR and the Asbestos PD FCR, and each party's Representatives, as of the Effective Date, from any and all Claims, SA Claims, SA Damages, obligations, rights, suits, damages, causes of action, remedies, and liabilities of any nature whatsoever, whether known or unknown, foreseen or unforeseen, matured or unmatured, existing or hereinafter arising, in law, equity or otherwise, that such Entity would have been legally entitled to assert in its own right (whether individually or collectively), based in whole or in part upon any act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date in any way relating or pertaining to, the Debtors or the Reorganized Debtors, their operations on or before the Effective Date, their respective property, the Chapter 11 Cases, or the negotiation, formulation, and preparation of the Plan or any related agreements, instruments, or other documents. In addition to the foregoing, each Holder of a Claim or Equity Interest who *receives or retains any property under* this Plan shall also be deemed to unconditionally release the Fresenius Indemnified Parties to the same extent as the release in the preceding sentence.

If you have questions about the Ballot, or if you did not receive a copy of the Disclosure Statement, Plan, Exhibit Book or Voting Procedures, you may contact the Voting Agent at (888) 909-0100. Copies of the Plan and related documents are also available on the Debtors' website at www.grace.com and at the website maintained by the Voting Agent at www.bmcgroup.com/wrgrace.

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

The accompanying Ballot is for voting purposes only and does not constitute and shall not be deemed to be a proof of claim or interest or an admission by the Debtors of the validity or amount of a claim.

**Please follow these instructions to complete the Ballot:**

1. **Read the Plan, the Disclosure Statement, the Voting Procedures and these instructions.**

2. **(Item 1)  This is the amount of the Class 8 CDN ZAI PD Claims for voting purposes only.**

3. **(Item 2)  Vote to accept or reject the Plan on behalf of the Class 8 CDN ZAI PD Claims by marking an "X" in the box that corresponds to your choice. Please note that each Holder of a Claim that votes to accept the Plan will be deemed to have granted the releases described in Section 8.8.7 of the Plan.**

4. **(Item 3)  Read, sign and date the Ballot.  An unsigned Ballot will NOT be counted. By signing the Ballot, you make the following certifications:**

. I have been provided with a copy of the Plan, the Disclosure Statement, the Exhibit Book, the Voting Procedures and the exhibits thereto.

. I have the full power and authority to vote and accept or reject the Plan on behalf of all of the Holders of Class 8 CDN ZAI PD Claims.

5. **Return the Ballot in the envelope provided. The Ballot must be RECEIVED by the Voting Agent by the Voting Deadline or it will NOT be counted. Facsimiles and electronic submissions will NOT be accepted.**

**IF YOU HAVE ANY QUESTIONS REGARDING THE BALLOT, OR IF YOU DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT, PLAN, EXHIBIT BOOK OR VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT, BMC GROUP, INC., TOLL-FREE AT (888) 909-0100.**

**COPIES OF THE PLAN, DISCLOSURE STATEMENT, EXHIBIT BOOK AND VOTING PROCEDURES (AND ALL EXHIBITS THERETO) ARE ALSO AVAILABLE ON THE DEBTORS' WEBSITE AT WWW.GRACE.COM AND THE VOTING AGENT'S WEBSITE AT WWW.BMCGROUP.COM/WRGRACE.**

[The remainder of this page has been left blank intentionally]

<u>Exhibit D-6</u>

K&E 13296153.713296153.8

## BALLOT

**PLEASE COMPLETE THE FOLLOWING:**

**Item 1.**    **AMOUNT OF CDN ZAI PD CLAIMS.**  Based upon the payment to be made to the Canadian ZAI PD claims fund pursuant to the CDN ZAI Minutes of Settlement, the aggregate amount of CDN ZAI PD Claims for voting purposes is:

$6,500,000.00

**Item 2.**    **VOTE ON THE PLAN.**  The undersigned hereby votes to:

Check one box:                    ☐    Accept the Plan

                                 ☐    Reject the Plan

**Please note:  If you vote to accept the Plan, you will be deemed to have given the specific releases set forth in Section 8.8.7 of the Plan.**

**Item 3.**    **ACKNOWLEDGEMENTS AND CERTIFICATIONS.**  By returning this Ballot, the undersigned acknowledges that it has been provided with a copy of the Plan, the Disclosure Statement, Exhibit Book, the Voting Procedures, and all exhibits thereto. The undersigned also certifies that he/she has full power and authority to vote and accept or reject the Plan with respect to and on behalf of all of the Holders of CDN ZAI PD Claims in Class 8.

**LAUZON BELANGER S.E.N.C.R.L. in its capacity as representative counsel, on behalf of all Holders of CDN ZAI PD Claims**

Signature:                    _____

Title:                        _____

Street Address:               _____

City, State, and Zip Code:    _____

Telephone Number:             _____

Date:                         _____

Exhibit D-6

K&E 13306153.213306153.8

Document comparison done by Workshare DeltaView on Monday, November 10, 2008
5:29:00 PM

| Input: | |
|---|---|
| Document 1 | interwovenSite://NYDMS/LEGAL/13296153/7 |
| Document 2 | interwovenSite://NYDMS/LEGAL/13296153/8 |
| Rendering set | Enhanced K&E |

| Legend: | |
|---|---|
| **Insertion** | |
| ~~Deletion~~ | |
| *~~Moved from~~* | |
| *Moved to* | |
| Style change | |
| Format change | |
| ~~Moved deletion~~ | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Redline Summary: | | |
|---|---|---|
| No. | Change | Text |
| 1-2 | Change | "K&E 13296153.7" changed to "K&E 13296153.8" |
| 3-4 | Change | "K&E 13296153.7" changed to "K&E 13296153.8" |
| 5 | Change | "soliciting votes to...of Reorganization under" changed to "soliciting votes to...of Reorganization under" |
| 6-7 | Change | "Equity Security Holders...19, 2008 (as it may" changed to "Equity Security Holders...__, 2008 (as it may" |
| 8 | Change | "2008 (as it may further...or supplemented, the" changed to "2008 (as it may be amended or supplemented, the" |
| 9 | Change | "accompanying Disclosure...Statement") from" changed to "accompanying Disclosure...Statement") from" |
| 10 | Insertion | SPECIFIC RELEASES BY...OR EQUITY |

|  |  | INTERESTS |
|---|---|---|
| 11-12 | Change | "In addition, as more fully provided for in" changed to "Please take notice that,...fully provided for in" |
| 13 | Deletion | who votes in favor of the Plan or |
| 14 | Moved from | receives or retains any property under |
| 15 | Change | "the Plan shall be deemed to have unconditionally" changed to "shall be deemed to have unconditionally" |
| 16 | Change | "released the Asbestos...the Unsecured Creditors" changed to "released the Asbestos...the Unsecured Creditors" |
| 17 | Insertion | instruments, or other...or Equity Interest who |
| 18 | Moved to | receives or retains any property under |
| 19 | Insertion | this Plan shall also be...the preceding sentence. |
| 20 | Insertion | **that corresponds to your...8.8.7 of the Plan.** |
| 21 | Insertion | Please note:  If you vote...8.8.7 of the Plan. |

| Statistics | Count |
|---|---|
| Insertions | 10 |
| Deletions | 9 |
| Moved from | 1 |
| Moved to | 1 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 21 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | MASTER BALLOT FOR ACCEPTING OR |
| | ) | REJECTING JOINT PLAN OF |
| | ) | REORGANIZATION UNDER CHAPTER 11 |
| | ) | OF THE BANKRUPTCY CODE |

**Class 10**
**Equity Interests in the Parent**

### MASTER BALLOT AND VOTING INSTRUCTIONS FOR CLASS 10
### EQUITY INTERESTS OF W. R. GRACE & CO. (CUSIP # 38388F108)

W. R. Grace & Co. and its affiliated debtors and debtors in possession (collectively, the "Debtors") are soliciting votes to accept or reject the *First Amended ~~Joint~~ Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of ~~September 19,~~November ___, 2008* (as it may ~~further~~ be amended or supplemented, the "Plan") described in

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remediu m Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

the accompanying Disclosure Statement, dated September 19, 2008 (the "Disclosure Statement") from the Holders of certain impaired Claims against, and Equity Interests in, the Debtors.

On [_____, ___], 2008, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order approving, among other things, (i) the Disclosure Statement as providing adequate information for Holders of Claims against, or Equity Interests in, the Debtors to make a decision as to whether to accept or reject the Plan and (ii) certain procedures (the "Voting Procedures") for the solicitation and tabulation of votes to accept or reject the Plan. The Voting Procedures contain important information regarding the balloting process and are included in the Solicitation Package accompanying this Ballot. Please read the Plan, the Disclosure Statement and the Voting Procedures before submitting your Ballot. Capitalized terms not defined herein shall have the meaning ascribed to them in the Voting Procedures and the Plan.

The accompanying Master Ballot for the Class 10 Equity Interests in W. R. Grace & Co. (the "Equity Interests in the Parent") represented by common stock (the "Parent Common Stock") may not be used for any purpose other than for casting votes to accept or reject the Plan. The Master Ballot is to be used by you as a broker, bank or other nominee (each of the foregoing a "Nominee"), or as the proxy Holder of a Nominee or beneficial owner of Equity Securities.

**Please read and follow the attached instructions carefully. Complete, sign and date the Master Ballot and promptly return it to the Debtors' court-approved Voting Agent as follows:**

<table>
<tr><td><u>**By U.S. Mail:**</u></td><td><u>**By Courier:**</u></td></tr>
<tr><td>BMC Group, Inc.<br>Attn: W. R. Grace Voting Agent<br>P.O. Box 2007<br>Chanhassen, MN 55317-2007</td><td>BMC Group, Inc.<br>Attn: W. R. Grace Voting Agent<br>17850 Lake Drive East<br>Chanhassen, MN 55317</td></tr>
</table>

**The Master Ballot must be RECEIVED by the Voting Agent no later than 4:00 p.m., prevailing Eastern time, on _____ ____, 2008 (the "Voting Deadline"). Facsimiles and electronic submissions will NOT be accepted.**

*Please note that the Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by each class that is entitled to vote. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if it finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of section 1129 (a) and (b) of the Bankruptcy Code. The Plan will be accepted by Class 10 Equity Interests if it is accepted by the Holders of two-thirds in amount of Equity Interests in Class 10 voting on the Plan. If the Plan is confirmed by the Bankruptcy Court, all Holders of Claims against and Equity Interests in the Debtors (including those Holders who abstain from voting on or reject the Plan and those Holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby.*

Exhibit D-7

<div style="border:1px solid">

## SPECIFIC RELEASES BY HOLDERS
## OF CLAIMS OR EQUITY INTERESTS

~~In addition~~**Please take notice that,** as more fully provided for in Section 8.8.7 of the Plan, each Holder of a Claim or Equity Interest who votes in favor of the Plan ~~or receives or retains any property under~~ the Plan shall be deemed to have unconditionally released the Asbestos Protected Parties, ~~the Asbestos Insurance Entities,~~ the Unsecured Creditors' Committee, the Asbestos PI Committee, the Asbestos PD Committee, the Equity Committee, the Asbestos PI FCR and the Asbestos PD FCR, and each party's Representatives, as of the Effective Date, from any and all Claims, SA Claims, SA Damages, obligations, rights, suits, damages, causes of action, remedies, and liabilities of any nature whatsoever, whether known or unknown, foreseen or unforeseen, matured or unmatured, existing or hereinafter arising, in law, equity or otherwise, that such Entity would have been legally entitled to assert in its own right (whether individually or collectively), based in whole or in part upon any act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date in any way relating or pertaining to, the Debtors or the Reorganized Debtors, their operations on or before the Effective Date, their respective property, the Chapter 11 Cases, or the negotiation, formulation, and preparation of the Plan or any related agreements, instruments, or other documents. _In addition to the foregoing, each Holder of a Claim or Equity Interest who receives or retains any property under this Plan shall also be deemed to unconditionally release the Fresenius Indemnified Parties to the same extent as the release in the preceding sentence._

</div>

If you have questions about the Master Ballot, or if you did not receive a copy of the Disclosure Statement, Plan, Exhibit Book or Voting Procedures, you may contact the Voting Agent at (888) 909-0100. Copies of the Plan and related documents are also available on the Debtors' website at www.grace.com and at the website maintained by the Voting Agent at www.bmcgroup.com/wrgrace.

[The remainder of this page is left blank intentionally]

Exhibit D-7

## MASTER BALLOT

The Debtors are soliciting your customers' votes on the Plan, described in and annexed as Exhibit 1 to the Exhibit Book accompanying the Disclosure Statement and this Master Ballot. Please review the Plan and Disclosure Statement carefully before you complete this Master Ballot.

**PLEASE COMPLETE THE FOLLOWING:**

**Item 1.    CERTIFICATIONS OF AUTHORITY TO VOTE.** The undersigned certifies that as of the Voting Record Date, the undersigned (please check one box):

☐        Is a broker, bank, or other nominee for the beneficial owners of the aggregate number of shares of Parent Common Stock listed in Item 1 of the beneficial owner's Class 10 Ballot, and is the Holder of such securities, or

☐        Is acting under a power of attorney and/or agency (a copy of which will be provided upon request) granted by a broker, bank, or other nominee that is the registered Holder of the number of securities listed in Item 1 of the beneficial owner's Class 10 Ballot, or

☐        Has been granted a proxy (an original of which is attached hereto) from a broker, bank, or other nominee, or a beneficial owner, that is the registered Holder of the number of securities listed in Item 1 of the beneficial owner's Class 10 Ballot, and accordingly has full power and authority to vote to accept or reject the Plan on behalf of the beneficial owners of the Equity Interests in the Parent listed in Item 1 of the beneficial owner's Class 10 Ballot.

**Item 2.    TABULATION OF VOTES WITH RESPECT TO THE PLAN.** Please note that each beneficial owner of the Parent Common Stock that votes must vote its entire interest to accept or reject the Plan and may not split such vote. Accordingly, for purposes of tabulating the vote, each voting beneficial owner should be deemed to have voted the full amount of its Parent Common Stock as of [_____], 2008 (the "Voting Record Date"), as shown by your records. A Ballot received from a beneficial owner that partially accepts and partially rejects the Plan will not be counted.

The undersigned transmits the following votes of beneficial owners in respect of their Parent Common Stock, and certifies that the following beneficial owners of the Parent Common Stock, as identified by their respective customer account numbers set forth below, are beneficial owners of such securities as of the Voting Record Date and have delivered to the undersigned, as Nominee, Ballots casting such votes. Indicate in the appropriate column the total number of shares voted for each account, or attach such information to this Master Ballot in the form of the following table:

DTC Participant No. _____

1                                                          Exhibit D-7

| Your Customer Account Number for Each Beneficial Owner of Voting Parent Common Stock | Number of Shares of Parent Common Stock Voted to Accept or Reject the Plan* | |
|---|---|---|
| | ACCEPT | REJECT |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |
| 9. | | |
| 10. | | |
| TOTALS: | | |

\*     In order to vote on the Plan, the beneficial owner must have checked a box in item 2 to ACCEPT or REJECT the Plan on the Class 10 Ballot.  If the beneficial owner did not check a box in item 2 on the Class 10 Ballot, please do not enter any vote in this column.

**Please note that each Holder of an Equity Interest that votes to accept the Plan will be deemed to have granted the releases described in Section 8.8.7 of the Plan.**

**Item 3.     CERTIFICATION AS TO TRANSCRIPTION OF INFORMATION FROM ITEM 3 AS TO PARENT COMMON STOCK VOTED THROUGH OTHER BALLOTS BY BENEFICIAL OWNERS.**   The undersigned certifies that the undersigned has transcribed into the following table the information, if any, provided by the beneficial owners in Item 3 of the Class 10 Ballot, identifying any other Class 10 Equity Interests for which such beneficial owners have submitted other Ballots other than to the undersigned.

Exhibit D-7

K&E 13381871.613281871.7

| Your Customer Account Number For Each Beneficial Owner Who Completed Item 3 of the Class 10 Ballot | TRANSCRIBE FROM ITEM 3 OF THE CLASS 10 BALLOT | | |
|---|---|---|---|
| | Account Number | Name of Holder | Number of Shares of Other Class 10 Interests Voted |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. | | | |
| 7. | | | |
| 8. | | | |
| 9. | | | |
| 10. | | | |

**Item 4.**   **OTHER CERTIFICATIONS.**  By signing this Master Ballot, the undersigned certifies as follows:

1)   Each beneficial owner of Parent Common Stock whose vote is being transmitted by this Master Ballot has been provided with a copy of the Plan, the Disclosure Statement and the Voting Procedures, including all exhibits thereto.

2)   A record of the Ballots received from each beneficial owner will remain on file with the undersigned (and be subject to inspection by the Bankruptcy Court) until one year after the Voting Deadline, unless otherwise instructed in writing by the Debtors or otherwise ordered by the Bankruptcy Court.

DTC Participant No.                                     _____

Name of the Broker, Bank, or other Nominee:   _____

Name of Proxy Holder or Agent for Broker,
Bank, or other Nominee (if applicable):             _____

Signature:                                                      _____

By (Print name of signatory):                          _____

Title:                                                             _____

Street Address:                                              _____

3

City, State, and Zip Code:      _____

Telephone Number:      _____

Date:      _____

4

K&E 13281871.613281871.7

**INSTRUCTIONS FOR COMPLETING THE MASTER BALLOT**

**VOTING DEADLINE/VOTING AGENT:**

    **The Voting Deadline is 4:00 p.m., prevailing Eastern time, on _____ \_\_\_, 2008.** To have the vote of the beneficial owners for whom you act as Nominee count, you must complete, sign, and return this Master Ballot so that it is received by the Voting Agent before the Voting Deadline. The address for the Voting Agent is:

    **By U.S. Mail:**                **By Courier:**

    BMC Group, Inc.                BMC Group, Inc.
    Attn:  W. R. Grace Voting Agent      Attn:  W. R. Grace Voting Agent
    P.O. Box 2007                17850 Lake Drive East
    Chanhassen, MN 55317-2007        Chanhassen, MN 55317

**HOW TO VOTE:**

    If you are both the owner and the beneficial owner of any Equity Interests you wish to vote such Equity Interests, you may complete, execute, and return to the Voting Agent either a Class 10 Ballot or this Master Ballot.

    **If you are transmitting the votes of any beneficial owners of Parent Common Stock other than yourself, you may either:**

Complete and execute the Class 10 Ballot (other than Items 2 and 3) and deliver to the beneficial owner of such "prevalidated" Class 10 Ballot, along with the Plan, the Disclosure Statement and the Voting Procedures, return envelopes addressed to the Voting Agent, and other materials requested to be forwarded.  The beneficial owner should complete Items 2 and 3 of that Ballot and return the completed Ballot directly to the Voting Agent so that it will be received before the Voting Deadline;

<div align="center"><strong>OR</strong></div>

For any Class 10 Ballots you do not "prevalidate":

    Deliver the Class 10 Ballot to the beneficial owner, along with the Plan, the Disclosure Statement, the Voting Procedures and all exhibits thereto, a postage-paid return envelope addressed to you, and other materials requested to be forwarded, and take the necessary action to enable such beneficial owner to complete and execute such Class 10 Ballot voting to accept or reject the Plan, and return the completed, executed Ballot to you in sufficient time to enable you to complete the Master Ballot and deliver it to the Voting Agent before the Voting Deadline; and

    With respect to all Class 10 Ballots returned to you, you must properly complete the Master Ballot as follows:

K&E 13381871 613381871 7

a.    Check the appropriate box in Item 1 on the Master Ballot;

b.    Indicate the votes to accept or reject the Plan in Item 2 of the Master Ballot, as transmitted to you by the beneficial owners of Parent Common Stock. To identify such beneficial owners without disclosing their names, please use the customer account number assigned by you to each such beneficial owner, or if no such customer account number exists, please assign a number to each account (making sure to retain a separate list of such beneficial owner and the assigned number). **IMPORTANT: EACH BENEFICIAL OWNER MUST VOTE ALL HIS, HER, OR ITS PARENT COMMON STOCK EITHER TO ACCEPT OR REJECT THE PLAN, AND MAY NOT SPLIT THEIR VOTES. IF ANY BENEFICIAL OWNER HAS ATTEMPTED TO SPLIT HIS/HER/ITS VOTE, PLEASE CONTACT THE VOTING AGENT IMMEDIATELY.** Any Ballot or Master Ballot that is signed, dated, and timely received, but does not indicate acceptance or rejection of the Plan, will not be counted for purposes of voting on the Plan;

**Please note that each Holder of an Equity Interest that votes to accept the Plan will be deemed to have granted the releases described in Section 8.8.7 of the Plan.**

c.    Review the certifications in Item 4 of the Master Ballot;

d.    Sign and date the Master Ballot, and provide the remaining information requested;

e.    If additional space is required to respond to any item on the Master Ballot, please use additional sheets of paper clearly marked to indicate the applicable item of the Master Ballot to which you are responding;

f.    Contact the Voting Agent if you need any additional information; and

g.    Return the completed, executed Master Ballot so as to be underlined received by the Voting Agent before the Voting Deadline.

**If you return a Master Ballot, please retain in your files each completed, executed Class 10 Ballot returned to you by a beneficial owner for one year from the Voting Deadline (or as modified in writing by the Debtors or an order of the Bankruptcy Court).**

**If you elect to "prevalidate" Ballots, please maintain a list of those beneficial owners as of the Voting Record Date to whom Ballots were sent for one year from the Voting Deadline (or as modified in writing by the Debtors or an order of the Bankruptcy Court).**

This Master Ballot is *not* a letter of transmittal and may not be used for any purpose other than to cast votes to accept or reject the Plan. Holders should not surrender, at this time, certificates representing their securities. Neither the Debtors nor the Voting Agent will accept delivery of any such certificates surrendered together with this Master Ballot.

2

<u>Exhibit D-7</u>

No Ballot or Master Ballot shall constitute or be deemed a proof of claim or equity interest or an assertion of claim or equity interest.

No fees, commissions, or other remuneration will be payable to any broker, dealer or other person for soliciting votes on the Plan. The Debtors will, however, reimburse you for customary mailing and reasonable handling expenses incurred by you in forwarding the Ballots and other enclosed materials to the beneficial owners of Equity Securities held by you as a nominee or in a fiduciary capacity.

**NOTHING CONTAINED HEREIN OR IN THE ENCLOSED DOCUMENTS SHALL CONSTITUTE AUTHORITY FOR YOU OR ANY OTHER PERSON TO ACT AS THE AGENT OF W. R. GRACE & CO. OR THE VOTING AGENT, OR AUTHORIZE YOU OR ANY PERSON TO USE ANY DOCUMENT OR MAKE ANY STATEMENTS ON BEHALF OF ANY OF THEM WITH RESPECT TO THE PLAN, EXCEPT FOR THE STATEMENTS CONTAINED IN THE ENCLOSED DOCUMENTS.**

**IF YOU HAVE ANY QUESTIONS REGARDING THE MASTER BALLOT, OR IF YOU DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT, PLAN, OR VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF THE MASTER BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE DEBTORS' VOTING AGENT, BMC GROUP, INC., AT (888) 909-0100.**

**COPIES OF THE PLAN, DISCLOSURE STATEMENT, EXHIBIT BOOK AND VOTING PROCEDURES (AND ALL EXHIBITS THERETO) ARE ALSO AVAILABLE ON THE DEBTORS' WEBSITE AT WWW.GRACE.COM AND THE VOTING AGENT'S WEBSITE AT WWW.BMCGROUP.COM/WRGRACE.**

Exhibit D-7

Document comparison done by Workshare DeltaView on Monday, November 10, 2008 6:35:50 PM

| Input: | |
|---|---|
| Document 1 | interwovenSite://NYDMS/LEGAL/13281871/6 |
| Document 2 | interwovenSite://NYDMS/LEGAL/13281871/7 |
| Rendering set | Enhanced K&E |

| Legend: | |
|---|---|
| **Insertion** | |
| ~~Deletion~~ | |
| *~~Moved from~~* | |
| *Moved to* | |
| Style change | |
| Format change | |
| ~~Moved deletion~~ | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Redline Summary: | | |
|---|---|---|
| No. | Change | Text |
| 1-2 | Change | "K&E 13281871.6" changed to "K&E 13281871.7" |
| 3-4 | Change | "K&E 13281871.6" changed to "K&E 13281871.7" |
| 5 | Change | "soliciting votes to...of Reorganization under" changed to "soliciting votes to...of Reorganization under" |
| 6-7 | Change | "Equity Security Holders...19, 2008 (as it may" changed to "Equity Security Holders...__, 2008 (as it may" |
| 8 | Change | "2008 (as it may further...or supplemented, the" changed to "2008 (as it may be amended or supplemented, the" |
| 9 | Change | "accompanying Disclosure...Statement") from" changed to "accompanying Disclosure...Statement") from" |
| 10 | Insertion | SPECIFIC RELEASES BY...OR EQUITY |

|  |  | INTERESTS |
|---|---|---|
| 11-12 | Change | "In addition, as more fully provided for in" changed to "Please take notice that,…fully provided for in" |
| 13 | Deletion | who votes in favor of the Plan or |
| 14 | Moved from | receives or retains any property under |
| 15 | Change | "the Plan shall be deemed to have unconditionally" changed to "shall be deemed to have unconditionally" |
| 16 | Change | "released the Asbestos…the Unsecured Creditors" changed to "released the Asbestos…the Unsecured Creditors" |
| 17 | Insertion | instruments, or other…or Equity Interest who |
| 18 | Moved to | receives or retains any property under |
| 19 | Insertion | this Plan shall also be…the preceding sentence. |
| 20 | Insertion | Please note that each…8.8.7 of the Plan. |
| 21 | Deletion |  |
| 22 | Insertion | Please note that each…8.8.7 of        the Plan. |

| Statistics |  |
|---|---|
|  | Count |
| Insertions | 10 |
| Deletions | 10 |
| Moved from | 1 |
| Moved to | 1 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 22 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*[1] | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | BALLOT FOR ACCEPTING OR |
| | ) | REJECTING JOINT PLAN OF |
| | ) | REORGANIZATION UNDER CHAPTER |
| | ) | 11 OF THE BANKRUPTCY CODE |

**Class 10**
**Equity Interests in the Parent**

### VOTING INSTRUCTIONS AND BALLOT FOR HOLDERS OF
### CLASS 10 EQUITY INTERESTS OF W. R. GRACE & CO. (CUSIP # 38388F108)

W. R. Grace & Co. and its affiliated debtors and debtors in possession (collectively, the "Debtors") are soliciting votes to accept or reject the__*First Amended* Joint Plan of *Reorganization under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19,November__, 2008* (as it may ~~further~~ be amended or supplemented, the "Plan") described in

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remediu m Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Exhibit D-8

K&E 13281841 613281841.7

the accompanying Disclosure Statement, dated September 19, 2008 (the "Disclosure Statement") from the Holders of certain impaired Claims against, and Equity Interests in, the Debtors.

On [_____, \_\_], 2008, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order approving, among other things, (i) the Disclosure Statement as providing adequate information for Holders of Claims against, or Equity Interests in, the Debtors to make a decision as to whether to accept or reject the Plan and (ii) certain procedures (the "Voting Procedures") for the solicitation and tabulation of votes to accept or reject the Plan. The Voting Procedures contain important information regarding the balloting process and are included in the Solicitation Package accompanying this Ballot. Please read the Plan, the Disclosure Statement and the Voting Procedures before submitting your Ballot. Capitalized terms not defined herein shall have the meaning ascribed to them in the Voting Procedures and the Plan.

The accompanying Ballot is to used only for voting by Holders of Class 10 Equity Interests in W. R. Grace & Co. ("Equity Interests in the Parent") in such Holders' capacity as a beneficial Holder or a registered Holder of common stock interests in W. R. Grace & Co. (the "Parent Common Stock" ). In order for your vote to be counted, your Ballot must be properly completed, signed, and returned by mail, hand delivery or overnight courier to the Debtors' court-approved Voting Agent (unless you are directed to return the Ballot to your Nominee, Bank or Broker as described below) as follows:

| **By U.S. Mail:** | **By Courier:** |
|---|---|
| BMC Group, Inc. | BMC Group, Inc. |
| Attn:  W. R. Grace Voting Agent | Attn:  W. R. Grace Voting Agent |
| P.O. Box 2007 | 17850 Lake Drive East |
| Chanhassen, MN 55317-2007 | Chanhassen, MN 55317 |

> **Your Ballot must be RECEIVED by the Voting Agent no later than 4:00 p.m., prevailing Eastern time, on _____ \_\_\_\_, 2008 (the "Voting Deadline"). Facsimiles and electronic submissions will NOT be accepted.**

**IF THE ENCLOSED RETURN ENVELOPE IS ADDRESSED TO YOUR NOMINEE, BANK, OR BROKER, RETURN YOUR COMPLETED BALLOT TO SUCH PARTY (RATHER THAN TO THE VOTING AGENT) IN ENOUGH TIME FOR THE NOMINEE, BANK, OR BROKER TO RECEIVE YOUR BALLOT AND TRANSMIT YOUR VOTE ON A MASTER BALLOT BEFORE THE VOTING DEADLINE.**

*Please note that the Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by each Class that is entitled to vote. In the event the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if it finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of section 1129 (a) and (b) of the Bankruptcy Code. The Plan will be accepted by Class 10 Equity Interests if it is accepted by the Holders of two-thirds in amount of Equity Interests in Class 10 voting on the Plan. If the Plan is confirmed by the*

2

Exhibit D-8

*Bankruptcy Court, all Holders of Claims against and Equity Interests in the Debtors (including those Holders who abstain from voting on or reject the Plan and those Holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby.*

## SPECIFIC RELEASES BY HOLDERS
## OF CLAIMS OR EQUITY INTERESTS

~~In addition~~**Please take notice that,** as more fully provided for in Section 8.8.7 of the Plan, each Holder of a Claim or Equity Interest who votes in favor of the Plan ~~or receives or retains any property under~~ the Plan shall be deemed to have unconditionally released the Asbestos Protected Parties, ~~the Asbestos Insurance Entities,~~ the Unsecured Creditors' Committee, the Asbestos PI Committee, the Asbestos PD Committee, the Equity Committee, the Asbestos PI FCR and the Asbestos PD FCR, and each party's Representatives, as of the Effective Date, from any and all Claims, SA Claims, SA Damages, obligations, rights, suits, causes of action, remedies, and liabilities of any nature whatsoever, whether known or unknown, foreseen or unforeseen, matured or unmatured, existing or hereinafter arising, in law, equity or otherwise, that such Entity would have been legally entitled to assert in its own right (whether individually or collectively), based in whole or in part upon any act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date in any way relating or pertaining to, the Debtors or the Reorganized Debtors, their operations on or before the Effective Date, their respective property, the Chapter 11 Cases, or the negotiation, formulation, and preparation of the Plan or any related agreements, instruments, or other documents. *In addition to the foregoing, each Holder of a Claim or Equity Interest who receives or retains any property under this Plan shall also be deemed to unconditionally release the Fresenius Indemnified Parties to the same extent as the release in the preceding sentence.*

If you have questions about your Ballot, or if you did not receive a copy of the Disclosure Statement, Plan, Exhibit Book or Voting Procedures, you may contact the Voting Agent at (888) 909-0100. Copies of the Plan and related documents are also available on the Debtors' website at http://www.grace.com and at the website maintained by the Voting Agent at http://www.bmcgroup.com/wrgrace.

## VOTING INFORMATION AND INSTRUCTIONS
## FOR COMPLETING THE BALLOT

The accompanying Ballot is for voting purposes only and does not constitute and shall not be deemed to be a proof of claim or interest or an admission by the Debtors of the validity or amount of a claim.

Please follow these instructions to complete your Ballot:

1.    Read the Plan, the Disclosure Statement, the Voting Procedures and these instructions.

2.    (Item 1)    This is the amount of your Parent Common Stock for voting purposes only.

3.    (Item 2) Vote to accept or reject the Plan by marking an "X" in the box that corresponds to your choice. Please note that, if you vote to accept the Plan, you will be deemed to have granted the releases described in Section 8.8.7 of the Plan.

4.    (Item 3) By returning the Ballot, you certify that (a) the Ballot is the only Ballot submitted for your Parent Common Stock, except for any Parent Common Stock that you identify in the table in this Item 3, and that (b) all other Ballots for such Parent Common Stock identified above (if applicable) indicate the same vote to accept or reject the Plan that you have indicated in Item 2.

5.    (Item 4) By signing and returning the Ballot, you acknowledge and certify that:

    .    I have been provided with a copy of the Plan, the Disclosure Statement, the Exhibit Book, the Voting Procedures and the exhibits thereto.

    .    I am a beneficial owner or registered owner of Parent Common Stock as indicated below in Item 1.

    .    I have the full power and authority to vote and accept or reject the Plan as the beneficial owner or registered owner of Parent Common Stock listed on the Ballot.

6.    Return the Ballot in the envelope provided. The Ballot must be RECEIVED by the Voting Agent by the Voting Deadline or it will NOT be counted. Facsimiles and electronic submissions will NOT be accepted.

7.    You must vote all Class 10 Equity Interests that you beneficially hold either to accept or reject the Plan, and you may NOT split your vote.

8.    Do NOT return any securities with this Ballot.

IF YOU HAVE ANY QUESTIONS REGARDING YOUR BALLOT, OR IF YOU DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT, PLAN, EXHIBIT BOOK OR VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF

4

Exhibit D-8

THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT, BMC GROUP, INC., AT (888) 909-0100.

COPIES OF THE PLAN, DISCLOSURE STATEMENT, EXHIBIT BOOK AND VOTING PROCEDURES (AND ALL EXHIBITS THERETO) ARE ALSO AVAILABLE ON THE DEBTORS' WEBSITE AT WWW.GRACE.COM AND THE VOTING AGENT'S WEBSITE AT WWW.BMCGROUP.COM/WRGRACE.

**[The remainder of this page is left blank intentionally]**

Exhibit D-8

K&E 13281841.613281841.7

**BALLOT**

**PLEASE COMPLETE THE FOLLOWING:**

| (Name & Address) | *In re W. R. Grace & Co., et al.*<br>Case No. 01-01139 (JFK) |
|---|---|
| | **Class 10 Equity Interests in the Parent** |

| Please read the instructions accompanying this Ballot before completing the Ballot. Print Clearly. |
|---|

| Item 1. | **SHARES OF PARENT COMMON STOCK VOTED.** The undersigned certifies that as of [_____], 2008 (the "<u>Voting Record Date</u>"), the undersigned was either the beneficial owner or the registered owner of shares of Parent Common Stock in the total number of shares set forth below. If your Parent Common Stock is held by a nominee, bank, or broker on your behalf and you do not know the amount, please contact your nominee, bank, or broker immediately.<br><br>**Shares of Parent Common Stock:**_____ |
|---|---|

| Item 2. | **VOTE ON THE PLAN.** The beneficial owner or registered owner of Parent Common Stock in the number set forth in Item 1 (the "<u>Class 10 Equity Holder</u>") hereby votes to (CHECK ONE ONLY): |
|---|---|
| ❑ | ACCEPT the Plan |
| ❑ | REJECT the Plan |

<u>**Please note: If you vote to accept the Plan, you will be deemed to have given the specific releases set forth in Section 8.8.7 of the Plan.**</u>

| Item 3. | **IDENTIFY ALL OTHER CLASS 10 EQUITY INTERESTS VOTED.** By returning this Ballot, the Class 10 Equity Holder certifies that (a) this Ballot is the only Ballot submitted for the Class 10 Equity Interests held by such Class 10 Equity Holder, except for the Class 10 Equity Interests identified in the following table, and (b) all other Ballots for Class 10 Equity Interests submitted by the Class 10 Equity Holder (if applicable) indicate the same vote to accept or reject the Plan that the Class 10 Equity Holder has indicated in Item 2 of this Ballot (please use additional sheets of paper if necessary). |
|---|---|

| Account Number | Name of Holder | Number of Other Class 10 Equity Interests voted |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

| Item 4. | **ACKNOWLEDGEMENTS AND CERTIFICATIONS.** By signing and returning this Ballot, you make the following acknowledgments and certifications: |
|---|---|

| (i) | I have been provided with a copy of the Plan, the Disclosure Statement, the Exhibit Book, the Voting Procedures and the exhibits thereto; |
|-----|-----|
| (ii) | I am a beneficial owner or registered owner of Parent Common Stock listed above in Item 1; and |
| (iii) | I have the full power and authority to vote and accept or reject the Plan as the beneficial owner or registered owner of the Parent Common Stock listed above in Item 1. |

**Item 5.    SIGNATURE AND DATE:**


Signature of Claimant or Authorized Agent                                        Date

**Item 6.    ADDRESS CORRECTIONS, IF ANY (PRINT CLEARLY)**


Name

Address 1

Address 2

City, State and ZIP Code (US)

K&E 13281841.7

Document comparison done by Workshare DeltaView on Monday, November 10, 2008 5:41:19 PM

| Input: | |
|---|---|
| Document 1 | interwovenSite://NYDMS/LEGAL/13281841/6 |
| Document 2 | interwovenSite://NYDMS/LEGAL/13281841/7 |
| Rendering set | Enhanced K&E |

| Legend: | |
|---|---|
| **Insertion** | |
| ~~Deletion~~ | |
| ~~*Moved from*~~ | |
| *Moved to* | |
| Style change | |
| Format change | |
| ~~Moved deletion~~ | |
| Inserted cell | |
| Deleted cell | |
| Moved cell | |
| Split/Merged cell | |
| Padding cell | |

| Redline Summary: | | |
|---|---|---|
| No. | Change | Text |
| 1-2 | Change | "K&E 13281841.6" changed to "K&E 13281841.7" |
| 3-4 | Change | "K&E 13281841.6" changed to "K&E 13281841.7" |
| 5 | Change | "soliciting votes to...of Reorganization under" changed to "soliciting votes to...of Reorganization under" |
| 6-7 | Change | "Equity Security Holders...19, 2008 (as it may" changed to "Equity Security Holders...__, 2008 (as it may" |
| 8 | Change | "2008 (as it may further...or supplemented, the" changed to "2008 (as it may be amended or supplemented, the" |
| 9 | Change | "accompanying Disclosure...Statement") from" changed to "accompanying Disclosure...Statement") from" |
| 10 | Insertion | SPECIFIC RELEASES BY...OR EQUITY |

|  |  | INTERESTS |
|---|---|---|
| 11-12 | Change | "In addition, as more fully provided for in" changed to "Please take notice that,...fully provided for in" |
| 13 | Deletion | who votes in favor of the Plan or |
| 14 | Moved from | receives or retains any property under |
| 15 | Change | "the Plan shall be deemed to have unconditionally" changed to "shall be deemed to have unconditionally" |
| 16 | Change | "released the Asbestos...the Unsecured Creditors" changed to "released the Asbestos...the Unsecured Creditors" |
| 17 | Insertion | instruments, or other...or Equity Interest who |
| 18 | Moved to | receives or retains any property under |
| 19 | Insertion | this Plan shall also be...the preceding sentence. |
| 20 | Insertion | that corresponds to your...**8.8.7 of the Plan.** |
| 21 | Insertion | [The remainder of this...blank intentionally] |
| 22 | Insertion | 6 Exhibit D-8 |
| 23 | Insertion | K&E 13281841.7 |
| 24 | Insertion | 5 Exhibit D-8 |
| 25 | Insertion | K&E 13281841.7 |
| 26 | Insertion | Please note:  If you vote...8.8.7 of the Plan. |

| Statistics | Count |
|---|---|
| Insertions | 15 |
| Deletions | 9 |
| Moved from | 1 |
| Moved to | 1 |
| Style change | 0 |
| Format changed | 0 |
| Total changes | 26 |

**\*\*PROVISIONAL\*\***

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re:** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO., et al.**[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | BALLOT FOR ACCEPTING OR |
| | ) | REJECTING JOINT PLAN OF |
| | ) | REORGANIZATION UNDER CHAPTER |
| | ) | 11 OF THE BANKRUPTCY CODE |

**Class 9**
**General Unsecured Claims**

### VOTING INSTRUCTIONS AND BALLOT FOR HOLDERS OF
### CLASS 9 GENERAL UNSECURED CLAIMS

W. R. Grace & Co. and its affiliated debtors and debtors in possession (collectively, the "Debtors") are soliciting votes to accept or reject the *First Amended Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of November __, 2008* (as it may be amended or supplemented, the "Plan") described in the accompanying Disclosure Statement (the "Disclosure Statement") from the Holders of certain impaired Claims against, and Equity Interests in, the Debtors.

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co. Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., GC Limited Partners I, Inc., (f/k/a Grace Cocoa Limited Partners I, Inc.), GC Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc. GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation., W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (F/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Exhibit D-9

## **PROVISIONAL**

On [_____, __], 2008, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered an order approving, among other things, (i) the Disclosure Statement as providing adequate information for Holders of Claims against, or Equity Interests in, the Debtors to make a decision as to whether to accept or reject the Plan and (ii) certain procedures (the "Voting Procedures") for the solicitation and tabulation of votes to accept or reject the Plan. The Voting Procedures contain important information regarding the balloting process and are included in the Solicitation Package accompanying this Ballot. Please read the Plan, the Disclosure Statement and the Voting Procedures before submitting your Ballot. Capitalized terms not defined herein shall have the meaning ascribed to them in the Voting Procedures and the Plan.

The accompanying Ballot is to be used only for provisional voting by Holders of General Unsecured Claims. You have received the Ballot either because you have filed with the Bankruptcy Court a General Unsecured Claim or have been identified by the Debtors on their schedules of liabilities as a Holder of a General Unsecured Claim. Please note that the Plan provides that Class 9 General Unsecured Claims are unimpaired, but the Debtors have agreed to solicit the votes of Holders of General Unsecured Claims on a provisional basis. The provisionally solicited votes of the Holders of General Unsecured Claims shall not be used to determine acceptance or rejection of the Plan by the Class unless it is determined that Class 9 is impaired. If it is determined that Class 9 is unimpaired, then Class 9 will be deemed to accept the Plan and any and all Ballots cast by Holders of General Unsecured Claims will be disregarded for all purposes.

In order for your vote to be counted (if it is determined that Class 9 is impaired), your Ballot must be properly completed, signed, and returned by mail, hand delivery or overnight courier to the Debtors' court-approved Voting Agent as follows:

| **By U.S. Mail:** | **By Courier:** |
|---|---|
| BMC Group, Inc. | BMC Group, Inc. |
| Attn: W. R. Grace Voting Agent | Attn: W. R. Grace Voting Agent |
| P.O. Box 2007 | 17850 Lake Drive East |
| Chanhassen, MN 55317-2007 | Chanhassen, MN 55317 |

---

Your Ballot must be RECEIVED by the Voting Agent no later than 4:00 p.m., prevailing Eastern time, on _____ ____, 2008 (the "Voting Deadline"). Facsimiles and electronic submissions will NOT be accepted.

---

*Please note that the Plan can be confirmed by the Bankruptcy Court and thereby made binding on you if it is accepted by each class that is entitled to vote. In the event that the requisite acceptances are not obtained, the Bankruptcy Court may nevertheless confirm the Plan if it finds that the Plan accords fair and equitable treatment to the class or classes rejecting it and otherwise satisfies the requirements of section 1129(a) and (b) of the Bankruptcy Code. If it is determined that Class 9 General Unsecured Claims is impaired pursuant to section 1124 of the Bankruptcy Code, then the Plan will be accepted by Class 9 General Unsecured Claims if it is accepted by (i) the Holders of at least two-thirds in amount of the Class 9 General Unsecured Claims for which votes to accept or reject the Plan were cast and counted pursuant to the Voting*

K&E 13599219.5

Exhibit D-9

## **PROVISIONAL**

*Procedures; and (ii) the Holders of at least one-half in number of the Class 9 General Unsecured Claims for which votes to accept or reject the Plan were cast and counted pursuant to the Voting Procedures. If it is determined that Class 9 is unimpaired, then Class 9 will be deemed to accept the Plan and any and all Ballots cast by Holders of General Unsecured Claims will be disregarded for all purposes. If the Plan is confirmed by the Bankruptcy Court, all Holders of Claims against and Equity Interests in the Debtors (including those Holders who abstain from voting on or reject the Plan and those Holders who are not entitled to vote on the Plan) will be bound by the confirmed Plan and the transactions contemplated thereby.*

---

### SPECIFIC RELEASES BY HOLDERS
### OF CLAIMS OR EQUITY INTERESTS

**Please take notice that, as more fully provided for in Section 8.8.7 of the Plan, each Holder of a Claim or Equity Interest who votes in favor of the Plan shall be deemed to have unconditionally released the Asbestos Protected Parties, the Unsecured Creditors' Committee, the Asbestos PI Committee, the Asbestos PD Committee, the Equity Committee, the Asbestos PI FCR and the Asbestos PD FCR, and each party's Representatives, as of the Effective Date, from any and all Claims, SA Claims, SA Damages, obligations, rights, suits, damages, causes of action, remedies, and liabilities of any nature whatsoever, whether known or unknown, foreseen or unforeseen, matured or unmatured, existing or hereinafter arising, in law, equity or otherwise, that such Entity would have been legally entitled to assert in its own right (whether individually or collectively), based in whole or in part upon any act or omission, transaction, agreement, event, or other occurrence taking place on or before the Effective Date in any way relating or pertaining to, the Debtors or the Reorganized Debtors, their operations on or before the Effective Date, their respective property, the Chapter 11 Cases, or the negotiation, formulation, and preparation of the Plan or any related agreements, instruments, or other documents. In addition to the foregoing, each Holder of a Claim or Equity Interest who receives or retains any property under this Plan shall also be deemed to unconditionally release the Fresenius Indemnified Parties to the same extent as the release in the preceding sentence.**

---

If you have questions about your Ballot, or if you did not receive a copy of the Disclosure Statement, Plan, Exhibit Book or Voting Procedures, you may contact the Voting Agent at (888) 909-0100. Copies of the Plan and related documents are also available on the Debtors' website at www.grace.com and at the website maintained by the Voting Agent at www.bmcgroup.com/wrgrace.

### VOTING INFORMATION AND INSTRUCTIONS
### FOR COMPLETING THE BALLOT

The accompanying Ballot is for voting purposes only and does not constitute and shall not be deemed to be a proof of claim or interest or an admission by the Debtors of the validity or amount of a claim.

## **PROVISIONAL**

**Please follow these instructions to complete your Ballot:**

1.   **Read the Plan, the Disclosure Statement, the Voting Procedures and these instructions.**

2.   **(Item 1)  This is the amount of your Claim for voting purposes only.**

3.   **(Item 2)  Vote to accept or reject the Plan by marking an "X" in the box that corresponds to your choice.  <u>Please note that, if you vote to accept the Plan, you will be deemed to have granted the releases described in Section 8.8.7 of the Plan.</u>**

4.   **(Item 3)   Print telephone number, name of signatory (if different than Claimant) and title of agent, if applicable.**

5.   **(Item 4)  By signing the Ballot, you make the following certifications:**

   •   "I have been provided with a copy of the Plan, the Disclosure Statement, the Exhibit Book, the Voting Procedures and the exhibits thereto."

   •   "I was the Holder of a General Unsecured Claim, as defined in the Plan, as of the Voting Record Date or I have the authority, under applicable law, to vote to accept or reject the Plan on behalf of a Holder of a General Unsecured Claim as of the Voting Record Date."

6.   **(Item 5)  Sign and date the Ballot.  Unsigned Ballots will NOT be counted.**

7.   **(Item 6)  If the mailing address to which your Ballot was sent is incorrect, supply corrected address information.**

8.   **Return the Ballot in the envelope provided.  The Ballot must be RECEIVED by the Voting Agent by the Voting Deadline or it will NOT be counted. Facsimiles and electronic submissions will NOT be accepted.**

**IF YOU HAVE ANY QUESTIONS REGARDING YOUR BALLOT, OR IF YOU DID NOT RECEIVE A COPY OF THE DISCLOSURE STATEMENT, PLAN, EXHIBIT BOOK OR VOTING PROCEDURES, OR IF YOU NEED ADDITIONAL COPIES OF THE BALLOT OR OTHER ENCLOSED MATERIALS, PLEASE CONTACT THE VOTING AGENT, BMC GROUP, INC., TOLL-FREE AT (888) 909-0100.**

**COPIES OF THE PLAN, DISCLOSURE STATEMENT, EXHIBIT BOOK AND VOTING PROCEDURES (AND ALL EXHIBITS THERETO) ARE ALSO AVAILABLE ON THE DEBTORS' WEBSITE AT WWW.GRACE.COM AND THE VOTING AGENT'S WEBSITE AT WWW.BMCGROUP.COM/WRGRACE.**

[Remainder of page left blank intentionally]

Exhibit D-9

K&E 13599219.5

## **PROVISIONAL**

### BALLOT

**PLEASE COMPLETE THE FOLLOWING:**

| [Name & Address] | *In re W. R. Grace & Co., et al.*<br>Case No. 01-01139 (JFK)<br><br>**Class 9 General Unsecured Claims** |
|---|---|

| **Please read the instructions accompanying this Ballot before completing the Ballot. Print Clearly.** ||

<table>
<tr><td>Item 1.</td><td><strong>PRINCIPAL AMOUNT OF GENERAL UNSECURED CLAIM.</strong> The undersigned certifies that as of _____, 2008 (the "<u>Voting Record Date</u>"), the undersigned was the Holder of a General Unsecured Claim in the amount set forth below.<br><br>Amount of your claim for voting purposes only: $_____.</td></tr>
<tr><td>Item 2.</td><td><strong>VOTE ON THE PLAN.</strong> The undersigned Holder of the General Unsecured Claim in the amount set forth in Item 1 hereby votes <u>all</u> of its Claim to (check one box only):<br><br>❑    ACCEPT the Plan<br><br>❑    REJECT the Plan</td></tr>
</table>

**Please note: If you vote to accept the Plan, you will be deemed to have given the specific releases set forth in Section 8.8.7 of the Plan.**

| Item 3. | **TELEPHONE NUMBER / AUTHORIZATION** |
|---|---|

Telephone Number:

Name of Signatory (if different from claimant):

If by Authorized Agent, Title or Agent:

<table>
<tr><td>Item 4.</td><td><strong>ACKNOWLEDGEMENTS AND CERTIFICATIONS.</strong> By signing and returning this Ballot, you make the following acknowledgements and certifications:</td></tr>
<tr><td>(i)</td><td>I have been provided with a copy of the Plan, the Disclosure Statement, the Exhibit Book, the Voting Procedures and the exhibits thereto; and</td></tr>
<tr><td>(ii)</td><td>I was the Holder of a General Unsecured Claim, as defined in the Plan, as of the Voting Record Date or I have the authority, under applicable law, to vote to accept or reject the Plan on behalf of a Holder of a General Unsecured Claim as of the Voting Record Date.</td></tr>
<tr><td>Item 5.</td><td><strong>SIGNATURE AND DATE:</strong></td></tr>
</table>

| Signature of Claimant or Authorized Agent | Date |
|---|---|

**Item 6. ADDRESS CORRECTIONS, IF ANY (PRINT CLEARLY)**

Name

Address 1

Address 2

City, State and ZIP Code (US)

1

K&E 13599219.5