UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
MARYLAND CASUALTY COMPANY,

        Plaintiff,

  -against-

W.R. GRACE & CO., CONTINENTAL CASUALTY
COMPANY, ROYAL INDEMNITY COMPANY, AETNA
CASUALTY AND SURETY COMPANY, and GENERAL
INSURANCE COMPANY OF AMERICA,

        Defendants.
------------------------------------------X

83 Civ. 7451
(SWK)

Assigned to
Magistrate
Judge Bernikow

**STIPULATED ORDER
OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for defendants W.R. Grace & Co.-Conn. ("Grace") and Royal Indemnity Company ("Royal"), subject to the approval of the court, as follows:

1. All claims brought by Grace and Royal against each other in this action are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

2. Grace and Royal shall bear their own costs and attorneys fees in this action.

Dated: New York, New York
January 11, 1995

| PITNEY, HARDIN, KIPP & SZUCH | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER |
|---|---|
| By: *Philip G. Barber* <br> Philip G. Barber (PGB-4021) <br> 26 East 64th Street <br> New York, New York 10021 <br> (212) 371-8880 | By: *Carl J. Pernicone* <br> Carl J. Pernicone (CJP 9778) <br> 150 East 42nd Street <br> New York, New York 10017-5639 <br> (212) 490-3000 |
| Attorneys for Defendant <br> W.R. Grace & Co.-Conn. | Attorneys for Defendant <br> Royal Indemnity Company |

SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

Dated: January 18, 1985