# WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

150 East 42nd Street, New York, NY 10017-5639
Tel: 212.490.3000   Fax: 212.490.3038

Albany • Baltimore • Boston • Chicago • Dallas • Garden City • Houston • Las Vegas • London • Los Angeles • McLean
Miami • Newark • New York • Orlando • Philadelphia • San Diego • San Francisco • Stamford • Washington, DC • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

www.wilsonelser.com

May 5, 2006

**FILE COPY**

**BY REGULAR MAIL**
**CONFIDENTIAL SETTLEMENT**
**MATERIAL ENCLOSED**

Hedger Moyers LLP
1555 Campus Way
Suite 201
Billings Montana 59102

Attention:   Jon M. Moyers

Re:   *BNSF Railway Company asbestos claims*

Our File No.   :   28810.08619.

Dear Mr. Moyers:

This letter is being submitted jointly by Royal Indemnity Company ("Royal") and W. R. Grace & Co. ("Grace"). It supplements Royal's February 24th letter and responds to BNSF Railway's ("BNSF") April 12, 2006 correspondence renewing its request for coverage for BNSF's Libby Montana vermiculite asbestos claims under the policies Royal issued to the Zonolite Company ("Zonolite"), a predecessor in interest to W. R. Grace & Co. ("Grace").

Enclosed is a complete set of the Zonolite policies referenced on the schedule attached to Royal's February 24th letter. For your reference, the contractual liability endorsements memorializing the indemnity and hold harmless agreement running from Zonolite to BNSF's predecessor, the Great Northern Railway, have been flagged with post-its. As you can see, the indemnity/hold harmless provision in the Zonolite policies mirrors the indemnity/hold harmless wording in the April 20, 1950 Supplement Agreement included with BNSF April 12th correspondence.

Also enclosed is a copy of the 1995 Settlement Agreement between Grace and Royal

2279255.1 2279255.4

File No.:
Page 2

memorializing that *Royal has fully discharged and satisfied any obligations it may have owed Grace for asbestos related claims under the Zonolite policies.* As this is a confidential settlement agreement, Royal and Grace request that BNSF respect its confidentiality and limit its dissemination to the BNSF attorneys and principal representatives involved in the Libby vermiculite claims. The agreement reflects that, in consideration of paying Grace the sum of *$100 million*, Grace fully and finally released Royal from any further liability for asbestos related claims under the Zonolite policies. Accordingly, there is no basis for BNSF to pursue coverage from Royal for asbestos related claims under the Zonolite policies.

Additionally, as noted in Royal's February 24th correspondence, Section IX of the Settlement Agreement obligates Grace to indemnify Royal for any claims by any person—such as BNSF here—seeking coverage for Asbestos Related Claims under the Zonolite policies. Enclosed is an October 7, 2004 ruling from the Grace bankruptcy court expressly acknowledging Grace's indemnity obligation to Royal under the Settlement Agreement: "The settlement resolved Royal's obligations under the [Zonolite] policies and provided that [Grace] would indemnify and hold Royal harmless against any asbestos-related claims made against those policies." Slip op. at p. 4. Indeed, the Grace bankruptcy court went on to acknowledge that, under the Settlement Agreement, "[Grace}, in effect, *assumed* Royal's obligation under the [Zonolite] policies." Id. at 14.

Thus, if BNSF were to take any action against Royal vis-à-vis the Zonolite policies, Royal would invoke the protection of the Grace indemnity and hold harmless, which, in turn, would prompt Grace to move to enjoin BNSF's action pursuant to the Bankruptcy litigation stay. Indeed, in a January 22, 2002 order—a copy of which is enclosed—the Grace bankrupty court enjoined the pursuit of any action directly against any of Grace's insurers.

Royal and Grace trust this resolves any questions BNSF may have concerning coverage for asbestos related claims under the Zonolite policies. If BNSF has any further questions concerning this matter, please take them up directly with Grace.

Very truly yours,

*[signature]*

Carl J. Pernicone

*[signature]*

Jay Hughes, Grace Senior Litigation Counsel

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
2279255.1 2279255.1