UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------X
MARYLAND CASUALTY COMPANY,

        Plaintiff,

  -against-

W.R. GRACE & CO., CONTINENTAL CASUALTY
COMPANY, ROYAL INDEMNITY COMPANY, AETNA
CASUALTY AND SURETY COMPANY, and GENERAL
INSURANCE COMPANY OF AMERICA,

        Defendants.
-------------------------------------------X

83 Civ. 7451
(SWK)

Assigned to
Magistrate
Judge Bernikow

**STIPULATED ORDER
OF DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** by and between counsel for defendants W.R. Grace & Co.-Conn. ("Grace") and Royal Indemnity Company ("Royal"), subject to the approval of the court, as follows:

1. All claims brought by Grace and Royal against each other in this action are dismissed with prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.

2. Grace and Royal shall bear their own costs and attorneys fees in this action.

Dated: New York, New York
January 11, 1995

PITNEY, HARDIN, KIPP
& SZUCH

By: *Philip G. Barber*
Philip G. Barber (PGB-4021)
26 East 64th Street
New York, New York  10021
(212) 371-8880

Attorneys for Defendant
W.R. Grace & Co.-Conn.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER

By: *Carl J. Pernicone*
Carl J. Pernicone (CJP 9778)
150 East 42nd Street
New York, New York  10017-5639
(212) 490-3000

Attorneys for Defendant
Royal Indemnity Company


SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE


Dated: January 18, 1985

-2-