**Exhibit M part 1, Exhibit M part 2, Exhibit N,
Exhibit O, Exhibit P, and Exhibit Q.**