Joan C. Considine  
Sr. Vice President

Marsh USA Inc.  
1 World Trade Center  
100th Floor  
New York, NY 10048-9302  
Tel.: 212 345-0981  Fax: 212 345-0704

December 9, 1999  
**VIA FEDERAL EXPRESS**

# MARSH

Royal & SunAlliance  
9140 Arrowpoint Boulevard  
Suite 440  
Charlotte, North Carolina 28273  
**ATTN: Mike Andnako**  
     **Tel.#: 704-522-2000 Ext. 2814**  
     **Fax#: 704-522-2888**

General Insurance  
Safeco Insurance  
Safeco Plaza  
Seattle, Washington 98185  
**ATTN: Dave Mandt**  
     **Tel.#: 206-545-5000**  
     **Fax#: 206-545-6091**

Travelers Insurance Company (Aetna)  
Special Liability Group  
7600 East Orchard Road  
Suite 350 South  
Englewood, Colorado 80111  
**ATTN: Shelia Koppenheffer**  
     **Tel.#: 303-740-2013**  
     **Fax#: 303-290-0729**



RECEIVED  
DEC 1 0 1999  
By Environmental

**RE:   Libby Mining Operation**  
       **Libby, Montana**  
       **Marsh Claim No.: 80481**

Dear Sir/Madam:

Enclosed is a letter dated December 2, 1999 from JM Posner, Inc., wherein he is giving notice of a potential loss involving W.R. Grace and its vermiculate mine in Libby, Montana.

This letter will serve as notice of the claim to the Zonolite carriers including Royal, General and Aetna.

Also, enclosed is a letter dated December 8, 1999 from JM Posner, Inc., wherein he encloses a "Summary of the Pending Libby Asbestos Claims". The "Summary" is a multi page document listing information with respect to the 131 reported claims.

As we receive further information on this loss it will be forwarded to the carriers.

Please acknowledge receipt of this loss the the undersigned.

An **MMC** Company