**Exhibit R to Exhibit V**