**ROYAL & SUNALLIANCE**

Environmental Claim Dept
Suite 440
9140 Arrowpoint Blvd
Charlotte NC 28273

Phone
704 522-2000

January 12, 2000

**CERTIFIED MAIL**
**RETURN-RECEIPT REQUESTED**

J.M. POSNER, INC.
Insurance & Risk Consulting
8730 N.W. 54th Street
Coral Springs, Florida 33067

Attention:  Jeffrey M. Posner

Re:  Grace Libby Montana Residents Claim
     Royal Ref.: 070A00051

Dear Mr. Posner:

Since your December 10th telephone conversation with John Pizetoski concerning Grace's tender to Royal of the Libby, Montana residents asbestos bodily injury claims, Royal has had an opportunity to re-examine the release wording in the January 5, 1995 Royal/Grace Settlement. A copy of that Agreement is enclosed, for your reference. Based on our review of the Settlement, it is clear that the compromise and resolution concerning the Zonolite policies embodied in this Agreement related not merely to asbestos products claims, but to all asbestos related claims. In this connection, Royal calls your attention to the last recital on page 2 of the Settlement which states, in relevant part, as follows:

> WHEREAS, Grace and Royal have entered into this Agreement to resolve and compromise their disputes concerning coverage for *Asbestos Related Claims and Product Claims....*"

Additionally, the terms "Products Claim" is defined in subparagraph 1.2 of the "Definitions" section of the Settlement Agreement, in relevant part, as follows:

1.2 "Products Claim" shall mean *any Asbestos Related Claims* and any other claim, demand, law suit for bodily injury or property damage falling within the "Products Hazard" definition of the [Zonolite] policies...")

- Alliance Assurance Company of America
- American and Foreign Insurance Company
- Financial Structures Insurance Company
- Globe Indemnity Company
- The London Assurance of America Inc.
- Marine Indemnity Insurance Company of America
- Phoenix Assurance Company of New York
- Royal & SunAlliance Personal Insurance Company
- Royal Indemnity Company
- Royal Insurance Company of America
- Royal Lloyd's of Texas
- Royal Special Risks Insurance Company
- Royal Surplus Lines Insurance Company
- Safeguard Insurance Company
- The Sea Insurance Company of America

www.royalsunalliance-usa.com                                                        87964 0499

Further, subparagraph 4.0 of the Settlement Agreement, entitled "Specific Release by Grace," states, in relevant part, as follows:

Except for the obligation set forth in this Agreement, Grace hereby releases and forever discharges Royal for any claims... which Grace now has or may have against Royal in any way relating to payment or handling of *Asbestos Related Claims* and/or Products Claims under the [Zonolite] policies.

In light of this wording, it is clear that the Royal/Grace Settlement Agreement relative to the Zonolite policies plainly reflects that Grace's release encompassed "any Asbestos Related Claims," not simply Asbestos Products Claims. Consequently, Royal is declining coverage for Grace's tender of the Libby Montana residents asbestos bodily injury claims.

I trust that you understand Royal's position with respect to coverage for these matters.

If you have any additional questions or comments, please feel free to contact me so that we discuss them.

Sincerely,

*[signature]*

T. Kemp Hooper
Assistant Vice President
Environmental Claim Department