**ORIGINAL**

3-4-98

BERNIKOW, MJ.

Doc# 960

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

THE MARYLAND CASUALTY COMPANY,

              Plaintiff,

     -against-

W.R. GRACE & CO., CONTINENTAL
CASUALTY COMPANY, ROYAL INDEMNITY
COMPANY, AETNA CASUALTY & SURETY
COMPANY, and GENERAL INSURANCE
COMPANY OF AMERICA.

              Defendants.

------------------------------------------------------------------- X

Civil Action No.
83 Civ. 7451 (JSM)
(LB)

Magistrate Judge
Bernikow



U.S. DISTRICT COURT FILED MAR 0 4 1998 S.D. OF N.Y.

## FINAL JUDGMENT

Pursuant to the prior orders in this case:

IT IS HEREBY ORDERED AND ADJUDGED that the claims of plaintiff Maryland Casualty Company ("Maryland") and defendant W.R. Grace & Co. ("Grace") against each other are dismissed pursuant to the Court's order of March 13, 1992;

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the claims of Maryland and defendant Continental Casualty Company ("CNA") against each other are dismissed pursuant to the Court's order of August 26, 1993;

MICROFILM -12:00 PM  MAR - 5 1998

WP-3:71764.1

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the claims of Maryland and defendant Royal Indemnity Company ("Royal") against each other are dismissed pursuant to the Court's Order on Motions of ~~February~~ March 4, 1998;

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the claims of Maryland and defendant General Insurance Company of America ("General") against each other are dismissed pursuant to the Court's Order on Motions of ~~February~~ March 4, 1998;

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the claims of Maryland and defendant Aetna Casualty & Surety Company ("Aetna") against each other are dismissed pursuant to the Court's Order of February 3, 1993;

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the claims of Grace and Aetna against each other are dismissed pursuant to the Court's order of April 17, 1992;

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the claims of Aetna against CNA, Royal, and General, and the claims of CNA, Royal, and General against Aetna are dismissed pursuant to the Court's order of March 13, 1992;

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the claims of Grace and General against each other are dismissed pursuant to the Court's order of March 15, 1994;

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the claims of Grace and Royal against each other are dismissed pursuant to the Court's order of January 18, 1995;

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the claims of CNA and Royal against each other are dismissed pursuant to the Court's Order on Motions of ~~February~~ March 4, 1998;

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the claims of CNA and General against each other are dismissed pursuant to the Court's Order on Motions of ~~February~~ March 4, 1998;

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that the claims of General and Royal against each other are dismissed pursuant to the Court's Order on Motion of ~~February~~ March 4, 1998;

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that no further claims exist in this case; this is a final judgment and this action is hereby dismissed; and

IT IS HEREBY FURTHER ORDERED AND ADJUDGED that each party is to bear its own costs.

SO ORDERED.

New York, New York
Dated: ~~February~~ 4, 1998
       March

_____
Honorable Leonard A. Bernikow
United States Magistrate Judge

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 3-5-98

-4-

|WP-3:71764.1