IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JJF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

**SUMMARIZED INTERIM FEE APPLICATION OF STEPTOE & JOHNSON LLP FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR
THE MONTHLY INTERIM PERIOD
FROM SEPTEMBER 1-SEPTEMBER 30, 2008
THE QUARTER OF JULY-SEPTEMBER 2008**

---

Name of Applicant: **Steptoe & Johnson LLP**

Authorized to Provide Professional Services to: **W.R. Grace & Co. et al. Debtors and Debtors in Possession**

Date of Retention: **Order entered January 28, 2002 effective as of July 1, 2001**

Period for Which Compensation and Reimbursement is Sought: **September 1, 2008 to September 30, 2008**

Objection Deadline: **December 12, 2008**

Total Amount of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$37,033.50**

Total Expense Reimbursement Sought as Actual, Reasonable and Necessary for Applicable Period: **$1,370.62**

80% of Fees Sought as Actual, Reasonable and Necessary for Applicable Period: **$29,626.80**

Total Amount of Holdback Fees Sought for Applicable Period: **$7, 406.70**

---

This is a **X** monthly **X** interim ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

The total time expended for the preparation of this application is approximately 5 hours, and the corresponding estimated compensation that will be requested in a future application is approximately $2,850.00.

The history of the prior applications by Steptoe & Johnson is as follows:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees (80%) | Approved Expenses | Holdback Fees |
|---|---|---|---|---|---|---|
| 03/29/02 | 07/01/01 – 07/31/01 | $57,542.50 | $3,135.22 | $46,034.00 | $3,032.12 | $10,574.62 |
| 03/29/02 | 09/01/01 – 09/30/01 | $75,710.50 | $4,130.52 | $60,568.40 | $4,077.17 | $15,142.10 |
| 03/29/02 | 11/01/01 – 11/30/01 | $28,941.00 | $ 638.26 | $23,152.80 | $ 627.16 | $ 5,788.20 |
| 03/29/02 | 12/01/01 – 12/31/01 | $ 3,275.00 | $      9.77 | $ 2,620.00 | $      8.72 | $    655.80 |
| 05/09/02 | 10/01/01 – 10/31/01 | $36,497.00 | $ 330.84 | $29,197.60 | $ 330.84 | $ 7,299.40 |
| 05/09/02 | 01/01/02 – 01/31/02 | $29,944.00 | $3,162.92 | $18,102.70 | $3,162.92 | $ 5,988.80 |
| 05/09/02 | 02/01/02 – 02/28/02 | $38,747.50 | $4,709.66 | $14,830.50 | $2,849.66 | $ 7,749.50 |
| 05/09/02 | 03/01/02 – 03/31/02 | $25,718.50 | $ 401.90 | $20,574.50 | $ 401.90 | $ 5,143.70 |
| 08/26/02 | 04/01/02 – 04/30/02 | $19,519.40 | $ 198.24 | $15,615.20 | $ 198.24 | $ 3,903.80 |
| 08/26/02 | 05/01/02 – 05/31/02 | $57,288.00 | $4,600.88 | $45,840.40 | $4,600.88 | $11,457.60 |
| 08/23/02 | 06/01/02 – 06/30/02 | $32,015.00 | $2,634.28 | $25,612.00 | $2.634.28 | $ 6,403.00 |
| 11/21/02 | 07/01/02 - 07/31/02 | $15,366.00 | $5,138.86 | $12,292.80 | $5,138.86 | $ 3,073.20 |
| 11/21/02 | 08/01/02 - 08/31/02 | $14,951.00 | $ 135.85 | $11,960.80 | $ 135.85 | $ 2,990.20 |
| 11/21/02 | 09/01/02 - 09/30/02 | $22,133.00 | $ 141.59 | $17,706.40 | $ 141.96 | $ 4,426.60 |
| 03/04/03 | 10/01/02 - 10/31/02 | $19,208.00 | $ 207.40 | $15,366.40 | $ 207.40 | $ 3,841.60 |
| 03/04/03 | 11/01/02 - 11/30/02 | $30,075.00 | $ 895.26 | $24,060.00 | $ 895.26 | $ 6,015.00 |
| 03/04/03 | 12/01/02 - 12/31/02 | $18,304.50 | $ 279.68 | $14,643.60 | $ 279.68 | $ 3,660.90 |
| 08/09/03 | 01/01/03 - 01/31/03 | $ 3,566.50 | $      78.40 | $ 2,853.20 | $      78.40 | $ 2,853.20 |
| 08/09/03 | 02/01/03 - 02/28/03 | $25,685.00 | $      62.59 | $20,548.00 | $      62.59 | $ 5,137.00 |
| 08/09/03 | 03/01/03 - 03/31/03 | $49,493.00 | $2,681.28 | $39,594.40 | $2,681.28 | $ 9,898.60 |
| 10/06/03 | 04/01/03 - 04/30/03 | $55,499.50 | $3,369.95 | $43,339.60 | $3,369.95 | $11,099.90 |
| 10/06/03 | 05/01/03 - 05/31/03 | $ 6,046.50 | $ 120.80 | $ 4,837.20 | $ 120.80 | $ 1,209.30 |
| 10/06/03 | 06/01/03 - 06/31/03 | $ 4,619.50 | $      15.14 | $ 3,695.60 | $      15.14 | $    923.90 |
| 1/23/04 | 07/01/03 - 07/07/03 | $ 2,781.50 | $      66.32 | $ 2,225.20 | $      66.32 | $    556.30 |
| 1/23/04 | 08/01/03 - 08/31/03 | $ 2,773.50 | $      11.58 | $ 2,218.80 | $      11.58 | $    554.70 |
| 1/23/04 | 09/01/03 - 09/30/03 | $14,415.00 | $ 169.29 | $11,532.00 | $ 169.29 | $ 2,883.00 |
| 2/25/04 | 10/01/03 - 10/31/03 | $ 1,827.50 | $      32.28 | $ 1,462.00 | $      32.28 | $    365.50 |
| 2/25/04 | 11/01/03 - 11/30/03 | $ 3,002.00 | $      28.33 | $ 2,401.60 | $      28.33 | $    600.40 |
| 2/25/04 | 12/01/03 - 12/31/03 | $11,850.00 | $      32.70 | $ 9,480.00 | $      32.70 | $ 2,370.00 |
| 6/14/04 | 01/01/04 - 01/31/04 | $ 1,827.00 | $      29.33 | $ 1,461.60 | $      29.33 | $    365.40 |
| 6/14/04 | 02/01/04 - 02/29/04 | $ 5,774.50 | $      70.80 | $ 4,619.60 | $      70.80 | $ 1,154.90 |
| 6/14/04 | 03/01/04 - 03/31/04 | $ 3,697.58 | $      35.08 | $ 2,938.06 | $      35.08 | $    739.52 |
| 9/17/04 | 04/01/04 - 04/30/04 | $ 2,433.50 | $        9.59 | $ 1,946.80 | $        9.59 | $    486.70 |
| 9/17/04 | 05/01/04 - 05/31/04 | $ 8,038.00 | $      23.30 | $ 6,430.40 | $      23.30 | $ 1,607.60 |
| 9/17/04 | 06/01/04 - 06/30/04 | $32,636.000 | $2,581.55 | $26,108.80 | $2,581.55 | $ 6,527.20 |
| 11/19/04 | 07/01/04 - 07/31/04 | $14,710.50 | $1,557.11 | $11,768.40 | $1,557.11 | $ 2,942.10 |
| 11/19/04 | 09/01/04 - 09/30/04 | $ 2,973.50 | $      81.64 | $ 2,378.80 | $      81.64 | $    594.70 |
| 2/25/05 | 10/01/04 - 10/31/04 | $ 5,498.00 | $      67.21 | $ 4,398.40 | $      67.21 | $ 1,099.60 |
| 2/25/05 | 11/01/04 - 11/30/04 | $54,782.00 | $ 455.69 | $43,825.60 | $ 455.69 | $10,956.40 |
| 2/25/05 | 12/01/04 - 12/31/04 | $ 798.00 | $1,420.25 | $ 638.40 | $1,420.25 | $    159.60 |
| 6/07/05 | 02/01/05 - 02/28/05 | $ 3,277.50 | $      46.91 | $ 2,622.00 | $      46.91 | $    655.50 |
| 11/05/05 | 05/01/05 - 05/31/05 | $ 1,472.50 | $      17.85 | $ 1,178.50 | $      17.85 | $    294.50 |
| 11/14/05 | 08/01/05 - 08/31/05 | $ 4,567.00 | $      38.27 | $ 3,653.60 | $      38.27 | $    913.40 |
| 11/14/05 | 09/01/05 - 09/31/05 | $18,503.00 | $ 175.04 | $14,802.40 | $ 175.04 | $ 3,700.60 |
| 3/31/06 | 10/01/05 - 10/31/05 | $ 1,306.50 | $        4.02 | $ 1,045.20 | $        4.02 | $    261.30 |
| 3/31/06 | 11/01/05 - 11/30/05 | $ 3,378.00 | $      24.45 | $ 2,702.40 | $      24.45 | $    675.60 |
| 3/31/06 | 12/01/05 - 12/31/05 | $ 8,456.50 | $      73.62 | $ 6,765.20 | $      73.62 | $ 1,691.30 |

| | | | | | |
|---|---|---|---|---|---|
| 5/23/06 | 01/01/06 – 01/31/06 | $ 39,042.00 | $9,134.32 | $31,233.00 | $9,134.32 | $ 7,808.40 |
| 5/23/06 | 02/01/06 – 02/28/06 | $62,377.00 | $ 142.09 | $49,901.60 | $ 142.09 | $12,475.40 |
| 5/23/06 | 03/01/06 – 03/31/06 | $20,321.00 | $ 85.95 | $16,256.00 | $ 85.95 | $ 4,064.20 |
| 9/12/06 | 04/01/06 - 04/30/06 | $67,143.00 | $ 751.36 | $53,714.40 | $ 751.36 | $13,428.60 |
| 9/12/06 | 05/01/06 – 05/31/06 | $79,523.50 | $ 366.70 | $63,618.80 | $ 366.70 | $15,904.70 |
| 9/12/06 | 06/01/06 – 06/30/06 | $11,149.50 | $ 24.17 | $ 8,919.60 | $ 24.17 | $ 2,229.90 |
| 12/04/06 | 07/01/06 – 07/31/06 | $15,602.50 | $ 88.56 | $12,482.00 | $ 88.56 | $ 3,120.50 |
| 12/04/06 | 08/01/06 – 08/31/06 | $20,218.00 | $ 66.58 | $16,174.40 | $ 66.58 | $ 4,043.60 |
| 12/04/06 | 09/01/06 – 09/30/06 | $31,624.00 | $ 16.50 | $25,299.20 | $ 16.50 | $ 6,324.80 |
| 03/02/07 | 10/01/06 – 10/31/06 | $17,852.00 | $ 45.97 | $14,281.60 | $ 45.97 | $ 3,570.40 |
| 03/02/07 | 11/01/06 - 11/30/06 | $ 891.00 | $ 26.70 | $ 712.80 | $ 26.70 | $ 178.20 |
| 03/02/07 | 12/01/06 – 12/31/06 | $32,354.50 | $ 42.09 | $25,883.60 | $ 42.09 | $ 6,470.90 |
| 05/31/07 | 01/01/07 - 01/31/07 | $45,021.50 | $ 28.09 | $36,017.20 | $ 28.09 | $ 9004.30 |
| 05/31/07 | 02/01/07 - 02/28/07 | $71,630.00 | $ 783.33 | $57,304.00 | $ 783.33 | $14,326.00 |
| 05/31/07 | 03/01/07 – 03/31/07 | $43,373.00 | $ 48.07 | $34,698.40 | $ 48.07 | $ 8,674.60 |
| 08/07/07 | 04/01/07 - 04/31/07 | $36,927.50 | $ 102.40 | $29,542.00 | $ 102.40 | $ 7,385.50 |
| 08/07/07 | 05/01/07 – 05/31/07 | $41,712.00 | $ 127.45 | $33,369.60 | $ 127.45 | $ 8,342.40 |
| 08/07/07 | 06/01/07 – 06/30/07 | $54,204.00 | $ 209.69 | $43,363.20 | $ 209.69 | $10,840.80 |
| 12/03/07 | 07/01/07 – 07/31/07 | $ 6,358.00 | $ 44.35 | $ 5,086.40 | $ 44.35 | $ 1,271.60 |
| 12/03/07 | 08/01/07 – 08/31/07 | $ 5,074.50 | $ 30.40 | $ 4,059.60 | $ 30.40 | $ 1,014.90 |
| 12/03/07 | 09/01/07 – 09/30/07 | $ 3,861.00 | $ 27.80 | $ 3,088.80 | $ 27.80 | $ 772.20 |
| 03/04/08 | 10/01/07 – 10/31/07 | $20,994.00 | $ 205.76 | $16,795.20 | $ 205.76 | $ 4,198.80 |
| 03/04/08 | 11/01/07 – 11/30/07 | $ 4,971.00 | $ 24.45 | $ 3,876.80 | $ 24.45 | $ 994.20 |
| 03/04/08 | 12/01/07 – 12/31/07 | $ 4,333.50 | $ 46.35 | $ 3,466.80 | $ 46.35 | $ 866.70 |
| 05/28/08 | 01/01/08 – 01/31/08 | $ 6,972.50 | $ 88.98 | $ 5,578.00 | $ 88.98 | $ 1,394.50 |
| 05/28/08 | 02/01/08 – 02/29/08 | $ 1,324.00 | $ 16.35 | $ 1,059.20 | $ 16.35 | $ 264.80 |
| 05/28/08 | 03/01/08 – 03/31/08 | $ 3,490.00 | $ 37.11 | $ 2,792.00 | $ 37.11 | $ 698.00 |
| 9/10/08 | 04/01/08-04/30/08 | $23,838.00 | $ 2.30 | $19,070.49 | $ 2.30 | $ 4,767.60 |
| 9/10/08 | 05/01/08-05/31/08 | $56,329.50 | $ 418.98 | $45,063.60 | $ 418.98 | $11,265.90 |
| 9/10/08 | 06/01/08-06/30/08 | $208,188.00 | $ 1,844.51 | $166,550.40 | $ 1,844.51 | $41,637.60 |
| 10/16/08 | 07/01/08 – 07/31/08 | $ 79,866.00 | $ 276.81 | $63,892.80 | $ 276.81 | $15,973.20 |
| 10/16/08 | 08/01/08 – 08/31/08 | $ 88,329.50 | $ 2,104.68 | $70,663.60 | $2,104.68 | $17,665.90 |
| Current | 09/01/08 – 09/30/08 | $ 37,033.50 | $ 1,370.62 | $29,626.80 | $1,370.62 | $ 7,406.70 |

The S&J attorneys who rendered professional services in September 2008 are:

| Name of Professional Person & Matter | Position with the Applicant | Number of Years As an Attorney | Dep artment | Hourly 2008 Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| A. E. Moran | Partner | Over 20 | Tax | $570.00 | 5.40 | $3,078.00 |
| M. D. Lerner | Partner | Over 20 | Tax | $700.00 | .70 | $ 490.00 |
| M. Silverman | Partner | Over 20 | Tax | $895.00 | 2.00 | $1,790.00 |
| G. Kidder | Associate | 8 | Tax | $470.00 | 6.20 | $2,914.00 |
| P. West | Partner | Over 20 | Tax | $875.00 | 3.50 | $3,062.50 |
| M. Durst | Counsel | Over 20 | Tax | $865.00 | 4.00 | $3,460.00 |
| S. Williams | Associate | 1 | Tax | $315.00 | 70.60 | $22,239.00 |
| L. Zarlenga | Partner | Over 15 | Tax | $580.00 | 0 | 0 |

3

**Compensation by Matter**

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 20 | Case Administration | 0 | 0 |
| 29 | File, Docket, Calendar Maintenance | 0 | 0 |
| 30 | Hearings | 0 | 0 |
| 32 | S&J Fee Application, Preparation of | 5.40 | $3,078.00 |
| 35 | Other Fee Applications | 0 | 0 |
| 38 | Retention of Professionals/Fees | 0 | 0 |
| 41 | Tax Matters | 0 | 0 |
| 42 | Travel (1/2 total hours billed) | 0 | 0 |
| 46 | IRS Tax Litigation | 87.00 | $33,955.50 |
| | Total | 92.40 | $37,033.50 |

**Expense Summary – All attributable to subject matter 46 unless otherwise indicated.**

| Description | Amount |
|---|---|
| Duplicating Supplies | 0 |
| Copies – Matter 32 | 17.55 |
| Copies – Matter 46 | 0 |
| Hotel | 329.46 |
| Train Fare | 169.00 |
| Federal Express/Overnight Messenger | 56.49 |
| Facsimile | 215.50 |
| Conference Calls – Long Distance | 65.74 |
| Working Meals | 30.38 |
| Local Transportation/Parking | 44.00 |
| Airfare | 442.50 |
| **Total** | **1,370.62** |

A detailed description of fees and expenses can be found at Exhibits A and B.

*November 7, 2008*
_____
Date:

Respectfully submitted,
STEPTOE & JOHNSON LLP

*Anne E. Moran*
_____
Anne E. Moran
1330 Connecticut Avenue, NW
Washington, DC  20036  (202) 429-6449

Doc. # DC-2113035 v.1 11/7/08 12:14 PM

**EXHIBIT A**

Professional services rendered: September 2008: **IRS Audit issue – preparation of materials for Appeals (100 page presentation) plus preparation for and attendance at appeals meeting.**

Professional services rendered through: September 30, 2008

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 09/02/08 | A.E. Moran | Work on June bill. | 0.60 |
| 09/03/08 | A.E. Moran | Work on April and May 2008 bill. | 0.30 |
| 09/08/08 | A.E. Moran | Work on billing and case administration. | 0.40 |
| 09/08/08 | G.N. Kidder | Discuss bankruptcy court jurisdiction question with Sam Williams. | 0.30 |
| 09/08/08 | M.D. Lerner | Follow up re Appeals. | 0.30 |
| 09/08/08 | S.T. Williams | Discuss jurisdictional issue between Tax Court and Bankruptcy Court with Greg Kidder. | 0.30 |
| 09/08/08 | S.T. Williams | Research regarding the jurisdiction issue between the courts. | 0.20 |
| 09/09/08 | A.E. Moran | Work on case administration. | 0.40 |
| 09/09/08 | A.E. Moran | Work on bankruptcy court filings. | 1.10 |
| 09/09/08 | M.D. Lerner | Call with Ms. Finke re Appeals procedure. | 0.30 |
| 09/09/08 | S.T. Williams | Research regarding the jurisdictional relationship between the Tax Court and the Bankruptcy Court and the scope of the Bankruptcy Court's section 362 stay. | 3.00 |
| 09/10/08 | S.T. Williams | Research regarding the jurisdictional relationship between the Tax Court and the Bankruptcy Court and the scope of the Bankruptcy Court's section 362 stay. | 3.00 |
| 09/11/08 | S.T. Williams | Research regarding the jurisdictional relationship between the Tax Court and the Bankruptcy Court and the scope of the Bankruptcy Court's section 362 stay. | 2.30 |
| 09/12/08 | A.E. Moran | Review filing with bankruptcy court. | 0.40 |
| 09/12/08 | G.N. Kidder | Discuss bankruptcy court jurisdiction research with Sam Williams. | 0.30 |
| 09/12/08 | S.T. Williams | Draft email explaining research on jurisdictional relationship between Tax Court and Bankruptcy Court. | 1.50 |
| 09/12/08 | S.T. Williams | Discuss research with Greg Kidder. | 0.30 |
| 09/15/08 | G.N. Kidder | Review research by Sam Williams re: Court of Appeals jurisdiction over appeals from Tax Court cases when there is a corresponding bankruptcy court proceeding. | 0.70 |
| 09/15/08 | G.N. Kidder | Discuss analysis with Sam Williams. | 0.80 |
| 09/15/08 | S.T. Williams | Research regarding jurisdictional issues between the Tax Court and Bankruptcy Court after section 362 automatic stay has been lifted. | 1.70 |
| 09/15/08 | S.T. Williams | Discuss research with Greg Kidder. | 0.80 |

| 09/17/08 | S.T. Williams | Work on research and memo regarding jurisdictional issues between the Tax Court and Bankruptcy Court after section 362 automatic stay has been lifted. | 3.50 |
|---|---|---|---|
| 09/18/08 | G.N. Kidder | Review memorandum re: Court of Appeals jurisdiction over Tax Court appeals with corresponding bankruptcy proceeding; Revise memorandum. | 1.00 |
| 09/18/08 | G.N. Kidder | Discuss analysis and memorandum with Sam Williams. | 0.80 |
| 09/18/08 | S.T. Williams | Research regarding jurisdictional issues between the Tax Court and Bankruptcy Court after section 362 automatic stay has been lifted. | 3.50 |
| 09/18/08 | S.T. Williams | Discuss research with Greg Kidder; draft memo explaining jurisdictional research. | 0.80 |
| 09/19/08 | G.N. Kidder | Discuss analysis and memorandum with Sam Williams. | 0.50 |
| 09/19/08 | G.N. Kidder | Review memorandum re: Court of Appeals jurisdiction over Tax Court appeals with corresponding bankruptcy proceeding. | 0.50 |
| 09/19/08 | S.T. Williams | Revise memo on jurisdictional issues between the Tax Court and Bankruptcy Court after section 362 automatic stay has been lifted. | 1.30 |
| 09/19/08 | S.T. Williams | Discuss revisions with Greg Kidder. | 0.50 |

| Name | Hours | Rate | Value |
|---|---|---|---|
| M.D. Lerner | 0.60 | 700.00 | 420.00 |
| A.E. Moran | 3.20 | 570.00 | 1,824.00 |
| G.N. Kidder | 4.90 | 470.00 | 2,303.00 |
| S.T. Williams | 22.70 | 315.00 | 7,150.50 |
| Total | 31.40 | | 11,697.50 |

Total Fees $11,697.50

Disbursements:

| | | |
|---|---|---|
| | Overnight Messenger | 56.49 |
| | Duplicating | 0.30 |
| | On-Line Research/Information Retrieval | 215.50 |
| 09/22/08 | Air Fare - GREGORY KIDDER-Travel to Newark, NJ on 08/18/08 - 08/19/08 re Appeals Conference | 442.50 |
| 09/22/08 | Hotel - GREGORY KIDDER-Travel to Newark, NJ on 08/18/08 - 08/19/08 re Appeals Conference | 329.46 |
| 09/22/08 | Parking - GREGORY KIDDER-Travel to Newark, NJ on 08/18/08 - 08/19/08 re Appeals Conference | 44.00 |

| 09/22/08 | Long Distance Telephone - GREGORY KIDDER-Travel to Newark, NJ on 08/18/08 - 08/19/08 re Appeals Conference | 9.95 |
|---|---|---|
| 09/22/08 | Train Fare - GREGORY KIDDER-Travel to Newark, NJ on 08/18/08 - 08/19/08 re Appeals Conference | 169.00 |
| 09/22/08 | Meals While on Travel - GREGORY KIDDER-Travel to Newark, NJ on 08/18/08 - 08/19/08 re Appeals Conference | 23.79 |

Total Disbursements     $1,290.99

**Tax Reorganization Issue:**
Professional services rendered through: September 30, 2008

| 09/01/08 | M.C. Durst | Memorandum regarding R. Cole article. | 0.60 |
|---|---|---|---|
| 09/05/08 | M.C. Durst | Conversation with P. West. | 0.20 |
| 09/06/08 | M.C. Durst | Conference call regarding intangibles. | 0.40 |
| 09/08/08 | M.C. Durst | Conference call with German counsel. | 1.20 |
| 09/08/08 | P.R. West | Telephone call with client regarding IP migration. | 0.80 |
| 09/08/08 | P.R. West | Discuss payment issues with S. Williams. | 0.20 |
| 09/08/08 | S.T. Williams | Discuss payment research assignment with Phil West. | 0.20 |
| 09/08/08 | S.T. Williams | Research regarding the tax treatment of payments. | 0.30 |
| 09/09/08 | G.N. Kidder | Discuss section 382 issue with Mark Silverman; Revise section 382 information statement rules. | 1.00 |
| 09/09/08 | M.D. Lerner | Discuss filing with Bankruptcy court; discussion with merits. | 0.10 |
| 09/09/08 | M.J. Silverman | Talk with Ms. Finke and Mr. Kidder re -382 issues. | 1.00 |
| 09/09/08 | S.T. Williams | Research regarding the tax treatment of payments. | 2.80 |
| 09/10/08 | G.N. Kidder | Phone call with Carol Finke to discuss section 382 information statement. | 0.30 |
| 09/10/08 | S.T. Williams | Research regarding the tax treatment of payments. | 2.00 |
| 09/11/08 | M.C. Durst | Meeting with P. West on timing of income. | 0.50 |
| 09/11/08 | P.R. West | Meeting with Messrs. Williams and Durst regarding timing of income inclusion. | 0.50 |
| 09/11/08 | S.T. Williams | Research regarding the tax treatment of payments. | 3.50 |
| 09/11/08 | S.T. Williams | Meet with Mike Durst and Phil West to discuss the research. | 0.50 |
| 09/12/08 | S.T. Williams | Draft memo on the tax treatment of payments received under the cost-sharing agreement. | 1.00 |

| 09/13/08 | S.T. Williams | Draft memo on the tax treatment of payments received under the cost-sharing agreement. | 4.00 |
|----------|---------------|------------------------------------------------------------------------------------------|------|
| 09/15/08 | S.T. Williams | Draft memo regarding the tax treatment of payments under cost-sharing agreement. | 7.00 |
| 09/16/08 | S.T. Williams | Draft memo regarding the tax treatment of payments under cost-sharing agreement. | 1.50 |
| 09/17/08 | M.C. Durst | Review memorandum regarding timing of income. | 0.50 |
| 09/20/08 | A.E. Moran | Work on bills. | 2.20 |
| 09/22/08 | M.C. Durst | Conversation with P. West on timing of income. | 0.20 |
| 09/22/08 | P.R. West | Review and revise memorandum on income inclusion. | 0.80 |
| 09/22/08 | P.R. West | Discuss income inclusion issue with M. Durst. | 0.20 |
| 09/23/08 | S.T. Williams | Revise memo on the tax treatment of payments under cost-sharing agreement. | 2.30 |
| 09/24/08 | M.C. Durst | Conversation with D. Poole on timing of income. | 0.40 |
| 09/24/08 | P.R. West | Telephone call with client regarding income timing issue. | 0.40 |
| 09/24/08 | P.R. West | Meeting with Mr. Williams regarding comments on memorandum on income timing issue. | 0.60 |
| 09/24/08 | S.T. Williams | Revise memo on the tax treatment of payments under cost-sharing agreement. | 1.90 |
| 09/24/08 | S.T. Williams | Discuss revisions with Phil West. | 0.60 |
| 09/25/08 | S.T. Williams | Revise memo on the tax treatment of payments under cost-sharing agreement. | 2.50 |
| 09/26/08 | S.T. Williams | Revise memo on the tax treatment of payments under cost-sharing agreement and research regarding the effect of transfer pricing rules. | 5.00 |
| 09/29/08 | S.T. Williams | Revise memo on the tax treatment of payments under cost-sharing agreement. | 4.30 |
| 09/30/08 | M.J. Silverman | Review materials for call. | 1.00 |
| 09/30/08 | S.T. Williams | Revise memo on the tax treatment of payments under cost-sharing agreement. | 8.50 |

| Name | Hours | Rate | Value |
|------|-------|------|-------|
| M.J. Silverman | 2.00 | 895.00 | 1,790.00 |
| P.R. West | 3.50 | 875.00 | 3,062.50 |
| M.C. Durst | 4.00 | 865.00 | 3,460.00 |
| M.D. Lerner | 0.10 | 700.00 | 70.00 |
| A.E. Moran | 2.20 | 570.00 | 1,254.00 |
| G.N. Kidder | 1.30 | 470.00 | 611.00 |

Doc. # DC-2113035 v.1 11/7/08 12:14 PM

| Name | Hours | Rate | Value |
|------|-------|------|-------|
| S.T. Williams | 47.90 | 315.00 | 15,088.50 |
| Total | 61.00 | | 25,336.00 |

Total Fees    $25,336.00

Disbursements:

| | | | |
|---|---|---|---|
| | Duplicating | | 17.25 |
| | Long Distance Telephone | | 53.84 |
| 09/09/08 | Meals - WACHOVIA Petty Cash date 09/09/08  J. Knight on 08/18/08  re: Lunch for M.Lerner during 08/18/08 Meeting with W.R.Grace | | 6.59 |
| 09/29/08 | Blackberry/Cell Charge -  T-MOBILE- Inv. MSILVERMAN090608 dated 09/06/08 re Mobile# (202) 256-1917, Acct# 359825686 | | 1.95 |

Total Disbursements    $79.63

Total This Statement    $25,415.63

STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  639343

012046.00003 TAX LITIGATION AUDIT ISSUE

| Cost Code | Date | Timekeeper Number | Name | Quantity | Rate | Amount |
|---|---|---|---|---|---|---|
| AIRFARX | 09/22/08 | 00206 | Moran, Anne E. | 1.00 | 442.50 | 442.50 |

Air Fare -  GREGORY KIDDER-Travel to Newark, NJ
on 08/18/08 - 08/19/08 re Appeals Conference

| DELOVRX | 09/22/08 | 06515 | Kidder, Gregory | 1.00 | 56.49 | 56.49 |

Overnight Messenger -  GREGORY KIDDER-Travel to
Newark, NJ on 08/18/08 - 08/19/08 re Appeals
Conference

| HOTELX | 09/22/08 | 06515 | Kidder, Gregory | 1.00 | 329.46 | 329.46 |

Hotel -  GREGORY KIDDER-Travel to Newark, NJ on
08/18/08 - 08/19/08 re Appeals Conference

| LASR | 09/08/08 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 09/08/08 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing

PC LASER  1 Pages Ward, Brenda

| LASR | 09/08/08 | 00206 | Moran, Anne E. | 1.00 | 0.15 | 0.15 |
| LASR | 09/08/08 | 00206 | Moran, Anne E. | 1.00 | 0.20 | 0.20 |

PC/Network Printing

PC LASER  1 Pages Ward, Brenda

| LASR | 09/08/08 Total: | | | 0.30 | | |

| LASR | Total: | | | 0.30 | | |

| PARKX | 09/22/08 | 06515 | Kidder, Gregory | 1.00 | 44.00 | 44.00 |

Parking -  GREGORY KIDDER-Travel to Newark, NJ
on 08/18/08 - 08/19/08 re Appeals Conference

| TELEDCX | 09/22/08 | 06515 | Kidder, Gregory | 1.00 | 9.95 | 9.95 |

Long Distance Telephone -  GREGORY
KIDDER-Travel to Newark, NJ on 08/18/08 -
08/19/08 re Appeals Conference

| TRAINX | 09/22/08 | 06515 | Kidder, Gregory | 1.00 | 169.00 | 169.00 |

Train Fare -  GREGORY KIDDER-Travel to Newark,
NJ on 08/18/08 - 08/19/08 re Appeals Conference

| TRAVMLX | 09/22/08 | 06515 | Kidder, Gregory | 1.00 | 23.79 | 23.79 |

Meals While on Travel -  GREGORY KIDDER-Travel
to Newark, NJ on 08/18/08 - 08/19/08 re Appeals
Conference

| WESTLAW | 09/09/08 | 00206 | Moran, Anne E. | 1.00 | 52.88 | 52.88 |
| WESTLAW | 09/09/08 | 00206 | Moran, Anne E. | 1.00 | | 52.88 |

Westlaw On-Line Research

10

```
DC Westlaw Search by:  WILLIAMS,SAMUEL
WESTLAW   09/11/08 00206    Moran, Anne E.              1.00  31.74      31.74
   WESTLAW 09/11/08 00206   Moran, Anne E.              1.00             31.74
Westlaw On-Line Research

DC Westlaw Search by:  WILLIAMS,SAMUEL
WESTLAW   09/17/08 00206    Moran, Anne E.              1.00 120.30     120.30
   WESTLAW 09/17/08 00206   Moran, Anne E.              1.00            120.30
Westlaw On-Line Research

DC Westlaw Search by:  WILLIAMS,SAMUEL
WESTLAW   09/18/08 00206    Moran, Anne E.              1.00  10.58      10.58
   WESTLAW 09/18/08 00206   Moran, Anne E.              1.00             10.58
Westlaw On-Line Research

DC Westlaw Search by:  WILLIAMS,SAMUEL

WESTLAW         Total:                         215.50

Total: 012046.00003 TAX LITIGATION AUDIT ISSUE    1,290.99


STEPTOE & JOHNSON LLP
Detail Cost Report
Proforma:  639341

 012046.00001 TAX LITIGATION

Cost                 Timekeeper
Code      Date      Number  Name                  Quantity  Rate    Amount
=========================================================================
LASR      09/02/08 00206    Moran, Anne E.          16.00   0.15      2.40
   LASR   09/02/08 00206    Moran, Anne E.          16.00   0.20      3.20
PC/Network Printing

PC LASER  16 Pages Moran, Anne
LASR      09/03/08 00206    Moran, Anne E.           1.00   0.15      0.15
   LASR   09/03/08 00206    Moran, Anne E.           1.00   0.20      0.20
PC/Network Printing

PC LASER  1 Pages Moran, Anne
LASR      09/03/08 00206    Moran, Anne E.           2.00   0.15      0.30
   LASR   09/03/08 00206    Moran, Anne E.           2.00   0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      09/03/08 00206    Moran, Anne E.           2.00   0.15      0.30
   LASR   09/03/08 00206    Moran, Anne E.           2.00   0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      09/03/08 00206    Moran, Anne E.           2.00   0.15      0.30
   LASR   09/03/08 00206    Moran, Anne E.           2.00   0.20      0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
```

11

```
LASR      09/03/08 Total:                               1.05
LASR      09/09/08 00206     Moran, Anne E.             2.00    0.15        0.30
   LASR   09/09/08 00206     Moran, Anne E.             2.00    0.20        0.40
PC/Network Printing

PC LASER  2 Pages Ward, Brenda
LASR      09/09/08 00206     Moran, Anne E.             1.00    0.15        0.15
   LASR   09/09/08 00206     Moran, Anne E.             1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      09/09/08 00206     Moran, Anne E.             1.00    0.15        0.15
   LASR   09/09/08 00206     Moran, Anne E.             1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      09/09/08 00206     Moran, Anne E.            16.00    0.15        2.40
   LASR   09/09/08 00206     Moran, Anne E.            16.00    0.20        3.20
PC/Network Printing

PC LASER  16 Pages Ward, Brenda
LASR      09/09/08 00206     Moran, Anne E.             1.00    0.15        0.15
   LASR   09/09/08 00206     Moran, Anne E.             1.00    0.20        0.20
PC/Network Printing

PC LASER  1 Pages Ward, Brenda
LASR      09/09/08 Total:                               3.15

LASR               Total:                               6.60

Total: 012046.00001 TAX LITIGATION                      6.60


Report Total:                                           6.60
```

Doc. # DC-2113035 v.1 11/7/08 12:14 PM