IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2008, THROUGH SEPTEMBER 30, 2008**

## WRG-0088
## STUDY OF THIRD-PARTY PATENT RELATING TO POLYMERIZING PROCESS AND SECTION 271(f) ISSUE RELATING TO CATALYST

| 09/11/2008 | GHL | Telephone conference with Mr. Maggio regarding 271(f) issues possibly relevant to Grace's proposed export of one element of a 3-part catalyst for use in olefin polymerization, further review of case law interpreting "component" within meaning of the statute, and preparation of correspondence to Mr. Maggio regarding preliminary analysis of meaning of "component" and effect on the analysis of infringement issues. | 1.80 |
|---|---|---|---|
| 09/24/2008 | ABR | Work on memorandum to Mr. Maggio regarding section 271(f) and implications of the third-party patent section 271(f) on proposed manufacture of certain portions of catalyst in U.S. for shipment overseas in use of catalyzed reaction. | 1.20 |
| 09/26/2008 | GHL | Work on memorandum for Mr. Maggio relating to issues under Section 271(f). | 2.50 |
| 09/30/2008 | GHL | Further work on memorandum on section 271(f) issues. | 2.00 |

            SERVICES       $ 4,275.00

| | GHL | GARY H. LEVIN | 7.50 | hours @ | $570.00 |
|---|---|---|---|---|---|

          **INVOICE TOTAL**      $ **4,275.00**

## WRG-0089
## STUDY OF THIRD-PARTY PATENT RELATED
## TO OLEFIN POLYMERIZATION CATALYST

| | | | |
|---|---|---|---|
| 09/16/2008 | GHL | Evaluation of validity of third-party patent relating to catalyst for olefin polymerization, including review of the patent and background materials as received from Mr. Maggio, begin review of reference materials and prior art as received from Mr. Maggio. | 1.50 |
| 09/17/2008 | ABR | Further evaluation of validity of third-party patent relating to catalyst for olefin polymerization, including review of the patent, review of prosecution history, review of five prior art references as identified in search as received from Mr Maggio, development of construction of the relevant claims, comparison of claims to the art, outline of claim chart, and consideration of validity issues for discussion with Mr. Maggio. | 5.70 |

                                                    SERVICES              $    4,104.00

| | | | | | |
|---|---|---|---|---|---|
| | GHL | GARY H. LEVIN | 7.20 | hours @ | $570.00 |

**DISBURSEMENTS:**

PATENT COPIES                                                         762.00

DISBURSEMENT TOTAL                                $    762.00

SERVICE TOTAL                                                    $    4,104.00

                    **INVOICE TOTAL**                            $    **4,866.00**



**INTELLECTUAL PROPERTY LAW**
ATLANTA • PHILADELPHIA • SEATTLE

Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
215.568.3100
Fax: 215.568.3439

W. R. GRACE & COMPANY-CONN.
ATTN: WILLIAM L. BAKER, ESQ.
62 WHITTEMORE AVENUE
CAMBRIDGE, MASSACHUSETTS  02140

Invoice No.   185403
Client Code:  WRG
October 20, 2008

W. R. GRACE & COMPANY

DESCRIPTION OF SERVICES

Services rendered through September 30, 2008

Re:  WRG-0089; N/A; STUDY OF ~~U.S. PATENT NO. 6235854 ENTITLED~~ Third-Party Related to ~~SOLID TITANIUM CATALYST COMPONENT AND ITS USE IN OLEFIN~~ POLYMERIZATION CATALYST

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/16/2008 | GHL | Evaluation of validity of third-party patent relating to catalyst for olefin polymerization, including review of the patent and background materials as received from Mr. Maggio, begin review of reference materials and prior art as received from Mr. Maggio. | 1.50 |
| 09/17/2008 | GHL | Further evaluation of validity of third-party patent relating to catalyst for olefin polymerization, including review of the patent, review of prosecution history, review of five prior art references as identified in search as received from Mr Maggio, development of construction of the relevant claims, comparison of claims to the art, outline of claim chart, and consideration of validity issues for discussion with Mr. Maggio. | 5.70 |

SERVICES                    $         4,104.00

GHL       GARY H. LEVIN            7.20   hours at  $   570.00

**DISBURSEMENTS:**

PATENT COPIES                                                         762.00

Woodcock Washburn LLP
A Partnership Including Professional Corporations
www.woodcock.com             **TO INSURE PROPER CREDIT—PLEASE RETURN INVOICE COPY**

| W. R. GRACE & COMPANY | | Invoice No. : 185403 |
|---|---|---|
| Page 2 | | October 20, 2008 |

| | | |
|---|---|---|
| DISBURSEMENT TOTAL | $ | 762.00 |
| SERVICE TOTAL | $ | 4,104.00 |
| **INVOICE TOTAL** | $ | **4,866.00** |