IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**PLEASE NOTE THE HEARING SCHEDULED ON NOVEMBER 13, 2008 AT 2:00 P.M. HAS BEEN CANCELLED BY THE COURT. THE NOVEMBER 14, 2008 HEARING AT 9:00 A.M. WILL GO FORWARD AS SCHEDULED.**

**PLEASE NOTE THE HEARING ON NOVEMBER 13, 2008 AT 2:00 P.M. REGARDING ASBESTOS PROPERTY DAMAGE DISCLOSURE STATEMENT ISSUES ONLY AND ANDERSON MEMORIAL CLAIMS ISSUES HAS BEEN CONTINUED TO NOVEMBER 24, 2008, AT 1:00 P.M. IN PITTSBURGH, PENNSYLVANIA**

AND

**AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 14, 2008 FROM 10:00 A.M. UNTIL 4:00 P.M. REGARDING ALL OTHER DISCLOSURE STATEMENT ISSUES BEFORE THE HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON TUESDAY, NOVEMBER 11, 2008 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

**DISCLOSURE STATEMENT:**

1. Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 9/19/08] (Docket No. 19581)

    Related Documents:

    a. Joint Plan of Reorganization Under Chapter 11 Plan of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 9/19/08] (Docket No. 19579)

        (i) **Notice of Filing of Amendment to Disclosure Statement Objection Chart, Blackline of Plan of Reorganization and Blackline of Disclosure Statement [Filed: 11/10/08] (Docket No. 19988)**

    b. Exhibit Book [Filed: 9/19/08] (Docket No. 19580)

        (i) **Notice of Filing of Revised and New Exhibits to Disclosure Statement Exhibit Book [Filed: 11/10/08] (Docket No. 19989)**

    c. Amended Notice of Hearing to Consider Approval of Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code [Filed: 10/2/08] (Docket No. 19695)

    d. Declaration of Service of the BMC Group Regarding Exhibit Book to Disclosure Statement; Debtors' Disclosure Statement; Notice of Hearing to Consider Approval of Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code [Filed: 10/3/08] (Docket No. 19699)

    e. Exhibit 5 to Exhibit Book Asbestos Insurance Policy Schedule [Filed: 10/23/08] (Docket No. 19849)

    f. Exhibit 6 to Exhibit Book Asbestos Insurance Transfer Agreement [Filed: 10/24/08] (Docket No. 19866)

    Response Deadline: October 17, 2008, at 4:00 p.m.

Responses Received:

a. Objection of Maryland Casualty Company to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders [Filed: 10/17/08] (Docket No. 19777)

b. Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order Approving Debtors' Disclosure Statement for the Joint Plan of Reorganization Dated as of September 19, 2008, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19779)

c. Objections and Reservation of Rights of CNA Companies to (A) Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and (B) Debtors' Disclosure Statement for the Joint Plan of Reorganization Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19780)

d. United States Trustee's Objection to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dates as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19781)

e. Joint Objection of Seaton Insurance Company and OneBeacon America Insurance Company to Debtors' Proposed Disclosure Statement [Filed 10/17/08] (Docket No. 19783)

f. Objection of BNSF Railway Company to Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19784)

g. ERISA Plaintiff's Objection to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19785)

h. Objection of Bank Lender Group to Debtors' Motion for Entry of an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19786)

i. Objections and Reservation of Rights of Fireman's Fund Insurance Company, Riunione Adriatica Di Sicurta, and Possibly Other Related Insurance Companies to Debtors' Motion for an Order Approving Disclosure Statement, Solicitation

|   |   |
|---|---|
|    | and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19787) |
| j. | Objection of Century Indemnity Company et al. to Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19788) |
| k. | Objection of Zurich Insurance Company and Zurich International (Bermuda) LTD. To the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19789) |
| l. | Joinder of JPMorgan Chase Bank, N.A. in the Objection of Bank Lender Group to Debtors' Motion for Entry of an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19790) |
| m. | Objection of Her Majesty the Queen in Right of Canada to (I) the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders and (II) Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19791) |
| n. | Joint Objection of Bank of America, N.A., Morgan Stanley Senior Funding, Inc. and Tempo Master Fund LP to Approval of Disclosure Statement Regarding Joint Plan of Reorganization in Respect of the Debtors, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative and the Official Committee of Equity Security Holders [Filed: 10/17/08] (Docket No. 19792) |
| o. | Federal Insurance Company's Objection and Joinder in the Objections and Reservations of Rights to Debtors' Motion for Approval of Disclosure Statement, Solicitation, Confirmation Procedures and Confirmation Schedule for Joint Plan of Reorganization Dated as of September 19, 2008 of the CNA Companies and of Fireman's Fund Insurance Company [Filed: 10/17/08] (Docket No. 19793) |
| p. | Objection of the State of Montana to (I) the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders and (II) Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19795) |

q. Limited Objection of the Official Committee of Asbestos Property Damage Claimants to Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19800)

r. Arrowood Indemnity Company's Joinder in the Objections and Reservation of Rights of the CNA Companies and the Fireman's Fund Insurance Companies to Debtors' Motion for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19801)

s. Libby Claimants' Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization and Approval Motion [Filed: 10/17/08] (Docket No. 19803)

   (i) Motion of Libby Claimants' for Leave to Exceed Page Limitation Rule for Libby Claimants' Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization [Filed: 10/17/08] (Docket No. 19804)

   (ii) [Proposed] Order Approving Motion for Leave to Exceed Page Limitation Rule for Libby Claimants' Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization [Filed: 10/17/08] (Docket No. 19804)

t. Objection of Longacre Master Fund, Ltd. to Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/16/08] (Docket No. 19761)

u. Kaneb Pipeline Operating Partnership, L.P. and Support Terminal Services, Inc. Objection to Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/16/08] (Docket No. 19770)

v. Objection of the Scotts Company LLC and Certain of Its Related Entities to the Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/16/08] (Docket No. 19772)

w. Arrowood Indemnity Company's Joinder in the Objection of Maryland Casualty Company to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders [Filed: 10/21/08] (Docket No. 19824)

x. **Supplemental Limited Objection of the Official Committee of Asbestos Property Damage Claimants to Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Procedures, Confirmation Schedule, and Related Relief [Filed: 11/7/08] (Docket No. 19966)**

y.  Preliminary Objection of Alexander M. Sanders, Jr., Property Damage Future Claims Representative Future Property Damage Claimants to Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 11/10/08] (Docket No. 19970)

z.  Supplemental Joint Objection of Bank of America, N.A., and Morgan Stanley Senior Funding, Inc. to Disclosure Statement to the First Amended Joint Plan of Reorganization [Filed: 11/10/08] (Docket No. 19975)

aa. Supplemental Objection of the State of Montana to (I) the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders and (II) the Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 11/10/08] (Docket No. 19977)

bb. Protective Objection of Maryland Casualty Company to the Debtors' Disclosure Statement for the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders [Filed: 11/10/08] (Docket No. 19982)

cc. Royal's (I) Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization and Approval Motion; and (II) Request for an Adjournment [Filed: 11/10/08] (Docket No. 19991)

   (i)   Exhibits A through H to Royal's (I) Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization and Approval Motion; and (II) Request for an Adjournment [Filed: 11/11/08] (Docket No. 19993)

   (ii)  Exhibits I through L to Royal's (I) Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization and Approval Motion; and (II) Request for an Adjournment [Filed: 11/11/08] (Docket No. 19994)

   (iii) Exhibits M through Q to Royal's (I) Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization and Approval Motion; and (II) Request for an Adjournment [Filed: 11/11/08] (Docket No. 19995)

   (iv)  Exhibits R through V to Royal's (I) Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization and Approval Motion; and (II) Request for an Adjournment [Filed: 11/11/08] (Docket No. 19996)

Replies Received:

a. Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/23/08] (Docket No. 19848)

b. The Official Committee of Asbestos Personal Injury Claimants' Joinder in Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/24/08] (Docket No. 19855)

c. The Official Committee of Equity Holders' Joinder to the Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and to the Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/24/08] (Docket No. 19859)

d. Joinder of David T. Austern, Asbestos PI Future Claimants' Representative, In Support of Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and Debtors' Consolidated Response to Disclosure Statement Objections [Filed: 10/24/08] (Docket No. 19863)

e. Reply of Maryland Casualty Company to Certain Objections to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders [Filed: 10/23/08] (Docket No. 19846)

f. Arrowood Indemnity Company's Joinder in the Reply of Maryland Casualty Company to Certain Objections to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders [Filed: 10/24/08] (Docket No. 19862)

Status: This matter will go forward.

2. Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 9/25/08] (Docket No. 19620)

Related Documents:

a. [Proposed] Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 9/25/08] (Docket No. 19620, Exhibit A)

b. [Signed] Order for Leave From Scheduling Order and to Shorten Notice Period on Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/1/08] (Docket No. 19662)

    c.    **Notice of Filing Amendments to Proposed Confirmation and Solicitation Procedures [Filed: 11/10/08] (Docket No. 19990)**

Response Deadline: October 17, 2008, at 4:00 p.m.

Responses Received: (See also responses to Agenda No. 1 above.)

    a.    Acting United States Trustee's Objection to Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19782)

Replies Received:

    a.    Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/23/08] (Docket No. 19848)

    b.    The Official Committee of Equity Holders' Joinder to the Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and to the Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/24/08] (Docket No. 19859)

    c.    The Official Committee of Asbestos Personal Injury Claimants' Joinder in Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/24/08] (Docket No. 19855)

    d.    Joinder of David T. Austern, Asbestos PI Future Claimants' Representative, In Support of Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and Debtors' Consolidated Response to Disclosure Statement Objections [Filed: 10/24/08] (Docket No. 19863)

Status: This matter will go forward.

3.    Matters relating to Anderson Memorial Hospital Claim Nos. 009911 and 009914

    **Related Documents:**

    a.    **Status Report re: Class Proofs of Claim (#9911 and #9914)** *[Filed by Anderson Memorial Hospital]* **[Filed: 11/10/08] (Docket No. 19987)**

**Status:** This matter is continued until November 24, 2008 at 1:00 p.m., in Pittsburgh, PA.

Dated: November 12, 2008

        KIRKLAND & ELLIS LLP
        David M. Bernick, P.C.
        Janet S. Baer
        200 East Randolph Drive
        Chicago, IL 60601
        Telephone: (312) 861-2000
        Facsimile: (312) 861-2200

        -and-

        PACHULSKI STANG ZIEHL & JONES LLP

        */s/ Laura Davis Jones*
        Laura Davis Jones (Bar No. 2436)
        James E. O'Neill (Bar No. 4042)
        Kathleen P. Makowski (Bar No. 3648)
        Timothy P. Cairns (Bar No. 4228)
        919 North Market Street, 17th Floor
        Wilmington, DE 19801
        Telephone: (302) 652-4100
        Facsimile: (302) 652-4400

        Co-Counsel for the Debtors and Debtors in Possession