**EXHIBIT 2**

**BMC GROUP**
600 1st Ave., Suite 300
Seattle, WA 98104
206/516-3300

**Expense Reimbursement**
**WR Grace**
**Invoice #: 21_080731**

**Period Ending** 7/31/2008

| Expense Type | Amount |
|---|---|
| B-linx User Fee | $350.00 |
| B-Linx/Data Storage | $850.00 |
| Document Storage | $600.30 |
| Website Hosting | $250.00 |
| Website Storage/Traffic | $222.00 |
| **Total** | **$2,272.30** |

EXHIBIT 2

BMC GROUP

WR GRACE - EXPENSE DETAIL

JULY 2008

| Invoice Nbr | Bill As Client | ConsultantID | Vendor | Date | Expense Type | Amount | Description |
|---|---|---|---|---|---|---|---|
| 21_080731 | WR Grace | BMC10, BMC | BMC | 7/31/08 | Website Hosting | $250.00 | Website Hosting |
| 21_080731 | WR Grace | BMC10, BMC | BMC | 7/31/08 | B-Linx/Data Storage | $850.00 | B-Linx/Data Storage |
| 21_080731 | WR Grace | BMC10, BMC | BMC | 7/31/08 | B-linx User Fee | $350.00 | B-linx User Fee |
| 21_080731 | WR Grace | BMC10, BMC | BMC | 7/31/08 | Website Storage/Traffic | $222.00 | 104 docs |
| 21_080731 | WR Grace | BMC10, BMC | BMC | 7/31/08 | Document Storage | $600.30 | 414 boxes |
| | | | | | | $2,272.30 | |

EXHIBIT 2

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

**WR Grace & Co. et al**
INVOICE SUMMARY

| Invoice Number | Production Date | Total |
|---|---|---|
| Invoice #   021-20080717-1 | 7/17/2008 | $2,271.00 |
| | Total | $2,271.00 |

Wire payments may be sent to the following account:

Bank: Wells Fargo Bank
Address: 999 3rd Avenue, Seattle, WA 98104
ABA/Routing #: 121000248
Account #: 0033022633 - BMC Group

*Invoice Due Upon Receipt*

EXHIBIT 2

BMC Group Inc.
600 1st Avenue Suite 300
Seattle, WA 98104
Tel: 206/516-3300
Tax ID: 52-2083477

WR Grace & Co. et al

Production Date: 7/17/2008
Invoice #: 021-20080717-1

| Job Type | Job Item | Pages / Parties | Step | Task | Details | Total |
|---|---|---|---|---|---|---|
| Noticing Document | 01. BDN/POC Attorneys MF 29576/29590 | 12 / 702 | Document/Data Preparation | Mail File Setup | 2 Tasks @ $25.00 each | $50.00 |
| | | | Postage | USPS - 1st Class | 702 Pieces @ $.59 each | $414.18 |
| | | | Production | Copy | 8424 Pieces @ $.12 each | $1,010.88 |
| | | | | Fold and Stuff | 702 Pieces @ $.05 each | $35.10 |
| | | | Supplies | Inkjet and Envelope - #10 | 702 Pieces @ $.08 each | $56.16 |
| Noticing Document | 02. BDN/POC Individuals | 10 / 354 | Document/Data Preparation | Mail File Setup | 1 Task @ $25.00 each | $25.00 |
| | | | Postage | USPS - 1st Class | 354 Pieces @ $.59 each | $208.86 |
| | | | Production | Copy | 3540 Pieces @ $.12 each | $424.80 |
| | | | | Fold and Stuff | 354 Pieces @ $.05 each | $17.70 |
| | | | Supplies | Inkjet and Envelope - #10 | 354 Pieces @ $.08 each | $28.32 |

Total Due: $2,271.00

EXHIBIT 2
*Invoice Due Upon Receipt*