# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
W.R. GRACE & CO.
7500 Grace Drive
Columbia, MD 21044
  **EIN:** 65–0773649

                            **Chapter:** 11

W.R. Grace & Co., et al.

  **EIN:** 65–0773649                 *Case No*.: 01–01139–JKF

### NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

    A transcript of the proceeding held on 10/27/08 was filed on 11/13/08 . The following deadlines apply:

    The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 12/4/08 .

    If a request for redaction is filed, the redacted transcript is due 12/15/08 .

    If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 2/11/09 unless extended by court order.

    To review the transcript for redaction purposes, you may purchase a copy from the transcriber (name, address/contact information) or you may view the document at the clerk?s office public terminal.

                                                                       */s/ David D. Bird*
                                                                       Clerk of Court

Date: 11/13/08

(ntc)