IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | **Re: Docket 19990** |

## CERTIFICATE OF SERVICE

I, James E. O'Neill, hereby certify that on the 10th day of November, 2008, I caused a copy of the following document to be served on the individuals on the attached service list in the manner indicated:

> **Notice of Filing Of Amendments To Proposed Confirmation And Solicitation Procedures**

_____
James E. O'Neill (Bar No. 4042)

**W.R. Grace Email Service list
of Objecting And Interested Parties to
Disclosure Statement.**
Case No. 01-1139
Doc. No. 141636
103 – Electronic Delivery

STROOCK & STROOCK & LAVAN LLP
Lewis Kruger, Esq.
Kenneth Pasquale, Esq.
Arlene G. Krieger, Esquire
lkruger@stroock.com
kpasquale@stroock.com
akrieger@stroock.com

DUANE MORRIS LLP
Michael R. Lastowski, Esq.
Richard W. Riley, Esq
mlastowski@duanemorris.com
rrily@duanemorris.com

BILZIN SUMBERG BAENA PRICE &
AXELROD LLP
Scott L. Baena, Esq.
Jay M. Sakalo, Esq.
Matthew I. Kramer, Esq.
sbaena@bilzin.com
jsakalo@bilzin.com
mkramer@bilzin.com

FERRY, JOSEPH & PEARCE, P.A.
Michael B. Joseph, Esq.
Theodore J. Tacconelli, Esq.
mjoseph@ferryjoseph.com
ttacconelli@ferryjoseph.com

Roberta A. Deangelis
Acting United States Trustee
David M. Klauder
david.klauder@usdoj.gov
ustp.region03@usdoj.gov

KATTEN MUCHIN ROSENMAN LLP
Noah Heller, Esq.
Merritt A. Pardini, Esq.
noah.heller@kattenlaw.com
merritt.pardini@kattenlaw.com

RICHARDS LAYTON & FINGER, P.A.
Mark D. Collins, Esq.
Jason M. Madron, Esq.
Dana L. Reynolds, Esq.
collins@rlf.com
madron@rlf.com
Reynolds@rlf.com

PEPPER HAMILTON LLP
David M. Fournier, Esq.
James C. Carignan , Esq.
Robert S. Hertzberg, Esq.
fournierd@pepperlaw.com
carignanj@pepperlaw.com
hertzbergr@pepperlaw.com

WOMBLE CARLYLE SANDRIDGE &
RICE, PLLC
Francis A. Monaco, Jr. Esq.
Kevin J. Mangan, Esq.
Matthew P. Ward, Esq.
fmonaco@wcsr.com
kmangan@wcsr.com
maward@wcsr.com

LOWENSTEIN SANDLER PC
Michael S. Etkin, Esq.
Ira M. Levee, Esq.
metkin@lowenstein.com
ilevee@lowenstein.com

GILMAN & PASTOR, LLP
David Pastor
Dpastor@Gilmanpastor.com

SCHIFFRIN BARROWAY TOPAZ & KESSLER LLP
Joseph H. Meltzer, Esq.
Katherine Bornstein, Esq.
jmeltzer@sbtklaw.com
kbornstein@sbtklaw.com

RICHARDS, LAYTON & FINGER, P.A.
Robert J. Stearn, Jr. Esq.
Cory D. Kandestin, Esq.
stearn@rlf.com
kandestin@rlf.com

VORYS, SATER, SEYMOUR and PEASE LLP
Robert J. Sidman Esq.
Tiffany Strelow Cobb, Esq.
rjsidman@vorys.com
tscobb@vorys.com

PEPPER HAMILTON LLP
Evelyn J. Meltzer, Esq.
Edward C. Toole Jr., Esq.
Anne Marie Aaronson, Esq.
meltzere@pepperlaw.com
toolee@pepperlaw.com
aaronsona@pepperlaw.com

LANDIS RATH & COBB LLP'
Adam G. Landis, Esq.
Rebecca L. Butcher, Esq.
Kerri K. Mumford, Esq.
landis@lrclaw.com
butcher@lrclaw.com
mumford@lrclaw.com

COHN WHITESELL & GOLDBERG LLP
Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
cohn@cwg11.com
candon@cwg11.com

SMITH, KATZENSTEIN & FURLOW LLP
Kathleen M. Miller, Esq.
Etta R. Wolfe, Esq.
kmiller@skfdelaware.com
ewolfe@skfdelaware.com

FULBRIGHT & JAWORSKI L.L.P.
Steve A. Peirce, Esq.
speirce@fulbright.com

CONNOLLY BOVE LODGE & HUTZ LLP
Jeffrey Wisler, Esq.
Marc J. Phillips, Esq.
jwisler@cblh.com
mphillips@cblh.com

ECKERT SEAMANS CHERIN & MELLOTT, LLC
Edward J. Longosz, II, Esq.
Laura G. Stover, Esq.
elongosz@eckertseamans.com
lstover@eckertseamans.com

ROSENTHAL, MONHAIT, & GODDESS
Edward B. Rosenthal, Esq.
GOODWIN PROCTER LLP
Daniel M. Glosband, Esq.
Brian H. Mukherjee, Esq.
Michael S. Giannotto
dglosband@goodwinprocter.com
bmukherjee@goodwinprocter.com
mgiannotto@goodwinprocter.com

FORD MARRIN ESPOSITO WITMEYER & GLESER, LLP
Elizabeth DeCristofaro, Esq.
Shayne W. Spencer
emdecristofaro@fmew.com
swspencer@fmew.com

WILEY REIN LLP
Richard A. Ifft
rifft@wileyrein.com

WHITE AND WILLIAMS LLP
Marc S. Casarino
Joseph Gibbons
Gregory T. LoCasale
casarinom@whiteandwilliams.com
gibbonsj@whiteandwilliams.com
locasleg@whiteandwilliams.com

DRINKER BIDDLE & REATH LLP
Warren T. Oratt, Esq.
David P. Primack, Esq.
david.primack@dbr.com
michael.brown@dbr.com

STEVENS & LEE, P.C.
John D. Demmy
Leonard P. Goldberger
Marnie E. Simon
jdd@stevenslee.com
lpg@stevenslee.com
mes@stevenslee.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Stephan J. Shimshak, Esq.
Andrew N. Rosenberg, Esq.
Margaret A. Phillips, Esq.
sshimshak@paulweiss.com
arosenberg@paulweiss.com
mphillips@paulweiss.com

PEPPER HAMILTON LLP
David M. Fournier, Esq.
James C. Carignan, Esq.
Robert S. Hertzberg, Esq.
fournierd@pepperlaw.com
carignanj@pepperlaw.com
hertzbergr@pepperlaw.com

LANDIS RATH & COBB LLP
Adam G. Landis, Esq.
Richard S. Cobb, Esq.
James S. Green, Jr., Esq.
landis@lrclaw.com
cobb@lrclaw.com
green@lrclaw.com

SIMPSON THACHER & BARTLETT LLP
Peter V. Pantaleo, Esq.
William T. Russell, Jr., Esq.
Marissa A. Piropato, Esq.
Elisa Alcabes, Esquire
ppantaleo@stblaw.com
wrussell@stblaw.com
mpiropato@stblaw.com
ealcabes@stblaw.com

COZEN O'CONNOR
Jeffrey R. Waxman, Esq.
William P. Shelley, Esq.
Jacob C. Cohen, Esq.
jwaxman@cozen.com
wshelley@cozen.com
jcohn@cozen.com

BIFFERATO GENTILOTTI, LLC
Garvan F. McDaniel, Esq.
gmcdaniel@bglawde.com

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Carl J. Pernicone, Esq.
Catherine Chen, Esquire
carl.pernicone@wilsonelsner.com
Catherine.chen@wilsonelsner.com

ALAN RICH LAW
Alan B. Rich, Esq.
arich@alanrichlaw.com

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
David Turetsky
david.turetsky@skadden.com

KRAMER LEVIN NAFTALIS &
FRANKEL LP
Philip Bentley, Esquire
Douglas Mannal, Esquire
Keith R. Mortorana, Esquire
pbentley@kramerlevin.com
dmannal@kramerlevin.com
kmortorana@kramerlevin.com

STEPTOE & JOHNSON LLP
George R. Calhoun V, Esquire
gcalhoun@steptoe.com

CUYLER BURK P.C.
Andrew K. Craig, Esquire
acraig@cuyler.com

ZEICHNER ELLMAN & KRAUSE LLP
Michael S. Davis, Esquire
mdavis@zeklaw.com

ORRICK, HERRINGTON & SUTCLIFFE
LLP
Debra L. Felder, Esquire
Roger Frankel, Esquire
Mary A. Wallace, Esquire
Richard H. Wyron, Esquire
dfelder@orrick.com
rfrankel@orrick.com
mwallace@orrick.com
rwyron@orrick.com

W.R. GRACE COMPANY
Richard Finke
Mark Shelnitz
richard.finke@grace.com
mark.shelnitz@grace.com

U.S. DEPARTMENT OF JUSTICE
James Freeman
james.freeman2@usdoj.gov

CAPLAN & DRYSDALE
Jeffrey A. Liesemer, Esquire
Peter Van N. Lockwood, Esquire
jal@capdale.com
pvnl@capdale.com

CROWELL & MORING
Leslie Epley Davis
lepley@crowell.com

WILMERHALE
Nancy L. Manzer, Esquire
nancy.manzer@wilmer.com

ENVIRONMENTAL PROTECTION
AGENCY
Andrea Madigan
Madigan.andrea@epa.gov

HOGAN & HARTSON
James P. Ruggeri, Esquire
jpruggeri@hhlaw.com

MCDERMOTT WILL & EMERY
David S. Rosenbloom, Esquire
drosenbloom@mwe.com

CAMPBELL & LEVINE, LLC
Mark T. Hurford, Esquire
mhurford@camlev.com