## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:  Dec. 3, 2008 @ 4:00 p.m.** |
| | ) | **Hearing Date:  TBD only if necessary** |

## SUMMARY OF THE APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2008 THROUGH APRIL 30, 2008

Name of Applicant:                                       Sullivan Hazeltine Allinson LLC

Authorized to Provide Professional Services to:          Zonolite Attic Insulation Claimants

Date of Appointment:                                     July 22, 2002[1]

Period for which compensation and
Reimbursement is sought:                                 April 1, 2008 through
                                                         April 31, 2008

Amount of Compensation sought as actual,
Reasonable, and necessary:                               $ 9,488.00

Amount of Expenses Reimbursement:                        $ 6,856.79

This is a: $\underline{X}$ monthly    _ quarterly  _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of Sullivan Hazeltine Allinson LLC (formerly William D. Sullivan, LLC). Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants. As of July 22, 2006 Mr. Sullivan relocated to William D. Sullivan, LLC, which changed its name to Sullivan Hazeltine Allinson LLC effective January 1, 2008.  ·

This is the twentieth application of Sullivan Hazeltine Allinson LLC, formerly William D. Sullivan, LLC, ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 1/1/07-1/31/07 | $7,248.75 | $13.92 | No objections served on counsel | No objections served on counsel |
| 3/29/07 | 2/1/07-2/28/07 | $1,102.50 | $882.00 | No objections served on counsel | No objections served on counsel |
| 7/20/07 | 3/1/07-3/31/07 | $8,591.25 | $5,143.33 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 4/1/07-4/30/07 | $5,842.50 | $62.40 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 5/1/07-5/31/07 | $2,970.00 | $2,011.74 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 6/1/07-6/30/07 | $1,110.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 7/1/07-7/31/07 | $615.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 8/1/07-8/31/07 | $960.00 | $690.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 9/1/07-9/30/07 | $544.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 10/1/07-10/31/07 | $1,056.00 | $912.66 | No objections served on counsel | No objections served on counsel |
| 1/14/2008 | 11/1/07-11/30/07 | $1,882.00 | $80.55 | No objections served on counsel | No objections served on counsel |
| 1/14/2008 | 12/1/07-12/31/07 | $320.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 3/4/2008 | 1/1/08 - 1/31/08 | $640.00 | $50.28 | No objections served on counsel | No objections served on counsel |
| 4/2/2008 | 2/1/08 - 2/29/08 | $2,144.00 | $1,639.92 | No objections served on counsel | No objections served on counsel |
| 8/8/2008 | 3/1/08 - 3/31/08 | $6,872.00 | $18,882.04 | No objections served on counsel | No objections served on counsel |

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $320.00 | 26.4 | $8,448.00 |
| Elihu E. Allinson, III | Associate | 10 | Bankruptcy | $260.00 | 4 | $1,040.00 |
| TOTALS | | | | | 30.4 | $9,488.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

### Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 0.5 | $160.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 20.9 | $9,328.00 |
| TOTALS | 30.4 | $9,488.00 |

### Detail of Expenses

| Description | Amount |
|---|---|
| Outside Copying and Service by Vendor | $5,967.87 |
| Courier Service | $470.60 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage | $0.00 |
| Federal Express | $268.32 |
| On-line Search Service (CM/ECF) | $0.00 |
| Filing Fees | $150.00 |
| Total | $6,856.79 |

Dated: November 13, 2008
     Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: Dec. 3, 2008 @ 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

**FEE DETAIL FOR THE APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2008 THROUGH APRIL 30, 2008**

# SULLIVAN HAZELTINE ALLINSON LLC

**Attorneys and Counselors at Law**
**4 East 8th Street, Suite 400**
**Wilmington, DE  19801**
**Tax ID # 20-5238500**

**Tel: (302) 428-8191**
**Fax:(302) 428-8195**

ZAI Claimants
c/o William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

June 30, 2008
Invoice #    10614

**In Reference To:**     **W.R. Grace**
**C.A.  01-01139 (JKF)**

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/1/2008 | WDS | Prepare, file and serve fee application for Sullivan Hazeltine Allinson LLC for February, 2008 | 0.50 | 160.00 |
| 4/4/2008 | WDS | Correspondence with E. Westbrook re: ZAI claims | 0.20 | 64.00 |
| 4/6/2008 | WDS | Coordinate service of order on all interested parties and preparation of declaration re: same | 0.50 | 160.00 |
| 4/7/2008 | WDS | Review bar date motion and outline further issues to raise | 0.70 | 224.00 |
| | WDS | Review draft response to Bar Date motion | 0.80 | 256.00 |
| | WDS | Review proposed stay relief motion; conference with E. Westbrook re: basis for relief | 0.80 | 256.00 |
| | EEA | Prepare lift stay motion/order | 0.30 | 78.00 |
| | WDS | Draft motion to shorten notice, revise proposed order; revise lift stay motion; file and serve | 2.50 | 800.00 |
| 4/8/2008 | WDS | Conference with Court re: review of motion to shorten notice | 0.20 | 64.00 |
| | WDS | Correspondence with co-counsel re: handling of motion to shorten notice | 0.20 | 64.00 |
| | WDS | Review America Reserve decision, Debtor's motion and ZAI draft response; e-mail detailed comments to Ed Westbrook | 1.50 | 480.00 |
| 4/9/2008 | WDS | Review order granting shortened notice; correspondence with co-counsel re: same | 0.30 | 96.00 |
| | WDS | Review objections of Canadian ZAI Claimants to ZAI motion | 0.40 | 128.00 |

|            |     |                                                                                                                      | Hours | Amount |
|------------|-----|----------------------------------------------------------------------------------------------------------------------|-------|--------|
| 4/10/2008  | EEA | Discuss response to bar date motion with W. Sullivan                                                                   | 0.25  | 65.00  |
|            | EEA | Review and comment on draft bar date objection; coordinate with Ed Westbrook; add unreported cases as exhibits         | 1.75  | 455.00 |
|            | EEA | File and serve objection to bar date motion                                                                            | 0.25  | 65.00  |
|            | EEA | Telephone call to Katie McElveen                                                                                       | 0.10  | 26.00  |
|            | WDS | Correspondence re: final version of opposition                                                                         | 0.40  | 128.00 |
| 4/11/2008  | EEA | Review amended motion to set bar date and forward to Ed Westbrook                                                      | 0.50  | 130.00 |
| 4/14/2008  | EEA | Discuss status with W. Sullivan                                                                                        | 0.10  | 26.00  |
|            | WDS | Review Debtors responses to class certification motion, motion to dismiss claim, motion to appoint expert              | 1.00  | 320.00 |
|            | WDS | Correspondence with co-counsel re: filing of replies to motions                                                        | 0.30  | 96.00  |
|            | WDS | Review response of Canadian ZAI claimants to stay motion                                                               | 0.20  | 64.00  |
| 4/15/2008  | EEA | Review and comment on ZAI claim disallowance reply brief                                                               | 0.75  | 195.00 |
|            | WDS | Conference with counsel for Canadian ZAI claims re: their filings                                                      | 0.20  | 64.00  |
|            | WDS | Review and revise reply on Washington State class claim; conference with D. Scott re: inclusion of claim as exhibit; revise, file and serve | 1.50  | 480.00 |
|            | WDS | Telephone conversation with E. Westbrook; final edit on Rule 54(b) motion; file and serve                             | 0.80  | 256.00 |
|            | WDS | Review and revise reply on Expert Witness Motion; correspondence with D. Scott; file and serve                        | 1.50  | 480.00 |
|            | WDS | Prepare declaration of service for all replies                                                                        | 0.30  | 96.00  |
| 4/16/2008  | WDS | Review amended agenda for April 22 ZAI hearing; identify additional pleadings                                          | 0.20  | 64.00  |
|            | WDS | Review docket; correspondence to co-counsel re: Debtor's response                                                     | 0.20  | 64.00  |
|            | WDS | Review docket; forward Canadian ZAI claimants motions to co-counsel                                                   | 0.30  | 96.00  |
|            | WDS | Review Debtor's reply in support of bar date                                                                          | 0.30  | 96.00  |
| 4/21/2008  | WDS | Review agenda for hearing, status of claim                                                                            | 0.10  | 32.00  |
|            | WDS | Conference with counsel for Debtors re: hearing preparation and exhibits, timing of hearing                           | 0.30  | 96.00  |
|            | WDS | Review pleadings and prepare for April 22 hearing on ZAI matters                                                      | 1.60  | 512.00 |
|            | WDS | Receive charts for ZAI presentation                                                                                   | 0.10  | 32.00  |
| 4/22/2008  | WDS | Meeting with co-counsel in preparation for hearing                                                                     | 2.00  | 640.00 |

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/22/2008 | WDS | Attend ZAI hearing | 2.50 | 800.00 |
| | WDS | Follow-up conference with co-counsel and counsel for Committee re: mediation issues | 0.50 | 160.00 |
| | WDS | Review 524(g) requirements; forward to co-counsel | 0.80 | 256.00 |
| | WDS | Conference with Canadian Representation re: mediation issues | 0.40 | 128.00 |
| 4/23/2008 | WDS | Correspondence with co-counsel and counsel for Committee re: mediation candidates | 0.50 | 160.00 |
| 4/25/2008 | WDS | Correspondence with co-counsel re: mediation | 0.20 | 64.00 |
| 4/28/2008 | WDS | Conference with E. Westbrook re: mediation | 0.30 | 96.00 |
| 4/29/2008 | WDS | Conference with Judge's chambers re: availability; correspondence to E. Westbrook re: same | 0.30 | 96.00 |
| | WDS | Telephone conversation with counsel for Canadian counsel re: mediation issues | 0.30 | 96.00 |
| | WDS | Correspondence with parties re: mediation scheduling; notify court re: agreed date | 0.40 | 128.00 |
| 4/30/2008 | WDS | Conference with counsel for Canadian Claimants re: mediation issues and procedures | 0.30 | 96.00 |
| | | For professional services rendered | 30.40 | $9,488.00 |

Additional Charges :

| | | Amount |
|---|---|---|
| 4/2/2008 | FedEx | 32.70 |
| 4/7/2008 | Filing Fee: Motion to Lift Stay | 150.00 |
| | Copying and service by vendor | 1,571.09 |
| | Federal Express | 82.04 |
| 4/9/2008 | Multi Fax Service by Vendor | 185.00 |
| 4/10/2008 | Federal Express | 153.58 |
| | Courier service (7 pieces) | 63.00 |
| | Courier service | 16.80 |
| | Copying and service (D.I. 18493) | 243.88 |
| 4/11/2008 | Courier service | 16.80 |
| 4/15/2008 | Copying and service of documents (D.I. 18525, 18526, 18527, 18528) | 3,967.90 |
| | Courier Service (Service of D.I. 18525, 18526, 18527, 18528) | 324.00 |

ZAI Claimants

| | Amount |
|---|---|
| 4/15/2008 Courier Service - drive (Service of D.I. 18525, 18526, 18527, 18528) | 50.00 |
| Total additional charges | $6,856.79 |
| Total amount of this bill | $16,344.79 |

### Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 26.40 | 320.00 | $8,448.00 |
| Zeke Allinson | 4.00 | 260.00 | $1,040.00 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: Dec. 3, 2008 @ 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

### VERIFICATION OF THE APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM APRIL 1, 2008 THROUGH APRIL 30, 2008

I, William D. Sullivan, do hereby verify the following with respect to the Application Of Sullivan Hazeltine Allinson LLC ("Sullivan") For Compensation For Services And Reimbursement Of Expenses As ZAI Local Counsel For The Interim Period From April 1, 2008 Through April 30, 2008:

1.    I am an attorney with the applicant law firm, Sullivan Hazeltine Allinson LLC, admitted to appear before this Court.

2.    I personally performed many of the legal services for which Sullivan is seeking interim compensation and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3.    I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I am familiar with Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: November 12, 2008
      Wilmington, Delaware

                    SULLIVAN · HAZELTINE · ALLINSON LLC

                    William D. Sullivan (No. 2820)
                    Elihu E. Allinson, III (No. 3476)
                    4 East 8th Street, Suite 400
                    Wilmington, DE 19801
                    Telephone: (302) 428-8191
                    Facsimile: (302) 428-8195

                    Delaware Counsel for the ZAI Claimants