## <u>CERTIFICATE OF SERVICE</u>

       I, William D. Sullivan, certify that I am not less than 18 years of age and that I caused service of the within *Summary of the Application of Sullivan Hazeltine Allinson LLC for Compensation for Services and Reimbursement of Expenses as ZAI Local Counsel for the Interim Period from April 1, 2008 through April 30, 2008* to be made this November 13, 2008 upon the parties identified on the attached service list, in the manner indicated.


<u>November 13, 2008</u>                                <u>   /s/ William D. Sullivan   </u>
Date                                           William D. Sullivan

## SERVICE LIST

*E-mail:* smcfarland@pszyj.com
Laura Davis Jones, Esquire
James E. O'Neil, Esquire
Pachulski Stang Ziehl Young Jones &
Weintraub LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
Vito I. DiMaio
Parcels, Inc.
230 North Market Street
P.O. Box 27
Wilmington, DE 19899

*Hand Delivery*
David Klauder, Esquire
Office of the United States Trustee
844 King Street, Room 2311
Wilmington, DE 19801

*Federal Express*
Warren H. Smith
Warren H. Smith & Associates
Republic Center
325 N. St. Paul
Suite 1275
Dallas, TX 75201
whsmith@whsmithlaw.com

*Federal Express and E-mail:*
william.sparks@grace.com
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

*Hand Delivery*
William J.A. Sparks, Esq.
W.R. Grace & Company
919 N. Market Street, Suite 425
Wilmington, DE 19801

*E-mail:* syoder@bayardfirm.com
Steven M. Yoder, Esquire
The Bayard Firm

*E-mail:* meskin@del.camvel.com
Marla Eskin, Esquire
Campbell & Levine, LLC

*E-mail:* ttacconelli@ferryjoseph.com
Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.

*E-mail:* mlastowski@duanemorris.com
Michael R. Lastowki, Esquire
Duane Morris LLP

*E-mail:* currier@klettrooney.com
Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.

*E-mail:* james_kapp@chicago.kirkland.com
James Kapp, III, Esquire
Kirkland & Ellis

*E-mail:* pvnl@capdale.com
Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered

*E-mail:* elawler@stroock.com
Lewis Kruger, Esquire
Stroock & Stroock & Lavan LLP

*E-mail:* carol.hennessey@lw.com
J. Douglas Bacon, Esquire
Latham & Watkins

*E-mail:* jsakalo@bilzin.com
Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP

*E-mail:* pbentley@kramerlevin.com
Philip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP