IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: Dec. 3, 2008 @ 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

**SUMMARY OF THE APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC
FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD
FROM JULY 1, 2008 THROUGH JULY 31, 2008**

| | |
|---|---|
| Name of Applicant: | Sullivan Hazeltine Allinson LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | July 22, 2002[1] |
| Period for which compensation and Reimbursement is sought: | July 1, 2008 through July 31, 2008 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $ 3,254.00 |
| Amount of Expenses Reimbursement: | $ 142.00 |

This is a: X monthly    _ quarterly    _ final application

Prior Application filed: Yes.

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of Sullivan Hazeltine Allinson LLC (formerly William D. Sullivan, LLC). Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants. As of July 22, 2006 Mr. Sullivan relocated to William D. Sullivan, LLC, which changed its name to Sullivan Hazeltine Allinson LLC effective January 1, 2008.

This is the twentieth application of Sullivan Hazeltine Allinson LLC, formerly William D. Sullivan, LLC, ("Sullivan") for monthly interim compensation of services filed with the Bankruptcy Court in this Chapter 11 case. The status of previous applications filed by Sullivan is set forth below:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/3/06 | 7/24/06-8/31/06 | $1,950.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/3/06 | 9/1/06-9/30/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 10/1/06-10/31/06 | $390.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 1/3/07 | 11/1/06-11/30/06 | $3,330.00 | $329.52 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 12/1/06-12/31/06 | $7,702.50 | $863.59 | No objections served on counsel | No objections served on counsel |
| 3/12/07 | 1/1/07-1/31/07 | $7,248.75 | $13.92 | No objections served on counsel | No objections served on counsel |
| 3/29/07 | 2/1/07-2/28/07 | $1,102.50 | $882.00 | No objections served on counsel | No objections served on counsel |
| 7/20/07 | 3/1/07-3/31/07 | $8,591.25 | $5,143.33 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 4/1/07-4/30/07 | $5,842.50 | $62.40 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 5/1/07-5/31/07 | $2,970.00 | $2,011.74 | No objections served on counsel | No objections served on counsel |
| 10/3/07 | 6/1/07-6/30/07 | $1,110.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 7/1/07-7/31/07 | $615.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 8/1/07-8/31/07 | $960.00 | $690.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 9/1/07-9/30/07 | $544.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 11/14/07 | 10/1/07-10/31/07 | $1,056.00 | $912.66 | No objections served on counsel | No objections served on counsel |
| 1/14/2008 | 11/1/07-11/30/07 | $1,882.00 | $80.55 | No objections served on counsel | No objections served on counsel |
| 1/14/2008 | 12/1/07-12/31/07 | $320.00 | $0.00 | No objections served on counsel | No objections served on counsel |
| 3/4/2008 | 1/1/08 - 1/31/08 | $640.00 | $50.28 | No objections served on counsel | No objections served on counsel |
| 4/2/2008 | 2/1/08 - 2/29/08 | $2,144.00 | $1,639.92 | No objections served on counsel | No objections served on counsel |
| 8/8/2008 | 3/1/08 - 3/31/08 | $6,872.00 | $18,882.04 | No objections served on counsel | No objections served on counsel |
| 11/13/2008 | 4/1/08 - 4/30/08 | $9,488.00 | $6,856.79 | Pending | Pending |
| 11/13/2008 | 5/1/08 - 5/31/08 | $4,768.00 | $0.00 | Pending | Pending |
| 11/13/2008 | 6/1/08 - 6/30/08 | $3,936.00 | $78.02 | Pending | Pending |

2

The total expended for the preparation of this application is approximately 1.5 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $450.00.

The Sullivan attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $320.00 | 11.8 | $3,254.00 |
| Elihu E. Allinson, III | Associate | 10 | Bankruptcy | $260.00 | 0 | $0.00 |
| TOTALS | | | | | 11.8 | $3,254.00 |

No paraprofessional rendered professional services in these cases during the Fee Period.

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11 - Fee Applications | 0.0 | $0.00 |
| 20-Travel–Non-working | 0.0 | $0.00 |
| 22 - ZAI Science Trial | 11.8 | $3,254.00 |
| TOTALS | 11.8 | $3,254.00 |

## Detail of Expenses

| Description | Amount |
|---|---|
| Outside Copying and Service by Vendor | $0.00 |
| Courier Service | $0.00 |
| Copying - In-house ($0.07 per page) | $0.00 |
| Postage | $0.00 |
| Federal Express | $0.00 |
| On-line Search Service (CM/ECF) | $0.00 |
| Filing Fees | $0.00 |
| CourtCall Telephonic Appearance | $142.00 |
| Total | $142.00 |

Dated: November 13, 2008
Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

William D. Sullivan (No. 2820)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Telephone: (302) 428-8191
Facsimile: (302) 428-8195

Delaware Counsel for the ZAI Claimants

3

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: Dec. 3, 2008 @ 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

## FEE DETAIL FOR THE APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2008 THROUGH JULY 31, 2008

# SULLIVAN HAZELTINE ALLINSON LLC

**Attorneys and Counselors at Law**
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tax ID # 20-5238500

Tel: (302) 428-8191
Fax:(302) 428-8195

ZAI Claimants
c/o William Sparks
W.R. Grace & Co.
7500 Grace Dr.
Columbia MD 21044

August 20, 2008
Invoice #  10666

**In Reference To:** W.R. Grace
C.A. 01-01139 (JKF)

Professional Services

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/2/2008 | WDS | Telephone conversation with Ed Westbrook re: statute of repose, statute of limitation decisions | 0.30 | 96.00 |
| | WDS | Review docket; prepare notice of rescheduled hearing on Class Claim motion | 0.50 | 160.00 |
| | WDS | Correspondence with co-counsel re: filing and service issues | 0.30 | 96.00 |
| 7/3/2008 | WDS | Review prior service of hearing notice on class claim and confirm no further service required | 0.30 | 96.00 |
| 7/7/2008 | WDS | Review docket re: responses to interest issues | 0.20 | 64.00 |
| | WDS | Review protocol responses and forward documents to co-counsel | 0.30 | 96.00 |
| 7/14/2008 | WDS | Review Debtor's pleading re: cross border protocol | 0.20 | 64.00 |
| 7/15/2008 | WDS | Telephone conversation with counsel for Canadian Claimants re: status of settlement | 0.10 | 32.00 |
| 7/16/2008 | WDS | Telephone conversation with Ed Westbrook re: hearing preparation; follow-up e-mail | 0.30 | 96.00 |
| 7/17/2008 | WDS | Correspondence with D. Scott re: 2019 issues | 0.20 | 64.00 |
| 7/18/2008 | EEA | E-mail and discuss arrangements for hearing coverage with Ed Westbrook | 0.25 | 65.00 |
| | EEA | E-mail and discuss arrangements for hearing coverage with W. Sullivan and W. Hazeltine | 0.25 | 65.00 |
| | WDS | Correspondence with E. Westbrook re: hearing preparation | 0.20 | 64.00 |

ZAI Claimants  Page 2

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 7/21/2008 | EEA | Attend omnibus hearing with Ed Westbrook and Darrell Scott | 4.50 | 1,170.00 |
| 7/22/2008 | EEA | Attend hearing on class claim with Ed Westbrook, Darrell Scott and Elizabeth Cabraser | 3.50 | 910.00 |
| 7/25/2008 | EEA | Review pleadings, including statement of bar date order | 0.10 | 26.00 |
| | EEA | E-mail Bar Date service declaration to Ed Westbrook | 0.10 | 26.00 |
| 7/28/2008 | WDS | Review Debtor's Notice of ZAI Bar Date Order | 0.20 | 64.00 |
| | | For professional services rendered | 11.80 | $3,254.00 |

Additional Charges :

| Date | Description | Amount |
|---|---|---|
| 7/8/2008 | CourtCall appearance | 142.00 |
| | Total additional charges | $142.00 |
| | Total amount of this bill | $3,396.00 |

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| William D Sullivan | 3.10 | 320.00 | $992.00 |
| Zeke Allinson | 8.70 | 260.00 | $2,262.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: Dec. 3, 2008 @ 4:00 p.m.** |
| | ) | **Hearing Date: TBD only if necessary** |

### VERIFICATION OF THE APPLICATION OF SULLIVAN HAZELTINE ALLINSON LLC FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ZAI LOCAL COUNSEL FOR THE INTERIM PERIOD FROM JULY 1, 2008 THROUGH JULY 31, 2008

I, William D. Sullivan, do hereby verify the following with respect to the Application Of Sullivan Hazeltine Allinson LLC ("Sullivan") For Compensation For Services And Reimbursement Of Expenses As ZAI Local Counsel For The Interim Period From July 1, 2008 Through July 31, 2008:

1. I am an attorney with the applicant law firm, Sullivan Hazeltine Allinson LLC, admitted to appear before this Court.

2. I personally performed many of the legal services for which Sullivan is seeking interim compensation and am thoroughly familiar with the other work performed on behalf of the ZAI Claimants by the other Sullivan attorneys for whose work compensation is being sought.

3. I have reviewed the foregoing application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. I am familiar with Del.Bankr.L.R. 2016-2 and have reviewed the Court's *Amended Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members*, signed April 17,

2002, and believe that the foregoing application substantially complies with Rule 2016-2 and the

Order.

Dated: November 12, 2008
      Wilmington, Delaware

                              SULLIVAN · HAZELTINE · ALLINSON LLC

                              */s/ William D. Sullivan*
                              William D. Sullivan (No. 2820)
                              Elihu E. Allinson, III (No. 3476)
                              4 East 8th Street, Suite 400
                              Wilmington, DE 19801
                              Telephone: (302) 428-8191
                              Facsimile: (302) 428-8195

                              Delaware Counsel for the ZAI Claimants