## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |
|  | **Related Docket No. 19992** |

### NOTICE OF DOCUMENT ENTERED IN ERROR

Arrowood Indemnity Company f/k/a Royal Indemnity Company hereby requests that Exhibit A through H, Docket #19992, be entered in error because the exhibits were entered in duplicate. Exhibit A through H is also entered on Docket #19993, which should remain on the court's docket.

Dated: November 12, 2008

BIFFERATO GENTILOTTI LLC

Ian Connor Bifferato (#3273)
Garvan F. McDaniel (#4167)
800 King Street, First Floor
Wilmington, DE 19899-2165
(302) 429-1900

FILED
2008 NOV 12  PM 3:36
U.S. BANKRUPTCY COURT
DISTRICT OF DELAWARE