IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**REVISED[2] CERTIFICATION OF COUNSEL RE: 2009 OMNIBUS HEARING DATES**

1. On September 29, 2008, the Court provided the debtors and debtors in possession (the "Debtors") with omnibus hearing dates for the 2009 calendar year.

2. Attached hereto is a proposed order setting forth the omnibus hearing dates for 2009 and also the relevant filing dates in connection with such omnibus hearings, consistent with this Court's *Amended Order Establishing Case Management Procedures and*

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

[2] The Order was revised to show the correct Omnibus hearing date of February 23, 2009.

*Hearing Schedule* dated February 8, 2005. Accordingly, the Debtors respectfully request that the Court enter the proposed order at its earliest convenience.

Dated: November 13, 2008

          KIRKLAND & ELLIS LLP
          David M. Bernick, P.C.
          Janet S. Baer
          200 East Randolph Drive
          Chicago, Illinois 60601
          Telephone: (312) 861-2000
          Facsimile: (312) 861-2200

          and

          PACHULSKI STANG ZIEHL & JONES LLP

          */s/ James E. O'Neill*
          Laura Davis Jones (Bar No. 2436)
          James E. O'Neill. (Bar No. 4042)
          Kathleen P. Makowski (Bar No. 3648)
          Timothy P. Cairns (Bar No. 4228)
          919 North Market Street, 17th Floor
          P.O. Box 8705
          Wilmington, DE 19899-8705 (Courier 19801)
          Telephone: (302) 652-4100
          Facsimile: (302) 652-4400

          Co-counsel for Debtors and Debtors in Possession

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Re: Docket No. _____** |

## ORDER SCHEDULING OMNIBUS HEARING DATES FOR 2009

Pursuant to Del. Bankr. LR 2002-1(a), the Court has scheduled omnibus hearing dates and has established certain deadlines in the above-captioned chapter 11 cases consistent with the Court's Order Establishing Case Management Procedures and Hearing Schedule (Docket No. 1948). The omnibus hearing dates and certain deadlines for 2009 are set forth on the schedule attached hereto as Exhibit "A".

Dated: _____, 2008

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Exhibit A

## Omnibus Hearing Dates and Filing and Objection Deadlines

All hearings are in Wilmington, Delaware, unless otherwise noted below.

| Omnibus Hearing Dates | Filing Deadlines | Objection Deadlines | Preliminary Agenda Due | Final Agenda Due |
|---|---|---|---|---|
| January 26, 2009 at 10:30 a.m. | 12/22/08 | 1/9/09 | 1/12/09 | 1/16/09 |
| February 23, 2009 at 10:30 a.m. | 1/16/09 | 2/6/09 | 2/9/09 | 2/13/09 |
| April 1, 2009 at 10:30 a.m. (30th Quarterly Fee Hearing) | 2/25/09 | 3/13/09 | 3/18/09 | 3/25/09 |
| April 27, 2009 at 10:30 a.m. | 3/23/09 | 4/10/09 | 4/13/09 | 4/20/09 |
| June 1, 2009 at 10:30 a.m. | 4/27/09 | 5/15/09 | 5/18/09 | 5/22/09 |
| June 29, 2009 at 10:30 a.m. (31st Quarterly Fee Hearing) | 5/22/09 | 6/12/09 | 6/15/09 | 6/22/09 |
| July 27, 2009 at 10:30 a.m. | 6/22/09 | 7/10/09 | 7/13/09 | 7/20/09 |
| August 24, 2009 at 10:30 a.m. | 7/20/09 | 8/7/09 | 8/10/09 | 8/17/09 |
| September 22, 2009 at 10:30 a.m. (32nd Quarterly Fee Hearing) | 8/18/09 | 9/4/09 | 9/8/09 | 9/15/09 |
| October 26, 2009 at 10:30 a.m. | 9/21/09 | 10/9/09 | 10/9/09 | 10/19/09 |
| November 23, 2009 at 10:30 a.m. | 10/19/09 | 11/6/09 | 11/9/09 | 11/16/09 |
| December 14, 2009 at 10:30 a.m. (33rd Quarterly Fee Hearing) | 11/9/09 | 11/25/09 | 11/30/09 | 12/7/09 |