# EXHIBIT A

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: September 22, 2008 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

## SUMMARY OF APPLICATION OF REED SMITH LLP
## FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
## EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
## COUNSEL TO DEBTORS FOR THE EIGHTY-FIFTH MONTHLY INTERIM
## PERIOD FROM JULY 1, 2008 THROUGH JULY 31, 2008

Name of Applicant:                                Reed Smith LLP

Authorized to Provide Professional Services to: W. R. Grace & Co., et al., Debtors and
Debtors-in-Possession

Date of Retention:                                July 19, 2001, effective as of April 2, 2001

Period for which compensation and
reimbursement is sought:                          July 1 through July 31, 2008

Amount of fees sought as actual,
reasonable and necessary:                         $260,723.00

Amount of expenses sought as actual,
reasonable and necessary                          $30,905.57

This is a(n): __X__ monthly    ___ interim    ___ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DCKT NO: 19414
DATE: 8/28/08

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |

---

2  Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor).  The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the eighty-fifth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 16 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $5,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 37 Years | Litigation | $675.00 | 22.20 | $14,985.00 |
| Lawrence E. Flatley | Partner | 33 Years | Litigation | $620.00 | .20 | $124.00 |
| Douglas E. Cameron | Partner | 24 Years | Litigation | $615.00 | 73.80 | $45,387.00 |
| Antony B. Klapper | Partner | 14 Years | Litigation | $575.00 | 108.90 | $62,617.50 |
| Margaret L. Sanner | Of Counsel | 22 Years | Litigation | $445.00 | 139.10 | $61,899.50 |
| Traci Sands Rea | Partner | 13 Years | Litigation | $435.00 | 9.20 | $4,002.00 |
| Margaret E. Rutkowski | Associate | 12 Years | Litigation | $400.00 | 156.30 | $62,520.00 |
| Andrew J. Muha | Associate | 7 Years | Litigation | $385.00 | 7.30 | $2,810.50 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 16 Years | Bankruptcy | $230.00 | 2.40 | $552.00 |
| Jennifer L. Taylor-Payne | Paralegal | 12 Years | Litigation | $200.00 | 13.70 | $2,740.00 |
| Sharon A. Ament | Paralegal | 4 Years | Litigation | $165.00 | 18.70 | $3,085.50 |

**Total Fees: $260,723.00**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 2.30 | $511.50 |
| Travel | 7.20 | $4,428.00 |
| ZAI | 28.00 | $17,077.00 |
| Fee Applications | 16.10 | $4,286.50 |
| Hearings | 9.00 | $5,535.00 |
| Claim Analysis Objection Resolution & Estimation | 51.30 | $26,869.50 |
| Montana Grand Jury Investigation | 437.90 | $202,015.50 |
| **Total** | **551.80** | **$260,723.00** |

**[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]**

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $2.55 | $3.45 |
| PACER | $71.12 | ---- |
| IKON Copy Services/Outside Duplicating | $35.10 | ---- |
| Duplicating/Printing/Scanning | $1,798.90 | $3.80 |
| Courier Service - Outside | $127.60 | $16.27 |
| Postage Expense | $.59 | ---- |
| Consulting Fees | $26,771.01 | ---- |
| Air Travel Expense | $931.48 | $162.00 |
| Taxi Expense | $71.00 | $70.00 |
| Parking/Tolls/Other Transportation | $50.00 | $20.00 |
| Lodging | $296.40 | ---- |
| Meal Expense | $110.10 | $8.00 |
| Mileage Expense | $42.12 | $28.08 |
| Secretarial Overtime | $190.00 | ---- |
| General Expense:  Ticketing fee for D. Cameron for travel to PHL for meeting with Grace counsel and witnesses on 7/24/08; travel agent fees for D. Cameron trip to PHL for mediation of additional property damage claims 6/30 - 7/2/08; ticketing fee for D. Cameron travel to Washington, D.C. for meeting with experts on 7/23/08 | $48.00 | $48.00 |
| SUBTOTAL | $30,545.97 | $359.60 |
| **TOTAL** | **$30,905.57** | |

Dated:    August 28, 2008
          Wilmington, Delaware

REED SMITH LLP


By: /s/ Kurt F. Gwynne
    Kurt F. Gwynne (No. 3951)
    1201 Market Street, Suite 1500
    Wilmington, DE  19801
    Telephone:  (302) 778-7500
    Facsimile:  (302) 778-7575
    E-mail: kgwynne@reedsmith.com

        and

    James J. Restivo, Jr., Esquire
    Lawrence E. Flatley, Esquire
    Douglas E. Cameron, Esquire
    435 Sixth Avenue
    Pittsburgh, PA  15219
    Telephone:  412.288.3131
    Facsimile:  412.288.3063

    Special Asbestos Products Liability Defense
    Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1743548
One Town Center Road                      Invoice Date        08/28/08
Boca Raton, FL    33486                   Client Number        172573



================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

          Fees                              0.00
          Expenses                     27,273.94

                    TOTAL BALANCE DUE UPON RECEIPT       $27,273.94
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      1743548
One Town Center Road                     Invoice Date        08/28/08
Boca Raton, FL   33486                   Client Number         172573
                                         Matter Number          60026

==============================================================================

Re: Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    IKON Copy Services                        35.10
    PACER                                     23.84
    Duplicating/Printing/Scanning            312.60
    Postage Expense                            0.59
    Consulting Fees                       26,771.01
    Courier Service - Outside                 74.27
    Secretarial Overtime                      15.00
    Meal Expense                              41.53

                    CURRENT EXPENSES                     27,273.94
                                                       -------------

                    TOTAL BALANCE DUE UPON RECEIPT      $27,273.94
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1743548 |
| Invoice Date | 08/28/08 |
| Client Number | 172573 |
| Matter Number | 60026 |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 05/07/08 | PACER | 9.44 |
| 05/12/08 | PACER | 4.96 |
| 06/05/08 | PACER | 2.48 |
| 06/24/08 | PACER | 1.52 |
| 06/26/08 | Secretarial Overtime: W.R. Grace Litigation - assist with monthly fee application | 15.00 |
| 06/30/08 | PACER | 5.44 |
| 07/07/08 | Duplicating/Printing/Scanning ATTY # 4810; 4 COPIES | .40 |
| 07/07/08 | Duplicating/Printing/Scanning ATTY # 000559: 13 COPIES | 1.30 |
| 07/11/08 | Duplicating/Printing/Scanning ATTY # 7015; 824 COPIES | 82.40 |
| 07/11/08 | Duplicating/Printing/Scanning ATTY # 7015; 1010 COPIES | 101.00 |
| 07/14/08 | Duplicating/Printing/Scanning ATTY # 0710; 6 COPIES | .60 |
| 07/14/08 | Duplicating/Printing/Scanning ATTY # 7015; 762 COPIES | 76.20 |
| 07/15/08 | Courier Service - UPS - Shipped from Reed Smith LLP - Washington to Carol Ward, Environ International Corp. (ARLINGTON VA 22203). | 69.67 |

172573 W. R. Grace & Co.                          Invoice Number  1743548
60026  Litigation and Litigation Consulting       Page    2
August 28, 2008

| | | |
|---|---|---:|
| 07/15/08 | Courier Service - UPS - Shipped from Reed Smith LLP - Washington to Carol Ward, Environ International Corp. (ARLINGTON VA 22203). | 4.60 |
| 07/18/08 | Meal Expense - - VENDOR: ERICA L. WEBBER LUNCH FOR TONY KLAPPER MEETING IN 11A 7/10/08 - - LUNCH FOR 4. | 41.53 |
| 07/18/08 | IKON Copy Services - - VENDOR: IKON OFFICE SOLUTIONS, INC. COPYING | 35.10 |
| 07/18/08 | Duplicating/Printing/Scanning ATTY # 4810; 3 COPIES | .30 |
| 07/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 13 COPIES | 1.30 |
| 07/21/08 | Duplicating/Printing/Scanning ATTY # 4810; 11 COPIES | 1.10 |
| 07/21/08 | Duplicating/Printing/Scanning ATTY # 4810; 10 COPIES | 1.00 |
| 07/22/08 | Duplicating/Printing/Scanning ATTY # 4810; 2 COPIES | .20 |
| 07/23/08 | Duplicating/Printing/Scanning ATTY # 000559: 13 COPIES | 1.30 |
| 07/23/08 | Duplicating/Printing/Scanning ATTY # 4810; 4 COPIES | .40 |
| 07/24/08 | Duplicating/Printing/Scanning ATTY # 4810; 4 COPIES | .40 |
| 07/28/08 | Duplicating/Printing/Scanning ATTY # 4810; 24 COPIES | 2.40 |
| 07/28/08 | Duplicating/Printing/Scanning ATTY # 4810; 6 COPIES | .60 |
| 07/28/08 | Duplicating/Printing/Scanning ATTY # 0559; 12 COPIES | 1.20 |
| 07/28/08 | Duplicating/Printing/Scanning ATTY # 000559: 52 COPIES | 5.20 |
| 07/28/08 | Postage Expense Postage Expense: ATTY # 000559 User: Miller, Jas | .59 |

172573 W. R. Grace & Co.                           Invoice Number  1743548
60026  Litigation and Litigation Consulting        Page   3
August 28, 2008

| 07/29/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 176 COPIES | 17.60 |
| 07/29/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 140 COPIES | 14.00 |
| 07/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 07/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 07/30/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 07/30/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 08/21/08 | Consulting Fees - - VENDOR: ENVIRON INT'L<br>CORPORATION  - CONSULTANT FEES FOR WORK ON<br>PERSONAL INJURY CLAIMS AGAINST W.R. GRACE<br>FOR JULY, 2008 | 26771.01 |

                              CURRENT EXPENSES                27,273.94
                                                            ------------
                    TOTAL BALANCE DUE UPON RECEIPT           $27,273.94
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                             Invoice Number    1743549
5400 Broken Sound Blvd., N.W.           Invoice Date      08/28/08
Boca Raton, FL 33487                    Client Number      172573


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

         Fees                              0.00
         Expenses                        359.60

                    TOTAL BALANCE DUE UPON RECEIPT        $359.60
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1743549
5400 Broken Sound Blvd., N.W.            Invoice Date        08/28/08
Boca Raton, FL 33487                     Client Number        172573
                                         Matter Number         60028

===============================================================================

Re: ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

          Telephone Expense                      3.45
          Duplicating/Printing/Scanning          3.80
          Courier Service - Outside             16.27
          Parking/Tolls/Other Transportation    20.00
          Air Travel Expense                   162.00
          Taxi Expense                          70.00
          Mileage Expense                       28.08
          Meal Expense                           8.00
          General Expense                       48.00

                    CURRENT EXPENSES                     359.60
                                                   -------------

                    TOTAL BALANCE DUE UPON RECEIPT       $359.60
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number    1743549
5400 Broken Sound Blvd., N.W.            Invoice Date      08/28/08
Boca Raton, FL 33487                     Client Number      172573
                                         Matter Number       60028


==============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 07/24/08 | Courier Service - UPS - Shipped to MATTHEW T. MURPHY CASNER & EDWARDS (BOSTON MA 02210. | 16.27 |
| 07/25/08 | Telephone Expense 212-595-8992/NEW YORK, NY/36 | 1.75 |
| 07/25/08 | Telephone Expense 410-531-4355/COLUMBIA, MD/35 | 1.70 |
| 07/25/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 07/29/08 | Duplicating/Printing/Scanning ATTY # 000349: 1 COPY | .10 |
| 07/29/08 | Duplicating/Printing/Scanning ATTY # 000349: 8 COPIES | .80 |
| 07/30/08 | Meal Expense - - VENDOR: DOUGLAS E. CAMERON TRAVEL TO PHL FOR MEETING WITH W. R. GRACE COUNSEL AND WITNESSES 7/24/08 - - ONE BREAKFAST. | 8.00 |
| 07/30/08 | Air Travel Expense - - VENDOR: DOUGLAS E. CAMERON TRAVEL TO PHL FOR MEETING WITH W. R. GRACE COUNSEL AND WITNESSES 7/24/08 - - ROUND TRIP COACH CLASS TICKET. | 162.00 |
| 07/30/08 | Taxi Expense - - VENDOR: DOUGLAS E. CAMERON TRAVEL TO PHL FOR MEETING WITH W. R. GRACE COUNSEL AND WITNESSES 7/24/08 - - TRAVEL TO/FROM PHL AIRPORT. | 70.00 |

172573 W. R. Grace & Co.                    Invoice Number  1743549
60028  ZAI Science Trial                    Page    2
August 28, 2008

07/30/08   Mileage Expense - - VENDOR: DOUGLAS E. CAMERON        28.08
           TRAVEL TO PHL FOR MEETING WITH W. R. GRACE
           COUNSEL AND WITNESSES 7/24/08 - - MILEAGE
           TO/FROM PIT AIRPORT.

07/30/08   Parking/Tolls/Other Transportation - - VENDOR:        20.00
           DOUGLAS E. CAMERON TRAVEL TO PHL FOR MEETING
           WITH W. R. GRACE COUNSEL AND WITNESSES 7/24/08
           - - PARKING AT PIT AIRPORT.

07/30/08   General Expense - - VENDOR: DOUGLAS E. CAMERON        48.00
           TRAVEL TO PHL FOR MEETING WITH W. R. GRACE
           COUNSEL AND WITNESSES 7/24/08 TICKETING FEE

07/30/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000349: 1 COPY

07/31/08   Duplicating/Printing/Scanning                          .90
           ATTY # 000349: 9 COPIES

07/31/08   Duplicating/Printing/Scanning                          .90
           ATTY # 000349: 9 COPIES

07/31/08   Duplicating/Printing/Scanning                          .90
           ATTY # 000349: 9 COPIES

                          CURRENT EXPENSES               359.60
                                                     ------------
                   TOTAL BALANCE DUE UPON RECEIPT       $359.60
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1743550
One Town Center Road                      Invoice Date        08/28/08
Boca Raton, FL    33486                    Client Number        172573

==============================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

          Fees                              0.00
          Expenses                        743.81

                          TOTAL BALANCE DUE UPON RECEIPT       $743.81
                                                          ==============

```
                          REED SMITH LLP
                          PO Box 360074M
                       Pittsburgh, PA  15251-6074
                          Tax ID# 25-0749630
```

```
W.R. Grace & Co.                  Invoice Number      1743550
One Town Center Road              Invoice Date        08/28/08
Boca Raton, FL   33486            Client Number        172573
                                  Matter Number         60033
```

==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
        Telephone Expense                        2.55
        PACER                                   47.28
        Duplicating/Printing/Scanning           37.10
        Courier Service - Outside                7.39
        Lodging                                296.40
        Parking/Tolls/Other Transportation      30.00
        Air Travel Expense                     190.48
        Taxi Expense                            35.00
        Mileage Expense                         14.04
        Meal Expense                            59.57
        General Expense                         24.00

                  CURRENT EXPENSES                      743.81
                                                  -------------

              TOTAL BALANCE DUE UPON RECEIPT          $743.81
                                                  =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1743550
One Town Center Road                      Invoice Date    08/28/08
Boca Raton, FL   33486                    Client Number     172573
                                          Matter Number      60033


================================================================================

Re: (60033)   Claim Analysis Objection Resolution & Estimation
              (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 06/20/08 | PACER | 2.16 |
| 06/27/08 | Courier Service - UPS - Shipped from Reed Smith LLP - Pittsburgh to Jean Riffe, JAMS (PHILADELPHIA PA 19103). | 7.39 |
| 06/27/08 | PACER | 2.64 |
| 06/30/08 | PACER | 42.48 |
| 07/01/08 | Duplicating/Printing/Scanning ATTY # 0349; 2 COPIES | .20 |
| 07/01/08 | Duplicating/Printing/Scanning ATTY # 4810; 6 COPIES | .60 |
| 07/01/08 | Duplicating/Printing/Scanning ATTY # 000349: 2 COPIES | .20 |
| 07/02/08 | Duplicating/Printing/Scanning ATTY # 000349: 7 COPIES | .70 |
| 07/03/08 | Duplicating/Printing/Scanning ATTY # 4810; 119 COPIES | 11.90 |
| 07/08/08 | Duplicating/Printing/Scanning ATTY # 000349: 8 COPIES | .80 |
| 07/11/08 | Duplicating/Printing/Scanning ATTY # 4810; 9 COPIES | .90 |
| 07/13/08 | Duplicating/Printing/Scanning ATTY # 0559; 9 COPIES | .90 |

172573 W. R. Grace & Co.                        Invoice Number  1743550
60033  Claim Analysis Objection Resolution      Page   2
       & Estimation (Asbestos)
August 28, 2008


07/15/08   Duplicating/Printing/Scanning                    1.10
           ATTY # 4810; 11 COPIES

07/15/08   Duplicating/Printing/Scanning                    1.30
           ATTY # 0559; 13 COPIES

07/15/08   Duplicating/Printing/Scanning                    1.30
           ATTY # 000349: 13 COPIES

07/17/08   Meal Expense - - VENDOR: DOUGLAS E. CAMERON     59.57
           TRAVEL TO PHL FOR MEDIATION OF TRADITIONAL
           PROPERTY DAMAGE CLAIMS 6/30-7/2/08 - - ONE
           BREAKFAST, ONE LUNCH, ONE DINNER.

07/17/08   Lodging - - VENDOR: DOUGLAS E. CAMERON TRAVEL  296.40
           TO PHL FOR MEDIATION OF TRADITIONAL PROPERTY
           DAMAGE CLAIMS 6/30-7/2/08 - - ONE NIGHT STAY AT
           PHL WESTIN ($260 plus tax).

07/17/08   Air Travel Expense - - VENDOR: DOUGLAS E.      190.48
           CAMERON TRAVEL TO PHL FOR MEDIATION OF
           TRADITIONAL PROPERTY DAMAGE CLAIMS 6/30-7/2/08
           - - ROUND TRIP COACH CLASS TICKET FOR PHL.

07/17/08   Taxi Expense - - VENDOR: DOUGLAS E. CAMERON     35.00
           TRAVEL TO PHL FOR MEDIATION OF TRADITIONAL
           PROPERTY DAMAGE CLAIMS 6/30-7/2/08 - -TAXI
           TRAVEL TO/FROM PHL AIRPORT.

07/17/08   Mileage Expense - - VENDOR: DOUGLAS E. CAMERON  14.04
           TRAVEL TO PHL FOR MEDIATION OF TRADITIONAL
           PROPERTY DAMAGE CLAIMS 6/30-7/2/08 - -TRAVEL TO
           PIT AIRPORT.

07/17/08   Parking/Tolls/Other Transportation - - VENDOR:  30.00
           DOUGLAS E. CAMERON TRAVEL TO PHL FOR MEDIATION
           OF TRADITIONAL PROPERTY DAMAGE CLAIMS
           6/30-7/2/08 - - PARKING AT PIT AIRPORT.

07/17/08   General Expense - - VENDOR: DOUGLAS E. CAMERON  24.00
           TRAVEL TO PHL FOR MEDIATION OF TRADITIONAL
           PROPERTY DAMAGE CLAIMS 6/30-7/2/08 TRAVEL AGENT
           FEES

07/17/08   Duplicating/Printing/Scanning                     .30
           ATTY # 4810; 3 COPIES

07/18/08   Telephone Expense                                 .10
           617-426-5900/BOSTON, MA/2

172573 W. R. Grace & Co.                              Invoice Number  1743550
60033  Claim Analysis Objection Resolution           Page    3
       & Estimation (Asbestos)
August 28, 2008


| Date | Description | Amount |
|---|---|---|
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 34 COPIES | 3.40 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 53 COPIES | 5.30 |
| 07/24/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/22 | 1.10 |
| 07/25/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 07/28/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 5 COPIES | .50 |
| 07/29/08 | Telephone Expense<br>803-943-4444/HAMPTON, SC/3 | .15 |
| 07/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 07/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 07/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 7 COPIES | .70 |
| 07/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 8 COPIES | .80 |
| 07/30/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 7 COPIES | .70 |
| 07/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 1 COPY | .10 |
| 07/31/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/24 | 1.20 |
| 07/31/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 12 COPIES | 1.20 |
| 07/31/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 12 COPIES | 1.20 |

```
172573 W. R. Grace & Co.                    Invoice Number  1743550
60033  Claim Analysis Objection Resolution  Page    4
       & Estimation (Asbestos)
August 28, 2008
```

```
    07/31/08   Duplicating/Printing/Scanning              1.90
               ATTY # 000349: 19 COPIES

                         CURRENT EXPENSES                743.81
                                                      ------------
                         TOTAL BALANCE DUE UPON RECEIPT  $743.81
                                                      =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1743551
One Town Center Road                      Invoice Date        08/28/08
Boca Raton, FL    33486                   Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

            Fees                              0.00
            Expenses                      2,528.22

                        TOTAL BALANCE DUE UPON RECEIPT        $2,528.22
                                                             =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    1743551
One Town Center Road                Invoice Date      08/28/08
Boca Raton, FL    33486             Client Number       172573
                                    Matter Number        60035

================================================================================

Re: Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

         Duplicating/Printing/Scanning           1,449.20
         Courier Service - Outside                   45.94
         Secretarial Overtime                       175.00
         Parking/Tolls/Other Transportation          20.00
         Air Travel Expense                         741.00
         Taxi Expense                                36.00
         Mileage Expense                             28.08
         Meal Expense                                 9.00
         General Expense                             24.00

                    CURRENT EXPENSES                    2,528.22
                                                   -------------

                    TOTAL BALANCE DUE UPON RECEIPT     $2,528.22
                                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                      Invoice Number     1743551
One Town Center Road                  Invoice Date       08/28/08
Boca Raton, FL   33486                Client Number        172573
                                      Matter Number         60035

================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 1 COPY | .10 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 46 COPIES | 4.60 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 46 COPIES | 4.60 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 47 COPIES | 4.70 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 52 COPIES | 5.20 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 196 COPIES | 19.60 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 2 COPIES | .20 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 1 COPY | .10 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 07/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 07/01/08 | Secretarial Overtime: Track dictation; print<br>current outlines | 17.50 |

172573 W. R. Grace & Co.                          Invoice Number  1743551
60035  Grand Jury Investigation                   Page    2
August 28, 2008

| Date | Description | Amount |
|---|---|---|
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 55 COPIES | 5.50 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 55 COPIES | 5.50 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 64 COPIES | 6.40 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 1 COPY | .10 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 64 COPIES | 6.40 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 71 COPIES | 7.10 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 77 COPIES | 7.70 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 76 COPIES | 7.60 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 64 COPIES | 6.40 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 76 COPIES | 7.60 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 1 COPY | .10 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 07/02/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 07/02/08 | Secretarial Overtime: Edits; track dictation;<br>print current outlines | 105.00 |
| 07/03/08 | Duplicating/Printing/Scanning<br>ATTY # 007015: 8 COPIES | .80 |
| 07/03/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 134 COPIES | 13.40 |
| 07/03/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 129 COPIES | 12.90 |

172573 W. R. Grace & Co.                      Invoice Number  1743551
60035  Grand Jury Investigation               Page    3
August 28, 2008


07/03/08    Duplicating/Printing/Scanning              6.50
            ATTY # 004995: 65 COPIES

07/03/08    Duplicating/Printing/Scanning              7.50
            ATTY # 000887: 75 COPIES

07/03/08    Secretarial Overtime: Track dictation; print   26.25
            current outlines

07/07/08    Duplicating/Printing/Scanning              7.50
            ATTY # 000887: 75 COPIES

07/07/08    Duplicating/Printing/Scanning              8.00
            ATTY # 000887: 80 COPIES

07/07/08    Duplicating/Printing/Scanning              8.00
            ATTY # 000887: 80 COPIES

07/07/08    Duplicating/Printing/Scanning               .20
            ATTY # 000887: 2 COPIES

07/07/08    Duplicating/Printing/Scanning               .20
            ATTY # 000887: 2 COPIES

07/07/08    Duplicating/Printing/Scanning               .20
            ATTY # 004995: 2 COPIES

07/07/08    Duplicating/Printing/Scanning               .20
            ATTY # 004995: 2 COPIES

07/07/08    Duplicating/Printing/Scanning               .20
            ATTY # 004995: 2 COPIES

07/07/08    Duplicating/Printing/Scanning               .50
            ATTY # 000887: 5 COPIES

07/07/08    Duplicating/Printing/Scanning               .60
            ATTY # 000887: 6 COPIES

07/07/08    Duplicating/Printing/Scanning              2.20
            ATTY # 000887: 22 COPIES

07/08/08    Duplicating/Printing/Scanning              7.50
            ATTY # 004995: 75 COPIES

07/08/08    Duplicating/Printing/Scanning              9.00
            ATTY # 000887: 90 COPIES

07/08/08    Duplicating/Printing/Scanning              9.00
            ATTY # 000887: 90 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1743551
60035  Grand Jury Investigation                   Page    4
August 28, 2008

| | | |
|---|---|---|
| 07/08/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 2 COPIES | .20 |
| 07/08/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 1 COPY | .10 |
| 07/08/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 07/08/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 1 COPIES | .10 |
| 07/08/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 6 COPIES | .60 |
| 07/08/08 | Courier Service - UPS - Shipped to TONY<br>KLAPPER REED SMITH LLP (WASHINGTON DC 20005). | 28.63 |
| 07/09/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 81 COPIES | 8.10 |
| 07/09/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 80 COPIES | 8.00 |
| 07/09/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 104 COPIES | 10.40 |
| 07/09/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 108 COPIES | 10.80 |
| 07/09/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 3 COPIES | .30 |
| 07/09/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 3 COPIES | .30 |
| 07/09/08 | Secretarial Overtime: Edits to outlines from<br>previous evening | 26.25 |
| 07/10/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 136 COPIES | 13.60 |
| 07/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 113 COPIES | 11.30 |
| 07/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 4 COPIES | .40 |
| 07/11/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 1004 COPIES | 100.40 |

172573 W. R. Grace & Co.                     Invoice Number  1743551
60035  Grand Jury Investigation             Page    5
August 28, 2008

| 07/11/08 | Duplicating/Printing/Scanning ATTY # 7015; 523 COPIES | 52.30 |
| 07/11/08 | Duplicating/Printing/Scanning ATTY # 7015; 1152 COPIES | 115.20 |
| 07/11/08 | Duplicating/Printing/Scanning ATTY # 007015: 14 COPIES | 1.40 |
| 07/11/08 | Duplicating/Printing/Scanning ATTY # 004995: 88 COPIES | 8.80 |
| 07/11/08 | Duplicating/Printing/Scanning ATTY # 004995: 87 COPIES | 8.70 |
| 07/14/08 | Duplicating/Printing/Scanning ATTY # 7015; 151 COPIES | 15.10 |
| 07/14/08 | Duplicating/Printing/Scanning ATTY # 7015; 221 COPIES | 22.10 |
| 07/14/08 | Duplicating/Printing/Scanning ATTY # 7015; 200 COPIES | 20.00 |
| 07/14/08 | Duplicating/Printing/Scanning ATTY # 004995: 89 COPIES | 8.90 |
| 07/14/08 | Duplicating/Printing/Scanning ATTY # 000887: 876 COPIES | 87.60 |
| 07/14/08 | Duplicating/Printing/Scanning ATTY # 000887: 3 COPIES | .30 |
| 07/14/08 | Duplicating/Printing/Scanning ATTY # 004995: 3 COPIES | .30 |
| 07/15/08 | Duplicating/Printing/Scanning ATTY # 004995: 101 COPIES | 10.10 |
| 07/15/08 | Duplicating/Printing/Scanning ATTY # 004995: 104 COPIES | 10.40 |
| 07/15/08 | Duplicating/Printing/Scanning ATTY # 004995: 92 COPIES | 9.20 |
| 07/15/08 | Duplicating/Printing/Scanning ATTY # 000887: 157 COPIES | 15.70 |
| 07/15/08 | Duplicating/Printing/Scanning ATTY # 000887: 157 COPIES | 15.70 |

172573 W. R. Grace & Co.                    Invoice Number  1743551
60035  Grand Jury Investigation            Page    6
August 28, 2008


07/15/08   Duplicating/Printing/Scanning                    .30
           ATTY # 000887: 3 COPIES

07/15/08   Duplicating/Printing/Scanning                    .20
           ATTY # 004995: 2 COPIES

07/15/08   Duplicating/Printing/Scanning                    .10
           ATTY # 004995: 1 COPY

07/15/08   Duplicating/Printing/Scanning                    .20
           ATTY # 004995: 2 COPIES

07/15/08   Duplicating/Printing/Scanning                    .10
           ATTY # 004995: 1 COPY

07/16/08   Duplicating/Printing/Scanning                   9.40
           ATTY # 004995: 94 COPIES

07/16/08   Duplicating/Printing/Scanning                    .30
           ATTY # 004995: 3 COPIES

07/17/08   Duplicating/Printing/Scanning                  14.40
           ATTY # 7015; 144 COPIES

07/17/08   Duplicating/Printing/Scanning                  20.70
           ATTY # 5254; 207 COPIES

07/17/08   Duplicating/Printing/Scanning                   9.30
           ATTY # 004995: 93 COPIES

07/17/08   Duplicating/Printing/Scanning                  16.00
           ATTY # 000887: 160 COPIES

07/17/08   Duplicating/Printing/Scanning                    .10
           ATTY # 000887: 1 COPY

07/17/08   Duplicating/Printing/Scanning                    .20
           ATTY # 000887: 2 COPIES

07/17/08   Courier Service - UPS - Shipped  to TONY        10.73
           KLAPPER REED SMITH LLP (WASHINGTON DC 20005).

07/18/08   Duplicating/Printing/Scanning                    .10
           ATTY # 5254; 1 COPY

07/18/08   Duplicating/Printing/Scanning                    .10
           ATTY # 5254; 1 COPY

07/18/08   Duplicating/Printing/Scanning                    .20
           ATTY # 5254; 2 COPIES

172573  W. R. Grace & Co.                          Invoice Number  1743551
60035  Grand Jury Investigation                    Page    7
August 28, 2008

| | | |
|---|---|---:|
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 102 COPIES | 10.20 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 171 COPIES | 17.10 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 1 COPY | .10 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 4 COPIES | .40 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 3 COPIES | .30 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 2 COPIES | .20 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 1 COPY | .10 |
| 07/18/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 3 COPIES | .30 |
| 07/21/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 109 COPIES | 10.90 |
| 07/21/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 113 COPIES | 11.30 |
| 07/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 181 COPIES | 18.10 |
| 07/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 3 COPIES | .30 |
| 07/21/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 6 COPIES | .60 |
| 07/21/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 4 COPIES | .40 |
| 07/22/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 93 COPIES | 9.30 |
| 07/22/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 270 COPIES | 27.00 |
| 07/22/08 | Duplicating/Printing/Scanning<br>ATTY # 1700; 54 COPIES | 5.40 |

172573 W. R. Grace & Co.                          Invoice Number  1743551
60035  Grand Jury Investigation                   Page    8
August 28, 2008

| 07/22/08 | Duplicating/Printing/Scanning<br>ATTY # 0887; 170 COPIES | 17.00 |
| 07/22/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 118 COPIES | 11.80 |
| 07/22/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 4 COPIES | .40 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 123 COPIES | 12.30 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 124 COPIES | 12.40 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 125 COPIES | 12.50 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 212 COPIES | 21.20 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 6 COPIES | .60 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 6 COPIES | .60 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 5 COPIES | .50 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 4 COPIES | .40 |
| 07/23/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 4 COPIES | .40 |
| 07/24/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 07/24/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 07/24/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 136 COPIES | 13.60 |
| 07/24/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 4 COPIES | .40 |
| 07/24/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 103 COPIES | 10.30 |

172573 W. R. Grace & Co.                          Invoice Number  1743551
60035  Grand Jury Investigation                   Page    9
August 28, 2008


07/24/08    Duplicating/Printing/Scanning                     .80
            ATTY # 7015; 8 COPIES

07/24/08    Duplicating/Printing/Scanning                   36.20
            ATTY # 7015; 362 COPIES

07/24/08    Duplicating/Printing/Scanning                   42.10
            ATTY # 7015; 421 COPIES

07/24/08    Duplicating/Printing/Scanning                   13.50
            ATTY # 4995; 135 COPIES

07/24/08    Courier Service - UPS - Shipped from Reed        6.58
            Smith LLP - Washington to Carol Ward Environ
            International Corp. (ARLINGTON VA 22203).

07/25/08    Duplicating/Printing/Scanning                   14.10
            ATTY # 004995: 141 COPIES

07/25/08    Duplicating/Printing/Scanning                   24.40
            ATTY # 000887: 244 COPIES

07/25/08    Duplicating/Printing/Scanning                     .40
            ATTY # 000887: 4 COPIES

07/25/08    Duplicating/Printing/Scanning                     .40
            ATTY # 004995: 4 COPIES

07/28/08    Duplicating/Printing/Scanning                   14.30
            ATTY # 004995: 143 COPIES

07/28/08    Duplicating/Printing/Scanning                   14.90
            ATTY # 004995: 149 COPIES

07/28/08    Duplicating/Printing/Scanning                   14.90
            ATTY # 004995: 149 COPIES

07/28/08    Duplicating/Printing/Scanning                   83.40
            ATTY # 004995: 834 COPIES

07/28/08    Duplicating/Printing/Scanning                   27.10
            ATTY # 000887: 271 COPIES

07/28/08    Duplicating/Printing/Scanning                     .40
            ATTY # 000887: 4 COPIES

07/28/08    Duplicating/Printing/Scanning                     .40
            ATTY # 000887: 4 COPIES

07/28/08    Duplicating/Printing/Scanning                     .40
            ATTY # 004995: 4 COPIES

172573 W. R. Grace & Co.                    Invoice Number  1743551
60035  Grand Jury Investigation            Page  10
August 28, 2008


07/28/08    Duplicating/Printing/Scanning                    .80
            ATTY # 004995: 8 COPIES

07/28/08    Duplicating/Printing/Scanning                  19.80
            ATTY # 004995: 198 COPIES

07/30/08    Meal Expense - - VENDOR: DOUGLAS E. CAMERON       9.00
            TRAVEL TO WASHINGTON DC FOR MEETING WITH
            EXPERTS 7/23/08 - - One breakfast.

07/30/08    Air Travel Expense - - VENDOR: DOUGLAS E.       741.00
            CAMERON TRAVEL TO WASHINGTON DC FOR MEETING
            WITH EXPERTS 7/23/08 - - one coach-class
            round-trip ticket.

07/30/08    Taxi Expense - - VENDOR: DOUGLAS E. CAMERON      36.00
            TRAVEL TO WASHINGTON DC FOR MEETING WITH
            EXPERTS 7/23/08 - - Taxi travel to/from airport
            in Washington, D.C.

07/30/08    Mileage Expense - - VENDOR: DOUGLAS E. CAMERON   28.08
            TRAVEL TO WASHINGTON DC FOR MEETING WITH
            EXPERTS 7/23/08 - - Travel to/from PIT airport.

07/30/08    Parking/Tolls/Other Transportation - - VENDOR:   20.00
            DOUGLAS E. CAMERON TRAVEL TO WASHINGTON DC FOR
            MEETING WITH EXPERTS 7/23/08 - - Parking at PIT
            airport

07/30/08    General Expense - - VENDOR: DOUGLAS E. CAMERON   24.00
            TRAVEL TO WASHINGTON DC FOR MEETING WITH
            EXPERTS 7/23/08 TICKETING FEE

07/30/08    Duplicating/Printing/Scanning                   16.40
            ATTY # 004995: 164 COPIES

07/30/08    Duplicating/Printing/Scanning                   16.30
            ATTY # 004995: 163 COPIES

07/30/08    Duplicating/Printing/Scanning                   22.10
            ATTY # 004995: 221 COPIES

07/30/08    Duplicating/Printing/Scanning                   22.10
            ATTY # 004995: 221 COPIES

07/30/08    Duplicating/Printing/Scanning                    1.80
            ATTY # 000887: 18 COPIES

07/30/08    Duplicating/Printing/Scanning                    1.80
            ATTY # 000887: 18 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1743551
60035  Grand Jury Investigation                   Page  11
August 28, 2008


07/30/08   Duplicating/Printing/Scanning                      .60
           ATTY # 000887: 6 COPIES

                           CURRENT EXPENSES                2,528.22
                                                        ------------
                  TOTAL BALANCE DUE UPON RECEIPT            $2,528.22
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1743523
One Town Center Road                      Invoice Date      08/28/08
Boca Raton, FL    33486                   Client Number      172573

========================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              511.50
        Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $511.50
                                                      =============