REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    1743523
One Town Center Road               Invoice Date     08/28/08
Boca Raton, FL    33486            Client Number     172573
                                   Matter Number      60026

=================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 07/02/08 | Ament | E-mails re:  7/21/08 hearing in DE (.20); circulate transcript from 6/23/08 hearing to client and working group (.10). | .30 |
| 07/03/08 | Ament | E-mails re: 7/21/08 hearing. | .20 |
| 07/07/08 | Ament | E-mails re: 6/21/08 omnibus hearing (.10); meet with J. Restivo re: same (.10). | .20 |
| 07/14/08 | Ament | E-mails and meet with A. Muha re: motion to expand retention. | .20 |
| 07/14/08 | Muha | Research and e-mails re: opposition to motion to expand scope of Reed Smith's retention in Grace case. | .20 |
| 07/15/08 | Muha | Additional e-mails re: CNO filed for motion to expand scope of Reed Smith's retention in Grace case. | .30 |
| 07/16/08 | Muha | Review hearing agenda re: motion to expand scope of RS retention. | .10 |
| 07/17/08 | Ament | E-mails and meet with A. Muha re: order expanding the scope of retention and employment of Reed Smith LLP as counsel to the debtors. | .10 |

```
172573 W. R. Grace & Co.                      Invoice Number  1743523
60026  Litigation and Litigation Consulting   Page    2
August 28, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 07/21/08 | Ament | Provide team with amended agenda for 7/21/08 hearing (.10); assist D. Cameron with hearing preparation (.20); various e-mails and meetings with D. Cameron and T. Rea re: same (.20). | .50 |
| 07/29/08 | Ament | E-mails with J. Restivo re: 7/21 and 7/22/08 hearing transcripts. | .10 |
| 07/30/08 | Ament | Circulate transcript from 7/22/08 hearing to team. | .10 |

```
                                              ------
                              TOTAL HOURS       2.30
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Muha | 0.60 | at | $ 385.00 | = | 231.00 |
| Sharon A. Ament | 1.70 | at | $ 165.00 | = | 280.50 |

```
                              CURRENT FEES                     511.50


                                                        ------------
                 TOTAL BALANCE DUE UPON RECEIPT           $511.50
                                                        ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1743524
5400 Broken Sound Blvd., N.W.        Invoice Date        08/28/08
Boca Raton, FL 33487                 Client Number        172573

===============================================================================

Re: W. R. Grace & Co.


(60027)  Travel-Nonworking

      Fees                              4,428.00
      Expenses                              0.00

                TOTAL BALANCE DUE UPON RECEIPT       $4,428.00
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number    1743524
5400 Broken Sound Blvd., N.W.        Invoice Date     08/28/08
Boca Raton, FL 33487                 Client Number     172573
                                     Matter Number      60027

==============================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 07/02/08 | Cameron | Return to Pittsburgh from Philadelphia (one-half of non-working time). | 2.10 |
| 07/23/08 | Cameron | Non-working travel to and from Washington, D.C. for expert witness meetings (one-half total time). | 2.80 |
| 07/24/08 | Cameron | Non-working travel to and from Philadelphia for meeting with W. Sparks (one-half time). | 2.30 |

                                                        ------
                                        TOTAL HOURS      7.20


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 7.20 at $ 615.00 = | | 4,428.00 |

                CURRENT FEES                           4,428.00

                                                    ------------
                TOTAL BALANCE DUE UPON RECEIPT        $4,428.00
                                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                    Invoice Number     1743525
5400 Broken Sound Blvd., N.W.                  Invoice Date       08/28/08
Boca Raton, FL 33487                           Client Number        172573

================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

         Fees                      17,077.00
         Expenses                       0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $17,077.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number     1743525
5400 Broken Sound Blvd., N.W.        Invoice Date      08/28/08
Boca Raton, FL 33487                 Client Number       172573
                                     Matter Number        60028

===========================================================================

Re: (60028)   ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 07/01/08 | Cameron | Review e-mails and minutes of settlement. | .70 |
| 07/02/08 | Cameron | Review materials from Canadian counsel. | .90 |
| 07/03/08 | Ament | E-mails re: 7/22/08 hearing. | .20 |
| 07/03/08 | Cameron | E-mails regarding Canadian ZAI claims settlements. | .70 |
| 07/04/08 | Cameron | E-mails regarding Canadian ZAI claims settlement. | .90 |
| 07/07/08 | Ament | E-mails re: 7/22/08 hearing (.10); meet with J. Restivo re: same (.10). | .20 |
| 07/08/08 | Cameron | E-mails regarding Canadian ZAI settlement (0.4); review materials regarding US ZAI claims and e-mails regarding same (0.5). | .90 |
| 07/09/08 | Cameron | E-mails regarding US ZAI claims (0.3); telephone call regarding same (0.2); e-mails regarding Canadian ZAI claims settlement (0.6). | 1.10 |
| 07/09/08 | Restivo | Telephone call with D. Cameron and file review re:  ZAI. | .60 |

172573 W. R. Grace & Co.
60028 ZAI Science Trial
August 28, 2008

Invoice Number  1743525
Page   2

| Date | Name | | Hours |
|------|------|---|-------|
| 07/11/08 | Cameron | E-mails regarding Minutes of Settlement. | .80 |
| 07/12/08 | Cameron | Review Canadian ZAI claims settlement materials. | 1.80 |
| 07/13/08 | Cameron | Review of minutes of settlement and multiple e-mails regarding same. | 1.40 |
| 07/14/08 | Cameron | Attention to ZAI settlement issues. | .80 |
| 07/15/08 | Cameron | Attention to Canadian ZAI claims settlement and US ZAI sale. | 1.70 |
| 07/16/08 | Cameron | Review revised minutes of settlement and e-mails regarding same (1.3); e-mails regarding meeting in Philadelphia (0.2). | 1.50 |
| 07/16/08 | Flatley | With D. Cameron re: Cintani/Egan meeting. | .20 |
| 07/18/08 | Cameron | Attention to e-mails regarding Canadian ZAI claims settlement (0.6); review minutes (0.3). | .90 |
| 07/20/08 | Cameron | Review materials relating to settlement from Canadian counsel (0.9); e-mails regarding same (0.4). | 1.30 |
| 07/21/08 | Cameron | Attention to minutes of settlement and related issues. | .80 |
| 07/22/08 | Cameron | Review Canadian ZAI claims settlement issues. | .70 |
| 07/24/08 | Cameron | Prepare for (0.8) and attend meetings with W. Sparks and witnesses regarding ZAI sales (4.6); follow-up from meeting (0.7). | 6.10 |
| 07/25/08 | Cameron | Telephone call with W. Sparks and R. Finke regarding ZAI meeting (0.4); review materials from hearing (0.4); review notes from meeting (0.7). | 1.50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1743525
60028  ZAI Science Trial                    Page    3
August 28, 2008
```

| Date | Name | | Hours |
|------|------|--|-------|
| 07/27/08 | Cameron | Review materials from ZAI meeting. | .30 |
| 07/30/08 | Cameron | Attention to Canadian ZAI claims settlement. | .80 |
| 07/31/08 | Cameron | Prepare for (0.3) and participate in call re: Canadian ZAI settlement minutes (0.6); follow-up from call (0.3). | 1.20 |

```
                                                          ------
                                      TOTAL HOURS          28.00
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Lawrence E. Flatley | 0.20 | at $ | 620.00 | = | 124.00 |
| Douglas E. Cameron | 26.80 | at $ | 615.00 | = | 16,482.00 |
| James J. Restivo Jr. | 0.60 | at $ | 675.00 | = | 405.00 |
| Sharon A. Ament | 0.40 | at $ | 165.00 | = | 66.00 |

```
              CURRENT FEES                             17,077.00


                                                  ------------
      TOTAL BALANCE DUE UPON RECEIPT               $17,077.00
                                                  ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1743526
5400 Broken Sound Blvd., N.W.           Invoice Date        08/28/08
Boca Raton, FL 33487                    Client Number        172573


==============================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

          Fees                            4,286.50
          Expenses                            0.00

                   TOTAL BALANCE DUE UPON RECEIPT        $4,286.50
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1743526
5400 Broken Sound Blvd., N.W.        Invoice Date        08/28/08
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029


==============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 07/02/08 | Ament | Attend to billing matters (.20); e-mails with D. Cameron and J. Lord re: same (.10). | .30 |
| 07/02/08 | Lord | Research and e-mails with S. Ament re: 27th quarterly order. | .30 |
| 07/08/08 | Ament | E-mails re: billing matters. | .10 |
| 07/14/08 | Muha | Review, analyze and revise expense and fee entry explanations for June 2008 monthly fee application, and research information on expenses for inclusion of additional detail. | 2.60 |
| 07/15/08 | Muha | Review attorney expense report and add detail re: travel expenses to June 2008 fee application. | .30 |
| 07/16/08 | Muha | Multiple e-mails re: Environ invoice, guidelines for hotel charges, and other items relating to fee applications (0.5); attend to related issues re: preparation of June 2008 monthly application (0.6). | 1.10 |
| 07/17/08 | Ament | Attend to billing matters relating to Environ (.30); various e-mails and meetings re: same (.20). | .50 |

172573 W. R. Grace & Co.                          Invoice Number  1743526
60029  Fee Applications-Applicant                 Page    2
August 28, 2008


| Date | Name | | Hours |
|------|------|--|-------|
| 07/18/08 | Ament | Attend to billing matters relating to Environ consulting fees (.40); e-mails and meet with A. Muha re: same (.10). | .50 |
| 07/18/08 | Muha | Review and make additional revisions to June 2008 fee and expense detail. | .50 |
| 07/21/08 | Ament | Attend to billing matters relating to Environ consultant fees. | .10 |
| 07/21/08 | Muha | Continue review and revisions of June 2008 fee and expense entries, and collect information to supplement explanations in detail. | .90 |
| 07/22/08 | Muha | Attend to issues re: expert consultant fees and finalization of June 2008 bills. | .50 |
| 07/23/08 | Ament | Review invoices re: June monthly fee application (.20); e-mails and meet with A. Muha re: same (.20); revisions to invoices relating to expenses (.20); follow-up e-mails re: same (.10); e-mails with A. Muha re: Rockwood invoice (.10). | .80 |
| 07/23/08 | Lord | Research docket and draft CNO to Reed Smith May monthly fee application. | .30 |
| 07/24/08 | Ament | Begin drafting June monthly fee application (.20); begin preparing spreadsheet re: same (.30). | .50 |
| 07/25/08 | Lord | E-file and perfect service of CNO to RS May monthly fee application (.3); correspondence to R. Finke re: same (.1). | .40 |
| 07/26/08 | Ament | Begin calculating fees and expenses relating to June monthly fee application (.80); continue preparing spreadsheet relating to same (.80); continue drafting monthly fee application (.40). | 2.00 |

```
172573 W. R. Grace & Co.                    Invoice Number  1743526
60029 Fee Applications-Applicant            Page   3
August 28, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 07/28/08 | Ament | Continue calculating fees and expenses for June monthly fee application (.50); revisions to 84th monthly fee application (.20); finalize spreadsheet re: same (.20); provide said information to A. Muha for review (.10); meet with A. Muha re: same (.10); revisions to monthly fee application (.10); e-mail 84th monthly fee application, fee and expense detail to J. Lord for DE filing (.10); follow-up e-mails with J. Lord and A. Muha re: same (.10); begin preparing spreadsheet for 29th quarterly fee application (.50). | 1.90 |
| 07/28/08 | Lord | Review and revise Reed Smith June monthly fee application. | .40 |
| 07/28/08 | Muha | Final review and revisions to June 2008 monthly fee application. | .80 |
| 07/29/08 | Ament | E-mails with J. Lord re: 84th monthly fee application and 29th quarterly fee application (.10); attend to billing matters relating to same (.20). | .30 |
| 07/29/08 | Lord | Revise, e-file and perfect service of Reed Smith June monthly fee application. | 1.00 |

```
                                              ------
                                 TOTAL HOURS   16.10
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Andrew J. Muha | 6.70 at $ 385.00 = | | 2,579.50 |
| John B. Lord | 2.40 at $ 230.00 = | | 552.00 |
| Sharon A. Ament | 7.00 at $ 165.00 = | | 1,155.00 |

```
                    CURRENT FEES                       4,286.50


                                              ------------
        TOTAL BALANCE DUE UPON RECEIPT          $4,286.50
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1743527
One Town Center Road                      Invoice Date        08/28/08
Boca Raton, FL    33486                   Client Number        172573


========================================================================

Re: W. R. Grace & Co.


(60030)  Hearings

        Fees                          5,535.00
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $5,535.00
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number    1743527
One Town Center Road                Invoice Date    08/28/08
Boca Raton, FL   33486              Client Number     172573
                                    Matter Number      60030


====================================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2008

      Date   Name                                           Hours
      ------ ----------                                     -----

      07/16/08 Cameron        Review materials for Omnibus      .90
                              Hearing and agenda regarding same.

      07/18/08 Cameron        Review agenda and prepare for    1.00
                              hearing (0.6); e-mails and calls
                              regarding same (0.4).

      07/19/08 Cameron        Review materials for hearing.     .80

      07/21/08 Cameron        Prepare for (0.8) and participate 4.40
                              in portions of omnibus hearing
                              (2.9); follow-up from hearing
                              (0.7).

      07/22/08 Cameron        Participate by telephone in      1.90
                              portions of argument regarding ZAI
                              class action motion.

                                                        ------
                                        TOTAL HOURS       9.00


TIME SUMMARY            Hours        Rate        Value
------------------------  ----------------------  -------
Douglas E. Cameron       9.00 at $  615.00  =  5,535.00

                         CURRENT FEES                 5,535.00


                                            ------------
                  TOTAL BALANCE DUE UPON RECEIPT       $5,535.00
                                            ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    1743528
One Town Center Road                    Invoice Date      08/28/08
Boca Raton, FL    33486                 Client Number       172573

================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                           26,869.50
         Expenses                            0.00

                         TOTAL BALANCE DUE UPON RECEIPT      $26,869.50
                                                            =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                           Invoice Number     1743528
One Town Center Road                       Invoice Date       08/28/08
Boca Raton, FL    33486                    Client Number        172573
                                           Matter Number         60033


===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 07/01/08 | Ament | Assist team with various issues relating to PD claims. | 2.00 |
| 07/01/08 | Cameron | Prepare for July 2, 2008 mediation and review of claimants mediation submissions. | 2.60 |
| 07/01/08 | Restivo | Mediation preparation (1.9); miscellaneous correspondence and emails (0.5). | 2.40 |
| 07/02/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 07/02/08 | Cameron | Prepare for (0.9) and attend mediation (4.0). | 4.90 |
| 07/02/08 | Restivo | Prepare for and participate in mediation before Judge Welsh. | 8.00 |
| 07/03/08 | Ament | Assist team with various issues relating to PD claims. | .70 |
| 07/03/08 | Rea | Follow-up from mediation. | .10 |
| 07/03/08 | Restivo | Agenda items, emails and post-mediation notes. | 1.00 |
| 07/07/08 | Ament | Assist team with various issues relating to PD claims. | .50 |

```
172573 W. R. Grace & Co.                    Invoice Number  1743528
60033  Claim Analysis Objection Resolution  Page   2
       & Estimation (Asbestos)
August 28, 2008
```

| Date | Name | | Hours |
|------|------|------|-------|
| 07/08/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 07/08/08 | Cameron | E-mails regarding traditional PD claims. | .40 |
| 07/08/08 | Restivo | File review:  Speights' Canada cases (0.8); Jameson settlement documents and Solow (0.4); status report on Canada (0.4); emails with Speights (0.2). | 1.80 |
| 07/09/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 07/10/08 | Ament | Assist team with various issues relating to PD claims. | .40 |
| 07/10/08 | Restivo | Telephone call with Speights (0.3); preparation for Canada discussion (0.2). | .50 |
| 07/11/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 07/11/08 | Restivo | Negotiations with Speights. | .80 |
| 07/12/08 | Cameron | Review materials from J. Restivo regarding Speights claims (0.8); review California claims materials (0.8). | 1.60 |
| 07/14/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 07/15/08 | Ament | Assist team with various issues relating to PD claims (.30); e-mail to team re: same (.10). | .40 |
| 07/15/08 | Rea | E-mails re: settlement agreements. | .30 |
| 07/17/08 | Ament | Assist team with various issues relating to PD claims (.30); e-mail to team re: same (.10). | .40 |
| 07/18/08 | Ament | Assist team with various issues relating to PD claims. | .30 |

172573  W. R. Grace & Co.                              Invoice Number  1743528
60033   Claim Analysis Objection Resolution            Page    3
        & Estimation (Asbestos)
August 28, 2008

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 07/21/08 | Ament | Assist team with various issues relating to PD claims (.50); meet with T. Rea re: summary judgment motions (.10). | .60 |
| 07/21/08 | Cameron | Review materials relating to settlements. | .50 |
| 07/21/08 | Rea | Preparation for Omnibus Hearing. | .40 |
| 07/22/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 07/22/08 | Rea | Emails re:  motion for new expert. | .30 |
| 07/23/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 07/23/08 | Restivo | Review of communications received week of 7/14. | 1.00 |
| 07/24/08 | Ament | Assist team with various issues relating to PD claims (.20); access BMC Group database and provide various information to T. Rea per request relating to State of CA, Dept. of General Services proofs of claim (.80). | 1.00 |
| 07/24/08 | Rea | Draft response to motion for expert (2.0); draft motion to approve settlement (1.2). | 3.20 |
| 07/24/08 | Restivo | Telephone call with R. Finke (0.3); emails with J. Baer and D. Cameron (0.4). | .70 |
| 07/25/08 | Rea | Revised motions re: property damage claims. | .50 |
| 07/25/08 | Restivo | Review and approve Response to Mandelberg's motion and draft motion to approve settlements. | .50 |
| 07/27/08 | Cameron | Review status of settlement negotiations. | .40 |
| 07/28/08 | Ament | Assist team with various issues relating to PD claims. | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1743528
60033  Claim Analysis Objection Resolution        Page    4
       (Asbestos)
August 28, 2008

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | | Hours |
|------|------|---|-------|
| 07/29/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 07/29/08 | Cameron | Review material relating to PD settlements (.20); review motion to file expert report (.30). | .50 |
| 07/29/08 | Restivo | Telephone call with R. Finke (0.5); telephone call with D. Speights (0.5); revise status report (0.5). | 1.50 |
| 07/30/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 07/30/08 | Restivo | Telephone conference with Speights. | .60 |
| 07/31/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 07/31/08 | Rea | Revisions to settlement agreements. | 4.40 |
| 07/31/08 | Restivo | Finalize settlement templates for D. Speights' settlements and circulate same (0.8); do Canadian claim analysis (0.9); update status report (0.6); telephone calls with T. Rea and R. Finke (0.5). | 2.80 |

                                                          ------
                                        TOTAL HOURS    51.30

| TIME SUMMARY | Hours | | | Rate | | Value |
|--------------|-------|---|---|------|---|-------|
| Douglas E. Cameron | 10.90 | at | $ | 615.00 | = | 6,703.50 |
| James J. Restivo Jr. | 21.60 | at | $ | 675.00 | = | 14,580.00 |
| Traci Sands Rea | 9.20 | at | $ | 435.00 | = | 4,002.00 |
| Sharon A. Ament | 9.60 | at | $ | 165.00 | = | 1,584.00 |

                        CURRENT FEES                      26,869.50

                                                     ------------
              TOTAL BALANCE DUE UPON RECEIPT          $26,869.50
                                                     ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1743529
One Town Center Road                      Invoice Date      08/28/08
Boca Raton, FL   33486                    Client Number      172573

========================================================================

Re: W. R. Grace & Co.

(60035)  Grand Jury Investigation

        Fees                          202,015.50
        Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT       $202,015.50
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                    Invoice Number    1743529
One Town Center Road               Invoice Date      08/28/08
Boca Raton, FL   33486             Client Number       172573
                                   Matter Number        60035


================================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH JULY 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 07/01/08 | Klapper | Continue review of additional materials for use in expert development and theme development. | 6.40 |
| 07/01/08 | Rutkowski | Review and analyze records for use by state of art expert in criminal trial in MT. | 7.50 |
| 07/01/08 | Sanner | Review of historical documents in connection with preparation of expert for trial. | 7.80 |
| 07/02/08 | Klapper | Continue review of additional materials for use in expert development and theme development. | 5.70 |
| 07/02/08 | Rutkowski | Finalize information for use by expert in criminal trial in MT. | 11.00 |
| 07/02/08 | Rutkowski | Review records from government expert for use by expert in criminal trial in MT. | 1.50 |
| 07/02/08 | Sanner | Continue review of historical documents in connection with preparation of expert for trial. | 8.40 |
| 07/03/08 | Cameron | Review criminal case materials. | .90 |
| 07/03/08 | Klapper | Continue review of additional materials for use in expert development and theme development. | 4.30 |

172573 W. R. Grace & Co.                        Invoice Number  1743529
60035  Grand Jury Investigation                 Page    2
August 28, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 07/03/08 | Rutkowski | Emails with Mr. Klapper, Ms. Sanner regarding trial project. | .40 |
| 07/03/08 | Sanner | Continue review of historical documents, depositions & materials for inclusion in master trial outline (4.8); telephone conference with A. Klapper re same (.4). | 5.20 |
| 07/06/08 | Rutkowski | Review deposition transcripts for use in criminal trial in MT. | 1.70 |
| 07/06/08 | Sanner | Review historical documents for use in connection with preparation of expert witness for trial. | 2.60 |
| 07/07/08 | Klapper | Continue review of additional materials for use in expert development and theme development. | 4.30 |
| 07/07/08 | Rutkowski | Emails with Mr. Klapper, Ms. Sanner regarding expert's Review of documents (.1); edit information for use in criminal trial in MT (.9); review depositions of transcripts for use in criminal trial in MT (5.3). | 6.30 |
| 07/07/08 | Sanner | Continue review of historical documents (3.9); conference with M. Rutkowski re same (.4); email correspondence with A. Klapper re strategy on review (.1). | 4.40 |
| 07/08/08 | Klapper | Work on theme pieces, outlining key regulatory issues for use with experts. | 4.30 |
| 07/08/08 | Rutkowski | Review/analyze summaries of documents for trial outline (7.2); revise information for use in criminal trial in MT (1.1). | 8.30 |
| 07/08/08 | Sanner | Work on review of historical documents for (trial outline). | 7.40 |
| 07/09/08 | Cameron | Review R.J. Lee Group soil report and e-mails regarding same. | .50 |

172573 W. R. Grace & Co.                    Invoice Number  1743529
60035  Grand Jury Investigation             Page    3
August 28, 2008

|   Date   | Name       |                                                                                                                                                                                   | Hours |
| -------- | ---------- | --- | ----- |
| 07/09/08 | Klapper    | Work on theme pieces, outlining key regulatory issues for use with experts. | 5.10 |
| 07/09/08 | Rutkowski  | Review/analyze summaries of documents for trial outline (6.2); revise information for use in criminal trial in MT (1.2). | 7.40 |
| 07/09/08 | Sanner     | Continue review of historical documents (5.2); email and telephone conference with A. Klapper re same (.3). | 5.50 |
| 07/10/08 | Klapper    | Meet with expert to discuss newly received materials from government. | 4.20 |
| 07/10/08 | Rutkowski  | Review/analyze deposition transcripts for trial outline (3.8); revise information for use in criminal trial in MT (1.2); telephone conference with Mr. Klapper, Ms. Sanner regarding trial project (.2). | 5.20 |
| 07/10/08 | Sanner     | Work on historical documents (5.9); conference with M. Rutkowski re same and re project strategy (.2); telephone discussion with A. Klapper and M. Rutkowski re same (.4). | 6.50 |
| 07/11/08 | Cameron    | E-mails regarding expert witness meetings. | .40 |
| 07/11/08 | Klapper    | Draft regulatory outline. | 7.30 |
| 07/11/08 | Rutkowski  | Review/analyze deposition transcripts for criminal trial in MT. | 6.50 |
| 07/11/08 | Sanner     | Continue work on transcript and historical documents for trial outline (4.6); revise earlier segments of same (.8); conference with M. Rutkowski re project strategy (.3). | 5.70 |

```
172573 W. R. Grace & Co.                    Invoice Number  1743529
60035  Grand Jury Investigation             Page   4
August 28, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 07/12/08 | Cameron | Review materials relating to criminal trial preparation for upcoming defense counsel meeting. | 2.00 |
| 07/14/08 | Cameron | Attention to expert work and begin preparation for meeting with K&E trial team. | 1.80 |
| 07/14/08 | Klapper | Finish draft regulatory outline. | 6.80 |
| 07/14/08 | Rutkowski | Revise case information for use in criminal trial in MT (.5); review/analyze trial transcripts for trial project (7.8). | 8.30 |
| 07/14/08 | Sanner | Continue review of trial transcript for trial outline. | 7.70 |
| 07/15/08 | Klapper | Meet with expert regarding regulatory issues. | 4.20 |
| 07/15/08 | Rutkowski | Revise case information for use in that project (2.7); review/analyze trial transcripts for trial project (4.9). | 7.60 |
| 07/15/08 | Sanner | Conference with M. Rutkowski re status (.2); review and revise notes (.5); review special counsel digests and transcript (5.3). | 6.00 |
| 07/15/08 | Taylor-Payne | Continue research and organization of documents for trial period. | .40 |
| 07/16/08 | Klapper | Continue work on historical regulatory project. | 5.40 |
| 07/16/08 | Rutkowski | Conference call re: trial project (.5); discussions with Ms. Sanner and Mr. Klapper regarding status of project (.3); review/analyze trial transcripts for trial project (.5). | 1.30 |
| 07/16/08 | Taylor-Payne | Continue research and organization of documents for trial project. | .50 |
| 07/17/08 | Cameron | Multiple e-mails regarding expert work (0.5); review government response to discovery issues (0.9). | 1.40 |

172573 W. R. Grace & Co.                        Invoice Number  1743529
60035  Grand Jury Investigation                 Page    5
August 28, 2008


| Date | Name | | Hours |
|------|------|---|-------|

| 07/17/08 | Klapper | Continue work on historical regulatory project. | 4.20 |
| 07/17/08 | Rutkowski | Review/analyze trial transcripts for trial project (4.1); revise case information for use in trial project (1.5). | 5.60 |
| 07/17/08 | Sanner | Continue work on historical documents/depositions (6.0); revise earlier segment of same (.9). | 6.90 |
| 07/17/08 | Taylor-Payne | Continue research and organization of documents for trial project. | 1.80 |
| 07/17/08 | Taylor-Payne | Compilation of materials for review by expert witness. | 2.30 |
| 07/18/08 | Klapper | Meet with consultants re various trial issues upon review of additional documents received from government. | 6.50 |
| 07/18/08 | Rutkowski | Review/analyze trial transcripts for trial project (6.2); revise case information for use in trial project (.9). | 7.10 |
| 07/18/08 | Sanner | Continue analysis of historical documents/evidence (5.4); revise earlier segment of same (.7). | 6.70 |
| 07/18/08 | Taylor-Payne | Continue research and organization of documents for trial project. | 4.40 |
| 07/19/08 | Rutkowski | Review/analyze grand jury testimony for use in trial project. | 5.50 |
| 07/20/08 | Cameron | Prepare for meeting with K&E regarding expert work. | 1.90 |
| 07/20/08 | Rutkowski | Review/analyze grand jury testimony for use in trial project (1.8); revise case information for use in trial project (.9). | 2.70 |
| 07/20/08 | Sanner | Review and analyze testimony for inclusion in trial outline. | 1.70 |

172573 W. R. Grace & Co.                          Invoice Number  1743529
60035  Grand Jury Investigation                   Page    6
August 28, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 07/21/08 | Cameron | Preparation for K&E meeting with expert. | 1.10 |
| 07/21/08 | Klapper | Prepare for and attend status conference hearing (3.5); continue prep work for upcoming depositions (4.8). | 8.30 |
| 07/21/08 | Rutkowski | Review/analyze grand jury testimony for use in trial project. | 6.70 |
| 07/21/08 | Sanner | Review and analyze testimony for inclusion in trial outline. | 6.10 |
| 07/21/08 | Taylor-Payne | Continue research and organization of documents for trial project. | 1.60 |
| 07/22/08 | Cameron | Telephone call with R. Finke and prepare for meeting with K&E regarding expert work. | .90 |
| 07/22/08 | Klapper | Confer with expert re regulatory rules. | 2.20 |
| 07/22/08 | Rutkowski | Review/analyze historical documents for use in trial project. | 8.60 |
| 07/22/08 | Sanner | Continue review of evidence to be included in trial outline (6.9); review and revise earlier segment of same (.9); conference with M. Rutkowski re status of same (.3) | 8.10 |
| 07/22/08 | Taylor-Payne | Continue research and organization of documents for trial project. | 1.30 |
| 07/23/08 | Cameron | Prepare for (0.8) and participate in meeting with expert witness and K&E (3.7); follow-up from meeting (0.7). | 5.20 |
| 07/23/08 | Rutkowski | Edit case information for use in trial project (2.1); review/analyze historical documents for use in trial project (6.5). | 8.60 |

172573 W. R. Grace & Co.                    Invoice Number  1743529
60035  Grand Jury Investigation             Page    7
August 28, 2008


     Date   Name                                            Hours
    -------- -----------                                     -----


    07/23/08 Sanner          Continue review of depositions and    7.50
                             related materials (6.7); review
                             and revise earlier segment of
                             trial outline(.8).

    07/23/08 Taylor-Payne    Continue research and organization    1.20
                             of documents for trial project.

    07/24/08 Klapper         Continue review of recently           5.60
                             received materials.

    07/24/08 Rutkowski       Review/analyze historical             5.20
                             documents for use in trial project
                             (4.8); telephone conference with
                             Ms. Sanner, Mr. Klapper regarding
                             particular documents to review for
                             trial project (.4).

    07/24/08 Sanner          Review for evidence to be included    5.30
                             in master trial outline.

    07/25/08 Cameron         Review expert reports.                 .90

    07/25/08 Klapper         Continue review of historical and     4.70
                             regulatory materials recently
                             received.

    07/25/08 Rutkowski       Edit case information for use in      9.70
                             criminal trial in MT (1.5);
                             review/analyze deposition
                             transcripts for trial project
                             (8.2).

    07/25/08 Sanner          Work on materials to be included     3.10
                             in trial outline.

    07/26/08 Cameron         Review of expert reports.            1.40

    07/26/08 Rutkowski       Review/analyze deposition            3.20
                             transcripts for trial project.

    07/27/08 Cameron         Additional review of materials        .60
                             from meeting with K&E.

    07/27/08 Rutkowski       Revise case information for use in     .50
                             criminal trial in MT.

    07/27/08 Sanner          Work on materials to be included     2.10
                             in trial outline.

172573 W. R. Grace & Co.                    Invoice Number  1743529
60035  Grand Jury Investigation             Page    8
August 28, 2008


     Date    Name                                              Hours
     -------- -----------                                       -----

     07/28/08 Klapper         Continue review of historical and   6.30
                              regulatory materials recently
                              received.

     07/28/08 Rutkowski       Revise case information for use in   4.90
                              trial project (4.5); conference
                              call regarding final version of
                              trial project (.4).

     07/28/08 Sanner          Work on review of documents for     7.50
                              use in master trial outline (7.2);
                              conference with M. Rutkowski re
                              strategy on same (.3).

     07/29/08 Klapper         Meet with consultant re science     4.10
                              regulatory issues.

     07/29/08 Rutkowski       Extensive revisions to trial        3.00
                              project.

     07/29/08 Sanner          Review and revise master           6.80
                              evidentiary outline (6.5);
                              conference with M. Rutkowski re
                              strategy on same (.3).

     07/29/08 Taylor-Payne    Continue research and compilation    .20
                              of documents for trial project.

     07/30/08 Cameron         Attention to expert reports.         .90

     07/30/08 Klapper         Finish initial draft of revised     5.50
                              outline.

     07/30/08 Rutkowski       Continue extensive revisions to     8.80
                              trial project.

     07/30/08 Sanner          Work on revising master outline of  7.80
                              evidentiary support (7.2);
                              conference with M. Rutkowski re
                              same (.4); telephone conference
                              with A. Klapper re strategy on
                              same (.2).

     07/31/08 Klapper         Meet with consultants regarding     3.50
                              regulatory issues.

     07/31/08 Rutkowski       Continue extensive revisions to     3.20
                              trial project.

```
172573 W. R. Grace & Co.                    Invoice Number  1743529
60035  Grand Jury Investigation             Page    9
August 28, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 07/31/08 | Sanner | Work on revisions to evidentiary outline. | 2.30 |

```
                                                      ------
                                        TOTAL HOURS   437.90
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Douglas E. Cameron | 19.90 | at $ | 615.00 | = | 12,238.50 |
| Antony B. Klapper | 108.90 | at $ | 575.00 | = | 62,617.50 |
| Margaret L. Sanner | 139.10 | at $ | 445.00 | = | 61,899.50 |
| Margaret Rutkowski | 156.30 | at $ | 400.00 | = | 62,520.00 |
| Jennifer L. Taylor-Payne | 13.70 | at $ | 200.00 | = | 2,740.00 |

```
                       CURRENT FEES                        202,015.50


                                                       ------------
              TOTAL BALANCE DUE UPON RECEIPT             $202,015.50
                                                       ============
```