# EXHIBIT B

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**Objection Deadline: October 22, 2008 at 4:00 p.m.**
**Hearing Date: TBD only if necessary**

### SUMMARY OF APPLICATION OF REED SMITH LLP
### FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
### EXPENSES AS SPECIAL ASBESTOS PRODUCTS LIABILITY DEFENSE
### COUNSEL TO DEBTORS FOR THE EIGHTY-SIXTH MONTHLY INTERIM
### PERIOD FROM AUGUST 1, 2008 THROUGH AUGUST 31, 2008

Name of Applicant:    Reed Smith LLP

Authorized to Provide Professional Services to: W. R. Grace & Co., *et al.*, Debtors and Debtors-in-Possession

Date of Retention:    July 19, 2001, effective as of April 2, 2001

Period for which compensation and reimbursement is sought:    August 1 through August 31, 2008

Amount of fees sought as actual, reasonable and necessary:    $133,508.50

Amount of expenses sought as actual, reasonable and necessary    $25,510.91

This is a(n): X monthly     _ interim     _ final application.

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCKET NO: 19638
DATE: 9/29/08

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 8/28/01 | 4/2/01 through 7/31/01 | $40,583.00 | $356.92 | No objections served on counsel | No objections served on counsel |
| 9/27/01 | 8/1/01 through 8/31/01 | $90,113.00 | $4,048.11 | No objections served on counsel | No objections served on counsel |
| 10/26/01 | 9/1/01 through 9/30/01 | $155,804.00 | $6,971.66 | No objections served on counsel | No objections served on counsel |
| 11/27/01 | 10/1/01 through 10/31/01 | $229,036.50 | $10,314.97 | No objections served on counsel | No objections served on counsel |
| 12/26/01 | 11/1/01 through 11/30/01 | $216,703.50 | $22,667.19 | No objections served on counsel | No objections served on counsel |
| 1/30/02 | 12/1/01 through 12/31/01 | $152,288.00 | $43,025.11 | No objections served on counsel | No objections served on counsel |
| 3/1/02 | 1/1/02 through 1/31/02 | $152,389.50 | $45,525.87 | No objections served on counsel | No objections served on counsel |
| 3/28/02 | 2/1/02 through 2/28/02 | $115,694.50 | $39,388.59 | No objections served on counsel | No objections served on counsel |
| 5/2/02 | 3/1/02 through 3/31/02 | $95,617.50 | $49,224.63 | No objections served on counsel | No objections served on counsel |
| 5/28/02 | 4/1/02 through 4/30/02 | $125,169.50 | $44,498.12 | No objections served on counsel | No objections served on counsel |
| 6/28/02 | 5/1/02 through 5/31/02 | $186,811.50 | $88,641.73 | No objections served on counsel | No objections served on counsel |
| 8/5/02 | 6/1/02 through 6/30/02 | $167,414.75 | $26,462.86 | No objections served on counsel | No objections served on counsel |
| 9/9/02 | 7/1/02 through 7/31/02 | $121,203.75 | $7,897.17 | No objections served on counsel | No objections served on counsel |
| 9/30/02 | 8/1/02 through 8/31/02 | $183,876.75 | $18,631.51 | No objections served on counsel | No objections served on counsel |
| 10/31/02 | 9/1/02 through 9/30/02 | $205,975.00 | $12,810.65 | No objections served on counsel | No objections served on counsel |
| 11/27/02 | 10/1/02 through 10/31/02 | $172,838.75 | $34,384.69 | No objections served on counsel | No objections served on counsel |
| 12/30/02 | 11/1/02 through 11/30/02 | $115,576.00 | $12,630.85 | No objections served on counsel | No objections served on counsel |
| 1/30/03 | 12/1/02 through /31/02 | $36,744.50 | $16,310.05 | No objections served on counsel | No objections served on counsel |
| 3/6/03 | 1/1/03 through 1/31/03 | $123,884.00 | $3,760.28 | No objections served on counsel | No objections served on counsel |
| 4/2/03 | 2/1/03 through 2/28/03 | $233,867.50 | $21,251.46 | No objections served on counsel | No objections served on counsel |
| 5/7/03 | 3/1/03 through 3/31/03 | $124,350.00 | $30,380.42 | No objections served on counsel | No objections served on counsel |
| 6/4/03 | 4/1/03 through 4/30/03 | $223,770.50 | $19,411.28 | No objections served on counsel | No objections served on counsel |
| 7/1/03 | 5/1/03 through 5/31/03 | $190,838.00 | $22,397.08 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 7/31/03 | 6/1/03 through 6/30/03 | $165,837.25 | $18,778.12 | No objections served on counsel | No objections served on counsel |
| 8/29/03 | 7/1/03 through 7/31/03 | $202,033.50 | $13,132.57 | No objections served on counsel | No objections served on counsel |
| 10/2/03 | 8/1/03 through 8/31/03 | $155,275.50 | $5,526.19 | No objections served on counsel | No objections served on counsel |
| 10/28/03 | 9/1/03 through 9/30/03 | $32,877.00 | $5,836.88 | No objections served on counsel | No objections served on counsel |
| 11/28/03 | 10/1/03 through 10/31/03 | $20,656.50 | $3,553.00 | No objections served on counsel | No objections served on counsel |
| 12/29/03 | 11/1/03 through 11/30/03 | $16,642.50 | $352.73 | No objections served on counsel | No objections served on counsel |
| 2/4/04 | 12/1/03 through 12/31/03 | $8,871.00[2] | $1,332.05 | No objections served on counsel | No objections served on counsel |
| 3/10/04 | 1/1/04 through 1/31/04 | $21,531.00 | $85.71 | No objections served on counsel | No objections served on counsel |
| 4/7/04 | 2/1/04 through 2/29/04 | $21,116.00 | $2,537.94 | No objections served on counsel | No objections served on counsel |
| 5/5/04 | 3/1/04 through 3/31/04 | $11,113.00 | $442.16 | No objections served on counsel | No objections served on counsel |
| 6/4/04 | 4/1/04 through 4/30/04 | $16,495.50 | $41.08 | No objections served on counsel | No objections served on counsel |
| 7/1/04 | 5/1/04 through 5/31/04 | $41,085.00 | $2,386.50 | No objections served on counsel | No objections served on counsel |
| 8/2/04 | 6/1/04 through 6/30/04 | $28,692.50 | $725.43 | No objections served on counsel | No objections served on counsel |
| 9/3/04 | 7/1/04 through 7/31/04 | $13,176.50 | $328.55 | No objections served on counsel | No objections served on counsel |
| 10/5/04 | 8/1/04 through 8/31/04 | $11,792.00 | $1,500.03 | No objections served on counsel | No objections served on counsel |
| 10/28/04 | 9/1/04 through 9/30/04 | $22,618.00 | $97.76 | No objections served on counsel | No objections served on counsel |
| 11/29/04 | 10/1/04 through 10/31/04 | $127,040.00 | $2,696.29 | No objections served on counsel | No objections served on counsel |
| 1/7/05 | 11/1/04 through 11/30/04 | $29,207.50 | $1,858.91 | No objections served on counsel | No objections served on counsel |
| 2/9/05 | 12/1/04 through 12/31/04 | $123,722.25 | $2,598.89 | No objections served on counsel | No objections served on counsel |
| 3/1/05 | 1/1/05 through 1/31/05 | $112,761.00 | $3,520.69 | No objections served on counsel | No objections served on counsel |

---

2   Although Reed Smith initially requested $9,795.00 for the December 2003 monthly interim period, it revised its request after discovering an error in its Fee Application for that period, after the Fee Application was filed (and with the advice and consent of the Fee Auditor). The corrected amount requested by Reed Smith for that period is reflected above.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/29/05 | 2/1/05 through 2/28/05 | $40,738.00 | $2,719.01 | No objections served on counsel | No objections served on counsel |
| 4/27/05 | 3/1/05 through 3/31/05 | $22,165.50 | $281.04 | No objections served on counsel | No objections served on counsel |
| 5/31/05 | 4/1/05 through 4/30/05 | $27,745.00 | $373.42 | No objections served on counsel | No objections served on counsel |
| 6/30/05 | 5/1/05 through 5/31/05 | $48,125.50 | $1,444.96 | No objections served on counsel | No objections served on counsel |
| 8/2/05 | 6/1/05 through 6/30/05 | $53,677.50 | $2,901.34 | No objections served on counsel | No objections served on counsel |
| 8/31/05 | 8/1/05 through 8/31/05 | $67,024.00 | $4,443.37 | No objections served on counsel | No objections served on counsel |
| 10/28/05 | 9/1/05 through 9/31/05 | $75,564.50 | $1,333.69 | No objections served on counsel | No objections served on counsel |
| 11/28/05 | 10/1/05 through 10/31/05 | $100,140.00 | $2,209.06 | No objections served on counsel | No objections served on counsel |
| 12/29/05 | 11/1/05 through 11/30/05 | $73,829.00 | $2,476.74 | No objections served on counsel | No objections served on counsel |
| 2/3/06 | 12/1/05 through 12/31/05 | $132,709.00 | $9,322.91 | No objections served on counsel | No objections served on counsel |
| 3/6/06 | 1/1/06 through 1/31/065 | $179,492.75 | $7,814.56 | No objections served on counsel | No objections served on counsel |
| 3/28/06 | 2/1/06 through 2/28/06 | $121,127.50 | $2,113.02 | No objections served on counsel | No objections served on counsel |
| 4/28/06 | 3/1/06 through 3/31/06 | $138,244.50 | $8,928.17 | No objections served on counsel | No objections served on counsel |
| 5/30/06 | 4/1/06 through 4/30/06 | $258,539.00 | $3,990.53 | No objections served on counsel | No objections served on counsel |
| 6/28/06 | 5/1/06 through 5/31/06 | $187,688.50 | $7,066.20 | No objections served on counsel | No objections served on counsel |
| 7/31/06 | 6/1/06 through 6/30/06 | $290,925.50 | $7,211.50 | No objections served on counsel | No objections served on counsel |
| 9/1/06 | 7/1/06 through 7/31/06 | $318,207.00 | $5,751.93 | No objections served on counsel | No objections served on counsel |
| 9/28/06 | 8/1/06 through 8/31/06 | $431,035.00 | $19,258.20 | No objections served on counsel | No objections served on counsel |
| 10/30/06 | 9/1/06 through 9/30/06 | $214,071.00 | $8,718.91 | No objections served on counsel | No objections served on counsel |
| 11/28/06 | 10/1/06 through 10/31/06 | $253,411.00 | $3,957.53 | No objections served on counsel | No objections served on counsel |
| 12/21/06 | 11/1/06 through 11/30/06 | $269,985.00 | $10,276.93 | No objections served on counsel | No objections served on counsel |
| 1/29/07 | 12/1/06 through 12/31/06 | $449,619.00 | $13,006.42 | No objections served on counsel | No objections served on counsel |
| 3/2/07 | 1/1/07 through 1/31/07 | $451,799.50 | $10,807.56 | No objections served on counsel | No objections served on counsel |

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 3/28/07 | 2/1/07 through 2/28/07 | $571,452.50 | $26,064.65 | No objections served on counsel | No objections served on counsel |
| 5/1/07 | 3/1/07 through 3/31/07 | $612,334.00 | $21,618.02 | No objections served on counsel | No objections served on counsel |
| 5/30/07 | 4/1/07 through 4/30/07 | $659,653.00 | $95,262.97 | No objections served on counsel | No objections served on counsel |
| 6/29/07 | 5/1/07 through 5/31/07 | $381,244.00 | $76,304.87 | No objections served on counsel | No objections served on counsel |
| 7/31/07 | 6/1/07 through 6/30/07 | $285,417.50 | $25,072.31 | No objections served on counsel | No objections served on counsel |
| 8/31/07 | 7/1/07 through 7/31/07 | $565,946.00 | $27,996.57 | No objections served on counsel | No objections served on counsel |
| 9/28/07 | 8/1/07 through 8/31/07 | $341,805.00 | $30,377.98 | No objections served on counsel | No objections served on counsel |
| 10/30/07 | 9/1/07 through 9/30/07 | $266,475.00 | $47,419.66 | No objections served on counsel | No objections served on counsel |
| 11/29/07 | 10/1/07 through 10/31/07 | $425,753.50 | $56,702.47 | No objections served on counsel | No objections served on counsel |
| 12/31/07 | 11/1/07 through 11/30/07 | $346,948.50 | $28,452.97 | No objections served on counsel | No objections served on counsel |
| 2/1/08 | 12/1/07 through 12/31/07 | $328,899.50 | $6,684.25 | No objections served on counsel | No objections served on counsel |
| 2/29/08 | 1/1/08 through 1/31/08 | $190,026.50 | $66,680.87 | No objections served on counsel | No objections served on counsel |
| 3/28/08 | 2/1/08 through 2/29/08 | $164,778.50 | $6,812.83 | No objections served on counsel | No objections served on counsel |
| 4/29/08 | 3/1/08 through 3/31/08 | $196,624.00 | $7,770.05 | No objections served on counsel | No objections served on counsel |
| 5/28/08 | 4/1/08 through 4/30/08 | $265,172.00 | $14,840.69 | No objections served on counsel | No objections served on counsel |
| 6/30/08 | 5/1/08 through 5/31/08 | $198,308.50 | $5,407.12 | No objections served on counsel | No objections served on counsel |
| 7/29/08 | 6/1/08 through 6/30/08 | $294,750.00 | $11,846.36 | No objections served on counsel | No objections served on counsel |
| 8/28/08 | 7/1/08 through 7/31/08 | $260,723.00 | $30,905.57 | No objections served on counsel | No objections served on counsel |

As indicated above, this is the eighty-sixth application for monthly interim compensation of services filed with the Bankruptcy Court in the Chapter 11 Cases.

The total time expended for the preparation of this application is approximately 16 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $5,000.00.

The Reed Smith attorneys who rendered professional services in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| James J. Restivo, Jr. | Partner | 37 Years | Litigation | $675.00 | 20.70 | $13,972.50 |
| Douglas E. Cameron | Partner | 24 Years | Litigation | $615.00 | 44.50 | $27,367.50 |
| Antony B. Klapper | Partner | 14 Years | Litigation | $575.00 | 38.60 | $22,195.00 |
| Margaret L. Sanner | Of Counsel | 22 Years | Litigation | $445.00 | 42.30 | $18,823.50 |
| Traci Sands Rea | Partner | 13 Years | Litigation | $435.00 | 12.60 | $5,481.00 |
| Jesse J. Ash | Associate | 7 Years | Litigation | $425.00 | 48.80 | $20,740.00 |
| Margaret E. Rutkowski | Associate | 12 Years | Litigation | $400.00 | 45.70 | $18,280.00 |
| Andrew J. Muha | Associate | 7 Years | Litigation | $385.00 | 5.80 | $2,233.00 |

The paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years in position | Department | Hourly billing rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| John B. Lord | Paralegal | 16 Years | Bankruptcy | $230.00 | 4.80 | $1,104.00 |
| Maureen L. Atkinson | Paralegal | 31 Years | Litigation | $205.00 | .30 | $61.50 |
| Sharon A. Ament | Paralegal | 4 Years | Litigation | $165.00 | 19.70 | $3,250.50 |

**Total Fees:  $133,508.50**


**[REMAINDER OF PAGE LEFT BLANK INTENTIONALLY]**

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Litigation | 2.50 | $412.50 |
| ZAI | 26.60 | $16,173.00 |
| Fee Applications | 23.00 | $5,383.00 |
| Claim Analysis Objection Resolution & Estimation | 46.90 | $25,843.50 |
| Montana Grand Jury Investigation | 184.80 | $85,696.50 |
| **Total** | **283.80** | **$133,508.50** |

## EXPENSE SUMMARY

| Description | Non-ZAI Science Trial | ZAI Science Trial |
|---|---|---|
| Telephone Expense | $3.80 | ---- |
| Telephone – Outside | $257.00 | ---- |
| Telecopy Expense | $27.25 | ---- |
| PACER | $52.32 | ---- |
| IKON Copy Services/Outside Duplicating | $1,004.76 | ---- |
| Duplicating/Printing/Scanning | $317.90 | $8.70 |
| Courier Service - Outside | $98.18 | ---- |
| Consulting Fees | $22,367.36 | ---- |
| Air Travel Expense | $493.50 | ---- |
| Taxi Expense | $66.00 | ---- |
| Parking/Tolls/Other Transportation | $20.00 | ---- |
| Meal Expense | $216.64 | ---- |
| Secretarial Overtime | $577.50 | ---- |
| SUBTOTAL | $25,502.21 | $8.70 |
| **TOTAL** | **$25,510.91** | |

Dated:    September 29, 2008            REED SMITH LLP
          Wilmington, Delaware

                              By: /s/ Kurt F. Gwynne
                                  Kurt F. Gwynne (No. 3951)
                                  1201 Market Street, Suite 1500
                                  Wilmington, DE 19801
                                  Telephone: (302) 778-7500
                                  Facsimile: (302) 778-7575
                                  E-mail: kgwynne@reedsmith.com

                                        and

                                  James J. Restivo, Jr., Esquire
                                  Lawrence E. Flatley, Esquire
                                  Douglas E. Cameron, Esquire
                                  435 Sixth Avenue
                                  Pittsburgh, PA 15219
                                  Telephone: (412) 288-3131
                                  Facsimile: (412) 288-3063

                                  Special Asbestos Products Liability Defense
                                  Counsel

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                      Invoice Number     1755946
One Town Center Road                  Invoice Date       09/26/08
Boca Raton, FL   33486                Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

          Fees                            412.50
          Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $412.50
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1755946
One Town Center Road                      Invoice Date       09/26/08
Boca Raton, FL    33486                   Client Number        172573
                                          Matter Number         60026


========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2008

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 08/04/08 | Ament | Circulate transcript of 7/21/08 hearing to working group. | .20 |
| 08/08/08 | Ament | Telephone call from P. Cuniff of Pachulski re: agenda and hearing binders due on 8/11/08. | .10 |
| 08/11/08 | Ament | Review information received from Pachulski relating to Mian hearing on 9/2/08 and 9/2/08 omnibus hearing (.10); various e-mails and telephone calls with P. Cunniff re: same (.10); update hearing binders for Judge Fitzgerald per request (.30); e-mail to J. O'Neill re: same (.10). | .60 |
| 08/12/08 | Ament | Attend to issues relating to CourtCall for omnibus hearings. | .20 |
| 08/18/08 | Ament | E-mails to P. Cuniff and K. Love re: schedule of omnibus hearings (.10); e-mails re: CourtCall (.10). | .20 |
| 08/19/08 | Ament | E-mails with K. Love of K&E re: 9/2/08 hearing (.10); circulate agenda to working group re: hearing (.10); arrange for D. Cameron to participate in said hearing via CourtCall (.10); follow-up e-mails re: same (.10); e-mails with K. Love re: schedule of omnibus hearings and filing deadlines (.10); arrange for | .70 |

172573 W. R. Grace & Co.                    Invoice Number  1755946
60026  Litigation and Litigation Consulting  Page    2
September 26, 2008

| Date | Name | | Hours |
| ------- | ---------- | --- | ----- |
| | | J. Restivo to participate in 9/2/08 DE hearing telephonically (.10); e-mails with J. Restivo re: same (.10). | |
| 08/20/08 | Ament | E-mails re: 9/2/08 omnibus hearing. | .10 |
| 08/25/08 | Ament | Review e-mail from K&E re: omnibus hearing dates and filing deadlines. | .10 |
| 08/26/08 | Ament | E-mails re: omnibus hearing. | .10 |
| 08/29/08 | Ament | Provide team with amended agenda re: 9/2/08 hearings (.10); e-mails re: same (.10). | .20 |

```
                                                    ------
                                 TOTAL HOURS          2.50
```

| TIME SUMMARY | Hours | Rate | Value |
| ------------------------ | ------ | ----- | ------ |
| Sharon A. Ament | 2.50 at $ 165.00 = | | 412.50 |

CURRENT FEES                                    412.50


                                             ------------
TOTAL BALANCE DUE UPON RECEIPT                    $412.50
                                             ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1755947
5400 Broken Sound Blvd., N.W.        Invoice Date        09/26/08
Boca Raton, FL 33487                 Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

         Fees                          16,173.00
         Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $16,173.00
                                                         =============

```
                        REED SMITH LLP
                         PO Box 360074M
                    Pittsburgh, PA  15251-6074
                      Tax ID# 25-0749630
```

```
W. R. Grace                          Invoice Number    1755947
5400 Broken Sound Blvd., N.W.         Invoice Date     09/26/08
Boca Raton, FL 33487                  Client Number     172573
                                      Matter Number      60028
```

===============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 08/01/08 | Cameron | Telephone call with R. Finke and review of U.S. ZAI materials (.70); review Canadian ZAI settlement materials (.40). | 1.10 |
| 08/07/08 | Cameron | Review Canadian ZAI settlement issues and materials. | .80 |
| 08/08/08 | Cameron | Review materials from R. Finke regarding ZAI claims. | .70 |
| 08/09/08 | Cameron | Continued review of ZAI materials. | 1.10 |
| 08/12/08 | Cameron | Review materials from Canadian counsel regarding Minutes of Settlement and e-mails regarding same. | .90 |
| 08/12/08 | Restivo | Receipt and review of ZAI-related correspondence, emails and reports. | 1.00 |
| 08/13/08 | Cameron | Multiple e-mails and calls regarding Canadian ZAI settlement issues (0.9); review and revise minutes of settlement (0.4). | 1.30 |
| 08/14/08 | Cameron | Additional e-mails and review/revise settlement minutes. | .90 |
| 08/15/08 | Cameron | Attention to Canadian ZAI claims settlement and e-mails regarding same. | .50 |

```
172573 W. R. Grace & Co.                      Invoice Number  1755947
60028  ZAI Science Trial                      Page    2
September 26, 2008
```

| Date | Name | | Hours |
|------|------|---|------|
| 08/20/08 | Restivo | Analysis of ZAI claim forms, Rust protocol, etc. | 1.00 |
| 08/21/08 | Restivo | Review and analysis of ZAI claim form history, protocol and claim forms (1.9) ; prepare for telephone conference (0.6). | 2.50 |
| 08/22/08 | Rea | Reviewed Restivo memo (0.4); preparation for strategy call (0.3). | .70 |
| 08/25/08 | Rea | Strategy conference call and follow-up. | 1.90 |
| 08/25/08 | Restivo | Prepare for and telephone conference with K&E (0.5); report to client (0.6); draft work plan (1.8); receipt of background memos from K&E (0.6). | 3.50 |
| 08/26/08 | Rea | Reviewed ZAI memo materials. | 1.40 |
| 08/26/08 | Restivo | Draft ZAI issues paper (0.6); review BNSF claims (0.6); review legal research memos (0.8). | 2.00 |
| 08/27/08 | Rea | Review of research memos. | 1.30 |
| 08/27/08 | Restivo | Review of legal research memos and emails with K&E. | 1.00 |
| 08/28/08 | Rea | Calls re: settlement agreements. | .30 |
| 08/28/08 | Restivo | Analysis of reports attached to claim forms. | 2.70 |

```
                                           ------
                           TOTAL HOURS     26.60
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 7.30 at $ 615.00 = | | 4,489.50 |
| James J. Restivo Jr. | 13.70 at $ 675.00 = | | 9,247.50 |
| Traci Sands Rea | 5.60 at $ 435.00 = | | 2,436.00 |

```
                CURRENT FEES                           16,173.00

                                                      ------------
```

172573 W. R. Grace & Co.
60028  ZAI Science Trial
September 26, 2008

Invoice Number  1755947
Page    3

TOTAL BALANCE DUE UPON RECEIPT        $16,173.00
                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number    1755948
5400 Broken Sound Blvd., N.W.         Invoice Date      09/26/08
Boca Raton, FL 33487                  Client Number      172573


=================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

           Fees                        5,383.00
           Expenses                        0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $5,383.00
                                                       =============

```
                        REED SMITH LLP
                        PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W. R. Grace                        Invoice Number    1755948
5400 Broken Sound Blvd., N.W.      Invoice Date     09/26/08
Boca Raton, FL 33487               Client Number     172573
                                   Matter Number      60029
```

===========================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 08/01/08 | Ament | Begin drafting 29th quarterly fee application and spreadsheets relating to same. | .50 |
| 08/04/08 | Ament | Respond to e-mail from J. Lord re: quarterly fee application (.10); continue preparation of spreadsheet re: fees and expenses for 29th quarterly fee application (.50); continue drafting summary and narrative re: same (.50). | 1.10 |
| 08/04/08 | Lord | Update 2002 service list for quarterly fee application (.3). | .30 |
| 08/05/08 | Lord | Prepare notice, exhibits and service for upcoming Reed Smith quarterly fee application for the period ending 6/30. | .50 |
| 08/06/08 | Ament | Various e-mails and meetings re: 29th quarterly fee application. | .20 |
| 08/08/08 | Ament | Continue calculating fees and expenses for 29th quarterly fee application (.80); continue drafting 29th quarterly fee application narrative and summary (.50). | 1.30 |
| 08/08/08 | Muha | Begin review and revisions to July 2008 fee and expense detail. | 1.50 |

172573 W. R. Grace & Co.
60029 Fee Applications-Applicant
September 26, 2008

Invoice Number  1755948
Page    2

| Date | Name | | Hours |
|------|------|---|-------|

| 08/11/08 | Ament | Attend to billing matters relating to July monthly fee application (.10); continue calculating fees and expenses and preparing spreadsheet relating to 29th quarterly fee application (.50). | .60 |
| 08/11/08 | Muha | Review and revise fee and expense detail for July 2008 monthly application, including research of expense reports to provide additional information about expense entries. | 1.30 |
| 08/12/08 | Ament | Continue calculating fees and expenses and preparing spreadsheet relating to 29th quarterly fee application (1.0); attend to billing matters relating to Environ consulting fees (.20). | 1.20 |
| 08/12/08 | Muha | E-mail to P. Sanner re: expense entry for August 2008 fee application. | .10 |
| 08/13/08 | Ament | E-mails with A. Muha and J. Lord re: 29th quarterly fee application (.20); complete calculating fees and expenses for same (1.0); complete spreadsheet for same (.30); revisions to narrative and summary of same (.30); provide narrative, summary and spreadsheet to A. Muha for review (.10). | 1.90 |
| 08/13/08 | Lord | Communicate with S. Ament re: quarterly fee application (.1); revise same (.3). | .40 |
| 08/14/08 | Ament | Various e-mails and meetings with A. Muha re: 29th quarterly fee application (.20); finalize summary and narrative for same (.20); e-mail same to J. Lord for DE filing (.10). | .50 |
| 08/14/08 | Lord | Supplement, e-file and perfect service of Reed Smith quarterly fee application. | 1.50 |

172573 W. R. Grace & Co.                      Invoice Number  1755948
60029  Fee Applications-Applicant             Page    3
September 26, 2008


     Date   Name                                            Hours
   -------- -----------                                     -----

   08/14/08 Muha           Make final review and revisions to   1.80
                           29th quarterly fee application
                           materials and review e-mails from
                           S. Ament re: same (1.1); second
                           round of revisions to July 2008
                           monthly fee and expense detail for
                           monthly application (0.7).

   08/18/08 Ament          Attend to billing matters (.30);      .70
                           various e-mails and meet with
                           A. Muha re: same (.20); attend to
                           billing matters relating to
                           consultant fees (.10); meet with
                           A. Muha re: consultant fees (.10).

   08/19/08 Ament          Attend to billing issues relating     .30
                           to consultant fees (.20); various
                           e-mails re: same (.10).

   08/20/08 Ament          Attend to billing matters relating    .10
                           to consultant fees.

   08/22/08 Ament          Meet with A. Muha re: July monthly     .20
                           fee application (.10); attend to
                           billing matters relating to
                           consultant fees (.10).

   08/25/08 Ament          Review and respond to e-mail from      .60
                           J. Lord re: July monthly fee
                           application (.10); review e-mail
                           re: CNO for June monthly fee
                           application (.10); attend to
                           billing matters relating to
                           consultant fees (.10); e-mail to
                           A. Muha re: same (.10); begin
                           drafting July monthly fee
                           application (.20).

   08/25/08 Lord           Research docket and draft CNO to       .70
                           Reed Smith June monthly fee
                           application (.4); e-file and
                           perfect service for same (.2);
                           communicate with S. Ament re: July
                           monthly (.1).

   08/26/08 Ament          Attend to billing matters (.20);       .50
                           various e-mails with D. Cameron
                           and A. Muha re: same (.20); review
                           e-mail from T. Klapper re: July
                           monthly fee application (.10).

172573 W. R. Grace & Co.                          Invoice Number  1755948
60029  Fee Applications-Applicant                 Page    4
September 26, 2008

| Date | Name | | Hours |
|------|------|---|-------|

| 08/27/08 | Ament | Attend to billing matters relating to consultant fees (.10); e-mails re: July monthly fee application (.10). | .20 |
| 08/28/08 | Ament | Attend to billing matters relating to consultant fees (.10); review invoices received relating to July monthly fee application (.20); calculate fees and expenses for same (.80); prepare spreadsheet re: same (.50); revisions to fee application (.30); e-mail same to A. Muha for review (.10); finalize and e-mail to J. Lord for DE filing (.20). | 2.20 |
| 08/28/08 | Lord | Revise, e-file and perfect service of Reed Smith July monthly fee application. | 1.40 |
| 08/28/08 | Muha | Make final review of and changes to July 2008 monthly application, and multiple e-mails to/from S. Ament re: same. | 1.10 |
| 08/29/08 | Ament | Attend to billing matters (.20); e-mails re: same (.10). | .30 |

                                                           ------
                                      TOTAL HOURS   23.00


| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| Andrew J. Muha | 5.80 | at $ | 385.00 | = | 2,233.00 |
| John B. Lord | 4.80 | at $ | 230.00 | = | 1,104.00 |
| Sharon A. Ament | 12.40 | at $ | 165.00 | = | 2,046.00 |

                 CURRENT FEES                      5,383.00


                                                  ------------
        TOTAL BALANCE DUE UPON RECEIPT             $5,383.00
                                                  ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                     Invoice Number    1755949
One Town Center Road                 Invoice Date      09/26/08
Boca Raton, FL    33486              Client Number      172573

================================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

          Fees                          25,843.50
          Expenses                           0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $25,843.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number    1755949
One Town Center Road               Invoice Date      09/26/08
Boca Raton, FL   33486             Client Number      172573
                                   Matter Number       60033

================================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 08/01/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 08/01/08 | Restivo | Telephone calls and emails with D. Speights and R. Finke. | .60 |
| 08/02/08 | Cameron | Attention to settlement agreement issues (.80); attention to State of California Motion for expert report (.40). | 1.20 |
| 08/04/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 08/05/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 08/05/08 | Cameron | Review draft response to motion and e-mail re: same. | .60 |
| 08/05/08 | Rea | E-mails re: California motion. | .30 |
| 08/06/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/06/08 | Rea | Revised response to California motion. | .90 |
| 08/07/08 | Ament | Assist team with various issues relating to PD claims. | .10 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
September 26, 2008

Invoice Number  1755949
Page   2

| Date | Name | | Hours |
|------|------|------|-------|
| 08/08/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 08/08/08 | Rea | Filed response to DGS motion. | .50 |
| 08/11/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 08/11/08 | Rea | Work on revised settlement agreement. | .30 |
| 08/11/08 | Restivo | Telephone calls with D. Speights, T. Rea and D. Cameron re: settlement drafts and Canada claim. | .50 |
| 08/12/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 08/12/08 | Rea | Revisions to settlement agreements. | 2.00 |
| 08/12/08 | Restivo | Finalization of settlement papers for various Speights' settlements (0.8); negotiations with Speights (0.8); review Omnibus Transcript (0.8). | 2.40 |
| 08/13/08 | Cameron | Attention to proofs of claim issues. | .90 |
| 08/13/08 | Rea | E-mails re: property settlement; correspondence re: proof of claims. | .70 |
| 08/14/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 08/14/08 | Cameron | Attention to proof of claim issues. | 1.30 |
| 08/15/08 | Cameron | Attention to proof of claim issues. | .50 |
| 08/17/08 | Cameron | Attention to current status of claims and settlement issues. | 1.10 |
| 08/18/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 08/18/08 | Cameron | Review proof of claim issues. | .50 |
| 08/19/08 | Cameron | Review proof of claims. | .70 |

172573 W. R. Grace & Co.                          Invoice Number  1755949
60033  Claim Analysis Objection Resolution        Page    3
        & Estimation (Asbestos)
September 26, 2008


    Date   Name                                              Hours
    -------- -----------                                     -----

    08/19/08 Rea          Attend to filing of Settlement        .40
                          Motion.

    08/19/08 Restivo      Review status of Speights/Brandi      .50
                          settlements and agreements
                          relating thereto (0.2); receipt
                          and review of Omnibus Agenda (0.3).

    08/20/08 Ament        Assist team with various issues       .40
                          relating to PD claims (.30);
                          e-mail to team re: same (.10).

    08/20/08 Cameron      Review materials from K&E             .90
                          regarding proof of claim forms.

    08/20/08 Rea          Revisions to and circulation of       .80
                          property damage settlement
                          agreements.

    08/20/08 Restivo      Finalization and execution of        1.00
                          Children's Hospital, Bayshore,
                          CSU, UC and Pacific Freeholds
                          settlements.

    08/21/08 Ament        Assist team with various issues       .10
                          relating to PD claims.

    08/21/08 Cameron      Review materials from J. Restivo     2.40
                          and K&E regarding proof of claim
                          forms (1.9); begin to prepare for
                          call (0.5).

    08/22/08 Ament        Assist team with various issues       .20
                          relating to PD claims.

    08/22/08 Cameron      Review settlement agreement issues   1.70
                          and telephone call with R. Finke
                          regarding same (0.6); review
                          materials for call regarding proof
                          of claims (1.1).

    08/22/08 Rea          Status update to Grace re:            .50
                          property damage settlements.

    08/23/08 Cameron      Follow-up from calls and e-mails      .70
                          regarding settlement issues.

    08/24/08 Cameron      Prepare for conference call with     1.20
                          Grace and K&E.

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
September 26, 2008

Invoice Number  1755949
Page   4

| Date | Name | | Hours |
|------|------|------|-------|
| 08/25/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/25/08 | Cameron | Prepare for (1.1) and participate in conference call regarding objections and proofs of claim (0.8); follow-up from call and review of expert reports, memos and legal research relating to ZAI claims (2.8). | 4.70 |
| 08/25/08 | Rea | Call re: property damage settlements. | .20 |
| 08/25/08 | Restivo | Negotiations with D. Speights and report to client (0.7); prepare for Omnibus Hearing (0.8). | 1.50 |
| 08/26/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10). | .30 |
| 08/26/08 | Cameron | Review and revise Reed Smith summary of issues for claim form objections (1.2); review expert reports from ZAI proceedings (1.1); attention to materials received from K&E (1.6). | 3.90 |
| 08/26/08 | Rea | Call re: property damage settlements. | .30 |
| 08/26/08 | Restivo | Telephone conference with Campbell and Levine re:  P.D. settlements (0.3); emails with Speights (0.2). | .50 |
| 08/27/08 | Ament | Assist team with various issues relating to PD claims (.30); e-mail to team re: same (.10). | .40 |
| 08/27/08 | Cameron | Review materials from K&E (Bernick and Esayian) (1.4); attention to status of settlement issues (0.9). | 2.30 |
| 08/28/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 08/28/08 | Cameron | Attention to proof of claims form issues and emails/memos re: same. | 1.90 |

172573 W. R. Grace & Co.                          Invoice Number  1755949
60033  Claim Analysis Objection Resolution        Page   5
       & Estimation (Asbestos)
September 26, 2008

| Date | Name | | Hours |
|------|------|--|-------|

| 08/29/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 08/29/08 | Rea | Review of settlement agreements. | .10 |
| 08/30/08 | Cameron | Attention to legal research. | .90 |
| 08/31/08 | Cameron | Review status of settlements. | .70 |

                                          TOTAL HOURS   46.90

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Douglas E. Cameron | 28.10 | at $ | 615.00 | = | 17,281.50 |
| James J. Restivo Jr. | 7.00 | at $ | 675.00 | = | 4,725.00 |
| Traci Sands Rea | 7.00 | at $ | 435.00 | = | 3,045.00 |
| Sharon A. Ament | 4.80 | at $ | 165.00 | = | 792.00 |

                CURRENT FEES                          25,843.50


                TOTAL BALANCE DUE UPON RECEIPT        $25,843.50
                                                     =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1755950
One Town Center Road                    Invoice Date        09/26/08
Boca Raton, FL    33486                 Client Number        172573

================================================================================

Re: W. R. Grace & Co.

(60035)  Grand Jury Investigation

         Fees                            85,696.50
         Expenses                             0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $85,696.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number     1755950
One Town Center Road                    Invoice Date      09/26/08
Boca Raton, FL    33486                 Client Number      172573
                                        Matter Number       60035

====================================================================

Re: (60035)  Grand Jury Instigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH AUGUST 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 07/07/08 | Rutkowski | Emails with Mr. Klapper, Ms. Sanner regarding expert's review of documents (.1); edit information for use in criminal trial in MT (.9); review deposition of transcripts for use in criminal trial in MT (5.3). | 6.30 |
| 08/01/08 | Klapper | Review initial historical analysis done by P. Sanner and M. Rutkowski, providing comments and feedback. | 2.30 |
| 08/01/08 | Rutkowski | Extensive revisions to modules outline for use by company story expert in criminal trial in MT. | 6.80 |
| 08/01/08 | Sanner | Work on revisions to evidentiary support for company story trial module project (7.9); conference with M. Rutkowski re strategy on same (.4). | 8.30 |
| 08/02/08 | Sanner | Continue work on evidentiary outline for company story trial module. | 10.80 |
| 08/03/08 | Cameron | Attention to criminal case expert reports. | 1.70 |
| 08/03/08 | Rutkowski | Extensive revisions to modules outline for use by company story expert in criminal trial in MT. | 8.10 |

172573 W. R. Grace & Co.                          Invoice Number  1755950
60035  Grand Jury Investigation                   Page    2
September 26, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 08/04/08 | Klapper | Continue review of additional key historical and regulatory materials, reviewing work product from M. Sanner and M. Rutkowski. | 3.40 |
| 08/04/08 | Rutkowski | Extensive revisions to modules outline for use by company story expert in criminal trial in MT. | 11.30 |
| 08/04/08 | Sanner | Review and revise evidentiary outline for use in company story trial modules. | 7.50 |
| 08/05/08 | Klapper | Continue review of additional key historical and regulatory materials, reviewing work product from M. Sanner and M. Rutkowski. | 1.90 |
| 08/05/08 | Rutkowski | Extensive revisions to modules outline for use by company story expert in criminal trial in MT (4.2); revisions to listing document of samplings from expansion plants (4.2); emails and telephone calls with Ms. Sanner regarding information for outline (0.2). | 8.60 |
| 08/05/08 | Sanner | Review and revise evidentiary outline for use in company story trial modules. | 7.70 |
| 08/06/08 | Rutkowski | Extensive revisions to modules outline for use by company story expert in criminal trial in MT (1.4); editing to listing document of samplings from expansion plants (1.4); emails/telephone calls with Ms. Sanner regarding information for modules outline (0.3). | 3.10 |
| 08/06/08 | Sanner | Review and revise evidentiary outline for use in company story trial modules. | 4.70 |
| 08/07/08 | Atkinson | Per request from T. Stansbury, review files search for expert report , and send e-mail to D. Cameron re: same. | .30 |

172573 W. R. Grace & Co.                        Invoice Number  1755950
60035  Grand Jury Investigation                 Page    3
September 26, 2008

|    Date    | Name       |                                                    | Hours |
| --------- | ---------- | --- | ----- |
| 08/07/08 | Cameron    | Review materials from R.J. Lee Group.                            | .80  |
| 08/07/08 | Klapper    | Review key historical and regulatory materials with consultant, modifying working direct outline accordingly. | 6.30 |
| 08/07/08 | Rutkowski  | Finalize edits to extensive outline for company story witness and send to Mr. Klapper. | 1.50 |
| 08/07/08 | Sanner     | Revise and revise outline segment for use in company story trial module. | 3.30 |
| 08/10/08 | Cameron    | Attention to criminal case expert reports.                       | .80  |
| 08/11/08 | Klapper    | Continue review of regulatory materials for discussion with consultant. | 4.20 |
| 08/12/08 | Klapper    | Continue review of regulatory materials for discussion with consultant. | 3.70 |
| 08/13/08 | Ash        | Review W.R. Grace regulatory requirements outline in preparation for trial. | 1.20 |
| 08/13/08 | Klapper    | Finish review of additional regulatory materials for discussion with consultant and inclusion in topic outline generated by Kirkland. | 5.40 |
| 08/14/08 | Cameron    | Attention to expert work.                                        | 1.60 |
| 08/14/08 | Klapper    | Prepare for meeting with expert on regulatory issues.            | 1.40 |
| 08/15/08 | Klapper    | Prepare for and participate in meeting with expert on regulatory issues. | 5.40 |
| 08/16/08 | Cameron    | Attention to expert work.                                        | .80  |
| 08/18/08 | Ash        | Analyze regulatory requirements in preparation for trial.        | 6.50 |

172573 W. R. Grace & Co.                          Invoice Number  1755950
60035  Grand Jury Investigation                   Page    4
September 26, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 08/19/08 | Ash | Continue analyzing regulatory requirements in preparation for trial. | 6.80 |
| 08/20/08 | Ash | Continue analyzing regulatory requirements in preparation for trial. | 5.50 |
| 08/22/08 | Cameron | E-mails regarding expert work in criminal case (0.4); revise notes of meeting (0.5). | .90 |
| 08/23/08 | Cameron | Review expert witness work. | .90 |
| 08/25/08 | Ash | Analyze regulatory requirements in preparation for trial. | 6.50 |
| 08/25/08 | Cameron | Review expert work and e-mails regarding same. | .80 |
| 08/25/08 | Klapper | Work on addressing questions re regulatory requirements outlined by E. Ahern. | 4.60 |
| 08/26/08 | Ash | Analyze regulatory requirements in preparation for trial. | 5.80 |
| 08/27/08 | Ash | Analyze regulatory requirements in preparation for trial. | 5.50 |
| 08/28/08 | Ash | Analyze regulatory requirements in preparation for trial. | 6.50 |
| 08/28/08 | Cameron | Review materials relating to expert work. | .80 |
| 08/29/08 | Ash | Analyze regulatory requirements in preparation for trial. | 4.50 |

                                                           ------
                                        TOTAL HOURS    184.80

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Douglas E. Cameron | 9.10 | at $ | 615.00 | = | 5,596.50 |
| Antony B. Klapper | 38.60 | at $ | 575.00 | = | 22,195.00 |
| Margaret L. Sanner | 42.30 | at $ | 445.00 | = | 18,823.50 |
| Jesse J. Ash | 48.80 | at $ | 425.00 | = | 20,740.00 |
| Margaret Rutkowski | 45.70 | at $ | 400.00 | = | 18,280.00 |
| Maureen L. Atkinson | 0.30 | at $ | 205.00 | = | 61.50 |

172573 W. R. Grace & Co.                    Invoice Number  1755950
60035  Grand Jury Investigation             Page    5
September 26, 2008


                        CURRENT FEES                    85,696.50


                                                        ------------
                        TOTAL BALANCE DUE UPON RECEIPT   $85,696.50
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                           Invoice Number      1755986
One Town Center Road                       Invoice Date       09/26/08
Boca Raton, FL    33486                    Client Number       172573

======================================================================

Re: W. R. Grace & Co.

(60026)  Litigation and Litigation Consulting

          Fees                              0.00
          Expenses                     23,678.66

                    TOTAL BALANCE DUE UPON RECEIPT      $23,678.66
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number        1755986
One Town Center Road                      Invoice Date          09/26/08
Boca Raton, FL    33486                   Client Number          172573
                                          Matter Number           60026

================================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        IKON Copy Services                    1,004.76
        PACER                                    19.44
        Duplicating/Printing/Scanning           30.10
        Consulting Fees                      22,367.36
        Telephone - Outside                     257.00

                CURRENT EXPENSES                             23,678.66
                                                           -------------

                TOTAL BALANCE DUE UPON RECEIPT             $23,678.66
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number     1755986 |
| One Town Center Road | Invoice Date      09/26/08 |
| Boca Raton, FL    33486 | Client Number      172573 |
| | Matter Number       60026 |

================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 07/02/08 | PACER | 3.68 |
| 07/07/08 | PACER | .80 |
| 07/21/08 | PACER | .32 |
| 07/21/08 | PACER | .32 |
| 07/28/08 | PACER | 2.00 |
| 07/28/08 | PACER | 12.32 |
| 08/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 48 COPIES | 4.80 |
| 08/07/08 | IKON Copy Services - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC.<br>COPYING | 35.10 |
| 08/08/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 5 COPIES | .50 |
| 08/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |
| 08/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 08/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 08/14/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 31 COPIES | 3.10 |

172573 W. R. Grace & Co.                          Invoice Number  1755986
60026  Litigation and Litigation Consulting       Page    2
September 26, 2008

| 08/14/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 2 COPIES | .20 |
|---|---|---|
| 08/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 30 COPIES | 3.00 |
| 08/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 1 COPY | .10 |
| 08/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/18/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 3 COPIES | .30 |
| 08/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/21/08 | Telephone - Outside - - VENDOR: JAMES J.<br>RESTIVO, JR. W.R. GRACE COURT CALL FOR OMNIBUS<br>HEARING 6/23/08 | 57.50 |
| 08/25/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 7 COPIES | .70 |
| 08/25/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 14 COPIES | 1.40 |
| 08/26/08 | IKON Copy Services - - COPYING AND POSTAGE FOR<br>SERVICE OF QUARTERLY FEE APPLICATION. | 550.75 |
| 08/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 08/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 2 COPIES | .20 |
| 08/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 13 COPIES | 1.30 |
| 08/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 78 COPIES | 7.80 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
September 26, 2008

Invoice Number  1755986
Page   3

| | | |
|---|---|---|
| 08/27/08 | Telephone - Outside - - VENDOR: DOUGLAS E. CAMERON W.R. GRACE - TELEPHONE CHARGES FOR PARTICIPATION IN OMNIBUS HEARINGS (COURT CALL ID'S 2286268; 2291172) | 199.50 |
| 08/28/08 | IKON Copy Services - -- COPYING AND POSTAGE FOR SERVICE OF QUARTERLY FEE APPLICATION. | 418.91 |
| 09/22/08 | Consulting Fees - - VENDOR: ENVIRON INT'L CORPORATION  - CONSULTANT FEES FOR WORK ON GRAND JURY MATTER AND RELATED ISSUES AGAINST W.R. GRACE FOR AUGUST, 2008 | 22367.36 |

CURRENT EXPENSES                  23,678.66
                        ------------

TOTAL BALANCE DUE UPON RECEIPT     $23,678.66
                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number     1755987
5400 Broken Sound Blvd., N.W.        Invoice Date       09/26/08
Boca Raton, FL 33487                 Client Number        172573


===============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                          0.00
        Expenses                      8.70

                  TOTAL BALANCE DUE UPON RECEIPT        $8.70
                                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace
5400 Broken Sound Blvd., N.W.
Boca Raton, FL 33487

| | |
|---|---|
| Invoice Number | 1755987 |
| Invoice Date | 09/26/08 |
| Client Number | 172573 |
| Matter Number | 60028 |

=================================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

Duplicating/Printing/Scanning                8.70

CURRENT EXPENSES                8.70
                                        --------------

TOTAL BALANCE DUE UPON RECEIPT          $8.70
                                        ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number      1755987
5400 Broken Sound Blvd., N.W.         Invoice Date       09/26/08
Boca Raton, FL 33487                  Client Number        172573
                                      Matter Number         60028


========================================================================

Re: (60028)  ZAI Science Trial


          FOR COSTS ADVANCED AND EXPENSES INCURRED:

          08/12/08   Duplicating/Printing/Scanning              .10
                     ATTY # 000349: 1 COPY

          08/12/08   Duplicating/Printing/Scanning              .90
                     ATTY # 000349: 9 COPIES

          08/12/08   Duplicating/Printing/Scanning              .80
                     ATTY # 000349: 8 COPIES

          08/12/08   Duplicating/Printing/Scanning              .80
                     ATTY # 000349: 8 COPIES

          08/12/08   Duplicating/Printing/Scanning              .80
                     ATTY # 000349: 8 COPIES

          08/18/08   Duplicating/Printing/Scanning              .10
                     ATTY # 000349: 1 COPY

          08/18/08   Duplicating/Printing/Scanning              .10
                     ATTY # 000349: 1 COPY

          08/21/08   Duplicating/Printing/Scanning              .60
                     ATTY # 000349: 6 COPIES

          08/21/08   Duplicating/Printing/Scanning              .40
                     ATTY # 000349: 4 COPIES

          08/21/08   Duplicating/Printing/Scanning              .20
                     ATTY # 000349: 2 COPIES

          08/21/08   Duplicating/Printing/Scanning              .20
                     ATTY # 000349: 2 COPIES

          08/21/08   Duplicating/Printing/Scanning              .20
                     ATTY # 000349: 2 COPIES

172573 W. R. Grace & Co.
60028  ZAI Science Trial
September 26, 2008

Invoice Number  1755987
Page    2

| 08/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 08/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 08/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 08/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 08/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 08/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 08/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 4 COPIES | .40 |
| 08/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 08/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 08/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |
| 08/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 3 COPIES | .30 |

CURRENT EXPENSES                         8.70
                                   ------------
TOTAL BALANCE DUE UPON RECEIPT          $8.70
                                   =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                    Invoice Number      1755990
One Town Center Road                Invoice Date      09/26/08
Boca Raton, FL    33486             Client Number       172573

=================================================================================

Re: W. R. Grace & Co.


(60033)   Claim Analysis Objection Resolution & Estimation
          (Asbestos)

          Fees                          0.00
          Expenses                    868.02

                    TOTAL BALANCE DUE UPON RECEIPT        $868.02
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1755990
One Town Center Road                    Invoice Date        09/26/08
Boca Raton, FL   33486                  Client Number        172573
                                        Matter Number         60033

===============================================================================

Re:  Claim Analysis Objection Resolution & Estimation
     (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        3.80
        PACER                                   32.88
        Duplicating/Printing/Scanning           35.20
        Parking/Tolls/Other Transportation      20.00
        Air Travel Expense                     493.50
        Taxi Expense                            66.00
        Meal Expense                           216.64

                    CURRENT EXPENSES                        868.02
                                                        -------------

                TOTAL BALANCE DUE UPON RECEIPT          $868.02
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1755990
One Town Center Road                      Invoice Date       09/26/08
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60033

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 07/02/08 | PACER | 2.72 |
| 07/31/08 | PACER | 30.16 |
| 07/31/08 | Meal Expense Chefs Market Catering (Philadelphia) - - LUNCH FOR 7 DURING MEETING WITH CLIENT, CO-COUNSEL AND WITNESSES ON 7/24/08. | 216.64 |
| 08/01/08 | Telephone Expense 561-362-1533/BOCA RATON, FL/2 | .10 |
| 08/01/08 | Telephone Expense 561-362-1533/BOCA RATON, FL/13 | .65 |
| 08/05/08 | Duplicating/Printing/Scanning ATTY # 0559; 4 COPIES | .40 |
| 08/07/08 | Duplicating/Printing/Scanning ATTY # 0559; 9 COPIES | .90 |
| 08/08/08 | Duplicating/Printing/Scanning ATTY # 1398; 11 COPIES | 1.10 |
| 08/08/08 | Duplicating/Printing/Scanning ATTY # 4810; 20 COPIES | 2.00 |
| 08/11/08 | Duplicating/Printing/Scanning ATTY # 0559; 7 COPIES | .70 |
| 08/12/08 | Duplicating/Printing/Scanning ATTY # 0349; 2 COPIES | .20 |

172573 W. R. Grace & Co.                              Invoice Number  1755990
60033  Claim Analysis Objection Resolution           Page    2
       & Estimation (Asbestos)
September 26, 2008


08/12/08    Duplicating/Printing/Scanning                      .10
            ATTY # 0349; 1 COPY

08/12/08    Telephone Expense                                  .15
            803-943-4444/HAMPTON, SC/4

08/12/08    Duplicating/Printing/Scanning                      .30
            ATTY # 000349: 3 COPIES

08/12/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000349: 1 COPY

08/12/08    Duplicating/Printing/Scanning                      .50
            ATTY # 000349: 5 COPIES

08/12/08    Duplicating/Printing/Scanning                      .10
            ATTY # 000349: 1 COPY

08/12/08    Duplicating/Printing/Scanning                      .30
            ATTY # 000349: 3 COPIES

08/13/08    Telephone Expense                                 1.90
            416-204-6285/TORONTO, ON/19

08/18/08    Duplicating/Printing/Scanning                      .40
            ATTY # 0559; 4 COPIES

08/19/08    Duplicating/Printing/Scanning                      .90
            ATTY # 4810; 9 COPIES

08/20/08    Duplicating/Printing/Scanning                     4.70
            ATTY # 4810; 47 COPIES

08/20/08    Duplicating/Printing/Scanning                      .60
            ATTY # 4810; 6 COPIES

08/20/08    Duplicating/Printing/Scanning                     5.20
            ATTY # 1398; 52 COPIES

08/20/08    Duplicating/Printing/Scanning                     2.40
            ATTY # 1398; 24 COPIES

08/21/08    Air Travel Expense - - VENDOR: JAMES J.          493.50
            RESTIVO, JR. GRACE MEDIATION HEARING IN PHL
            7/2/08 - - ROUND -TRIP COACH CLASS AIRFARE
            BETWEEN PIT AND PHL.

08/21/08    Taxi Expense - - VENDOR: JAMES J. RESTIVO, JR.    66.00
            GRACE MEDIATION HEARING IN PHL 7/2/08 - - CAB
            FARE TO/FROM PHL AIRPORT.

172573 W. R. Grace & Co.                      Invoice Number  1755990
60033  Claim Analysis Objection Resolution    Page    3
        & Estimation (Asbestos)
September 26, 2008


08/21/08   Parking/Tolls/Other Transportation - - JAMES J.      20.00
           RESTIVO, JR. GRACE MEDIATION HEARING IN PHL
           7/2/08 - - PARKING AT PIT AIRPORT.

08/25/08   Duplicating/Printing/Scanning                         2.70
           ATTY # 0559; 27 COPIES

08/25/08   Telephone Expense                                     1.00
           410-531-4355/COLUMBIA, MD/20

08/26/08   Duplicating/Printing/Scanning                          .80
           ATTY # 0559; 8 COPIES

08/26/08   Duplicating/Printing/Scanning                         8.10
           ATTY # 0559; 81 COPIES

08/26/08   Duplicating/Printing/Scanning                         2.30
           ATTY # 4810; 23 COPIES

08/26/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000349: 1 COPY

08/27/08   Duplicating/Printing/Scanning                          .30
           ATTY # 0559; 3 COPIES

                            CURRENT EXPENSES              868.02
                                                      ------------
                     TOTAL BALANCE DUE UPON RECEIPT      $868.02
                                                      ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                        Invoice Number    1755991
One Town Center Road                    Invoice Date      09/26/08
Boca Raton, FL    33486                 Client Number      172573


==============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

        Fees                                0.00
        Expenses                          955.53

                    TOTAL BALANCE DUE UPON RECEIPT        $955.53
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1755991 |
| Invoice Date | 09/26/08 |
| Client Number | 172573 |
| Matter Number | 60035 |

=================================================================================

Re: Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---:|
| Telecopy Expense | 27.25 |
| Duplicating/Printing/Scanning | 252.60 |
| Courier Service - Outside | 98.18 |
| Secretarial Overtime | 577.50 |

CURRENT EXPENSES                   955.53
                                  -------------

TOTAL BALANCE DUE UPON RECEIPT     $955.53
                                  =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number    1755991
One Town Center Road                      Invoice Date     09/26/08
Boca Raton, FL   33486                    Client Number     172573
                                          Matter Number      60035


=============================================================================

Re: (60035)  Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---:|
| 08/01/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 12 COPIES | 1.20 |
| 08/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 145 COPIES | 14.50 |
| 08/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 170 COPIES | 17.00 |
| 08/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 64 COPIES | 6.40 |
| 08/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 3 COPIES | .30 |
| 08/01/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 3 COPIES | .30 |
| 08/01/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 12 COPIES | 1.20 |
| 08/02/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 136 COPIES | 13.60 |
| 08/03/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 113 COPIES | 11.30 |
| 08/03/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 77 COPIES | 7.70 |
| 08/04/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 113 COPIES | 11.30 |
| 08/04/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 3 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1755991
60035  Grand Jury Investigation                   Page    2
September 26, 2008

| Date | Description | Amount |
|---|---|---|
| 08/04/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 38 COPIES | 3.80 |
| 08/04/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 37 COPIES | 3.70 |
| 08/04/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 109 COPIES | 10.90 |
| 08/04/08 | Secretarial Overtime: Transmitting and printing<br>outline | 280.00 |
| 08/05/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 108 COPIES | 10.80 |
| 08/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 13 COPIES | 1.30 |
| 08/05/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 43 COPIES | 4.30 |
| 08/05/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 71 COPIES | 7.10 |
| 08/05/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 42 COPIES | 4.20 |
| 08/05/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 70 COPIES | 7.00 |
| 08/05/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 40 COPIES | 4.00 |
| 08/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000887: 13 COPIES | 1.30 |
| 08/05/08 | Telecopy Expense<br>Fax Number: 3013875118 | 27.25 |
| 08/06/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 109 COPIES | 10.90 |
| 08/06/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 110 COPIES | 11.00 |
| 08/06/08 | Secretarial Overtime: Transmitting and printing<br>outline | 17.50 |
| 08/07/08 | Duplicating/Printing/Scanning<br>ATTY # 004995: 97 COPIES | 9.70 |

172573 W. R. Grace & Co.                          Invoice Number  1755991
60035  Grand Jury Investigation                   Page    3
September 26, 2008


08/07/08    Duplicating/Printing/Scanning                    10.90
            ATTY # 004995: 109 COPIES

08/07/08    Duplicating/Printing/Scanning                    49.40
            ATTY # 004995: 494 COPIES

08/07/08    Secretarial Overtime: Transmitting and printing 280.00
            outline

08/08/08    Duplicating/Printing/Scanning                      .40
            ATTY # 004995: 4 COPIES

08/08/08    Courier Service -  UPS - Shipped to TONY KLAPPER  98.18
            REED SMITH LLP (WASHINGTON DC 20005)

08/14/08    Duplicating/Printing/Scanning                     1.40
            ATTY # 007015: 14 COPIES

08/14/08    Duplicating/Printing/Scanning                     1.40
            ATTY # 007015: 14 COPIES

08/18/08    Duplicating/Printing/Scanning                    13.50
            ATTY # 2788; 135 COPIES

08/19/08    Duplicating/Printing/Scanning                      .50
            ATTY # 001814: 5 COPIES

                        CURRENT EXPENSES                     955.53
                                                        ------------
                        TOTAL BALANCE DUE UPON RECEIPT      $955.53
                                                        ============