# Blackline

**EXHIBIT 5**

## SCHEDULE OF SETTLED ASBESTOS INSURANCE COMPANIES

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Admiral Insurance Company | 08/01/95 | Only the "Products" coverage portion of the following policy: <br> 06/30/75 – 06/30/76    75DD1064C |
| Aetna Casualty & Surety Company | 02/20/92 | All primary policies prior to 1971 issued to Western Mineral Products, California Zonolite or Arizonolite |
| Allstate Insurance Company | 06/07/94 | Only the "Products" coverage portion of the following policies: <br> 06/30/75 – 06/30/76    63001170 <br> 06/30/75 – 06/30/76    63001171 <br> 06/30/75 – 06/30/76    63001172 <br> 06/30/76 – 06/30/77    63002048 <br> 06/30/77 – 06/30/78    63002048 <br> 06/30/78 – 06/30/79    63002048 <br> 06/30/79 – 06/30/80    63005793 <br> 06/30/80 – 06/30/81    63005793 <br> 06/30/81 – 06/30/82    63005793 <br> 06/30/79 – 06/30/80    63005794 <br> 06/30/80 – 06/30/81    63006854 <br> 06/30/81 – 06/30/82    63008153 |
| American Centennial (n/k/a OneBeacon) | 05/26/95 | 06/30/78 – 06/30/79    CC000304 <br> 06/30/78 – 06/30/79    CC000305 <br> 06/30/78 – 06/30/79    CC000306 <br> 06/30/81 – 06/30/82    CC002418 <br> 06/30/81 – 06/30/82    CC002419 <br> 06/30/82 – 06/30/83    CC005317 <br> 06/30/83 – 06/30/84    CC015780 <br> **06/30/83 – 06/30/84    CC015815** |
| American Re-Insurance Company | 10/01/95 | Only the "Products" coverage portion of the following policies for only those claims at issue in Dayton Independent School Dist. #1 v. U.S. Mineral Products Co., No. B-87-00507 (E.D. Tex.). |

1

EXHIBIT 5

## SCHEDULE OF SETTLED ASBESTOS INSURANCE COMPANIES

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| | | 01/27/65 – 10/20/65 | M-6672-0001 |
| | | 05/17/66 – 10/20/66 | M-6672-0002 |
| | | 10/20/66 – 10/20/67 | M-6672-0002 |
| | | 10/20/67 – 10/20/68 | M-6672-0002 |
| | | 10/20/68 – 10/20/69 | M0085374 |
| | | 10/20/69 – 10/20/70 | M0085374 |
| | | 10/20/70 – 10/20/71 | M0085374 |
| | | 10/20/71 – 10/20/72 | M0085374 |
| | | 10/20/72 – 10/20/73 | M0085374 |
| Bermuda Fire & Marine Insurance Company LTD | 11/17/95 | 06/30/76 – 06/30/77 | 76DD1594C |
| | | 06/30/77 – 06/30/78 | 76DD1594C |
| | | 06/30/78 – 06/30/79 | 76DD1594C |
| | | 06/30/76 – 06/30/77 | 76DD1595C |
| | | 06/30/77 – 06/30/78 | 76DD1595C |
| | | 06/30/78 – 06/30/79 | 76DD1595C |
| | | 06/30/77 – 06/30/78 | 77DD1631C |
| | | 06/30/77 – 06/30/78 | 77DD1632C |
| | | 06/30/78 – 06/30/79 | 78DD1417C |
| | | 06/30/78 – 06/30/79 | 78DD1418C |
| | | 06/30/79 – 06/30/80 | 79DD1633C |
| | | 06/30/80 – 06/30/81 | 79DD1633C |
| | | 06/30/81 – 06/30/82 | 79DD1633C |
| | | 06/30/79 – 06/30/80 | 79DD1634C |
| | | 06/30/79 – 06/30/80 | 79DD1635C |
| | | 06/30/79 – 06/30/80 | 79DD1636C |
| | | 06/30/80 – 06/30/81 | 80DD1643C |
| | | 06/30/81 – 06/30/82 | 80DD1643C |
| | | 06/30/80 – 06/30/81 | 80DD1644C |
| | | 06/30/80 – 06/30/81 | 80DD1645C |
| | | 06/30/79 – 06/30/80 | DM025 A/B |
| | | 06/30/79 – 06/30/80 | DM025 A/B |
| | | 06/30/80 – 06/30/81 | KJ10029 |
| | | 06/30/80 – 06/30/81 | KJ10029 |
| | | 06/30/80 – 06/30/81 | KJ10029 |
| | | 06/30/81 – 06/30/82 | KJ10040 |
| | | 06/30/81 – 06/30/82 | KJ10040 |
| | | 06/30/81 – 06/30/82 | KJ10040 |

2

**EXHIBIT 5**

## SCHEDULE OF SETTLED ASBESTOS INSURANCE COMPANIES

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| | | 06/30/82 – 06/30/83 | KY017582 |
| | | 06/30/83 – 06/30/84 | KY017582 |
| | | 06/30/84 – 06/30/85 | KY017582 |
| | | 06/30/82 – 06/30/83 | KY017782 |
| | | 06/30/83 – 06/30/84 | KY017782 |
| | | 06/30/84 – 06/30/85 | KY017782 |
| | | 06/30/82 – 06/30/83 | KY017882 |
| | | 06/30/83 – 06/30/84 | KY048183 |
| | | 06/30/84 – 06/30/85 | KY048183 |
| | | 06/30/81 – 06/30/82 | PY030181 |
| | | 06/30/81 – 06/30/82 | PY030281 |
| CIGNA (PEIC/INA) (nka Century Indemnity) | 03/04/94 | 06/30/75 – 06/30/76 | ZCX001391/75DD1065 |
| | | 06/30/83 – 06/30/84 | CIZ426249 |
| | | 10/20/65 – 10/20/66 | XBC1834 |
| | | 10/20/66 – 10/20/67 | XBC1834 |
| | | 10/20/67 – 10/20/68 | XBC1834 |
| | | 10/20/68 – 10/20/69 | XBC1834 |
| | | 10/20/69 – 10/20/70 | XBC1834 |
| | | 10/20/70 – 06/30/71 | XBC1834 |
| | | 06/30/77 – 06/30/78 | XCP12378 |
| | | 06/30/78 – 06/30/79 | XCP14341 |
| | | 06/30/83 – 06/30/84 | XCP145667 |
| | | 06/30/71 – 06/30/72 | XCP3745 |
| | | 06/30/72 – 06/30/73 | XCP3745 |
| | | 06/30/73 – 08/09/73 | XCP3745 |
| | | **06/30/75 – 06/30/76** | **CNU 12-33-83** |
| | | 06/30/84 – 06/30/85 | XCC012283 |
| | | 06/30/84 – 06/30/85 | XM0017204 |
| | | **UNKNOWN** | **ZCV 006025** |
| Commercial Union Insurance Company (n/k/a OneBeacon) | 05/14/93 | **10/20/62 – 10/20/63** | **A-15-2127-51** |
| | | **10/20/63 – 10/20/64** | **A-15-2127-51** |
| | | **10/20/64 – 10/20/65** | **A-15-2127-51** |
| | | **01/27/65 – 10/20/65** | **A-15-8138-001** |
| | | **10/20/65 – 10/20/66** | **A-16-8220-001** |
| | | **10/20/66 – 10/20/67** | **A-16-8220-001** |
| | | **10/20/67 – 10/20/68** | **A-16-8220-001** |
| | | **10/20/65 – 10/20/66** | **A-16-8220-002** |

3

K&E 13664513.3

**EXHIBIT 5**

**SCHEDULE OF SETTLED ASBESTOS INSURANCE COMPANIES**

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| | | 10/20/66 – 10/20/67 | A-16-8220-002 |
| | | 10/20/67 – 10/20/68 | A-16-8220-002 |
| | | 10/20/68 – 10/20/69 | A-16-8220-003 |
| | | 10/20/69 – 10/20/70 | A-16-8220-003 |
| | | 10/20/70 – 06/30/71 | A-16-8220-003 |
| | | 10/20/68 – 10/20/69 | A-16-8220-004 |
| | | 10/20/69 – 10/20/70 | A-16-8220-004 |
| | | 10/20/70 – 06/30/71 | A-16-8220-004 |
| | | 06/30/71 – 06/30/72 | EY8220005 |
| | | 06/30/72 – 06/30/73 | EY8220005 |
| | | 06/30/73 – 06/30/74 | EY8220005 |
| | | 06/30/71 – 06/30/72 | EY8220006 |
| | | 06/30/72 – 06/30/73 | EY8220006 |
| | | 06/30/73 – 06/30/74 | EY8220006 |
| Commercial Union Insurance Company (n/k/a OneBeacon) | 10/07/98 | 10/20/62 – 10/20/63 | A-15-2127-51 |
| | | 10/20/63 – 10/20/64 | A-15-2127-51 |
| | | 10/20/64 – 10/20/65 | A-15-2127-51 |
| | | 01/27/65 – 10/20/65 | A-15-8138-001 |
| | | 10/20/65 – 10/20/66 | A-16-8220-001 |
| | | 10/20/66 – 10/20/67 | A-16-8220-001 |
| | | 10/20/67 – 10/20/68 | A-16-8220-001 |
| | | 10/20/65 – 10/20/66 | A-16-8220-002 |
| | | 10/20/66 – 10/20/67 | A-16-8220-002 |
| | | 10/20/67 – 10/20/68 | A-16-8220-002 |
| | | 10/20/68 – 10/20/69 | A-16-8220-003 |
| | | 10/20/69 – 10/20/70 | A-16-8220-003 |
| | | 10/20/70 – 06/30/71 | A-16-8220-003 |
| | | 10/20/68 – 10/20/69 | A-16-8220-004 |
| | | 10/20/69 – 10/20/70 | A-16-8220-004 |
| | | 10/20/70 – 06/30/71 | A-16-8220-004 |
| | | 06/30/71 – 06/30/72 | EY8220005 |
| | | 06/30/72 – 06/30/73 | EY8220005 |
| | | 06/30/73 – 06/30/74 | EY8220005 |
| | | 06/30/71 – 06/30/72 | EY8220006 |
| | | 06/30/72 – 06/30/73 | EY8220006 |
| | | 06/30/73 – 06/30/74 | EY8220006 |

4

K&E 13664513.3

**EXHIBIT 5**

## SCHEDULE OF SETTLED ASBESTOS INSURANCE COMPANIES

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Continental Casualty Company | 08/01/90 | Only the "Products" coverage portion of the following policies:<br>06/30/76 – 06/30/83  CCP2483440<br>06/30/83 – 06/30/85  CCP2483440<br>06/30/73 – 06/30/76  CCP9023670 |
| Federal Insurance Company | 11/18/97 | **Only the portion of the following policy in a policy amount of $500,000, part of $50 million, excess of $25 million:**<br>06/30/84 – 06/30/85  7928-26-20 |
| Fireman's Fund Insurance Company | 09/21/95 | Only the "Products" coverage portion of the following policies for only those claims at issue in Dayton Independent School Dist. #1 v. U.S. Mineral Products Co., No. B-87-00507 (E.D. Tex.).<br>01/27/65 – 10/20/65  XL76937<br>05/17/66 – 10/20/66  XL91085<br>10/20/66 – 10/20/67  XL91085<br>10/20/67 – 10/20/68  XL91085<br><s>10/20/68 – 10/20/69</s>  <s>XLX1026877</s><br><s>10/20/69 – 10/20/70</s>  <s>XLX1026877</s><br><s>10/20/70 – 06/30/71</s>  <s>XLX1026877</s> |
| Fireman's Fund Insurance Company | 12/26/96 | 01/27/65 – 10/20/65  XL76937<br>05/17/66 – 10/20/66  XL91085<br>10/20/66 – 10/20/67  XL91085<br>10/20/67 – 10/20/68  XL91085<br>10/20/68 – 10/20/69  XLX1026877<br>10/20/69 – 10/20/70  XLX1026877<br>10/20/70 – 06/30/71  XLX1026877 |
| General Insurance Company of America | 03/03/94 | Only the "Products" coverage portion of the following policies:<br>06/01/61 – 06/01/62  BLP186027<br>06/01/62 – 06/01/63  BLP205359<br>06/01/63 – 06/01/64  BLP221289<br>06/01/64 – 06/01/65  BLP245115<br>06/01/65 – 06/01/66  BLP260071<br>06/01/66 – 06/01/67  BLP270815<br>and all known and unknown "disputed" primary policies generally described in the settlement, |

K&E 13664513.3

**EXHIBIT 5**

## SCHEDULE OF SETTLED ASBESTOS INSURANCE COMPANIES

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| Gibraltar Casualty Co./Prudential Reinsurance Co. (n/k/a Mt. McKinley/Everest) | 10/08/93 | **Gibraltar Casualty:** | |
| | | 06/30/80 – 06/30/81 | GMX00656 |
| | | 06/30/81 – 11/01/81 | GMX01275 |
| | | 11/01/81 – 06/30/82 | GMX01407 |
| | | 06/30/82 – 06/30/83 | GMX01784 |
| | | 06/30/83 – 06/30/84 | GMX02269 |
| | | 06/30/84 – 06/30/85 | GMX02683 |
| | | **Prudential Re. Co.:** | |
| | | 06/30/76 – 06/30/77 | DXC901145 |
| | | 06/30/76 – 06/30/77 | DXC901146 |
| | | 06/30/76 – 06/30/77 | DXC901147 |
| | | 06/30/77 – 06/30/78 | DXCDX0250 |
| | | 06/30/77 – 06/30/78 | DXCDX0251 |
| | | 06/30/77 – 06/30/78 | DXCDX0252 |
| Guarantee Insurance Company | 06/03/98 | 06/30/82 – 06/30/83 | SL0950030 |
| | | 06/30/82 – 06/30/83 | SL0950031 |
| Home Insurance Company (INSOLVENT) | 09/24/93 | 10/20/68 – 10/20/69 | HEC9304605 |
| | | 10/20/69 – 10/20/70 | HEC9304605 |
| | | 10/20/70 – 06/30/71 | HEC9304605 |
| | | 10/20/62 – 10/20/63 | HEC9543206 |
| | | 10/20/63 – 10/20/64 | HEC9543206 |
| | | 10/20/64 – 10/20/65 | HEC9543206 |
| | | 10/20/65 – 10/20/66 | HEC9544498 |
| | | 10/20/66 – 10/20/67 | HEC9544498 |
| | | 10/20/67 – 10/20/68 | HEC9544498 |
| | | 06/30/71 – 06/30/72 | HEC9919945 |
| | | 06/30/72 – 06/30/73 | HEC9919945 |
| | | 06/30/73 – 06/30/74 | HEC9919945 |
| Home Insurance Company (INSOLVENT) | 11/14/97 | Only the "Products" coverage portion of the following policy: | |
| | | 02/27/73 – 06/30/73 | HEC4356740 |
| KWELM | 08/2004 (Approved 09/27/04) | 06/30/74 – 06/30/75 | 74DD662C |
| | | 06/30/75 – 06/30/76 | 74DD662C |
| | | 06/30/76 – 06/30/77 | 74DD662C |
| | | 07/17/74 – 06/30/75 | 74DD663C |
| | | 06/30/75 – 06/30/76 | 74DD663C |
| | | 06/30/76 – 06/30/77 | 76DD1594C |

K&E 13664513.3

**EXHIBIT 5**

## SCHEDULE OF SETTLED ASBESTOS INSURANCE COMPANIES

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| Lloyd's Underwriters* | 11/20/06 | 06/30/77 – 06/30/78 | 76DD1594C |
| | | 06/30/78 – 06/30/79 | 76DD1594C |
| | | 06/30/76 – 06/30/77 | 76DD1595C |
| | | 06/30/77 – 06/30/78 | 76DD1595C |
| | | 06/30/78 – 06/30/79 | 76DD1595C |
| | | 06/30/77 – 06/30/78 | 77DD1631C |
| | | 06/30/77 – 06/30/78 | 77DD1632C |
| | | 06/30/78 – 06/30/79 | 78DD1417C |
| | | 06/30/78 – 06/30/79 | 78DD1418C |
| | | 06/30/79 – 06/30/80 | 79DD1633C |
| | | 06/30/80 – 06/30/81 | 79DD1633C |
| | | 06/30/81 – 06/30/82 | 79DD1633C |
| | | 06/30/79 – 06/30/80 | 79DD1634C |
| | | 06/30/79 – 06/30/80 | 79DD1635C |
| | | 06/30/79 – 06/30/80 | 79DD1636C |
| | | 06/30/80 – 06/30/81 | 80DD1643C |
| | | 06/30/81 – 06/30/82 | 80DD1643C |
| | | 06/30/80 – 06/30/81 | 80DD1644C |
| | | 06/30/80 – 06/30/81 | 80DD1645C |
| | | 06/30/82 – 06/30/83 | KY017582 |
| | | 06/30/83 – 06/30/84 | KY017582 |
| | | 06/30/84 – 06/30/85 | KY017582 |
| | | 06/30/82 – 06/30/83 | KY017782 |
| | | 06/30/83 – 06/30/84 | KY017782 |
| | | 06/30/84 – 06/30/85 | KY017882 |
| | | 06/30/82 – 06/30/83 | KY017882 |
| | | 06/30/83 – 06/30/84 | KY048183 |
| | | 06/30/84 – 06/30/85 | KY048183 |
| | | 06/30/81 – 06/30/82 | PY030181 |
| | | 06/30/81 – 06/30/82 | PY030281 |
| | | 05/17/66 – 10/20/66 | 66/180390 |
| | | 10/20/66 – 10/20/67 | 66/180390 |
| | | 10/20/67 – 10/20/68 | 66/180390 |
| | | 06/30/74 – 06/30/75 | 74DD662C |

7

\* Void if Lloyd's exercises the termination clause in its settlement agreement.

K&E 13664513.3

**EXHIBIT 5**

## SCHEDULE OF SETTLED ASBESTOS INSURANCE COMPANIES

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| | | 06/30/75 – 06/30/76 | 74DD662C |
| | | 06/30/76 – 06/30/77 | 74DD662C |
| | | 07/17/74 – 06/30/75 | 74DD663C |
| | | 06/30/75 – 06/30/76 | 74DD663C |
| | | 06/30/76 – 06/30/77 | 74DD663C |
| | | 06/30/76 – 06/30/77 | 76DD1595C |
| | | 06/30/77 – 06/30/78 | 76DD1595C |
| | | 06/30/78 – 06/30/79 | 76DD1595C |
| | | 06/30/77 – 06/30/78 | 77DD1631C |
| | | 06/30/77 – 06/30/78 | 77DD1632C |
| | | 06/30/77 – 06/30/78 | 77DD1826C |
| | | 06/30/78 – 06/30/79 | 78DD1417C |
| | | 06/30/78 – 06/30/79 | 78DD1418C |
| | | 06/30/78 – 06/30/79 | 78DD1419C |
| | | 06/30/78 – 06/30/79 | 78DD1420C |
| | | 06/30/79 – 06/30/80 | 79DD1634C |
| | | 06/30/79 – 06/30/80 | 79DD1635C |
| | | 06/30/79 – 06/30/80 | 79DD1636C |
| | | 06/30/79 – 06/30/80 | 79DD1637C |
| | | 06/30/79 – 06/30/80 | 79DD1638C |
| | | 06/30/80 – 06/30/81 | 80DD1643C |
| | | 06/30/81 – 06/30/82 | 80DD1643C |
| | | 06/30/80 – 06/30/81 | 80DD1644C |
| | | 06/30/80 – 06/30/81 | 80DD1645C |

8

**EXHIBIT 5**

**SCHEDULE OF SETTLED ASBESTOS INSURANCE COMPANIES**

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I | |
|---|---|---|---|
| | | 06/30/80 – 06/30/81 | 80DD1646C |
| | | 06/30/80 – 06/30/81 | 80DD1647C |
| | | 11/14/69 – 10/20/70 | 914/1/4116 |
| | | 10/20/70 – 06/30/71 | 914/1/4116 |
| | | 10/20/68 – 10/20/69 | 914-102502 |
| | | 10/20/69 – 10/20/70 | 914-102502 |
| | | 10/20/70 – 06/30/71 | 914-102502 |
| | | 06/30/71 – 06/30/72 | 914105953 |
| | | 06/30/72 – 06/30/73 | 914105953 |
| | | 06/30/73 – 06/30/74 | 914105953 |
| | | 06/30/82 – 06/30/83 | KY017782 |
| | | 06/30/83 – 06/30/84 | KY017782 |
| | | 06/30/84 – 06/30/85 | KY017782 |
| | | 06/30/82 – 06/30/83 | KY017882 |
| | | 06/30/82 – 06/30/83 | KY017982 |
| | | 06/30/83 – 06/30/84 | KY048183 |
| | | 06/30/84 – 06/30/85 | KY048183 |
| | | 06/30/83 – 06/30/84 | KY048283 |
| | | 06/30/84 – 06/30/85 | KY048283 |
| | | 06/30/81 – 06/30/82 | PY030181 |
| | | 06/30/81 – 06/30/82 | PY030281 |
| | | 06/30/81 – 06/30/82 | PY030381 |
| | | and all known or unknown policies subscribed to by Certain Underwriters' at Lloyd's London up to incepting before 01/01/98 issued to W.R. Grace. | |
| Maryland Casualty Company | 09/01/91 | 06/30/67 – 06/30/68 | 31-278301 |
| | | 06/30/68 – 06/30/69 | 31-278301 |
| | | 06/30/69 – 06/30/70 | 31-278301 |
| | | 06/30/70 – 06/30/71 | 31-R-911051 |
| | | 06/30/71 – 06/30/72 | 31-R-911051 |
| | | 06/30/72 – 06/30/73 | 31-R-911051 |
| | | 06/30/62 – 06/30/63 | 96-205800 |
| | | 06/30/63 – 06/30/64 | 96-224900 |
| | | 06/30/64 – 06/30/65 | 96-243400 |
| | | 06/30/65 – 06/30/66 | 96-257400 |
| | | 06/30/66 – 06/30/67 | 96-269500 |

9

**EXHIBIT 5**

## SCHEDULE OF SETTLED ASBESTOS INSURANCE COMPANIES

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Maryland Casualty Company | 03/18/96 | and any and all primary general liability policies issued by Maryland Casualty Company to W.R. Grace prior to 1973, <br><br> 10/20/68 – 10/20/69  WRG-1 <br> 10/20/69 – 10/20/70  WRG-1 <br> 10/20/70 – 06/30/71  WRG-1 <br> 06/30/71 – 06/30/72  WRG-2 <br> 06/30/72 – 06/30/73  WRG-2 <br> 06/30/73 – 06/30/74  WRG-2 <br><br> and all known and unknown excess insurance policies issued by Maryland Casualty Company to W.R. Grace, |
| Royal Indemnity Company | 01/05/95 | Pursuant to the 01/05/95 Settlement Agreement and only as to the following policies: <br><br> 04/01/60 – 04/01/61  RLG021620 <br> 04/01/61 – 04/01/62  RLG021621 <br> 04/01/62 – 04/01/63  RLG021622 <br> 04/01/59 – 04/01/60  RLG021629 <br> 04/01/55 – 04/01/56  RLG035805 <br> 04/01/56 – 04/01/57  RLG045762 <br> 04/01/57 – 04/01/58  RLG045836 <br> 04/01/58 – 04/01/59  RLG053959 <br> 03/31/53 – 03/31/54  RLG27635 <br> 03/31/54 – 04/01/55  RLG31840 |
| Unigard Security Insurance Company (n/k/a Seaton) | 08/06/92 | Only the "Products" coverage portion of the following policies: <br> 06/30/74 – 06/30/75  1-2517 |
| Unigard Security Insurance Company (n/k/a Seaton) | 05/15/95 | All asbestos related claims portions of the following policies: <br> 02/27/73 – 06/30/73  1-0589 <br> 06/30/73 – 06/30/74  1-0589 <br> 06/30/74 – 06/30/75  1-0589 |
| U.S. Fire Insurance Company | 09/11/95 | Only the "Products" coverage portion of the following policies: <br> 10/20/68 – 10/20/69  XS2108 <br> 10/20/69 – 10/20/70  XS2108 <br> 10/20/70 – 06/30/71  XS2108 |

10

**EXHIBIT 5**

## SCHEDULE OF SETTLED ASBESTOS INSURANCE COMPANIES

| Asbestos Insurance Entities which have entered into an Asbestos Insurance Settlement Agreement | Date of Settlement | Asbestos Insurance Policies (or portions thereof) that are subject to the Asbestos Insurance Settlement Agreements referred to in column I |
|---|---|---|
| Maryland Casualty Company | 03/18/96 | and any and all primary general liability policies issued by Maryland Casualty Company to W.R. Grace prior to 1973, <br><br>10/20/68 – 10/20/69  WRG-1<br>10/20/69 – 10/20/70  WRG-1<br>10/20/70 – 06/30/71  WRG-1<br>06/30/71 – 06/30/72  WRG-2<br>06/30/72 – 06/30/73  WRG-2<br>06/30/73 – 06/30/74  WRG-2<br><br>and all known and unknown excess insurance policies issued by Maryland Casualty Company to W.R. Grace, |
| Royal Indemnity Company | 01/05/95 | Pursuant to the 01/05/95 Settlement Agreement and only as to the following policies:<br><br>04/01/60 – 04/01/61  RLG021620<br>04/01/61 – 04/01/62  RLG021621<br>04/01/62 – 04/01/63  RLG021622<br>04/01/59 – 04/01/60  RLG021629<br>04/01/55 – 04/01/56  RLG035805<br>04/01/56 – 04/01/57  RLG045762<br>04/01/57 – 04/01/58  RLG045836<br>04/01/58 – 04/01/59  RLG053959<br>03/31/53 – 03/31/54  RLG27635<br>03/31/54 – 04/01/55  RLG31840 |
| Unigard Security Insurance Company (n/k/a Seaton) | 08/06/92 | Only the "Products" coverage portion of the following policies:<br>06/30/74 – 06/30/75  1-2517 |
| Unigard Security Insurance Company (n/k/a Seaton) | 05/15/95 | All asbestos related claims portions of the following policies:<br>02/27/73 – 06/30/73  1-0589<br>06/30/73 – 06/30/74  1-0589<br>06/30/74 – 06/30/75  1-0589 |
| U.S. Fire Insurance Company | 09/11/95 | Only the "Products" coverage portion of the following policies:<br>10/20/68 – 10/20/69  XS2108<br>10/20/69 – 10/20/70  XS2108<br>10/20/70 – 06/30/71  XS2108 |

10

**EXHIBIT 5**

**SCHEDULE OF SETTLED ASBESTOS INSURANCE COMPANIES**

11

K&E 13664513.3