# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>　　　　　　Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF JULY 1, 2008 THROUGH JULY 31, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth A. Rice | Paralegal | Bankruptcy | $225.00 | 1.0 | $225.00 |
| | | | | | |
| TOTAL | | | | 1.0 | $225.00 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $9.84 |
| | |
| TOTAL | $9.84 |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 28, 2008
Invoice No.: 420819
Matter No.: 08743.00101

**Re:   Bankruptcy Matters**

For Professional Services rendered through July 31, 2008

| | |
|---|---|
| Fees | $225.00 |
| Disbursements | <u>9.84</u> |
| **Total Fees and Disbursements** | <u>**$234.84**</u> |

Matter No.: 08743.00101 　　　　　　　　　　　　　　　　　　　　　Invoice No.: 420819  
Re: Bankruptcy Matters 　　　　　　　　　　　　　　　　　　　　　　August 28, 2008  
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 2

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| 07/29/08 | Rice | Review, revise and arrange for filing of fee application (1.0). | 1.0 |
|  |  | **Total Hours** | **1.0** |

Matter No.: 08743.00101  Invoice No.: 420819
Re: Bankruptcy Matters  August 28, 2008
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Rice | 1.0 |

Total Fees $225.00

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 07/31/08 | In-House Photocopying | 9.84 |

Total Disbursements $9.84

Total Fees $225.00
Total Disbursements 9.84
Total Fees and Disbursements $234.84

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

August 28, 2008
Invoice No.: 420819
Matter No.: 08743.00101

Re:   Bankruptcy Matters

Total Fees and Disbursements                $234.84

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 420819
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON       WASHINGTON       EMERGING ENTERPRISE CENTER       FOLEYHOAG.COM

### Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

#### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 31.1 | $17,571.50 |
| Jacob N. Polatin | Partner | Real Estate | $565.00 | 7.8 | $4,407.00 |
| Elisabeth M. DeLisle | Associate | Environmental | $410.00 | 16.6 | $6,806.00 |
| Lea Heffernan | Associate Intern | Environmental | $215.00 | 2.0 | $430.00 |
| | | | | | |
| **Sub Total** | | | | 57.5 | $29,214.50 |
| **Less Credit*** | | | | | ($545.68) |
| **TOTAL** | | | | 57.5 | $28,668.82 |

* Credit of overpayment of official fees and costs disbursement for a Municipal Tax Lien Certificate from the Monthly Fee Application for June 2008.

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

August 28, 2008
Invoice No.: 420826
Matter No.: 08743.00102

**Re:  Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through July 31, 2008

|  |  |
|---|---|
| Fees | $29,214.50 |
| Disbursements | (545.68) |
| **Total Fees and Disbursements** | **$28,668.82** |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 420826  
August 28, 2008  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 07/01/08 | DeLisle | E-mail to S. Jaffe summarizing wetlands decisions (0.3); work on drafting memorandum to S. Jaffe regarding same (0.6). | 0.9 |
| 07/01/08 | Jaffe | Team conference call and preparing for same (1.1); telephone call with Ms. Johns (0.2); emails with team (0.2); email from E. DeLisle regarding waters of the US issue (0.2); telephone with PRP Group counsel regarding ReSolve site and SRS site (0.4). | 2.1 |
| 07/02/08 | DeLisle | Legal research regarding timeframe for remedy completion, legal research regarding point source discharges, and e-mails to and discussion with S. Jaffe (5.8). | 5.8 |
| 07/02/08 | Jaffe | Attention to comments on proposed plan (1.7). | 1.7 |
| 07/03/08 | DeLisle | Work on drafting and editing memorandum regarding waters of the United States (0.8). | 0.8 |
| 07/03/08 | Jaffe | Preparing comments to EPA and research for same (0.8). | 0.8 |
| 07/03/08 | Polatin | Office conference with S. Howard (0.4); review municipal lien certificate (0.3). | 0.7 |
| 07/07/08 | Hefferman | Review and revise memo regarding EPA failure to comply with NCP requirements (2.0). | 2.0 |
| 07/07/08 | Jaffe | Office conferences with L. Hefferman, E. DeLisle, and J. Polatin regarding research tasks for comments to EPA (0.9); research for and prepare comments to EPA (1.6). | 2.5 |
| 07/07/08 | Polatin | Office conference with S. Jaffe (0.3); review Municipal Lien Certificates (2.0); research regarding tax letter (1.0); draft memo to S. Jaffe (0.9). | 2.4 |
| 07/07/08 | DeLisle | Discussion with S. Jaffe (0.1); legal research regarding technical impracticability waivers (2.5). | 2.6 |
| 07/08/08 | Jaffe | Research for draft comments to EPA (1.1). | 1.1 |
| 07/08/08 | Polatin | Research and draft memo (2.3). | 2.3 |
| 07/08/08 | DeLisle | Review materials on sites where technical impracticability waivers were granted based on timeframe for remediation (2.8). | 2.8 |
| 07/09/08 | Jaffe | Draft, revise comments to EPA on feasibility study and proposed plan (1.3); office conferences with J. Polatin | 4.8 |

To ensure proper credit to your account, please include remittance page with your payment.

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 420826  
August 28, 2008  
Page 3

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| | | and E. DeLisle regarding same (0.5); research for same (1.6); emails with team regarding comments to EPA and lien issues (0.8); telephone call with Ms. Johns (0.2); review Mr. Campbell drafts (0.4). | |
| 07/09/08 | Polatin | Draft memo (2.1); revise per S. Jaffe's comments (0.3). | 2.4 |
| 07/09/08 | DeLisle | Research regarding superfund sites where waiver granted per request of S. Jaffe (3.4); discussions with S. Jaffe regarding same (0.3). | 3.7 |
| 07/10/08 | Jaffe | Review, revise draft comments and cover letter from Mr. Campbell (1.6); emails with team regarding comments (0.3); telephone call and email with Ms. Johns regarding surface water issues (0.8); review WQC issues (0.4). | 3.1 |
| 07/11/08 | Jaffe | Team conference call regarding comments to EPA (0.8); review, revise Mr. Campbell draft comments on area of containment remedy (0.9); review, revise draft procedural comments and comments on soil remedy (1.1); review groundwater issue (0.7); emails with team (0.4). | 3.9 |
| 07/14/08 | Jaffe | Review, revise comments to EPA and emails to team regarding same (2.9). | 2.9 |
| 07/15/08 | Jaffe | Review, revise draft comments to EPA and emails with team regarding same (2.2). | 2.2 |
| 07/16/08 | Jaffe | Emails with team regarding EPA remedy selection and ICs issues (0.6). | 0.6 |
| 07/17/08 | Jaffe | Emails with team regarding Covidien, Shaffers, and response to EPA (1.4). | 1.4 |
| 07/18/08 | Jaffe | Emails with team regarding remedial options issues (0.4). | 0.4 |
| 07/23/08 | Jaffe | Review deed restriction issue and telephone call to Mr. Campbell regarding same (1.1). | 1.1 |
| 07/25/08 | Jaffe | Telephone calls and emails with team regarding Walpole Times and telephone call with Walpole Times reporter (0.9). | 0.9 |
| 07/28/08 | Jaffe | Review news regarding comment extension (0.2); emails with team (0.3). | 0.5 |
| 07/31/08 | Jaffe | Review Mr. Bucens mark-up to EPA comment documents and emails with team regarding same (1.1). | 1.1 |

To ensure proper credit to your account,  
please include remittance page with your payment.

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 420826  
August 28, 2008  
Page 4

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| | | **Total Hours** | **57.5** |

Matter No.: 08743.00102  Invoice No.: 420826
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass  August 28, 2008
Page 5

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| DeLisle | 16.6 |
| Polatin | 7.8 |
| Hefferman | 2.0 |
| Jaffe | 31.1 |

**Total Fees**  $29,214.50

### Disbursement Summary

| Date | | Amount |
|---|---|---|
| 07/31/08 | In-House Photocopying | 4.32 |
| 07/31/08 | Official Fees and Costs | -550.00 |

**Total Disbursements**  ($545.68)

**Total Fees**  $29,214.50
**Total Disbursements**  (545.68)
**Total Fees and Disbursements**  $28,668.82

To ensure proper credit to your account,
please include remittance page with your payment.

 **FOLEY HOAG LLP**

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

August 28, 2008
Invoice No.: 420826
Matter No.: 08743.00102

Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Total Fees and Disbursements         $28,668.82

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 420826
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON    WASHINGTON    EMERGING ENTERPRISE CENTER    FOLEYHOAG.COM