# Exhibit D

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF AUGUST 1, 2008 THROUGH AUGUST 31, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## Matter 88 - Acton Site OU3

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 1.8 | $1,017.00 |
| | | | | | |
| **TOTAL** | | | | **1.8** | **$1,017.00** |


**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

September 29, 2008
Invoice No.: 423591
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through August 31, 2008

|  |  |  |
|---|---|---|
| Fees | | $1,017.00 |
| **Total Fees and Disbursements** | | **$1,017.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 423591
September 29, 2008
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|------:|
| 08/12/08 | Jaffe | Emails with Ms. Johns regarding ATSDR (0.2). | 0.2 |
| 08/25/08 | Jaffe | Review water withdrawal issues and emails with Ms. Johns regarding same (0.4). | 0.4 |
| 08/26/08 | Jaffe | Review draft letter from Ms. Johns and email with Ms. Johns regarding same (0.6). | 0.6 |
| 08/27/08 | Jaffe | Review ATSDR report for Acton Site (0.6). | 0.6 |
| | | **Total Hours** | **1.8** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 423591
September 29, 2008
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 1.8 |

| | |
|---|---|
| **Total Fees** | **$1,017.00** |

| | |
|---|---|
| **Total Fees** | **$1,017.00** |
| **Total Fees and Disbursements** | **$1,017.00** |



## FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

September 29, 2008
Invoice No.: 423591
Matter No.: 08743.00088

**Re:    Acton Site OU3**

**Total Fees and Disbursements**          **$1,017.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 423591
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 101 - Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 1.1 | $621.50 |
| Adam P. Kahn | Partner | Environmental | $565.00 | 0.5 | $282.50 |
| | | | | | |
| **TOTAL** | | | | **1.6** | **$904.00** |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $39.36 |
| | |
| **TOTAL** | **$39.36** |



**FOLEY HOAG LLP**

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

September 29, 2008
Invoice No.: 423590
Matter No.: 08743.00101

**Re:   Bankruptcy Matters**

For Professional Services rendered through August 31, 2008

| | |
|---|---|
| Fees | $904.00 |
| Disbursements | 39.36 |
| **Total Fees and Disbursements** | **$943.36** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 423590
September 29, 2008
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|------------|-----------|-------|
| 08/13/08 | Jaffe | Draft quarterly summaries (1.1). | 1.1 |
| 08/14/08 | Kahn | Attention to quarterly filing (0.5). | 0.5 |
| | | **Total Hours** | **1.6** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 423590
September 29, 2008
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Kahn | 0.5 |
| Jaffe | 1.1 |

| | | |
|---|---|---|
| **Total Fees** | | **$904.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 08/31/08 | In-House Photocopying | 39.36 |

| | | |
|---|---|---|
| **Total Disbursements** | | **$39.36** |

| | |
|---|---|
| **Total Fees** | **$904.00** |
| **Total Disbursements** | **39.36** |
| **Total Fees and Disbursements** | **$943.36** |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

September 29, 2008
Invoice No.: 423590
Matter No.: 08743.00101

Re:    **Bankruptcy Matters**

**Total Fees and Disbursements**               **$943.36**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 423590
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 21.9 | $12,373.50 |
| Jacob N. Polatin | Partner | Real Estate | $565.00 | 3.9 | $2,203.50 |
| | | | | | |
| TOTAL | | | | 25.8 | $14,577.00 |

Expenses

| Description | Total |
|---|---|
| Telephone | $1.40 |
| | |
| TOTAL | $1.40 |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

September 29, 2008
Invoice No.: 423589
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through August 31, 2008

| | |
|---|---|
| Fees | $14,577.00 |
| Disbursements | 1.40 |
| **Total Fees and Disbursements** | **$14,578.40** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 423589
September 29, 2008
Page 2

| **Date** | **Timekeeper** | **Narrative** | **Hours** |
|---|---|---|---|
| 08/01/08 | Jaffe | Emails with team regarding comments to EPA (0.4). | 0.4 |
| 08/04/08 | Jaffe | Telephone calls and emails with Mr. Green, Mr. Campbell and team regarding comments to EPA (0.9). | 0.9 |
| 08/06/08 | Jaffe | Review Mr. Green email regarding deed restrictions and review deed restriction issues (1.1). | 1.1 |
| 08/07/08 | Jaffe | Attention to deed restriction issues (1.1). | 1.1 |
| 08/08/08 | Jaffe | Review prior deed notices, review deed notice issues, and emails to team regarding same (2.8). | 2.8 |
| 08/11/08 | Jaffe | Review, revise draft comments to EPA and telephone conference and emails with team regarding same (5.0); office conference with J. Polatin regarding deed notices (0.3). | 5.3 |
| 08/12/08 | Jaffe | Review, revise draft comments to EPA and emails and telephone calls with team regarding same (2.8). | 2.8 |
| 08/13/08 | Jaffe | Review final drafts of comments to EPA and emails with team regarding same (3.2). | 3.2 |
| 08/13/08 | Polatin | Review environmental pact, environmental restructure, deeds, and OSHA regulations (2.6). | 2.6 |
| 08/14/08 | Jaffe | Reviewing final draft of comments to EPA (1.8). | 1.8 |
| 08/15/08 | Jaffe | Final review of comments to EPA and emails to team regarding same (1.4). | 1.4 |
| 08/15/08 | Polatin | Draft restriction (1.3). | 1.3 |
| 08/25/08 | Jaffe | Review final comment submittal to EPA (1.1). | 1.1 |
| | | **Total Hours** | **25.8** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 423589
September 29, 2008
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Polatin | 3.9 |
| Jaffe | 21.9 |

**Total Fees**                                          **$14,577.00**

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 08/31/08 | Telephone | 1.40 |

**Total Disbursements**                                          **$1.40**

| | |
|---|---|
| **Total Fees** | **$14,577.00** |
| **Total Disbursements** | **1.40** |
| **Total Fees and Disbursements** | **$14,578.40** |



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

September 29, 2008
Invoice No.: 423589
Matter No.: 08743.00102

Re:    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**        **$14,578.40**

**Remittance Address:**                 **Fed-Ex Remittance Address:**
Foley Hoag LLP                          Foley Hoag LLP
Box 83176                               Box 83176
Woburn, MA 01813-3176                   100 Maple Street
                                        Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 423589
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company