# Exhibit E

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Objection Deadline:<br>Hearing Date: TBD only if necessary |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD OF SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 1.7 | $960.50 |
| Jacob N. Polatin | Partner | Real Estate | $565.00 | 7.5 | $4,237.50 |
| | | | | | |
| TOTAL | | | | 9.2 | $5,198.00 |

### Expenses

| Description | Total |
|---|---|
| Outside Professional Fees: Adelson Loria & Weisman Norfolk County Registry of Deeds Research | $125.00 |
| | |
| TOTAL | $125.00 |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

October 28, 2008
Invoice No.: 425462
Matter No.: 08743.00102

**Re:    Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through September 30, 2008

| | |
|---|---:|
| Fees | $5,198.00 |
| Disbursements | 125.00 |
| **Total Fees and Disbursements** | **$5,323.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 425462
October 28, 2008
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 09/04/08 | Polatin | Review OSHA regulations and draft Declaration of Restrictive Covenants and Easements (2.8). | 2.8 |
| 09/05/08 | Polatin | Review deeds and plans and draft email to S. Jaffe (2.4). | 2.4 |
| 09/08/08 | Polatin | Draft easement and restriction (1.8). | 1.8 |
| 09/11/08 | Polatin | Revise restrictions (0.5). | 0.5 |
| 09/25/08 | Jaffe | Reviewing draft stipulation with Tyco and emails with team regarding same (0.9). | 0.9 |
| 09/29/08 | Jaffe | Review draft deed restriction and office conference with J. Polatin regarding same (0.8). | 0.8 |
| | | **Total Hours** | **9.2** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 425462
October 28, 2008
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Polatin | 7.5 |
| Jaffe | 1.7 |

| | |
|---|---|
| **Total Fees** | **$5,198.00** |

## Disbursement Summary

| Date | | Amount |
|---|---|---|
| 09/30/08 | Outside Professional Fees | 125.00 |

| | |
|---|---|
| **Total Disbursements** | **$125.00** |

| | |
|---|---|
| **Total Fees** | **$5,198.00** |
| **Total Disbursements** | **125.00** |
| **Total Fees and Disbursements** | **$5,323.00** |


FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

### To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

October 28, 2008
Invoice No.: 425462
Matter No.: 08743.00102

Re:    **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$5,323.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
| --- | --- |
| **Wire Instructions:** | ABA: 011500120 |
| Citizens Bank | Swift #: CTZIUS33 |
| 1 Citizens Drive | Account # 1133945993 |
| Providence, RI 02915 | Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 425462
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON          WASHINGTON          EMERGING ENTERPRISE CENTER          FOLEYHOAG.COM