IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>**Related Docket Nos. 19991, 19993, 19994, 19995, and 19996**<br><br>Hearing Date: November 14, 2008 at 10:00 a.m. |

### ROYAL'S WITHDRAWAL WITHOUT PREJUDICE OF ITS (i) OBJECTION TO DEBTORS' DISCLOSURE STATEMENT FOR JOINT PLAN OF REORGANIZATION AND APPROVAL MOTION; AND (ii) REQUEST FOR AN ADJOURNMENT

Arrowpoint Indemnity Company, f/k/a Royal Indemnity Company ("Royal") hereby withdraws without prejudice its Objection [Docket No.: 19991, 19993, 19994, 19995, and 19996] to the Plan Proponents' Disclosure Statement for the Joint Plan of Reorganization dated September 19, 2008 and related request for an adjournment based on revisions made by the Plan Proponents to the text of Exhibit 5 to the Plan and Section 2.10.2.2 and 4.7.2.2 of the Disclosure Statement that clarify that the Royal policies that were fully settled as part of 01/05/95 Royal/Grace Settlement Agreement (as listed on the revised Exhibit 5[1]) fall within the definition of Settled Asbestos Insurance Company in the Plan entitling Royal, among other things, to the protection of the Section 524(g) injunction to be issued pursuant to the Plan for the settled Royal policies.

---

[1] The following policies were the ones that the Settlement Agreement resolved: RLG027635 (03/31/53-03/31/54); RLG031840 (03/31/54-04/01/55); RLG035805; (04/01/55-04/01/56); RLG045762 (04/01/56-04/01/57); RLG045836 (04/01/57-04/01/58); RLG053959 (04/01/58-04/01/59); RLG021629 (04/01/59-04/01/60); RLG021620 (04/01/60-04/01/61); RLG021621 (04/01/61-04/01/62); RLG021622 (04/01/62-04/01/63). The Settlement Agreement did not cover two high level late-year excess policies issued as part of a separate program. The withdrawal is conditioned on revisions to Exhibit 5 to the Plan and Section 2.10.2.2 and 4.7.2.2 of the Disclosure Statement being made and no other changes being made elsewhere in the documents inconsistent with these revisions.

NY1:1761060.2

Dated: November 14, 2008
Wilmington, DE

BIFFERATO GENTILOTTI LLC
_/s/ [signature]_
Ian Connor Bifferato (#3273)
Garvan F. McDaniel (#4167)
800 King Street, First Floor
P.O. Box 2165
Wilmington, DE 19899-2165
(302) 429-1900


O'MELVENY & MYERS LLP
By: /s/ Paul R. Koepff
Paul R. Koepff (*pro hac vice*)
Tancred V. Schiavoni (*pro hac vice*)
Gary Svirsky (*pro hac vice*)
Times Square Tower
7 Times Square
New York, New York 10036
Telephone:    (212) 326-2000
Facsimile:     (212) 326-2061

WILSON ELSER MOSKOWITZ
EDELMAN & DICKER LLP
Carl J. Pernicone  (*pro hac vice*)
150 East 42nd Street
New York, NY 10017-5639
Telephone:    (212) 490-3000
Facsimile:     (212) 490-3038

*Attorneys for Arrowood Indemnity Company
f/k/a Royal Indemnity Company*