IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | MISC. NO. 08-118 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | BANKRUPTCY CASE NO. 01-1139 |
| | : | |
| Debtors. | : | |

## ORDER

AND NOW, this 13th day of November, 2008, upon consideration of Anderson Memorial Hospital's Motion to Reconsider Denial of Motion for Leave to Appeal (Docket No. 12), Debtors' Brief in Opposition (Docket No. 13), and Anderson Memorial Hospital's Reply Memorandum (Docket No. 14), it is hereby **ORDERED** that Anderson Memorial Hospital's Motion for Reconsideration is **DENIED** in its entirety.

BY THE COURT:


*s/ Ronald L. Buckwalter*
RONALD L. BUCKWALTER, S.J.