## Summary of PwC's Fees By Individual:
## Thirtieth Interim Quarterly Reporting Period
## July 1-September 30, 2008

Professional Profiles
W. R. Grace - Time Tracking Summary
For the Quarter Ended September 30, 2008

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | 698.50 | 37.6 | 26,263.60 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | 647.70 | 8.6 | 5,570.22 |
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | 990.60 | 2.0 | 1,981.20 |
| Robert Keehan | Audit Partner | 20 | Integrated Audit | 698.50 | 4.5 | 3,143.25 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | 698.50 | 4.0 | 2,794.00 |
| Laurence Westall | Audit Partner | 13 | Integrated Audit | 927.10 | 2.0 | 1,854.20 |
| Paul Kepple | Audit Partner | 19 | Integrated Audit | 990.60 | 1.0 | 990.60 |
| George Baccash | Tax Partner | 30 | Integrated Audit | 588.00 | 6.0 | 3,528.00 |
| Rafael Garcia | Director | 15 | Integrated Audit | 414.75 | 20.2 | 8,377.95 |
| Jesse Tracey | Director | 11 | Integrated Audit | 501.65 | 1.0 | 501.65 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | 410.21 | 19.0 | 7,793.99 |
| Justin Bray | Audit Manager | 7 | Integrated Audit | 311.15 | 69.2 | 21,531.58 |

{02411}

| Name | Title | | Type | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Justin Bray | Audit Senior Manager | 7 | Integrated Audit | 410.21 | 45.3 | 18,582.51 |
| Martin Burkard | Audit Manager | 5 | Integrated Audit | 297.18 | 33.0 | 9,806.94 |
| Tania Devilliers | Audit Manager | 15+ | Integrated Audit | 717.55 | 5.0 | 3,587.75 |
| Esther Ko | Audit Manager | 9 | Integrated Audit | 457.20 | 0.5 | 228.60 |
| Raul Quiroz | Advisory Manager | 3 | Integrated Audit | 419.10 | 0.3 | 125.73 |
| Stephanie Beckes | Advisory Manager | 7 | Integrated Audit | 412.75 | 0.7 | 288.93 |
| Stephanie Beckes | Advisory Manager | 7 | Integrated Audit | 457.20 | 5.4 | 2,468.88 |
| Juei Ping Joanna Own | Tax Manager | 4 | Integrated Audit | 283.50 | 19.5 | 5,528.25 |
| Pamela Barkley | Audit Senior Associate | 5 | Integrated Audit | 227.33 | 154.0 | 35,008.82 |
| Lyndsay Signori | Audit Senior Associate | 4 | Integrated Audit | 223.52 | 1.0 | 223.52 |
| Jacqueline Calvo | Tax Senior Associate | 2 | Integrated Audit | 199.50 | 27.3 | 5,446.35 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | 349.25 | 2.2 | 768.35 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | 123.19 | 64.2 | 7,908.79 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | 156.21 | 9.7 | 1,515.24 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | 156.21 | 363.9 | 56,844.82 |
| Erica Margolius | Audit Associate | 4 | Integrated Audit | 209.55 | 128.8 | 26,990.04 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | 227.33 | 52.7 | 11,980.29 |
| Lynda Keorlet | Audit Associate | 3 | Integrated Audit | 156.21 | 140.6 | 21,963.13 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | 209.55 | 104.0 | 21,793.20 |

{02411}

| | | | | | | |
|---|---|---|---|---|---|---|
| Adam Lueck | Audit Associate | 2 | Integrated Audit | 156.21 | 455.4 | 71,138.03 |
| Karen Geung | Audit Associate | 3 | Integrated Audit | 170.18 | 41.5 | 7,062.47 |
| Karen Geung | Audit Senior Associate | 3 | Integrated Audit | 223.51 | 0.7 | 156.46 |
| Molly McCall | Audit Associate | 1 | Integrated Audit | 175.26 | 44.0 | 7,711.44 |
| Jian Hui Lee | Audit Associate | 2 | Integrated Audit | 266.70 | 1.5 | 400.05 |
| Todd Chesla | Tax Associate | 1 | Integrated Audit | 147.00 | 23.5 | 3,454.50 |
| Kristina Johnson | Audit Associate | 2 | Integrated Audit | 123.19 | 46.4 | 5,716.02 |
| Clancy Agbenyo | Audit Associate | 1 | Integrated Audit | 123.19 | 16.7 | 2,057.27 |
| Kathleen Bradley | Audit Intern | <1 | Integrated Audit | 92.71 | 84.2 | 7,806.18 |
| Josephy Landsman | Audit Intern | <1 | Integrated Audit | 92.71 | 27.7 | 2,568.07 |
| **Grand Total** | | | | | 2,074.8 | 423,460.87 |

Summary of PwC's Fees By Project:
Thirtieth Interim Quarterly Reporting Period
July 1- September 30, 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 75.9 | $11,421.76 |

| Category | Hours | Fees |
|---|---|---|
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial- Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 2,074.8 | $423,460.87 |
| 26-Business Analysis | | |
| 27-Corporate Finance | | |
| 28-Data Analysis | | |
| TOTAL: | 2,150.7 | $434,882.63 |

{02411}

PricewaterhouseCoopers LLP
Summary of Expenses
Thirtieth Interim Quarterly Reporting Period
July 1- September 30, 2008

| Type of Expense | |
|---|---|
| Transportation | $8,310.91 |
| Lodging | 2,796.85 |
| Sundry | 113.97 |
| Business Meals | 1,983.46 |
| Grand Total for the Fee Period July 1, 2008 through September 30, 2008 | $13,205.19 |

{02411}