IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
AUGUST 1, 2008 THROUGH AUGUST 31, 2008

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

| | |
|---|---|
| W. R. Grace & Co. - Conn | September 19, 2008 |
| Attn: Lydia B. Duff, Esq. | Client/Matter #   01246-011548 |
| 7500 Grace Drive | Invoice # 124808 |
| Columbia, MD  21044 | Federal ID# 52-1247549 |

For Legal Services Rendered Through 08/31/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Curtis Bay FUSRAP Bankruptcy Claim Resolution</u>

| | | | |
|---|---|---|---|
| 08/05/08 | P. Marks | 0.60 | Telephone conference with P. Bucens re Hazen investigation; prepare consulting contract re same. |

Total Hours :   0.60

Total Fees :   $240.00

BEVERIDGE & DIAMOND, P.C.                                          INVOICE #  124808
                                                                   September 19, 2008
                                                                   PAGE   2

**Disbursements:**

    Long Distance Telephone                                    0.20
    Information Service - VENDOR: LEXISNEXIS COURT            10.58
    LINK-Invoice #EA332764 dated 8/1/08 for
    database research


                               Total Disbursements :                  $10.78


**Time Summary:**

|              | Hours Worked | Billed Per Hour | Bill Amount |
|--------------|--------------|-----------------|-------------|
| P. Marks     | 0.60         | $400.00         | $240.00     |

                                     Total Fees :                          $240.00

                            Total Disbursements :                   $10.78

                                       TOTAL DUE :                           $250.78

# EXHIBIT B

## (Somerville)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

| | |
|---|---|
| W. R. Grace & Co. - Conn<br>Attn: Lydia B. Duff, Esq.<br>7500 Grace Drive<br>Columbia, MD  21044 | September 19, 2008<br>Client/Matter #  01246-013520<br>Invoice # 124809<br>Federal ID# 52-1247549 |

For Legal Services Rendered Through 08/31/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

<u>Somerville</u>

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/01/08 | M. Murphy | 0.50 | Review/revise draft section of brief with respect to Mian's bankruptcy petition. |
| 08/01/08 | P. Marks | 2.70 | Prepare response brief, including coordination re tasks with S. Albert, S. Haggerty, W. Sinclair and L. Kiddoo. |
| 08/01/08 | W. Sinclair | 6.50 | Conference with P. Marks and S. Albert re response; review and revise same; draft memorandum re accrual of CERCLA claims. |
| 08/01/08 | S. Haggerty | 2.00 | Draft analysis of Sanitary Landfill Closure and Contingency Fund Act regulations; review case law in connection with same; review correspondence on same. |
| 08/01/08 | S. Albert | 6.50 | Draft, research, and edit bankruptcy brief. |
| 08/03/08 | S. Albert | 4.40 | Conference with P. Marks and W. Sinclair; draft, research, and edit bankruptcy brief. |
| 08/04/08 | P. Marks | 6.00 | Prepare response brief; coordinate with S. Albert, B. Sinclair, L. Kiddoo re same; provide draft to client team and bankruptcy counsel. |

BEVERIDGE & DIAMOND, P.C.
INVOICE # 124809
September 19, 2008
PAGE 2

| Date | Name | Hours | Description |
|---|---|---|---|
| 08/04/08 | W. Sinclair | 3.80 | Conference and correspond with P. Marks, S. Albert, and L. Kiddoo re response; review and revise same; research contingent CERCLA claims. |
| 08/04/08 | S. Haggerty | 1.00 | Draft and revise Closure Act claim. |
| 08/04/08 | S. Albert | 13.50 | Draft, research, and edit bankruptcy brief; conference with P. Marks, W. Sinclair, L. Kiddoo. |
| 08/04/08 | L. Kiddoo | 2.80 | Prepare Grace supplemental response and objection to motion of Mian Realty regarding applicability of the automatic stay; conference with P. Marks, W. Sinclair and S. Albert. |
| 08/05/08 | P. Marks | 2.80 | Prepare response brief; coordinate with L. Duff re same and re fund petition. |
| 08/05/08 | S. Haggerty | 1.50 | Review correspondence regarding revision to Closure Act claim form; draft revisions to claim form. |
| 08/05/08 | S. Albert | 1.80 | Research for bankruptcy brief. |
| 08/06/08 | P. Marks | 2.50 | Prepare response brief, including telephone conference with L. Duff, M. Obradovic, S. Albert and bankruptcy counsel and followup tasks. |
| 08/06/08 | S. Haggerty | 0.80 | Draft revisions to Closure Act claim form; review documents in connection with same. |
| 08/06/08 | S. Albert | 8.20 | Telephone conference with P. Marks, L. Duff, J. Baer re comments on bankruptcy brief; edit, research, and draft brief. |
| 08/06/08 | L. Kiddoo | 1.30 | Prepare Grace supplemental response and objection to motion of Mian Realty regarding applicability of the automatic stay. |
| 08/07/08 | P. Marks | 3.30 | Telephone conferences with S. Albert re legal analysis, including a detailed discussion re reconciling A1 Tech case; edit brief. |
| 08/07/08 | S. Haggerty | 1.50 | Draft cover letter to Closure Act claim form; review documents and regulations in connection with same. |
| 08/07/08 | S. Albert | 9.30 | Edit, research, and draft bankruptcy brief; research A1 Tech case and determine implications for bankruptcy brief; telephone conference with P. Marks. |

BEVERIDGE & DIAMOND, P.C.                                              INVOICE #  124809
                                                                      September 19, 2008
                                                                      PAGE   3

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/07/08 | L. Kiddoo | 3.70 | Prepare Grace supplemental response and objection to motion of Mian Realty re the applicability of the automatic stay. |
| 08/08/08 | P. Marks | 3.00 | Prepare brief. |
| 08/08/08 | W. Sinclair | 1.70 | Review correspondence from P. Marks re revised response and review and revise same; conference with S. Albert re same. |
| 08/08/08 | S. Haggerty | 2.00 | Draft revisions to bankruptcy court brief; telephone conference with S. Albert on same; conduct case law research in connection with same; draft correspondence on same. |
| 08/08/08 | S. Albert | 5.80 | Edit, research, and draft bankruptcy brief; research A1 Tech case and determine implications for bankruptcy brief; telephone conference with S. Haggerty. |
| 08/08/08 | L. Kiddoo | 2.50 | Prepare Grace supplemental response and objection to motion of Mian Realty re the applicability of the automatic stay. |
| 08/10/08 | P. Marks | 2.70 | Prepare response brief. |
| 08/10/08 | S. Albert | 5.30 | Preparation of exhibits for brief; edit brief; exchange emails with P. Marks re brief; review Delaware bankruptcy court rules for briefs. |
| 08/11/08 | P. Marks | 3.60 | Prepare response brief; direct team re preparation of same. |
| 08/11/08 | W. Sinclair | 1.50 | Review/revise response to Mian's motion; correspond with S. Albert re same. |
| 08/11/08 | S. Haggerty | 0.80 | Draft and review correspondence concerning claim submission to Sanitary Landfill Closure Fund. |
| 08/11/08 | S. Albert | 2.50 | Preparation of bankruptcy brief; addition and integration of P. Marks' edits. |
| 08/11/08 | T. Hendricks | 6.00 | Review, cite check and edit Graces' Supplemental response per S. Albert. |
| 08/12/08 | W. Sinclair | 1.00 | Review/revise response to Mian and federal cases addressing interim owner liability; correspond with P. Marks re same. |

BEVERIDGE & DIAMOND, P.C.

INVOICE # 124809
September 19, 2008
PAGE  4

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/12/08 | S. Albert | 6.50 | Proofread and final edits to bankruptcy brief; research bankruptcy case for possible inclusion in brief; preparation of exhibits and final factual research; direct T. Hendricks re tasks. |
| 08/12/08 | T. Hendricks | 5.00 | Review and edit Grace's supplemental responses; assist S. Albert with exhibit preparation; update legal research index; conduct Concordance document review for potential witness lists; review hot documents re same; conference with S. Albert re findings. |
| 08/13/08 | S. Haggerty | 0.80 | Telephone conference with S. Albert concerning cover letter to Sanitary Landfill claim; draft revisions to letter on same; review correspondence on same. |
| 08/13/08 | S. Albert | 6.80 | Proofread and final edits to bankruptcy brief; research bankruptcy case for possible inclusion in brief; preparation of exhibits and final factual research; review and edit cover letter for Sanitary Landfill Act Claim and provide comments by email to P. marks and S. Haggerty. |
| 08/13/08 | T. Hendricks | 2.80 | Finalize the legal research index, continue organizing and converting exhibits to electronic files; review hot documents for further exhibits per S. Albert |
| 08/14/08 | S. Albert | 0.90 | Proofread and final edits to bankruptcy brief; exchange emails with J. Baer and P. Marks re same. |
| 08/18/08 | P. Marks | 1.50 | Update re status of Mian filing deadline and tasks to prepare for hearing; coordinate with S. Albert re same and re document management and briefing J. Baer on issues for hearing. |
| 08/18/08 | S. Albert | 2.20 | Review NJDEP files (requested on July 29); preparation of strategy for supplemental response with P. Marks; email to L. Duff and J. Baer re same. |
| 08/19/08 | P. Marks | 1.00 | Evaluate status and plan next tasks. |
| 08/19/08 | S. Haggerty | 0.50 | Draft correspondence concerning submission of claim to Closure Act; review claim form; review regulations in connection with same. |

BEVERIDGE & DIAMOND, P.C.
INVOICE # 124809
September 19, 2008
PAGE 5

| Date | Timekeeper | Hours | Description |
|---|---|---|---|
| 08/19/08 | S. Albert | 0.30 | Exchange email re upcoming schedule; brief conversation with P. Marks re case status; conference with T. Horch re NJDEP documents and Litgo production. |
| 08/19/08 | T. Horch | 1.50 | Conference with S. Albert; review a box of reports to check if they are on our concordance database. |
| 08/20/08 | S. Haggerty | 0.30 | Draft correspondence concerning Closure Act claim and cover letter. |
| 08/20/08 | S. Albert | 0.30 | Exchange emails with J. Baer re supplemental production and preparation for hearing. |
| 08/22/08 | P. Marks | 0.50 | Evaluate communications re bankruptcy hearing and briefing issues; email exchanges re same. |
| 08/25/08 | P. Marks | 2.00 | Organize materials and prepare for hearing. |
| 08/25/08 | S. Albert | 0.20 | Confer with P. Marks re filing claim under Landfill Act; preparation of bates numbers for the supplemental production. |
| 08/25/08 | T. Hendricks | 0.20 | Communication with S. Albert re documents and oversized drawings bates numbering; email communication and teleconference with M. Daniels re same. |
| 08/26/08 | P. Marks | 0.50 | Check on status of reply and hearing preparation; evaluate same; direct S. Albert re same. |
| 08/26/08 | S. Albert | 2.30 | Review Mian Reply Brief; preparation of materials for J. Baer bankruptcy hearing; conference with P. Marks re same. |
| 08/26/08 | T. Hendricks | 0.20 | Email communication from/to M. Daniels re document imaging; email to S. Albert re same. |
| 08/27/08 | P. Marks | 2.00 | Prepare for hearing and evaluation of Mian reply. |
| 08/27/08 | S. Albert | 9.20 | Research and preparation of rebuttal of Mian's reply for bankruptcy hearing. |
| 08/28/08 | P. Marks | 2.00 | Prepare for and conduct conference with L. Duff and team re hearing preparation. |
| 08/28/08 | S. Albert | 4.40 | Research and preparation of rebuttal of Mian's reply for bankruptcy hearing; conference with L. Duff, P. Marks, M. Obradovic, J. Baer. |

BEVERIDGE & DIAMOND, P.C.
INVOICE #  124809
September 19, 2008
PAGE   6

|  |  |
|---|---|
| **Total Hours :** | 178.70 |
| **Total Fees :** | $50,299.50 |

BEVERIDGE & DIAMOND, P.C.
INVOICE # 124809
September 19, 2008
PAGE 7

**Disbursements:**

| | |
|---|---:|
| Long Distance Telephone | 162.53 |
| Duplicating | 44.60 |
| Travel Meals | 6.79 |
| **Total Disbursements :** | **$213.92** |

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| M. Murphy | 0.50 | $400.00 | $200.00 |
| P. Marks | 36.10 | $400.00 | $14,440.00 |
| W. Sinclair | 14.50 | $305.00 | $4,422.50 |
| S. Haggerty | 11.20 | $275.00 | $3,080.00 |
| S. Albert | 90.40 | $260.00 | $23,504.00 |
| L. Kiddoo | 10.30 | $185.00 | $1,905.50 |
| T. Hendricks | 14.20 | $175.00 | $2,485.00 |
| T. Horch | 1.50 | $175.00 | $262.50 |

| | |
|---|---:|
| **Total Fees :** | **$50,299.50** |
| **Total Disbursements :** | **$213.92** |
| **TOTAL DUE :** | **$50,513.42** |