IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JFK) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | |

FEE DETAIL FOR BEVERIDGE & DIAMOND, P.C.'S
MONTHLY FEE APPLICATION FOR THE PERIOD
SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuning, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## (FUSRAP)

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

October 31, 2008  
Client/Matter #  01246-011548  
Invoice # 125628  
Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.
SUITE 700
1350 I STREET, N.W.
WASHINGTON, D.C. 20005-3311

**Curtis Bay FUSRAP Bankruptcy Claim Resolution**

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/12/08 | P. Marks | 1.20 | Telephone conference with J. Freeman re DOJ reimbursement process, review settlement agreement re same; email exchange with P. Bucens re same and structure of statement; forward recent reimbursement statement to DOJ. |
| 09/24/08 | P. Marks | 0.20 | Review client emails re work plans. |
| 09/24/08 | P. Marks | 0.30 | Review Hazen consulting services contract and communications with client re same. |
| 09/25/08 | P. Marks | 0.50 | Client email exchanges; confirm form and changes to final Hazen contract and issue same. |

Total Hours :    2.20

Total Fees :    $880.00

BEVERIDGE & DIAMOND, P.C.

INVOICE # 125628
October 31, 2008
PAGE  2

**Time Summary:**

|  | Hours Worked | Billed Per Hour | Bill Amount |
|---|---|---|---|
| P. Marks | 2.20 | $400.00 | $880.00 |
| **Total Fees :** | | | **$880.00** |
| **TOTAL DUE :** | | | **$880.00** |

# EXHIBIT B

**(Somerville)**

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

October 31, 2008  
Client/Matter #   01246-013520  
Invoice # 125629  
Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**   BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

<u>Somerville</u>

| Date | Attorney | Hours | Description |
|---|---|---|---|
| 09/02/08 | P. Marks | 6.00 | Prepare for and attend bankruptcy hearing in Wilmington and associated conferences with J. Baer and L. Duff re same. |
| 09/02/08 | T. Hendricks | 0.30 | Review bate stamped documents; communication with Sage Solutions re same. |
| 09/03/08 | P. Marks | 0.30 | Provide procedural and hearing summary to L. Duff. |
| 09/08/08 | S. Albert | 0.30 | Coordination of Bates-numbering for supplemental production; email P. Marks about temporary halt of supplemental production. |
| 09/11/08 | P. Marks | 0.50 | Review P. Bucens inquiry and relevant settlement agreement terms; attempt to reach J. Freeman re same; email to P. Bucens re same. |
| 09/23/08 | T. Horch | 1.00 | Organize documents from S. Albert and P. Marks for appropriate storage. |

Total Hours :    8.40

```
```
BEVERIDGE & DIAMOND, P.C.

INVOICE #   125629
October 31, 2008
PAGE   2

Total Fees :                $3,025.50

BEVERIDGE & DIAMOND, P.C.
INVOICE # 125629
October 31, 2008
PAGE 3

**Disbursements:**

| | |
|---|---:|
| Long Distance Telephone | 48.77 |
| Commercial Duplicating | 742.90 |
| Travel Expenses | 24.00 |
| Air/Train Fare | 161.00 |

Total Disbursements : $976.67

**Time Summary:**

| | Hours Worked | Billed Per Hour | Bill Amount |
|---|---:|---:|---:|
| P. Marks | 6.80 | $400.00 | $2,720.00 |
| S. Albert | 0.30 | $260.00 | $78.00 |
| T. Hendricks | 0.30 | $175.00 | $52.50 |
| T. Horch | 1.00 | $175.00 | $175.00 |

Total Fees : $3,025.50

Total Disbursements : $976.67

TOTAL DUE : $4,002.17

# EXHIBIT C

## (Bankruptcy Fee Application)

45105v1 Baltimore 012629

LAW OFFICES
BEVERIDGE & DIAMOND, P.C.
SUITE 2210
201 NORTH CHARLES STREET
BALTIMORE, MD 21201-4150
(410) 230-3850

W. R. Grace & Co. - Conn  
Attn: Lydia B. Duff, Esq.  
7500 Grace Drive  
Columbia, MD  21044

October 31, 2008  
Client/Matter #   01246-012629  
Invoice # 125630  
Federal ID# 52-1247549

For Legal Services Rendered Through 09/30/08 in Connection With:

**PLEASE REMIT PAYMENT TO :**     BEVERIDGE & DIAMOND, P.C.  
SUITE 700  
1350 I STREET, N.W.  
WASHINGTON, D.C. 20005-3311

Bankruptcy Fee Application

Disbursements:

|  |  |
|---|---|
| Postage | 5.07 |
| Duplicating | 4.80 |

Total Disbursements :     $9.87

TOTAL DUE :     $9.87