# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## SUMMARY OF THIRTIETH QUARTERLY INTERIM VERIFIED APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM JULY 1, 2008 THROUGH SEPTEMBER 30, 2008

| | |
|---|---|
| Name of Applicant: | **Kirkland & Ellis LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention: | **Retention Order entered May 3, 2001, effective as of April 2, 2001** |
| Period for which compensation and reimbursement is sought: | **July 1, 2008 through September 30, 2008** |
| Amount of Compensation sought as actual, reasonable, and necessary: | **$6,748,525.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$636,917.13** |
| This is a: __ monthly  **x** quarterly application. | |

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Previous fee applications:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| May 29, 2001 | 4/2 – 4/30/01 | $626,079.00 | $32,439.84 | Interim approval[2] | Interim approval |
| June 29, 2001 | 5/1 – 5/31/01 | $567,151.00 | $77,487.86 | Interim approval | Interim approval |
| July 31, 2001 | 6/1 – 6/30/01 | $560,569.50 | $45,466.13 | Interim approval | Interim approval |
| July 31, 2001 | April – June, 2001 | $1,753,799.50 | $155,393.83 | $1,753,799.50 | $155,393.83 |
| August 28, 2001 | 7/1 – 7/31/01 | $476,582.50 | $25,312.13 | Interim approval[2] | Interim approval |
| September 28, 2001 | 8/1 – 8/31/01 | $472,334.50 | $29,022.59 | Interim approval | Interim approval |
| October 30, 2001 | 9/1 – 9/30/01 | $443,617.50 | $27,147.47 | Interim approval | Interim approval |
| November 7, 2001 | July – September, 2001 | $1,392,534.50 | $81,482.19 | $1,392,534.50 | $81,482.19 |
| December 11, 2001 | 10/1 – 10/31/01 | $493,074.00 | $27,724.54 | Interim approval[2] | Interim approval |
| December 29, 2001 | 11/1 – 11/30/01 | $524,980.00 | $29,678.21 | Interim approval | Interim approval |
| January 31, 2002 | 12/1 – 12/31/01 | $405,278.50 | $27,276.95 | Interim approval | Interim approval |
| February 7, 2002 | October – December, 2001 | $1,423,332.50 | $84,679.70 | $1,419,127.00 | $84,679.70 |
| March 4, 2002 | 1/1 – 1/31/02 | $439,056.00 | $32,279.54 | Interim approval[3] | Interim approval |
| March 27, 2002 | 2/1 – 2/28/02 | $412,304.00 | $18,475.64 | Interim approval | Interim approval |
| May 2, 2002 | 3/1 – 3/31/02 | $430,342.50 | $51,759.20 | Interim approval | Interim approval |
| June 10, 2002 | January – March, 2002 | $1,281,702.50 | $102,514.38 | $1,281,702.50 | $101,656.38 |
| June 10, 2002 | 4/1 – 4/30/02 | $410,702.50 | $25,286.05 | Interim approval[4] | Interim approval |
| July 2, 2002 | 5/1 – 5/31/02 | $335,280.50 | $25,556.83 | Interim approval | Interim approval |
| August 8, 2002 | 6/1 – 6/30/02 | $243,127.00 | $16,326.36 | Interim approval | Interim approval |
| September 3, 2002 | April – June, 2002 | $989,110.00 | $67,169.24 | $981,666.50 | $67,169.24 |
| September 11, 2002 | 7/1 – 7/31/02 | $335,129.00 | $28,504.48 | Interim approval[5] | Interim approval |
| October 2, 2002 | 8/1 – 8/31/02 | $344,619.00 | $86,047.20 | Interim approval | Interim approval |
| October 30, 2002 | 9/1 – 9/30-02 | $238,876.50 | $20,882.49 | Interim approval | Interim approval |
| November 27, 2002 | July – September, 2002 | $918,624.50 | $135,434.17 | $918,624.50 | $134,478.90 |
| December 6, 2002 | 10/1 – 10/31/02 | $207,778.00 | $7,769.74 | Interim approval[6] | Interim approval |
| January 13, 2003 | 11/1 – 11/30/02 | $122,419.00 | $4,732.30 | Interim approval | Interim approval |
| January 30, 2003 | 12/1 – 12/31/02 | $129,243.50 | $6,093.80 | Interim approval | Interim approval |
| March 4, 2003 | October – December, 2002 | $459,440.50 | $18,595.84 | $459,440.50 | $18,467.74 |

---

[2]   The fees and expenses requested in the April-June, 2001, July-September, 2001 and October-December, 2001, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002.

[3]   The fees and expenses requested in the January-March, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 9, 2002.

[4]   The fees and expenses requested in the April-June, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on November 29, 2002.

[5]   The fees and expenses requested in the July-September, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 14, 2003.

[6]   The fees and expenses requested in the October-December, 2002, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on July 28, 2003.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| March 4, 2003 | 1/1 – 1/31/03 | $162,033.00 | $6,383.16 | Interim approval[7] | Interim approval |
| April 2, 2003 | 2/1 – 2/28/03 | $215,511.50 | $3,784.70 | Interim approval | Interim approval |
| April 29, 2003 | 3/1 – 3/31/03 | $146,603.00 | $6,713.84 | Interim approval | Interim approval |
| May 15, 2003 | January – March, 2003 | $524,147.50 | $16,881.70 | $524,045.50 | $16,881.70 |
| June 3, 2003 | 4/1 – 4/30/03 | $135,130.00 | $2,786.42 | Interim approval[8] | Interim approval |
| July 11, 2003 | 5/1 – 5/31/03 | $109,408.00 | $6,546.04 | Interim approval | Interim approval |
| July 31, 2003 | 6/1 – 6/30/03 | $115,099.00 | $1,925.86 | Interim approval | Interim approval |
| August 27, 2003 | April – June, 2003 | $359,637.00 | $11,258.32 | $357,346.00 | $11,183.48 |
| September 5, 2003 | 7/1 – 7/31/03 | $197,495.50 | $9,235.33 | Interim approval[9] | Interim approval |
| October 1, 2003 | 8/1 – 8/31/03 | $178,910.50 | $7,009.66 | Interim approval | Interim approval |
| November 6, 2003 | 9/1 – 9/30/03 | $157,200.00 | $3,817.57 | Interim approval | Interim approval |
| November 18, 2003 | July – September, 2003 | $533,606.00 | $20,062.56 | $533,606.00 | $20,062.56 |
| November 26, 2003 | 10/1 – 10/31/03 | $251,093.50 | $7,115.96 | Interim approval[10] | Interim approval |
| December 29, 2003 | 11/1 – 11/30/03 | $187,914.00 | $4,969.88 | Interim approval | Interim approval |
| February 2, 2004 | 12/1 - 12/31/03 | $317,880.00 | $8,631.60 | Interim approval | Interim approval |
| February 25, 2004 | October – December, 2003 | $756,887.50 | $20,717.44 | $756,838.00 | $20,717.44 |
| March 5, 2004 | 1/1 – 1/31/04 | $524,446.00 | $32,428.07 | Interim approval[11] | Interim approval |
| April 2, 2004 | 2/1 – 2/29/04 | $274,589.50 | $10,852.51 | Interim approval | Interim approval |
| May 3, 2004 | 3/1 – 3/31/04 | $337,945.00 | $13,159.10 | Interim approval | Interim approval |
| May 17, 2004 | January – March, 2004 | $1,136,980.50 | $56,439.68 | $1,134,755.00 | $56,439.68 |
| June 1, 2004 | 4/1 – 4/30/04 | $280,547.50 | $10,895.93 | Interim approval[12] | Interim approval |
| July 1, 2004 | 5/1 – 5/31/04 | $213,906.00 | $9,502.49 | Interim approval | Interim approval |
| September 2, 2004 | 6/1 – 6/30/04 | $430,246.50 | $15,235.72 | Interim approval | Interim approval |
| October 6, 2004 | April – June, 2004 | $924,700.00 | $35,634.14 | $918,960.50 | $35,557.55 |

---

[7]    The fees and expenses requested in the January-March, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 22, 2003.

[8]    The fees and expenses requested in the April-June, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 15, 2003.

[9]    The fees and expenses requested in the July-September, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on April 26, 2004.

[10]    The fees and expenses requested in the October-December, 2003, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 16, 2004.

[11]    The fees and expenses requested in the January-March, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 27, 2004.

[12]    The fees and expenses requested in the April-June, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on January 25, 2005.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| September 17, 2004 | 7/1 – 7/31/04 | $599,563.50 | $27,869.76 | Interim approval[13] | Interim approval |
| October 7, 2004 | 8/1 – 8/31/04 | $793,285.00 | $45,729.42 | Interim approval | Interim approval |
| November 3, 2004 | 9/1 – 9/30/04 | $913,771.00 | $32,811.19 | Interim approval | Interim approval |
| November 17, 2004 | July – September, 2004 | $2,306,619.50 | $106,410.37 | $2,298,879.00 | $105,176.56 |
| December 7, 2004 | 10/1 – 10/31/04 | $842,268.50 | $38,703.13 | Interim approval[14] | Interim approval |
| January 7, 2004 | 11/1 – 11/30/04 | $581,027.00 | $35,469.12 | Interim approval | Interim approval |
| February 1, 2005 | 12/1 – 12/31/04 | $863,104.50 | $38,461.17 | Interim approval | Interim approval |
| February 14, 2005 | October – December, 2004 | $2,286,400.00 | $112,633.42 | $2,279,008.50 | $110,200.64 |
| March 18, 2005 | 1/1 – 1/31/05 | $1,214,802.50 | $65,721.17 | Interim approval[15] | Interim approval |
| April 15, 2005 | 2/1 – 2/28/05 | $717,562.00 | $46,304.21 | Interim approval | Interim approval |
| May 19, 2005 | 3/1 – 3/31/05 | $916,504.00 | $50,822.73 | Interim approval | Interim approval |
| June 15, 2005 | January – March, 2005 | $2,848,868.50 | $162,848.11 | $2,833,566.00 | $162,482.21 |
| June 7, 2005 | 4/1 – 4/30/05 | $862,337.00 | $32,392.41 | Interim approval[16] | Interim approval |
| June 29, 2005 | 5/1 – 5/31/05 | $852,424.50 | $52,685.55 | Interim approval | Interim approval |
| August 5, 2005 | 6/1 – 6/30/05 | $1,181,036.00 | $58,504.79 | Interim approval | Interim approval |
| August 8, 2005 | April - June, 2005 | $2,895,797.50 | $143,582.75 | $2,894,660.00 | $143,530.87 |
| September 9, 2005 | 7/1 - 7/31/05 | $1,740,148.50 | $155,036.60 | Interim approval[17] | Interim approval |
| September 28, 3005 | 8/1 - 8/31/05 | $1,451,595.50 | $95,151.93 | Interim approval | Interim approval |
| October 28, 2005 | 9/1 -9/30/05 | $1,471,412.50 | $128,814.69 | Interim approval | Interim approval |
| October 28, 2005 | July – September, 2005 | $4,663,156.50 | $379,003.22 | $4,655,239.50 | $378,588.48 |
| November 29, 2005 | 10/1/05 - 10/31/05 | $1,602,349.50 | $111,318.89 | Interim approval[18] | Interim approval |
| December 29, 2005 | 11/1/05 - 11/30/05 | $1,743,406.00 | $182,798.39 | Interim approval | Interim approval |
| January 28, 2006 | 12/1/05 - 12/31/05 | $1,638,659.50 | $161,888.24 | Interim approval | Interim approval |
| February 14, 2006 | October - December, 2005 | $4,984,415.00 | $456,005.52 | $4,978,349.00 | $453,367.08 |
| February 28, 2006 | 1/1/06 - 1/31/06 | $1,667,688.00 | $176,100.89 | Interim approval[19] | Interim approval |

---

[13]   The fees and expenses requested in the July-September, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 22, 2005.

[14]   The fees and expenses requested in the October-December, 2004, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 29, 2005.

[15]   The fees and expenses requested in the January-March, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 26, 2005.

[16]   The fees and expenses requested in the April 1, 2005 through June 30, 2005, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 19, 2005.

[17]   The fees and expenses requested in the July-September, 2005 interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 27, 2006.

[18]   The fees and expenses requested in the October-December, 2005 interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 16, 2006.

[19]   The fees and expenses requested in the January-March, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 25, 2006.

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| March 28, 2006 | 2/1/06 - 2/28/06 | $1,669,067.50 | $395,113.02 | Interim approval | Interim approval |
| April 28, 2006 | 3/1/06 - 3/31/06 | $1,615,330.00 | $685,462.58 | Interim approval | Interim approval |
| May 15, 2006 | January - March, 2006 | $4,952,085.50 | $1,256,676.49 | $4,942,401.50 | $1,256,429.49 |
| May 30, 2006 | 4/1/06 - 4/30/06 | $1,628,876.50 | $814,117.99 | Interim approval[20] | Interim approval |
| June 28, 2006 | 5/1/06 - 5/31/06 | $1,800,762.00 | $311,657.73 | Interim approval | Interim approval |
| July 28, 2006 | 6/1/06 - 6/30/06 | $1,666,537.00 | $207,374.07 | Interim approval | Interim approval |
| August 14, 2006 | April - June, 2006 | $5,096,175.75 | $1,333,149.79 | $5,096,175.50 | $1,331,919.73 |
| August 28, 2006 | 7/1/06 - 7/31/06 | $2,026,266.00 | $155,509.57 | Interim approval[21] | Interim approval |
| September 28, 2006 | 8/1/06- 8/31/06 | $2,458,300.00 | $377,534.56 | Interim approval | Interim approval |
| October 30, 2006 | 9/1/06 - 9/30/06 | $1,508,315.00 | $454,899.58 | Interim approval | Interim approval |
| November 14, 2006 | July - September, 2006 | $5,992,881.00 | $987,943.71 | $5,984,268.75 | $986,255.71 |
| November 28, 2006 | 10/1/06 - 10/31/06 | $1,732,139.00 | $698,068.49 | Interim approval[22] | Interim approval |
| December 28, 2006 | 11/1/06 - 11/30/06 | $1,846,984.50 | $860,948.29 | Interim approval | Interim approval |
| January 29, 3006 | 12/1/06 - 12/31/06 | $1,577,574.50 | $1,171,910.97 | Interim approval | Interim approval |
| February 14, 2007 | October - December, 2006 | $5,156,698.00 | $2,730,927.75 | $5,155,238.00 | $2,730,927.75 |
| February 28, 2007 | 1/1/07 - 1/31/07 | $1,653,083.50 | $505,470.24 | Interim approval[23] | Interim approval |
| March 28, 2007 | 2/1/07 - 2/28/07 | $1,855,844.00 | $793,394.48 | Interim approval | Interim approval |
| April 30, 2007 | 3/1/07 - 3/3107 | $2,043,431.50 | $614,588.91 | Interim approval | Interim approval |
| May 15, 2007 | January - March, 2007 | $5,552,359.00 | $1,913,453.63 | $5,547,606.50 | $1,913,453.63 |
| May 29, 2007 | 4/1/07 - 4/30/07 | $1,617,793.00 | $1,471,980.14 | Interim approval[24] | Interim approval |
| June 28, 2007 | 5/1/07 - 5/31/07 | $1,886,409.50 | $1,580,009.04 | Interim approval | Interim approval |
| July 30, 2007 | 6/1/07 - 6/30/07 | $2,301,815.00 | $2,237,072.31 | Interim approval | Interim approval |
| August 14, 2007 | April - June, 2007 | $5,552,359.00 | $1,913,453.63 | $5,801,255.00 | $5,289,061.49 |
| August 28, 2007 | 7/1/07 - 7/31/07 | $2,031,978.00 | $3,054,735.85 | Interim approval[25] | Interim approval |
| September 28, 2007 | 8/1/07 8/31/07 | $2,141,450.50 | $1,524,583.81 | Interim approval | Interim approval |
| October 29, 2007 | 9/1/07 - 9/30/07 | $1,851,837.50 | $2,068,988.69 | Interim approval | Interim approval |
| November 14, 2007 | July - September 2007 | $6,025,266.00 | $6,648,308.35 | $6,009,675.50 | $6,648,308.35 |

[20]   The fees and expenses requested in the April-June, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 18, 2006.

[21]   The fees and expenses requested in the July-September, 2006, interim monthly Applications were approved on an interim basis pursuant to the amended order entered by this Court on May 3, 2007.

[22]   The fees and expenses requested in October-December, 2006, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 20, 2007.

[23]   The fees and expenses requested in January-March, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on September 24, 2007.

[24]   The fees and expenses requested in April-June, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on December 13, 2007.

[25]   The fees and expenses requested in July-September, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on March 12, 2008.

5

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| November 28, 2007 | 10/1/07 - 10/31/07 | $2,819,249.00 | $1,902,419.07 | Interim approval[26] | Interim approval |
| December 28, 2007 | 11/1/07 - 11/30/07 | $2,218,978.50 | $1,307,904.30 | Interim approval | Interim approval |
| January 28, 2008 | 12/1/07 - 12/31/07 | $2,145,512.00 | $861,447.64 | Interim approval | Interim approval |
| February 14, 2008 | October - December 2007 | $7,183,739.50 | $4,071,771.01 | $7,179,358.50 | $4,071,035.37 |
| February 28, 2008 | 1/1/08- 1/31/08 | $2,982,614.00 | $1,437,331.45 | Interim approval[27] | Interim approval |
| March 28, 2008 | 2/1/08 - 2/29/08 | $1,556,573.00 | $1,323,655.09 | Interim approval | Interim approval |
| April 28, 2008 | 3/1/08 - 3/31/08 | $2,723,985.00 | $1,981,870.63 | Interim approval | Interim approval |
| May 15, 2008 | January - March 2008 | $7,263,172.00 | $4,742,857.17 | $7,258,924.50 | $4,740,246.26 |
| May 28, 2008 | 5/1/08 - 5/31/08 | $1,926,854.00 | $776,768.04 | $1,541,483.20 | $776,768.04 |
| June 30, 2008 | 6/1/08 - 6/30/08 | $1,903,907.50 | $912,081.39 | $1,523,126.00 | $912,081.39 |
| July 28, 2008 | 7/1/08 7/31/08 | $2,007,344.00 | $1,048,779.70 | $1,605,875.20 | $1,048,779.70 |
| August 14, 2008 | April - June, 2008 | $5,838,105.50 | $2,737,629.13 | Pending | Pending |
| August 28, 2008 | 7/1/08 - 7/31/08 | $2,028,629.50 | $282,406.92 | $1,622,903.60 | $282,406.92 |
| September 29, 2008 | 8/1/08 - 8/31/08 | $2,383,467.50 | $150,525.88 | $1,906,774.00 | $150,525.88 |
| October 28, 2008 | 9/1/08 - 9/30/08 | $2,336,428.00 | $203,984.33 | $1,869,142.40 | $203,984.33 |

K&E has filed certificates of no objection with the Court with respect to the Monthly Fee Applications for June and July 2008, because no objections were filed with the Court within the objection period. As of the filing of this Quarterly Application, the objection deadline for the September 2008 Monthly Fee Application has not yet expired. The hearing for the interim period April 1, 2008 through June 30, 2008 has been scheduled for December 15, 2008. The hearing for the interim period July 1, 2008 through September 30, 2008, has not yet been scheduled.

---

[26]   The fees and expenses requested in October-December, 2007, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on June 23, 2008.

[27]   The fees and expenses requested in January-March, 2008, interim monthly Applications were approved on an interim basis pursuant to the order entered by this Court on October 1, 2008.

The K&E attorneys who rendered professional services in these cases during the

Fee Period are:[28]

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| F. Wade Ackerman | Associate | 2004 | Litigation | $475.00 | 169.10 | $80,322.50 |
| Ellen T. Ahern | Partner | 1992 | Litigation | $570.00 | 329.30 | $187,701.00 |
| Janet S. Baer | Partner | 1982 | Restructuring | $795.00 | 550.90 | $437,965.50 |
| James L. Baribeau | Associate | 2006 | Corporate | $530.00 | 78.80 | $41,764.00 |
| Amanda C. Basta | Associate | 2002 | Litigation | $520.00 | 37.70 | $19,604.00 |
| David M. Bernick, P.C. | Partner | 1978 | Litigation | $915.00 | 191.70 | $175,405.50 |
| Salvatore F. Bianca | Associate | 2003 (Grad 2001) | Litigation | $520.00 | 204.20 | $106,184.00 |
| Samuel Blatnick | Associate | 2003 | Litigation | $500.00 | 129.30 | $64,650.00 |
| Deanna D. Boll | Partner | 1998 | Restructuring | $625.00 | 473.70 | $296,062.50 |
| Craig A. Bruens | Partner | 1999 | Restructuring | $590.00 | 483.30 | $285,147.00 |
| Holly Bull | Of Counsel | 1997 | Restructuring | $490.00 | 131.80 | $64,582.00 |
| Christopher C. Chiou | Associate | 2004 | Litigation | $475.00 | 0.60 | $285.00 |
| Thomas W. Christopher | Partner | 1998 | Corporate | $825.00 | 219.50 | $181,087.50 |
| Thad Davis | Associate | 2005 | Taxation | $480.00 | 21.60 | $10,368.00 |
| Michael Dierkes | Associate | 2001 | Litigation | $520.00 | 315.10 | $163,852.00 |
| Laura M. Durity | Associate | 2007 | Litigation | $350.00 | 80.60 | $28,210.00 |
| Lisa G. Esayian | Partner | 1991 | Litigation | $675.00 | 234.60 | $158,355.00 |
| Rashad W. Evans | Associate | 2007 | Restructuring | $440.00 | 119.10 | $52,404.00 |
| Peter A. Farrell | Associate | 2006 | Litigation | $395.00 | 193.00 | $76,235.00 |
| Theodore L. Freedman | Partner | 1973 | Restructuring | $850.00 | 640.70 | $544,595.00 |
| Andrew Fromm | Associate | 2008 | Litigation | $295.00 | 42.70 | $12,596.50 |
| Noah J. Gellner | Associate | 2007 | Corporate | $440.00 | 56.30 | $24,772.00 |
| James Golden | Associate | 2005 | Litigation | $435.00 | 116.50 | $50,677.50 |
| Christopher T. Greco | Associate | 2007 | Restructuring | $390.00 | 581.70 | $226,863.00 |
| Barbara M. Harding | Partner | 1988 | Litigation | $585.00 | 472.50 | $276,412.50 |
| Charles H. Heenan | Associate | 2006 | Corporate | $490.00 | 50.30 | $24,647.00 |
| Jason P. Hernandez | Associate | 2005 | Litigation | $435.00 | 14.60 | $6,351.00 |
| Alex L. Karan | Partner | 2000 | Litigation | $540.00 | 361.30 | $195,102.00 |
| Patrick J. King | Associate | 2007 | Litigation | $350.00 | 408.30 | $142,905.00 |
| Rebecca A. Koch | Associate | 2005 | Litigation | $435.00 | 151.20 | $65,772.00 |
| Lauren E. Kozak | Associate | Pending | Litigation | $295.00 | 9.50 | $2,802.50 |
| M. Natasha Labovitz | Partner | 1997 | Restructuring | $745.00 | 23.30 | $17,358.50 |
| Walter R. Lancaster | Partner | 1987 | Litigation | $710.00 | 424.20 | $301,182.00 |
| Christopher Landau, P.C. | Partner | 1987 | Litigation | $835.00 | 9.60 | $8,016.00 |
| Elli Leibenstein | Partner | 1992 | Litigation | $635.00 | 110.00 | $69,850.00 |
| Eric F. Leon | Partner | 1994 | Litigation | $635.00 | 256.50 | $162,877.50 |
| Marc Lewinstein | Associate | 2006 | Restructuring | $440.00 | 291.70 | $128,348.00 |
| Elizabeth M. Locke | Associate | 2005 | Litigation | $435.00 | 47.90 | $20,836.50 |
| Tyler D. Mace | Associate | 2003 | Litigation | $500.00 | 542.10 | $271,050.00 |

[28]   Any capitalized terms not defined herein have the meaning ascribed to them in the Thirtieth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W. R. Grace & Co., et al., for July 1, 2008 through September 30, 2008.

| Name of Professional Person | Position with the Applicant and Year Admitted | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Todd F. Maynes, P.C. | Partner | 1988 | Taxation | $915.00 | 51.60 | $47,214.00 |
| Scott A. McMillin | Partner | 1996 | Litigation | $580.00 | 293.30 | $170,114.00 |
| Andres C. Mena | Partner | 1998 | Corporate | $625.00 | 97.40 | $60,875.00 |
| Joy L. Monahan | Associate | 1997 | Restructuring | $490.00 | 16.60 | $8,134.00 |
| Derek Muller | Associate | 2007 | Litigation | $350.00 | 51.50 | $18,025.00 |
| Christian O. Nagler | Partner | 1997 | Corporate | $675.00 | 2.10 | $1,417.50 |
| Aaron Rokach | Associate | 2007 | Taxation | $365.00 | 38.90 | $14,198.50 |
| Andrew R. Running | Partner | 1982 | Litigation | $695.00 | 89.60 | $62,272.00 |
| Joseph Serino, Jr. | Partner | 1989 | Litigation | $710.00 | 11.90 | $8,449.00 |
| Michael Shipley | Associate | 2004 | Litigation | $435.00 | 1.30 | $565.50 |
| Lori Sinanyan | Partner | 2000 | Restructuring | $605.00 | 33.40 | $20,207.00 |
| Gregory L. Skidmore | Associate | 2006 | Litigation | $435.00 | 0.70 | $304.50 |
| Brian T. Stansbury | Partner | 2002 | Litigation | $520.00 | 319.20 | $165,984.00 |
| Henry A. Thompson, II | Associate | 2006 | Litigation | $395.00 | 73.70 | $29,111.50 |
| Tia Trout-Perez | Associate | Pending | Litigation | $295.00 | 9.40 | $2,773.00 |
| Laurence A. Urgenson | Partner | 1976 | Litigation | $835.00 | 155.70 | $130,009.50 |
| Shani Moore Weatherby | Associate | 2007 | Litigation | $350.00 | 58.70 | $20,545.00 |
| Beth M. Weinstein | Associate | 2007 | Litigation | $350.00 | 49.00 | $17,150.00 |
| **Totals for Attorneys** | | | | | 9,928.80 | $5,760,548.00 |

The paraprofessionals of K&E who rendered professional services in these cases

during the Fee Period are:

| Name of Paraprofessional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Jesse Aguilar | Legal Assistant | 20 Years | Restructuring | $225.00 | 2.30 | $517.50 |
| April Albrecht | Technology Services | 5 Years | Litigation | $200.00 | 84.60 | $16,920.00 |
| Matthew J. Alexander | Law Clerk | 5 Months | General | $205.00 | 41.10 | $8,425.50 |
| Jeffrey Armington | Law Clerk | 5 Months | General | $205.00 | 11.80 | $2,419.00 |
| Deborah L. Bibbs | Legal Assistant | 2 Years | Restructuring | $195.00 | 426.50 | $83,167.50 |
| Shaun Booth | Case Assistant | 1 Month | Restructuring | $150.00 | 5.50 | $825.00 |
| David M. Boutrous | Legal Assistant | 2 Years | Litigation | $140.00 | 25.50 | $3,570.00 |
| Karen Bradshaw | Law Clerk | 4 Months | Corporate | $205.00 | 74.00 | $15,170.00 |
| Andrew Brniak | Case Assistant | 6 Months | Restructuring | $125.00 | 62.10 | $7,762.50 |
| Megan M. Brown | Legal Assistant | 2 Years | Litigation | $180.00 | 420.30 | $75,654.00 |
| Jon D. Canty | Technology Services | 5 Months | Litigation | $195.00 | 5.50 | $1,072.50 |
| Jessica Chen | Law Clerk | 5 Months | General | $205.00 | 37.50 | $7,687.50 |
| Linda L. Cordeiro | Case Assistant | 1 Year | Litigation | $145.00 | 463.70 | $67,236.50 |
| Andrew Erskine | Project Assistant | 1 Year | Litigation | $155.00 | 219.00 | $33,945.00 |
| Timothy J. Fitzsimmons | Legal Assistant | 1 Year | Litigation | $230.00 | 543.50 | $125,005.00 |
| Vivian J. Fong | Law Clerk | 3 Months | General | $205.00 | 52.50 | $10,762.50 |
| Beth Friedman | Legal Assistant | 20 Years | Restructuring | $265.00 | 8.00 | $2,120.00 |
| Thomas P. Gallo | Investigator Consultant | 35 Years | Administrative Services | $305.00 | 22.50 | $6,862.50 |
| Jonathan F. Ganter | Law Clerk | 3 Months | General | $205.00 | 98.10 | $20,110.50 |

8

| Name of Paraprofessional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Maria D. Gaytan | Case Assistant | 6 Years | Litigation | $140.00 | 41.30 | $5,782.00 |
| Lauren Gerber | Law Clerk | 5 Months | General | $205.00 | 21.30 | $4,366.50 |
| Britton R. Giroux | Legal Assistant | 2 Years | Litigation | $180.00 | 48.80 | $8,784.00 |
| Jacob Goldfinger | Legal Assistant | 5 Years | Restructuring | $225.00 | 2.80 | $630.00 |
| Timothy Greene | Project Assistant | 12 Months | Litigation | $155.00 | 143.50 | $22,242.50 |
| Alun Harris-John | Technology Services | 1 Year | Litigation | $210.00 | 8.50 | $1,785.00 |
| David C. Holman | Law Clerk | 4 Months | General | $205.00 | 30.00 | $6,150.00 |
| Claude W. Irmis | Legal Assistant | 11 Years | Restructuring | $265.00 | 2.50 | $662.50 |
| Ayesha Johnson | Case Assistant | 1 Year | Litigation | $145.00 | 4.00 | $580.00 |
| Katherine R. Katz | Law Clerk | 5 Months | General | $205.00 | 40.90 | $8,384.50 |
| Travis J. Langenkamp | Legal Assistant | 11 Years | Litigation | $250.00 | 68.50 | $17,125.00 |
| Magali Lespinasse Lee | Legal Assistant | 23 Years | Restructuring | $225.00 | 16.80 | $3,780.00 |
| Kimberly K. Love | Legal Assistant | 20 Years | Litigation | $240.00 | 156.70 | $37,608.00 |
| Anne R. Lubinsky | Technology Services | 4 Years | Litigation | $180.00 | 14.00 | $2,520.00 |
| Thomas Mangne | Technology Services | 21 Years | Litigation | $240.00 | 9.20 | $2,208.00 |
| Maureen McCarthy | Legal Assistant | 5 Years | Restructuring | $225.00 | 26.90 | $6,052.50 |
| Katie McCrone | Project Assistant | 5 Months | Restructuring | $150.00 | 73.90 | $11,085.00 |
| Sophie Milrom | Case Assistant | 3 Months | Intellectual Property | $150.00 | 6.50 | $975.00 |
| Joseph O'Hara | Project Assistant | 2 Months | Litigation | $145.00 | 10.00 | $1,450.00 |
| Natalya Palma | Legal Assistant | 2 Years | Litigation | $180.00 | 7.50 | $1,350.00 |
| Jane Penley | Project Assistant | 1 Month | Restructuring | $145.00 | 28.40 | $4,118.00 |
| Michelle Peterson | Project Assistant | 8 Months | Restructuring | $150.00 | 23.70 | $3,555.00 |
| Morgan Rohrhofer | Case Assistant | 4 Months | Litigation | $145.00 | 11.00 | $1,595.00 |
| Daniel T. Rooney | Legal Assistant | 14 Years | Litigation | $240.00 | 448.60 | $107,664.00 |
| Andrew J. Ross | Case Assistant | 1 Year | Litigation | $145.00 | 136.50 | $19,792.50 |
| Neal F. San Diego | Case Assistant | 7 Months | Litigation | $155.00 | 167.90 | $26,024.50 |
| Sofia Sheth | Case Assistant | 3 Months | Restructuring | $150.00 | 5.20 | $780.00 |
| Carrie Sroka | Project Assistant | 2 Months | Restructuring | $145.00 | 71.70 | $10,396.50 |
| Peter Stach | Project Assistant | 12 Months | Restructuring | $150.00 | 2.60 | $390.00 |
| Terrell D. Stansbury | Legal Assistant | 4 Years | Litigation | $195.00 | 332.90 | $64,915.50 |

| Name of Paraprofessional Person | Position with the Applicant and Number of Years as a Paraprofessional | | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Rafael M. Suarez | Technology Services | 2 Years | Litigation | $200.00 | 39.50 | $7,900.00 |
| Gary M. Vogt | Legal Assistant | 21 Years | Litigation | $255.00 | 3.50 | $892.50 |
| Sarah B. Whitney | Project Assistant | 3 Month | Litigation | $145.00 | 517.10 | $74,979.50 |
| Carrie L. Wildfong | Project Assistant | 4 Months | Restructuring | $150.00 | 104.40 | $15,660.00 |
| Phillip Zackler | Law Clerk | 4 Months | Corporate | $205.00 | 16.10 | $3,300.50 |
| Library Research | Research Specialist | N/A | Administrative Services | $200.00 | 66.30 | $13,260.00 |
| Totals for Paraprofessionals | | | | | 5,313.00 | $987,977.00 |

**Grand Total for Fees:**     **$6,748,525.00**
**Blended Rate:**     **$442.76**

### Compensation by Matter

| Matter Number | Matter Description | Total Billed Hours | Total Fees Requested |
|---|---|---|---|
| 17 | Relief from Stay | 87.40 | $49,363.00 |
| 19 | Claims Analysis Objection and Resolution (Non-Asbestos) | 564.40 | $258,659.50 |
| 20 | Case Administration | 477.80 | $109,551.50 |
| 21 | Claims Analysis Objection and Resolution (Asbestos) | 1,097.70 | $507,795.00 |
| 23 | Business Operations | 37.20 | $17,326.00 |
| 27 | Employee Benefits/Pension | 26.20 | $6,585.50 |
| 28 | Litigation and Litigation Consulting | 1,264.90 | $631,301.50 |
| 30 | Hearings | 259.40 | $160,777.00 |
| 32 | Fee Applications, Applicant | 180.00 | $82,925.00 |
| 35 | Fee Applications Others | 11.10 | $3,086.50 |
| 37 | Plan and Disclosure Statement | 2,669.30 | $1,728,350.00 |
| 38 | Employment Applications, Others | 3.10 | $1,735.50 |
| 41 | Tax Issues | 112.60 | $71,880.50 |
| 42 | Travel non-working | 52.10 | $30,974.00 |
| 57 | Montana Grand Jury Investigation | 8,296.70 | $3,037,830.00 |
| 58 | Criminal Travel Matter, No Third Parties | 101.90 | $50,384.50 |
| **Totals for Matters** | | **15,241.80** | **$6,748,525.00** |

**EXPENSE SUMMARY**

| Service Description | Amount |
|---|---:|
| Airfare | $47,659.42 |
| Appearance Fees | $500.00 |
| Bates Labels/Print | $0.87 |
| Binding | $84.00 |
| Calendar/Court Services | $50.00 |
| Car Rental | $98.52 |
| Cash Credits | ($2,816.13) |
| Catering Expenses | $6,019.83 |
| CD-ROM Duplicates | $434.00 |
| CD-ROM Master | $10.00 |
| Color Copies or Prints | $4,967.00 |
| Computer Database Research | $42,716.93 |
| Court Reporter Fee/Deposition | $3,123.59 |
| DVD Duplicates | $150.00 |
| Filing Fees | $1,319.50 |
| Information Broker Doc/Svcs | $7,060.61 |
| Investigators | $18,709.46 |
| Library Document Procurement | $3,850.00 |
| Local Transportation | $1,493.21 |
| Miscellaneous Office Expenses | $2,638.45 |
| Other Travel Expenses | $492.48 |
| Outside Computer Services | $27,348.36 |
| Outside Copy/Binding Services | $85,312.66 |
| Outside Messenger Services | $1,850.29 |
| Outside Video Services | $4,056.01 |
| Overnight Delivery | $4,974.97 |
| Overtime Meals | $236.91 |
| Overtime Meals - Attorney | $1,576.03 |
| Overtime Meals - Legal Assistant | $36.51 |
| Overtime Transportation | $3,340.76 |
| Postage | $23.68 |
| Process Server Fees | ($60.00) |
| Professional Fees | $264,391.25 |
| Rental Expenses | $3,217.09 |
| Scanned Images | $8,575.80 |
| Secretarial Overtime | $3,072.00 |
| Standard Copies or Prints | $39,638.30 |
| Tabs/Indexes/Dividers | $490.00 |
| Telephone | $3,445.98 |
| Transportation to/from airport | $8,766.78 |
| Travel Expense | $27,094.80 |
| Travel Meals | $4,783.00 |
| Word Processing Overtime | $505.56 |
| Working Meals/K&E and Others | $5,678.65 |
| **Total** | **$636,917.13** |

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## VERIFICATION

| | |
|---|---|
| STATE OF ILLINOIS | ) |
| | ) ss. |
| COUNTY OF COOK | ) |

Janet S. Baer, after being duly sworn according to law, deposes and says:

1.      I am a partner with the applicant law firm Kirkland & Ellis LLP ("K&E"), and have been admitted to the Bar of the Supreme Court of Illinois since 1982.

2.      I have personally performed many of the legal services rendered by K&E as counsel to the above-captioned debtors and debtors in possession (the "Debtors"), and I am familiar with the other work performed on behalf of the Debtors by the lawyers and paraprofessionals of K&E.

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

3.      I have reviewed the foregoing Application, and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  Moreover, I have reviewed the Local Bankruptcy Rules for the District of Delaware and submit that the Application substantially complies with such rules.

_____
Janet S. Baer

SWORN AND SUBSCRIBED
before me this 14th day of November, 2008

_____
Notary Public
My Commission Expires:

```
"OFFICIAL SEAL"
Patricia C. Myers
Notary Public, State of Illinois
My Commission Expires May 17, 2010
```

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |
| | ) | |

## THIRTIETH QUARTERLY INTERIM VERIFIED APPLICATION OF KIRKLAND & ELLIS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS BANKRUPTCY COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE INTERIM PERIOD FROM JULY 1, 2008 THROUGH SEPTEMBER 30, 2008

Pursuant to sections 327, 330 and 331 of title 11 of the United States Code (as amended, the "Bankruptcy Code"), Fed. R. Bankr. P. 2016, the Retention Order (as defined below), the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Professionals and Official Committee Members (the "Interim Compensation Order"), the Amended Administrative Order under 11 U.S.C. §§ 105(a) and 331 Establishing Revised Procedures for Interim Compensation and

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Reimbursement of Expenses for Professionals and Official Committee Members (the "Amended Interim Compensation Order") and Del.Bankr.LR 2016-2, the law firm of Kirkland & Ellis LLP ("Kirkland & Ellis" or "K&E"), bankruptcy counsel for the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") in their chapter 11 cases, hereby applies for an order allowing it (i) compensation in the amount of $6,748,525.00 for the reasonable and necessary legal services K&E has rendered to the Debtors and (ii) reimbursement for the actual and necessary expenses that K&E has incurred in the amount of $636,917.13 (the "Thirtieth Quarterly Fee Application"), in each case for the interim quarterly period from July 1, 2008, through September 30, 2008 (the "Fee Period").   In support of this Thirtieth Quarterly Fee Application, K&E respectfully states as follows:

## BACKGROUND

### Retention of Kirkland & Ellis

1.    On April 2, 2001 (the "Petition Date"), the Debtors each filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code (collectively, the "Chapter 11 Cases"). On April 2, 2001, the Court entered an order procedurally consolidating the Chapter 11 Cases for administrative purposes only.  Since the Petition Date, the Debtors have continued to operate their businesses and manage their properties as debtors-in-possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

2.    By this Court's order dated May 3, 2001, the Debtors were authorized to retain K&E as their counsel, effective as of the Petition Date, with regard to the filing and prosecution of the Chapter 11 Cases and all related matters (the "Retention Order").   The Retention Order authorizes the Debtors to compensate K&E at K&E's hourly rates charged for services of this type and to be reimbursed for actual and necessary out-of-pocket expenses that it

2

incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, all applicable local rules and orders of this Court.

**Monthly Interim Fee Applications Covered Herein**

      3.    Pursuant to the procedures set forth in the Interim Compensation Order, as amended by the Amended Interim Compensation Order, professionals may apply for monthly compensation and reimbursement (each such application, a "Monthly Fee Application"), and the notice parties listed in the Amended Interim Compensation Order may object to such request. If no notice party objects to a professional's Monthly Fee Application within twenty (20) days after the date of service of the Monthly Fee Application, the applicable professional may submit to the Court a certification of no objection whereupon the Debtors are authorized to pay interim compensation and reimbursement of 80% of the fees and 100% of the expenses requested.

      4.    Furthermore, and also pursuant to the Amended Interim Compensation Order, within 45 days of the end of each quarter, professionals are to file and serve upon the notice parties a quarterly request (a "Quarterly Fee Application") for interim Court approval and allowance of the Monthly Fee Applications filed during the quarter covered by that Quarterly Fee Application. If the Court grants the relief requested by the Quarterly Fee Application, the Debtors are authorized and directed to pay the professional 100% of the fees and expenses requested in the Monthly Fee Applications covered by that Quarterly Fee Application less any amounts previously paid in connection with the Monthly Fee Applications. Any payment made pursuant to the Monthly Fee Applications or a Quarterly Fee Application is subject to final approval of all fees and expenses at a hearing on the professional's final fee application.

      5.    This Quarterly Fee Application, which is submitted in accordance with the Amended Interim Compensation Order, is the Thirtieth Fee Application for compensation for

services rendered that K&E has filed with the Bankruptcy Court in connection with the Chapter

11 Cases, and covers the Fee Period of July 1, 2008, through September 30, 2008.

6.      K&E has filed the following Monthly Fee Applications for interim

compensation during this Fee Period:

a.      Summary Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W.R. Grace & Co., et al., for the Monthly Interim Period from July 1, 2008, through July 31, 2008, filed August 28, 2008, (the "July Fee Application") attached hereto as Exhibit A;

b.      Summary Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W.R. Grace & Co., et al., for the Monthly Interim Period from August 1, 2008, through August 31, 2008, filed September 29, 2008, (the "August Fee Application") attached hereto as Exhibit B; and

c.      Summary Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel to W.R. Grace & Co., et al., for the Monthly Interim Period from September 1, 2008, through September 30, 2008, filed October 28, 2008, (the "September Fee Application") (collectively, the July Fee Application, the August Fee Application and the September Fee Application are the "Applications") attached hereto as Exhibit C.

7.      The periods for objecting to the fees and expense reimbursement requested

in the July and August Fee Applications passed without any objections being filed, whereupon

the Debtors filed certificates of no objection with the Court and have either paid or will pay

interim compensation and reimbursement of 80% of the fees and 100% of the expenses

requested. The deadline for objecting to the September Fee Application has not passed yet.

8.      K&E has advised and represented the Debtors in connection with the

operation of their businesses and other matters arising in the performance of their duties as a

debtors-in-possession during the period covered by the Thirtieth Quarterly Fee Application.

Furthermore, K&E has prepared various pleadings, motions and other papers submitted to this

Court for consideration, has appeared before this Court during hearings regarding these cases and

has performed various other professional services that are described in the Applications.

**Previous Quarterly Fee Applications**

9.      K&E has previously filed the following Quarterly Fee Applications:

a.      First Quarterly Interim Verified Application of Kirkland & Ellis for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W. R. Grace & Co., et al., for the Interim Period from April 2, 2001 through June 30, 2001, filed August 2, 2001, (the "First Quarterly Fee Application");

b.      Second Quarterly Interim Verified Application of Kirkland & Ellis for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W. R. Grace & Co., et al., for the Interim Period from July 1, 2001 through September 30, 2001, filed November 7, 2001, (the "Second Quarterly Fee Application");

c.      Third Quarterly Interim Verified Application of Kirkland & Ellis for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W. R. Grace & Co., et al., for the Interim Period from October 1, 2001 through December 31, 2001, filed February 7, 2002, (the "Third Quarterly Fee Application ");

d.      Fourth Quarterly Interim Verified Application of Kirkland & Ellis for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W. R. Grace & Co., et al., for the Interim Period from January 1, 2002 through March 31, 2002, filed June 10, 2002 (the "Fourth Quarterly Fee Application");

e.      Fifth Quarterly Interim Verified Application of Kirkland & Ellis for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from April 1, 2002 through June 30, 2002, filed September 30, 2002 (the "Fifth Quarterly Fee Application");

f.      Sixth Quarterly Interim Verified Application of Kirkland & Ellis for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from July 1, 2002 through September 30, 2002, filed November 27, 2002 (the "Sixth Quarterly Fee Application");

5

g.  Seventh Quarterly Interim Verified Application of Kirkland & Ellis for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from October 1, 2002 through December 31, 2002, filed March 4, 2003 (the "Seventh Quarterly Fee Application");

h.  Eighth Quarterly Interim Verified Application of Kirkland & Ellis for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from January 1, 2003 through March 31, 2003, filed May 15, 2003 (the "Eighth Quarterly Fee Application");

i.  Ninth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from April 1, 2003 through June 30, 2003, filed August 27, 2003 (the "Ninth Quarterly Fee Application");

j.  Tenth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from July 1, 2003 through September 30, 2003, filed November 18, 2003 (the "Tenth Quarterly Fee Application");

k.  Eleventh Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from October 1, 2003 through December 31, 2003, filed February 11, 2004 (the "Eleventh Quarterly Fee Application");

l.  Twelfth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from January 1, 2004 through March 31, 2004, filed May 17, 2004 (the "Twelfth Quarterly Fee Application");

m.  Thirteenth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from April 1, 2004 through June 30, 2004, filed October 6, 2004 (the "Thirteenth Quarterly Fee Application");

n.  Fourteenth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from July 1, 2004 through September 30, 2004, filed November 17, 2004 (the "Fourteenth Quarterly Fee Application");

o.  Fifteenth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from October 1, 2004 through December 31, 2004, filed February 14, 2005 (the "Fifteenth Quarterly Fee Application");

p.  Sixteenth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from January 1, 2005 through March 31, 2005, filed June 15, 2005 (the "Sixteenth Quarterly Fee Application");

q.  Seventeenth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from April 1, 2005 through June 30, 2005, filed August 8, 2005 (the "Seventeenth Quarterly Fee Application");

r.  Eighteenth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from July 1, 2005 through September 30, 2005, filed October 28, 2005 (the "Eighteenth Quarterly Fee Application");

s.  Nineteenth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from October 1, 2005 through December 31, 2005, filed February 14, 2006 (the "Nineteenth Quarterly Fee Application");

t.  Twentieth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from January 1, 2006 through March 31, 2006, filed May 15, 2006 (the "Twentieth Quarterly Fee Application");

u.  Twenty-First Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from April 1, 2006 through June 30, 2006, filed August 14, 2006 (the "Twenty-First Quarterly Fee Application");

K&E 13718796.1

v.  Twenty-Second Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from July 1, 2006 through September 30, 2006, filed November 14, 2006 (the "Twenty-Second Quarterly Fee Application");

w.  Twenty-Third Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from October 1, 2006 through December 31, 2006, filed February 14, 2007 (the "Twenty-Third Quarterly Fee Application");

x.  Twenty-Fourth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from January 1, 2007 through March 31, 2007, filed May 15, 2007 (the "Twenty-Fourth Quarterly Fee Application");

y.  Twenty-Fifth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from April 1, 2007 through June 30, 2007, filed August 14, 2007 (the "Twenty-Fifth Quarterly Fee Application");

z.  Twenty-Sixth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from July 1, 2007 through September 30, 2007, filed November 14, 2007 (the "Twenty-Sixth Quarterly Fee Application");

aa.  Twenty-Seventh Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from October 1, 2007 through December 31, 2007, filed February 14, 2008 (the "Twenty-Seventh Quarterly Fee Application");

bb.  Twenty-Eighth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from January 1, 2008 through March 31, 2008, filed May 15, 2008 (the "Twenty-Eighth Quarterly Fee Application") ; and

8

cc.   Twenty-Ninth Quarterly Interim Verified Application of Kirkland & Ellis LLP for Compensation for Services and Reimbursement of Expenses as Bankruptcy Counsel for W.R. Grace & Co., et al., for the Interim Period from April 1, 2008 through June 30, 2008, filed August 14, 2008 (the "Twenty-Ninth Quarterly Fee Application") (collectively, the First through Twenty-Ninth Quarterly Fee Applications are the "Quarterly Applications").

10.   There have been no objections filed with respect to the Quarterly Applications. The hearing for the Quarterly Application for the interim period April 1, 2008 through June 30, 2008, has been scheduled for December 15, 2008. The hearing for the interim period July 1, 2008 through September 30, 2008, has not yet been scheduled. The Debtors have filed certificates of no objection with respect to each of the three monthly Fee Applications related to each of the above-listed Quarterly Applications and have paid, or will pay, in each case, 100% of the compensation requested for fees and reimbursed 100% of the expenses requested in the First through Twenty-Ninth Quarterly Fee Applications (less certain fees and expenses disallowed by the Court). The First, Second, Third and Fifth Quarterly Fee Applications were heard on November 25, 2002, and orders were entered on November 29, 2002, granting interim compensation and reimbursement for the First, Second, Third and Fifth Quarterly Fee Applications. The Fourth Quarterly Fee Application was heard on August 26, 2002, and an order was entered on October 9, 2002, granting interim compensation and reimbursement of expenses requested in the Fourth Quarterly Fee Application. An order was entered on March 14, 2003, granting interim compensation and reimbursement of expenses requested in the Sixth Quarterly Fee Application. The Seventh Quarterly Fee Application was heard on June 17, 2003, and an order was entered on July 28, 2003, granting interim compensation and reimbursement of expenses requested in the Seventh Quarterly Fee Application. The Eighth Quarterly Fee Application was heard on September 22, 2003, and an order was entered on September 22, 2003, granting interim compensation and reimbursement of

9

expenses requested in the Eighth Quarterly Fee Application.   The Ninth Quarterly Fee Application was heard on December 15, 2003, and an order was entered on December 15, 2003[2], granting interim compensation and reimbursement of expenses requested in the Ninth Quarterly Fee Application.   The Tenth Quarterly Fee Application was heard on March 22, 2004, and an order was entered on April 26, 2004 granting interim compensation and reimbursement of expenses requested in the Tenth Quarterly Fee Application.   An order was entered on June 16, 2004, granting interim compensation and reimbursement of expenses requested in The Eleventh Quarterly Fee Application.   The Twelfth Quarterly Fee Application was heard on September 27, 2004, and an order was entered on September 27, 2004 granting interim compensation and reimbursement of expenses requested in the Twelfth Quarterly Fee Application.   The Thirteenth Quarterly Fee Application was heard on December 20, 2004, and an order was entered on January 26, 2005 granting interim compensation and reimbursement of expenses requested in the Thirteenth Quarterly Fee Application.   The Fourteenth Quarterly Fee Application was heard on March 21, 2005, and an order was entered on March 22, 2005 granting interim compensation and reimbursement of expenses requested in the Fourteenth Quarterly Fee Application.   The Fifteenth Quarterly Fee Application was heard on June 27, 2005, and an order was entered on June 29, 2005 granting interim compensation and reimbursement of expenses requested in the Fifteenth Quarterly Fee Application.   The Sixteenth Quarterly Fee Application was heard on September 26, 2005, and an order was entered on September 26, 2005 granting interim compensation and reimbursement of expenses requested in the Sixteenth Quarterly Fee Application.   The Seventeenth Quarterly Fee Application was heard on December 19, 2005, and

---

[2]    An amended order correcting certain information on the Exhibit was entered on December 19, 2003.

K&E 13718796.1

an order was entered on December 19, 2005, granting interim compensation and reimbursement of expenses requested in the Seventeenth Quarterly Fee Application. The Eighteenth Quarterly Fee Application was heard on March 27, 2006, and an order was entered on March 27, 2006, granting interim compensation and reimbursement of expenses requested in the Eighteenth Quarterly Fee Application. An order was entered on June 16, 2006, granting interim compensation and reimbursement of expenses requested in the Nineteenth Quarterly Fee Application. The Twentieth Quarterly Fee Application was heard on September 25, 2006, and an order was entered on September 25, 2006, granting interim compensation and reimbursement of expenses requested in the Twentieth Quarterly Fee Application. The Twenty-First Quarterly Fee Application was heard on December 18, 2006, and an order was entered on December 18, 2006, granting interim compensation and reimbursement of expenses requested in the Twenty-First Quarterly Fee Application. An order was entered on March 30, 2007, and an amended order was entered on May 3, 2007, granting interim compensation and reimbursement of expenses requested in the Twenty-Second Quarterly Fee Application. An order was entered on June 20, 2007, granting interim compensation and reimbursement of expenses requested in the Twenty-Third Quarterly Fee Application. The Twenty-Fourth Quarterly Fee Application was heard on September 24, 2007, and an order was entered on September 24, 2007, granting interim compensation and reimbursement of expenses requested in the Twenty-Fourth Quarterly Fee Application. An order was entered on December 13, 2007, granting interim compensation and reimbursement of expenses requested in the Twenty-Fifth Quarterly Fee Application. An order was entered on March 12, 2008, granting interim compensation and reimbursement of expenses requested in the Twenty-Sixth Quarterly Fee Application. The Twenty-Seventh Quarterly Fee Application was heard on June 23, 2008, and an order was entered on June 23, 2008, granting

11

interim compensation and reimbursement of expenses requested in the Twenty-Seventh Quarterly Fee Application. The Twenty-Eighth Quarterly Fee Application was heard on September 29, 2008, and an order was entered on October 1, 2008, granting interim compensation and reimbursement of expenses requested in the Twenty-Eighth Quarterly Fee Application.

**Requested Relief**

11.    By this Thirtieth Quarterly Fee Application, K&E requests that the Court approve the interim allowance of compensation for professional services rendered and the reimbursement of actual and necessary expenses incurred by K&E for the Fee Period as detailed in the Applications, less any amounts previously paid to K&E pursuant to the Applications and the procedures set forth in the Amended Interim Compensation Order. As stated above, the full scope of services provided and the related expenses incurred are fully described in the Applications, which are attached hereto as Exhibits A through C.

**Disinterestedness**

12.    As disclosed in the following affidavits:

a.    Affidavit of James H.M. Sprayregen in Support of Application for Order Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014(a) Authorizing the Employment and Retention of Kirkland & Ellis as Attorneys for the Debtors and Debtors in Possession (the "Original Affidavit"), filed April 2, 2001;

b.    First Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 (the "First Supplement"), filed April 17, 2001;

c.    Second Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 (the "Second Supplement"), filed May 2, 2001;

d.    Third Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 (the "Third Supplement"), filed July 24, 2001;

12

e.     Fourth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 (the "Fourth Supplement"), filed September 13, 2001;

f.     Fifth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 (the "Fifth Supplement"), filed October 24, 2001;

g.     Sixth Supplemental Affidavit of James H.M. Sprayregen under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 (the "Sixth Supplement"), filed November 13, 2001;

h.     Seventh Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014 (the "Seventh Supplement"), filed April 11, 2002;

i.     Eighth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed R. Bankr. P. 2014 (the "Eighth Supplement"), filed May 23, 2002;

j.     Ninth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. § 327(a) and Fed R. Bankr. P. 2014 (the "Ninth Supplement"), filed July 19, 2002;

k.     Tenth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014 (the "Tenth Supplement"), filed September 18, 2002;

l.     Eleventh Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014 (the "Eleventh Supplement"), filed March 11, 2003;

m.     Twelfth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C Section 327(a) and Fed. R. Bankr. P. 2014 (the "Twelfth Supplement"), filed September 20, 2004;

n.     Amendment to the Twelfth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C Section 327(a) and Fed. R. Bankr. P. 2014 (the "Amended Twelfth Supplement"), filed December 2, 2004;

o.     Thirteenth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C Section 327(a) and Fed. R. Bankr. P. 2014 (the "Thirteenth Supplement"), filed February 10, 2005;

p.     Fourteenth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C Section 327(a) and Fed. R. Bankr. P. 2014 (the "Fourteenth Supplement"), filed June 14, 2005;

13

q.  Fifteenth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014 (the "Fifteenth Supplement"), filed December 12, 2005;

r.  Sixteenth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014 (the "Sixteenth Supplement"), filed March 20, 2006;

s.  Seventeenth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014 (the "Seventeenth Supplement"), filed April 17, 2006;

t.  Eighteenth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014 (the "Eighteenth Supplemental"), filed May 22, 2006;

u.  Nineteenth Supplemental Affidavit of James H.M. Sprayregen Under 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014 (the "Nineteenth Supplemental"), filed June 23, 2006;

v.  Twentieth Supplemental Affidavit of Richard M. Cieri Under 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014 (the "Twentieth Supplemental"), filed October 23, 2006;

w.  Twenty-First Supplemental Affidavit of Theodore L. Freedman Under 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014 (the "Twenty-First Supplemental"), filed April 9, 2007;

x.  Twenty-Second Supplemental Affidavit of Theodore L. Freedman Under 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014 (the "Twenty-Second Supplemental"), filed November 1, 2007;

y.  Twenty-Third Supplemental Affidavit of Theodore L. Freedman Under 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014 (the "Twenty-Third Supplemental"), filed May 14, 2008; and

z.  Twenty-Fourth Supplemental Affidavit of Theodore L. Freedman Under 11 U.S.C. Section 327(a) and Fed. R. Bankr. P. 2014 (the "Twenty-Fourth Supplemental") (collectively, the Original Affidavit and the First through Twenty-Fourth Supplements are the "Affidavits"), filed June 13, 2008.

K&E does not hold or represent any interest adverse to the estates, and has been, at all relevant times, a disinterested person as that term is defined in section 101(14) of the Bankruptcy Code as modified by section 1107(b) of the Bankruptcy Code.

14

13.     K&E may have in the past represented, may currently represent, and likely in the future will represent parties-in-interest in connection with matters unrelated to the Debtors and the Chapter 11 Cases. K&E disclosed in the Affidavits its connections to parties-in-interest that it has been able to ascertain using its reasonable efforts. K&E will update the Affidavits when necessary and when K&E becomes aware of material new information.

## REPRESENTATIONS

14.     K&E believes that the Thirtieth Quarterly Fee Application complies with the requirements of Del.Bankr.LR 2016-2 and the Amended Interim Compensation Order.

15.     K&E performed the services for which it is seeking compensation on behalf of or for the Debtors and their estates, and not on behalf of any committee, creditor or other person.

16.     During the Fee Period, K&E has received no payment and no promises for payment from any source for services rendered or to be rendered in any capacity whatsoever in connection with these Chapter 11 Cases other than the interim compensation payments pursuant to the Amended Interim Compensation Order.

17.     Pursuant to Fed. R. Bank. P. 2016(b), K&E has not shared, nor has agreed to share, (a) any compensation it has received or may receive with another party or person other than with the partners, counsel and associates of K&E, or (b) any compensation another person or party has received or may receive in connection with the Chapter 11 Cases.

K&E 13718796.1

WHEREFORE, K&E respectfully requests that the Court enter an order providing that (a) for the Fee Period, July 1, 2008, through September 30, 2008, an administrative allowance be made to K&E in the sum of (i) $6,748,525.00 as compensation for reasonable and necessary professional services rendered to the Debtors and (ii) $636,917.13 for reimbursement of actual and necessary costs and expenses incurred, for a total of $7,385,442.13; (b) the Debtors be authorized and directed to pay to K&E the outstanding amount of such sums less any sums previously paid to K&E pursuant to the Applications and the procedures set forth in the Amended Interim Compensation Order and (c) this Court grant such further relief as is equitable and just.

Wilmington, Delaware
Dated: November 14, 2008

Respectfully submitted,

KIRKLAND & ELLIS LLP

Janet S. Baer
David M. Bernick, P.C.
200 East Randolph Drive
Chicago, Illinois 60601
(312) 861-2000

16