IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

**FEE DETAIL FOR LATHAM & WATKINS LLP'S QUARTERLY FEE APPLICATION
FOR THE PERIOD FROM APRIL 2008 THROUGH JUNE 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

-1-

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W. R. GRACE & CO., et al.,[2] | ) Case No. 01-01139 (JKF) |
| | ) (Jointly Administered) |
| | ) |
| Debtors. | ) **Objection Deadline:** _____, 2008, at 4:00 p.m. (prevailing eastern time) |

## FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL TAX COUNSEL FEE APPLICATION FOR THE PERIOD APRIL 1, 2008 THROUGH APRIL 30, 2008

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CH\1032029.1

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

**INVOICE**

April 30, 2008

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

Tax identification No: 95-2018373

## REMITTANCE INSTRUCTIONS

**WIRE TRANSFERS:**
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

**CHECKS:**
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA
19170-8202

Please identify your check or wire transfer with the following numbers:
Invoice No. 80306306
File No. 042362-0000

For questions call:
Sharon Lewis at (202) 350-5068

---

For professional services rendered through April 30, 2008
re: **FEDERAL TAX GENERAL PLANNING**

| Date | Attorney/Paralegal | Hours | Description |
|---|---|---|---|
| 04/02/08 | NJD | 1.30 | REVIEW OF SECTIONS 367, 351 AND 368 WITH RESPECT TO PROPOSED RESTRUCTURING IN GERMANY IN ORDER TO TRANSFER 10 PERCENT INTEREST AND MAKE ENTITY CLASSIFICATION ELECTION |
| 04/03/08 | NJD | .80 | CONTINUE REVIEW AND ANALYSIS OF SECTION 367 AND SECTION 368 REORGANIZATION ISSUES |
| 04/03/08 | JKS | .90 | RESEARCH TAX-FREE REGARDING-ORGANIZATION REQUIREMENTS |
| 04/04/08 | NJD | .40 | CONTINUE REVIEW AND ANALYSIS OF SECTION 367 ISSUES REGARDING POTENTIAL GERMAN RESTRUCTURING |
| 04/04/08 | JKS | 5.00 | RESEARCH TAX-FREE REORGANIZATION REQUIREMENTS AND DRAFT MEMORANDUM |
| 04/06/08 | NJD | .30 | REVIEW UPDATED AGREEMENT BETWEEN GRACE ENERGY AND GRACE HOLDINGS; EMAIL TO ALAN GIBBONS |
| 04/07/08 | NJD | 2.20 | CONTINUE REVIEW AND DETAILED ANALYSIS OF AUTHORITIES WITH RESPECT TO WHETHER TRANSFER OF 10 PERCENT INTEREST HELD BY GRACE CON FOLLOWED BY ENTITY CLASSIFICATION ELECTION RESULTING IN |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 80306306

DC\1101093.2

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 04/07/08 | JKS | 1.10 | SECTION 332 LIQUIDATION CAN BE STEPPED TOGETHER INTO TYPE D REORGANIZATION UNDER SECTION 368; REVIEW STEP TRANSACTION AUTHORITIES; PRIVATE LETTER RULINGS |
| 04/08/08 | NJD | .50 | RESEARCH WHETHER PROPOSED RESTRUCTURING TRANSACTION WILL QUALIFY AS A TAX FREE REORGANIZATION; DRAFT SUMMARY OF RESEARCH |
| 04/08/08 | JKS | 4.40 | REVIEW OF MATERIALS PROVIDED BY JILL SANCHEZ WITH RESPECT TO RESEARCH ON REORGANIZATION ISSUES |
| 04/09/08 | NJD | 3.00 | RESEARCH POTENTIAL TREATMENT OF TRANSACTION AS TAX FREE REORGANIZATION |
| 04/09/08 | LJS | 2.90 | REVIEW AN ANALYSIS OF SECTION 367 ISSUES WITH REGARD TO PROPOSED INTERCOMPANY RESTRUCTURING IN GERMANY; TELEPHONE CONFERENCES WITH DEBRA POOLE REGARDING SECTION 468(B) AND SECTION 163(L) ISSUES; CONFERENCE CALL REGARDING SAME WITH DEBRA POOLE AND LATHAM CHICAGO OFFICE; TELEPHONE CONFERENCE WITH ALAN GIBBONS REGARDING INTERNATIONAL REORGANIZATION |
| 04/09/08 | JMK | 6.20 | ANALYZE REORGANIZATION ISSUE AND REVIEW AUTHORITIES REGARDING SAME AND DRAFT EMAIL TO N. DENOVIO REGARDING SAME |
| 04/09/08 | RDA | 3.90 | REVIEW PRESS RELEASE REGARDING TRUST FUND SETTLEMENT AND D. POOLE EMAIL REGARDING TAX ISSUES IN CONNECTION WITH PAYMENT OBLIGATIONS TO TRUST; ANALYZE TAX ISSUES; TELEPHONE CONFERENCES WITH N. DENOVIO REGARDING SAME; TELEPHONE CONFERENCE WITH N. DENOVIO AND D. POOLE REGARDING SAME; MEET WITH R. ABRO REGARDING SAME; TELEPHONE CONFERENCES WITH R. ABRO REGARDING SAME |
| 04/09/08 | JKS | 1.40 | RESEARCH CERTAIN TAX ISSUES; CONFERENCE WITH J. KRONSNOBLE REGARDING THE SAME |
| 04/10/08 | JMK | .80 | RESEARCH TREATMENT OF POTENTIAL TRANSACTION AS TAX FREE REORGANIZATION |
| 04/10/08 | RDA | 5.30 | MEET WITH R. ABRO REGARDING TAX MATTERS |
| 04/11/08 | JMK | 1.10 | RESEARCH CERTAIN TAX ISSUES; CONFERENCE WITH J. KRONSNOBLE REGARDING THE SAME |
| 04/11/08 | RDA | 4.80 | REVIEW LEGAL AUTHORITY RELATING TO DESIGNATED SETTLEMENT FUNDS; MEET WITH R. ABRO REGARDING TAX MATTERS; TELEPHONE CONFERENCE WITH N. DENOVIO REGARDING SAME; TELEPHONE CONFERENCE WITH R. ABRO REGARDING SAME |
| 04/13/08 | RDA | 3.50 | RESEARCH CERTAIN TAX ISSUES; CONFERENCE WITH IRS AGENT REGARDING THE SAME; CONFERENCE WITH J. KRONSNOBLE TO DISCUSS RESULTS OF RESEARCH |
| 04/14/08 | JMK | 2.30 | RESEARCH CERTAIN TAX ISSUES; DRAFT E-MAIL TO J. KRONSNOBLE REGARDING THE SAME |
| | | | REVIEW LEGAL RESEARCH MATERIALS REGARDING SECTION 163(1) AND 468B ISSUES; TELEPHONE CONFERENCE WITH R. ABRO |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 80306306

2

DC\1101093.2

| Date | Attorney/Paralegal | Hours | Description |
|---|---|---|---|
| 04/14/08 | RDA | 1.40 | REGARDING SAME; TELEPHONE CONFERENCE WITH N. DENOVIO REGARDING SAME; TELEPHONE CONFERENCE WITH N. DENOVIO AND D. POOLE REGARDING SAME; MEET WITH R. ABRO REGARDING SAME |
| 04/15/08 | RDA | .70 | CONFERENCE CALL WITH J. KRONSNOBLE, N. DENOVIO, AND N. BLANCHARD TO DISCUSS CERTAIN TAX ISSUES; RESEARCH REGARDING THE SAME |
| 04/16/08 | JMK | .20 | CONFERENCE WITH IRS AGENT TO DISCUSS CERTAIN TAX ISSUES; RESEARCH LEGISLATIVE HISTORY; DRAFT E-MAIL SUMMARY OF RESEARCH TO J. KRONSNOBLE |
| 04/17/08 | JMK | .90 | REVIEW R. ABRO EMAIL REGARDING TAX MATTERS; DRAFT EMAIL TO R. ABRO REGARDING SAME |
| 04/26/08 | NJD | .20 | DRAFT EMAILS TO L&W AND W.R. GRACE PERSONNEL REGARDING TAX MATTERS; TELEPHONE CONFERENCE WITH R. ABRO REGARDING SAME; ANALYZE TAX ISSUES REVIEW SECTION 163(L) ISSUES ON RESTRUCTURING; PRIOR EMAILS WITH D. POOLE |

Attorney Hours:

| Name | Title | Hours | Rate | Amount |
|---|---|---|---|---|
| L J STEIN | (PARTNER, SR.) | 2.90 hrs @ | $925.00 /hr. | $2,682.50 |
| N J DENOVIO | (PARTNER, SR.) | 8.70 hrs @ | $895.00 /hr. | $7,786.50 |
| J M KRONSNOBLE | (PARTNER) | 11.50 hrs @ | $775.00 /hr. | $8,912.50 |
| J K SANCHEZ | (ASSOC (BAR PDG)) | 12.80 hrs @ | $350.00 /hr. | $4,480.00 |
| R D ABRO | (ASSOCIATE) | 19.60 hrs @ | $485.00 /hr. | $9,506.00 |

Total Services       55.50 hrs                                   $33,367.50

Total current charges                                            33,367.50

BALANCE DUE                                                      **$33,367.50**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 80306306

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: July 7, 2008 at 4:00 p.m.
Hearing Date: TBD only if necessary

## NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE PERIOD FROM APRIL 1, 2008, THROUGH APRIL 30, 2008 (DOCKET NO. 18928)

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *Application of Latham & Watkins LLP ("L&W") for Compensation for Services and Reimbursement of Expenses as Special Tax Counsel to W. R. Grace & Co., et al., for the Period from April 1, 2008 through April 30, 2008* (the "Application"). The undersigned further certifies that he has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than July 7, 2008.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay L&W $26,694.00 which represents 80% of the fees ($33,367.50), and $0.00 which represents 100% of the expenses requested in the Application for the period April 1, 2008 through April 30, 2008, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: July 8, 2008

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
Telephone: (312) 861-2000
Facsimile: (312) 861-2200

and

PACHULSKI STANG ZIEHL & JONES LLP

_/s/ James E. O'Neill_
Laura Davis Jones (Bar No. 2436)
James E. O' Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Co-Counsel to Debtors and Debtors-in-Possession

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** _____, 2008, at \_\_:00 p.m. (prevailing eastern time) |

## SUMMARY APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE PERIOD FROM JUNE 1, 2008, THROUGH JUNE 30, 2008

| | |
|---|---|
| Name of Applicant: | **Latham & Watkins LLP ("L&W")** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in Possession** |
| Date of Retention: | **Retention Order entered June 16, 2004, effective nunc pro tunc from April 1, 2001, Order Authorizing Expansion entered March 27, 2006,** |
| Period for which compensation and reimbursement is sought: | **June 1, 2008 through June 30, 2008** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$5,750.50** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$0.00** |

This is a(n) __X__ monthly, ___ interim, ___ final application.

---

[1] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CH\1050931.1

The total time expended for the preparation of this application is approximately 1 hours, and the corresponding estimated compensation *that will be requested in a future application* is approximately $400.00.

This is the second monthly application for interim compensation of services for the April-June 2008 quarter that Latham & Watkins LLP has filed with the Bankruptcy Court in the Chapter 11 Cases. There was no monthly application for May 2008. The following applications have been filed previously in the Chapter 11 Cases:

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| On or about August 9, 2004 | December 2003 – June 2004 | $211,719.00 | $6,927.50 | All fees approved | $6,897.50 approved |
| On or about August 25, 2004 | July 1, 2004 – July 31, 2004 | $11,334.50 | $201.32 | All fees approved | All expenses approved |
| On or about October 25, 2004 | August 1, 2004 – August 31, 2004 and September 1, 2004 – September 30, 2004 | $81,729.50 | $5,199.44 | All fees approved | All expenses approved |
| On or about November 25, 2004 | October 1, 2004 – October 30, 2004 | $45,050.00 | $1,825.59 | All fees approved | All expenses approved |
| On or about December 25, 2004 | November 1, 2004 - November 30, 2004 | $31,913.50 | $1,509.91 | All fees approved | All expenses approved |
| On or about January 25, 2005 | December 1, 2004 – December 31, 2004 | $26,177.50 | $1,282.35 | All fees approved | All expenses approved |
| On or about February 4, 2005 | July 1, 2004 – September 30, 2004 | $93,064.00 | $5,400.76 | All fees approved | All expenses approved |
| On or about February 25, 2005 | January 1, 2005 – January 31, 2005 | $23,485.50 | $3,14.93 | All fees approved | All expenses approved |
| On or about March 25, 2005 | February 1, 2005 – February 28, 2005 | $22,065.00 | $628.01 | All fees approved | All expenses approved |
| On or about May 19, 2005 | October 1, 2004 – December 31, 2004 | $103,141.00 | $4,617.85 | All fees approved | All expenses approved |
| On or about May 24, 2005 | March 1, 2005 – March 31, 2005 | $39,952.00 | $160.88 | All fees approved | All expenses approved |
| On or about May 24, 2005 | January 1, 2005 – March 31, 2005 | $85,502.50 | $1,103.82 | All fees approved | All expenses approved |
| On or about May 26, 2005 | April 1, 2005 – April 30, 2005 | $33,385.50 | $593.50 | All fees approved | All expenses approved |
| On or about July 8, 2005 | May 1, 2005 – May 31, 2005 | $15,799.50 | $956.63 | All fees approved | All expenses approved |
| On or about August 9, 2005 | June 1, 2005 – June 30, 2005 | $3,343.00 | $332.11 | All fees approved | All expenses approved |
| On or about August 9, 2005 | April 1, 2005 – June 30, 2005 | $52,528.00 | $1,882.24 | All fees approved | All expenses approved |
| On or about September 19, 2005 | July 1, 2005 – July 31, 2005 | $1,392.00 | $8.93 | All fees approved | All expenses approved |

| | | | | | |
|---|---|---|---|---|---|
| On or about October 10, 2005 | August 1, 2005 – August 31, 2005 | $698.50 | $39.03 | All fees approved | All expenses approved |
| On or about October 26, 2005 | September 1, 2005 – September 30, 2005 | $736.50 | $5.32 | All fees approved | All expenses approved |
| On or about October 26, 2005 | July 1, 2005 – September 30, 2005 | $2,827.00 | $53.28 | All fees approved | All expenses approved |
| On or about December 28, 2005 | October 1, 2005 – October 31, 2005 | $689.00 | $9.34 | All fees approved | All expenses approved |
| On or about January 13, 2006 | November 1, 2005 – November 30, 2005 | $73.50 | $6.45 | All fees approved | All expenses approved |
| On or about October 20, 2006 | June 1, 2006 – June 30, 2006 | $16,407.50 | $0.00 | All fees approved | All expenses approved |
| On or about October 20, 2006 | July 1, 2006 – July 31, 2006 | $16,122.50 | $35.61 | All fees approved | All expenses approved |
| On or about October 20, 2006 | August 1, 2006 – August 31, 2006 | $13,317.50 | $6.18 | All fees approved | All expenses approved |
| On or about October 20, 2006 | September 1, 2006 – September 31, 2006 | $3,347.00 | $4.79 | All fees approved | All expenses approved |
| On or about October 20, 2006 | October 1, 2006 – October 31, 2006 | $2,571.00 | $4.34 | All fees approved | All expenses approved |
| On or about October 20, 2006 | November 1, 2006 – November 30, 2006 | $2,862.50 | $0.00 | All fees approved | All expenses approved |
| On or about March 30, 2007 | December 1, 2006 – December 31, 2006 | $2,332.50 | $0.00 | All fees approved | All expenses approved |
| On or about March 30, 2007 | January 1, 2007 – January 31, 2007 | $2,651.00 | $0.00 | All fees approved | All expenses approved |
| On or about March 30, 2007 | February 1, 2007 – February 28, 2007 | $11,678.00 | $0.00 | All fees approved | All expenses approved |
| On or about July 18, 2007 | March 1, 2007 – March 31, 2007 | $17,766.00 | $27.59 | All fees approved | All expenses approved |
| On or about July 18, 2007 | April 1, 2007 – April 30, 2007 | $10,324.50 | $93.62 | All fees approved | All expenses approved |
| On or about July 18, 2007 | May 1, 2007 – May 31, 2007 | $2,159.50 | $7.03 | All fees approved | All expenses approved |
| On or about October 12, 2007 | June 1, 2007 – June 30, 2007 | $13,997.00 | $1.86 | All fees approved | All expenses approved |
| On or about October 12, 2007 | August 1, 2007 – August 31, 2007 | $1,433.00 | $0.00 | All fees approved | All expenses approved |
| On or about February 25, 2008 | September 1, 2007 – September 31, 2007 | $3,565.00 | $0.00 | All fees approved | All expenses approved |
| On or about February 25, 2008 | October 1, 2007 – October 31, 2007 | $11,402.00 | $0.00 | All fees approved | All expenses approved |
| On or about February 25, 2008 | November 1, 2007 – November 30, 2007 | $17,885.50 | $0.00 | All fees approved | All expenses approved |
| On or about February 25, 2008 | December 1, 2007 – December 31, 2007 | $1,860.00 | $0.00 | All fees approved | All expenses approved |
| On or about May 15, 2008 | January 1, 2008 – January 31, 2008 | $8,335.00 | $0.47 | Pending | Pending |
| On or about May 15, 2008 | February 1, 2008 – February 29, 2008 | $6,402.50 | $0.00 | Pending | Pending |
| On or about May 15, 2008 | March 1, 2008 – March 31, 2008 | $7,828.50 | $0.00 | Pending | Pending |
| On or about June 16, 2008 | April 1, 2008 – April 30, 2008 | $33,367.50 | $0.00 | Pending | Pending |

3

## LATHAM & WATKINS LLP PROFESSIONALS

| Name of Attorney | Position with the Applicant | Number of Years as an Attorney | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Nicholas J. DeNovio | Partner | 19 | Tax | 895.00 | 5.20 | 4,654.00 |
| | | | | Total for Attorneys | 55.50 | $4,654.00 |

| Name of Legal Assistant | Position with the Applicant | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth Arnold | Paralegal | Bankruptcy | 255.00 | 4.30 | 1,096.50 |
| | | Total for Legal Assistants | | 3.20 | $1,096.50 |

## COMPENSATION BY MATTER

| Matter Number | Matter | Total Hours | Total Fees Requested |
|---|---|---|---|
| 042362-0000 | Federal Tax General Planning | 9.5 | 5,750.50 |
| | Total Compensation | 9.5 | $5,750.50 |

## EXPENSE SUMMARY FOR FEDERAL TAX GENERAL PLANNING

| Description | Amount |
|---|---|
| Total | $0.00 |

4

CH\1050931.1

**WHEREFORE**, L&W respectfully requests that, for the period June 1, 2008 through June 30, 2008, an interim allowance be made to L&W for compensation in the amount of **$5,750.50** and payment of **$4,600.40** (80% of the allowed fees), and for such other and further relief as this Court may deem just and proper.

Washington, D.C.  
Dated: September __, 2008

Respectfully submitted,

LATHAM & WATKINS LLP

_____  
Nicholas J. DeNovio, Esq.  
Latham & Watkins LLP  
555 Eleventh Street, N.W., Suite 1000  
Washington, D.C. 20004-1304  
Telephone (202) 637-2200

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[2] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline:** _____, 2008, at 4:00 p.m. (prevailing eastern time) |

## FEE DETAIL FOR LATHAM & WATKINS LLP'S MONTHLY SPECIAL TAX COUNSEL FEE APPLICATION FOR THE PERIOD JUNE 1, 2008 THROUGH JUNE 30, 2008

---

[2] The debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester new Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Koontenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

CH\1050931.1

# LATHAM&WATKINS LLP

555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004-1304
Tel: +1.202.637.2200 Fax: +1.202.637.2201
www.lw.com

**INVOICE**

June 30, 2008

W.R. GRACE & CO.
5400 BROKEN SOUND BLVD. NW
BOCA RATON, FL 33487

Tax identification No: 95-2018373

**REMITTANCE INSTRUCTIONS**

WIRE TRANSFERS:
Bank: Citibank, Delaware
One Penn's Way
New Castle, DE 19720
ABA: 0311-00209
SWIFT: CITIUS33
Account Name: **Latham & Watkins LLP**
Account Number: **3911-7003**

CHECKS:
Latham & Watkins LLP
P.O. Box 7247-8202
Philadelphia, PA
19170-8202

Please identify your check or wire transfer with the following numbers:
Invoice No. 80309554
File No. 042362-0000

For questions call:
Sharon Lewis at (202) 350-5068

For professional services rendered through June 30, 2008
re: **FEDERAL TAX GENERAL PLANNING**

| Date | Attorney/Paralegal | Hours | Description |
|---|---|---|---|
| 06/02/08 | ECA | .80 | CONFERENCE WITH N. DENOVIO REGARDING QUARTERLY FEE APPLICATIONS; REVIEW FILE; CORRESPOND WITH L. OBERHOLZER REGARDING SAME. |
| 06/03/08 | ECA | 1.80 | REVIEW DOCUMENTS AND PREPARE QUARTERLY FEE APPLICATION FOR THE JANUARY - MARCH 2008 FEE PERIOD; CORRESPOND WITH N. DENOVIO REGARDING SAME. |
| 06/05/08 | ECA | 1.40 | REVIEW INVOICE; PREPARE APRIL 2008 MONTHLY FEE APPLICATION; FORWARD SAME TO N. DENOVIO FOR REVIEW. |
| 06/06/08 | NJD | 1.80 | TELEPHONE CONFERENCES WITH ALAN GIBBONS REGARDING SECTION 338 ISSUES; MAKING OF SECTION 338 ELECTIONS FOR SWISS TARGET WHERE CREEPING ACQUISITION MADE OVER ONE YEAR TERM; REVIEW AUTHORITIES UNDER SECTION 338 REGULATIONS REGARDING IMPACT OF CFC STATUS THROUGH OPTION ATTRIBUTION; EMAILS AND FOLLOW-UP CORRESPONDENCE WITH ALAN GIBBONS |
| 06/11/08 | NJD | 1.20 | FOLLOW UP ON ISSUES RAISED BY ALAN GIBBONS WITH RESPECT TO SECTION 338 |

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 80309554

DC\1120360.1

| Date | Attorney/ Paralegal | Hours | Description |
|---|---|---|---|
| 06/16/08 | ECA | .30 | ELECTIONS AND POTENTIAL SUBPART F CHARACTERIZATION FORWARD RETENTION PLEADINGS TO N. DENOVIO; CORRESPOND WITH L. OBERHOLZER REGARDING STATUS. |
| 06/23/08 | NJD | .70 | TELEPHONE CONFERENCES WITH ALAN GIBBONS REGARDING SECTION 338 ISSUES IN CONTEXT OF OPTION ATTRIBUTION UNDER SECTION 318 AND POTENTIAL CFC STATUS FOR SWISS TARGET |
| 06/24/08 | NJD | .80 | CONFERENCE CALL WITH ALAN GIBBONS REGARDING SECTION 338; SECTION 957; ECONOMIC COMPULSION DOCTRINE; REVIEW AUTHORITIES WITH RESPECT TO SAME |
| 06/25/08 | NJD | .30 | REVIEW SECTION 338 ISSUES RAISED BY ALAN GIBBONS |
| 06/27/08 | NJD | .40 | CONTINUE REVIEW OF ISSUE RAISED BY ALAN GIBBONS; POTENTIAL IMPACT OF SUBPART F DUE TO CREEPING ACQUISITION |

Attorney Hours:

N J DENOVIO    (PARTNER)    5.20 hrs @    $895.00 /hr.    $4,654.00

Paralegal Hours:

E C ARNOLD    (PARALEGAL)    4.30 hrs @    $255.00 /hr.    $1,096.50

Total Services    9.5 hrs    $5,750.50

Total current charges    **$5,750.50**

BALANCE DUE    **$5,750.50**

BALANCE DUE AND PAYABLE TO REMITTANCE ADDRESS UPON RECEIPT.
FOR PROPER CREDIT, PLEASE RETURN COPY OF INVOICE WITH YOUR CHECK IDENTIFIED BY # 80309554

2

DC\1120360.1

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

Objection Deadline: October 28, 2008 at 4:00 p.m.
Hearing Date: TBD only if necessary

## NO ORDER REQUIRED CERTIFICATION OF NO OBJECTION REGARDING APPLICATION OF LATHAM & WATKINS LLP FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS SPECIAL TAX COUNSEL TO W. R. GRACE & CO., ET AL., FOR THE PERIOD FROM JUNE 1, 2008, THROUGH JUNE 30, 2008 (DOCKET NO. 19719)

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the *Application of Latham & Watkins LLP ("L&W") for Compensation for Services and Reimbursement of Expenses as Special Tax Counsel to W. R. Grace & Co., et al., for the Period from June 1, 2008 through June 30, 2008* (the "Application"). The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCS_DE:122683.22

appears thereon. Pursuant to the Application, objections to the Application were to be filed and served no later than October 28, 2008.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members (the "Order") dated May 3, 2001, the Debtors are authorized to pay L&W $4,600.40 which represents 80% of the fees ($5,750.50), and $0.00 which represents 100% of the expenses requested in the Application for the period June 1, 2008 through June 30, 2008, upon the filing of this Certification and without the need for entry of a Court order approving the Application.

Dated: October 29, 2008

KIRKLAND & ELLIS LLP
David M. Bernick P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, Illinois 60601
Telephone:    (312) 861-2000
Facsimile:    (312) 861-2200

and

PACHULSKI STANG ZIEHL & JONES LLP

_____
Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Timothy P. Cairns (Bar No. 4228)
Kathleen P. Makowski (Bar No. 3648)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone:    (302) 652-4100
Facsimile:    (302) 652-4400

Co-Counsel to Debtors and Debtors-in-Possession