## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 12/3/08 |
| | § | Hearing Date: TBD if Needed |

## SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FIRST MONTHLY INTERIM PERIOD FROM SEPTEMBER 29, 2008 THROUGH SEPTEMBER 30, 2008

Name of Applicant:      Alan B. Rich, Esq.

Authorized to Provide Services To:      Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands

Date of Retention:      September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation and Reimbursement is Sought:      September 29, 2008 through September 30, 2008

Amount of Fees Sought as Actual Reasonable and Necessary:      $7,245.00

Amount of Expenses Sought as Actual, Reasonable and Necessary:      $693.50

This is a(n):      ☒Monthly      ☐Interim      ☐Final Application

-1-

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 24 years, and his billing rate is $575 per hour.  In this Application period Mr. Rich billed 12.6 hours, for a total amount billed of $7,245.00, of which 80% is currently sought, in the amount of $5,796.00

As stated above, this is the First application for monthly fees and expenses.  The time for preparation of this Application is approximately 1 hour, for which $575 will be requested in a future application.

-2-

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 10 | $5,750 |
| Travel | 5.2 | $1,495 |
| Fee Applications | | |
| TOTAL | 15.2 | $7,245 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $693.50 |
| TOTAL | $7,938.50 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Main Street, Suite 1910, LB 201
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 15th day of November, this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____