## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| W. R. GRACE & CO., et al., | § | Case No. 01-01139 (JKF) |
| | § | |
| *Debtors.* | § | Jointly Administered |
| | § | |
| | § | Objection Deadline: 12/3/08 |
| | § | Hearing Date: TBD if Needed |

### SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE FIRST MONTHLY INTERIM PERIOD FROM SEPTEMBER 29, 2008 THROUGH SEPTEMBER 30, 2008

Name of Applicant:  Alan B. Rich, Esq.

Authorized to Provide Services To:  Hon. Alexander M. Sanders, Jr.,
Legal Representative for Future Asbestos-
Related Property Damage Claimants
and Holders of Demands

Date of Retention:  September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:  September 29, 2008 through September 30, 2008

Amount of Fees Sought as Actual
Reasonable and Necessary:  $7,245.00

Amount of Expenses Sought as
Actual, Reasonable and Necessary:  $693.50

This is a(n):  ☒ Monthly  ☐ Interim  ☐ Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 24 years, and his billing rate is $575 per hour.  In this Application period Mr. Rich billed 12.6 hours, for a total amount billed of $7,245.00, of which 80% is currently sought, in the amount of $5,796.00

As stated above, this is the First application for monthly fees and expenses.  The time for preparation of this Application is approximately 1 hour, for which $575 will be requested in a future application.

-2-

COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 10 | $5,750 |
| Travel | 5.2 | $1,495 |
| Fee Applications | | |
| TOTAL | 15.2 | $7,245 |

EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $693.50 |
| TOTAL | $7,938.50 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Main Street, Suite 1910, LB 201
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

        I certify that on the 15th day of November, this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____

# EXHIBIT A

### ALAN B. RICH

*Attorney and Counselor*
One Main Place
1201 Main Street
Suite 1910, LB 201
Dallas, Texas 75202-3909
Telephone 214.532.4437
Fax 214.749.0325
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (September, 2008)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

***In re W. R. Grace**, No. 01-1139 (Bankr. D. Del)*

| Date | Services Performed | Time |
|------|--------------------|------|
| 9/29/2008 | Review documents supplied by ZAI counsel regarding ZAI issues | 4.5 |
| 9/29/2008 | Conference with counsel for ZAI claimants | 3.0 |
| 9/29/2008 | Travel to and from Charleston, SC (non-productive) [5.2 @ 50%] | 2.6 |
| 9/30/2008 | Review pleadings and orders received today regarding disclosure statement hearing and PD FCR appointment motion | 1.0 |
| 9/30/2008 | Drafting of Retention Application, Declaration and Order | 1.1 |
| 9/30/2008 | Correspondence to Client | 0.4 |

Total: 12.6 hours @ $575.00/hour = $7,245.00

Expenses:    Travel Expenses (Detail on Exhibit 1) – $693.50

**Total Fees and Expeses Due:  $7,938.50**

EXPENSES FOR SEPTEMBER, 2008                                                    EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 9/29/2008 | RT Coach Airfare for Meeting in Charleston | 618.5 |
| 9/29/2008 | Parking | 17 |
| 9/29/2008 | Airport Transportation | 58 |
| | TOTAL | 693.5 |