## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 12/3/08 |
| | § | Hearing Date: TBD if Needed |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE SECOND MONTHLY
INTERIM PERIOD FROM OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | October 1, 2008 through October 31, 2008 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $30,475.00 |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $3,821.18 |

This is a(n):   ☒Monthly    ☐Interim    ☐Final Application

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $7,245.00 | $693.50 | Objections not Yet Due | Objections not Yet Due |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 24 years, and his billing rate is $575 per hour.  In this Application period Mr. Rich billed 53 hours, for a total amount billed of $30,475.00, of which 80% is currently sought, in the amount of $24,380.00.

As stated above, this is the Second application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $862.50 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 38.6 | $22,195 |
| Travel | 28.8 | $8,280 |
| Fee Applications | | |
| TOTAL | 67.4 | $30,475 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Pro Hac Vice Fee<br>Travel | $25.00<br>$3796.18 |
| TOTAL | $3821.18 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

Respectfully Submitted,

_____

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Main Street, Suite 1910, LB 201
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 15th day of November, this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____

-4-

# EXHIBIT A

<h1 style="text-align:center">ALAN B. RICH</h1>

*Attorney and Counselor*
One Main Place
1201 Main Street
Suite 1910, LB 201
Dallas, Texas 75202-3909
Telephone 214.532.4437
Fax 214.749.0325
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (October, 2008)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

***In re W. R. Grace***, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 10/1/2008 | Revision and finalization of Retention Application, Declaration and Order | 1.5 |
| 10/2/2008 | Conference with counsel for the Debtors | 1.0 |
| 10/2/2008 | Attention to pleadings filed and received via ECF | 0.1 |
| 10/3/2008 | Review documents received from counsel for the Debtors regarding ZAI isssues including Review and analysis of Plan and Disclosure Statement | 5.0 |
| 10/4/2008 | Email from Debtors' counsel regarding additional documents for review; attention to pleadings filed and received via ECF | 0.1 |
| 10/4/2008 | Revisions to retention declaration | 0.4 |

| 10/7/2008 | Attention to pleadings filed and received via ECF;<br>Review Libby Claimants' motion to reconsider,<br>notice of motion, and Motion to shorten notice | 0.2 |
| 10/9/2008 | Emails to and from client regarding status | 0.2 |
| 10/10/2008 | Review Orders denying Libby motions re disclosure statement hearing | 0.1 |
| 10/11/2008 | Review Memorandum opinion regardling California PD claims | 0.4 |
| 10/13/2008 | Conference with Judge Sanders and correspondence from same | 0.2 |
| 10/13/2008 | Revise Application for Employment, Declaration and Order | 0.8 |
| 10/13/2008 | Draft Pro Hac Vice application | 0.2 |
| 10/13/2008 | Draft Motion to Shorten Notice and Order | 1.0 |
| 10/14/2008 | Review Agenda for September 20 Hearing | 0.2 |
| 10/14/2008 | Review PD Settlements CNOs | 0.1 |
| 10/14/2008 | Attend to filing of Retention Application; Motion to Shorten Time<br>and Pro Hac Vice Motion and conference with Debtors' counsel re same | 0.6 |
| 10/14/2008 | Correspondence with Client | 0.2 |
| 10/15/2008 | Review property damage settlements and memorandum opinion re<br>property damage claims; Review notices from Court re Omnibus<br>hearing time changes and amended Agenda | 0.7 |
| 10/15/2008 | Review Amended Certification of Counsel re Judge Sanders' application | 0.1 |
| 10/16/2008 | Conferences with ZAI counsel and with client in Charleston, SC | 2.5 |
| 10/16/2008 | Review and analyze Exhibits to Disclosure Statement | 2.5 |
| 10/16/2008 | Review additional documents received from counsel for ZAI claimants | 0.2 |
| 10/16/2008 | Travel to and from Charleston, SC (non-productive) [7.8 @ 50%] | 3.9 |
| 10/16/2008 | Review email correspondence from Debtors'<br>counsel re 10-20 hearing agenda | 0.1 |
| 10/17/2008 | Review disclosure statement objections | 0.3 |

| | | |
|---|---|---|
| 10/17/2008 | Review Amended Agenda for 10-20 hearing | 0.1 |
| 10/19/2008 | Continued review of objections to disclosure statement | 0.5 |
| 10/19/2008 | Travel to Wilmington, DE (non-productive)  [5.0 @ 50%] | 2.5 |
| 10/20/2008 | Proof and attend to filing of pro hac vice motion | 0.2 |
| 10/20/2008 | Attend Omnibus Hearing in Wilmington, DE | 1.2 |
| 10/20/2008 | Email to and from counsel for the US Trustee regarding retention application | 0.3 |
| 10/20/2008 | Travel from Wilmington, DE (non-productive) [5.0 @ 50%] | 2.5 |
| 10/21/2008 | Review Orders setting hearings on ABR retention application; Review Order appointing Judge Sanders; Review Canadian ZAI order; Review 10-27 Hearing Agenda | 0.5 |
| 10/22/2008 | Review Amended Agenda for 10-27 hearing | 0.1 |
| 10/22/2008 | Continued Review of the Objections to the Disclosure Statement | 2.6 |
| 10/22/2008 | Email correspondence with the office of the UST re engagement | 0.1 |
| 10/23/2008 | Continued Review of the Objections to the Disclosure Statement and reply to objections | 1.9 |
| 10/23/2008 | Email correspondence with the office of the UST re engagement | 0.1 |
| 10/25/2008 | Review Exhibits 5 and 6 to disclosure statement | 0.6 |
| 10/26/2008 | Travel to Pittsburgh PA (non-productive) [5.0 @ 50%] | 2.5 |
| 10/27/2008 | Attend hearing regardling disclosure statement objections and property damage POC issues | 8.0 |
| 10/27/2008 | Travel from Pittsburgh PA (non-productive) [6.0 @ 50%] | 3.0 |
| 10/28/2008 | Telephone conference with counsel for the PD Committee | 0.3 |
| 10/29/2008 | Telephone conferences with client | 0.3 |

| | | |
|---|---|---|
| 10/29/2008 | Telephone conferences with PD Committee Counsel and with ZAI class counsel | 0.2 |
| 10/30/2008 | Telephone conference regarding ZAI claims and preparation for call including review of memo from ZAI class counsel | 1.3 |
| 10/30/2008 | Email from Debtors' counsel regarding voting issues | 0.1 |
| 10/31/2008 | Telephone conference with counsel for the PD Committee | 0.3 |
| 10/31/2008 | Preparation of Meeting Memo for client | 0.5 |
| 10/31/2008 | Emails to and from client and from ZAI counsel regarding status | 0.4 |
| 10/31/2008 | Prepare Certificate of No Objection regarding retention application, including review of docket | 0.3 |

Total: 53 hours @ $575.00/hour = $30,475.00

Expenses:  Pro Hac Vice application fee          $25.00
           Travel Expenses (Detail on Exhibit 1)     $3,796.18

           Total Expenses          $3,821.18

**Total Fees and Expeses Due:  $34,296.18**

EXPENSES FOR OCTOBER, 2008                                                          EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 10/16/2008 | RT Coach Airfare for Meeting in Charlestton | 1016.5 |
| 10/16/2008 | Airport Transportation (Dallas and Charleston) | 206.84 |
| | | |
| 10/19/2008 | RT Coach Airfare for Hearing in Wilmington | 903 |
| 10/19/2008 | Airport Transportation (Dallas) | 148 |
| 10/20/2008 | Hotel in Wilmington | 163.9 |
| 10/20/2008 | Parking | 16 |
| 10/20/2008 | Rental Car | 72.29 |
| 10/20/2008 | Gas | 11.08 |
| 10/20/2008 | Food | 12.98 |
| | | |
| 10/26/2008 | RT Coach Airfare for Hearing in Pittsburgh | 724.5 |
| 10/26/2008 | Food (Dinner) | 52.99 |
| 10/27/2008 | Hotel | 318.06 |
| 10/27/2008 | Airport Parking | 42 |
| 10/27/2008 | Food (Lunch) | 19.04 |
| 10/27/2008 | Airport Transportation (Pittsburgh) | 89 |
| | | |
| | TOTAL | 3796.18 |