# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# AUGUST 1, 2008 THROUGH
# AUGUST 31, 2008

```
                Phillips, Goldman & Spence, P.A.
                       1200 N. Broom Street
                       Wilmington, DE  19806
                          (302) 655-4200
                        EI #: 51-0328786
```

November 4, 2008

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

```
                                         File  WRG-AUS/JCP
                                      Invoice number   80305
```

Re:  W. R. Grace & Co.
     David T. Austern
Case No.:  01-01139 (RLB)

```
                                          24.9         $6,879.00
                                           0.1            $15.00

              Courtesy Discount is .4%
              of "gross" hours worked

     Subtotal for FEES only: 08/31/08     24.8         $6,864.00

            Subtotal for COSTS only: 08/31/08         $1,017.41
                                                      ----------
    CURRENT PERIOD FEES AND COSTS: 08/31/08           $7,881.41
                                                      ----------
```

************************************************************

Please remit duplicate copy with payment.  Thank you.

************************************************************

Phillips, Goldman & Spence, P.A.

Page   2

November 4, 2008

Orrick, Herrington & Sutcliffe, LLP

File   WRG-AUS/JCP
Invoice number   80305

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| LITIGATION | 11.3 | 4,520.00 |
| FEE/EMPLOYMENT APPLICATIONS | 13.5 | 2,344.00 |
| Subtotal for FEES only: 08/31/08 | 24.8 | $6,864.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 400.00 | JCP | 12.60 | 12.60 | 5,040.00 | 0.00 | 0.00 |
| 150.00 | CAH | 12.00 | 11.90 | 1,785.00 | 0.10 | 15.00 |
| 130.00 | TLB | 0.30 | 0.30 | 39.00 | 0.00 | 0.00 |
| Totals | | 24.90 | 24.80 | 6,864.00 | 0.10 | 15.00 |

```
Sort Fields:
   Grouping code
   Client code
   Actual employee code            (Subtotals)
   Transaction date                (Paginate)

Range Fields:
   Client code          I   WRG    -  WRG
   Invoice Number       I   80305  -  80305
```

| Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---:|---:|---|
| LITIGATION | JCP | 08/01/08 | Review of Debtors' 28th Quarterly Report of Asset Sales; review of Debtors' 28th Quarterly Report of Settlements; review of Certificate of No Objection re: Revised Order Establishing a Protocol for Cross-Border Communications with enclosure; review of Proposed Order. | 0.30 | 120.00 | Li |
| LITIGATION | JCP | 08/04/08 | Review of Order requesting Aid and Assistance of CCAA Court (.5); review of 7/21/08 Hearing Transcript (3.0); review of Order Authorizing Loan Against Debtors' Life Insurance Policies (.5). | 4.00 | 1,600.00 | |
| LITIGATION | JCP | 08/05/08 | Review of Judge Buckwalter's 8/1/08 Order Staying Anderson Memorial appeal briefing. | 0.10 | 40.00 | |
| LITIGATION | JCP | 08/08/08 | Review of Certification of Counsel re: Stipulated Scheduling Order re: Debtors' Objection to Bank Lender's Proofs of Claim; review of proposed Order; review of miscellaneous pleadings. | 0.20 | 80.00 | |
| LITIGATION | JCP | 08/11/08 | Review of Debtors' Response to California's Motion to File Report of William Longo; review of Debtors' Motion for Leave to File a Sur-Reply Brief in New Jersey's Appeal with Exhibit; review of Debtors' Sur-Reply Brief; review of miscellaneous pleadings. | 0.50 | 200.00 | |
| LITIGATION | JCP | 08/13/08 | Review of Judge Buckwalter's 8/12/05 Memorandum Opinion and Order Granting Debtors' Motion for Leave to Appeal Order Denying Motion to Expand Preliminary Injunction to Include Montana and Denying Debtors' Appeal; review of miscellaneous pleadings. | 0.50 | 200.00 | |
| LITIGATION | JCP | 08/15/08 | Review of Debtors' Supplemental Response and Objection to Motion of Mian Realty re: Automatic Stay (1.3); review of miscellaneous pleadings (.1). | 1.40 | 560.00 | |
| LITIGATION | JCP | 08/18/08 | Review of Declarations of Ordway (.2) and Freedgood (.3) in support of Claims asserted under Credit Agreements; review of Declarations of Tarola, Sbielnitz and Zilly in Opposition to Claims asserted under Credit Agreements (.2); review of miscellaneous pleadings (.2); review of New Jersey's Response to Debtors' Motion to File Sur-Reply Brief (.6). | 1.50 | 600.00 | |
| LITIGATION | JCP | 08/19/08 | Review of Agenda for 9/2/08 9 a.m. Hearing; review of Agenda for 9/2/08 1 p.m. Hearing; e-mail to paralegal re: | 0.30 | 120.00 | |

LEGALMASTER MIRC For Transactions
-Fees-

WRG-AUS                                                                                                                  11/04/08   Page 2

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| LITIGATION | JCP | 08/20/08 | Review of Debtors' Notice and Motion to Authorize Settlement with Jameson Memorial Hospital with enclosure; review of Settlement Agreement and proposed Order; review of California Reply Brief re: Motion for Leave to File Longo Report. | 0.40 | 160.00 | WRG |
| LITIGATION | JCP | 08/21/08 | Review of miscellaneous pleadings. | 0.10 | 40.00 | WRG |
| LITIGATION | JCP | 08/25/08 | Review of Reply of Mian Realty to Debtors' Supplemental Response to Motion re: Applicability of Automatic Stay with multiple Exhibits. | 0.50 | 200.00 | WRG |
| LITIGATION | JCP | 08/26/08 | Review of Order Authorizing Debtors to Acquire Interest in GR2008 LLC; review of Debtors' 25th Omnibus Objection to Claims Declaration in Support of Same and Exhibits; review of Debtors' Motion for Order Approving Settlement with Town of Action Resolving Tax Abatement Petitions and Server Betterment Assessments; review of Amended Motion for Order Authorizing Property Damage Settlement with Jameson Memorial Hospital; review of Debtors' 26th Omnibus Objection to Claims with Exhibits. | 0.50 | 200.00 | WRG |
| LITIGATION | JCP | 08/27/08 | Review of Debtors' Amended Notice and Amended 25th Omnibus Objection to Claims; review of Certification of Counsel re: Scheduling Order for Debtors' Objection to Claims Asserted Under Credit Agreements; review of Order Authorizing Settlement with Weja; review of Order Authorizing Implementation of 2008-2010 Long Term Incentive Program; review of Change of Location Notice re: 11/24/08. | 0.50 | 200.00 | WRG |
| LITIGATION | JCP | 08/28/08 | Review of Debtors' 16th Claim Settlement Notice with Exhibit; review of Beacon Road Site Stipulation; review of miscellaneous pleadings. | 0.20 | 80.00 | WRG |
| LITIGATION | JCP | 08/30/08 | Review of miscellaneous pleadings; review of Amended Agenda for 9/2/08 9 a.m. Hearing; review of Amended Agenda for 9/2/08 1 p.m. Hearing | 0.30 | 120.00 | WRG |
|  |  |  |  | 11.30 | 4,520.00 |  |
|  |  |  |  | 11.30 | 4,520.00 |  |

arranging for John C. Phillips, Jr. to participate by phone.

WRG-AUS                          LEGALMASTER MIRC For Transactions                              11/04/08  Page 3
                                              -Fees-

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/04/08 | Download and file Quarterly Fee Applications of Orrick Herrington, Towers Perrin and David Austern for the first quarter of 2008. | 0.90 | 135.00 | fa |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/04/08 | Download and file 7th Declaration of R. Frankel in Support of Application for Retention. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/05/08 | Draft 17th Quarterly Fee Application for Phillips, Goldman & Spence. | 1.30 | 195.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/05/08 | Scan file and serve Phillips, Goldman & Spence 17th Quarterly Fee Application. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/06/08 | Phone conference with B. Ruhlander re: Objection to Phillips, Goldman & Spence Fee Applications for January and February after review of same; conference with John C. Phillips, Jr. re: same. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/08/08 | E-mail to D. Fullem (2x) re: filings to be received and completed. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/08/08 | Download, print and file March, April and May Fee Applications for Piper Jaffray. | 0.70 | 105.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/08/08 | Download, print and file Certificate of No Objection for Orrick's May Fee Application. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/08/08 | Download and file March, April and May Fee Applications for Tre Angeli. | 0.70 | 105.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/19/08 | E-mail to B. Ruhlander re: report filed by Fee Auditor; review of response. | 0.10 | 15.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/22/08 | Download and file Quarterly Fee Application for Piper Jaffray and Tre Angeli. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/22/08 | Code pre-bills to comply with local rules. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/22/08 | E-mail to D. Fullem (3x) re: corrections and print labels. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/22/08 | Draft Certificate of Service for, download and file corrected Notice of Quarterly Fee Application for Piper Jaffray and Tre Angeli; scan and file both. | 0.50 | 75.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/22/08 | Phone conference with Parcels for service of Notices. | 0.20 | 30.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/25/08 | Update docket to system; begin July Fee Application. | 0.40 | 60.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/25/08 | Draft Certificate of No Objection for June Fee Application of Phillips, Goldman & Spence. | 0.30 | 45.00 | |
| WRG | FEE/EMPLOYMENT APPLICATIONS | CAH | 08/25/08 | Draft July Fee Application for Phillips, Goldman & Spence. | 0.60 | 90.00 | |

| WRG-AUS | | | LEGALMASTER MIRC For Transactions -Fees- | | 11/04/08 Page 4 | |
|---|---|---|---|---|---|---|
| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 08/26/08 | Compile Fee Application and Certificate of No Objection for John C. Phillips, Jr.'s review and signature. | 0.20 | 30.00 | fa |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 08/27/08 | Scan file and serve Certificate of No Objection for June Phillips, Goldman & Spence Fee Application and July Phillips, Goldman & Spence Fee Application | 0.40 | 60.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 08/28/08 | Scan and file June and July Fee Applications for Tre Angeli; July Fee Application for Towers Perrin and June Fee Application for Piper Jaffray. | 0.70 | 105.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 08/29/08 | E-mail to D. Fullem (3x) re: Certificate of No Objection to File for Various Professionals; review of and revise same to file on ISI. | 0.70 | 105.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | CAH | 08/29/08 | Download, print, scan and file Certificate of No Objection for Tre Angeli for their March, April and May Fee Application and Piper Jaffray's February, April and May Fee Applications. | 1.10 | 165.00 | |
| | | | | 11.90 | 1,785.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 08/05/08 | Review of, revise and execute Phillips, Goldman & Spence 17th Quarterly Fee Application; conference with Celeste A. Hartman re: same. | 0.30 | 120.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 08/11/08 | Review of Roger Frankel's 7th Supplemental Declaration as counsel for FCR. | 0.10 | 40.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 08/15/08 | Review of and revise Phillips, Goldman & Spence August 2008 pre-bill; memorandum to Celeste A. Hartman re: same. | 0.30 | 120.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 08/25/08 | Review of Corrected Notice of Filing of 9th Quarterly Fee Applications of FCR's Financial Advisors (Piper Jaffray and Tre Angeli). | 0.10 | 40.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 08/26/08 | Review of and execute Certificate of No Objection re: Phillips, Goldman & Spence 49th Monthly Fee Application; review of, revise and execute Phillips, Goldman & Spence 50th Monthly Fee Application. | 0.50 | 200.00 | |
| | | | | 1.30 | 520.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | TLB | 08/14/08 | Download and e-file Certificate of No Objection re: 37th Monthly Application of Towers Perrin Tillinghast. | 0.30 | 39.00 | |
| | | | | 0.30 | 39.00 | |
| | | | | 13.50 | 2,344.00 | |
| | | | | 24.80 | 6,864.00 | |

45 records printed.