EXHIBIT B

PHILLIPS, GOLDMAN & SPENCE, P.A.

EXPENSE RECORDS

FOR THE TIME PERIOD
AUGUST 1, 2008 THROUGH
AUGUST 31, 2008

Phillips, Goldman & Spence, P.A.

November 4, 2008

Orrick, Herrington & Sutcliffe, LLP

File    WRG-AUS/JCP
Invoice number    80305

Re:  W. R. Grace & Co.
     David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 08/01/08 | Federal Express | 144.58 |
| 08/05/08 | Postage | 3.19 |
| 08/05/08 | Photocopies | 64.50 |
| 08/15/08 | Check No.: 38276 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 30.00 |
| 08/19/08 | Facsimile | 2.00 |
| 08/27/08 | Check No.: 38380 - Parcels, Inc. - document retrieval/service/copy/mail, etc. | 709.14 |
| 08/29/08 | Check No.: 38398 - John C. Phillips, Jr. - expense reimbursement. | 64.00 |

Subtotal for COSTS only: 08/31/08    $1,017.41