# EXHIBIT A

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# INVOICES BY TIME AND INDIVIDUAL

# FOR THE TIME PERIOD
# SEPTEMBER 1, 2008 THROUGH
# SEPTEMBER 30, 2008

```
                    Phillips, Goldman & Spence, P.A.
                          1200 N. Broom Street
                          Wilmington, DE  19806
                             (302) 655-4200
                           EI #: 51-0328786
```

November 4, 2008

Orrick, Herrington & Sutcliffe, LLP
Washington Harbour
3050 K Street, N.W.
Washington DC  20007--5135

```
                                    File   WRG-AUS/JCP
                                 Invoice number   80306
```

Re:  W. R. Grace & Co.
     David T. Austern
Case No.: 01-01139 (RLB)

```
         Subtotal for FEES only: 09/30/08     $10,739.00
         Subtotal for COSTS only: 09/30/08        $822.12
                                              -----------
CURRENT PERIOD FEES AND COSTS: 09/30/08        $11,561.12
                                              -----------
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Please remit duplicate copy with payment.  Thank you.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Phillips, Goldman & Spence, P.A.

Page   2

November 4, 2008

Orrick, Herrington & Sutcliffe, LLP

                                      File   WRG-AUS/JCP
                           Invoice number   80306

Re:  W. R. Grace & Co.
     David T. Austern

| SERVICES | HOURS | AMOUNT |
|---|---|---|
| FEE/EMPLOYMENT APPLICATIONS | 5.7 | 1,124.00 |
| LITIGATION | 24.0 | 9,600.00 |
| CASE ADMINISTRATION | 0.1 | 15.00 |
| Subtotal for FEES only: 09/30/08 | 29.8 | $10,739.00 |

| RATE | SUMM | | HOURS | | | |
|---|---|---|---|---|---|---|
| 400.00 | JCP | 25.10 | 25.10 | 10,040.00 | 0.00 | 0.00 |
| 150.00 | CAH | 4.40 | 4.40 | 660.00 | 0.00 | 0.00 |
| 130.00 | TLB | 0.30 | 0.30 | 39.00 | 0.00 | 0.00 |
| Totals | | 29.80 | 29.80 | 10,739.00 | 0.00 | 0.00 |

```
WRG-AUS                                          LEGALMASTER MIRC For Transactions                          11/04/08  Page 2
                                                            -Fees-
```

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG  LITIGATION | JCP | 09/02/08 | Court appearance at 9 a.m. re: Agenda items (1.4); court appearance 1 p.m. re: Agenda items (1.0); review of Order re: Debtors' Objection to Claims Under Credit Agreements (.1); review of Montana's Notice of Appeal to 3rd Circuit re: Denial of Motion to Expand Preliminary Injunction with Exhibits (.1); review of Montana's Motion for Stay Pending Appeal (.1); review of Montana's Brief in Support of Stay (.5). | 3.20 | 1,280.00 | Li |
| WRG  LITIGATION | JCP | 09/03/08 | Review of Debtors' Motion for Order Authorizing Settlement with Bayshore Hospital with Settlement Agreement and proposed Order; review of miscellaneous pleadings; review of Order Granting California Leave to File Longo Report; review of Order re: Debtors' Objection to Massachusetts IRS Claim; review of Certification of Counsel re: Order Approving Confidentiality Stipulation with attached Stipulation. | 0.50 | 200.00 | |
| WRG  LITIGATION | JCP | 09/04/08 | Review of Debtors' July 2008 Monthly Operating Report; review of miscellaneous pleadings; review of Order Approving Confidentiality Stipulation between Bank Lender Group, Creditors' Committee and J.P. Morgan with attached Stipulation. | 0.30 | 120.00 | |
| WRG  LITIGATION | JCP | 09/05/08 | Review of miscellaneous pleadings; review of Debtors' Notice of Appeal to 3rd Circuit of Order Denying Expansion of Preliminary Injunction; review of Judge Buckwalter's 9/4/08 Memorandum and Order Denying Anderson Memorial Hospital's Motion for Leave to Appeal. | 0.40 | 160.00 | |
| WRG  LITIGATION | JCP | 09/06/08 | Review of Creditor's Committee's Joinder in Bank Lender Group's Opposition to Debtors' Objection to Claims Asserted Under Credit Agreements. | 0.10 | 40.00 | |
| WRG  LITIGATION | JCP | 09/08/08 | Review of New York's Response to Debtors' 25th Omnibus Objection to Claims (.1); review of Certification of Counsel re: Order Denying Mian Realty's Motion re: Automatic Stay (.1); review of Debtors' Trial Brief in Support of Objection to Claims Under Credit Agreement with voluminous Exhibits (1.6); review of Seaton Insurance Company's Response to Debtors' Amended 25th Omnibus Objection to Claims (.1); review of Joinder of J.P. Morgan in Bank Lender Group's Opposition to Claims Asserted Under Debtors' Credit Agreements (.1); review of Unsecured Committee's Joinder in same (.1); review of Bank Lender Group's Motion to Exceed Page Limitation for Pre-Trial Memo in Opposition to Debtors' Objection to Claims Asserted Under Debtors' Credit Agreements with enclosure (.1); review of Bank Lender Group's Pre-Trial Memo with 23 Exhibits and Compendium of Opinions (2.7). | 4.90 | 1,960.00 | |
| WRG  LITIGATION | JCP | 09/09/08 | Review of Order Denying Anderson Memorial's Motion for Leave to Appeal Order Denying Class Certification; review | 0.30 | 120.00 | |

| Cl Code | Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|---|
| WRG | LITIGATION | JCP | 09/10/08 | Review of miscellaneous pleadings. | 0.10 | 40.00 | |
| WRG | LITIGATION | JCP | 09/11/08 | Review of Debtors' Motion to Authorize Settlement of California State's Property Damage Claim review of 9/2/08 9 a.m. Hearing transcript; review of 9/2/08 1 p.m. Hearing transcript. | 0.40 | 160.00 | |
| WRG | LITIGATION | JCP | 09/12/08 | Review of Missouri Response to Debtors' 25th Omnibus Objection to Claims; review of Pennsylvania's Response to Debtors' 25th Omnibus Objection. | 0.20 | 80.00 | |
| WRG | LITIGATION | JCP | 09/13/08 | Review of Debtors' Joinder in Montana's Motion to Stay Pending Appeal. | 0.10 | 40.00 | |
| WRG | LITIGATION | JCP | 09/16/08 | Review of Debtors' Motion Authorizing Settlement of Pacific Freeholders Claim (.1); review of Bank Lenders' Sur-Reply to Debtors' Trial Brief in Support of Objection (.2); review of Bank Lenders' Motion for Leave to File same (.1); review of Debtors' Motion for Order Establishing Canadian Zonolite Bar Date with Exhibits (.5); review of Montana's Statement of Issues on Appeal and Designation of Record (.1); review of Libby Claimants' Opposition to Motion for Stay Pending Appeal (.1); review of Anderson Memorial's Motion to Reconsider Denial of Motion for Leave to Appeal Order Denying Class Certification (.1); review of Notice of Amended Exhibit A to Debtors' Motion to Acquire Interest in GR2008 (.1). | 1.30 | 520.00 | |
| WRG | LITIGATION | JCP | 09/18/08 | Review of Indiana's Response to Objection to Claim; review of miscellaneous pleadings; review of Debtors' Motion to Authorize Settlement with University of California, Settlement Agreement and proposed Order. | 0.40 | 160.00 | |
| WRG | LITIGATION | JCP | 09/20/08 | Review of Debtors' Designation of record and Statement of Issues on Appeal re: denial of Debtors' Motion to Expand Preliminary Injunction; review of Debtors' Motion to Authorize Settlement with Children's Hospital of Pittsburgh with Exhibits (Settlement Agreement and proposed Order). | 0.30 | 120.00 | |
| WRG | LITIGATION | JCP | 09/22/08 | Review of Notice of Hearing to Consider Approval of Disclosure Statement; review of Disclosure Statement (1.8); review of Exhibit Book including Joint Plan of Reorganization and Personal Injury Trust Agreement (3.4); review of Libby Claimants' Designation of Additional Items to be Included on Appeal (.1); review of Gloria Munoz's Response to Debtors' 25th Omnibus Objection (.1); Munoz Declaration and Declarations of Counsel (.1); review of Orders Approving Stipulations Resolving Claims of Helms, Kentucky and IRS (.2). | 5.70 | 2,280.00 | |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                                11/04/08 Page 4
                                                        -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG LITIGATION | JCP | 09/23/08 | Review of letter from 3rd Circuit Clerk re: Debtors' Appeal of Order Denying Request to Expand Preliminary Injunction with enclosure; review of Appeal materials; review of letter from 3rd Circuit Clerk re: Montana's Appeal of Order Denying Request to Expand Preliminary Injunction with enclosure; review of Appeal materials; review of Agenda for 9/29/08 Hearing. | 0.40 | 160.00 | Li |
| WRG LITIGATION | JCP | 09/25/08 | Review of Debtors' Motion to Strike Bank Lenders' Sur-Reply or Allow Debtors' Sur-Reply with enclosure (.1); review of Debtors' Sur-Reply (.1); review of Modified Order Allowing Debtors' Sur-Reply (.1); review of Debtors' Application to Appoint Sanders as Legal Representative for Future Property Damage Claimants with Exhibits (.5); review of Debtors' Motion to Shorten Time re: same (.1); review of Orrick's 9th Supplemental Declaration re: representation of FCR (.1). | 1.00 | 400.00 | |
| WRG LITIGATION | JCP | 09/26/08 | Review of Order re: Limited Argument Time (.1); review of Certification of Counsel re: 9/29/08 Status Conference re: California Property Damage Claims (.1); review of Certification of Counsel re: 28th Quarterly Project Summary (.1); review of Debtors' Motion for Order Approving Disclosure Statement and Confirmation Procedures (.8); review of proposed Order Approving same (.1); review of all other exhibits to same (1.2); review of Debtors' Motion to Shorten Notice re: same and proposed Order (.1); review of Montana's Reply Brief to Libby Claimants' Opposition to the Motion to Stay Pending Appeal (.8); review of Munoz's Emergency Motion to Continue Hearing on Debtors' Objection to Her Claim and proposed Order (.1); review of Notice of Filing of Longo's Expert Report for California (.1); review of Longo's Report (.6). | 4.10 | 1,640.00 | |
| WRG LITIGATION | JCP | 09/29/08 | Review of Amended Agenda for 9/29/08 Hearing. | 0.10 | 40.00 | |
| WRG LITIGATION | JCP | 09/29/08 | Review of Certification of Counsel re: No Objections to Debtors' 26th Omnibus Objection to Claims; review of Certification of Counsel re: Status Conference on California Property Damage Claims. | 0.20 | 80.00 | |
|  |  |  |  | -------- | ----------- | |
|  |  |  |  | 24.00 | 9,600.00 | |
|  |  |  |  | -------- | ----------- | |
|  |  |  |  | 24.00 | 9,600.00 | |
|  |  |  |  | ======== | =========== | |

WRG-AUS                                    LEGALMASTER MIRC For Transactions                                    11/04/08  Page 5
                                                         -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 09/02/08 | Respond to e-mail from D. Fullem re: corrected Piper Certificate of No Objection (3x); e-mail to John C. Phillips, Jr. | 0.50 | 75.00 | fa |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 09/02/08 | Download and e-mail to John C. Phillips, Jr. the Notice of Withdrawal; scan and file same after execution. | 0.30 | 45.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 09/02/08 | Scan and file Notice of Withdrawal of Piper Jaffray's Certificate of No Objection for March Fee Application; download and file corrected Certificate of No Objection; send e-mail to D. Felder. | 0.30 | 45.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 09/04/08 | Download and file Certificate of No Objection for Orrick's June Fee Application. | 0.30 | 45.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 09/04/08 | Download and file Piper Jaffray's July Fee Application. | 0.30 | 45.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 09/11/08 | Download and E-File Rule 2015 Supplemental Declarations for Tre Angeli, Orrick Herrington and Piper Jaffray referring back to all previous ones filed. | 0.80 | 120.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 09/19/08 | Download and file Certificate of No Objection for Piper Jaffray's June Fee Application, Tre Angeli's June and July Fee Applications and Towers Perrin's July Fee Application. | 0.60 | 90.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 09/19/08 | Draft Certificate of No Objection for Phillips, Goldman & Spence July Fee Application. | 0.30 | 45.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 09/19/08 | Scan file and serve Certificate of No Objection for Phillips, Goldman & Spence July Fee Application. | 0.30 | 45.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 09/19/08 | Reconcile payment to Fee Applications filed. | 0.10 | 15.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 09/23/08 | Download, print and file June and July Fee Application for D. Austern. | 0.30 | 45.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | CAH | 09/23/08 | Review of Fee Order Attachment for Quarterly Fee Application; e-mail to D. Fullem and John C. Phillips, Jr. re: same. | 0.20 | 30.00 | |
| | | | | 4.30 | 645.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 09/02/08 | E-mail from Celeste A. Hartman with enclosure; review of and execute Notices of Withdrawal of Certificate of No Objection re: Piper Jaffray's 25th Monthly Fee Application; e-mail to Celeste A. Hartman forwarding same. | 0.20 | 80.00 | |
| WRG  FEE/EMPLOYMENT APPLICATIONS | JCP | 09/13/08 | Review of 8th Supplemental Declaration re: Orrick Herrington's Employment as counsel for FCR; review of 1st Supplemental Declaration re: Tre Angeli's Employment as Financial Adviser to FCR; review of 1st Supplemental Declaration re: Piper Jaffray's Employment as Financial | 0.40 | 160.00 | |

WRG-AUS                                LEGALMASTER MIRC For Transactions                           11/04/08  Page 6
                                                    -Fees-

| Cl Code Grouping code description | Act Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd |
|---|---|---|---|---|---|---|
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 09/19/08 | Review of and execute Certificate of Counsel re: Phillips, Goldman & Spence 50th Monthly Fee Application; Advisor to FCR; review of Certification of Counsel re: Orders Approving Stipulations Resolving Claims of Kentucky EPA and IRS. | 0.20 | 80.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 09/23/08 | E-mail from counsel for plaintiff re: Fee Auditors' recommendation for 9/29/08 Fee Hearing with enclosure; conference with Celeste A. Hartman re: same. | 0.10 | 40.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 09/25/08 | E-mail from counsel for Debtor re: Fee Order. review of Chart re: same. | 0.10 | 40.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | JCP | 09/26/08 | Review of Certification of Counsel re: Order Approving 28th Quarterly Fee Application with enclosure; review of proposed Order and Exhibit A. | 0.10 | 40.00 | |
| WRG FEE/EMPLOYMENT APPLICATIONS | TLB | 09/26/08 | Downloaard and e-file 13th Monthly Interim Application of Orrick, Herrington & Sutcliff, LLP for Compensation and Reimbursement of Expenses (07/08). | 0.30 | 39.00 | |
| | | | | 1.10 | 440.00 | |
| | | | | 0.30 | 39.00 | |
| | | | | 5.70 | 1,124.00 | |
| | | | | 29.80 | 10,739.00 | |

10 records printed.

LEGALMASTER MIRC For Transactions
-Fees-

11/04/08 Page 1

Sort Fields:
 Grouping code                    (Paginate)
 Client code
 Actual employee code             (Subtotals)
 Transaction date

Range Fields:
 Client code                      I   WRG - WRG
 Invoice Number                   I   80306 - 80306

Cl Code Grouping code description

CASE ADMINISTRATION

| Act | Emp | Trans Date | Transaction description | Billable Hours | Billable Dollars | Grp Cd Ca |
|---|---|---|---|---|---|---|
| CAH | | 09/19/08 | Update docket to system. | 0.10 | 15.00 | |
| | | | | ----- | ----- | |
| | | | | 0.10 | 15.00 | |
| | | | | ----- | ----- | |
| | | | | 0.10 | 15.00 | |
| | | | | ----- | ----- | |