**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 12/3/08 |
| | § | Hearing Date: TBD if Needed |

**CERTIFICATION OF COUNSEL PURSUANT TO LOCAL**
**RULE 2016-2(f) REGARDING SEPTEMBER, 2008 [Doc. #20045]**
**AND OCTOBER, 2008 [Doc. #20046] MONTHLY FEE APPLICATIONS**

TO:    (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee;
(4) Counsel to the Official Committee of Asbestos Personal Injury Claimants; (5) Counsel
to the Official Committee of Asbestos Property Damage Claimants; (6) Counsel
to the Official Committee of Equity Holders; (7) Counsel to the Debtors-in-Possession
Lender; and (8) the Fee Auditor

I, Alan B. Rich, a professional person seeking approval of his September, 2008 and

October, 2008 Monthly Fee Applications, and having reviewed the requirements of Local Rule

2016-2, hereby certifies that in my opinion, the Monthly Fee Applications comply with Local

Rule 2016-2.

Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Main Street, Suite 1910, LB 201
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

-1-

## CERTIFICATE OF SERVICE

I certify that on the 17th day of November, this document was served through the ECF system on all persons who have requested notice through the ECF system.