**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2008 |
| Wilmington DE | ACCOUNT NO: 3000-01D |
|  | STATEMENT NO: 68 |

Asset Analysis and Recovery

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $39.00 |
| | | HOURS | |
| 07/25/2008 | | | |
| MTH | Reviewing Debtors' Motion re Settlement with WEJA. | 0.30 | 97.50 |
| | FOR CURRENT SERVICES RENDERED | 0.30 | 97.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $325.00 | $97.50 |

| | |
|---|---|
| TOTAL CURRENT WORK | 97.50 |
| BALANCE DUE | $136.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                               07/31/2008
Wilmington  DE                                       ACCOUNT NO:      3000-02D
                                                     STATEMENT NO:           86

Asset Disposition

PREVIOUS BALANCE                                                         $37.30

BALANCE DUE                                                              $37.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2008
ACCOUNT NO:      3000-03D
STATEMENT NO:             74

Business Operations

PREVIOUS BALANCE                                                                $138.20

HOURS

07/21/2008
   MTH    Reviewing correspondence from JB re possible business deal and
       Reviewing correspondence from PVNL to JS re same and reviewing
       response to same.                                                0.40        130.00

07/29/2008
   MTH    Reviewing correspondence from JS re Red Sox Motion.              0.10         32.50
   MTH    Reviewing correspondence from JS and JO re Red Sox Motion.       0.10         32.50
   MTH    Reviewing additional correspondence from JS re Red Sox Motion;
       reviewing correspondence from PZ re same.                        0.10         32.50
       FOR CURRENT SERVICES RENDERED                                    0.70        227.50

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.70 | $325.00 | $227.50 |

TOTAL CURRENT WORK                                                             227.50

BALANCE DUE                                                                   $365.70

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 07/31/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-04D |
| | STATEMENT NO:    86 |

Case Administration

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE | | $2,842.87 |

|  |  | HOURS |  |
|---|---|---|---|
| 07/02/2008 | | | |
| PEM | Review Debtor-In-Possession Monthly Operating Report for Filing Period May, 2008 | 0.70 | 280.00 |
| 07/10/2008 | | | |
| SEL | Follow up e-mail with Jeff Lessimer at Caplan Drysdale | 0.30 | 135.00 |
| 07/14/2008 | | | |
| MTH | Reviewing Debtors' Statement of Amounts Paid to Professionals | 0.10 | 32.50 |
| 07/16/2008 | | | |
| SMB | Review of docket re: 2019 statements | 0.10 | 9.50 |
| MTH | Reviewing Notice of Withdrawal of Special Counsel to the Debtors. | 0.10 | 32.50 |
| 07/17/2008 | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.30 | 28.50 |
| 07/21/2008 | | | |
| MB | Create hearing memo for MTH re: July 21, 2008 hearing | 0.70 | 63.00 |
| | FOR CURRENT SERVICES RENDERED | 2.30 | 581.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stanley E. Levine | 0.30 | $450.00 | $135.00 |
| Philip E. Milch | 0.70 | 400.00 | 280.00 |
| Santae M. Boyd | 0.40 | 95.00 | 38.00 |
| Matthew Brushwood | 0.70 | 90.00 | 63.00 |
| Mark T. Hurford | 0.20 | 325.00 | 65.00 |

Page: 2

W.R. Grace

07/31/2008

ACCOUNT NO:      3000-04D

STATEMENT NO:          86

Case Administration


TOTAL CURRENT WORK                                                                581.00


| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees) | -556.70 |
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -225.50 |
| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) | -229.00 |
| | TOTAL PAYMENTS | -1,011.20 |
| | BALANCE DUE | $2,412.67 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                    07/31/2008
Wilmington  DE                                                           ACCOUNT NO:      3000-05D
                                                                        STATEMENT NO:            86

Claims Analysis Objection & Resolution (Asbestos)

|  | | | HOURS | |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $57,667.10 |
| 07/03/2008 | | | | |
| | MTH | Reviewing correspondence from JB re proposed Order re ZAI counsel | 0.10 | 32.50 |
| 07/07/2008 | | | | |
| | MTH | Review correspondence from PVNL re: ZAI Claims Bar Date Order; review correspondence from Debtors' counsel re: same; correspondence to and from PEM and MRE re: same; correspondence to PVNL re: same | 0.30 | 97.50 |
| | MTH | Review correspondence from PVNL re: correspondence to Debtors' counsel re: ZAI Bar Date Motion; correspondence to MRE and PEM re: same | 0.10 | 32.50 |
| | MTH | Reviewing correspondence from SB (x2) and JB re proposed Order re ZAI. | 0.20 | 65.00 |
| | MTH | Reviewing correspondence from PVNL re proposed ZAI counsel Order. | 0.10 | 32.50 |
| 07/08/2008 | | | | |
| | MTH | Reviewing correspondence from SB re proposed ZAI Order and response to same from JB. | 0.30 | 97.50 |
| 07/09/2008 | | | | |
| | MTH | Reviewing correspondence from NDF re ZAI Bar Date; reviewing Bar Date order and related exhibits, reviewing COC re Bar Date Order; reviewing Debtors' Supplemental Filing re ZAI Bar Date and review of transcript of hearing re ZAI Bar Date. | 1.20 | 390.00 |
| 07/10/2008 | | | | |
| | MTH | Reviewing Montana's Response and Joinder to Debtors' Montana DEQ Motion. | 0.10 | 32.50 |
| 07/15/2008 | | | | |
| | MTH | Reviewing correspondence from BT re estimation hearing and response | | |

W.R. Grace

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | to same. |  | 0.20 | 65.00 |
| **07/16/2008** |  |  |  |  |
|  | MTH | Reviewing Order granting S&R Motion for leave to file appeal re Class Cert. Motion. | 0.10 | 32.50 |
| **07/18/2008** |  |  |  |  |
|  | MTH | Reviewing State of California's Motion for Leave to File Longo Report. | 0.20 | 65.00 |
| **07/21/2008** |  |  |  |  |
|  | MTH | Reviewing Re-Notice of Hearing on California's Motion re Longo Report. | 0.10 | 32.50 |
| **07/23/2008** |  |  |  |  |
|  | MTH | Telephone conference with S. Fallensby re: questions re: possible asbestos injury during home remodeling | 0.20 | 65.00 |
|  | MTH | Reviewing Notice of Deposition of L. Kruger. | 0.10 | 32.50 |
| **07/29/2008** |  |  |  |  |
|  | MTH | Meeting with MF re background and information re ZAI claim Bar Date and review of Order re same. | 0.50 | 162.50 |
|  | MF | Met with MTH to discuss court determinations for property damage and personal injury claimants, bar dates for pre-petition claims. | 0.50 | 145.00 |
| **07/30/2008** |  |  |  |  |
|  | MTH | Telephone conference with claimant re questions following ZAI Bar Date advertisement. | 0.10 | 32.50 |
|  | MTH | Telephone conference with Stutz re questions re asbestos personal injury claims. | 0.30 | 97.50 |
|  | MTH | Reviewing correspondence from NDF (x2) re estimation; reviewing documents re same and Correspondence to NDF re same. | 0.30 | 97.50 |
|  | MTH | Reviewing correspondence from PVNL re estimation; reviewing additional correspondence from NDF re same. | 0.10 | 32.50 |
| **07/31/2008** |  |  |  |  |
|  | MTH | Telephone conference with J. Ortiz re: questions re: ZAI Bar Date Order | 0.20 | 65.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 5.30 | 1,705.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 4.80 | $325.00 | $1,560.00 |
| Martha Fox | 0.50 | 290.00 | 145.00 |

TOTAL CURRENT WORK                                                        1,705.00

Page: 3

W.R. Grace

07/31/2008
ACCOUNT NO:        3000-05D
STATEMENT NO:              86

Claims Analysis Objection & Resolution (Asbestos)

| | | |
|---|---|---|
| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees) | -7,813.90 |
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -3,052.60 |
| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) (Amount should have been $3,215.10 but was reduced by $303.50 pursuant to Fee Auditors Report) | -2,911.60 |
| 07/29/2008 | Payment - Thank you. (April, 2008 - 80% Fees) | -11,858.80 |
| | TOTAL PAYMENTS | -25,636.90 |
| | BALANCE DUE | $33,735.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                        07/31/2008
Wilmington  DE                                                          ACCOUNT NO:        3000-06D
                                                                        STATEMENT NO:             86

Claims Analysis Objection & Resol. (Non-Asbestos)

|  | | PREVIOUS BALANCE | | | $4,336.10 |
|---|---|---|---|---|---|

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/08/2008 | | | | |
| | MTH | Correspondence to EI re Equity Joinder to Debtors' Bank Claims Motion. | 0.10 | 32.50 |
| 07/11/2008 | | | | |
| | MTH | Reviewing correspondence from NDF re Bank Interest Claims filings. | 0.10 | 32.50 |
| | MTH | Multiple correspondence to EI, PVNL and NDF re responses to Debtors' Motion re Bank Interest Claims. | 0.20 | 65.00 |
| | MTH | Reviewing Amended Entry of Appearance re certain Bank Claim Holders. | 0.10 | 32.50 |
| 07/14/2008 | | | | |
| | MTH | Reviewing UCC's Response to the Debtors' Objection to Bank Claims. | 0.70 | 227.50 |
| | MTH | Reviewing Joinder of JP Morgan re Bank Claims Objection. | 0.10 | 32.50 |
| | MTH | Reviewing Response of Bank Lender Group to Debtors' Bank Claims Objection; and related Motion to Exceed Page Limit | 0.60 | 195.00 |
| 07/23/2008 | | | | |
| | MTH | Reviewing correspondence from JAL re hearing memo and related pleadings and response to same. | 0.20 | 65.00 |
| | MTH | Correspondence to EI, PVNL re Debtors' discovery related to Bank Claims Objection. | 0.10 | 32.50 |
| | MTH | Reviewing Debtors' First Set of Interrogatories Directed to Lewis Kruger. | 0.20 | 65.00 |
| 07/28/2008 | | | | |
| | MTH | Correspondence to JAL re discovery re Bank Claims Objection. | 0.10 | 32.50 |
| 07/31/2008 | | | | |
| | MTH | Reviewing correspondence from JAL re briefing on Debtors' Objection to Bank Interest Claims and response to same. | 0.10 | 32.50 |
| | | FOR CURRENT SERVICES RENDERED | 2.60 | 845.00 |

W.R. Grace

Claims Analysis Objection & Resol. (Non-Asbestos)

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.60 | $325.00 | $845.00 |

TOTAL CURRENT WORK | | | 845.00

| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees) | -643.30 |
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -103.70 |
| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) | -183.00 |
| 07/29/2008 | Payment - Thank you. (April, 2008 - 80% Fees) | -156.00 |
| | TOTAL PAYMENTS | -1,086.00 |
| | BALANCE DUE | $4,095.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 07/31/2008 |
| Wilmington  DE | ACCOUNT NO:        3000-07D |
| | STATEMENT NO:              86 |

Committee, Creditors, Noteholders, Equity Holders

| | PREVIOUS BALANCE | | $35,560.64 |
|---|---|---|---|

| | | | HOURS | |
|---|---|---|---|---|
| **07/01/2008** | | | | |
| | DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | MB | Review July 1, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | MTH | Reviewing correspondence from MB to Committee re expense reimbursements | 0.10 | 32.50 |
| **07/02/2008** | | | | |
| | DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | BC | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | MB | Review July 2, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 90.00 |
| | MTH | Reviewing correspondence from EI to Committee re insurance negotiations | 0.10 | 32.50 |
| | MTH | Prepare weekly recommendation memo | 1.20 | 390.00 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| **07/03/2008** | | | | |
| | PEM | Review weekly recommendation report re: pending motions and matters | 0.20 | 80.00 |
| | DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | MB | Review July 3, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | BC | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | BC | Download, review and prepare Rule 2019 Statement for Scott & Scott, Ltd. (.2); address e-filing; send e-file notifications to same (.2) | 0.40 | 38.00 |
| | BC | Begin drafting weekly recommendation memo for 7/11/08 | 0.30 | 28.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---:|---:|
| 07/07/2008 |  |  |  |  |
| | DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | DM | Update attorney binders | 0.20 | 19.00 |
| | MB | Review Monday, July 7, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | BC | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.30 | 28.50 |
| | BC | Draft weekly recommendation memo for 7/11/08 | 0.60 | 57.00 |
| | MK | Review committee events calendar; update attorney case calendar | 0.10 | 12.50 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| 07/08/2008 |  |  |  |  |
| | DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | MB | Review July 7, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| 07/09/2008 |  |  |  |  |
| | DM | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | MB | Review July 9, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| 07/10/2008 |  |  |  |  |
| | DM | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 19.00 |
| | DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | MB | Review July 10, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| 07/11/2008 |  |  |  |  |
| | DM | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.30 | 28.50 |
| | DM | Retrieval and distribution of documents relating to daily memo | 0.20 | 19.00 |
| | MB | Review July 11, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | PEM | Review weekly recommendation memo to ACC re: pending motions and matters | 0.20 | 80.00 |
| | MTH | Prepare weekly recommendation memos. | 1.00 | 325.00 |
| | MTH | Distribution of weekly recommendation memo to Committee. | 0.20 | 65.00 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| | MTH | Reviewing Order entered. | 0.10 | 32.50 |
| 07/13/2008 |  |  |  |  |
| | DAC | Review counsel's weekly memo | 0.10 | 45.00 |
| 07/14/2008 |  |  |  |  |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 12.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Review daily memo. | 0.10 | 32.50 |
| **07/15/2008** | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | MB | Review July 15, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.30 | 28.50 |
| **07/16/2008** | | | | |
| | MB | Review July 16, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| **07/17/2008** | | | | |
| | MB | Review July 17, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| **07/18/2008** | | | | |
| | SMB | Draft weekly recommendation memo | 0.60 | 57.00 |
| | PEM | Review weekly recommendation re: pending motions and matters | 0.20 | 80.00 |
| | MB | Review July 18, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | MTH | Prepare weekly recommendation memos. | 1.00 | 325.00 |
| | MTH | Correspondence to Committee re weekly recommendation memos. | 0.20 | 65.00 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | DAC | Review counsel's weekly memo | 0.20 | 90.00 |
| **07/21/2008** | | | | |
| | MK | Review committee events calendar; update attorney case calendar | 0.10 | 12.50 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.20 | 19.00 |
| **07/22/2008** | | | | |
| | MB | Review July 22, 2008 daily memo for fee related issues | 0.10 | 9.00 |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | MTH | Reviewing correspondence from PVNL re draft hearing memo | 0.10 | 32.50 |
| | MTH | Drafting memorandum re July 21 hearing. | 2.20 | 715.00 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| | MTH | Reviewing three orders entered. | 0.10 | 32.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |

Page: 4
07/31/2008
ACCOUNT NO:    3000-07D
STATEMENT NO:    86

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| **07/23/2008** | | | | |
| | MK | Review committee hearing memo | 0.10 | 12.50 |
| | MTH | Further review and revisions to July 21 hearing memo and distribution of same to Committee. | 0.40 | 130.00 |
| | DAC | Review memo re: 7/21 hearing | 0.20 | 90.00 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| | PEM | Review July 21, 2008 hearing memo | 0.10 | 40.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| **07/24/2008** | | | | |
| | MK | Update service documents | 0.10 | 12.50 |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | MTH | Reviewing correspondence from PVNL re: draft hearing memo | 0.10 | 32.50 |
| | MTH | Drafting memorandum re July 22 hearing and Correspondence to EI and PVNL re same. | 1.10 | 357.50 |
| | MTH | Review daily memo. | 0.10 | 32.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 9.50 |
| **07/25/2008** | | | | |
| | PEM | Review July 22, 2008 hearing memo | 0.10 | 40.00 |
| | PEM | Review weekly recommendation memo to committee re: pending motions and matters | 0.20 | 80.00 |
| | KH | Update Committee email service list | 0.10 | 10.50 |
| | MTH | Reviewing correspondence from LK re distribution of Committee memo and response to same and Correspondence to KH re same. | 0.10 | 32.50 |
| | MTH | Reviewing and revising memorandum re July 22 hearing and distribution of same to Committee. | 0.50 | 162.50 |
| | MTH | Reviewing and revising weekly recommendation memo and distribution of same to Committee. | 1.80 | 585.00 |
| | MTH | Correspondence to NDF re July hearing, October dates for hearings. | 0.10 | 32.50 |
| | DAC | Review daily memo | 0.20 | 90.00 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 9.50 |
| | DAC | Review memo re: 7/22 hearing | 0.10 | 45.00 |
| **07/28/2008** | | | | |
| | KH | Review email from MTH re: email service list; Review and draft responsive email | 0.20 | 21.00 |
| | MK | Review committee events calendar and update attorney case calendar. | 0.10 | 12.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 9.50 |

Page: 5
07/31/2008

W.R. Grace

ACCOUNT NO:        3000-07D
STATEMENT NO:              86

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **07/29/2008** |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 40.00 |
|  | SMB | Review recently filed pleading and electronic filing notices; draft and distribute Daily Memo | 0.10 | 9.50 |
| **07/31/2008** |  |  |  |  |
|  | PEM | Review memo re: pleadings filed. | 0.10 | 40.00 |
|  | DAC | Review counsel's weekly memo | 0.20 | 90.00 |
|  | PEM | Review weekly recommendation memo re: pending motions and matters. | 0.20 | 80.00 |
|  | KH | Prepare and distribute Weekly Recommendation Memo to Committee (Fee App & Motions) | 0.30 | 31.50 |
|  | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute Daily Memo | 0.10 | 9.50 |
|  | MTH | Draft weekly recommendation memo | 1.00 | 325.00 |
|  |  | FOR CURRENT SERVICES RENDERED | 24.90 | 6,418.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.20 | $450.00 | $540.00 |
| Philip E. Milch | 2.10 | 400.00 | 840.00 |
| Michele Kennedy | 0.60 | 125.00 | 75.00 |
| Santae M. Boyd | 2.00 | 95.00 | 190.00 |
| Matthew Brushwood | 1.30 | 90.00 | 117.00 |
| Mark T. Hurford | 12.90 | 325.00 | 4,192.50 |
| Bruce Campbell | 1.80 | 95.00 | 171.00 |
| Katherine Hemming | 0.80 | 105.00 | 84.00 |
| Dan Mosier | 2.20 | 95.00 | 209.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 6,418.50 |

| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees) | -1,711.20 |
|---|---|---|
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -1,359.60 |
| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) | -1,100.50 |
| 07/29/2008 | Payment - Thank you. (April, 2008 - 80% Fees) | -9,686.40 |
|  | TOTAL PAYMENTS | -13,857.70 |
|  | BALANCE DUE | $28,121.44 |

Any payments received after the statement date will be applied to next month's statement.  Please note your account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 07/31/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-08D |
| | STATEMENT NO:    85 |

Employee Benefits/Pension

|  |  |  |
|---|---|---|
| PREVIOUS BALANCE | | $1,073.00 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **07/01/2008** | | | | |
| | MTH | Reviewing correspondence from JS re LTIP conference call and analysis. | 0.10 | 32.50 |
| **07/25/2008** | | | | |
| | MTH | Correspondence to PVNL, JS, BR and NDF re Debtors' LTIP Motion, review of same. | 0.30 | 97.50 |
| | MTH | Reviewing Debtors' COLI Motion. | 0.40 | 130.00 |
| **07/30/2008** | | | | |
| | MTH | Reviewing correspondence from JS re Debtors' LTIP Motion. | 0.10 | 32.50 |
| | | FOR CURRENT SERVICES RENDERED | 0.90 | 292.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.90 | $325.00 | $292.50 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 292.50 |
| BALANCE DUE | $1,365.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington DE

Page: 1
07/31/2008
ACCOUNT NO:      3000-09D
STATEMENT NO:              38

Employee Applications, Applicant

|  |  |  |  |
|---|---|---|---|
| PREVIOUS BALANCE | | | $72.70 |

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/16/2008 | | | | |
| MTH | Reviewing pre-bill. | | 1.60 | 520.00 |
| | FOR CURRENT SERVICES RENDERED | | 1.60 | 520.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.60 | $325.00 | $520.00 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 520.00 |

| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) | -27.20 |
|---|---|---|

| BALANCE DUE | $565.50 |
|---|---|

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2008
ACCOUNT NO:      3000-10D
STATEMENT NO:            86

Employment Applications, Others

| | | | HOURS | |
|---|---|---|---|---|
| PREVIOUS BALANCE | | | | $1,883.60 |
| 07/18/2008 | | | | |
| MTH | Reviewing Order entered re Reed Smith. | | 0.10 | 32.50 |
| 07/29/2008 | | | | |
| MTH | Telephone conference with DF re retention application; Correspondence to and from DF re same. | | 0.20 | 65.00 |
| | FOR CURRENT SERVICES RENDERED | | 0.30 | 97.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.30 | $325.00 | $97.50 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 97.50 |
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -3.80 |
| BALANCE DUE | | $1,977.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                    07/31/2008
Wilmington  DE                                                    ACCOUNT NO:        3000-11D
                                                                 STATEMENT NO:              84

Expenses

PREVIOUS BALANCE                                                             $10,672.26

| | | |
|---|---|---|
| 07/01/2008 | Federal Express to Debra Felder on 6/18/08 | 26.50 |
| 07/01/2008 | Parcels charge for hand and mail service of AKO April Fee Appl. | 57.68 |
| 07/01/2008 | Parcels charge for hand and mail service of AKO May Fee Appl. | 52.18 |
| 07/01/2008 | Parcels charge for hand delivery to Ferry Joseph & Pearce, Pachulski Stang, Duane, and the Office of the U.S. Trustee. | 20.00 |
| 07/01/2008 | Parcels charge for hand delivery to the Office of the U.S. Trustee, Duane Morris, Ferry Joseph & Pearce, and Pachulski Stang. | 20.00 |
| 07/01/2008 | Charges for technical/support services for multiple temporary computer networks for  Grace Estimation hearings in January 2008, 3 visits from PC Networks | 1,755.25 |
| 07/01/2008 | Pacer charges for the month of June | 469.52 |
| 07/03/2008 | Parcels charge for hand delivery to U.S. District Court. | 7.50 |
| 07/03/2008 | Parcels charge for hand delivery to Office of the U.S. Trustee. | 7.50 |
| 07/07/2008 | 558 total copies printed. | 55.80 |
| 07/07/2008 | 146 total copies scanned. | 14.60 |
| 07/08/2008 | 6/30/08 Parcels charge for hand delivery to Ferry Joseph & Pearce. | 5.00 |
| 07/08/2008 | 6/30/08 Parcels charge for hand delivery to Pachulski Stang. | 5.00 |
| 07/08/2008 | 6/30/08 Parcels charge for hand delivery to Duane Morris. | 5.00 |
| 07/08/2008 | 6/30/08 Parcels charge for hand delivery to Office of the U.S. Trustee. | 5.00 |
| 07/08/2008 | 6/30/08 Parcels charge for hand and mail service of C&L May Fee Appl. | 52.18 |
| 07/08/2008 | 6/30/08 Parcels charge for hand and mail service of C&D May Fee Appl. | 27.88 |
| 07/08/2008 | 6/30/08 Parcels charge for hand and mail service of LAS May Fee Appl. | 35.08 |
| 07/08/2008 | 6/30/08 Parcels charge for hand and mail service of Charter Oak May Fee Appl. | 99.08 |
| | TOTAL EXPENSES | 2,720.75 |
| | TOTAL CURRENT WORK | 2,720.75 |

Page: 2

W.R. Grace

07/31/2008

ACCOUNT NO:        3000-11D
STATEMENT NO:             84

Expenses

| 07/29/2008 | Payment - Thank you. (April, 2008 - 100% Expenses) | -5,746.42 |
| | | |
| | BALANCE DUE | $7,646.59 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 07/31/2008 |
| Wilmington DE | ACCOUNT NO:      3000-12D |
| | STATEMENT NO:               84 |

Fee Applications, Applicant

|  | | |
|---|---|---|
| PREVIOUS BALANCE | | $6,114.90 |

| | | | HOURS | |
|---|---|---|---|---|
| **07/01/2008** | | | | |
| | MB | Update fee tracking schedule with May fee application information for C&L filed on 6/30/08 | 0.20 | 18.00 |
| | KH | 6/24/08 - Review e-mail from DGS re: May bill (.1); prepare C&L May fee application; e-mail to MB (.9) | 1.00 | 105.00 |
| | KH | 6/24/08 - Prepare Excel spreadsheet re: professional hours v. project categories for C&L May bill | 0.40 | 42.00 |
| **07/02/2008** | | | | |
| | PEM | Review June prebill for Pittsburgh time | 0.20 | 80.00 |
| **07/08/2008** | | | | |
| | MB | Update Fee and Expense Tracking Binder | 0.20 | 18.00 |
| **07/15/2008** | | | | |
| | MRE | Review of letter from BR; e-mail to MTH re: same | 0.10 | 38.50 |
| | MTH | Reviewing correspondence from MRE and Fee Examiner re guidelines for hotel expense reimbursements. | 0.20 | 65.00 |
| **07/22/2008** | | | | |
| | MRE | E-mails with MTH re: response to fee auditor inquiry | 0.20 | 77.00 |
| | MTH | Reviewing information re expenses included on Fee Application and discussion with MRE re same. | 0.40 | 130.00 |
| **07/23/2008** | | | | |
| | KH | Review case docket for objection to C&L May fee application (.1); prepare Certificate of No Objection (.2); finalize and e-file CNO(.2) | 0.50 | 52.50 |
| | MRE | Review and sign CNO | 0.30 | 115.50 |
| | | FOR CURRENT SERVICES RENDERED | 3.70 | 741.50 |

Page: 2

W.R. Grace

07/31/2008

ACCOUNT NO:    3000-12D

STATEMENT NO:    84

Fee Applications, Applicant

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Philip E. Milch | 0.20 | $400.00 | $80.00 |
| Matthew Brushwood | 0.40 | 90.00 | 36.00 |
| Mark T. Hurford | 0.60 | 325.00 | 195.00 |
| Marla R. Eskin | 0.60 | 385.00 | 231.00 |
| Katherine Hemming | 1.90 | 105.00 | 199.50 |

TOTAL CURRENT WORK                                                  741.50

| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees) | -258.30 |
|---|---|---|
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -299.40 |
| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) | -249.20 |
| 07/29/2008 | Payment - Thank you. (April, 2008 - 80% Fees) | -1,066.80 |
| | TOTAL PAYMENTS | -1,873.70 |
| | BALANCE DUE | $4,982.70 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                |            |
|----------------|------------|
|                | Page: 1    |
| W.R. Grace     | 07/31/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-13D |
|                | STATEMENT NO:          71 |

Fee Applications, Others

| | |
|---|---|
| PREVIOUS BALANCE | $10,663.00 |

| | | | HOURS | |
|---|---|---|---|---|
| **07/01/2008** | | | | |
| | MB | Update Committee fee application tracking chart | 0.60 | 54.00 |
| | MB | Draft and distribute Committee Expense e-mail reminder for Grace for the period of April through June 2008 | 0.30 | 27.00 |
| | MB | Create AKO fee application for April; e-file | 0.50 | 45.00 |
| | MB | Create AKO fee application for May; e-file | 0.60 | 54.00 |
| | MRE | Review and revise AO fee applications | 0.30 | 115.50 |
| | KH | Review e-mail from D. Relles re: May bill (.1); prepare LAS May fee application; e-mail to MB (.7) | 0.80 | 84.00 |
| | KH | 6/29/08 - Review e-mail from B. Lindsay re: May bill (.1); prepare C/O May fee application; e-mail to MB(.7) | 0.80 | 84.00 |
| **07/02/2008** | | | | |
| | MB | Update Committee fee application tracking chart | 0.40 | 36.00 |
| | MB | Review May fee application for Duane Morris [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| | MB | Review May fee application for Towers Perrin [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| | MB | Review May fee application for Stroock & Stroock & Lavan [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| | MB | Review May fee application for Casner & Edwards [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| | MB | Review May fee application for Phillips, Goldman, & Spence[.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| | MB | Review May fee application for Ferry, Joseph & Pearce [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| | MB | Review May fee application for Kramer Levin Naftalis & Frankel[.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| | MB | Review May fee application for Kirkland & Ellis[.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| MB | Review May fee application for Foley Hoag [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review May fee application for Day Pitney [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review May fee application for Buchanan Ingersoll & Rooney [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review May fee application for Reed Smith [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| **07/09/2008** | | | |
| MB | E-mail and telephone conference with Arline Pelton of AKO re: fees | 0.30 | 27.00 |
| **07/10/2008** | | | |
| MB | Review fee application of PricewaterhouseCoopers re:Darex PR[.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review May fee application of Bilzin Sumberg Baena Price & Axelrod[.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review May fee application of Hamilton, Rabinovitz & Alschuler[.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review April fee application of Capstone Advisory Group [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review April fee application of Towers Perrin [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review May fee application of Towers Perrin [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review March fee application of David T. Austern [.1]; Update W.R. Grace Weekly Recommendation Memo. [.1] | 0.20 | 18.00 |
| MB | Review April fee application of  David T. Austern [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review May fee application of David T. Austern [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review May fee application of Woodcock Washburn [.1] update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review June fee application for Warren H. Smith [.1]  update weekly recommendation memo [.1] | 0.20 | 18.00 |
| MB | Review May fee application for PricewaterhouseCoopers [.1]  update weekly recommendation memo [.1] | 0.20 | 18.00 |
| **07/14/2008** | | | |
| MB | Em-ail correspondence with Arline Pelton re: W.R. Grace billing | 0.20 | 18.00 |
| **07/15/2008** | | | |
| MTH | Correspondence to NDF re Fee Auditor's new guidelines re hotel expenses. | 0.10 | 32.50 |

W.R. Grace

Fee Applications, Others

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 07/17/2008 | | | | |
| MB | Review October 2007 fee application for Holme Roberts & Owen [.1] update weekly recommendation memo [.1] | | 0.20 | 18.00 |
| MB | Review April 2007 fee application for Protiviti Inc. [.1] update weekly recommendation memo [.1] | | 0.20 | 18.00 |
| MB | Review May 2007 fee application for Protiviti Inc. [.1] update weekly recommendation memo [.1] | | 0.20 | 18.00 |
| MB | Review June 2007 fee application for Protiviti Inc. [.1] update weekly recommendation memo [.1] | | 0.20 | 18.00 |
| MB | Review July 2007 fee application for Protiviti Inc. [.1] update weekly recommendation memo [.1] | | 0.20 | 18.00 |
| MB | Review August 2007 fee application for Protiviti Inc. (.1) update weekly recommendation memo (.1) | | 0.20 | 18.00 |
| MB | Review September 2007 fee application for Protiviti Inc. (.1) update weekly recommendation memo (.1) | | 0.20 | 18.00 |
| MB | Review October 2007 fee application for Protiviti Inc. (.1) update weekly recommendation memo (.1) | | 0.20 | 18.00 |
| MB | Review November 2007 fee application for Protiviti Inc. (.1) and update weekly recommendation memo (.1) | | 0.20 | 18.00 |
| | | | | |
| 07/23/2008 | | | | |
| KH | Review case docket for objection to C&D May fee application (.1) prepare CNO(.2) finalize; e-file CNO(.2) | | 0.50 | 52.50 |
| KH | Review case docket for objection to LAS May fee application(.1) prepare CNO (.2) finalize and e-file CNO(.2) | | 0.50 | 52.50 |
| KH | Review case docket for objection to Charter Oak May fee application(.1) prepare CNO (.2); finalize and e-file CNO(.2) | | 0.50 | 52.50 |
| KH | Review case docket for objection to AKO April fee application (.1) prepare CNO (.2); finalize and e-file CNO(.2) | | 0.50 | 52.50 |
| KH | Review case docket for objection to AKO May fee application (.1); prepare CNO (.2); finalize and e-file CNO(.2) | | 0.50 | 52.50 |
| MTH | Reviewing Revised Order re 27th Period. | | 0.10 | 32.50 |
| | | | | |
| 07/24/2008 | | | | |
| KH | Update Committee Fee Application Tracking Chart | | 0.30 | 31.50 |
| KH | Review November fee application of Holme Roberts & Owen (.1) update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review May fee application of Orrick, Herrington & Sutcliffe (.1) update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review May fee application of Capstone Advisory Group (.1) update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review May fee application of Nelson Mullins Riley & Scarborough(.1) update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review May fee application of Pachulski Stang Ziehl & Jones(.1) update weekly recommendation memo (.1) | | 0.20 | 21.00 |
| KH | Review May fee application of Beveridge & Diamond (.1); update weekly | | | |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| | recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review December fee application of Holme Roberts & Owen (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| **07/25/2008** | | | |
| KH | Review e-mail from E. Benetos re: payment; research and draft responsive e-mail | 0.20 | 21.00 |
| **07/28/2008** | | | |
| KH | Review multiple emails from T. Roy re: missing payment;  Research and draft responsive emails | 0.90 | 94.50 |
| **07/31/2008** | | | |
| KH | Review June fee application of Casner & Edwards(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review April-June fee application of Protiviti Inc.(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review July-September fee application of Protiviti Inc.(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review October-December fee application of Protiviti Inc.(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review June fee application of Duane Morris(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review January fee application of Lexecon(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review February fee application of Lexecon(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review March fee application of Lexecon(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review April fee application of Lexecon(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review January-March Interim fee application of Lexecon(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review April-June Interim fee application of Lexecon(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review April-June Interim fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review June fee application of Kirkland & Ellis(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review June fee application of Foley Hoag(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review June fee application of Day Pitney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review June fee application of Buchanan Ingersoll & Rooney(.1); Update Grace Weekly Recommendation Memo(.1) | 0.20 | 21.00 |
| KH | Review June fee application of Reed Smith(.1); Update Grace Weekly | | |

Page: 5

W.R. Grace

07/31/2008

ACCOUNT NO:      3000-13D
STATEMENT NO:           71

Fee Applications, Others

| | HOURS | |
|---|---|---|
| Recommendation Memo(.1) | 0.20 | 21.00 |
| FOR CURRENT SERVICES RENDERED | 20.30 | 2,117.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 9.50 | $90.00 | $855.00 |
| Mark T. Hurford | 0.20 | 325.00 | 65.00 |
| Marla R. Eskin | 0.30 | 385.00 | 115.50 |
| Katherine Hemming | 10.30 | 105.00 | 1,081.50 |

| | | | |
|---|---|---|---|
| TOTAL CURRENT WORK | | | 2,117.00 |

| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees) | -698.60 |
|---|---|---|
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -736.70 |
| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) | -384.20 |
| 07/29/2008 | Payment - Thank you. (April, 2008 - 80% Fees) | -1,984.00 |
| | TOTAL PAYMENTS | -3,803.50 |
| | BALANCE DUE | $8,976.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2008
ACCOUNT NO:        3000-14D
STATEMENT NO:              56

Financing

| | | HOURS | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $286.00 |
| 07/07/2008 | | HOURS | |
| MTH | Review correspondence from B. Rapp re: Debtors' COLI Motion | 0.10 | 32.50 |
| | FOR CURRENT SERVICES RENDERED | 0.10 | 32.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.10 | $325.00 | $32.50 |

TOTAL CURRENT WORK                                                            32.50

BALANCE DUE                                                                   $318.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2008
ACCOUNT NO:    3000-15D
STATEMENT NO:            86

Hearings

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $26,963.75 |
| | | **HOURS** | |
| **07/14/2008** | | | |
| MTH | Reviewing correspondence from PVNL re hearing. | 0.10 | 32.50 |
| MTH | Reviewing correspondence from RH re July omnibus hearing. | 0.10 | 32.50 |
| MTH | Reviewing correspondence from NDF re July hearing. | 0.10 | 32.50 |
| MTH | Reviewing Agenda for hearing and Correspondence to PVNL, RH, WBS re same. | 0.30 | 97.50 |
| **07/15/2008** | | | |
| MTH | Hearing preparations. | 0.20 | 65.00 |
| SMB | Coordinate logistics for hearing on July 21, 2008; e-mails re: same | 0.20 | 19.00 |
| **07/16/2008** | | | |
| MTH | Reviewing correspondence from PVNL re July 22 hearing; Reviewing correspondence from NDF re July 22 hearing. | 0.10 | 32.50 |
| MTH | Reviewing Agenda for hearing re Washington Class ZAI Proof of Claim and Correspondence to PVNL, NDF re same. | 0.20 | 65.00 |
| **07/17/2008** | | | |
| SMB | Coordinate logistics re: hearing on July 22, 2008 e-mails re: same | 0.10 | 9.50 |
| MTH | Hearing preparations. | 0.20 | 65.00 |
| **07/18/2008** | | | |
| MTH | Telephone conference with PVNL re: July omnibus hearing | 0.10 | 32.50 |
| MB | Prepare hearing binder for MTH for July 21, 2008 hearing | 2.10 | 189.00 |
| MTH | Reviewing Amended Agenda and preparing for hearing. | 1.30 | 422.50 |
| **07/21/2008** | | | |
| MTH | Attending hearing. | 3.50 | 1,137.50 |
| MB | Update July 21, 2008 hearing binder for recent orders filed prior to hearing | 0.30 | 27.00 |

Page: 2

W.R. Grace

07/31/2008

ACCOUNT NO:    3000-15D

STATEMENT NO:    86

Hearings

| | | | | HOURS | |
|---|---|---|---|---|---|
| 07/22/2008 | | | | | |
| | MTH | Attend hearing | | 3.00 | 975.00 |
| | MTH | Prepare for hearing | | 0.80 | 260.00 |
| | KH | Prepare attorney binder for 7/22 hearing | | 0.20 | 21.00 |
| | | FOR CURRENT SERVICES RENDERED | | 12.90 | 3,515.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Santae M. Boyd | 0.30 | $95.00 | $28.50 |
| Matthew Brushwood | 2.40 | 90.00 | 216.00 |
| Mark T. Hurford | 10.00 | 325.00 | 3,250.00 |
| Katherine Hemming | 0.20 | 105.00 | 21.00 |

TOTAL CURRENT WORK                                     3,515.50

| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees) | -589.70 |
|---|---|---|
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -778.40 |
| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) | -449.30 |
| 07/29/2008 | Payment - Thank you. (April, 2008 - 80% Fees) | -6,028.40 |
| | TOTAL PAYMENTS | -7,845.80 |
| | BALANCE DUE | $22,633.45 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2008
ACCOUNT NO:    3000-16D
STATEMENT NO:          71

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                                                  $7,775.40

|            |      |                                                                      | HOURS |        |
|------------|------|----------------------------------------------------------------------|-------|--------|
| 07/14/2008 |      |                                                                      |       |        |
|            | MTH  | Correspondence to PVNL, RH re recent filings re BNSF Motion to Clarify. | 0.10  | 32.50  |
| 07/23/2008 |      |                                                                      |       |        |
|            | MTH  | Reviewing correspondence from RW re insurance issues.                 | 0.10  | 32.50  |
|            |      | FOR CURRENT SERVICES RENDERED                                        | 0.20  | 65.00  |

RECAPITULATION

| TIMEKEEPER      | HOURS | HOURLY RATE | TOTAL   |
|-----------------|-------|-------------|---------|
| Mark T. Hurford | 0.20  | $325.00     | $65.00  |

TOTAL CURRENT WORK                                                                                   65.00

| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees)  | -47.00    |
|------------|--------------------------------------------------|-----------|
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -91.50    |
| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) | -18.30    |
| 07/29/2008 | Payment - Thank you. (April, 2008 - 80% Fees)    | -1,232.40 |
|            | TOTAL PAYMENTS                                   | -1,389.20 |
|            | BALANCE DUE                                      | $6,451.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                          07/31/2008
Wilmington  DE                                               ACCOUNT NO:      3000-17D
                                                             STATEMENT NO:            71

Plan and Disclosure Statement

              PREVIOUS BALANCE                                                    $5,709.70

                                                                    HOURS
07/02/2008
     MTH     Reviewing correspondence from RH re insurance discussions.      0.10        32.50

07/03/2008
     MTH     Reviewing correspondence from RH re insurance issues.           0.10        32.50
     MTH     Reviewing correspondence from RH and EI re insurers.            0.30        97.50

07/07/2008
     MRE     E-mails with MTH re: Plan and Disclosure Statement             0.10        38.50

07/09/2008
     SEL     Review plan and closing documents relating to Plan of Reorganization
             provision dealing with assignment of Debtor's insurance rights; telephone
             conference with Jeff Lessimer at Caplan Drysdale re: same       1.50       675.00

07/10/2008
     MRE     E-mails with AM re: cooperation agreement                      0.10        38.50
     MTH     Reviewing correspondence from RH re insurance issues.          0.10        32.50

07/11/2008
     MTH     Telephone conference with DF re Plan related meeting, documents re
             same.                                                          0.40       130.00
     MTH     Reviewing documents re information needed by RH and PVNL re
             insurance and asbestos estimation.                            2.00       650.00

07/15/2008
     MTH     Reviewing correspondence from DF re Plan questions, documents and
             response to same; additional correspondence re same.          0.10        32.50
     MTH     Multiple correspondence to and from DF re Plan of reorganization.  0.10    32.50

Page: 2

W.R. Grace

07/31/2008

ACCOUNT NO:    3000-17D
STATEMENT NO:    71

Plan and Disclosure Statement

| | | | HOURS | |
|---|---|---|---|---|
| 07/16/2008 | | | | |
| | MRE | Revise cooperation agreement | 3.00 | 1,155.00 |
| | MTH | Research and review documents re Plan | 1.80 | 585.00 |
| 07/23/2008 | | | | |
| | MTH | Reviewing correspondence from RH re memo re insurance issues. | 0.50 | 162.50 |
| 07/24/2008 | | | | |
| | MTH | Review correspondence from RH, PVNL and NDF re: insurance issues | 0.10 | 32.50 |
| | MTH | Review correspondence from PVNL to RH re: insurance memo and related issues | 0.10 | 32.50 |
| | MTH | Review additional correspondence from RH re: insurance issues | 0.10 | 32.50 |
| | MTH | Multiple correspondence to and from PEM re: insurance issues | 0.10 | 32.50 |
| 07/25/2008 | | | | |
| | MTH | Telephone conference with NDF re: Plan and D/S hearing dates, dates reserved for estimation resumption and hearing re: Bank Interest Claims | 0.30 | 97.50 |
| | MTH | Reviewing correspondence from RH re insurance issues. | 0.10 | 32.50 |
| | | FOR CURRENT SERVICES RENDERED | 11.00 | 3,954.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Stanley E. Levine | 1.50 | $450.00 | $675.00 |
| Mark T. Hurford | 6.30 | 325.00 | 2,047.50 |
| Marla R. Eskin | 3.20 | 385.00 | 1,232.00 |

| TOTAL CURRENT WORK | 3,954.50 |
|---|---|

| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -280.30 |
|---|---|---|
| 07/29/2008 | Payment - Thank you. (December, 2007 - 20% Fees) | -151.80 |
| 07/29/2008 | Payment - Thank you. (April, 2008 - 80% Fees) | -1,066.00 |
| | TOTAL PAYMENTS | -1,498.10 |
| | BALANCE DUE | $8,166.10 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                    07/31/2008
Wilmington  DE                                                          ACCOUNT NO:      3000-18D
                                                                              STATEMENT NO:            71

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                      $157.00

07/29/2008     Payment - Thank you. (December, 2007 - 20% Fees)              -44.20
07/29/2008     Payment - Thank you. (April, 2008 - 80% Fees)                -260.00
               TOTAL PAYMENTS                                              -304.20

               CREDIT BALANCE                                             -$147.20

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                    |                    |
|--------------------|-------------------:|
|                    | Page: 1            |
| W.R. Grace         | 07/31/2008         |
| Wilmington  DE     | ACCOUNT NO:    3000-19D |
|                    | STATEMENT NO:    54 |

Tax Issues

| | | |
|---|---|---:|
| | PREVIOUS BALANCE | $895.00 |
| | | |
| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees) | -30.50 |
| | | |
| | BALANCE DUE | $864.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2008
ACCOUNT NO:          3000-20D
STATEMENT NO:                70

Tax Litigation

PREVIOUS BALANCE                                                                    $468.80

BALANCE DUE                                                                          $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |  |
|---|---|---|
|  | Page: 1 |  |
| W.R. Grace | 07/31/2008 |  |
| Wilmington  DE | ACCOUNT NO: | 3000-21D |
|  | STATEMENT NO: | 62 |

Travel-Non-Working

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $6,142.70 |

| | | |
|---|---|---|
| 07/29/2008 | Payment - Thank you. (October, 2007 - 20% Fees) | -274.50 |
| 07/29/2008 | Payment - Thank you. (November, 2007 - 20% Fees) | -317.20 |
| 07/29/2008 | Payment - Thank you. (April, 2008 - 80% Fees) | -1,742.00 |
| | TOTAL PAYMENTS | -2,333.70 |
| | BALANCE DUE | $3,809.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                07/31/2008
Wilmington  DE                                      ACCOUNT NO:       3000-22D
                                                    STATEMENT NO:             75

Valuation


PREVIOUS BALANCE                                                      $1,185.00


BALANCE DUE                                                          $1,185.00


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                          07/31/2008
Wilmington  DE                                       ACCOUNT NO:        3000-23D
                                                     STATEMENT NO:             75

ZAI Science Trial

PREVIOUS BALANCE                                                    $1,287.80

BALANCE DUE                                                         $1,287.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 07/31/2008 |
| Wilmington  DE | ACCOUNT NO:        3000-24D |
|  | STATEMENT NO:              48 |

ZAI Science Trial - Expenses

PREVIOUS BALANCE                                                                          -$56.00

CREDIT BALANCE                                                                            -$56.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                          07/31/2008
Wilmington  DE                                                      ACCOUNT NO:        3000-25D
                                                                    STATEMENT NO:               41

Others

PREVIOUS BALANCE                                                                          $56.00

BALANCE DUE                                                                               $56.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
07/31/2008
ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 39.00 | 97.50 | 0.00 | 0.00 | 0.00 | $136.50 |
| 3000-02 Asset Disposition | | | | | |
| 37.30 | 0.00 | 0.00 | 0.00 | 0.00 | $37.30 |
| 3000-03 Business Operations | | | | | |
| 138.20 | 227.50 | 0.00 | 0.00 | 0.00 | $365.70 |
| 3000-04 Case Administration | | | | | |
| 2,842.87 | 581.00 | 0.00 | 0.00 | -1,011.20 | $2,412.67 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 57,667.10 | 1,705.00 | 0.00 | 0.00 | -25,636.90 | $33,735.20 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 4,336.10 | 845.00 | 0.00 | 0.00 | -1,086.00 | $4,095.10 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 35,560.64 | 6,418.50 | 0.00 | 0.00 | -13,857.70 | $28,121.44 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 1,073.00 | 292.50 | 0.00 | 0.00 | 0.00 | $1,365.50 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 72.70 | 520.00 | 0.00 | 0.00 | -27.20 | $565.50 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,883.60 | 97.50 | 0.00 | 0.00 | -3.80 | $1,977.30 |

Page: 2

W.R. Grace

07/31/2008

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-11 Expenses | | | | | |
| 10,672.26 | 0.00 | 2,720.75 | 0.00 | -5,746.42 | $7,646.59 |
| 3000-12 Fee Applications, Applicant | | | | | |
| 6,114.90 | 741.50 | 0.00 | 0.00 | -1,873.70 | $4,982.70 |
| 3000-13 Fee Applications, Others | | | | | |
| 10,663.00 | 2,117.00 | 0.00 | 0.00 | -3,803.50 | $8,976.50 |
| 3000-14 Financing | | | | | |
| 286.00 | 32.50 | 0.00 | 0.00 | 0.00 | $318.50 |
| 3000-15 Hearings | | | | | |
| 26,963.75 | 3,515.50 | 0.00 | 0.00 | -7,845.80 | $22,633.45 |
| 3000-16 Litigation and Litigation Consulting | | | | | |
| 7,775.40 | 65.00 | 0.00 | 0.00 | -1,389.20 | $6,451.20 |
| 3000-17 Plan and Disclosure Statement | | | | | |
| 5,709.70 | 3,954.50 | 0.00 | 0.00 | -1,498.10 | $8,166.10 |
| 3000-18 Relief from Stay Proceedings | | | | | |
| 157.00 | 0.00 | 0.00 | 0.00 | -304.20 | -$147.20 |
| 3000-19 Tax Issues | | | | | |
| 895.00 | 0.00 | 0.00 | 0.00 | -30.50 | $864.50 |
| 3000-20 Tax Litigation | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| 3000-21 Travel-Non-Working | | | | | |
| 6,142.70 | 0.00 | 0.00 | 0.00 | -2,333.70 | $3,809.00 |
| 3000-22 Valuation | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| 3000-23 ZAI Science Trial | | | | | |
| 1,287.80 | 0.00 | 0.00 | 0.00 | 0.00 | $1,287.80 |
| 3000-24 ZAI Science Trial - Expenses | | | | | |
| -56.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$56.00 |

Page: 3

W.R. Grace

07/31/2008

ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-25 Others | | | | | |
| 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | $56.00 |
| 181,971.82 | 21,210.50 | 2,720.75 | 0.00 | -66,447.92 | $139,455.15 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.