**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-01D |
|  | STATEMENT NO:    70 |

Asset Analysis and Recovery


PREVIOUS BALANCE                                                                    $136.50

BALANCE DUE                                                                         $136.50


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2008
ACCOUNT NO:      3000-02D
STATEMENT NO:            88

Asset Disposition

PREVIOUS BALANCE                                                                            $69.80

BALANCE DUE                                                                                  $69.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2008
ACCOUNT NO:    3000-03D
STATEMENT NO:           76

Business Operations

PREVIOUS BALANCE                                                                                    $885.70

|  |  | HOURS |  |
|---|---|---|---|
| **09/09/2008** |  |  |  |
| MTH | Telephone conference with BR re: LLC Motion | 0.20 | 65.00 |
| MTH | Correspondence to JS re: Red Sox Motion | 0.10 | 32.50 |
| **09/10/2008** |  |  |  |
| MTH | Review additional correspondence from JS re: status of review re: Red Sox Motion | 0.10 | 32.50 |
| MTH | Review correspondence from JS re: Red Sox Motion | 0.10 | 32.50 |
| **09/11/2008** |  |  |  |
| MTH | Review correspondence from JS re: LLC Motion | 0.20 | 65.00 |
| MTH | Review additional correspondence from JS re: Red Sox Motion | 0.10 | 32.50 |
|  | FOR CURRENT SERVICES RENDERED | 0.80 | 260.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.80 | $325.00 | $260.00 |

TOTAL CURRENT WORK                                                                                260.00


BALANCE DUE                                                                                     $1,145.70


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-04D |
|  | STATEMENT NO:    88 |

Case Administration

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $2,133.87 |
| 09/23/2008 | Payment - Thank you. (June, 2008 - 80% Fees) | -532.40 |
| BALANCE DUE | | $1,601.47 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2008 |
| Wilmington DE | ACCOUNT NO:    3000-05D |
|  | STATEMENT NO:    88 |

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  |  |
|---|---|---|---|
| | PREVIOUS BALANCE | | $26,128.20 |

| | | HOURS | |
|---|---|---|---|
| **09/02/2008** | | | |
| MTH | Telephone conference with Davis (asbestos creditor) re: claim for asbestos exposure re: ZAI | 0.20 | 65.00 |
| MTH | Correspondence to TR re: asbestos PD settlement | 0.10 | 32.50 |
| **09/03/2008** | | | |
| MTH | Review correspondence from JB re: Canadian Settlement Agreement | 0.30 | 97.50 |
| MTH | Correspondence to counsel re: Canadian ZAI PD Settlement Agreement | 0.20 | 65.00 |
| **09/04/2008** | | | |
| MTH | Telephone conference with TR re: Bayshore Asbestos PD Settlement | 0.20 | 65.00 |
| MTH | Review correspondence from PVNL re: draft memo re: two asbestos PD settlements | 0.10 | 32.50 |
| MTH | Review multiple correspondence from TR re: settlement; response to same | 0.30 | 97.50 |
| MTH | Update draft memo to committee re: asbestos PD settlement motion for Bayshore Settlement; correspondence to EI and PVNL re: same | 0.60 | 195.00 |
| **09/09/2008** | | | |
| MTH | Correspondence to and from PVNL re: memo re: asbestos PD settlements | 0.10 | 32.50 |
| MTH | Reviewing Memorandum and Order re Anderson Memorial Class Certification Motion. | 0.30 | 97.50 |
| **09/10/2008** | | | |
| MTH | Telephone conference with claimant re: ZAI PI questions | 0.50 | 162.50 |
| **09/11/2008** | | | |
| MTH | Telephone conference with claimant re: PI questions re: ZAI | 0.20 | 65.00 |

W.R. Grace

Claims Analysis Objection & Resolution (Asbestos)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **09/12/2008** | | | | |
| | MTH | Telephone conference with claimant re: ZAI questions | 0.20 | 65.00 |
| | MTH | Telephone conference with homeowner re: questions re: exposure to ZAI and possible medical issues | 0.20 | 65.00 |
| | MTH | Correspondence to counsel at C&D re: California State Asbestos Settlement Motion | 0.30 | 97.50 |
| **09/16/2008** | | | | |
| | MTH | Correspondence to TR re: Pacific settlement | 0.10 | 32.50 |
| | MTH | Correspondence to TR re: U of C settlement | 0.10 | 32.50 |
| | MTH | Review of Pacific Freeholds settlement motion; correspondence to EI and PVNL re: same | 0.50 | 162.50 |
| | MTH | Review Debtors' Motion for a Canadian ZAI Bar Date; correspondence to PVNL re: same | 0.80 | 260.00 |
| **09/17/2008** | | | | |
| | MTH | Review information re: analysis of Pacific Freeholds settlement | 0.70 | 227.50 |
| | MTH | Review Anderson Memorial's Motion to Reconsider | 0.30 | 97.50 |
| **09/18/2008** | | | | |
| | MTH | Telephone conference with C, Sumter re: questions re: PI claims related to ZAI | 0.20 | 65.00 |
| **09/19/2008** | | | | |
| | MTH | Brief review of Debtors' Motion for approval of Children's Hospital settlement motion; correspondence to counsel at C&D re: same | 0.40 | 130.00 |
| | MTH | Brief review of Debtors' Motion re: Settlement with Children's Hospital of Pittsburgh | 0.20 | 65.00 |
| **09/22/2008** | | | | |
| | MTH | Additional review of two settlement motions re: U of C and CSU and Pacific Freeholds; draft memo re: same; correspondence to EI, PVNL re: same. | 1.60 | 520.00 |
| | MTH | Review Notice of Filing of PI register; correspondence to and from JAL and JB re: same | 0.30 | 97.50 |
| | MTH | Review correspondence from MRE re: filing of personal injury claims register; discussion re: same | 0.20 | 65.00 |
| **09/23/2008** | | | | |
| | MTH | Telephone conference with TR re: three asbestos PD settlement motions | 0.20 | 65.00 |
| | MTH | Telephone conference with JG re: asbestos PI questions | 0.20 | 65.00 |
| | MTH | Telephone conference with Jerry re: asbestos PI claims | 0.20 | 65.00 |
| | MTH | Review correspondence from EI re: draft memo re: three more asbestos property damage settlements; review and revise same; correspondence to Committee re: same | 0.30 | 97.50 |
| | MTH | Correspondence to EI, PVNL and NDF re: three recent asbestos | | |

W.R. Grace

| | | | ACCOUNT NO: | 3000-05D |
| | | | STATEMENT NO: | 88 |

Claims Analysis Objection & Resolution (Asbestos)

| | | | HOURS | |
|---|---|---|---:|---:|
| | | property damage settlements, settlement agreements re: same | 0.10 | 32.50 |
| DAC | Review memo re: P.D. settlements | | 0.20 | 90.00 |
| MTH | Review Debtors' Designation of Record and Statement of Issues on Appeal and Libby Claimant's Additional Designation of Items and Record on Appeal | | 0.20 | 65.00 |
| **09/25/2008** | | | | |
| MTH | Review correspondence from KCD re: Debtors' Motion for an Asbestos PD FCR | | 0.10 | 32.50 |
| MTH | Review correspondence from EI and PVNL re: Debtors' Motion to appoint an Asbestos PD FCR | | 0.10 | 32.50 |
| MTH | Correspondence to EI and PVNL re: Debtors' Motion to Appoint PD FCR | | 0.10 | 32.50 |
| **09/29/2008** | | | | |
| MTH | Review COC from Claimant State of California Department of General Services re: PD Claims | | 0.10 | 32.50 |
| MTH | Review Notice of Filing of Longo Expert Report | | 0.10 | 32.50 |
| **09/30/2008** | | | | |
| MTH | Telephone conference with claimant re: ZAI questions | | 0.30 | 97.50 |
| | FOR CURRENT SERVICES RENDERED | | 11.40 | 3,730.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---:|---:|---:|
| Douglas A. Campbell | 0.20 | $450.00 | $90.00 |
| Mark T. Hurford | 11.20 | 325.00 | 3,640.00 |
| | | | |
| TOTAL CURRENT WORK | | | 3,730.00 |

| | | | |
|---|---|---|---:|
| 09/23/2008 | Payment - Thank you. (June, 2008 - 80% Fees) | | -1,092.00 |
| | BALANCE DUE | | $28,766.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2008
ACCOUNT NO:      3000-06D
STATEMENT NO:             88

Claims Analysis Objection & Resol. (Non-Asbestos)

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | PREVIOUS BALANCE | | | $7,426.10 |
| **09/04/2008** | | | | |
| | MTH | Review Order entered re: Confidentiality Stipulation | 0.10 | 32.50 |
| **09/05/2008** | | | | |
| | MTH | Review Response of Seaton Insurance re: Debtors' 25th Claims Objection | 0.10 | 32.50 |
| **09/06/2008** | | | | |
| | MTH | Review correspondence from JON re: Debtors' briefing on Bank Claims Objection | 0.10 | 32.50 |
| **09/08/2008** | | | | |
| | MTH | Review correspondence from PVNL re: briefing on Debtors' Objection to Bank Claims Motion | 0.10 | 32.50 |
| | MTH | Review New York's Response to Debtors' Claims Objection | 0.10 | 32.50 |
| **09/11/2008** | | | | |
| | MTH | Correspondence to JAL re: briefing on Bank Debt POC's Objection | 0.10 | 32.50 |
| **09/12/2008** | | | | |
| | MTH | Review Response of PA Dept. of Revenue re: Debtors' 25th Claims Objection | 0.10 | 32.50 |
| | MTH | Review Missouri's Response to Debtors' 25th Claims Objection | 0.10 | 32.50 |
| **09/16/2008** | | | | |
| | MTH | Correspondence to EI and PVNL re: Bank Debt Holder's sur-reply re: Debtors' Objection to Bank POC's | 0.10 | 32.50 |
| | MTH | Review Bank Lender Group's Sur-Reply to Debtors' Trial Brief | 0.10 | 32.50 |
| | MTH | Review Bank Lender Group's Motion for Leave to File Sur-Reply to Debtors' Trial Brief | 0.10 | 32.50 |

Page: 2

W.R. Grace

09/30/2008

ACCOUNT NO:      3000-06D
STATEMENT NO:            88

Claims Analysis Objection & Resol. (Non-Asbestos)

| | | | HOURS | |
|---|---|---|---|---|
| | MTH | Review COC re: various claims resolutions | 0.10 | 32.50 |
| **09/17/2008** | | | | |
| | MTH | Review COC re: Claim of Brenda Helm | 0.10 | 32.50 |
| **09/19/2008** | | | | |
| | MTH | Review Indiana Department of Revenue's Response to Debtors' Claims Objection | 0.10 | 32.50 |
| | MTH | Review Gloria Munoz's Response to Debtors' 25th Claims Objection | 0.20 | 65.00 |
| **09/22/2008** | | | | |
| | MTH | Review three Orders entered | 0.10 | 32.50 |
| | MTH | Review Debtors' Motion to Strike Sur-Reply or to file response thereto | 0.20 | 65.00 |
| **09/23/2008** | | | | |
| | MTH | Review Emergency Motion to Continue Hearing re: Debtors' Objection to her claim | 0.20 | 65.00 |
| **09/25/2008** | | | | |
| | MTH | Review correspondence from SB to EI and PVNL re: Debtors' Motion to Strike | 0.10 | 32.50 |
| **09/26/2008** | | | | |
| | MTH | Review of Debtors' corrected Reply re: Bank Claims; correspondence to counsel at C&D re: same | 0.20 | 65.00 |
| **09/29/2008** | | | | |
| | MTH | Review Munoz's two Motions to Withdraw Emergency Motions | 0.20 | 65.00 |
| | MTH | Review two orders entered | 0.10 | 32.50 |
| | | FOR CURRENT SERVICES RENDERED | 2.70 | 877.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 2.70 | $325.00 | $877.50 |

TOTAL CURRENT WORK                              877.50

09/23/2008        Payment - Thank you. (June, 2008 - 80% Fees)                    -1,408.00

BALANCE DUE                                    $6,895.60

Page: 3
W.R. Grace                                                    09/30/2008
                                              ACCOUNT NO:      3000-06D
                                              STATEMENT NO:         88

Claims Analysis Objection & Resol. (Non-Asbestos)

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2008
ACCOUNT NO:      3000-07D
STATEMENT NO:             88

Committee, Creditors, Noteholders, Equity Holders

PREVIOUS BALANCE                                                                    $27,791.54

|  |  | HOURS |  |
|---|---|---|---|
| 09/01/2008 | | | |
| MK | Review committee events calendar; update attorney case calendar | 0.20 | 25.00 |
| 09/02/2008 | | | |
| PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| MB | Retrieval and distribution of documents relating to daily memo | 0.50 | 45.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| SMB | E-file 2019 Supplemental Verified Statement for Cooney & Conway | 0.40 | 38.00 |
| KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| MTH | Review daily memo. | 0.10 | 32.50 |
| MTH | Reviewing correspondence from ACM re revised TDP and Trust Agreement. | 0.80 | 260.00 |
| 09/03/2008 | | | |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| SMB | E-file 2019 Verified Statement of Motley Rice LL | 0.40 | 38.00 |
| MTH | Review daily memo | 0.10 | 32.50 |
| MTH | Draft memo re: September 2 hearings | 2.30 | 747.50 |
| MTH | Correspondence to counsel re: draft hearing memo | 0.10 | 32.50 |
| KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| 09/04/2008 | | | |
| KH | Review e-mail from E. Benetos re: ZAI order; research and draft responsive e-mail | 0.50 | 52.50 |
| DAC | Review memo re: 9/2 hearing | 0.10 | 45.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| SMB | Begin Preparation of weekly recommendation memo | 0.30 | 28.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|       |                                                                                                      | HOURS |        |
|-------|------------------------------------------------------------------------------------------------------|-------|--------|
| MTH   | Review correspondence from PVNL re: draft memo re September 2, 2008 afternoon hearing; distribution of same to committee counsel | 0.40  | 130.00 |
| MTH   | Review daily memo                                                                                    | 0.10  | 32.50  |
| PEM   | Review Debtor-In-Possession Monthly Operating Report for Filing Period July 2008 Filed by W.R. Grace & Co., et al. | 0.80  | 320.00 |
| KH    | Review daily memo re: fee issues                                                                     | 0.10  | 10.50  |

**09/05/2008**

|       |                                                                                                      |       |        |
|-------|------------------------------------------------------------------------------------------------------|-------|--------|
| MK    | Review hearing memo                                                                                  | 0.10  | 12.50  |
| SMB   | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo       | 0.10  | 9.50   |
| MTH   | Review correspondence from EI re: status of Plan documents                                           | 0.10  | 32.50  |
| MTH   | Review correspondence from SK re: Plan documents                                                     | 0.10  | 32.50  |
| MTH   | Review daily memo                                                                                    | 0.10  | 32.50  |
| MTH   | Review correspondence from ACM re: revisions to Plan documents                                       | 0.10  | 32.50  |
| MTH   | Prepare weekly recommendation memos                                                                  | 2.00  | 650.00 |
| MTH   | Correspondence to committee re: weekly recommendation memos                                          | 0.20  | 65.00  |
| KH    | Review daily memo re: fee issues                                                                     | 0.10  | 10.50  |
| PEM   | Review weekly recommendation memo re: pending motions and matters.                                  | 0.20  | 80.00  |

**09/08/2008**

|       |                                                                                                      |       |        |
|-------|------------------------------------------------------------------------------------------------------|-------|--------|
| MB    | Retrieval and distribution of documents relating to daily memo; prepare hearing binder re: bond claims litigation | 0.60  | 54.00  |
| MK    | Review committee events calendar; update attorney case calendar                                     | 0.10  | 12.50  |
| SMB   | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo       | 0.10  | 9.50   |
| KH    | Review daily memo re: fee issues                                                                     | 0.10  | 10.50  |
| MTH   | Review daily memo                                                                                    | 0.10  | 32.50  |

**09/09/2008**

|       |                                                                                                      |       |        |
|-------|------------------------------------------------------------------------------------------------------|-------|--------|
| MK    | Attention to document organization                                                                   | 0.20  | 25.00  |
| PEM   | Review memo re: pleadings filed                                                                      | 0.10  | 40.00  |
| SMB   | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo       | 0.10  | 9.50   |
| KH    | Review daily memo re: fee issues                                                                     | 0.10  | 10.50  |
| MTH   | Correspondence to and from EI re: revised memo re: asbestos PD settlements; correspondence to committee re: same | 0.40  | 130.00 |
| MTH   | Review daily memo                                                                                    | 0.10  | 32.50  |
| MTH   | Review correspondence from SB to PVNL re: recent filings                                             | 0.10  | 32.50  |

**09/10/2008**

|       |                                                                                                      |       |        |
|-------|------------------------------------------------------------------------------------------------------|-------|--------|
| MK    | Review committee memo                                                                                | 0.10  | 12.50  |
| KH    | Review e-mail from A. Geier re: players list; review and draft responsive e-mail                     | 0.20  | 21.00  |
| MB    | Retrieval and distribution of documents relating to daily memo                                      | 0.40  | 36.00  |
| SMB   | Review recently filed pleadings and electronic filing notices; draft and                            |       |        |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

|  |  |  | HOURS |  |
|---|---|---|---|---|
|  | distribute daily memo | | 0.10 | 9.50 |
| KH | Review daily memo re: fee issues | | 0.10 | 10.50 |
| MTH | Review correspondence from AG re: Player's List; review correspondence from MRE re: same; response to MRE; correspondence to KH re: same; discussion with KH re: same; review correspondence from KH re: same | | 0.20 | 65.00 |
| MTH | Review daily memo | | 0.10 | 32.50 |
| MTH | Review correspondence from RJ re: asbestos PD settlements | | 0.10 | 32.50 |
| **09/11/2008** | | | | |
| PEM | Review memo re: pleadings filed | | 0.10 | 40.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 9.50 |
| KH | Review daily memo re: fee issues | | 0.10 | 10.50 |
| MTH | Review daily memo | | 0.10 | 32.50 |
| **09/12/2008** | | | | |
| MB | Retrieval and distribution of documents relating to daily memo | | 0.40 | 36.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 9.50 |
| SMB | Prepare and finalize weekly recommendation memo | | 1.00 | 95.00 |
| SMB | Review docket re: ordinary course professionals | | 0.40 | 38.00 |
| SMB | Retrieval and distribution of pleadings on district court docket per MTH's request | | 0.30 | 28.50 |
| KH | Review daily memo re: fee issues | | 0.10 | 10.50 |
| MTH | Review daily memo | | 0.10 | 32.50 |
| MTH | Prepare weekly recommendation memo | | 1.90 | 617.50 |
| **09/14/2008** | | | | |
| DAC | Review counsel's weekly memo | | 0.20 | 90.00 |
| **09/15/2008** | | | | |
| KH | Review daily memo re: fee issues | | 0.10 | 10.50 |
| MTH | Review correspondence from RH re: insurance analysis | | 0.40 | 130.00 |
| MK | Review committee events calendar; update attorney case calendar | | 0.10 | 12.50 |
| MTH | Review daily memo | | 0.10 | 32.50 |
| MTH | Correspondence to PVNL re: IRS and Kentucky COC | | 0.10 | 32.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | | 0.10 | 9.50 |
| MB | Attention to document management, | | 0.60 | 54.00 |
| **09/16/2008** | | | | |
| KH | Review daily memo re: fee issues | | 0.10 | 10.50 |
| PEM | Review memo re: pleadings filed | | 0.10 | 40.00 |
| MTH | Review daily memo | | 0.10 | 32.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and | | | |

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| | distribute daily memo | 0.10 | 9.50 |
| **09/17/2008** | | | |
| MTH | Review daily memo | 0.10 | 32.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| SMB | Review docket to determine status of Pacific Freeholds per MTH's request | 0.20 | 19.00 |
| KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| **09/18/2008** | | | |
| MB | Retrieval and distribution of documents relating to daily memo | 0.40 | 36.00 |
| PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| MTH | Review daily memo | 0.10 | 32.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| **09/19/2008** | | | |
| MB | Retrieval and distribution of documents relating to the daily memo | 0.30 | 27.00 |
| PEM | Review recommendation memo re: pending motions and matters | 0.20 | 80.00 |
| PEM | Review memo from counsel re: Plan status | 0.10 | 40.00 |
| DAC | Review counsel's weekly memo | 0.30 | 135.00 |
| KH | Review e-mail from KCD re: Committee Final Report; draft responsive e-mail | 0.20 | 21.00 |
| MTH | Review correspondence from EI re: Plan status | 0.10 | 32.50 |
| MTH | Review daily memo | 0.10 | 32.50 |
| MTH | Prepare weekly recommendation memos | 1.60 | 520.00 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| SMB | Prepare weekly recommendation memo | 1.50 | 142.50 |
| SMB | Review district court docket and retrieve Appellant's Response to Appellee's Supplemental Authority | 0.10 | 9.50 |
| KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| **09/22/2008** | | | |
| MTH | Review correspondence from EI re: Plan status | 0.10 | 32.50 |
| MRE | Respond to firm request | 0.30 | 115.50 |
| MTH | Review daily memo | 0.10 | 32.50 |
| MB | Retrieval and distribution of documents relating to daily memo | 0.40 | 36.00 |
| MB | Prepare three (3) binders for Chapter 11 Plan | 1.10 | 99.00 |
| MB | Correspondence with committee re: Fee Auditor Report | 0.10 | 9.00 |
| MB | Correspondence with C&D re: Fee Auditor's Report | 0.20 | 18.00 |
| KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |

W.R. Grace

Committee, Creditors, Noteholders, Equity Holders

| | | | HOURS | |
|---|---|---|---|---|
| | SMB | Retrieval and distribution of pleadings per MTH's request | 0.20 | 19.00 |
| **09/23/2008** | | | | |
| | MTH | Review daily memo | 0.10 | 32.50 |
| | MK | Review committee events calendar; update attorney case calendar | 0.10 | 12.50 |
| | MK | Attention to document organization | 0.10 | 12.50 |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | MB | Retrieval and distribution of documents relating to daily memo | 0.20 | 18.00 |
| | MB | Docket review for MTH | 0.10 | 9.00 |
| | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| | SMB | Coordinate logistics for hearing on September 29, 2008 at 10:00 a.m.; e-mail confirmation of same | 0.20 | 19.00 |
| **09/24/2008** | | | | |
| | MB | Retrieval and distribution of documents relating to daily memo | 0.40 | 36.00 |
| | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| | KH | Review Pleadings and electronic filing notices; preparation of daily memo | 0.20 | 21.00 |
| **09/25/2008** | | | | |
| | PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| | MB | Retrieval and distribution of documents relating to daily memo | 0.30 | 27.00 |
| | MB | Correspondence with MTH re: Grace pleadings | 0.10 | 9.00 |
| | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | SMB | Retrieval and distribution of documents per MTH's request | 0.20 | 19.00 |
| | MTH | Review daily memo | 0.10 | 32.50 |
| **09/26/2008** | | | | |
| | PEM | Review weekly recommendation memo re: pending motions and matters | 0.20 | 80.00 |
| | MRE | Work on weekly recommendation memo | 1.20 | 462.00 |
| | DAC | Review counsel's weekly memo | 0.20 | 90.00 |
| | MK | Review committee events calendar; update attorney case calendar | 0.10 | 12.50 |
| | KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| | SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| | SMB | Retrieval and distribution of Order Limiting Argument Time and Corrected Motion to Strike Bank Lender Group Reply | 0.20 | 19.00 |
| | SMB | Prepare weekly recommendation memo | 1.00 | 95.00 |
| | MTH | Review correspondence from KCD re: hearing | 0.10 | 32.50 |
| | MTH | Review correspondence from SB re: weekly recommendation memo | 0.10 | 32.50 |
| | MTH | Multiple correspondence to and from MRE re: additions to weekly recommendation memo | 0.30 | 97.50 |
| | MTH | Review daily memo | 0.10 | 32.50 |

Page: 6

W.R. Grace

09/30/2008
ACCOUNT NO:        3000-07D
STATEMENT NO:              88

Committee, Creditors, Noteholders, Equity Holders

| | | HOURS | |
|---|---|---|---|
| **09/29/2008** | | | |
| PEM | Review memo re: pleadings filed | 0.10 | 40.00 |
| MB | Retrieval and distribution of documents relating to daily memo | 0.20 | 18.00 |
| KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| MTH | Review daily memo | 0.10 | 32.50 |
| **09/30/2008** | | | |
| MB | Retrieval and distribution of documents relating to daily memo | 0.20 | 18.00 |
| KH | Review daily memo re: fee issues | 0.10 | 10.50 |
| MTH | Review daily memo | 0.10 | 32.50 |
| SMB | Review recently filed pleadings and electronic filing notices; draft and distribute daily memo | 0.10 | 9.50 |
| MTH | Draft, review and revise draft hearing memo; additional review of pleadings re: Bank Debt Interest issue;  correspondence to EI, PVNI and NDF re: same | 4.00 | 1,300.00 |
| | FOR CURRENT SERVICES RENDERED | 41.40 | 9,457.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 0.80 | $450.00 | $360.00 |
| Philip E. Milch | 2.30 | 400.00 | 920.00 |
| Michele Kennedy | 1.10 | 125.00 | 137.50 |
| Santae M. Boyd | 8.30 | 95.00 | 788.50 |
| Matthew Brushwood | 6.50 | 90.00 | 585.00 |
| Mark T. Hurford | 17.70 | 325.00 | 5,752.50 |
| Marla R. Eskin | 1.50 | 385.00 | 577.50 |
| Katherine Hemming | 3.20 | 105.00 | 336.00 |

| | | |
|---|---|---|
| TOTAL CURRENT WORK | | 9,457.00 |

| | | |
|---|---|---|
| 09/23/2008 | Payment - Thank you. (June, 2008 - 80% Fees) | -6,949.20 |

| | | |
|---|---|---|
| BALANCE DUE | | $30,299.34 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2008 |
| Wilmington  DE | ACCOUNT NO:       3000-08D |
|  | STATEMENT NO:                87 |

Employee Benefits/Pension

| | PREVIOUS BALANCE | $1,625.50 |
|---|---|---|
| 09/23/2008 | Payment - Thank you. (June, 2008 - 80% Fees) | -182.00 |
| | BALANCE DUE | $1,443.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                                       09/30/2008
Wilmington  DE                                                           ACCOUNT NO:        3000-09D
                                                                        STATEMENT NO:               40

Employee Applications, Applicant

PREVIOUS BALANCE                                                                              $565.50

BALANCE DUE                                                                                   $565.50

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
09/30/2008

W.R. Grace
Wilmington  DE

ACCOUNT NO:     3000-10D
STATEMENT NO:           88

Employment Applications, Others

PREVIOUS BALANCE                                                                            $1,899.30

09/23/2008     Payment - Thank you. (June, 2008 - 80% Fees)                    -858.00

BALANCE DUE                                                                               $1,041.30

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace
Wilmington  DE

09/30/2008

ACCOUNT NO:    3000-11D
STATEMENT NO:         86

Expenses

| | PREVIOUS BALANCE | $7,568.62 |
|---|---|---|

| | | |
|---|---|---|
| 09/01/2008 | Parcels, Inc. - Multiple Intra-city Deliveries: Pachulski, Ferry, Duane, Trustee | 20.00 |
| 09/01/2008 | Parcels, Inc. - Copy and Service of CNO's:  AKO, C&L, C&D, AKO | 41.34 |
| 09/01/2008 | Pacer charges for the month of August | 48.72 |
| 09/03/2008 | Parcels, Inc. - Copy/ Service of C&D, AKO, LAS, Charter Oak | 73.94 |
| 09/03/2008 | Parcels, Inc. - Intra City Delivery to Ferry, Pachulski, Trustee, Duane | 20.00 |
| 09/05/2008 | Parcels, Inc - Copy/ Service C&L July Fee | 95.48 |
| 09/05/2008 | Parcels, Inc. - Intra-city deliveries to Pachulski, Ferry, Trustee and Duane | |
| 09/08/2008 | Ikon - Copy/ Service of CNO for AKO, Charter Oak, C&L, C&D, LAS and Committee | 63.88 |
| 09/16/2008 | Federal Express to Peter Lockwood on 9/3/08 | 25.30 |
| 09/16/2008 | AT&T Long Distance Phone Calls | 16.71 |
| 09/25/2008 | IKON - Copy/ Service AKO, LAS, C&D and Charter Oak July CNO | 56.11 |
| 09/30/2008 | Total Printing up to 9/30/08 | 836.30 |
| 09/30/2008 | Total Scanning up to 9/30/08 | 346.70 |
| | TOTAL EXPENSES | 1,644.48 |
| | TOTAL CURRENT WORK | 1,644.48 |
| 09/23/2008 | Payment - Thank you. (June, 2008 - 100% Expenses) | -1,848.92 |
| | BALANCE DUE | $7,364.18 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-12D |
|  | STATEMENT NO:           86 |

Fee Applications, Applicant

| | | | |
|---|---|---|---|
| PREVIOUS BALANCE | | | $5,053.90 |
| | | HOURS | |
| 09/05/2008 | | | |
| KCD | Review C&L July application | 0.30 | 82.50 |
| KH | Update C&L Excel spreadsheet re: professional hours v. project categories | 0.30 | 31.50 |
| KH | Review e-mail from DGS re: July bill (.1); prepare C&L July fee application (1.4); finalize and e-file fee application (.3) | 1.80 | 189.00 |
| 09/08/2008 | | | |
| KH | Review case docket for objections to C&L April - June interim (.1); prepare Certificate of No Objection (.2); e-file same (.2) | 0.50 | 52.50 |
| 09/22/2008 | | | |
| MTH | Review pre-bill | 1.00 | 325.00 |
| 09/23/2008 | | | |
| MTH | Correspondence to and from KH re: hearing re: Quarterly fee applications | 0.20 | 65.00 |
| 09/25/2008 | | | |
| KCD | Review and sign CNO re: C&L application | 0.20 | 55.00 |
| | FOR CURRENT SERVICES RENDERED | 4.30 | 800.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 1.20 | $325.00 | $390.00 |
| Kathleen Campbell Davis | 0.50 | 275.00 | 137.50 |
| Katherine Hemming | 2.60 | 105.00 | 273.00 |

Page: 2
09/30/2008

W.R. Grace

ACCOUNT NO:     3000-12D
STATEMENT NO:            86

Fee Applications, Applicant

|  | TOTAL CURRENT WORK | 800.50 |
|---|---|---|
| 09/23/2008 | Payment - Thank you. (June, 2008 - 80% Fees) | -627.20 |
|  | BALANCE DUE | $5,227.20 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1

W.R. Grace                                                                     09/30/2008
Wilmington  DE                                        ACCOUNT NO:        3000-13D
                                                      STATEMENT NO:             73

Fee Applications, Others

PREVIOUS BALANCE                                                           $10,607.60

|  |  | HOURS |  |
|---|---|---|---|
| **09/03/2008** | | | |
| KCD | Review C&D July application; sign COS re: same | 0.30 | 82.50 |
| KCD | Review Charter Oak July application; sign COS re: same | 0.30 | 82.50 |
| KCD | Review AKO July application; sign COS re: same | 0.30 | 82.50 |
| KCD | Review LAS July application; sign COS re: same | 0.30 | 82.50 |
| KCD | Review and sign CNO re: LAS monthly application | 0.20 | 55.00 |
| KH | Update Charter Oak July fee application (.2); finalize and e-file application (.3) | 0.50 | 52.50 |
| KH | Update AKO July fee application (.2); finalize and e-file application (.3) | 0.50 | 52.50 |
| KH | Review e-mail from D. Relles re: July bill (.1); prepare LAS July fee application (.7); finalize and e-file fee application (.3) | 1.10 | 115.50 |
| KH | Review e-mail from E. Benetos re: July fee application (.1); update C&D July fee application (.3); finalize and e-file fee application (.3) | 0.70 | 73.50 |
| KH | Review case docket for objections to LAS June fee application (.1); prepare Certificate of No Objection (.2); finalize and e-file same (.2) | 0.50 | 52.50 |
| **09/05/2008** | | | |
| KH | Review July fee application of Kirkland & Ellis (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review June fee application of Piper Jaffray (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review June fee application of Tre Angeli (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Tre Angeli (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Towers Perrin Tillinghast (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Ferry Joseph Pearce (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Day Pitney (.1); update weekly | | |

W.R. Grace

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
|  | recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Kramer Levin (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Casner & Edwards (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Buchanan Ingersoll (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Reed Smith (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Foley Hoag (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review June fee application of Beveridge & Diamond (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| **09/08/2008** | | | |
| KCD | Review and sign CNO re: C&L interim application | 0.20 | 55.00 |
| KCD | Review and sign CNO re: LAS interim application | 0.20 | 55.00 |
| KCD | Review and sign CNO re: C&D interim application | 0.20 | 55.00 |
| KCD | Review and sign CNO re: AKO interim application | 0.20 | 55.00 |
| KCD | Review and sign CNO re: Charter Oak interim application | 0.20 | 55.00 |
| KCD | Review and sign CNO re: committee member expense interim application | 0.20 | 55.00 |
| KH | Review case docket for objections to C&D April - June interim (.1); prepare Certificate of No Objection (.2); e-file same (.2) | 0.50 | 52.50 |
| KH | Review case docket for objections to LAS April - June interim (.1); prepare Certificate of No Objection (.2); e-file same (.2) | 0.50 | 52.50 |
| KH | Review case docket for objections to AKO April - June interim (.1); prepare Certificate of No Objection (.2); e-file same (.2) | 0.50 | 52.50 |
| KH | Review case docket for objections to Charter Oak April - June interim (.1); prepare Certificate of No Objection(.2); e-file CNO(.2) | 0.50 | 52.50 |
| KH | Review case docket for objections to Asbestos Committee April - June interim (.1); prepare Certificate of No Objection (.2); e-file CNO(.2) | 0.50 | 52.50 |
| **09/10/2008** | | | |
| MTH | Reviewing Fee Auditor's Final Report re LAS | 0.10 | 32.50 |
| **09/11/2008** | | | |
| KH | Update Committee Fee Application Tracking Chart | 0.30 | 31.50 |
| **09/12/2008** | | | |
| KH | Review July fee application of Piper Jaffray (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review April - June fee application of Hamilton Rabinovitz (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review April - June fee application of Hilsoft Notifications (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |

| | | HOURS | |
|---|---|---|---|
| KH | Review January fee application of Baker Donelson (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review February fee application of Baker Donelson (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review March fee application of Baker Donelson (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review April fee application of Baker Donelson (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review May fee application of Baker Donelson (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review June fee application of Baker Donelson (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Hamilton Rabinovitz (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review June fee application of Pachulski (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Stroock (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review January fee application of Warren Smith (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review February fee application of Warren Smith (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review August fee application of Warren Smith (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review April fee application of Steptoe & Johnson (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review May fee application of Steptoe & Johnson (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review June fee application of Steptoe & Johnson (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review April - June fee application of Baker Donelson (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review June - March interim fee application of Deloitte & Touche (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review January - March interim fee application of Baker Donelson (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| 09/18/2008 | | | |
| KH | Review July fee application of Protiviti  (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of PricewaterhouseCoopers (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review April fee application of Morrison & Foerster(.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review May fee application of Morrison & Foerster(.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |

W.R. Grace

Fee Applications, Others

| | | HOURS | |
|---|---|---|---|
| KH | Review April - June interim fee application of Morrison & Foerster(.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review April - June interim fee application of Bilzin Sumberg(.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review July fee application of Beveridge & Diamond(.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review June fee application of Capstone Advisory Group (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| **09/22/2008** | | | |
| MTH | Review Fee Auditor's Report re: C&D | 0.10 | 32.50 |
| **09/23/2008** | | | |
| KH | Review e-mail from DS re: payment; research and draft responsive e-mail | 0.30 | 31.50 |
| MTH | Review correspondence from JON re: proposed Order re: Quarterly Interims; correspondence to JON re: same | 0.20 | 65.00 |
| KH | Review e-mails from MTH re: Fee Hearing on 28th interim fee applications; review Fee Auditor Reports; draft responsive e-mail | 0.30 | 31.50 |
| **09/25/2008** | | | |
| KH | Review e-mail from MTH containing proposed order for 28th interim fee applications; review order; draft responsive e-mail | 0.30 | 31.50 |
| KCD | Review and sign CNO re: C&D application | 0.20 | 55.00 |
| KCD | Review and sign CNO re: AKO application | 0.20 | 55.00 |
| KCD | Review and sign CNO re: Charter Oak application | 0.20 | 55.00 |
| KH | Review case docket for objections to C&D July fee application; prepare Certificate of No Objection (.2); Finalize and e-file same (.2) | 0.50 | 52.50 |
| KH | Review case docket for objections to AKO July fee application; prepare Certificate of No Objection (.2); Finalize and e-file same (.2) | 0.50 | 52.50 |
| KH | Review case docket for objections to LAS July fee application; prepare Certificate of No Objection (.2); Finalize and e-file same (.2) | 0.50 | 52.50 |
| KH | Review case docket for objections to Charter Oak July fee application; prepare Certificate of No Objection(.2); finalize and e-file same (.2) | 0.50 | 52.50 |
| MTH | Review correspondence from JON re: interim fees; correspondence to and from KH re: same; correspondence to JON re: same | 0.20 | 65.00 |
| **09/26/2008** | | | |
| KH | Review July fee application of Woodcock Washburn (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review August fee application of Protiviti (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review August fee application of Ogilvy Renault (.1); update weekly recommendation memo (.1) | 0.10 | 10.50 |
| KH | Review August fee application of Nelson Mullins (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |

Page: 5
09/30/2008

W.R. Grace

ACCOUNT NO:      3000-13D
STATEMENT NO:            73

Fee Applications, Others

|  |  | HOURS |  |
|---|---|---|---|
| KH | Review July fee application of David Austern(.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review June fee application of David Austern (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review January - March interim fee application of Warren Smith(.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
| KH | Review April - June interim fee application of Duane Morris (.1); update weekly recommendation memo (.1) | 0.20 | 21.00 |
|  | FOR CURRENT SERVICES RENDERED | 22.70 | 3,059.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Mark T. Hurford | 0.60 | $325.00 | $195.00 |
| Kathleen Campbell Davis | 3.20 | 275.00 | 880.00 |
| Katherine Hemming | 18.90 | 105.00 | 1,984.50 |

|  |  |
|---|---|
| TOTAL CURRENT WORK | 3,059.50 |

| 09/23/2008 | Payment - Thank you. (June, 2008 - 80% Fees) | -1,522.80 |
|---|---|---|

|  |  |
|---|---|
| BALANCE DUE | $12,144.30 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  | Page: 1 |
|---|---|
| W.R. Grace | 09/30/2008 |
| Wilmington  DE | ACCOUNT NO:        3000-14D |
|  | STATEMENT NO:                  58 |

Financing

|  |  |  |
|---|---|---|
| | PREVIOUS BALANCE | $318.50 |
| 09/23/2008 | Payment - Thank you. (June, 2008 - 80% Fees) | -182.00 |
| | BALANCE DUE | $136.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2008 |
| Wilmington DE | ACCOUNT NO:     3000-15D |
|  | STATEMENT NO:           88 |

Hearings

| | | PREVIOUS BALANCE | | $22,511.35 |
|---|---|---|---|---|

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 09/02/2008 | | | | |
| | MTH | Attend hearing re: Mian Motion re: Applicability of the Automatic Stay | 1.70 | 552.50 |
| | MTH | Attend omnibus hearing | 0.70 | 227.50 |
| 09/03/2008 | | | | |
| | KH | Prepare draft attorney memo for 9/2/08 am hearing | 0.30 | 31.50 |
| | KH | Prepare draft attorney memo for 9/2/08 pm hearing | 0.50 | 52.50 |
| 09/15/2008 | | | | |
| | MTH | Review preliminary Agenda; correspondence to counsel at C&D re: same | 0.30 | 97.50 |
| | MTH | Correspondence to counsel for FCR and PD re: preliminary agenda | 0.10 | 32.50 |
| | MTH | Review correspondence from DF re: preliminary agenda and response to same | 0.10 | 32.50 |
| | MTH | Correspondence to Debtors' counsel re: preliminary agenda | 0.10 | 32.50 |
| 09/16/2008 | | | | |
| | MTH | Correspondence to and from JON re: September hearing | 0.20 | 65.00 |
| | MTH | Discussion with DF re: September hearing | 0.10 | 32.50 |
| 09/19/2008 | | | | |
| | MTH | Correspondence to KH re: hearing preparations | 0.10 | 32.50 |
| 09/22/2008 | | | | |
| | MTH | Correspondence to WBS, RH and RT re: September hearing | 0.10 | 32.50 |
| | MTH | Correspondence to EI, PVNL and NDF re: hearing Agenda | 0.10 | 32.50 |
| 09/23/2008 | | | | |
| | MTH | Hearing preparation | 0.50 | 162.50 |
| | MTH | Review correspondence from NDF re: September hearing, additional correspondence re: same | 0.20 | 65.00 |

W.R. Grace

Hearings

|  |  |  | HOURS |  |
|---|---|---|---|---|
| **09/24/2008** | | | | |
| | MTH | Telephone conference with KH re: hearing preparations | 0.20 | 65.00 |
| **09/26/2008** | | | | |
| | MB | Prepare hearing binder for 9/29/08 hearing | 1.10 | 99.00 |
| | MTH | Correspondence to and from KH re: hearing preparations, binder | 0.10 | 32.50 |
| | MTH | Review of Amended Agenda; correspondence to EI and PVNL re:same. | 0.20 | 65.00 |
| | MTH | Review correspondence from SB re: Order re: argument on Debtors' Objection to Bank POC's | 0.10 | 32.50 |
| **09/29/2008** | | | | |
| | MB | Finalize Hearing binder and revise for amended schedule | 0.50 | 45.00 |
| | MTH | Attend hearing | 4.30 | 1,397.50 |
| | MTH | Hearing preparations | 1.00 | 325.00 |
| | KH | Prepare memo for 9/29 hearing | 0.50 | 52.50 |
| | MTH | Correspondence to and from RT re: fee issues at hearing | 0.10 | 32.50 |
| | | FOR CURRENT SERVICES RENDERED | 13.20 | 3,628.00 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Matthew Brushwood | 1.60 | $90.00 | $144.00 |
| Mark T. Hurford | 10.30 | 325.00 | 3,347.50 |
| Katherine Hemming | 1.30 | 105.00 | 136.50 |

|  |  |  |
|---|---|---|
| TOTAL CURRENT WORK | | 3,628.00 |

|  |  |  |
|---|---|---|
| 09/23/2008 | Payment - Thank you. (June, 2008 - 80% Fees) | -4,294.80 |
| | BALANCE DUE | $21,844.55 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                              09/30/2008
Wilmington  DE                                        ACCOUNT NO:    3000-16D
                                                      STATEMENT NO:         73

Litigation and Litigation Consulting

PREVIOUS BALANCE                                                        $6,080.50

                                                              HOURS
09/12/2008
    MTH      Review filings in District Court re: Montana's appeal of the Preliminary
             Injunction ruling, including two notices of appeal and related attachment
             and motion to stay pending appeal and brief in support thereof      0.60        195.00
    MTH      Correspondence to counsel at C&D re: filings re: State of Montana
             Preliminary injunction issue                                        0.10         32.50

09/16/2008
    MTH      Review documents re: question from EB; correspondence to EB re:
             same                                                                0.30         97.50

09/17/2008
    MTH      Review Libby Claimant's Opposition to Motion for Stay Pending Appeal  0.30        97.50

09/22/2008
    MTH      Review two sets of correspondence from CA3 re: appeals re: State of
             Montana issue; correspondence to C&D re: same                       0.40        130.00
    MTH      Review two letters from CA3 re: pending appeals; correspondence to EI,
             PVNL and NDF re: same; review correspondence from JAL re: same;
             review correspondence from EI re: same                              0.60        195.00
             FOR CURRENT SERVICES RENDERED                                       2.30        747.50

                                    RECAPITULATION
TIMEKEEPER                                 HOURS      HOURLY RATE        TOTAL
Mark T. Hurford                             2.30        $325.00        $747.50

             TOTAL CURRENT WORK                                                              747.50

Page: 2

W.R. Grace
09/30/2008

ACCOUNT NO:       3000-16D
STATEMENT NO:             73

Litigation and Litigation Consulting


09/23/2008        Payment - Thank you. (June, 2008 - 80% Fees)                                    -5,508.40

                  BALANCE DUE                                                                     $1,319.60


Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

|  |  |
|---|---|
| | Page: 1 |
| W.R. Grace | 09/30/2008 |
| Wilmington  DE | ACCOUNT NO:    3000-17D |
| | STATEMENT NO:    73 |

Plan and Disclosure Statement

| | PREVIOUS BALANCE | | $8,296.10 |
|---|---|---|---|

| | | HOURS | |
|---|---|---|---|
| **09/04/2008** | | | |
| DAC | Review blacklined versions of TDP and Trust Agreement | 0.40 | 180.00 |
| PEM | Review clean and blacklined versions of the Grace TDP and Trust Agreement | 0.80 | 320.00 |
| **09/05/2008** | | | |
| KCD | Review memo re: plan status | 0.10 | 27.50 |
| DAC | Review memo detailing the Sealed Air/Zonolite 524(g) issues and plan confirmation | 0.40 | 180.00 |
| **09/14/2008** | | | |
| DAC | Review memo re: PD settlement | 0.10 | 45.00 |
| **09/19/2008** | | | |
| MTH | Telephone conference with DF re status of Plan and related documents. | 0.50 | 162.50 |
| MTH | Reviewing documents and Correspondence to DF re Plan confirmation. | 0.30 | 97.50 |
| **09/20/2008** | | | |
| DAC | Email re: Plan status program | 0.10 | 45.00 |
| MTH | Reviewing correspondence from DF re Plan and Disclosure Statement. | 0.10 | 32.50 |
| **09/21/2008** | | | |
| MRE | Review of memo from EI regarding Plan | 0.10 | 38.50 |
| **09/22/2008** | | | |
| MTH | Brief review of Plan, Disclosure Statement and Exhibit Book and Correspondence to counsel at C&D re same. | 0.40 | 130.00 |
| MRE | Review of e-mails and review of memos regarding Plan | 0.40 | 154.00 |
| MTH | Correspondence to and from NDF re: Plan and D/S | 0.10 | 32.50 |
| MTH | Correspondence to NDF re: TDP | 0.10 | 32.50 |

W.R. Grace

| | | | ACCOUNT NO: | 3000-17D |
| | | | STATEMENT NO: | 73 |

Plan and Disclosure Statement

|  |  |  | HOURS |  |
|---|---|---|---|---|
| | MTH | Telephone conference with DF re: TDP | 0.10 | 32.50 |
| | MTH | Correspondence to and from NDF and SL re: Plan and D/S | 0.20 | 65.00 |
| 09/23/2008 | | | | |
| | MTH | Correspondence to RH re: Disclosure Statement and Plan | 0.10 | 32.50 |
| | MTH | Correspondence to and from RH re: Plan and Disclosure Statement | 0.20 | 65.00 |
| | MTH | Correspondence to EI and PVNL re: Debtors' Motion to Strike | 0.10 | 32.50 |
| 09/24/2008 | | | | |
| | AC | Review of disclosure statement as it relates to notice | 0.50 | 90.00 |
| 09/25/2008 | | | | |
| | AC | Review of disclosure statement as it relates to notice | 1.00 | 180.00 |
| | MTH | Review correspondence from AC re: Disclosure Statement and solicitation, notice review and response to same | 0.10 | 32.50 |
| 09/26/2008 | | | | |
| | MRE | E-mails with MB re: disclosure statement; meeting with AC; review of materials re: same | 1.00 | 385.00 |
| | AC | Review of disclosure statement as it relates to notice | 0.20 | 36.00 |
| | MTH | Brief review of Motion to Approve Disclosure Statement and related Confirmation matters; correspondence to counsel at C&D re: same | 0.40 | 130.00 |
| 09/30/2008 | | | | |
| | AC | Meeting with MH re: disclosure statement notice provisions | 0.20 | 36.00 |
| | AC | Review of Motion for Approval of Disclosure Statement re: notice provisions | 0.70 | 126.00 |
| | MTH | Meeting with AC re: review of Plan | 0.20 | 65.00 |
| | | FOR CURRENT SERVICES RENDERED | 8.90 | 2,785.50 |

RECAPITULATION

| TIMEKEEPER | HOURS | HOURLY RATE | TOTAL |
|---|---|---|---|
| Douglas A. Campbell | 1.00 | $450.00 | $450.00 |
| Philip E. Milch | 0.80 | 400.00 | 320.00 |
| Mark T. Hurford | 2.90 | 325.00 | 942.50 |
| Marla R. Eskin | 1.50 | 385.00 | 577.50 |
| Kathleen Campbell Davis | 0.10 | 275.00 | 27.50 |
| Ayesha Chacko | 2.60 | 180.00 | 468.00 |

| | | | |
|---|---|---|---|
| | TOTAL CURRENT WORK | | 2,785.50 |

| | | | |
|---|---|---|---|
| 09/23/2008 | Payment - Thank you. (June, 2008 - 80% Fees) | | -1,865.60 |

Page: 3

W.R. Grace                                                                    09/30/2008
                                                        ACCOUNT NO:        3000-17D
                                                        STATEMENT NO:              73

Plan and Disclosure Statement


         BALANCE DUE                                                    $9,216.00


         Any payments received after the statement date will be
         applied to next month's statement.  Please note your
         account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2008
ACCOUNT NO:    3000-18D
STATEMENT NO:    73

Relief from Stay Proceedings

PREVIOUS BALANCE                                                                                       -$108.20

|            |      |                                                                      | HOURS |        |
|------------|------|----------------------------------------------------------------------|-------|--------|
| 09/08/2008 |      |                                                                      |       |        |
|            | MTH  | Review COC re: Mian Stay Relief Motion                               | 0.10  | 32.50  |
| 09/09/2008 |      |                                                                      |       |        |
|            | MTH  | Review Order entered re: Mian Realty Motion re: Automatic Stay       | 0.10  | 32.50  |
|            |      | FOR CURRENT SERVICES RENDERED                                        | 0.20  | 65.00  |

RECAPITULATION

| TIMEKEEPER      | HOURS | HOURLY RATE | TOTAL   |
|-----------------|-------|-------------|---------|
| Mark T. Hurford | 0.20  | $325.00     | $65.00  |

TOTAL CURRENT WORK                                                                                        65.00

CREDIT BALANCE                                                                                           -$43.20

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2008 |
| Wilmington  DE | ACCOUNT NO:     3000-19D |
|  | STATEMENT NO:           56 |

Tax Issues

| | PREVIOUS BALANCE | $864.50 |
|---|---|---|
| 09/23/2008 | Payment - Thank you. (June, 2008 - 80% Fees) | -520.00 |
| | BALANCE DUE | $344.50 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
09/30/2008

W.R. Grace
Wilmington  DE

ACCOUNT NO:      3000-20D
STATEMENT NO:             72

Tax Litigation

PREVIOUS BALANCE                                                                    $468.80

BALANCE DUE                                                                         $468.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|  |  |
|---|---|
|  | Page: 1 |
| W.R. Grace | 09/30/2008 |
| Wilmington  DE | ACCOUNT NO:     3000-21D |
|  | STATEMENT NO:            64 |

Travel-Non-Working

| | PREVIOUS BALANCE | $3,159.00 |
|---|---|---|
| 09/23/2008 | Payment - Thank you. (June, 2008 - 80% Fees) | -1,092.00 |
| | BALANCE DUE | $2,067.00 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                        09/30/2008
Wilmington  DE                                              ACCOUNT NO:        3000-22D
                                                            STATEMENT NO:              77

Valuation

PREVIOUS BALANCE                                                               $1,185.00

BALANCE DUE                                                                    $1,185.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

|                  |                  |
|------------------|------------------|
|                  | Page: 1          |
| W.R. Grace       | 09/30/2008       |
| Wilmington  DE   | ACCOUNT NO:    3000-23D |
|                  | STATEMENT NO:    77 |

ZAI Science Trial

PREVIOUS BALANCE                                                    $1,287.80

BALANCE DUE                                                         $1,287.80

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA 15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                     09/30/2008
Wilmington  DE                                              ACCOUNT NO:        3000-24D
                                                            STATEMENT NO:            50

ZAI Science Trial - Expenses

PREVIOUS BALANCE                                                               -$56.00

CREDIT BALANCE                                                                 -$56.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

W.R. Grace
Wilmington  DE

Page: 1
09/30/2008
ACCOUNT NO:        3000-25D
STATEMENT NO:             43

Others

PREVIOUS BALANCE                                                          $56.00

BALANCE DUE                                                               $56.00

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.

**Campbell & Levine, LLC**
**1700 Grant Building**
**Pittsburgh, PA  15219**
**412-261-0310**

Page: 1
W.R. Grace                                                                                     09/30/2008
Wilmington  DE                                                    ACCOUNT NO:          3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-01 Asset Analysis and Recovery | | | | | |
| 136.50 | 0.00 | 0.00 | 0.00 | 0.00 | $136.50 |
| 3000-02 Asset Disposition | | | | | |
| 69.80 | 0.00 | 0.00 | 0.00 | 0.00 | $69.80 |
| 3000-03 Business Operations | | | | | |
| 885.70 | 260.00 | 0.00 | 0.00 | 0.00 | $1,145.70 |
| 3000-04 Case Administration | | | | | |
| 2,133.87 | 0.00 | 0.00 | 0.00 | -532.40 | $1,601.47 |
| 3000-05 Claims Analysis Objection & Resolution (Asbestos) | | | | | |
| 26,128.20 | 3,730.00 | 0.00 | 0.00 | -1,092.00 | $28,766.20 |
| 3000-06 Claims Analysis Objection & Resol. (Non-Asbestos) | | | | | |
| 7,426.10 | 877.50 | 0.00 | 0.00 | -1,408.00 | $6,895.60 |
| 3000-07 Committee, Creditors, Noteholders, Equity Holders | | | | | |
| 27,791.54 | 9,457.00 | 0.00 | 0.00 | -6,949.20 | $30,299.34 |
| 3000-08 Employee Benefits/Pension | | | | | |
| 1,625.50 | 0.00 | 0.00 | 0.00 | -182.00 | $1,443.50 |
| 3000-09 Employee Applications, Applicant | | | | | |
| 565.50 | 0.00 | 0.00 | 0.00 | 0.00 | $565.50 |
| 3000-10 Employment Applications, Others | | | | | |
| 1,899.30 | 0.00 | 0.00 | 0.00 | -858.00 | $1,041.30 |

W.R. Grace

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| **3000-11 Expenses** | | | | | |
| 7,568.62 | 0.00 | 1,644.48 | 0.00 | -1,848.92 | $7,364.18 |
| **3000-12 Fee Applications, Applicant** | | | | | |
| 5,053.90 | 800.50 | 0.00 | 0.00 | -627.20 | $5,227.20 |
| **3000-13 Fee Applications, Others** | | | | | |
| 10,607.60 | 3,059.50 | 0.00 | 0.00 | -1,522.80 | $12,144.30 |
| **3000-14 Financing** | | | | | |
| 318.50 | 0.00 | 0.00 | 0.00 | -182.00 | $136.50 |
| **3000-15 Hearings** | | | | | |
| 22,511.35 | 3,628.00 | 0.00 | 0.00 | -4,294.80 | $21,844.55 |
| **3000-16 Litigation and Litigation Consulting** | | | | | |
| 6,080.50 | 747.50 | 0.00 | 0.00 | -5,508.40 | $1,319.60 |
| **3000-17 Plan and Disclosure Statement** | | | | | |
| 8,296.10 | 2,785.50 | 0.00 | 0.00 | -1,865.60 | $9,216.00 |
| **3000-18 Relief from Stay Proceedings** | | | | | |
| -108.20 | 65.00 | 0.00 | 0.00 | 0.00 | -$43.20 |
| **3000-19 Tax Issues** | | | | | |
| 864.50 | 0.00 | 0.00 | 0.00 | -520.00 | $344.50 |
| **3000-20 Tax Litigation** | | | | | |
| 468.80 | 0.00 | 0.00 | 0.00 | 0.00 | $468.80 |
| **3000-21 Travel-Non-Working** | | | | | |
| 3,159.00 | 0.00 | 0.00 | 0.00 | -1,092.00 | $2,067.00 |
| **3000-22 Valuation** | | | | | |
| 1,185.00 | 0.00 | 0.00 | 0.00 | 0.00 | $1,185.00 |
| **3000-23 ZAI Science Trial** | | | | | |
| 1,287.80 | 0.00 | 0.00 | 0.00 | 0.00 | $1,287.80 |
| **3000-24 ZAI Science Trial - Expenses** | | | | | |
| -56.00 | 0.00 | 0.00 | 0.00 | 0.00 | -$56.00 |

Page: 3
W.R. Grace                                                                                      09/30/2008
                                                                 ACCOUNT NO:        3000D

| PREVIOUS BALANCE | FEES | EXPENSES | ADVANCES | PAYMENTS | BALANCE |
|---|---|---|---|---|---|
| 3000-25 Others | | | | | |
| 56.00 | 0.00 | 0.00 | 0.00 | 0.00 | $56.00 |
| 135,955.48 | 25,410.50 | 1,644.48 | 0.00 | -28,483.32 | $134,527.14 |

Any payments received after the statement date will be
applied to next month's statement.  Please note your
account number on your payment.  Thank you.