```
Date: 10/02/08           Legal Analysis Systems, Inc.
Time: 10:00pm                                                    Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                              HOURS/RATE   AMOUNT
----------------------------------------------------------------------
 08/05/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.7    560.00
 #5802     Review Whitehouse et al paper on Libby asbestos       800.00
           disease
```

{D0135893.1 }

```
Date: 10/02/08            Legal Analysis Systems, Inc.
Time: 10:00pm                                                  Page 2

              W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
 08/05/08  Peterson  / (07) Committee, Creditors'      0.4     320.00
 #5801     Telephone Finch re: Libby claims          800.00

 08/06/08  Peterson  / (07) Committee, Creditors'      1.4    1120.00
 #5805     Look at effects of sequencing adjustments and send  800.00
           results to Inselbuch

 08/11/08  Peterson  / (07) Committee, Creditors'      0.6     480.00
 #5810     Send Inselbuch Libby v. states' comparisons 800.00

 08/28/08  Relles    / (07) Committee, Creditors'      2.5    1187.50
 #6005     Rerun trust simulations according to new Inselbuch  475.00
           parameters, determine new payment percentages
```

```
Date: 10/02/08          Legal Analysis Systems, Inc.
Time: 10:00pm                                                    Page 3

             W. R. Grace


Date/Slip# Description                              HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
 08/06/08  Peterson  / (16) Plan and Disclosure Statement    0.3   240.00
 #5803     Telephone Inselbuch re: TDP sequencing adjustments 800.00

 08/06/08  Peterson  / (16) Plan and Disclosure Statement    1.2   960.00
 #5804     Send memo Inselbuch re: TDP sequencing adjustments; 800.00
           review TDP and run analysis of sequencing adjustment
```

{D0135893.1 }

```
Date: 10/02/08            Legal Analysis Systems, Inc.
Time: 10:00pm                                                      Page 4

                W. R. Grace


Date/Slip# Description                             HOURS/RATE   AMOUNT
--------------------------------------------------------------------------
 08/08/08  Peterson  / (28) Data Analysis              0.3    240.00
 #5806     Telephone Relles re: statistics of settlements by  800.00
           states

 08/08/08  Peterson  / (28) Data Analysis              0.7    560.00
 #5807     Review states' statistics                  800.00

 08/08/08  Relles   / (28) Data Analysis              1.3    617.50
 #6001     Develop summaries of settlement values by state and  475.00
           for Libby (1.0); telephone Peterson (0.3) re: same

 08/09/08  Relles   / (28) Data Analysis              2.0    950.00
 #6002     Review Libby data, develop summaries       475.00

 08/11/08  Peterson  / (28) Data Analysis              1.2    960.00
 #5808     Review additional analyses of state level settlement  800.00
           statistics, Libby statistics

 08/11/08  Peterson  / (28) Data Analysis              0.3    240.00
 #5809     Telephone Relles re: Comparison of Libby and other  800.00
           states' settlement values

 08/11/08  Relles   / (28) Data Analysis              2.0    950.00
 #6003     Further work on summaries of Libby and state  475.00
           settlement values

 08/11/08  Relles   / (28) Data Analysis              0.3    142.50
 #6004     Telephone Peterson re: comparison of Libby and other  475.00
           states' settlement values

 08/28/08  Peterson  / (28) Data Analysis              0.4    320.00
 #5811     telephone Relles re: payment percentage    800.00

 08/28/08  Relles   / (28) Data Analysis              0.4    190.00
 #6006     Telephone Peterson re: payment percentage  475.00

 08/29/08  Peterson  / (28) Data Analysis              0.8    640.00
 #5812     telephone Relles re: Trust indemnity forecasts  800.00

 08/29/08  Peterson  / (28) Data Analysis              1.4   1120.00
 #5813     Review simulations of trust liabilities    800.00

 08/29/08  Peterson  / (28) Data Analysis              2.5   2000.00
 #5814     Work on analysis of trust liabilities      800.00
```

{D0135893.1 }

```
Date: 10/02/08            Legal Analysis Systems, Inc.
Time: 10:00pm                                                    Page 5

              W. R. Grace


Date/Slip# Description                            HOURS/RATE   AMOUNT
-----------------------------------------------------------------------
 08/29/08  Relles    / (28) Data Analysis                1.4   665.00
 #6007     Prepare indemnity forecasts by payment year for Brad  475.00
           Rapp

 08/29/08  Relles    / (28) Data Analysis                0.8   380.00
 #6008     Telephone Peterson re: Trust indemnity forecasts   475.00
-----------------------------------------------------------------------
```

{D0135893.1 }

```
Date: 10/02/08              Legal Analysis Systems, Inc.
Time: 10:00pm                                                       Page 6

              W. R. Grace

          Summary Of Time Charges, By Month and Activity
                  August 2008 - August 2008

 MONTH        ACTIVITY                                      HOURS    AMOUNT
 -------------------------------------------------------------------------
 August    - (05) Claims Anal Objectn/Resolutn (Asbest)     0.7     560.00
 August    - (07) Committee, Creditors'                      4.9    3107.50
 August    - (16) Plan and Disclosure Statement             1.5    1200.00
 August    - (28) Data Analysis                            15.8    9975.00
 August    - (99) Total                                    22.9   14842.50

 Total     - (05) Claims Anal Objectn/Resolutn (Asbest)     0.7     560.00
 Total     - (07) Committee, Creditors'                      4.9    3107.50
 Total     - (16) Plan and Disclosure Statement             1.5    1200.00
 Total     - (28) Data Analysis                            15.8    9975.00
 Total     - (99) Total                                    22.9   14842.50

 -------------------------------------------------------------------------
```

{D0135893.1 }

```
Date: 10/02/08          Legal Analysis Systems, Inc.
Time: 10:00pm                                              Page 7

            W. R. Grace

         Summary Of Time Charges, By Month and Person
              August 2008 - August 2008

MONTH      PERSON                                    HOURS    AMOUNT
----------------------------------------------------------------------
August    - Relles                                   10.7   5082.50
August    - Peterson                                 12.2   9760.00
August    - Total                                    22.9  14842.50

Total     - Relles                                   10.7   5082.50
Total     - Peterson                                 12.2   9760.00
Total     - Total                                    22.9  14842.50

----------------------------------------------------------------------
```

{D0135893.1 }

```
Date: 10/02/08            Legal Analysis Systems, Inc.
Time: 10:00pm                                                    Page 8

            W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                  August 2008 - August 2008

MONTH        PERSON                             HOURS    RATE    AMOUNT
----------------------------------------------------------------------
(05) Claims Anal Objectn/Resolutn (Asbest)

August    - Peterson                             0.7    800.     560.00

(07) Committee, Creditors'

August    - Relles                               2.5    475.    1187.50
August    - Peterson                             2.4    800.    1920.00

(16) Plan and Disclosure Statement

August    - Peterson                             1.5    800.    1200.00

(28) Data Analysis

August    - Relles                               8.2    475.    3895.00
August    - Peterson                             7.6    800.    6080.00

----------------------------------------------------------------------
```

{D0135893.1 }