```
Date: 11/12/08              Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 1


                    W. R. Grace, Inc. % Elihu Inselbuch
                    Caplin & Drysdale
                    399 Park Avenue, 27th Floor
                    New York, New York 10022


Date/Slip# Description                                      HOURS/RATE    AMOUNT
-------------------------------------------------------------------------------
 09/04/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.6    480.00
 #7001     Telephone Rapp re: payment percentage calculations    800.00

 09/19/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  1.0    800.00
 #7004     Review Whitehouse article                              800.00
```

{D0140140.1 }

```
Date: 11/12/08            Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 2

                     W. R. Grace


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 09/04/08  Relles    / (16) Plan and Disclosure Statement         1.0    475.00
 #7202     Update TDP calculations using interest rates         475.00
           provided by Charter Oak
```

{D0140140.1 }

```
Date: 11/12/08            Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 3
                        W. R. Grace


Date/Slip# Description                                        HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 09/04/08  Peterson   / (28) Data Analysis                          0.5    400.00
 #7002     Telephone Relles re: payment percentage calculations   800.00

 09/04/08  Peterson   / (28) Data Analysis                          1.0    800.00
 #7003     Review payment percentage calculations                 800.00

 09/04/08  Relles     / (28) Data Analysis                          0.5    237.50
 #7201     Telephone Peterson re: payment percentage              475.00
           calculations
-------------------------------------------------------------------------------
```

{D0140140.1 }

```
Date: 11/12/08              Legal Analysis Systems, Inc.
Time: 2:00pm                                                        Page 4

                    W. R. Grace

             Summary Of Time Charges, By Month and Activity
                     September 2008 - September 2008

    MONTH       ACTIVITY                                      HOURS     AMOUNT
    ---------------------------------------------------------------------------
    September - (05) Claims Anal Objectn/Resolutn (Asbest)      1.6    1280.00
    September - (16) Plan and Disclosure Statement              1.0     475.00
    September - (28) Data Analysis                              2.0    1437.50
    September - (99) Total                                      4.6    3192.50

    Total     - (05) Claims Anal Objectn/Resolutn (Asbest)      1.6    1280.00
    Total     - (16) Plan and Disclosure Statement              1.0     475.00
    Total     - (28) Data Analysis                              2.0    1437.50
    Total     - (99) Total                                      4.6    3192.50

    ---------------------------------------------------------------------------
```

{D0140140.1 }

```
Date: 11/12/08            Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 5

                 W. R. Grace

               Summary Of Time Charges, By Month and Person
                    September 2008 - September 2008

  MONTH        PERSON                                          HOURS     AMOUNT
  ------------------------------------------------------------------------------
  September - Relles                                             1.5     712.50
  September - Peterson                                           3.1    2480.00
  September - Total                                              4.6    3192.50

  Total     - Relles                                             1.5     712.50
  Total     - Peterson                                           3.1    2480.00
  Total     - Total                                              4.6    3192.50

  ------------------------------------------------------------------------------
```

{D0140140.1 }

```
Date: 11/12/08            Legal Analysis Systems, Inc.
Time: 2:00pm                                                        Page 6

               W. R. Grace

        Summary Of Time Charges, By Activity, Month, and Person
                     September 2008 - September 2008

 MONTH       PERSON                                HOURS    RATE     AMOUNT
 ---------------------------------------------------------------------------
 (05) Claims Anal Objectn/Resolutn (Asbest)

 September - Peterson                                1.6    800.    1280.00

 (16) Plan and Disclosure Statement

 September - Relles                                  1.0    475.     475.00

 (28) Data Analysis

 September - Relles                                  0.5    475.     237.50
 September - Peterson                                1.5    800.    1200.00

 ---------------------------------------------------------------------------
```

{D0140140.1 }