## EXHIBIT B

### Asset Analysis and Recovery (.10 Hours; $ 84.00)

Services rendered in this category pertain to effort to analyze and recover the Debtors' assets for the benefit of the estate.

**Total Task Code .01**                **.10**

### Business Operations (.20 Hours; $ 168.00)

Services rendered in this category pertain to the analysis and monitoring of the Debtors' business operations.

**Total Task Code .03**                **.20**

### Case Administration (20.70 Hours; $ 11,400.00)

Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04**                **20.70**

### Claim Analysis Objection & Resolution (Asbestos) (6.20 Hours; $ 5,035.50)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .05**                **6.20**

### Claim Analysis Objection & Resolution (Non-Asbestos) (1.30 Hours; $ 643.50)

Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtors' estates.

**Total Task Code .06**                **1.30**

### Employment Applications, Others (6.60 Hours; $ 4,084.00)

Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10**          **6.60**

**Fee Applications, Applicant (23.80 Hours; $ 8,876.50)**

Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12**          **23.80**

**Fee Applications, Others (.80 Hours; $ 455.00)**

Services rendered in this category pertain to the review of the fee applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .13**          **.80**

**Financing (.10 Hours; $ 84.00)**

Services rendered in this category pertain to the.additional review of the debtors' executory contracts, DIP financing, financial projections, and other financing issues.

**Total Task Code .14**          **.10**

**Hearings (7.90 Hours; $ 6,831.00)**

Services rendered in this category pertain to the preparation for and attendance at court hearings relating to the issues in these bankruptcy proceedings.

**Total Task Code .15**          **7.90**

**Litigation and Litigation Consulting (209.50 Hours; $ 78,994.00)**

Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  209.50**
**Plan & Disclosure Statement (389.00 Hours; $ 260,655.50)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

{D0140407.1 }

**Total Task Code .17  389.00**

**<u>Tax Issues (10.60 Hours; $ 4,982.00)</u>**

     Services rendered in this category pertain to the identification and analysis of tax issues concerning the Debtor's estates and a possible reorganization plan.

**Total Task Code .19                    10.60**

**<u>Travel Non-working (29.90 Hours; $ 10,634.00)</u>**

     Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21  29.90**

**<u>Fee Auditor Matters (19.50 Hours; $ 10,335.00)</u>**

     Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32                    19.50**