**EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air Freight & Express Mail | 95.21 |
| Outside Local Deliveries | 34.75 |
| Research Material | 26.56 |
| Air & Train Transportation | 3,826.00 |
| Meals Related to Travel | 197.61 |
| Conference Meals | 24.30 |
| Court Reporting/Transcript Service | 1,652.23 |
| Miscellaneous: Client Advances | 35.00 |
| Travel Expenses - Hotel Charges | 1,159.78 |
| Travel Expenses - Ground Transportation | 915.28 |
| Local Transportation – DC | 20.00 |
| Local Transportation – NY | 25.00 |
| Database Research | 11,623.18 |
| Xeroxing | 668.30 |
| Long Distance-Equitrac In-House | 23.78 |
| **Total for Report** | **$20,326.98** |

{D0140408.1 }