| | | | |
|---|---|---|---|
| **Client Number:   4642** | Grace Asbestos Personal Injury Claimants | | Page: 1 |
| **Matter       000** | **Disbursements** | | 8/19/2008 |

Print Date/Time: 08/19/2008  9:23:56AM

Attn:

Invoice #

## PREBILL / CONTROL REPORT

Trans Date Range:   1/1/1950  to: 7/31/2008

**Matter       000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 7/31/2008 | 13,655 |
|---|---|---|---|---|---|---|---|---|

$3,181.68
Client Retainers Available            Committed to Invoices:        $0.00        Remaining:        $3,181.68

$3,077,903.64
Total Expenses Billed To Date            Billing Empl:        0120    Elihu  Inselbuch
                                          Responsible Empl:    0120    Elihu  Inselbuch
                                          Alternate Empl:      0120    Elihu  Inselbuch
                                          Originating Empl:    0120    Elihu  Inselbuch

**Summary  by Employee**

|  |  |  | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 891.57 | 0.00 | 586.27 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 13.35 | 0.00 | 13.35 |
| 0187 | NDF | Nathan D Finch | 0.00 | 45.50 | 0.00 | 45.50 |
| 0207 | PE | Pam  Elias | 0.00 | 12.20 | 0.00 | 12.20 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 17.10 | 0.00 | 17.10 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 3.90 | 0.00 | 3.90 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 0.20 | 0.00 | 0.20 |
| 0308 | DBS | David B Smith | 0.00 | 1,700.48 | 0.00 | 1,700.48 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 1,366.83 | 0.00 | 1,366.83 |
| 0363 | AJS | Andrew J Sackett | 0.00 | 71.30 | 0.00 | 71.30 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 4,174.17 | 0.00 | 4,174.17 |
| **Total Fees** | | | **0.00** | **8,296.60** | **0.00** | **7,991.30** |

**Detail Time / Expense  by  Date**

|  |  |  |  |  | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| {D0140409.1} | | | | | | | | | | | |

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter      000 | | Disbursements | | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008  9:23:56AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2250201 | ADA Travel   PVNL 6/10 travel to NYC (business class $388.00) | E | 06/17/2008 | 0020 | PVL | 0.00 | $603.00 | 0.00 | $388.00 | 388.00 |
| 2250202 | ADA Travel   Agency fee on PVNL 6/10 travel to NYC  (business class $388.00) | E | 06/17/2008 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $0.00 | 388.00 |
| 2252613 | ADA Travel;  Refund on PVNL 6/10 travel to NYC | E | 06/27/2008 | 0020 | PVL | 0.00 | -$542.70 | 0.00 | -$388.00 | 0.00 |
| 2256863 | Equitrac - Long Distance to 2123199240 | E | 07/01/2008 | 0999 | C&D | 0.00 | $1.06 | 0.00 | $1.06 | 1.06 |
| 2256895 | Equitrac - Long Distance to 3105819309 | E | 07/01/2008 | 0999 | C&D | 0.00 | $0.41 | 0.00 | $0.41 | 1.47 |
| 2256896 | Equitrac - Long Distance to 8054993572 | E | 07/01/2008 | 0999 | C&D | 0.00 | $1.10 | 0.00 | $1.10 | 2.57 |
| 2256898 | Equitrac - Long Distance to 2123199240 | E | 07/01/2008 | 0999 | C&D | 0.00 | $0.71 | 0.00 | $0.71 | 3.28 |
| 2256902 | Equitrac - Long Distance to 3024269910 | E | 07/01/2008 | 0999 | C&D | 0.00 | $0.34 | 0.00 | $0.34 | 3.62 |
| 2257299 | Photocopy | E | 07/01/2008 | 0317 | JAL | 0.00 | $19.20 | 0.00 | $19.20 | 22.82 |
| 2257409 | Photocopy | E | 07/01/2008 | 0232 | LK | 0.00 | $2.10 | 0.00 | $2.10 | 24.92 |
| 2257412 | Photocopy | E | 07/01/2008 | 0232 | LK | 0.00 | $0.30 | 0.00 | $0.30 | 25.22 |
| 2256998 | Equitrac - Long Distance to 2124464759 | E | 07/02/2008 | 0999 | C&D | 0.00 | $1.14 | 0.00 | $1.14 | 26.36 |
| 2257718 | Photocopy | E | 07/03/2008 | 0317 | JAL | 0.00 | $26.00 | 0.00 | $26.00 | 52.36 |
| 2257779 | Photocopy | E | 07/07/2008 | 0999 | C&D | 0.00 | $4.70 | 0.00 | $4.70 | 57.06 |
| 2255866 | Elite Limousine car service for JAL from hotel to 153 E. 53 Street in NYC on 6/25 | E | 07/07/2008 | 0317 | JAL | 0.00 | $34.68 | 0.00 | $34.68 | 91.74 |
| 2255879 | Petty Cash  late night cab home for NDF on 5/12 | E | 07/08/2008 | 0187 | NDF | 0.00 | $20.00 | 0.00 | $20.00 | 111.74 |
| 2255880 | Petty Cash  Meal expenses for PVNL while in | E | 07/08/2008 | 0020 | PVL | 0.00 | $65.27 | 0.00 | $65.27 | 177.01 |

{D0140409.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008  9:23:56AM

Attn:

Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Newark and NY for meetings on 6/24-25 | | | | | | | | |
| 2255881 | Petty Cash  Parking and cab expenses for PVNL in Newark and NY for meetings on 6/24-25 | E | 07/08/2008 | 0020 | PVL | 0.00 | $53.00 | 0.00 | $53.00 | 230.01 |
| 2256116 | Federal Express to Matthew Brushwood from EI on 6/24 | E | 07/08/2008 | 0120 | EI | 0.00 | $6.56 | 0.00 | $6.56 | 236.57 |
| 2257123 | Equitrac - Long Distance to 6317495007 | E | 07/08/2008 | 0999 | C&D | 0.00 | $0.74 | 0.00 | $0.74 | 237.31 |
| 2257127 | Equitrac - Long Distance to 6019571173 | E | 07/08/2008 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 237.51 |
| 2257957 | Photocopy | E | 07/08/2008 | 0220 | SKL | 0.00 | $3.10 | 0.00 | $3.10 | 240.61 |
| 2257174 | Equitrac - Long Distance to 4122610310 | E | 07/09/2008 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 240.70 |
| 2257192 | Equitrac - Long Distance to 8054993572 | E | 07/09/2008 | 0999 | C&D | 0.00 | $0.29 | 0.00 | $0.29 | 240.99 |
| 2256333 | Elite Limousine car service for JAL in NYC on 6/24 | E | 07/09/2008 | 0317 | JAL | 0.00 | $39.78 | 0.00 | $39.78 | 280.77 |
| 2257216 | Equitrac - Long Distance to 4122610310 | E | 07/10/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 280.83 |
| 2258157 | Photocopy | E | 07/10/2008 | 0207 | PE | 0.00 | $6.00 | 0.00 | $6.00 | 286.83 |
| 2258188 | Photocopy | E | 07/10/2008 | 0308 | DBS | 0.00 | $13.50 | 0.00 | $13.50 | 300.33 |
| 2258238 | Equitrac - Long Distance to 3105819309 | E | 07/11/2008 | 0999 | C&D | 0.00 | $0.75 | 0.00 | $0.75 | 301.08 |
| 2258271 | Photocopy | E | 07/11/2008 | 0220 | SKL | 0.00 | $6.50 | 0.00 | $6.50 | 307.58 |
| 2256500 | Dart Express to Orrick from DBS on 3/11 | E | 07/11/2008 | 0308 | DBS | 0.00 | $16.00 | 0.00 | $16.00 | 323.58 |
| 2256505 | Dart Express to Orrick from DBS on 3.19 | E | 07/11/2008 | 0308 | DBS | 0.00 | $12.50 | 0.00 | $12.50 | 336.08 |
| 2256518 | Dart Express to Orrick, Herrington & Sutcliffe from DBS on 4/3 | E | 07/11/2008 | 0308 | DBS | 0.00 | $6.25 | 0.00 | $6.25 | 342.33 |
| 2258434 | Equitrac - Long Distance to 8054993572 | E | 07/14/2008 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 342.42 |

{D0140409.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008 9:23:56AM

Attn:

Invoice #

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2258435 | Equitrac - Long Distance to 6317495007 | | E | 07/14/2008 | 0999 | C&D | | 0.00 | $0.09 | 0.00 | $0.09 | 342.51 |
| 2258196 | ADA Travel   PVNL 6/24 travel to Newark  (coach fare $398.00) | | E | 07/14/2008 | 0020 | PVL | | 0.00 | $603.00 | 0.00 | $398.00 | 740.51 |
| 2258197 | ADA Travel  Agency fee on  PVNL 6/24 travel to Newark  (coach fare $398.00) | | E | 07/14/2008 | 0020 | PVL | | 0.00 | $40.00 | 0.00 | $40.00 | 780.51 |
| 2258201 | ADA Travel  JAL 6/24  business class travel to NYC | | E | 07/14/2008 | 0317 | JAL | | 0.00 | $387.00 | 0.00 | $387.00 | 1,167.51 |
| 2258202 | ADA Travel Agency fee on  JAL 6/24  business class travel to NYC | | E | 07/14/2008 | 0317 | JAL | | 0.00 | $40.00 | 0.00 | $40.00 | 1,207.51 |
| 2258556 | Equitrac - Long Distance to 6317495007 | | E | 07/15/2008 | 0999 | C&D | | 0.00 | $1.45 | 0.00 | $1.45 | 1,208.96 |
| 2258650 | Photocopy | | E | 07/15/2008 | 0317 | JAL | | 0.00 | $5.70 | 0.00 | $5.70 | 1,214.66 |
| 2260246 | Equitrac - Long Distance to 9174450518 | | E | 07/16/2008 | 0999 | C&D | | 0.00 | $0.40 | 0.00 | $0.40 | 1,215.06 |
| 2260364 | Photocopy | | E | 07/16/2008 | 0999 | C&D | | 0.00 | $2.40 | 0.00 | $2.40 | 1,217.46 |
| 2262078 | Equitrac - Long Distance to 6095862311 | | E | 07/17/2008 | 0999 | C&D | | 0.00 | $0.08 | 0.00 | $0.08 | 1,217.54 |
| 2262277 | Photocopy | | E | 07/18/2008 | 0232 | LK | | 0.00 | $1.00 | 0.00 | $1.00 | 1,218.54 |
| 2262282 | Photocopy | | E | 07/18/2008 | 0232 | LK | | 0.00 | $0.50 | 0.00 | $0.50 | 1,219.04 |
| 2261976 | J&J Court Transcribers;  Federal Court Daily on 3/31 | | E | 07/18/2008 | 0308 | DBS | | 0.00 | $1,652.23 | 0.00 | $1,652.23 | 2,871.27 |
| 2262319 | Petty Cash  Late night dinner for NDF on 7/14  (split between 7534 and 4642) | | E | 07/21/2008 | 0187 | NDF | | 0.00 | $24.30 | 0.00 | $24.30 | 2,895.57 |
| 2262706 | Photocopy | | E | 07/21/2008 | 0317 | JAL | | 0.00 | $4.30 | 0.00 | $4.30 | 2,899.87 |
| 2262716 | Photocopy | | E | 07/21/2008 | 0363 | AJS | | 0.00 | $1.20 | 0.00 | $1.20 | 2,901.07 |

AJS

{D0140409.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008 9:23:56AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2262730 | Photocopy | | E | 07/21/2008 | 0363 | | 0.00 | $4.20 | 0.00 | $4.20 | 2,905.27 |
| | | | | | | AJS | | | | | |
| 2262731 | Photocopy | | E | 07/21/2008 | 0363 | | 0.00 | $0.20 | 0.00 | $0.20 | 2,905.47 |
| | | | | | | AJS | | | | | |
| 2262743 | Photocopy | | E | 07/21/2008 | 0363 | | 0.00 | $0.60 | 0.00 | $0.60 | 2,906.07 |
| | | | | | | AJS | | | | | |
| 2262799 | Photocopy | | E | 07/21/2008 | 0363 | | 0.00 | $7.30 | 0.00 | $7.30 | 2,913.37 |
| | | | | | | PE | | | | | |
| 2263031 | Photocopy | | E | 07/22/2008 | 0207 | | 0.00 | $6.20 | 0.00 | $6.20 | 2,919.57 |
| | | | | | | AJS | | | | | |
| 2263165 | Photocopy | | E | 07/22/2008 | 0363 | | 0.00 | $6.30 | 0.00 | $6.30 | 2,925.87 |
| | | | | | | C&D | | | | | |
| 2263657 | Photocopy | | E | 07/23/2008 | 0999 | | 0.00 | $6.60 | 0.00 | $6.60 | 2,932.47 |
| | | | | | | SKL | | | | | |
| 2263679 | Photocopy | | E | 07/23/2008 | 0220 | | 0.00 | $2.40 | 0.00 | $2.40 | 2,934.87 |
| | | | | | | JAL | | | | | |
| 2263686 | Photocopy | | E | 07/23/2008 | 0317 | | 0.00 | $4.60 | 0.00 | $4.60 | 2,939.47 |
| | | | | | | C&D | | | | | |
| 2263736 | Photocopy | | E | 07/24/2008 | 0999 | | 0.00 | $0.10 | 0.00 | $0.10 | 2,939.57 |
| | | | | | | SKL | | | | | |
| 2263738 | Photocopy | | E | 07/24/2008 | 0220 | | 0.00 | $2.00 | 0.00 | $2.00 | 2,941.57 |
| | | | | | | AJS | | | | | |
| 2263814 | Photocopy | | E | 07/24/2008 | 0363 | | 0.00 | $10.90 | 0.00 | $10.90 | 2,952.47 |
| | | | | | | PVL | | | | | |
| 2263489 | Petty Cash  PVNL cab and parking expense on travel to Wilmington on 7/21 | | E | 07/25/2008 | 0020 | | 0.00 | $25.00 | 0.00 | $25.00 | 2,977.47 |
| | | | | | | PVL | | | | | |
| 2263490 | Petty Cash  Meal expenses for PVNL 7/21 travel to Wilmington | | E | 07/25/2008 | 0020 | | 0.00 | $5.00 | 0.00 | $5.00 | 2,982.47 |
| | | | | | | SKL | | | | | |
| 2264840 | Photocopy | | E | 07/25/2008 | 0220 | | 0.00 | $3.10 | 0.00 | $3.10 | 2,985.57 |
| | | | | | | C&D | | | | | |
| 2264845 | Photocopy | | E | 07/25/2008 | 0999 | | 0.00 | $0.80 | 0.00 | $0.80 | 2,986.37 |
| | | | | | | C&D | | | | | |
| 2264667 | Equitrac - Long Distance to 3024261900 | | E | 07/25/2008 | 0999 | | 0.00 | $0.69 | 0.00 | $0.69 | 2,987.06 |
| | | | | | | AJS | | | | | |
| 2264960 | Photocopy | | E | 07/28/2008 | 0363 | | 0.00 | $18.30 | 0.00 | $18.30 | 3,005.36 |
| | | | | | | AJS | | | | | |

{D0140409.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008 9:23:56AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2264987 | Photocopy | | E | 07/29/2008 | 0363 | | 0.00 | $10.00 | 0.00 | $10.00 | 3,015.36 |
| 2265015 | Photocopy | | E | 07/29/2008 | 0237 | SRB | 0.00 | $0.20 | 0.00 | $0.20 | 3,015.56 |
| 2265072 | Photocopy | | E | 07/29/2008 | 0187 | NDF | 0.00 | $1.20 | 0.00 | $1.20 | 3,016.76 |
| 2264760 | Equitrac - Long Distance to 2124464934 | | E | 07/29/2008 | 0999 | C&D | 0.00 | $0.29 | 0.00 | $0.29 | 3,017.05 |
| 2265118 | Equitrac - Long Distance to 2122481111 | | E | 07/30/2008 | 0999 | C&D | 0.00 | $1.16 | 0.00 | $1.16 | 3,018.21 |
| 2265159 | Photocopy | | E | 07/30/2008 | 0363 | AJS | 0.00 | $5.40 | 0.00 | $5.40 | 3,023.61 |
| 2265201 | Photocopy | | E | 07/30/2008 | 0363 | AJS | 0.00 | $6.90 | 0.00 | $6.90 | 3,030.51 |
| 2264459 | JAL; Travel expenses to NY for Plan meetings on 6/24-25 for meals | | E | 07/30/2008 | 0317 | JAL | 0.00 | $45.98 | 0.00 | $45.98 | 3,076.49 |
| 2264460 | JAL; Travel expenses to NY for Plan meetings on 6/24-25 for upgrade on train fare | | E | 07/30/2008 | 0317 | JAL | 0.00 | $97.00 | 0.00 | $97.00 | 3,173.49 |
| 2264461 | JAL; Travel expenses to NY for Plan meetings on 6/24-25 for NY Marriott Marquis hotel | | E | 07/30/2008 | 0317 | JAL | 0.00 | $629.09 | 0.00 | $629.09 | 3,802.58 |
| 2264462 | JAL; Travel expenses to NY for Plan meetings on 6/24-25 for cabs | | E | 07/30/2008 | 0317 | JAL | 0.00 | $25.00 | 0.00 | $25.00 | 3,827.58 |
| 2265377 | Federal Express to Katherine Hemming from EI on 7/23 | | E | 07/31/2008 | 0120 | EI | 0.00 | $6.79 | 0.00 | $6.79 | 3,834.37 |
| 2265694 | Photocopy | | E | 07/31/2008 | 0317 | JAL | 0.00 | $5.40 | 0.00 | $5.40 | 3,839.77 |
| 2265700 | Photocopy | | E | 07/31/2008 | 0317 | JAL | 0.00 | $3.10 | 0.00 | $3.10 | 3,842.87 |
| 2267715 | Database Research - Westlaw by DBS on 7/29 | | E | 07/31/2008 | 0999 | C&D | 0.00 | $85.56 | 0.00 | $85.56 | 3,928.43 |
| 2267716 | Database Research - Westlaw by AJS on 7/21-30 | | E | 07/31/2008 | 0999 | C&D | 0.00 | $3,823.28 | 0.00 | $3,823.28 | 7,751.71 |
| 2267717 | Database Research - Westlaw by JAL on 7/18-21 | | E | 07/31/2008 | 0999 | C&D | 0.00 | $125.57 | 0.00 | $125.57 | 7,877.28 |

{D0140409.1 }

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|
| Matter 000 | Disbursements | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008  9:23:56AM

Attn:

Invoice #

| | | | | | C&D | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2268383 | Database Research Lexis for the month of July by AJS | E | 07/31/2008 | 0999 | | 0.00 | $114.02 | 0.00 | $114.02 | 7,991.30 |

**Total Expenses**                                                    $8,296.60                           $7,991.30
                                                        0.00                    0.00

| | | | | |
|---|---|---|---|---|
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 8,296.60 | | 7,991.30 |
| Matter Total | 0.00 | 8,296.60 | 0.00 | 7,991.30 |
| | | | | |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $8,296.60 | | $7,991.30 |
| Prebill Total | 0.00 | $8,296.60 | 0.00 | $7,991.30 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 61,476 | 01/24/2008 | 678,109.50 | 14,038.88 |
| 61,925 | 02/25/2008 | 918,478.75 | 183,695.75 |
| 62,322 | 03/24/2008 | 497,631.50 | 99,526.30 |
| 62,687 | 04/23/2008 | 773,798.25 | 154,759.65 |
| 63,204 | 05/29/2008 | 334,244.75 | 66,848.95 |
| 63,675 | 06/26/2008 | 107,942.45 | 107,942.45 |
| 63,976 | 07/25/2008 | 131,421.05 | 131,421.05 |
| | | 4,550,666.50 | 793,843.45 |

PREBILL / CONTROL REPORT

Trans Date Range:  1/1/1950  to: 8/31/2008

**Matter      000**
**Disbursements**

| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 8/20/2008 | 13,655 |
|---|---|---|---|---|---|---|---|---|
| | | $3,181.68 | | | | | | |
| Client Retainers Available | | | Committed to Invoices: | | $0.00 | Remaining: | $3,181.68 | |

{D0140409.1 }

| Client Number: 4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
|---|---|---|
| Matter      000 | Disbursements | 8/19/2008 |

Print Date/Time: 08/19/2008  9:23:56AM

Attn:

Invoice #

|  | $3,085,894.94 |  |  |  |
|---|---|---|---|---|
| Total Expenses Billed To Date | | Billing Empl: | 0120 | Elihu Inselbuch |
| | | Responsible Empl: | 0120 | Elihu Inselbuch |
| | | Alternate Empl: | 0120 | Elihu Inselbuch |
| | | Originating Empl: | 0120 | Elihu Inselbuch |

**Summary by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G --------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 625.00 | 0.00 | 445.00 |
| 0120 | EI | Elihu Inselbuch | 0.00 | 81.86 | 0.00 | 81.86 |
| 0187 | NDF | Nathan D Finch | 0.00 | 1,852.01 | 0.00 | 1,789.01 |
| 0204 | AWG | Ann W Geier | 0.00 | 9.20 | 0.00 | 9.20 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 10.70 | 0.00 | 10.70 |
| 0232 | LK | Lauren Karastergiou | 0.00 | 3.70 | 0.00 | 3.70 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 6.10 | 0.00 | 6.10 |
| 0363 | AJS | Andrew J Sackett | 0.00 | 91.00 | 0.00 | 91.00 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 7,530.18 | 0.00 | 7,530.18 |
| **Total Fees** | | | **0.00** | **10,209.75** | **0.00** | **9,966.75** |

**Detail Time / Expense by Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G --------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| | | | | C&D | | | | | | | |
| 2266206 | Pacer Service; User research April thru June in DC office | E | 08/04/2008 | 0999 | | 0.00 | $26.56 | | 0.00 | $26.56 | 26.56 |
| | | | | AJS | | | | | | | |
| 2269317 | Photocopy | E | 08/05/2008 | 0363 | | 0.00 | $11.90 | | 0.00 | $11.90 | 38.46 |
| | | | | AJS | | | | | | | |
| 2269394 | Photocopy | E | 08/05/2008 | 0363 | | 0.00 | $1.40 | | 0.00 | $1.40 | 39.86 |
| | | | | LK | | | | | | | |
| 2269444 | Photocopy | E | 08/06/2008 | 0232 | | 0.00 | $1.60 | | 0.00 | $1.60 | 41.46 |

{D0140409.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008 9:23:56AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2269478 | Photocopy | | E | 08/06/2008 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 41.56 |
| 2269484 | Photocopy | | E | 08/06/2008 | 0220 | SKL | 0.00 | $6.10 | 0.00 | $6.10 | 47.66 |
| 2269485 | Photocopy | | E | 08/06/2008 | 0204 | AWG | 0.00 | $9.20 | 0.00 | $9.20 | 56.86 |
| 2269486 | Photocopy | | E | 08/06/2008 | 0220 | SKL | 0.00 | $0.60 | 0.00 | $0.60 | 57.46 |
| 2269499 | Photocopy | | E | 08/06/2008 | 0317 | JAL | 0.00 | $6.10 | 0.00 | $6.10 | 63.56 |
| 2269526 | Equitrac - Long Distance to 2123197125 | E | 08/06/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 63.62 |
| 2269562 | Federal Express to Mark Meyer from EI on 7/30 | E | 08/07/2008 | 0120 | EI | 0.00 | $43.77 | 0.00 | $43.77 | 107.39 |
| 2269565 | Business Card charged for Informaworld article for NDF | E | 08/07/2008 | 0187 | NDF | 0.00 | $35.00 | 0.00 | $35.00 | 142.39 |
| 2269696 | Photocopy | | E | 08/07/2008 | 0232 | LK | 0.00 | $1.00 | 0.00 | $1.00 | 143.39 |
| 2269699 | Photocopy | | E | 08/07/2008 | 0999 | C&D | 0.00 | $0.60 | 0.00 | $0.60 | 143.99 |
| 2269705 | Photocopy | | E | 08/07/2008 | 0220 | SKL | 0.00 | $3.90 | 0.00 | $3.90 | 147.89 |
| 2269713 | Photocopy | | E | 08/07/2008 | 0232 | LK | 0.00 | $0.50 | 0.00 | $0.50 | 148.39 |
| 2270777 | ADA Travel   NDF 7/30 travel from New York to Philadelphia   (coach class fare $125.00) | E | 08/13/2008 | 0187 | NDF | 0.00 | $188.00 | 0.00 | $125.00 | 273.39 |
| 2270778 | ADA Travel  Agency fee on  NDF 7/30 travel from New York to Philadelphia  (coach class fare $125.00) | E | 08/13/2008 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 313.39 |
| 2270779 | ADA Travel   NDF 7/30 coach class fare to NYC | E | 08/13/2008 | 0187 | NDF | 0.00 | $339.50 | 0.00 | $339.50 | 652.89 |
| 2270780 | ADA Travel Agency fee on  NDF 7/30 coach class fare to NYC | E | 08/13/2008 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 692.89 |
| 2270782 | ADA Travel   PVNL 7/30 air fare to NYC   (coach | E | 08/13/2008 | 0020 | PVL | 0.00 | $560.00 | 0.00 | $380.00 | 1,072.89 |

{D0140409.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008  9:23:56AM

Attn:

Invoice #

class fare $380.00)

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2270783 | ADA Travel   Agency fee on PVNL 7/30 air fare to NYC    (coach class fare $380.00) | E | 08/13/2008 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 1,112.89 |
| 2270786 | ADA Travel    NDF 8/8 business class train fare to NYC | E | 08/13/2008 | 0187 | NDF | 0.00 | $172.00 | 0.00 | $172.00 | 1,284.89 |
| 2270787 | ADA Travel   Agency fee on  NDF 8/8 business class train fare to NYC | E | 08/13/2008 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 1,324.89 |
| 2270789 | ADA Travel    DNV 8/28 coach class air fare to NYC | E | 08/13/2008 | 0187 | NDF | 0.00 | $679.00 | 0.00 | $679.00 | 2,003.89 |
| 2270790 | ADA Travel   Agency fee on  DNV 8/28 coach class air fare to NYC | E | 08/13/2008 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 2,043.89 |
| 2270987 | Photocopy | E | 08/13/2008 | 0999 | C&D | 0.00 | $18.00 | 0.00 | $18.00 | 2,061.89 |
| 2271554 | Equitrac - Long Distance to 2164011100 | E | 08/15/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 2,061.94 |
| 2271555 | Equitrac - Long Distance to 2164011100 | E | 08/15/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 2,061.99 |
| 2271583 | Photocopy | E | 08/15/2008 | 0363 | AJS | 0.00 | $0.60 | 0.00 | $0.60 | 2,062.59 |
| 2271587 | Photocopy | E | 08/15/2008 | 0363 | AJS | 0.00 | $18.00 | 0.00 | $18.00 | 2,080.59 |
| 2271593 | Photocopy | E | 08/15/2008 | 0363 | AJS | 0.00 | $5.70 | 0.00 | $5.70 | 2,086.29 |
| 2271594 | Photocopy | E | 08/15/2008 | 0363 | AJS | 0.00 | $4.70 | 0.00 | $4.70 | 2,090.99 |
| 2271601 | Photocopy | E | 08/15/2008 | 0363 | AJS | 0.00 | $10.40 | 0.00 | $10.40 | 2,101.39 |
| 2271602 | Photocopy | E | 08/15/2008 | 0363 | AJS | 0.00 | $0.50 | 0.00 | $0.50 | 2,101.89 |
| 2272320 | Photocopy | E | 08/18/2008 | 0363 | AJS | 0.00 | $0.30 | 0.00 | $0.30 | 2,102.19 |
| 2272324 | Photocopy | E | 08/18/2008 | 0363 | AJS | 0.00 | $8.30 | 0.00 | $8.30 | 2,110.49 |

{D0140409.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | | Disbursements | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008  9:23:56AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2272385 | Photocopy | | E | 08/18/2008 | 0363 | AJS | 0.00 | $11.60 | 0.00 | $11.60 | 2,122.09 |
| 2272444 | Equitrac - Long Distance to 2164011100 | | E | 08/18/2008 | 0999 | C&D | 0.00 | $1.06 | 0.00 | $1.06 | 2,123.15 |
| 2271491 | Petty Cash  PVNL parking expense at train station for travel to NYC on 7/30 | | E | 08/18/2008 | 0020 | PVL | 0.00 | $21.00 | 0.00 | $21.00 | 2,144.15 |
| 2271492 | Petty Cash  Meals for PVNL on travel to NYC on 7/30 | | E | 08/18/2008 | 0020 | PVL | 0.00 | $4.00 | 0.00 | $4.00 | 2,148.15 |
| 2274090 | Photocopy | | E | 08/19/2008 | 0363 | AJS | 0.00 | $9.40 | 0.00 | $9.40 | 2,157.55 |
| 2274453 | Photocopy | | E | 08/20/2008 | 0999 | C&D | 0.00 | $8.20 | 0.00 | $8.20 | 2,165.75 |
| 2274508 | Photocopy | | E | 08/20/2008 | 0363 | AJS | 0.00 | $2.30 | 0.00 | $2.30 | 2,168.05 |
| 2274614 | Photocopy | | E | 08/21/2008 | 0363 | AJS | 0.00 | $2.50 | 0.00 | $2.50 | 2,170.55 |
| 2274667 | Equitrac - Long Distance to 9174450518 | | E | 08/21/2008 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 2,170.67 |
| 2274775 | Photocopy | | E | 08/23/2008 | 0363 | AJS | 0.00 | $3.40 | 0.00 | $3.40 | 2,174.07 |
| 2275109 | BostonCoach car service for NDF on travel to NYC on 7/30 | | E | 08/25/2008 | 0187 | NDF | 0.00 | $278.51 | 0.00 | $278.51 | 2,452.58 |
| 2275140 | Federal Express to Katherine Hemming from EI on 8/13 | | E | 08/25/2008 | 0120 | EI | 0.00 | $21.78 | 0.00 | $21.78 | 2,474.36 |
| 2276029 | Photocopy | | E | 08/27/2008 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 2,474.96 |
| 2276089 | Equitrac - Long Distance to 2123199240 | | E | 08/27/2008 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 2,475.17 |
| 2276090 | Equitrac - Long Distance to 2124464806 | | E | 08/27/2008 | 0999 | C&D | 0.00 | $0.69 | 0.00 | $0.69 | 2,475.86 |
| 2276092 | Equitrac - Long Distance to 2123199240 | | E | 08/27/2008 | 0999 | C&D | 0.00 | $0.22 | 0.00 | $0.22 | 2,476.08 |
| 2276379 | Federal Express to Katherine Hemming from EI on 8/20 | | E | 08/29/2008 | 0120 | EI | 0.00 | $16.31 | 0.00 | $16.31 | 2,492.39 |
| | | | | | | C&D | | | | | |

{D0140409.1 }

| Client Number: 4642 | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter 000 | | Disbursements | | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008 9:23:56AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2278562 | Database Research Westlaw by ALV 8/15 | | E | 08/30/2008 | 0999 | | 0.00 | $7.41 | 0.00 | $7.41 | 2,499.80 |
| 2278563 | Database Research Westlaw by AJS 8/4-28 | | E | 08/30/2008 | 0999 | C&D | 0.00 | $7,426.75 | 0.00 | $7,426.75 | 9,926.55 |
| 2276546 | Xeroxing for NYO in August | | E | 08/31/2008 | 0999 | C&D | 0.00 | $40.20 | 0.00 | $40.20 | 9,966.75 |
| **Total Expenses** | | | | | | | | $10,209.75 | | $9,966.75 | |
| | | | | | | | 0.00 | | 0.00 | | |
| | Matter Total Fees | | | | | | | 0.00 | | 0.00 | |
| | Matter Total Expenses | | | | | | | 10,209.75 | | 9,966.75 | |
| | Matter Total | | | | | | 0.00 | 10,209.75 | 0.00 | 9,966.75 | |
| | Prebill Total Fees | | | | | | | | | | |
| | Prebill Total Expenses | | | | | | | $10,209.75 | | $9,966.75 | |
| | Prebill Total | | | | | | 0.00 | $10,209.75 | 0.00 | $9,966.75 | |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 61,476 | 01/24/2008 | 678,109.50 | 14,038.88 |
| 61,925 | 02/25/2008 | 918,478.75 | 183,695.75 |
| 62,322 | 03/24/2008 | 497,631.50 | 99,526.30 |
| 62,687 | 04/23/2008 | 773,798.25 | 154,759.65 |
| 63,204 | 05/29/2008 | 334,244.75 | 66,848.95 |
| 63,675 | 06/26/2008 | 58,919.50 | 11,783.90 |
| 63,976 | 07/25/2008 | 120,952.25 | 24,190.45 |
| 64,338 | 08/20/2008 | 165,694.30 | 165,694.30 |
| | | 4,656,869.05 | 756,148.60 |

PREBILL / CONTROL REPORT

Trans Date Range: 1/1/1950 to: 9/30/2008

**Matter 000**
**Disbursements**

{D0140409.1 }

| | | | | | | |
|---|---|---|---|---|---|---|
| **Client Number:** 4642 | | **Grace Asbestos Personal Injury Claimants** | | | | Page: 1 |
| **Matter** 000 | | **Disbursements** | | | | 8/19/2008 |

Print Date/Time: 08/19/2008  9:23:56AM

Attn:

Invoice #

Bill Cycle:   Monthly            Style:       i1            Start:    4/16/2001    Last Billed :    9/29/2008                              13,655

Client Retainers Available   $3,181.68   Committed to Invoices:   $0.00   Remaining:   $3,181.68

Total Expenses Billed To Date   $3,095,861.69

Billing Empl:       0120    Elihu  Inselbuch
Responsible Empl:   0120    Elihu  Inselbuch
Alternate Empl:     0120    Elihu  Inselbuch
Originating Empl:   0120    Elihu  Inselbuch

**Summary by Employee**

| | | | ---------- ACTUAL ---------- | | ---------- BILLING ---------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 1,357.05 | 0.00 | 1,063.55 |
| 0120 | EI  | Elihu Inselbuch      | 0.00 | 175.00   | 0.00 | 109.00   |
| 0187 | NDF | Nathan D Finch       | 0.00 | 352.51   | 0.00 | 352.51   |
| 0204 | AWG | Ann W Geier          | 0.00 | 14.90    | 0.00 | 14.90    |
| 0220 | SKL | Suzanne K Lurie      | 0.00 | 4.90     | 0.00 | 4.90     |
| 0232 | LK  | Lauren Karastergiou  | 0.00 | 1.70     | 0.00 | 1.70     |
| 0237 | SRB | Sidney R Barnes      | 0.00 | 99.00    | 0.00 | 99.00    |
| 0317 | JAL | Jeffrey A Liesemer   | 0.00 | 735.90   | 0.00 | 541.90   |
| 0380 | EB  | Eugenia Benetos      | 0.00 | 1.00     | 0.00 | 1.00     |
| 0999 | C&D | Caplin &. Drysdale   | 0.00 | 180.47   | 0.00 | 180.47   |
| **Total Fees** | | | **0.00** | **2,922.43** | **0.00** | **2,368.93** |

**Detail Time / Expense by Date**

| | | | | ---------- ACTUAL ---------- | | | ---------- BILLING ---------- | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |
| | | | | NDF | | | | | | | |
| 2276530 | Petty Cash  Cab expenses for NDF on travel to NYC to meet w/Horkovich on 8/28 | E | 09/02/2008 | 0187 | | 0.00 | $68.00 | | 0.00 | $68.00 | 68.00 |
| | | | | NDF | | | | | | | |

{D0140409.1}

| Client Number: 4642 | | | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | | Disbursements | | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008  9:23:56AM

Attn:

| | | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2276531 | Petty Cash  Snack for NDF while on travel to NYC for meeting w/Horkovich on 8/28 | E | 09/02/2008 | 0187 | | 0.00 | $4.00 | 0.00 | $4.00 | 72.00 |
| | | | | | JAL | | | | | |
| 2280564 | Photocopy | E | 09/03/2008 | 0317 | | 0.00 | $5.00 | 0.00 | $5.00 | 77.00 |
| | | | | | C&D | | | | | |
| 2279222 | Equitrac - Long Distance to 8438300710 | E | 09/04/2008 | 0999 | | 0.00 | $0.65 | 0.00 | $0.65 | 77.65 |
| | | | | | C&D | | | | | |
| 2279249 | Equitrac - Long Distance to 2486476966 | E | 09/04/2008 | 0999 | | 0.00 | $0.60 | 0.00 | $0.60 | 78.25 |
| | | | | | LK | | | | | |
| 2279303 | Photocopy | E | 09/05/2008 | 0232 | | 0.00 | $0.90 | 0.00 | $0.90 | 79.15 |
| | | | | | C&D | | | | | |
| 2279349 | Equitrac - Long Distance to 2123199240 | E | 09/05/2008 | 0999 | | 0.00 | $0.08 | 0.00 | $0.08 | 79.23 |
| | | | | | C&D | | | | | |
| 2279369 | Equitrac - Long Distance to 2124464934 | E | 09/05/2008 | 0999 | | 0.00 | $1.64 | 0.00 | $1.64 | 80.87 |
| | | | | | C&D | | | | | |
| 2279386 | Equitrac - Long Distance to 2123199240 | E | 09/05/2008 | 0999 | | 0.00 | $0.16 | 0.00 | $0.16 | 81.03 |
| | | | | | PVL | | | | | |
| 2278920 | PVNL;  Travel expenses to NYC for meetings on 9/2-3 for meals | E | 09/05/2008 | 0020 | | 0.00 | $66.36 | 0.00 | $66.36 | 147.39 |
| | | | | | PVL | | | | | |
| 2278921 | PVNL;  Travel expenses to NYC for meetings on 9/2-3   for one way train fare to DC from NY (coach class fare $194.00)  (there is no agency fee) | E | 09/05/2008 | 0020 | | 0.00 | $291.00 | 0.00 | $194.00 | 341.39 |
| | | | | | PVL | | | | | |
| 2278922 | PVNL;  Travel expenses to NYC for meetings on 9/2-3   for Hotel Elysee | E | 09/05/2008 | 0020 | | 0.00 | $530.69 | 0.00 | $530.69 | 872.08 |
| | | | | | PVL | | | | | |
| 2278926 | Petty Cash  PVNL cab, subway and parking expenses for travel to NYC on 9/2-3 | E | 09/05/2008 | 0020 | | 0.00 | $49.00 | 0.00 | $49.00 | 921.08 |
| | | | | | PVL | | | | | |
| 2278927 | Petty Cash  Meal expense for PVNL on travel to NYCon 9/2-3 | E | 09/05/2008 | 0020 | | 0.00 | $7.00 | 0.00 | $7.00 | 928.08 |
| | | | | | C&D | | | | | |
| 2279485 | Equitrac - Long Distance to 9174450518 | E | 09/08/2008 | 0999 | | 0.00 | $0.57 | 0.00 | $0.57 | 928.65 |
| | | | | | SKL | | | | | |
| 2279842 | Photocopy | E | 09/09/2008 | 0220 | | 0.00 | $4.80 | 0.00 | $4.80 | 933.45 |
| | | | | | C&D | | | | | |
| 2280051 | Equitrac - Long Distance to 3128612248 | E | 09/09/2008 | 0999 | | 0.00 | $0.74 | 0.00 | $0.74 | 934.19 |
| | | | | | PVL | | | | | |
| 2280131 | ADA Travel  PVNL train fare to Wilmington on 9/2 | E | 09/10/2008 | 0020 | | 0.00 | $393.00 | 0.00 | $196.50 | 1,130.69 |

{D0140409.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008  9:23:56AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | (coach class fare $393.00)   (split between 4642/5334) | | | | | | | | | |
| 2280134 | ADA Travel  Agency fee on  PVNL train fare to Wilmington on 9/2  (coach class fare $393.00) (split between 4642/5334) | E | 09/10/2008 | 0020 | PVL | 0.00 | $20.00 | 0.00 | $20.00 | 1,150.69 |
| 2280366 | Photocopy | E | 09/11/2008 | 0220 | SKL | 0.00 | $0.10 | 0.00 | $0.10 | 1,150.79 |
| 2280693 | Xeroxing | E | 09/11/2008 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 1,150.89 |
| 2280788 | Photocopy | E | 09/12/2008 | 0317 | JAL | 0.00 | $24.30 | 0.00 | $24.30 | 1,175.19 |
| 2281581 | Equitrac - Long Distance to 2123199240 | E | 09/15/2008 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 1,175.30 |
| 2281596 | Photocopy | E | 09/15/2008 | 0237 | SRB | 0.00 | $8.10 | 0.00 | $8.10 | 1,183.40 |
| 2281599 | Photocopy | E | 09/15/2008 | 0237 | SRB | 0.00 | $2.00 | 0.00 | $2.00 | 1,185.40 |
| 2281621 | Photocopy | E | 09/15/2008 | 0237 | SRB | 0.00 | $20.00 | 0.00 | $20.00 | 1,205.40 |
| 2281625 | Photocopy | E | 09/15/2008 | 0204 | AWG | 0.00 | $4.30 | 0.00 | $4.30 | 1,209.70 |
| 2282352 | Local Transporation - NY - EI taxi to two meetings on 9/3/ in NYC | E | 09/17/2008 | 0999 | C&D | 0.00 | $25.00 | 0.00 | $25.00 | 1,234.70 |
| 2283739 | Photocopy | E | 09/17/2008 | 0380 | EB | 0.00 | $1.00 | 0.00 | $1.00 | 1,235.70 |
| 2283751 | Photocopy | E | 09/17/2008 | 0204 | AWG | 0.00 | $3.20 | 0.00 | $3.20 | 1,238.90 |
| 2283753 | Photocopy | E | 09/17/2008 | 0204 | AWG | 0.00 | $1.60 | 0.00 | $1.60 | 1,240.50 |
| 2283757 | Photocopy | E | 09/17/2008 | 0204 | AWG | 0.00 | $1.00 | 0.00 | $1.00 | 1,241.50 |
| 2283761 | Photocopy | E | 09/17/2008 | 0204 | AWG | 0.00 | $3.20 | 0.00 | $3.20 | 1,244.70 |
| 2283771 | Photocopy | E | 09/17/2008 | 0204 | AWG | 0.00 | $1.60 | 0.00 | $1.60 | 1,246.30 |

{D0140409.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008  9:23:56AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2283791 | Photocopy | | E | 09/17/2008 | 0317 | JAL | 0.00 | $7.80 | 0.00 | $7.80 | 1,254.10 |
| 2283913 | Equitrac - Long Distance to 2122781322 | | E | 09/17/2008 | 0999 | C&D | 0.00 | $0.21 | 0.00 | $0.21 | 1,254.31 |
| 2284755 | Equitrac - Long Distance to 2123199240 | | E | 09/18/2008 | 0999 | C&D | 0.00 | $0.47 | 0.00 | $0.47 | 1,254.78 |
| 2284791 | Equitrac - Long Distance to 2122781322 | | E | 09/18/2008 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 1,254.85 |
| 2284877 | Photocopy | | E | 09/18/2008 | 0317 | JAL | 0.00 | $2.20 | 0.00 | $2.20 | 1,257.05 |
| 2284897 | Photocopy | | E | 09/18/2008 | 0317 | JAL | 0.00 | $6.00 | 0.00 | $6.00 | 1,263.05 |
| 2284941 | ADA Travel   JAL 9/15 travel to NYC  (coach class fare $409.00) | E | 09/19/2008 | 0317 | JAL | 0.00 | $603.00 | 0.00 | $409.00 | 1,672.05 |
| 2284942 | ADA Travel  Agency fee on  JAL 9/15 travel to NYC (coach class fare $409.00) | E | 09/19/2008 | 0317 | JAL | 0.00 | $40.00 | 0.00 | $40.00 | 1,712.05 |
| 2284946 | BostonCoach  car service for NDF to DC National airport and Rockefeller Center in NYC on 8/28 | E | 09/19/2008 | 0187 | NDF | 0.00 | $280.51 | 0.00 | $280.51 | 1,992.56 |
| 2285157 | Photocopy | | E | 09/19/2008 | 0237 | SRB | 0.00 | $44.00 | 0.00 | $44.00 | 2,036.56 |
| 2285180 | Photocopy | | E | 09/19/2008 | 0999 | C&D | 0.00 | $23.10 | 0.00 | $23.10 | 2,059.66 |
| 2285186 | Photocopy | | E | 09/19/2008 | 0999 | C&D | 0.00 | $0.40 | 0.00 | $0.40 | 2,060.06 |
| 2285211 | Photocopy | | E | 09/19/2008 | 0237 | SRB | 0.00 | $6.00 | 0.00 | $6.00 | 2,066.06 |
| 2285218 | Photocopy | | E | 09/19/2008 | 0232 | LK | 0.00 | $0.20 | 0.00 | $0.20 | 2,066.26 |
| 2285225 | Photocopy | | E | 09/19/2008 | 0237 | SRB | 0.00 | $7.00 | 0.00 | $7.00 | 2,073.26 |
| 2285227 | Photocopy | | E | 09/19/2008 | 0232 | LK | 0.00 | $0.60 | 0.00 | $0.60 | 2,073.86 |
| 2285259 | Photocopy | | E | 09/19/2008 | 0317 | JAL | 0.00 | $6.80 | 0.00 | $6.80 | 2,080.66 |
| 2285271 | Equitrac - Long Distance to 2123199240 | | E | 09/19/2008 | 0999 | C&D | 0.00 | $0.53 | 0.00 | $0.53 | 2,081.19 |

{D0140409.1 }

| Client Number: | 4642 | Grace Asbestos Personal Injury Claimants | | | | | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Matter | 000 | Disbursements | | | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008  9:23:56AM

Attn:

Invoice #

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2285297 | Equitrac - Long Distance to 2123199240 | | E | 09/19/2008 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 2,081.37 |
| 2285649 | Photocopy | | E | 09/22/2008 | 0999 | C&D | 0.00 | $49.50 | 0.00 | $49.50 | 2,130.87 |
| 2285652 | Photocopy | | E | 09/22/2008 | 0237 | SRB | 0.00 | $6.40 | 0.00 | $6.40 | 2,137.27 |
| 2285792 | Photocopy | | E | 09/23/2008 | 0237 | SRB | 0.00 | $5.50 | 0.00 | $5.50 | 2,142.77 |
| 2285827 | Equitrac - Long Distance to 2123199240 | | E | 09/23/2008 | 0999 | C&D | 0.00 | $0.08 | 0.00 | $0.08 | 2,142.85 |
| 2285834 | Equitrac - Long Distance to 2124464934 | | E | 09/23/2008 | 0999 | C&D | 0.00 | $0.28 | 0.00 | $0.28 | 2,143.13 |
| 2286232 | Equitrac - Long Distance to 2124464934 | | E | 09/24/2008 | 0999 | C&D | 0.00 | $0.67 | 0.00 | $0.67 | 2,143.80 |
| 2286263 | Equitrac - Long Distance to 2124464889 | | E | 09/24/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 2,143.86 |
| 2286279 | Equitrac - Long Distance to 2123199240 | | E | 09/24/2008 | 0999 | C&D | 0.00 | $0.12 | 0.00 | $0.12 | 2,143.98 |
| 2286290 | Equitrac - Long Distance to 2124464889 | | E | 09/24/2008 | 0999 | C&D | 0.00 | $0.41 | 0.00 | $0.41 | 2,144.39 |
| 2286548 | Equitrac - Long Distance to 2125065173 | | E | 09/25/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 2,144.44 |
| 2286560 | Equitrac - Long Distance to 2124464889 | | E | 09/25/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 2,144.50 |
| 2286561 | Equitrac - Long Distance to 2124464889 | | E | 09/25/2008 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 2,144.86 |
| 2286577 | Equitrac - Long Distance to 2124464889 | | E | 09/25/2008 | 0999 | C&D | 0.00 | $0.25 | 0.00 | $0.25 | 2,145.11 |
| 2286596 | Equitrac - Long Distance to 2124464889 | | E | 09/25/2008 | 0999 | C&D | 0.00 | $0.68 | 0.00 | $0.68 | 2,145.79 |
| 2286623 | Elite Limousine car serivce for JAL to train station while in NYC on 916 | | E | 09/29/2008 | 0317 | JAL | 0.00 | $40.80 | 0.00 | $40.80 | 2,186.59 |
| 2287481 | Equitrac - Long Distance to 8054993572 | | E | 09/29/2008 | 0999 | C&D | 0.00 | $0.41 | 0.00 | $0.41 | 2,187.00 |
| 2287489 | Equitrac - Long Distance to 2124464934 | | E | 09/29/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 2,187.06 |

{D0140409.1 }

| Client Number: 4642 | | | | | Grace Asbestos Personal Injury Claimants | | | | | Page: 1 |
|---|---|---|---|---|---|---|---|---|---|---|
| **Matter    000** | | | **Disbursements** | | | | | | | 8/19/2008 |

Print Date/Time: 08/19/2008  9:23:56AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2287511 | Equitrac - Long Distance to 8054993572 | E | 09/29/2008 | 0999 | C&D | 0.00 | $0.62 | 0.00 | $0.62 | 2,187.68 |
| 2287557 | Equitrac - Long Distance to 6182592222 | E | 09/30/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 2,187.74 |
| 2287570 | Color copier copies from NYO in September | E | 09/30/2008 | 0999 | C&D | 0.00 | $31.60 | 0.00 | $31.60 | 2,219.34 |
| 2290561 | Database Research- WESTLAW by NDF on 9/29 | E | 09/30/2008 | 0999 | C&D | 0.00 | $40.59 | 0.00 | $40.59 | 2,259.93 |
| 2287184 | EI;  R/T train fare Wilmington to attend hearings on 9/29 Coach fare $218.00 (split between 4642 & 5091) | E | 09/30/2008 | 0120 | EI | 0.00 | $175.00 | 0.00 | $109.00 | 2,368.93 |

**Total Expenses**

$2,922.43

0.00                                                      0.00                             $2,368.93

Matter Total Fees                                         0.00                             0.00

Matter Total Expenses                                     2,922.43                         2,368.93

Matter Total                                  0.00        2,922.43          0.00           2,368.93

Prebill Total Fees

Prebill Total Expenses                                    $2,922.43                        $2,368.93

Prebill Total                                 0.00        $2,922.43          0.00          $2,368.93

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 61,476 | 01/24/2008 | 678,109.50 | 14,038.88 |
| 61,925 | 02/25/2008 | 918,478.75 | 183,695.75 |
| 62,322 | 03/24/2008 | 497,631.50 | 99,526.30 |
| 62,687 | 04/23/2008 | 773,798.25 | 154,759.65 |
| 63,204 | 05/29/2008 | 334,244.75 | 66,848.95 |
| 63,675 | 06/26/2008 | 58,919.50 | 11,783.90 |
| 63,976 | 07/25/2008 | 120,952.25 | 24,190.45 |
| 64,338 | 08/20/2008 | 165,694.30 | 165,694.30 |
| 64,939 | 09/29/2008 | 122,656.75 | 122,656.75 |

{D0140409.1 }

| | | |
|---|---|---|
| Client Number:   4642 | Grace Asbestos Personal Injury Claimants | Page: 1 |
| Matter       000 | Disbursements | 8/19/2008 |
| | | Print Date/Time: 08/19/2008  9:23:56AM |
| Attn: | | |
| | 4,779,525.80        878,805.35 | Invoice # |

{D0140409.1 }