IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | : | |
| | : | Chapter 11 |
| | : | |
| W. R. GRACE & CO., et al, | : | Case No. 01-1139 (JJF) |
| | : | |
| Debtor | : | Jointly Administered |

**NOTICE OF THIRTIETH INTERIM FEE APPLICATION REQUEST OF
CAPLIN & DRYSDALE, CHARTERED FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JULY 1, 2008 THROUGH SEPTEMBER 30, 2008**

Name of Applicant:  Caplin & Drysdale, Chartered

Authorized to Provide Professional Services to:  The Official Committee of Asbestos Personal Injury Claimants

Date of Retention:  April 12, 2001

Period for which Compensation and Reimbursement is sought:  July 1, 2008 through September 30, 2008

Total Amount of Compensation sought as
actual, reasonable and necessary for applicable period: $403,262.00

Total Amount of Expense Reimbursement
sought as actual, reasonable and necessary for applicable period: $20,326.98

Total Amount of Compensation Paid as
actual, reasonable and necessary for applicable period: $322,609.60

Total Amount of Expense Reimbursement Paid
as actual, reasonable and necessary for applicable period: $20,326.98

Total Amount of Holdback Fees Sought for applicable period:  $80,652.40

**EXHIBIT D**

**CUMULATIVE SUMMARY OF MONTHLY APPLICATIONS OF
CAPLIN & DRYSDALE, CHARTERED, FOR SERVICES RENDERED AND
REIMBURSEMENT OF EXPENSES AS COUNSEL TO
THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS
FOR THE PERIOD JULY 1, 2008 THROUGH SEPTEMBER 30, 2008**

**SUMMARY OF MONTHLY FEE AND EXPENSE STATEMENTS FOR COMPENSATION PERIOD:**

|  |  | **Requested** |  | **Paid** |  |
|---|---|---|---|---|---|
| **Date Filed; Docket No.** | **Period Covered** | **Fees** | **Expenses** | **Fees** | **Expenses** |
| 2/28/03; 3434 | 1/1/03-1/31/03 | $12,007.20 (80% of $15,009.00) | $2,623.50 | **Pending** | **Pending** |
| 3/31/03; 3572 | 2/1/03-2/28/03 | $8,050.40 (80% of $10,063.00) | $2,131.52 | **Pending** | **Pending** |
| 4/29/03; 3719 | 3/1/03-3/31/03 | $7,086.40 (80% of $8,858.00) | $501.43 | **Pending** | **Pending** |

**CUMULATIVE COMPENSATION SUMMARY BY PROJECT CATEGORY**

| Project Category (Examples) | Cumulative July to September, 2008 Hours | Cumulative July to September, 2008 Value | Cumulative From Start of Case Hours | Cumulative From Start of Case Value |
|---|---|---|---|---|
| Asset Analysis and Recovery | .1 | $   84.00 | 21.9 | $   11,338.50 |
| Asset Disposition | .0 | .00 | 3.0 | 2,004.00 |
| Business Operations | .2 | 168.00 | 18.0 | 7,981.00 |
| Case Administration | 20.7 | 11,400.00 | 3,352.9 | 826,067.50 |
| Claim Analysis Objection & Resolution (Asbestos) | 6.2 | 5,035.50 | 1,864.5 | 776,375.50 |
| Claim Analysis Objection & Resolution (Non-Asbestos) | 1.3 | 643.50 | 90.4 | 46,936.50 |
| Committee, Creditors', Noteholders' or Equity Holders' | .0 | .00 | 121.7 | 77,342.00 |
| Employee Benefits/Pension | .0 | .00 | 14.7 | 9,005.00 |
| Employment | .0 | .00 | 45.1 | 11,352.50 |

| | | | | |
|---|---|---|---|---|
| Applications, Applicant | | | | |
| Employment Applications, Others | 6.6 | 4,084.00 | 81.9 | 40,205.50 |
| Fee Applications, Applicant | 23.8 | 8,876.50 | 545.1 | 159,940.00 |
| Fee Applications, Others | .8 | 455.00 | 120.9 | 47,240.50 |
| Financing | .1 | 84.00 | 5.4 | 4,521.00 |
| Hearings | 7.9 | 6,831.00 | 385.7 | 304,593.50 |
| Litigation and Litigation Consulting | 209.5 | 78,994.00 | 21,645.8 | 9,046,882.00 |
| Plan & Disclosure Statement | 389.0 | 260,655.50 | 1,839.4 | 1,073,014.00 |
| Relief from Stay Proceedings | .0 | .00 | 2.7 | 1,732.00 |
| Tax Issues | 10.6 | 4,982.00 | 125.1 | 50,961.50 |
| Tax Litigation | .0 | .00 | 29.5 | 10,076.00 |
| Travel-Non-Working | 29.9 | 10,634.00 | 1,295.3 | 324,763.25 |
| Valuation | .0 | .00 | 5.5 | 3,775.00 |
| ZAI Science Trial | .0 | .00 | 5.9 | 1,688.00 |
| ZAI Science Trial – Expenses | .0 | .00 | .0 | .00 |
| Other | .0 | .00 | .0 | .00 |
| Accounting/Auditing (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Business Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Corporate Finance (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Data Analysis (primarily for accountants & financial advisors) | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance Adv. Proceeding | .0 | .00 | .0 | .00 |
| Fraudulent Conveyance – Expenses | .0 | .00 | .0 | .00 |
| Fraudulent Auditor Matters | .0 | .00 | .5 | 170.00 |
| Fee Auditor Matters | 19.5 | 10,335.00 | 107.3 | 52,017.50 |
| **Totals** | **726.2** | **$403,262.00** | **31,728.2** | **$12,889,982.25** |

**CUMULATIVE EXPENSE SUMMARY**

| Expense Category (Examples) | Total Expenses For The Period 7/1/08 – 9/30/08 | Total Expense From The Petition Date |
|---|---:|---:|
| Computer Assisted Research | $ 11,623.18 | $ 277,973.52 |
| Research Material | 26.56 | 10,382.65 |
| Air Freight & Express Mail | 95.21 | 18,784.05 |
| Outside Local Deliveries | 34.75 | 4,130.15 |
| Filing Fees | .00 | 164.75 |
| Outside Fax Service | .00 | 12.00 |
| Conference Meals | 24.30 | 12,788.56 |
| Outside Photocopy Service | .00 | 256,601.40 |
| Professional Fees & Expert Witness Fees | .00 | 1,860,187.50 |
| Court Reporting/Transcript Service | 1,652.23 | 168,053.28 |
| Miscellaneous Client Advances | 35.00 | 37,468.67 |
| Air & Train Transportation | 3,826.00 | 145,163.44 |
| Meals Related to Travel | 197.61 | 18,503.30 |
| Travel Expenses – Hotel Charges | 1,159.78 | 91,313.91 |
| Travel Expenses – Ground Transportation | 915.28 | 55,362.60 |
| Travel Expenses – Miscellaneous | .00 | 1,143.50 |
| Travel Expenses – LD Calls on Hotel Bill | .00 | 1,846.14 |
| Local Transportation - DC | 20.00 | 4,870.87 |
| Local Transportation – NY | 25.00 | 409.39 |
| Xeroxing | 668.30 | 99,178.25 |
| Postage | .00 | 5,344.57 |
| Overtime Expenses | .00 | .00 |
| Overtime Meals | .00 | 26.20 |
| Telecopier | .00 | 2,376.10 |
| Long Distance –Credit Card | .00 | 1,080.99 |
| Long Distance Telephone - DC | 23.78 | 2,297.42 |
| NYO Long Distance Telephone | .00 | 12,794.58 |
| Use of Cell/Home Phone | .00 | 2,143.69 |
| **TOTAL** | **$ 20,326.98** | **$ 3,090,401.48** |