# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| August 14, 2008 | INVOICE:          226969 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

### PROFESSIONAL SERVICES through 07/31/08

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/01/08 | Continue research re: triggering excess insurer duties under alternative scenarios (3.00); review and analyze articles and case law re: same (2.10). | W001 | KES | 5.10 |
| 07/01/08 | Attention to joint corporation agreement with FCR. | W001 | RMH | 0.50 |
| 07/01/08 | Revise memorandum re. third party insurance coverage issues. | W001 | RYC | 6.50 |
| 07/02/08 | Review and revise time entries. | W011 | AHP | 1.50 |
| 07/02/08 | Analysis of insurance policies/related documents re: various asbestos premises coverage issues. | W001 | GFF | 2.40 |
| 07/02/08 | Review and analyze additional case law re: effect of settlement of action upon excess coverage recoveries (4.00); finalize research re: same in national search (3.30). | W001 | KES | 7.30 |
| 07/02/08 | Attention to settlement offer from domestic insolvent insurance company. | W001 | RMH | 1.00 |
| 07/02/08 | Finalize memorandum re. third party insurance coverage issues. | W001 | RYC | 7.20 |
| 07/03/08 | Continue reviewing and revising time entries. | W011 | AHP | 1.50 |
| 07/03/08 | Analysis of selected insurance policies/related documents re: asbestos premises coverage issues. | W001 | GFF | 1.50 |
| 07/03/08 | Review outstanding Grace/Premises defense issues analysis (.50); review specific insurance company tower exhaustion determinations (.50); revisit methodology used in determining exhaustion of towers per M. Garbowski request (1.00). | W001 | HEG | 2.00 |
| 07/03/08 | Perform research re: settlement of claims effect upon exhaustion (1.40); read and analyze caselaw (1.50); finalize memorandum of law re: same (1.50). | W001 | KES | 4.40 |

{D0129863.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| August 14, 2008 | | INVOICE: | | 226969 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/03/08 | Attention to settlement offer from insurance company. | W001 | RMH | 1.00 |
| 07/03/08 | Prepare final memoranda re: pending Libby coverage issues (5.30); Attention to pending settlement offers (.50). | W001 | RYC | 5.80 |
| 07/04/08 | Review and analysis of documents re: remaining Libby coverage issues. | W001 | RYC | 3.00 |
| 07/05/08 | Work on claim allocation. | W001 | MG | 2.50 |
| 07/07/08 | Assist R. Chung in preparing responses to insurance company document request (3.50); work on methodologies to use in determining each coverage tower's relative exhaustion limits on a policy-by-policy basis (1.00); practical application of new methodologies in determining coverage tower exhaustion (2.50). | W001 | HEG | 7.00 |
| 07/07/08 | Attention to settlements in connection with exhaustion. | W001 | KES | 0.20 |
| 07/07/08 | Work on CNA information requests. | W001 | MG | 2.50 |
| 07/07/08 | Attention to settlement offer from potential settling insurance company. | W001 | RMH | 0.50 |
| 07/07/08 | Research and analysis regarding premises/non-products/completed operations insurance issues (3.50).  Prepare analysis of all outstanding issues concerning primary coverage (3.20). | W001 | RYC | 6.70 |
| 07/08/08 | Analysis of selected insurance policies re: asbestos premises coverage issues. | W001 | GFF | 0.90 |
| 07/08/08 | Additional assistance in researching and reproducing insurance company document/ Information requests per R. Horkovich & R. Chung (2.50); further attention to determining coverage tower exhaustion limits (1.50); new methodology in coverage tower exhaustion determination employed and captured in various spreads (3.00). | W001 | HEG | 7.00 |
| 07/08/08 | Began to review information re: "exhausted v. insolvent v. available limits v. settled limits." | W001 | IF | 1.50 |
| 07/08/08 | Duplicate and revise color-coded insurance charts using CorelDraw software. | W001 | KS | 2.00 |

{D0129863.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| August 14, 2008 | | INVOICE: | | 226969 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/08/08 | Attention to Geico companies, CNA issues, and all allocation questions (1.50); review materials re: same (.50). | W001 | MG | 2.00 |
| 07/08/08 | Review and analysis of status of Highlands UK claims (1.20). Review Grace allocation models (.50). Prepare analysis of CNA document request (2.50). Revise memo regarding premises/non-products/completed operations insurance issues (2.70). | W001 | RYC | 6.90 |
| 07/09/08 | Research and draft e-mail and chart reviewing fee application information. | W011 | AHP | 1.50 |
| 07/09/08 | Analysis of selected insurance policies re: asbestos premises coverage issues. | W001 | GFF | 2.30 |
| 07/09/08 | Highlands (UK) policy participation research request (1.50); additional color chart and spread edits for insurance company document/information request meeting (1.50); coverage tower exhaustion calculations and spreadsheet entry (2.50); potential settlement coverage tower calculations and spread edits per M. Garbowski (1.50). | W001 | HEG | 7.00 |
| 07/09/08 | Continued to review Grace insurance policies re: "defense costs" and "follow form." | W001 | IF | 1.50 |
| 07/09/08 | Searched on-line resources re: Libby Claimants 2019 Statement per R. Chung request. | W001 | IF | 1.00 |
| 07/09/08 | Helped to prepare exhaustion and available limit information. | W001 | IF | 1.00 |
| 07/09/08 | Duplicate and revise color-coded insurance charts using CorelDraw software. | W001 | KS | 1.30 |
| 07/09/08 | Edit plan of reorganization. | W001 | RMH | 2.00 |
| 07/09/08 | Follow-up analysis and research regarding status of Highlands UK coverage (1.80). Attention to valuation issues (.50). Research regarding worker's compensation impact on coverage (2.00). Follow-up regarding outstanding choice of law issues for coverage recovery (1.00). Work on premises/non-products/completed operations insurance issues (1.90). | W001 | RYC | 7.20 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| August 14, 2008 | | INVOICE: | | 226969 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/10/08 | E-mail to client re: outstanding payments (.60); revise fee application chart (.60). | W011 | AHP | 1.20 |
| 07/10/08 | Analysis of selected insurance policies/related documents re: asbestos premises coverage issues. | W001 | GFF | 2.10 |
| 07/10/08 | Continued coverage tower exhaustion calculations using new methodology (4.00); additional insurance company document/information request response assistance (1.50); additional potential settlement tower calculations per M. Garbowski (1.50). | W001 | HEG | 7.00 |
| 07/10/08 | Reviewed and studied Grace insurance policies re: "aggregate limits" "defense costs" and "follow form." | W001 | IF | 1.50 |
| 07/10/08 | Helped to prepare exhaustion and available limits information. | W001 | IF | 1.00 |
| 07/10/08 | Conference call with Highlands UK (1.00). Edit plan (1.00). Scott's claim (1.00). Preparation for meeting with major domestic insurance company (2.00). Attention to coverage for Libby claims (1.00). | W001 | RMH | 6.00 |
| 07/10/08 | Meeting with Highlands UK and follow-up memo (2.00). Analysis and research regarding workers' compensation issues (2.20). Analysis and response to N. Finch regarding coverage settlement (1.20). Work on memo regarding Libby specific issues (1.30). | W001 | RYC | 6.70 |
| 07/11/08 | Analysis of selected insurance policies re: asbestos premises coverage issues. | W001 | GFF | 3.50 |
| 07/11/08 | Continued coverage tower non-exhausted calculations per M. Garbowski (3.50); continued potential settlement coverage tower subset creation (1.00). | W001 | HEG | 4.50 |
| 07/11/08 | Helped to prepare status of insurance policy limits. | W001 | IF | 1.50 |
| 07/11/08 | Continued to review and prepare insurance policy information for "limits of liability" "defense costs" and "follow form." | W001 | IF | 1.50 |
| 07/11/08 | Review memorandum of law re: issues in anticipation of coverage action. | W001 | KES | 0.70 |

{D0129863.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| August 14, 2008 | | INVOICE: | 226969 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/11/08 | Per request of R. Horkovich, search and review files and case indices for assignment of insurance (.70). Preparation of same (.20). | W001 | KGR | 0.90 |
| 07/11/08 | Work on CNA calculations | W001 | MG | 1.00 |
| 07/11/08 | Scott's claim (2.00).  Assignment of insurance (1.00).  Confer with Jeff Posner (1.00). Conference call regarding C.N.A. coverage (1.00).  Prepare for same (.50).  Follow-up (.50). | W001 | RMH | 7.00 |
| 07/11/08 | Follow-up presentation of CNA materials (2.30). Follow-up regarding vendor endorsement (1.50). Plan assignment of insurance (2.00). | W001 | RYC | 5.80 |
| 07/11/08 | Review and comment upon fee application. | W011 | RYC | 0.50 |
| 07/13/08 | Prepare supplemental memo regarding remaining coverage issues raised by Libby claimants. | W001 | RYC | 2.80 |
| 07/14/08 | Review and revise changes. | W011 | AHP | 0.60 |
| 07/14/08 | Insurance policy analysis re: various asbestos premises coverage issues. | W001 | GFF | 2.20 |
| 07/14/08 | Highlands (UK) limits research per R. Chung (.50); Integrity NOD Objection research per R. Chung (1.50); edits of color coverage chart depicting towers of possible settlement (1.00); continued work on non-exhaustion calculations of entire Products coverage program (2.00). | W001 | HEG | 5.00 |
| 07/14/08 | Continued to review and analyze Grace insurance policies re: "available limits" and "defense costs." | W001 | IF | 1.00 |
| 07/14/08 | Reviewed information re: Highland UK insurance policies. | W001 | IF | 1.50 |
| 07/14/08 | Travel to and from Washington, D.C. for meeting regarding settlement with major domestic insurance company. | W001 | RMH | 4.00 |
| 07/14/08 | Meeting with major domestic insurance company regarding settlement (3.00).  Prepare for same (3.00). Follow-up with client regarding same (1.00). Attention to providing information to Highlands UK (.50).  Attention to Mississippi Insurance Company stock distribution (1.00). | W001 | RMH | 8.50 |

{D0129863.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                                          MATTER:         100055.WRG01

August 14, 2008                                                                          INVOICE:              226969

MATTER:  CLAIMANTS COMMITTEE                                             ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/14/08 | Review policy information regarding Highlands UK (.20).  Attention to and research regarding objection to notice of denial from Integrity (.50).  Respond to inquiry regarding premises/non-products coverage availability (6.00). | W001 | RYC | 6.70 |
| 07/15/08 | Review and revise time entries. | W011 | AHP | 1.50 |
| 07/15/08 | Continued review and adjustment of total coverage program non-exhaustion policy-by-policy calculations per M. Garbowski | W001 | HEG | 4.50 |
| 07/15/08 | Helped to review information re:  2004 - 2005 Grace insurance tower. | W001 | IF | 1.00 |
| 07/15/08 | Attention to CEAI request for information (1.00). Attention to Grace insurance allocation models (1.00).   Attention to distribution by Mission Insurance Company (.50). | W001 | RMH | 2.50 |
| 07/15/08 | Draft memo, research, and analysis regarding Libby claimant approach to prior settlements, assignments, worker's compensation issues and choice of law issues. | W001 | RYC | 7.30 |
| 07/16/08 | Finalize and release bill. | W011 | AHP | 0.50 |
| 07/16/08 | Analysis of selected insurance policies re: asbestos premises coverage issues. | W001 | GFF | 2.50 |
| 07/16/08 | Continued coverage tower non-exhaustion calculations and spreadsheet edits reflecting results per M. Garbowski. | W001 | HEG | 3.00 |
| 07/16/08 | Helped to review W.R. Grace remaining limits information and updating master policy register. | W001 | IF | 1.20 |
| 07/16/08 | Revise color-coded insurance charts using CorelDraw software. | W001 | KS | 0.50 |
| 07/16/08 | Emails re: allocation issues and CEAI. | W001 | MG | 0.70 |
| 07/16/08 | Revise memo, research, and analysis regarding Libby claimant approach to prior settlements, assignments, worker's compensation issues and choice of law issues. | W001 | RYC | 6.80 |
| 07/17/08 | Analysis of selected insurance policies re: follow form, defense costs and related issues. | W001 | GFF | 2.90 |

{D0129863.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| August 14, 2008 | | INVOICE: | | 226969 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/17/08 | Additional settlement coverage tower color charts edited (1.00); continued review and write-up of methodology used in calculating non-exhaustion figures in total products coverage program assignment (2.00). | W001 | HEG | 3.00 |
| 07/17/08 | Continued to review Grace insurance policies re: Follow Form and Loss Payable information. | W001 | IF | 1.00 |
| 07/17/08 | Work on Geico and CNA claims (1.00); Attention to allocation models (.20). | W001 | MG | 1.20 |
| 07/17/08 | Update and review status of Highlands UK (.20). Revise supplemental memo regarding remaining Libby claimant issues for R. Horkovich review (8.60). | W001 | RYC | 8.80 |
| 07/17/08 | Attention to fee application issues. | W001 | RYC | 0.20 |
| 07/18/08 | Insurance policy analysis re: Workers Compensation coverage issues. | W001 | GFF | 1.40 |
| 07/18/08 | Workers Comp exclusionary language in GL primary & excess policies researched per R. Chung request. | W001 | HEG | 3.00 |
| 07/18/08 | Helped to review Grace insurance policies re: Worker's Compensation Exclusion. | W001 | IF | 1.40 |
| 07/18/08 | Searched files and in-house database resources re: New York Law and "deductibles" per R. Chung request. | W001 | IF | 0.80 |
| 07/18/08 | Work on Geico and CNA claims (1.20); Attention to allocation models (.50). | W001 | MG | 1.70 |
| 07/18/08 | Finalize supplemental memo regarding remaining Libby claimant issues for R. Horkovich review. | W001 | RYC | 10.30 |
| 07/19/08 | Attention to BNSF motion to clarify an insurance company opposition (.50).  Attention to insurance policy consent and cooperation provisions and waiver thereof (.50). | W001 | RMH | 1.00 |
| 07/19/08 | Revisions to supplemental memo regarding remaining Libby claimant issues. | W001 | RYC | 2.50 |

{D0129863.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE               MATTER:        100055.WRG01

August 14, 2008                                              INVOICE:          226969

MATTER:  CLAIMANTS COMMITTEE                                 ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/20/08 | Edit memo regarding consent and cooperation provisions in insurance policies and waiver thereof (1.00). Edit memo responding to questions posed by Libby claimants related to insurance (4.00). | W001 | RMH | 5.00 |
| 07/20/08 | Follow-up reservations against and additional research for supplemental memo regarding Libby claimant issues addressing R. Horkovich comments. | W001 | RYC | 4.20 |
| 07/21/08 | Review and discuss 61 page Pitney Day document index for possible issues files per R. Horkovich request. | W001 | HEG | 3.00 |
| 07/21/08 | Reviewed information pending from Jeff Posner and Pitney Day and reviewed Pitney Hardin Index. | W001 | IF | 1.00 |
| 07/21/08 | Hearing before Judge Fitzgerald (4.10). Review and comment on Insurance Assignment Agreement (1.00). | W001 | RMH | 5.10 |
| 07/21/08 | Revise memorandum regarding obstacles to coverage in connection with underlying settlements (1.00). Incorporate comments from R. Horkovich regarding Libby memo (6.7). Attention to issues regarding documentation of historical claims processing (.50). | W001 | RYC | 8.20 |
| 07/22/08 | Research and communications regarding possible Grace objection to Integrity NOD decisions. | W001 | HEG | 2.00 |
| 07/22/08 | Review communication from R. Horkovich re: consent to settle. | W001 | KES | 0.30 |
| 07/22/08 | Hearing with Judge Fitzgerald (2.60). Edit memo regarding legal issues (1.00). Edit proposed assignment agreement (.50). | W001 | RMH | 4.10 |
| 07/22/08 | Finalize supplemental memo for Libby claimants counsel. | W001 | RYC | 7.80 |
| 07/23/08 | Discuss and prepare for upcoming meeting with Future's Representatives. | W001 | HEG | 1.50 |
| 07/23/08 | Reviewed Grace insurance policies re: "Loss Payable" and "Follow Form" provisions. | W001 | IF | 2.00 |
| 07/23/08 | Helped to prepare for client meeting. | W001 | IF | 0.50 |

{D0129863.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                       EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| August 14, 2008 | | INVOICE: | | 226969 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/23/08 | Prepare for meeting with counsel for future claimants | W001 | MG | 2.30 |
| 07/23/08 | Edit analysis of insurance issues related to Libby. | W001 | RMH | 3.00 |
| 07/23/08 | Prepare for meeting with future claimants committee (2.30). Follow-up regarding Libby claimant analysis (1.20). | W001 | RYC | 3.50 |
| 07/24/08 | Prepare for Futures Representatives meeting (.50); attend Futures Representative meeting (3.50); post meeting fact gathering requests (1.00); additional work on potential settlement non-exhaustion calculations per M. Garbowski (1.00). | W001 | HEG | 6.00 |
| 07/24/08 | Preparation and meeting with future claims committee representatives (3.00); reviewed Pitney Day index of Grace records (.80). | W001 | IF | 3.80 |
| 07/24/08 | Prepare for meeting and meeting with counsel for future claimants | W001 | MG | 2.00 |
| 07/24/08 | Meeting with counsel for the Future Claimants' Representative (3.00). Conference with Mr. Lockwood (.50). | W001 | RMH | 3.50 |
| 07/24/08 | Preparation, meeting, and follow-up tasks in connection with meeting with future claimants committee. | W001 | RYC | 6.50 |
| 07/25/08 | Continued post-Futures Rep meeting fact and data gathering assignments per R. Horkovich | W001 | HEG | 1.50 |
| 07/25/08 | Reviewed and prepared assignments from futures committee. | W001 | IF | 1.00 |
| 07/25/08 | Attention to insurance assignment agreement. | W001 | RMH | 1.00 |
| 07/25/08 | Follow-up analysis regarding underlying claims of third-parties for coverage (2.50). Research, analysis, and begin drafting follow-up concerns of claimants committee regarding effect of Plan and settlements (4.50). | W001 | RYC | 7.00 |
| 07/27/08 | Research and analysis in connection with inquiries from future claimants committee. | W001 | RYC | 3.00 |

{D0129863.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 10

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

August 14, 2008                                INVOICE:      226969

MATTER: CLAIMANTS COMMITTEE                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/28/08 | Reviewed and studied Grace settlement agreements for issues raised by futures representatives. | W001 | IF | 4.00 |
| 07/28/08 | Attention to coverage for Libby claims. | W001 | RMH | 2.00 |
| 07/28/08 | Update status of unsettled and in place coverage (.30); review Highlands UK status (2.70); research underlying claims in connection with third party alleged coverage (2.70). | W001 | RYC | 5.70 |
| 07/29/08 | Helped to review settlement agreements. | W001 | CKN | 2.50 |
| 07/29/08 | Reviewed and studied Grace settlement agreements re: issues of concern to futures representatives. | W001 | IF | 4.50 |
| 07/29/08 | Review and prepare anticipated notice letters (2.00); attention to past demands/denials/ reservations of rights (1.80). | W001 | RYC | 3.80 |
| 07/30/08 | Review and revisions to monitoring chart. | W011 | AHP | 1.50 |
| 07/30/08 | Helped to review settlement agreements. | W001 | CKN | 3.50 |
| 07/30/08 | Analysis of settlement agreements re: "Coverage in Place" payment and other issues (4.10); analysis of selected insurance policies re: stub periods and repetition of limits in multi-year policies (2.80). | W001 | GFF | 7.20 |
| 07/30/08 | Began detailed review of Settlement Agreements and CIPs for comparisons of relevant language. | W001 | HEG | 3.50 |
| 07/30/08 | Reviewed and studied Grace settlement agreements re: indemnification information. | W001 | IF | 3.50 |
| 07/30/08 | Analysis of multi-year and partial year insurance policies (1.50); analysis of settlement agreements in connection with indemnity issues (1.50). | W001 | RYC | 3.00 |
| 07/31/08 | Analysis of settlement agreements re: indemnification issues (2.60); analysis of selected insurance policies re: repetition of limits issues in multi-year policies and stub periods (2.10); review/revise chart of policy limits (2.10). | W001 | GFF | 6.80 |
| 07/31/08 | In depth settlement agreement research re: indemnification language with results charted and language compared for possible similarities. | W001 | HEG | 5.00 |

{D0129863.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                     **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 11

W.R. GRACE/CLAIMANTS COMMITTEE                     MATTER:        100055.WRG01

August 14, 2008                                    INVOICE:           226969

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 07/31/08 | Began to review Grace insurance policies re: "Stub Periods." | W001 | IF | 1.00 |
| 07/31/08 | Continued to review and prepare materials re: Grace Settlement Agreement "indemnification" and "cap" provisions. | W001 | IF | 1.50 |
| 07/31/08 | Emails re: remaining information due from Posner (.50); revise allocation model (1.50). | W001 | MG | 2.00 |
| 07/31/08 | Analysis of coverage in place agreements in connection with concerns of future claimants. | W001 | RYC | 2.80 |

**TOTAL FEES:**                                                    **$187,404.00**

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000** **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                             MATTER:        100055.WRG01

August 14, 2008                                            INVOICE:              226969

MATTER:  CLAIMANTS COMMITTEE                                        ROBERT M. HORKOVICH

**FEE SUMMARY**

|                        | RATE   | HOURS  | TOTALS      |
|------------------------|--------|--------|-------------|
| Arline H. Pelton       | 220.00 | 9.80   | 2,156.00    |
| Corina K. Nastu        | 200.00 | 6.00   | 1,200.00    |
| Glenn F. Fields        | 295.00 | 35.70  | 10,531.50   |
| Harris E. Gershman     | 245.00 | 75.50  | 18,497.50   |
| Izak Feldgreber        | 255.00 | 41.20  | 10,506.00   |
| Karen G. Rozinski      | 220.00 | 0.90   | 198.00      |
| Kathleen Samet         | 150.00 | 3.80   | 570.00      |
| Kenneth E. Sharperson  | 395.00 | 18.00  | 7,110.00    |
| Mark Garbowski         | 520.00 | 17.90  | 9,308.00    |
| Robert M. Horkovich    | 790.00 | 57.70  | 45,583.00   |
| Robert Y. Chung        | 520.00 | 157.20 | 81,744.00   |
| **TOTAL FEES:**        |        |        | **$187,404.00** |

{D0129863.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 13

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| August 14, 2008 | INVOICE:    226969 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001    Asset Analysis and Recovery**

|  | HOURS | TOTALS |
|---|---:|---:|
| Corina K Nastu | 6.00 | 1,200.00 |
| Glenn F Fields | 35.70 | 10,531.50 |
| Harris E Gershman | 75.50 | 18,497.50 |
| Izak Feldgreber | 41.20 | 10,506.00 |
| Kenneth E. Sharperson | 18.00 | 7,110.00 |
| Karen G Rozinski | 0.90 | 198.00 |
| Kathleen Samet | 3.80 | 570.00 |
| Mark Garbowski | 17.90 | 9,308.00 |
| Robert M Horkovich | 57.70 | 45,583.00 |
| Robert Y Chung | 156.70 | 81,484.00 |
| **TOTAL:** | **413.40** | **$184,988.00** |

**ACTIVITY CODE: W011    Fee Applications (Applicant)**

|  | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 9.80 | 2,156.00 |
| Robert Y Chung | 0.50 | 260.00 |
| **TOTAL:** | **10.30** | **$2,416.00** |

{D0129863.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 14

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| August 14, 2008 | INVOICE: | 226969 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

**COSTS through 07/31/08**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 07/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges - June 1 - 30, 2008 | E106 | 28.32 |
| 07/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges - June 1 - 30, 2008 | E106 | 52.25 |
| 07/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges - June 1 - 30, 2008 | E106 | 190.04 |
| 07/07/08 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Court call - telephonic hearings | E101 | 25.00 |
| 07/07/08 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Court call - telephonic hearings | E101 | 25.00 |
| 07/07/08 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Court call - telephonic hearings | E101 | 85.00 |
| 07/07/08 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Court call - telephonic hearings | E101 | 57.50 |
| 07/07/08 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Court call - telephonic hearings | E101 | 213.50 |
| 07/07/08 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Court call - telephonic hearings | E101 | 213.50 |
| 07/08/08 | AIRFARE/RAIL EXPS. Ticket #: 7341749636 For: ROBERT HORKOVICH on 7/8/2008 Carrier Code: DL to LGA DCA LGA Invoice # 356423 | E110 | 448.70 |
| 07/08/08 | AIRFARE/RAIL EXPS. Ticket #: 8116066286 For: ROBERT HORKOVICH on 7/8/2008 Carrier Code: XD to AGENT FEE Invoice # 356423 | E110 | 30.00 |
| 07/09/08 | DI - PHOTOCOPYING - | E101 | 15.75 |
| 07/09/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 07/09/08 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 07/10/08 | DI - PHOTOCOPYING - | E101 | 13.25 |
| 07/10/08 | DI - PHOTOCOPYING - | E101 | 52.50 |
| 07/10/08 | DI - PHOTOCOPYING - | E101 | 43.50 |
| 07/11/08 | DI - PHOTOCOPYING - | E101 | 8.00 |
| 07/11/08 | DI - PHOTOCOPYING - | E101 | 107.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:     100055.WRG01

August 14, 2008                                INVOICE:        226969

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 07/11/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 07/11/08 | DI - PHOTOCOPYING - | E101 | 2.75 |
| 07/14/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 07/14/08 | DI - PHOTOCOPYING - | E101 | 0.75 |
| 07/14/08 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 07/15/08 | CLIENT - ON-LINE COMP SVC - VENDOR: PACER SERVICE CENTER AK0010 Document retrieval | E124 | 22.48 |
| 07/16/08 | DI - PHOTOCOPYING - | E101 | 2.25 |
| 07/18/08 | DI - FAX CHARGES - | E104 | 58.50 |
| 07/18/08 | DI - FAX CHARGES - | E104 | 58.50 |
| 07/18/08 | TRAVEL AND/OR HOTEL EXPS. - VENDOR: HORKOVICH, ROBERT M. Travel to/from DC airport for meeting with counsel from Orrick, Herrington & Sutcliffe | E110 | 34.00 |
| 07/18/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 07/22/08 | DI - PHOTOCOPYING - | E101 | 5.25 |
| 07/22/08 | DI - PHOTOCOPYING - | E101 | 1.75 |
| 07/23/08 | MEALS (IN-OFFICE OT) Order ID 90433845 on 07/23/08 at 4:47 PM vendor Bistro New York Catering (51st) for Cruise Phyllis in connection with meeting with futures claims representatives. | E111 | 248.52 |
| 07/23/08 | DI - PHOTOCOPYING - | E101 | 9.00 |
| 07/23/08 | DI - PHOTOCOPYING - | E101 | 0.50 |
| 07/23/08 | DI - PHOTOCOPYING - | E101 | 2.25 |
| 07/23/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 07/24/08 | DI - PHOTOCOPYING - | E101 | 20.25 |
| 07/24/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 07/24/08 | DI - PHOTOCOPYING - | E101 | 1.25 |
| 07/25/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 07/25/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 07/25/08 | DI - PHOTOCOPYING - | E101 | 0.25 |
| 07/29/08 | DI - PHOTOCOPYING - | E101 | 3.50 |
| 07/29/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 07/30/08 | DI - PHOTOCOPYING - | E101 | 3.00 |

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                               **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:        100055.WRG01

August 14, 2008                                        INVOICE:             226969

MATTER:  CLAIMANTS COMMITTEE                                    ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 07/31/08 | DI - PHOTOCOPYING - | E101 | 0.75 |
| 07/31/08 | DI - PHOTOCOPYING - | E101 | 1.25 |

**TOTAL COSTS:**                                                        **$2,093.56**

{D0129863.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000                                                       EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 17

W.R. GRACE/CLAIMANTS COMMITTEE                           MATTER:      100055.WRG01

August 14, 2008                                                          INVOICE:          226969

MATTER:  CLAIMANTS COMMITTEE                                   ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| AR | AIRFARE/RAIL EXPS. | 478.70 |
| CM | CLIENT - ON-LINE COMP SVC | 22.48 |
| FX | DI - FAX CHARGES - | 117.00 |
| LB | LIBRARY & LEGAL RESEARCH | 270.61 |
| ME | MEALS (IN-OFFICE OT) | 248.52 |
| TE | AP - TELEPHONE - | 619.50 |
| TR | TRAVEL AND/OR HOTEL EXPS. | 34.00 |
| XE | DI - PHOTOCOPYING - | 302.75 |
| | **TOTAL COSTS:** | **$2,093.56** |
| | **TOTAL DUE:** | **$189,497.56** |

{D0129863.1 }