Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2008 through July 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 02-Jul-08 | BR | Review of COFC's weekly update report on Grace. | 0.30 | $ 565.00 | $ 169.50 |
| 03-Jul-08 | BR | Review of Grace motion to borrow against its COLI policies. | 0.60 | $ 565.00 | $ 339.00 |
| 04-Jul-08 | BR | Preparation of e-mail to Jimmy Sinclair setting forth preliminary view of Grace's motion to borrow against its COLI policies. | 0.20 | $ 565.00 | $ 113.00 |
| 07-Jul-08 | BR | Tel C w/ Jimmy Sinclair to discuss Grace's LTIP motion. | 0.40 | $ 565.00 | $ 226.00 |
| 07-Jul-08 | BR | Preparation of e-mail to Mark Hurford and Peter Lockwood re Grace's motion to borrow against its COLI policies. | 0.10 | $ 565.00 | $ 56.50 |
| 08-Jul-08 | BR | Review of COFC's weekly update report on Grace. | 0.20 | $ 565.00 | $ 113.00 |
| 14-Jul-08 | BR | Review of weekly update on Grace stock performance. | 0.20 | $ 565.00 | $ 113.00 |
| 21-Jul-08 | BR | Review of final form of Grace LTIP motion. | 0.30 | $ 565.00 | $ 169.50 |
| 21-Jul-08 | BR | Review of Grace motion to acquire interest in limitied liability company developing certain concrete technologies. | 0.40 | $ 565.00 | $ 226.00 |
| 21-Jul-08 | BR | Review of weekly update on Grace stock performance. | 0.20 | $ 565.00 | $ 113.00 |
| | | Total Bradley Rapp | 2.90 | | $ 1,638.50 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 01-Jul-08 | JS | Draft further questions for conference call with Company and Blackstone regarding 2008-2010 LTIP for purposes of advising ACC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| 01-Jul-08 | JS | Write memorandum to Blackstone and Grace detailing questions regarding 2008-2010 LTIP for conference call on 7/3/08 for purposes of advising ACC counsel. | 1.80 | $ 565.00 | $ 1,017.00 |
| 02-Jul-08 | JS | Review FAS 123R and articles on valuation of management stock options in preparation for conference call with Blackstone and Grace on 7/3/08 regarding LTIP. | 1.20 | $ 565.00 | $ 678.00 |
| 03-Jul-08 | JS | Further review of notes, questions for agenda for conference call with Grace and Blackstone on 7/3/08 regarding proposed 2008-2010 LTIP for purposes of advising ACC counsel. | 1.10 | $ 565.00 | $ 621.50 |
| 03-Jul-08 | JS | Conference call with Grace and Blackstone to discuss 2008-2010 LTIP for purposes of advising ACC counsel. | 0.40 | $ 565.00 | $ 226.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2008 through July 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 07-Jul-08 | JS | Review, analyze pricing data for recovery analysis of purposes of advising ACC counsel. | 0.50 | $ 565.00 | $ 282.50 |
| 09-Jul-08 | JS | Commence review and analysis of May 2008 and YTD Monthly Financial Report for valuation monitoring and for purposes of advising ACC counsel. | 2.80 | $ 565.00 | $ 1,582.00 |
| 10-Jul-08 | JS | Review, analyze terms of Dow acquisition of Rohm and Haas and attendant financing for precedent transaction analysis and valuation of Grace for purposes of advising ACC counsel. | 1.40 | $ 565.00 | $ 791.00 |
| 11-Jul-08 | JS | Review, analyze terms of Hercules acquisition by Ashland and attendant financing for precedent transaction analysis and valuation of Grace for purposes of advising ACC counsel. | 1.50 | $ 565.00 | $ 847.50 |
| 14-Jul-08 | JS | Review pricing data for recovery analysis for purposes of advising ACC counsel at counsel's request. | 0.60 | $ 565.00 | $ 339.00 |
| 14-Jul-08 | JS | Review, analyze, revise Cramp's market multiple valuation update and guideline company terms of the Rohm & Haas and Hercules acquisitions for purposes of advising ACC counsel. | 1.80 | $ 565.00 | $ 1,017.00 |
| 14-Jul-08 | JS | Review proposed LTIP 2008-2010 materials for discussion with Blackstone for purposes of advising ACC counsel. | 1.60 | $ 565.00 | $ 904.00 |
| 14-Jul-08 | JS | Call with Blackstone (Bonanno) to discuss 2008-2010 proposal for purposes of advising ACC counsel. | 0.30 | $ 565.00 | $ 169.50 |
| 15-Jul-08 | JS | Analyze revised terms of stock options portion of proposed 2008-2010 LTIP program for purposes of advising ACC counsel. | 2.90 | $ 565.00 | $ 1,638.50 |
| 15-Jul-08 | JS | Develop valuation of option portion of 2008-2010 LTIP program for purposes of advising ACC counsel. | 2.50 | $ 565.00 | $ 1,412.50 |
| 15-Jul-08 | JS | Review FAS 123R for accounting treatment of option portion of proposed 2008-2010 LTIP, determine charge to income statement for valuation and for purposes of advising ACC counsel. | 2.80 | $ 565.00 | $ 1,582.00 |
| 15-Jul-08 | JS | Review Cramp's revised guideline company market multiple valuation, review value of settlement agreement package for purposes of advising ACC counsel. | 1.20 | $ 565.00 | $ 678.00 |
| 18-Jul-08 | JS | Review, analyze revised draft of 2008-2010 LTIP Motion from Blackstone for purposes of advising ACC counsel. | 2.60 | $ 565.00 | $ 1,469.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2008 through July 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 18-Jul-08 | JS | Call with Blackstone (Bonanno) to discuss revised draft of 2008-2010 LTIP Motion for purposes of advising SCC, FCR and counsel. | 0.20 | $ 565.00 | $ 113.00 |
| 21-Jul-08 | JS | Review pricing information and recovery analysis for purposes of advising ACC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 28-Jul-08 | JS | Review, analyze 2nd Quarter 2008 financial report, write analysis to ACC counsel for valuation monitoring and for purposes of advising ACC counsel. | 2.70 | $ 565.00 | $ 1,525.50 |
| 28-Jul-08 | JS | Review, revise pricing information for recovery analysis and for purposes of advising ACC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 28-Jul-08 | JS | Commence review and analysis of "Red Sox" Motion for authorizing of investment, write memorandum of inquiry to Blackstone for purposes of advising ACC counsel. | 1.70 | $ 565.00 | $ 960.50 |
| 29-Jul-08 | JS | Commence review and analysis of proposed LTIP Motion for purposes of advising counsel. | 2.30 | $ 565.00 | $ 1,299.50 |
| 29-Jul-08 | JS | Write memorandum to counsel regarding Red Sox Project and LTIP Motion for purposes of advising SCC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 29-Jul-08 | JS | Continue review and analysis of proposed LTIP Motion for purposes of advising counsel. | 1.80 | $ 565.00 | $ 1,017.00 |
| 29-Jul-08 | JS | Continue review and analysis of proposed LTIP Motion for purposes of advising SCC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| 30-Jul-08 | JS | Review affidavits of McGowan and Bubnovich regarding LTIP Motion for purposes of advising ACC counsel. | 1.10 | $ 565.00 | $ 621.50 |
| 30-Jul-08 | JS | Review changes in the LTIP Motion as filed from prior drafts for purposes of advising ACC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| 30-Jul-08 | JS | Review memoranda on FAS 123R and Aon Multiple-Point Black-Scholes Model for management stock option valuations regarding LTIP Motion for purposes of advising ACC counsel. | 1.40 | $ 565.00 | $ 791.00 |
| 30-Jul-08 | JS | Review, analyze stock option valuation of LTIP program for purposes of advising ACC counsel. | 1.20 | $ 565.00 | $ 678.00 |
| 30-Jul-08 | JS | Write memorandum to Blackstone detailing questions regarding the LTIP Motion for purposes of advising ACC counsel. | 1.50 | $ 565.00 | $ 847.50 |
| | | Total James Sinclair | 46.60 | | $ 26,329.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2008 through July 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| **Robert Lindsay - Director** | | | | | |
| 27-Jul-08 | RL | Review and forward June invoice to counsel. | 0.30 | $ 425.00 | $ 106.25 |
| | | Total Robert Lindsay | 0.30 | | $ 106.25 |
| **Peter Cramp - Analyst** | | | | | |
| 01-Jul-08 | PC | Review J Sinclair's memorandum and questions regarding 2008-2010 proposed LTIP. | 0.60 | $ 210.00 | $ 126.00 |
| 02-Jul-08 | PC | Review and analyze Monthly Financial Report for the month of May. | 1.40 | $ 210.00 | $ 294.00 |
| 02-Jul-08 | PC | Read and review various articles on the specialty chemicals industry for valuation monitoring. | 0.90 | $ 210.00 | $ 189.00 |
| 03-Jul-08 | PC | Review Motion and other materials in preparation for conference call with Company and Blackstone to discuss proposed LTIP Motion. | 0.60 | $ 210.00 | $ 126.00 |
| 03-Jul-08 | PC | Conference call with Company and Blackstone to discuss 2008-2010 LTIP. | 0.40 | $ 210.00 | $ 84.00 |
| 07-Jul-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.30 | $ 210.00 | $ 273.00 |
| 07-Jul-08 | PC | Further review and analysis of Company's May Monthly Financial Report. | 1.10 | $ 210.00 | $ 231.00 |
| 10-Jul-08 | PC | Read news articles regarding the acquisition of Rohm & Hass by Dow for valuation monitoring. | 1.20 | $ 210.00 | $ 252.00 |
| 14-Jul-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 210.00 | $ 336.00 |
| 15-Jul-08 | PC | Update market multiple valuation share price data. | 0.80 | $ 210.00 | $ 168.00 |
| 15-Jul-08 | PC | Read and review various articles regarding acquisition activity within the specialty chemicals industry (Hercules and Rohm & Hass). | 1.70 | $ 210.00 | $ 357.00 |
| 15-Jul-08 | PC | Revise market multiple valuation to reflect industry acquisitions. | 2.60 | $ 210.00 | $ 546.00 |
| 17-Jul-08 | PC | Review and analyze Q2 earnings report for guideline company for use in market multiple valuation. | 1.20 | $ 210.00 | $ 252.00 |
| 17-Jul-08 | PC | Further review and analysis of guideline company Q2 earnings report. | 3.10 | $ 210.00 | $ 651.00 |
| 18-Jul-08 | PC | Review and analyze Q2 earnings report for guideline company and update market multiple valuation. | 2.60 | $ 210.00 | $ 546.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2008 through July 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 21-Jul-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.30 | $ 210.00 | $ 273.00 |
| 22-Jul-08 | PC | Review and analyze earnings report for guideline company for use in market multiple valuation. | 3.10 | $ 210.00 | $ 651.00 |
| 23-Jul-08 | PC | Commence review of Company's Q2 earnings report. | 0.70 | $ 210.00 | $ 147.00 |
| 24-Jul-08 | PC | Further review of Company's Q2 earnings report. | 1.80 | $ 210.00 | $ 378.00 |
| 24-Jul-08 | PC | Review and analyze earnings reports for guideline company for use in market multiple valuation. | 1.40 | $ 210.00 | $ 294.00 |
| 25-Jul-08 | PC | Prepare June fee application. | 1.20 | $ 210.00 | $ 252.00 |
| 28-Jul-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 210.00 | $ 294.00 |
| | | Total Peter Cramp | 32.00 | | $ 6,720.00 |
| | | **TOTAL** | 81.80 | | $ 34,793.75 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2008 through July 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 07-Jul-08 | JS | Review, analyze pricing data for recovery analysis of purposes of advising ACC counsel. | 0.50 | $ 565.00 | $ 282.50 |
| 14-Jul-08 | JS | Review pricing data for recovery analysis for purposes of advising ACC counsel at counsel's request. | 0.60 | $ 565.00 | $ 339.00 |
| 21-Jul-08 | JS | Review pricing information and recovery analysis for purposes of advising ACC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 28-Jul-08 | JS | Review, revise pricing information for recovery analysis and for purposes of advising ACC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| | | Total Asset Analysis and Recovery | 2.30 | | $ 1,299.50 |
| **Business Operations** | | | | | |
| 02-Jul-08 | PC | Review and analyze Monthly Financial Report for the month of May. | 1.40 | $ 210.00 | $ 294.00 |
| 02-Jul-08 | PC | Read and review various articles on the specialty chemicals industry for valuation monitoring. | 0.90 | $ 210.00 | $ 189.00 |
| 07-Jul-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.30 | $ 210.00 | $ 273.00 |
| 07-Jul-08 | PC | Further review and analysis of Company's May Monthly Financial Report. | 1.10 | $ 210.00 | $ 231.00 |
| 10-Jul-08 | PC | Read news articles regarding the acquisition of Rohm & Hass by Dow for valuation monitoring. | 1.20 | $ 210.00 | $ 252.00 |
| 14-Jul-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 210.00 | $ 336.00 |
| 15-Jul-08 | PC | Read and review various articles regarding acquisition activity within the specialty chemicals industry (Hercules and Rohm & Hass). | 1.70 | $ 210.00 | $ 357.00 |
| 21-Jul-08 | BR | Review of Grace motion to acquire interest in limitied liability company developing certain concrete technologies. | 0.40 | $ 565.00 | $ 226.00 |
| 21-Jul-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.30 | $ 210.00 | $ 273.00 |
| 23-Jul-08 | PC | Commence review of Company's Q2 earnings report. | 0.70 | $ 210.00 | $ 147.00 |
| 24-Jul-08 | PC | Further review of Company's Q2 earnings report. | 1.80 | $ 210.00 | $ 378.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2008 through July 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 28-Jul-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 210.00 | $ 294.00 |
| 28-Jul-08 | JS | Commence review and analysis of "Red Sox" Motion for authorizing of investment, write memorandum of inquiry to Blackstone for purposes of advising ACC counsel. | 1.70 | $ 565.00 | $ 960.50 |
| | | Total Business Operations | 16.50 | | $ 4,210.50 |

Employee Benefits/Pensions

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 01-Jul-08 | PC | Review J Sinclair's memorandum and questions regarding 2008-2010 proposed LTIP. | 0.60 | $ 210.00 | $ 126.00 |
| 01-Jul-08 | JS | Draft further questions for conference call with Company and Blackstone regarding 2008-2010 LTIP for purposes of advising ACC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| 01-Jul-08 | JS | Write memorandum to Blackstone and Grace detailing questions regarding 2008-2010 LTIP for conference call on 7/3/08 for purposes of advising ACC counsel. | 1.80 | $ 565.00 | $ 1,017.00 |
| 02-Jul-08 | JS | Review FAS 123R and articles on valuation of management stock options in preparation for conference call with Blackstone and Grace on 7/3/08 regarding LTIP. | 1.20 | $ 565.00 | $ 678.00 |
| 03-Jul-08 | PC | Review Motion and other materials in preparation for conference call with Company and Blackstone to discuss proposed LTIP Motion. | 0.60 | $ 210.00 | $ 126.00 |
| 03-Jul-08 | PC | Conference call with Company and Blackstone to discuss 2008-2010 LTIP. | 0.40 | $ 210.00 | $ 84.00 |
| 03-Jul-08 | JS | Further review of notes, questions for agenda for conference call with Grace and Blackstone on 7/3/08 regarding proposed 2008-2010 LTIP for purposes of advising ACC counsel. | 1.10 | $ 565.00 | $ 621.50 |
| 03-Jul-08 | JS | Conference call with Grace and Blackstone to discuss 2008-2010 LTIP for purposes of advising ACC counsel. | 0.40 | $ 565.00 | $ 226.00 |
| 14-Jul-08 | JS | Review proposed LTIP 2008-2010 materials for discussion with Blackstone for purposes of advising ACC counsel. | 1.60 | $ 565.00 | $ 904.00 |
| 14-Jul-08 | JS | Call with Blackstone (Bonanno) to discuss 2008-2010 proposal for purposes of advising ACC counsel. | 0.30 | $ 565.00 | $ 169.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2008 through July 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 15-Jul-08 | JS | Analyze revised terms of stock options portion of proposed 2008-2010 LTIP program for purposes of advising ACC counsel. | 2.90 | $ 565.00 | $ 1,638.50 |
| 15-Jul-08 | JS | Develop valuation of option portion of 2008-2010 LTIP program for purposes of advising ACC counsel. | 2.50 | $ 565.00 | $ 1,412.50 |
| 15-Jul-08 | JS | Review FAS 123R for accounting treatment of option portion of proposed 2008-2010 LTIP, determine charge to income statement for valuation and for purposes of advising ACC counsel. | 2.80 | $ 565.00 | $ 1,582.00 |
| 18-Jul-08 | JS | Review, analyze revised draft of 2008-2010 LTIP Motion from Blackstone for purposes of advising ACC counsel. | 2.60 | $ 565.00 | $ 1,469.00 |
| 18-Jul-08 | JS | Call with Blackstone (Bonanno) to discuss revised draft of 2008-2010 LTIP Motion for purposes of advising SCC, FCR and counsel. | 0.20 | $ 565.00 | $ 113.00 |
| 21-Jul-08 | BR | Review of final form of Grace LTIP motion. | 0.30 | $ 565.00 | $ 169.50 |
| 29-Jul-08 | JS | Commence review and analysis of proposed LTIP Motion for purposes of advising counsel. | 2.30 | $ 565.00 | $ 1,299.50 |
| 29-Jul-08 | JS | Write memorandum to counsel regarding Red Sox Project and LTIP Motion for purposes of advising SCC counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 29-Jul-08 | JS | Continue review and analysis of proposed LTIP Motion for purposes of advising counsel. | 1.80 | $ 565.00 | $ 1,017.00 |
| 29-Jul-08 | JS | Continue review and analysis of proposed LTIP Motion for purposes of advising SCC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| 30-Jul-08 | JS | Review affidavits of McGowan and Bubnovich regarding LTIP Motion for purposes of advising ACC counsel. | 1.10 | $ 565.00 | $ 621.50 |
| 30-Jul-08 | JS | Review changes in the LTIP Motion as filed from prior drafts for purposes of advising ACC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| 30-Jul-08 | JS | Write memorandum to Blackstone detailing questions regarding the LTIP Motion for purposes of advising ACC counsel. | 1.50 | $ 565.00 | $ 847.50 |
| | | Total Employee Benefits/Pensions | 30.50 | | $ 16,664.50 |

Fee Applications (Applicant)

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 25-Jul-08 | PC | Prepare June Fee Application. | 1.20 | $ 210.00 | $ 252.00 |
| 27-Jul-08 | RL | Review and forward June invoice to counsel. | 0.30 | $ 425.00 | $ 106.25 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2008 through July 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| | | Total Fee Applications (Applicant) | 1.50 | | $ 358.25 |
| **Financing** | | | | | |
| 03-Jul-08 | BR | Review of Grace motion to borrow against its COLI policies. | 0.60 | $ 565.00 | $ 339.00 |
| 04-Jul-08 | BR | Preparation of e-mail to Jimmy Sinclair setting forth preliminary view of Grace's motion to borrow against its COLI policies. | 0.20 | $ 565.00 | $ 113.00 |
| 07-Jul-08 | BR | Tel C w/ Jimmy Sinclair to discuss Grace's LTIP motion. | 0.40 | $ 565.00 | $ 226.00 |
| 07-Jul-08 | BR | Preparation of e-mail to Mark Hurford and Peter Lockwood re Grace's motion to borrow against its COLI policies. | 0.10 | $ 565.00 | $ 56.50 |
| | | | 1.30 | | $ 734.50 |
| **Valuation** | | | | | |
| 02-Jul-08 | BR | Review of COFC's weekly update report on Grace. | 0.30 | $ 565.00 | $ 169.50 |
| 08-Jul-08 | BR | Review of COFC's weekly update report on Grace. | 0.20 | $ 565.00 | $ 113.00 |
| 09-Jul-08 | JS | Commence review and analysis of May 2008 and YTD Monthly Financial Report for valuation monitoring and for purposes of advising ACC counsel. | 2.80 | $ 565.00 | $ 1,582.00 |
| 10-Jul-08 | JS | Review, analyze terms of Dow acquisition of Rohm and Haas and attendant financing for precedent transaction analysis and valuation of Grace for purposes of advising ACC counsel. | 1.40 | $ 565.00 | $ 791.00 |
| 11-Jul-08 | JS | Review, analyze terms of Hercules acquisition by Ashland and attendant financing for precedent transaction analysis and valuation of Grace for purposes of advising ACC counsel. | 1.50 | $ 565.00 | $ 847.50 |
| 14-Jul-08 | BR | Review of weekly update on Grace stock performance. | 0.20 | $ 565.00 | $ 113.00 |
| 14-Jul-08 | JS | Review, analyze, revise Cramp's market multiple valuation update and guideline company terms of the Rohm & Haas and Hercules acquisitions for purposes of advising ACC counsel. | 1.80 | $ 565.00 | $ 1,017.00 |
| 15-Jul-08 | JS | Review Cramp's revised guideline company market multiple valuation, review value of settlement agreement package for purposes of advising ACC counsel. | 1.20 | $ 565.00 | $ 678.00 |
| 15-Jul-08 | PC | Update market multiple valuation share price data. | 0.80 | $ 210.00 | $ 168.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2008 through July 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 15-Jul-08 | PC | Revise market multiple valuation to reflect industry acquisitions. | 2.60 | $ 210.00 | $ 546.00 |
| 17-Jul-08 | PC | Review and analyze Q2 earnings report for guideline company for use in market multiple valuation. | 1.20 | $ 210.00 | $ 252.00 |
| 17-Jul-08 | PC | Further review and analysis of guideline company Q2 earnings report. | 3.10 | $ 210.00 | $ 651.00 |
| 18-Jul-08 | PC | Review and analyze Q2 earnings report for guideline company and update market multiple valuation. | 2.60 | $ 210.00 | $ 546.00 |
| 21-Jul-08 | BR | Review of weekly update on Grace stock performance. | 0.20 | $ 565.00 | $ 113.00 |
| 22-Jul-08 | PC | Review and analyze earnings report for guideline company for use in market multiple valuation. | 3.10 | $ 210.00 | $ 651.00 |
| 24-Jul-08 | PC | Review and analyze earnings reports for guideline company for use in market multiple valuation. | 1.40 | $ 210.00 | $ 294.00 |
| 28-Jul-08 | JS | Review, analyze 2nd Quarter 2008 financial report, write analysis to ACC counsel for valuation monitoring and for purposes of advising ACC counsel. | 2.70 | $ 565.00 | $ 1,525.50 |
| 30-Jul-08 | JS | Review memoranda on FAS 123R and Aon Multiple-Point Black-Scholes Model for management stock option valuations regarding LTIP Motion for purposes of advising ACC counsel. | 1.40 | $ 565.00 | $ 791.00 |
| 30-Jul-08 | JS | Review, analyze stock option valuation of LTIP program for purposes of advising ACC counsel. | 1.20 | $ 565.00 | $ 678.00 |
| | | Total Valuation | 29.70 | | $ 11,526.50 |
| | | **TOTAL** | 81.80 | | $ 34,793.75 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period July 1, 2008 through July 31, 2008
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 2.90 | $ 565.00 | $ 1,638.50 |
| James Sinclair - Senior Managing Director | 46.60 | $ 565.00 | $ 26,329.00 |
| Robert Lindsay - Directro | 0.30 | $ 425.00 | $ 106.25 |
| Peter Cramp - Analyst | 32.00 | $ 210.00 | $ 6,720.00 |
| Total Professional Hours and Fees | 81.80 | | $ 34,793.75 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - July 1, 2008 through July 31, 2008

| Date | Description of Item | Amount |
|------|---------------------|--------|
| -    | No out-of-pocket expenses this reporting period. | - |
|      | Total Expenses July 1, 2008 through July 31, 2008 | $0.00 |