Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2008 through September 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|

**Bradley Rapp - Senior Managing Director**

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 02-Sep-08 | BR | Preparation of e-mail to J Sinclair re calculation of discount rate for Grace's estimated asbestos liabilities. | 0.10 | $565.00 | $ 56.50 |
| 02-Sep-08 | BR | Financial analysis in connection with calculation of discount rate for Grace's estimated asbestos liabilities. | 0.80 | $565.00 | $ 452.00 |
| 02-Sep-08 | BR | Preparation of e-mail to J Sinclair setting forth the methodology for the calculation of discount rate to be used in computing the present value of the asbestos liabilities. | 0.30 | $565.00 | $ 169.50 |
| 02-Sep-08 | BR | Telephone call with J Sinclair to discuss discount rate to be used in calculating the estimated asbestos liability. | 0.70 | $565.00 | $ 395.50 |
| 02-Sep-08 | BR | Analysis of alternative method of calculating appropriate discount rate for estimation of asbestos liabilities. | 2.80 | $565.00 | $ 1,582.00 |
| 02-Sep-08 | BR | Review of Grace weekly update report. | 0.20 | $565.00 | $ 113.00 |
| 03-Sep-08 | BR | Telephone call with J Sinclair to discuss the spreadsheet model for computing the discount rate for the asbestos liabilities. | 1.30 | $565.00 | $ 734.50 |
| 03-Sep-08 | BR | Revisions to models calculating discount rates for asbestos liabilities and deferred payments under the plan of reorganization. | 2.40 | $565.00 | $ 1,356.00 |
| 04-Sep-08 | BR | Telephone call with J Sinclair to discuss discount rate to be used in calculating the estimated asbestos liability and deferred payments under the POR. | 0.30 | $565.00 | $ 169.50 |
| 04-Sep-08 | BR | Telephone call with M Peterson to discuss discount rates on Grace liability and estimates of trust expenses. | 0.30 | $565.00 | $ 169.50 |
| 05-Sep-08 | BR | Telephone call with J Sinclair to discuss discount rate to be used in calculating the estimated asbestos liability and deferred payments under the POR. | 0.50 | $565.00 | $ 282.50 |
| 15-Sep-08 | BR | Review of e-mails relating to the sharp decrease in the market value of Grace's stock. | 0.10 | $565.00 | $ 56.50 |
| 16-Sep-08 | BR | Telephone call with J Sinclair regarding the status of chapter 11 proceedings. | 0.30 | $565.00 | $ 169.50 |
| 21-Sep-08 | BR | Consideration of potential causes for decline in stock price of Grace in excess of that of the market in general. | 1.70 | $565.00 | $ 960.50 |
| 22-Sep-08 | BR | Telephone call with J Sinclair to discuss the drop in Grace's share price and possible reasons therefor. | 0.30 | $565.00 | $ 169.50 |
| 23-Sep-08 | BR | Review of weekly update report on Grace. | 0.20 | $565.00 | $ 113.00 |
| 23-Sep-08 | BR | Review of COFC's updated market multiples valuation of Grace. | 0.70 | $565.00 | $ 395.50 |
| 25-Sep-08 | BR | Review and analysis of Grace monthly financial report for July 2008. | 3.20 | $565.00 | $ 1,808.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2008 through September 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 25-Sep-08 | BR | Review of Grace monthly operating report for July 2008. | 0.40 | $565.00 | $ 226.00 |
| 25-Sep-08 | BR | Analysis of trends in Grace's monthly operating performance by business segment. | 1.80 | $565.00 | $ 1,017.00 |
| | | Total Bradley Rapp | 18.40 | | $ 10,396.00 |

James Sinclair - Senior Managing Director

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 02-Sep-08 | JS | Call with Rapp to discuss discount rate for Grace 524(g) Trust for purposes of advising ACC counsel. | 0.70 | $565.00 | $ 395.50 |
| 02-Sep-08 | JS | Review Peterson's (adviser to ACC regarding asbestos liabilities) projected schedules of claim payments, Rapp's initial analysis of discount rates applicable to claim payments for purposes of advising ACC counsel for TDP. | 2.70 | $565.00 | $ 1,525.50 |
| 02-Sep-08 | JS | Commence development of alternative discount rate analysis applicable to claim payments for purposes of advising ACC counsel for TDP. | 2.60 | $565.00 | $ 1,469.00 |
| 03-Sep-08 | JS | Continue development of alternative discount rate analysis applicable to claim payments for purposes of advising ACC counsel for TDP. | 0.80 | $565.00 | $ 452.00 |
| 03-Sep-08 | JS | Call with Rapp to discuss discount rate methodology for claims payments for 524(g) Trust for purposes of advising ACC counsel for TDP. | 1.30 | $565.00 | $ 734.50 |
| 03-Sep-08 | JS | Review, analyze Grace PI Trust Agreement regarding investment criteria for Trust's assets for purposes of advising ACC counsel. | 2.20 | $565.00 | $ 1,243.00 |
| 03-Sep-08 | JS | Develop estimates of returns on Trust assets for purposes of advising ACC counsel. | 1.70 | $565.00 | $ 960.50 |
| 03-Sep-08 | JS | Develop further estimates of payment schedules under the Grace Trust for purposes of advising ACC counsel for TDP. | 2.40 | $565.00 | $ 1,356.00 |
| 03-Sep-08 | JS | Write memorandum regarding revised payment schedules of claims, discounted values and methodology for further discussion with Rapp and for purposes of advising ACC counsel for TDP. | 1.20 | $565.00 | $ 678.00 |
| 04-Sep-08 | JS | Revise estimates of schedules of payments into Grace Trust for purposes of advising ACC counsel for TDP. | 2.80 | $565.00 | $ 1,582.00 |
| 04-Sep-08 | JS | Commence review and analysis of July 2008 and YTD Monthly Financial Report for valuation monitoring and for purposes of advising ACC counsel for TDP. | 2.60 | $565.00 | $ 1,469.00 |
| 04-Sep-08 | JS | Further revisions of returns and discounts on Trust assets and payment schedules for purposes of advising ACC counsel for TDP. | 1.60 | $565.00 | $ 904.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2008 through September 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 04-Sep-08 | JS | Continue review and analysis of July 2008 and YTD Monthly Financial Report and 2nd Quarter 2008 10-Q for valuation monitoring and for purposes of advising ACC counsel. | 1.90 | $565.00 | $ 1,073.50 |
| 09-Sep-08 | JS | Review pricing and valuation materials for proposes of advising ACC counsel regarding recovery. | 0.60 | $565.00 | $ 339.00 |
| 11-Sep-08 | JS | Review, analyze Motion regarding Red Sox Project, Newco Organization Agreement, Development Agreement, Services Agreement, and Financial Summary for purposes of advising ACC counsel. | 2.70 | $565.00 | $ 1,525.50 |
| 11-Sep-08 | JS | Write memorandum to ACC counsel regarding Red Sox Motion for purposes of advising ACC counsel. | 1.20 | $565.00 | $ 678.00 |
| 15-Sep-08 | JS | Review court calendar, recent hearings, pricing and valuation materials, write memorandum to ACC counsel for purposes of advising counsel. | 1.80 | $565.00 | $ 1,017.00 |
| 16-Sep-08 | JS | Call with Rapp to review status of case, work to be done and assignments for planning purposes. | 0.30 | $565.00 | $ 169.50 |
| 17-Sep-08 | JS | Review recent Grace corporate news, Grace option volatility for valuation monitoring and for purposes of advising ACC counsel. | 0.60 | $565.00 | $ 339.00 |
| 18-Sep-08 | JS | Review recent SEC filings for valuation monitoring and for purposes of advising ACC counsel. | 1.60 | $565.00 | $ 904.00 |
| 18-Sep-08 | JS | Further review of 2nd Quarter 2008 10-Q and July 2008 Monthly Financial Report for valuation monitoring and for purpose of advising ACC counsel. | 2.50 | $565.00 | $ 1,412.50 |
| 18-Sep-08 | JS | Write memorandum to ACC counsel regarding current financial review for purposes of advising ACC counsel. | 2.30 | $565.00 | $ 1,299.50 |
| 22-Sep-08 | JS | Review 2nd Quarter 2008 10-Q and Executive Summary for new comparable company market multiple valuation for purposes of advising ACC counsel. | 1.40 | $565.00 | $ 791.00 |
| 22-Sep-08 | JS | Review latest 10-Q's of selected specialty chemical comparable companies of market multiple valuation. | 2.40 | $565.00 | $ 1,356.00 |
| 22-Sep-08 | JS | Call with Rapp to discuss comparable company market multiple valuation for purposes of advising ACC counsel. | 0.30 | $565.00 | $ 169.50 |
| 22-Sep-08 | JS | Review, revise Cramp's comparable company market multiple valuation schedules for purposes of advising ACC counsel. | 1.20 | $565.00 | $ 678.00 |
| 22-Sep-08 | JS | Write memorandum to ACC counsel regarding Grace valuation for purposes of advising ACC counsel. | 1.30 | $565.00 | $ 734.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2008 through September 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 24-Sep-08 | JS | Commence review and analysis of Disclosure Statement for purpose of advising ACC counsel. | 2.70 | $565.00 | $ 1,525.50 |
| 24-Sep-08 | JS | Commence review and analysis of Plan and Exhibits for purposes of advising ACC counsel. | 1.40 | $565.00 | $ 791.00 |
| 25-Sep-08 | JS | Continue review and analysis of Disclosure Statement for purposes of advising ACC counsel. | 2.60 | $565.00 | $ 1,469.00 |
| 25-Sep-08 | JS | Determine exit financing requirements, alternative structures, range of equity values for purposes of advising ACC counsel. | 2.80 | $565.00 | $ 1,582.00 |
| 26-Sep-08 | JS | Review with Cramp Disclosure Statement & POR for exit financing alternative structures and development of schedules for purposes of advising ACC counsel. | 0.30 | $565.00 | $ 169.50 |
| 29-Sep-08 | JS | Continue review and analysis of Disclosure Statement and POR for purposes of advising ACC counsel. | 2.80 | $565.00 | $ 1,582.00 |
| 29-Sep-08 | JS | Review with Cramp Exhibits 8 & 12 of POR for development of schedules for exit financing analysis for purposes of advising ACC counsel. | 0.80 | $565.00 | $ 452.00 |
| 30-Sep-08 | JS | Further review and analysis of Disclosure Statement and Exhibits 8 & 12 of POR for enterprise and warrant valuation and for recovery analysis. | 1.20 | $565.00 | $ 678.00 |
| 30-Sep-08 | JS | Review, revise Cramp's schedules for enterprise and warrant valuation and recovery analysis for purposes of advising ACC counsel. | 1.40 | $565.00 | $ 791.00 |
| | | Total James Sinclair | 60.70 | | $ 34,295.50 |

Robert Lindsay - Director

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 23-Sep-08 | RL | Reviewed and edited bill draft and forward to counsel. | 0.50 | $425.00 | $ 212.50 |
| | | Total Robert Lindsay | 0.50 | | $ 212.50 |

Peter Cramp - Analyst

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 02-Sep-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $210.00 | $ 336.00 |
| 05-Sep-08 | PC | Review and analyze July Monthly Operating Report. | 1.20 | $210.00 | $ 252.00 |
| 08-Sep-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $210.00 | $ 294.00 |
| 15-Sep-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $210.00 | $ 294.00 |
| 15-Sep-08 | PC | Review memoranda relating to interest payments to creditors. | 1.20 | $210.00 | $ 252.00 |
| 16-Sep-08 | PC | Review and analyze July Monthly Operating Report and YTD financials. | 1.20 | $210.00 | $ 252.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2008 through September 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 19-Sep-08 | PC | Review correspondence from ACC counsel regarding inquiry for current share price information and read news on specialty chemical industry for due diligence. | 1.90 | $210.00 | $ 399.00 |
| 19-Sep-08 | PC | Update market multiple valuation to reflect 2nd Quarter and LTM performance. | 4.60 | $210.00 | $ 966.00 |
| 22-Sep-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.90 | $210.00 | $ 399.00 |
| 22-Sep-08 | PC | Continue to update market multiple valuation to reflect 2nd Quarter and LTM performance. | 2.00 | $210.00 | $ 420.00 |
| 22-Sep-08 | PC | Further review of July Monthly Operating Report. | 1.40 | $210.00 | $ 294.00 |
| 22-Sep-08 | PC | Continue to update market multiple valuation to reflect 2nd Quarter and LTM performance. | 0.90 | $210.00 | $ 189.00 |
| 24-Sep-08 | PC | Commence review and analysis of Joint Plan of Reorganization and Disclosure Statement for due diligence. | 2.20 | $210.00 | $ 462.00 |
| 25-Sep-08 | PC | Further review of Joint POR and DS. | 1.20 | $210.00 | $ 252.00 |
| 25-Sep-08 | PC | Review of past work product relating to implied EBITDA and debt requirements. | 1.80 | $210.00 | $ 378.00 |
| 25-Sep-08 | PC | Further review of Joint POR and DS. | 0.90 | $210.00 | $ 189.00 |
| 26-Sep-08 | PC | Review and analysis of Exhibits 8 & 12 with J Sinclair for development of schedules. | 1.60 | $210.00 | $ 336.00 |
| 26-Sep-08 | PC | Update implied enterprise value analysis schedules for development of alternative exit financing structures. | 3.30 | $210.00 | $ 693.00 |
| 29-Sep-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.30 | $210.00 | $ 273.00 |
| 29-Sep-08 | PC | Further review of POR and DS for claims analysis for use in implied enterprise value analysis. | 4.20 | $210.00 | $ 882.00 |
| 29-Sep-08 | PC | Continue to update implied enterprise value schedules. | 2.60 | $210.00 | $ 546.00 |
| 30-Sep-08 | PC | Make revisions to implied enterprise value schedules and charts. | 2.30 | $210.00 | $ 483.00 |
| | | Total Peter Cramp | 42.10 | | $ 8,841.00 |

Gibbons Sinclair - Analyst

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 16-Sep-08 | GS | Draft August Fee Application. | 1.70 | $210.00 | $ 357.00 |
| 17-Sep-08 | GS | Continue drafting August Fee Application. | 2.20 | $210.00 | $ 462.00 |
| 17-Sep-08 | GS | Finalize and send August Fee Application. | 1.90 | $210.00 | $ 399.00 |
| 21-Sep-08 | GS | Update valuation of comparables for 2nd Quarter valuation. | 1.40 | $210.00 | $ 294.00 |
| 21-Sep-08 | GS | Continue update of comparables for 2nd Quarter valuation. | 0.50 | $210.00 | $ 105.00 |
| 22-Sep-08 | GS | Download Plan of Reorganization (POR) and disseminate for review. | 0.90 | $210.00 | $ 189.00 |
| | | Total Gibbons Sinclair | 8.60 | | $ 1,806.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2008 through September 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|

**TOTAL**  130.30          $  55,551.00

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2008 through September 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| **Asset Analysis and Recovery** | | | | | |
| 15-Sep-08 | PC | Review memoranda relating to interest payments to creditors. | 1.20 | $ 210.00 | $ 252.00 |
| 26-Sep-08 | JS | Review with Cramp Disclosure Statement & POR for exit financing alternative structures and development of schedules for purposes of advising ACC counsel. | 0.30 | $ 565.00 | $ 169.50 |
| 26-Sep-08 | PC | Review and analysis of Exhibits 8 & 12 with J Sinclair for development of schedules. | 1.60 | $ 210.00 | $ 336.00 |
| 26-Sep-08 | PC | Update implied enterprise value analysis schedules for development of alternative exit financing structures. | 3.30 | $ 210.00 | $ 693.00 |
| 29-Sep-08 | JS | Continue review and analysis of Disclosure Statement and POR for purposes of advising ACC counsel. | 2.80 | $ 565.00 | $ 1,582.00 |
| 29-Sep-08 | PC | Further review of POR and DS for claims analysis for use in implied enterprise value analysis. | 4.20 | $ 210.00 | $ 882.00 |
| 29-Sep-08 | PC | Continue to update implied enterprise value schedules. | 2.60 | $ 210.00 | $ 546.00 |
| 30-Sep-08 | JS | Review, revise Cramp's schedules for enterprise and warrant valuation and recovery analysis for purposes of advising ACC counsel. | 1.40 | $ 565.00 | $ 791.00 |
| 30-Sep-08 | PC | Make revisions to implied enterprise value schedules and charts. | 2.30 | $ 210.00 | $ 483.00 |
| | | Total Asset Analysis and Recovery | 19.70 | | $ 5,734.50 |
| **Business Operations** | | | | | |
| 02-Sep-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 210.00 | $ 336.00 |
| 03-Sep-08 | JS | Review, analyze Grace PI Trust Agreement regarding investment criteria for Trust's assets for purposes of advising ACC counsel. | 2.20 | $ 565.00 | $ 1,243.00 |
| 03-Sep-08 | JS | Develop estimates of returns on Trust assets for purposes of advising ACC counsel. | 1.70 | $ 565.00 | $ 960.50 |
| 03-Sep-08 | JS | Develop further estimates of payment schedules under the Grace Trust for purposes of advising ACC counsel for TDP. | 2.40 | $ 565.00 | $ 1,356.00 |
| 03-Sep-08 | JS | Write memorandum regarding revised payment schedules of claims, discounted values and methodology for further discussion with Rapp and for purposes of advising ACC counsel for TDP. | 1.20 | $ 565.00 | $ 678.00 |
| 04-Sep-08 | JS | Revise estimates of schedules of payments into Grace Trust for purposes of advising ACC counsel for TDP. | 2.80 | $ 565.00 | $ 1,582.00 |
| 05-Sep-08 | PC | Review and analyze July Monthly Operating Report. | 1.20 | $ 210.00 | $ 252.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2008 through September 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 08-Sep-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 210.00 | $ 294.00 |
| 11-Sep-08 | JS | Review, analyze Motion regarding Red Sox Project, Newco Organization Agreement, Development Agreement, Services Agreement, and Financial Summary for purposes of advising ACC counsel. | 2.70 | $ 565.00 | $ 1,525.50 |
| 11-Sep-08 | JS | Write memorandum to ACC counsel regarding Red Sox Motion for purposes of advising ACC counsel. | 1.20 | $ 565.00 | $ 678.00 |
| 15-Sep-08 | JS | Review court calendar, recent hearings, pricing and valuation materials, write memorandum to ACC counsel for purposes of advising counsel. | 1.80 | $ 565.00 | $ 1,017.00 |
| 15-Sep-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.40 | $ 210.00 | $ 294.00 |
| 16-Sep-08 | JS | Call with Rapp to review status of case, work to be done and assignments for planning purposes. | 0.30 | $ 565.00 | $ 169.50 |
| 16-Sep-08 | PC | Review and analyze July Monthly Operating Report and YTD financials. | 1.20 | $ 210.00 | $ 252.00 |
| 19-Sep-08 | PC | Review correspondence from ACC counsel regarding inquiry for current share price information and read news on specialty chemical industry for due diligence. | 1.90 | $ 210.00 | $ 399.00 |
| 22-Sep-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.90 | $ 210.00 | $ 399.00 |
| 22-Sep-08 | PC | Further review of July Monthly Operating Report. | 1.40 | $ 210.00 | $ 294.00 |
| 25-Sep-08 | PC | Review of past work relating to implied EBITDA and debt requirements. | 1.80 | $ 210.00 | $ 378.00 |
| 29-Sep-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.30 | $ 210.00 | $ 273.00 |
| | | Total Business Operations | 31.40 | | $ 12,380.50 |

Employee Benefits/Pensions

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 25-Sep-08 | JS | Determine exit financing requirements, alternative structures, range of equity values for purposes of advising ACC counsel. | 2.80 | $ 565.00 | $ 1,582.00 |
| 29-Sep-08 | JS | Review with Cramp Exhibits 8 & 12 of POR for development of schedules for exit financing analysis for purposes of advising ACC counsel. | 0.80 | $ 565.00 | $ 452.00 |
| 30-Sep-08 | JS | Further review and analysis of Disclosure Statement and Exhibits 8 & 12 of POR for enterprise and warrant valuation and for recovery analysis. | 1.20 | $ 565.00 | $ 678.00 |
| | | Total Employee Benefits/Pensions | 4.80 | | $ 2,712.00 |

Fee Applications (Applicant)

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 16-Sep-08 | GS | Draft August Fee Application. | 1.70 | $ 210.00 | $ 357.00 |
| 17-Sep-08 | GS | Continue drafting August Fee Application. | 2.20 | $ 210.00 | $ 462.00 |
| 17-Sep-08 | GS | Finalize and send August Fee Application. | 1.90 | $ 210.00 | $ 399.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2008 through September 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 23-Sep-08 | RL | Reviewed and edited bill draft and forward to counsel. | 0.50 | $ 425.00 | $ 212.50 |
| | | Total Fee Applications (Applicant) | 6.30 | | $ 1,430.50 |

**Plan and Disclosure Statement**

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 22-Sep-08 | GS | Download Plan of Reorganization (POR) and disseminate for review. | 0.90 | $ 210.00 | $ 189.00 |
| 24-Sep-08 | JS | Commence review and analysis of Disclosure Statement for purpose of advising ACC counsel. | 2.70 | $ 565.00 | $ 1,525.50 |
| 24-Sep-08 | JS | Commence review and analysis of Plan and Exhibits for purposes of advising ACC counsel. | 1.40 | $ 565.00 | $ 791.00 |
| 24-Sep-08 | PC | Commence review and analysis of Joint Plan of Reorganization and Disclosure Statement for due diligence. | 2.20 | $ 210.00 | $ 462.00 |
| 25-Sep-08 | JS | Continue review and analysis of Disclosure Statement for purposes of advising ACC counsel. | 2.60 | $ 565.00 | $ 1,469.00 |
| 25-Sep-08 | PC | Further review of Joint POR and DS. | 1.20 | $ 210.00 | $ 252.00 |
| 25-Sep-08 | PC | Further review of Joint POR and DS. | 0.90 | $ 210.00 | $ 189.00 |
| | | Total Plan and Disclosure Statement | 11.90 | | $ 4,877.50 |

**Valuation**

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 02-Sep-08 | BR | Preparation of e-mail to J Sinclair re calculation of discount rate for Grace's estimated asbestos liabilities. | 0.10 | $ 565.00 | $ 56.50 |
| 02-Sep-08 | BR | Financial analysis in connection with calculation of discount rate for Grace's estimated asbestos liabilities. | 0.80 | $ 565.00 | $ 452.00 |
| 02-Sep-08 | BR | Preparation of e-mail to J Sinclair setting forth the methodology for the calculation of discount rate to be used in computing the present value of the asbestos liabilities. | 0.30 | $ 565.00 | $ 169.50 |
| 02-Sep-08 | BR | Telephone call with J Sinclair to discuss discount rate to be used in calculating the estimated asbestos liability. | 0.70 | $ 565.00 | $ 395.50 |
| 02-Sep-08 | BR | Analysis of alternative method of calculating appropriate discount rate for estimation of asbestos liabilities. | 2.80 | $ 565.00 | $ 1,582.00 |
| 02-Sep-08 | BR | Review of Grace weekly update report. | 0.20 | $ 565.00 | $ 113.00 |
| 02-Sep-08 | JS | Call with Rapp to discuss discount rate for Grace 524(g) Trust for purposes of advising ACC counsel. | 0.70 | $ 565.00 | $ 395.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2008 through September 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 02-Sep-08 | JS | Review Peterson's (adviser to ACC regarding asbestos liabilities) projected schedules of claim payments, Rapp's initial analysis of discount rates applicable to claim payments for purposes of advising ACC counsel for TDP. | 2.70 | $ 565.00 | $ 1,525.50 |
| 02-Sep-08 | JS | Commence development of alternative discount rate analysis applicable to claim payments for purposes of advising ACC counsel for TDP. | 2.60 | $ 565.00 | $ 1,469.00 |
| 03-Sep-08 | BR | Telephone call with J Sinclair to discuss the spreadsheet model for computing the discount rate for the asbestos liabilities. | 1.30 | $ 565.00 | $ 734.50 |
| 03-Sep-08 | BR | Revisions to models calculating discount rates for asbestos liabilities and deferred payments under the plan of reorganization. | 2.40 | $ 565.00 | $ 1,356.00 |
| 03-Sep-08 | JS | Continue development of alternative discount rate analysis applicable to claim payments for purposes of advising ACC counsel for TDP. | 0.80 | $ 565.00 | $ 452.00 |
| 03-Sep-08 | JS | Call with Rapp to discuss discount rate methodology for claims payments for 524(g) Trust for purposes of advising ACC counsel for TDP. | 1.30 | $ 565.00 | $ 734.50 |
| 04-Sep-08 | BR | Telephone call with J Sinclair to discuss discount rate to be used in calculating the estimated asbestos liability and deferred payments under the POR. | 0.30 | $ 565.00 | $ 169.50 |
| 04-Sep-08 | BR | Telephone call with M Peterson to discuss discount rates on Grace liability and estimates of trust expenses. | 0.30 | $ 565.00 | $ 169.50 |
| 04-Sep-08 | JS | Commence review and analysis of July 2008 and YTD Monthly Financial Report for valuation monitoring and for purposes of advising ACC counsel for TDP. | 2.60 | $ 565.00 | $ 1,469.00 |
| 04-Sep-08 | JS | Further revisions of returns and discounts on Trust assets and payment schedules for purposes of advising ACC counsel for TDP. | 1.60 | $ 565.00 | $ 904.00 |
| 04-Sep-08 | JS | Continue review and analysis of July 2008 and YTD Monthly Financial Report and 2nd Quarter 2008 10-Q for valuation monitoring and for purposes of advising ACC counsel. | 1.90 | $ 565.00 | $ 1,073.50 |
| 05-Sep-08 | BR | Telephone call with J Sinclair to discuss discount rate to be used in calculating the estimated asbestos liability and deferred payments under the POR. | 0.50 | $ 565.00 | $ 282.50 |
| 09-Sep-08 | JS | Review pricing and valuation materials for proposes of advising ACC counsel regarding recovery. | 0.60 | $ 565.00 | $ 339.00 |
| 15-Sep-08 | BR | Review of e-mails relating to the sharp decrease in the market value of Grace's stock. | 0.10 | $ 565.00 | $ 56.50 |
| 16-Sep-08 | BR | Telephone call with J Sinclair regarding the status of chapter 11 proceedings. | 0.30 | $ 565.00 | $ 169.50 |
| 17-Sep-08 | JS | Review recent Grace corporate news, Grace option volatility for valuation monitoring and for purposes of advising ACC counsel. | 0.60 | $ 565.00 | $ 339.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2008 through September 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
| 18-Sep-08 | JS | Review recent SEC filings for valuation monitoring and for purposes of advising ACC counsel. | 1.60 | $ 565.00 | $ 904.00 |
| 18-Sep-08 | JS | Further review of 2nd Quarter 2008 10-Q and July 2008 Monthly Financial Report for valuation monitoring and for purpose of advising ACC counsel. | 2.50 | $ 565.00 | $ 1,412.50 |
| 18-Sep-08 | JS | Write memorandum to ACC counsel regarding current financial review for purposes of advising ACC counsel. | 2.30 | $ 565.00 | $ 1,299.50 |
| 19-Sep-08 | PC | Update market multiple valuation to reflect 2nd Quarter and LTM performance. | 4.60 | $ 210.00 | $ 966.00 |
| 21-Sep-08 | BR | Consideration of potential causes for decline in stock price of Grace in excess of that of the market in general. | 1.70 | $ 565.00 | $ 960.50 |
| 21-Sep-08 | GS | Update valuation of comparables for 2nd Quarter valuation. | 1.40 | $ 210.00 | $ 294.00 |
| 21-Sep-08 | GS | Continue update of comparables for 2nd Quarter valuation. | 0.50 | $ 210.00 | $ 105.00 |
| 22-Sep-08 | BR | Telephone call with J Sinclair to discuss the drop in Grace's share price and possible reasons therefor. | 0.30 | $ 565.00 | $ 169.50 |
| 22-Sep-08 | JS | Review 2nd Quarter 2008 10-Q and Executive Summary for new comparable company market multiple valuation for purposes of advising ACC counsel. | 1.40 | $ 565.00 | $ 791.00 |
| 22-Sep-08 | JS | Review latest 10-Q's of selected specialty chemical comparable companies of market multiple valuation. | 2.40 | $ 565.00 | $ 1,356.00 |
| 22-Sep-08 | JS | Call with Rapp to discuss comparable company market multiple valuation for purposes of advising ACC counsel. | 0.30 | $ 565.00 | $ 169.50 |
| 22-Sep-08 | JS | Review, revise Cramp's comparable company market multiple valuation schedules for purposes of advising ACC counsel. | 1.20 | $ 565.00 | $ 678.00 |
| 22-Sep-08 | JS | Write memorandum to ACC counsel regarding Grace valuation for purposes of advising ACC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| 22-Sep-08 | PC | Continue to update market multiple valuation to reflect 2nd Quarter and LTM performance. | 2.00 | $ 210.00 | $ 420.00 |
| 22-Sep-08 | PC | Continue to update market multiple valuation to reflect 2nd Quarter and LTM performance. | 0.90 | $ 210.00 | $ 189.00 |
| 23-Sep-08 | BR | Review of weekly update report on Grace. | 0.20 | $ 565.00 | $ 113.00 |
| 23-Sep-08 | BR | Review of COFC's updated market multiples valuation of Grace. | 0.70 | $ 565.00 | $ 395.50 |
| 25-Sep-08 | BR | Review and analysis of Grace monthly financial report for July 2008. | 3.20 | $ 565.00 | $ 1,808.00 |
| 25-Sep-08 | BR | Review of Grace monthly operating report for July 2008. | 0.40 | $ 565.00 | $ 226.00 |
| 25-Sep-08 | BR | Analysis of trends in Grace's monthly operating performance by business segment. | 1.80 | $ 565.00 | $ 1,017.00 |
| | | Total Valuation | 56.20 | | $ 28,416.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2008 through September 30, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|

**TOTAL** 130.30                                    $ 55,551.00

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period September 1, 2008 through September 30, 2008
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 18.40 | $ 565.00 | $ 10,396.00 |
| James Sinclair - Senior Managing Director | 60.70 | $ 565.00 | $ 34,295.50 |
| Robert Lindsay - Director | 0.50 | $ 425.00 | $ 212.50 |
| Peter Cramp - Analyst | 42.10 | $ 210.00 | $ 8,841.00 |
| Gibbons Sinclair - Analyst | 8.60 | $ 210.00 | $ 1,806.00 |
| Total Professional Hours and Fees | 130.30 | | $ 55,551.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - September 1, 2008 through September 30, 2008

| Date | Description of Item | Amount |
|------|--------------------|--------|
| 09/19/08 | Online Research | $84.00 |
| | Total Expenses September 1, 2008 through September 30, 2008 | $84.00 |