IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 24, 2008, AT 1:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA**

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, NOVEMBER 20, 2008 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

**THE DISCLOSURE STATEMENT AND SOLICITATION MOTION WILL GO FORWARD AT THE COMMENCEMENT OF THE HEARING WITH PERSONAL INJURY RELATED ISSUES FIRST, FOLLOWED BY PROPERTY DAMAGE ISSUES.**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**CONTINUED MATTERS**

1.      Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

        Related Documents:

        a.      [Signed] Order Regarding Relief Sought in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 10/1/08] (Docket No. 19659)

        Response Deadline: April 13, 2007, at 4:00 p.m.

        Responses Received:

        a.      Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

        Status: This matter is continued to December 15, 2008, at 1:00 p.m.

2.      Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

        Related Documents:

        a.      [Signed] Order Granting Relief Sought in Debtors' Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 10/1/08] (Docket No. 19658)

        Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

        Responses Received:

        a.      Response of Seaton Insurance Company to Debtors' Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 9/4/08] (Docket No. 19461)

        b.      Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

        c.      Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

        d.      Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

        e.      Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

        f.      Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of

Thereof [Filed: 9/17/08] (Docket No. 19557)

Status: This matter is continued to December 15, 2008, at 1:00 p.m.

## UNCONTESTED MATTERS

3.    Motion of Debtors for Entry of Order Authorizing the Sale of Certain Assets to Alco Iron & Metal Co. [Filed: 10/20/08] (Docket No. 19813)

Related Documents:

a.    [Proposed] Order Authorizing the Sale of Certain Assets to Alco Iron & Metal Co. [Filed: 10/20/08] (Docket No. 19813)

Response Deadline: November 7, 2008, at 4:00 p.m. *(extended until November 12, 2008, at 12:00 noon for the Official Committee of Unsecured Creditors)*

Responses Received: None as of the date of this Notice of Agenda.

**Status: A certification of counsel and revised form or order will be filed prior to the hearing.**

## CONTESTED MATTERS (Status Conferences)

4.    Motion of The Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 11/15/04] (Docket No. 323) *W. R. Grace & Co., et al. v. Margaret Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771]*.

Response Deadline: December 15, 2004 at 4:00 p.m.

Responses Received:

a.    Objection of Maryland Casualty Company to Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 01-771, Docket No. 355)

b.    Response of One Beacon America Insurance Company and Seaton Insurance Company to the Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary From the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 04-55083, Docket No. 14)

c.    Objection of Continental Casualty Company and Boston Old Colony Insurance Company to the Scotts Company's Motion Seeking Relief From the Automatic Stay and the Modified Preliminary Junction Order Dated January 22, 2002 [Filed: 2/18/05] (Adv. Pro. No. 01-771, Docket No. 356)

Status:  A status conference will go forward on this matter.

5.     Motion of the City of Charleston, South Carolina for Relief from the Automatic Stay
       [Filed: 12/21/08] (Docket No. 17685)

       Related Documents:

       a.     [Proposed] Order Granting  Motion of City of Charleston, South Carolina for
              Relief From the Automatic Stay [Filed: 12/21/07] (Docket No. 17685)

       Response Deadline: January 11, 2008, at 4:00 p.m.

       Responses Received:

       a.     Debtors' Objection to the Motion of the City of Charleston, South Carolina for
              Relief From the Automatic Stay [Filed: 1/11/08] (Docket No. 17807)

       **Status: This matter will be continued to the December 15, 2008 Omnibus hearing at
       which time the Debtors will move for dismissal of the Motion as Moot in the event
       the Court enters the Order requested at that hearing permitting sale of the Property
       to the City of Charleston.**


**CREDIT AGREEMENT (Status Conference)**

6.     Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit
       Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 6/13/08]
       (Docket No. 18922)

       Related Documents:

       a.     The Official Committee of Equity Holders' Joinder to Debtors' Objection to the
              Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of
              May 14, 1998 and May 5, 1999 [Filed: 7/3/08] (Docket No. 19051)

       b.     [Signed] Order Regarding Debtors' Objection to the Unsecured Claims Asserted
              Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5,
              1999 [Filed: 8/29/08] (Docket No. 19417)

       c.     [Signed] Order Approving Confidentiality Stipulation [Filed: 9/3/08] (Docket No.
              19445)

       d.     [Signed] Order Limiting Argument Time [Filed: 9/25/08] (Docket No. 19616)

       Response Deadline: July 3, 2008, at 4:00 p.m. *(extended until July 11, 2008 for Ad Hoc
       Committee, Agent for the Lenders and the Official Committee of Unsecured Creditors)*

       Responses Received:

       a.     Response of the Official Committee of Unsecured Creditors to Debtors' Objection
              to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated
              as of May 14, 1998 and May 5, 1999 [Filed: 7/11/08] (Docket No. 19072)

       b.     Response of the Bank Lender Group in Opposition to the Debtors' Objection to
              the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as

of May 14, 1998 and May 5, 1999 [Filed: 7/11/08] (Docket No. 19073)

    c.      Joinder of JP Morgan Chase Bank, N.A. in the Response of the Bank Lender Group in Opposition to the Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 7/11/08] (Docket No. 19074)

Status: A status conference will go forward on this matter.

## ZAI MATTERS

7.      ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 3/18/08] (Docket No. 18323)

Related Documents:

    a.      [Proposed] Order Granting ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 3/18/08] (Docket No. 18323)

    b.      ZAI Claimants' Memorandum in Support of Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 3/18/08] (Docket No. 18324)

Response Deadline: April 10, 2008, at 4:00 p.m.

Responses Received:

    a.      Debtors' Brief in Opposition to ZAI Claimants' Motion for an Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 4/10/08] (Docket No. 18494)

Reply Deadline: April 15, 2008, at 4:00 p.m.

Replies Received:

    a.      Reply to Debtors' Opposition to ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 4/15/08] (Docket No. 18526)

Status: This matter will go forward as a status conference.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

8.      Motion of the Debtors for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claims Filed By Regents of the University of California [Filed: 9/16/08] (Docket No. 19551)

Related Documents:

    a.      [Proposed] Order Authorizing the Settlement of Asbestos Property Damage Claims Filed By Regents of the University of California [Filed: 9/16/08] (Docket

No. 19551, Exhibit B)

b.   **Certification of No Objection Regarding Motion of the Debtors for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claims Filed By Regents of the University of California [Filed: 11/13/08] (Docket No. 20022)**

Response Deadline: November 7, 2008, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

9.   Motion of the Debtors for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claim Filed By Children's Hospital of Pittsburgh Represented By Speights & Runyan [Filed: 9/18/08] (Docket No. 19562)

Related Documents:

a.   [Proposed] Order Authorizing the Settlement of Asbestos Property Damage Claim Filed By Children's Hospital of Pittsburgh Represented By Speights & Runyan [Filed: 9/18/08] (Docket No. 19562, Exhibit B)

b.   **Certification of No Objection Regarding Motion of the Debtors for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claim Filed By Children's Hospital of Pittsburgh Represented By Speights & Runyan [Filed: 11/13/08] (Docket No. 20023)**

Response Deadline: November 7, 2008, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: No parties have objected to the relief requested in the Motion. Accordingly, the Debtors have filed a certificate of no objection and respectfully request the entry of the order attached to the Motion.**

10.  Status Report on Asbestos Property Damage Claims and Mediation

Related Documents:

a.   Settlement Judge's Report [Filed: 5/23/08] (Docket No. 18779)

Status: A status conference will go forward on this matter.

11.  Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight (88) Time-Barred Canadian Asbestos Property Damage Claims [Filed: 2/16/07] (Docket No. 14597)

Related Documents:

a.      [Proposed] Order Disallowing and Expunging 88 Time-Barred Canadian Asbestos
        PD Claims [Filed: 2/16/07] (Docket No. 14597)

b.      Appendix to Rule 1006 Summaries with Information Attached [Filed: 2/17/07]
        (Docket No. 14600)

c.      Transcript of Hearing on September 10, 2007 Before the Honorable Judith K.
        Fitzgerald [Filed: 9/26/07] (Docket No. 16930)

Response Deadline: March 19, 2007, at 4:00 p.m.

Responses Received:

a.      Anderson Memorial Hospital's Response to Debtors' Motion for Summary
        Judgment Directed to 88 Claims from Canada Based Upon the Statute of
        Limitations [Filed: 3/19/07] (Docket No. 14898)

Reply Deadline:  March 23, 2006, at 4:00 p.m.

Replies Received:

a.      Debtors' Reply and Objection to Anderson Memorial Hospital's Responses to
        Certain of Debtors' Motions for Summary Judgment Regarding Asbestos PD
        Claims [Filed: 3/23/07] (Docket No. 14964)

b.      Debtors' Reply in Support of Their Motion for an Order Pursuant to F.R.B.P.
        7056 Disallowing and Expunging Eighty-Eight (88) Time-Barred Canadian
        Asbestos Property Damage Claims [Filed: 3/23/07] (Docket No. 14965)

Deadline to File Additional Briefing: September 5, 2007

Anderson Memorial Hospital's Additional Briefing:

a.      Notice of Filing of Expert Report of Professor John Irvine [Filed: 9/5/07] (Docket
        No. 16754)

Debtors' Additional Briefing:

a.      Debtors' Supplemental Submission in Support of Their Motion and Memorandum
        for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight
        (88) – Now Fifty-Five (55) – Time-Barred Canadian Asbestos Property Damage
        Claims [Filed: 9/5/07] (Docket No. 16755)

        (i)    [Proposed] Order Disallowing and Expunging 55 Time-Barred Canadian
               Asbestos PD Claims [Filed: 9/5/07] (Docket No. 16755)

b.      Appendix to Debtors' Supplemental Submission in Support of Their Motion and
        Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and
        Expunging Eighty-Eight (88) – Now Fifty-Five (55) – Time-Barred Canadian
        Asbestos Property Damage Claims [Filed: 9/5/07] (Docket No. 16757)

Post-Hearing Briefing:

a.   Anderson Memorial Hospital's Supplemental Post-Hearing Memorandum Re: Canadian Statute of Limitations [Filed: 10/12/07] (Docket No. 17059)

b.   Debtors' Reply to Anderson Memorial Hospital's Supplemental Post-Hearing Memorandum Re: Canadian Statute of Limitations [Filed: 10/26/07] (Docket No. 17171)

Status: This matter will go forward for argument.


## DISCLOSURE STATEMENT AND SOLICITATION (CONTINUED FROM 11/14/08)

12.   Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 9/19/08] (Docket No. 19581) *

Related Documents:

a.   Joint Plan of Reorganization Under Chapter 11 Plan of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 9/19/08] (Docket No. 19579) *

   (i)   Notice of Filing of Amendment to Disclosure Statement Objection Chart, Blackline of Plan of Reorganization and Blackline of Disclosure Statement [Filed: 11/10/08] (Docket No. 19988) **

b.   Exhibit Book [Filed: 9/19/08] (Docket No. 19580) *

   (i)   Notice of Filing of Revised and New Exhibits to Disclosure Statement Exhibit Book [Filed: 11/10/08] (Docket No. 19989) *

   (ii)   Exhibit 5 Exhibit Book Revised Schedule of Settlement Asbestos Insurance Companies [Filed: 11/13/08] (Docket No. 20026)

c.   Amended Notice of Hearing to Consider Approval of Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code [Filed: 10/2/08] (Docket No. 19695) *

d.   Declaration of Service of the BMC Group Regarding Exhibit Book to Disclosure Statement; Debtors' Disclosure Statement; Notice of Hearing to Consider Approval of Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code [Filed: 10/3/08] (Docket No. 19699) *

---

*   Document previously submitted to the Court in the November 14, 2008 Disclosure Statement Hearing Binders.
**   Document previously submitted to the Court in the Supplemental Disclosure Statement Hearing Binders.

e. Exhibit 5 to Exhibit Book Asbestos Insurance Policy Schedule [Filed: 10/23/08] (Docket No. 19849) *

f. Exhibit 6 to Exhibit Book Asbestos Insurance Transfer Agreement [Filed: 10/24/08] (Docket No. 19866) *

Response Deadline: October 17, 2008, at 4:00 p.m.

Responses Received:

a. Objection of Maryland Casualty Company to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders [Filed: 10/17/08] (Docket No. 19777) *

b. Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order Approving Debtors' Disclosure Statement for the Joint Plan of Reorganization Dated as of September 19, 2008, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19779) *

c. Objections and Reservation of Rights of CNA Companies to (A) Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and (B) Debtors' Disclosure Statement for the Joint Plan of Reorganization Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19780) *

d. United States Trustee's Objection to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dates as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19781) *

e. Joint Objection of Seaton Insurance Company and OneBeacon America Insurance Company to Debtors' Proposed Disclosure Statement [Filed 10/17/08] (Docket No. 19783) *

f. Objection of BNSF Railway Company to Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19784) *

g. ERISA Plaintiff's Objection to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19785) *

h.      Objection of Bank Lender Group to Debtors' Motion for Entry of an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19786) *

i.      Objections and Reservation of Rights of Fireman's Fund Insurance Company, Riunione Adriatica Di Sicurta, and Possibly Other Related Insurance Companies to Debtors' Motion for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19787) *

j.      Objection of Century Indemnity Company et al. to Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19788) *

k.      Objection of Zurich Insurance Company and Zurich International (Bermuda) LTD. To the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19789) *

l.      Joinder of JPMorgan Chase Bank, N.A. in the Objection of Bank Lender Group to Debtors' Motion for Entry of an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19790) *

m.      Objection of Her Majesty the Queen in Right of Canada to (I) the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders and (II) Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19791) *

n.      Joint Objection of Bank of America, N.A., Morgan Stanley Senior Funding, Inc. and Tempo Master Fund LP to Approval of Disclosure Statement Regarding Joint Plan of Reorganization in Respect of the Debtors, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative and the Official Committee of Equity Security Holders [Filed: 10/17/08] (Docket No. 19792) *

o.      Federal Insurance Company's Objection and Joinder in the Objections and Reservations of Rights to Debtors' Motion for Approval of Disclosure Statement, Solicitation, Confirmation Procedures and Confirmation Schedule for Joint Plan of Reorganization Dated as of September 19, 2008 of the CNA Companies and of Fireman's Fund Insurance Company [Filed: 10/17/08] (Docket No. 19793) *

p.      Objection of the State of Montana to (I) the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R.

Grace & Co., et al., the Official Committee of Asbestos Personal Injury
Claimants, the Asbestos PI Future Claimants' Representative, and the Official
Committee of Equity Security Holders and (II) Motion of the Debtors for an
Order Approving Disclosure Statement, Solicitation and Confirmation
Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket
No. 19795) *

q.      Limited Objection of the Official Committee of Asbestos Property Damage
        Claimants to Motion of the Debtors for an Order Approving Disclosure
        Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and
        Related Relief [Filed: 10/17/08] (Docket No. 19800) *

r.      Arrowood Indemnity Company's Joinder in the Objections and Reservation  of
        Rights of the CNA Companies and the Fireman's Fund Insurance Companies to
        Debtors' Motion for an Order Approving Disclosure Statement, Solicitation and
        Confirmation Procedures, Confirmation Schedule and Related Relief [Filed:
        10/17/08] (Docket No. 19801) *

s.      Libby Claimants' Objection to Debtors' Disclosure Statement for Joint Plan of
        Reorganization and Approval Motion [Filed: 10/17/08] (Docket No. 19803) *

        (i)     Motion of Libby Claimants' for Leave to Exceed Page Limitation Rule for
                Libby Claimants' Objection to Debtors' Disclosure Statement for Joint
                Plan of Reorganization [Filed: 10/17/08] (Docket No. 19804) *

        (ii)    [Proposed] Order Approving Motion for Leave to Exceed Page Limitation
                Rule for Libby Claimants' Objection to Debtors' Disclosure Statement for
                Joint Plan of Reorganization [Filed: 10/17/08] (Docket No. 19804) *

t.      Objection of Longacre Master Fund, Ltd. to Debtors' Disclosure Statement for the
        Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R.
        Grace & Co., et al., the Official Committee of Asbestos Personal Injury
        Claimants, the Asbestos PI Future Claimants' Representative, and the Official
        Committee of Equity Security Holders Dated as of September 19, 2008 [Filed:
        10/16/08] (Docket No. 19761) *

u.      Kaneb Pipeline Operating Partnership, L.P. and Support Terminal Services, Inc.
        Objection to Disclosure Statement for the Joint Plan of Reorganization Under
        Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official
        Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future
        Claimants' Representative, and the Official Committee of Equity Security
        Holders Dated as of September 19, 2008 [Filed: 10/16/08] (Docket No. 19770) *

v.      Objection of the Scotts Company LLC and Certain of Its Related Entities to the
        Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation
        and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed:
        10/16/08] (Docket No. 19772) *

w.      Arrowood Indemnity Company's Joinder in the Objection of Maryland Casualty
        Company to the Debtors' Disclosure Statement for the Joint Plan of
        Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co.,
        et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos
        Future Claimants' Representative, and the Official Committee of Equity Security
        Holders [Filed: 10/21/08] (Docket No. 19824) *

x.    Supplemental Limited Objection of the Official Committee of Asbestos Property
      Damage Claimants to Motion of the Debtors for an Order Approving Disclosure
      Statement, Solicitation and Confirmation Procedures, Confirmation Procedures,
      Confirmation Schedule, and Related Relief [Filed: 11/7/08] (Docket No. 19966)
      **

y.    Preliminary Objection of Alexander M. Sanders, Jr., Property Damage Future
      Claims Representative Future Property Damage Claimants to Motion of the
      Debtors for an Order Approving Disclosure Statement, Solicitation Confirmation
      Procedures, Confirmation Schedule and Related Relief [Filed: 11/10/08] (Docket
      No. 19970) **

z.    Supplemental Joint Objection of Bank of America, N.A., and Morgan Stanley
      Senior Funding, Inc. to Disclosure Statement to the First Amended Joint Plan of
      Reorganization [Filed: 11/10/08] (Docket No. 19975) **

aa.   Supplemental Objection of the State of Montana to (I) the Debtors' Disclosure
      Statement for the Joint Plan of Reorganization Under Chapter 11 of the
      Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of
      Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants'
      Representative, and the Official Committee of Equity Security Holders and (II)
      the Motion of the Debtors for an Order Approving Disclosure Statement,
      Solicitation and Confirmation Procedures, Confirmation Schedule and Related
      Relief [Filed: 11/10/08] (Docket No. 19977) **

bb.   Protective Objection of Maryland Casualty Company to the Debtors' Disclosure
      Statement for the First Amended Joint Plan of Reorganization Under Chapter 11
      of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of
      Asbestos Personal Injury Claimants, the Asbestos Future Claimants'
      Representative, and the Official Committee of Equity Security Holders [Filed:
      11/10/08] (Docket No. 19982) **

cc.   Royal's (I) Objection to Debtors' Disclosure Statement for Joint Plan of
      Reorganization and Approval Motion; and (II) Request for an Adjournment
      [Filed: 11/10/08] (Docket No. 19991) *[This Objection has been withdrawn]* **

      (i)    Exhibits A through H to Royal's (I) Objection to Debtors' Disclosure
             Statement for Joint Plan of Reorganization and Approval Motion; and (II)
             Request for an Adjournment [Filed: 11/11/08] (Docket No. 19993) **

      (ii)   Exhibits I through L to Royal's (I) Objection to Debtors' Disclosure
             Statement for Joint Plan of Reorganization and Approval Motion; and (II)
             Request for an Adjournment [Filed: 11/11/08] (Docket No. 19994) **

      (iii)  Exhibits M through Q to Royal's (I) Objection to Debtors' Disclosure
             Statement for Joint Plan of Reorganization and Approval Motion; and (II)
             Request for an Adjournment [Filed: 11/11/08] (Docket No. 19995) **

      (iv)   Exhibits R through V to Royal's (I) Objection to Debtors' Disclosure
             Statement for Joint Plan of Reorganization and Approval Motion; and (II)
             Request for an Adjournment [Filed: 11/11/08] (Docket No. 19996) **

Replies Received:

a.    Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/23/08] (Docket No. 19848) *

b.    The Official Committee of Asbestos Personal Injury Claimants' Joinder in Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/24/08] (Docket No. 19855) *

c.    The Official Committee of Equity Holders' Joinder to the Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and to the Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/24/08] (Docket No. 19859) *

d.    Joinder of David T. Austern, Asbestos PI Future Claimants' Representative, In Support of Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and Debtors' Consolidated Response to Disclosure Statement Objections [Filed: 10/24/08] (Docket No. 19863) *

e.    Reply of Maryland Casualty Company to Certain Objections to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders [Filed: 10/23/08] (Docket No. 19846) *

f.    Arrowood Indemnity Company's Joinder in the Reply of Maryland Casualty Company to Certain Objections to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders [Filed: 10/24/08] (Docket No. 19862) *

**Status: The Debtors will advise the Court on progress since the November 14, 2008 hearing. The Disclosure Statement and Solicitation Motion will go forward at the commencement of the hearing with Personal Injury related issues first, followed by Property Damage Issues.**

13.     Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and
        Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 9/25/08]
        (Docket No. 19620) *

        Related Documents:

        a.      [Proposed] Order Approving Disclosure Statement, Solicitation and Confirmation
                Procedures, Confirmation Schedule and Related Relief [Filed: 9/25/08] (Docket
                No. 19620, Exhibit A) *

        b.      [Signed] Order for Leave From Scheduling Order and to Shorten Notice Period on
                Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation
                and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed:
                10/1/08] (Docket No. 19662) *

        c.      Notice of Filing Amendments to Proposed Confirmation and Solicitation
                Procedures [Filed: 11/10/08] (Docket No. 19990) **

        Response Deadline: October 17, 2008, at 4:00 p.m.

        Responses Received: (See also responses to Agenda No. 1 above.)

        a.      Acting United States Trustee's Objection to Motion of the Debtors for an Order
                Approving Disclosure Statement, Solicitation and Confirmation Procedures,
                Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19782)
                *

        Replies Received:

        a.      Debtors' Consolidated Response to Objections to Disclosure Statement,
                Solicitation and Confirmation Procedures, Confirmation Schedule and Related
                Relief [Filed: 10/23/08] (Docket No. 19848) *

        b.      The Official Committee of Equity Holders' Joinder to the Motion of the Debtors
                for an Order Approving Disclosure Statement, Solicitation and Confirmation
                Procedures, Confirmation Schedule and Related Relief and to the Debtors'
                Consolidated Response to Objections to Disclosure Statement, Solicitation and
                Confirmation Procedures, Confirmation Schedule and Related Relief [Filed:
                10/24/08] (Docket No. 19859) *

        c.      The Official Committee of Asbestos Personal Injury Claimants' Joinder in
                Debtors' Consolidated Response to Objections to Disclosure Statement,
                Solicitation and Confirmation Procedures, Confirmation Schedule and Related
                Relief [Filed: 10/24/08] (Docket No. 19855) *

        d.      Joinder of David T. Austern, Asbestos PI Future Claimants' Representative, In
                Support of Motion of the Debtors for an Order Approving Disclosure Statement,
                Solicitation and Confirmation Procedures, Confirmation Schedule and Related
                Relief and Debtors' Consolidated Response to Disclosure Statement Objections
                [Filed: 10/24/08] (Docket No. 19863) *

        Status: This matter will go forward.

14.     **Matters relating to Anderson Memorial Hospital Claim Nos. 009911 and 009914**

      **Related Documents:**

      a.     **Status Report re: Class Proofs of Claim (#9911 and #9914)** *[Filed by Anderson Memorial Hospital]* **[Filed: 11/10/08] (Docket No. 19987)***

      **Status: This matter will go forward.**


## ADDITIONAL MATTERS


15.     **Motion of the United States Trustee for Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. [Filed: 8/24/07] (Docket No. 16626)**

      **Related Documents:**

      a.     **[Signed] Order Granting Motion of the United States Trustee for the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. [Filed: 11/13/07] (Docket No. 17352)**

      b.     **Seventeenth Claim Settlement Notice [Filed: 10/30/08] (Docket No. 19921)**

      **Response Deadline: None.**

      **Responses Received: None as of the date of this Notice of Agenda.**

      **Status: If no parties have object to the Seventeenth Claim Settlement Notice (which includes the Tersigni Settlement) at the conclusion of the November 19, 2008 objection deadline, the Debtors will submit an order vacating the appointment of the Examiner under certification of counsel .**


Dated: November 17, 2008

                        KIRKLAND & ELLIS LLP
                        David M. Bernick, P.C.
                        Janet S. Baer
                        200 East Randolph Drive
                        Chicago, IL  60601
                        Telephone:  (312) 861-2000
                        Facsimile:  (312) 861-2200

                        -and—

PACHULSKI STANG ZIEHL & JONES LLP

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession