# Exhibit A

# DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

November 10, 2008


CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017


W.R. GRACE & CO.


File# K0248-00001        Invoice# 1433517                              IRS# 23-1392502


FOR PROFESSIONAL SERVICES RECORDED
THROUGH 10/31/2008 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | |
|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 9.90 | hrs. at | $645.00 | /hr. = | $6,385.50 |
| RW RILEY | PARTNER | 0.40 | hrs. at | $520.00 | /hr. = | $208.00 |
| WS KATCHEN | OF COUNSEL | 30.80 | hrs. at | $705.00 | /hr. = | $21,714.00 |
| ME HOFFMAN | ASSOCIATE | 0.90 | hrs. at | $295.00 | /hr. = | $265.50 |
| BA GRUPPO | PARALEGAL | 1.70 | hrs. at | $250.00 | /hr. = | $425.00 |
| EM O'BYRNE | PARALEGAL | 9.80 | hrs. at | $195.00 | /hr. = | $1,911.00 |

                                                                      $30,909.00


DISBURSEMENTS
DINNER - LOCAL                                          23.11
OVERNIGHT MAIL                                         60.73
PRINTING & DUPLICATING - EXTERNAL                    2542.66
TRAVEL - LOCAL                                         50.29
TRAVEL AWAY FROM HOME                                  47.65
TOTAL DISBURSEMENTS                                                    $2,724.44

BALANCE DUE THIS INVOICE                                               $33,633.44

PREVIOUS BALANCE                                                      $94,819.92

TOTAL BALANCE DUE                                                    $128,453.36

Duane Morris
November 10, 2008
Page 2

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1433517

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/1/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 10/2/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 10/2/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 10/3/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 10/3/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 10/6/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET SHEET AND FORWARD TO W KATCHEN; DOWNLOAD SPECIFIED DOCUMENTS AND FORWARD SAME | 0.40 | $78.00 |
| 10/7/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 10/8/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 10/8/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 10/9/2008 | 004 | EM O'BYRNE | REVIEW, DOWNLOAD DOCKET AND REQUESTED DOCKET; FORWARD TO W KATCHEN | 0.30 | $58.50 |
| 10/10/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 10/10/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET SHEET FROM BANKRUPTCY COURT SITE; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 10/13/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 10/13/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |

Duane Morris
November 10, 2008
Page 3

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1433517

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/14/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 10/14/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET, FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 10/15/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 10/15/2008 | 004 | EM O'BYRNE | REVIEW DOCKET, DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 10/16/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W KATCHEN | 0.10 | $25.00 |
| 10/17/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 10/17/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 10/20/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 10/20/2008 | 004 | EM O'BYRNE | REVIEW, DOWNLOAD AND FORWARD DAILY DOCKET TO W KATCHEN | 0.20 | $39.00 |
| 10/21/2008 | 004 | EM O'BYRNE | REVIEW DOCKET AND DOWNLOAD, FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 10/22/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 10/22/2008 | 004 | EM O'BYRNE | DOWNLOAD VARIOUS DOCUMENTS FROM THE DOCKET SHEET; SCAN AND FORWARD TO W KATCHEN | 0.50 | $97.50 |
| 10/23/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 10/23/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |

Duane Morris
November 10, 2008
Page 4

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1433517

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 10/24/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 10/24/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET, FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 10/24/2008 | 004 | EM O'BYRNE | DOWNLOAD VARIOUS DOCUMENTS AND FORWARD TO W KATCHEN FOR HIS REVIEW | 0.40 | $78.00 |
| 10/27/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 10/27/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 10/28/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 10/28/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 10/29/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 10/29/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 10/30/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 10/30/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 10/31/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| | | | Code Total | 7.10 | $1,478.00 |

Duane Morris
November 10, 2008
Page 5

File # K0248-00001                                     INVOICE #  1433517
     W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/10/2008 | 005 | MR LASTOWSKI | REVIEW ANDERSON MEMORIAL HOSPITAL'S MOTION FOR RECONSIDERATION | 0.60 | $387.00 |
| | | | Code Total | 0.60 | $387.00 |

Duane Morris
November 10, 2008
Page 6

File # K0248-00001                                          INVOICE # 1433517
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 9/17/2008 | 006 | MR LASTOWSKI | REVIEW DEFAULT INTEREST ISSUES | 1.40 | $903.00 |
| | | | Code Total | 1.40 | $903.00 |

Duane Morris
November 10, 2008
Page 7

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1433517

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/1/2008 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMOS FROM STROOCK - PD SETTLEMENTS AND CANADIAN ZAI. | 0.40 | $282.00 |
| 10/3/2008 | 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL - STROOCK. | 0.70 | $493.50 |
| 10/15/2008 | 007 | WS KATCHEN | PREPARE FOR OCT. 16 COMMITTEE CONFERENCE CALL - SECTION 1124 ISSUE. | 1.00 | $705.00 |
| 10/16/2008 | 007 | ME HOFFMAN | LEGAL RESEARCH RE HISTORY OF SECTION 1124 AND AMENDMENTS IN 2005. | 0.80 | $236.00 |
| 10/16/2008 | 007 | WS KATCHEN | COMMITTEE CONFERENCE CALL. STATUS OF PLAN NEGOTIATIONS. | 0.40 | $282.00 |
| 10/16/2008 | 007 | WS KATCHEN | 2ND TELEPHONE CONFERENCE WITH K. PASQUALE RE: OBJECTION TO DISCLOSURE STATEMENT. | 0.30 | $211.50 |
| 10/16/2008 | 007 | WS KATCHEN | ADDITIONAL WORK ON PLAN ISSUE FOR COMMITTEE OBJECTION. | 1.60 | $1,128.00 |
| 10/20/2008 | 007 | WS KATCHEN | REVIEW COMMITTEE OBJECTION TO DISCLOSURE STATEMENT. | 0.50 | $352.50 |
| 10/24/2008 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO - PLAN ISSUES. | 0.20 | $141.00 |
| 10/28/2008 | 007 | ME HOFFMAN | COMMUNICATE WITH WSKATCHEN; LEGAL RESEARCH AND DRAFT E-MAIL TO WSKATCHEN RE SAME. | 0.10 | $29.50 |
| 10/28/2008 | 007 | WS KATCHEN | REVIEW COMMITTEE EMAIL RE: STATUS. | 0.20 | $141.00 |
| 10/29/2008 | 007 | WS KATCHEN | PREPARE FOR MEETING COMMITTEE MEMBER RE: PLAN ISSUES RAISED BY LIBBY. | 1.30 | $916.50 |
| 10/30/2008 | 007 | WS KATCHEN | CONFERENCE COMMITTEE MEMBER - PLAN ISSUES. | 0.70 | $493.50 |
| | | | Code Total | 8.20 | $5,412.00 |

Duane Morris
November 10, 2008
Page 8

File # K0248-00001                                    INVOICE # 1433517
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/13/2008 | 009 | EM O'BYRNE | PREPARE SEVENTY NINTH FEE APPLICATION AND CERTIFICATE OF SERVICE FOR DUANE MORRIS (1.0); SCAN AND EFILE (.3); COPY AND SERVE (.3) | 1.60 | $312 00 |
| | | | Code Total | 1.60 | $312 00 |

Duane Morris
November 10, 2008
Page 9

File # K0248-00001                                    INVOICE # 1433517
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/1/2008 | 013 | EM O'BYRNE | PREPARE CERTIFICATE OF SERVICE AND LABELS (.3); DOWNLOAD AND SAVE CAPSTONE'S EIGHTEENTH QUARTERLY INTERIM FEE APPLICATION (.4) EFILE WITH COURT (.3) | 1.00 | $195.00 |
| 10/17/2008 | 013 | EM O'BYRNE | REVIEW DOCKET SHEET AND PREPARE CERTIFICATION OF NO OBJECTION TO CAPSTONE'S FIFTY-THIRD INTERIM FEE APPLICATION (.3); EFILE WITH THE COURT (.2) | 0.50 | $97.50 |
| 10/24/2008 | 013 | EM O'BYRNE | PREPARE CERTIFICATION OF NO OBJECTION FOR CAPSTONE'S FIFTY FOURTH INTERIM FEE APPLICATION (.2); EFILE WITH COURT (.1); | 0.30 | $58.50 |
| 10/24/2008 | 013 | EM O'BYRNE | PREPARE CERTIFICATION OF NO OBJECTION TO STROOCK'S EIGHTY EIGHTH AND EIGHTY NINTH MONTHLY FEE APPLICATIONS (.4); EFILE WITH COURT (.2) | 0.60 | $117.00 |
| | | | Code Total | 2.40 | $468.00 |

Duane Morris
November 10, 2008
Page 10

File # K0248-00001                                         INVOICE # 1433517
   W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/17/2008 | 015 | MR LASTOWSKI | REVIEW 10/20/08 HEARING AGENDA AND ITEMS DESIGNATED THEREON | 2.40 | $1,548.00 |
| 10/20/2008 | 015 | MR LASTOWSKI | PREPARE FOR AND ATTEND OMNIBUS HEARING | 1.60 | $1,032.00 |
| | | | Code Total | 4.00 | $2,580.00 |

Duane Morris
November 10, 2008
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE #  1433517

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|-|-------|-------|
| 10/7/2008 | 017 | WS KATCHEN | EMAIL TO STROOCK ON PLAN ISSUE. | 0.10 | $70.50 |
| 10/7/2008 | 017 | WS KATCHEN | ATTENTION TO PLAN ISSUE - DEFAULT INTEREST. | 1.70 | $1,198.50 |
| 10/16/2008 | 017 | MR LASTOWSKI | REVIEW DISCLOSURE STATEMENT ISSUES | 0.50 | $322.50 |
| 10/16/2008 | 017 | MR LASTOWSKI | E-MAIL FROM A. KRIEGER RE: PLAN AND DISCLOSURE STATEMENT | 0.10 | $64.50 |
| 10/17/2008 | 017 | RW RILEY | REVIEWING AND RESPONDING TO COMMUNICATIONS FROM STROOCK REGARDING FILING OF DISCLOSURE STATEMENT OBJECTION | 0.20 | $104.00 |
| 10/17/2008 | 017 | RW RILEY | REVIEWING OBJECTION TO DISCLOSURE STATEMENT | 0.20 | $104.00 |
| 10/22/2008 | 017 | MR LASTOWSKI | REVIEW INSURANCE COMPANY DISCLOSURE STATEMENT OBJECTIONS | 0.60 | $387.00 |
| 10/22/2008 | 017 | MR LASTOWSKI | REVIEW UNITED STATES TRUSTEE'S DISCLOSURE STATEMENT OBJECTION | 0.10 | $64.50 |
| 10/22/2008 | 017 | MR LASTOWSKI | REVIEW BANK OF AMERICA DISCLOSURE STATEMENT OBJECTION | 0.40 | $258.00 |
| 10/24/2008 | 017 | MR LASTOWSKI | REVIEW DISCLOSURE STATEMENT OBJECTIONS | 1.30 | $838.50 |
| 10/27/2008 | 017 | MR LASTOWSKI | REVIEW DEBTORS' CONSOLIDATED RESPONSE TO DISCLOSURE STATEMENT OBJECTIONS | 0.90 | $580.50 |
| | | | Code Total | 6.10 | $3,992.50 |

Duane Morris
November 10, 2008
Page 12

File # K0248-00001                                      INVOICE # 1433517
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 10/3/2008 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT ON PLAN. | 0.60 | $423.00 |
| 10/7/2008 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $141.00 |
| 10/10/2008 | 025 | WS KATCHEN | REVIEW MOTION - LIBBY CLAIMANTS. | 0.10 | $70.50 |
| 10/10/2008 | 025 | WS KATCHEN | REVIEW 2D MOTION - LIBBY CLAIMANTS. | 0.10 | $70.50 |
| 10/13/2008 | 025 | WS KATCHEN | REVIEW MEMO OPINION DISALLOWING CAL. ASBESTOS P.D. CLAIMS. | 0.20 | $141.00 |
| 10/13/2008 | 025 | WS KATCHEN | ADDITIONAL WORK ON PLAN ISSUES - POST-DEFAULT INTEREST. | 1.30 | $916.50 |
| 10/15/2008 | 025 | WS KATCHEN | REVIEW DRAFT OBJECTION TO DISCLOSURE SETTLEMENT. | 0.50 | $352.50 |
| 10/15/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE. | 0.10 | $70.50 |
| 10/15/2008 | 025 | WS KATCHEN | 2ND TELEPHONE CONFERENCE WITH K. PASQUALE RE: COMMITTEE STRATEGY. | 0.20 | $141.00 |
| 10/15/2008 | 025 | WS KATCHEN | ADDITIONAL RESEARCH ON SECTION 1124 ISSUE. | 1.40 | $987.00 |
| 10/15/2008 | 025 | WS KATCHEN | EMAIL TO K. PASQUALE. | 0.10 | $70.50 |
| 10/17/2008 | 025 | EM O'BYRNE | SCAN AND EFILE OBJECTION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO DEBTORS' DISCLOSURE STATEMENT | 0.40 | $78.00 |
| 10/20/2008 | 025 | WS KATCHEN | REVIEW JOINT OBJECTION BY BANK LENDERS TO APPROVAL OF DISCLOSURE STATEMENT. | 0.40 | $282.00 |
| 10/20/2008 | 025 | WS KATCHEN | REVIEW STATE OF CALIFORNIA APPEAL. | 0.10 | $70.50 |
| 10/20/2008 | 025 | WS KATCHEN | REVIEW CERTIFICATE OF COUNSEL RE: BAR DATE (CANADIAN ZAI). | 0.20 | $141.00 |
| 10/20/2008 | 025 | WS KATCHEN | REVIEW ARROWOOD INDEMNITY CO. JOINDER IN CNA'S FIREMAN'S FUND OBJECTION TO DISCLOSURE STATEMENT. | 0.10 | $70.50 |
| 10/20/2008 | 025 | WS KATCHEN | WORK ON PLAN CONFIRMATION ISSUES. | 1.80 | $1,269.00 |
| 10/22/2008 | 025 | WS KATCHEN | EMAIL TO STROOCK. | 0.10 | $70.50 |
| 10/22/2008 | 025 | WS KATCHEN | REVIEW DOCKET | 0.20 | $141.00 |
| 10/22/2008 | 025 | WS KATCHEN | REVIEW/ANALYSIS OBJECTIONS TO DISCLOSURE STATEMENT FILED BY: SCOTTS CO. LLC. | 0.20 | $141.00 |
| 10/22/2008 | 025 | WS KATCHEN | OBJECTIONS TO DISCLOSURE STATEMENT FILED BY LIBBY CLAIMANTS. | 2.00 | $1,410.00 |
| 10/22/2008 | 025 | WS KATCHEN | OBJECTIONS TO DISCLOSURE STATEMENT FILED BY: KANEB PIPE LINE & STS. | 0.20 | $141.00 |

Duane Morris
November 10, 2008
Page 13

File # K0248-00001                                      INVOICE # 1433517
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/23/2008 | 025 | WS KATCHEN | REVIEW 363 MOTION SALE TO AICO IRON. | 0.20 | $141.00 |
| 10/23/2008 | 025 | WS KATCHEN | REVIEW CAPSTONE REPORT. | 0.50 | $352.50 |
| 10/23/2008 | 025 | WS KATCHEN | REVIEW AMENDED 2Q 2008 AGENDA FOR OCT. 27 AND OCT. 28. | 0.20 | $141.00 |
| 10/23/2008 | 025 | WS KATCHEN | ADDITIONAL RESEARCH FOR PLAN ISSUES. | 2.20 | $1,551.00 |
| 10/24/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S CONSOLIDATION RESPONSE TO OBJECTION. | 0.60 | $423.00 |
| 10/24/2008 | 025 | WS KATCHEN | REVIEW MARYLAND CASUALTY REPLY. | 0.20 | $141.00 |
| 10/24/2008 | 025 | WS KATCHEN | INTERNAL CONFERENCE WITH M. LASTOWSKI. | 0.20 | $141.00 |
| 10/27/2008 | 025 | WS KATCHEN | UPDATE STATUS CRIMINAL TRIAL. | 0.20 | $141.00 |
| 10/27/2008 | 025 | WS KATCHEN | ADDITIONAL ANALYSIS LIBBY CLAIMANTS OBJECTIONS. | 1.40 | $987.00 |
| 10/27/2008 | 025 | WS KATCHEN | REVIEW DEBTORS CONSOLIDATED RESPONSE TO OBJECTIONS. | 0.60 | $423.00 |
| 10/28/2008 | 025 | WS KATCHEN | REVIEW EXHIBIT BOOK - EXHIBITS 5 AND 6. | 0.30 | $211.50 |
| 10/28/2008 | 025 | WS KATCHEN | RESEARCH LATEST CHANNELING INJUNCTION OPINION (7 CIR.) FOR LIBBY OBJECTION TO PLAN; REVIEW ADDITIONAL AUTHORITIES CITED IN LIBBY OBJECTION - SEE 524(G)(4)(A)(II). | 0.50 | $352.50 |
| 10/28/2008 | 025 | WS KATCHEN | WORK ON LIBBY ISSUES. | 2.50 | $1,762.50 |
| 10/30/2008 | 025 | WS KATCHEN | REVIEW AUTHORITIES CITED BY LIBBY IN OPPOSITION TO PLAN. | 1.10 | $775.50 |
| 10/31/2008 | 025 | WS KATCHEN | REVIEW MARYLAND CAS. REPLY TO OBJECTION. | 0.20 | $141.00 |
| 10/31/2008 | 025 | WS KATCHEN | FURTHER ANALYSIS DEBTORS' CONSOLIDATED RESPONSE TO OBJECTIONS. | 0.70 | $493.50 |
| | | | Code Total | 22.10 | $15,376.50 |

Duane Morris
November 10, 2008
Page 14

File # K0248-00001
   W.R. GRACE & CO.

INVOICE # 1433517

                    TOTAL SERVICES          53.50  $30,909.00

Duane Morris
November 10, 2008
Page 15

File # K0248-00001                                    INVOICE #  1433517
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 10/31/2008 | PRINTING & DUPLICATING - EXTERNAL | | 2,542.66 |
| | | Total: | $2,542.66 |
| 10/31/2008 | DINNER - LOCAL | | 23.11 |
| | | Total: | $23.11 |
| 10/31/2008 | TRAVEL - LOCAL | | 50.29 |
| | | Total: | $50.29 |
| 10/31/2008 | TRAVEL AWAY FROM HOME | | 47.65 |
| | | Total: | $47.65 |
| 9/22/2008 | OVERNIGHT MAIL | | 29.11 |
| 9/22/2008 | OVERNIGHT MAIL | | 8.89 |
| 10/13/2008 | OVERNIGHT MAIL PACKAGE SENT TO DAVID B SIEGELESQUIRE AT WR GRACE - COLUMBIA, MD FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #798036120184) | | 9.65 |
| 10/13/2008 | OVERNIGHT MAIL PACKAGE SENT TO STEVE BOSSAYESQUIRE AT WARREN H. SMITH & ASSOCIATES - DALLAS, TX FROM ELIZABETH OBYRNE AT DUANE MORRIS LLP - WILMINGTON, DE (TRACKING #790109104900) | | 13.08 |
| | | Total: | $60.73 |
| | TOTAL DISBURSEMENTS | | $2,724.44 |

Duane Morris
November 10, 2008
Page 16

File # K0248-00001                                INVOICE #  1433517
     W.R. GRACE & CO.

TIMEKEEPER

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 9.90 | 645.00 | 6,385.50 |
| 02585 | RW RILEY | PARTNER | 0.40 | 520.00 | 208.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 30.80 | 705.00 | 21,714.00 |
| 03577 | ME HOFFMAN | ASSOCIATE | 0.90 | 295.00 | 265.50 |
| 02279 | BA GRUPPO | PARALEGAL | 1.70 | 250.00 | 425.00 |
| 04442 | EM O'BYRNE | PARALEGAL | 9.80 | 195.00 | 1,911.00 |
|  |  |  | 53.50 |  | $30,909.00 |