IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., et al., | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## CERTIFICATE OF SERVICE

I, Richard W. Riley, hereby certify that on November 18, 2008, I caused a copy of the

foregoing *Eighty-First Monthly Application of Duane Morris LLP for Compensation for*

*Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of*

*Unsecured Creditors for the Period October 1, 2008 through October 31, 2008* to be served

upon the Notice Parties as indicated on the attached service list.

Dated: November 18, 2008
       Wilmington, Delaware

DUANE MORRIS LLP

Richard W. Riley (DE 4052)
1100 North Market Street, Suite 1200
Wilmington, DE 19801

DM3\857535.1

## W. R. GRACE FEE APPLICATION SERVICE LIST

### *Hand Delivery*

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801

### *Via Overnight Mail*

David B. Siegel, Esquire
Senior Vice President and General Counsel
7500 Grace Drive
Columbia, MD 21044

Steve Bossay, Esquire
Warren H. Smith & Associates
Republic Center
325 N. St. Paul, Suite 4080
Dallas, TX 75201

### *Via E-Mail*

william.sparks@grace.com
jbaer@kirkland.com
joneill@pszyj.com
syoder@bayardfirm.com
jsakalo@bilzin.com
ttacconelli@ferryjoseph.com
pvnl@capdale.com
mhurford@del.camlev.com
cl@del.camlev.com
pbentley@kramerlevin.com
currier@klettrooney.com
david.heller@lw.com
carol.hennessey@lw.com
slbossay@whsmithlaw.com
feeaudit@whsmithlaw.com

DM3\857535.1