## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No.: 01-01139 (JKF) |
| | ) | |
| Debtor. | ) | |
| | ) | **Related to Docket No.** 19955 |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED the Motion for Admission Pro Hac Vice of Paul Koepff,

Esquire, as legal counsel to Arrowood Indemnity Company f/k/a Royal Indemnity Company

is granted.

Date: November 18, 2008

_Judith K. Fitzgerald_
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge   SAS