## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| W.R. GRACE & CO., et al., | ) Case No.: 01-01139 (JKF) |
| | ) |
| Debtor. | ) |
| | ) Related to Docket No. *19945* |

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED the Motion for Admission Pro Hac Vice of Gary Svirsky,

Esquire, as legal counsel to Arrowood Indemnity Company f/k/a Royal Indemnity Company

is granted.

Date: November 18, 2008

*Judith K. Fitzgerald*

The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

SAS