## CERTIFICATE OF SERVICE

I, William E. Chipman, Jr., Esq., do hereby certify that on the 18th day of November, 2008, I caused a true and correct copy of the foregoing *Notice of Transfer of Claim Other Than for Security* to be served upon the below listed parties by U.S. Mail, or by hand delivery on local counsel.

/s/ William E. Chipman, Jr.
William E. Chipman (No. 3818)


Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Pachulski Stang Ziehl & Jones LLP
919 North Market Street – 17th Floor
Wilmington, DE  19899

Rust Consultants
Attn: Kathy Davis
Claims Agent
Re: W.R. Grace & Co. Bankruptcy
625 Marquette Ave, Suite 880
Minneapolis, MN  55402

WLM 515547.1