# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | **Objection Date: December 8, 2008** |
| | | **Hearing Deadline: to be scheduled, if necessary** |

### FEE DETAIL FOR OGILVY RENAULT LLP'S TWENTY-SECOND MONTHLY FEE APPLICATION FOR COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES AS SPECIAL COUNSEL FOR THE DEBTORS AND DEBTORS-IN-POSSESSION FOR THE PERIOD FROM OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food' N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a. British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.



## OGILVY RENAULT
LLP / S.E.N.C.R.L, s.r.l.

Client:     W.R. GRACE & CO.                          November 10, 2008
RE:         Fee Applications, Applicant               INVOICE: 853512
Matter No.: 01016442-0008

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending October 31, 2008

| | |
|---|---:|
| FEES | $2,539.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 34.27 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $2,573.27 |

---

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com



W.R. GRACE & CO.                                                                              01016442-0008

RE: Fee Applications, Applicant

BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| T. Walsh | 1.6 | $856.00 |
| P. Adams | 9.9 | $1,683.00 |
| Total | 11.50 | $2,539.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/10/08 | Penny Adams | Receiving and reviewing documentation relating to fee applications. | 0.20 | $34.00 |
| 15/10/08 | Penny Adams | Reviewing September's accounts and providing comments on same. | 0.50 | $85.00 |
| 16/10/08 | Penny Adams | Discussions with E. Adams regarding accounting issues and payment of June and July accounts (0.2); email to R. Finke regarding same (0.3). | 0.50 | $85.00 |
| 17/10/08 | Penny Adams | Correspondence with R. Finke regarding overpayment issues. | 0.50 | $85.00 |
| 20/10/08 | Penny Adams | Drafting 21st Monthly Fee Application. | 2.00 | $340.00 |
| 21/10/08 | Penny Adams | Reviewing and revising 21st Monthly Fee Application (0.7); email to R. Finke requesting comments on same (0.1); emails to fee auditor and L. Oberholzer regarding 21st Monthly Fee Application (0.2). | 1.00 | $170.00 |
| 22/10/08 | Teresa Walsh | Reviewing 21st Monthly Fee Application (0.3); swearing same (0.1). | 0.40 | $214.00 |
| 23/10/08 | Penny Adams | Finalizing 21st Monthly Fee Application (0.3); sending same to fee auditor and L. Oberholzer for filing (0.2); reviewing fee auditor's initial report regarding 29th interim period (0.2). | 0.70 | $119.00 |
| 23/10/08 | Teresa Walsh | Review of fee auditor's initial report regarding firm charges for 29th interim period (0.2); follow up with O. Pasparakis regarding report (0.1). | 0.30 | $160.50 |
| 24/10/08 | Penny Adams | Correspondence regarding overpayment issues (0.1); drafting Seventh Quarterly Fee Application (1.0). | 1.10 | $187.00 |

INVOICE: 853512



**W.R. GRACE & CO.**  01016442-0008

RE: Fee Applications, Applicant

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 27/10/08 | Penny Adams | Correspondence with L. Oberholzer regarding 21st Monthly Fee Application (0.1); drafting response to fee auditor's initial report regarding 29th interim period (0.8); discussions with T. Walsh regarding same (0.2); follow-up with O. Pasparakis relating to docketing issues (0.1); reviewing and revising response to the initial report per comments from T. Walsh (0.5); reviewing and revising Seventh Quarterly Fee Application and sending same to R. Finke for review (1.3). | 3.00 | $510.00 |
| 27/10/08 | Teresa Walsh | Review of draft response to fee auditor in respect of its initial report regarding the Fee Application of Ogilvy Renault for the 29th interim period (0.2); follow up with P. Adams on draft response (0.1). | 0.30 | $160.50 |
| 29/10/08 | Penny Adams | Reviewing and revising response to fee auditor (0.2); reviewing and revising Seventh Quarterly Fee Application (0.2). | 0.40 | $68.00 |
| 30/10/08 | Teresa Walsh | Review and swearing of Seventh Quarterly Fee Application (0.4); final revisions to letter to fee auditor regarding Fee Application for 29th interim period (0.2). | 0.60 | $321.00 |
| | | **TOTAL FEES** | | **$2,539.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 2.20 |
| Courier service | 32.07 |
| | $34.27 |

INVOICE: 853512



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                            01016442-0008

RE:  **Fee Applications, Applicant**

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 23/10/08 | Derrick C. Tay | Courier service FedEx shipment #689588775401 FROM TORONTO, ON, CA. To: LYNZY OBERHOLZER,PACHULSKI STANG ZIEHL & JONES, WILMINGTON, DE, US. ON 23-10-2008, GST: 0.00, QST: 0.00 | 32.07 |
| 23/10/08 | Penny Adams | Copies | 0.10 |
| 30/10/08 | Teresa Walsh | Copies | 2.10 |
|  |  | TOTAL | $34.27 |

INVOICE: 853512



# OGILVY RENAULT
LLP / S.E.N.C.R.L., s.r.l.

| | | |
|---|---|---|
| Client: | W.R. GRACE & CO. | November 10, 2008 |
| RE: | Litigation and litigation consulting | INVOICE: 853513 |
| Matter No.: | 01016442-0006 | |

GST: R111340006

W.R. GRACE & CO.
7500 Grace Drive
Columbia, Maryland 21044 U.S.A.

Attention:   Richard Finke
             Senior Litigation Counsel

For professional services rendered and disbursements incurred
for the period ending October 31, 2008

| | |
|---|---:|
| FEES | $44,265.00 |
| DISBURSEMENTS (Taxable) | 0.00 |
| DISBURSEMENTS (Non Taxable) | 532.60 |
| GST | 0.00 |
| TOTAL FOR THIS INVOICE | $44,797.60 |

Canadian Funds

---

Please return a copy with payment to our address below.

**Bank Transfer**
Please remit by Bank Transfer to RBC Financial Group, Main Branch, Royal Bank Plaza, Toronto, Ontario, Canada
Bank 003, Transit 00002, Acc. No. 106-030-0
ABA # 021000021
Swift Code # ROYCCAT2
Including invoice number on transfer order.

Payable upon receipt

Suite 3800
Royal Bank Plaza, South Tower
200 Bay Street
P.O. Box 84
Toronto, Ontario M5J 2Z4
Canada

Telephone (416) 216-4000
Fax (416) 216-3930

ogilvyrenault.com


OGILVY
RENAULT
LLP/SENCRL, s.r.l.

W.R. GRACE & CO.                                                              01016442-0006

RE: Litigation and litigation consulting
_____


BILLING SUMMARY

|  | Hours | Amount |
|---|---|---|
| P. Adams | 1.3 | $221.00 |
| M. Kotrly | 17.4 | $4,176.00 |
| J. Stam | 13.1 | $6,550.00 |
| K. Galpern | 0.3 | $187.50 |
| O. Pasparakis | 37.2 | $21,948.00 |
| T. Reyes | 1 | $750.00 |
| D.C. Tay | 10.7 | $10,165.00 |
| T. Walsh | 0.5 | $267.50 |
| Total | 81.50 | $44,265.00 |

FEE DETAIL

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 1/10/08 | Orestes Pasparakis | Reviewing case law cited by Crown (1.8); discussions with Crown (1.0); considering strategy (1.0); preparing written submissions (1.7). | 5.50 | $3,245.00 |
| 1/10/08 | Jennifer Stam | Considering responding submissions to Crown (1.2); revising same (1.6); conversations regarding same (0.5). | 3.30 | $1,650.00 |
| 1/10/08 | Karen Galpern | Meeting with O. Pasparakis and D. Tay regarding response to Crown. | 0.30 | $187.50 |
| 1/10/08 | Michael Kotrly | Review and summary of cases submitted by Crown regarding third party beneficiaries to settlements and applicability of indemnity clauses. | 1.80 | $432.00 |
| 2/10/08 | Derrick C. Tay | Reviewing comments from Grace on response (0.1); reviewing and considering comments from Kirkland & Ellis on response (0.2); reviewing, revising and finalizing Grace response to Crown submission and factum (1.7); reviewing Crown's motion material, factum and authorities (2.1). | 4.10 | $3,895.00 |
| 2/10/08 | Orestes Pasparakis | Receipt of written argument from Crown (0.5); reviewing and considering same (0.8); preparing responding argument (3.0); email exchanges with Crown counsel (0.3); tactical discussions with representative counsel (0.4). | 5.00 | $2,950.00 |

INVOICE: 853513



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                01016442-0006

RE:  Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 2/10/08 | Jennifer Stam | Reviewing Crown submissions (0.7); correspondence regarding same (0.2); revising response (1.2). | 2.10 | $1,050.00 |
| 2/10/08 | Michael Kotrly | Review of Crown's factum (0.8); reviewing and editing of response to Crown's factum (2.0). | 2.80 | $672.00 |
| 3/10/08 | Orestes Pasparakis | Finalizing submissions. | 3.00 | $1,770.00 |
| 3/10/08 | Derrick C. Tay | Reviewing response of representative counsel to Crown's factum and submission and supporting case law. | 1.10 | $1,045.00 |
| 3/10/08 | Michael Kotrly | Review of response (1.2); service of response (0.1); preparation of affidavit of service (0.3). | 1.60 | $384.00 |
| 3/10/08 | Jennifer Stam | Finalizing response (0.6); preparing same for service and filing (1.3); correspondence with representative counsel (0.5); reviewing representative counsel's response (0.5). | 2.90 | $1,450.00 |
| 6/10/08 | Orestes Pasparakis | Follow-up regarding filing issues. | 0.80 | $472.00 |
| 6/10/08 | Jennifer Stam | Correspondence regarding information order. | 0.60 | $300.00 |
| 6/10/08 | Michael Kotrly | Discussion with J. Stam regarding attendance at Court tomorrow (0.3); review of information order motion record (0.5); assembly of materials for appearance (0.3). | 1.10 | $264.00 |
| 7/10/08 | Orestes Pasparakis | Follow-up with Grace regarding amended order. | 0.50 | $295.00 |
| 7/10/08 | Michael Kotrly | Attendance at Court to amend information order. | 1.60 | $384.00 |
| 7/10/08 | Jennifer Stam | Attending to matters regarding amended information order. | 0.80 | $400.00 |
| 8/10/08 | Orestes Pasparakis | Numerous calls and emails regarding noticing issues. | 0.80 | $472.00 |
| 10/10/08 | Orestes Pasparakis | Conference call regarding new settlement options (1.3); considering position of representative counsel (0.8); email and telephone exchanges regarding settlement (1.7). | 3.80 | $2,242.00 |
| 10/10/08 | Derrick C. Tay | Considering issues raised by correspondence from representative counsel (0.6); communications with Kirkland & Ellis and Grace (0.2). | 0.80 | $760.00 |

INVOICE: 853513



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                            01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 14/10/08 | Orestes Pasparakis | Follow-up with client and opposing counsel regarding motion. | 0.50 | $295.00 |
| 15/10/08 | Orestes Pasparakis | Follow-up regarding settlement. | 0.80 | $472.00 |
| 15/10/08 | Derrick C. Tay | Discussing Canadian claims bar process with Kirkland & Ellis (0.3); following up on Canadian settlement decision (0.2). | 0.50 | $475.00 |
| 16/10/08 | Orestes Pasparakis | Discussions regarding consent of representative counsel. | 1.50 | $885.00 |
| 17/10/08 | Derrick C. Tay | Reviewing materials served by Delaware counsel (0.3); reviewing communications from Crown lawyer (0.1); dealing with response to same (0.2); following up on Canadian decision (0.2). | 0.80 | $760.00 |
| 20/10/08 | Orestes Pasparakis | Follow-up on motion and U.S. court attendance. | 0.70 | $413.00 |
| 21/10/08 | Derrick C. Tay | Reviewing objection to disclosure statement filed by Crown (0.4); providing advice regarding same (0.3). | 0.70 | $665.00 |
| 21/10/08 | Jennifer Stam | Reviewing Crown DS objection. | 0.50 | $250.00 |
| 22/10/08 | Penny Adams | Discussions with J. Stam and several telephone calls to the Commercial List regarding Order for motion returnable September 30, 2008. | 0.50 | $85.00 |
| 22/10/08 | Derrick C. Tay | Following up on Canadian work. | 0.20 | $190.00 |
| 23/10/08 | Teresa Walsh | Reviewing Justice Morawetz' decision on motion to approve Minutes of Settlement. | 0.50 | $267.50 |
| 23/10/08 | Derrick C. Tay | Reviewing and analyzing decision from Canadian court on settlement (0.4); reporting to client (0.1); dealing with questions from press (0.4). | 0.90 | $855.00 |
| 23/10/08 | Orestes Pasparakis | Follow-up on decision (0.9); follow-up on representative counsel's proposal (1.1); follow-up on U.S. counsel's emails regarding motion relating to disclosure statement (1.1). | 3.10 | $1,829.00 |
| 23/10/08 | Jennifer Stam | Reviewing reasons of Justice Morawetz (0.5); reviewing proposed changes by representative counsel (0.2). | 0.70 | $350.00 |

INVOICE: 853513



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                    01016442-0006

RE: **Litigation and litigation consulting**

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 23/10/08 | Penny Adams | Follow-up telephone calls to the Commercial List regarding Order. | 0.50 | $85.00 |
| 24/10/08 | Derrick C. Tay | Communications with Kirkland & Ellis and Grace regarding representative counsel's request for amendments to settlement (0.3); communications with Crown regarding appeal (0.1). | 0.40 | $380.00 |
| 24/10/08 | Tony Reyes | Discussion with J. Stam regarding orders continuing stay. | 0.20 | $150.00 |
| 24/10/08 | Penny Adams | Telephone call to Commercial List regarding status of Order (0.2); reporting to J. Stam regarding same (0.1). | 0.30 | $51.00 |
| 24/10/08 | Jennifer Stam | Reviewing order (0.2); correspondence regarding same (0.1). | 0.30 | $150.00 |
| 24/10/08 | Orestes Pasparakis | Numerous conference calls with representative counsel to discuss changes to Minutes of Settlement (1.8); email to client setting out and analyzing amendments and issues surrounding representative counsel's proposal (1.3); exchange of emails and calls regarding same (1.3) | 4.40 | $2,596.00 |
| 25/10/08 | Derrick C. Tay | Reviewing and considering issues raised by Grace. | 0.30 | $285.00 |
| 25/10/08 | Orestes Pasparakis | Responding to emails from client and Kirkland & Ellis regarding proposed changes to minutes. | 0.60 | $354.00 |
| 26/10/08 | Derrick C. Tay | Considering issues raised by Kirkland & Ellis regarding proposed amendments to settlement. | 0.30 | $285.00 |
| 27/10/08 | Derrick C. Tay | Responding to questions from Kirkland & Ellis and Grace regarding settlement agreement. | 0.30 | $285.00 |
| 27/10/08 | Orestes Pasparakis | Addressing questions from client and U.S. counsel regarding ongoing Canadian litigation. | 1.30 | $767.00 |
| 28/10/08 | Orestes Pasparakis | Conference call with representative counsel regarding strategy (1.3); emails with client (0.9); strategy and discussions (1.1). | 3.30 | $1,947.00 |
| 28/10/08 | Derrick C. Tay | Discussing next steps with Grace. | 0.30 | $285.00 |
| 28/10/08 | Jennifer Stam | Attending to matters regarding recognition of ZAI notice program in Canada. | 0.50 | $250.00 |

INVOICE: 853513



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l

W.R. GRACE & CO.                                              01016442-0006

RE: Litigation and litigation consulting
_____

| Date | Timekeeper | Description | Hours | Amount |
|---|---|---|---|---|
| 29/10/08 | Tony Reyes | Discussion with J. Stam regarding motion next Monday. | 0.10 | $75.00 |
| 29/10/08 | Orestes Pasparakis | Conference call with representative counsel. | 0.60 | $354.00 |
| 30/10/08 | Jennifer Stam | Reviewing Finke affidavit for bar date recognition (0.7); correspondence regarding motion for bar date recognition (0.2); correspondence regarding interim extension order (0.2). | 1.10 | $550.00 |
| 30/10/08 | Tony Reyes | Review of email and draft order (0.1); preparing for motion (0.3); discussion with J. Stam regarding other materials filed (0.1); review of October 17th order, request form and emails regarding same (0.2). | 0.70 | $525.00 |
| 30/10/08 | Orestes Pasparakis | Addressing timing of motion (0.4); considering emails from Crown counsel (0.4). | 0.80 | $472.00 |
| 30/10/08 | Michael Kotrly | Drafting of Finke affidavit in support of motion to recognize U.S. judgment regarding notice program (3.8); commenced drafting notice of motion for same (0.4). | 4.20 | $1,008.00 |
| 31/10/08 | Michael Kotrly | Editing of Finke affidavit for motion to recognize Canadian bar date order (2.3); editing of draft order for same (0.6); commenced drafting notice of motion for same (1.4). | 4.30 | $1,032.00 |
| 31/10/08 | Jennifer Stam | Revising Finke affidavit. | 0.30 | $150.00 |
| 31/10/08 | Orestes Pasparakis | Follow-up with client regarding status. | 0.20 | $118.00 |
| | | **TOTAL FEES** | | **$44,265.00** |

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---|
| Copies | 13.90 |
| Long distance calls | 35.52 |
| Courier service | 36.34 |
| External DB Search/Quicklaw | 133.38 |

INVOICE: 853513



**OGILVY RENAULT**
LLP / S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                           01016442-0006

RE:  Litigation and litigation consulting

**DISBURSEMENTS - NON TAXABLE**

| | |
|---|---:|
| Process server fee | 80.00 |
| Meals with clients | 134.02 |
| Taxis | 91.15 |
| Provincial Sales Tax / Taxe de vente pr | 8.29 |
| | $532.60 |

**DISBURSEMENT DETAIL - NON TAXABLE**

| Date | Timekeeper | Description | Amount |
|---|---|---|---:|
| 16/9/08 | Penny Adams | QA Courier service- Inv# 77397 | 6.03 |
| 23/9/08 | Penny Adams | QA Courier service- Inv# 77401 | 9.04 |
| 25/9/08 | Michael Kotrly | QA Courier service- Inv# 77401 | 6.03 |
| 26/9/08 | Penny Adams | Process server fee - KAP LITIGATION SERVICES | 45.00 |
| 26/9/08 | Penny Adams | Process server fee - KAP LITIGATION SERVICES | 35.00 |
| 30/9/08 | Jennifer Stam | Meals with clients - JENNIFER STAM | 30.42 |
| 30/9/08 | Derrick C. Tay | Taxis - DERRICK C. TAY | 9.62 |
| 30/9/08 | Jennifer Stam | Taxis - JENNIFER STAM | 8.65 |
| 30/9/08 | Orestes Pasparakis | Provincial Sales Tax / Taxe de vente provinciale - ACQUA CATERING | 8.29 |
| 30/9/08 | Orestes Pasparakis | Meals with clients - ACQUA CATERING | 103.60 |
| 30/9/08 | Jennifer Stam | Taxis - NETWORK EXECUTIVE LIMOUSINE Jan Baer | 57.50 |
| 1/10/08 | Michael Kotrly | External DB Search/Quicklaw | 24.21 |
| 1/10/08 | Jennifer Stam | Copies | 0.30 |
| 2/10/08 | Michael Kotrly | External DB Search/Quicklaw | 3.83 |
| 2/10/08 | Orestes Pasparakis | Copies | 0.40 |
| 2/10/08 | Orestes Pasparakis | Copies | 0.40 |
| 2/10/08 | Orestes Pasparakis | Copies | 0.40 |
| 2/10/08 | Orestes Pasparakis | Copies | 0.40 |
| 2/10/08 | Muriel Ing | Copies | 0.10 |
| 2/10/08 | Orestes Pasparakis | Long distance calls 19055231333 | 0.96 |
| 2/10/08 | Orestes Pasparakis | Long distance calls 19055231333 | 7.20 |
| 2/10/08 | Muriel Ing | Copies | 0.10 |
| 3/10/08 | Sandra Reynolds | Copies | 0.50 |
| 3/10/08 | Sandra Reynolds | Copies | 0.10 |
| 3/10/08 | Michael Kotrly | Copies | 0.50 |
| 3/10/08 | Sandra Reynolds | Copies | 0.50 |
| 3/10/08 | Muriel Ing | Copies | 0.10 |
| 3/10/08 | Michael Kotrly | Copies | 0.10 |
| 3/10/08 | Michael Kotrly | Copies | 0.10 |

INVOICE: 853513

Case 01-01139-AMC   Doc 20092-1   Filed 11/18/08   Page 13 of 13



**OGILVY RENAULT**
LLP/S.E.N.C.R.L., s.r.l.

W.R. GRACE & CO.                                                                                              01016442-0006

RE: Litigation and litigation consulting

| Date | Timekeeper | Description | Amount |
|---|---|---|---|
| 3/10/08 | Michael Kotrly | Copies | 0.10 |
| 3/10/08 | Michael Kotrly | Copies | 0.80 |
| 3/10/08 | Sandra Reynolds | Copies | 0.10 |
| 3/10/08 | Orestes Pasparakis | Copies | 0.50 |
| 3/10/08 | Sandra Reynolds | Copies | 0.40 |
| 3/10/08 | Sandra Reynolds | Copies | 0.10 |
| 3/10/08 | Sandra Reynolds | Copies | 0.50 |
| 3/10/08 | Orestes Pasparakis | Copies | 0.50 |
| 3/10/08 | Michael Kotrly | Copies | 0.80 |
| 3/10/08 | Monique Massabki | Copies | 0.20 |
| 3/10/08 | Michael Kotrly | Copies | 0.40 |
| 3/10/08 | Michael Kotrly | Copies | 0.10 |
| 3/10/08 | Michael Kotrly | Copies | 0.40 |
| 3/10/08 | Orestes Pasparakis | Copies | 0.50 |
| 7/10/08 | Jennifer Stam | QA Courier service- Inv# 77948 | 15.24 |
| 7/10/08 | Michael Kotrly | External DB Search/Quicklaw | 93.91 |
| 7/10/08 | Jennifer Stam | Copies | 0.70 |
| 10/10/08 | Orestes Pasparakis | Long distance calls 19055231333 | 13.92 |
| 16/10/08 | Jennifer Stam | Taxis - JENNIFER STAM | 15.38 |
| 17/10/08 | Jennifer Stam | Copies | 0.10 |
| 24/10/08 | Orestes Pasparakis | Long distance calls 19055231333 | 9.12 |
| 27/10/08 | Dolly Luong | Copies | 0.20 |
| 27/10/08 | Dolly Luong | Copies | 0.20 |
| 28/10/08 | Orestes Pasparakis | Long distance calls 19055231333 | 4.32 |
| 28/10/08 | Dolly Luong | Copies | 0.30 |
| 29/10/08 | Muriel Ing | Copies | 0.10 |
| 30/10/08 | Marna McGeorge | Copies | 0.30 |
| 30/10/08 | Jennifer Stam | Copies | 0.40 |
| 30/10/08 | Marna McGeorge | Copies | 0.40 |
| 30/10/08 | Marna McGeorge | Copies | 1.20 |
| 31/10/08 | Allison Kuntz | External DB Search/Quicklaw | 11.43 |
| 31/10/08 | Muriel Ing | Copies | 0.20 |
| 31/10/08 | Muriel Ing | Copies | 0.10 |
| 31/10/08 | Muriel Ing | Copies | 0.20 |
| 31/10/08 | Muriel Ing | Copies | 0.10 |
|  |  | TOTAL | $532.60 |

INVOICE: 853513