# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington DE 19801
(302) 252-2900

Date: **11/19/08**

To:  District of Delaware
U. S. Courthouse - 844 King Street
Wilmington DE 19801

Re:  **WR Grace**
Case 01-1139
Appeal BAP #08-62

Enclosed please find the:   **Record Appeal docket #19765.
Orders: docket # 19728, Designation #19875, Memorandum #19727.
Appellee Designation # 19962,**


__X__ Filing fee paid on 10/16/2008  receipt #3608169
_____ Filing fee not paid
Please acknowledge receipt on the copy provided.

Sincerely,
__/s/_____
Betsy Magnuson
Deputy Clerk, U.S. Bankruptcy Court


I hereby acknowledge receipt of the above Record on Appeal this _____ day of_____,
2007.

By:_____
Deputy Clerk, U.S. District Court

## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**WR Grace  01-1139**
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: **Chapter 11   Appeal BAP 08-66**


**Appellant :**   State of California, Department of General Service
**Counsel:**       Tobey M. Daluz Esq
                   Ballard Sphar Andrews Ingersoll LLP
                   919 North market Street 12th flr
                   Wilmington De 19801



**Appellee**      W.R .Grace
 **Counsel :**    David W. Carickhoff, Jr
                  Pachulski Ziehl Stang Ziehl Young Jones
                  919 N. Market St.
                  16th Floor
                  Wilmington, DE 19899