# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.[1], | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: December 15, 2008 at 4:00 |
| | ) | p.m. Hearing Date: TBD only if necessary |
| | ) | |

## FEE DETAIL FOR HOLME ROBERTS & OWEN, LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF MAY 1, 2008 THROUGH MAY 31, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# v::ODMA/PCDOCS/HRODEN/1372917/1

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Name | Position | Hourly Rate | May | Total Comp |
|---|---|---|---|---|
| Coggon, Katheryn | Special Counsel | $375.00 | 2.30 | $ 862.50 |
| | | | | |
| Total | | | 2.30 | 862.50 |

Expenses

**Matter 00300 - Libby, Montana Asbestos Litigation**

| Description | TOTAL |
|---|---|
| Parking | $ - |
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ 2.10 |
| Outside Courier | $ - |
| Lexis | $ 19.97 |
| Travel Expense | $ - |
| Document Production | $ - |
| Federal Express | $ - |
| Research Service | $ - |
| Tab Stock | $ - |
| Other Expenses | $ - |
| Color Copies | $ - |
| **Total** | **$ 22.07** |

Holme Roberts & Owen LLP

June 30, 2008

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 810366 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/12/08 | KJC | Research re activity based sampling. | 0.30 | $ 112.50 |
| 05/20/08 | KJC | Research re ABS results. | 0.70 | 262.50 |
| 05/21/08 | KJC | Research re ABS results. | 0.80 | 300.00 |
| 05/27/08 | KJC | Research re ABS. | 0.50 | 187.50 |
| | | Total Fees Through May 31, 2008: | 2.30 | $ 862.50 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $375.00 | 2.30 | $ 862.50 |
| | | | Total Fees: | 2.30 | $ 862.50 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/12/08 | | Long Distance Telephone: 4 Mins., TranTime:10:00 | $ 0.40 |
| 05/20/08 | | Long Distance Telephone: 17 Mins., TranTime:13:34 | 1.70 |
| 05/21/08 | 1 | Lexis | 19.97 |
| | | Total Disbursements: | $ 22.07 |

### Disbursement Summary

| | | |
|---|---|---|
| Long Distance Telephone | $ | 2.10 |
| Lexis | | 19.97 |
| **Total Disbursements:** | $ | 22.07 |

**Matter 00390 - Bankruptcy Matters**

| Name | Position | Hourly Rate | May | Total Comp |
|---|---|---|---|---|
| Flaagan, Elizabeth K. | Partner | $ 400.00 | 0.3 | $ 120.00 |
| Haag, Susan | Paralegal | $ 175.00 |  | $ - |
|  |  |  |  |  |
| Total |  |  | 0.30 | $ 120.00 |

Expenses

**Matter 00390 - Bankruptcy Matters**

| Description | TOTAL |
|---|---|
| Photocopies | $ - |
| Facsimiles | $ - |
| Long Distance Telephone | $ - |
| Federal Express | $ - |
| Outside Courier | $ - |
| Lexis | $ - |
| Consulting Fee | $ - |
| Postage | $ - |
| Research Services | $ - |
| Professional Services | $ 749.54 |
| Total | $ 749.54 |

Holme Roberts & Owen LLP

June 30, 2008

W.R. Grace

Page: 10
Invoice No.: 810366
Client No.: 04339
Matter No.: 00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/05/08 | EKF | Review and revise March 2008 prebills/invoices for compliance with US Trustee Guidelines. | 0.30 | $ 120.00 |
| | | **Total Fees Through May 31, 2008:** | **0.30** | **$ 120.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth K. Flaagan | Partner | $400.00 | 0.30 | $ 120.00 |
| | | | **Total Fees:** | **0.30** | **$ 120.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/09/08 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 314368; DATE: 5/9/2008 - Professional Services through April 30, 2008 | $ 749.54 |
| | | **Total Disbursements:** | **$ 749.54** |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 749.54 |
| **Total Disbursements:** | **$** | **749.54** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |