IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

FEE AUDITOR'S FINAL REPORT REGARDING
FEE APPLICATION OF BILZIN SUMBERG BAENA PRICE & AXELROD LLP
FOR THE TWENTY-NINTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Fee Application of Bilzin Sumberg Baena Price & Axelrod LLP for the Twenty-Ninth Interim Period (the "Application").

**BACKGROUND**

1. Bilzin Sumberg Baena Price & Axelrod LLP ("Bilzin Sumberg") was retained as counsel to the Official Committee of Asbestos Property Damage Claimants. In the Application, Bilzin Sumberg seeks approval of fees totaling $264,790.75 and expenses totaling $60,536.58 for its services from April 1, 2008 through June 30, 2008 (the "Application Period").

2. In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2008, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330,

Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Bilzin Sumberg, and received a response from Bilzin Sumberg, portions of which response are quoted herein.

## DISCUSSION

3.     In our initial report, we noted that Bilzin Sumberg had billed $9,499.50 in fees for non-working travel in its April 2008 monthly application and $11,960.00 in fees for non-working travel in its May 2008 monthly application. It did not appear that these fees had been discounted by 50%, as required by Local Rule 2016-2(d)(viii).[1] Thus, we asked Bilzin Sumberg to review its records and advise whether the required 50% discount had been applied to these fees. Bilzin Sumberg responded as follows: "It does appear that these fees were inadvertently not discounted by 50% as required by Local Rule 2016-2(d)(viii). Bilzin Sumberg agrees to a reduction of fees in the amount of $10,729.75." We appreciate Bilzin Sumberg's response and recommend a reduction of $10,729.75 in fees.

4.     In our initial report, we noted the following meal charges for which more information was needed:

| | |
|---|---|
| 57.75 | Meals Travel to Pittsburgh - Vendor: Matthew Kramer; ...; Date 3/18/2008 |
| 68.08 | Meals Travel to Pittsburgh - Vendor: Matthew Kramer; ...; Date 3/26/2008 |

---

[1] The Local Rule reads as follows: "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates;..."

| | |
|---|---|
| 67.67 | Meals Travel to Pittsburgh - Vendor: Matthew Kramer; ...; Date 3/26/2008 |
| 63.12 | Meals Travel to Pittsburgh - Vendor: Snyder, Jeffrey; ...; Date 4/1/2008 |
| 76.23 | Meals Vendor: Perricone's Marketplace; ...; Date: 4/7/2008 |
| 170.79 | Meals Travel to Philadelphia - Vendor: Scott L. Baena; ...; Date 4/22/2008 |
| 122.00 | Meals Vendor: La Loggia; ...; Date: 5/9/2008... |
| 138.40 | Meals Travel to Pittsburgh - Vendor: Scott L. Baena; ... Date 6/2/2008... |

In response to our inquiry, Bilzin Sumberg provided the following information concerning these charges:

- $57.75 – Meals Travel to Pittsburgh – These charges represent lunch and dinner for Matthew Kramer on March 18, 2008.

- $68.08 – Meals Travel to Pittsburgh – These charges represent lunch and dinner for Matthew Kramer on March 24, 2008.

- $67.67 – Meals Travel to Pittsburgh – These charges represent lunch and dinner for Matthew Kramer on March 25, 2008.

- $63.12 – Meals Travel to Pittsburgh – These charges represent dinner for Jeffrey Snyder on March 31, 2008. Based on the recommended caps for meals, Bilzin Sumberg agrees to a reduction of $8.12.

- $76.23 – Meals Vendor: Perricone's Marketplace, dated 4/7/08. This meal charge was incurred at Bilzin Sumberg's office in Miami during a meeting. Bilzin Sumberg agrees to a reduction of the charges of $76.23.

- $170.79 – Meals Travel to Philadelphia – These charges represent dinner for Jay M. Sakalo and Scott L. Baena on April 21, 2008. Based on the recommended caps for meals, Bilzin Sumberg agrees to a reduction of $40.79.

- $122.00 – Meals Vendor: La Loggia, Dated 5/9/08. This meal charge was incurred for a lunch meeting at Bilzin Sumberg's office in Miami at which 7 people were

present.

- $138.40 – Meals Travel to Pittsburgh – These charges represent dinner for Scott Baena, Jay Sakalo and Darrell Scott on June 2, 2008.

We appreciate Bilzin Sumberg's response and recommend a reduction of $145.14[2] in expenses.

4. In our initial report, we noted the following lodging charges for which more information was needed:

| | |
|---|---|
| 803.70 | Lodging Travel to Pittsburgh - Vendor: Matthew Kramer; ...; Date 3/26/2008 |
| 567.72 | Lodging Travel to Pittsburgh - Vendor: Snyder, Jeffrey; ...; Date 4/1/2008 |
| 473.10 | Lodging Travel to Philadelphia - Vendor: Scott L. Baena; ... Date 4/22/2008 |
| 473.10 | Lodging Travel to Philadelphia - Vendor: Jay M. Sakalo; ...Date 4/22/2008 |
| 654.36 | Lodging Hotel 06/01/08 - 06/02/08 Travel to Pittsburgh - Vendor: Scott L. Baena...; Date 6/2/2008 |
| 370.50 | Lodging Travel to Pittsburgh - Vendor: Jay M. Sakalo; ...; Date 6/3/2008 |

In response to our inquiry, Bilzin Sumberg provided the following information concerning these charges:

---

[2]This reduction reflects an additional $20.00 reduction of the $170.79 charge beyond that agreed to by Bilzin Sumberg. This is consistent with our dinner guideline of $55.00 per person for most locales, including Philadelphia.

**FEE AUDITOR'S FINAL REPORT** - Page 4
wrg FR Bilzin 29Q 4-6.08 v2.wpd

| DATE | ROOM CHARGE | # of Nights | TAXES, TELEPHONE AND OTHER CHARGES | GUEST NAME | NAME OF HOTEL/LOCATION |
|---|---|---|---|---|---|
| 3/26/08 | $705.00 | 3 | $98.70 | Matthew I. Kramer | Westin Hotel/Pittsburgh |
| 4/1/08 | $498.00 | 2 | $69.72 | Jeffrey I. Snyder | Westin Hotel/Pittsburgh |
| 4/21/08 | $415.00 | 1 | $58.10 | Scott L. Baena | Four Seasons Hotel, Philadelphia |
| 4/21/08 | $415.00 | 1 | $58.10 | Jay M. Sakalo | Four Seasons Hotel, Philadelphia |
| 6/1/08 | $574.00 | 2 | $80.36 | Scott L. Baena | Westin Hotel/Pittsburgh |
| 6/2/08 | $325.00 | 1 | $45.50 | Jay M. Sakalo | Westin Hotel/Pittsburgh |

We accept Bilzin Sumberg's response for all of the charges except for the two 4/21/08 stays at the Four Seasons in Philadelphia. The room rate for both charges was $415.00 per night. It appears to us that one can usually obtain satisfactory lodging in Philadelphia for $300.00 per night, plus taxes. We note that the Four Seasons is rated a five-star luxury hotel by the Travelocity website.[3] Thus, consistent with our letter of July 14, 2008 to the Honorable Judith K. Fitzgerald, we recommend that reimbursement for these two charges be reduced to $300.00 per night, for a reduction of $230.00 in expenses.

## CONCLUSION

5.    Thus, we recommend approval of $254,061.00 in fees ($264,790.75 minus

---

[3] A star rating on the Four Seasons was not available from Expedia.com, the website from which we usually obtain our hotel ratings.

**FEE AUDITOR'S FINAL REPORT** - Page 5
wrg FR Bilzin 29Q 4-6.08 v2.wpd

$10,729.75) and $60,161.44 in expenses ($60,536.58 minus $375.14) for Bilzin Sumberg's services for the Application Period.

        Respectfully submitted,

        **WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
        Warren H. Smith
        Texas State Bar No. 18757050

325 N. St. Paul Street
Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

        **FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 20th day of November, 2008.

_____
Warren H. Smith

## SERVICE LIST

**Applicant**
Scott L. Baena
Jay M. Sakalo
Matthew I. Kramer
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
2500 Wachovia Financial Center
200 South Biscayne Boulevard
Miami, FL 33131-2385

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Arlene Krieger
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Michael B. Joseph,Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801