IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | Chapter 11 |
| | § | |
| W.R. GRACE & CO., et al., | § | Jointly Administered |
| | § | Case No. 01-01139 (JKF) |
| Debtors. | § | |
| | § | |

## FEE AUDITOR'S FINAL REPORT REGARDING THE TWENTY-NINTH INTERIM FEE APPLICATION OF DUANE MORRIS LLP

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the Interim Fee Application of Duane Morris LLP for the Twenty-Ninth Interim Period (the "Application").

### BACKGROUND

1.  Duane Morris LLP ("Duane Morris") was retained as co-counsel to the Official Committee of Unsecured Creditors. In the Application, Duane Morris seeks approval of fees totaling $136,632.50 and expenses totaling $4,572.04 for its services from April 1, 2008 through June 30, 2008 (the "Application Period").

2.  In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2008, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. § 330, Issued January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent

established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals. We served an initial report on Duane Morris, and received a response from Duane Morris, portions of which response are quoted herein.

## DISCUSSION

3. In our initial report, we noted the following time entries for "legal research":

| Date | Name | Task | Hours | Amount |
|---|---|---|---|---|
| 4/1/2008 | TJ Santorelli | Legal Research | 2.00 | $290.00 |
| 5/28/2008 | TJ Santorelli | Legal Research | 0.40 | $58.00 |

Thus, we asked Duane Morris to provide the subject matter of this research. Duane Morris responded: "We will waive reimbursement of those amounts." We appreciate Duane Morris' response and recommend a reduction of $348.00 in fees.

4. In our initial report, we noted the following meal charge for which more information was needed:

| Date | Description | Amount |
|---|---|---|
| 4/30/2008 | Dinner - Local | 124.90 |

In response to our inquiry, Duane Morris responded: "We will waive reimbursement of those amounts." We appreciate Duane Morris' response and recommend a reduction of $124.90 in expenses.

5. In our initial report, we noted the following travel expenses for which no detail was provided:

| Date | Description | Amount |
|---|---|---|
| 4/30/2008 | Travel - Local | 112.11 |
| 4/30/2008 | Travel away from home | 102.62 |
| 5/31/2008 | Travel away from home | 628.48 |
| 6/30/2008 | Travel away from home | 178.45 |

In response to our inquiry, Duane Morris responded: "We will waive reimbursement of those

amounts." We appreciate Duane Morris' response and recommend a reduction of $1,021.66 in expenses.

6.      In our initial report, we noted that Duane Morris charged 15 cents per page for its photocopies. Effective February 1, 2006, Local Rule 2016-2(e)(iii) was amended so as to allow for a maximum charge of 10 cents per page for in-house copies. Duane Morris billed $529.05 for 3,527 copies. Thus, we asked Duane Morris whether it would agree to reduce its charges for these copies so as to comply with the Local Rule. Duane Morris responded that it would "accept all of our changes." We appreciate Duane Morris' response and recommend a reduction of $176.35 in expenses.

## CONCLUSION

7.      Thus, we recommend approval of $136,284.50 in fees ($136,632.50 minus $348.00) and $3,249.13 in expenses ($4,572.04 minus $1,322.91) for Duane Morris' services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By: _____
      Warren H. Smith
      Texas State Bar No. 18757050

Republic Center
325 N. St. Paul, Suite 1250
Dallas, Texas 75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 20th day of November, 2008.

_____
Warren H. Smith

## SERVICE LIST
Notice Parties

**The Applicant**
Michael R. Lastowski
Richard W. Riley
DUANE MORRIS LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE 19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801