## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | § | **Chapter 11** |
| | § | |
| **W.R. GRACE & CO., et al.,** | § | **Jointly Administered** |
| | § | **Case No. 01-01139 (JKF)** |
| Debtors. | § | |
| | § | |

### FEE AUDITOR'S FINAL REPORT REGARDING
### FEE APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP
### FOR THE TWENTY-NINTH INTERIM PERIOD

This is the final report of Warren H. Smith & Associates, P.C., acting in its capacity as fee auditor in the above-captioned bankruptcy proceedings, regarding the <u>Fee Application of Orrick, Herrington & Sutcliffe LLP for the Twenty-Ninth Interim Period</u> (the "Application").

### BACKGROUND

1.      Orrick, Herrington & Sutcliffe LLP ("Orrick") was retained as bankruptcy counsel to David T. Austern, future claimants' representative.  In the Application, Orrick seeks approval of fees totaling $1,060,594.00 and expenses totaling $96,239.02 for its services from April 1, 2008 through June 30, 2008 (the "Application Period").

2.      In conducting this audit and reaching the conclusions and recommendations contained herein, we reviewed in detail the Application in its entirety, including each of the time and expense entries included in the exhibits to the Application, for compliance with 11 U.S.C. § 330, Local Rule 2016-2 of the Local Rules of the United States Bankruptcy Court for the District of Delaware, Amended Effective February 1, 2008, and the United States Trustee Guidelines for Reviewing Applications for Compensation and Reimbursement of Expenses Filed Under 11 U.S.C. §330, Issued

January 30, 1996 (the "U.S. Trustee Guidelines"), as well as for consistency with precedent established in the United States Bankruptcy Court for the District of Delaware, the United States District Court for the District of Delaware, and the Third Circuit Court of Appeals.  We served an initial report on Orrick, and received a response from Orrick, portions of which response are quoted herein.

## DISCUSSION

3.    In our initial report, we noted the following time entry which appeared to include non-working travel:

| | | | | |
|---|---|---|---|---|
| 04/06/08 | J. Cangialosi | 15.00 | 3,900.00 | Assist attorney re organization of war room for new trial week (1.0); **travel to Pittsburgh (3.0);** prepare exhibits, deposition transcripts and expert reports for Roggli direct (7.2); prepare materials re settlement issues (3.8). |

Pursuant to Local Rule 2016-2(d)(viii): "Travel time during which no work is performed shall be separately described and may be billed at no more than 50% of regular hourly rates."  Thus, we asked Orrick whether the required 50% discount had been applied to this time.  Orrick responded as follows:

> Mr. Cangialosi inadvertently billed non-working travel time of 3.0 hours at his full hourly rate of $235 for a total of $705.  Orrick agrees to reduce its fees in the amount of $352.50 ($117.50 times 3.0 hours) to correct this item.

We appreciate Orrick's response and recommend a reduction of $352.50 in fees.

4.    In our initial report, we noted the following air fare charge which appeared to be for an upgrade:

| | | | | |
|---|---|---|---|---|
| 3/11/2008 | Wyron, Richard | AIR | $130.01 | VENDOR: Wyron, Richard H.; INVOICE#: 042108; DATE: 4/24/2008 - dc/dd/#82067/myp - upgrade 3/11 |

Thus, we asked Orrick to explain why the estate should reimburse this expense.  Orrick responded as follows: "Orrick notes that the charge for an upgrade in air fare was inadvertently billed in the amount of $130.01, and will reduce its expenses in that amount."  We appreciate Orrick's response and recommend a reduction of $130.01 in expenses.

### CONCLUSION

5.      Thus, we recommend approval of $1,060,241.50 in fees ($1,060,594.00 minus $352.50) and $96,109.01 in expenses ($96,239.02 minus 130.01) for Orrick's services for the Application Period.

Respectfully submitted,

**WARREN H. SMITH & ASSOCIATES, P.C.**

By:_____
            Warren H. Smith
            Texas State Bar No. 18757050

325 N. St. Paul, Suite 1250
Dallas, Texas  75201
214-698-3868
214-722-0081 (fax)
whsmith@whsmithlaw.com

**FEE AUDITOR**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served by First Class United States mail to the attached service list on this 20th day of November, 2008.

_____
Warren H. Smith

# SERVICE LIST
## Notice Parties

**The Applicant**
Roger Frankel
Richard H. Wyron
ORRICK, HERRINGTON & SUTCLIFFE LLP
Columbia Center
1152 15th Street, N.W.
Washington, DC 20005

**The Debtors**
David B. Siegel, Esq.
Sr. V.P. and Gen. Counsel
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD 21044

**Counsel for the Debtors**
James H.M. Sprayregen, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Laura Davis Jones, Esq.
James R. O'Neill
Pachulski, Stang, Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

**Counsel for the Official Committee of Unsecured Creditors**
Lewis Kruger, Esq
Stroock & Stroock & Lavan
180 Maiden Lane
New York, NY 10038-4982

Michael R. Lastowski, Esq.
Duane Morris & Heckscher
1100 N. Market Street, Suite 1200
Wilmington, De 19801-1246

**Counsel to the Official Committee of Property Damage Claimants**
Scott L. Baena, Esq
Bilzin, Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

**Counsel to the Official Committee of Personal Injury Claimants**
Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Marla R. Eskin
Campbell & Levine, LLC
Suite 300
800 N. King Street
Wilmington, DE  19801

**Official Committee of Equity Holders**
Gary M. Becker
Kramer Levin Naftalis & Frankel
1177 Avenue of the Americas
New York, NY 10036

Teresa K.D. Currier, Esq.
Buchanan Ingersoll & Rooney
1000 West Street, Suite 1410
Wilmington, DE 19801

**United States Trustee**
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE 19801