# EXHIBIT A

# CANADA

**BRITISH COLUMBIA INSTITUTE:**
- SW1 3700 Willingdon Ave, Burnaby
- SW3 3700 Willingdon Ave, Burnaby
- SW5 3700 Willingdon Ave, Burnaby
- SE14 3700 Willingdon Ave, Burnaby

**IPSCO INC.:**
-ERW Mill Building
-Rolling Mill Building

**SASKATCHEWAN PROPERTY MANAGEMENT CORP.:**
- Royal Saskatchwan Museum
- Saskatchewan Legislative Bldg

**TELUS:**
- William Farrell Bldg
- Grande Frairie Toll
- Len Werry Bldg
- Plaza South Tower

**CITY OF EDMONTON:**
- Century Place
- Chancery Hall
- Clarke Stadium
- Davies Transit Garage
- ERD Ambulance Station
- ERD Station 12
- ERD Station 13
- Idylwyde Health Clinic
- Jasper Place Arena
- Muttart Conservatory
- Muttart Conservatory
- Prince of Wales Armoury

**SASK POWER CORP**
- 2025 Victoria Ave

**TONKO**
- Telus Plaza

1

009911-000061

**UNIVERSITY OF SASKATCHEWAN:**
- Arts Building
- Health Sciences Building
- Lutheran Seminary
- Physics Bldg

**EDMONTON PUBLIC SCHOOLS:**
- Allendale
- Argyll
- Avalon
- Avonmore
- Belgravia
- Bellevue
- Bennett
- Bonnie Doon
- Britannia
- Crestwood
- Delton
- Delwood
- Donnan
- DS MacKenzie
- Eastglen
- Ellerslie Jr. High
- Forest Heights
- Garneau
- Glenora
- HA Gray
- Hardisty
- Harry Ainlay
- Highlands
- JA Fife
- Jasper Place
- King Edward
- LY Cairns
- Lauderdale
- Londonderry
- McKernan
- McNally
- McQueen
- ME Lazerte
- Mill Creek
- Montrose
- Mount Pleasant

2

009911-000062

- Mount Royal
- Newton
- North Edmonton
- Old Admin Bldg
- Parkallen
- Parkview
- Prince Charles
- Prince Rupert
- Princeton
- Queen Alexandra
- Queen Elizabeth
- Ritchie
- Ross Sheppard
- Rutherford
- Sherbrooke
- Spruce Avenue
- Steele Heights
- Strathcona
- Strathearn EJH
- Victoria
- Wellington
- Westbrooke
- Westlawn
- Westminster
- Winterburn
- Woodcroft
- WP Wagner

## CITY OF CALGARY

**CALGARY BOARD OF EDUCATION:**
- AE Cross
- Acadia Elementary
- Alex Ferguson
- Altadore Elementary
- Balmoral Junior High
- Banff Trail
- Bel Aire Elementary
- Belfast Elementary
- Branton Junior High
- Briar Hill
- Bridgeland
- Cambrian Heights

3

009911-000063

- Capital Hill
- Chinook Park
- Clinton Ford
- Collingwood
- Colonel Irvine
- Colonel Macleod
- Colonel Sanders
- Crescent Heights

- Dr. Oakley
- Elboya Elementary
- Ernest Manning
- Eugene Coste
- Fairview
- FE Osborne
- Forest Lawn
- George P. Vanier
- Glamorgan
- Glenbrook
- Glendale
- Glenmeadows
- Greenview
- Haysboro
- Henry Wise Wood
- Huntingon Hills
- James Fowler
- Killarney
- King Edward
- Kingsland
- Knob Hill
- Lakeview
- Langevin
- Lord Beaverbrook
- Lord Shaughnessy
- Melville Scott
- Milton William
- Mount Royal
- Nickle
- North Haven
- Ogden
- Parkdale
- Queen Elizabeth
- Rideau Park

4

009911-000064

- Rosedale
- Rosemount
- Rosscarrock
- RT Alderman
- Senator Patrick
- Sir James Lougheed
- Sir John A. MacDonald
- Sir Wilfrid Laurier
- Sir Winston Churchill
- Southwood
- Sunalta
- Sunnyside Community
- Thomas B. Riley
- Thorncliffe
- Varsity Acres
- Vincent Massey
- Viscount Bennett
- Western Canada
- Westgate
- Wildwood
- William Aberhart
- Woodman

PROVIDENCE HEALTH CARE:
- St. Vincent's Hospital
- Mt. St. Joseph
- Youville Residence
- St. Paul's Hospital
- Holy Family Hospital

CITY OF VANCOUVER:
- City Analyst/Police Museum
- Public Safety Bldg
- Former Fletcher Lumber
- Commercial Bldg., 1420 Howe Street
- Continental Hotel (old)
- Kerrisdale Library
- City Hall , 453 West 12th Avenue
- Planetarium, 1100 Chestnut Street
- Queen Elizabeth Playhouse
- Cambie Yards, 301 West 1st Avenue
- Central Library, 750 Burrard St.
- Maritime Museum, 1905 Ogden Avenue

5

009911-000065

- Commercial Building, 1830-1836 5th Avenue
- Fraser Academy, 2294 West 10th Avenue
- Parkade, 700 W. Georgia St.

**VANCOUVER BOARD OF PARKS & REC:**
- BC Pavilion @ Hastings Park
- Douglas Park CC
- Hastings C.C.
- Kerrisdale C.C.
- Killarney C.C.
- Marpole Oak C.C.
- Mt. Pleasant C.C.
- Renfrew C.C.
- Riley Park Pool
- Rupert Park Pitch & Putt Fieldhouse
- Stanley Park Pavilion Restaurant
- Sunset C.C.
- Trout Lake C.C.
- West End C.C.

**HYATT EQUITIES:**
- Hyatt Regency-Vancouver

**SHELL CANADA PRODUCTS:**
- Shellburn Locker Bldg
- Shellburn Maintenance Bldg
- Shellburn Terminal Office Bldg
- Shellburn Laboratory Bldg

**FRASER HEALTH AUTHORITY:**
- Ridge Meadows Hospital
- Fellburn Care Center
- MSA General Hospital
- Royal Colombian Hospital
- Sherbrooke Center
- Surrey Memorial
- Burnaby Hospital

**CITY OF RICHMOND**
- Richmond Minoru Arena
- Richmond Old City Hall

**ATLANTIC SHOPPING CENTRES - COGSWELL TOWER**

6

009911-000066

**AVALON EAST SCHOOL BOARD**
– Holy Heart of Mary School
– Hazelwood Elementary School

**HCCSJ**
– Health Science Centre
– St. Clares Mercy Hospital

**CIBC – Atlantic Place**

**NORTHWOODCARE INC.**
– Northwood Manor
– Northwood Tower

**BELL CANADA – Nexacor, 100 Wynford Drive**

**CADILLAC FAIRVIEW – Fairmall Leaseholds**

**CARLETON UNIVERSITY**
– Patterson Hall
– McOrdoram Library
– Russell Granville
– Loeb
– Glengarry House
– The Commons
– Dunton Tower
– Robertson Hall

**GREAT WEST LIFE**
– CCW
– GWL Insurance Building
– London Life/2001 University

**HAMILTON WENTWORTH**
– Education Centre
– Sir John A. Macdonald
– Scott Park
– Highland
– Mount Hope
– Greenville
– Grange
– Bell Stone
– Westdale

7

009911-000067

- Sir Allan McNabb
- Sherwood High
- Glendale
- Delta
- Sherwood Heights
- Westview
- Ryerson
- Pauline Johnson
- Parkdale
- Glen Brae
- Dale Wood
- Cardinal Heights
- Buchanan Park
- Ancaster High
- Barton

**HUDSON'S BAY**
- Bay 1120 - Winnipeg
- Bay 1144 - Calgary
- Bay 1162 - Abbotsford
- Bay 1164 - Calgary
- Bay 1631 - Ottawa
- Bay 1634 - Ottawa
- Zellers 17 - Ottawa
- Zellers 435 - Calgary
- Zellers 347 - Thunder Bay

**THE RECORD** - The Record

**LABATTS**
- 451 Rideout
- 435 Rideout

**McMASTER UNIVERSITY** - Medical

**MORGUARD REITS**
- Devonian
- UK Building

8

009911-000068

**MORGUARD INVESTMENTS**
- 55 City Centre Drive
- Bramalea City Centre
- 350 Sparks Street
- 7 Oaks Mall
- Town and Country
- 444 St. Mary's Street

**O&Y - Tower C Place de Ville**

**OXFORD**
- Edmonton Centre
- Edmonton Centre
- Edmonton Centre

**SHELL CANADA - Oakville Research**

**SOUTHERN ONTARIO PROPERTIES - Islington Square**

**SHERIDAN COLLEGE**
- Wing A
- Wing C

**RYERSON UNIVERSITY - Howard Kerr Building**

**TORONTO DISTRICT SCHOOL BOARD**
- Bloor College
- Deer Park
- Dewson Street
- ElmLea
- Fairmount
- Humberside College
- Indian Road PS
- Monark Park SS
- Oakwood SS
- Old Administration
- Pearth Avenue
- Queen Alexandria
- Roden SS
- Western PS
- Withrow PS

**UNIVERSITY OF GUELPH**

9

009911-000069

UNIVERSITY OF TORONTO

UNIVERSITY OF WESTERN ONTARIO

YORK UNIVERSITY
- # 2
- # 4
- # 6
- # 8

WESTIN HABOUR CASTLE

WILLIAM OSLER

WINNIPEG - REDCLIFF, 287 BROADWAY

SCHOOL DISTRICT #43 - COQUITLAM:
- Cedar Drive Elementary School
- Centennial Secondary School
- Como Lake Middle School
- Glen Elementary School
- Irvine Elementary School
- Lincoln Elementary School
- Maple Creek Middle School
- Minnekhada Middle School
- Montgomery Middle School
- Moody Elementary School
- Mountain View Elementary
- Pitt River Middle School
- Port Moody Secondary School
- Terry Fox FEA School
- Viscount Elementary School

10

009911-000070

**COCA-COLA ENTERPRISES INC.:**
- Cathedral City Sales Center
- Colorado Springs Sales Center
- Downey - Lakewood Building
- Goodland Sales Center
- Kauai, HI Sales Center
- Niles Division Office
- Santa Maria Sales Center
- Ukiah, CA Sales Center
- Shreveport, LA
- Laredo, TX
- Dothan, AL
- Amarillo, TX
- N. Texas Div. HDQ Dallas, TX - Lemmon Ave. Facility
- Midland, TX
- Houston, TX - Bissonnet Facility

**SCHOOL DISTRICT 68 NANAIMO-LADYSMITH:**
- Bayview Elementary
- Chase River Elementary
- Cilaire Elementary
- John Barsby Secondary School
- Ladysmith
- Nanaimo District Senior Secondary
- Cedar Jr. Secondary School (renamed North Cedar Intermediate)
- Princess Anne
- Rutherford
- Seaview
- Woodbank
- Woodlands

**GATEWAY WEST MANAGMENT CORP.:**
- Parkview Manor
- Regency Court
- Regency Square
- Villa Monaco
- Hampton
- Bakerview
- Braemar Gardens 1000 Brunette Ave.
- Braemar Gardens 995 Adair Ave.
- Baremar Gardens 985 Adair Ave.
- Kingsley Manor
- Berkeley Manor

11

- Gary Manor
- Shelley Manor
- Cheryl Manor
- Daylin Manor
- Silver Manor

12

009911-000072