# EXHIBIT B

# Total Remaining Canadian Traditional PD Claims
## *55 Claims*

| Claim Number | Claimant Name | Counsel | Firm Name | Property Address | State of Prop. | Objection Exhibit |
|---|---|---|---|---|---|---|
| 011620 | 354401 Alberta LTD. C/O Redcliff Realty Management Inc. | Daniel A Speights | Speights & Runyan | 287 Broadway Winnipeg MB R3c0r9 | MB (Canada) | C-2, D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 012490 | Atlantic Shopping Centres LTD | Daniel A Speights | Speights & Runyan | 2000 Barrington Street Halifax NS B3j3k1 | NS (Canada) | C-2, D-1 (a), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 012491 | Avalon East School Board | Daniel A Speights | Speights & Runyan | 391 Topsail Road St John's NL A1e2b7 | NL (Canada) | D-1 (a), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012410 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | 1233 21st Street Nw Calgary, AB T2n2l8 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012412 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | 640 Northmount Dr Nw Calgary, AB T2k3j5 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012438 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | 939 45th St Sw Calgary, AB T3c2b9 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012439 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | 2519 Richmond Road Sw Calgary, AB T3e4m2 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012442 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | 120 45th Street Sw Calgary, AB T3c2b3 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012443 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | 3009 Morley Trail Nw Calgary, AB T2m4g9 | AB (Canada) | C-2, C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012454 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | 4004-4th St. Nw Calgary, AB T2k1a1 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012457 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | 7430 5th Street Sw Calgary, AB T2v1b1 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012570 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | 220 16th Avenue Calgary, AB T2m0h4 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012590 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | 728 32nd Street NW Calgary, AB T2n2v9 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012591 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | 512 18th Street NW Calgary, AB T2n2g5 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 014885 | Calgary Board Of Education | Daniel A Speights | Speights & Runyan | 4506 16th Street SW Calgary, AB T2t4h9 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

| Claim Number | Claimant Name | Counsel | Firm Name | Property Address | State of Prop. | Objection Exhibit |
|---|---|---|---|---|---|---|
| 012536 | Canadian Imperial Bank Of Commerce | Daniel A Speights | Speights & Runyan | 215 Water Street St John's NL A1c6c9 | NL (Canada) | C-2, C-3 (d), D-1 (a), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 012489 | City Of Edmonton | Daniel A Speights | Speights & Runyan | 9803 102a Avenue Edmonton, AB T5j3a3 | AB (Canada) | C-2, D-1 (a), D-2, D-3, D-4, D-6, E-1, F-5, |
| 012346 | City Of Vancouver | Daniel A Speights | Speights & Runyan | 700 Georgia Street Vancouver, BC | BC (Canada) | C-1 (b), C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012476 | City Of Vancouver | Daniel A Speights | Speights & Runyan | 649-695 Cambie Vancouver, BC | BC (Canada) | C-1 (b), C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012533 | Conseillers Immobiliers Gwl Inc | Daniel A Speights | Speights & Runyan | 2001 University Street Montreal QC H3a2a6 | QC (Canada) | C-2, D-1 (a), D-2, D-3, D-4, D-6, E-1, F-2, F-5, |
| 012377 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | 12126 89 Street Edmonton, AB T5b3w4 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012388 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | - 6415 106 Street Edmonton, AB T6h2v5 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012394 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | 8205 90 Avenue Edmonton, AB T6c1n8 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012496 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | 11515 113 Avenue Edmonton, AB T5g0j3 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012498 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | 7730 106 Street Edmonton, AB T6g0x4 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012500 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | 9750 74 Avenue Edmonton, AB T6j1t4 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012501 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | 13546 111 Avenue Edmonton, AB T5m2p2 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012503 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | 12245 131 Street Edmonton, AB T5l1m8 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012537 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | 14313 92 Street Edmonton, AB T5r3b3 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012541 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | 5523 122 Avenue Edmonton, AB T5w1s3 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012542 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | 6920 128 Avenue Edmonton, AB T5c1s7 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012546 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | 10450 72 Avenue Edmonton, AB T6e0z6 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |

| Claim Number | Claimant Name | Counsel | Firm Name | Property Address | State of Prop. | Objection Exhibit |
|---|---|---|---|---|---|---|
| 012548 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | 10210 108 Avenue Edmonton, AB T5h1a8 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012549 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | 13160 127 Street Edmonton, AB T5l1b2 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012554 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | 13750 Woodcroft Avenue Edmonton, AB T5t5x9 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012557 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | 11430 68 Street Edmonton, AB T5b1p1 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012576 | Edmonton Public Schools | Daniel A Speights | Speights & Runyan | 15004 76 Street Edmonton, AB T6c1c2 | AB (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012396 | Fairmail Leasehold Inc | Daniel A Speights | Speights & Runyan | 1800 Sheppard Ave E, Ste330 P.o Box 330 Willowdale ON M2j5a7 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012534 | Great West Life | Daniel A Speights | Speights & Runyan | 199 Bay Street, Commerce Court West Toronto, ON M5l1e2 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-5, |
| 011322 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | 25 High Street Hamilton, ON L8t3z4 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 011323 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | 1055 King Street West Hamilton, ON L8m1e2 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 011678 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | 25 Hummingbird Lane Hamilton ON L9a4b1 | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 011680 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | 105 High Street Hamilton, ON L8t3z4 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 011681 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | 145 Magnolia Drive Hamilton, ON L9c5p4 | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 011682 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | 130 York Boulevard Hamilton, ON L8r1y5 | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |
| 011684 | Hamilton District School Board | Daniel A Speights | Speights & Runyan | 60 Rolston Drive Hamilton, ON L9c3x7 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-2, F-5, |
| 012493 | Health Care Corporation Of St.john's | Daniel A Speights | Speights & Runyan | 300 Prince Philip Drive St John' NL A1b3v6 | NL (Canada) | C-2, D-1 (a), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012368 | Mc Master University | Daniel A Speights | Speights & Runyan | 1280 Main Street West Hamilton, ON L8s4m3 | ON (Canada) | C-2, D-2, D-4, D-6, E-1, F-5, |

| Claim Number | Claimant Name | Counsel | Firm Name | Property Address | State of Prop. | Objection Exhibit |
|---|---|---|---|---|---|---|
| 012427 | Morguard Investments Limited | Daniel A Speights | Speights & Runyan | 55 City Centre Drive Mississauga ON L5b1m3 | ON (Canada) | C-2, D-2, D-3, D-4, D-6, E-1, F-5, |
| 012421 | Oxford Properties Group | Daniel A Speights | Speights & Runyan | 10025-102 Avenue Edmonton, AB T5j2z1 | AB (Canada) | B-1, C-2, D-1 (a), D-2, D-4, D-6, E-1, F-5, |
| 012422 | Oxford Properties Group | Daniel A Speights | Speights & Runyan | Between 100/101/102 & 102a St Edmonton, AB T5j2y8 | AB (Canada) | B-1, C-2, D-1 (a), D-2, D-4, D-6, E-1, F-5, |
| 012423 | Oxford Properties Group | Daniel A Speights | Speights & Runyan | 10088-102 Avenue Edmonton, AB T5j2z1 | AB (Canada) | B-1, C-2, D-1 (a), D-2, D-4, D-6, E-1, F-5, |
| 011627 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | 3955 Wakesiah Ave Nanaimo BC V9r3k5 | BC (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 011632 | School District 68 Nanaimo-Ladysmith | Daniel A Speights | Speights & Runyan | 1270 Strathmore Street Nanaimo BC V9s2i9 | BC (Canada) | C-2, C-3 (c), C-3 (e), D-2, D-4, D-6, E-1, F-2, F-5, |
| 012304 | Toronto District School Board | Daniel A Speights | Speights & Runyan | 23 Ferndale Avenue Toronto, ON M4t2b4 | ON (Canada) | C-2, C-3 (d), D-2, D-4, D-6, E-1, F-2, F-5, |