THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |
| | | Re: Docket Nos. 19987 and ____ |

### [PROPOSED] ORDER REGARDING ANDERSON MEMORIAL CLASS PROOFS OF CLAIM 9911 AND 9914

Upon consideration of Anderson Memorial Hospital's Status Report re Class Proofs of Claim (#9911 and #9914), filed November 10, 2008, and the Debtors'[2] Status Report Regarding Anderson Memorial Hospital's Class Proofs of Claim (#9911 and #9914), filed November 20, 2008; their estates and creditors and upon consideration of the arguments made by Anderson Memorial and the Debtors at oral argument, it is hereby:

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool) Co., Inc., Alewife Boston Ltd,., Alewife Land Corporation, Amicon, Inc,, CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc , Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc , GPC Thomasville Corp, Gloucester New Communities Company, Inc , Grace A-B Inc , Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc.., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc , Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc,, Kootenai Development Company, LB Realty, Inc., Litigation Management, Inc (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc,), Remedium Group, Inc.. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp, Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

DOCS_DE:142391.1

ORDERED that Anderson Memorial Hospital's Class Proofs of Claim Nos. 9911 and 9914 should be categorized as inactive and Exhibit 21 to Debtors' Disclosure Statement shall be revised accordingly; and

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order; and it is further

ORDERED that this Order is effective immediately upon its entry.

Dated: November __, 2008

                                                Honorable Judith K. Fitzgerald
                                                U. S. Bankruptcy Judge