**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/1/2008 | Andrew Erskine | 8 | $155 | $1,240.00 | Track exhibits and assist attorneys in courtroom during arguments re PI estimation. |
| 4/1/2008 | Janet S Baer | 1 | $795 | $795.00 | Make court appearance re portions of PI estimation trial. |
| 4/1/2008 | Salvatore F Bianca | 5.8 | $520 | $3,016.00 | Prepare for A. Brody cross-examination (3.2); attend portion of estimation hearing re same (2.6). |
| 4/1/2008 | Amanda C Basta | 5.1 | $500 | $2,550.00 | Attend and assist at portions of estimation hearing. |
| 4/1/2008 | Brian T Stansbury | 3.8 | $500 | $1,900.00 | Second chair Brody deposition with D. Bernick. |
| 4/1/2008 | Timothy J Fitzsimmons | 3.5 | $230 | $805.00 | Attend and assist at PI estimation trial. |
| 4/1/2008 | Laura M Durity | 14 | $295 | $4,130.00 | Attend estimation hearing and provide litigation support in preparation of Brody cross-examination. |
| 4/1/2008 | Ayesha Johnson | 9.5 | $145 | $1,377.50 | Provide support at estimation trial re A. Brody cross-examination. |
| 4/1/2008 | Ellen T Ahern | 5.5 | $570.00 | $3,135.00 | Prepare materials and attend court re argument on motions in limine re P. Kraus and S. Snyder (5.0); attend court re cross-examination of A. Brody (.5). |
| 4/1/2008 | David M. Bernick, PC | 12 | $915 | $10,980.00 | Prepare for and attend PI trial. |
| 4/1/2008 | Elli Leibenstein | 3.5 | $635 | $2,222.50 | Attend and assist at estimation trial. |
| 4/1/2008 | Barbara M Harding | 3.6 | $585 | $2,106.00 | Represent client at PI estimation hearing. |
| 4/1/2008 | Scott A McMillin | 8 | $580 | $4,640.00 | Prepare for and participate in estimation trial. |
| 4/2/2008 | Ayesha Johnson | 4.3 | $145 | $623.50 | Provide support at estimation trial re V. Roggli and S. Hays. |
| 4/3/2008 | Ayesha Johnson | 2.3 | $145 | $333.50 | Provide support at estimation trial re V. Roggli and S. Hays. |
| 4/6/2008 | Laura M Durity | 7.5 | $295 | $2,212.50 | Attend PI estimation trial and provide on-site trial support. |
| 4/6/2008 | Ayesha Johnson | 5.5 | $145 | $797.50 | Provide support re estimation trial re L. Welch. |
| 4/7/2008 | Janet S Baer | 2.1 | $795 | $1,669.50 | Prepare for and participate in PI estimation hearing. |
| 4/7/2008 | Amanda C Basta | 1 | $500 | $500.00 | Attend and assist at portions of estimation hearing. |

**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/7/2008 | Matthew E Nirider | 1.6 | $350 | $560.00 | Attend and assist at portions of estimation hearing. |
| 4/7/2008 | Raina A Jones | 0.8 | $350 | $280.00 | Attend estimation trial (.8);… |
| 4/7/2008 | Henry A. Thompson, II | 0.9 | $350 | $315.00 | Attend and assist at portions of estimation trial proceedings. |
| 4/7/2008 | Timothy J Fitzsimmons | 0.5 | $230 | $115.00 | Attend and assist at portions of estimation trial. |
| 4/7/2008 | Laura M Durity | 1.2 | $295 | $354.00 | Attend estimation hearing and provide support. |
| 4/7/2008 | Ritu Kelotra | 1 | $295 | $295.00 | Attend estimation trial re settlement announcement. |
| 4/7/2008 | Ellen T Ahern | 0.8 | $570.00 | $456.00 | Attend estimation hearing. |
| 4/7/2008 | David M. Bernick, PC | 3 | $915 | $2,745.00 | Conduct hearing re settlement and related work. |
| 4/7/2008 | Elli Leibenstein | 2.5 | $635 | $1,587.50 | Prepare for estimation hearing (1.0); attend hearing (1.5). |
| 4/7/2008 | Barbara M Harding | 1 | $585 | $585.00 | Represent client at estimation hearing. |
| 4/7/2008 | Scott A McMillin | 2 | $580 | $1,160.00 | Prepare for and participate in estimation trial. |
| 4/1/2008 | Janet S Baer | 3 | $795 | $2,385.00 | Return travel from Pittsburgh, PA to Chicago, IL after estimation trial (travel delays) (billed at half time). |
| 4/1/2008 | Elli Leibenstein | 1.2 | $635 | $762.00 | Travel to Chicago, IL after estimation trial (billed at half time). |
| 4/2/2008 | Brian T Stansbury | 1.1 | $500 | $550.00 | Return travel from trial in Pittsburgh, PA to Washington, DC (billed at half time). |
| 4/2/2008 | Raina A Jones | 2 | $350 | $700.00 | Return travel to Washington, DC from Pittsburgh, PA after estimation trial (billed at half time). |
| 4/2/2008 | Laura M Durity | 1 | $295 | $295.00 | Return travel from Pittsburgh, PA to Washington, DC after estimation trial (billed at half time). |
| 4/3/2008 | Scott A McMillin | 2.3 | $580 | $1,334.00 | Return travel from trial in Pittsburgh, PA for estimation trial (billed at half time). |
| 4/6/2008 | Brian T Stansbury | 1 | $500 | $500.00 | Travel from Washington, DC to Pittsburgh, PA for estimation trial (billed at half time). |
| 4/6/2008 | Matthew E Nirider | 1.5 | $350 | $525.00 | Travel from Chicago, IL to Pittsburgh, PA for estimation trial (billed at half time). |

**EXHIBIT "A"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/6/2008 | Raina A Jones | 1.1 | $350 | $385.00 | Travel from Washington, DC to Pittsburgh, PA for estimation trial (billed at half time). |
| 4/6/2008 | Ritu Kelotra | 1.7 | $295.00 | $501.50 | Travel from Washington, DC to Pittsburgh, PA (billed at half time). |
| 4/6/2008 | Elli Leibenstein | 1.3 | $635 | $825.50 | Travel to Pittsburgh, PA for estimation trial (billed at half time). |
| 4/6/2008 | Barbara M Harding | 0.7 | $585 | $409.50 | Travel to Pittsburgh, PA from Baltimore, MD (billed at half time). |
| 4/6/2008 | Scott A McMillin | 1.2 | $580 | $696.00 | Travel to Pittsburgh, PA for continuation of estimation trial (billed at half time). |
| 4/7/2008 | Brian T Stansbury | 1.2 | $500 | $600.00 | Return travel from Pittsburgh, PA to Washington, DC after estimation trial (billed at half time). |
| 4/7/2008 | Matthew E Nirider | 2.3 | $350 | $805.00 | Return travel to Chicago, IL from Pittsburgh, PA after estimation trial (billed at half time). |
| 4/7/2008 | Elli Leibenstein | 1.2 | $635 | $762.00 | Return travel to Chicago, IL from trial in Pittsburgh, PA (billed at half time). |
| 4/7/2008 | Barbara M Harding | 1.4 | $585 | $819.00 | Return travel from Pittsburgh, PA to Baltimore, MD after estimation trial (billed at half time). |
| 4/8/2008 | Henry A. Thompson, II | 1.4 | $350 | $490.00 | Return travel from Pittsburgh, PA to Washington, DC after estimation trial (billed at half time). |
| 4/8/2008 | Laura M Durity | 1.5 | $295 | $442.50 | Return travel from Pittsburgh, PA to Washington, DC after estimation trial (billed at half time). |
| 4/8/2008 | Ritu Kelotra | 1.7 | $295 | $501.50 | Return travel from Pittsburgh, PA to Washington, DC after estimation trial (billed at half time). |
| 4/8/2008 | Scott A McMillin | 2.2 | $580 | $1,276.00 | Return travel from Pittsburgh, PA after estimation trial (billed at half time). |
| 4/11/2008 | Andrew Erskine | 2.5 | $155.00 | $387.50 | Return travel from Pittsburgh, PA to Chicago, IL after estimation trial (billed at half time). |
| | | **155.8** | | **$ 69,438.00** | |