**EXHIBIT "B"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 4/22/2008 | Craig A Bruens | 4.5 | $590 | $ 2,655.00 | …; attend ZAI hearing (4.5). |
| 4/22/2008 | Kimberly K Love | 2 | $240 | $ 480.00 | …; attend ZAI hearing (2.0). |
| 4/22/2008 | Deanna D Boll | 4.3 | $625 | $ 2,687.50 | Attend ZAI hearings and prepare for same. |
| 4/22/2008 | Janet S Baer | 2.5 | $795 | $ 1,987.50 | Attend ZAI hearing and confer re results of same. |
| 4/22/2008 | Janet S Baer | 3 | $795 | $ 2,385.00 | Review materials in preparation for ZAI hearing and confer with client re same. |
| 4/22/2008 | Michael Dierkes | 2 | $520 | $ 1,040.00 | Telephonic attendance at ZAI hearing. |
| 4/22/2008 | Lisa G Esayian | 2 | $675 | $ 1,350.00 | Attend (telephonically) hearing re ZAI issues. |
| 4/22/2008 | Theodore L Freedman | 6 | $850 | $ 5,100.00 | Prepare for and participate in ZAI hearing in Wilmington, DE. |
| 4/22/2008 | Barbara M Harding | 2 | $585.00 | $ 1,170.00 | Participate in Grace telephonic hearing re ZAI issues. |
| 4/21/2008 | Kimberly K Love | 2.5 | $240 | $ 600.00 | Travel to Wilmington, DE for ZAI hearing (billed at half time). |
| 4/22/2008 | Craig A Bruens | 0.7 | $590 | $ 413.00 | Travel to and from Wilmington, DE for ZAI claims hearing (billed at half time). |
| 4/22/2008 | Kimberly K Love | 2.5 | $240 | $ 600.00 | Return travel from Wilmington, DE after hearing (billed at half time). |
| 4/22/2008 | Deanna D Boll | 1.5 | $625 | $ 937.50 | Travel to and from Wilmington, DE for hearing (billed at half time). |
| 4/22/2008 | Janet S Baer | 1.7 | $795 | $ 1,351.50 | Travel from Wilmington, DE back to Chicago, IL after ZAI hearing (billed at half time). |
| | | **37.2** | | **$ 22,757.00** | |