**EXHIBIT "C"**

| Date | Name | Hours | Rate | Amount | Description |
|---|---|---|---|---|---|
| 6/2/2008 | Andrew Erskine | 9.5 | $155 | $ 1,472.50 | Assist D. Bernick and J. Baer at omnibus hearing with document review and preparation. |
| 6/2/2008 | Deanna D Boll | 10.8 | $625 | $ 6,750.00 | Prepare for and participate in ZAI bar date hearing. |
| 6/2/2008 | Janet S Baer | 5 | $795 | $ 3,975.00 | ...; attend and conduct portions of 6/2 omnibus hearing (5.0);......... |
| 6/2/2008 | Salvatore F Bianca | 3.9 | $520 | $ 2,028.00 | …; attend hearing re ZAI issue via CourtCall (3.9). |
| 6/2/2008 | David M Bernick, PC | 10 | $915 | $ 9,150.00 | Prepare for and attend omnibus hearing. |
| 6/2/2008 | Theodore L Freedman | 3 | $850 | $ 2,550.00 | Participate telephonically in ZAI bar date hearing. |
| 6/2/2008 | Barbara M Harding | 4.5 | $585 | $ 2,632.50 | Participate telephonically in omnibus hearing. |
| 6/2/2008 | Scott A McMillin | 5.4 | $580.00 | $ 3,132.00 | Prepare for and participate in omnibus hearing. |
| 6/1/2008 | Andrew Erskine | 1.7 | $155 | $ 263.50 | Travel from Chicago, IL to Pittsburgh, PA for omnibus hearing (billed at half time). |
| 6/1/2008 | Deanna D Boll | 1.3 | $625 | $ 812.50 | Travel from New York, NY to Pittsburgh, PA for omnibus hearing (billed at half time). |
| 6/2/2008 | Janet S Baer | 3.4 | $795 | $ 2,703.00 | Travel from Chicago, IL to Pittsburgh, PA for 6/2 omnibus hearing and return (billed at half time). |
| 6/3/2008 | Andrew Erskine | 1.8 | $155 | $ 279.00 | Return travel to Chicago, IL from Pittsburgh, PA (billed at half time). |
| 6/3/2008 | Deanna D Boll | 0.8 | $625 | $ 500.00 | Travel from New York, NY to Pittsburgh, PA for omnibus hearing (billed at half time). |
| | | **61.1** | | **$ 36,248.00** | |