**Motley Rice LLC**

28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

**Invoice No.**
1310892

August 14, 2008

W.R. Grace Asbestos Claimants Committee
c/o Katherine Hemming
Campbell & Levine
800 N. King Street, Suite 300
Wilmington, DE  19801

**Re:** W.r. Grace,   (999604-12)
       Asbestos Claimants Committee

Professional Services Through
As per Time Exhibit Attached............................................................   $0.00

Costs Through  8/14/08
Out of Town Travel                              2,500.73
Travel Expense                                 1,051.50

Total Costs..................................................................................   $3,552.23

  Total Invoice.............................................................................   $3,552.23

### Payable Expense Exhibit
Re: W.r. Grace,   (999604-12)
Invoice for charges rendered through 08/14/08

Invoice No.
1310892

| Date | Description | Check | Amount |
|------|-------------|-------|--------|
| **Out of Town Travel** | | | |
| 7/9/08 | Round Trip Airfare -Travel from Charleston, SC to Dulles, VA for meeting with ·            re: WR Grace July 9, 2008 | 353 | 1,663.50 |
| 7/15/08 | Joseph F. Rice-Travel to Washington, DC for meeting with and·        \     July 9-11, 2008 | 37235 | 297.66 |
| 7/30/08 | Joseph F. Rice-Travel to New York, NY for meetings        July 29-30, 2008 | 37864 | 539.57 |
| **Travel Expense** | | | |
| 7/29/08 | Round Trip Airfare -Travel from Charleston, SC to New York for meetings July 29, 2008 | 357 | 1,051.50 |
| | **Total** | | **3,552.23** |

 **Expedia**

Welcome - Already a member? Sign in
My Itineraries | My Account | Customer Support | Feedback

Search Expedia [        ] Go

Home | **Flights** | Hotels | Cars | Vacation Packages | Cruises | Activities | DEALS & OFFERS | Maps | Business Travel | Rewards

## Total price for this trip: $1,663.50

I have a coupon. | What's a coupon?

**1-800-434-2370**
Same great rates
plus expert advice.



**Summary**
1 Ticket / Roundtrip
CHS Charleston to
IAD Washington DC

Leave: Wed 16-Jul
Return: Fri 18-Jul

| | |
|---|---|
| 1 adult | $1,640.00 |
| Taxes & Fees | $23.50 |
| Total | $1,663.50 |

**QUESTIONS?**
Can I use a credit card with a billing address outside the US?
Is it safe to buy online?
Need help with this page?
Other FAQs

### 1 Review the flight details

**Wed 16-Jul-08**



Charleston (CHS)     to   Washington DC (IAD)   443 mi
Depart 2:34 pm            Arrive 4:14 pm         (713 km)
                                                 Duration: 1hr 40mn

UNITED
Flight: 7947
Operated by: /UNITED
EXPRESS/TRANS STATES
AIRLINES

Economy/Coach Class, Embraer RJ145

Total distance: 443 mi (713 km)                 Total duration: 1hr 40mn

**Fri 18-Jul-08**

Washington DC (IAD)   to   Charleston (CHS)     443 mi
Depart 8:02 am            Arrive 9:45 am         (713 km)
                                                 Duration: 1hr 43mn

UNITED
Flight: 7335
Operated by: /UNITED
EXPRESS/MESA AIRLINES

Economy/Coach Class, Canadair RJ

Total distance: 443 mi (713 km)                 Total duration: 1hr 43mn


Expedia.com citi

**Get up to $100* off**

Get the card
SmartMoney Magazine
calls "The Best Card for
Travel Rewards" and save.

Trip price: **$1663**
- Credit: **$100**

**$1563**

▶ Apply now

*see details

### ✈ 🏨 Add a hotel and save

Expedia recommended hotels

**Hilton Garden Inn Washington DC Dow...**
☆☆☆
Washington
▶More lodging info
Flight + 2 nights hotel $2,355.50 total

**Mandarin Oriental, Washington, D.C.**
☆☆☆☆☆
Washington
▶More lodging info
Flight + 2 nights hotel $3,151.28 total

**Hyatt Hotel Dulles**
☆☆☆½
Herndon
▶More lodging info
Flight + 2 nights hotel $2,011.82
(if booked separately): $2,156.21)
Your Savings: **$144.39**

▶ Add this hotel to trip
Your best price, guaranteed!

▶ Add this hotel to trip
Your best price, guaranteed!

▶ Add this hotel to trip
Your best price, guaranteed!

Add a hotel to your flight now
to earn ThankYou℠ Points and get great rewards!

▶ See more hotels with your flight
Your best price, guaranteed!

### 🚗 Add a rental car to this trip

⦿ No thanks, I don't need a rental car.
○ Yes, I would like to see available rental cars next.

### Expedia Flight Protection Plan

The Flight Protection Plan insures against covered expenses should you be required to cancel or interrupt your
trip due to medical or other covered reasons affecting yourself or family members. Details

| Options | | Price |
|---|---|---|
| ○ | Flight Protection | $ 15.00 per traveler |
| ○ | No thanks | |

### 2 Review the rules and restrictions

- Ticket changes may incur penalties and/or increased fares.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 per ticket will be
  charged by Expedia for any changes you make to the flights in this itinerary. This fee is waived for
  changes made online. More info
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $7.00 booking fee.
- Please read important information regarding airline liability limitations.
- Read an overview of all the rules and restrictions applicable to this fare.
- Read the complete penalty rules for changes and cancellations applicable to this fare.

☐ I have read and accept the rules and restrictions. (please check the box to continue)



## WASHINGTON, D.C.

| Room | : | 1047 |
|------|---|------|
| Folio # | : | |
| Cashier # | : | 31 |
| Page # | : | 1 of 1 |

2401 M STREET, NW,
WASHINGTON, DC, USA 20037
T 202 429 2400 F 202 457 5010

**Ovation and Lawyers Travel**
**Joseph Rice**
**28 Bridgeside Blvd**
**Mount Pleasant, SC 29464**
**US**

| Arrival | : | 07-09-08 |
|---------|---|----------|
| Departure | : | 07-11-08 |

**Fairmont President's Club**
3247252545

| Date | Description | Additional Information | Charges | Credits |
|------|-------------|------------------------|---------|---------|
| | | | XXXXXXXXXXXXX | |
| | | | XXXXXXXXXXXXX | |
| 07-09-08 | Room Charge | | 239.00 | |
| 07-09-08 | Room Tax | | 34.66 | |
| 07-10-08 | Room Charge | | 239.00 | |
| 07-10-08 | Room Tax | | 34.66 | |
| | | Total | 629.47 | 0.00 |
| | | Balance Due | 629.47 | |

Guest signature X_____

For information or reservations, visit us at
www.fairmont.com or call Fairmont Hotels & Resorts from:
United States or Canada    1 800-441-1414

I agree that my liability for this bill is not waived and I agree to be held personally liable in the event that the indicated person,
company, travel agent or association fails to pay for the full amount of the charges. Overdue balance subject to a surcharge at
the rate of 1.5% per month. (18.56% per annum). All accounts deemed delinquent may be subject to legal fees and all other costs
associated with the bill. Account is payable on presentation or departure.

I have accepted delivery of The New York Times. Had I refused, I would have been eligible for a $.50 (Mon - Sat) and $2.00 (Sun)
credit to my account. (At participating hotels).

### Thank you for choosing to stay with Fairmont Hotels & Resorts

# Taxi Cab Receipts

DATE: 7/9/08    TIME: _____

TRIP ORIGIN: Hotel _____

DESTINATION: E Town 1768 Dinner

FARE: $ 12    SIGNATURE _____

---

FOR ANY AND ALL
KINDS OF
**AUTO PARTS**
CALL
**NATIONAL**
AT
**202-269-3700**

## TAXI CAB RECEIPT

Date 7/9 _____ Time _____

Origin of Trip 1789 Restaurant

Destination Fairmont

Fare 12 _____ Cab# _____

Signature _____

**MOTLEY RICE, LLC**

Expense Report

| Name: | Joseph F. Rice | Employee ID: | 1035 | Travel To: | New York, NY |
|---|---|---|---|---|---|

**Employee Paid Expenses**

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | |
|---|---|---|---|---|---|---|---|---|
| Date: | 7/27/2008 | 7/28/2008 | 7/29/2008 | 7/30/2008 | 7/31/2008 | 8/1/2008 | 8/2/2008 | TOTAL |
| Airfare/Rail | | | | | | | | 0.00 |
| Car rental | | | | | | | | 0.00 |
| Taxi/Bus Limo | | | | 12.00 | | | | 12.00 |
| Parking/Tolls | | | | | | | | 0.00 |
| Gas | | | | | | | | 0.00 |
| Mileage (below) | 0.00 | 0.00 | 8.78 | 8.78 | 0.00 | 0.00 | 0.00 | 17.55 |
| Lodging/Room | | | 611.19 | | | | | 611.19 |
| Breakfast | | | | | | | | 0.00 |
| Lunch | | | 17.64 | | | | | 17.64 |
| Dinner | | | 92.00 | | | | | 92.00 |
| Entertainment ** | | | | | | | | 0.00 |
| Phone/Fax | | | | | | | | 0.00 |
| Postage/Shipping | | | | | | | | 0.00 |
| Tips | | | | | | | | 0.00 |
| Miscellaneous ** | | | | | | | | 0.00 |
| Daily Totals | $0.00 | $0.00 | $729.61 | $20.78 | $0.00 | $0.00 | $0.00 | $750.38 |

**Charge To:**

| MRID / Account | Case Name | Business Purpose (include travel destination and dates) | Dates | Amount |
|---|---|---|---|---|
| 999604-012 | WR Grace | Travel to NY for meetings | 7/29/08-7/30/08 | 539.57 |
| 999604-078 | | Portion of hotel room charge not allowed by fee auditor | 7/29/08-7/30/08 | 210.81 |
| 999604-078 | | | | |
| | | | | |
| | | Car charge to/from airport to be supplemented | | |
| | | Bill firm plane at $1,051.50 - round trip commercial airfare to NY for meetings | | |
| | | Bill balance of firm plane to 999604-078 | | |
| | | Rose Bar is one of hotel restaurants - dinner was for two people/room service chg | | |
| | | was for a late lunch | | |
| | | | Total | $750.38 |

**Mileage Log Detail**

| Date | Description | Miles | Rate/Mile | Amount |
|---|---|---|---|---|
| 07/27/08 | | | 0.585 | $0.00 |
| 07/28/08 | | | 0.585 | $0.00 |
| 07/29/08 | From office to airport | 15 | 0.585 | $8.78 |
| 07/30/08 | From airport to office | 15 | 0.585 | $8.78 |
| 07/31/08 | | | 0.585 | $0.00 |
| 08/01/08 | | | 0.585 | $0.00 |
| 08/02/08 | | | 0.585 | $0.00 |
| | | | Total | $17.55 |

I certify that the information provided is an accurate record of expenses incurred by me.

| Employee Signature | Date | | |
|---|---|---|---|
| | | Total Amount due to employee: | $750.38 |
| Authorization Signature | Date | | |

Please attach original receipts taped to letter size paper.          Retain a Copy of this form & Receipts as your Record

** Business Entertainment / Misc - attach memo with names, business relationship & purpose.

Revised

IAN SCHRAGER

# G P H

GRAMERCY PARK HOTEL
2 LEXINGTON AVENUE NEW YORK NY 10010
PHONE 212 920 3300  FAX 212 673 5890
WWW.GRAMERCYPARKHOTEL.COM

RICE, MR. JOSEPH
FINE HOTELS & RESORTS
28 BRIDGESIDE
MT. PLEASANT, SC  29464 XX

**Room Number:** 1502
**Package Rate:** 536.00
**Room Type:** SD

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 7/29/2008 | 7/30/2008 | XXXXXXXXXXXX1001 | FHR | TMC | 11110161486 |

| DATE | ROOM NO | DESCRIPTION | REFERENCE | AMOUNT |
|------|---------|-------------|-----------|--------|
| 7/29/2008 | 1502 | ROOM SERVICE DINNER | 1502/2793/19:09/ROOM SERVICE DINNER | $17.64 |
| 7/29/2008 | 1502 | ROSE BAR | 1502/5708/00:34/ROSE BAR | $92.00 |
| 7/29/2008 | 1502 | ROOM CHARGE | ROOM CHARGE | $536.00 |
| 7/29/2008 | 1502 | STATE SALES TAX | STATE SALES TAX | $44.89 |
| 7/29/2008 | 1502 | OCCUPANCY TAX | OCCUPANCY TAX | $26.80 |
| 7/29/2008 | 1502 | CITY OCCUPANCY TAX | CITY OCCUPANCY TAX | $2.00 |
| 7/29/2008 | 1502 | JACOB JAVITS CENTER TAX | JACOB JAVITS CENTER TAX | $1.50 |

**TOTAL DUE:**          $720.83

Missing receipt.
Cab to meeting          $12⁰⁰

Car charge from airport
to be supplemented.



Welcome - Already a member? Sign in
My Itineraries | My Account | Customer Support | Feedback

Search Expedia    Go

Home | Flights | Hotels | Cars | Vacation Packages | Cruises | Activities | DEALS & OFFERS | Maps | Business Travel | Rewards

**Summary**
1 Ticket / Roundtrip
CHS Charleston to
EWR Newark

| Leave: | Tue 29-Jul |
| Return: | Wed 30-Jul |

| 1 adult | $1,028.00 |
| Taxes & Fees | $23.50 |
| **Total** | **$1,051.50** |

**QUESTIONS?**
? Can I use a credit card with a billing address outside the U.S.?
? Is it safe to buy online?
? Need help with this page?
? Other FAQs

## Total price for this trip: $1,051.50

I have a coupon.   ⓘ What's a coupon?

**1** **Review the flight details**

✈ **Tue 29-Jul-08**
Charleston (CHS)    to    Newark (EWR)    636 mi        Continental Airlines
Depart 10:36 am    Arrive 12:29 pm    (1,024 km)        Flight: 1259
                   Terminal A    Duration: 1hr 53mn    Operated by: /EXPRESSJET
                                                        AIRLINES INC DBA CO EXPRESS

Economy/Coach Class, Embraer EMB-145

Total distance: 636 mi (1,024 km)                        Total duration: 1hr 53mn

✈ **Wed 30-Jul-08**
Newark (EWR)    to    Charleston (CHS)    636 mi        Continental Airlines
Depart 8:00 pm    Arrive 10:28 pm    (1,024 km)        Flight: 2936
Terminal A                        Duration: 2hr 28mn    Operated by: /EXPRESSJET
                                                        AIRLINES INC DBA CO EXPRESS

Economy/Coach Class, Embraer EMB-145

Total distance: 636 mi (1,024 km)                        Total duration: 2hr 28mn

**Tip:** Flight terminals may change. Please confirm the terminal with the airline before leaving for the airport.

**✚ 🏨 Add a hotel and save**                        Expedia recommended hotels

| Paramount ★★★ New York ▸More lodging info | The Waldorf Astoria ★★★★★ New York ▸More lodging info | Sofitel New York ★★★★★ New York ▸More lodging info |
| Flight + 1 night hotel $1,416.23 total | Flight + 1 night hotel $1,974.58 total | Flight + 1 night hotel $1,667.37 total (if booked separately, $1,730.35) Your Savings: $62.98 |
| ➜ Add this hotel to trip Your best price, guaranteed! | ➜ Add this hotel to trip Your best price, guaranteed! | ➜ Add this hotel to trip Your best price, guaranteed! |

Add a hotel to your flight now
to earn ThankYou℠ Points and get great rewards!

▸ See more hotels with your flight
Your best price, guaranteed!

**🚗 Add a rental car to this trip**

◉ No thanks, I don't need a rental car.
○ Yes, I would like to see available rental cars next.

**🛡 Expedia Flight Protection Plan**

The Flight Protection Plan insures against covered expenses should you be required to cancel or interrupt your trip due to medical or other covered reasons affecting yourself or family members. ⓘ Details

| Options | | Price |
| ○ | Flight Protection | $ 15.00 per traveler |
| ○ | No thanks | |

**2** **Review the rules and restrictions**

- Ticket changes may incur penalties and/or increased fares.
- In addition to any penalties imposed by the airline, a processing fee of up to $30.00 per ticket will be charged by Expedia for any changes you make to the flights in this itinerary.
- Tickets are nontransferable and name changes are not allowed.
- This price includes a nonrefundable $7.00 booking fee.
- Please read important information regarding airline liability limitations.
- Read an overview of all the rules and restrictions applicable to this fare.
- Read the complete penalty rules for changes and cancellations applicable to this fare.

☐ I have read and accept the rules and restrictions. (please check the box to continue)

**3** **Select a booking option**

**1-800-434-2370**
Same great rates
plus expert advice.

**Get up to $100\* off**
Get the card
SmartMoney Magazine
calls "The Best Card for
Travel Rewards" and save.
Trip price: **$1051**
- Credit: **$100**
**$951**
▸ Apply now
\*see details

*To NY for WRG meeting* (handwritten)

**Motley Rice LLC**

28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

**Invoice No.**
1312661

September 2, 2008

W.R. Grace Asbestos Claimants Committee
c/o Katherine Hemming
Campbell & Levine
800 N. King Street, Suite 300
Wilmington, DE 19801

**Re:** W.r. Grace,   (999604-12)
        Asbestos Claimants Committee

| | | |
|---|---|---|
| Professional Services Through As per Time Exhibit Attached............................................................ | | $0.00 |
| Costs Through  8/31/08 | | |
| Out of Town Travel | 120.00 | |
| Total Costs....................................................................................... | | $120.00 |
| Total Invoice................................................................................... | | $120.00 |

## Payable Expense Exhibit

Re: W.r. Grace,    (999604-12)
Invoice for charges rendered through 08/31/08

Invoice No.
1312661

| Date | Description | Check | Amount |
|------|-------------|-------|--------|
| **Out of Town Travel** | | | |
| 8/15/08 | Joseph F. Rice-Travel to New York, NY for meetings July 29-30, 2008 | 38021 | 120.00 |
| | **Total** | | **120.00** |

**MOTLEY RICE, LLC**
Expense Report

| Name: | Joseph F. Rice | Employee ID: | 1035 | Travel To: | New York, NY |
|---|---|---|---|---|---|

*Employee Paid Expenses*

| Date: | Sun 7/27/2008 | Mon 7/28/2008 | Tue 7/29/2008 | Wed 7/30/2008 | Thu 7/31/2008 | Fri 8/1/2008 | Sat 8/2/2008 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Airfare/Rail | | | | | | | | 0.00 |
| Car rental | | | | | | | | 0.00 |
| Taxi/Bus Limo | | | 129.70 | 117.10 | | | | 246.80 |
| Parking/Tolls | | | | | | | | 0.00 |
| Gas | | | | | | | | 0.00 |
| Mileage (below) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lodging/Room | | | | | | | | 0.00 |
| Breakfast | | | | | | | | 0.00 |
| Lunch | | | | | | | | 0.00 |
| Dinner | | | | | | | | 0.00 |
| Entertainment ** | | | | | | | | 0.00 |
| Phone/Fax | | | | | | | | 0.00 |
| Postage/Shipping | | | | | | | | 0.00 |
| Tips | | | | | | | | 0.00 |
| Miscellaneous ** | | | | | | | | 0.00 |
| **Daily Totals** | $0.00 | $0.00 | $129.70 | $117.10 | $0.00 | $0.00 | $0.00 | $246.80 |

*Charge To:*

| MRID / Account | Case Name | Business Purpose (include travel destination and dates) | Dates | Amount |
|---|---|---|---|---|
| 999604-012 | WR Grace | Travel to NY for meetings | 7/29/08-7/30/08 | 120.00 |
| 999604-078 | | Portion of car charge not allowed by fee auditor | 7/29/08-7/30/08 | 126.80 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | $246.80 |

*Mileage Log Detail*

| Date | Description | Miles | Rate/Mile | Amount |
|---|---|---|---|---|
| 07/27/08 | | | 0.585 | $0.00 |
| 07/28/08 | | | 0.585 | $0.00 |
| 07/29/08 | | | 0.585 | $0.00 |
| 07/30/08 | | | 0.585 | $0.00 |
| 07/31/08 | | | 0.585 | $0.00 |
| 08/01/08 | | | 0.585 | $0.00 |
| 08/02/08 | | | 0.585 | $0.00 |
| | | | Total | $0.00 |

I certify that the information provided is an accurate record of expenses incurred by me.

Employee Signature _____ Date _____

Authorization Signature _____ Date _____

Total Amount due to employee: | $246.80 |

*Supplemental*

Please attach original receipts taped to letter size paper.          Retain a Copy of this form & Receipts as your Record
** Business Entertainment / Misc - attach memo with names, business relationship & purpose.

Revised 02/16/2007

## Greve, Daphne

**From:** Manny Domingues [mdlimousine@hotmail.com]
**Sent:** Thursday, August 14, 2008 2:08 PM
**To:** Greve, Daphne
**Subject:** Trip #113158 Receipt



THANK YOU FOR CHOOSING
MD LIMOUSINE LLC
TRIP RECEIPT

| | | | |
|---|---|---|---|
| Trip #: | 113158 | Passenger : | JOSEPH F. RICE |
| Reference #: | | Num of Passengers: | 2 |
| Pick-Up Time: | 02:45PM | Drop-Off Time: | 03:45PM |
| Trip Date: | Tuesday Jul 29, 2008 | Reserved By: | BILLY SUTLER |
| Service Type: | SEDAN | Trip Description: | TETERBORO/NYC |

### Routing & Pick Up / Drop Off Details

TETERBORO AIRPORT / MERIDEN AVIATION / 485 INDUSTRIAL AVE, TETERBORO, NJ
DROP OFF NEW YORK CITY, NY
SEDAN RATE $65.00 + 20% GRATUITY+ PARKING+TOLLS - GAS SURCHARGE
WAITING TIME 45 MIN $30.00 + 20%GRATUITY

### Trip Charges

| | | |
|---|---|---|
| Basic Rate: | $65.00 | |
| Parking: | $0.00 | |
| Tolls : | $10.00 | |
| Waiting Time: | $30.00 | |
| Early/Late Hour: | $0.00 | |
| Extra Stops: | $0.00 | |
| Holiday/Misc: | $0.00 | |
| Gratuity : | $19.00 | |
| Discount: | $0.00 | |
| Tax/GST: | $0.00 | |
| County Tax: | $0.00 | 0.00% |
| Miscellaneous: | $0.00 | |
| TRIP TOTAL: | $124.00 | |
| Administration Fee: | $5.70 | |
| TOTAL DUE: | $0.00 | |

Payments Received:   08/14/2008 PMT: AMEX XXXXXXXXX1001 Check/Auth# 142118 $129.70

### PAYMENT Credit Card

MD LIMOUSINE LLC
435 KEARNY AVE.
KEARNY, NJ 07032
800-893-8002 Phone

## Greve, Daphne

**From:**   Manny Domingues [mdlimousine@hotmail.com]
**Sent:**   Thursday, August 14, 2008 3:00 PM
**To:**   Greve, Daphne
**Subject:** Trip #113180 Receipt



**THANK YOU FOR CHOOSING MD LIMOUSINE LLC**

**TRIP RECEIPT**

| | | | |
|---|---|---|---|
| Trip #: | 113180 | Passenger : | JOSEPH F. RICE |
| Reference #: | | Num of Passengers: | 2 |
| Pick-Up Time: | 01:30PM | Drop-Off Time: | 02:30PM |
| Trip Date: | Wednesday Jul 30, 2008 | Reserved By: | BENEE WALLACE |
| Service Type: | SEDAN | Trip Description: | NYC/TETERBORO |

**Routing & Pick-Up / Drop-Off Details :**

180 MAIDEN LANE, NEW YORK CITY, NY
TETERBORO AIRPORT / MERIDEN AVIATION / 485 INDUSTRIAL AVE, TETERBORO, NJ
SEDAN RATE $65.00 + 20% GRATUITY+ PARKING+TOLLS - GAS SURCHARGE
WAITING TIME 30 MIN $20.00 + 20%GRATUITY

**Trip Charges :**

| | | |
|---|---|---|
| Basic Rate: | $65.00 | |
| Parking: | $0.00 | |
| Tolls : | $10.00 | |
| Waiting Time: | $20.00 | |
| Early/Late Hour: | $0.00 | |
| Extra Stops: | $0.00 | |
| Holiday/Misc: | $0.00 | |
| Gratuity : | $17.00 | |
| Discount: | $0.00 | |
| Tax/GST: | $0.00 | |
| County Tax: | $0.00 | 0.00% |
| Miscellaneous: | $0.00 | |
| TRIP TOTAL: | $112.00 | |
| Administration Fee: | $5.10 | |
| TOTAL DUE: | $0.00 | |
| Payments Received: | 08/14/2008 PMT: AMEX XXXXXXXXXXX1001 Check/Auth# 145242 $117.10 | |

**PAYMENT : Credit Card**

**MD LIMOUSINE LLC**
435 KEARNY AVE.
KEARNY, NJ 07032
800-893-8002 Phone

**Motley Rice LLC**

28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Invoice No.
1320036

October 3, 2008

W.R. Grace Asbestos Claimants Committee
c/o Katherine Hemming
Campbell & Levine
800 N. King Street, Suite 300
Wilmington, DE 19801

**Re:** W.r. Grace,   (999604-12)
    Asbestos Claimants Committee

| | | |
|---|---|---|
| Professional Services Through | | |
| As per Time Exhibit Attached............................................................. | | $0.00 |
| | | |
| Costs Through  9/30/08 | | |
| Out of Town Travel | 717.78 | |
| Travel Expense | 17,280.00 | |
| | | |
| Total Costs.............................................................................................. | | $17,997.78 |
| Total Invoice...................................................................................... | | $17,997.78 |

## Payable Expense Exhibit

Re: W.r. Grace,   (999604-12)
Invoice for charges rendered through 09/30/08

Invoice No.
1320036

| Date | Description | Check | Amount |
|---|---|---|---|
| **Out of Town Travel** | | | |
| 9/8/08 | Joseph F. Rice-Travel to New York, NY September 2-3, 2008 | 38504 | 470.23 |
| 9/17/08 | Joseph F. Rice-Travel to Washington, DC September 15, 2008 | 38748 | 127.55 |
| 9/18/08 | Joseph F. Rice-Travel to New York, NY on September 2-3, 2008 | 38824 | 120.00 |
| **Travel Expense** | | | |
| 9/2/08 | Airfare Citation XL-Travel from Charleston, SC to Teterboro, NJ for meet on September 2, 2008 (5) | 366 | 5,440.00 |
| 9/3/08 | Airfare Citation XL-Travel from Teterboro, NJ to Charleston, SC for meeting September 3, 2008 (2) | 367 | 4,800.00 |
| 9/15/08 | Airfare Citation XL-Travel from Charleston, SC to Washington DC for on September 15, 2008 | 368 | 7,040.00 |
| | **Total** | | **17,997.78** |

## MOTLEY RICE, LLC
### Expense Report

*Pd 9/9*

| Name: | Joe Rice | Employee ID: | 1035 | Travel To: | New York |
|---|---|---|---|---|---|

**Employee Paid Expenses**

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | |
|---|---|---|---|---|---|---|---|---|
| Date: | 8/31/2008 | 9/1/2008 | 9/2/2008 | 9/3/2008 | 9/4/2008 | 9/5/2008 | 9/6/2008 | TOTAL |
| Airfare/Rail | | | | | | | | 0.00 |
| Car rental | | | | | | | | 0.00 |
| Taxi/Bus Limo | | | | 15.30 | | | | 15.30 |
| Parking/Tolls | | | | | | | | 0.00 |
| Gas | | | | | | | | 0.00 |
| Mileage (below) | 0.00 | 0.00 | 8.78 | 8.78 | 0.00 | 0.00 | 0.00 | 17.55 |
| Lodging/Room | | | 611.19 | | | | | 611.19 |
| Breakfast | | | | | | | | 0.00 |
| Lunch | | | | | | | | 0.00 |
| Dinner | | | 37.00 | | | | | 37.00 |
| Entertainment ** | | | | | | | | 0.00 |
| Phone/Fax | | | | | | | | 0.00 |
| Postage/Shipping | | | | | | | | 0.00 |
| Tips | | | | | | | | 0.00 |
| Miscellaneous ** | | | | | | | | 0.00 |
| Daily Totals | $0.00 | $0.00 | $656.97 | $24.08 | $0.00 | $0.00 | $0.00 | $681.04 |

**Charge To:**

| MRID / Account | Case Name | Business Purpose (include travel destination and dates) | Dates | Amount |
|---|---|---|---|---|
| 999604-12 | WRG | | 9/2/08-9/3/08 | 470.23 |
| 999604-78 | | Portion of hotel room charge not allowed by Fee Auditor | | 210.81 |
| | | | | |
| | | | | |
| | | Bill firm plane to 999604-12 | | |
| | | | | |
| | | | Total | $681.04 |

**Mileage Log Detail**

| Date | Description | Miles | Rate/Mile | Amount |
|---|---|---|---|---|
| 08/31/08 | | | 0.585 | $0.00 |
| 09/01/08 | | | 0.585 | $0.00 |
| 09/02/08 | From office to airport | 15 | 0.585 | $8.78 |
| 09/03/08 | from airport to office | 15 | 0.585 | $8.78 |
| 09/04/08 | | | 0.585 | $0.00 |
| 09/05/08 | | | 0.585 | $0.00 |
| 09/06/08 | | | 0.585 | $0.00 |
| | | | Total | $17.55 |

I certify that the information provided is an accurate record of expenses incurred by me.

Employee Signature _____    Date _____

Total Amount due to employee:    $681.04

Authorization Signature _____    Date _____

*Please attach original receipts taped to letter size paper.*          *Retain a Copy of this form & Receipts as your Record*

*\*\* Business Entertainment / Misc - attach memo with names, business relationship & purpose.*

Revised 02/16/2007

1 of 1

IAN SCHRAGE.

# G P H

GRAMERCY PARK HOTEL
2 LEXINGTON AVENUE NEW YORK NY 10010
PHONE 212 920 3300  FAX 212 673 5890
WWW.GRAMERCYPARKHOTEL.COM

RICE, MR. JOSEPH

FINE HOTELS & RESORTS

XX

**Room Number:** 1108
**Package Rate:** 536.00
**Room Type:** KL
**No. of Guests:** 1 / 0

| ARRIVAL | DEPARTURE | CREDIT CARD | RATE PLAN | CATEGORY | ACCOUNT |
|---------|-----------|-------------|-----------|----------|---------|
| 9/2/2008 | 9/3/2008 | XXXXXXXXXXXX1001 | FHR | TMC | 11110164748 |

| DATE | ROOM NO. | DESCRIPTION | REFERENCE | AMOUNT |
|------|----------|-------------|-----------|--------|
| 9/2/2008 | 1108 | JADE BAR | 1108/1265/22:50/JADE BAR — *DINNER* | $37.00 |
| 9/2/2008 | 1108 | ROOM CHARGE | ROOM CHARGE | $536.00 |
| 9/2/2008 | 1108 | STATE SALES TAX | STATE SALES TAX | $44.89 |
| 9/2/2008 | 1108 | OCCUPANCY TAX | OCCUPANCY TAX | $26.80 |
| 9/2/2008 | 1108 | CITY OCCUPANCY TAX | CITY OCCUPANCY TAX | $2.00 |
| 9/2/2008 | 1108 | JACOB JAVITS CENTER TAX | JACOB JAVITS CENTER TAX | $1.50 |

**TOTAL DUE:**          $648.19

```
  I ♡ NEW YORK
             4C34
MED #
DATE: 09/03/2008
START TIME 09:09
END TIME   09:37
TRIP #     17850
RATE No.        1
STAND. CITY RATE
MILES R1     3.05
FARE1 $     15.30


Contact TLC Dial
     3-1-1



  I ♡ NEW YORK
MED #      4C34
DATE: 09/03/2008
     TIME 09:53
```

CAB TO MEETING

Recipts for car from airport to hotel
and from hotel to airport to
be Supplemented

## MOTLEY RICE, LLC
### Expense Report

| Name: | Joseph F. Rice | Employee ID: | 1035 | Travel To: | Washington DC |
|---|---|---|---|---|---|

**Employee Paid Expenses**

| Date: | Sun 9/14/2008 | Mon 9/15/2008 | Tue 9/16/2008 | Wed 9/17/2008 | Thu 9/18/2008 | Fri 9/19/2008 | Sat 9/20/2008 | TOTAL |
|---|---|---|---|---|---|---|---|---|
| Airfare/Rail | | | | | | | | 0.00 |
| Car rental | | | | | | | | 0.00 |
| Taxi/Bus Limo | | | | | | | | 0.00 |
| Parking/Tolls | | | | | | | | 0.00 |
| Gas | | | | | | | | 0.00 |
| Mileage (below) | 0.00 | 17.55 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 17.55 |
| Lodging/Room | | | | | | | | 0.00 |
| Breakfast | | | | | | | | 0.00 |
| Lunch | | | | | | | | 0.00 |
| Dinner | | 222.50 | | | | | | 222.50 |
| Entertainment ** | | | | | | | | 0.00 |
| Phone/Fax | | | | | | | | 0.00 |
| Postage/Shipping | | | | | | | | 0.00 |
| Tips | | | | | | | | 0.00 |
| Miscellaneous ** | | | | | | | | 0.00 |
| **Daily Totals** | $0.00 | $240.05 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $240.05 |

**Charge To:**

| MRID / Account | Case Name | Business Purpose (include travel destination and dates) | Dates | Amount |
|---|---|---|---|---|
| 999604-12 | WR Grace | L | | 127.50 |
| 999604-78 | | Amount not allowed by fee auditor for dinner | | 112.50 |
| | | | | |
| | | Bill firm plane to 999604-12 - Car charge to/from airport in DC to be supplemented | | |
| | | | | |
| | | | | |
| | | | | |
| | | | **Total** | $240.05 |

**Mileage Log Detail**

| Date | Description | Miles | Rate/Mile | Amount |
|---|---|---|---|---|
| 09/14/08 | | | 0.585 | $0.00 |
| 09/15/08 | travel to/from airport | 30 | 0.585 | $17.55 |
| 09/16/08 | | | 0.585 | $0.00 |
| 09/17/08 | | | 0.585 | $0.00 |
| 09/18/08 | | | 0.585 | $0.00 |
| 09/19/08 | | | 0.585 | $0.00 |
| 09/20/08 | | | 0.585 | $0.00 |
| | | | **Total** | $17.55 |

I certify that the information provided is an accurate record of expenses incurred by me.

Employee Signature _____ Date _____

Authorization Signature _____ Date _____

Total Amount due to employee: | $240.05 |

Please attach original receipts taped to letter size paper.          Retain a Copy of this form & Receipts as your Record

** Business Entertainment / Misc - attach memo with names, business relationship & purpose.

Revised 02/16/2007

```
              THE OCCIDENTAL
          1475 Pennsylvannia Ave NW
            Washington, D.C. 20004
               202-783-1475

Server: Geremias        DOB: 09/15/2008
09:48 PM                     09/15/2008
Table 164/1                    4/40031

AMEX                           2097178
Card #XXXXXXXXXXX1001
Magnetic card present: RICE JOSEPH
Approval: 548946

                  Amount:       192.50

                  + Tip:       30

                  = Total:     225

X_____
Approval: 548946

          CUSTOMER COPY
```

**MOTLEY RICE, LLC**
Expense Report

| Name: | Joe Rice | Employee ID: | 1035 | Travel To: | New York |
|-------|----------|--------------|------|------------|----------|

*Employee Paid Expenses*

| | Sun | Mon | Tue | Wed | Thu | Fri | Sat | |
|---|---|---|---|---|---|---|---|---|
| Date: | 8/31/2008 | 9/1/2008 | 9/2/2008 | 9/3/2008 | 9/4/2008 | 9/5/2008 | 9/6/2008 | TOTAL |
| Airfare/Rail | | | | | | | | 0.00 |
| Car rental | | | | | | | | 0.00 |
| Taxi/Bus Limo | | | 129.70 | 91.90 | | | | 221.60 |
| Parking/Tolls | | | | | | | | 0.00 |
| Gas | | | | | | | | 0.00 |
| Mileage (below) | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Lodging/Room | | | | | | | | 0.00 |
| Breakfast | | | | | | | | 0.00 |
| Lunch | | | | | | | | 0.00 |
| Dinner | | | | | | | | 0.00 |
| Entertainment ** | | | | | | | | 0.00 |
| Phone/Fax | | | | | | | | 0.00 |
| Postage/Shipping | | | | | | | | 0.00 |
| Tips | | | | | | | | 0.00 |
| Miscellaneous ** | | | | | | | | 0.00 |
| Daily Totals | $0.00 | $0.00 | $129.70 | $91.90 | $0.00 | $0.00 | $0.00 | $221.60 |

*Charge To:*

| MRID / Account | Case Name | Business Purpose (include travel destination and dates) | Dates | Amount |
|---|---|---|---|---|
| 999604-12 | WRG | | 9/2/08-9/3/08 | 120.00 |
| 999604-78 | | Portion of car charge not allowed by Fee Auditor | | 101.60 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | Total | $221.60 |

*Mileage Log Detail*

| Date | Description | Miles | Rate/Mile | Amount |
|---|---|---|---|---|
| 08/31/08 | | | 0.585 | $0.00 |
| 09/01/08 | | | 0.585 | $0.00 |
| 09/02/08 | | | 0.585 | $0.00 |
| 09/03/08 | | | 0.585 | $0.00 |
| 09/04/08 | | | 0.585 | $0.00 |
| 09/05/08 | | | 0.585 | $0.00 |
| 09/06/08 | | | 0.585 | $0.00 |
| | | | Total | $0.00 |

I certify that the information provided is an accurate record of expenses incurred by me.

Employee Signature _____    Date _____

Authorization Signature _____    Date _____

Total Amount due to employee:    $221.60

*Please attach original receipts taped to letter size paper.*    *Retain a Copy of this form & Receipts as your Record*

** *Business Entertainment / Misc - attach memo with names, business relationship & purpose.*

Revised 02/16/2007

## Greve, Daphne

WRG mtg

**From:** Manny Domingues [mdlimousine@hotmail.com]
**Sent:** Monday, September 15, 2008 5:33 PM
**To:** Greve, Daphne
**Subject:** Trip #113562 Receipt



**THANK YOU FOR CHOOSING
MD LIMOUSINE LLC**

**TRIP RECEIPT**

| | | | |
|---|---|---|---|
| Trip #: | 113562 | Passenger : | JOSEPH F. RICE |
| Reference #: | | Num of Passengers: | 2 |
| Pick-Up Time: | 06:45PM | Drop-Off Time: | 07:45PM |
| Trip Date: | Tuesday Sep 2, 2008 | Reserved By: | TROY MOYLESS |
| Service Type: | SEDAN | Trip Description: | TETERBORO/NYC |

**Routing & Pick-Up / Drop-Off Details :**

TETERBORO AIRPORT / MERIDEN AVIATION / 485 INDUSTRIAL AVE, TETERBORO, NJ
DROP OFF NEW YORK CITY, NY
SEDAN RATE $65.00 + 20% GRATUITY+ PARKING+TOLLS - GAS SURCHARGE
WAITING TIME 45 MIN $30.00 + 20%GRATUITY

**Trip Charges:**

| | | |
|---|---|---|
| Basic Rate: | $65.00 | |
| Parking: | $0.00 | |
| Tolls : | $10.00 | |
| Waiting Time: | $30.00 | |
| Early/Late Hour: | $0.00 | |
| Extra Stops: | $0.00 | |
| Holiday/Misc: | $0.00 | |
| Gratuity : | $19.00 | |
| Discount: | $0.00 | |
| Tax/GST: | $0.00 | |
| County Tax: | $0.00 | 0.00% |
| Miscellaneous: | $0.00 | |
| TRIP TOTAL: | $124.00 | |
| Administration Fee: | $5.70 | |
| TOTAL DUE: | $0.00 | |

Payments Received:   09/15/2008 PMT: AMEX XXXXXXXXXX1001 Check/Auth# 164379 $129.70

**PAYMENT Credit Card :**

MD LIMOUSINE LLC
435 KEARNY AVE.
KEARNY, NJ 07032
800-893-8002 Phone

**Greve, Daphne**

| | |
|---|---|
| **From:** | Manny Domingues [mdlimousine@hotmail.com] |
| **Sent:** | Monday, September 15, 2008 5:33 PM |
| **To:** | Greve, Daphne |
| **Subject:** | Trip #113596 Receipt |



THANK YOU FOR CHOOSING
MD LIMOUSINE LLC

TRIP RECEIPT

| | | | |
|---|---|---|---|
| **Trip #:** | 113596 | **Passenger :** | JOSEPH F. RICE |
| **Reference #:** | | **Num of Passengers:** | 2 |
| **Pick-Up Time:** | 09:00PM | **Drop-Off Time:** | 10:00PM |
| **Trip Date:** | Wednesday Sep 3, 2008 | **Reserved By:** | BENEE WALLACE |
| **Service Type:** | SEDAN | **Trip Description:** | NYC/TETERBORO |

**Routing & Pick-Up /Drop-Off Details:**

SAN PIETRO RESTAURANT/18 EAST 54TH ST, (BET 5TH & MADISON AVES) NEW YORK CITY, NY 212 753 9015
TETERBORO AIRPORT / MERIDEN AVIATION / 485 INDUSTRIAL AVE, TETERBORO, NJ
SEDAN RATE $65.00 + 20% GRATUITY+ PARKING+TOLLS - GAS SURCHARGE

**Trip Charges:**

| | | |
|---|---|---|
| **Basic Rate:** | $65.00 | |
| **Parking:** | $0.00 | |
| **Tolls :** | $10.00 | |
| **Waiting Time:** | $0.00 | |
| **Early/Late Hour:** | $0.00 | |
| **Extra Stops:** | $0.00 | |
| **Holiday/Misc:** | $0.00 | |
| **Gratuity :** | $13.00 | |
| **Discount:** | $0.00 | |
| **Tax/GST:** | $0.00 | |
| **County Tax:** | $0.00 | 0.00% |
| **Miscellaneous:** | $0.00 | |
| **TRIP TOTAL:** | $88.00 | |
| **Administration Fee:** | $3.90 | |
| **TOTAL DUE:** | $0.00 | |

**Payments Received:** 09/15/2008 PMT: AMEX XXXXXXXXXX1001 Check/Auth# 164379 $91.90

**PAYMENT: Credit Card:**

MD LIMOUSINE LLC
435 KEARNY AVE.
KEARNY, NJ 07032
800-893-8002 Phone