IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: Dec. 11, 2008 at 4:00 pm |
| | ) | Hearing Date: December 15, 2008 at 1:00 pm |

SUMMARY OF THE TWENTY-NINTH INTERIM QUARTERLY
APPLICATION OF SULLIVAN HAZELTINE ALLINSON, LLC[1] FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES
AS DELAWARE COUNSEL TO THE ZAI CLAIMANTS FOR THE INTERIM
PERIOD FROM APRIL 1, 2008 THROUGH JUNE 30,2008

| | |
|---|---|
| Name of Applicant: | William D. Sullivan, LLC |
| Authorized to Provide Professional Services to: | Zonolite Attic Insulation Claimants |
| Date of Appointment: | Appointment Order effective As of July 22, 2002[2] |
| Period for which compensation and Reimbursement is sought: | January 1, 2008 through March 31, 2008 |
| Amount of Compensation sought as actual, Reasonable, and necessary: | $18,192.00 |
| Amount of Expenses Reimbursement: | $6,934.81 |

This is a: _ monthly   X quarterly application

---

[1] William D. Sullivan presently serves as Delaware Counsel to the ZAI Claimants, through the firm of Sullivan Hazeltine Allinson, LLC. Mr. Sullivan was designated as Delaware Counsel to the ZAI Claimants by Edward Westbrook, Lead Counsel to the ZAI Claimants, pursuant to the ZAI Claimants' Revised Special Counsel Designation and Litigation Budget for the ZAI Science Trial (D.I. 2508). The ZAI Claimants Revised Designation was approved by the Court by Order dated August 26, 2002 (D.I. 2617). Mr. Sullivan was previously employed by the firms of Elzufon Austin Reardon Tarlov and Mondell (through September 20, 2004) and Buchanan Ingersoll (September 20, 2004 through July 21, 2006). Those firms are no longer involved in the representation of the ZAI Claimants. Mr. Sullivan opened his own firm on July 24, 2006, which now goes by the name Sullivan Hazeltine Allinson, LLC.

[2] Counsel for the ZAI Claimants were retained over a year after this case was filed, and undersigned counsel has changed firms as set forth in the previous footnote. To conform with the titles of the quarterly applications being filed by the firms who have been in the case since its inception, this application is being titled the "Twenty-Seventh Quarterly Application" even though it is William D. Sullivan, LLC's eighth such quarterly application.

Prior Application filed: Yes

| Period Covered | Date Filed | Requested Fees | Requested Expenses | Approved Fees | Approved Expenses |
|---|---|---|---|---|---|
| 07/24/06 – 08/31/06 | November 6, 2006 | $1,950.00 | $0.00 | No Objection | Not Applicable |
| 09/01/06 – 09/30/06 | November 6, 2006 | $390.00 | $0.00 | No Objection | Not Applicable |
| 10/01/06 - 10/31/06 | January 3, 2007 | $390.00 | $0.00 | No Objection | Not Applicable |
| 11/01/06 - 11/30/06 | January 3, 2007 | $3,330.00 | $329.52 | No Objection | No. Objection |
| 12/01/06 - 12/31/06 | March 12, 2007 | $7,702.50 | $863.59 | No Objection | No Objection |
| 01/01/07 - 01/31/07 | March 12, 2007 | $7,248.75 | $13.92 | No Objection | No Objection |
| 02/01/07 - 02/28/07 | March 29, 2007 | $1,102.50 | $33.66 | No Objection | No Objection |
| 03/01/07 - 03/31/07 | July 20, 2007 | $8,591.25 | $5,143.33 | No Objection | No Objection |
| 04/01/07 - 04/30/07 | October 3, 2007 | $5,842.50 | $62.40 | No Objection | No Objection |
| 05/01/07 - 05/31/07 | October 3, 2007 | $2,970.00 | $2,011.74 | No Objection | No Objection |
| 06/01/07 - 06/30/07 | October 3, 2007 | $1,110.00 | $0.00 | No Objection | No Objection |
| 07/01/07- 07/31/07 | November 14, 2007 | $615.00 | $0.00 | No Objection | No Objection |
| 08/01/07- 08/31/07 | November 14, 2007 | $960.00 | $690.00 | No Objection | No Objection |
| 09/01/07- 09/30/07 | November 14, 2007 | $544.00 | $0.00 | No Objection | No Objection |
| 10/1/07- 10/31/07 | November14, 2008 | $1,056.00 | $912.66 | No Objection | No Objection |
| 11/1/07- 11/30/07 | January 14, 2008 | $1,882.00 | $80.55 | No Objection | No Objection |
| 12/1/07- 12/31/07 | January 14, 2008 | $320.00 | $0.00 | No Objection | No Objection |
| 1/1/08- 1/31/08 | March 4, 2008 | $640.00 | $50.28 | No Objection | No Objection |
| 2/1/08- 2/29/08 | April 2, 2008 | $2,144.00 | $1,639.92 | No Objection | No Objection |
| 3/1/08- 3/31/08 | August 8, 2008 | $6,872.00 | $18,882.04 | No Objection | No Objection |
| 4/1/08- 4/30/08 | November 13, 2008 | $9,488.00 | $6,856.79 | Pending | Pending |
| 5/1/08- 5/31/08 | November 13, 2008 | $4,768.00 | $0.00 | Pending | Pending |
| 6/1/08- 6/30/08 | November 13, 2008 | $3,936.00 | $78.02 | Pending | Pending |

The attorneys and paraprofessionals who rendered professional service in these cases during the Fee Period are:

| Name of Professional Person | Position with the applicant | Number of years as an attorney | Department | Hourly Billing Rate | Total billed hours | Total compensation |
|---|---|---|---|---|---|---|
| William D. Sullivan | Partner | 17 | Bankruptcy | $320 | 53.6 | $17,153.00 |
| Elihu E. Allinson, III | Associate | 10 | Bankruptcy | $260 | 4.0 | $1,040.00 |
| | | | | | | |
| | | | | | | |
| TOTALS | | | | | | $18,193.00 |

## Compensation by Project Category

| Category | Total Hours | Total Fees |
|---|---|---|
| 11-Fee Applications | 0.7 Hours | $224.00 |
| 22-ZAI Science Trial | 47.9 Hours | $17,968.00 |
| TOTALS | 48.6 Hours | $18,192.00 |

## Expenses by Category

| Category | Total Fees |
|---|---|
| Outside Copying and Service by Vendor | $5,967.87 |
| Courier Serivce | $480.60 |
| Federal Express | $336.34 |
| Filing Fees | $150.00 |
| TOTALS | $6,934.81 |

Date: November 21, 2008
Wilmington, DE

SULLIVAN · HAZELTINE ALLINSON LLC

William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE  19801
Tel: (302) 428-8191
Fax: (302) 428-8195

ADDITIONAL SPECIAL COUNSEL
FOR ZAI CLAIMANTS