**EXHIBIT "B"**

**SUMMARY OF PRINCIPAL SERVICES RENDERED FOR THE PERIOD**
<u>July 1, 2008 though September 30, 2008</u>

1. Asbestos: Claims Analysis & Evaluation – 1.5 ($937.50)

    Attend Committee Call

    Receive and Review Discussions of Potential BASF Acquisition of Grace

MIAMI 1673477.1 7481715537