**EXHIBIT "C"**

# HR&A                                                    INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

August 8, 2008
Invoice No. HRA20080808

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of July, 2008.

**FEES**

| | |
|---|---|
| Francine F. Rabinovitz<br>0.5 hours @ $ 625 per hour | $ 312.50 |
| **TOTAL DUE:** | **$ 312.50** |

*Please remit to corporate address below:*

P.O. Box 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351

JULY, 2008 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 07/30/08 | 0.50 | Receive and review discussions of potential BASF acquisition of Grace. |
| TOTAL: | 0.50 | |

# HR&A                                                                INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
*Policy, Financial & Management Consultants*

September 4, 2008
Invoice No. HRA20080904

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al. For the month of August, 2008.

### FEES

| | |
|---|---|
| Francine F. Rabinovitz<br>1.0 hours @ $ 625 per hour | $ 625.00 |
| **TOTAL DUE:** | **$ 625.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922  TEL: (831) 626-1350  FAX: (831) 626-1351

AUGUST, 2008 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 08/07/08 | 1.00 | Attend Committee call. |
| TOTAL: | 1.00 | |