IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | |

## <u>AMENDED</u> NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON NOVEMBER 24, 2008, AT 1:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA

### THE DISCLOSURE STATEMENT AND SOLICITATION MOTION WILL GO FORWARD AT THE COMMENCEMENT OF THE HEARING WITH PERSONAL INJURY RELATED ISSUES FIRST, FOLLOWED BY PROPERTY DAMAGE ISSUES.

---

[1]  The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**CONTINUED MATTERS**

1.      Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

    Related Documents:

    a.      [Signed] Order Regarding Relief Sought in Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 10/1/08] (Docket No. 19659)

    Response Deadline: April 13, 2007, at 4:00 p.m.

    Responses Received:

    a.      Response in Opposition By Commissioner of Massachusetts Department of Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department of Revenue [Filed: 4/13/07] (Docket No. 15170)

    Status: This matter is continued to December 15, 2008, at 1:00 p.m.

2.      Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 8/26/08] (Docket No. 19378)

    Related Documents:

    a.      [Signed] Order Granting Relief Sought in Debtors' Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 10/1/08] (Docket No. 19658)

    Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008 for A/N)*

    Responses Received:

    a.      Response of Seaton Insurance Company to Debtors' Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 9/4/08] (Docket No. 19461)

    b.      Response By New York State Department of Taxation and Finance to Debtors' Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

    c.      Response of Commonwealth of Pennsylvania, Department of Revenue to Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19523)

    d.      Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

    e.      Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed: 9/17/08] (Docket No. 19554)

f.    Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) and Memorandum in Support of Thereof [Filed: 9/17/08] (Docket No. 19557)

Status: This matter is continued to December 15, 2008, at 1:00 p.m.

## UNCONTESTED MATTERS

3.    Motion of Debtors for Entry of Order Authorizing the Sale of Certain Assets to Alco Iron & Metal Co. [Filed: 10/20/08] (Docket No. 19813)

Related Documents:

a.    [Proposed] Order Authorizing the Sale of Certain Assets to Alco Iron & Metal Co. [Filed: 10/20/08] (Docket No. 19813)

**b.    Certificate of Counsel Regarding Order Authorizing the Sale of Certain Assets to Alco Iron & Metal Co.  [Filed: 11/21/08] (Docket No. 20116)**

Response Deadline: November 7, 2008, at 4:00 p.m. *(extended until November 12, 2008, at 12:00 noon for the Official Committee of Unsecured Creditors)*

Responses Received: None as of the date of this Notice of Agenda.

Status: A certification of counsel and revised form or order will be filed prior to the hearing.

## CONTESTED MATTERS (Status Conferences)

4.    Motion of The Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 11/15/04] (Docket No. 323) *W. R. Grace & Co., et al. v. Margaret Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771].*

Response Deadline: December 15, 2004 at 4:00 p.m.

Responses Received:

a.    Objection of Maryland Casualty Company to Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 01-771, Docket No. 355)

b.    Response of One Beacon America Insurance Company and Seaton Insurance Company to the Motion of the Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary From the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 04-55083, Docket No. 14)

c.   Objection of Continental Casualty Company and Boston Old Colony Insurance
Company to the Scotts Company's Motion Seeking Relief From the Automatic
Stay and the Modified Preliminary Junction Order Dated January 22, 2002 [Filed:
2/18/05] (Adv. Pro. No. 01-771, Docket No. 356)

Status:  A status conference will go forward on this matter.

5.   Motion of the City of Charleston, South Carolina for Relief from the Automatic Stay
[Filed: 12/21/08] (Docket No. 17685)

Related Documents:

a.   [Proposed] Order Granting  Motion of City of Charleston, South Carolina for
Relief From the Automatic Stay [Filed: 12/21/07] (Docket No. 17685)

Response Deadline: January 11, 2008, at 4:00 p.m.

Responses Received:

a.   Debtors' Objection to the Motion of the City of Charleston, South Carolina for
Relief From the Automatic Stay [Filed: 1/11/08] (Docket No. 17807)

Status: This matter will be continued to the December 15, 2008 Omnibus hearing at
which time the Debtors will move for dismissal of the Motion as Moot in the event the
Court enters the Order requested at that hearing permitting sale of the Property to the City
of Charleston.


**CREDIT AGREEMENT (Status Conference)**

6.   Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit
Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 6/13/08]
(Docket No. 18922)

Related Documents:

a.   The Official Committee of Equity Holders' Joinder to Debtors' Objection to the
Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of
May 14, 1998 and May 5, 1999 [Filed: 7/3/08] (Docket No. 19051)

b.   [Signed] Order Regarding Debtors' Objection to the Unsecured Claims Asserted
Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5,
1999 [Filed: 8/29/08] (Docket No. 19417)

c.   [Signed] Order Approving Confidentiality Stipulation [Filed: 9/3/08] (Docket No.
19445)

d.   [Signed] Order Limiting Argument Time [Filed: 9/25/08] (Docket No. 19616)

Response Deadline: July 3, 2008, at 4:00 p.m. *(extended until July 11, 2008 for Ad Hoc
Committee, Agent for the Lenders and the Official Committee of Unsecured Creditors)*

Responses Received:

a.      Response of the Official Committee of Unsecured Creditors to Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 7/11/08] (Docket No. 19072)

b.      Response of the Bank Lender Group in Opposition to the Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 7/11/08] (Docket No. 19073)

c.      Joinder of JP Morgan Chase Bank, N.A. in the Response of the Bank Lender Group in Opposition to the Debtors' Objection to the Unsecured Claims Asserted Under the Debtors' Credit Agreements Dated as of May 14, 1998 and May 5, 1999 [Filed: 7/11/08] (Docket No. 19074)

Status: A status conference will go forward on this matter.

## ZAI MATTERS

7.      ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 3/18/08] (Docket No. 18323)

Related Documents:

a.      [Proposed] Order Granting ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 3/18/08] (Docket No. 18323)

b.      ZAI Claimants' Memorandum in Support of Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 3/18/08] (Docket No. 18324)

Response Deadline: April 10, 2008, at 4:00 p.m.

Responses Received:

a.      Debtors' Brief in Opposition to ZAI Claimants' Motion for an Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 4/10/08] (Docket No. 18494)

Reply Deadline: April 15, 2008, at 4:00 p.m.

Replies Received:

a.      Reply to Debtors' Opposition to ZAI Claimants' Motion for Order Recognizing and Permitting Filing of a Washington Class Proof of Claim [Filed: 4/15/08] (Docket No. 18526)

Status: This matter will go forward as a status conference.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

8.    Motion of the Debtors for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claims Filed By Regents of the University of California [Filed: 9/16/08] (Docket No. 19551)

Related Documents:

a.    [Proposed] Order Authorizing the Settlement of Asbestos Property Damage Claims Filed By Regents of the University of California [Filed: 9/16/08] (Docket No. 19551, Exhibit B)

b.    Certification of No Objection Regarding Motion of the Debtors for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claims Filed By Regents of the University of California [Filed: 11/13/08] (Docket No. 20022)

c.    **[Signed] Order Authorizing the Settlement of Asbestos Property Damage Claims Filed By Regents of the University of California [Filed: 11/18/08] (Docket No. 20081)**

Response Deadline: November 7, 2008, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Court has entered an order approving the Motion.  This matter will not go forward.**

9.    Motion of the Debtors for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claim Filed By Children's Hospital of Pittsburgh Represented By Speights & Runyan [Filed: 9/18/08] (Docket No. 19562)

Related Documents:

a.    [Proposed] Order Authorizing the Settlement of Asbestos Property Damage Claim Filed By Children's Hospital of Pittsburgh Represented By Speights & Runyan [Filed: 9/18/08] (Docket No. 19562, Exhibit B)

b.    Certification of No Objection Regarding Motion of the Debtors for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claim Filed By Children's Hospital of Pittsburgh Represented By Speights & Runyan [Filed: 11/13/08] (Docket No. 20023)

c.    **[Signed] Order Authorizing the Settlement of Asbestos Property Damage Claim Filed By Children's Hospital of Pittsburgh Represented By Speights & Runyan [Filed: 11/18/08] (Docket No. 20080)**

Response Deadline: November 7, 2008, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

**Status: The Court has entered an order approving the Motion.  This matter will not go forward.**

10.    Status Report on Asbestos Property Damage Claims and Mediation

Related Documents:

a.    Settlement Judge's Report [Filed: 5/23/08] (Docket No. 18779)

Status: A status conference will go forward on this matter.

11.    Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight (88) Time-Barred Canadian Asbestos Property Damage Claims [Filed: 2/16/07] (Docket No. 14597)

Related Documents:

a.    [Proposed] Order Disallowing and Expunging 88 Time-Barred Canadian Asbestos PD Claims [Filed: 2/16/07] (Docket No. 14597)

b.    Appendix to Rule 1006 Summaries with Information Attached [Filed: 2/17/07] (Docket No. 14600)

c.    Transcript of Hearing on September 10, 2007 Before the Honorable Judith K. Fitzgerald [Filed: 9/26/07] (Docket No. 16930)

Response Deadline: March 19, 2007, at 4:00 p.m.

Responses Received:

a.    Anderson Memorial Hospital's Response to Debtors' Motion for Summary Judgment Directed to 88 Claims from Canada Based Upon the Statute of Limitations [Filed: 3/19/07] (Docket No. 14898)

Reply Deadline:  March 23, 2006, at 4:00 p.m.

Replies Received:

a.    Debtors' Reply and Objection to Anderson Memorial Hospital's Responses to Certain of Debtors' Motions for Summary Judgment Regarding Asbestos PD Claims [Filed: 3/23/07] (Docket No. 14964)

b.    Debtors' Reply in Support of Their Motion for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight (88) Time-Barred Canadian Asbestos Property Damage Claims [Filed: 3/23/07] (Docket No. 14965)

Deadline to File Additional Briefing: September 5, 2007

Anderson Memorial Hospital's Additional Briefing:

a.    Notice of Filing of Expert Report of Professor John Irvine [Filed: 9/5/07] (Docket No. 16754)

Debtors' Additional Briefing:

a.    Debtors' Supplemental Submission in Support of Their Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight

        (88) – Now Fifty-Five (55) – Time-Barred Canadian Asbestos Property Damage Claims [Filed: 9/5/07] (Docket No. 16755)

        (i)      [Proposed] Order Disallowing and Expunging 55 Time-Barred Canadian Asbestos PD Claims [Filed: 9/5/07] (Docket No. 16755)

    b.      Appendix to Debtors' Supplemental Submission in Support of Their Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing and Expunging Eighty-Eight (88) – Now Fifty-Five (55) – Time-Barred Canadian Asbestos Property Damage Claims [Filed: 9/5/07] (Docket No. 16757)

Post-Hearing Briefing:

    a.      Anderson Memorial Hospital's Supplemental Post-Hearing Memorandum Re: Canadian Statute of Limitations [Filed: 10/12/07] (Docket No. 17059)

    b.      Debtors' Reply to Anderson Memorial Hospital's Supplemental Post-Hearing Memorandum Re: Canadian Statute of Limitations [Filed: 10/26/07] (Docket No. 17171)

Status: This matter will go forward for argument.

## DISCLOSURE STATEMENT AND SOLICITATION (CONTINUED FROM 11/14/08)[2]

12.    Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 9/19/08] (Docket No. 19581)

Related Documents:

    a.      Joint Plan of Reorganization Under Chapter 11 Plan of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 9/19/08] (Docket No. 19579)

        (i)      Notice of Filing of Amendment to Disclosure Statement Objection Chart, Blackline of Plan of Reorganization and Blackline of Disclosure Statement [Filed: 11/10/08] (Docket No. 19988)

        **(ii)**     **Certification of Counsel Regarding Further Amendments to Disclosure Statement, Plan of Reorganization, Solicitation Materials and Certain Exhibits [Filed: 11/21/08] (Docket No. 20121)**

    b.      Exhibit Book [Filed: 9/19/08] (Docket No. 19580)

        (i)      Notice of Filing of Revised and New Exhibits to Disclosure Statement Exhibit Book [Filed: 11/10/08] (Docket No. 19989)

---

[2] Pleadings filed 11/7/2008-11/10/2008 were provided to the Court in the Supplement Binder. Pleadings filed 11/21/2008 were provided to the Court in the Second Supplemental Binder.

    (ii)    Exhibit 5 Exhibit Book Revised Schedule of Settlement Asbestos Insurance Companies [Filed: 11/13/08] (Docket No. 20026)

c.    Amended Notice of Hearing to Consider Approval of Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code [Filed: 10/2/08] (Docket No. 19695)

d.    Declaration of Service of the BMC Group Regarding Exhibit Book to Disclosure Statement; Debtors' Disclosure Statement; Notice of Hearing to Consider Approval of Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code [Filed: 10/3/08] (Docket No. 19699)

e.    Exhibit 5 to Exhibit Book Asbestos Insurance Policy Schedule [Filed: 10/23/08] (Docket No. 19849)

f.    Exhibit 6 to Exhibit Book Asbestos Insurance Transfer Agreement [Filed: 10/24/08] (Docket No. 19866)

Response Deadline: October 17, 2008, at 4:00 p.m.

Responses Received:

a.    Objection of Maryland Casualty Company to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders [Filed: 10/17/08] (Docket No. 19777)

b.    Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order Approving Debtors' Disclosure Statement for the Joint Plan of Reorganization Dated as of September 19, 2008, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19779)

c.    Objections and Reservation of Rights of CNA Companies to (A) Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and (B) Debtors' Disclosure Statement for the Joint Plan of Reorganization Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19780)

d.    United States Trustee's Objection to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dates as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19781)

e.    Joint Objection of Seaton Insurance Company and OneBeacon America Insurance Company to Debtors' Proposed Disclosure Statement [Filed 10/17/08] (Docket No. 19783)

f.    Objection of BNSF Railway Company to Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R.

Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19784)

g.     ERISA Plaintiff's Objection to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19785)

h.     Objection of Bank Lender Group to Debtors' Motion for Entry of an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19786)

i.     Objections and Reservation of Rights of Fireman's Fund Insurance Company, Riunione Adriatica Di Sicurta, and Possibly Other Related Insurance Companies to Debtors' Motion for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19787)

j.     Objection of Century Indemnity Company et al. to Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19788)

k.     Objection of Zurich Insurance Company and Zurich International (Bermuda) LTD. To the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19789)

l.     Joinder of JPMorgan Chase Bank, N.A. in the Objection of Bank Lender Group to Debtors' Motion for Entry of an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19790)

m.    Objection of Her Majesty the Queen in Right of Canada to (I) the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders and (II) Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19791)

n.     Joint Objection of Bank of America, N.A., Morgan Stanley Senior Funding, Inc. and Tempo Master Fund LP to Approval of Disclosure Statement Regarding Joint Plan of Reorganization in Respect of the Debtors, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants'

Representative and the Official Committee of Equity Security Holders [Filed: 10/17/08] (Docket No. 19792)

o.    Federal Insurance Company's Objection and Joinder in the Objections and Reservations of Rights to Debtors' Motion for Approval of Disclosure Statement, Solicitation, Confirmation Procedures and Confirmation Schedule for Joint Plan of Reorganization Dated as of September 19, 2008 of the CNA Companies and of Fireman's Fund Insurance Company [Filed: 10/17/08] (Docket No. 19793)

p.    Objection of the State of Montana to (I) the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders and (II) Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19795)

q.    Limited Objection of the Official Committee of Asbestos Property Damage Claimants to Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19800)

r.    Arrowood Indemnity Company's Joinder in the Objections and Reservation of Rights of the CNA Companies and the Fireman's Fund Insurance Companies to Debtors' Motion for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19801)

s.    Libby Claimants' Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization and Approval Motion [Filed: 10/17/08] (Docket No. 19803)

    (i)    Motion of Libby Claimants' for Leave to Exceed Page Limitation Rule for Libby Claimants' Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization [Filed: 10/17/08] (Docket No. 19804)

    (ii)    [Proposed] Order Approving Motion for Leave to Exceed Page Limitation Rule for Libby Claimants' Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization [Filed: 10/17/08] (Docket No. 19804)

t.    Objection of Longacre Master Fund, Ltd. to Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/16/08] (Docket No. 19761)

u.    Kaneb Pipeline Operating Partnership, L.P. and Support Terminal Services, Inc. Objection to Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/16/08] (Docket No. 19770)

v.     Objection of the Scotts Company LLC and Certain of Its Related Entities to the
       Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation
       and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed:
       10/16/08] (Docket No. 19772)

w.     Arrowood Indemnity Company's Joinder in the Objection of Maryland Casualty
       Company to the Debtors' Disclosure Statement for the Joint Plan of
       Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co.,
       et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos
       Future Claimants' Representative, and the Official Committee of Equity Security
       Holders [Filed: 10/21/08] (Docket No. 19824)

x.     Supplemental Limited Objection of the Official Committee of Asbestos Property
       Damage Claimants to Motion of the Debtors for an Order Approving Disclosure
       Statement, Solicitation and Confirmation Procedures, Confirmation Procedures,
       Confirmation Schedule, and Related Relief [Filed: 11/7/08] (Docket No. 19966)

y.     Preliminary Objection of Alexander M. Sanders, Jr., Property Damage Future
       Claims Representative Future Property Damage Claimants to Motion of the
       Debtors for an Order Approving Disclosure Statement, Solicitation Confirmation
       Procedures, Confirmation Schedule and Related Relief [Filed: 11/10/08] (Docket
       No. 19970)

z.     Supplemental Joint Objection of Bank of America, N.A., and Morgan Stanley
       Senior Funding, Inc. to Disclosure Statement to the First Amended Joint Plan of
       Reorganization [Filed: 11/10/08] (Docket No. 19975)

aa.    Supplemental Objection of the State of Montana to (I) the Debtors' Disclosure
       Statement for the Joint Plan of Reorganization Under Chapter 11 of the
       Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of
       Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants'
       Representative, and the Official Committee of Equity Security Holders and (II)
       the Motion of the Debtors for an Order Approving Disclosure Statement,
       Solicitation and Confirmation Procedures, Confirmation Schedule and Related
       Relief [Filed: 11/10/08] (Docket No. 19977)

bb.    Protective Objection of Maryland Casualty Company to the Debtors' Disclosure
       Statement for the First Amended Joint Plan of Reorganization Under Chapter 11
       of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of
       Asbestos Personal Injury Claimants, the Asbestos Future Claimants'
       Representative, and the Official Committee of Equity Security Holders [Filed:
       11/10/08] (Docket No. 19982)

cc.    Royal's (I) Objection to Debtors' Disclosure Statement for Joint Plan of
       Reorganization and Approval Motion; and (II) Request for an Adjournment
       [Filed: 11/10/08] (Docket No. 19991) *[This Objection has been withdrawn]*

Replies Received:

a.     Debtors' Consolidated Response to Objections to Disclosure Statement,
       Solicitation and Confirmation Procedures, Confirmation Schedule and Related
       Relief [Filed: 10/23/08] (Docket No. 19848)

b.   The Official Committee of Asbestos Personal Injury Claimants' Joinder in Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/24/08] (Docket No. 19855)

c.   The Official Committee of Equity Holders' Joinder to the Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and to the Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/24/08] (Docket No. 19859)

d.   Joinder of David T. Austern, Asbestos PI Future Claimants' Representative, In Support of Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and Debtors' Consolidated Response to Disclosure Statement Objections [Filed: 10/24/08] (Docket No. 19863)

e.   Reply of Maryland Casualty Company to Certain Objections to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders [Filed: 10/23/08] (Docket No. 19846)

f.   Arrowood Indemnity Company's Joinder in the Reply of Maryland Casualty Company to Certain Objections to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders [Filed: 10/24/08] (Docket No. 19862)

Status: The Debtors will advise the Court on progress since the November 14, 2008 hearing. The Disclosure Statement and Solicitation Motion will go forward at the commencement of the hearing with Personal Injury related issues first, followed by Property Damage Issues.

13.    Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and
       Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 9/25/08]
       (Docket No. 19620)

       Related Documents:

       a.    [Proposed] Order Approving Disclosure Statement, Solicitation and Confirmation
             Procedures, Confirmation Schedule and Related Relief [Filed: 9/25/08] (Docket
             No. 19620, Exhibit A)

       b.    [Signed] Order for Leave From Scheduling Order and to Shorten Notice Period on
             Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation
             and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed:
             10/1/08] (Docket No. 19662)

       c.    Notice of Filing Amendments to Proposed Confirmation and Solicitation
             Procedures [Filed: 11/10/08] (Docket No. 19990)

       d.    **Certification of Counsel Regarding Further Amendments to Disclosure
             Statement, Plan of Reorganization, Solicitation Materials and Certain
             Exhibits [Filed: 11/21/08] (Docket No. 20121)**


       Response Deadline: October 17, 2008, at 4:00 p.m.

       Responses Received: (See also responses to Agenda No. 1 above.)

       a.    Acting United States Trustee's Objection to Motion of the Debtors for an Order
             Approving Disclosure Statement, Solicitation and Confirmation Procedures,
             Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19782)

       Replies Received:

       a.    Debtors' Consolidated Response to Objections to Disclosure Statement,
             Solicitation and Confirmation Procedures, Confirmation Schedule and Related
             Relief [Filed: 10/23/08] (Docket No. 19848)

       b.    The Official Committee of Equity Holders' Joinder to the Motion of the Debtors
             for an Order Approving Disclosure Statement, Solicitation and Confirmation
             Procedures, Confirmation Schedule and Related Relief and to the Debtors'
             Consolidated Response to Objections to Disclosure Statement, Solicitation and
             Confirmation Procedures, Confirmation Schedule and Related Relief [Filed:
             10/24/08] (Docket No. 19859)

       c.    The Official Committee of Asbestos Personal Injury Claimants' Joinder in
             Debtors' Consolidated Response to Objections to Disclosure Statement,
             Solicitation and Confirmation Procedures, Confirmation Schedule and Related
             Relief [Filed: 10/24/08] (Docket No. 19855)

       d.    Joinder of David T. Austern, Asbestos PI Future Claimants' Representative, In
             Support of Motion of the Debtors for an Order Approving Disclosure Statement,
             Solicitation and Confirmation Procedures, Confirmation Schedule and Related

Relief and Debtors' Consolidated Response to Disclosure Statement Objections [Filed: 10/24/08] (Docket No. 19863)

Status: This matter will go forward.

14.  Matters relating to Anderson Memorial Hospital Claim Nos. 009911 and 009914

Related Documents:

a.  Status Report re: Class Proofs of Claim (#9911 and #9914) *[Filed by Anderson Memorial Hospital]* [Filed: 11/10/08] (Docket No. 19987)

**b.  Debtors' Status Report Regarding Anderson Memorial Hospital's Class Proofs of Claim (#9911 and #9914) [Filed: 11/20/08] (Docket No. 20111)**

Status: This matter will go forward.

## ADDITIONAL MATTERS

15.  Motion of the United States Trustee for Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. [Filed: 8/24/07] (Docket No. 16626)

Related Documents:

a.  [Signed] Order Granting Motion of the United States Trustee for the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. [Filed: 11/13/07] (Docket No. 17352)

b.  Seventeenth Claim Settlement Notice [Filed: 10/30/08] (Docket No. 19921)

Response Deadline: None.

Responses Received: None as of the date of this Notice of Agenda.

Status: If no parties have objected to the Seventeenth Claim Settlement Notice (which includes the Tersigni Settlement) at the conclusion of the November 19, 2008 objection deadline, the Debtors will submit an order vacating the appointment of the Examiner under certification of counsel.


Dated: November 21, 2008

                               KIRKLAND & ELLIS LLP
                               David M. Bernick, P.C.
                               Janet S. Baer
                               200 East Randolph Drive
                               Chicago, IL  60601
                               Telephone:  (312) 861-2000
                               Facsimile:  (312) 861-2200

                               -and–

                               PACHULSKI STANG ZIEHL & JONES LLP

                               _James E. O'Neill_____

                               Laura Davis Jones (Bar No. 2436)
                               James E. O'Neill (Bar No. 4042)
                               Kathleen P. Makowski (Bar No. 3648)
                               Timothy P. Cairns (Bar No. 4228)
                               919 North Market Street, 17th Floor
                               Wilmington, DE  19801
                               Telephone:  (302) 652-4100
                               Facsimile:  (302) 652-4400

                               Co-Counsel for the Debtors and Debtors in Possession