## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | |
| W.R. Grace & Co., et al., | ) | Chapter 11 |
| | ) | |
| Debtors. | ) | Case No. 01-1139 (JFK) |
| | ) | (Jointly Administered) |
| _____ | ) | |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND
## REQUEST FOR REMOVAL FROM OFFICIAL SERVICE LIST

NOW COMES the undersigned counsel and gives this notice of withdrawal of appearance and requests the Court on behalf of the State of Minnesota, pursuant to 11 U.S.C. § 342, Bankruptcy rules 2002 and 3017(d), that the name of Ann Beimdiek Kinsella[1] and the State of Minnesota be removed from the Official Service List in the above-referenced case.

Dated: *November 19, 2008*

*Kristen M. Olsen*

KRISTEN M. OLSEN
Assistant Attorney General
Atty. Reg. No. 030489X

445 Minnesota Street, Suite 1200
St. Paul, Minnesota 55101-2130
(651) 296-2921 (Voice)
(651) 282-5437 (Fax)

AG: #2343549-v1

---

[1] Ann Beimdiek Kinsella no longer represents the State of Minnesota. The State of Minnesota does not wish to substitute counsel.