**EXHIBIT A**

PROPOSED ORDER

91100-001\DOCS_DE:142464.1

THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Re: Docket No. _____ |
| | | 12/15/08 Agenda Item # _____ |

ORDER DECLARING AS VOID *AB INITIO* ANY AND ALL ACTIONS TAKEN BY
MARICOPA COUNTY, ARIZONA, FIRST LIBERTY NATIONAL BANK AND
MARICOPA COUNTY SUPERIOR COURT WITH RESPECT TO
DEBTORS' REAL PROPERTY IN MARICOPA COUNTY

Upon consideration of the "Motion of Debtors For Entry of an Order Declaring as Void Ab Initio Any and All Actions Taken by Maricopa County, Arizona, First Liberty National Bank and Maricopa County Superior Court with respect to Debtors' Real Property in Maricopa County" (the "Motion"); and due and proper notice of the Motion having been given; and it

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

appearing that the relief requested in the Motion is in the best interests of the Debtors,[2] their estates and creditors, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Quiet Title Action with respect to the Property violated the automatic stay and is hereby declared void ab initio; and it is further

ORDERED that the treasurer's deed issued on September 24, 2008 by Maricopa County with respect to the Property violated the automatic stay and is hereby declared void ab initio; and it is further

ORDERED that the default judgment entered by the Superior Court with respect to the Property violated the automatic stay and is hereby declared void ab initio; and it is further

ORDERED that the 2003 sale of the Tax Lien with respect to the Property violated the automatic stay and is hereby declared void ab initio; and it is further

ORDERED that Maricopa County, First Liberty, the Superior Court and their agents take no further action with respect to the Property during the course of the Chapter 11 Cases; and it is further

ORDERED that Maricopa County pay compensatory and punitive damages to the Debtors for their willful violation of the automatic stay; and it is further

---

[2] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion or the Settlement Agreement.

ORDERED that the Court shall retain jurisdiction to hear and determine all matters arising from or relating to the implementation of this Order; and it is further

ORDERED that this Order is effective immediately upon its entry.

Dated: _____, 200_                    _____
                                           The Honorable Judith K. Fitzgerald
                                           U. S. Bankruptcy Judge

3