EXHIBIT C

**DEED**

## DEED

THIS WARRANTY DEED made this 31st day of December, 1974 by ARI-ZONOLITE CO., an Illinois corporation, hereinafter called the Grantor, to W. R. GRACE & CO., a Connecticut corporation, hereinafter called Grantee.

STATE OF MASSACHUSETTS )
) SS.
COUNTY OF MIDDLESEX )

KNOW ALL MEN BY THESE PRESENTS:

That ARI-ZONOLITE CO., a corporation, Grantor, for and in consideration of the sum of one (1) dollar and other good and valuable consideration to it in hand paid by W. R. GRACE & CO., a corporation, Grantee, does hereby grant, sell, and convey into Grantee a parcel of land, and all buildings and improvements thereupon situated, in the City of Phoenix, County of Maricopa, State of Arizona, described as follows:

> The south 200 feet of Lot 6 of the Santa Fe-Phoenix Industrial Unit No. 1, a subdivision of a portion of the West Half of Section 22, Township 2 North, Range 2 East, G. & S.R.M., as said Lot 6 is shown on map filed December 14, 1962, in the office of the County Recorder of said County, in Book 101 of Maps, Page 6; containing an area of 2.0831 acres, more or less;

SUBJECT TO all assessments, conditions, easements, reservations, restrictions, and rights of way of record as of the date of this Instrument;

together with all rights and privileges appurtenant or to become appurtenant to said land by virtue of the subscribtion of said land for a share of the capital stock of the Salt River Valley Water Users' Association, or by virtue of any Water Right Application for Water Rights for all or any portion of said land in the Salt River Project of the United States Reclamation Service, and subject to all terms, conditions and liabilities incident thereto, and subject to any liabilities or obligations imposed

upon said land by reason of the inclusion thereof within the boundaries of the Salt River Project Agricultural Improvement and Power District.

AND, ARI-ZONOLITE CO. does warrant the title against all persons whomsoever, subject to the matters above set forth.

DATED as of the day and year first hereinabove written.

ARI-ZONOLITE CO.

[Seal]

By _____
President

ATTEST:

_____
Secretary

COMMONWEALTH OF MASSACHUSETTS )
                              ) SS.
COUNTY OF MIDDLESEX           )

This instrument was acknowledged before me this ____ day of _____, 1974, by R. M. VINING, as President, and O. M. FAVORITO, as Secretary of ARI-ZONOLITE CO., a corporation.

_____
Notary Public

My commission expires _____