# EXHIBIT D

# CERTIFICATE OF SERVICE OF NOTICE OF COMMENCEMENT

KUPER, LYLE -- PATRICIA FRIEMAN

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

In re: §
§
W. R. GRACE & CO., et al § Chapter 11
§
§
Debtors. § Case No. 01-01139
§ (Jointly Administered)

FILED 2001 MAY 17 PM 2:13
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I hereby certify that the applicable documents, more fully described on the attached **Exhibit "A,"** was served April 25, 2001 via United States first class mail or applicable foreign postage, on the parties listed on the accompanying service list.

R.R. DONNELLEY & SONS

By: *[signature]*

Pamela D. Fackler

1842 Colonial Village Lane
Lancaster, PA 17605
717/390-7369

Dated: 4/25/01

*[signature]* Theresa M. Taylor

Notarial Seal
Theresa M. Taylor, Notary Public
East Lampeter Twp., Lancaster County
My Commission Expires Dec. 6, 2003
Member, Pennsylvania Association of Notaries

VOLUME 6 OF 8

272E

W.R. Grace Co.
Service List
Notice of Commencement and Meeting of Creditors

Date: 04/25/2001
Time: 13:01:37

| Person Code | Name | Address |
|---|---|---|
| 1666971 | MARIA F DEVENNEY | Attn C/O W R GRACE & CO 55 HAYDEN AVE LEXINGTON MA 2173 |
| 1550640 | MARIA H LAWCEWICZ / ATTY AT LAW | 14 BEACON STREET SUITE 814 BOSTON MA 2108 |
| 1079823 | MARIA HANNA | 64 MILL STREET BURLINGTON MA 01803 |
| 1079823 | MARIA HANNA J | 64 MILL STREET BURLINGTON MA 01803 |
| 1127959 | MARIA KOEGEL | 2929 BUFFALO SPEEDWAY APT 1602 HOUSTON TX 77098-1715 |
| 1125611 | MARIA L ALCALA | 1315 SANDPIPER CT S PEARLAND TX 77584-0501 |
| 1564084 | MARIA M SANTORE ASSOC PROF | Attn LEHIGH UNIV\DEPT CHEM ENGINEERING 111 RESEARCH DRIVE BETHLEHEM PA 18015-4791 |
| 1567733 | MARIA M. KNUTSEN | Attn C/O W. R. GRACE & CO. ONE TOWN CENTER ROAD BOCA RATON FL 33486-1010 |
| 1117297 | MARIA O DE SALZ | CASILLA 3458 SANTIAGO |
| 1549184 | MARIA RODRIGUEZ DE C. | Attn PROGRAMMER 540 MEMORIAL DRIVE CAMBRIDGE MA 02139-4950 |
| 1562001 | MARIA SECONDINO | 44 WINTER STREET WOBURN MA 1801 |
| 1118701 | MARIA T RAKOWSKI | 1517 NORTH HOFFMAN PARK RIDGE IL 60068-1438 |
| 1568984 | MARIA UY | Attn C/O WR GRACE 7500 GRACE DRIVE COLUMBIA MD 21044 |
| 1125867 | MARIA VALERIE SCALIA | 1801 STONEY BROOK DR UNIT 102 HOUSTON TX 77063-1823 |
| 1124731 | MARIA VICTORIA ELIZABETH BARRIOS | 530 LAUERS LA WYOMISSING PA 19610-2616 |
| 1126156 | MARIAN C POLAND & | THOMAS W POLAND & PATRICK M COOPER JT TEN 736 LAWTON ST MCLEAN VA 22101-1510 |
| 1125776 | MARIAN D LILLIE EX UW | GORDON V LILLIE PO BOX 758 POTTSBORO TX 75076-0758 |
| 1123295 | MARIAN F CHRISTIAN & | MICHAEL J CHRISTIAN JT TEN 11 WILLIAM ST BETHPAGE NY 11714-4435 |
| 1123027 | MARIAN POKER CUST | FRED POKER UNIF GIFT MIN ACT-NY 169 SCHOOL LANE LIDO BEACH NY 11561-4930 |
| 1120907 | MARIAN R JOHNSON | 3636 STAGECOACH DR OKEMOS MI 48864-4028 |
| 1648606 | MARIANI PATRICK | Attn PATRICK 4337 W SOFTWIND DR GLENDALE AZ 85310 |
| 1648607 | MARIANI RAYMOND | Attn RAYMOND 8825 W. CUSTER LANE PEORIA AZ 85381 |
| 1605578 | MARIANNE FLATTERLY | 2 CLEARVIEW GROSSE POINTE MI 48230 |
| 1117146 | MARIANNE H PECCI | 1877 EAGLE PEAK AVE CLAYTON CA 94517-1801 |
| 1124854 | MARIANNE HAZINSKI | C/O MRS MARIANNE PIETRACCINI 76 PACE ST LARKMOUNT MANOR LARKSVILLE PA 18704-1619 |
| 1117064 | MARIANNE KOSTKA | C/O SONIA MARIE ANGEL 13213 E PARK ST WHITTIER CA 90601-4514 |
| 1125024 | MARIANNE SLICKER | RD 1 B0X 120 A CRANBERRY PA 16319-9801 |
| 1648608 | MARIANO ANTONIO | Attn ANTONIO 29 REDWOOD DRIVE CUMBERLAND RI 2864 |
| 1648609 | MARIANO ELGIO | Attn ELGIO 34 COOLIDGE ST IRVINGTON NJ 7111 |
| 1648610 | MARICLE TODD | Attn TODD 2904 PENNEY LANE EULESS TX 76039 |
| 1554411 | MARICOPA COUNTY ASSESSOR (AZ) | 102 W. MADISON STREET PHOENIX AZ 85003-2292 |
| 1553116 | MARICOPA COUNTY DIV OF AIR | Attn POLLUTION CONTROL 2406 SOUTH 24TH STREET, SUITE E-204 PHOENIX AZ 85034 |
| 1558866 | MARICOPA COUNTY ENVIRONMENTAL | Attn SERVICES DEPARTMENT 1001 N CENTRAL AVE SUITE 100 PHOENIX AZ 85004 |
| 1559184 | MARICOPA COUNTY ENVIRONMENTAL | Attn SERVICES DIVISION 1001 N CENTRAL AVE SUITE 140 PHOENIX AZ 85004 |
| 1554681 | MARICOPA COUNTY TREASURER | Attn DOUG TODD , TREASURER 301 W JEFFERSON ST - RM 100 PHOENIX AZ 85003-2199 |
| 1557108 | MARICOPA COUNTY TREASURER | P.O. BOX 78574 PHOENIX AZ 85062-8574 |
| 1600697 | MARICOPA READY MIX | 10800 W. ROSEGARDEN LANE SUN CITY AZ 85373 |
| 1600698 | MARICOPA READY MIX | 1800 N. ALMA SCHOOL MESA AZ 85201 |
| 1606925 | MARICOPA READY MIX | 9530 E. HILLS DRIVE COOLIDGE AZ 85228 |
| 1602021 | MARICOPA READY MIX | 11500 WEST GLENDALE AVENUE GLENDALE AZ 85301 |

Page:   2346 of   4145