# EXHIBIT E

## APRIL 2006 LETTER



8614 Westwood Center Drive
Suite 500
Vienna, VA 22182
(703) 917-0707 • Fax (703) 917-0567

Thursday, April 13, 2006

W R GRACE & COMPANY
PO BOX 122283
FORT WORTH, TX 76121

RE: 107-02-065B

To Whom It May Concern:

On 2/10/2003, 1ST LIB purchased the delinquent taxes on the above referenced property. In accordance to AZ law, 3 years after the sale, if the owner has not paid these back taxes, the tax lien holder may enforce their rights and foreclose on the property.

This letter is to notify you that if these taxes are not paid by 6/1/06, we will forward this case to our attorney to begin the foreclosure process.

If you are the owner of this property, please contact the Maricopa County treasurer as soon as possible to pay your back taxes and redeem this property.

If you are a tenant of the owner, please make sure this notice is delivered to the owner.

**If you have any questions, you may contact me at 1-800-966-7854.**

Sincerely,

**Thomas C Burke**
Regional Manager

Mooring Tax Asset Group
P: (800) 966-7854
F: (703) 917-0567