# EXHIBIT F

## NOTICE OF INTENT TO FILE FORECLOSURE ACTION

' Rec'd Invoice 12/06/2006

19 · 32212

## NOTICE OF INTENT TO FILE FORECLOSURE ACTION

Notice is hereby given that the holder of that certain Treasurer's Certificate of Purchase identified below will commence foreclosure proceedings on said Certificate in connection with the tax parcel described below on or after the date indicated.

DATE: December 1, 2006

PROPERTY OWNER'S NAME:

> W R Grace & Company
> PO Box 3247
> Lake Charles, LA 70602

MARICOPA TAX PARCEL IDENTIFICATION NUMBER:

> 107-02-065B

CERTIFICATE OF PURCHASE NUMBER: 1001946

LEGAL DESCRIPTION:

> SANTA FE-PHOENIX INDUSTRIAL 1 S 200' OF TH PT LOT 6 LY S OF S LN N2 N2 SW4 EX W 12.5' RR AS ORIG CONV P/D 5051/265 , Maricopa County, Arizona.

PROPOSED DATE OF FILING: January 3, 2007

All Inquires May Be Made To:

> Maricopa Treasurer's Office: 602-506-3976

Mooring