**EXHIBIT G**

**DECEMBER 2006 LETTER**

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Janet S. Baer
To Call Writer Directly:
312/861-2162
jbaer@kirkland.com

312 861-2000

www.kirkland.com

Facsimile:
312 861-2200

December 21, 2006

**VIA FEDERAL EXPRESS**

Maricopa County Treasurer
301 Jefferson, Room 100
Phoenix, AZ 85003

Re:   C.P. #01001946,
      Parcel #107 02 065 B 2

Dear Sir or Madam:

    I am on of the attorneys for W.R. Grace & Co and its affiliates ("Grace"). As you have been previously informed, Grace filed a chapter 11 Bankruptcy petition on April 1, 2001 (the "Petition Date") in the United States Bankruptcy Court for the District of Delaware, Case No. 01-01139 (JKF). That chapter 11 case remains pending to date. I am in receipt of a Notice of Intent to File Foreclosure Action ("Notice") from you dated December 1, 2006. A copy of that Notice is attached for your reference. The Notice apparently relates to some unpaid real estate taxes for a time period prior to the Petition Date on a parcel of land owned by Grace in Maricopa County.

    Pursuant to section 362(a) of the Bankruptcy Code, you are prohibited from "the commencement or continuation, including the issuance or employment of process, or a judicial, administrative, or other action or proceeding against [Grace]...to recover a claim against [Grace] that arose before the [Petition Date]" and "any action to obtain possession of property of the estate" of Grace. Further, any willful violation of the stay imposed by section 362 of the Bankruptcy Code will subject the violator to "actual damages, including costs and attorneys fees and... punitive damages."

    As a result, by this letter I am requesting that you immediately cease all activity with respect to your attempts to collect this tax or foreclose on the property. If you do not cease this activity, Grace will seek the appropriate damages and penalties for your violations of its stay. Your claim will be dealt with by Grace, as appropriate, in the claims adjudication process in its chapter 11 case and, if appropriate, ultimately paid under the Grace chapter 11 Plan of Reorganization, when approved.

London      Los Angeles      Munich      New York      San Francisco      Washington, D.C.

K&E 11545163.1

## KIRKLAND & ELLIS LLP

Maricopa County Treasurer
December 21, 2006
Page 2


    I understand that Grace previously sent you all the required paperwork with respect to its chapter 11 case. If you require another copy of the bankruptcy petition or any related information, please let me know.

    Thank you for your immediate attention to this matter. If you have any questions, please do not hesitate to call me.

                                        Sincerely,

                                        Janet S. Baer

JSB/dme

cc:    Vickie Finkelstein

K&E 11545163.1