# EXHIBIT H

# SEPTEMBER 2007 LETTER

**Grace Construction Products**

W. R. Grace & Co.
62 Whittemore Avenue
Cambridge, MA 02140-1692

T 617-498-4966
F 617-498-4406
E karen.mitchell@grace.com
W grace.com

**Karen Mitchell**
Tax Administrator

September 24, 2007

Attention: Ruth Davis
Maricopa County Treasurer's Office
301 Jefferson, Room 100
Phoenix, AZ 85003

RE:  Parcel/Account 107-02-065B 02

Dear Ms. Davis:

I am writing to you because of a conversation I had with a representative of the Maricopa County Treasurer's office today. I was calling in regard to a past due amount on our account. I wanted to be sure it was noted in your system as being due to our bankruptcy status. (Grace is currently in Chapter 11 bankruptcy). The woman that assisted me said that there was a note in the account that this parcel was "under litigation" but no mention of the bankruptcy. In view of this, I wanted to forward to you the pertinent information regarding the bankruptcy proceedings so that it could be properly noted in your files

W.R. Grace filed for bankruptcy in April 2001 pursuant to Chapter 11 of the U.S. Bankruptcy Code (the "Code") in the U.S. Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"), case number 01-01139. Under Section 362 of the Code ("Section 362"), an automatic stay has been imposed to prevent third parties from taking actions against the assets of Grace without the prior approval of the Bankruptcy Court. Therefore, pursuant to Section 362, it is a violation of the automatic stay for Maricopa County to conduct any action with respect to the Grace property without first receiving leave from the Bankruptcy Court. We are therefore requesting that you not include any Grace properties in the county's the tax sale list.

Sincerely,

*Karen Q. Mitchell*

Karen Q. Mitchell
Tax Administrator
W.R. Grace & Co –Conn
Phone: 617-498-4966
Fax:    617-498-4323