# EXHIBIT I

# QUIET TITLE ACTION

```
 1  BAUMANN, KELLY, DOYLE, PAYTAS & BERNSTEIN, P.A.
    ATTORNEYS AT LAW
 2  Michael J. Doyle, SBN # 009446
    Gary T. Doyle SBN # 015033
 3  2929 North 44th Street, Suite 120
    Phoenix, Arizona 85018
 4  Telephone: (602) 952-8500
    Facsimile: (602) 667-6552
 5  Attorney for Plaintiff

 6              IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

 7                   IN AND FOR THE COUNTY OF MARICOPA

 8  FIRST LIBERTY NATIONAL BANK,          )   NO. CV  CV2008-006088
                                          )
 9                       Plaintiff,       )   SUMMONS
                                          )
10  vs.                                   )
                                          )
11  ARI-ZONOLITE CO, an Illinois corporation;)
    SANTA  FE  LAND  IMPROVEMENT          )
12  COMPANY, a California corporation; JOHN)    IF YOU WANT THE ADVICE OF A
    DOE and JANE DOE; ABC CORPORATION;)        LAWYER, YOU MAY WISH TO CONTACT
13  all of the unknown heirs and devisees of the)  THE LAWYER REFERRAL SERVICE AT
    above-named defendants if they be deceased;)   602-257-4434 OR ON-LINE AT
    The estate of the above-named defendants, if)  WWW.LAWYERFINDERS.ORG. LRS IS
14  any; all of the beneficiaries of the above-listed)  SPONSORED BY THE MARICOPA
    entities; all of the unknown shareholders and)  COUNTY BAR ASSOCIATION
15  their spouses, if any, of the above-named )
    corporations, if that corporation is defuncted;)
16  and all persons or entities with an interest in)
    the real property which is the subject of this)
17  action;                                )
                                          )
18                       Defendants.       )

19
    IN THE NAME OF THE STATE OF ARIZONA:
20
    TO:   All defendants named above.
21
    GREETINGS:
22
            YOU ARE HEREBY SUMMONED and required to appear and defend in the
23
    above-entitled action brought against you by the above-named Plaintiff, in the county of
24
    Maricopa, State of Arizona, and answer the Complaint filed in said Court, Northeast
25
    Facility, 18380 N. 40th Street, Phoenix, Arizona, within twenty days (thirty days if out-of-
26
    state defendant or thirty days from completion of service if served by publication).
27
            You are hereby notified that in the case you fail to so appear, Judgment by default
28
```

| | |
|---|---|
| 1 | will be rendered against you for the relief demanded in the Complaint. |
| 2 | The subject of this action is that real property described as: |
| 3 | Maricopa County APN: 107-02-065B, |
| 4 | SANTA FE-PHOENIX INDUSTRIAL 1 S 200' OF TH PT LOT 6 LY S OF S LN N2 N2 SW4 EX W 12.5' RR AS ORIG CONV P/D 5051/265, Maricopa County, Arizona. |
| 5 | |
| 6 | A copy of the Complaint may be obtained by contacting Plaintiff's attorney |
| 7 | at: 2929 North 44th Street, Suite 120<br>Phoenix, Arizona 85018<br>(602) 952-8500 |
| 8 | |
| 9 | Given under my hand this date: _____ |

**COPY**

MAR 17 2008

By_____
Deputy Court Clerk
MICHAEL K. JEANES, CLERK
M. BOND
DEPUTY CLERK

2

```
1  BAUMANN, KELLY, DOYLE, PAYTAS & BERNSTEIN, P.A.
   ATTORNEYS AT LAW                                    COPY
2  Gary T. Doyle, SBN # 015033
   2929 North 44th Street, Suite 120                   MAR 17 2008
3  Phoenix, Arizona 85018
   Telephone: (602) 952-8500                           MICHAEL K. JEANES, CLERK
4  Facsimile: (602) 667-6552                           M. BOND
   Attorney for Plaintiff                              DEPUTY CLERK
5
            IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
6
                  IN AND FOR THE COUNTY OF MARICOPA
7
   FIRST LIBERTY NATIONAL BANK,    )  NO. CV   CV2008-006088
8                                  )
                      Plaintiff,   )  COMPLAINT
9  vs.                             )
                                   )
10 ARI-ZONOLITE CO, an Illinois corporation;)
   SANTA  FE  LAND  IMPROVEMENT)
11 COMPANY, a California corporation; JOHN)
   DOE and JANE DOE; ABC CORPORATION;)
12 all of the unknown heirs and devisees of the)
   above-named defendants if they be deceased;)
13 The estate of the above-named defendants, if)
   any; all of the beneficiaries of the above-listed)
14 entities; all of the unknown shareholders and)
   their spouses, if any, of the above-named)
15 corporations, if that corporation is defuncted;)
   and all persons or entities with an interest in)
16 the real property which is the subject of this)
   action;                                       )
17                                                )
                      Defendants.                 )
18 _____)
```

19      Plaintiff, through counsel undersigned, alleges as follows:

20                                    I.

21      That the property set forth herein is in Maricopa County; that Plaintiff does

22 business within Maricopa County, Arizona; that Defendants are individuals, partnerships,

23 corporations, associations or other entities as shown in the caption of this Complaint and

24 reside in, do business within or have caused an event to occur within the State of

25 Arizona. Defendants claim an interest in the subject property which is adverse to

26 Plaintiff's interest. This Court has jurisdiction over these parties and the subject matter

27 of this action.

28 / / /

II.

John Doe, Jane Doe and ABC Corporation, whether singular or plural, are fictitious names designating an individual or legal entity unknown to Plaintiff. Plaintiff will insert the true name or names of those defendants when those are discovered.

III.

That in order to pay for delinquent taxes legally levied and assessed against the property, together with interest, penalties and charges thereon, the County Treasurer sold a tax lien for Maricopa County tax parcel 107-02-065B pursuant to Certificates of Purchase number 1001946 to Plaintiff or to Plaintiff's assignor more than three years prior to the filing of this action. That the Certificates of Purchase were issued or assigned to the Plaintiff herein.

IV.

That Defendants claims an interest in the subject properties referred to in the previous paragraph and legally described below which is adverse to Plaintiff's interest:

SANTA FE-PHOENIX INDUSTRIAL 1 S 200' OF TH PT LOT 6 LY S OF S LN N2 N2 SW4 EX W 12.5' RR AS ORIG CONV P/D 5051/265, Maricopa County, Arizona.

V.

That the sale referred to in paragraph III above was valid, and that the taxes due and owing on the property were delinquent at the time of said sale.

VI.

That the whole amount of all delinquent taxes, interest, penalties and charges legally due and owing on the property were paid to the County Treasurer upon a Certificate of Purchase, the amounts being endorsed thereon; that more than three years have elapsed since the date of the sale set forth above, and none of the property has been redeemed therefrom. Plaintiff is thus entitled to foreclose the rights of Defendants to redeem the property from said sale and be adjudged the owner of the property in fee simple, subject only tot he rights of Defendants to redeem the property and pay Plaintiff's costs and attorney's fees pursuant to A.R.S. § 42-18206.

VII.

Plaintiff has complied with all pre-litigation notices required by A.R.S. § 42-18201, *et seq.* (See Exhibit "1" attached hereto).

WHEREFORE, Plaintiff prays Judgment as follows:

1. That if Defendants, or any of them, redeem the property, the Court shall render Judgment ordering payment by the redeeming party to Plaintiff of costs incurred for title search, recording fees, filing fees, service of process fees and all other assessable costs, in addition to a reasonable attorney's fee incurred herein, pursuant to A.R.S. § 42-18206, OR

2. That the court declare that the sale of the property, the Certificate of Purchase issued and assigned pursuant thereto, and the service of process are all valid; that at the sale of the property, the taxes thereon were delinquent; that more than three years have elapsed since the sale of the property; the property has not been redeemed; that the rights of Defendants to redeem the property from the sale are forever foreclosed; and Defendants are barred forever from having or claiming any right or title adverse to Plaintiff herein. Plaintiff further prays to adjudged the owner in fee simple of the whole of the property; that the title to said property be quieted in favor of Plaintiff; and that the County Treasurer be commanded and ordered to execute and deliver forthwith to plaintiff a Deed conveying the property to Plaintiff, in accordance with Title 42, Chapter 18, Arizona Revised Statutes.

3. For such further relief as the Court deems just and proper.

DATED this 17th day of March, 2008.

BAUMANN, KELLY, DOYLE, PAYTAS & BERNSTEIN, P.A.

*[signature]*

Michael J. Doyle, Esq.
Attorney for Plaintiff

3

| | |
|---|---|
| 1 | STATE OF ARIZONA    ) |
| 2 | County of Maricopa    ) |
| 3 | |
| 4 | Undersigned counsel, being first duly sworn, deposes and says that he is the attorney for Plaintiff herein and is authorized to make this verification on behalf of Plaintiff; that he has read the foregoing Complaint and knows the contents thereof; and that the same are true and correct to the best of his knowledge, information and belief. |

BAUMANN, KELLY, DOYLE, PAYTAS & BERNSTEIN, P.A.

_____
Michael J. Doyle, Esq.

Subscribed and sworn to before me by this 17 day of March, 2008, by Michael J. Doyle.

[OFFICIAL SEAL — CAROLYN MURPHY, NOTARY PUBLIC - ARIZONA, MARICOPA COUNTY, My Commission Expires July 29, 2011]

_____
NOTARY PUBLIC

4

BAUMANN, KELLY, DOYLE, PAYTAS & BERNSTEIN, P.A.
ATTORNEYS AT LAW
Gary T. Doyle, SBN # 015033
2929 North 44th Street, Suite 120
Phoenix, Arizona 85018
Telephone: (602) 952-8500
Facsimile: (602) 667-6552
Attorney for Plaintiff

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA

IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| FIRST LIBERTY NATIONAL BANK, | NO. CV |
| Plaintiff, | **LIS PENDENS** |
| vs. | |
| ARI-ZONOLITE CO, an Illinois corporation; SANTA FE LAND IMPROVEMENT COMPANY, a California corporation; JOHN DOE and JANE DOE; ABC CORPORATION; all of the unknown heirs and devisees of the above-named defendants if they be deceased; The estate of the above-named defendants, if any; all of the beneficiaries of the above-listed entities; all of the unknown shareholders and their spouses, if any, of the above-named corporations, if that corporation is defuncted; and all persons or entities with an interest in the real property which is the subject of this action; | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that an action to foreclose the defendants' rights to redeem a tax lien exists between the above-named parties in the above-captioned and numbered cause in Maricopa County Superior Court.

The relief requested in said cause of action is the foreclosure of Defendants' rights to redeem and quiet title to the following described real property:

Maricopa County APN: 107-02-065B
SANTA FE-PHOENIX INDUSTRIAL 1 S 200' OF TH PT LOT 6 LY S OF S LN N2 N2 SW4 EX W 12.5' RR AS ORIG CONV P/D 5051/265, Maricopa County, Arizona.

DATED this ___ day of March, 2008.

By _____
Michael J. Doyle, Esq.
Attorney for Plaintiff

SUBSCRIBED AND SWORN to before me by Michael J. Doyle, this ___ day of March, 2008.

_____
NOTARY PUBLIC

OFFICIAL SEAL
CAROLYN MURPHY
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
My Commission Expires July 29, 2011