# EXHIBIT J

# OCTOBER 2008 LETTER



**BAUMANN | DOYLE | PAYTAS | BERNSTEIN**

MICHAEL J. DOYLE
mdoyle@bkdpblaw.com

October 30, 2008

<u>Sent via certified mail return receipt</u>

Ari-zonolite Co.
c/o Terry Puglisi, Esq.
7500 Grace Dr.
Columbia, MD 21044-4009

RE:   **Subject Quiet Title Action:** *First Liberty vs Ari-zonolite*, Maricopa County Civil Cause of Action No. CV2008-006088;
**Subject Real Property:** Maricopa County Tax Parcel: 107-02-065B
**Legal Description:** SANTA FE-PHOENIX INDUSTRIAL S 200' OF TH PT LOT 6 LY S OF S LN N2 N2 SW4 EX W 5' RR AS ORIG COV P/D 50501/265, Maricopa County, Arizona.
**Our client:** First Liberty National Bank

Dear Mr. Puglisi:

This letter is to inform you that we represent First Liberty National Bank with respect to the above-reference quiet title lawsuit. Based upon the Litigation Guarantee that we obtained at the onset of this proceeding, we were notified that Ari-zonolite was the fee owner of the subject real property. Accordingly, we attempted to locate a Statutory Agent for that company via both the Arizona Corporation Commission and the Illinois Secretary of State databases. Our private investigator's search could not locate a statutory agent for Ari-zonolite; therefore, service of process via publication was utilized. After the conclusion of the lawsuit, we were informed by the Maricopa County Treasurer's Office that Ari-zonolite's current mailing address had been changed to the address above. This letter and notice are being sent based upon that newly acquired information.

Also enclosed are copies of the Summons and Complaint which were filed in this action and which were the basis for foreclosure.

If Ari-zonolite wishes to discuss the current situation, our client's welcome any discussion. Accordingly, Ari-zonolite is authorized to contact our client, Tom Burke directly at (800) 966-7854.

Very truly yours,

Michael J. Doyle
Attorney at Law

MJD:cm

Enclosures

xc:   client

Z:\Shared\MyFiles\Land\mooring financial\Ari-Zonolite\draft letter to terry Puglisi.wpd