# EXHIBIT K

# NOVEMBER 2008 LETTER

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

200 East Randolph Drive
Chicago, Illinois 60601

Janet S. Baer
To Call Writer Directly:
312/8681-2162
jbaer@kirkland.com

(312) 861-2000

www.kirkland.com

Facsimile:
(312) 861-2200
Dir. Fax: 312/660-0362

November 13, 2008

**By Federal Express and Fax to 602/667-6552**

Michael J. Doyle, Esq.
Baumann, Kelly, Doyle, Paytas & Bernstein, P.A.
2929 North 44th Street, Suite 120
Phoenix, AZ 85018

Re: Subject Quiet Title Action: First Liberty vs. Ari-zonolite, Maricopa
County Civil Cause of Action No. CV2008-006088
Subject Real Property: Maricopa County Tax Parcel: 107-02-065B
Your Client: First Liberty National Bank

Dear Mr. Doyle:

I am one of the attorneys for W.R. Grace & Co. and its affiliates ("Grace") in its chapter 11 cases pending in the United States Bankruptcy Court for the District of Delaware, Case Nos. 01-01139 *et seq*. I have just received from my client a copy of your letter dated October 30, 2008, addressed to Ari-zonolite Co. and sent to Grace's operating plant located at 4220 W. Glenrosa, Glendale, AZ 85019 (the "Property"). I understand from your letter that the Property is the subject of the above-captioned quiet title action involving First Liberty National Bank and that First Liberty National Bank has also filed a summons and complaint with respect to the Property.

In your letter, you indicate that you understood that Ari-zonolite was the fee owner of the Property and that you had been attempting to serve Ari-zonolite with the various foreclosure pleadings. However, this is factually incorrect. Grace purchased the Property from Ari-zonolite in 1975 and currently owns and operates a facility at the Property. Grace has notified Maricopa County several times during the course of its chapter 11 cases that Grace, not Ari-zonolite, is the fee owner of the Property and that Grace was in chapter 11. It is unclear to us at this point how or why the Property became subject to a tax sale by Maricopa County.

Pursuant to 11 U.S.C. §362 (entitled "Automatic Stay"), Grace's bankruptcy filing:

"operates as a stay, applicable to all entities, of

(1) the *commencement* or continuation, including the issuance or employment of process, of a *judicial, administrative, or other action or proceeding against the*

Hong Kong    London    Los Angeles    Munich    New York    Palo Alto    San Francisco    Washington, D.C.

K&E 13732856.1

## KIRKLAND & ELLIS LLP

Michael J. Doyle, Esq.
November 13, 2008
Page 2

*debtor* that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor..."

11 U.S.C. 362(a) (emphasis added).

Accordingly, unless and until you or Maricopa County receive leave from the Bankruptcy Court, Grace's automatic stay precludes you from commencing any "action or proceeding" against Grace or Grace's property. In this regard, please be advised that the Maricopa County Treasurer's purported sale of a tax lien on the Property was unlawful and in violation of the automatic stay. Grace shall be promptly filing the appropriate legal proceedings to cause the sale to be rescinded and to challenge your client's position in the above-captioned quiet title action.

In the meantime, please be advised that should you or your clients take any action to interfere with Grace's full use and enjoyment of the Property, Grace will suffer severe damages, for which it shall seek recovery. Please also be advised that any such action on your or your clients' part will be a further violation of the automatic stay, which will subject the violator to "actual damages, including costs and attorneys fees and... punitive damages." Grace reserves its rights to seek all applicable sanctions and/or reimbursement of costs.

I am currently in Pittsburgh this week for hearings in the Grace case. However, I will attempt to contact you today to discuss this matter. In the meantime, please do not hesitate to contact me. I will be checking e-mail and voicemail frequently.

Very truly yours

Janet S. Baer (dls)

Janet S. Baer

JSB/db

cc: Vicki B. Finkelstein, Esq.