# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 10/8/08 at 4⁰⁰pm |

## SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ORDINARY COURSE PROFESSIONALS FOR W.R. GRACE & CO., ET AL., FOR THE MONTHLY PERIOD OF JULY 1, 2008, THROUGH JULY 31, 2008, FOR THE QUARTERLY FEE PERIOD OF JULY THROUGH SEPTEMBER 2008

| | |
|---|---|
| Name of Applicant: | **Woodcock Washburn LLP** |
| Authorized to Provide Professional Services to: | **W. R. Grace & Co., et al., Debtors and Debtors-in-Possession** |
| Date of Retention as Special Litigation Counsel: | **Retention Order entered January 22, 2003** |
| Date of Retention as Ordinary Course Professional: | **Order Permitting Expansion of Services entered April 15, 2005, on application made February 11, 2005.** |
| Period for which compensation and reimbursement is sought | **July 2008** |
| Amount of Compensation sought as actual, reasonable and necessary: | **$ 19,266.00** |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | **$ 0.00** |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of July 2008. This is the 64th application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock. The first 26 applications (covering the monthly periods January 2003 through February 2005) were limited to fees and expenses in connection with the specific matter for which Applicant had been retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), previously pending in the United States District Court for the District of Minnesota (the "Intercat suit"), now settled. On April 15, 2005, based on a motion made by Debtor on February 11, 2005, the Bankruptcy Court entered an order authorizing Woodcock to provide further services to Debtor in ordinary course in the field of intellectual property. This is the 38th monthly application that includes such ordinary course fees and expenses.

The monthly applications previously filed by Woodcock are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |

| | | | |
|---|---|---|---|
| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |
| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |
| 6/1 - 6/30/04 | July 29, 2004 | 117,125.00 | 8,779.51 |
| 7/1 - 7/31/04 | September 17, 2004 | 85,802.00 | 10,905.33 |
| 8/1 - 8/31/04 | October 22, 2004 | 102,078.00 | 9,582.05 |
| 9/1 - 9/30/04 | November 9, 2004 | 156,479.00 | 32,088.05 |
| 10/1 - 10/31/04 | December 17, 2004 | 169,846.00 | 69,597.98 |
| 11/1 - 11/30/04 | January 14, 2005 | 203,792.00 | 29,179.11 |
| 12/1 - 12/31/04 | February 11, 2005 | 164,958.00 | 92,377.99 |
| 1/1 - 1/31/05 | March 18, 2005 | 176,884.00 | 28,342.86 |
| 2/1 - 2/28/05 | April 15, 2005 | 157,122.50 | 125,892.70 |
| 3/1 - 3/31/05 | May 10, 2005 | 196,913.00 | 143,160.77 |
| 4/1 - 4/30/05 | June 21, 2005 | 124,598.70 | 6,544.89 |
| 5/1 - 5/31/05 | July 20, 2005 | 198,043.00 | 45,257.99 |
| 6/1 - 6/30/05 | August 11, 2005 | 82,795.50 | 28,829.43 |
| 7/1 - 7/31/05 | September 15, 2005 | 53,078.50 | 578.90 |
| 8/1 - 8/31/05 | October 12, 2005 | 44,755.00 | 4,009.23 |
| 9/1 - 9/301/05 | November 22, 2005 | 47,211.00 | 146.73 |
| 10/1 - 10/31/05 | December 16, 2005 | 18,168.50 | 665.33 |
| 11/1 - 11/30/05 | January 31, 2006 | 11,158.00 | 17.20 |
| 12/1 - 12/31/05 | March 10, 2006 | 4,340.00 | 12.38 |
| 1/1 - 1/31/06 | March 29, 2006 | 3,470.00 | 80.82 |
| 2/1 - 2/28/06 | April 19, 2006 | 4,121.50 | 300.25 |
| 3/1 - 3/31/06 | May 4, 2006 | 8,338.50 | 2,055.56 |
| 4/1 - 4/30/06 | July 7, 2006 | 10,612.50 | 4,762.62 |
| 5/1 - 5/31/06 | July 13, 2006 | 54,925.00 | 2,871.85 |
| 6/1 - 6/30/06 | August 4, 2006 | 108,519.50 | 669.50 |
| 7/1 - 7/31/06 | October 3, 2006 | 44,957.50 | 425.85 |
| 8/1 - 8/31/06 | October 31, 2006 | 4,800.50 | 87.00 |
| 9/1 - 9/30/06 | None Submitted | – | – |
| 10/1 - 10/31/06 | December 21, 2006 | 6,974.00 | 225.13 |
| 11/1 - 11/30/06 | None Submitted | – | – |
| 12/1 - 12/31/06 | February 12, 2007 | 13,156.00 | 496.85 |
| 1/1 - 1/31/07 | March 13, 2007 | 7,700.50 | 124.85 |
| 2/1 - 2/28/07 | April 4, 2007 | 17,119.50 | – |
| 3/1 - 3/31/07 | May 10, 2007 | 17,649.00 | 271.07 |
| 4/1 - 4/30/07 | June 19, 2007 | 4,328.50 | – |
| 5/1 - 5/31/07 | July 13, 2007 | 25,241.50 | – |
| 6/1 - 6/30/07 | August 23, 2007 | 4,814.00 | 2,326.25 |
| 7/1 - 7/31/07 | September 28, 2007 | 2,510.00 | 178.50 |
| 8/1 - 8/31/07 | October 12, 2007 | 14,305.00 | 234.00 |
| 9/1 - 9/30/07 | December 10, 2007 | 5,959.00 | 194.00 |
| 10/1 - 10/31/07 | December 14, 2007 | 7,213.00 | – |
| 11/1 - 11/30/07 | January 22, 2008 | 2,911 | – |
| 12/1 - 12/31/07 | February 6, 2008 | 25,057.00 | 2,661.75 |

| | | | |
|---|---|---|---|
| 1/1– 1/31/08 | March 13, 2008 | 32,984.00 | – |
| 2/1 – 2/29/08 | April 28, 2008 | 21,984.00 | |
| 3/1 – 3/31/08 | May 7, 2008 | 4,302.00 | 560.00 |
| 4/1– 4/30/08 | June 12, 2008 | 4,332.00 | – |
| 5/1– 5/31/08 | July 7, 2008 | 445.00 | 10.79 |
| 6/1 – 6/30/08 | None Submitted | – | – |
| | TOTAL | $3,309,852.00 | $782,562.29 |

During this fee period, Woodcock provided ordinary-course, intellectual property services in connection with two related substantive matters, which are detailed in the attached fee schedule for the matters. The Woodcock professionals who rendered ordinary course services during the fee period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $570.00 | 33.8 | $19,266.00 |

Total Fees: $19,266.00
Blended Rate: $570.00

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above for 80% of the amount of $19,266.00 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($15,412.80); and (b) that the fees are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: September 17, 2008

Gary H. Levin
Woodcock Washburn LLP
2929 Arch Street
Cira Centre – 12th Floor
Philadelphia, PA 19104
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: 10/8/08 at 4:00 pm |

## FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD JULY 1, 2008, THROUGH JULY 31, 2008

## WRG-0087
## EVALUATION OF RELEVANCE OF THIRD-PARTY PATENT
## RELATING TO CONCRETE MIXING TO PROPOSED GRACE OPERATIONS

| 07/16/2008 | GHL | Analysis of issue of possible infringement of third-party patent by proposed joint venture with outside vendor, including review of communication from vendor's counsel providing explanation of operation of vendor's slump monitoring and control system, and counsel's assessment of issue, review of the patent in view of this explanation and consideration of infringement issues; participation in telephone conference with Messrs. Maggio and Leon and Grace representatives, and counsel and representatives of vendor for further discussion of operation of vendor system, and discussion of infringement issues; further telephone conference with Messrs. Maggio and Leon and Mr. Shapiro of Grace to review information received from vendor, and discuss assessment of infringement issue and further information needed to complete the analysis. | 3.30 |

SERVICES    $    1,881.00

| | GHL | GARY H. LEVIN | 3.30 | hours @ | $570.00 |

**INVOICE TOTAL**    $    **1,881.00**

## WRG-0087
## EVALUATION OF VALIDITY/ENFORCEABILITY OF
## THIRD-PARTY PATENT RELATING TO CONCRETE MIXING

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/11/2008 | GHL | Evaluation of validity of third-party patent relating to methods for mixing concrete to monitor and attain specified slump, including telephone conference with Mr. Leon regarding the patent and background technology, review of the patent and review of prior art materials as received from Mr. Leon, development of construction of the relevant claims, comparison of claims to the art, and consideration of validity-related issues to be investigated in view of the comparison; | 5.00 |
| 07/14/2008 | GHL | Continued evaluation of validity of the third-party patent, and commence drafting of written evaluation; | 5.30 |
| 07/15/2008 | GHL | Continued evaluation of validity of the third-party patent, including review of prosecution history as received from Mr. Leon, consideration of claim scope issues in view of same; and continue drafting of written opinion; | 4.30 |
| 07/16/2008 | GHL | Telephone conference with Mr. Leon regarding issues arising from validity evaluation of third-party patent, begin evaluation of further prior art from file history, as received from Mr. Leon, and work on claim chart correlating claim elements with prior art disclosures; | 2.20 |
| 07/18/2008 | GHL | Further analysis of additional prior art and work on claim chart regarding invalidity analysis; | 5.50 |
| 07/21/2008 | GHL | Further work on claim chart and prior art study; | 1.20 |
| 07/23/2008 | GHL | Further work on opinion of invalidity; and | 4.00 |
| 07/29/2008 | GHL | Further work on invalidity opinion. | 2.50 |

SERVICES $ 17,385.00

| GHL | GARY H. LEVIN | 30.50 | hours @ | $570.00 |

**INVOICE TOTAL** $ 17,385.00