# Exhibit C

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | Objection Deadline: *December 1, 2008 at 4:00 pm* |

**SUMMARY APPLICATION OF WOODCOCK WASHBURN FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS ORDINARY COURSE PROFESSIONALS FOR W.R. GRACE & CO., ET AL., FOR THE MONTHLY PERIOD OF SEPTEMBER 1, 2008, THROUGH SEPTEMBER 30, 2008, FOR THE QUARTERLY FEE PERIOD OF JULY THROUGH SEPTEMBER 2008**

| | |
|---|---|
| Name of Applicant: | <u>Woodcock Washburn LLP</u> |
| Authorized to Provide Professional Services to: | <u>W. R. Grace & Co., et al., Debtors and Debtors-in-Possession</u> |
| Date of Retention as Special Litigation Counsel: | <u>Retention Order entered January 22, 2003</u> |
| Date of Retention as Ordinary Course Professional: | <u>Order Permitting Expansion of Services entered April 15, 2005, on application made February 11, 2005.</u> |
| Period for which compensation and reimbursement is sought | <u>September 2008</u> |
| Amount of Compensation sought as actual, reasonable and necessary: | <u>$ 8,379.00</u> |
| Amount of Expense Reimbursement sought | <u>$ 762.00</u> |

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit &Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-g II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a/ Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/l/k/a GHSC Holding, Inc.), Grace JVH, Inc., Asbestos Management, Inc., Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing System, Inc. (f/k/a Environmental Liability Management, Inc.), E&C Liquidating Corp., Emerson & Cuming, Inc., Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Applicant Woodcock Washburn LLP submits this application for fees and expenses for the month of September 2008. This is the 66th application for interim compensation for services that has been filed with the Bankruptcy Court by Woodcock. The first 26 applications (covering the monthly periods January 2003 through February 2005) were limited to fees and expenses in connection with the specific matter for which Applicant had been retained as special litigation counsel: Representation of Debtor as intervening defendant in *David B. Bartholic and Intercat, Inc. v. Nol-Tec Systems, Inc. and W.R. Grace & Co.-Conn.*, civil action 03-CV-4886 (RHK/AJB), previously pending in the United States District Court for the District of Minnesota (the "Intercat suit"), now settled. On April 15, 2005, based on a motion made by Debtor on February 11, 2005, the Bankruptcy Court entered an order authorizing Woodcock to provide further services to Debtor in ordinary course in the field of intellectual property. This is the 40th monthly application that includes such ordinary course fees and expenses.

The monthly applications previously filed by Woodcock are shown in the following table:

| Period Covered | Date Filed | Requested Fees | Requested Disbursements |
|---|---|---|---|
| 1/1 – 1/31/03 | June 9, 2003 | $11,423.35 | $184.10 |
| 2/1 – 2/28/03 | June 9, 2003 | 29,216.00 | 684.22 |
| 3/1 – 3/31/03 | June 9, 2003 | 14,351.00 | 647.43 |
| 4/1 – 4/30/03 | June 3, 2003 | 14,268.50 | 244.41 |
| 5/1 – 5/31/03 | July 11, 2003 | 20,293.50 | 703.19 |
| 6/1 – 6/30/03 | August 1, 2003 | 24,087.00 | 2,822.23 |
| 7/1 – 7/31/03 | September 18, 2003 | 14,157.50 | 1,834.84 |
| 8/1/ - 8/31/03 | October 17, 2003 | 5,120.00 | 2,346.40 |
| 9/1 – 9/30/03 | November 6, 2003 | 18,536.00 | 2,143.81 |
| 10/1 – 10/31/03 | December 16, 2003 | 26,622.50 | 7,747.17 |
| 11/1 – 11/30/03 | January 23, 2004 | 46,329.50 | 22.29 |
| 12/1 – 12/31/03 | February 11, 2004 | 60,218.00 | 13,537.76 |
| 1/1 – 1/31/04 | March 29, 2004 | 117,384.00 | 34,007.41 |
| 2/1 - 2/29/04 | April 13, 2004 | 66,216.00 | 16,476.09 |
| 3/1 - 3/31/04 | April 27, 2004 | 96,991.00 | 8,235.63 |
| 4/1 - 4/30/04 | June 16, 2004 | 111,132.00 | 14,316.26 |

| 5/1 - 5/31/04 | July 19, 2004 | 104,787.00 | 14,642.22 |
| --- | --- | --- | --- |
| 6/1 - 6/30/04 | July 29, 2004 | 117,125.00 | 8,779.51 |
| 7/1 - 7/31/04 | September 17, 2004 | 85,802.00 | 10,905.33 |
| 8/1 – 8/31/04 | October 22, 2004 | 102,078.00 | 9,582.05 |
| 9/1 – 9/30/04 | November 9, 2004 | 156,479.00 | 32,088.05 |
| 10/1 - 10/31/04 | December 17, 2004 | 169,846.00 | 69,597.98 |
| 11/1 – 11/30/04 | January 14, 2005 | 203,792.00 | 29,179.11 |
| 12/1 – 12/31/04 | February 11, 2005 | 164,958.00 | 92,377.99 |
| 1/1 – 1/31/05 | March 18, 2005 | 176,884.00 | 28,342.86 |
| 2/1 – 2/28/05 | April 15, 2005 | 157,122.50 | 125,892.70 |
| 3/1 – 3/31/05 | May 10, 2005 | 196,913.00 | 143,160.77 |
| 4/1 – 4/30/05 | June 21, 2005 | 124,598.70 | 6,544.89 |
| 5/1– 5/31/05 | July 20, 2005 | 198,043.00 | 45,257.99 |
| 6/1 – 6/30/05 | August 11, 2005 | 82,795.50 | 28,829.43 |
| 7/1 – 7/31/05 | September 15, 2005 | 53,078.50 | 578.90 |
| 8/1 – 8/31/05 | October 12, 2005 | 44,755.00 | 4,009.23 |
| 9/1 – 9/301/05 | November 22, 2005 | 47,211.00 | 146.73 |
| 10/1 – 10/31/05 | December 16, 2005 | 18,168.50 | 665.33 |
| 11/1– 11/30/05 | January 31, 2006 | 11,158.00 | 17.20 |
| 12/1– 12/31/05 | March 10, 2006 | 4,340.00 | 12.38 |
| 1/1– 1/31/06 | March 29, 2006 | 3,470.00 | 80.82 |
| 2/1 – 2/28/06 | April 19, 2006 | 4,121.50 | 300.25 |
| 3/1 – 3/31/06 | May 4, 2006 | 8,338.50 | 2,055.56 |
| 4/1 – 4/30/06 | July 7, 2006 | 10,612.50 | 4,762.62 |
| 5/1– 5/31/06 | July 13, 2006 | 54,925.00 | 2,871.85 |
| 6/1 – 6/30/06 | August 4, 2006 | 108,519.50 | 669.50 |
| 7/1 – 7/31/06 | October 3, 2006 | 44,957.50 | 425.85 |
| 8/1 – 8/31/06 | October 31, 2006 | 4,800.50 | 87.00 |
| 9/1 – 9/30/06 | None Submitted | -- | -- |
| 10/1 – 10/31/06 | December 21, 2006 | 6,974.00 | 225.13 |
| 11/1 – 11/30/06 | None Submitted | -- | -- |
| 12/1– 12/31/06 | February 12, 2007 | 13,156.00 | 496.85 |
| 1/1– 1/31/07 | March 13, 2007 | 7,700.50 | 124.85 |
| 2/1 – 2/28/07 | April 4, 2007 | 17,119.50 | -- |
| 3/1 – 3/31/07 | May 10, 2007 | 17,649.00 | 271.07 |
| 4/1 – 4/30/07 | June 19, 2007 | 4,328.50 | -- |
| 5/1– 5/31/07 | July 13, 2007 | 25,241.50 | -- |
| 6/1 – 6/30/07 | August 23, 2007 | 4,814.00 | 2,326.25 |
| 7/1 – 7/31/07 | September 28, 2007 | 2,510.00 | 178.50 |
| 8/1 – 8/31/07 | October 12, 2007 | 14,305.00 | 234.00 |
| 9/1 – 9/30/07 | December 10, 2007 | 5,959.00 | 194.00 |
| 10/1 – 10/31/07 | December 14, 2007 | 7,213.00 | -- |
| 11/1 – 11/30/07 | January 22, 2008 | 2,911 | -- |
| 12/1– 12/31/07 | February 6, 2008 | 25,057.00 | 2,661.75 |
| 1/1– 1/31/08 | March 13, 2008 | 32,984.00 | -- |

| 2/1 – 2/29/08 | April 28, 2008 | 21,984.00 | |
|---|---|---|---|
| 3/1 – 3/31/08 | May 7, 2008 | 4,302.00 | 560.00 |
| 4/1– 4/30/08 | June 12, 2008 | 4,332.00 | – |
| 5/1– 5/31/08 | July 7, 2008 | 445.00 | 10.79 |
| 6/1 – 6/30/08 | None Submitted | – | – |
| 8/1 – 8/31/08 | September 19, 2008 | 19,266.00 | – |
| 9/1 – 9/30/08 | October 14, 2008 | 11,601.50 | – |
| TOTAL | | $3,340,719.50 | $782,562.29 |

During this fee period, Woodcock provided ordinary-course, intellectual property services in connection with two substantive matters, which are detailed in the attached fee schedule for the matters. The Woodcock professionals who rendered ordinary course services during the fee period are:

| Name of Professional | Position with the Applicant | Year Admitted to Bar | Department | Hourly Billing Rate | Total Billed Hours | Total Fees Generated |
|---|---|---|---|---|---|---|
| Gary H. Levin | Partner | 1976 | IP Litigation | $570.00 | 14.7 | $8,379.00 |

Total Fees: $8,379.00
Blended Rate: $570.00

**WHEREFORE**, Applicant respectfully requests (a) that an allowance be made to it, as fully described above for (i) 80% of the amount of $8,379.00 for reasonable and necessary professional services Applicant has rendered to the Debtors during the Fee Period ($6,703.20), and (ii) 100% of the expenses incurred in the performance of the services ($732.00); and (b) that the fees and expenses are payable as administrative expenses of the Debtors' estates.

Respectfully submitted

Dated: November 10, 2008

Gary H. Levin
Woodcock Washburn LLP
2929 Arch Street
Cira Centre – 12th Floor
Philadelphia, PA  19104
(215) 568-3100
levin@woodcock.com

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD SEPTEMBER 1, 2008, THROUGH SEPTEMBER 30, 2008**

## WRG-0088
## STUDY OF THIRD-PARTY PATENT RELATING TO POLYMERIZING PROCESS AND SECTION 271(f) ISSUE RELATING TO CATALYST

| 09/11/2008 | GHL | Telephone conference with Mr. Maggio regarding 271(f) issues possibly relevant to Grace's proposed export of one element of a 3-part catalyst for use in olefin polymerization, further review of case law interpreting "component" within meaning of the statute, and preparation of correspondence to Mr. Maggio regarding preliminary analysis of meaning of "component" and effect on the analysis of infringement issues. | 1.80 |
|---|---|---|---|
| 09/24/2008 | ABR | Work on memorandum to Mr. Maggio regarding section 271(f) and implications of the third-party patent section 271(f) on proposed manufacture of certain portions of catalyst in U.S. for shipment overseas in use of catalyzed reaction. | 1.20 |
| 09/26/2008 | GHL | Work on memorandum for Mr. Maggio relating to issues under Section 271(f). | 2.50 |
| 09/30/2008 | GHL | Further work on memorandum on section 271(f) issues. | 2.00 |

SERVICES                                              $    4,275.00

| GHL | GARY H. LEVIN | 7.50 | hours @ | $570.00 |
|---|---|---|---|---|

**INVOICE TOTAL**                                     $    4,275.00

## WRG-0089
### STUDY OF THIRD-PARTY PATENT RELATED
### TO OLEFIN POLYMERIZATION CATALYST

| 09/16/2008 | GHL | Evaluation of validity of third-party patent relating to catalyst for olefin polymerization, including review of the patent and background materials as received from Mr. Maggio, begin review of reference materials and prior art as received from Mr. Maggio. | 1.50 |
|---|---|---|---|
| 09/17/2008 | ABR | Further evaluation of validity of third-party patent relating to catalyst for olefin polymerization, including review of the patent, review of prosecution history, review of five prior art references as identified in search as received from Mr Maggio, development of construction of the relevant claims, comparison of claims to the art, outline of claim chart, and consideration of validity issues for discussion with Mr. Maggio. | 5.70 |

                                                  SERVICES          $    4,104.00

| | GHL | GARY H. LEVIN | 7.20 | hours @ | $570.00 |
|---|---|---|---|---|---|

**DISBURSEMENTS:**

PATENT COPIES                                      762.00

DISBURSEMENT TOTAL                    $    762.00

SERVICE TOTAL                             $    4,104.00

              **INVOICE TOTAL**                    $    **4,866.00**



Cira Centre, 12th Floor
2929 Arch Street
Philadelphia, PA 19104-2891
215.568.3100
Fax: 215.568.3439

**INTELLECTUAL PROPERTY LAW**

ATLANTA • PHILADELPHIA • SEATTLE

W. R. GRACE & COMPANY-CONN.
ATTN: WILLIAM L. BAKER, ESQ.
62 WHITTEMORE AVENUE
CAMBRIDGE, MASSACHUSETTS  02140

Invoice No.  185403
Client Code:  WRG
October 20, 2008

W. R. GRACE & COMPANY

DESCRIPTION OF SERVICES

Services rendered through September 30, 2008

Re:  WRG-0089; N/A; STUDY OF ~~U.S. PATENT NO. 6235854 ENTITLED~~  Third-Party  Related To ~~SOLID TITANIUM CATALYST COMPONENT AND ITS USE IN OLEFIN~~ POLYMERIZATION CATALYST

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/16/2008 | GHL | Evaluation of validity of third-party patent relating to catalyst for olefin polymerization, including review of the patent and background materials as received from Mr. Maggio, begin review of reference materials and prior art as received from Mr. Maggio. | 1.50 |
| 09/17/2008 | GHL | Further evaluation of validity of third-party patent relating to catalyst for olefin polymerization, including review of the patent, review of prosecution history, review of five prior art references as identified in search as received from Mr Maggio, development of construction of the relevant claims, comparison of claims to the art, outline of claim chart, and consideration of validity issues for discussion with Mr. Maggio. | 5.70 |

SERVICES                $         4,104.00

GHL       GARY H. LEVIN            7.20   hours at $    570.00

DISBURSEMENTS:

PATENT COPIES                                              762.00

Woodcock Washburn LLP
A Partnership Including Professional Corporations
www.woodcock.com          **TO INSURE PROPER CREDIT—PLEASE RETURN INVOICE COPY**

| | |
|---|---|
| W. R. GRACE & COMPANY | Invoice No. : 185403 |
| Page 2 | October 20, 2008 |

| | | |
|---|---|---:|
| DISBURSEMENT TOTAL | $ | 762.00 |
| SERVICE TOTAL | $ | 4,104.00 |
| **INVOICE TOTAL** | $ | 4,866.00 |