**FIFTY- SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

## W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Professional**
**For the Period 9/1/08 through 9/30/08**

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $650 | 17.50 | $11,375.00 |
| S. Cunningham | Member | $650 | 35.60 | $23,140.00 |
| R. Frezza | Consultant | $550 | 68.30 | $37,565.00 |
| J. Dolan | Consultant | $395 | 100.90 | $39,855.50 |
| M. Desalvio | Research | $165 | 1.50 | $247.50 |
| N. Backer | Paraprofessional | $110 | 9.10 | $1,001.00 |
| **For the Period 9/1/08 through 9/30/08** | | | **232.90** | **$113,184.00** |

## W.R. Grace & Co.
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 9/1/08 through 9/30/08**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant read and analyzed Asbestos term sheet and updated recovery analysis for various assumptions including warrant value and deferred obligation. Prepared debt capacity analyses and report to Committee thereon. | 25.80 | $12,825.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and debt capacity, reviewed recovery scenarios under various assumptions and prepared interest accrued scenarios, an NOL valuation and analyses of the PI/PD proposal. | 37.80 | $19,900.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports. | 7.1 | $3,368.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the February and March Fee Statements, as well as the 17th Quarterly Fee Application. | 17.90 | $4,630.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding Q1 results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports. A report to Committee was prepared thereon. | 42.30 | $20,278.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant prepared analyses to illustrate alternative POR scenarios and analyzed debt capacity under various scenarios. | 100.30 | $51,935.00 |
| 21. Research | During the Fee Application period, the Applicant researched interest rates for recovery analysis. | 1.50 | $247.50 |
| **For the Period 9/1/08 through 9/30/08** | | **232.90** | **$113,184.00** |

**Capstone Advisory Group, LLC**  Page 1 of 1
**Invoice for the September 2008 Fee Application**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 9/1/08 through 9/30/08

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions/Divestitures | | | |
| 9/3/2008 | J. Dolan | 1.10 | Read and analyzed Red Sox final motion and related exhibits and prepared report to the Committee thereon. |
| 9/4/2008 | J. Dolan | 0.90 | Read and analyzed License agreement related to Red Sox Motion. |
| 9/4/2008 | J. Dolan | 0.90 | Read and analyzed Joint Development Agreement related to Red Sox motion. |
| 9/4/2008 | J. Dolan | 1.10 | Read and analyzed Organization Agreement related to Red Sox Motion. |
| 9/4/2008 | J. Dolan | 1.00 | Read and analyzed Operating Agreement related to Red Sox motion. |
| 9/5/2008 | E. Ordway | 1.20 | Read and analyzed various information regarding Red Sox deal and gave staff list of follow-up items. |
| 9/5/2008 | S. Cunningham | 4.00 | Read and analyzed Red Sox information. |
| 9/8/2008 | R. Frezza | 1.80 | Read and analyzed Red Sox motion; prepared for call with Debtors. |
| 9/8/2008 | J. Dolan | 1.50 | Analyzed final projections related Red Sox motion. |
| 9/8/2008 | J. Dolan | 1.60 | Prepared report to the Committee regarding Red Sox acquisition. |
| 9/9/2008 | R. Frezza | 2.80 | Call with management regarding Red Sox motion, prepared report to the committee on matter. |
| 9/9/2008 | J. Dolan | 2.80 | Analyses and preparation of report to Committee related to Red Sox Motion. |
| 9/9/2008 | S. Cunningham | 1.30 | Read and analyzed Red Sox information. |
| 9/9/2008 | J. Dolan | 0.70 | Call with Debtor regarding Red Sox acquisition. |
| 9/10/2008 | R. Frezza | 1.70 | Finalized Red sox report to Committee and discussed with counsel. |
| 9/10/2008 | J. Dolan | 1.40 | Finalized Red Sox report to the Committee and distributed to counsel and committee. |
| Subtotal | | 25.80 | |

**Capstone Advisory Group, LLC**                                                                                     Page 1 of 6
**Invoice for the September 2008 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **03. Claims Analysis & Valuation** | | | |
| 9/8/2008 | E. Ordway | 2.10 | Read and analyzed pleadings regarding interest. |
| 9/8/2008 | J. Dolan | 1.40 | Read and analyzed Debtors brief on objection to default interest. |
| 9/8/2008 | R. Frezza | 2.10 | Read analyze Bernick Brief and related documents re: Post Petition interest objection. |
| 9/9/2008 | J. Dolan | 0.80 | Read and analyzed counsel's memo regarding property damage settlements. |
| 9/11/2008 | R. Frezza | 0.80 | Prepared counsel-requested interest analysis. |
| 9/11/2008 | J. Dolan | 2.30 | Prepared various interest scenarios and research of rates related to recovery. |
| 9/12/2008 | R. Frezza | 0.80 | Continued counsel-requested interest analysis. |
| 9/12/2008 | S. Cunningham | 3.00 | Read/analyzed additional interest scenarios requested by counsel. |
| 9/15/2008 | R. Frezza | 1.80 | Read/analyzed additional interest scenarios requested by counsel. |
| 9/16/2008 | J. Dolan | 1.80 | Prepared recovery analyses based on interest calculations. |
| 9/16/2008 | R. Frezza | 3.90 | Continued analysis of additional interest scenarios and discussions with counsel. |
| 9/16/2008 | J. Dolan | 3.10 | Prepared various analyses regarding interest rates, compounding, etc. |
| 9/16/2008 | S. Cunningham | 2.70 | Review of various interest calculations regarding default interest. |
| 9/17/2008 | J. Dolan | 1.40 | Prepared various scenarios related to interest and recovery. |
| 9/17/2008 | E. Ordway | 1.70 | Read and edited various analyses prepared by staff regarding interest. |
| 9/17/2008 | R. Frezza | 3.60 | Continued analysis of additional interest scenarios and discussions with counsel. |
| 9/18/2008 | R. Frezza | 2.60 | Continuation and finalization of interest scenarios in support of counsel litigation preparation. |
| 9/18/2008 | E. Ordway | 0.20 | Communications regarding interest issues. |
| 9/19/2008 | R. Frezza | 0.50 | Final review of the interest scenarios for counsel |
| 9/19/2008 | J. Dolan | 1.20 | Review of Grace interest rates calcs for recovery analysis. |
| Subtotal | | 37.80 | |

**Capstone Advisory Group, LLC**     **Page 2 of 6**
**Invoice for the September 2008 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| **04. Creditor Committee Matters** | | | |
| 9/3/2008 | J. Dolan | 1.20 | Read and analyzed recent docket submissions. |
| 9/8/2008 | J. Dolan | 1.80 | Read and analyzed pretrial memo. |
| 9/8/2008 | J. Dolan | 0.70 | Read and analyzed recent docket submissions. |
| 9/9/2008 | E. Ordway | 1.10 | Read counsel's report on pending motions. |
| 9/11/2008 | E. Ordway | 0.50 | Read counsel's memo on PRP settlement. |
| 9/11/2008 | J. Dolan | 0.60 | Read and analyzed counsel's memo regarding SC environmental settlement. |
| 9/22/2008 | E. Ordway | 0.30 | Read counsel's report regarding court hearing. |
| 9/23/2008 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| Subtotal | | 7.30 | |
| **07. Fee Applications & Invoices** | | | |
| 9/2/2008 | E. Ordway | 0.30 | Prepared fee application. |
| 9/5/2008 | J. Dolan | 0.70 | Prepared June fee application. |
| 9/5/2008 | J. Dolan | 1.00 | Prepared July fee application. |
| 9/8/2008 | N. Backer | 0.80 | Prepared the June 2008 fee statement. |
| 9/8/2008 | J. Dolan | 0.50 | Prepared June fee app. |
| 9/12/2008 | N. Backer | 1.10 | Prepared July fee statement. |
| 9/12/2008 | N. Backer | 0.90 | Prepared June fee statement. |
| 9/15/2008 | N. Backer | 0.50 | Prepared July fee statement. |
| 9/15/2008 | E. Ordway | 0.30 | Prepared fee application. |
| 9/15/2008 | J. Dolan | 0.30 | Prepared June fee app. |
| 9/18/2008 | N. Backer | 1.70 | Prepared the 18th Quarterly fee application. |
| 9/18/2008 | J. Dolan | 1.40 | Prepared July fee app. |
| 9/25/2008 | J. Dolan | 0.90 | Prepared July fee app. |
| 9/25/2008 | J. Dolan | 1.20 | Prepared 18th Qtrly fee app. |
| 9/25/2008 | N. Backer | 1.20 | Prepared 18th Quarterly fee application. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/25/2008 | N. Backer | 2.30 | Prepared August fee statement. |
| 9/29/2008 | J. Dolan | 0.90 | Prepared August fee app. |
| 9/30/2008 | J. Dolan | 0.60 | Prepared July fee app. |
| 9/30/2008 | N. Backer | 0.60 | Prepared August Fee application. |
| 9/30/2008 | J. Dolan | 0.70 | Prepared quarterly fee app. |
| Subtotal | | 17.90 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/4/2008 | J. Dolan | 3.10 | Prepared analyses and commentary for report to the Committee on 2Q08 results. |
| 9/5/2008 | R. Frezza | 1.30 | Read and analyzed Q2 results vs plan and prior year. |
| 9/5/2008 | J. Dolan | 2.10 | Read and analyzed July operating reports. |
| 9/8/2008 | S. Cunningham | 3.10 | Read and analyzed Q2 results vs plan and prior year. |
| 9/8/2008 | J. Dolan | 1.30 | Prepared analyses related to 2Q08 results and prepared report to the Committee thereon. |
| 9/9/2008 | J. Dolan | 3.90 | Prepared analyses related to 2Q08 results including gross margin analysis, cash flow analysis and peer related information for inclusion in report to Committee. |
| 9/11/2008 | S. Cunningham | 3.30 | Read and analyzed Q2 operating results and related analyses. |
| 9/11/2008 | J. Dolan | 0.90 | Prepared additional questions to Debtors regarding 2Q08 results. |
| 9/11/2008 | J. Dolan | 1.40 | Read and analyzed financial information related to 2Q08 results. |
| 9/11/2008 | J. Dolan | 2.40 | Read SEC filing 10Q related to 2Q08 results as well as peers. |
| 9/15/2008 | S. Cunningham | 2.30 | Reviewed Q2 results and related analyses. |
| 9/18/2008 | J. Dolan | 4.60 | Prepared 2Q08 report to the Committee including analyses and commentary. |
| 9/19/2008 | S. Cunningham | 2.20 | Reviewed report and analyses related to Q2 vs plan and prior yr. |
| 9/21/2008 | J. Dolan | 3.70 | Finalized 2Q08 report to the Committee and submitted to team for review. |
| 9/21/2008 | R. Frezza | 1.10 | Read and analyzed 2nd quarter report. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/25/2008 | J. Dolan | 1.30 | Review of additional information provided by the Debtors related to the 2Q08 and incorporated into report. |
| 9/25/2008 | R. Frezza | 2.70 | Prepared review 2q08 report on Grace performance for committee. |
| 9/26/2008 | J. Dolan | 1.60 | Final comments to 2Q08 report and submitted to counsel for comments. |
| Subtotal | | 42.30 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/2/2008 | E. Ordway | 1.60 | Read transcripts from depositions. |
| 9/20/2008 | R. Frezza | 2.50 | Read and analyzed POR and disclosure statement. |
| 9/21/2008 | J. Dolan | 2.30 | Read and analyzed Debtors Disclosure Statement. |
| 9/22/2008 | E. Ordway | 1.80 | Read and analyzed disclosure statement. |
| 9/22/2008 | R. Frezza | 1.20 | Continued review of POR and related documents. |
| 9/22/2008 | J. Dolan | 2.10 | Read and analyzed Disclosure Statement and POR. |
| 9/23/2008 | J. Dolan | 3.80 | Read and analyzed Disclosure Statement and POR. |
| 9/23/2008 | R. Frezza | 2.10 | Continued review of POR, disclosure statement and related documents. |
| 9/23/2008 | R. Frezza | 4.60 | Review of Exhibits to the Disclosure statement. |
| 9/23/2008 | J. Dolan | 3.10 | Read and analyzed Disclosure Statement and POR. |
| 9/23/2008 | E. Ordway | 2.30 | Continued to read and analyze disclosure statement. |
| 9/24/2008 | R. Frezza | 6.40 | Read and analyzed Disclosure statement, POR and related documents; discussed preliminarily with counsel. |
| 9/24/2008 | J. Dolan | 3.90 | Read and analyzed Disc Stmt, POR and Exhibits and prepared report to the Committee. |
| 9/24/2008 | E. Ordway | 1.90 | Analyzed POR exhibits. |
| 9/24/2008 | J. Dolan | 2.20 | Analysis of Disclosure Statement and related claims. |
| 9/25/2008 | J. Dolan | 3.20 | Read and analyzed Exhibits to the Disclosure Statement. |
| 9/25/2008 | J. Dolan | 3.60 | Read and analyzed Disc Stmt, POR and Exhibits and prepared report to the Committee thereon. |

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/25/2008 | R. Frezza | 5.20 | Read and analyze Disclosure statement, POR and related documents; discussed further with counsel. |
| 9/25/2008 | S. Cunningham | 5.10 | Read and analyzed POR and disclosure statement. |
| 9/26/2008 | E. Ordway | 1.20 | Directed staff in preparing a report to the committee regarding POR. |
| 9/26/2008 | J. Dolan | 1.00 | Call with Blackstone to discuss questions related to the Disclosure Stmt and POR. |
| 9/26/2008 | S. Cunningham | 4.40 | Read and analyzed POR and disclosure statement. |
| 9/26/2008 | R. Frezza | 3.20 | Continued review of POR and related docs; prep of report to committee on observations. |
| 9/26/2008 | R. Frezza | 3.70 | Discussions with Blackstone re: questions on POR docs; discussion with counsel regarding insolvency. |
| 9/29/2008 | E. Ordway | 0.40 | Analyzed liquidation analysis included in the plan. |
| 9/29/2008 | J. Dolan | 2.90 | Review of Exhibits to the Disclosure Statement including financial exhibits and liquidation analysis. |
| 9/29/2008 | S. Cunningham | 4.20 | Read and analyzed POR and disclosure statement. |
| 9/29/2008 | R. Frezza | 3.50 | Prepared detail report to Committee re: disclosure statement findings and observations and discussed with counsel. |
| 9/29/2008 | R. Frezza | 3.30 | Prepared detail report to Committee re: disclosure statement findings and observations. |
| 9/29/2008 | J. Dolan | 3.60 | Read and analyzed exhibits to the Disclosure Statement and prepared report to the Committee thereon. |
| 9/30/2008 | J. Dolan | 0.70 | Discussion with counsel regarding the disclosure statement. |
| 9/30/2008 | J. Dolan | 3.60 | Analysis of POR and report to the Committee thereon. |
| 9/30/2008 | E. Ordway | 0.60 | Discussion with counsel regarding the disclosure statement. |
| 9/30/2008 | R. Frezza | 5.10 | Prepared report on findings and observations re: Disclosure Stmt/POR/Related docs; discussed preliminary findings with counsel. |
| Subtotal | | 100.30 | |

21. Research

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 9/5/2008 | M. Desalvio | 1.50 | Grace Peer Analysis for 2Q08. |
| Subtotal | | 1.50 | |
| **Total Hours** | | **232.90** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 9/1/08 through 9/30/08

| Date | Professional | Detail | Amount |
|---|---|---|---|
| Capstone Expense | | | |
| 9/10/2008 | Postage/FedEx | FedEx | $12.37 |
| 9/16/2008 | Scans | September scans 373 @ 1.00 ea | $373.00 |
| 9/16/2008 | Copies | September copies 371 @ .10 ea | $37.10 |
| 9/17/2008 | Research | Bloomberg | $200.00 |
| 9/17/2008 | Research | Pacer | $98.56 |
| 9/23/2008 | Telecom | September telephone - Saddle Brook office | $248.04 |
| Subtotal - Capstone Expense | | | $969.07 |
| **For the Period 9/1/08 through 9/30/08** | | | $969.07 |

**Capstone Advisory Group, LLC**  
**Invoice for the September 2008 Fee Application**

Page 1 of 1