## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

_____
|                                            )
In re:                                      )        **Chapter 11**
                                            )
**W.R. GRACE & CO., et al.,**               )        **Case No. 01-1139 (JKF)**
                                            )
            **Debtors.**                    )        Objection Deadline: March 13, 2009 at 4:00 p.m.
_____      )        Hearing: April 1, 2009 at 10:30 a.m.

### COVER SHEET TO ELEVENTH QUARTERLY APPLICATION OF ORRICK, HERRINGTON & SUTCLIFFE LLP, BANKRUPTCY COUNSEL TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD JULY 1, 2008 THROUGH SEPTEMBER 30, 2008

Name of Applicant:                          Orrick, Herrington & Sutcliffe LLP


Authorized to Provide Professional
Services to:                                David T. Austern, Future Claimants' Representative
                                            (the "FCR")


Date of Retention:                          As of February 6, 2006 (pursuant to this Court's
                                            Order entered May 8, 2006)


Period for which compensation is
sought:                                     July 1, 2008 through September 30, 2008


Amount of Compensation (100%) sought
as actual, reasonable, and necessary:       $1,205,058.75

Amount of Expense Reimbursement sought
as actual, reasonable and necessary:        $   69,698.64


This is an:     _X_    interim     ___    monthly     ___    final application.

## PRIOR APPLICATIONS FILED

Orrick was retained effective February 6, 2006, pursuant to this Court's Order entered May 8, 2006. Orrick has previously filed the following quarterly fee applications:

a.      First Quarterly Fee Application for the time period February 6, 2006 through March 31, 2006 in the amount of $206,292.25 in fees and $7,501.32 in expenses, for a total of $213,793.57.

b.      Second Quarterly Fee Application for the time period April 1, 2006 through June 30, 2006 in the amount of $456,045.25 in fees and $14,568.92 in expenses, for a total of $470,614.17.

c.      Third Quarterly Fee Application for the time period July 1, 2006 through September 30, 2006 in the amount of $558,019.75 in fees and $25,651.67 in expenses, for a total of $583,671.42

d.      Fourth Quarterly Fee Application for the time period October 1, 2006 through December 31, 2006 in the amount of $841,070.00 in fees and $98,378.95 in expenses, for a total of $ 939,448.95.

e.      Fifth Quarterly Fee Application for the time period January 1, 2007 through March 31, 2007 in the amount of $1,098.668.00 in fees and $57,670.14 in expenses, for a total of $1,156,338.14.

f.      Sixth Quarterly Fee Application for the time period April 1, 2007 through June 30, 2007 in the amount of $1,021,931.50 in fees and $168,071.15 in expenses for a total of $1,190,002.65.

g.      Seventh Quarterly Fee Application for the time period July 1, 2007 through September 30, 2007 in the amount of $1,318,928.25 in fees and $506,330.27 in expenses for a total of $1,825,258.52.

h.      Eighth Quarterly Fee Application for the time period October 1, 2007 through December 31, 2007 in the amount of $2,577,801.25 in fees and $276,906.50 in expenses for a total of $2,854,707.75.

i.      Ninth Quarterly Fee Application for the period January 1, 2008 through March 31, 2008 in the amount of $2,834,348.75 in fees and $436,062.97 in expenses for a total of $3,270,411.72.

j.      Tenth Quarterly Fee Application for the period April 1, 2008 through June 30, 2008 in the amount of $1,060,594.00 in fees and $96,239.02 in expenses for a total of $1,156,833.02.

## COMPENSATION SUMMARY
## JULY 1, 2008 THROUGH SEPTEMBER 30, 2008

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| John Ansbro | Partner, 4 years in position; 13 years relevant experience; 1995, Litigation | $690 | .80 | $552.00 |
| Alan G. Benjamin | Partner, 25 years in position; 31 years relevant experience; 1977, Global Finance | $750 | 8.60 | $6,450.00 |
| Grady M. Bolding | Partner, 23 years in position; 31 year relevant experience; 1977, Tax | $750 | 8.80 | $6,600.00 |
| John P. Cook | Partner, 4 years in position; 12 years relevant experience; 1996, Corporate | $680 | .80 | $544.00 |
| Brett Cooper | Partner, 6 years in position; 13 years relevant experience; 1995, Corporate | $680 | .10 | $68.00 |
| Stephen G. Foresta | Partner, 11 years in position; 21 years relevant experience; 1987, Litigation | $825 | 39.20 | $32,340.00 |
| Roger Frankel | Partner, 25 years in position; 37 years relevant experience; 1971, Bankruptcy | $875 | 326.50 | $278,862.50[1] |
| Dora Y. Mao | Partner, 12 years in position; 21 years relevant experience; 1987, Structured Finance | $635 | .30 | $190.50 |
| Raymond G. Mullady, Jr. | Partner, 15 years in position; 25 years relevant experience; 1983, Litigation | $710 | .60 | $426.00 |
| Clayton S. Reynolds | Partner, 21 years in position; 29 years relevant experience 1979, Tax | $800 | 21.90 | $17,520.00 |
| Richard V. Smith | Partner, 16 years in position; 25 years relevant experience; 1983, Corporate | $775 | 144.30 | $98,153.75[2] |

---

[1]    This amount reflects a reduction of $2,931.25 (July 2008), $2,931.25 (Aug 2008), and $1,925.00 (Sept 2008) representing non-working travel billed at 50%.

[2]    This amount reflects a reduction of $4,766.25 (Sept 2008) representing non-working travel billed at 50%.

| Name of Professional **Person** | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, **Area of Expertise** | Hourly Billing **Rate** | Total Billed **Hours** | **Total Fees** |
|---|---|---|---|---|
| Scott A. Stengel | Partner, 4 years in position; 12 years relevant experience; 1996, Bankruptcy | $690 | .50 | $345.00 |
| Richard H. Wyron | Partner, 19 years in position; 29 years relevant experience; 1979, Bankruptcy | $775 | 374.20 | $282,797.50[3] |
| Mary A. Wallace | Of Counsel, 6 years in position; 18 years relevant experience; 1989, Corporate | $620 | 159.50 | $96,193.00 |
| Justin P. Bagdady | Summer Associate | $270 | 11.20 | $3,024.00 |
| James W. Burke | Law Clerk, 3 months in position; 3 months relevant experience; 2008, Bankruptcy | $285 | 20.30 | $5,785.50 |
| Charity R. Clark | Associate, 3 years in position; 3 years relevant experience; 2005, Bankruptcy | $440 | 150.90 | $66,396.00 |
| Debra L. Felder | Associate, 6 years in position; 6 years relevant experience; 2002, Bankruptcy | $530 | 247.30 | $129,876.50[4] |
| Zachary S. Finley | Associate, 7 years in position; 7 years relevant experience; 2001, Corporate | $540 | 161.80 | $78,219.00 |
| Elizabeth S. Han | Summer Associate | $270 | 11.80 | $3,186.00 |
| Jerome Ku | Associate, 6 years in position; 6 years relevant experience; 2002, Corporate | $510 | 5.30 | $2,703.00 |
| Erin E. Langley | Summer Associate | $270 | 15.90 | $4,293.00 |
| David Lin | Associate, 1 year in position; 1 year relevant experience; 2008, Global Finance | $320 | 4.30 | $1,376.00 |
| Kathleen Orr | Associate, 7 years in position; 7 years relevant experience; 2001, Bankruptcy | $560 | 42.80 | $23,968.00 |

---

[3]   This amount reflects a reduction of $2,945.00 (July 2008), $2,945.00 (Aug 2008) and $2,325.00 (Sept 2008) representing non-working travel billed at 50%.

[4]   This amount reflects a reduction of $1,192.50 (Sept 2008) representing non-working travel billed at 50%.

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Yr. Obtained License to Practice, Area of Expertise | Hourly Billing Rate | Total Billed Hours | Total Fees |
|---|---|---|---|---|
| Courtney M. Rogers | Associate, 2 years in position; 2 years relevant experience; 2006, Bankruptcy | $400 | 22.80 | $9,120.00 |
| Donald A. Snead | Associate, 1 year in position; 1 year relevant experience; 2007, Corporate | $320 | 4.50 | $1,440.00 |
| Katherine S. Thomas | Associate, 4 years in position; 4 years relevant experience; 2004, Bankruptcy | $470 | 49.50 | $23,265.00 |
| Wilson Addo | Research Specialist | $220 | 1.30 | $286.00 |
| Debra O. Fullem | Bankruptcy Research Specialist | $245 | 122.50 | $30,012.50 |
| Frances McKeown | Research Specialist | $220 | 1.00 | $220.00 |
| Risa L. Mulligan | Librarian | $180 | 4.70 | $846.00 |
| TOTAL | | | 1,964.00 | $1,205,058.75 |
| Blended Rate: $613.57 | | | | |

## COMPENSATION BY PROJECT CATEGORY
## JULY 1, 2008 THROUGH SEPTEMBER 30, 2008

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Case Administration | 1.0 | $245.00 |
| Compensation of Professionals-Orrick | 91.80 | $30,053.00 |
| Compensation of Professionals-Others | 34.30 | $8,888.00 |
| Insurance | 96.30 | $77,601.50 |
| Litigation | 95.60 | $64,831.50 |
| Retention of Professionals-Orrick | 24.70 | $10,881.00 |
| Retention of Professionals-Others | 7.50 | $3,096.00 |
| Plan & Disclosure Statement | 1,435.00 | $919,818.00 |
| Travel Time (Non-Working) | 116.60 | $40,753.75 |
| Trust Distribution Procedures | 61.20 | $48,891.00 |
| TOTAL | 1,964.00 | $1,205,058.75 |

**EXPENSE SUMMARY**
**JULY 1, 2008 THROUGH SEPTEMBER 30, 2008**

| Expense Category | Total |
|---|---|
| Court Call | $672.30 |
| Duplicating | $3,205.40 |
| Expert Witness Fees – Jacob Jacoby Research, Inc. | $28,775.00 |
| Litigation Support – Credit for retainer to Z-Axis | ($8,303.75) |
| Meals | $1,515.18[5] |
| Overtime | $53.48 |
| Pacer | $1,192.76 |
| Parking | $572.00 |
| Postage/Express Delivery | $5,088.46 |
| Purchase reference materials for plan confirmation | $75.50 |
| Telephone | $87.54 |
| Travel – Airfare/Train/Hotel | $19,255.78 |
| Travel – Mileage | $105.18 |
| Travel – Taxi | $1,252.77 |
| Westlaw and Lexis Research | $16,151.04 |
| **TOTAL** | **$69,698.64** |

Orrick's Client Charges and Disbursements Policy effective January 1, 2008, are as follows:

a.      ***Duplicating*** -- It is Orrick's practice to charge all clients of the Firm for duplicating at the in-house rate of 20¢ per page; however, Orrick has reduced the duplicating cost to 10¢ per page in order to comply with the Local Rules of this Court.  This charge includes the cost of maintaining the duplicating facilities and the actual cost involved with respect to the duplication.

b.      ***Long Distance Telephone and Facsimile Charges*** -- Orrick charges clients for long distance telephone calls but not for local telephone calls.  Necessary mobile phone usage is reimbursed to professionals submitting an appropriate bill.  Out-going facsimile transmissions are charged at $1.50 per page, plus any long-distance calling cost, and there is no charge for incoming facsimiles.

c.      ***Messenger and Courier Service*** -- It is Orrick's practice to use Federal Express or similar express mail delivery and third-party messenger services only in exigent circumstances (i.e., when needed to meet a deadline or when a next-day response from the recipient was necessary or beneficial to the case) and only when less costly than other available alternatives.

d.      ***Overtime*** -- It is Orrick's practice to allow professionals and paraprofessionals working more than 3 hours of overtime to charge a meal to the appropriate client at a meal charge limited to $7.50 per professional.  It is Orrick's practice to allow professionals and support staff to charge a car service or cab to the appropriate client when working at least 2 hours

---

[5]      This amount reflects a reduction of $109.56 (July 2008), $22.76 (Aug 2008) and $338.24 (Sept 2008) for those meals that were more than the allowed limits based on the Fee Auditor's new guidelines.

of overtime.  Orrick endeavored not to incur overtime charges unless necessary to benefit the case and in certain exigent circumstances.

e.      ***Computerized Research*** -- It is Orrick's practice to use computer-assisted legal research when it is efficient to do so.  The charge to clients for Lexis and Westlaw are based on retail rates that do not include non-client specific volume discounts offered to Orrick.  Use of fee based internet research services other than Lexis and Westlaw is charged at Orrick's cost.  There is no separate charge for other internet research.

Respectfully submitted,

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */S/ DEBRA L. FELDER*
    Roger Frankel, admitted *pro hac vice*
    Richard H. Wyron, admitted *pro hac vice*
    Debra L. Felder, admitted *pro hac vice*
    1152 15th Street, NW
    Washington, DC  20005
    (202) 339-8400

    *Co-Counsel to David T. Austern,*
    *Future Claimants' Representative*

Dated: November 21, 2008