THE UNITED STATES BANKRUPTCY COURT

OR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | Objection Date: March 13, 2009 at 4:00 p.m. |
| | ) | Hearing Date: April 1, 2009 at 10:30 a.m. |

**COVER SHEET TO ELEVENTH QUARTERLY INTERIM FEE APPLICATION OF
PIPER JAFFRAY & CO., AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
<u>THE PERIOD OF JULY 1, 2008 THROUGH SEPTEMBER 30, 2008</u>**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | July 1, 2008 – September 30, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary: | $150,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,575.96 |

This is a     ___ monthly            x   interim            ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

July 1, 2008 – September 30, 2008

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 98.0 | NA |
| Financial Analysis / Financial Review | 248.4 | NA |
| Case Administration | 12.2 | NA |
| Hearing Attendance / Meeting | 8.3 | NA |
| Non-working Travel | 13.0 | NA |
| **TOTAL** | **379.9** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

July 1, 2008 – September 30, 2008

| Expense Category | Total |
|---|---|
| Research | $144.25 |
| Telephone | 57.99 |
| Airfare | 922.90 |
| Transportation | 450.82 |
| **TOTAL** | **$1,575.96** |

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.