THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | |
| | ) | (Jointly Administered) |
| Debtors. | ) | Objection Date: March 13, 2009 at 4:00 p.m. |
| | ) | Hearing Date: April 1, 2009 at 10:30 a.m. |

**COVER SHEET TO THIRD QUARTERLY INTERIM FEE APPLICATION OF
TRE ANGELI LLC, AS FINANCIAL ADVISOR TO
DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENATIVE,
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED FOR
THE PERIOD OF JULY 1, 2008 THROUGH SEPTEMBER 30, 2008**

**SUMMARY SHEET**

| | |
|---|---|
| Name of Applicant: | Tre Angeli LLC |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | July 29, 2008 nunc pro tunc to March 3, 2008 |
| Period for which compensation and reimbursement is sought: | July 1, 2008 – September 30, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary: | $140,000.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $1,219.01 |

This is a    ___ monthly            _x_ interim            ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

July 1, 2008 – September 30, 2008

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 0 | NA |
| Financial Analysis / Financial Review | 206.0 | NA |
| Case Administration | 0 | NA |
| Hearing Attendance / Meeting | 0 | NA |
| **TOTAL** | **206.0** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

July 1, 2008 – September 30, 2008

| Expense Category | Total |
|---|---|
| Telephone | 244.94 |
| Transportation | 909.70 |
| Meals | 8.75 |
| Express Mail | 55.62 |
| **TOTAL** | **$1,219.01** |

---

[1] Tre Angeli LLC does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.