# EXHIBIT A

**WR Grace**
**July 2008 Time**

| Day/Date | Action | Time |
|---|---|---|
| Tue 2 | Review docket/pleadings | |
| | Prepare fee apps (Mar-May) | 5.0 |
| Wed 3 | Review docket/pleadings | 0.2 |
| | I/D re CNOs | 0.3 |
| | Prepare fee apps (Mar-May) | 1.1 |
| Mon 7 | Comm w/OHS(Fe) re COLI borrow | 0.4 |
| | Review docket/pleadings | 0.5 |
| | Prepare FCR presentation | 4.0 |
| Tue 8 | Prepare/file fee apps | 0.8 |
| Thu 10 | Prepare FCR presentation | 2.1 |
| | Review docket/pleadings | 1.0 |
| | Comm w/Blackstone re COLI and LTIP | 0.7 |
| | Review /analyze Watson Wyatt spreadsheet info | 1.1 |
| | Comm w/OHS(Fe) re COLI borrow | 1.0 |
| | PJC calls re COLI, LTIP | 2.4 |
| | Prep FCR presentation | 2.0 |
| Fri 11 | Resolve COLI w/OHS (Fe) | 0.2 |
| | Prepare FCR presentation | 3.0 |
| | Review new draft FCR pres | 2.5 |
| Mon 14 | Prepare FCR presentation | 3.1 |
| | Comm w/PJC(MH) re reports | 0.7 |
| | Review docket/pleadings | 1.2 |
| Tue 15 | Comm w/OHS (Fe) re hearing attendance | 0.3 |
| | Review docket/pleadings | 0.2 |
| | Review fee auditor new hotel/meal policies | 0.7 |
| Wed 16 | Final prep FCR presentation | 1.0 |
| | SEE research | 6.1 |
| | Review supplemental data for FCR | 1.3 |
| | Review docket/pleadings | 0.4 |
| Thu 17 | Travel | 7.5 |
| | FCR presentation | 3.0 |
| | Comm w/Blackstone re exit fin | 0.2 |
| Fri 18 | Review docket/pleadings | 0.6 |
| | Analyze exit fin mkt | 1.7 |
| Mon 21 | Travel | 9.5 |
| | Hearing | 3.5 |
| Tues 22 | Review/analyze final LTIP motion | 1.6 |
| | Review docket/pleadings | 1.5 |
| | Comm w/Blackstone re exit fin | 1.0 |
| Wed 23 | I/C re followup to FCR meeting all topics | 1.0 |
| | Review docket/pleadings | 0.2 |
| Thu 24 | Review docket/pleadings | 0.4 |
| Fri 25 | Review docket/pleadings | 0.6 |
| Mon 28 | Review docket/pleadings | 0.7 |
| Tue 29 | Comm w/OHS(Wy) re exec contr, prin mtg | 0.3 |
| Wed 30 | Review docket/pleadings | 0.4 |
| | Research exec comp/cont | 4.2 |
| Thu 31 | Comm w/OHS(Wy) re meeting, all issues | 1.0 |
| | Research exec comp/cont | 3.1 |
| | Review docket/pleadings | 0.6 |
| | TOTAL TIME (hrs) | 85.9 |

# EXHIBIT A

**WR Grace**
**August 2008 Time**

| Day/Date | Action | Time |
|---|---|---|
| Fri 1 | Review docket | 1.0 |
| | Review/analysis LTIP | 2.1 |
| Mon 4 | Various contacts w/Orrick re deal negotiations | 1.5 |
| | T/C w Pam Zilly re exec comp and response | 0.5 |
| | Review docket | 0.6 |
| | Review/analysis LTIP | 0.8 |
| Tue 5 | Review/anaylsis of comp data | 2.2 |
| | T/C w Pam Zilly re exec comp and response | 0.4 |
| | Review/analysis of warrant lang | 3.1 |
| | Review docket | 0.7 |
| | Prep fee apps (Mar-May) | 2.0 |
| Wed 6 | Review/analysis of warrant lang | 2.4 |
| | Review/anaylsis of comp data | 1.1 |
| | T/C with OHS(Wy) re warrants | 0.8 |
| | Prep fee apps (Mar-May) | 0.9 |
| Thu 7 | Prep fee apps (Mar-May) | 0.7 |
| | Review docket | 0.5 |
| | Review/analysis of warrant lang | 4.2 |
| | Review/analysis LTIP | 2.1 |
| Fri 8 | Prep fee apps (Mar-May) | 1.5 |
| | Review docket | 0.6 |
| | Review/analysis LTIP | 0.9 |
| Mon 11 | Review addt warrant language | 2.1 |
| | Review docket | 2.2 |
| Tue 12 | Review docket | 0.3 |
| Wed 13 | Review docket | 0.5 |
| Thu 14 | Review docket | 0.5 |
| | Review/analysis/discussion Red Sox transaction | 0.8 |
| Fri 15 | Review docket | 0.4 |
| Mon 18 | Prep qtly fee app | 1.3 |
| | Plan analysis | 3.5 |
| Tue 19 | Review docket | 0.7 |
| Wed 20 | Review docket | 0.8 |
| | Plan analysis | 4.5 |
| Thu 21 | Review docket | 0.3 |
| | Prep fee apps (Jun-Jul) | 1.8 |
| Fri 22 | Prep fee apps (Jun-Jul) | 1.3 |
| Mon 25 | Contact w/OHS re 9/2 hearing | 0.3 |
| Tue 26 | Prep fee apps (Jun-Jul) | 0.7 |
| | Review docket | 0.6 |
| Wed 27 | Review docket | 1.0 |
| | TOTAL TIME (hrs) | 54.2 |

# EXHIBIT A

**WR Grace**
**September 2008 Time**

| Day/Date | Action | Time |
|---|---|---|
| Tue 2 | Review docket | 0.5 |
| Wed 3 | Review docket | 0.7 |
|  | Comm w/Orrick (DF) re supplemental app | 0.5 |
| Thu 4 | Review docket | 0.9 |
|  | Comm w/Orrick (RW) re reg rts and finc triggers | 0.4 |
|  | Review/analyze financial triggers | 1.0 |
| Fri 5 | Review/analyze financial triggers | 1.2 |
|  | Review docket | 0.6 |
|  | Review warrant provision/analyze scenarios | 1.3 |
|  | Rev reg rts market | 2.1 |
|  | C/C w/Orrick (RW/RS) re reg rts, financial triggers, warrant scenarios | 2.5 |
|  | Comm w/Orrick (DF) re supplemental app | 0.3 |
| Mon 8 | Review docket | 1.1 |
|  | Sealed Air analysis | 1.5 |
| Tue 9 | Comm w/Orrick (DF) re supplemental app | 0.3 |
|  | Review docket | 1.0 |
|  | Comm w/Orrick (DF) re fee app | 0.3 |
| Wed 10 | Analyze stock px action | 0.9 |
|  | Warrant scenarios/pricing analysis | 1.6 |
| Thu 11 | Review docket | 0.6 |
| Fri 12 | Review docket | 0.8 |
| Mon 15 | Review docket | 0.9 |
| Tue 16 | Comm w/Orrick (RF) re plan analysis | 1.1 |
|  | Revise plan analysis | 2.1 |
| Wed 17 | Revise plan analysis | 0.7 |
|  | Comm w/ Orrick (all) re revised plan analysis | 0.9 |
|  | Review docket | 0.4 |
| Thu 18 | Review draft POR | 1.4 |
|  | Review draft liqd analysis | 1.2 |
|  | Review/revise warrant analysis | 1.7 |
|  | Review debtors/TA deferred payment analysis | 1.4 |
|  | Comm w/Orrick (RW) re liqd analysis, deferred pay analysis, warrant analysis | 0.7 |
|  | Review docket | 0.6 |
| Fri 19 | Review docket | 0.7 |
|  | Prep August fee app | 4.0 |
| Mon 22 | Comm w/Orrick (RF) re liqd analysis | 0.5 |
|  | Review docket | 0.5 |
|  | Review/analyze POR/DS/exhibits | 2.2 |
| Tue 23 | Review docket | 1.0 |
|  | Review/analyze POR/DS/exhibits | 2.0 |
| Wed 24 | Review docket | 0.5 |
|  | Review/analyze POR/DS/exhibits | 3.2 |
| Thu 25 | Review docket | 0.6 |
|  | Review/analyze POR/DS/exhibits | 1.1 |
| Fri 26 | Review docket | 0.4 |
|  | Review/analyze POR/DS/exhibits | 1.7 |
|  | Comm w/Orrick (DF) re fee app | 0.3 |
| Mon 29 | Travel | 6.0 |
|  | Attend Omnibus hearing | 3.5 |
| Tue 30 | Review dockets | 1.2 |
|  | Prep Blackstone valuation meeting | 3.3 |
|  | TOTAL TIME (hrs) | 65.9 |