# EXHIBIT B

**W.R. Grace**
**Tre Angeli Expense Detail Report (July 1, 2008 – September 30, 2008)**
(Dates Represent Posting Date of Expense)

July 2008
| | |
|---|---|
| Telephone | $   45.34 |
| Transportation | $ 909.70 |
| Meals | $     8.75 |

August 2008
| | |
|---|---|
| Telephone | $   75.68 |

September 2008
| | |
|---|---|
| Telephone | $ 123.92 |
| Express Mail | $   55.62 |

**TOTAL EXPENSES[1]:**            **$1,219.01**

[1] **All expenses incurred on behalf of Joseph J. Radecki, Jr.**