**Warren H. Smith & Associates, P.C.**
325 North St. Paul Street
Suite 1250
Dallas, TX 75201
Tax Id# 01-0584406

*Invoice submitted to:*
W.R. Grace & Co.
7500 Grace Drive
Columbia MD 21044

November 25, 2008

In Reference To:        Bankruptcy Fee Audit Case #01-1139 (JKF)

Invoice #        11256

Professional Services

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/1/2008 | CR | Update database with E-Detail monthly invoice for Ogilvy 2.08 | 0.20 | 8.00 |
|  | CR | Update database with monthly invoice for Buchanan 2.08 | 0.20 | 8.00 |
|  | CR | Update database with monthly invoice for Buchanan 2.08 | 0.20 | 8.00 |
| 4/2/2008 | CR | Update database with Stroock Summary 10.07 | 0.20 | 8.00 |
| 4/3/2008 | CR | Update database with Sullivan 2.08 monthly invoices and Ogilvy 2.08 monthly invoices | 0.30 | 12.00 |
| 4/4/2008 | CR | Update database with monthly invoices for Pachulski 1.08, Ferry 2.08, Bilzin 2.08, Reed 2.08 | 0.40 | 16.00 |
|  | CR | Update database with monthly invoices for Stroock 2.08 | 0.20 | 8.00 |
| 4/7/2008 | CR | Update database with Stroock 2.08 monthly invoice | 0.20 | 8.00 |
| 4/9/2008 | BSR | detailed review of Kirkland & Ellis Oct. 2007 monthly invoice and fee summary re same | 1.70 | 391.00 |

W.R. Grace & Co.

| Date | | Description | Hours | Amount |
|---|---|---|---|---|
| 4/9/2008 | BSR | draft initial report re Duane Morris for the 27th interim period | 0.30 | 69.00 |
| | BSR | receive and review retention application and order for Deloitte FAS | 0.30 | 69.00 |
| 4/10/2008 | BSR | detailed review of Fragomen's interim application for the period of Feb. - Sept. 2007 | 2.00 | 460.00 |
| | CR | Update database with monthly invoices for Kramer 2.08 and Austern 2.08 | 0.30 | 12.00 |
| | BSR | review of files and compile project category information | 0.30 | 69.00 |
| | BSR | receive and review Fragomen's retention application and order | 0.30 | 69.00 |
| | BSR | detailed review of Legal Analysis Systems' Oct., Nov., and Dec. 2007 monthly invoices | 0.30 | 69.00 |
| | BSR | detailed review of Hamilton's Oct., Nov., and Dec. 2007 monthly invoices | 0.30 | 69.00 |
| | BSR | detailed review of Holmes Roberts & Owens' Sept. 2007 monthly invoice | 0.10 | 23.00 |
| | BSR | detailed review of Foley Hoag's Oct., Nov., and Dec. 2007 monthly invoices | 0.30 | 69.00 |
| | BSR | detailed review of Ferry Joseph & Pearce's 27th interim fee application and monthly invoices | 0.40 | 92.00 |
| 4/11/2008 | BSR | conference with Cherie Rogers re project category information | 0.10 | 23.00 |
| | LMH | receive, review, and respond to e-mai from B. Ruhlander re: bmc's November 2007 application. | 0.10 | 13.50 |
| | CR | Update database with monthly invoices for Casner 2.08, AKO 2.08, Caplin 2.08, Charter Oak 2.08, Campbell 2.08 | 0.40 | 16.00 |
| 4/13/2008 | LMH | detailed review of Campbell's October 2007 application. | 1.10 | 148.50 |

W.R. Grace & Co.                                                                                                 Page        3

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/13/2008 | LMH | detailed review of Campbell's November 2007 application. | 0.50 | 67.50 |
| | LMH | detailed review of Campbell's December 2007 application. | 0.70 | 94.50 |
| 4/14/2008 | DTW | review and revise 27th Interim Initial Report of Fragomen (.1). | 0.10 | 14.50 |
| | CR | Update database with e-detail of monthly invoices for Towers 1.08, Austern 1.08, Casner 2.08, Kramer 2.08 and 26th Interim application and 10.07 summary for Stroock | 0.50 | 20.00 |
| | CR | Update database with e-detail of  Towers 1.08 | 0.10 | 4.00 |
| | DTW | review and revise 27th Interim Initial Report of Fragomen (.1). | 0.10 | 14.50 |
| | CR | prepare and serve  27th Interim Initial Reports to Morris and Fragomen | 0.40 | 16.00 |
| | BSR | draft initial report re Fragomen's interim fee application for the 26th period | 1.00 | 230.00 |
| | WHS | receive and review agenda | 0.10 | 27.50 |
| | LMH | draft spreadsheet of potentially objectionable fee and expense entries for Campbell's twenty-seventh interim period, and draft e-mail to B. Ruhlander re: same. | 0.30 | 40.50 |
| | LMH | detailed review of Campbell's quarterly application for the twenty-seventh interim period. | 0.10 | 13.50 |
| 4/15/2008 | LMH | receive and review e-mail from B. Ruhlander re: Campbell's twenty-seventh interim application. | 0.10 | 13.50 |
| | BSR | detailed review of David Austern's Oct. and Dec. 2007 monthly invoices | 0.20 | 46.00 |
| | BSR | research server for David Austern's Nov. 2007 monthly fee application and 27th interim fee application; draft email to Debra Fullem at Orrick re same | 0.20 | 46.00 |

W.R. Grace & Co.                                                                                    Page      4

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/15/2008 | BSR | draft initial report re Baker Donelson for the 27th interim period | 0.70 | 161.00 |
| | BSR | draft  initial report re Baker Donelson for the 27th interim period | 0.60 | 138.00 |
| | BSR | detailed review of Baker Donelson's 27th interim fee application and monthly invoices | 0.40 | 92.00 |
| | BSR | detailed review of Asbestos Personal Injury Claimants Committee quarterly application for the 27th interim period | 0.10 | 23.00 |
| | BSR | detailed review of Anderson Kill & Olick's 27th interim fee application and monthly invoices | 0.30 | 69.00 |
| | BSR | draft e-mails to various applicants re initial reports for the 27th interim period | 0.30 | 69.00 |
| 4/16/2008 | BSR | research server for Beveridge & Diamond's Dec. 2007 monthly application and 27th interim application; draft email to Pamela Marks re same | 0.10 | 23.00 |
| | BSR | detailed review of Beveridge & Diamond's Oct. and Nov. 2007 monthly invoices | 0.10 | 23.00 |
| | BSR | detailed review of Buchanan's 27th interim fee application and monthly invoices | 0.30 | 69.00 |
| | BSR | detailed review of Bilzin's 27th interim fee application and monthly invoices | 1.00 | 230.00 |
| | BSR | draft initial report re Bilzin for the 27th interim period | 0.80 | 184.00 |
| | BSR | detailed review of Blackstone's 27th interim fee application and monthly invoices | 0.30 | 69.00 |
| | DTW | review and revise Baker 27th Initial Report | 0.10 | 14.50 |
| | WHS | receive and review amended agenda | 0.10 | 27.50 |
| 4/17/2008 | BSR | detailed review of LAS' 27th interim fee application | 0.10 | 23.00 |

W.R. Grace & Co.                                                                      Page      5

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/17/2008 | BSR | detailed review of Nelson's Nov. and Dec. 2007 monthly invoices | 0.10 | 23.00 |
| | BSR | draft initial report re Lexecon for the 27th interim period | 0.50 | 115.00 |
| | BSR | detailed review of Lexecon's 27th interim fee application and monthly invoices | 0.50 | 115.00 |
| | BSR | detailed review of Latham & Watkins monthly invoices for Sept. through Dec. 2007 | 0.20 | 46.00 |
| | LMH | draft initial report for Campbell's twenty-seventh interim period application. | 0.30 | 40.50 |
| | DL | E-filing for WHS March 08 application and invoice | 0.20 | 22.00 |
| | DL | Draft of WHS March 08 application and invoice | 0.30 | 33.00 |
| | DTW | review and revise  27th Interim Initial Report for Bilzin | 0.10 | 14.50 |
| | BSR | detailed review of Capstone's 27th interim fee application and monthly invoices | 0.20 | 46.00 |
| | BSR | detailed review of Hamilton's 27th interim fee application | 0.10 | 23.00 |
| | BSR | detailed review of Casner's 27th interim fee application and monthly invoices | 0.40 | 92.00 |
| | BSR | receive and review draft initial report re Campbell & Levine (27th) prepared by Lisa Hamm | 0.10 | 23.00 |
| | BSR | detailed review of Charter Oak's 27th interim fee application and monthly invoices | 0.10 | 23.00 |
| 4/18/2008 | DTW | review and revise 27th Initial Report for C&L and Lexicon and Lawson | 0.20 | 29.00 |
| | BSR | draft initial report re Lawson Lundell for the 26th interim period | 1.20 | 276.00 |

W.R. Grace & Co.                                                                            Page      6

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/18/2008 | BSR | telephone conference with Rodney Hayley of Lawson Lundell re firm's application | 0.20 | 46.00 |
| | BSR | detailed review of Ogilvy's 27th interim fee application and monthly invoices | 0.60 | 138.00 |
| | BSR | draft initial report re Ogilvy for the 27th interim period | 0.40 | 92.00 |
| | BSR | draft e-mails to various applicants regarding initial reports for the 27th interim period | 0.20 | 46.00 |
| | BSR | detailed review of Orrick's Oct. 2007 monthly fee application | 1.40 | 322.00 |
| | LMH | detailed review of BMC's October 2007 application. | 0.70 | 94.50 |
| 4/19/2008 | BSR | detailed review of PwC's Nov. and Dec. 2007 monthly fee applications | 0.80 | 184.00 |
| | BSR | detailed review of PwC's Oct. 2007 monthly application | 0.70 | 161.00 |
| | BSR | detailed review of Piper Jaffray's Oct., Nov., and Dec. 2007 monthly applications | 0.20 | 46.00 |
| | BSR | detailed review of Phillips' 27th interim fee application and monthly invoices | 0.50 | 115.00 |
| 4/20/2008 | BSR | detailed review of PwC's 27th interim fee application | 0.20 | 46.00 |
| | BSR | draft initial report re PwC for the 27th interim period | 0.60 | 138.00 |
| | BSR | detailed review of Woodcock Washburn's 27th interim fee application and monthly invoices | 0.20 | 46.00 |
| | BSR | detailed review of Tower's Oct., Nov. and Dec. 2007 monthly applications | 0.40 | 92.00 |
| | BSR | detailed review of Richardson's Oct. 2007 monthly application; research server to determine status of Richardson's other applications for the quarter | 0.10 | 23.00 |

W.R. Grace & Co.                                                                                                    Page     7

| Date | Atty | Description | Hours | Amount |
|---|---|---|---|---|
| 4/20/2008 | BSR | detailed review of Scott Law Group's 27th interim fee application and monthly invoices | 0.10 | 23.00 |
| | BSR | detailed review of Sullivan's 27th interim fee application and monthly invoices | 0.10 | 23.00 |
| | BSR | detailed review of Steptoe's Oct. and Nov. 2007 monthly invoices; research server to determine status of Dec. 2007 monthly application and 27th interim application | 0.20 | 46.00 |
| 4/21/2008 | LMH | detailed review of BMC's November 2007 application. | 0.80 | 108.00 |
| | LMH | telephone conference with B. Ruhlander re: timing for twenty-seventh interim period initial reports. | 0.10 | 13.50 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: BMC's quarterly application for the twenty-seventh interim period. | 0.10 | 13.50 |
| | LMH | detailed review of BMC's October 2007 application. | 0.10 | 13.50 |
| | DTW | review and revise 27th Interim Initial Report reports for PwC and Ogilvy (.2) | 0.20 | 29.00 |
| | BSR | telephone conference with Lisa Hamm re review of remaining applications for the 27th period | 0.10 | 23.00 |
| | BSR | telephone conference with Jeff Allgood re scheduling of James' application review (.1); telephone conference with James Wehrmann re same (.1); conference with James Wehrmann re remaining applications to review (27th period) (.1) | 0.30 | 69.00 |
| | JAW | detailed review of Kirkland & Ellis November 2007 monthly invoice (5.1) | 5.10 | 688.50 |
| 4/22/2008 | LMH | draft initial report and exhibits for Caplin's twenty-seventh interim period application. | 1.30 | 175.50 |
| | LMH | detailed review of Kramer Levin's October 2007 application. | 0.30 | 40.50 |
| | LMH | detailed review of BMC's December 2007 application. | 0.90 | 121.50 |

W.R. Grace & Co.                                                                                      Page      8

|            |     |                                                                                          | Hours | Amount   |
|------------|-----|------------------------------------------------------------------------------------------|-------|----------|
| 4/22/2008  | LMH | detailed review of Caplin's December 2007 application.                                   | 0.20  | 27.00    |
|            | JAW | detailed review of Kirkland & Ellis November 2007 monthly invoice (9.7)                  | 9.70  | 1,309.50 |
|            | BSR | receive, review, and respond to email from Lisa Hamm re BMC's 27th interim fee application | 0.10  | 23.00    |
|            | LMH | detailed review of Kramer Levin's November 2007 application.                             | 0.30  | 40.50    |
|            | LMH | detailed review of Kramer Levin's December 2007 application.                             | 0.20  | 27.00    |
|            | LMH | detailed review of Pachulski's October 2007 application.                                 | 0.50  | 67.50    |
|            | LMH | detailed review of Kramer Levin's quarterly application for the twenty-seventh interim period. | 0.10  | 13.50    |
|            | LMH | detailed review of Caplin's November 2007 application.                                   | 0.30  | 40.50    |
|            | LMH | detailed review of Caplin's October 2007 application.                                    | 0.40  | 54.00    |
|            | LMH | receive and review  e-mail from B. Ruhlander re: BMC's twenty-seventh interim period application. | 0.10  | 13.50    |
|            | BSR | draft initial report re Stroock for the 27th interim period                              | 0.40  | 92.00    |
|            | BSR | detailed review of Stroock's 27th interim fee application and monthly invoices           | 1.20  | 276.00   |
|            | BSR | draft initial report re Reed Smith for the 27th interim period                           | 0.50  | 115.00   |
|            | BSR | detailed review of Reed Smith's Dec. 2007 monthly application and 27th interim fee application | 0.80  | 184.00   |
|            | BSR | detailed review of Reed Smith's Nov. 2007 monthly application and expenses on Oct. 2007 monthly application | 0.90  | 207.00   |

W.R. Grace & Co.

Page    9

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/22/2008 | LMH | detailed review of BMC's twenty-seventh interim period application, and draft e-mail to B. Ruhlander re: same. | 0.50 | 67.50 |
| 4/23/2008 | LMH | draft e-mail to B. Ruhlander re: potentially objectionable expense entries from Caplin's twenty-seventh interim period application. | 0.30 | 40.50 |
| | LMH | receive, review, and respond to e-mail from B. Ruhlander re: potentially objectionable expense entries in Caplin's twenty-seventh interim period application. | 0.10 | 13.50 |
| | LMH | receive and review e-mail from B. Ruhlander re: potentially objectionable fee and expense entries from Pachulski's twenty-seventh interim period application. | 0.10 | 13.50 |
| | LMH | receive and review second e-mail from B. Ruhlander re: potentially objectionable expense entries from Caplin's twenty-seventh interim period application. | 0.10 | 13.50 |
| | DTW | review and revise Reed 27th Initial Report | 0.10 | 14.50 |
| | LMH | telephone conference with B. Ruhlander re: Caplin's twenty-seventh interim period application. | 0.10 | 13.50 |
| | LMH | draft initial report for Kramer's twenty-seventh interim period application. | 0.40 | 54.00 |
| | LMH | detailed review of Caplin's October 2007 application. | 0.50 | 67.50 |
| | LMH | receive and review e-mail from B. Ruhlander re: potentially objectionable fee and expense entries from Kramer's twenty-seventh interim period application. | 0.10 | 13.50 |
| | BSR | receive, review, and respond to email from Lisa Hamm re items noted in Pachulski 27th and monthly applications | 0.10 | 23.00 |
| | BSR | receive, review, and respond to email from Lisa Hamm re items noted in Kramer 27th and monthly applications | 0.10 | 23.00 |
| | BSR | review and revise draft initial report re Pachulski (27th) prepared by Lisa Hamm | 0.20 | 46.00 |

W.R. Grace & Co.                                                                                              Page    10

|            |     |                                                                                                                              | **Hours** | **Amount** |
|------------|-----|------------------------------------------------------------------------------------------------------------------------------|-----------|------------|
| 4/23/2008  | BSR | draft e-mail to Rodney Hayley of Lawson Lundell re initial report (27th) and review terms of fee auditor order                | 0.30      | 69.00      |
|            | BSR | receive, review, and respond to email from Lisa Hamm re issues in Caplin & Drysdale's 27th interim fee application and monthly expenses | 0.30 | 69.00 |
|            | BSR | draft e-mails to various applicants re initial reports for the 27th interim period                                            | 0.30      | 69.00      |
|            | BSR | review and revise draft initial report re Kramer (27th) received from Lisa Hamm                                               | 0.20      | 46.00      |
|            | BSR | telephone conference with Lynzy Oberholzer at Pachulski re Lawson Lundell's fee application                                   | 0.10      | 23.00      |
|            | BSR | draft initial report re Kirkland & Ellis for the 27th interim period                                                          | 1.00      | 230.00     |
|            | JAW | detailed review of Kirkland & Ellis November 2007 monthly invoice (8.2); draft summary of same (3.0)                          | 11.20     | 1,512.00   |
|            | LMH | draft initial report for Pachulski's twenty-seventh interim period application.                                              | 0.30      | 40.50      |
|            | LMH | draft spreadsheet of potentially objectionable fee and expense entries from Kramer's twenty-seventh interim period application. | 1.50    | 202.50     |
|            | LMH | draft spreadsheet of potentially objectionable fee and expense entries from Pachulski's twenty-seventh interim period application, and draft e-mail to B. Ruhlander re: same. | 0.40 | 54.00 |
|            | LMH | detailed review of Pachulski's quarterly application for the twenty-seventh interim period.                                  | 0.10      | 13.50      |
|            | LMH | detailed review of Pachulski's December 2007 application.                                                                    | 0.30      | 40.50      |
|            | LMH | detailed review of Pachulski's November 2007 application.                                                                    | 0.60      | 81.00      |
| 4/24/2008  | LMH | receive, review, and respond to e-mail from B. Ruhlander re: service of electronic copy of Kramer's initial report for the twenty-seventh interim period. | 0.10 | 13.50 |

W.R. Grace & Co.                                                                                              Page    11

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 4/24/2008 | JAW | detailed review of Kirkland & Ellis December 2007 monthly invoice (9.6) | 9.60 | 1,296.00 |
|  | LMH | Continued detailed review of Caplin's October 2007 application. | 0.90 | 121.50 |
|  | LMH | detailed review of Caplin's December 2007 application. | 1.80 | 243.00 |
|  | DTW | review and revise Initial Report  27th Interim for Kramer, Pachulski and Reed and t/c with B. Ruhlander re Reed (.5); review and revise Strook Initial Report (.1) | 0.60 | 87.00 |
|  | BSR | detailed review of Kirkland & Ellis' Nov. 2007 monthly application and fee summary re same | 1.10 | 253.00 |
|  | BSR | draft e-mails to various applicants concerning initial reports for the 27th interim period | 0.30 | 69.00 |
|  | LMH | detailed review of Caplin's November 2007 application. | 1.30 | 175.50 |
| 4/25/2008 | LMH | draft inititial report for Caplin's twenty-seventh interim period application. | 0.70 | 94.50 |
|  | LMH | draft e-mail to B. Ruhlander re: potentially objectionable fee entries from Caplin's twenty-seventh interm period application. | 0.10 | 13.50 |
|  | LMH | receive and review second e-mail from B. Ruhlander re: issues identified in Caplin's quarterly application for the  twenty-seventh interim period application. | 0.10 | 13.50 |
|  | LMH | receive and review e-mail from D. Mannal, Kramer, re: initial report for the twenty-seventh interim period, and draft e-mail to B. Ruhlander re: same. | 0.10 | 13.50 |
|  | LMH | draft spreadsheet for potentially objectionable fee entries from Caplin's twenty-seventh interim period application. | 0.70 | 94.50 |
|  | LMH | receive and review e-mail from B. Ruhlander re: issues identified in Caplin's quarterly application for the twenty-seventh interim period. | 0.10 | 13.50 |
|  | LMH | draft e-mail to D. Mannal, Kramer, re: service of electronic copy of initial report for the twenty-seventh interim period. | 0.10 | 13.50 |

W.R. Grace & Co.                                                                                          Page    12

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/25/2008 | JAW | detailed review of Kirkland & Ellis December 2007 monthly invoice (8.7) | 8.70 | 1,174.50 |
| | BSR | detailed review of Kirkland & Ellis' Nov. 2007 monthly application and fee summary re same | 0.40 | 92.00 |
| | BSR | draft initial report re Kirkland & Ellis for the 27th interim period | 0.60 | 138.00 |
| 4/26/2008 | JAW | detailed review of Kirkland & Ellis December 2007 monthly invoice (4.1); draft summary of same (2.2) | 6.30 | 850.50 |
| | BSR | detailed review of Kirkland & Ellis 27th interim fee application, December 2007 monthly invoice and fee summary re same | 1.20 | 276.00 |
| | BSR | draft initial report re Kirkland & Ellis for the 27th interim period | 1.20 | 276.00 |
| 4/27/2008 | ALP | Drafted final revisions to K&E initial report concerning the 27th interim period (10-12.07) (.3) | 0.30 | 46.50 |
| 4/28/2008 | CR | Update database with e-detail Phillips 3.08 monthly invoice | 0.20 | 8.00 |
| | BSR | review and revise draft initial report re Caplin & Drysdale (27th) prepared by Lisa Hamm | 0.80 | 184.00 |
| | BSR | draft e-mails to Will Sparks and Janet Baer re initial report for Kirkland & Ellis (27th) | 0.30 | 69.00 |
| | CR | Update database with e-detail K&E 12.07 Summaries from J.Wehrmann | 0.10 | 4.00 |
| | LMH | receive, review, and respond to second e-mail from B. Ruhlander re: draft initial report for Caplin's twenty-seventh interim period application. | 0.10 | 13.50 |
| | CR | prepare and serve K&E 27th Interim Initial Report | 0.20 | 8.00 |
| | CR | Update database with monthly invoice for Phillips 3.08 | 0.10 | 4.00 |
| | CR | prepare and serve Caplin 27th Interim Initial Report | 0.30 | 12.00 |

W.R. Grace & Co.                                                                                                    Page    13

| | | | Hours | Amount |
|---|---|---|---|---|
| 4/28/2008 | ALP | Drafted final revisions to Caplin initial report concerning the 27th interim period (10-12.07) (.3) | 0.30 | 46.50 |
| 4/29/2008 | CR | Update database with e-detail of monthly application  for Reed Smith 3.08 | 0.20 | 8.00 |
| | CR | Update database with e-detail of monthly application for Buchanan 3.08 | 0.20 | 8.00 |
| | CR | Update database with e-detail of 27th Interim Initial Report response from Ogilvy | 0.20 | 8.00 |
| 4/30/2008 | CR | Update database with E-detail of monthly invoice for Stroock 3.08 | 0.20 | 8.00 |
| | CR | Update database with Duane Morris 27th Interim Initial Report response | 0.20 | 8.00 |
| | CR | Update database with 28th Interim application for Ogilvy 1/1/08-3/31/08 and 27th Interim 10/1/07-12/31/07 for D. Austern, Piper, Towers and Orrick | 0.50 | 20.00 |
| 5/1/2008 | DTW | Telephone call with B. Ruhlander and assist with final report issue (.2). | 0.20 | 29.00 |
| 5/2/2008 | CR | Update database with E-Detail of 3.08 monthly applications for Kramer, Morris and Kramer 27th Interim Initial Report response | 0.40 | 16.00 |
| | LMH | receive, review, and respond to e-mail from K. Martorana, Kramer Levin, re: response to twenty-seventh interim period initial report. | 0.10 | 13.50 |
| | LMH | receive and review second e-mail from K. Martorana, Kramer Levin, re: response to twenty-seventh interim period initial report. | 0.10 | 13.50 |
| 5/5/2008 | CR | Update database with e-detail of Kramer 2.08 | 0.20 | 8.00 |
| | CR | Update database with e-detail of Stroock 27th Interim Initial Report response | 0.20 | 8.00 |
| 5/6/2008 | BSR | detailed review of Orrick's Nov. and Dec. 2007 monthly applications and 27th interim fee application | 2.20 | 506.00 |
| | BSR | draft initial report re Orrick for the 27th interim period | 1.20 | 276.00 |

W.R. Grace & Co.                                                                              Page    14

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/6/2008 | BSR | detailed review of David Austern's 27th interim fee application | 0.10 | 23.00 |
| | BSR | draft initial report re David T. Austern's 27th interim fee application | 0.20 | 46.00 |
| | BSR | detailed review of Piper Jaffray's 27th interim fee application | 0.10 | 23.00 |
| | BSR | draft initial report re Piper Jaffray for the 27th interim period | 0.30 | 69.00 |
| | BSR | detailed review of Towers' 27th interim fee application | 0.10 | 23.00 |
| | BSR | draft initial report re Towers Perrin for the 27th interim period | 0.20 | 46.00 |
| | BSR | detailed review of Steptoe's Dec. 2007 monthly invoice and 27th interim fee application | 0.20 | 46.00 |
| | BSR | detailed review of Holmes' 26th interim fee application and July-Sept. 2007 monthly applications | 0.30 | 69.00 |
| 5/7/2008 | CR | Prepare and serve 27th Interim Initial Reports for Towers, Austern, Orrick and Piper | 0.70 | 28.00 |
| | CR | Update database with e-detail of PwC 3.08 monthly invoice | 0.20 | 8.00 |
| | DTW | Review and revise initial reports for the 27th period for Towers Perrin, Piper Jaffray, D. Austern, and Orrick (.4). | 0.40 | 58.00 |
| | DL | Draft of WHS 4.08 invoices | 0.10 | 11.00 |
| | BSR | receive and review Fragomen's response to initial report for the 26th interim period | 0.50 | 115.00 |
| | BSR | draft e-mail to Scott Bettridge of Fragomen re firm's response and fee schedule | 0.50 | 115.00 |
| | DL | e-filing of WHS 4.08 invoices | 0.20 | 22.00 |

W.R. Grace & Co.                                                                                     Page    15

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/8/2008 | CR | Update database with e-detail of Buchanan 28th fee | 0.20 | 8.00 |
|  | CR | Update database with monthly invoices for Woodcock 3.08, Beveridge 1/1/08-2/29/08, K&E 3.08,PwC 2.08, Foley 3.08, Beveridge 3.08, Woodcock 2.08, Reed 3.08, Ferry 3.08, Bilzin 3.08, Hamilton 3.08, Stroock & Navigant 3.08, Buchanan 3.08, Nelson 3.08, Pitney 3.08, bmc 2.08, Kramer 3.08, Morris 3.08, Charter 3.08, Caplin 3.08, LAS 3.08, Campbell 3.08, Anderson 3.08 and 28th Interim applications for Ogilvy and Pitney | 1.20 | 48.00 |
|  | CR | Update database with e-detail of Buchanan 28th fee | 0.20 | 8.00 |
|  | CR | draft project category summary detail spreadsheet for 27th Interim | 1.00 | 110.00 |
| 5/9/2008 | BSR | conference with Jeff Allgood re status of review of applications for the 28th interim period | 0.10 | 23.00 |
|  | DL | e-filing of WHS CNO's 3.08 | 0.10 | 11.00 |
| 5/11/2008 | BSR | draft e-mails to various applicants concerning initial reports for the 27th interim period | 0.20 | 46.00 |
| 5/12/2008 | CR | Update database with e-detail of monthly invoices of  Casner 3.08, Towers 2.08, Orrick 2.08, K&E 27thQ Initial Report response, PwC 28thQ fee application, Orrick 3.08, Buchanan 28th Interim 1/1/08-3/31/08 | 0.50 | 20.00 |
|  | BSR | draft final report re Baker Donelson for the 27th interim period | 0.30 | 69.00 |
|  | BSR | draft initial report to Beveridge & Diamond for the 27th interim period | 0.30 | 69.00 |
|  | BSR | detailed review of Beveridge & Diamond's  Dec. 2007 monthly application (.1); search docket for Beveridge & Diamond's 27th interim fee application (.2) | 0.30 | 69.00 |
|  | BSR | draft final report re Duane Morris for the 27th interim period | 0.40 | 92.00 |

W.R. Grace & Co.

Page    16

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/12/2008 | BSR | draft final report re Campbell & Levine for the 27th interim period | 0.60 | 138.00 |
| | BSR | detailed review of Fragomen's 27th interim fee application and monthly invoices | 0.30 | 69.00 |
| | BSR | telephone conference with Tony Scoles re fee applications to be filed by Deloitte & Touche LLP | 0.20 | 46.00 |
| 5/13/2008 | CR | Update database with bmc 2.08 amended monthly invoices | 0.10 | 4.00 |
| | CR | Update database with Deloitte & Touche 6.07, 7.07, 8.07, 9.07, 10.07, 11.07 and 12.07 monthly invoices | 0.30 | 12.00 |
| | CR | Update final report database and check calculations for 25th Interim | 0.80 | 32.00 |
| | CR | draft e-mail to W.Smith re: 27thQ Final Reports for Campbell and Duane Morris for review | 0.20 | 8.00 |
| 5/14/2008 | CR | Update final report database and check calculations for 25th Interim | 4.00 | 160.00 |
| 5/15/2008 | CR | Prepare and serve 27th Interim Initial Report for Beveridge | 0.30 | 12.00 |
| | CR | Update database with e-detail for Ogilvy 4.08 monthly invoice | 0.20 | 8.00 |
| | CR | Update database with Casner 3.08 monthly invoice | 0.20 | 8.00 |
| | CR | draft e-mail to W.Smith re: Baker and Ogilvy 27thQ Final Reports for review | 0.20 | 8.00 |
| | CR | Update database with Kramer 28th Interim 1/1/08-3/31/08 | 0.20 | 8.00 |
| | BSR | draft final report re PwC for the 27th interim period | 1.20 | 276.00 |
| | BSR | draft final report re Ogilvy Renault for the 27th interim period | 0.30 | 69.00 |

W.R. Grace & Co.                                                                                    Page    17

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/15/2008 | BSR | draft final report re Baker Donelson for the 27th interim period | 1.50 | 345.00 |
| | CR | Update database with e-detail Foley 28th Interim 1/1/08-3/31/08 | 0.20 | 8.00 |
| 5/16/2008 | BSR | receive and review Kramer's response to initial report (27th) as well as supplemental fee detail | 0.30 | 69.00 |
| | BSR | draft final report (continued) re Kramer Levin for the 27th interim period | 0.40 | 92.00 |
| | CR | draft e-mail to W.Smith re: PwC 27thQ Final Report | 0.20 | 8.00 |
| | BSR | receive and review additional expense information provided by Kramer Levin | 0.40 | 92.00 |
| | BSR | draft final report re Stroock for the 27th interim period (.3); draft email to Arlene Krieger requesting additional information (.2) | 0.50 | 115.00 |
| | BSR | draft final report re Kramer Levin for the 27th interim period (.4); draft email to Kramer Levin requesting additional information (.1) | 0.50 | 115.00 |
| 5/17/2008 | WHS | detailed review of 27th - Final Report re PricewaterhouseCoopers | 0.20 | 55.00 |
| | WHS | detailed review of, and revisions to,  27th - Final Report re PricewaterhouseCoopers | 0.30 | 82.50 |
| | WHS | detailed review of 27th - Final Report re Ogilvy | 0.20 | 55.00 |
| | WHS | detailed review of 27th - Final Report re Baker Donelson | 0.20 | 55.00 |
| | WHS | detailed review of 27th - Final Report re Campbell & Levine | 0.20 | 55.00 |
| 5/19/2008 | CR | Electronic filing with court of Final Reports for 27th Q for PwC, Ogilvy, Baker, Campbell and Kramer | 0.70 | 28.00 |
| | CR | Electronic filing with court of Kramer 27th Q Final Report | 0.20 | 8.00 |

W.R. Grace & Co.                                                                                          Page    18

| Date | | | Hours | Amount |
|---|---|---|---|---|
| 5/20/2008 | CR | Electronic filing with court of Duane Morris 27thQ Final Report | 0.40 | 16.00 |
| | CR | draft e-mail to W.Smith re: 27thQ Final Reports for Reed, Stroock and Duane Morris | 0.20 | 8.00 |
| | CR | Update database with e-detail Phillips 28th interim and Stroock response to 27th interim Initial Report | 0.30 | 12.00 |
| | CR | Update database with e-detail of Ferry 1.08, 2.08, 3.08 and 28thQ applications and Bilzin and Hamilton with 28thQ applications. | 0.40 | 16.00 |
| | BSR | draft final report re Duane Morris (27th) with revisions (.2); draft email to Warren Smith re same (.1) | 0.30 | 69.00 |
| | BSR | draft e-mail to Michael Lastowski re follow-up inquiry (27th period) | 0.20 | 46.00 |
| | BSR | draft e-mail to Mark Zumbach with inquiry concerning computer charges | 0.10 | 23.00 |
| | BSR | draft final report re Reed Smith for the 27th interim period | 0.50 | 115.00 |
| | BSR | draft final report re Stroock for the 27th interim period | 1.00 | 230.00 |
| | BSR | receive and review additional expense information provided by Stroock | 0.10 | 23.00 |
| | WHS | detailed review of 27th - Final Report re Duane Morris | 0.20 | 55.00 |
| | BSR | draft final report re Lexecon for the 27th interim period | 0.50 | 115.00 |
| 5/21/2008 | CR | Electronic filing with court of 27th interim Final Reports for Stroock and Reed Smith | 0.70 | 28.00 |
| | WHS | detailed review of, and revisions to, 27th - Final Report re Stroock | 0.20 | 55.00 |
| | WHS | detailed review of, and revisions to, 27th - Final Report re Reed Smith | 0.30 | 82.50 |

W.R. Grace & Co.                                                                                                  Page    19

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 5/21/2008 | CR | Electronic filing with court of D. Morris 27th interim Final Report | 0.30 | 12.00 |
|  | CR | Update database with e-detail D. Morris 4.08 | 0.20 | 8.00 |
| 5/22/2008 | BSR | legal research re billing for in-house computer services (in connection with final report re Lexecon 27th interim) | 1.50 | 345.00 |
|  | BSR | draft final report re Lexecon for the 27th interim period | 2.80 | 644.00 |
|  | BSR | draft e-mails to various applicants concerning their final reports for the 27th interim period | 0.50 | 115.00 |
|  | CR | Update database with e-detail of bmc 1.08 & corrected 2.08 fee application | 0.20 | 8.00 |
| 5/23/2008 | CR | draft correction to Lexecon Final Report for 27th interim and forward to W.Smith via email | 0.30 | 12.00 |
|  | DTW | Telephone call with B. Ruhlander regarding K&E travel expense (.1). | 0.10 | 14.50 |
|  | BSR | draft final report re Kirkland & Ellis | 4.60 | 1,058.00 |
| 5/24/2008 | BSR | draft final report re David Austern for the 27th interim period | 0.30 | 69.00 |
|  | WHS | receive and review agenda | 0.10 | 27.50 |
|  | BSR | receive and review Piper Jaffray's response to initial report for the 27th interim period | 0.10 | 23.00 |
|  | BSR | draft final report re Kirkland & Ellis | 0.50 | 115.00 |
| 5/25/2008 | BSR | receive and review Towers Perrin's response to our initial report for the 27th interim period; draft email responding to same | 0.20 | 46.00 |
|  | BSR | draft final report re Lawson Lundell for the 26th interim period | 0.60 | 138.00 |

W.R. Grace & Co.                                                                                           Page    20

| Date | | Description | Hours | Amount |
|------|---|-------------|-------|--------|
| 5/26/2008 | CR | Update database with e-detail of Piper 2.08 and Towers 3.08 monthly invoices | 0.20 | 8.00 |
| | CR | draft e-mail to W.Smith Lexecon 27th interim Final Report | 0.20 | 8.00 |
| | CR | draft e-mail to W.Smith re: K&E 27th interim Final Report, and David Austern 27th interim Final Report | 0.30 | 12.00 |
| | CR | draft e-mail to W.Smith re: corrected K&E 27th interim Final Report | 0.20 | 8.00 |
| 5/27/2008 | CR | Update database with e-detail of Beveridge 27th interim Initial Report response | 0.30 | 12.00 |
| | CR | Electronic filing with court of Lexecon Final Report 27th interim | 0.30 | 12.00 |
| | BSR | left detailed telephone voicemail for Pamela Marks at Beveridge & Diamond | 0.10 | 23.00 |
| | BSR | draft e-mail to Warren Smith re Stroock hotel charge (including research of whether there were any  charges by other professionals for stays at that hotel) | 0.30 | 69.00 |
| | BSR | draft final report re Lexecon with revisions (.4); draft email to Warren Smith re same (.1) | 0.50 | 115.00 |
| | BSR | telephone conference with Warren Smith re Lexecon's computer capability charges | 0.10 | 23.00 |
| | BSR | telephone conference with Arlene Krieger of Stroock re hotel expense reductions in our final report for the 27th interim period | 0.10 | 23.00 |
| | WHS | detailed review of, and revisions to, 27th - Final Report re Kirkland & Ellis | 0.20 | 55.00 |
| | WHS | detailed review of 27th - Final Report re David T. Austern | 0.10 | 27.50 |
| | DL | e-filing of WHS CNO for 4/08 | 0.10 | 11.00 |

W.R. Grace & Co.                                                                                   Page    21

| | | | Hours | Amount |
|---|---|---|---|---|
| 5/28/2008 | BSR | telephone conference with Mark Zumbach of Lexecon concerning our final report | 0.10 | 23.00 |
| | BSR | draft e-mails to various applicants concerning filing of their final reports | 0.30 | 69.00 |
| | WHS | detailed review of, and revisions to,  Final Report re Lexecon - Version 2 | 0.30 | 82.50 |
| | WHS | receive and review response of Beveridge & Diamond | 0.10 | 27.50 |
| 5/29/2008 | BSR | Draft final report re Lawson Lundell for the 26th Interim period | 1.30 | 299.00 |
| | BSR | detailed review of Lawson Lundell's quarterly fee application for the 26th interim period | 0.10 | 23.00 |
| | BSR | draft final report re Pachulski for the 27th interim period | 0.70 | 161.00 |
| | BSR | research regarding hotel rates in Westlake Village CA (.6); draft email to Warren Smith re same (.2) | 0.80 | 184.00 |
| | BSR | detailed review of Beveridge & Diamond's quarterly fee application for the 27th interim period | 0.10 | 23.00 |
| 5/30/2008 | BSR | draft final report re Orrick for the 27th interim period | 1.20 | 276.00 |
| | BSR | detailed review of additional expense information provided by Orrick | 1.70 | 391.00 |
| | BSR | draft final report re Bilzin for the 27th interim period | 3.00 | 690.00 |
| 5/31/2008 | BSR | draft omnibus final report for the 27th interim period | 5.10 | 1,173.00 |
| 6/1/2008 | WHS | receive and review amended agenda | 0.10 | 27.50 |
| 6/3/2008 | CR | draft e-mail to W.Smith for review of Final Reports for Omnibus 27thQ, Lawson Lundell 26thQ, Pachulski 27th Q | 0.20 | 8.00 |

W.R. Grace & Co.                                                                                                    Page     22

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/4/2008 | BSR | draft omnibus final report for the 27th interim period | 0.40 | 92.00 |
| | BSR | draft final report re Bilzin for the 27th interim period | 0.40 | 92.00 |
| | BSR | detailed review of Latham & Watkins' Aug. 2007 monthly application and 26th and 27th interim fee applications | 0.30 | 69.00 |
| | CR | draft e-mail to W.Smith regarding: review of the 27th interim Omnibus Final Report | 0.20 | 8.00 |
| | BSR | receive and review expense information and receipts sent by Orrick in response to our initial report for the 27th interim period (5.0); draft email to Rick Wyron re same (.1) | 5.10 | 1,173.00 |
| | CR | draft e-mail to W. Smith regarding: Bilzin 27th interim period Final Report | 0.20 | 8.00 |
| | CR | Update database with e-detail Beveridge 27th Interim application | 0.20 | 8.00 |
| | WHS | detailed review of, and revisions to, 27th - Final Report re Pachulski | 0.20 | 55.00 |
| | WHS | detailed review of 27th - Final Report re Bilzin | 0.20 | 55.00 |
| | WHS | detailed review of 26th - Final Report re Lawson Lundell | 0.20 | 55.00 |
| | WHS | detailed review of 27th - Omnibus Final Report | 0.20 | 55.00 |
| 6/5/2008 | BSR | telephone conference with Debra Fullem of Orrick re expense issues; exchange emails with Debra re expense issues | 0.30 | 69.00 |
| 6/6/2008 | CR | Electronic filing with court of Final Reports for  26th interim period for Lawons and 27th interim period for Bilzin and Pachulski | 0.60 | 24.00 |
| | CR | Electronic filing with court of 26th interim final report and Omnibus 27th interim final report | 0.30 | 12.00 |

W.R. Grace & Co.                                                                                          Page    23

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/6/2008 | CR | Update database with e-detail of bmc 28th interim fee application exhibits and application and 3.08 monthly invoice | 0.40 | 16.00 |
|  | CR | Electronic filing with court of 27th interim period Final Reports for Pachulski and Bilzin | 0.50 | 20.00 |
|  | DL | Draft of WHS for 27th Interim App. 10/07 - 12/07 | 1.50 | 165.00 |
|  | DL | e-filing of WHS for Monthly Compensation for 10/07  (.1), 11/07 (.1), 12/07 (.1) | 0.30 | 33.00 |
|  | DL | Draft of WHS for Monthly Compensation for 10/07 (.2), 11/07 (.2), 12/07 (.2) | 0.60 | 66.00 |
| 6/9/2008 | CR | Electronic filing with court  for 27th interim Omnibus Final Report | 0.40 | 16.00 |
|  | CR | Update database with e-detail of 4.08 monthly invoice for Casner | 0.20 | 8.00 |
|  | JAW | detailed review of Kirkland & Ellis' January 2008 monthy invoice (7.9) | 7.90 | 1,066.50 |
|  | BSR | draft e-mails to Cherie Rogers and Lynzy Oberholzer re omnibus final report (27th) | 0.30 | 69.00 |
| 6/10/2008 | BSR | draft final report re Orrick (including review of additional expense information supplied by Orrick in response to our initial report and follow-up inquiries) | 5.40 | 1,242.00 |
|  | DL | Draft of WHS monthly compensation for May 2008 | 0.20 | 22.00 |
|  | DL | e-filing of WHS monthly compensation for May 2008 | 0.10 | 11.00 |
|  | JAW | detailed review of Kirkland & Ellis' January 2008 monthy invoice (9.8) | 9.80 | 1,323.00 |
|  | BSR | research docket for pertinent pleadings or objections | 0.10 | 23.00 |

W.R. Grace & Co.                                                                                        Page    24

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/10/2008 | BSR | draft final report re Caplin & Drysdale's 27th interim fee application | 0.80 | 184.00 |
| | BSR | receive and review Caplin & Drysdale's response to initial report for the 27th interim period | 0.20 | 46.00 |
| 6/11/2008 | CR | Update database with e-detail for Stroock 28th interim application 1/1/08-3/31/08 | 0.20 | 8.00 |
| | CR | Update database with e-detail for K&E 3.08 and 28th interim 1/1/08-3/31/08 and Reed 4.08 | 0.20 | 8.00 |
| | DTW | telephone conference with B. Ruhlander regarding Caplin car service issue (.1) | 0.10 | 14.50 |
| | CR | Update database with e-detail for Hamilton 4.08, Hillsoft 4.08 and Bilzin 4.08, Phillips 4.08, Caplin response to 27th Interim initial report, Stroock 4.08, Capstone 28th interim application | 1.00 | 40.00 |
| | BSR | draft final report re Caplin & Drysdale for the 27th interim period | 7.30 | 1,679.00 |
| | BSR | receive and review email re computer charges from Mark Zumbach at Lexecon (.1); draft email to Warren Smith re same (.2) | 0.30 | 69.00 |
| | BSR | detailed review of Orrick's fees billed under the Litigation project category for the 27th interim period (1.9); draft email to Warren Smith re same (.6) | 2.50 | 575.00 |
| | JAW | detailed review of Kirkland & Ellis' January 2008 monthy invoice (10.1) | 10.10 | 1,363.50 |
| 6/12/2008 | CR | draft Project Category Summary Spreadsheet for 27th interim | 4.00 | 440.00 |
| | CR | draft e-mail to W. Smith regarding: Caplin 27th interim Final Report Review | 0.20 | 8.00 |
| | CR | draft e-mail to W.Smith regarding 27th interim Final Report for Orrick | 0.20 | 8.00 |
| | BSR | review draft project category chart (27th) (.2); draft email to Cherie Rogers with more information for chart (.3) | 0.50 | 115.00 |

W.R. Grace & Co.

Page    25

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/12/2008 | CR | update database of Caplin 27th interim Initial report response | 0.20 | 8.00 |
| | JAW | detailed review of Kirkland & Ellis' January 2008 monthy invoice (9.3) | 9.30 | 1,255.50 |
| | BSR | telephone conference with Cherie Rogers re error in Orrick's project category summary; review of Orrick's monthly invoices to determine source of error | 0.30 | 69.00 |
| | BSR | draft final report re Orrick for the 27th interim period (.5); draft email to Warren Smith re same (.2) | 0.70 | 161.00 |
| 6/13/2008 | CR | draft Project Catgegory Summary Detail Spreadsheet for 27th interim | 6.00 | 660.00 |
| | JAW | draft summary of Kirkland & Ellis' January 2008 monthly invoice (8.2) | 8.20 | 1,107.00 |
| | BSR | draft and respond to several emails concerning items needed for final hearing agenda on June 23 (.4); telephone conferences with Jeff Allgood and Cherie Rogers re same (.3) | 0.70 | 161.00 |
| | BSR | draft fee and expense chart (27th) with recommendations | 5.10 | 1,173.00 |
| | BSR | detailed review of 28th quarterly fee application and monthlyl invoices of Buchanan Ingersoll & Rooney (.6); draft email to Teresa Currier re same (.1) | 0.70 | 161.00 |
| | WHS | receive and review e-mail re fee app hearing | 0.10 | 27.50 |
| 6/16/2008 | BSR | draft final report re Buchanan's 28th interim fee application | 0.40 | 92.00 |
| | CR | Electronic filing with court of Caplin 27th Int Final Report w/exhibits A,B,C | 0.40 | 16.00 |
| | BSR | draft fee and expense chart for 27th interim period | 0.30 | 69.00 |
| | CR | Electronic filing with court of Orrick 27th Int Final Report w/exhibits A,B,C | 0.40 | 16.00 |

W.R. Grace & Co.                                                                                          Page    26

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/16/2008 | JAW | draft summary of Kirkland & Ellis' January 2008 monthly invoice (1.2) | 1.20 | 162.00 |
|  | JAW | detailed review of Kirkland & Ellis February 2008 monthly invoice (8.1) | 8.10 | 1,093.50 |
|  | BSR | receive, review, and respond to email from Lynzy Oberholzer at Pachulski re project category chart (.2); review draft of chart (.2) | 0.40 | 92.00 |
|  | WHS | telephone conferences with Bobbi Ruhlander, Jay Sakalo re Bilzen | 0.30 | 82.50 |
|  | BSR | telephone conference with Jay Sakalo re Bilzin's objections to final report (27th) (.1); draft email to Warren Smith re same (.3); telephone conference with Warren Smith re same (.1) | 0.50 | 115.00 |
| 6/17/2008 | WHS | receive and review agenda | 0.20 | 55.00 |
|  | CR | Update database with e-detail Pachulski 1/1/08-3/31/08 interim app and 2.08 monthly invoice, 28th interim app for Duane Morris and monthly invoices for Capstone 3.08 and K&E 4.08, Buchanan 4.08 and Kramer 4.08 | 0.70 | 28.00 |
|  | BSR | receive, review, and respond to email from Jamie O'Neill inquiring as to status of open issues | 0.30 | 69.00 |
|  | JAW | detailed review of Kirkland & Ellis February 2008 monthly invoice (7.8) | 7.80 | 1,053.00 |
|  | WHS | receive, review, and respond to e-mail from Mr. Zumbach re Lexecon charges | 0.30 | 82.50 |
|  | BSR | receive and review hearing agenda for June 23 (.1); draft emails to Warren Smith and Jeff Allgood re same (.1) | 0.20 | 46.00 |
|  | BSR | telephone conference with Warren Smith re Lexecon response to final report (27th); telephone conference with Mark Zumbach re Warren's email to Lexecon | 0.10 | 23.00 |
| 6/18/2008 | JAW | detailed review of Kirkland & Ellis February 2008 monthly invoice (5.9) | 5.90 | 796.50 |

W.R. Grace & Co.                                                                                    Page    27

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/18/2008 | LMH | receive, review, and respond to e-mail from B. Ruhlander re: Caplin's twenty-seventh interim period application. | 0.10 | 13.50 |
|  | JAW | detailed review of Kirkland & Ellis March 2008 monthly invoice (3.2) | 3.20 | 432.00 |
| 6/19/2008 | JAW | detailed review of Kirkland & Ellis March 2008 monthly invoice (9.3) | 9.30 | 1,255.50 |
|  | CR | Update database with e-detail of monthly invoice for PricewaterhouseCoopers LLP 4.08 | 0.20 | 8.00 |
|  | CR | draft e-mail to J.Wehrmann with attachments of K&E 2.08 monthly invoice | 0.20 | 8.00 |
|  | BSR | telephone conference with Lisa Hamm re files needed for hearing on 27th interim fee applications | 0.10 | 23.00 |
|  | BSR | telephone conference with Cherie Rogers re my folder of final fee application issues for W.R. Grace case; forward same to Cherie to put on server | 0.10 | 23.00 |
|  | BSR | telephone conference with Mark Zumbach re hearing on June 23; left follow-up voice mail for Mark Zumbach re same | 0.10 | 23.00 |
| 6/20/2008 | BSR | research docket for objection filed by Bilzin to our final report (27th) | 0.10 | 23.00 |
|  | JAW | detailed review of Kirkland & Ellis March 2008 monthly invoice (8.6) | 8.60 | 1,161.00 |
|  | BSR | conference with Cherie Rogers re files for fee application hearing on June 23 | 0.10 | 23.00 |
|  | BSR | research Bilzin file to make sure research previously performed on air fare charges was ready for Warren's review prior to hearing on 6/23 | 0.10 | 23.00 |
|  | BSR | research Lexecon file for copy of retention application and review same | 0.10 | 23.00 |
|  | BSR | review and revise project category chart for the 27th interim period (3.0); draft email to Cherie Rogers re same (.2) | 3.20 | 736.00 |

W.R. Grace & Co.

Page     28

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/20/2008 | BSR | draft e-mail to Warren Smith re issues at upcoming fee application hearing on 6/23 | 0.20 | 46.00 |
| 6/23/2008 | LMH | receive and review e-mail from B. Ruhlander to W. Smith re: hotel research for Judge Fitzgerald update. | 0.10 | 13.50 |
| | JAW | detailed review of Kirkland & Ellis March 2008 monthly invoice (10.3) | 10.30 | 1,390.50 |
| | LMH | telephone conference with B. Ruhlander re: hotel research for Judge Fitzgerald update. | 0.10 | 13.50 |
| | LMH | Second telephone conference with B. Ruhlander re: hotel research for Judge Fitzgerald update. | 0.10 | 13.50 |
| | CR | make corrections and additions to Project Category Spreadsheet for 27th interim | 1.50 | 165.00 |
| | CR | draft e-mail to Lynzy @ Pachulski with attachment of Project Category Spreadsheet | 0.10 | 4.00 |
| | CR | draft e-mail to J. Wehrmann e-detail of K&E 3.08 monthly invoice and Orrick 1.08 & 2.08 monthly invoices | 0.20 | 8.00 |
| | LMH | receive and review email from B. Ruhlander re: Washington D.C. and New York City hotel research for Judge Fitzgerald update. | 0.10 | 13.50 |
| | LMH | receive and review second e-mail from B. Ruhlander to W. Smith re: hotel research for Judge Fitzgerald update. | 0.10 | 13.50 |
| | LMH | receive and review e-mails (x2) from W. Smith re: hotel research for Judge Fitzgerald update. | 0.10 | 13.50 |
| | BSR | receive and review Bilzin's objection to our final report (27th) (.2); draft email to Warren Smith re same (.3); telephone conference with Warren Smith re same (.1); checked on method of service to determine why we had not yet received a copy and drafted email to Jeff Allgood re same (.1) | 0.70 | 161.00 |
| | BSR | draft e-mail to Warren Smith re updating hotel rate survey | 0.10 | 23.00 |
| | BSR | telephone conference with Warren Smith re outcome of fee application hearing and hotel rate update (.1); telephone conference with Lisa Hamm re assisting with hotel survey update (.1) | 0.20 | 46.00 |

W.R. Grace & Co.                                                                                    Page    29

|  |  |  | **Hours** | **Amount** |
|---|---|---|---|---|
| 6/23/2008 | BSR | draft e-mail to Lisa Hamm re updating hotel surveys for New York and Washington | 0.20 | 46.00 |
|  | BSR | telephone conference with Jeff Allgood re upcoming hearing dates; draft email to Warren Smith re same | 0.10 | 23.00 |
|  | BSR | telephone conferences with Cherie Rogers and Jeff Allgood re revisions to be made in project category chart for the 27th interim period | 0.40 | 92.00 |
|  | WHS | appear by telephone at fee app hearing | 0.30 | 82.50 |
| 6/24/2008 | BSR | telephone conferences (multiple) with Warren Smith concerning updating hotel rate surveys | 0.30 | 69.00 |
|  | BSR | draft chart re Chicago hotel rates | 2.00 | 460.00 |
|  | BSR | research regarding hotel rates in Chicago | 4.30 | 989.00 |
|  | BSR | telephone conferences (multiple) with Lisa Hamm re updating hotel surveys | 0.20 | 46.00 |
|  | BSR | receive and review updated research re NY hotel rates | 0.30 | 69.00 |
|  | CR | Update database with Beveridge 4.08 | 0.20 | 8.00 |
|  | CR | Update database with e-detail of monthly invoice for Ogilvy 5.08 | 0.20 | 8.00 |
|  | CR | Update database with e-detail of Orrick 3.08 and 4.08 fee apps | 0.20 | 8.00 |
|  | CR | Update database with e-detail ofTowers 2.08 | 0.10 | 4.00 |
|  | LMH | Research regarding New York City hotel rates. | 3.10 | 418.50 |
|  | LMH | telephone conference with W. Smith re: hotel research. | 0.10 | 13.50 |

W.R. Grace & Co.                                                                                      Page    30

| | | | Hours | Amount |
|---|---|---|---|---|
| 6/24/2008 | LMH | receive, review, and respond to e-mail from W. Smith re: hotel research. | 0.10 | 13.50 |
| | LMH | telephone conference with B. Ruhlander re: hotel research. | 0.10 | 13.50 |
| | JAW | draft summary of Kirkland & Ellis' March 2008 monthly invoice (6.3) | 6.30 | 850.50 |
| | DTW | Telephone call with B. Ruhlander and W. Smith regarding hotel rates (.3). | 0.30 | 43.50 |
| | LMH | telephone conference with W. Smith re: hotel research for Judge Fitzgerald update. | 0.10 | 13.50 |
| | JAW | draft summary of Kirkland & Ellis' February 2008 monthly invoice (1.9) | 1.90 | 256.50 |
| | BSR | telephone conference with Samara Kendrick at Fragomen re payments and other issues | 0.20 | 46.00 |
| | WHS | draft e-mail to James O'Neil re fee order | 0.40 | 110.00 |
| | LMH | receive, review, and respond to e-mail from W. Smith re: New York City hotel research for Judge Fitzgerald update. | 0.10 | 13.50 |
| | WHS | conferences with Bobbi Ruhlander, Doreen Williams, and Lisa Hamm re hotel price update | 0.30 | 82.50 |
| 6/25/2008 | JAW | detailed review of Orrick Herrington January 2008 monthly invoice (8.9) | 8.90 | 1,201.50 |
| | CR | Update database with monthly invoices for Blackstone 1.08, 2.08 & 3.08, Steptoe 1.08, 2.08 & 3.08, Scott Law 1.08 & 2.08, Piper 2.08, Latham 2.08, 3.08, 1.08, PricewaterhouseCoopers LLP 3.08, Towers 3.08, Pachulski 3.08, bmc 3.08 and Capstone 3.08 - forwarded hard copies to B.Ruhlander | 0.50 | 20.00 |
| | BSR | research regarding London hotel rates and class of hotels surveyed | 3.20 | 736.00 |
| | DTW | Respond to emails from B. Ruhlander and W. Smith regarding rates (.3); answer W. Smith email regarding hotels (.1) and review information on hotel rates (1.0); telephone call with B. Ruhlander regarding same (.1); | 2.10 | 304.50 |

W.R. Grace & Co.                                                                                            Page    31

|  |  |  | Hours | Amount |
|---|---|---|---|---|
|  |  | emails from B. Ruhlander and W. Smith regarding rates and email to B. Ruhlander regarding same (.2); lengthy email to W. Smith regarding hotels, email to B. Ruhlander regarding same (.4). |  |  |
| 6/25/2008 | CR | Update database with e-detail of K&E 1.08, 2.08 & 3.08 Summaries | 0.20 | 8.00 |
| 6/26/2008 | JAW | detailed review of Orrick Herrington January 2008 monthly invoice (5.8) | 5.80 | 783.00 |
|  | JAW | detailed review of Orrick Herrington February 2008 monthly invoice (3.4) | 3.40 | 459.00 |
|  | CR | Update database with Ogilvy monthy invoice 5.08,  28th interim 1-3.08 applications for Beveridge, Bilzin, Hamilton, Asbestos Committee, Morris, K&E, Casner, bmc, Pachulski, Ferry, Foley, Blackstone, Phillips, Woodcock, Capstone, Campbell, LAS, Anderson Kill & Olick, Charter, Stroock/Navigant, PricewaterhouseCoopers LLP, Phillips, Reed and Caplin | 0.80 | 32.00 |
|  | CR | Update database with 27th interim applications 10/1/07-12/31/07 for Nelson, Beveridge and Latham and 26th interim applications 7/1/07-9/30/07 for Latham and Lawson Lundell | 0.50 | 20.00 |
|  | DTW | Research regarding hotel rates (.5). | 0.50 | 72.50 |
| 6/27/2008 | BSR | research regarding London hotel rates | 1.20 | 276.00 |
|  | CR | Update database with e-detail of monthly invoice for Morris 5.08 | 0.20 | 8.00 |
|  | CR | Update database with e-detail of monthly invoice for Towers 3.08 amended | 0.20 | 8.00 |
|  | CR | Update database with monthly invoices Orrick 4.08 (forward to J. Wehrmann)and Latham's 28th Interim application (1/1/08-3/31/08) | 0.30 | 12.00 |
|  | BSR | draft memo and additional chart re updated London hotel rates | 1.00 | 230.00 |
|  | JAW | draft summary of Orrick Herrington's January 2008 monthly invoice (1.5) | 1.50 | 202.50 |

W.R. Grace & Co.                                                                                    Page    32

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 6/27/2008 | JAW | detailed review of Orrick Herrington February 2008 monthly invoice (4.7); draft summary of same (1.0) | 5.70 | 769.50 |
|  | BSR | telephone conference with James Wehrmann re Orrick March 2008 monthly invoice and Kirkland 28th | 0.10 | 23.00 |
| 6/29/2008 | BSR | detailed review of Anderson Kill & Olick's Jan. and March 2008 monthly applications | 0.30 | 69.00 |
|  | BSR | detailed review of Beveridge & Diamond's Jan-Feb and March 2008 monthly applications | 0.20 | 46.00 |
|  | BSR | detailed review of Bilzin Sumberg's Jan., Feb., and March 2008 monthly fee applications | 0.60 | 138.00 |
| 6/30/2008 | MWS | review and compare prior local rules with amended rules. | 0.40 | 92.00 |
|  | BSR | research regarding New York hotel rates | 8.80 | 2,024.00 |
|  | BSR | telephone conferences (multiple) with Warren Smith and Doreen Williams re additional search of NY hotels and format of letter to the court | 0.20 | 46.00 |
|  | LMH | research regarding Washington D.C. hotel rates. | 1.40 | 189.00 |
|  | DTW | Several telephone calls with W. Smith and B. Ruhlander regarding hotel rates (.3); research regarding same (1.1); continue research and email to B. Ruhlander regarding same (.5); email from and to B. Ruhlander regarding same (.2). | 2.10 | 304.50 |
|  | JAW | draft summary of Orrick Herrington's January 2008 monthly invoice (3.9) | 3.90 | 526.50 |
|  | JAW | detailed review of Orrick Herrington's March 2008 monthly invoice (5.4) | 5.40 | 729.00 |

**For professional services rendered**                                         **424.40 $68,094.00**

W.R. Grace & Co.                                                                                    Page      33

      Additional Charges :

|  | Price | Amount |
|---|---|---|
| Pacer charges for April 2008 | 20.00 | 20.00 |
| Pacer Chargers for May 2008 | 47.20 | 47.20 |
| Third party copies & document prep/setup. 6.2007 | 7.75 | 7.75 |
| Third party copies & document prep/setup. 8.2007 | 126.15 | 126.15 |
| Third party copies & document prep/setup.9.2007 | 415.12 | 415.12 |
| Third party copies & document prep/setup. 10.2007 | 18.73 | 18.73 |
| Third party copies & document prep/setup.3.2008 | 222.94 | 222.94 |

**Total costs**                                                                                    **$857.89**

**Total amount of this bill**                                                            **$68,951.89**

Timekeeper Summary

| Name | Hours | Rate | Amount |
|---|---|---|---|
| Alexa L. Parnell | 0.60 | 155.00 | $93.00 |
| Bobbi S. Ruhlander | 141.30 | 230.00 | $32,499.00 |
| Cherie Rogers | 12.50 | 110.00 | $1,375.00 |
| Cherie Rogers | 32.90 | 40.00 | $1,316.00 |
| Debbie Lucas | 3.70 | 110.00 | $407.00 |
| Doreen Williams | 7.30 | 145.00 | $1,058.50 |
| James A. Wehrmann | 193.10 | 135.00 | $26,068.50 |
| Lisa M Hamm | 27.00 | 135.00 | $3,645.00 |
| Mark W Steirer | 0.40 | 230.00 | $92.00 |
| Warren H Smith | 5.60 | 275.00 | $1,540.00 |