# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

Clerk of the Court
824 Market Street
Wilmington DE 19801
(302) 252-2900

Date: **11/26/08**

To: District of Delaware
U. S. Courthouse - 844 King Street
Wilmington DE 19801

Re: **WR Grace**
Case 01-1139
Appeal BAP #08-66

Enclosed please find the: **Record Appeal docket #19852.**
**Orders: docket # 19743, Memorandum #19742 Summary of Judgment #14584**
**Appellants Designations to be sent direct to District Court.**


__X__ Filing fee paid on <u>10/24/2008</u> receipt #<u>3619850</u>
_____ Filing fee not paid
Please acknowledge receipt on the copy provided.

Sincerely,
___/s/_____
Betsy Magnuson
Deputy Clerk, U.S. Bankruptcy Court

I hereby acknowledge receipt of the above Record on Appeal this _____ day of_____,
2008.

By:_____
   Deputy Clerk, U.S. District Court

## TRANSMITTAL SHEET FOR APPEAL SUBMITTED TO U.S. DISTRICT COURT

**WR Grace 01-1139**
Deputy Clerk Transferring Case: Betsy Magnuson (302) 252-2900 X5114
Case Type: **Chapter 11   Appeal BAP 08-66**

**Appellant:**  Macerich Fresno Limited Partnership

**Counsel:**   William P. Bowden
Ashby & Geddes P.A.
500 Delaware Avenue
8th Floor
Wilmington De 19801

**Appellee**   W.R .Grace

**Counsel :**   David W. Carickhoff, Jr
Pachulski Ziehl Stang Ziehl Young Jones
919 N. Market St.
16th Floor
Wilmington, DE 19899