REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1783679
One Town Center Road                      Invoice Date      11/26/08
Boca Raton, FL    33486                   Client Number       172573

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

    Fees                          2,458.50
    Expenses                          0.00

            TOTAL BALANCE DUE UPON RECEIPT          $2,458.50
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number     1783679 |
| One Town Center Road | Invoice Date      11/26/08 |
| Boca Raton, FL    33486 | Client Number      172573 |
| | Matter Number       60026 |

===========================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 10/08/08 | Ament | Telephone call from K. Love from K&E re: hearing (.10); assist K&E with coordinating said hearing in Pittsburgh (.30); various e-mails and telephone calls re: same (.20); e-mails re: 10/20/08 omnibus hearing (.20); arrange for T. Rea to participate in said hearing (.10). | .90 |
| 10/09/08 | Ament | Various e-mails and meetings to coordinate logistics for K&E relating to hearings on 10/27/08 and 10/28/08 (.50); e-mails with T. Rea re: 12/15/08 omnibus hearing (.10). | .60 |
| 10/10/08 | Ament | Various e-mails and telephone calls to coordinate logistics for K&E relating to hearings on 10/27/08 and 10/28/08 (.50); e-mails re: 10/20/08 omnibus hearing (.10). | .60 |
| 10/14/08 | Ament | Circulate agenda for 10/20/08 omnibus hearing to team (.10); e-mails re: said hearing (.10). | .20 |
| 10/16/08 | Ament | E-mails re: 10/20/08 omnibus hearing. | .20 |

172573 W. R. Grace & Co.     Invoice Number  1783679
60026  Litigation and Litigation Consulting  Page   2
   November 26, 2008

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 10/17/08 | Ament | Circulate amended agenda re: 10/20/08 omnibus hearing to team (.10); telephone call from K. Love of K&E re: hearing (.10); follow-up e-mails with K. Love re: same (.10); coordinate logistics for K&E re: said hearing (.20); various e-mails and telephone calls re: same (.20). | .70 |
| 10/20/08 | Ament | Assist K&E with hearing preparation (.20); various e-mails and telephone calls re: logistics for same (.30). | .50 |
| 10/21/08 | Ament | Various e-mails and telephone calls to assist K&E with logistics for 10/27/08 hearing (.20); circulate agenda to team re: said hearing (.10). | .30 |
| 10/22/08 | Ament | Various e-mails, meetings and telephone calls to coordinate hearing preparation for K&E relating to 10/27/08 hearing (.90); telephone call from K. Love of K&E re: logistics of same (.20). | 1.10 |
| 10/23/08 | Ament | Various e-mails, meetings and telephone calls to assist K&E with hearing preparation re: 10/27/08 hearing (.80); e-mails with K. Love of K&E re: logistics re: same (.20); circulate agenda for 10/27/08 and 10/28/08  hearing to team (.10); various telephone calls with K. Love re: hearing preparation (.30); telephone call from K. Love re: exhibits (.10). | 1.50 |
| 10/24/08 | Ament | Various e-mails and telephone calls with K. Love re: logistics for hearing preparation for K&E re: 10/27/08 hearing (.30); various e-mails, telephone calls and meetings to coordinate same (.50); assemble exhibits for consolidated response re: objections (.20); hand deliver same to Judge Fitzgerald (.10); meet with D. Cameron re: hearing | 1.20 |

```
172573 W. R. Grace & Co.                        Invoice Number  1783679
60026  Litigation and Litigation Consulting     Page   3
       November 26, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| | | preparation (.10). | |
| 10/25/08 | Ament | Various e-mails and telephone calls with K. Love to assist K&E with hearing preparation. | .50 |
| 10/26/08 | Ament | Various e-mails and telephone calls to assist K&E with hearing preparation and coordinate logistics of same. | 1.20 |
| 10/27/08 | Ament | Various e-mails, meetings and telephone calls to assist K&E with hearing preparation for hearing. (2.0); additional telephone calls and e-mails to assist K&E re: disclosure statement hearing (1.0). | 2.00 |
| 10/28/08 | Ament | Various telephone calls, e-mails and meetings to assist K&E with return of documents from 10/27/08 hearing. | 1.00 |
| 10/29/08 | Ament | Various e-mails, meetings and telephone calls to coordinate logistics for K&E hearing preparation re: 11/13/08 and 11/14/08 hearings. | .70 |
| 10/30/08 | Ament | Obtain and provide asbestos debtors' POR to D. Cameron for Grace purposes (.30); meet with A. Muha re: same (.10); follow-up e-mails with D. Cameron re: same (.10); various e-mails, meetings and telephone calls to assist K&E with logistics for hearing preparation for Nov. (.70). | 1.20 |
| 10/31/08 | Ament | Various e-mails and telephone calls to assist K&E with hearing preparation for Nov. | .50 |

```
                                                          ------
                                          TOTAL HOURS      14.90
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Sharon A. Ament | 14.90 at $ 165.00 = | | 2,458.50 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
       November 26, 2008

Invoice Number  1783679
Page   4

CURRENT FEES                                    2,458.50


                                               ------------
TOTAL BALANCE DUE UPON RECEIPT                   $2,458.50
                                               ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number    1783680
5400 Broken Sound Blvd., N.W.        Invoice Date      11/26/08
Boca Raton, FL 33487                 Client Number      172573

=============================================================================

Re: W. R. Grace & Co.


(60028)   ZAI Science Trial

        Fees                        30,375.50
        Expenses                         0.00

                  TOTAL BALANCE DUE UPON RECEIPT        $30,375.50
                                                       ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                                    Invoice Number    1783680
5400 Broken Sound Blvd., N.W.                  Invoice Date    11/26/08
Boca Raton, FL 33487                           Client Number      172573
                                               Matter Number       60028

===========================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 10/01/08 | Ament | Meet with R. Aten re: BNSF claim forms. | .10 |
| 10/06/08 | Samuel | Legal research and analysis re consumer products issues. | 6.20 |
| 10/07/08 | Samuel | Continued research re consumer products issues. | 1.50 |
| 10/08/08 | Restivo | Analysis of ZAI claim review materials. | .50 |
| 10/09/08 | Samuel | Continued research on consumer products issues. | 3.20 |
| 10/10/08 | Samuel | Update chart on consumer products issues (3.3); submit research to T. Rea (0.2). | 3.50 |
| 10/13/08 | Aten | Began drafting memo re: statute of limitations in specific states. | 2.90 |
| 10/13/08 | Rea | Analysis of ZAI research/claim assessment form. | 2.80 |
| 10/13/08 | Samuel | Meeting with Traci Rea (0.6); follow-up research (0.9). | 1.50 |
| 10/14/08 | Aten | Continue to draft/revise memo re: statute of limitations. | .80 |
| 10/14/08 | Rea | Research on ZAI claims. | 2.60 |

172573  W. R. Grace & Co.                           Invoice Number  1783680
60028   ZAI Science Trial                           Page    2
        November 26, 2008

| Date | Name | | Hours |
| -------- | ----------- | --- | ----- |
| 10/14/08 | Samuel | Review cases for follow-up email to T. Rea re consumer products issues. | 1.50 |
| 10/14/08 | Samuel | Review cases for follow-up email to T. Rea re consumer products issues. | 1.60 |
| 10/15/08 | Aten | Continue to draft memo analyzing statute of limitations. | 8.40 |
| 10/15/08 | Rea | Continue research on ZAI claims. | 3.10 |
| 10/15/08 | Samuel | Continue legal research re consumer products issues. | 3.50 |
| 10/16/08 | Aten | Continue to conduct case law research re: statute of limitations. | 6.80 |
| 10/16/08 | Rea | Continue research on ZAI claims. | 5.50 |
| 10/16/08 | Samuel | Continue research and meet with T. Rea re: same. | 2.10 |
| 10/17/08 | Rea | Continue research re: ZAI claims. | 1.50 |
| 10/17/08 | Samuel | Prepare updates to chart re: consumer products issues. | 1.40 |
| 10/20/08 | Rea | Continue research re: ZAI claims. | .20 |
| 10/21/08 | Ament | Circulate order establishing bar date relating to Canadian ZAI claims to team. | .10 |
| 10/21/08 | Rea | Review and analyze materials relating to ZAI claims. | .30 |
| 10/21/08 | Samuel | Continue research on consumer products issues. | 1.10 |
| 10/22/08 | Rea | Review additional research materials re: ZAI claims. | .80 |
| 10/22/08 | Samuel | Work on memorandum re: consumer products issues. | 3.10 |
| 10/23/08 | Rea | Continue research re: ZAI claims. | .20 |

172573 W. R. Grace & Co.                              Invoice Number  1783680
60028  ZAI Science Trial                              Page   3
       November 26, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 10/23/08 | Samuel | Legal research and analysis re consumer products law issues in several states. | 6.00 |
| 10/24/08 | Aten | Continue to analyze case law re: statute of limitations and to draft/revise memo. | 3.40 |
| 10/24/08 | Samuel | Legal research and analysis re law issues in several states (2.9); finalize memorandum and email same to T. Rea (1.6). | 4.50 |
| 10/26/08 | Aten | Continue to read/analyze and to draft memo re: statute of limitations. | 1.40 |
| 10/27/08 | Aten | Continue to research and draft memo re: statute of limitations. | 5.30 |
| 10/27/08 | Rea | Review and analyze materials relating to ZAI claims. | .70 |
| 10/28/08 | Aten | Finalized memo on statute of limitations. | 2.70 |
| 10/28/08 | Rea | Continue research re: ZAI claims. | 1.20 |
| 10/30/08 | Ament | Circulate ZAI claiamnts' motion for class certification and memorandum of points and authorities in support of same to team. | .10 |
| 10/31/08 | Rea | Review and analyze materials relating to ZAI claims. | 1.30 |

                                                             ------
                                          TOTAL HOURS        93.40

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|---|------|---|-------|
| James J. Restivo Jr. | 0.50 | at | $ 675.00 | = | 337.50 |
| Traci Sands Rea | 20.20 | at | $ 435.00 | = | 8,787.00 |
| Rebecca E. Aten | 31.70 | at | $ 335.00 | = | 10,619.50 |
| Alexandria C. Samuel | 40.70 | at | $ 260.00 | = | 10,582.00 |
| Sharon A. Ament | 0.30 | at | $ 165.00 | = | 49.50 |

                       CURRENT FEES                          30,375.50

172573 W. R. Grace & Co.
60028  ZAI Science Trial
        November 26, 2008

Invoice Number  1783680
Page   4

```
                                                      ------------
                    TOTAL BALANCE DUE UPON RECEIPT       $30,375.50
                                                      =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                           Invoice Number    1783681
5400 Broken Sound Blvd., N.W.         Invoice Date      11/26/08
Boca Raton, FL 33487                  Client Number       172573


================================================================================

Re: W. R. Grace & Co.


(60029)  Fee Applications-Applicant

    Fees                      3,989.50
    Expenses                      0.00

              TOTAL BALANCE DUE UPON RECEIPT       $3,989.50
                                                ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1783681
5400 Broken Sound Blvd., N.W.        Invoice Date       11/26/08
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60029

===============================================================================

Re: (60029)  Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2008

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 10/03/08 | Ament | Prepare spreadsheet for 30th quarterly fee application. | .20 |
| 10/08/08 | Ament | Continue preparing spreadsheet for 30th quarterly fee application. | .60 |
| 10/09/08 | Ament | Begin drafting 30th quarterly fee application summary and narrative. | .30 |
| 10/16/08 | Ament | E-mails re: Sept. monthly fee application and 30th quarterly fee application. | .10 |
| 10/17/08 | Muha | Review and revise fee and expense entries for September 2008 monthly fee application. | 1.00 |
| 10/20/08 | Ament | Attend to billing matters relating to Sept. monthly fee application (.20); e-mails and meet with A. Muha re: same (.10); attend to billing matters relating to 29th quarterly fee application (.20); e-mails with A. Muha re: same (.20). | .70 |
| 10/20/08 | Muha | Review changes submitted by T. Klapper and incorporate same into invoice for September 2008 fees and expenses. | .30 |
| 10/21/08 | Ament | E-mails re: consultant fees. | .10 |

172573 W. R. Grace & Co.                           Invoice Number  1783681
60029  Fee Applications-Applicant                  Page   2
       November 26, 2008


     Date   Name                                                    Hours
     -------- -----------                                           -----

  10/21/08 Muha          E-mail to C. Ward re: consultant            .10
                         invoices for September 2008.

  10/22/08 Ament         E-mails with D. Cameron re:                 .60
                         billing matters (.10); begin
                         drafting Sept. monthly fee
                         application (.30); attend to
                         billing matters relating to
                         consultant fees (.10); various
                         e-mails re: same (.10).

  10/23/08 Ament         Attend to billing matters relating         .10
                         to consultant fee.

  10/23/08 Lord          Research docket and draft CNO for           .40
                         Reed Smith August monthly fee
                         application.

  10/24/08 Ament         E-mails re: consultant fee.                 .10

  10/24/08 Lord          E-file and perfect service of CNO           .30
                         to Reed Smith August monthly fee
                         application.

  10/24/08 Muha          Continue review and revisions to          1.20
                         September 2008 fee and expense
                         detail for monthly fee application.

  10/27/08 Ament         E-mails re: Sept. monthly fee              .70
                         application (.10); meet with A.
                         Muha re: consultant fee (.10);
                         review invoices and begin
                         calculating fees and expenses
                         (.50).

  10/28/08 Ament         Attend to billing matters (.20);          2.40
                         review e-mail from D. Cameron re:
                         same (.10); continue review of
                         invoices and calculating of fees
                         and expenses relating to Sept.
                         monthly fee application (1.0);
                         prepare spreadsheet re: same
                         (.50); revisions to monthly fee
                         application (.60).

  10/28/08 Lord          Communicate with S. Ament re: Reed         .10
                         Smith September monthly fee
                         application.

172573 W. R. Grace & Co.                          Invoice Number  1783681
60029  Fee Applications-Applicant                 Page   3
       November 26, 2008


   Date   Name                                                      Hours
 -------- -----------                                               -----

 10/28/08 Muha          Attend to issues re: preparation             .20
                        of September 2008 monthly fee
                        application.

 10/29/08 Ament         Continue drafting 30th quarterly            1.90
                        fee application summary and
                        narrative (.70); continue
                        calculating fees and expenses and
                        creating spreadsheet re: same
                        (1.20).

 10/29/08 Lord          Prepare COS for Reed Smith                   .60
                        September monthly fee application
                        (.3); review and revise
                        application (.3).

 10/29/08 Muha          Final review of and revisions to            .70
                        September 2008 monthly fee
                        application.

 10/30/08 Ament         Finalize Sept. monthly fee                 1.40
                        application (.40); continue
                        drafting narrative and summary of
                        30th quarterly fee application
                        (.50); continue drafting
                        spreadsheet re: same (.50).

 10/30/08 Lord          Revise, e-file and perfect service         1.00
                        of Reed Smith 87th monthly fee
                        application.

 10/31/08 Ament         Attend to billing matters relating          .20
                        to expenses for Oct. monthly fee
                        application (.10); meet with A.
                        Muha re: same (.10).

 10/31/08 Muha          Research details regarding expense         1.40
                        entries, including e-mails and
                        phone call with T. Klapper re:
                        same (.8); drafting materials re:
                        explanation for entries (.6).

                                                                   ------
                                            TOTAL HOURS             16.70


 TIME SUMMARY                Hours        Rate            Value
 ------------------------    ---------------------------  -------
 Andrew J. Muha              4.90  at  $  385.00   =   1,886.50
 John B. Lord                2.40  at  $  230.00   =     552.00
 Sharon A. Ament            9.40  at  $  165.00   =   1,551.00

172573 W. R. Grace & Co.                          Invoice Number   1783681
60029  Fee Applications-Applicant                 Page    4
       November 26, 2008


                    CURRENT FEES                           3,989.50


                                                        ------------
                    TOTAL BALANCE DUE UPON RECEIPT         $3,989.50
                                                        ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1783682
One Town Center Road                      Invoice Date      11/26/08
Boca Raton, FL    33486                    Client Number       172573

================================================================================

Re: W. R. Grace & Co.

(60030)  Hearings

    Fees                          1,414.50
    Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $1,414.50
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1783682
One Town Center Road                      Invoice Date      11/26/08
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60030

===========================================================================

Re: (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 10/24/08 | Cameron | Review materials for hearing. | .60 |
| 10/26/08 | Cameron | Review materials for hearing and e-mails regarding same. | .90 |
| 10/27/08 | Cameron | Meet with R. Finke regarding hearing issues (0.4); follow-up from hearing (0.4). | .80 |

```
                                              ------
                              TOTAL HOURS      2.30
```

| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 2.30 at $ 615.00 = | | 1,414.50 |

```
                CURRENT FEES                       1,414.50

                                              ------------
        TOTAL BALANCE DUE UPON RECEIPT         $1,414.50
                                              ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| | |
|---|---|
| W.R. Grace & Co. | Invoice Number    1783683 |
| One Town Center Road | Invoice Date    11/26/08 |
| Boca Raton, FL    33486 | Client Number    172573 |

==============================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

        Fees                              40,522.50
        Expenses                               0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $40,522.50
                                                         ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     1783683
One Town Center Road                      Invoice Date       11/26/08
Boca Raton, FL    33486                   Client Number       172573
                                          Matter Number        60033

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 10/01/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/01/08 | Cameron | Attention to CMO issues and e-mails regarding same. | 1.10 |
| 10/01/08 | Rea | Planning re:  resolution of property damage claims (2.0); meeting with J. Restivo re: CMO (0.4). | 2.40 |
| 10/01/08 | Restivo | Prepare for and conference calls with client, and client and K&E (2.1); telephone conference (0.9); meeting with T. Rea re: CMO (0.4). | 3.40 |
| 10/02/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10). | .30 |
| 10/02/08 | Cameron | Attention to CMO and proofs of claims issues (1.2); review Canadian limitations period issues (0.8); review settlement materials (0.4). | 2.40 |
| 10/02/08 | Flatley | E-mails and replies from T. Rea. | .20 |
| 10/02/08 | Rea | Analysis of process for property damage claims. | 1.50 |

172573 W. R. Grace & Co.                              Invoice Number  1783683
60033  Claim Analysis Objection Resolution & EstimationPage    2
       (Asbestos)
       November 26, 2008


| Date | Name | | Hours |
| --- | --- | --- | --- |
| 10/03/08 | Ament | Assist team with various issues relating to PD claims (.10); access Grace database and provide information to T. Rea relating to Children's Hospital proof of claim per request (.20); e-mails with T. Rea re: same (.10). | .40 |
| 10/03/08 | Cameron | Attention to CMO-related issues (0.8); e-mails and telephone call with T. Rea and R. Finke regarding same (0.9); review Canadian S/L issues (0.6). | 2.30 |
| 10/03/08 | Flatley | Call with T. Rea (0.2); e-mail to R. Senftleben (0.1); message for R. Aten (0.1). | .40 |
| 10/03/08 | Rea | Analyze procedure for PD claims. | .70 |
| 10/04/08 | Cameron | Review e-mails regarding CMO. | .60 |
| 10/05/08 | Cameron | Review S/L discovery issues (0.7); review lack of hazard discovery issues (0.6); review CMO and related materials for call with K&E (0.4). | 1.70 |
| 10/06/08 | Cameron | Review CMO materials from K&E (0.9); review Canadian claims information (0.8). | 1.70 |
| 10/06/08 | Flatley | E-mail from R. Senftleben and forward it (0.1); call with R. Aten re: expert's report (0.1). | .20 |
| 10/06/08 | Restivo | Correspondence with Speights, Cameron and Rea. | .80 |
| 10/07/08 | Cameron | Multiple calls and e-mails regarding Canadian limitations period arguments (0.8); review briefing (0.4). | 1.20 |
| 10/07/08 | Rea | Emails re: property damage claims. | .20 |

172573 W. R. Grace & Co.                        Invoice Number  1783683
60033  Claim Analysis Objection Resolution & Estimation  Page  3
       (Asbestos)
       November 26, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 10/07/08 | Restivo | File review and telephone conference with D. Speights (0.9); correspondence with J. Baer, et al. re:  argument dates on Canada Motion for Summary Judgment (0.6). | 1.50 |
| 10/08/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/08/08 | Cameron | Prepare for (0.6) and participate in call with K&E regarding CMO (0.8); follow-up from call (0.7). | 2.10 |
| 10/08/08 | Rea | Analysis of property damage procedure. | 3.90 |
| 10/08/08 | Restivo | Prepare for and K&E conference call re:  CMO issues (2.0); telephone calls with R. Finke and E. Westbrook (0.5). | 2.50 |
| 10/09/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/09/08 | Cameron | E-mails regarding CMO (0.5); review revised drafts (0.8). | 1.30 |
| 10/09/08 | Rea | Analysis of schedule for property damage claims. | 1.60 |
| 10/09/08 | Restivo | Telephone calls with E. Westbrook, R. Finke, et al. (0.7); emails with K&E, T. Rea, et al. (0.3). | 1.00 |
| 10/10/08 | Ament | Assist team with various issues relating to PD claims (.20); meet with T. Rea re: D. Hall (.10). | .30 |
| 10/10/08 | Cameron | Review revised CMO (0.3); review Court's summary judgment opinion and e-mails and calls regarding same (0.9); review Canadian S/L issues (0.4). | 1.60 |
| 10/10/08 | Flatley | E-mails and calls re: California decision. | .40 |
| 10/10/08 | Rea | Review and analysis of property damage decision. | 1.60 |

172573 W. R. Grace & Co.                                    Invoice Number   1783683
60033  Claim Analysis Objection Resolution & EstimationPage   4
       (Asbestos)
       November 26, 2008


| Date | Name | | Hours |
| -------- | ----------- | | ----- |
| 10/10/08 | Restivo | Telephone call with T. Rea and D. Cameron. | .30 |
| 10/11/08 | Cameron | Review settlement and summary judgment issues. | .80 |
| 10/12/08 | Flatley | Review opinion granting summary judgment in our favor. | .60 |
| 10/13/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mail to team re: same (.10). | .30 |
| 10/13/08 | Flatley | With R. Aten re: decision from Judge Fitzgerald and follow-up (0.3); e-mails and other follow-up on decision (0.3). | .60 |
| 10/14/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/14/08 | Cameron | Attention to Grace summary judgment rulings and e-mails regarding same (.60); attention to Canadian claims summary judgment materials and e-mails regarding same (.90); attention to revised CMO (.60). | 2.10 |
| 10/14/08 | Flatley | E-mails from/to R. Senftleben re: expert witness issues (0.2); e-mails re: Macerich decision (0.1); call with D. Cameron re: Macerich decision (0.1). | .40 |
| 10/14/08 | Rea | Revised California Opinion (.4); revised property damage schedule (.2). | .60 |
| 10/14/08 | Restivo | Correspondence and emails re: Macerich and Speights' Canadian claims. | 1.00 |
| 10/15/08 | Ament | Review docket. | .20 |
| 10/15/08 | Flatley | Review Macerich opinion (0.3); e-mails from/to R. Senftleben (0.1). | .40 |

172573 W. R. Grace & Co.                              Invoice Number  1783683
60033  Claim Analysis Objection Resolution & EstimationPage   5
       (Asbestos)
       November 26, 2008


| Date | Name | | Hours |
|------|------|---|-------|
| 10/16/08 | Ament | Assist team with various issues relating to PD claims (.40); e-mail to team re: same (.10). | .50 |
| 10/16/08 | Restivo | Review draft CMO (0.3); telephone conference with Speights (0.8); prepare for 10/20 Omnibus (0.9); emails with client re: Canada (0.5). | 2.50 |
| 10/17/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/20/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/20/08 | Cameron | Telephone call with J. Restivo and T. Rea regarding Speights' claims (0.2); review CMO issues (0.4). | .60 |
| 10/20/08 | Rea | Analysis re: remaining claims. | 1.50 |
| 10/20/08 | Restivo | Telephone conference with clients and T. Rea (1.0); prepare and participate in Omnibus Hearing (2.0). | 3.00 |
| 10/21/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/21/08 | Cameron | Telephone call with J. Restivo and meet with T. Rea regarding Speights claims issues. | .60 |
| 10/21/08 | Rea | Conference re: remaining claims. | .40 |
| 10/22/08 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 10/23/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/23/08 | Cameron | Review Grace settlement issue. | .40 |
| 10/23/08 | Rea | Analysis of remaining property damage claims. | 2.70 |
| 10/24/08 | Ament | Assist team with various issues relating to PD claims. | .20 |

172573  W. R. Grace & Co.                          Invoice Number  1783683
60033   Claim Analysis Objection Resolution & EstimationPage   6
        (Asbestos)
        November 26, 2008

| Date | Name | | Hours |
|------|------|------|------|
| 10/24/08 | Rea | Emails re: Anderson Memorial claims. | .60 |
| 10/27/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/27/08 | Cameron | Review materials regarding Speights' claims. | .80 |
| 10/27/08 | Rea | Comments on Case Management Order. | 1.00 |
| 10/28/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 10/28/08 | Cameron | Review CMO and property damage claims issues (0.9); attention to Speights' claims (0.4). | 1.30 |
| 10/28/08 | Rea | Report re:  settlements. | .30 |
| 10/29/08 | Ament | Assist T. Rea with various issues relating to PD claims (.40); e-mails with client re: same (.10). | .50 |
| 10/29/08 | Cameron | Multiple e-mails and calls regarding CMO issues (0.7); review same (0.4). | 1.10 |
| 10/29/08 | Rea | Emails and telephone calls re: settlements (.6); reviewed DGS designation of record (2.3). | 2.90 |
| 10/30/08 | Ament | Assist team with various issues relating to PD claims (.20); e-mails re: same (.10). | .30 |
| 10/30/08 | Aten | Reviewed case file re: DGS claims for counter designations re: DGS appeal. | .40 |
| 10/30/08 | Cameron | Attention to CMO issues. | 1.10 |
| 10/30/08 | Rea | Designation of Record for DGS appeal. | .70 |
| 10/31/08 | Ament | Assist team with various issues relating to PD claims. | .20 |

172573 W. R. Grace & Co.                          Invoice Number  1783683
60033  Claim Analysis Objection Resolution & EstimationPage   7
       (Asbestos)
       November 26, 2008


    Date    Name                                              Hours
    -------- -----------                                      -----

10/31/08 Cameron          Attention to summary judgment        1.90
                          appeals (0.7); review materials
                          regarding settlement issues (0.8);
                          review CMO issues (0.4).

10/31/08 Rea              Prepared designated record for DGS   1.10
                          appeal.

                                                             ------
                                            TOTAL HOURS       75.30


TIME SUMMARY                  Hours        Rate          Value
-------------------------    ---------    ----------    -------
Lawrence E. Flatley            3.20   at  $  620.00  =    1,984.00
Douglas E. Cameron            26.70   at  $  615.00  =   16,420.50
James J. Restivo Jr.          16.00   at  $  675.00  =   10,800.00
Traci Sands Rea               23.70   at  $  435.00  =   10,309.50
Rebecca E. Aten                0.40   at  $  335.00  =      134.00
Sharon A. Ament                5.30   at  $  165.00  =      874.50

                          CURRENT FEES                        40,522.50

                                                          ------------
                          TOTAL BALANCE DUE UPON RECEIPT     $40,522.50
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number      1783684
One Town Center Road                    Invoice Date      11/26/08
Boca Raton, FL    33486                 Client Number       172573

================================================================================

Re: W. R. Grace & Co.

(60035)  Grand Jury Investigation

     Fees                              102,074.50
     Expenses                              0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $102,074.50
                                                       ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      1783684
One Town Center Road                     Invoice Date      11/26/08
Boca Raton, FL    33486                  Client Number        172573
                                         Matter Number         60035


=============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH OCTOBER 31, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 10/01/08 | Klapper | Discuss state of the art issues with expert (1.3); review key docket entries and submissions from other regulatory agencies (3.2). | 4.50 |
| 10/02/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .50 |
| 10/03/08 | Klapper | Finish conversation with historical expert (.6); review key materials referenced by him for use in cross outlines for opposing experts and potential use with our experts (3.7). | 4.30 |
| 10/06/08 | Cameron | Attention to comments to expert report. | .90 |
| 10/07/08 | Cameron | Review expert reports (1.8); prepare for and participate in conference call with experts (0.6). | 2.40 |
| 10/07/08 | Denniston | Obtain copy of toxicology study text for A. Klapper. | 1.40 |
| 10/07/08 | Sanner | Email correspondence with A. Klapper re regulatory issues. | .30 |
| 10/07/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.80 |

```
172573 W. R. Grace & Co.                      Invoice Number  1783684
60035  Grand Jury Investigation               Page   2
       November 26, 2008
```

| Date | Name | | Hours |
|------|------|------|-------|
| 10/08/08 | Cameron | Review and comment on expert materials. | .80 |
| 10/08/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.30 |
| 10/09/08 | Cameron | Prepare for call with experts. | 1.90 |
| 10/09/08 | Denniston | Prepare index of GAO reports. | .70 |
| 10/09/08 | Denniston | Research of materials prepared by trade associations between 1965-1985. | 1.60 |
| 10/09/08 | Klapper | Prepare for consulting meeting (2.3); lead meeting with consultants re regulatory and state of the art issues (6.2). | 8.50 |
| 10/09/08 | Masal | Research legislative and regulatory materials per A. Klapper's request. | 2.00 |
| 10/10/08 | Cameron | Prepare for (0.6); and participate in call with expert witnesses regarding status of reports (0.9). | 1.50 |
| 10/11/08 | Cameron | Attention to expert report materials. | 1.90 |
| 10/13/08 | Cameron | Review of expert report materials. | .70 |
| 10/13/08 | Klapper | Continue work on regulatory issues in preparation for trial. | 1.70 |
| 10/13/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.60 |
| 10/14/08 | Cameron | Review materials from experts (.90); e-mails regarding same (.50). | 1.40 |
| 10/14/08 | Klapper | Continue work on regulatory issues in preparation for trial. | 2.20 |
| 10/14/08 | Stirling | Continue research and compilation of key governmental documents. | 1.80 |
| 10/14/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1783684
60035  Grand Jury Investigation             Page   3
       November 26, 2008
```

| Date | Name | | Hours |
|------|------|------|-------|
| 10/15/08 | Klapper | Continue work on regulatory issues in preparation for trial. | 2.50 |
| 10/15/08 | Stirling | Continue research and compilation of key governmental documents. | 4.30 |
| 10/15/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.60 |
| 10/16/08 | Cameron | Review materials from expert (.80); prepare for call (.60); telephone call with R. Finke (.30); additional materials from expert (.60). | 2.30 |
| 10/16/08 | Klapper | Meet with Kirkland regarding regulatory projects (2.1); continue work on regulatory projects (4.4). | 6.50 |
| 10/16/08 | Stirling | Continue research and compilation of key governmental documents. | 5.10 |
| 10/16/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.20 |
| 10/17/08 | Avitia | Research assistance obtaining historical statutes and regulations. | 2.20 |
| 10/17/08 | Klapper | Continue work on new regulatory projects. | 7.30 |
| 10/17/08 | Masal | Research assistance to A. Klapper re: historical regulations. | 3.20 |
| 10/17/08 | Pellis | Research re asbestos litigation for A. Klapper | .70 |
| 10/17/08 | Stirling | Continue Research and compilation of key governmental documents | 3.80 |
| 10/17/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .90 |
| 10/17/08 | Young-Jones | Research regarding statutes and regulations. | 2.30 |
| 10/18/08 | Cameron | Review additional materials received from experts. | 1.50 |

172573 W. R. Grace & Co.                           Invoice Number  1783684
60035  Grand Jury Investigation                    Page   4
       November 26, 2008

| Date | Name | | Hours |
|------|------|------|-------|
| 10/20/08 | Avitia | Research assistance obtaining materials from local libraries and online related to historical statutes and regulations. | 2.90 |
| 10/20/08 | Cameron | Review materials from experts and e-mails regarding same. | 1.40 |
| 10/20/08 | Jankowski | Searched for a copy of legislative material per request of A. Klapper. | .60 |
| 10/20/08 | Klapper | Continue work on regulatory white paper and related state of the art issues. | 7.30 |
| 10/20/08 | Masal | For Tony Klapper: tracking down regulations. | 2.80 |
| 10/20/08 | Young-Jones | Research regarding historical statutes and regulations. | 3.10 |
| 10/21/08 | Avitia | Research assistance obtaining historical statutes and regulations. | 2.20 |
| 10/21/08 | Denniston | Research re: key regulatory materials. | .30 |
| 10/21/08 | Masal | For Tony Klapper: tracking down regulations. | 1.70 |
| 10/21/08 | Stirling | Continue research and compilation of key governmental documents. | 2.50 |
| 10/21/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .50 |
| 10/22/08 | Avitia | Research assistance obtaining historical statutes and regulations. | .60 |
| 10/22/08 | Cameron | Review materials from experts. | .60 |
| 10/22/08 | Klapper | Prepare for meeting with consultant (2.2); attend meeting with consultant (2.7). | 4.90 |
| 10/22/08 | Stirling | Continue research and compilation of key government documents | 1.80 |

172573 W. R. Grace & Co.                          Invoice Number  1783684
60035  Grand Jury Investigation                   Page   5
       November 26, 2008


    Date   Name                                                  Hours
  -------- -----------                                           -----

  10/22/08 Taylor-Payne    Continue research and compilation       .90
                           of key governmental documents.

  10/23/08 Cameron         Review additional material from         .90
                           expert.

  10/23/08 Klapper         Continue work on regulatory white      5.20
                           paper and related state of the art
                           issues.

  10/23/08 Masal           For Tony Klapper: tracking down         .80
                           regulations.

  10/24/08 Cameron         Review revised drafts of reports       2.30
                           from experts (1.9); e-mails
                           regarding same (0.4).

  10/24/08 Klapper         Continue work on regulatory white      6.10
                           paper and related state of the art
                           issues.

  10/24/08 Masal           Research assistance to A. Klapper      1.10
                           re: historical regulations.

  10/25/08 Cameron         Review of expert materials.            1.20

  10/25/08 Klapper         Continue work on regulatory white      5.30
                           paper and related state of the art
                           issues.

  10/26/08 Klapper         Continue work on regulatory white      2.70
                           paper and related state of the art
                           issues.

  10/26/08 Sanner          Review regulatory issues at            2.70
                           request of A. Klapper.

  10/27/08 Cameron         Review materials from R.J. Lee         1.20
                           Group.

  10/27/08 Klapper         Continue work on regulatory and        7.60
                           state of the art issues, drafting
                           white paper analysis.

  10/27/08 Rutkowski       Review Montana register materials      2.30
                           regarding asbestos regulations.

172573 W. R. Grace & Co.                          Invoice Number  1783684
60035  Grand Jury Investigation                   Page   6
       November 26, 2008


     Date   Name                                              Hours
     ------ -----------                                       -----

     10/27/08 Sanner          Follow up on regulatory issues      .90
                              (.6), including email
                              correspondence with A. Klapper re
                              same (.3).

     10/27/08 Taylor-Payne    Continue research and organization  1.30
                              of key governmental documents.

     10/28/08 Cameron         Review materials from R. Finke.      .90

     10/28/08 Klapper         Continue work on regulatory and    6.80
                              state of the art issues, drafting
                              white paper analysis.

     10/28/08 Rutkowski       Discussion with Ms. Sanner         2.10
                              regarding information found in
                              Montana register materials on
                              asbestos (.3); telephone
                              conference with Mr. Klapper, Ms.
                              Sanner re: same (.5); work on
                              outline on medical surveillance
                              for Mr. Klapper (1.3).

     10/28/08 Sanner          Conference with A. Klapper and M.   .50
                              Rutkowski re regulatory issues.

     10/28/08 Stirling        Prepared litigation documents in   1.70
                              regards to Grand Jury
                              Investigation for Jennifer
                              Taylor-Payne

     10/28/08 Taylor-Payne    Continue research and compilation   .90
                              of key governmental documents.

     10/29/08 Cameron         Telephone call with R. Finke       2.30
                              regarding status of criminal case
                              trial (0.4); review materials from
                              K&E (0.6); review expert witness
                              materials (1.3).

     10/29/08 Denniston       Research re: OSHA materials         2.70
                              requested by A. Klapper.

     10/29/08 Klapper         Continue work on regulatory and    6.40
                              state of the art issues, drafting
                              white paper analysis.

     10/29/08 Taylor-Payne    Continue research and compilation  1.10
                              of key governmental documents.

```
172573 W. R. Grace & Co.                    Invoice Number  1783684
60035  Grand Jury Investigation             Page   7
       November 26, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 10/30/08 | Cameron | Review expert materials relating to criminal trial issues (1.9); review prime trial preparation materials (1.3). | 3.20 |
| 10/30/08 | Klapper | Continue work on regulatory and state of the art issues, drafting white paper analysis. | 8.20 |
| 10/30/08 | Rutkowski | Work on regulatory analysis (2.0); work on government response (4.5); work on research state regulations (4.0); begin work on research on labeling (.2). | 10.70 |
| 10/30/08 | Stirling | Prepared litigation documents in regards to Grand Jury Investigation for Jennifer Taylor-Payne. | 1.80 |
| 10/30/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.50 |
| 10/31/08 | Avitia | Research assistance searching old regulations. | 1.60 |
| 10/31/08 | Chernin | Research for historical regulatory and administrative decisions re: asbestos. | 1.70 |
| 10/31/08 | Klapper | Continue work on regulatory and state of the art issues, drafting white paper analysis. | 6.70 |
| 10/31/08 | Masal | Research assistance to A. Klapper re: regulations. | 1.90 |
| 10/31/08 | Rutkowski | Research on labeling regulations (1.4); research multiple states' laws and regulations (3.8); emails and telephone calls with Mr. Klapper and Ms. Masul regarding research projects (.5); emails with librarians re: research projects (.3). | 6.00 |

```
                                            ------
                            TOTAL HOURS     239.60


TIME SUMMARY             Hours        Rate        Value
```

172573 W. R. Grace & Co.                          Invoice Number   1783684
60035  Grand Jury Investigation                   Page    8
       November 26, 2008

```
------------------------     --------------------     -------
Douglas E. Cameron            29.30   at  $  615.00  =  18,019.50
Antony B. Klapper            104.70   at  $  575.00  =  60,202.50
Margaret L. Sanner             4.40   at  $  445.00  =   1,958.00
Margaret Rutkowski            21.10   at  $  400.00  =   8,440.00
Jennifer L. Taylor-Payne      19.20   at  $  200.00  =   3,840.00
Mark C. Stirling              22.80   at  $  130.00  =   2,964.00
Amy E. Denniston               6.70   at  $  170.00  =   1,139.00
Jason Jankowski                0.60   at  $  100.00  =      60.00
Aleksandra Chernin             1.70   at  $  185.00  =     314.50
Mark Pellis                    0.70   at  $  190.00  =     133.00
Anthony G. Avitia              9.50   at  $  180.00  =   1,710.00
Julie K. Masal                13.50   at  $  170.00  =   2,295.00
Marguerita T. Young-Jones      5.40   at  $  185.00  =     999.00
```

                         CURRENT FEES                    102,074.50


                                                       ------------
                    TOTAL BALANCE DUE UPON RECEIPT       $102,074.50
                                                       ==============