REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1783689
One Town Center Road                      Invoice Date      11/26/08
Boca Raton, FL    33486                    Client Number      172573


===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

        Fees                              0.00
        Expenses                        862.10

                        TOTAL BALANCE DUE UPON RECEIPT          $862.10
                                                              ==============

```
                         REED SMITH LLP
                         PO Box 360074M
                   Pittsburgh, PA  15251-6074
                     Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number    1783689
One Town Center Road                    Invoice Date      11/26/08
Boca Raton, FL    33486                 Client Number      172573
                                        Matter Number       60026
```

==============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    IKON Copy Services                      35.10
    PACER                                    5.12
    Duplicating/Printing/Scanning          177.40
    Postage Expense                          4.72
    Mileage Expense                         35.10
    Meal Expense                           604.66
```

```
              CURRENT EXPENSES                        862.10
                                                 --------------

              TOTAL BALANCE DUE UPON RECEIPT          $862.10
                                                 ==============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number    1783689
One Town Center Road                     Invoice Date    11/26/08
Boca Raton, FL   33486                   Client Number    172573
                                         Matter Number      60026

===============================================================================

Re: (60026)  Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|------|-------------|-------:|
| 09/10/08 | PACER | 4.40 |
| 09/16/08 | PACER | .32 |
| 09/16/08 | PACER | .40 |
| 09/29/08 | Postage Expense - Pleadings | 4.72 |
| 10/03/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 23 COPIES | 2.30 |
| 10/07/08 | IKON Copy Services - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. - COPYING | 35.10 |
| 10/09/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 156 COPIES | 15.60 |
| 10/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/20/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 224 COPIES | 22.40 |
| 10/20/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 142 COPIES | 14.20 |

172573 W. R. Grace & Co.                          Invoice Number  1783689
60026  Litigation and Litigation Consulting       Page   2
       November 26, 2008

| | | |
|---|---|---|
| 10/20/08 | Duplicating/Printing/Scanning ATTY # 4810; 224 COPIES | 22.40 |
| 10/21/08 | Duplicating/Printing/Scanning ATTY # 4810; 50 COPIES | 5.00 |
| 10/23/08 | Duplicating/Printing/Scanning ATTY # 4810; 6 COPIES | .60 |
| 10/24/08 | Duplicating/Printing/Scanning ATTY # 4810; 33 COPIES | 3.30 |
| 10/24/08 | Duplicating/Printing/Scanning ATTY # 4810; 74 COPIES | 7.40 |
| 10/24/08 | Duplicating/Printing/Scanning ATTY # 0718; 12 COPIES | 1.20 |
| 10/26/08 | Duplicating/Printing/Scanning ATTY # 4810; 28 COPIES | 2.80 |
| 10/26/08 | Duplicating/Printing/Scanning ATTY # 4810; 8 COPIES | .80 |
| 10/26/08 | Duplicating/Printing/Scanning ATTY # 4810; 12 COPIES | 1.20 |
| 10/26/08 | Duplicating/Printing/Scanning ATTY # 4810; 6 COPIES | .60 |
| 10/26/08 | Duplicating/Printing/Scanning ATTY # 4810; 12 COPIES | 1.20 |
| 10/26/08 | Duplicating/Printing/Scanning ATTY # 4810; 5 COPIES | .50 |
| 10/26/08 | Duplicating/Printing/Scanning ATTY # 4810; 4 COPIES | .40 |
| 10/26/08 | Duplicating/Printing/Scanning ATTY # 4810; 17 COPIES | 1.70 |
| 10/26/08 | Duplicating/Printing/Scanning ATTY # 4810; 5 COPIES | .50 |
| 10/26/08 | Duplicating/Printing/Scanning ATTY # 4810; 2 COPIES | .20 |
| 10/26/08 | Duplicating/Printing/Scanning ATTY # 4810; 36 COPIES | 3.60 |

172573 W. R. Grace & Co.                          Invoice Number  1783689
60026  Litigation and Litigation Consulting       Page   3
       November 26, 2008

| 10/26/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 17 COPIES | 1.70 |
|---|---|---|
| 10/26/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 26 COPIES | 2.60 |
| 10/26/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 10/27/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 15 COPIES | 1.50 |
| 10/27/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 40 COPIES | 4.00 |
| 10/27/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 114 COPIES | 11.40 |
| 10/28/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPIES | .10 |
| 10/28/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 10/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/29/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 23 COPIES | 2.30 |
| 10/29/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 15 COPIES | 1.50 |
| 10/30/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 163 COPIES | 16.30 |
| 10/30/08 | Duplicating/Printing/Scanning<br>ATTY # 0718; 257 COPIES | 25.70 |
| 10/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1783689
60026  Litigation and Litigation Consulting        Page   4
        November 26, 2008

| 10/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 3 COPIES | .30 |
| 10/31/08 | Mileage Expense - - VENDOR: TERESA A. MARTIN -<br>ASSIST K&E FOR GRACE HEARING ON MONDAY | 35.10 |
| 10/31/08 | Meal Expense - - VENDOR: LIANG'S HUNAN - -<br>Dinner for 8 Kirkland & Ellis attorneys and 2<br>paralegals during hearing preparation on<br>10/26/2008. | 174.75 |
| 10/31/08 | Meal Expense - - VENDOR: EADIES KITCHEN &<br>MARKET OF PIT - - Lunch for 8 Kirkland & Ellis<br>attorneys and 2 paralegals during hearing<br>preparation on 10/26/2008. | 56.80 |
| 10/31/08 | Meal Expense - - VENDOR: EADIES KITCHEN &<br>MARKET OF PIT - - Lunch for 18 attorneys and 2<br>paralegals at courthouse during 10/27/2008<br>hearing. | 349.11 |
| 10/31/08 | Meal Expense - - Drinks for 8 Kirkland & Ellis<br>attorneys and 2 paralegals in relation to<br>hearing on 10/27/2008. | 24.00 |

                                  CURRENT EXPENSES                  862.10
                                                               ------------
                        TOTAL BALANCE DUE UPON RECEIPT           $862.10
                                                               ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1783690
5400 Broken Sound Blvd., N.W.            Invoice Date        11/26/08
Boca Raton, FL 33487                     Client Number        172573


==============================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

     Fees                                     0.00
     Expenses                              6,225.02

                      TOTAL BALANCE DUE UPON RECEIPT        $6,225.02
                                                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                 Invoice Number    1783690
5400 Broken Sound Blvd., N.W.               Invoice Date      11/26/08
Boca Raton, FL 33487                        Client Number      172573
                                            Matter Number       60028


================================================================================

Re: ZAI Science Trial

FOR COSTS ADVANCED AND EXPENSES INCURRED:

    Telephone Expense                           0.50
    Duplicating/Printing/Scanning               2.40
    Westlaw                                  6,222.12

                    CURRENT EXPENSES                        6,225.02

                                                         -------------

                    TOTAL BALANCE DUE UPON RECEIPT          $6,225.02
                                                         =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                             Invoice Number    1783690
5400 Broken Sound Blvd., N.W.           Invoice Date     11/26/08
Boca Raton, FL 33487                    Client Number      172573
                                        Matter Number       60028


=============================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

10/06/08   Westlaw - - Research in multiple jurisdictions      1741.08
           re: consumer products law issues.

10/07/08   Westlaw - - Research in multiple jurisdictions       243.24
           re: consumer products law issues.

10/09/08   Westlaw - - Research in multiple jurisdictions       967.26
           re: consumer products law issues.

10/09/08   Westlaw - - Research in multiple jurisdictions       163.00
           re: consumer products law issues.

10/10/08   Westlaw - - Research in multiple jurisdictions        71.58
           re: consumer products law issues.

10/13/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPIES

10/15/08   Telephone Expense                                      .40
           212-345-7719/NEW YORK, NY/8

10/15/08   Westlaw - - Research in multiple jurisdictions        18.00
           re: consumer products law issues.

10/15/08   Westlaw - - Research in multiple jurisdictions        77.50
           re: consumer products law issues.

10/15/08   Westlaw - - Research in multiple jurisdictions       268.14
           re: consumer products law issues.

10/16/08   Westlaw - - Research in multiple jurisdictions       136.02
           re: consumer products law issues.

10/16/08   Westlaw - - Research in multiple jurisdictions        90.00
           re: consumer products law issues.

172573 W. R. Grace & Co.                          Invoice Number  1783690
60028  ZAI Science Trial                          Page   2
       November 26, 2008

| | | |
|---|---|---|
| 10/16/08 | Westlaw - - Research in multiple jurisdictions re: consumer products law issues. | 1686.34 |
| 10/16/08 | Westlaw - - Research in multiple jurisdictions re: consumer products law issues. | 260.16 |
| 10/22/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/22/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/22/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/23/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/23/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/23/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/27/08 | Westlaw - - Research in multiple jurisdictions re: consumer products law issues. | 307.80 |
| 10/27/08 | Duplicating/Printing/Scanning ATTY # 000559: 14 COPIES | 1.40 |
| 10/28/08 | Telephone Expense 617-426-5900/BOSTON, MA/2 | .10 |
| 10/28/08 | Westlaw - - Research in multiple jurisdictions re: consumer products law issues. | 192.00 |
| 10/28/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/28/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/31/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |

CURRENT EXPENSES                 6,225.02
                             ------------
TOTAL BALANCE DUE UPON RECEIPT    $6,225.02
                             ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     1783691
One Town Center Road                      Invoice Date       11/26/08
Boca Raton, FL    33486                   Client Number        172573


================================================================================

Re: W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

    Fees                                    0.00
    Expenses                               72.07

                     TOTAL BALANCE DUE UPON RECEIPT          $72.07
                                                     ==============

```
                              REED SMITH LLP
                              PO Box 360074M
                         Pittsburgh, PA  15251-6074
                            Tax ID# 25-0749630
```

```
W.R. Grace & Co.                        Invoice Number    1783691
One Town Center Road                    Invoice Date     11/26/08
Boca Raton, FL   33486                  Client Number     172573
                                        Matter Number       60033
```

================================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


FOR COSTS ADVANCED AND EXPENSES INCURRED:

```
    Telephone Expense                      2.95
    PACER                                 25.52
    Duplicating/Printing/Scanning         43.60

                 CURRENT EXPENSES                        72.07
                                                    -------------

                 TOTAL BALANCE DUE UPON RECEIPT         $72.07
                                                    =============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                     Invoice Number    1783691
One Town Center Road                 Invoice Date    11/26/08
Boca Raton, FL   33486               Client Number     172573
                                     Matter Number      60033

==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 09/03/08 | PACER | .32 |
| 09/15/08 | PACER | 25.20 |
| 10/02/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 21 COPIES | 2.10 |
| 10/02/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 15 COPIES | 1.50 |
| 10/02/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 163 COPIES | 16.30 |
| 10/03/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 9 COPIES | .90 |
| 10/06/08 | Duplicating/Printing/Scanning<br>ATTY # 000349: 2 COPIES | .20 |
| 10/07/08 | Telephone Expense<br>803-943-4444/HAMPTON, SC/22 | 1.05 |
| 10/07/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/4 | .20 |
| 10/07/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 7 COPIES | .70 |
| 10/08/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 23 COPIES | 2.30 |
| 10/08/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 23 COPIES | 2.30 |

```
172573 W. R. Grace & Co.                        Invoice Number  1783691
60033  Claim Analysis Objection Resolution & EstimationPage   2
       (Asbestos)
       November 26, 2008
```

| Date | Description | Amount |
|---|---|---|
| 10/08/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 23 COPIES | 2.30 |
| 10/08/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 23 COPIES | 2.30 |
| 10/09/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/9 | .40 |
| 10/13/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPIES | .10 |
| 10/16/08 | Telephone Expense<br>803-943-4444/HAMPTON, SC/13 | .65 |
| 10/17/08 | Telephone Expense<br>312-233-3529/CHICAGO, IL/4 | .20 |
| 10/23/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 99 COPIES | 9.90 |
| 10/27/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 10/27/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 10/29/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/10 | .45 |
| 10/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/29/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/31/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 9 COPIES | .90 |
| 10/31/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |

172573  W. R. Grace & Co.                              Invoice Number  1783691
60033   Claim Analysis Objection Resolution & EstimationPage   3
        (Asbestos)
        November 26, 2008


                        CURRENT EXPENSES                        72.07
                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT          $72.07
                                                          =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number      1783692
One Town Center Road                      Invoice Date      11/26/08
Boca Raton, FL    33486                   Client Number       172573

==============================================================================

Re: W. R. Grace & Co.


(60035)  Grand Jury Investigation

         Fees                              0.00
         Expenses                     90,078.81

                    TOTAL BALANCE DUE UPON RECEIPT      $90,078.81
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      1783692
One Town Center Road                     Invoice Date      11/26/08
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60035

===============================================================================

Re: Grand Jury Investigation


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        1.70
        Telecopy Expense                        15.00
        Courtlink                               18.52
        PACER                                    0.24
        Documentation Charge                    23.22
        Duplicating/Printing/Scanning          120.50
        Lexis                                  308.00
        Westlaw                                873.93
        Express Mail Service                    55.83
        Consulting Fees                     88,098.63
        Courier Service - Outside               32.33
        Outside Duplicating                    530.91

                    CURRENT EXPENSES                      90,078.81
                                                        -------------

                    TOTAL BALANCE DUE UPON RECEIPT       $90,078.81
                                                        =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                         Invoice Number      1783692
One Town Center Road                     Invoice Date      11/26/08
Boca Raton, FL    33486                  Client Number       172573
                                         Matter Number        60035

=============================================================================

Re: (60035)  Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 09/16/08 | Express Mail Service | 7.40 |
| 09/16/08 | Documentation Charge The American Industrial Hygiene Association: Its History and... 23.22 | 23.22 |
| 09/17/08 | Courtlink | 18.52 |
| 09/17/08 | PACER | .24 |
| 09/22/08 | Express Mail Service | 24.95 |
| 09/25/08 | Courier Service -  UPS - Shipped  to TONY KLAPPER REED SMITH LLP (WASHINGTON DC 20005). | 16.85 |
| 09/25/08 | Courier Service - UPS - Shipped  to TONY KLAPPER REED SMITH LLP (WASHINGTON DC 20005). | 15.48 |
| 10/09/08 | Lexis -- Legal research re: historical statutes and regulations in relation to grand jury proceeding. | 31.34 |
| 10/09/08 | Lexis -- Legal research re: historical statutes and regulations in relation to grand jury proceeding. | 88.77 |
| 10/09/08 | Lexis -- Legal research re: historical statutes and regulations in relation to grand jury proceeding. | 2.46 |
| 10/09/08 | Express Mail Service | 7.93 |
| 10/09/08 | Express Mail Service | 15.55 |
| 10/10/08 | Duplicating/Printing/Scanning ATTY # 7015; 237 COPIES | 23.70 |

172573 W. R. Grace & Co.                           Invoice Number  1783692
60035  Grand Jury Investigation                    Page   2
       November 26, 2008

| | | |
|---|---|---|
| 10/14/08 | Outside Duplicating - - VENDOR: SUPERIOR DOCUMENT SERVICES - COPY RECORDS FOR T KLAPPER | 530.91 |
| 10/14/08 | Duplicating/Printing/Scanning ATTY # 000559: 196 COPIES | 19.60 |
| 10/16/08 | Duplicating/Printing/Scanning ATTY # 5254; 139 COPIES | 13.90 |
| 10/16/08 | Duplicating/Printing/Scanning ATTY # 5254; 236 COPIES | 23.60 |
| 10/16/08 | Duplicating/Printing/Scanning ATTY # 5254; 148 COPIES | 14.80 |
| 10/16/08 | Duplicating/Printing/Scanning ATTY # 5254; 57 COPIES | 5.70 |
| 10/16/08 | Duplicating/Printing/Scanning ATTY # 5254; 121 COPIES | 12.10 |
| 10/16/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/16/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/17/08 | Westlaw - - Legal research re: historical statutes and regulations in relation to grand jury proceeding. | 66.50 |
| 10/21/08 | Telephone Expense 773-272-3521/CHICAGO, IL/15 | .75 |
| 10/22/08 | Telephone Expense 518-474-5355/ALBANY, NY/4 | .15 |
| 10/23/08 | Telephone Expense 518-474-5355/ALBANY, NY/4 | .20 |
| 10/24/08 | Duplicating/Printing/Scanning ATTY # 7015; 47 COPIES | 4.70 |
| 10/25/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/25/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |
| 10/27/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPIES | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1783692
60035  Grand Jury Investigation                   Page   3
       November 26, 2008


| | | |
|---|---|---|
| 10/27/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/30/08 | Telephone Expense<br>202-693-2000/WASHINGTON, DC/6 | .30 |
| 10/30/08 | Telephone Expense<br>202-693-1648/WASHINGTON, DC/6 | .30 |
| 10/30/08 | Telecopy Expense<br>Fax Number: 12026931648 | 15.00 |
| 10/30/08 | Lexis -- Legal research re: historical statutes<br>and regulations in relation to grand jury<br>proceeding. | 3.63 |
| 10/30/08 | Lexis -- Legal research re: historical statutes<br>and regulations in relation to grand jury<br>proceeding. | 11.61 |
| 10/30/08 | Lexis -- Legal research re: historical statutes<br>and regulations in relation to grand jury<br>proceeding. | 13.38 |
| 10/30/08 | Lexis -- Legal research re: historical statutes<br>and regulations in relation to grand jury<br>proceeding. | 16.07 |
| 10/30/08 | Lexis -- Legal research re: historical statutes<br>and regulations in relation to grand jury<br>proceeding. | 71.31 |
| 10/30/08 | Westlaw - - Legal research re: historical<br>statutes and regulations in relation to grand<br>jury proceeding. | 67.80 |
| 10/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/30/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 10/31/08 | Duplicating/Printing/Scanning<br>ATTY # 10428; 14 COPIES | 1.40 |
| 10/31/08 | Lexis -- Legal research re: historical statutes<br>and regulations in relation to grand jury<br>proceeding. | 52.74 |

172573 W. R. Grace & Co.                        Invoice Number  1783692
60035  Grand Jury Investigation                 Page   4
       November 26, 2008


10/31/08    Lexis -- Legal research re: historical statutes        1.67
            and regulations in relation to grand jury
            proceeding.

10/31/08    Lexis -- Legal research re: historical statutes        3.69
            and regulations in relation to grand jury
            proceeding.

10/31/08    Lexis -- Legal research re: historical statutes       11.33
            and regulations in relation to grand jury
            proceeding.

10/31/08    Westlaw - - Legal research re: historical            409.80
            statutes and regulations in relation to grand
            jury proceeding.

10/31/08    Westlaw - - Legal research re: historical             17.26
            statutes and regulations in relation to grand
            jury proceeding.

10/31/08    Westlaw - - Legal research re: historical             95.42
            statutes and regulations in relation to grand
            jury proceeding.

10/31/08    Westlaw - - Legal research re: historical            217.15
            statutes and regulations in relation to grand
            jury proceeding.

10/31/08    Duplicating/Printing/Scanning                           .10
            ATTY # 000559: 1 COPIES

11/11/08    Consulting Fees - - VENDOR: ENVIRON INT'L          88098.63
            CORPORATION - CONSULTANT FEES FOR WORK ON GRAND
            JURY/CRIMINAL MATTER IN OCTOBER 2008, INCLUDING
            ANALYSIS AND EVALUATION OF STATUTES AND
            REGULATIONS APPLICABLE TO GRACE OPERATIONS.

                        CURRENT EXPENSES                        90,078.81
                                                              ------------
                   TOTAL BALANCE DUE UPON RECEIPT              $90,078.81
                                                              ============