# EXHIBIT A

**WR Grace**
**October 2008 Time**

| Day/Date | Action | Time |
|---|---|---|
| Wed 1 | Prep for Blackstone meeting (Liqd Anal, Valuation) | 1.0 |
| | Blackstone meeting | 1.0 |
| | Travel | 3.0 |
| Thu 2 | Comm w/PJC (JS) re valuation | 1.2 |
| | Re-create Debtor value info | 2.5 |
| | Comm w/OHS (Dfu) re expenses | 0.2 |
| | Review docket | 0.5 |
| Fri 3 | Comm w/OHS (RW/RS) re market capitalization issues, solvency proxies | 1.5 |
| | Review docket | 0.4 |
| | Analysis solvency/covenants | 1.2 |
| Mon 6 | Prep 2nd Q Fee App | 2.3 |
| | Comm w/OHS (Dfu) re legal expenses | 0.4 |
| | Prep add value analysis | 3.5 |
| | Review docket | 0.3 |
| Tue 7 | Review docket | 0.4 |
| Wed 8 | Comm w BS (PZ) re stk trading px, stkholders, exit financing | 0.7 |
| | Review docket | 0.4 |
| | Shareholder review | 0.8 |
| Thu 9 | Review docket | 0.8 |
| Fri 10 | Review docket | 0.5 |
| Mon 13 | Review docket | 0.3 |
| Tue 14 | Comm w/OHS (RS) re market cap tests, dilution | 0.3 |
| | Review docket | 0.6 |
| Wed 15 | Comm w/OHS (Dfe) re 10/20 hearing changes | 0.2 |
| | Comm w/ OHS (RS) re market cap calc formula | 1.2 |
| | Review docket | 0.3 |
| Thu 16 | Review docket | 0.2 |
| | Comm w/ OHS (RS) re market cap calc formula | 0.3 |
| Fri 17 | Analyze/review DS objections | 3.5 |
| | Review docket | 1.2 |
| Mon 20 | Omnibus hearing | 3.0 |
| | Prep Sept fee app | 1.0 |
| | Review docket | 0.9 |
| Tue 21 | Prep Sept fee app | 1.1 |
| | Review docket | 0.3 |
| Wed 22 | Comm w/OHS (RW) re plan discussion, objections | 0.9 |
| | Review docket | 0.4 |
| Thu 23 | Comm w/OHS (Dfe) re Alco Iron transaction | 0.4 |
| | Comm w/OHS (Dfu) re Sept fee app | 0.4 |
| | Review docket | 0.2 |
| Fri 24 | Comm w/BS (JO) re San  Leandro appraisal | 0.3 |
| | Review docket | 0.6 |
| | Review/analyze Alco Iron sale | 1.3 |
| | Review Debtor response to objections | 0.9 |
| Sat 25 | Review/analyze SL appraisal | 4.0 |
| Mon 27 | Disclosure Statement hearing | 8.5 |
| | Final prep/file Sept fee app | 0.5 |
| | Review docket | 1.1 |
| Tue 28 | Finish analysis, memo re Alco Iron sale | 0.9 |
| | Comm w/OHS (RW) re payment pct protocol/analysis | 1.5 |
| | Review docket | 0.2 |
| Wed  29 | Comm w/OHS (RW) re fee auditor | 0.2 |
| | Review docket | 0.7 |
| | Analysis re pymt pct protocol | 2.4 |
| Thu 30 | Comm w/OHS (RW) re payment pct protocol/analysis | 1.0 |
| | Review ZAI filing | 0.9 |
| | Initiate spread analysis for ppp | 2.1 |
| | Review docket | 0.3 |
| Fri 31 | Comm w/OHS (RW) re payment pct protocol/analysis | 0.5 |
| | Comm w/ PJC re spread analysis | 0.5 |
| | Spread analysis | 2.2 |
| | Review docket | 0.4 |
| | TOTAL TIME (hrs) | 70.3 |