# EXHIBIT B

**W.R. Grace**
**Detail of expenses (October 1, 2008 – October 31, 2008)**

| | | |
|---|---|---|
| Communication | | |
| Telephone | $173.71 | |
| Express Mail | $ 53.12 | |
| **Total Communication:** | | **$226.83** |
| | | |
| Meals | $   9.10 | |
| **Total Meals:** | | **$   9.10** |
| | | |
| Transportation | $ 24.50 | |
| **Total Transportation:** | | **$ 24.50** |
| | | |
| **TOTAL EXPENSES:** | | **$260.43** |