# Exhibit A

## Omnibus Hearing Dates and Filing and Objection Deadlines

All hearings are in Wilmington, Delaware, unless otherwise noted below.

| Omnibus Hearing Dates | Filing Deadlines | Objection Deadlines | Preliminary Agenda Due | Final Agenda Due |
|---|---|---|---|---|
| January 26, 2009 at 10:30 a.m. | 12/22/08 | 1/9/09 | 1/12/09 | 1/16/09 |
| February 23, 2009 at 10:30 a.m. | 1/16/09 | 2/6/09 | 2/9/09 | 2/13/09 |
| April 1, 2009 at 10:30 a.m. (30th Quarterly Fee Hearing) | 2/25/09 | 3/13/09 | 3/18/09 | 3/25/09 |
| April 27, 2009 at 10:30 a.m. | 3/23/09 | 4/10/09 | 4/13/09 | 4/20/09 |
| June 1, 2009 at 10:30 a.m. | 4/27/09 | 5/15/09 | 5/18/09 | 5/22/09 |
| June 29, 2009 at 10:30 a.m. (31st Quarterly Fee Hearing) | 5/22/09 | 6/12/09 | 6/15/09 | 6/22/09 |
| July 27, 2009 at 10:30 a.m. | 6/22/09 | 7/10/09 | 7/13/09 | 7/20/09 |
| August 24, 2009 at 10:30 a.m. | 7/20/09 | 8/7/09 | 8/10/09 | 8/17/09 |
| September 22, 2009 at 10:30 a.m. (32nd Quarterly Fee Hearing) | 8/18/09 | 9/4/09 | 9/8/09 | 9/15/09 |
| October 26, 2009 at 10:30 a.m. | 9/21/09 | 10/9/09 | 10/9/09 | 10/19/09 |
| November 23, 2009 at 10:30 a.m. | 10/19/09 | 11/6/09 | 11/9/09 | 11/16/09 |
| December 14, 2009 at 10:30 a.m. (33rd Quarterly Fee Hearing) | 11/9/09 | 11/25/09 | 11/30/09 | 12/7/09 |