## Exhibit A

## KRAMER LEVIN NAFTALIS & FRANKEL LLP

1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

November 24, 2008

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 504971
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

#### 056772-00001/CASE ADMINISTRATION

| | |
|---|---|
| FEES.......................................................................... | $919.00 |
| DISBURSEMENTS ........................................................ | 0.00 |
| MATTER TOTAL............................................................ | $919.00 |

#### 056772-00007/REORGANIZATION PLAN

| | |
|---|---|
| FEES.......................................................................... | $69,075.00 |
| DISBURSEMENTS ........................................................ | 2,122.59 |
| MATTER TOTAL............................................................ | $71,197.59 |

#### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---|
| FEES.......................................................................... | $3,695.50 |
| DISBURSEMENTS ........................................................ | 12.73 |
| MATTER TOTAL............................................................ | $3,708.23 |

#### 056772-00010/CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)

| | |
|---|---|
| FEES.......................................................................... | $7,384.50 |
| DISBURSEMENTS ........................................................ | 0.00 |
| MATTER TOTAL............................................................ | $7,384.50 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| **To:** | Citibank, N.A. |
| | Citicorp Center 153 E. 53rd Street NY, N.Y. 10043 |
| | ABA #021000089 |
| **Account:** | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| **By Order of:** | Invoice No. 504971 |
| **Citibank Contact:** | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2237011.2

**056772-00012/CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)**

| | |
|---|---|
| FEES......................................................................................................................... | $0.00 |
| DISBURSEMENTS ................................................................................................. | <u>4.40</u> |
| MATTER TOTAL.................................................................................................... | $4.40 |

**056772-00015/PLAN AND DISCLOSURE STATEMENT**

| | |
|---|---|
| FEES......................................................................................................................... | $0.00 |
| DISBURSEMENTS ................................................................................................. | <u>267.60</u> |
| MATTER TOTAL.................................................................................................... | $267.60 |

**056772-00019/HEARINGS**

| | |
|---|---|
| FEES......................................................................................................................... | $9,981.50 |
| DISBURSEMENTS ................................................................................................. | <u>944.13</u> |
| MATTER TOTAL.................................................................................................... | $10,925.63 |

**056772-00028/TRAVEL\NON-WORKING**

| | |
|---|---|
| FEES......................................................................................................................... | $5,456.50 |
| DISBURSEMENTS ................................................................................................. | <u>0.00</u> |
| MATTER TOTAL.................................................................................................... | $5,456.50 |
| CLIENT GRAND TOTAL...................................................................................... | <u>$99,863.45</u> |

W.R. GRACE & CO. EQUITY COMMITTEE                     November 24, 2008
056772-00001                                          Invoice No. 504971

## CASE ADMINISTRATION

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/02/08 | MANNAL, DOUGLAS | Telephone call with equity holder re: status of case (.4). | 0.40 | 242.00 |
| 10/28/08 | MANNAL, DOUGLAS | Tel with numerous equity holders re disclosure stmt hearing. | 0.40 | 242.00 |
| 10/31/08 | BENTLEY, PHILIP | TC with equity holder. | 0.60 | 435.00 |
| **TOTAL HOURS AND FEES** | | | **1.40** | **$919.00** |

**TOTAL FOR THIS MATTER**                              **$919.00**

Kramer Levin Naftalis & Frankel LLP                                    Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE                          November 24, 2008
056772-00007                                              Invoice No. 504971

## REORGANIZATION PLAN

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 09/16/08 | RIGEL, BLAKE | Review tax annex and settlement agreement. | 2.80 | 1,736.00 |
| 10/01/08 | MARTORANA, KEITH R | Review new versions of Corporate Agreements (3.8); summarize same and e-mail to T. Weschler (4.6). | 8.20 | 3,444.00 |
| 10/02/08 | KOLEVZON, PETER S. | Review new drafts of regis. rights & warranty agreement; e-mail correspondence. | 0.10 | 79.50 |
| 10/02/08 | BENTLEY, PHILIP | Discs Ted Weschler (.8) and trade multiple emails re PPI, Libby and other Plan of Reorganization issues (.7). | 1.50 | 1,087.50 |
| 10/02/08 | MARTORANA, KEITH R | Finish review of Corporate Agreements and e-mail summary of same to T. Weschler (1.2); Attend to issues regarding Libby Claimant's objection to Disclosure Statement Hearing date, including review of Trust Agreement and Trust Distribution Procedures (1.9). | 3.10 | 1,302.00 |
| 10/02/08 | MANNAL, DOUGLAS | Attention to Libby claimants' motion to reconsider (.3); attention to e-mails re: same (.2); attention tor evised corporate documents (1.2). | 1.70 | 1,028.50 |
| 10/03/08 | MARTORANA, KEITH R | Research regarding Libby Criminal Trial. | 1.00 | 420.00 |
| 10/05/08 | KOLEVZON, PETER S. | Review revised corp. docs. & KL memo re: changes. | 2.40 | 1,908.00 |
| 10/06/08 | BENTLEY, PHILIP | Trade emails re Plan issues. | 0.10 | 72.50 |
| 10/06/08 | MARTORANA, KEITH R | Research history of Libby Claimants and objections to prior plan (1.1); detailed memo to P. Bentley (1.3). | 2.40 | 1,008.00 |
| 10/06/08 | MANNAL, DOUGLAS | Attention to revised corp documents (1.1); email K. Martorana and P. Kolevson re same (1.4). | 1.50 | 907.50 |
| 10/07/08 | MARTORANA, KEITH R | Review Warrant Agreement and provide written comment to K&E via e-mail. | 0.50 | 210.00 |
| 10/07/08 | MANNAL, DOUGLAS | Review Libby plaintiffs objections and prep for meeting with Debtors and asbestos plaintiffs. | 1.50 | 907.50 |
| 10/08/08 | BENTLEY, PHILIP | Conf at C&D re Libby treatment issues (2.3) and trade emails re same (.8). | 3.10 | 2,247.50 |

KL4 2237011.2

Kramer Levin Naftalis & Frankel LLP                                    Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                          November 24, 2008
056772-00007                                                          Invoice No. 504971

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|------------|-------------|-------|--------|
| 10/08/08 | MANNAL, DOUGLAS | Prep for and attend meeting with Debtors and asbestos plaintiffs re Libby claims (2.3). | 2.30 | 1,391.50 |
| 10/10/08 | BENTLEY, PHILIP | Trade emails re plan issues. | 0.10 | 72.50 |
| 10/13/08 | MARTORANA, KEITH R | Review conditions to confirmation and effective date in Plan (1.1); prepare detailed summary and analysis of same to T. Weschler (3.1). | 4.20 | 1,764.00 |
| 10/14/08 | MARTORANA, KEITH R | Review Sealed Air changes to Plan (2.3) and provide detailed summary to T. Weschler (3.1). | 5.40 | 2,268.00 |
| 10/15/08 | MANNAL, DOUGLAS | Attn to Skadden comments to plan (1.4), telephone/email with Debtors' counsel re same (.4). | 1.80 | 1,089.00 |
| 10/17/08 | BENTLEY, PHILIP | Trade emails re disclosure statement objections. | 0.20 | 145.00 |
| 10/17/08 | MANNAL, DOUGLAS | Prep for Omnibus hearing. | 0.90 | 544.50 |
| 10/17/08 | KOLEVZON, PETER S. | Read revised deferred payment agreement. | 0.60 | 477.00 |
| 10/17/08 | MARTORANA, KEITH R | Review and summarize Disclosure Statement Objections. | 1.80 | 756.00 |
| 10/18/08 | MARTORANA, KEITH R | Review and summarize all disclosure objections received. | 8.80 | 3,696.00 |
| 10/19/08 | MANNAL, DOUGLAS | Numerous email/telephone with K. Martorana re Omnibus hearing. | 0.50 | 302.50 |
| 10/19/08 | KOLEVZON, PETER S. | Read revised share issuance agreement & Grace guaranty (1.2); read further revised deferred payment agree (.6). | 1.80 | 1,431.00 |
| 10/19/08 | MARTORANA, KEITH R | Review and summarize all disclosure objections received (3.9); e-mail/tel with D. Mannal re: omnibus hearing (.6). | 4.50 | 1,890.00 |
| 10/20/08 | BENTLEY, PHILIP | Discs Ted Weschler, Chaim Fortgang, and trade emails, re PPI and disclosure statement issues. | 1.00 | 725.00 |
| 10/20/08 | MANNAL, DOUGLAS | Attention to Disclosure Statement objections and memo re same (3.9). | 3.90 | 2,359.50 |
| 10/20/08 | MARTORANA, KEITH R | Review and summarize disclosure statement objections. | 2.80 | 1,176.00 |
| 10/21/08 | WIERMAN, LAUREN E | Prepared Disclosure Statement objection documents for K Martorana (2.7). Proof read summary of Disclosure Statement objections (2.8). | 5.50 | 1,430.00 |

Kramer Levin Naftalis & Frankel LLP                                    Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                          November 24, 2008
056772-00007                                              Invoice No. 504971

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/21/08 | MANNAL, DOUGLAS | Review Disclosure Statement objections (3.8), comment on K. Martorana's summary re same (.7). | 4.50 | 2,722.50 |
| 10/21/08 | KOLEVZON, PETER S. | Review new drafts of regis. rights & warranty agreement (.6); e-mail correspondence re: same (.2). | 0.80 | 636.00 |
| 10/21/08 | MARTORANA, KEITH R | Complete review of objections to the Disclosure Statement (4.2); summarize same and e-mail to T. Weschler (1.4). | 5.60 | 2,352.00 |
| 10/22/08 | MANNAL, DOUGLAS | Prep for and attend conference call with Debtors re Disclosure Statement objections (2.7), follow up calls/emails with Debtors' counsel, P. Bentley and K. Martorana re: same (1.9); review debtors' draft response to objections to disclosure statement (4.9). | 9.50 | 5,747.50 |
| 10/22/08 | BENTLEY, PHILIP | Discs T. Freedman, Ted Weschler, Doug Mannal and Keith Martorana re plan issues. | 1.90 | 1,377.50 |
| 10/22/08 | MARTORANA, KEITH R | Prepare for conference call with Plan Proponents re: disclosure statement objections (1.3); attend conference call with Plan Proponents and D. Mannal (2.7); Re-read Grace plan for issues concerning equity committee (3.2); conversations with P. Bentley, D. Mannal and T. Freedman re: disclosure statement objections and Plan changes (2.0). | 9.20 | 3,864.00 |
| 10/23/08 | WIERMAN, LAUREN E | Prepared disclosure statement objection binders per D Mannal and K Martorana's request. | 0.80 | 208.00 |
| 10/23/08 | MANNAL, DOUGLAS | Prep for and attend conference call with Debtors and Asbestos committees re draft consolidated response to Disclosure Statement objections (7.8), review emails with T. Weschler re same (.5). | 10.30 | 6,231.50 |
| 10/23/08 | MARTORANA, KEITH R | Prepare for and attend Plan Proponent conference call re: disclosure statement objections (2.7); conversations with P. Bentley and D. Mannal re: same (.8); draft and revise joinder to disclosure statement motion (.9). | 4.40 | 1,848.00 |

Kramer Levin Naftalis & Frankel LLP                                                    Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                          November 24, 2008
056772-00007                                              Invoice No. 504971

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 10/24/08 | MANNAL, DOUGLAS | Review Debtors' response to disclosure statement objection (2.8); tel with T Freedman re same (.2); email P Bentley re Equity Cmtee joinder (.2); revise same and coordinate filing joinder (1.3). | 4.50 | 2,722.50 |
| 10/26/08 | MANNAL, DOUGLAS | Review Disclosure Statement objection responses in prep for Disclousre Statement hearing (4.5). | 4.50 | 2,722.50 |
| 10/27/08 | BENTLEY, PHILIP | Review Debtor's response to disclosure statement objections (.8), and trade emails re same (.2) | 1.00 | 725.00 |
| 10/31/08 | MARTORANA, KEITH R | Conversation with T. Freedman re: status of Plan. | 0.10 | 42.00 |

**TOTAL HOURS AND FEES**                                  **133.10**   **$69,075.00**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| VELOBINDINGS | 30.00 |
| TABS | 20.00 |
| PHOTOCOPYING | 117.50 |
| LEGAL SEARCH FEES | 250.08 |
| CAB FARES | 54.25 |
| MEALS/IN-HOUSE | 91.97 |
| OUT-OF-TOWN TRAVEL | 1,111.75 |
| MEALS/T & E | 60.00 |
| DOCUMENT RETRIEVAL FEES | 387.04 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**        **$2,122.59**

**TOTAL FOR THIS MATTER**                        **$71,197.59**

Kramer Levin Naftalis & Frankel LLP                                                   Page No. 8

W.R. GRACE & CO. EQUITY COMMITTEE                                   November 24, 2008
056772-00008                                                                    Invoice No. 504971

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/21/08 | MARTORANA, KEITH R | Review September 2008 bill and begin drafting fee application. | 2.80 | 1,176.00 |
| 10/28/08 | WIERMAN, LAUREN E | Drafted 85th monthly fee app. | 3.50 | 910.00 |
| 10/28/08 | MARTORANA, KEITH R | Finalize 85th Monthly Fee Application and send to local counsel for filing. | 1.20 | 504.00 |
| 10/29/08 | MARTORANA, KEITH R | Draft response to fee auditor's initial report and conversation with accounting re: same. | 1.70 | 714.00 |
| 10/30/08 | MANNAL, DOUGLAS | Attn to KL Fee Application. | 0.30 | 181.50 |
| 10/31/08 | MARTORANA, KEITH R | Conversations with accounting re: outstanding vendor invoice (.2), researched history of vendor invoice (.3). | 0.50 | 210.00 |

**TOTAL HOURS AND FEES**                                              **10.00**   **$3,695.50**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|--------|
| PHOTOCOPYING | 2.20 |
| MESSENGER/COURIER | 10.53 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                        **$12.73**

**TOTAL FOR THIS MATTER**                                         **$3,708.23**

KL4 2237011.2

Kramer Levin Naftalis & Frankel LLP                                      Page No. 9

W.R. GRACE & CO. EQUITY COMMITTEE                          November 24, 2008
056772-00010                                              Invoice No. 504971

## CLAIM ANALYSIS OBJ. & RES. (NON-ASBESTOS)

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/02/08 | MARTORANA, KEITH R | Review case law re: PPI interest rate (1.3); provide summary/analysis of same and e-mail to P. Bentley (.6). | 1.90 | 798.00 |
| 10/07/08 | BENTLEY, PHILIP | Conf call with Grace re PPI issues (1.0), and trade emails re same (.7). | 1.70 | 1,232.50 |
| 10/07/08 | MARTORANA, KEITH R | Attend conference call with K&E regarding negotiations with the Bank Lenders re: PPI. | 1.00 | 420.00 |
| 10/13/08 | BENTLEY, PHILIP | Discs D. Mannal (.3) and trade emails re PPI (.3). | 0.60 | 435.00 |
| 10/13/08 | MANNAL, DOUGLAS | Office conference with P Bentley re PPI (.3); attn to discussion between parties re same (.8); review PPI material in advance of meeting (.5) | 1.60 | 968.00 |
| 10/14/08 | BENTLEY, PHILIP | Attend PPI settlement meeting at Kirkland & Ellis, and discs Ted Weschler re same. | 2.20 | 1,595.00 |
| 10/14/08 | MANNAL, DOUGLAS | Prep for and attend all-hands meeting on PPI at K&E. | 3.20 | 1,936.00 |

**TOTAL HOURS AND FEES**                                      **12.20**  **$7,384.50**

**TOTAL FOR THIS MATTER**                          **$7,384.50**

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00012

November 24, 2008
Invoice No. 504971

**CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 4.40 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$4.40** |
| **TOTAL FOR THIS MATTER** | **$4.40** |

Kramer Levin Naftalis & Frankel LLP

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00015

November 24, 2008
Invoice No. 504971

## PLAN AND DISCLOSURE STATEMENT

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| VELOBINDINGS | 30.00 |
| TABS | 92.00 |
| PHOTOCOPYING | 145.60 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**    **$267.60**

**TOTAL FOR THIS MATTER**    **$267.60**

Kramer Levin Naftalis & Frankel LLP                                Page No. 12

W.R. GRACE & CO. EQUITY COMMITTEE                        November 24, 2008
056772-00019                                            Invoice No. 504971

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|------:|-------:|
| 10/20/08 | MARTORANA, KEITH R | Prepare for and attend omnibus hearing. | 1.40 | 588.00 |
| 10/27/08 | MARTORANA, KEITH R | Attend Disclosure Statement Hearing. | 5.80 | 2,436.00 |
| 10/27/08 | MANNAL, DOUGLAS | Prep for and attend Disclosure Statement hearing. | 11.50 | 6,957.50 |

**TOTAL HOURS AND FEES**                                   **18.70**   **$9,981.50**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|-------------|-------:|
| MANUSCRIPT SERVICE | 0.00 |
| CAB FARES | 146.00 |
| OUT-OF-TOWN TRAVEL | 664.50 |
| MEALS/T & E | 15.55 |
| DOCUMENT RETRIEVAL FEES | 118.08 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**          **$944.13**

**TOTAL FOR THIS MATTER**                          **$10,925.63**

KL4 2237011.2

Kramer Levin Naftalis & Frankel LLP                                    Page No. 13

W.R. GRACE & CO. EQUITY COMMITTEE                          November 24, 2008
056772-00028                                                          Invoice No. 504971

**TRAVEL\NON-WORKING**

**DETAIL OF SERVICES**

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|------|-----------|-------------|-------|--------|
| 10/20/08 | MARTORANA, KEITH R | Travel to and from Delaware for Omnibus Hearing. | 5.30 | 1,113.00 |
| 10/26/08 | MARTORANA, KEITH R | Travel to Pittsburgh for Disclosure Statement Hearing. | 4.20 | 882.00 |
| 10/26/08 | MANNAL, DOUGLAS | Travel to Pittsburgh to attend disclosure statement hearing. | 2.50 | 756.25 |
| 10/27/08 | MARTORANA, KEITH R | Travel from hearing in Pittsburgh to New York. | 6.40 | 1,344.00 |
| 10/27/08 | MANNAL, DOUGLAS | Travel to NYC from Pittsburgh. | 4.50 | 1,361.25 |

**TOTAL HOURS AND FEES**                                          **22.90**   **$5,456.50**

**TOTAL FOR THIS MATTER**                            **$5,456.50**

KL4 2237011.2