# **Exhibit B**

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    1
                                              *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/26/2008 10:53:54

Matter No: 056772-00007                          Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2674470
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : REORGANIZATION PLAN                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                Status     : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------
                                          PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                        TO:
              UNBILLED DISB FROM:   08/08/2008           TO:    10/31/2008
-----------------------------------------------------------------------------------------------------------------------
                                     FEES                          COSTS
                                     ----                          -----
        GROSS BILLABLE AMOUNT:              0.00                        2,122.59
         AMOUNT WRITTEN DOWN:       _____               _____
                    PREMIUM:        _____               _____
           ON ACCOUNT BILLED:       _____               _____
    DEDUCTED FROM PAID RETAINER:    _____               _____
               AMOUNT BILLED:       _____               _____
                  THRU DATE:                                          10/31/2008
    CLOSE MATTER/FINAL BILLING?     YES   OR   NO
    EXPECTED DATE OF COLLECTION:    _____

       BILLING PARTNER APPROVAL:    _____               _____
                                    BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
               BILLING COMMENTS:
```

```
---------------------------------------------------------------------------------------------------------------------
                     ACCOUNTS RECEIVABLE TOTALS                            UNAPPLIED CASH
                     -------------------------                             --------------
              FEES:                        0.00
      DISBURSEMENTS:                    2,122.59    UNIDENTIFIED RECEIPTS:       0.00
       FEE RETAINER:                        0.00       PAID FEE RETAINER:       0.00
      DISB RETAINER:                        0.00      PAID DISB RETAINER:       0.00
  TOTAL OUTSTANDING:                    2,123.59   TOTAL AVAILABLE FUNDS:       0.00
                                                            TRUST BALANCE:
                                                  BILLING HISTORY
                                                  ---------------
    DATE OF LAST BILL:               10/23/08        LAST PAYMENT DATE:    11/04/08
    LAST BILL NUMBER:                 502428  ACTUAL FEES BILLED TO DATE:  354,291.00
                                           ON ACCOUNT FEES BILLED TO DATE:       0.00
                                              TOTAL FEES BILLED TO DATE:  354,291.00
    LAST BILL THRU DATE:             09/30/08   FEES WRITTEN OFF TO DATE:       0.00
                                              COSTS WRITTEN OFF TO DATE:    1,914.74
FOR ACCTG USE ONLY:                     Write Down/Up Reason Codes:
                                        ----------------------------
        (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
        (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding            (10) Client Arrangement

BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    2
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/26/2008 10:53:54
```

```
Matter No: 056772-00007                         Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2674470
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : REORGANIZATION PLAN               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                  Status      : ACTIVE
```

```
U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                     Oldest      Latest       Total
                                      Entry       Entry        Amount
----  -----------------------------   ------      ------       -----------
0816  VELOBINDINGS                    10/24/08    10/24/08          30.00
0817  TABS                            10/24/08    10/24/08          20.00
0820  PHOTOCOPYING                    10/23/08    10/23/08         117.50
0935  LEGAL SEARCH FEES               10/31/08    10/31/08         250.08
0940  CAB FARES                       09/09/08    10/22/08          54.25
0942  MEALS/IN-HOUSE                  09/21/08    10/05/08          91.97
0950  OUT-OF-TOWN TRAVEL              10/31/08    10/31/08       1,111.75
0951  MEALS/T & E                     08/08/08    08/08/08          60.00
0972  DOCUMENT RETRIEVAL FEES         09/30/08    09/30/08         387.04

         Total                                                  2,122.59
```

```
U N B I L L E D   C O S T S   D E T A I L
Description/Code                           Employee          Date          Amount      Index# Batch No Batch Date
--------------------------------------     --------          ------        -----------  ------- --------- ----------

VELOBINDINGS 0816
   VELOBINDINGS                             WIERMAN, L E      10/24/08        30.00     8502427  632185   10/27/08
   WIERMAN  LAUREN E    17062   BINDING
                                            0816 VELOBINDINGS Total :        30.00

TABS 0817
   TABS                                     WIERMAN, L E      10/24/08        20.00     8502403  632183   10/27/08
   WIERMAN  LAUREN E    17062   TABS
                                            0817 TABS Total :                20.00

PHOTOCOPYING 0820
   PHOTOCOPYING                             WIERMAN, L E      10/23/08       117.50     8501423  632172   10/27/08
   WIERMAN  LAUREN E
                                            0820 PHOTOCOPYING Total :       117.50

LEGAL SEARCH FEES 0935
   LEXIS-NEXIS - MATTHEW BE                 PELLETIER, D      10/31/08       250.08     8509930  635585   10/31/08
   LEXIS-NEXIS - MATTHEW BENDER - CourtLinks Sept 2
   008
                                            0935 LEGAL SEARCH FEES Total :  250.08

CAB FARES 0940
   JULIET RAMDIN, CASHIER                   BENTLEY, P        09/09/08         8.00     8488648  625092   10/10/08
   JULIET RAMDIN, CASHIER
   JULIET RAMDIN, CASHIER                   KOLEVZON, P S     10/05/08        21.25     8481806  623297   10/06/08
   JULIET RAMDIN, CASHIER
   JULIET RAMDIN, CASHIER                   MARTORANA, K R    10/06/08         9.00     8509644  635578   10/31/08
   JULIET RAMDIN, CASHIER
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE      3
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/26/2008 10:53:54

Matter No: 056772-00007                              Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2674470
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : REORGANIZATION PLAN                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001
                                                                                               Status    : ACTIVE
U N B I L L E D   C O S T S   D E T A I L
Description/Code                         Employee          Date          Amount      Index#  Batch No  Batch Date
--------------------------------------   ---------         ------        ----------   -------  --------  ----------

      JULIET RAMDIN, CASHIER             BENTLEY, P        10/08/08          7.00     8508366   634847   10/30/08
      JULIET RAMDIN, CASHIER
      JULIET RAMDIN, CASHIER             MARTORANA, K R    10/22/08          9.00     8509645   635578   10/31/08
      JULIET RAMDIN, CASHIER
                                         0940 CAB FARES Total :            54.25

MEALS/IN-HOUSE 0942
      MEALS/IN-HOUSE                     MARTORANA, K R    09/21/08         31.14     8496966   629887   10/21/08
      IN-HOUSE/MEALS
      MEALS/IN-HOUSE                     MANNAL, D M       09/21/08         23.63     8496967   629887   10/21/08
      IN-HOUSE/MEALS
      JULIET RAMDIN, CASHIER             BENTLEY, P        09/29/08         19.00     8488649   625092   10/10/08
      JULIET RAMDIN, CASHIER
      MEALS/IN-HOUSE                     MARTORANA, K R    10/05/08         18.20     8499269   631056   10/23/08
      IN-HOUSE/MEALS
                                         0942 MEALS/IN-HOUSE Total :       91.97

OUT-OF-TOWN TRAVEL 0950
      DINERS CLUB CITICORP DIN           MANNAL, D M       10/31/08        293.25     8514813   637297   11/03/08
      OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
      CITICORP DINERS CLUB
      DINERS CLUB CITICORP DIN           MARTORANA, K R    10/31/08        409.25     8514820   637297   11/03/08
      OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
      CITICORP DINERS CLUB
      DINERS CLUB CITICORP DIN           MANNAL, D M       10/31/08        409.25     8514821   637297   11/03/08
      OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
      CITICORP DINERS CLUB
                                         0950 OUT-OF-TOWN TRAVEL Total :  1,111.75

MEALS/T & E 0951
      DOUGLAS MANNAL                     MANNAL, D M       08/08/08         60.00     8505917   634167   10/29/08
      Establishment: Utsav; Guests: Doug Mannal, Keith
       Martorana; Affiliation: Colleagues; Business Di
      scussed: KLNF
                                         0951 MEALS/T & E Total :          60.00

DOCUMENT RETRIEVAL FEES 0972
      DOCUMENT RETRIEVAL F               PIZZARELLO, C     09/30/08        272.80     8487167   624357   10/08/08
      Document Retrieval Fees
      DOCUMENT RETRIEVAL F               PIZZARELLO, C     09/30/08         84.40     8487168   624357   10/08/08
      Document Retrieval Fees
      DOCUMENT RETRIEVAL F               PIZZARELLO, C     09/30/08         29.84     8487169   624357   10/08/08
      Document Retrieval Fees
                                         0972 DOCUMENT RETRIEVAL F Total :  387.04
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    4
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/26/2008 10:53:54

Matter No: 056772-00007                        Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2674470
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : REORGANIZATION PLAN              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                       Employee        Date          Amount        Index#  Batch No  Batch Date
------------------------------------------------  --------        ------        -----------   -------  ---------  ----------


         Costs Total :                                                          2,122.59
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE     5
                                                        *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/26/2008 10:53:54

Matter No: 056772-00007                              Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2674470
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : REORGANIZATION PLAN                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status       : ACTIVE
```

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer  To   Clnt/Mtr | Carry Forward |
|---|---|---|---|---|---|
| 0816 VELOBINDINGS | 30.00 | | | | |
| 0817 TABS | 20.00 | | | | |
| 0820 PHOTOCOPYING | 117.50 | | | | |
| 0935 LEGAL SEARCH FEES | 250.08 | | | | |
| 0940 CAB FARES | 54.25 | | | | |
| 0942 MEALS/IN-HOUSE | 91.97 | | | | |
| 0950 OUT-OF-TOWN TRAVEL | 1,111.75 | | | | |
| 0951 MEALS/T & E | 60.00 | | | | |
| 0972 DOCUMENT RETRIEVAL FEES | 387.04 | | | | |
| Costs Total : | 2,122.59 | | | | |

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    6
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/26/2008 10:53:54

Matter No: 056772-00008                           Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2674470
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE   Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status      : ACTIVE

Special Billing Instructions:
-------------------------------------------------------------------------------------------------------------------------
                                          PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                          TO:
              UNBILLED DISB FROM:  09/26/2008              TO:    10/22/2008
-------------------------------------------------------------------------------------------------------------------------
                                      FEES                       COSTS
                                      ------                     -----------
       GROSS BILLABLE AMOUNT:               0.00                      12.73
        AMOUNT WRITTEN DOWN:      _____          _____
                    PREMIUM:      _____          _____
            ON ACCOUNT BILLED:    _____          _____
   DEDUCTED FROM PAID RETAINER:   _____          _____
                AMOUNT BILLED:    _____          _____
                   THRU DATE:                                  10/22/2008
  CLOSE MATTER/FINAL BILLING?    YES   OR   NO
  EXPECTED DATE OF COLLECTION:   _____

     BILLING PARTNER APPROVAL:   _____    _____
                                 BENTLEY PHILIP - 02495       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
           BILLING COMMENTS:     _____
                                 _____

-------------------------------------------------------------------------------------------------------------------------
                                 ACCOUNTS RECEIVABLE TOTALS                    UNAPPLIED CASH
                                 --------------------------                    --------------
                    FEES:                   0.00
            DISBURSEMENTS:                  12.73      UNIDENTIFIED RECEIPTS:       0.00
             FEE RETAINER:                   0.00         PAID FEE RETAINER:        0.00
            DISB RETAINER:                   0.00        PAID DISB RETAINER:        0.00
         TOTAL OUTSTANDING:                 12.73      TOTAL AVAILABLE FUNDS:       0.00
                                                             TRUST BALANCE:
                                              BILLING HISTORY
                                              ----------------
         DATE OF LAST BILL:             10/23/08         LAST PAYMENT DATE:    11/04/08
          LAST BILL NUMBER:             502428   ACTUAL FEES BILLED TO DATE:  173,479.50
                                              ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                 TOTAL FEES BILLED TO DATE:   173,479.50
         LAST BILL THRU DATE:           09/30/08   FEES WRITTEN OFF TO DATE:   18,580.00
                                                  COSTS WRITTEN OFF TO DATE:      500.51
FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
                                 ---------------------------
        (1) Exceeded Fixed Fee       (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted (5) Business Development     (8) Premium
        (3) Pre-arranged Discount    (6) Summer Associate         (9) Rounding          (10) Client Arrangement

BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    7
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/26/2008 10:53:54
```

```
Matter No: 056772-00008                         Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2674470
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                   Status     : ACTIVE
```

```
U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                         Oldest     Latest        Total
                                          Entry      Entry         Amount
----  ------------------------------      ------     ------     -----------
0820  PHOTOCOPYING                        10/22/08   10/22/08          2.20
0930  MESSENGER/COURIER                   09/26/08   09/26/08         10.53

         Total                                                       12.73
```

```
U N B I L L E D   C O S T S   D E T A I L
Description/Code                          Employee         Date         Amount        Index#  Batch No  Batch Date
-----------------------------------------  --------        ------     -----------     -------  --------- ----------

PHOTOCOPYING 0820
    PHOTOCOPYING                           MARTORANA, K R   10/22/08        1.60       8499411  631108    10/23/08
    MARTORANA  KEITH R
    PHOTOCOPYING                           MARTORANA, K R   10/22/08        0.60       8499412  631108    10/23/08
    MARTORANA  KEITH R

                                           0820 PHOTOCOPYING Total :      2.20

MESSENGER/COURIER 0930
    FEDERAL EXPRESS CORPORAT               WIERMAN, L E     09/26/08       10.53       8486970  624354    10/08/08
    Buchanan Ingersoll & Rooney

                                           0930 MESSENGER/COURIER Total :  10.53


         Costs Total :                                                    12.73
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    8
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/26/2008 10:53:54

Matter No: 056772-00008                         Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2674470
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT       Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description          Amount           Bill        W/o / W/u      Transfer  To   Clnt/Mtr    Carry Forward
------------------------  -----------      ----------  ----------     -------------------------  --------------

0820 PHOTOCOPYING              2.20        _____  _____     _____  _____

0930 MESSENGER/COURIER        10.53        _____  _____     _____  _____


       Costs Total :         12.73        _____  _____     _____  _____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    9
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/26/2008 10:53:54

Matter No: 056772-00012                                Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2674470
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------------------
                                          PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:                          TO:
            UNBILLED DISB FROM:    10/17/2008             TO:    10/17/2008
------------------------------------------------------------------------------------------------------------------------------
                                   FEES                         COSTS
                                   ------                       -----------
        GROSS BILLABLE AMOUNT:              0.00                        4.40
         AMOUNT WRITTEN DOWN:     _____              _____
                    PREMIUM:     _____              _____
           ON ACCOUNT BILLED:    _____              _____
  DEDUCTED FROM PAID RETAINER:   _____              _____
             AMOUNT BILLED:      _____              _____
                 THRU DATE:                                      10/17/2008
  CLOSE MATTER/FINAL BILLING?    YES   OR   NO
  EXPECTED DATE OF COLLECTION:   _____

     BILLING PARTNER APPROVAL:   _____              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                                 BENTLEY PHILIP - 02495
            BILLING COMMENTS:
```

```
------------------------------------------------------------------------------------------------------------------------------
                                 ACCOUNTS RECEIVABLE TOTALS                     UNAPPLIED CASH
                                 --------------------------                     ----------------
                FEES:                       0.00
        DISBURSEMENTS:                       4.40      UNIDENTIFIED RECEIPTS:         0.00
          FEE RETAINER:                      0.00          PAID FEE RETAINER:         0.00
         DISB RETAINER:                      0.00         PAID DISB RETAINER:         0.00
     TOTAL OUTSTANDING:                      4.40      TOTAL AVAILABLE FUNDS:         0.00
                                                              TRUST BALANCE:
                                              BILLING HISTORY
                                              ----------------
        DATE OF LAST BILL:             09/25/08        LAST PAYMENT DATE:      11/04/08
        LAST BILL NUMBER:              500350  ACTUAL FEES BILLED TO DATE:  1,704,060.00
                                              ON ACCOUNT FEES BILLED TO DATE:        0.00
                                              TOTAL FEES BILLED TO DATE:  1,704,080.00
      LAST BILL THRU DATE:             08/31/08  FEES WRITTEN OFF TO DATE:     13,274.69
                                              COSTS WRITTEN OFF TO DATE:      4,210.34
FOR ACCTG USE ONLY:              Write Down/Up Reason Codes:
                                 --------------------------
        (1) Exceeded Fixed Fee          (4) Excessive Legal Time    (7) Fixed Fee
        (2) Late Time & Costs Posted    (5) Business Development     (8) Premium
        (3) Pre-arranged Discount       (6) Summer Associate         (9) Rounding               (10) Client Arrangement

BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   10
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/26/2008 10:53:54

Matter No: 056772-00012                                    Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2674470
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status     : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                         Oldest      Latest        Total
                                          Entry       Entry         Amount
----  -----------------------------       ------      ------        -----------
0820  PHOTOCOPYING                        10/17/08    10/17/08          4.40

         Total                                                          4.40


U N B I L L E D   C O S T S   D E T A I L
Description/Code                          Employee          Date          Amount      Index#  Batch No  Batch Date
-------------------------------------     --------          ------        -----------  ------- --------- ----------

PHOTOCOPYING 0820
    PHOTOCOPYING                          BENTLEY, P        10/17/08         4.40      8495084  629611    10/21/08
    BENTLEY  PHILIP
                                          0820 PHOTOCOPYING Total :         4.40



         Costs Total :                                                     4.40
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                           PAGE   11
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/26/2008 10:53:54

Matter No: 056772-00012                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:      2674470
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)  Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                 Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount           Bill        W/o / W/u      Transfer  To   Clnt/Mtr      Carry Forward
----------------------- --------------------  -----------  ---------------  ------------------------------  -----------------

0620 PHOTOCOPYING           4.40           _____  _____  _____  _____


        Costs Total :       4.40           _____  _____  _____  _____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    12
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/26/2008 10:53:54

Matter No: 056772-00015                        Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:     2674470
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                               Status      : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------
                 UNBILLED TIME FROM:                          TO:
                 UNBILLED DISB FROM:    10/21/2008            TO:    10/21/2008
-----------------------------------------------------------------------------------------------------------------
                                        FEES                         COSTS
                                        ------                       -----------
        GROSS BILLABLE AMOUNT:                    0.00                           267.60
         AMOUNT WRITTEN DOWN:     _____         _____
                     PREMIUM:     _____         _____
            ON ACCOUNT BILLED:     _____         _____
   DEDUCTED FROM PAID RETAINER:    _____         _____
               AMOUNT BILLED:     _____         _____
                   THRU DATE:                               _____  10/21/2008
    CLOSE MATTER/FINAL BILLING?   YES    OR    NO
     EXPECTED DATE OF COLLECTION:  _____

        BILLING PARTNER APPROVAL:  _____         _____
                                   BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:   _____

-----------------------------------------------------------------------------------------------------------------
                                ACCOUNTS RECEIVABLE TOTALS                        UNAPPLIED CASH
                                --------------------------                        -----------------
                   FEES:                    0.00
           DISBURSEMENTS:                  267.60    UNIDENTIFIED RECEIPTS:          0.00
            FEE RETAINER:                    0.00        PAID FEE RETAINER:          0.00
           DISB RETAINER:                    0.00       PAID DISB RETAINER:          0.00
       TOTAL OUTSTANDING:                  267.60    TOTAL AVAILABLE FUNDS:          0.00
                                                           TRUST BALANCE:
                                            BILLING HISTORY
                                            ----------------
         DATE OF LAST BILL:               10/23/08      LAST PAYMENT DATE:       11/04/08
         LAST BILL NUMBER:                502428 ACTUAL FEES BILLED TO DATE:    85,349.50
                                              ON ACCOUNT FEES BILLED TO DATE:        0.00
                                                 TOTAL FEES BILLED TO DATE:    85,349.50
      LAST BILL THRU DATE:                09/30/08    FEES WRITTEN OFF TO DATE:     913.50
                                                      COSTS WRITTEN OFF TO DATE:    476.97
FOR ACCTG USE ONLY:                       Write Down/Up Reason Codes:
                                          ---------------------------
          (1) Exceeded Fixed Fee          (4) Excessive Legal Time    (7) Fixed Fee
          (2) Late Time & Costs Posted    (5) Business Development     (8) Premium
          (3) Pre-arranged Discount       (6) Summer Associate         (9) Rounding         [10] Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    13
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/26/2008 10:53:54

Matter No: 056772-00015                        Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2674470
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                               Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                       Oldest     Latest       Total
                                        Entry      Entry        Amount
----  ------------------------------    ------     ------      -----------
0816  VELOBINDINGS                      10/21/08   10/21/08         30.00
0817  TABS                              10/21/08   10/21/08         92.00
0820  PHOTOCOPYING                      10/21/08   10/21/08        145.60

          Total                                                    267.60


U N B I L L E D   C O S T S   D E T A I L
Description/Code                        Employee        Date        Amount      Index#  Batch No  Batch Date
-----------------------------------------------         --------    ------      -----------  -------  ---------  ----------

VELOBINDINGS 0816
     VELOBINDINGS                       WIERMAN, L E    10/21/08       30.00     8498327  630221    10/22/08
     WIERMAN  LAUREN E    17062   BINDING
                                        0816 VELOBINDINGS Total :     30.00

TABS 0817
     TABS                               WIERMAN, L E    10/21/08       92.00     8498314  630218    10/22/08
     WIERMAN  LAUREN E    17062   TABS
                                        0817 TABS Total :             92.00

PHOTOCOPYING 0820
     PHOTOCOPYING                       WIERMAN, L E    10/21/08      145.60     8497806  630209    10/22/08
     WIERMAN  LAUREN E
                                        0820 PHOTOCOPYING Total :     145.60


          Costs Total :                                              267.60
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                      PAGE   14
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/26/2008 10:53:54

Matter No: 056772-00015                         Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2674470
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                              Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount           Bill        W/o / W/u       Transfer  To   Clnt/Mtr   Carry Forward
------------------------    --------------   ----------- --------------- ------------------------------ ----------------

0816 VELOBINDINGS               30.00        _____ _____ _____ _____

0817 TABS                       92.00        _____ _____ _____ _____

0820 PHOTOCOPYING              145.60        _____ _____ _____ _____


        Costs Total :          267.60        _____ _____ _____ _____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                           PAGE   15
                                               *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/26/2008 10:53:54

Matter No: 056772-00019                          Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:     2674470
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                               Status     : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------
                                    PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------
            UNBILLED TIME FROM:                            TO:
            UNBILLED DISB FROM:   09/30/2008               TO:    10/31/2008
-----------------------------------------------------------------------------------------------------------------
                                   FEES                        COSTS
                                   ------                      -----------
        GROSS BILLABLE AMOUNT:              0.00                       944.13
        AMOUNT WRITTEN DOWN:      _____             _____
                    PREMIUM:      _____             _____
            ON ACCOUNT BILLED:    _____             _____
   DEDUCTED FROM PAID RETAINER:   _____             _____
              AMOUNT BILLED:      _____             _____
                  THRU DATE:                                    10/31/2008
  CLOSE MATTER/FINAL BILLING?     YES   OR   NO
  EXPECTED DATE OF COLLECTION:    _____

     BILLING PARTNER APPROVAL:    _____             _____
                                  BENTLEY PHILIP - 02495     WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
            BILLING COMMENTS:
```

-----------------------------------------------------------------------------------------------------------------

| | ACCOUNTS RECEIVABLE TOTALS | | UNAPPLIED CASH | |
|---|---|---|---|---|
| | ------------------------- | | ----------------- | |
| FEES: | 0.00 | | | |
| DISBURSEMENTS: | 944.13 | UNIDENTIFIED RECEIPTS: | 0.00 | |
| FEE RETAINER: | 0.00 | PAID FEE RETAINER: | 0.00 | |
| DISB RETAINER: | 0.00 | PAID DISB RETAINER: | 0.00 | |
| TOTAL OUTSTANDING: | 944.13 | TOTAL AVAILABLE FUNDS: | 0.00 | |
| | | TRUST BALANCE: | | |
| | BILLING HISTORY | | | |
| | ----------------- | | | |
| DATE OF LAST BILL: | 10/23/08 | LAST PAYMENT DATE: | 11/04/08 | |
| LAST BILL NUMBER: | 502428 | ACTUAL FEES BILLED TO DATE: | 329,637.50 | |
| | | ON ACCOUNT FEES BILLED TO DATE: | 0.00 | |
| | | TOTAL FEES BILLED TO DATE: | 329,637.50 | |
| LAST BILL THRU DATE: | 09/30/08 | FEES WRITTEN OFF TO DATE: | 10,068.18 | |
| | | COSTS WRITTEN OFF TO DATE: | 1,350.35 | |

```
FOR ACCTG USE ONLY:                   Write Down/Up Reason Codes:
                                      ---------------------------
          (1) Exceeded Fixed Fee      (4) Excessive Legal Time    (7) Fixed Fee
          (2) Late Time & Costs Posted (5) Business Development    (8) Premium
          (3) Pre-arranged Discount   (6) Summer Associate        (9) Rounding        (10) Client Arrangement

BILL NUMBER: _____ DATE OF BILL: _____ Processed by: _____ FRC: _____ CRC: _____
```

```
alp_132r: Matter Detail                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE    16
                                               *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/26/2008 10:53:54

Matter No: 056772-00019                        Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:    2674470
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : HEARINGS                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                               Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y -------------- Total Unbilled ----------------
Code  Description                      Oldest      Latest        Total
                                       Entry       Entry         Amount
----  ------------------------------   ------      ------        -----------
0840  MANUSCRIPT SERVICE               10/01/08    10/01/08            0.00
0940  CAB FARES                        10/26/08    10/28/08          146.00
0950  OUT-OF-TOWN TRAVEL               10/31/08    10/31/08          664.50
0951  MEALS/T & E                      10/20/08    10/27/08           15.55
0972  DOCUMENT RETRIEVAL FEES          09/30/08    09/30/08          118.08

        Total                                                        944.13


U N B I L L E D   C O S T S   D E T A I L
Description/Code                             Employee        Date       Amount      Index#  Batch No  Batch Date
-----------------------------------------    --------        ------     -----------  -------  --------  ----------

MANUSCRIPT SERVICE 0840
     MANUSCRIPT SERVICE                      TAYLOR, P       10/01/08        0.00    8481153  622344    10/06/08
                                             0840 MANUSCRIPT SERVICE Total :    0.00

CAB FARES 0940
     KEITH R MARTORANA                       MARTORANA, K R  10/26/08       45.00    8506262  634208    10/30/08
     Cab Fare
     JULIET RAMDIN, CASHIER                  MARTORANA, K R  10/26/08       19.00    8509646  635578    10/31/08
     JULIET RAMDIN, CASHIER
     KEITH R MARTORANA                       MARTORANA, K R  10/27/08       45.00    8506263  634208    10/30/08
     Cab Fare
     KEITH R MARTORANA                       MARTORANA, K R  10/28/08       37.00    8506265  634208    10/30/08
     Cab Fare
                                             0940 CAB FARES Total :       146.00

OUT-OF-TOWN TRAVEL 0950
     DINERS CLUB CITICORP DIN                BENTLEY, P      10/31/08      332.25    8514783  637297    11/03/08
     OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
     CITICORP DINERS CLUB
     DINERS CLUB CITICORP DIN                MARTORANA, K R  10/31/08      332.25    8514784  637297    11/03/08
     OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
     CITICORP DINERS CLUB
                                             0950 OUT-OF-TOWN TRAVEL Total :    664.50

MEALS/T & E 0951
     KEITH R MARTORANA                       MARTORANA, K R  10/20/08        6.95    8506261  634208    10/30/08
     Establishment: (L) Primo Cappuccino; Guests: Kei
     th Martorana; Affiliation: --; Business Discusse
     d: --
     KEITH R MARTORANA                       MARTORANA, K R  10/27/08        8.60    8506264  634208    10/30/08
     Establishment: (L) Au Bon Pain; Guests: Keith Ma
     rtorana; Affiliation: --; Business Discussed: --
                                             0951 MEALS/T & E Total :      15.55
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   17
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/26/2008 10:53:55

Matter No: 056772-00019                              Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2674470
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                      Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                            Employee           Date           Amount        Index#   Batch No  Batch Date
-----------------------------------------   --------           ------         -----------   -------  --------- ----------


DOCUMENT RETRIEVAL FEES 0972
    DOCUMENT RETRIEVAL F                     PIZZARELLO, C      09/30/08       118.08        8487170  624357    10/08/08
    Document Retrieval Fees

                                            0972 DOCUMENT RETRIEVAL F Total :    118.08



        Costs Total :                                                            944.13
```

alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                          PAGE   18
                                                      *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 11/26/2008 10:53:55

Matter No: 056772-00019                          Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2674470
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                 Status     : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y

| Code Description | Amount | Bill | W/o / W/u | Transfer  To   Clnt/Mtr | Carry Forward |
|------------------|--------|------|-----------|-------------------------|---------------|
| 0840 MANUSCRIPT SERVICE | 0.00 | | | | |
| 0940 CAB FARES | 146.00 | | | | |
| 0950 OUT-OF-TOWN TRAVEL | 664.50 | | | | |
| 0951 MEALS/T & E | 15.55 | | | | |
| 0972 DOCUMENT RETRIEVAL FEES | 118.08 | | | | |
| Costs Total : | 944.13 | | | | |