# Buchanan Ingersoll &. Rooney PC

Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 19, 2008
MATTER :  0066609-000002
INVOICE : 10162330

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08    6548

RE:  ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/01/08 | TC | Reviewed Order Approving Settlement Agreement with the Town of Acton Resolving Tax Abatement Petitions and Addressing Sewer Betterment Assessments, and attached settlement agreement | .40 |
| 10/02/08 | TC | Reviewed Order Approving Settlement Agreement with the Town of Acton Resolving Tax Abatement Petitions and Addressing Sewer Betterment Assessments | .20 |
| 10/22/08 | TC | Reviewed Motion to Authorize the Sale of Certain Assets to Alco Iron & Metal Co. Filed by W.R. Grace & Co., et al.. and all attachments | .60 |
| 10/22/08 | TC | Reviewed Order Approving Amended and Restated Order Approving Settlement Agreement with the Town of Action Resolving Tax Abatement Petitions and Addressing Sewer Betterment Assessments | .20 |
| 10/30/08 | TC | Reviewed Debtors' Twenty-Ninth Quarterly Report of Settlements from July 1, 2008 through September 30, 2008 in Accordance with that Certain Amended Order Authorizing and Approving an Omnibus Procedure for Settling Certain Claims and Causes of Action Brought by or Against the Debtors in a Judicial, Administrative, Arbitral or Other Action or Proceeding | .30 |

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 19, 2008
MATTER :  0066609-000002
INVOICE : 10162330

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08    6548

RE:  ASSET DISPOSITION

| | | |
|---|---|---|
| 10/31/08 TC | Reviewed Debtors' Twenty-Ninth Quarterly Report of Asset Sales from July 1, 2008 through September 30, 2008 in Accordance with that Certain Order Establishing Procedures for the Sale or Abandonment of De Minimis Assets | .10 |

## T I M E   S U M M A R Y
-----------------------

| | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | 1.80 | 927.00 |
| TOTALS | | 1.80 | 927.00 |

TOTAL FEES :            927.00

TOTAL DUE  :            927.00

**Buchanan Ingersoll ⚹ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 19, 2008
                                              MATTER : 0066609-000003
                                              INVOICE : 10162331


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08   6548

   RE:  BUSINESS OPERATIONS



 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                    HOURS
 ----  ----   -------------------------------                     -----

10/01/08 TC   Reviewed monthly operating report and all            .60
              attachments

10/31/08 TC   Reviewed Debtor-In-Possession Monthly Operating      .60
              Report for Filing Period September 2008 Filed
              by W.R. Grace & Co., et al


              T I M E   S U M M A R Y
              -----------------------

                       RATE    HOURS         TOTALS
                       ----    -----         ------

 T. Currier           515.00    1.20         618.00
              TOTALS           1.20         618.00


              TOTAL FEES :                        618.00


              TOTAL DUE  :                        618.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚏ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   NOVEMBER 19, 2008
                                            MATTER : 0066609-000004
                                            INVOICE : 10162332


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08   6548

   RE:  CASE ADMINISTRATION
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/01/08 | TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .60 |
| 10/01/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/02/08 | TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .70 |
| 10/02/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/03/08 | TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .60 |
| 10/03/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/03/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 10/06/08 | TC | Reviewed all ecf filings and distributed same to team counsel and paralegals | .60 |
| 10/06/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚹ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 19, 2008
                                             MATTER :  0066609-000004
                                             INVOICE : 10162332

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08   6548

RE:   CASE ADMINISTRATION

| | | |
|---|---|---|
| 10/06/08 MNF | Docketing litigation events in computerized docketing system | .50 |
| 10/07/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/08/08 TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .50 |
| 10/08/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/09/08 TC | Reviewed all ecf filings and distributed to all team counsel and paralegals | .50 |
| 10/09/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/10/08 TC | Reviewed all incoming ecf filings and forwarded to team counsel and paralegals | .50 |
| 10/13/08 TC | Reviewed all ecf filings and forwarded all pleadings to team counsel and paralegals | .50 |
| 10/13/08 MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/14/08 TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .60 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    NOVEMBER 19, 2008
                                             MATTER :  0066609-000004
                                             INVOICE : 10162332

        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08   6548

        RE:   CASE ADMINISTRATION

| | | | |
|---|---|---|---|
| 10/14/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/15/08 | TC | Reviewed all incoming ecf filings and distributed same to team counsel and paralegals | .60 |
| 10/16/08 | TC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | .60 |
| 10/16/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/20/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/21/08 | TC | Reviewed all ecf filings and distributed to team counsel and paralegals | 1.20 |
| 10/21/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/22/08 | TC | Reviewed all incoming ecf filings and distributed to team counsel and paralegals | .60 |
| 10/22/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    NOVEMBER 19, 2008
                                              MATTER :  0066609-000004
                                              INVOICE : 10162332
```

```
        FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08   6548

        RE:  CASE ADMINISTRATION
```

| | | |
|---|---|---:|
| 10/23/08 TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .60 |
| 10/23/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/23/08 MNF | Docketing litigation events in computerized docketing system | .50 |
| 10/24/08 TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .60 |
| 10/24/08 MNF | Docketing litigation events in computerized docketing system | .50 |
| 10/27/08 TC | Reviewed all ecf filings and distributed same to all counsel and paralegals | .70 |
| 10/28/08 TC | Reviewed all incoming ecf filings; distributed same to team counsel and paralegals | .60 |
| 10/28/08 MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/28/08 MNF | Docketing litigation events in computerized docketing system | .50 |
| 10/29/08 TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .60 |
| 10/29/08 MNF | Docketing litigation events in computeried docketing system | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⅍ Rooney PC

### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 19, 2008
                                              MATTER : 0066609-000004
                                              INVOICE : 10162332
```

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08   6548

RE:   CASE ADMINISTRATION

| Date | | Description | Hours |
|---|---|---|---|
| 10/29/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/30/08 | TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .40 |
| 10/30/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 10/31/08 | TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .50 |
| 10/31/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                      RATE     HOURS          TOTALS
                      ----     -----          ------

T. Currier           515.00    12.10          6231.50
M. Flores            175.00    12.00          2100.00
              TOTALS           24.10          8331.50


                   TOTAL FEES :                      8,331.50


                   TOTAL DUE  :                      8,331.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⅋ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 19, 2008
                                             MATTER : 0066609-000005
                                             INVOICE : 10162333

     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08    6548

     RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
| --- | --- | --- | --- |
| 10/01/08 | TC | Reviewed Order Authorizing the Debtors to Acquire Limited Liability Company Interest in GR 2008 LLC | .20 |
| 10/01/08 | TC | Reviewed Order Granting Relief Sought in Debtors' Twenty-Sixth Omnibus Objection to Claims (Substantive) | .20 |
| 10/01/08 | TC | Reviewed Order Granting Relief Sought in Debtors' Amended Twenty-Fifth Omnibus Objection to Claims | .20 |
| 10/01/08 | TC | Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed by Jameson Memorial Hospital | .20 |
| 10/13/08 | TC | Reviewed Order Sustaining the Debtors' Objection to the Claims of the California Department of General Services and Granting Debtors' Motion for Summary Judgment with Respect to the Claims of the California Department of General Services | .10 |
| 10/13/08 | TC | Reviewed Memorandum Opinion Sustaining the Debtors' Objection to the Claims of the California Department of General Services and Granting Debtors' Motion for Summary Judgment with Respect to the Claims of the California Department of General Services | .40 |
| 10/15/08 | TC | Reviewed Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed by Bayshore Community Hospital Represented by Speights & Runyan | .20 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    NOVEMBER 19, 2008
                                             MATTER :  0066609-000005
                                             INVOICE : 10162333


     FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08    6548

     RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)


10/15/08 TC    Reviewed Order Authorizing the Settlement of          .20
               Asbestos Property Damage Claims Filed by the
               California State University

10/15/08 TC    Reviewed Order Authorizing the Settlement of an       .20
               Asbestos Property Damage Claim Filed by Pacific
               Freeholds


                    T I M E   S U M M A R Y
                    -----------------------

                         RATE      HOURS        TOTALS
                         ----      -----        ------

     T. Currier          515.00    1.90         978.50
                  TOTALS           1.90         978.50


               TOTAL FEES :                     978.50


               TOTAL DUE  :                     978.50


California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   NOVEMBER 19, 2008
                                            MATTER : 0066609-000006
                                            INVOICE : 10162334


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08   6548

    RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)



 DATE  ATTY   DESCRIPTION OF SERVICES RENDERED                   HOURS
 ----  ----   -------------------------------                   -----

10/14/08 TC   Reviewed Memorandum Opinion Denying the Motion      .30
              for Summary Judgment With Respect to the
              Debtors' Fifteenth Omnibus Objection
              (Substantive) to Asbestos Property Damage
              Claims on Bases of Statute of Limitations,
              Laches and Assumption of Risk Filed on Behalf
              of Macerich Fresno Limited Parntership and
              Sustaining the Debtors' Objection to the Claim
              of Macerich Fresno Limited Partnership

10/14/08 TC   Reviewed Order Granting Summary Judgment in         .10
              Favor of Debtors

10/27/08 TC   Reviewed cert of counsel regarding proof of         .40
              claim for zonolite attic insulation property
              damage claims
```

```
                   T I M E   S U M M A R Y
                   -----------------------

                        RATE     HOURS          TOTALS
                        ----     -----          ------

  T. Currier           515.00     .80           412.00
              TOTALS              .80           412.00


              TOTAL FEES :                            412.00


              TOTAL DUE  :                            412.00
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   NOVEMBER 19, 2008
                                            MATTER :  0066609-000010
                                            INVOICE : 10162335

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08   6548

    RE:  EMPLOYMENT APPLICATIONS, OTHERS


  DATE  ATTY    DESCRIPTION OF SERVICES RENDERED                  HOURS
  ----  ----    -------------------------------                  -----

10/01/08 TC     Reviewed Order For Leave From Scheduling Order      .10
                and to Shorten Notice Period on Debtors'
                Application for Entry of an Order Appointing
                Alexander M. Sanders, Jr. as Legal
                Representative for Future Asbestos-Related
                Property Damage Claimants

10/01/08 TC     Reviewed Order Regarding Relief Sought in          .10
                Debtors' Objection to Claim Filed by
                Massachusetts Department of Revenue

10/14/08 TC     Reviewed Application to Employ PURSUANT TO         .50
                SECTIONS 105, 327, 524(g) AND 1109 OF
                THEBANKRUPTCY CODE FOR ORDER AUTHORIZING
                RETENTION NUNC PRO TUNC OF ALAN B. RICH, ESQ.
                AS COUNSEL TO HON. ALEXANDER M. SANDERS, JR.,
                PROPOSED LEGAL REPRESENTATIVE FOR FUTURE
                ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND
                HOLDERS OF DEMANDS


                    T I M E   S U M M A R Y
                    -----------------------

                        RATE     HOURS         TOTALS
                        ----     -----         ------

  T. Currier            515.00     .70         360.50
                TOTALS             .70         360.50


                    TOTAL FEES :                       360.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-13B1032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚓ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE   :    NOVEMBER 19, 2008
                                             MATTER :    0066609-000010
                                             INVOICE :   10162335


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08    6548

    RE:  EMPLOYMENT APPLICATIONS, OTHERS


                      TOTAL DUE   :                        360.50

**Buchanan Ingersoll ⚜ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   NOVEMBER 19, 2008
                                            MATTER :  0066609-000011
                                            INVOICE : 10162336


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08   6548

    RE:  FEE APPLICATIONS, APPLICANT
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/01/08 | MNF | Download signed order re: 28th Quarterly fees; send same to J. Beamon | .50 |
| 10/15/08 | MNF | Review/edits to pre-bills for September 2008; send same to accting | .60 |
| 10/15/08 | MNF | Draft 83rd monthly fee app of BIR for September 2008 | 1.50 |
| 10/21/08 | TC | Reviewed fee auditors' draft report to buchanan; communications with fee auditor re same | .60 |
| 10/22/08 | TC | Worked on response to fee auditor objecting to all time professionals spent on fee applications for their firms as a percentage of total fees | .70 |
| 10/22/08 | MNF | Review docket re: objections to 82nd monthly fee app of BIR (.1)draft CNO re: 82nd onthly fee app of BIR for August(.4); E-file and serve CNO (.8) | 1.30 |
| 10/29/08 | MNF | E-file and serve 83rd monthly fee app of BIR for September 2008 (.8); convert; Scan and send same to fee auditor (.5) | 1.30 |
| 10/30/08 | TC | Worked on response to fee auditor | 2.10 |

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC
**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   NOVEMBER 19, 2008
                                           MATTER : 0066609-000011
                                           INVOICE : 10162336

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08   6548

   RE:  FEE APPLICATIONS, APPLICANT


                  T I M E   S U M M A R Y
                  -----------------------

                          RATE     HOURS         TOTALS
                          ----     -----         ------

T. Currier                515.00   3.40          1751.00
M. Flores                 175.00   5.20          910.00
                TOTALS             8.60          2661.00

                TOTAL FEES :                     2,661.00

                TOTAL DUE  :                     2,661.00


California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   NOVEMBER 19, 2008
                                            MATTER :  0066609-000012
                                            INVOICE : 10162337
```

```
    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08   6548

    RE:  FEE APPLICATIONS, OTHERS
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/22/08 | TC | Reviewed kramer levin proposd cno, reviewed underlying fee applications, approved cno, prepared same for filing | .40 |
| 10/22/08 | MNF | Review docket re: objections to 84th monthly fee app of Kramer Levin (.1) email same to K. Matorana (.1); Draft CNO re: 84th monthly fee app of Kramer Levin (.4); E-file and serve CNO (.8) | 1.30 |
| 10/29/08 | TC | Briefly reviewed kramer levin fee application prior to filing | .40 |
| 10/29/08 | TC | Conf with paralegal re filing of two fee applications today | .30 |
| 10/29/08 | MNF | E-file and serve 85th monthly fee app of Kramer Levin(.8); convert and send same to fee auditor (.5) | 1.30 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                         RATE    HOURS        TOTALS
                         ----    -----        ------

    T. Currier           515.00   1.10        566.50
    M. Flores            175.00   2.60        455.00
                 TOTALS           3.70       1021.50


                    TOTAL FEES :                      1,021.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll &amp; Rooney PC
### Attorneys &amp; Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 19, 2008
MATTER :   0066609-000012
INVOICE : 10162337

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08   6548

RE:   FEE APPLICATIONS, OTHERS

TOTAL DUE  :                              1,021.50

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

**Buchanan Ingersoll ⚬ Rooney** PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE  :   NOVEMBER 19, 2008
                                             MATTER :  0066609-000014
                                             INVOICE :  10162338


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08    6548

   RE:  HEARINGS


| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/16/08 | TC | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al.. Hearing scheduled for 10/20/2008 at 10:00 AM US Bankruptcy Court, 824 Market St., Wilmington, DE. | .30 |
| 10/21/08 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing on October 27, 2008 and October 28, 2008 at 9:00 a.m. Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al. | .50 |
| 10/22/08 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing on October 27, 2008 and October 28, 2008 at 9:00 a.m. Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al. | .50 |
| 10/23/08 | TC | Notice of Agenda of Matters Scheduled for Hearing on October 27, 2008 and October 28, 2008, at 9:00 a.m. before the Honorable Judith K. Fitzgerald Filed by W.R. GRACE & CO | .40 |
| 10/27/08 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing (Second Amended) Before the Honorable Judith K. Fitzgerald on October 27, 2008 and October 28, 2008 at 9:00 a.m. | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚙ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   NOVEMBER 19, 2008
                                            MATTER :  0066609-000014
                                            INVOICE : 10162338


   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08   6548

   RE:  HEARINGS



                    T I M E   S U M M A R Y
                    -----------------------

                         RATE     HOURS         TOTALS
                         ----     -----         ------

T. Currier               515.00    2.10         1081.50
                 TOTALS            2.10         1081.50


                 TOTAL FEES :                       1,081.50

                 TOTAL DUE  :                       1,081.50
```

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC

**Attorneys & Government Relations Professionals**

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   NOVEMBER 19, 2008
                                            MATTER : 0066609-000015
                                            INVOICE : 10162339
```

```
    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08   6548

    RE:  LITIGATION AND LITIGATION CONSULTING
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/14/08 | TC | Reviewed anderson memorials brief in support of motion to reconsider denial of request to appeal or for other procedural remedies | .60 |
| 10/16/08 | TC | Reviewed notice of appal | .30 |
| 10/24/08 | TC | Reviewed Notice of Appeal and attached documents Filed by Macerich Fresno Limited Partnership | .20 |
| 10/27/08 | TC | Reviewed Joint Trial Exhibit List for hearing on contested claims of lenders under the credit agreement | .30 |
| 10/28/08 | TC | Reviewed designation of items in appeal | .30 |
| 10/30/08 | TC | United States Zonolite Claimants' Motion for Class Certification Filed by Zonolite Attic Insulation Class Plaintiffs | .20 |
| 10/30/08 | TC | Reviewed memorandum of law of zai claimants supporting motion for class certification | .80 |

```
                    T I M E   S U M M A R Y
                    -----------------------

                        RATE    HOURS        TOTALS
                        ----    -----        ------

  T. Currier           515.00   2.70         1390.50
                TOTALS          2.70         1390.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚐ Rooney PC
#### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE  :    NOVEMBER 19, 2008
                                               MATTER :    0066609-000015
                                               INVOICE :   10162339


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08    6548

    RE:   LITIGATION AND LITIGATION CONSULTING


                        TOTAL FEES  :                    1,390.50


                        TOTAL DUE   :                    1,390.50


California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

TAX ID  25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚜ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   NOVEMBER 19, 2008
                                            MATTER : 0066609-000016
                                            INVOICE : 10162340


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08   6548

    RE:  PLAN AND DISCLOSURE STATEMENT
```

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 10/01/08 | TC | Reviewed Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief; calendared all dates and deadlines | .30 |
| 10/02/08 | TC | Reviewed Motion for Reconsideration of Order Granting Debtors Leave from Scheduling Order and Shortening Notice of Motion to Approve Disclosure Statement, etc | .50 |
| 10/02/08 | TC | Reviewed Order Dismissing Motion for Reconsideration of Order Granting Debtors Leave from Scheduling Order and Shortening Notice of Motion to Approve Disclosure Statement, etc. | .10 |
| 10/08/08 | TC | Reviewed Order Denying Libby Claimants' Second Motion for Reconsideration RE: Scheduling of Disclosure Statement Hearing | .20 |
| 10/16/08 | TC | Reviewed Objection to Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief Filed by The Scotts Company LLC, Successor by Merger to The Scotts Company, and Certain of Its Affiliates | .50 |
| 10/16/08 | TC | Reviewed Objection to Disclosure Statement For Joint Plan Of Reorganization Under Chapter 11 Of The Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI | .40 |

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 19, 2008
MATTER :  0066609-000016
INVOICE : 10162340

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08    6548

RE:   PLAN AND DISCLOSURE STATEMENT

|  |  |  |
|---|---|---|
| | Future Claimants' Representative, And The Official Committee Of Equity Security Holders Dated As Of September 19, 2008 Filed by Support Terminal Services, Inc, Kaneb Pipe Line Operating Partnership, L.P. and Support Terminal Services, Inc. | |
| 10/16/08 TC | Objection of Longacre Master Fund, Ltd. to Debtors' Disclosure Statement for the Joint Plan of Reorganization under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI reviewed Future Claimants' Representative, and the Official Committee of Equity Security Holders as of September 19, 2008Filed by Longacre Master Fund, LTD., Longacre Master Fund, Ltd. | .50 |
| 10/20/08 TC | Reviewed 44 page Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order Approving Debtors' Disclosure Statement for the Joint Plan of Reorganization Dated as of September 19, 2008, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief Filed by Official Committee of Unsecured Creditors, and all attachments thereto | 1.70 |
| 10/21/08 TC | Reviewed Objection to Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos Future Claimants' Representative, and The Official Committee of Equity Security Holders Filed by Maryland Casualty Company | .20 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 19, 2008
MATTER :  0066609-000016
INVOICE : 10162340

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08    6548

RE:   PLAN AND DISCLOSURE STATEMENT

| | | |
|---|---|---|
| 10/22/08 TC | Reviewed Objection Of BNSF Railway Company To Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security Holders Dated as of September 19, 2008 | .40 |
| 10/22/08 TC | Reviewed Joint Objection of Seaton Insurance Company and OneBeacon America Insurance Company to Debtors' Proposed Disclosure Statement | .20 |
| 10/22/08 TC | Reviewed Objections and Reservation of Rights of CNA Companies to (A) Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and (B) Debtors' Disclosure Statement for the Joint Plan of Reorganization Dated as of September 19, 2008 Filed by Continental Casualty Company | .50 |
| 10/22/08 TC | Reviewed Objection to Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security Holders Dated as of September 19, 2008 Filed by united states trustee | .20 |
| 10/22/08 TC | Reviewed Objection to Disclosure Statement Filed by ERISA Plaintiffs | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ∧ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA  15219-1410

T  412 562 8800
F  412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 19, 2008
MATTER :  0066609-000016
INVOICE : 10162340

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08    6548

RE:   PLAN AND DISCLOSURE STATEMENT

| | | |
|---|---|---|
| 10/22/08 TC | Reviewed Joint Objection to Approval of Disclosure Statement Regarding Joint Plan of Reorganization in Respect of the Debtors, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Pi Future Claimants Representative and the Official Committee of Equity Security Holders Filed by Tempo Master Fund LP, Bank of America, N.A., Morgan Stanley Senior Funding, Inc. | .60 |
| 10/22/08 TC | Reviewed Objection to OBJECTION AND JOINDER OF Federal Insurance Company in the Objections and Reservations of Rights to Debtors' Motion for Approval of Disclosure Statement, Solicitation, Confirmation Procedures and Confirmation Schedule for Joint Plan of Reorganization Dated as of September 19, 2008 of the CNA Companies and Of Fireman's Fund Insurance Company Filed by Federal Insurance Company | .10 |
| 10/22/08 TC | Reviewed Order (A) Establishing August 31, 2009 as the Proof of Claim Bar Date for Canadian Zonolite Attic Insulation Property Damage Claims and (B) Approving the Related Proof of Claim Form, Bar Date Notices, and Notice Program | .10 |
| 10/23/08 TC | Reviewed Objection to Debtors' Motion for Entry of an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief Filed by Bank Debt Holders (i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Bass Companies; (iv) Caspian Capital Advisors, LLC; (v) Catalyst Investment Management Co., LLC; (vi) Citigroup (0.6) and reviewed Freegood affidavit (0.2) | .80 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE :   NOVEMBER 19, 2008
                                            MATTER :  0066609-000016
                                            INVOICE : 10162340


      FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08   6548

      RE:   PLAN AND DISCLOSURE STATEMENT
```

| | | |
|---|---|---|
| 10/23/08 TC | Reviewed Objection to Debtors' Motion For An Order Approving Disclosure Statement, Solicitation And Confirmation Procedures, Confirmation Schedule And Related Relief Filed by Riunione Adriatica di Sicurta, Fireman's Fund Insurance Company | .60 |
| 10/23/08 TC | Reviewed Objection to (i) the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of WR Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders and (ii) the Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief Filed by Her Majesty the Queen in Right of Canada as represented by The Attorney General of Canada | .60 |
| 10/23/08 TC | Reviewed Objection to Debtor's Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 Filed by Century Indemnity Company, et al | .30 |
| 10/23/08 TC | Reviewed Objection to Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security Holders Dated as of September 19, 2008 Filed by Zurich Insurance Company and Zurich International (Bermuda) Ltd. | .20 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 19, 2008
                                             MATTER :  0066609-000016
                                             INVOICE : 10162340

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08    6548

      RE:  PLAN AND DISCLOSURE STATEMENT


10/24/08 TC    Calls with doug mannal re filing and service;            .60
               approved final version and signed same; filed
               joinder

10/24/08 TC    Reviewed joinder, communication to doug mannal          .20
               with comments

10/24/08 TC    Conf with paralegal re joinder to be filed              .20

10/24/08 TC    Call to doug mannal re joinder                          .20

10/24/08 TC    Reviewed consolidated Response to Objections to         .80
               Disclosure Statement, Solicitation and
               Confirmation Procedures, Confirmation Schedule
               and Related Relief Filed by W.R. Grace & Co.,
               et al

10/24/08 TC    Reviewed Objection to (i) the Debtors'                  .60
               Disclosure STatement for the Joint Plan of
               Reorganization Under Chapter 11 of the
               Bankruptcy Code of WR Grace & Co., et al, the
               Official Committee of Asbestos Personal Injury
               Claimants, the Asbestos PI Furture Claimants'
               Representative and the Official Committee of
               Equity Security Holders and (ii) the Motion of
               the Debtors for an Order Approving Disclosure
               Statement, Solicitation and Confirmation
               Procedures, Confirmation Schedule and Related
               Relief Filed by State of Montana

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :   NOVEMBER 19, 2008
                                             MATTER :  0066609-000016
                                             INVOICE : 10162340


    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08    6548

    RE:  PLAN AND DISCLOSURE STATEMENT


| | | |
|---|---|---|
| 10/24/08 TC | Reviewed Reply to Certain Objections to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., The Official Committee of Asbestos Personal Injury Claimants, The Asbestos PI Future Claimants' Representative, and The Official Committee of Equity Security Holder Filed by Maryland Casualty Company | .50 |
| 10/24/08 TC | Reviewed Objection to Disclosure Statement Filed by Libby Claimants | 1.10 |
| 10/24/08 TC | Reviewed Limited Objection to Motion Of The Debtors For An Order Approving Disclosure Statement, Solicitation And Confirmation Procedures, Confirmation Schedule, And Related Relief Filed by Official Committee of Asbestos Property Damage Claimants | .30 |
| 10/24/08 MNF | E-file and serve Joinder | 1.00 |
| 10/27/08 TC | Reviewed Arrowood Indemnity Company's Joinder in the Objection of Maryland Casualty Company to Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimant's Representative, and the Official Committee of Equity Security Holders Filed by Arrowood Indemnity Company f/k/a Royal Indemnity Company | .20 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚖ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 19, 2008
MATTER :  0066609-000016
INVOICE : 10162340

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08    6548

RE:  PLAN AND DISCLOSURE STATEMENT

10/27/08 TC    Reviewed Joinder of David T. Austern, Asbestos          .10
               Future Claimants' Representative, in Support of
               Motion of the Debtors for an Order Approving
               Disclosure Statement, Solicitation and
               Confirmation Procedures, Confirmation Schedule
               and Related Relief and Debtors' Consolidated
               Response to Disclosure Statement Objections

### T I M E   S U M M A R Y
-----------------------

|              | RATE   | HOURS | TOTALS  |
|--------------|--------|-------|---------|
| T. Currier   | 515.00 | 14.20 | 7313.00 |
| M. Flores    | 175.00 | 1.00  | 175.00  |
| TOTALS       |        | 15.20 | 7488.00 |

TOTAL FEES :                          7,488.00

TOTAL DUE  :                          7,488.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll ⚙ Rooney PC
### Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    NOVEMBER 19, 2008
MATTER :  0066609-001000
INVOICE : 10162341

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 10/31/08    6548

RE:   EXPENSES

DESCRIPTION OF EXPENSE ADVANCES                        AMOUNT
-------------------------------                        ------

| | | |
|---|---|---:|
| 10/10/08 | Photocopies M. Flores | 0.20 |
| 10/21/08 | Photocopies M. Flores | 0.70 |
| 10/22/08 | Photocopies M. Flores | 0.80 |
| 10/23/08 | Photocopies M. Flores | 2.70 |
| 10/24/08 | Photocopies M. Flores | 10.30 |
| 10/24/08 | Photocopies M. Flores | 5.50 |
| 10/24/08 | Messenger/Delivery Service - Parcels 136117 | 183.00 |
| 10/27/08 | Messenger/Delivery Service - Parcels #136230 | 570.18 |
| 10/29/08 | Messenger/Delivery Service - Parcels #136768 | 370.30 |
| 10/29/08 | Photocopies M. Flores | 16.60 |

TOTAL EXPENSE ADVANCES :          1,160.28

TOTAL DUE   :          1,160.28

California  ::  Delaware  ::  Florida  ::  New Jersey  ::  New York  ::  Pennsylvania  ::  Virginia  ::  Washington, DC

TAX ID  25-1381032  :: INCORPORATED IN PENNSYLVANIA