# EXHIBIT B

# PHILLIPS, GOLDMAN & SPENCE, P.A.

# EXPENSE RECORDS

# FOR THE TIME PERIOD
# OCTOBER 1, 2008 THROUGH
# OCTOBER 31, 2008

Phillips, Goldman & Spence, P.A.

November 24, 2008

Orrick, Herrington & Sutcliffe, LLP

File    WRG-AUS/JCP
Invoice number   80894

Re:   W. R. Grace & Co.
      David T. Austern

COSTS ADVANCED

| Date | Description | Amount |
|---|---|---|
| 10/01/08 | Federal Express | 41.92 |
| 10/01/08 | Long distance phone charges | 1.71 |
| 10/01/08 | On-line docket research | 24.32 |
| 10/13/08 | Facsimile | 3.00 |
| 10/17/08 | Check No.: 38791 - Parcels, document retrieval/service/copy/mail, etc. | 10.00 |
| 10/24/08 | Photocopies | 0.30 |
| | Subtotal for COSTS only: 10/31/08 | $81.25 |