# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered) |

## FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Matter 88 – Acton Site OU3

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 1.2 | $678.00 |
| | | | | | |
| **TOTAL** | | | | 1.2 | $678.00 |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

November 28, 2008
Invoice No.: 428022
Matter No.: 08743.00088

**Re:   Acton Site OU3**

For Professional Services rendered through October 31, 2008

|  |  |
|---|---|
| Fees | $678.00 |
| **Total Fees and Disbursements** | **$678.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00088  
Re: Acton Site OU3  

Invoice No.: 428022  
November 28, 2008  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 10/24/08 | Jaffe | Emails with Ms. Johns regarding BOC gases property and document review status (0.3). | 0.3 |
| 10/28/08 | Jaffe | Review, revise, draft letter to EPA regarding Northeast Area remedy and emails with team regarding same (0.9). | 0.9 |
| | | **Total Hours** | **1.2** |

Matter No.: 08743.00088  
Re: Acton Site OU3

Invoice No.: 428022  
November 28, 2008  
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 1.2 |

|  |  |
|---|---|
| Total Fees | $678.00 |

|  |  |
|---|---|
| Total Fees | $678.00 |
| **Total Fees and Disbursements** | **$678.00** |

To ensure proper credit to your account,  
please include remittance page with your payment.



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

November 28, 2008
Invoice No.: 428022
Matter No.: 08743.00088

Re:   Acton Site OU3

**Total Fees and Disbursements**      $678.00

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| **Federal Tax ID : 04-2150535** ||
| --- | --- |
| **Wire Instructions:** <br> Citizens Bank <br> 1 Citizens Drive <br> Providence, RI 02915 | ABA: 011500120 <br> Swift #: CTZIUS33 <br> Account # 1133945993 <br> Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:
**Client/Matter #:** 08743.00088, **Invoice #:** 428022
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 18.8 | $10,622.00 |
| Jacob N. Polatin | Partner | Real Estate | $565.00 | 2.7 | $1,525.50 |
| | | | | | |
| TOTAL | | | | 21.5 | $12,147.50 |

### Expenses

| Description | Total |
|---|---|
| Telephone | $29.40 |
| Photocopies | $102.00 |
| | |
| TOTAL | $131.40 |



Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

November 28, 2008
Invoice No.: 428023
Matter No.: 08743.00102

**Re:   Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through October 31, 2008

|   |   |
|---|---|
| Fees | $12,147.50 |
| Disbursements | 131.40 |
| **Total Fees and Disbursements** | **$12,278.90** |

Matter No.: 08743.00102  
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 428023  
November 28, 2008  
Page 2

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 10/01/08 | Jaffe | Team telephone conference regarding Covidien settlement and prepare for and draft email summary regarding same (2.3). | 2.3 |
| 10/03/08 | Jaffe | Review Covidien stipulation issues and telephone call and emails with team regarding same (1.4); review revised draft deed restriction and email to team regarding same (0.5). | 1.9 |
| 10/06/08 | Jaffe | Telephone call with Ms. Duff and email with team regarding Covidien settlement (0.8); review Record of Decision (ROD) and emails with team regarding same (1.4). | 2.2 |
| 10/07/08 | Jaffe | Review ROD (0.8). | 0.8 |
| 10/08/08 | Jaffe | Review ROD and email to team regarding same (1.1). | 1.1 |
| 10/10/08 | Jaffe | Emails with team regarding deed restrictions and review of ROD (0.9). | 0.9 |
| 10/14/08 | Jaffe | Review Sanborn Head Associates ROD summary (0.2); review Covidien revisions to settlement and emails with team regarding same (0.3). | 0.5 |
| 10/17/08 | Jaffe | Email with team regarding EPA ROD and prepare for same (1.8). | 1.8 |
| 10/20/08 | Jaffe | Emails with team regarding ROD and review press regarding same (0.5). | 0.5 |
| 10/23/08 | Jaffe | Team telephone conference regarding Covidien settlement and deed restrictions and prepare for same (1.4). | 1.4 |
| 10/23/08 | Polatin | Conference call with S. Jaffe and client regarding Shaffer deed restrictions (0.9). | 0.9 |
| 10/24/08 | Polatin | Revise deed per comments from P. Bucens (1.5). | 1.5 |
| 10/24/08 | Jaffe | Draft revision to stipulation and email with team regarding same and review documents for same (1.3); emails with team regarding deed restrictions (0.3). | 1.6 |
| 10/27/08 | Jaffe | Emails with team regarding Covidien settlement and deed restriction issues (1.1). | 1.1 |
| 10/28/08 | Jaffe | Emails with team regarding Covidien settlement and deed restriction issues and conference with J. Polatin (0.9). | 0.9 |

To ensure proper credit to your account,  
please include remittance page with your payment.

Matter No.: 08743.00102  Invoice No.: 428023
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass  November 28, 2008
Page 3

| Date | Timekeeper | Narrative | Hours |
|---|---|---|---|
| 10/28/08 | Polatin | Conference with S. Jaffe and telephone conference with M. Loria regarding title search (0.3). | 0.3 |
| 10/29/08 | Jaffe | Finalize stipulation and emails with team regarding same (0.7). | 0.7 |
| 10/31/08 | Jaffe | Emails with team regarding Covidien settlement issues and review documents regarding same (1.1). | 1.1 |
| | | **Total Hours** | **21.5** |

Matter No.: 08743.00102 | Invoice No.: 428023
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass | November 28, 2008
| Page 4

## TIMEKEEPER SUMMARY

| **Timekeeper** | **Hours** | |
|---|---|---|
| Polatin | 2.7 | |
| Jaffe | 18.8 | |
| **Total Fees** | | **$12,147.50** |

## Disbursement Summary

| **Date** | | **Amount** |
|---|---|---|
| 10/31/08 | Telephone | 29.40 |
| 10/31/08 | In-House Photocopying | 102.00 |
| | **Total Disbursements** | **$131.40** |

| | |
|---|---|
| Total Fees | $12,147.50 |
| Total Disbursements | <u>131.40</u> |
| **Total Fees and Disbursements** | **<u>$12,278.90</u>** |

To ensure proper credit to your account,
please include remittance page with your payment.



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

To ensure proper payment to your account, please include this page with your payment.

W.R. Grace & Co.

November 28, 2008
Invoice No.: 428023
Matter No.: 08743.00102

Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

**Total Fees and Disbursements**     **$12,278.90**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 ||
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 428023
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company