IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE and CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: December 22, 2008 |
| | : | Hearing Date: TBD, if necessary |

**FEE DETAIL FOR DAY PITNEY LLP'S**
**EIGHTY-EIGHTH INTERIM FEE APPLICATION FOR THE PERIOD**
**FROM OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace and Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace and Co.-Conn., A-1 Bit and Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., EandC Liquidating Corp., Emerson and Cuming, Inc.), Southern Oil, Resin and Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# EXHIBIT A

## EXHIBIT A

## FEES FOR THE FEE PERIOD OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008[2]

Client: 482910 W.R. GRACE & CO.
Matter: 065656 WEJA, INC.

| 09/26/08 | Address settlement payment issues and memo to client on same. | | |
| 14 | W. Hatfield | 0.3 | 120.00 |
| | | | |
| 09/26/08 | Address checks and letter to client on settlement payments. | | |
| 14 | W. Hatfield | 0.5 | 200.00 |
| | | | |
| 09/29/08 | Address Shell payment issues. | | |
| 14 | W. Hatfield | 0.1 | 40.00 |
| | | | |
| 09/30/08 | Address NYS filing issues. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |
| | | | |
| 10/01/08 | Follow up regarding final settlement payment. | | |
| 14 | A. Marchetta | 0.3 | 186.00 |
| | | | |
| 10/01/08 | Call with Shell counsel on payment status and memo on same. | | |
| 14 | W. Hatfield | 0.4 | 160.00 |
| | | | |
| 10/02/08 | Memos with Sunoco counsel on stipulation. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |
| | | | |
| 10/03/08 | Review and edit draft Sunoco stipulation of dismissal and forward to counsel. | | |
| 14 | W. Hatfield | 0.5 | 200.00 |
| | | | |
| 10/08/08 | Address stipulation of dismissal. | | |
| 14 | W. Hatfield | 0.4 | 160.00 |
| | | | |
| 10/09/08 | Address stipulations for dismissal of other defendants. | | |
| 14 | W. Hatfield | 0.3 | 120.00 |
| | | | |
| 10/09/08 | Prepare stipulations of dismissal and enclosure letters for Shell, Weja/Teisch and Sunrich/GEI. | | |
| 3 | C. Otero | 0.3 | 109.50 |

---

[2] Legend for Day Pitney LLP's fees:
3 = Litigation, category 15
18 = Fee Application (Applicant), category 11
14 = Case Administration, category 4

83121364A01112408

| | | | |
|---|---|---|---|
| 10/13/08 | Letter to client with Shell settlement payment. | | |
| 14 | W. Hatfield | 0.3 | 120.00 |
| 10/14/08 | Review and revise draft stipulations of dismissal and cover letters for Shell, Richard/Sunrich/GE 440 and Weja/Teich. | | |
| 14 | W. Hatfield | 0.4 | 160.00 |
| 10/20/08 | Address issues on stipulation with Weja for NYS matter. | | |
| 14 | W. Hatfield | 0.3 | 120.00 |
| 10/20/08 | Address NYS filing status issues. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |
| 10/20/08 | Review/Analysis Order regarding withdrawal of special proceeding. | | |
| 3 | J. Borg | 0.1 | 40.50 |
| 10/20/08 | Telephone conference with F. Biehl regarding Order regarding withdrawal of special proceeding. | | |
| 3 | J. Borg | 0.1 | 40.50 |
| 10/20/08 | Preparation of numerous correspondence to W. Hatfield regarding Order regarding withdrawal of special proceeding. | | |
| 3 | J. Borg | 0.1 | 40.50 |
| 10/20/08 | Review/Analysis numerous correspondence from W. Hatfield and U. Tarsio regarding Order regarding withdrawal of special proceeding. | | |
| 3 | J. Borg | 0.1 | 40.50 |
| 10/21/08 | Memos with Shell counsel on stipulation of dismissal status. | | |
| 14 | W. Hatfield | 0.2 | 80.00 |
| 10/22/08 | Attention to Stipulation of Discontinuance of New York action. | | |
| 14 | R. Rose | 0.1 | 49.50 |
| 10/22/08 | Preparation of correspondence to F. Biehl regarding Stipulation of Discontinuance and Order withdrawing petition. | | |
| 3 | J. Borg | 0.3 | 121.50 |
| 10/27/08 | Address Weja request for filings in NYS. | | |
| 14 | W. Hatfield | 0.4 | 160.00 |
| 10/27/08 | Review/Analysis correspondence from F. Biehl regarding satisfaction of judgment. | | |
| 34 | J. Borg | 0.2 | 81.00 |
| 10/27/08 | Preparation of satisfaction of judgment. | | |

83121364A01112408

| | | | |
|---|---|---|---|
| 3 | J. Borg | 0.3 | 121.50 |

| 10/27/08 | Preparation of numerous correspondence to W. Hatfield regarding satisfaction of judgment. | | |
|---|---|---|---|
| 3 | J. Borg | 0.6 | 243.00 |

| 10/27/08 | Preparation of correspondence to R. Gottilla regarding satisfaction of judgment. | | |
|---|---|---|---|
| 3 | J. Borg | 0.1 | 40.50 |

| 10/27/08 | Review/Analysis numerous correspondence from W. Hatfield regarding satisfaction of judgment. | | |
|---|---|---|---|
| 3 | J. Borg | 0.4 | 162.00 |

| 10/27/08 | Review/Analysis correspondence from R. Gottilla regarding satisfaction of judgment. | | |
|---|---|---|---|
| 3 | J. Borg | 0.1 | 40.50 |

| 10/27/08 | Review/Analysis file regarding preparation of satisfaction of judgment | | |
|---|---|---|---|
| 3 | J. Borg. | 0.2 | 81.00 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| R. Rose | 14 | 0.1 | 495.00 | 49.50 |
| A. Marchetta | 14 | 0.3 | 620.00 | 186.00 |
| W. Hatfield | 14 | 4.7 | 400.00 | 1,880.00 |
| J. Borg | 3 | 2.6 | 405.00 | 1,053.00 |
| C. Otero | 3 | 0.3 | 365.00 | 109.50 |
| TOTAL | | 8.0 | | 3,278.00 |

Client: 482910 W.R. GRACE & CO.
Matter: 095992 CHAPTER 11 ADMINISTRATION

| 10/16/08 | Draft Quarterly fee application for the 30th interim period. | | |
|---|---|---|---|
| 18 | K. Piper | 1.1 | 368.50 |

| 10/16/08 | Draft fee application for September 2008. | | |
|---|---|---|---|
| 18 | K. Piper | 1.6 | 536.00 |

| 10/17/08 | Review and revise DP's September, 2008 Fee Application; review and revise DP's quarterly Fee Application, for July, 2008 through September, 2008. | | |
|---|---|---|---|
| 18 | S. Zuber | 0.5 | 240.00 |

4

83121364A01112408

| 10/27/08 | Attention to revisions to September 2008 fee application. | | |
|---|---|---|---|
| 18 | K. Piper | 0.6 | 201.00 |

| 10/27/08 | Attention to revisions to Quarterly fee application for the 30th interim period. | | |
|---|---|---|---|
| 18 | K. Piper | 0.6 | 201.00 |

| 10/28/08 | Attention to filing monthly fee application for September 2008. | | |
|---|---|---|---|
| 18 | K. Piper | 0.1 | 33.50 |

| 10/29/08 | Attention to filing quarterly fee application. | | |
|---|---|---|---|
| 18 | K. Piper | 0.1 | 33.50 |

### FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| S. Zuber | 18 | 0.5 | 480.00 | 240.00 |
| K. Piper | 18 | 4.1 | 335.00 | 1,373.50 |
| TOTAL | | 4.6 | | 1,613.50 |

Client: 482910 W.R. GRACE & CO.
Matter: 114715 NJDEP V. W.R. GRACE ET AL.

| 10/01/08 | Work on status letter to Judge Bongiovanni and conference with B. Moffitt regarding telephone call with DEP regarding same. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.4 | 248.00 |

| 10/01/08 | Review portions of Plan and Disclosure Statement. | | |
|---|---|---|---|
| 14 | S. Zuber | 0.5 | 240.00 |

| 10/01/08 | Telephone call with D.A.G. Dickinson re comments on status letter to Judge Bongiovanni and finalize and serve letter. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 80.00 |

| 10/02/08 | Follow up regarding letter to Magistrate Judge. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.3 | 186.00 |

| 10/02/08 | Review e-mails re mediation and forward notice to R. Senftleben. | | |
|---|---|---|---|
| 3 | B. Moffitt | 0.2 | 80.00 |

| 10/06/08 | Emails and follow-up with B. Moffitt regarding information requested by client. | | |
|---|---|---|---|
| 14 | A. Marchetta | 0.6 | 372.00 |

| 10/06/08 | Review and respond to inquiry from J. Hughes and forward documents re same; work with A. Marchetta re same. | | |
|---|---|---|---|

83121364A01112408

| 3 | B. Moffitt | 1.1 | 440.00 |
|---|---|---|---|

10/07/08    Follow-up with B. Moffitt regarding information for client.
14          A. Marchetta                                    0.5        310.00

10/07/08    Review and respond to inquiry from J. Hughes and review documents re same; work with S. Parker re same.
3           B. Moffitt                                      1.6        640.00

10/07/08    Conducted searches, reviewed file documents and worked with B. Moffitt to respond to request from J. Hughes.
14          S. Parker                                       1.9        285.00

10/07/08    Review records pursuant to the request from J. Hughes.
14          D. Florence                                     1.9        266.00

10/08/08    Follow-up on information requested by client and check data base regarding records.
14          A. Marchetta                                    0.4        248.00

10/08/08    Call with client on status of reports and new requirements.
14          W. Hatfield                                     0.4        160.00

10/08/08    Forward documents requested by J. Hughes.
3           B. Moffitt                                      0.2        80.00

10/08/08    Compilation and organization of documents in response to request from J. Hughes for documents.
14          S. Parker                                       0.3        45.00

10/09/08    Call with client; call with URS on reports and status; discuss standards and rule; call with URS and client on matter and discuss strategy.
14          W. Hatfield                                     1.3        520.00

10/13/08    Review memo from URS on issues; memo in reply; review response from URS.
14          W. Hatfield                                     0.4        160.00

10/14/08    Telephone calls and follow up regarding information.
14          A. Marchetta                                    0.6        372.00

10/21/08    Emails and follow up with B. Moffitt regarding report.
14          A. Marchetta                                    0.5        310.00

10/21/08    Review report and respond to W. Sparks re same.
3           B. Moffitt                                      0.3        120.00

6

10/31/08        Conducted searches of USDC-NJ docket and reviewed same to determine status of same as requested by B. Moffitt.
14              S. Parker                                      0.2            30.00

## FEE SUMMARY - SORTED BY TIMEKEEPER

| Timekeeper | TASK CODE | HOURS | RATE | FEE |
|---|---|---|---|---|
| A. Marchetta | 14 | 3.3 | 620.00 | 2,046.00 |
| S. Zuber | 14 | 0.5 | 480.00 | 240.00 |
| W. Hatfield | 14 | 2.1 | 400.00 | 840.00 |
| B. Moffitt | 3 | 3.6 | 400.00 | 1,440.00 |
| D. Florence | 14 | 1.9 | 140.00 | 266.00 |
| S. Parker | 14 | 2.4 | 150.00 | 360.00 |
| TOTAL | | 13.8 | | 5,192.00 |

83121364A01112408

# EXHIBIT B

## EXHIBIT B

## EXPENSES FOR THE FEE PERIOD
## OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008

Engagement Costs -- NJDEP V. W.R. GRACE ET AL.

| | |
|---|---|
| Photocopying | 95.20 |
| Matter Total Engagement Cost | 95.20 |

8

83121364A01112408

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | | |
|---|---|---|
| *In re* | : | Chapter 11 |
| | : | Case No. 01-01139 (JKF) |
| W. R. GRACE & CO., *et al.*[1], | : | (Jointly Administered) |
| | : | |
| Debtors. | : | Objection Deadline: December 22, 2008 |
| | : | Hearing Date: TBD, if necessary |

## VERIFICATION

ANTHONY J. MARCHETTA, after being duly sworn according to law, deposes and says:

1. I am a partner with the applicant firm, Day Pitney LLP, and am a member in good standing of the bars of the State of New Jersey, the United States District Court for the District of New Jersey, the United States Court of Appeals for the Third Circuit, the United States District Court for the Northern District of New York, the United States District Court for the Eastern District of New York, the United States District Court for the Southern District of

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

83121366A01120108

New York, the United States Court of Appeals for the Second Circuit, the United States Claims Court, the United States Tax Court, and the Supreme Court of the United States.

2. I have personally performed certain of, and overseen, the legal services rendered by Day Pitney LLP as counsel to the Debtors and am thoroughly familiar with all other work performed on behalf of the Debtors by the lawyers and other persons in the firm.

3. The facts set forth in the foregoing Application are true and correct to the best of my knowledge, information and belief.

Florham Park, New Jersey
Dated: December 1, 2008

Respectfully submitted,
DAY PITNEY LLP

Anthony J. Marchetta, Esq.
(Mail) P.O. Box 1945
Morristown, NJ 07962-1945
(Delivery) 200 Campus Drive
Florham Park, NJ 07932-0950

2

83121366A01120108