# UNITED STATES BANKRUPTCY COURT
## District of Delaware

**In Re:**
W.R. GRACE & CO.
7500 Grace Drive
Columbia, MD 21044
 **EIN:** 65–0773649

**Chapter:** 11

W.R. Grace & Co., et al.

 **EIN:** 65–0773649        *Case No*.: 01–01139–JKF

### *NOTICE OF FILING OF TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION*

A transcript of the proceeding held on 11/14/08 was filed on 12/2/08 . The following deadlines apply:

The parties have 7 days to file with the court a *Notice of Intent to Request Redaction* of this transcript. The deadline for filing a *request for redaction* is 12/23/08 .

If a request for redaction is filed, the redacted transcript is due 1/2/09 .

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is 3/2/09 unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber (name, address/contact information) or you may view the document at the clerk?s office public terminal.

*[signature: David D. Bird]*

Clerk of Court

Date: 12/2/08

(ntc)