# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Brandon | Date Created: 12/2/2008 |
| Case: 01−01139−JKF | Form ID: ntc | Total: 27 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ust    united states trustee
aty    Lawrence A Kalina

                                                          TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust    Frank J. Perch III    frank.j.perch@usdoj.gov
aty    Daniel K. Hogan    dkhogan@dkhogan.com, keharvey@dkhogan.com
aty    Paul W. Turner    pturner@carlilelawfirm.com
aty    Richard Allen Keuler, Jr.    rkeuler@reedsmith.com
aty    Richard F. Rescho    rrescho2001@yahoo.com
aty    Rosalie L. Spelman    rspelman@potteranderson.com, bankruptcy@potteranderson.com
aty    Stuart B. Drowos    stuart.drowos@state.de.us
aty    Timothy P. Cairns    tcairns@pszjlaw.com

                                                          TOTAL: 8

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    W.R. GRACE &CO.    7500 Grace Drive    Columbia, MD 21044
aty    Curtis A. Hehn    Pachulski Stang Ziehl &Jones LLP    919 N. Market Street    17th Floor    Wilmington, DE 19801
aty    Curtis A. Hehn    Pachulski Stang Ziehl Young Jones &Wein    919 N. Market Street    16th Floor    Wilmington, DE 19801
aty    David W. Carickhoff, Jr    Blank Rome LLP    Chase Manhattan Centre    1201 Market Street, Suite 800    Wilmington, DE 19801
aty    David W. Carickhoff, Jr    Blank Rome LLP    Chase Manhattan Centre    1201 Market Street, Suite 800    Wilmington, DE 19801
aty    David W. Carickhoff, Jr    Pachulski Ziehl Stang Ziehl Young Jones    919 N. Market St.    16th Floor    Wilmington, DE 19899
aty    James E. O'Neill    Pachulski Stang Ziehl &Jones LLP    919 North Market Street, 17th Floor    PO Box 8705    Wilmington, DE 19899−8705
aty    James E. O'Neill    Pachulski Stang Ziehl &Jones LLP    919 North Market Street, 17th Floor    P.O. Box 8705    Wilmington, DE 19899−8705
aty    Kathleen P. Makowski    Pachulski Stang Ziehl &Jones LLP    919 North Market Street, 17th Floor    P.O. Box 8705    Wilmington, DE 19899
aty    Kathleen P. Makowski    Pachulski Stang Ziehl &Jones LLP    919 North Market Street, 17th Floor    P.O. Box 8705    Wilmington, DE 19899
aty    Laura Davis Jones    Pachulski Stang Ziehl &Jones LLP    919 North Market Street    17th Floor    Wilmington, DE 19899−8705
aty    Laura Davis Jones    Pachulski Stang Ziehl &Jones LLP    919 N. Market Street    17th Floor    Wilmington, DE 19899−8705
aty    Michael R. Lastowski    Duane Morris LLP    1100 North Market Street    Suite 1200    Wilmington, DE 19801−1246
aty    Paula Ann Galbraith    211 East Ohio # 2618    Chicago, IL 60611
aty    Robert J. Dehney    Morris, Nichols, Arsht &Tunnell    1105 N. Market Street    P. O. Box 1347    Wilmington, DE 19899−1347
aty    Timothy P. Cairns    Pachulski Stang Ziehl Young Jones    919 N. Market Street    17th Floor    Wilmington, DE 19801
aty    William E. Chipman, Jr.    Edwards Angell Palmer &Dodge    919 North Market Street    Suite 1500    Wilmington, DE 19801

                                                          TOTAL: 17