**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| **In re:** | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (JKF)** |
| | ) | **Jointly Administered** |
| | ) | |
| **Debtors.** | ) | |
| | ) | |

**VERIFICATION**

**STATE OF VIRGINIA**

**FAIRFAX COUNTY, TO WIT:**

David T. Austern, after being duly sworn according to law, deposes and says:

1.      I am the Future Claimants' Representative appointed by the Court in these cases.

2.      I personally performed the work as set forth in the attached Exhibit A.

3.      I have reviewed the Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief.  I have reviewed the requirements of Local Rule 2016-2 and the Administrative Order as Amended dated April 17, 2002, and I believe the Application to be in compliance therewith.

*/S/ DAVID T. AUSTERN*
DAVID T. AUSTERN

SWORN AND SUBSCRIBED TO BEFORE ME

THIS 1ST DAY OF DECEMBER, 2008

*/S/ MILDRED ANN AUSTIN*
Notary Public

My commission expires: 4/30/2013