## EXHIBIT A

**David Austern, Futures Representative for W.R. Grace**
**Billing Statement for October, 2008**

| Date | Services | Hours |
|---|---|---|
| 10/10 | Telephone conference Frankel re: Libby Estimation | .3 |
| 10/16 | Telephone Conference Wyron re covenants (.2); telephone Conference Schelnitz re same (.2) | .4 |
| 10/20 | Review of Libby claimants Objections | 1.4 |
| 10/21 | Telephone conference Frankel re Libby claimants objections (.1); medical evidence research re Libby (.7) | .8 |
| 10/23 | Medical evidence research re Libby | 3.8 |
| 10/24 | Telephone conference Frankel re Libby objections | .3 |
| 10/30 | Memorandum to counsel re Libby objections | 4.3 |
| 10/31 | Memorandum to counsel re Libby claimants | 3.8 |

**Total Hours:** 15.1

**Total Fees ($500.00 per hour)** **$7,550.00**

**Expenses:  There were no expenses for the month.**

**Total Fees** **$7,550.00**