**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____
                                              )
In re:                                        )    Chapter 11
                                              )
W.R. GRACE & CO., <u>et al.</u>,              )    Case No. 01-1139 (JKF)
                                              )    Jointly Administered
                                              )
           **Debtors.**                       )    Objection Date: December 22, 2008 at 4:00 p.m.
_____)       Hearing: Scheduled if Necessary (Negative Notice)

**THIRTY-THIRD MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD <u>OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008</u>**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | October 1, 2008 – October 31, 2008 |
| 80% of Compensation sought as actual, reasonable and necessary: | $40,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $204.84 |

This is a   <u> x </u> monthly         __ interim            ___ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### OCTOBER 1-31, 2008

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 8.0 | NA |
| Case Administration Related | 4.4 | NA |
| Financial Analysis Related | 87.7 | NA |
| **TOTAL** | **100.1** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Out-of-Pocket Expenses *(October 1, 2008 – October 31, 2008):*

Research                                                                $    204.84

**TOTAL Out-of-Pocket Expenses:**                            **$   204.84**

        Respectfully submitted,

        PIPER JAFFRAY & CO.

        By: */S/ JASON SOLGANICK*
           Jason Solganick
           150 East 42nd St.
           New York, New York 10017
           (212) 284-9586
           Financial Advisor to David T. Austern
           Future Claimants' Representative

Dated: December 1, 2008

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.