# EXHIBIT A

## W.R. Grace
**PJC Time Records**
**October-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 10/1/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/2/2008 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 10/3/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 10/3/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/3/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/3/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 10/3/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 10/6/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 10/6/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 10/6/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 10/6/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/6/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/6/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/6/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 10/6/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 10/6/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 10/7/2008 | 4.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 10/7/2008 | 1.5 | Financial Analysis | Review of Grace's competitive landscape |
| Desiree Davis | 10/7/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 10/7/2008 | 1.0 | Financial Analysis | Review of Grace's competitive landscape |
| Jason Solganick | 10/7/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/7/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 10/7/2008 | 1.0 | Financial Analysis | Review of Grace's competitive landscape |
| Pei Huang | 10/7/2008 | 5.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 10/7/2008 | 2.0 | Financial Analysis | Review of Grace's competitive landscape |
| Jason Solganick | 10/8/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/9/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/10/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/13/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/14/2008 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 10/15/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 10/15/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/15/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/15/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 10/15/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/16/2008 | 0.3 | Case Administration | Review court docket |
| Bryan Cloncs | 10/17/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 10/17/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/17/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/17/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 10/17/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/20/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/21/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/22/2008 | 1.0 | Business Operations | Conference call re: case status |

# EXHIBIT A

## W.R. Grace

**PJC Time Records**
**October-08**

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Jason Solganick | 10/22/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/23/2008 | 1.5 | Business Operations | Review of motion to sell assets and related materials |
| Jason Solganick | 10/23/2008 | 0.2 | Case Administration | Review court docket |
| Desiree Davis | 10/24/2008 | 2.5 | Business Operations | Review of Motion for Grace to sell certain assets to Alco Iron & Metal Co. |
| Jason Solganick | 10/24/2008 | 3.0 | Business Operations | Review of Motion for Grace to sell certain assets to Alco Iron & Metal Co. |
| Jason Solganick | 10/24/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/27/2008 | 0.2 | Case Administration | Review court docket |
| Bryan Cloncs | 10/28/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 10/28/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 10/28/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 10/28/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/28/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 10/28/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 10/28/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 10/28/2008 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 10/28/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 10/29/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 10/29/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 10/29/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 10/29/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 10/29/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/29/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/29/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 10/29/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 10/29/2008 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 10/30/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Cloncs | 10/30/2008 | 8.0 | Financial Analysis | Preparation of Plan analysis |
| Desiree Davis | 10/30/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 10/30/2008 | 3.0 | Financial Analysis | Preparation of Plan analysis |
| Jason Solganick | 10/30/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/30/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 10/30/2008 | 2.0 | Financial Analysis | Review of Plan analysis |
| Pei Huang | 10/30/2008 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 10/30/2008 | 10.0 | Financial Analysis | Preparation of Plan analysis |
| Bryan Cloncs | 10/31/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 10/31/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Cloncs | 10/31/2008 | 2.5 | Financial Analysis | Preparation of Plan analysis |
| Desiree Davis | 10/31/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 10/31/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 10/31/2008 | 3.0 | Financial Analysis | Preparation of Plan analysis |
| Jason Solganick | 10/31/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 10/31/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/31/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 10/31/2008 | 2.0 | Financial Analysis | Review of Plan analysis |
| Pei Huang | 10/31/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 10/31/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 10/31/2008 | 3.0 | Financial Analysis | Preparation of Plan analysis |