# EXHIBIT B

**W.R. Grace**
**Detail of expenses (October 1, 2008 – October 31, 2008)**

Research
Jason Solganick              10/17/08              $ 204.84

                    **Total Research:**                              **$  204.84**

**TOTAL EXPENSES:**                                       $  204.84