# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 11 |
|  | ) |  |
| W.R. GRACE & CO., <u>et al.</u>, | ) | Case No. 01-1139 (JKF) |
|  | ) |  |
| Debtors. | ) | Objection Deadline: December 22, 2008 at 4:00 p.m. |
|  | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**COVER SHEET TO FORTY-FIRST MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
<u>OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008</u>**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered February 21, 2004) |
| Period for which compensation is sought: | October 1, 2008 through October 31, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $20,918.50 |
| 80% of fees to be paid: | $16,734.80 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $     0.00 |
| Total Fees @ 80% and 100% Expenses: | $16,734.80 |

This is an:    __    interim    <u>X</u>    monthly    __    final application.

**COMPENSATION SUMMARY**
**October 2008**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (23 years) FCAS | $650 | 6.50 | $4,225.00 |
| Julianne Callaway | Analyst (5 years) ACAS | $325 | 10.10 | $3,282.50 |
| Jeffrey Kimble | Consulting Actuary (7 years) ACAS | $400 | 30.10 | $12,040.00 |
| Adam Luechtefeld | Analyst (5 years) | $250 | 2.50 | $625.00 |
| Brent Petzoldt | Analyst (2 years) ACAS | $240 | 2.60 | $624.00 |
| Rhamonda Riggins | Analyst (6 years) | $305 | 0.40 | $122.00 |
| **Total Blended Rate: $400.74** | | | **52.20** | **$20,918.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 52.20 | $20,918.50 |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| | |
|---|---|
| **October 2008 – Grand Total** | **$20,918.50** |

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: /S/ JENNIFER L. BIGGS
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: November 25, 2008