# EXHIBIT A

| | | | | | W.R. Grace (Bankruptcy) |
|---|---|---|---|---|---|
| | | | | | Towers Perrin Time Records |
| **Professional** | **Date** | **Hours** | **Rate** | **$ Fees** | **Description** |
| | | | | **Oct-08** | |
| Jenni Biggs | 10/6/2008 | 0.20 | $650 | $130.00 | Phone call with Rick Wyron |
| Jenni Biggs | 10/7/2008 | 0.20 | $650 | $130.00 | Peer review additional cash flow scenarios |
| Jenni Biggs | 10/9/2008 | 0.20 | $650 | $130.00 | Peer review additional cash flow scenarios |
| Jenni Biggs | 10/14/2008 | 0.10 | $650 | $65.00 | Billing |
| Jenni Biggs | 10/15/2008 | 0.50 | $650 | $325.00 | Peer review additional cash flow scenarios |
| Jenni Biggs | 10/22/2008 | 0.50 | $650 | $325.00 | Peer review additional cash flow scenarios |
| Jenni Biggs | 10/23/2008 | 2.30 | $650 | $1,495.00 | Peer review additional cash flow scenarios |
| Jenni Biggs | 10/24/2008 | 0.20 | $650 | $130.00 | Peer review additional cash flow scenarios |
| Jenni Biggs | 10/28/2008 | 0.80 | $650 | $520.00 | Conference call with Orrick |
| Jenni Biggs | 10/30/2008 | 1.30 | $650 | $845.00 | Peer review additional cash flow scenarios |
| Jenni Biggs | 10/31/2008 | 0.20 | $650 | $130.00 | peer review additional cash flow scenarios; set up conference call with Peterson |
| | | 6.50 | | $4,225.00 | |
| | | | | | |
| Julianne Calllaway | 10/23/2008 | 2.40 | $325 | $780.00 | Find CMS data for TX RMQ settlement records |
| Julianne Calllaway | 10/29/2008 | 5.40 | $325 | $1,755.00 | RMQ Settlement match to CMS |
| Julianne Calllaway | 10/30/2008 | 1.50 | $325 | $487.50 | RMQ Settlement match to CMS |
| Julianne Calllaway | 10/31/2008 | 0.80 | $325 | $260.00 | RMQ Settlement match to CMS |
| | | 10.10 | | $3,282.50 | |
| | | | | | |
| Jeff Kimble | 10/6/2008 | 0.70 | $400 | $280.00 | Preparing cash flow scenarios for Orrick |
| Jeff Kimble | 10/10/2008 | 1.30 | $400 | $520.00 | Preparing cash flow scenarios for Orrick |
| Jeff Kimble | 10/15/2008 | 3.00 | $400 | $1,200.00 | Preparing cash flow scenarios for Orrick |
| Jeff Kimble | 10/16/2008 | 0.20 | $400 | $80.00 | Preparing cash flow scenarios for Orrick |
| Jeff Kimble | 10/17/2008 | 0.20 | $400 | $80.00 | Preparing cash flow scenarios for Orrick |
| Jeff Kimble | 10/20/2008 | 0.20 | $400 | $80.00 | Preparing cash flow scenarios for Orrick |
| Jeff Kimble | 10/21/2008 | 5.80 | $400 | $2,320.00 | Preparing cash flow scenarios for Orrick |
| Jeff Kimble | 10/22/2008 | 7.80 | $400 | $3,120.00 | Preparing cash flow scenarios for Orrick |
| Jeff Kimble | 10/23/2008 | 3.30 | $400 | $1,320.00 | Preparing cash flow scenarios for Orrick |
| Jeff Kimble | 10/24/2008 | 1.00 | $400 | $400.00 | Preparing cash flow scenarios for Orrick |
| Jeff Kimble | 10/28/2008 | 2.30 | $400 | $920.00 | Analysis of liabilities using proposed TDP |
| Jeff Kimble | 10/28/2008 | 0.70 | $400 | $280.00 | Conference call with Orrick |
| Jeff Kimble | 10/29/2008 | 1.00 | $400 | $400.00 | Analysis of liabilities using proposed TDP |
| Jeff Kimble | 10/30/2008 | 1.50 | $400 | $600.00 | Analysis of liabilities using proposed TDP |
| Jeff Kimble | 10/31/2008 | 1.10 | $400 | $440.00 | Analysis of liabilities using proposed TDP |
| | | 30.10 | | $12,040.00 | |
| | | | | | |
| Adam Luechtefeld | 10/31/2008 | 2.50 | $250 | $625.00 | Working with the projection of future cashflows. |
| | | 2.50 | | $625.00 | |
| | | | | | |
| Brent Petzoldt | 10/1/2008 | 0.50 | $240 | $120.00 | Tech Review Cash Flow exhibits |
| Brent Petzoldt | 10/7/2008 | 0.10 | $240 | $24.00 | Tech Review Cash Flow exhibits |
| Brent Petzoldt | 10/10/2008 | 0.10 | $240 | $24.00 | Tech Review Cash Flow exhibits |
| Brent Petzoldt | 10/15/2008 | 0.20 | $240 | $48.00 | Tech Review Cash Flow exhibits |
| Brent Petzoldt | 10/22/2008 | 0.80 | $240 | $192.00 | Tech Review Cash Flow exhibits |
| Brent Petzoldt | 10/23/2008 | 0.90 | $240 | $216.00 | Tech Review Cash Flow exhibits |
| | 10/23/2008 | 2.60 | | $624.00 | |
| | | | | | |
| Rhamonda Riggins | 10/20/2008 | 0.40 | $305 | $122.00 | D. Felder request in 10/20/08 email |
| | | 0.40 | | $122.00 | |
| | | | | | |
| | | 52.20 | | $20,918.50 | |