# EXHIBIT A

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**OCTOBER 1, 2008 - OCTOBER 31, 2008**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 5.3 | $ 3,445.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 5.4 | 3,510.00 |
| 0013 | Business Operations | 1.4 | 910.00 |
| 0014 | Case Administration | 52.0 | 13,433.00 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 20.4 | 15,077.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 15.1 | 10,709.50 |
| 0018 | Fee Application, Applicant | 13.1 | 4,929.50 |
| 0019 | Creditor Inquiries | 2.9 | 2,181.50 |
| 0020 | Fee Application, Others | 7.4 | 3,290.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 1.4 | 910.00 |
| 0035 | Travel - Non Working | 21.7 | 16,360.00 |
| 0036 | Plan and Disclosure Statement | 303.7 | 183,882.00 |
| 0037 | Hearings | 26.3 | 19,639.50 |
| | | | |
| | **Sub Total** | 476.1 | $ 278,277.00 |
| | **Less 50% Travel** | (10.8) | (8,180.00) |
| | **Total** | 465.3 | $ 270,097.00 |

# STROOCK

## INVOICE

| DATE | November 26, 2008 |
|---|---|
| INVOICE NO. | 459025 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through October 31, 2008, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) |
|---|---|
| | 699843  0003 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/02/2008 | Exchanged memoranda with J. Baer re: conference on criminal trial, status of Canadian court approval of ZAI settlement. | Krieger, A. | 0.1 |
| 10/15/2008 | Attend to Alan Rich motion re: retention by proposed PD FCR. | Krieger, A. | 0.2 |
| 10/16/2008 | Attend to memorandum opinion re: claims of California Department of General Services (.4); attend to memorandum opinion re: summary judgment motion filed on behalf of Macerich Fresno Limited Partnership (.2). | Krieger, A. | 0.6 |
| 10/17/2008 | Attend to revised Canadian bar date materials. | Krieger, A. | 0.3 |
| 10/20/2008 | Attend to revised Canadian bar date materials (.1); attend to proposed settlements of PD Claims of Children's Hospital, Regents of California University and memorandum thereon (1.4); memorandum to R. Finke re: information requests on settlements (.2). | Krieger, A. | 1.7 |
| 10/28/2008 | Memorandum to R. Finke re: supplemental request for information regarding asbestos property damage settlements. | Krieger, A. | 0.1 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/30/2008 | Attend to R. Finke memorandum re: Children's Hospital and California Regents' settlements (.1); attend to memorandum for the Committee re: settlements (1.6); attend to Debtors and Anderson Memorial's memoranda to the District Court re: class certification matters (.6). | Krieger, A. | 2.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 5.3 | $ 650 | $ 3,445.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,445.00 |
|-------------------------------------------|-----------|

| TOTAL FOR THIS MATTER | $ 3,445.00 |
|-----------------------|-----------|

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363)<br>699843 0009 |
| --- | --- |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 10/23/2008 | Exchanged memoranda with J. Dolan re: Debtors' motion to sell assets to Alco Iron and sale of limited partnership interests to Rio Tinto affiliate. | Krieger, A. | 0.3 |
| 10/25/2008 | Attend to Debtors' motion authorizing the sale of certain assets to Alco Iron. | Krieger, A. | 0.6 |
| 10/28/2008 | Attend to Debtors' motion to sell assets to Alco Iron (2.8); memorandum to MB re: review of same and environmental issues (.2). | Krieger, A. | 3.0 |
| 10/29/2008 | Exchanged memoranda with J. Dolan re: review of Alco Iron matter (.2); attend to memorandum from M. Berg re: environmental matters related to the sale (.1); prepare information request to J. Baer, V. Finkelstein re: Alco Iron asset sale (.8). | Krieger, A. | 1.1 |
| 10/30/2008 | Exchanged memoranda with J. Dolan and with MB re: conference call re: proposed asset sale to Alco Iron. | Krieger, A. | 0.2 |
| 10/31/2008 | Memoranda re: 11/4/08 conf call re: asset sale to Alco Iron. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
| --- | --- | --- | --- |
| Krieger, Arlene G. | 5.4 | $ 650 | $ 3,510.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,510.00 |
| --- | --- |

| TOTAL FOR THIS MATTER | $ 3,510.00 |
| --- | --- |

# STROOCK

| RE | Business Operations |
|----|---------------------|
|    | 699843  0013        |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/01/2008 | Attend to Capstone's draft report re: 2nd quarter update. | Krieger, A. | 0.2 |
| 10/02/2008 | Attend to Capstone analysis re: 2nd quarter 2008 results (.9); memorandum to J. Dolan re: same (.1). | Krieger, A. | 1.0 |
| 10/23/2008 | T/c J. Dolan re: report on second quarter results. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 1.4 | $ 650 | $ 910.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 910.00 |
|------------------------------------------|----------|

| TOTAL FOR THIS MATTER | $ 910.00 |
|-----------------------|----------|

# STROOCK

| RE | Case Administration |
|----|---------------------|
|    | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/01/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (1.2); review adv. pro. no. 01-771 (.2); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 2.1 |
| 10/02/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6). | Mohamed, D. | 0.9 |
| 10/03/2008 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.9 |
| 10/03/2008 | Review and update case docket no. 01-1139 (.2); retrieve and distribute recently filed pleadings in main case (.4); attention to research and retrieval of certain documents for attorney review (.7); review district court case docket no. 08-250 (.2); review court of appeals case docket no. 08-2069 (.2); review adv. pro. case docket no. 01-771 (.2); review and compare fee auditors project category summary chart for the twenty-eight interim period (.6). | Mohamed, D. | 2.5 |
| 10/06/2008 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.1 |
| 10/06/2008 | Exchanged memoranda re semi-monthly conference call with Debtors' representatives. | Krieger, A. | 0.2 |
| 10/06/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.4); prepare documents for attorney review (.7); review adv pro case docket no. 01-771 (.2); review court of appeals case docket no. 08-2069 (.2); review district court case docket no. 08-250 (.2). | Mohamed, D. | 2.0 |
| 10/07/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); review case file | Mohamed, D. | 2.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | documents in preparation for central file supplementation (1.3); obtain certain pleadings for attorney review (.5). | | |
| 10/10/2008 | Reviewed Legal Docket to update status (1.4); retrieve pleading for attorney; review and retrieved documents and distributed same (2.9). | Holzberg, E. | 4.3 |
| 10/13/2008 | Reviewed Legal Docket to update Status (1.1); retrieved documents and distributed same (.8). | Holzberg, E. | 1.9 |
| 10/14/2008 | Reviewed and retrieved documents and distributed same (1.9); reviewed Legal Dockets to update status (1.1). | Holzberg, E. | 3.0 |
| 10/15/2008 | Retrieve and circulate recently filed pleadings. | Cohen, R. | 0.5 |
| 10/15/2008 | T/c court call arrangements for 10/20/08 hearing. | Krieger, A. | 0.1 |
| 10/16/2008 | Retrieve and circulate recently filed pleadings. | Cohen, R. | 0.4 |
| 10/16/2008 | Cite checked brief and reviewed corrections with Arlene Krieger, as per Christine Mariano. | De Pinto, L. | 4.5 |
| 10/16/2008 | Attend to travel arrangements for disclosure statement hearing. | Krieger, A. | 0.7 |
| 10/17/2008 | Reviewed Legal Docket to updated status (1.4); retrieved posted and distributed documents including objections to Disclosure Statement (3.6). | Holzberg, E. | 5.0 |
| 10/20/2008 | Compile Binder of Objections to Disclosure Statement; creating Index for Attorney for 10/27/2008 hearing. | Cohen, R. | 3.8 |
| 10/20/2008 | Reviewed Legal Docket to update status (1.2); retrieved documents and distributed them to parties in interest (1.7); updated JR (.5). | Holzberg, E. | 3.4 |
| 10/23/2008 | Memorandum to LK, KP re: Court call arrangements for 10/27 and 10/28. | Krieger, A. | 0.1 |
| 10/24/2008 | Retrieved and distributed documents to updated JR (3.6); reviewed Docket to update status (1.3). | Holzberg, E. | 4.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/24/2008 | Attend to travel arrangements for 10/27 hearings. | Krieger, A. | 0.4 |
| 10/27/2008 | Reviewed Legal Docket to update status (1.3); retrieved and distributed recently filed pleadings (1.6); reviewed Court of Appeals Docket and District Court Docket (.5). | Holzberg, E. | 3.4 |
| 10/28/2008 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.2 |
| 10/31/2008 | Reviewed Legal Docket to update status. | Holzberg, E. | 0.7 |
| 10/31/2008 | Attend to travel arrangements for continued Disclosure Statement hearing. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Cohen, Reuben H. | 4.7 | $ 235 | $ 1,104.50 |
| De Pinto, Lauren M. | 4.5 | 235 | 1,057.50 |
| Holzberg, Ethel H. | 30.8 | 270 | 8,316.00 |
| Krieger, Arlene G. | 1.8 | 650 | 1,170.00 |
| Mohamed, David | 10.2 | 175 | 1,785.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 13,433.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 13,433.00 |
|---|---|

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos) |
|---|---|
| | 699843 0015 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2008 | Attend to a number of orders ruling on claims objections. | Krieger, A. | 0.2 |
| 10/02/2008 | Attend to memoranda re: settlement conference. | Krieger, A. | 0.2 |
| 10/02/2008 | Telephone conference with D. Bernick re: status (.2); attention to scheduling issues for settlement meeting (.2). | Pasquale, K. | 0.4 |
| 10/03/2008 | Extended t/c R. Frezza re: interest calculations (1.0); memorandum to LK, KP re: Capstone conversation (.3); attended to memoranda re: settlement conference (.3). | Krieger, A. | 1.6 |
| 10/03/2008 | Telephone conference R. Cobb re: evidentiary issues (.2); attention to same (.4). | Pasquale, K. | 0.6 |
| 10/06/2008 | Attention to evidentiary issues and Cobb's draft chart (.3); emails re: same (.2). | Pasquale, K. | 0.5 |
| 10/07/2008 | Exchanged  memoranda with R. Frezza re: ppi scenarios  and conf call (.2); conf call KP, Capstone re: ppi scenarios (.7); t/c C. Freedgood re: credit agreement (.1). | Krieger, A. | 1.0 |
| 10/07/2008 | O/c with KP re: Capstone PPI calculations. | Kruger, L. | 0.2 |
| 10/07/2008 | Conference call with A. Krieger, Capstone re: PPI calculations (.5); attention to Capstone calculations (.3). | Pasquale, K. | 0.8 |
| 10/08/2008 | Conf call KP, A. Rosenberg, Capstone re: interest analysis and follow-up o/c KP re: same and 10/14/08 settlement meeting with the Debtors, Equity. | Krieger, A. | 0.9 |
| 10/08/2008 | Conference call with A. Rosenberg, A. Krieger, Capstone re: prep for settlement meeting. | Pasquale, K. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/09/2008 | Attention to PPI scenarios and Capstone spreadsheet (.4); telephone conference J. Dolan re: same (.2). | Pasquale, K. | 0.6 |
| 10/10/2008 | Attend to revised interest spreadsheet and memoranda from R. Frezza re: same (.3); memorandum to A. Rosenberg re: revised spreadsheet (.1). | Krieger, A. | 0.4 |
| 10/10/2008 | Review memo to A. Rosenberg re: revised spreadsheet (.1); review revised interest spreadsheet (.1). | Kruger, L. | 0.2 |
| 10/13/2008 | T/c M. Phillips re: 10/14/08 settlement conference (.1); o/cs KP re: 10/14/08 settlement conference (.2); attend to material for settlement conference (.3). | Krieger, A. | 0.6 |
| 10/13/2008 | Telephone conference A. Rosenberg re: settlement meeting (.1); conference call with Bernick, Rosenberg re: meeting (.2); prep for settlement meeting (.8). | Pasquale, K. | 1.1 |
| 10/14/2008 | Meeting of Bank Lenders and then settlement conference with Debtors, Equity Committee representatives. | Krieger, A. | 2.6 |
| 10/14/2008 | Prep for and settlement meeting with Lenders, debtors, professionals and related meetings with Lenders re: PPI issues. | Pasquale, K. | 3.5 |
| 10/15/2008 | Exchanged memoranda with P. Zilly re: Settlement conference participants and memo to KP re: same. | Krieger, A. | 0.2 |
| 10/16/2008 | Conference call with E. Leon, R. Cobb re: exhibits and evidentiary issues. | Pasquale, K. | 0.4 |
| 10/19/2008 | Attend to orders expunging claims. | Krieger, A. | 0.2 |
| 10/21/2008 | Attend to correspondence re: submission of exhibits to Judge Fitzgerald. | Krieger, A. | 1.0 |
| 10/21/2008 | O/c with AK and t/c with KP and debtor re: DS hearing and objections and other matters (.5); review of objection to DS in preparation for review with debtor (.3). | Kruger, L. | 0.8 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71870003v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/22/2008 | O/c with KP and AK; t/c Rosenberg re: impairment. | Kruger, L. | 0.3 |
| 10/23/2008 | Attend to transmittal letter re: transcript and exhibits to Bank claims litigation. | Krieger, A. | 0.2 |
| 10/28/2008 | O/c with KP re: 10/27 hearing (.2); review memo to committee re: 10/27 hearing (.2). | Kruger, L. | 0.4 |
| 10/29/2008 | Review memo to committee re: Children's Hospital of Pittsburgh, et al. | Kruger, L. | 0.3 |
| 10/30/2008 | Attend to settlement with Tersigni. | Krieger, A. | 0.1 |
| 10/30/2008 | Review memo to committee re PD claims' settlement. | Kruger, L. | 0.4 |
| 10/31/2008 | Attend to Tersigni compromise and settlement agreement. | Krieger, A. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 9.4 | $ 650 | $ 6,110.00 |
| Kruger, Lewis | 2.6 | 945 | 2,457.00 |
| Pasquale, Kenneth | 8.4 | 775 | 6,510.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 15,077.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 15,077.00 |
|-----------------------|-------------|

# STROOCK

| | |
|---|---|
| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843 0017 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2008 | Attend to memorandum to the Committee re: property damage claim settlements (.6); attend to memorandum to the Committee re: Sept. 29, 2008 omnibus hearing re: unresolved property damage claims, ZAI (1.3); exchanged memorandum with C. Freedgood re: Committee Conference call (.1); telephone conference R. Frezza re: plan analysis for Committee (.3). | Krieger, A. | 2.3 |
| 10/02/2008 | Exchanged memoranda with J. Dolan re: Capstone analysis of plan documents, 2nd quarter financial analysis (.2); attend to Capstone analysis re: plan documents (1.3); memoranda to the Committee and Members re: conference call on plan documents, Sept. 29 hearing (.3); extended conference call R. Frezza, J. Dolan re: analysis of plan documents (1.0). | Krieger, A. | 2.8 |
| 10/03/2008 | Conference call meeting of the Committee re: 9/29/08 hearing on post-petition interest matter and disclosure statement objection (.7); memorandum to Committee re: plan analysis (.2). | Krieger, A. | 0.9 |
| 10/03/2008 | Review Capstone plan analysis (.7); o/c with KP and AK and t/c with committee re: POR and 9/29 hearing (.9). | Kruger, L. | 1.6 |
| 10/03/2008 | Conference call with Committee re: DS, plan issues. | Pasquale, K. | 0.9 |
| 10/14/2008 | Exchanged memoranda with LK, KP re: scheduling of committee call. | Krieger, A. | 0.2 |
| 10/15/2008 | Memoranda to the Committee re: 10/16/08 conference call and memoranda from Committee members re: same. | Krieger, A. | 0.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/16/2008 | Committee conference call re: 10/14/08 settlement conference, Disclosure Statement objection (.5); follow-up t/c Paul Hulbert re: settlement conference, related confirmation issues (.3). | Krieger, A. | 0.8 |
| 10/16/2008 | O/c with KP and AK and t/c with committee re: negotiations; DS objection and related matters. | Kruger, L. | 0.5 |
| 10/16/2008 | Creditors' committee conference call re: status, DS issues. | Pasquale, K. | 0.5 |
| 10/20/2008 | Memorandum to the Committee re: 10/20/08 omnibus hearing. | Krieger, A. | 0.3 |
| 10/21/2008 | Conference call with debtors re: DS issues. | Pasquale, K. | 0.4 |
| 10/22/2008 | T/c M. Chehi re: Disclosure Statement hearings. | Krieger, A. | 0.1 |
| 10/23/2008 | T/c M. Chehi re: Disclosure Statement hearing (.1); t/c K. Kelley re: plan documents and attend to same (.4). | Krieger, A. | 0.5 |
| 10/24/2008 | Attend to memorandum to the Committee re: Debtors' consolidated response to Disclosure Statement objections. | Krieger, A. | 0.3 |
| 10/28/2008 | Prepare memorandum for the Committee re: 10/27/08 disclosure statement hearing. | Krieger, A. | 1.4 |
| 10/28/2008 | Review draft email to Committee (.2); confer A. Krieger re: DS issues (.2). | Pasquale, K. | 0.4 |
| 10/29/2008 | Attend to Committee memorandum re: proposed settlements of claims of Children's Hospital of Pittsburgh and Regents of California. | Krieger, A. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 10.8 | $ 650 | $ 7,020.00 |
| Kruger, Lewis | 2.1 | 945 | 1,984.50 |

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Pasquale, Kenneth | 2.2 | 775 | 1,705.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,709.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 10,709.50 |
|---|---|

# STROOCK

| RE | Fee Application, Applicant |
|----|---------------------------|
|    | 699843  0018 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/06/2008 | Started to work on 90th Monthly Fee Application for September. | Holzberg, E. | 1.8 |
| 10/13/2008 | Worked on 90th Monthly Fee Application for September. | Holzberg, E. | 1.7 |
| 10/14/2008 | Attend to September 2008 fee statement. | Krieger, A. | 0.5 |
| 10/16/2008 | Attention to draft SSL fee app. | Pasquale, K. | 0.5 |
| 10/17/2008 | Attend to September 2008 fee statement. | Krieger, A. | 1.4 |
| 10/24/2008 | Worked on 90th Monthly Fee Application. | Holzberg, E. | 1.0 |
| 10/25/2008 | Review disbursements for September 2008 monthly fee statement and memorandum to EH re: same. | Krieger, A. | 0.2 |
| 10/27/2008 | Worked on 90th Monthly Fee Application and disbursement review. | Holzberg, E. | 2.0 |
| 10/28/2008 | Worked on 90th Fee Application for the month of September. | Holzberg, E. | 2.1 |
| 10/28/2008 | O/cs EH re: September 2008 fee statement. | Krieger, A. | 0.2 |
| 10/29/2008 | Attend to September 2008 fee statement. | Krieger, A. | 0.4 |
| 10/30/2008 | Attend to September 2008 fee statement. | Krieger, A. | 0.2 |
| 10/31/2008 | Worked on 90th Fee Application and charts. | Holzberg, E. | 1.0 |
| 10/31/2008 | O/c EH re: September 2008 fee statement. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Holzberg, Ethel H. | 9.6 | $ 270 | $ 2,592.00 |
| Krieger, Arlene G. | 3.0 | 650 | 1,950.00 |
| Pasquale, Kenneth | 0.5 | 775 | 387.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 4,929.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 4,929.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71870003v1

# STROOCK

| RE | Creditor Inquiries<br>699843  0019 |
|----|-----|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/06/2008 | Telephone conference creditor re: plan and PPI issues. | Pasquale, K. | 0.2 |
| 10/10/2008 | Telephone conferences creditors re: plan and PPI issues. | Pasquale, K. | 0.5 |
| 10/21/2008 | T/c bank debt holder re: disclosure statement, plan issues and process. | Krieger, A. | 0.2 |
| 10/22/2008 | T/c bank debt holder re: post-petition interest. | Krieger, A. | 0.4 |
| 10/28/2008 | T/c creditor re: disclosure statement hearing. | Krieger, A. | 0.2 |
| 10/30/2008 | T/c with creditors re: status. | Kruger, L. | 0.2 |
| 10/30/2008 | Telephone conferences creditors re: status. | Pasquale, K. | 1.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 0.8 | $ 650 | $ 520.00 |
| Kruger, Lewis | 0.2 | 945 | 189.00 |
| Pasquale, Kenneth | 1.9 | 775 | 1,472.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 2,181.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 2,181.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71870003v1

# STROOCK

| RE | Fee Application, Others |
|----|----|
|    | 699843 0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/01/2008 | Review Capstone's fifty-fourth monthly fee statement in preparation for filing (.6); prepare notice and affidavit of service re: same and forward to local counsel for filing (.5); review Capstone's eighteenth quarterly fee application in preparation for filing (.7); prepare notice and affidavit of service re: same and forward to local counsel for filing (.5); prepare and effectuate service re: monthly fee statement and quarterly fee application (.9). | Mohamed, D. | 3.2 |
| 10/03/2008 | Attend to other professionals' fee applications. | Krieger, A. | 0.6 |
| 10/15/2008 | Attend to other professionals' fee applications, certifications. | Krieger, A. | 0.6 |
| 10/16/2008 | Attend to other professionals' fee applications, fee auditor's reports. | Krieger, A. | 0.8 |
| 10/17/2008 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |
| 10/28/2008 | Attend to other professionals' fee applications. | Krieger, A. | 0.9 |
| 10/29/2008 | Attend to other professionals' fee applications. | Krieger, A. | 0.4 |
| 10/30/2008 | Attend to other professionals' fee application. | Krieger, A. | 0.3 |
| 10/31/2008 | Attend to other professionals' fee applications. | Krieger, A. | 0.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 4.2 | $ 650 | $ 2,730.00 |
| Mohamed, David | 3.2 | 175 | 560.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 3,290.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 3,290.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71870003v1

# STROOCK

| RE | Environmental Matters/Regulations/Litigation<br>699843 0022 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/15/2008 | Attend to proposed revised order re: Town of Acton settlement and review settlement agreement. | Krieger, A. | 0.2 |
| 10/29/2008 | Review motion and associated agreements regarding proposed sale of site in San Leandro, CA and email to A. Krieger (1.0); review email to debtor with questions re: sale (.1). | Berg, M. | 1.1 |
| 10/31/2008 | Emails re: call with debtor on San Leandro sale. | Berg, M. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Berg, Madelaine | 1.2 | $ 650 | $ 780.00 |
| Krieger, Arlene G. | 0.2 | 650 | 130.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 910.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 910.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71870003v1

# STROOCK

| RE | Expenses 699843 0024 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |
|---|---|

## MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 69.40 |
| Local Transportation | 436.59 |
| Long Distance Telephone | 31.94 |
| Duplicating Costs-in House | 213.50 |
| Duplicating Costs-Outside | 16.20 |
| O/S Information Services | 366.24 |
| Word Processing | 126.00 |
| Lexis/Nexis | 2256.80 |
| Travel Expenses - Transportation | 281.25 |
| Westlaw | 6813.60 |

| TOTAL DISBURSEMENTS/CHARGES | $ 10,611.52 |
|---|---|

| TOTAL FOR THIS MATTER | $ 10,611.52 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71870003v1

# STROOCK

| RE | Travel - Non Working<br>699843 0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/20/2008 | Travel to and from court in Delaware. | Kruger, L. | 4.0 |
| 10/26/2008 | Travel from New York to Pittsburgh for Disclosure Statement hearing. | Krieger, A. | 4.0 |
| 10/26/2008 | Travel to Pittsburgh for DS hearing. | Pasquale, K. | 3.8 |
| 10/27/2008 | Travel from Pittsburgh to New York (and attendant substantial delays). | Krieger, A. | 5.1 |
| 10/27/2008 | Return travel from Pittsburgh DS hearing. | Pasquale, K. | 4.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 9.1 | $ 650 | $ 5,915.00 |
| Kruger, Lewis | 4.0 | 945 | 3,780.00 |
| Pasquale, Kenneth | 8.6 | 775 | 6,665.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,360.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 16,360.00 |
|---|---|

# STROOCK

| RE | Plan and Disclosure Statement |
|---|---|
| | 699843  0036 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 10/01/2008 | Preliminary e-mails from and to and mtg. w/ A. Krieger re: research issues for potential objection to the Debtors' disclosure statement (.9); began conducting legal research as per mtg. w/ A. Krieger (1.0); mtg. with D. Harris re: same (.4). | Gutierrez, J. | 2.3 |
| 10/01/2008 | Mtg with J. Gutierrez re: research issues (.3); research for J. Gutierrez re: disclosure statement issues (2.6). | Harris, D. | 2.9 |
| 10/01/2008 | Attend to Motion approving disclosure statement, solicitation and confirmation procedures and schedule (2.4); exchanged memoranda with J. Gutierrez re: research for plan/disclosure statement objections (.1); attend to plan-related issues (1.6); office conference and memoranda with JG re: research on disclosure statement objections (1.1). | Krieger, A. | 5.2 |
| 10/02/2008 | Continued legal research for issues for potential disclosure statement objection as per mtg. w/ A. Krieger (5.4); mtg. with D. Harris re: preliminary research results (.2). | Gutierrez, J. | 5.6 |
| 10/02/2008 | Research for J. Gutierrez re: disclosure statement issues. | Harris, D. | 5.5 |
| 10/02/2008 | Extended office conference KP re: disclosure statement/plan documents and objections thereto (1.3); exchanged memoranda with JG, D. Harris re: meeting and research re: disclosure statement objection (.2); attend to objection related case law (1.2); exchanged memorandum with M. Greenberg re: review of tax related issues (.2); attend to disclosure statement, plan and solicitation procedures motion (2.9). | Krieger, A. | 5.8 |
| 10/02/2008 | Review DS for objections. | Kruger, L. | 1.1 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71870003v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/02/2008 | Conference with A. Krieger re: plan and DS issues (.8); attention to same and possible grounds for objections (2.4); attention to Libby claimant's motion to reconsider denial of DS objection deadline (.3). | Pasquale, K. | 3.5 |
| 10/03/2008 | Conference with K. Pasquale, A. Krieger and D. Harris re: issues with respect to W.R. Grace & Co.'s disclosure statement (3.1); follow-up mtg. with D. Harris re: issues to research as per conference with K. Pasquale and A. Krieger (.8). | Gutierrez, J. | 3.9 |
| 10/03/2008 | Preparation for Meeting with K. Pasquale re: disclosure statement research issues (1.3); meeting with K. Pasquale and A. Krieger re: disclosure statement (2.2); research issues for disclosure statement issues (2.2). | Harris, D. | 5.7 |
| 10/03/2008 | Attend to materials for disclosure statement objection (1.4); extended meeting with KP, JG, DH re disclosure statement objections (2.6). | Krieger, A. | 4.0 |
| 10/03/2008 | Review DS objections draft and research re same. | Kruger, L. | 0.8 |
| 10/03/2008 | Attention to and outlining plan and DS objections, with A. Krieger, others (3.5); research for and drafting of portion of DS objection (3.3). | Pasquale, K. | 6.8 |
| 10/04/2008 | Research for A. Krieger re: disclosure statement issues. | Harris, D. | 2.3 |
| 10/06/2008 | Continued conducting legal research re: issues with respect to W.R. Grace & Co.'s disclosure statement (3.5); status mtg. with D. Harris re: same (.4). | Gutierrez, J. | 3.9 |
| 10/06/2008 | Research for A. Krieger re: disclosure statement issues (4.9); meeting with J. Gutierrez re: disclosure statement research issues (.2). | Harris, D. | 5.1 |
| 10/06/2008 | Attend to objection to disclosure statement. | Krieger, A. | 8.9 |
| 10/06/2008 | Research re: precedent for brief for J. Gutierrez. | Magzamen, M. | 0.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/06/2008 | DS objection issues, research and drafting objections. | Pasquale, K. | 6.2 |
| 10/07/2008 | Continued conducting legal research re: issues with respect to W.R. Grace & Co.'s disclosure statement (2.6); tc with D. Harris re: status of other research issues (.1); drafted rider to disclosure statement objection and submitted same to A. Krieger (2.7). | Gutierrez, J. | 5.4 |
| 10/07/2008 | Meeting with A. Krieger to discuss disclosure statement research (.6); research for A. Krieger and K. Pasquale re: disclosure statement objections (7.9). | Harris, D. | 8.5 |
| 10/07/2008 | O/c D. Harris re research for disclosure statement objection (.8); attend to disclosure statement objection (5.6). | Krieger, A. | 6.4 |
| 10/07/2008 | Review DS for objections. | Kruger, L. | 1.1 |
| 10/07/2008 | Confer A. Krieger, D. Harris re DS & plan issues (.5); DS objection drafting and related issues and drafting (4.8). | Pasquale, K. | 5.3 |
| 10/08/2008 | Follow-up e-mails to and from and TC with A. Krieger re: research issues with respect to the Debtors' disclosure statement (.5); continued conducting legal research re: issues with respect to W.R. Grace & Co.'s disclosure statement (1.7); began drafting summary of research results (2.6). | Gutierrez, J. | 4.8 |
| 10/08/2008 | Research issues for A. Krieger re: disclosure statement objections. | Harris, D. | 5.2 |
| 10/08/2008 | Attend to objection to disclosure statement (4.5); multiple exchange of memoranda and o/cs D. Harris, J. Gutierrez re case and statutory support for objections (.7); t/c R. Frezza re objection to the disclosure statement (.1). | Krieger, A. | 5.3 |
| 10/08/2008 | Review objection to DS and research re: same (1.3); O/c with KP re: DS objection (.3). | Kruger, L. | 1.6 |
| 10/08/2008 | Attention to drafting and researching DS | Pasquale, K. | 5.2 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71870003v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | objection and related issues. | | |
| 10/09/2008 | Continued conducting legal research re: issues with respect to W.R. Grace & Co.'s disclosure statement (1.5); prepared memorandum re: research results and submitted same to A. Krieger (3.9). | Gutierrez, J. | 5.4 |
| 10/09/2008 | Attend to disclosure statement objection. | Krieger, A. | 2.2 |
| 10/09/2008 | DS objection drafting and revisions. | Pasquale, K. | 2.1 |
| 10/10/2008 | Follow-up e-mails from and to A. Krieger re: research issues. | Gutierrez, J. | 0.6 |
| 10/10/2008 | Research for K. Pasquale and A. Krieger re: disclosure statement issues. | Harris, D. | 6.6 |
| 10/10/2008 | Prepare disclosure statement objection (7.9); o/cs and exchange of emails with D. Harris re case law support for objections, inserts for objection (.8); conf call R. Frezza, J. Dolan re objection to financial sections of the Disclosure Statement (.5). | Krieger, A. | 9.2 |
| 10/10/2008 | Review DS issues and objections to DS. | Kruger, L. | 1.1 |
| 10/10/2008 | Plan and DS issues, objection drafting. | Pasquale, K. | 1.4 |
| 10/11/2008 | Follow-up e-mails from and to A. Krieger re: research issues with respect to provisions in the Debtors' proposed Plan and Disclosure Statement. | Gutierrez, J. | 0.5 |
| 10/11/2008 | Prepare Disclosure Statement objection (7.0); exchanged memorandum with JAG and DH re research (.5). | Krieger, A. | 7.5 |
| 10/12/2008 | Conducted follow-up legal research re: release provisions in the Debtors' proposed Plan and Disclosure Statement and submitted case law re: same to A. Krieger (1.5); follow-up e-mails to and from D. Harris re: same (.2). | Gutierrez, J. | 1.7 |
| 10/12/2008 | Research for A. Krieger and K. Pasquale re: disclosure statement issues. | Harris, D. | 3.5 |
| 10/12/2008 | Prepare Disclosure Statement objection. | Krieger, A. | 8.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/13/2008 | E-mails from and to K. Pasquale re: additional research re: Debtors' proposed Plan. | Gutierrez, J. | 0.2 |
| 10/13/2008 | Met with A. Krieger to discuss research re: disclosure statement. | Harris, D. | 0.2 |
| 10/13/2008 | Prepare disclosure statement objection and case law review thereon (6.7); o/c KP re same (.2). | Krieger, A. | 6.9 |
| 10/13/2008 | Drafting and revisions to objection to DS. | Pasquale, K. | 2.8 |
| 10/14/2008 | Drafted rider on disapproving disclosure statements and submitted same to K. Pasquale (3.9); follow-up e-mails from and to K. Pasquale re: same (.4). | Gutierrez, J. | 4.3 |
| 10/14/2008 | Research for K. Pasquale re: disclosure statement issues. | Harris, D. | 1.3 |
| 10/14/2008 | Meeting with R. Frezza re Disclosure Statement objections (1.2); prepare objections (1.3); attend to revised draft of disclosure statement objection (1.3); exchanged memoranda with J. Baer re disclosure statement and confirmation hearings schedule and PD, ZAI, FCR (.2); memorandum to KP re March 2009 confirmation date (.1). | Krieger, A. | 4.1 |
| 10/14/2008 | Review DS objection. | Kruger, L. | 0.6 |
| 10/14/2008 | Drafting of and revisions to disclosure statement objection. | Pasquale, K. | 4.6 |
| 10/15/2008 | Meeting with A. Krieger re: research issue (.2); research for A. Krieger re: disclosure statement/plan issue (2.6); reading and revising disclosure statement objections for K. Pasquale (.8). | Harris, D. | 3.6 |
| 10/15/2008 | Attend to Disclosure Statement objection and o/cs KP re same (2.9); o/c KP re confirmation issues (.5); o/cs DH re confirmation issues research (.3); attend to Libby claimants' motion re reconsideration of order denying motion delaying Disclosure Statement hearing and objection date (.1); memoranda to M. Lastowski re Disclosure Statement objection | Krieger, A. | 4.0 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71870003v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.2). | | |
| 10/15/2008 | Review revised DS objection. | Kruger, L. | 1.2 |
| 10/15/2008 | Revisions to draft disclosure statement and related issues (3.2); emails with Bernick re plan issues (.2). | Pasquale, K. | 3.4 |
| 10/16/2008 | Attend to Debtors' application for appointment of Judge Sanders and Sanders' application for the retention of Alan Rich (.4); attend to disclosure statement objection (5.9); attend to bank lenders' draft objection (.3); attend to Longacre Master Fund Disclosure Statement objection (.3). | Krieger, A. | 6.9 |
| 10/16/2008 | Review DS objection. | Kruger, L. | 0.6 |
| 10/16/2008 | Revisions to DS objection. | Pasquale, K. | 2.4 |
| 10/17/2008 | Research for A. Krieger re: plan issue. | Harris, D. | 4.1 |
| 10/17/2008 | Attend to disclosure statement objection (3.2); o/c D. Harris re plan issue research (.2); exchanged memoranda with S. Tate, E. O'Byrne re disclosure statement objection (.5). | Krieger, A. | 3.9 |
| 10/17/2008 | Review final objection to DS (.3); review Longacre's objection to DS and review UST objection to DS (.6). | Kruger, L. | 0.9 |
| 10/17/2008 | Emails w/ A. Krieger, E. Holzberg and R. Cohen re: DS Objections. | Magzamen, M. | 0.2 |
| 10/17/2008 | Revisions to and finalized disclosure statement objection (2.8); reviewed bank lenders, Longacre, UST disclosure statement objections (1.1). | Pasquale, K. | 3.9 |
| 10/20/2008 | Attend to D. Harris memo re plan issues (.2); attend to case law re plan issues (5.3). | Krieger, A. | 5.5 |
| 10/21/2008 | Grace representatives' call re Disclosure Statement hearing and other upcoming matters and follow-up o/c LK thereon (.7); exchanged memoranda with KP re Grace representatives' call (.1); attend to Disclosure Statement objections (6.1). | Krieger, A. | 6.9 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71870003v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/22/2008 | Attend to disclosure statement objections (4.4); o/c KP and then conf call A. Rosenberg, S. Shimshack re disclosure statement hearing (.5); prepare for and conf call with T. Freedman, J. Baer, other Grace representatives re disclosure statement objection (2.0); follow-up o/c LK, KP and notes on conf call (.6); attend to case law (.8). | Krieger, A. | 8.3 |
| 10/22/2008 | O/c with AK and KP; t/c debtor's counsel reviewing DS objections (1.6); O/c with AK and KP re: follow-up to call (.4); t/c KP and AK and Andy Rosenberg and Steve Shimshak (.5); review DS issues (.2); review DS objections by other parties (.4). | Kruger, L. | 3.1 |
| 10/22/2008 | Telephone conferences A. Rosenberg, LK, AK others re: DS issues (.5); preparation for and conference call with debtors re: disclosure statement issues (1.6); attention to DS issues (.6). | Pasquale, K. | 2.7 |
| 10/23/2008 | Attend to case law re: issues (.9); attend to disclosure statement objections (5.2); o/c KP re: issues (.5); exchanged memoranda with J. Dolan re: selected disclosure statement provisions (.3); attend to Maryland Casualty's reply to certain Disclosure Statement objections (.1). | Krieger, A. | 7.0 |
| 10/23/2008 | Review memo from AK re: court call 10/27 (.1); review DS objections in preparation for 10/27 hearing (1.1). | Kruger, L. | 1.2 |
| 10/23/2008 | Attention to DS, confirmation issues re: debtors' proposed responses to DS objection. | Pasquale, K. | 0.8 |
| 10/24/2008 | O/cs LK, KP re: Debtors' response to disclosure statement objections and 10/27/08 hearing (.5); attend to consolidated response and open items (4.1); attend to memoranda re: other parties' disclosure statement objections (1.9); memoranda to D. Harris re: Debtors' responses to Committees Disclosure Statement objections (.2). | Krieger, A. | 6.7 |
| 10/24/2008 | O/c with AK and KP re debtor's response to DS objection and 10/27 hearing re DS (.5); review | Kruger, L. | 2.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | debtor response to objections (1.8); review memo to committee re debtor's response to DS objections (.2). | | |
| 10/24/2008 | Review and analysis of objections to debtors' response to DS objections (4.1); telephone conference T. Freedman re same (.2); telephone conference A. Rosenberg re: same (.2); telephone conference J. Cohn re: same (.2); confer L. Kruger, A. Krieger re: same (.5). | Pasquale, K. | 5.2 |
| 10/25/2008 | Review Disclosure Statement responses and objection and prepare memoranda to KP and then to T. Freedman and J. Baer re: matters not addressed. | Krieger, A. | 1.7 |
| 10/26/2008 | Exchanged memoranda with KP re: T. Freedman's memoranda re: agreement on provisional solicitation of Class 9. | Krieger, A. | 0.1 |
| 10/28/2008 | T/c C. Bruens re USG process and process for Class 9 claims with contracts to seek those interest rates (.2); attend to solicitation procedures (.6). | Krieger, A. | 0.8 |
| 10/29/2008 | Attend to solicitation order, notices and other materials (3.3); t/c C. Freedgood re: solicitation process for bank debt holders (.7); o/c D. Harris re: disclosure statement objections (.4); attend to proposed revised insert for amended disclosure statement, reviewed case law and o/c KP re: same (.9). | Krieger, A. | 5.3 |
| 10/29/2008 | Review DS proposed language (.4); review order re: solicitations (.8). | Kruger, L. | 1.2 |
| 10/29/2008 | Drafted language for DS and confer A. Krieger re: same. | Pasquale, K. | 0.8 |
| 10/31/2008 | Memorandum to T. Freedman re solicitation of Class 9 claims (.6); attend to plan-related case law (1.8); attend to revised plan and certain related solicitation materials (2.2). | Krieger, A. | 4.6 |

| SUMMARY OF HOURS | | HOURS | RATE | TOTAL |
|------------------|--|-------|------|-------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71870003v1

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Gutierrez, James S. | 38.6 | $ 490 | $ 18,914.00 |
| Harris, Daniel J. | 54.5 | 295 | 16,077.50 |
| Krieger, Arlene G. | 136.1 | 650 | 88,465.00 |
| Kruger, Lewis | 17.0 | 945 | 16,065.00 |
| Magzamen, Michael S. | 0.4 | 270 | 108.00 |
| Pasquale, Kenneth | 57.1 | 775 | 44,252.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 183,882.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 183,882.00 |
|---|---|

\

# STROOCK

| RE | Hearings |
|----|----------|
|    | 699843  0037 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 10/15/2008 | Attend to agenda notice for 10/20/08 hearing (.1); attend to J. Baer memoranda re: Court hearing schedule (.1). | Krieger, A. | 0.2 |
| 10/20/2008 | Attend (telephonically) omnibus hearing re: status conference on Bank claims' litigation, disclosure statement and confirmation hearings (1.3); attend to memoranda re: omnibus hearings (.8); exchanged memoranda with LK re: hearing (.1); exchanged memoranda re: scheduling call with J. Baer, other Grace representatives re: disclosure statement hearing, other pending matters (.1). | Krieger, A. | 2.3 |
| 10/20/2008 | Court hearing re: agenda (1.0); review memo to committee re: court hearing (.2). | Kruger, L. | 1.2 |
| 10/26/2008 | Preparation for DS hearing. | Pasquale, K. | 2.0 |
| 10/27/2008 | Breakfast meeting with KP re: hearing (.4); attend hearing re: Disclosure Statement and solicitation approval motion, Speights argument and Anderson Memorial class proofs of claim (8.0). | Krieger, A. | 8.4 |
| 10/27/2008 | T/c with court re: DS hearing. | Kruger, L. | 3.4 |
| 10/27/2008 | Participated in DS hearing. | Pasquale, K. | 7.5 |
| 10/31/2008 | Attend to 9/29/08 hearing transcript. | Krieger, A. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|

# STROOCK

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 12.2 | $ 650 | $ 7,930.00 |
| Kruger, Lewis | 4.6 | 945 | 4,347.00 |
| Pasquale, Kenneth | 9.5 | 775 | 7,362.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 19,639.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 19,639.50 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 278,277.00 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 10,611.52 |
| TOTAL BILL | $ 288,888.52 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71870003v1