# EXHIBIT B

## WR GRACE & CO
## SUMMARY OF FEES
### OCTOBER 1, 2008 - OCTOBER 31, 2008

|  | Hours | Rate | Amount |
|---|---|---|---|
| **Partners** | | | |
| Kruger, Lewis | 30.5 | $ 945 | $ 28,822.50 |
| Pasquale, Kenneth | 88.2 | 775 | 68,355.00 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 1.2 | 650 | 780.00 |
| Gutierrez, James S. | 38.6 | 490 | 18,914.00 |
| Harris, Daniel J. | 54.5 | 295 | 16,077.50 |
| Krieger, Arlene G. | 199.7 | 650 | 129,805.00 |
| | | | |
| **Paraprofessionals** | | | |
| Cohen, Reuben H. | 4.7 | 235 | 1,104.50 |
| De Pinto, Lauren M. | 4.5 | 235 | 1,057.50 |
| Holzberg, Ethel H. | 40.4 | 270 | 10,908.00 |
| Magzamen, Michael S. | 0.4 | 270 | 108.00 |
| Mohamed, David | 13.4 | 175 | 2,345.00 |
| | | | |
| Sub Total | 476.1 | | 278,277.00 |
| Less 50% Travel | (10.8) | | (8,180.00) |
| Total | 465.3 | | 270,097.00 |

NY 71870003v1