# EXHIBIT C

## WR GRACE & CO
## DISBURSEMENT SUMMARY
### OCTOBER 1, 2008 - OCTOBER 31, 2008

| | |
|---|---:|
| Outside Messenger Service | $ 69.40 |
| Local Transportation | 436.59 |
| Long Distance Telephone | 31.94 |
| Duplicating Costs-in House | 213.50 |
| Duplicating Costs-Outside | 16.20 |
| O/S Information Services | 366.24 |
| Word Processing | 126.00 |
| Lexis/Nexis | 2,256.80 |
| Travel Expenses - Transportation | 281.25 |
| Westlaw | 6,813.60 |
| | |
| **TOTAL** | **$ 10,611.52** |

NY 71870003v1

# STROOCK

## Disbursement Register

| DATE | November 26, 2008 |
|---|---|
| INVOICE NO. | 459025 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through October 31, 2008, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 10/07/2008 | VENDOR: UPS; INVOICE#: 0000010X827408; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270196572599 on 09/30/2008 | 7.85 |
| 10/07/2008 | VENDOR: UPS; INVOICE#: 0000010X827408; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270196850967 on 09/30/2008 | 7.85 |
| 10/07/2008 | VENDOR: UPS; INVOICE#: 0000010X827408; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270197484781 on 09/30/2008 | 11.15 |
| 10/07/2008 | VENDOR: UPS; INVOICE#: 0000010X827408: FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270197909572 on 09/30/2008 | 7.85 |
| 10/07/2008 | VENDOR: UPS; INVOICE#: 0000010X827408; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270190068761 on 10/01/2008 | 7.85 |
| 10/07/2008 | VENDOR: UPS; INVOICE#: 0000010X827408; FROM David | 11.15 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270190570771 on 10/01/2008 | |
| 10/07/2008 | VENDOR: UPS; INVOICE#: 0000010X827408; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270191233580 on 10/01/2008 | 7.85 |
| 10/07/2008 | VENDOR: UPS; INVOICE#: 0000010X827408: FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270194383556 on 10/01/2008 | 7.85 |
| **Outside Messenger Service Total** | | **69.40** |
| **Local Transportation** | | |
| 10/01/2008 | VENDOR: NYC Taxi; Invoice#: 842810; Invoice Date: 09/26/2008; Voucher #: 246091; Arlene Krieger 09/20/2008 18:51 from 180 MAIDEN LA MANHATTAN NY to E 80 ST MANHATTAN NY | 38.52 |
| 10/02/2008 | VENDOR(EE): LKRUGER: 09/25/08 - 09/29/08; DATE: 10-02-2008; AK & LK from office to Paul Weiss 9/25 | 21.30 |
| 10/02/2008 | VENDOR(EE): LKRUGER: 09/25/08 - 09/29/08; DATE: 10-02-2008; LK and AK Cab to office from Paul Weiss 9/25 | 24.90 |
| 10/02/2008 | VENDOR(EE): LKRUGER: 09/25/08 - 09/29/08; DATE: 10-02-2008; Attend court hearing in Delaware 9/29 | 14.00 |
| 10/06/2008 | VENDOR: Petty Cash; INVOICE#: 100208; DATE: 10/6/2008 A. Krieger Weekend transp. fare to the office on 9/28 | 19.00 |
| 10/08/2008 | VENDOR: NYC Taxi; Invoice#: 843593; Invoice Date: 10/03/2008; Voucher #: 172564; Arlene Krieger 09/28/2008 19:30 from 180 MAIDEN LA MANHATTAN NY to E 80 ST MANHATTAN NY | 38.01 |
| 10/20/2008 | VENDOR(EE): LKRUGER: 10/20/08 - 10/20/08; DATE: 10-20-2008; Cab from court to train 10/20. | 8.00 |
| 10/20/2008 | VENDOR: Petty Cash; INVOICE#: 101608; DATE: 10/20/2008 A. Krieger Weekend transp. fare to the office on 10/11 | 18.00 |
| 10/20/2008 | VENDOR: Petty Cash; INVOICE#: 101608; DATE: 10/20/2008 A. Krieger Weekend transp. fare to the office on 10/12 | 17.50 |
| 10/21/2008 | VENDOR: NYC Taxi; Invoice#: 844288; Invoice Date: 10/10/2008; | 34.95 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
|  | Voucher #: 0240375; Arlene Krieger 09/29/2008 06:10 from 10 EAST END AVE MANHATTAN NY to 343 7 AVE MANHATTAN NY |  |
| 10/24/2008 | VENDOR(EE): KPASQUALE: 10/14/08 - 10/24/08; DATE: 10-24-2008; Taxi from meeting at Kirkland & Ellis 10/14 | 18.00 |
| 10/24/2008 | VENDOR: NYC Taxi; Invoice#: 844921; Invoice Date: 10/17/2008; Voucher #: 202981; Arlene Krieger 10/12/2008 19:31 from 180 MAIDEN LA MANHATTAN NY E 80 ST MANHATTAN NY | 47.19 |
| 10/24/2008 | VENDOR: NYC Taxi; Invoice#: 844921; Invoice Date: 10/17/2008; Voucher #: 88999; Arlene Krieger 10/10/2008 15:00 from 180 MAIDEN LA MANHATTAN NY to E 80 ST MANHATTAN NY | 38.01 |
| 10/24/2008 | VENDOR: NYC Taxi; Invoice#: 844921; Invoice Date: 10/17/2008; Voucher #: 88860; Kenneth Pasquale 10/07/2008 15:00 from 180 MAIDEN LANE MANHATTAN NY to SUMMIT NJ | 99.21 |
| **Local Transportation Total** |  | **436.59** |
| **Long Distance Telephone** |  |  |
| 09/28/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 212806-5400-092808; DATE: 9/28/2008 - Teleconference  09-22-08 | 1.90 |
| 10/03/2008 | EXTN.5544, TEL.201-587-7123, S.T.16:22, DUR.00:00:18 | 0.47 |
| 10/08/2008 | EXTN.5544, TEL.201-587-7123, S.T.15:14, DUR.00:02:24 | 1.41 |
| 10/15/2008 | EXTN.5562, TEL.908-229-6457, S.T.17:12, DUR.00:03:42 | 1.88 |
| 10/17/2008 | EXTN.5562, TEL.973-467-8282, S.T.14:19, DUR.00:01:12 | 0.94 |
| 10/22/2008 | EXTN.5544, TEL.203-552-3542, S.T.10:33, DUR.00:21:30 | 10.32 |
| 10/22/2008 | EXTN.6426, TEL.302-777-6500, S.T.15:38, DUR.00:02:18 | 1.41 |
| 10/23/2008 | EXTN.5544, TEL.302-651-3000, S.T.10:02, DUR.00:01:48 | 0.94 |
| 10/24/2008 | EXTN.5562, TEL.973-467-8282, S.T.11:32, DUR.00:02:24 | 1.41 |
| 10/24/2008 | EXTN.5562, TEL.302-777-6565, S.T.15:14, DUR.00:07:18 | 3.75 |
| 10/28/2008 | EXTN.5544, TEL.201-968-0001, S.T.10:44, DUR.00:09:36 | 4.69 |
| 10/28/2008 | EXTN.5562, TEL.412-281-7100, S.T.12:50, DUR.00:01:30 | 0.94 |
| 10/29/2008 | EXTN.5885, TEL.412-281-7100, S.T.10:06, DUR.00:03:06 | 1.88 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| | **Long Distance Telephone Total** | **31.94** |
| **Duplicating Costs-in House** | | |
| 10/02/2008 | | 16.20 |
| 10/02/2008 | | 0.20 |
| 10/02/2008 | | 0.10 |
| 10/03/2008 | | 2.50 |
| 10/07/2008 | | 10.00 |
| 10/08/2008 | | 27.90 |
| 10/20/2008 | | 0.20 |
| 10/20/2008 | | 0.10 |
| 10/20/2008 | | 0.90 |
| 10/20/2008 | | 138.00 |
| 10/28/2008 | | 0.10 |
| 10/29/2008 | | 0.20 |
| 10/30/2008 | | 5.00 |
| 10/31/2008 | | 12.10 |
| | **Duplicating Costs-in House Total** | **213.50** |
| **Duplicating Costs-Outside** | | |
| 10/01/2008 | VENDOR: Williams Lea Inc.; INVOICE#: 100108A; September 2008 | 10.80 |
| 10/01/2008 | VENDOR: Williams Lea Inc.; INVOICE#: 100108A; September 2008 | 5.40 |
| | **Duplicating Costs-Outside Total** | **16.20** |
| **O/S Information Services** | | |
| 10/30/2008 | Pacer Search Service on 7/24/2008 | 0.08 |
| 10/30/2008 | Pacer Search Service on 7/2/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 7/9/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 7/21/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 7/30/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 8/7/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 8/8/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 8/13/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 8/19/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 8/29/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 9/4/2008 | 0.16 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/30/2008 | Pacer Search Service on 9/26/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 7/1/2008 | 3.52 |
| 10/30/2008 | Pacer Search Service on 7/2/2008 | 21.04 |
| 10/30/2008 | Pacer Search Service on 7/4/2008 | 1.12 |
| 10/30/2008 | Pacer Search Service on 7/7/2008 | 2.96 |
| 10/30/2008 | Pacer Search Service on 7/7/2008 | 0.56 |
| 10/30/2008 | Pacer Search Service on 7/9/2008 | 1.44 |
| 10/30/2008 | Pacer Search Service on 7/10/2008 | 0.24 |
| 10/30/2008 | Pacer Search Service on 7/11/2008 | 17.04 |
| 10/30/2008 | Pacer Search Service on 7/14/2008 | 4.16 |
| 10/30/2008 | Pacer Search Service on 7/15/2008 | 0.72 |
| 10/30/2008 | Pacer Search Service on 7/15/2008 | 0.08 |
| 10/30/2008 | Pacer Search Service on 7/16/2008 | 0.80 |
| 10/30/2008 | Pacer Search Service on 7/16/2008 | 0.24 |
| 10/30/2008 | Pacer Search Service on 7/17/2008 | 2.80 |
| 10/30/2008 | Pacer Search Service on 7/18/2008 | 0.96 |
| 10/30/2008 | Pacer Search Service on 7/18/2008 | 4.24 |
| 10/30/2008 | Pacer Search Service on 7/21/2008 | 4.08 |
| 10/30/2008 | Pacer Search Service on 7/22/2008 | 1.68 |
| 10/30/2008 | Pacer Search Service on 7/23/2008 | 0.48 |
| 10/30/2008 | Pacer Search Service on 7/23/2008 | 6.96 |
| 10/30/2008 | Pacer Search Service on 7/24/2008 | 0.72 |
| 10/30/2008 | Pacer Search Service on 7/25/2008 | 0.48 |
| 10/30/2008 | Pacer Search Service on 7/25/2008 | 19.20 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/30/2008 | Pacer Search Service on 7/29/2008 | 3.52 |
| 10/30/2008 | Pacer Search Service on 7/29/2008 | 2.40 |
| 10/30/2008 | Pacer Search Service on 7/30/2008 | 5.12 |
| 10/30/2008 | Pacer Search Service on 7/30/2008 | 0.48 |
| 10/30/2008 | Pacer Search Service on 7/31/2008 | 0.72 |
| 10/30/2008 | Pacer Search Service on 7/31/2008 | 3.20 |
| 10/30/2008 | Pacer Search Service on 8/1/2008 | 0.48 |
| 10/30/2008 | Pacer Search Service on 8/1/2008 | 0.24 |
| 10/30/2008 | Pacer Search Service on 8/4/2008 | 0.40 |
| 10/30/2008 | Pacer Search Service on 8/7/2008 | 1.68 |
| 10/30/2008 | Pacer Search Service on 8/8/2008 | 2.16 |
| 10/30/2008 | Pacer Search Service on 8/13/2008 | 1.68 |
| 10/30/2008 | Pacer Search Service on 8/14/2008 | 2.40 |
| 10/30/2008 | Pacer Search Service on 8/15/2008 | 9.44 |
| 10/30/2008 | Pacer Search Service on 8/17/2008 | 0.40 |
| 10/30/2008 | Pacer Search Service on 8/18/2008 | 0.72 |
| 10/30/2008 | Pacer Search Service on 8/19/2008 | 2.72 |
| 10/30/2008 | Pacer Search Service on 8/19/2008 | 4.00 |
| 10/30/2008 | Pacer Search Service on 8/20/2008 | 1.76 |
| 10/30/2008 | Pacer Search Service on 8/20/2008 | 0.56 |
| 10/30/2008 | Pacer Search Service on 8/22/2008 | 0.96 |
| 10/30/2008 | Pacer Search Service on 8/26/2008 | 17.20 |
| 10/30/2008 | Pacer Search Service on 8/27/2008 | 2.16 |
| 10/30/2008 | Pacer Search Service on 8/28/2008 | 2.24 |
| 10/30/2008 | Pacer Search Service on 8/29/2008 | 0.48 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/30/2008 | Pacer Search Service on 8/29/2008 | 0.40 |
| 10/30/2008 | Pacer Search Service on 8/31/2008 | 6.32 |
| 10/30/2008 | Pacer Search Service on 9/2/2008 | 2.32 |
| 10/30/2008 | Pacer Search Service on 9/3/2008 | 7.60 |
| 10/30/2008 | Pacer Search Service on 9/4/2008 | 2.96 |
| 10/30/2008 | Pacer Search Service on 9/5/2008 | 2.24 |
| 10/30/2008 | Pacer Search Service on 9/5/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 9/9/2008 | 47.28 |
| 10/30/2008 | Pacer Search Service on 9/10/2008 | 7.84 |
| 10/30/2008 | Pacer Search Service on 9/11/2008 | 2.56 |
| 10/30/2008 | Pacer Search Service on 9/11/2008 | 1.52 |
| 10/30/2008 | Pacer Search Service on 9/15/2008 | 2.88 |
| 10/30/2008 | Pacer Search Service on 9/15/2008 | 1.04 |
| 10/30/2008 | Pacer Search Service on 9/16/2008 | 10.40 |
| 10/30/2008 | Pacer Search Service on 9/16/2008 | 7.68 |
| 10/30/2008 | Pacer Search Service on 9/17/2008 | 9.04 |
| 10/30/2008 | Pacer Search Service on 9/18/2008 | 4.64 |
| 10/30/2008 | Pacer Search Service on 9/19/2008 | 4.24 |
| 10/30/2008 | Pacer Search Service on 9/19/2008 | 1.60 |
| 10/30/2008 | Pacer Search Service on 9/20/2008 | 0.32 |
| 10/30/2008 | Pacer Search Service on 9/22/2008 | 31.28 |
| 10/30/2008 | Pacer Search Service on 9/23/2008 | 1.20 |
| 10/30/2008 | Pacer Search Service on 9/24/2008 | 0.24 |
| 10/30/2008 | Pacer Search Service on 9/25/2008 | 12.56 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| 10/30/2008 | Pacer Search Service on 9/25/2008 | 0.08 |
| 10/30/2008 | Pacer Search Service on 9/26/2008 | 16.40 |
| 10/30/2008 | Pacer Search Service on 9/30/2008 | 4.56 |
| 10/30/2008 | Pacer Search Service on 7/15/2008 | 2.56 |
| 10/30/2008 | Pacer Search Service on 7/21/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 7/29/2008 | 5.04 |
| 10/30/2008 | Pacer Search Service on 7/30/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 8/7/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 8/8/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 8/13/2008 | 1.36 |
| 10/30/2008 | Pacer Search Service on 8/15/2008 | 1.76 |
| 10/30/2008 | Pacer Search Service on 8/19/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 8/22/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 8/29/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 9/4/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 9/11/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 9/26/2008 | 0.16 |
| 10/30/2008 | Pacer Search Service on 8/7/2008 | 0.08 |
| | **O/S Information Services Total** | 366.24 |
| **Lexis/Nexis** | | |
| 10/02/2008 | Research on 10/02/2008 | 654.50 |
| 10/07/2008 | Research on 10/07/2008 | 19.75 |
| 10/08/2008 | Research on 10/08/2008 | 0.06 |
| 10/10/2008 | Research on 10/10/2008 | 1,223.50 |
| 10/14/2008 | Research on 10/14/2008 | 209.25 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71870003v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 10/16/2008 | Research on 10/16/2008 | 149.74 |
| | **Lexis/Nexis Total** | **2,256.80** |
| | **Travel Expenses - Transportation** | |
| 10/02/2008 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; KRIEGER/ARLENE on 09/22/2008 | 32.25 |
| 10/02/2008 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; KRIEGER/ARLENE; Amtrak charges, NYP WIL NYP on 09/22/2008 | 218.00 |
| 10/20/2008 | VENDOR(EE): LKRUGER: 10/20/08 - 10/20/08; DATE: 10-20-2008; Cab to court 10/20. | 8.00 |
| 10/31/2008 | VENDOR: Petty Cash; INVOICE#: 103108; DATE: 10/31/2008 A. Krieger  Transp. to Duane Morris (Amtrak)  9/29 | 23.00 |
| | **Travel Expenses - Transportation Total** | **281.25** |
| | **Westlaw** | |
| 10/01/2008 | Transactional Search by Harris, Daniel J. | 450.15 |
| 10/02/2008 | Transactional Search by Pasquale, Kenneth | 347.94 |
| 10/02/2008 | Transactional Search by Gutierrez, James S. | 1,160.45 |
| 10/06/2008 | Transactional Search by Pasquale, Kenneth | 58.32 |
| 10/06/2008 | Transactional Search by Gutierrez, James S. | 1,115.78 |
| 10/07/2008 | Transactional Search by Gutierrez, James S. | 533.57 |
| 10/08/2008 | Transactional Search by Gutierrez, James S. | 1,031.16 |
| 10/09/2008 | Transactional Search by Pasquale, Kenneth | 74.33 |
| 10/09/2008 | Transactional Search by Gutierrez, James S. | 53.38 |
| 10/12/2008 | Transactional Search by Gutierrez, James S. | 20.76 |
| 10/14/2008 | Transactional Search by Gutierrez, James S. | 428.60 |
| 10/15/2008 | Duration 0:04:53; by Harris, Daniel J. | 546.71 |
| 10/16/2008 | Duration 1:42:08; by De Pinto, Lauren M. | 940.17 |
| 10/17/2008 | Duration 0:00:08; by Harris, Daniel J. | 16.70 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71870003v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 10/22/2008 | Transactional Search by Krieger, Arlene G. | 35.58 |
| **Westlaw Total** | | **6,813.60** |
| **Word Processing - Logit** | | |
| 10/11/2008 | | 78.00 |
| 10/12/2008 | | 30.00 |
| 10/14/2008 | | 18.00 |
| **Word Processing - Logit Total** | | **126.00** |

### BILL DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 69.40 |
| Local Transportation | 436.59 |
| Long Distance Telephone | 31.94 |
| Duplicating Costs-in House | 213.50 |
| Duplicating Costs-Outside | 16.20 |
| O/S Information Services | 366.24 |
| Word Processing | 126.00 |
| Lexis/Nexis | 2256.80 |
| Travel Expenses - Transportation | 281.25 |
| Westlaw | 6813.60 |

| TOTAL DISBURSEMENTS/CHARGES | $ 10,611.52 |
|---|---|

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown.
Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.