# HR&A                                                                    INVOICE

HAMILTON, RABINOVITZ & ASSOCIATES, INC.
Policy, Financial & Management Consultants

November 7, 2008
Invoice No. HRA20081107

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
2500 First Union Financial Center
200 South Biscayne Boulevard
Miami, Florida  33131-2336

Fees for consulting services performed by Hamilton, Rabinovitz & Associates, Inc. in connection with expert services to the Official Committee of Asbestos Property Damage Claimants in the bankruptcy of W.R. Grace & Co., et al.  For the month of October, 2008.

**FEES**

| | |
|---|---:|
| Francine F. Rabinovitz | |
| 1.0 hours @ $ 625 per hour | $ 625.00 |
| **TOTAL DUE:** | **$ 625.00** |

*Please remit to corporate address below:*

P.O. BOX 222681 CARMEL, CALIFORNIA 93922 TEL: (831) 626-1350 FAX: (831) 626-1351

OCTOBER, 2008 TIME LOG OF FRANCINE F. RABINOVITZ (FFR)

| DATE | TIME | TASK |
|---|---|---|
| 10/08/08 | 1.00 | Review summary of Pertinent Provisions of Joint Plan. |
| TOTAL: | 1.00 | |