## *Ferry, Joseph & Pearce, P.A.*

824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:   (302) 575-1714

WR Grace PD Committee                               October 1, 2008 to October 31, 2008

Invoice No. 29097

**RE:**      WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 14.10 | 2,796.50 |
| B17 | Committee, Creditors', Noteholders' or Equity | 7.30 | 2,034.50 |
| B18 | Fee Applications, Others - | 9.90 | 1,154.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 12.70 | 3,556.00 |
| B25 | Fee Applications, Applicant - | 3.30 | 497.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 1.50 | 420.00 |
| B36 | Plan and Disclosure Statement - | 26.40 | 7,338.00 |
| B37 | Hearings - | 11.60 | 3,248.00 |
| B40 | Employment Applications, Others - | 2.20 | 616.00 |
| | **Total** | **89.00** | **$21,660.00** |
| | **Grand Total** | **89.00** | **$21,660.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 215.00 | 2.10 | 451.50 |
| Rick S. Miller | 275.00 | 1.90 | 522.50 |
| Steven G. Weiler | 190.00 | 1.40 | 266.00 |
| Theodore J. Tacconelli | 280.00 | 67.00 | 18,760.00 |
| Legal Assistant - MH | 100.00 | 14.60 | 1,460.00 |
| Legal Assistant - NMC | 100.00 | 2.00 | 200.00 |
| **Total** | | **89.00** | **$21,660.00** |

## DISBURSEMENT SUMMARY

Expenses -                                                              1,810.44

**Total Disbursements**                                        **$1,810.44**

| Date | Description | Hours | Lawyer |
|------|-------------|-------|--------|
| Oct-01-08 | *Case Administration* - work on PD claim matter | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving debtors' motion to shorten notice re PD/FCR motion | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 25th omnibus objection to claims with attachments | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re Mass. Dept. of Revenue claim objection | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of admin claim by State of Arizona | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 9/26/08 | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order approving debtors' motion to shorten notice re disclosure statement, etc. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order approving disclosure statement (entered in error) | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to S. Baena re order approving debtors' motion to shorten notice re disclosure statement, etc. | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review response to disclosure statement by Charles K. S. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - continue reviewing exhibits to disclosure statement | 0.50 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise CDG's 7/07 to 6/08 monthly Fee Application | 0.70 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve CDG's 7/07 to 6/08 monthly Fee Application | 0.40 | MH |
| Oct-02-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with Jameson Hospital | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 26th omnibus objection to claims with attachment | 0.10 | TJT |
| | *Case Administration* - Review order authorizing debtor to acquire LLC interest | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for August 08 | 0.30 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' motion to reconsider order shortening re disclosure statement motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review order denying Libby Claimants' motion for reconsideration of order shortening re disclosure statement | 0.20 | TJT |
| | *Plan and Disclosure Statement* - continue reviewing exhibits to disclosure statement | 0.50 | TJT |
| | *Fee Applications, Others* - download, review and revise CDG's 25th Quarterly Fee Application and related documents, prepare notice and Certificate of Service re same | 1.00 | MH |
| | *Fee Applications, Others* - e-mail to and from S. Arnold re revisions to CDG's 25th Quarterly Fee Application | 0.10 | MH |

| | | | |
|---|---|---|---|
| Oct-03-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of withdrawal by FCR of motion to retain Hanley Conroy | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 9/29/08 hearing follow-up | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Finish reviewing exhibits to disclosure statement | 2.20 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' motion for order approving disclosure statement, solicitation and confirmation procedures, confirmation schedule and related relief with attachments | 1.00 | TJT |
| | *Plan and Disclosure Statement* - Review amended notice of hearing for disclosure statement, etc. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Federal Mogul opinion re 524(g) issues | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to S. Baena re Federal Mogul opinion re 524(g) application | 0.20 | TJT |
| | *Case Administration* - e-mail from S. Weiler re 9/29/08 transcript; download same | 0.10 | MH |
| | *Fee Applications, Others* - e-mail to S. Arnold re revise verification page to CDG's 25th Quarterly Fee Application | 0.10 | MH |
| Oct-04-08 | *Plan and Disclosure Statement* - Teleconference with committee member re proposed joint plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review disclosure statement and joint plan and prepare memo to committee member re treatment of PD claims and proposed plan | 0.70 | TJT |
| Oct-05-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review 9/29/08 hearing transcript re PD claim issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review 9/28/08 hearing transcript re debtors' objection to bank lender group's claims issues | 0.30 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving settlement with Town of Acton | 0.10 | TJT |
| | *Case Administration* - Review Orrick July Fee Application | 0.10 | TJT |
| Oct-06-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' brief in opposition to motion for reconsideration by Anderson Memorial Hospital in district court | 0.40 | TJT |
| | *Case Administration* - Review amended 2019 statement by the David Law Firm | 0.10 | TJT |
| | *Case Administration* - Review correspondence from Kaufman and Logan and confer with paralegal re removal from service list | 0.20 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Hearings* - Prepare for 9/27/08 disclosure statement hearing | 0.10 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.80 | NMC |
| Oct-07-08 | *Fee Applications, Others* - Review HRA Aug. 08 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin's 29th Quarterly Fee Application | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in Mission Towers appeal in 3rd circuit | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review docket in State of Montana appeal in 3rd circuit and review documents filed in that case | 0.20 | TJT |
| | *Fee Applications, Others* - Confer with paralegal re CDG Quarterly Fee Application | 0.10 | TJT |
| | *Hearings* - Review preliminary agenda for 10/20/08 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' motion for leave to file second motion for reconsideration and review proposed order | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to S. Baena and J. Sakalo re Libby Claimants' motion for leave and motion for reconsideration | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' second motion for reconsideration | 0.20 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Hamilton's Aug. Fee Application and related documents, prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's Aug. Fee Application and related documents, prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection re Bilzin's 29th Quarterly Fee Application, prepare Certificate of Service re same | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's 29th Quarterly Fee Application | 0.70 | MH |
| Oct-08-08 | *Case Administration* - Review case status memo re week ending 10/3/08 | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Aug. 08 Fee Application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order denying Libby Claimants' motion to shorten notice | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with RSM re order denying Libby Claimants' motion to shorten notice and related issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re order denying Libby Claimants' motion to shorten notice | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from committee member re committee meeting | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review memo from Bilzin re proposed disclosure statement for joint plan and joint plan | 0.90 | TJT |
| | *Case Administration* - Review docket re case status for week ending 10/3/08, memo to T. Tacconelli and L. Coggins re same | 0.80 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Aug. 08 Fee Application | 0.80 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve HRA's Aug. 08 Fee Application | 0.70 | MH |
| Oct-09-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review order denying Libby | 0.10 | TJT |

|  | Claimants' second motion for reconsideration |  |  |
|---|---|---|---|
|  | *Case Administration* - Review case status memo for week ending 10/3/08 | 0.10 | TJT |
|  | *Case Administration* - Research local rule issue for committee member and prepare correspondence re same | 0.60 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re committee meeting | 0.10 | TJT |
| Oct-10-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with S. Weiler re memorandum opinion re debtors' motion for summary judgment re claims by California Dept. of General Services | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review order sustaining debtors' objections to claims asserted by California Dept. of General Services | 0.10 | TJT |
|  | *Case Administration* - Review K&E Aug. Fee Application | 0.30 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Prepare for and attend teleconference with committee | 1.40 | TJT |
| Oct-11-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re memorandum opinion re debtors' objections to claims asserted by California Dept. of General Services | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review memorandum opinion sustaining debtors' objections to claims asserted by California Dept. of General Services | 1.00 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review brief by California Dept. of General Services in opposition to debtors' claim objection | 0.90 | TJT |
| Oct-12-08 | *Claims Analysis Obj. & Res. (Asbestos)* - continue analyzing memorandum opinion sustaining debtors' objection to California Dept. of General Services' claims including review of debtors' reply brief and case law cited in memorandum opinion | 1.70 | TJT |
|  | *Plan and Disclosure Statement* - Prepare memo to S. Weiler re limited objection to disclosure statement | 0.10 | TJT |
| Oct-13-08 | *Committee, Creditors', Noteholders' or* -confer with TJT re: Plan issues | 0.30 | RSM |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Continue reviewing memorandum opinion sustaining debtors' objection to PD claim asserted by California Dept. of General Services re California cases cited in opinion | 0.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of No Objection re debtors' motion to approve settlement agreement with Pacific Freeholds re PD claims | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of No Objection re debtors' motion to approve settlement with Bayshore Community Hospital re PD claims | 0.10 | TJT |
|  | *Case Administration* - Review docket in L. Tersigni case and review order re hearing on settlement motion to be filed | 0.20 | TJT |
|  | *Case Administration* - Review debtors' statement of amounts paid to ordinary course professionals | 0.10 | TJT |
|  | *Case Administration* - Review case status memo for week ending 10/10/08 | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Confer with RSM re results of committee meeting last week | 0.30 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Plan and Disclosure Statement* - Confer with M. Joseph re plan issues | 0.30 | TJT |
|  | *Case Administration* - Review docket re case status for week ending 10/10/08, memo to T. Tacconelli and L. Coggins re same | 0.30 | MH |
|  | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.50 | NMC |
| Oct-14-08 | *Case Administration* - Review agenda re 10/20/08 hearing | 0.10 | LLC |
|  | *Case Administration* - Review case status memo re week ending 10/10/08 | 0.10 | LLC |
|  | *Committee, Creditors', Noteholders' or* -Confer with TJT re: Court opinion in Calif. PD claims | 0.30 | RSM |
|  | *Case Administration* - Obtain memorandum opinion and order granting debtors' motion for summary judgment re Macerich and e-mail same to co-counsel | 0.20 | SGW |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of No Objection re debtors' motion to approve settlement with California State University | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review memorandum opinion and order sustaining debtors' objection to PD claim asserted by Macerich | 0.50 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re Macerich claim objection | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Confer with S. Weiler re memorandum opinion sustaining debtors' objection to PD claim asserted by Macerich | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from S. Weiler re memorandum opinion sustaining debtors' objection to PD claim asserted by Macerich | 0.10 | TJT |
|  | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital's reply memorandum in support of motion for reconsideration in appeal 08-118 | 1.30 | TJT |
|  | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Case Administration* - Review Caplin and Drysdale Aug. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Anderson Kill Aug. Fee Application | 0.10 | TJT |
|  | *Fee Applications, Others* - Confer with paralegal re CDG Quarterly Fee Application | 0.10 | TJT |
|  | *Employment Applications, Others* - Review PD/FCR's motion to retain Alan Rich as counsel | 0.40 | TJT |
|  | *Employment Applications, Others* - Review correspondence from S. Baena re PD/FCR's motion to retain Alan Rich | 0.10 | TJT |
|  | *Hearings* - Review agenda for 10/20/08 hearing | 0.20 | TJT |
|  | *Hearings* - Review e-mail from J. Sakalo re 10/20/08 agenda | 0.10 | TJT |
|  | *Hearings* - Review e-mail from S. Baena re 10/20/08 hearing re ZAI matters | 0.10 | TJT |
|  | *Fee Applications, Others* - e-mail from and to C. Rogers (Fee Auditor) re resend Bilzin's Aug. Statement in different Word format | 0.10 | MH |
| Oct-15-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Continue reviewing Anderson Memorial Hospital's reply memo re motion for reconsideration re exhibits | 0.40 | TJT |

|  |  |  |  |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with Bayshore Community Hospital re PD claim | 0.10 | TJT |
| | *Case Administration* - Review LAS Aug. Fee Application | 0.10 | TJT |
| | *Employment Applications, Others* - Review proposed motion to retain A. Rich by PD/FCR | 0.20 | TJT |
| | *Hearings* - Review order changing starting time of 10/20/08 hearing to 9:00 a.m. | 0.10 | TJT |
| | *Hearings* - Prepare correspondence to S. Baena re order changing starting time of 10/20/08 hearing to 9:00 a.m. | 0.10 | TJT |
| | *Hearings* - Review second order changing starting time of 10/20/08 hearing to 10:00 a.m. | 0.10 | TJT |
| | *Hearings* - Prepare correspondence to S. Baena re second order changing starting time of 10/20/08 hearing to 10:00 a.m. | 0.10 | TJT |
| | *Hearings* - Review e-mail from M. Kramer re 10/20/08 hearing coverage | 0.10 | TJT |
| | *Hearings* - Review correspondence from S. Baena re 10/20/08 hearing | 0.10 | TJT |
| Oct-16-08 | *Committee, Creditors', Noteholders' or* -Attend Committee teleconference | 0.80 | RSM |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving debtors' motion to approve settlement with California State University | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review notice of withdrawal of proof of claim by Cook County, IL | 0.10 | TJT |
| | *Case Administration* - Review 2019 statement filed by Pepper Hamilton | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 1.20 | TJT |
| | *Employment Applications, Others* - Review Certificate of Counsel filed by debtors re PD/FCR motion with attachments | 0.30 | TJT |
| | *Employment Applications, Others* - Prepare correspondence to S. Baena re Certificate of Counsel filed by debtors re PD/FCR motion | 0.20 | TJT |
| Oct-17-08 | *Fee Applications, Others* - Review CDG Quarterly Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review amended agenda for 10/20/08 hearing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with Pacific Freeholds | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal filed by California State Dept. of General Services | 0.20 | TJT |
| | *Hearings* - Review amended agenda for 10/20/08 hearing | 0.20 | TJT |
| | *Hearings* - Review e-mail from J, Sakalo re amended agenda for 10/20/08 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review second amended notice of disclosure statement motion | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review objection by Longacre to disclosure statement | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review objection by KANEB Pipeline to disclosure statement | 0.60 | TJT |
| | *Plan and Disclosure Statement* - work on limited objection to disclosure statement | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review objection by Scotts to disclosure statement | 0.50 | TJT |

| | | | |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review objection by MCC to disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Teleconference with J. Snyder re limited objection to disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re limited objection to disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review and revise limited objection to disclosure statement, prepare same for e-filing, e-file and oversee service of process | 0.60 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to J. Sakalo re limited objection to disclosure statement | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review objection by CNA to disclosure statement | 0.70 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - e-mail from S. Arnold re reviewed CDG's 25th Quarterly Fee Application | 0.10 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file CDG's 25th Quarterly Fee Application and Notice thereof; serve Fee Application; arrange for service of Notice on 2002 service list | 0.70 | MH |
| | *Plan and Disclosure Statement* - Prepare Certificate of Service re limited objection to disclosure statement | 0.20 | MH |
| | *Plan and Disclosure Statement* -  Arrange for service of limited objection | 0.10 | MH |
| Oct-18-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice by bankruptcy clerk re appeal filed by California State Dept. of General Services | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review US trustees' objection to disclosure statement | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review US trustee's objection to motion to approve disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review objection by Seaton and One Beacon to disclosure statement | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review objection by BNSF to disclosure statement | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review ERISA plaintiffs' objection to disclosure statement | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review objection by Firemen's Fund to disclosure statement | 0.80 | TJT |
| Oct-19-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Certificate of Counsel re Canadian ZAI bar date motion and review attachments and revise documents | 0.90 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Finish reviewing Anderson Memorial Hospital's reply in support of motion for reconsideration (exhibits) | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review objection by Century Indemnity to disclosure statement | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review objection by Zurich to disclosure statement | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review objection by Federal Ins. Co. to disclosure statement | 0.10 | TJT |

|  |  |  |  |
|---|---|---|---|
|  | *Plan and Disclosure Statement* - Review objection by Crown to disclosure statement | 0.60 | TJT |
| Oct-20-08 | *Case Administration* - 10/20/08 hearing follow-up and advise T. Tacconelli re same | 0.20 | SGW |
|  | *Case Administration* - Review correspondence from S. Campbell re BIP program proposed by WR Grace for wire payments | 0.10 | TJT |
|  | *Case Administration* - Confer with T. Markie re BIP program and related issues | 0.20 | TJT |
|  | *Hearings* - Review matters on agenda for 10/20/08 hearing | 0.80 | TJT |
|  | *Hearings* - Review correspondence from  M. Kramer re 10/20/08 hearing coverage | 0.10 | TJT |
|  | *Hearings* - Confer with M. Kramer prior to hearing re PD/FCR issues | 0.40 | TJT |
|  | *Hearings* - Prepare for and attend Bankruptcy Court | 1.50 | TJT |
|  | *Hearings* - Confer with committee member after hearing re plan issues | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from S. Baena re objections to disclosure statement | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Prepare memo to S. Baena re objections to disclosure statement | 0.90 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re objections to disclosure statement | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Confer with RSM re results of hearing today re disclosure statement/plan | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review Bank of America's objection to disclosure statement | 0.50 | TJT |
|  | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | NMC |
| Oct-21-08 | *Case Administration* - Review agenda for 10/27 and 10/28 hearings | 0.10 | LLC |
|  | *Case Administration* - Review entry of appearance and forward same to M. Hedden | 0.10 | LLC |
|  | *Fee Applications, Applicant* - Review Certificate of No Objection re Aug. 08 Fee Application | 0.10 | LLC |
|  | *Case Administration* - Obtain order approving retention of Sanders as PD/FCR, send same to interested parties and advise T. Tacconelli re same | 0.20 | SGW |
|  | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Case Administration* - Review PSZY&J 29th Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Charter Oak Aug. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review entry of appearance by Richardson Patrick on behalf of ZAI claimants | 0.10 | TJT |
|  | *Employment Applications, Others* - Review order approving A. Sanders' PD/FCR | 0.10 | TJT |
|  | *Employment Applications, Others* - Correspond with S. Baena re order appointing A. Sanders as PD/FCR | 0.20 | TJT |
|  | *Employment Applications, Others* - Review modified order shortening notice on motion by PD/FCR to retain A. Rich as counsel | 0.10 | TJT |
|  | *Employment Applications, Others* - Prepare correspondence to S. Baena re order shortening notice on motion by PD/FCR to retain A. Rich as counsel | 0.20 | TJT |

| | | | |
|---|---|---|---|
| | *Employment Applications, Others* - Review order modifying previous order shortening notice on PD/FCR's motion to retain A. Rich | 0.10 | TJT |
| | *Employment Applications, Others* - Prepare correspondence to S. Baena re second order re motion to shorten notice by PD/FCR to retain A. Rich | 0.20 | TJT |
| | *Employment Applications, Others* - Review correspondence from S. Baena re second order re motion to shorten notice by PD/FCR to retain A. Rich | 0.10 | TJT |
| | *Hearings* - Review agenda for 10/27/08 hearing | 0.20 | TJT |
| | *Hearings* - Review 10/20/08 hearing notes and hearing follow-up | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review objection by Arrowood to disclosure statement | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re 10/27/08 hearing coverage | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review objection by UCC to disclosure statement with attachment | 1.30 | TJT |
| | *Case Administration* - Review docket re case status for week ending 10/17/08; memo to T. Tacconelli and L. Coggins re same | 0.80 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Aug. 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's Aug. 08 Fee Application | 0.50 | MH |
| Oct-22-08 | *Case Administration* - Confer with T. Tacconelli and M. Hedden re letter from debtor re BIP program proposed by debtors | 0.10 | LLC |
| | *Case Administration* - Review case status memo re week ending 10/17/08 | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re CDG 35th monthly Fee Application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order approving settlement with Town of Acton | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 10/17/08 | 0.20 | TJT |
| | *Case Administration* - Review 10th supplemental declaration by Orrick | 0.10 | TJT |
| | *Case Administration* - Review 3 Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Hearings* - Prepare for 10/28/08 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review motion by Libby Claimants to exceed page limitation on objection to disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review State of Montana's objection to disclosure statement | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review Bank Lender Group's objection to disclosure statement with attachment | 1.20 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re CDG's 7/07 to 6/08 monthly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re CDG's 7/07 to 6/08 monthly Fee | 0.30 | MH |

| | | | |
|---|---|---|---|
| | Application | | |
| Oct-23-08 | *Case Administration* - Review amended agenda re 10/27 and 10/28 hearings and confer with T. Tacconelli re same | 0.20 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving Canadian ZAI claims bar date without attachments | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from S. Baena re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from committee members re committee meeting | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 10/27/08 and 10/28/08 hearings | 0.20 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo (x2) re 10/27/08 and 10/28/08 hearing coverage | 0.20 | TJT |
| | *Hearings* - Prepare for 10/27/08 hearing | 0.40 | TJT |
| | *Hearings* - Review correspondence from J. O'Neill re 10/27/08 hearing re now allowing telephonic appearance and prepare for 10/27/08 hearing | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by JP Morgan Chase in bank lender group's objection to disclosure statement | 0.10 | TJT |
| Oct-24-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review letter from E. Crosby with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' objection to disclosure statement | 2.20 | TJT |
| | *Plan and Disclosure Statement* - Review joinder in equity committee in debtors' motion to approve disclosure statement | 0.10 | TJT |
| Oct-25-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of appeal by Macerich | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review letter from bank lender group to Judge Fitzgerald with chart re exhibits and objection thereto, review same | 0.40 | TJT |
| | *Case Administration* - Review Olgivey and Renault Quarterly Fee Application | 0.10 | TJT |
| | *Hearings* - Review second amended agenda for 10/27/08 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by Arrowood in MCC's objection to disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review reply by MCC to certain objections to disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by PI Committee in debtors' consolidated response to objections to disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review exhibit 5 to disclosure statement | 0.40 | TJT |
| Oct-26-08 | *Hearings* - Review matters on agenda for 10/27/08 hearing | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review exhibit 6 to disclosure statement | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' consolidated response to objections to disclosure statements with chart and attachments | 1.40 | TJT |
| Oct-27-08 | *Committee, Creditors', Noteholders' or* -Confer with T. Tacconelli re: 10/27/08 Court hearing | 0.50 | RSM |
| | *Case Administration* - 10/20/08, 10/27/08, and 10/28/08 hearing follow-up and advise T. Tacconelli re same (.3); send same to interested parties and T. Tacconelli | 0.50 | SGW |

| | | | |
|---|---|---|---|
| | *Hearings* - Review correspondence from S. Weiler re 9/20/08 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 4.70 | TJT |
| | *Plan and Disclosure Statement* - Review Arrowood's joinder in reply by MCC to certain objections to disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review joinder by FCR in debtors' consolidated response to objections to disclosure statement | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 10/24/08, memo to T. Tacconelli and L. Coggins re same | 0.50 | MH |
| | *Case Administration* - e-mail from S. Weiler re 10/20/08 hearing transcript; download same | 0.10 | MH |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.30 | NMC |
| Oct-28-08 | *Case Administration* - advise T. Tacconelli re status of 10/27/08 and 10/28/08 hearing materials | 0.10 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review designation of record in issues on appeal by California Dept. of General Services | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* -  confer with M. Joseph re disclosure statement status | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Case Administration* - Review two Certificates of No Objection by debtors | 0.10 | TJT |
| | *Case Administration* - Review 4th Quarterly Fee Application of Fragelman Del Ray | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from committee members re committee meeting today | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Teleconference with committee | 0.80 | TJT |
| | *Fee Applications, Others* - Review correspondence from B. Ruhlander re CDG interim report for 29th interim period and confer with paralegal | 0.20 | TJT |
| | *Hearings* - 10/27/08 hearing follow-up and review hearing notes | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Correspond with committee member re continued disclosure statement hearing dates | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re new disclosure statement deadlines | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Sept. prebill | 0.80 | TJT |
| Oct-29-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from S. Baena re PD CMO | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re motion by USA ZAI claimants for class certification | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Correspond with J. Sakalo re motion by USA ZAI claimants for class certification | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from S. Baena re PD matters | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review e-mail from committee member re PD matters | 0.10 | TJT |

| | | | |
|---|---|---|---|
| | *Case Administration* - Review notice of withdrawal of document filed in error by fee auditor | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 10/24/08 | 0.10 | TJT |
| | *Case Administration* - Review notice of substitution of counsel for certain cancer claimants | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to sell assets to Alco Iron with attachment | 0.50 | TJT |
| | *Case Administration* - Review 30th Quarterly Fee Application for Day Pitney | 0.10 | TJT |
| | *Fee Applications, Applicant* - edit Ferry, Joseph & Pearce's Sept. 08 prebill | 0.20 | MH |
| | *Fee Applications, Applicant* - modify Ferry, Joseph & Pearce's Sept. 08 invoice; prepare Notice, Fee Application and Certificate of Service re same | 0.80 | MH |
| Oct-30-08 | *Case Administration* - Review notice to substitute attorney and forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review additional substitution of counsel and forward to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re Bilzin Aug. 08 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review Certificate of No Objection re HRA Aug. 08 Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review Sept. 08 Fee Application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from S. Baena re ZAI motion for class certification | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review USA ZAI claimants' motion for class certification | 0.10 | TJT |
| | *Case Administration* - Review notice of substitution of counsel for Scotts Co. | 0.10 | TJT |
| | *Case Administration* - Review 5 miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review Kramer Levine Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review third amended 2019 statement by S. Shackelford | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review correspondence from J. Sakalo re committee meeting | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Attend committee meeting | 0.70 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re HRA's Aug. 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re HRA's Aug. 08 Fee Application | 0.50 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re Bilzin's Aug. 08 Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Bilzin's Aug. 08 Fee Application | 0.50 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file and serve Ferry, | 0.50 | MH |

|  | Joseph & Pearce's Sept. 08 Fee Application |  |  |
| Oct-31-08 | *Case Administration* - Review 8th amended 2019 statement by Cohen Whitesell | 0.10 | TJT |
|  | *Case Administration* - Review Casner Edwards Sept. Fee Application | 0.10 | TJT |
|  | Totals | 89.00 |  |

### DISBURSEMENTS

| Oct-01-08 | Photocopy Cost | 1.30 |
|  | Photocopy Cost | 1.00 |
| Oct-02-08 | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 2.10 |
|  | Photocopy Cost | 0.50 |
| Oct-06-08 | Photocopy Cost | 1.20 |
|  | Blue Marble - copies 4.50, service 11.60 (Inv #  27939) | 16.10 |
| Oct-08-08 | Photocopy Cost | 9.30 |
|  | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 1.70 |
|  | Blue Marble - copies 9.00, service 11.60 (Inv #  27947) | 20.60 |
|  | Blue Marble - copies 9.00, service 11.60 (Inv #  27953) | 20.60 |
| Oct-10-08 | Photocopy Cost | 1.50 |
| Oct-12-08 | Photocopy Cost | 1.60 |
|  | Photocopy Cost | 1.50 |
| Oct-13-08 | Photocopy Cost | 1.30 |
|  | Tristate Courier & Carriage - delivery charge (Inv # 27905) | 13.00 |
| Oct-14-08 | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 1.00 |
|  | Pacer Service Center - 7/1/08- 9/30/08 (RSM) Acct # FJ0091 | 33.84 |
| Oct-16-08 | Photocopy Cost | 0.50 |
|  | West Law - Legal Research (Aug 08) Acct #1000634693; Inv # 816685658 | 7.95 |
| Oct-17-08 | Photocopy Cost | 9.60 |
|  | Photocopy Cost | 3.60 |
|  | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 1.70 |
|  | Photocopy Cost | 1.90 |
|  | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 1.00 |
| Oct-18-08 | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 0.80 |
|  | Photocopy Cost | 0.90 |
|  | Photocopy Cost | 2.90 |
| Oct-19-08 | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 2.10 |

**Invoice No. 29097**                        **Page 15 of 15**                        **December 2, 2008**

|  |  |  |
|---|---|---:|
|  | Photocopy Cost | 5.20 |
|  | Photocopy Cost | 1.80 |
| Oct-20-08 | Photocopy Cost | 1.70 |
|  | Photocopy Cost | 0.60 |
|  | Elaine M. Ryan - Transcript of 9/29/08 | 897.00 |
| Oct-21-08 | Photocopy Cost | 0.80 |
|  | Blue Marble - hand deliveries (Inv # 10292) | 28.00 |
| Oct-22-08 | Photocopy Cost | 1.40 |
|  | Photocopy Cost | 0.60 |
|  | Photocopy Cost | 1.50 |
| Oct-23-08 | Pacer Service Center - 7/1/08- 9/30/08 (TJT) Acct # FJ0093 | 34.16 |
|  | Pacer Service Center - 7/1/08- 9/30/08 (SGW) Acct # FJ0321 | 11.44 |
| Oct-24-08 | Photocopy Cost | 5.70 |
|  | Photocopy Cost | 4.40 |
| Oct-27-08 | Blue Marble - hand deliveries (Inv # 10331) | 28.00 |
| Oct-28-08 | Tristate Courier & Carriage - delivery charge (Inv #28068) | 13.00 |
| Oct-29-08 | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 1.30 |
|  | Photocopy Cost | 2.40 |
|  | Blue Marble - hand deliveries (Inv # 10372) | 354.00 |
| Oct-30-08 | Transcripts Plus | 247.35 |
|  | Totals | $1,810.44 |
|  | **Total Fees & Disbursements** | **$23,470.44** |
|  | **Balance Due Now** | **$23,470.44** |