# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| November 14, 2008 | INVOICE: | 228326 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

c/o Peter Van N. Lockwood, Esq.
Caplin & Drysdale
One Thomas Circle
Washington, DC 20005

**PROFESSIONAL SERVICES through 10/31/08**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/01/08 | Review fee auditor's report (.60); draft e-mail to R. Chung with recommendations (1.20); draft e-mail for team (1.20); cull relevant information to respond to report (1.50); draft response to report (1.60). | W011 | AHP | 6.10 |
| 10/01/08 | Insurance policy analysis re: "loss payable" issues (2.60); insurance policy analysis re: asbestos premises coverage issues (2.20). | W001 | GFF | 4.80 |
| 10/01/08 | Reviewed and studied Grace insurance policies re: "Loss Payable Clause" Information and "Follow Form." | W001 | IF | 2.50 |
| 10/01/08 | Attention to AIG payment stream. | W001 | RMH | 1.00 |
| 10/01/08 | Draft documentation to assist in post-bankruptcy Trust recoveries. | W001 | RYC | 2.70 |
| 10/02/08 | Research past submissions for appropriate responses (.60); revise response to auditor's report and exhibits as necessary (1.00). | W011 | AHP | 1.60 |
| 10/02/08 | Insurance policy analysis re: "loss payable" issues (6.20); review AIG settlement agreements re: acceleration clauses (.80); draft memo re: AIG settlement (.30). | W001 | GFF | 7.30 |
| 10/02/08 | AIG CIP agreements reviewed and discussed per R. Horkovich request. | W001 | HEG | 1.00 |
| 10/02/08 | Review information re:  AIG remaining limits per R. Horkovich request. | W001 | IF | 0.50 |
| 10/02/08 | Confer with FCR counsel regarding allocation analysis and strategy (1.00).  Attention to AIG payment stream (1.00). | W001 | RMH | 2.00 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| November 14, 2008 | | INVOICE: | | 228326 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/02/08 | Settlement analysis in connection with recent insurance industry developments (1.00). Revise documentation to assist in post-bankruptcy Trust recoveries (2.20). | W001 | RYC | 3.20 |
| 10/03/08 | Insurance policy analysis re: "loss payable" issues (1.40); insurance policy analysis re: asbestos premises coverage issues (3.80). | W001 | GFF | 5.20 |
| 10/03/08 | Follow-up research regarding post-bankruptcy Trust recoveries. | W001 | RYC | 0.70 |
| 10/06/08 | Review and revise time and expense entries. | W011 | AHP | 1.50 |
| 10/06/08 | Insurance policy analysis re: asbestos premises coverage issues (2.50; insurance policy analysis re: "follow form" and "loss payable" issues (3.80). | W001 | GFF | 6.30 |
| 10/06/08 | Work on CEAI claim and calculations. | W001 | MG | 2.80 |
| 10/06/08 | Attention to settlement issues. | W001 | RYC | 1.60 |
| 10/07/08 | Review and revise fee auditor response (1.00); finalize fee auditor response (.60). | W011 | AHP | 1.60 |
| 10/07/08 | Insurance policy analysis re: "follow form" and "loss payable" issues. | W001 | GFF | 4.20 |
| 10/07/08 | Studied Grace Settlement Agreements with London Market Companies. | W001 | IF | 1.00 |
| 10/07/08 | Review and comment upon response to fee auditor. | W011 | RYC | 0.60 |
| 10/07/08 | Research regarding issues relating to notice and demand of available insurance policies. | W001 | RYC | 2.40 |
| 10/08/08 | Analysis of selected London settlement agreements re: "follow form" and indemnity issues (2.90); analysis of selected insurance policies re: asbestos premises coverage issues (3.80). | W001 | GFF | 6.70 |
| 10/08/08 | Indemnity language follow form issues in certain settlement agreements researched, discussed and charted. | W001 | HEG | 4.00 |
| 10/08/08 | Reviewed and studied Grace Settlement Agreements with London Market Companies re: Indemnification Provision per R. Horkovich request. | W001 | IF | 2.00 |
| 10/08/08 | Continued to review Grace insurance policies re: "Loss Payable Provisions." | W001 | IF | 2.00 |

{D0141799.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                                      EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                              MATTER:        100055.WRG01

November 14, 2008                                           INVOICE:        228326

MATTER: CLAIMANTS COMMITTEE                                 ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/08/08 | Confer with Mr. Lockwood regarding allocation analysis and strategy. | W001 | RMH | 1.00 |
| 10/09/08 | Analysis of selected insurance policies re: "follow form" and "loss payable" issues. | W001 | GFF | 5.30 |
| 10/09/08 | Work on Midland calculations for allocation. | W001 | MG | 1.80 |
| 10/09/08 | Confer with Mr. Lockwood regarding overall insurance company allocations. | W001 | RMH | 1.00 |
| 10/09/08 | Analysis of insurance policies for pre-finalization issues for Trust. | W001 | RYC | 3.10 |
| 10/10/08 | Analysis of selected insurance settlement agreements re: indemnity and "follow form" issues (1.90); analysis of selected insurance policies re: "follow form" and "loss payable" issues (2.60). | W001 | GFF | 4.50 |
| 10/10/08 | Reviewed and updated chart re: Grace Settlement Agreements without Indemnifications per R. Horkovich request. | W001 | IF | 1.50 |
| 10/10/08 | Reviewed in-house resources re: documentation of insurance policies per R. Horkovich request. | W001 | IF | 1.00 |
| 10/10/08 | Continued to review and prepare analysis of insurance policy "Loss Payable" Clauses. | W001 | IF | 2.50 |
| 10/10/08 | Work on Midland calculations (2.00); conference call re: allocation issues (.30). | W001 | MG | 2.30 |
| 10/10/08 | Confer with FCR regarding overall strategy regarding insurance recovery (2.30). Attention to preparation of exhibits of settled insurance policies, insurance settlement agreement, insurance companies (1.70). | W001 | RMH | 4.00 |
| 10/10/08 | Analysis of insurance portfolio unavailable to the Trust post-bankruptcy. | W001 | RYC | 1.50 |
| 10/10/08 | Review and revise fee applications. | W011 | RYC | 0.70 |
| 10/11/08 | Review and draft emails re: policy and settlement project (.60); review allocation re: same (.40). | W001 | MG | 1.00 |
| 10/11/08 | Identification of settled policies. | W001 | RMH | 1.50 |
| 10/12/08 | Research and analysis of insurance issues not relevant to Trust. | W001 | RYC | 2.20 |

{D0141799.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| November 14, 2008 | | INVOICE: | | 228326 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/13/08 | Confer with Chubb counsel Jack Cohn regarding request for information. | W001 | RMH | 0.50 |
| 10/14/08 | Review attorney changes. | W011 | AHP | 0.60 |
| 10/14/08 | Analysis of selected insurance settlement agreements re: indemnity issues and currently remaining coverage issues (4.60); insurance policy analysis re: asbestos products coverage issues (2.60). | W001 | GFF | 7.20 |
| 10/14/08 | Per R. Horkovich request, in depth analysis and discussion regarding certain elements of all past Grace Settlement Agreements and their potential impact on proposed Reorganization Plan. | W001 | HEG | 7.00 |
| 10/14/08 | Reviewed Grace Settlement Agreement Status per R. Horkovich request. | W001 | IF | 5.00 |
| 10/14/08 | Reviewed Status of certain insurance companies per R. Horkovich request. | W001 | IF | 1.00 |
| 10/14/08 | Identification of settled and paid out policies and settlement agreements (2.00); Respond to insurance company inquiries (1.50). | W001 | RMH | 3.50 |
| 10/15/08 | Review draft of time and expense entries (1.00); Finalize bill (.90). | W011 | AHP | 1.90 |
| 10/15/08 | Analysis of selected insurance settlement agreements re: indemnity issues and currently remaining coverage issues (5.10; draft memo re: currently remaining insurance coverage (1.30); insurance coverage (.90); insurance policy analysis re: asbestos products coverage issues (.20). | W001 | GFF | 7.50 |
| 10/15/08 | Continued analysis and charting of positions regarding elements of past Grace Settlement Agreements and their impact on proposed Reorganization plan per R. Horkovich request. | W001 | HEG | 6.00 |
| 10/15/08 | Reviewed Grace Settlement Agreement Status. | W001 | IF | 6.00 |
| 10/15/08 | Work on policy and settlement project | W001 | MG | 1.20 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| November 14, 2008 | | INVOICE: | 228326 |
| MATTER:  CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/15/08 | Confer and communicate with multiple counsel for insurance companies regarding treatment of policies and settlement agreements under the Plan (2.50).  Confer with Grace counsel (1.00). Attention to list of policies and settlement agreements for the Plan (2.00). | W001 | RMH | 5.50 |
| 10/15/08 | Review and analysis of non-available coverage in Grace insurance portfolio (2.00).   Research regarding issues concerning indemnity (2.30). | W001 | RYC | 4.30 |
| 10/16/08 | Insurance policy analysis re: asbestos premises aggregates (.80); analysis of settlement agreements re: remaining insurance coverage (4.90); draft memo re: currently remaining insurance coverage (.90). | W001 | GFF | 6.60 |
| 10/16/08 | Continued to assist R. Horkovich with queries, research and analysis related to past settlement agreements, outstanding monies and policy status regarding proposed Reorganization Plan. | W001 | HEG | 7.00 |
| 10/16/08 | Reviewed and analyzed Grace Settlement Agreement for status of each insurance policy. | W001 | IF | 6.00 |
| 10/16/08 | Work on policy and settlement project. | W001 | MG | 1.50 |
| 10/16/08 | Attention to list of policies and settlement to put in Exhibit 5 of Plan. | W001 | RMH | 1.00 |
| 10/16/08 | Review and analysis regarding Trust post-bankruptcy concerns relating to available coverage and settlements. | W001 | RYC | 4.80 |
| 10/17/08 | Review selected insurance settlement agreements re: various issues of indemnity/remaining coverage (4.80); analysis of selected insurance policies re: "follow form" and "loss payable" issues (2.30). | W001 | GFF | 7.10 |
| 10/17/08 | Continued policy/settlement agreement research assistance re: proposed Reorganization Plan per R. Horkovich request. | W001 | HEG | 5.50 |
| 10/17/08 | Reviewed and studied each Grace Settlement Agreement for status of each insurance policy and "breadth of indemnification." | W001 | IF | 6.00 |

{D0141799.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:         100055.WRG01

November 14, 2008                                 INVOICE:              228326

MATTER: CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/17/08 | Draft exhibit 5 to plan (7.00); Confer with co-counsel, FCR, and debtor regarding same (1.00). | W001 | RMH | 8.00 |
| 10/17/08 | Analysis of Grace indemnity issues in connection with third party claims (3.70). Follow-up review and analysis regarding Trust post-bankruptcy coverage concerns (1.40). | W001 | RYC | 5.10 |
| 10/20/08 | Analysis of selected insurance policies re: "follow form" and "loss payable" issues (3.20); analysis of selected insurance policies re: asbestos premises coverage issues (2.70). | W001 | GFF | 5.90 |
| 10/20/08 | Midland policy limits and settlement issues (.50); review of proposed Exhibit 5 entries per R. Horkovich request (.50). | W001 | HEG | 1.00 |
| 10/20/08 | Reviewed Midland Insurance Co. allocation information. | W001 | IF | 1.00 |
| 10/20/08 | Continued to review Grace insurance policies re: "Loss Payable" Clause and "Follow Form" provisions. | W001 | IF | 2.00 |
| 10/20/08 | Reviewed insurance policy information re: Insurance Policies Subject to Grace Asbestos Settlement Agreements. | W001 | IF | 1.00 |
| 10/20/08 | Work on Midland allocation and E-mail re: same | W001 | MG | 1.60 |
| 10/20/08 | Research and analysis regarding preservation of insurance coverage from solvent unsettled carriers (5.30); Review of issues for Trust insurance recovery (.80). | W001 | RYC | 6.10 |
| 10/21/08 | Analysis of selected insurance policies re: "follow form" and loss payable issues (1.50; research re: lost/partial insurance policies (1.20) | W001 | GFF | 2.70 |
| 10/21/08 | Continued review and edit of settlement agreement status information re: Exhibit 5 submission to Reorganization Plan | W001 | HEG | 1.00 |
| 10/21/08 | Reviewed General Insurance Company of America Grace Settlement Agreement re: scope of agreement. | W001 | IF | 1.00 |
| 10/21/08 | Reviewed Lloyd's Underwriters Settlement Agreement with Grace per R. Horkovich request. | W001 | IF | 0.50 |

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| November 14, 2008 | | INVOICE: | | 228326 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/21/08 | Attention to claim of specific insurance company. | W001 | MG | 1.00 |
| 10/21/08 | Prepare Exhibit 5 for Plan, coordinate with FCR regarding same (4.80). Attention to information needed per cooperation agreement (1.20). Attention to settlement model (1.00). | W001 | RMH | 7.00 |
| 10/21/08 | Attention to due diligence of insurance-related documentation from Grace (3.60). Research regarding impact of prior settlements upon third party obligations (1.20). | W001 | RYC | 4.80 |
| 10/22/08 | Draft e-mail to client for collection of outstanding funds per R. Horkovich request. | W011 | AHP | 0.80 |
| 10/22/08 | Research re: missing/partial policies (.50); analysis of selected insurance policies re: "follow form" and loss payable issues (1.70); analysis of selected insurance policies re: asbestos premises coverage issues (1.50). | W001 | GFF | 4.20 |
| 10/22/08 | Review of Kirkland lists (.50); Review and discuss known Grace policy records and CDs to determine likely missing and partial policies (4.00); assisted R. Horkovich w/ additional exhibit 5 and proposed Reorganization plan exhibits (1.00). | W001 | HEG | 5.50 |
| 10/22/08 | Updated information from Jeff Posner about specific insurance company allocation. | W001 | IF | 0.50 |
| 10/22/08 | Continued to review Grace insurance policies re: Loss Payable Clause and "follow form" language. | W001 | IF | 2.50 |
| 10/22/08 | Attention to unique insurance company permutations on settlement analysis (0.80); attention to inventory of information owed by Posner (1.00). | W001 | MG | 1.80 |
| 10/22/08 | Attention to drafting Exhibit 5 to Plan (6.00). Attention to demand to make on specific insurance company (1.00). | W001 | RMH | 7.00 |
| 10/22/08 | Analysis of issues concerning recovery from insolvent carriers (1.50). Analysis regarding impact of prior settlements upon third party obligations (2.50). Follow-up regarding due diligence efforts of insurance related documents (.60). | W001 | RYC | 4.60 |

{D0141799.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| November 14, 2008 | INVOICE: | 228326 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/23/08 | Review monitoring chart and historical information and draft response re: current status of case per R. Horkovich request. | W011 | AHP | 1.60 |
| 10/23/08 | Review/revise list of settlement agreements (1.10); Analysis of selected settlement agreements (2.10); Analysis of selected insurance policies re: "follow form" and "loss payable issues" (2.20) | W001 | GFF | 5.40 |
| 10/23/08 | Assist R. Horkovich & Kirkland firm with specific review of settlement language (1.00); review of Posner's attribution of policies to specific coverage layers as part of Reorganization Plan exhibit (1.50); review and edits for Exhibit 5 submission (1.00). | W001 | HEG | 3.50 |
| 10/23/08 | Reviewed Grace Settlement Agreement information re: Environmental Agreements. | W001 | IF | 2.50 |
| 10/23/08 | Work on Midland allocation | W001 | MG | 0.70 |
| 10/23/08 | Attention to list of settlements for plan (2.00). Attention to material needed from Grace for cooperation (1.80). Attention to Midland settlement demand (2.20). | W001 | RMH | 6.00 |
| 10/23/08 | Review and analysis of insurance transfer issues (4.10). Review and analysis of settlement issues (3.20). | W001 | RYC | 7.30 |
| 10/24/08 | Continued review and edit of Kirkland exhibits as well as corrections to Exhibit 5 as necessary. | W001 | HEG | 2.50 |
| 10/24/08 | Helped to review and update information re: Grace Settlement Agreements and insurance policies impacted. | W001 | IF | 2.20 |
| 10/24/08 | Attention to settlement allocations (2.50). Attention to proposed Exhibit 6 (2.00). Attention to insurance company objections to disclosure statement (1.50). | W001 | RMH | 6.00 |
| 10/24/08 | Review and analysis of objections to Plan and relation to insurance issues (2.50). Follow-up regarding due diligence issues (1.40). Review third party insurance recovery issues (1.00). | W001 | RYC | 4.90 |
| 10/26/08 | Analysis of third party insurance recovery issues of documentation. | W001 | RYC | 3.20 |

{D0141799.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| November 14, 2008 | | INVOICE: | | 228326 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/27/08 | Analysis of selected settlement agreements re: scope of release/policies remaining/related issues. | W001 | GFF | 2.80 |
| 10/27/08 | Assisted R. Chung with identification and charting of all solvent/unsettled companies and their policies (1.00); resolution of additional Exhibit 5 issues regarding specific insurance company queries (1.50). | W001 | HEG | 2.50 |
| 10/27/08 | Reviewed and updated Grace Settlement Agreement information. | W001 | IF | 2.00 |
| 10/27/08 | Searched files and in-house resources re: potential third-party claimants. | W001 | IF | 0.50 |
| 10/27/08 | Work on allocation for specific total. | W001 | MG | 6.30 |
| 10/27/08 | Review and analysis of additional potential third party coverage claims against Grace (3.20). Attention to pre-Plan recovery efforts against remaining solvent carriers (3.40). | W001 | RYC | 6.60 |
| 10/28/08 | Telephone conversation with K. Hemming (.20); Update/document new information received from local counsel including preparing new spreadsheets (2.30). | W011 | AHP | 2.50 |
| 10/28/08 | Draft new e-mail updating status. | W011 | AHP | 1.00 |
| 10/28/08 | Analysis of selected insurance policies re: "follow form" and asbestos premises coverage issues. | W001 | GFF | 3.60 |
| 10/28/08 | Searched on-line resources re: background of Plan objectors to proposed plan. | W001 | IF | 0.50 |
| 10/28/08 | Work on allocation of all solvent insurance companies at alternative amount. | W001 | MG | 2.80 |
| 10/28/08 | Hearing before Judge Fitzgerald regarding disclosure (6.00). Prepare for same (1.00). Meeting with FCR regarding same (1.00). | W001 | RMH | 8.00 |
| 10/28/08 | (One half time). Travel to and from Pittsburgh for hearing with Judge Fitzgerald. | W001 | RMH | 2.00 |

{D0141799.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                        EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 10

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| November 14, 2008 | | INVOICE: | | 228326 |
| MATTER:  CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/28/08 | Review and analysis of issues related to Plan objections (1.30).  Prepare communications and requests to third party coverage claimants (1.30).  Digest information relating to remaining insurance company liability structure (1.20). | W001 | RYC | 3.80 |
| 10/29/08 | Analysis of selected settlement agreements re: policies released/related issues (2.40); analysis of selected insurance policies re: follow form/loss payable issues (2.70). | W001 | GFF | 5.10 |
| 10/29/08 | Response to various CNA and Maryland Casualty settlement agreement provision queries (1.50); compilation of policy lists to support each remaining solvent unsettled insurance company parent NPV analysis (3.00). | W001 | HEG | 4.50 |
| 10/29/08 | Helped to review and study information about CNA, Buffalo Re and London Guarantee. | W001 | IF | 0.50 |
| 10/29/08 | Reviewed and analyzed Maryland Casualty Company Settlement Agreements with Grace re: insurance policies released and extent of release. | W001 | IF | 1.50 |
| 10/29/08 | Continued to review and update information re: Grace insurance policies and "loss payable provisions" and "follow form information." | W001 | IF | 1.50 |
| 10/29/08 | Work on policy list project (1.20); revise allocations with new CNA company information (2.50). | W001 | MG | 3.70 |
| 10/29/08 | Amend Exhibit 5 (1.50).  Attention to material needed from W.R. Grace under the cooperation provision (1.50). | W001 | RMH | 3.00 |
| 10/29/08 | Plan strategic response regarding third-party Plan objections (1.50).  Work on project regarding potential pre-Plan settlements with insurance companies (2.70).  Follow-up regarding remaining insurance company claim obligations (1.00). | W001 | RYC | 5.20 |
| 10/30/08 | Prepare another e-mail reminder. | W011 | AHP | 0.20 |
| 10/30/08 | Analysis of selected insurance policies re: follow form and loss payable issues (2.70); analysis of selected insurance policies re: asbestos premises coverage issues (2.20). | W001 | GFF | 4.90 |

{D0141799.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                         EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| November 14, 2008 | | INVOICE: | | 228326 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH | | |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 10/30/08 | Continued to assist in responding to outside counsel queries regarding Exhibit 5 to Reorganization plan (1.50); continued to research, review, edit and create support policy listings for all unsettled/solvent insurance company parent groups as part of NPV submissions (4.50). | W001 | HEG | 6.00 |
| 10/30/08 | Continued to review Grace insurance policies re: "defense obligation" and "Loss Payable" Provision. | W001 | IF | 2.20 |
| 10/30/08 | Work on allocation revisions based on new CNA company information. | W001 | MG | 2.80 |
| 10/30/08 | Attention to non-products/non-completed operations coverage. | W001 | RMH | 1.00 |
| 10/30/08 | Work on resolving issues relating to Plan objections (1.60). Work on issues relating to third-party insurance claims (2.20). | W001 | RYC | 3.90 |
| 10/31/08 | Analysis of selected insurance policies re: "follow form" and "loss payable" issues (2.40); review of specific insurance company settlement agreement/related documents re: amount of payment and related issues (1.30). | W001 | GFF | 3.70 |
| 10/31/08 | Transit settlement agreement reviewed and discussed (1.00); continued solvent/unsettled insurance company parent group policy listings for NPV submissions (1.00). | W001 | HEG | 2.00 |
| 10/31/08 | Searched files and in-house resources re: insurance company information to support settlement efforts. | W001 | IF | 0.50 |
| 10/31/08 | Reviewed and studied Settlement Agreement with Grace. | W001 | IF | 1.20 |
| 10/31/08 | Continued to review and prepare information re: Grace insurance policies and loss payable and defense costs. | W001 | IF | 2.70 |
| 10/31/08 | Review and analysis of pre-Plan insurance recoveries. | W001 | RYC | 2.50 |

**TOTAL FEES:**                                                                         **$183,011.50**

{D0141799.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                      MATTER:      100055.WRG01

November 14, 2008                                   INVOICE:         228326

MATTER:  CLAIMANTS COMMITTEE                        ROBERT M. HORKOVICH

**FEE SUMMARY**

|                     | RATE   | HOURS  | TOTALS      |
|---------------------|--------|--------|-------------|
| Arline H Pelton     | 220.00 | 19.40  | 4,268.00    |
| Glenn F Fields      | 295.00 | 111.00 | 32,745.00   |
| Harris E Gershman   | 245.00 | 59.00  | 14,455.00   |
| Izak Feldgreber     | 255.00 | 63.30  | 16,141.50   |
| Mark Garbowski      | 520.00 | 31.30  | 16,276.00   |
| Robert M Horkovich  | 790.00 | 69.00  | 54,510.00   |
| Robert Y Chung      | 520.00 | 85.80  | 44,616.00   |
| **TOTAL FEES:**     |        |        | **$183,011.50** |

{D0141799.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 13

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER:    100055.WRG01 |
| November 14, 2008 | INVOICE:          228326 |
| MATTER:  CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |

## SUMMARY OF SERVICES BY ACTIVITY

### THIS BILLING PERIOD

**ACTIVITY CODE: W001      Asset Analysis and Recovery**

| | HOURS | TOTALS |
|---|---:|---:|
| Glenn F Fields | 111.00 | 32,745.00 |
| Harris E Gershman | 59.00 | 14,455.00 |
| Izak Feldgreber | 63.30 | 16,141.50 |
| Mark Garbowski | 31.30 | 16,276.00 |
| Robert M Horkovich | 69.00 | 54,510.00 |
| Robert Y Chung | 84.50 | 43,940.00 |
| **TOTAL:** | **418.10** | **$178,067.50** |

**ACTIVITY CODE: W011      Fee Applications (Applicant)**

| | HOURS | TOTALS |
|---|---:|---:|
| Arline H Pelton | 19.40 | 4,268.00 |
| Robert Y Chung | 1.30 | 676.00 |
| **TOTAL:** | **20.70** | **$4,944.00** |

{D0141799.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 14

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| November 14, 2008 | INVOICE: | 228326 |
| MATTER:  CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

**COSTS through 10/31/08**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 10/01/08 | LIBRARY & LEGAL RESEARCH Westlaw Charges - September 1 - 30, 2008 | E106 | 15.40 |
| 10/02/08 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 10/02/08 | DI - PHOTOCOPYING - | E101 | 4.60 |
| 10/02/08 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 10/07/08 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 10/10/08 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 10/14/08 | DI - FAX CHARGES - | E104 | 19.50 |
| 10/14/08 | DI - FAX CHARGES - | E104 | 27.00 |
| 10/14/08 | DI - FAX CHARGES - | E104 | 43.50 |
| 10/14/08 | DI - PHOTOCOPYING - | E101 | 1.20 |
| 10/14/08 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 10/14/08 | DI - PHOTOCOPYING - | E101 | 3.20 |
| 10/14/08 | DI - PHOTOCOPYING - | E101 | 1.20 |
| 10/14/08 | DI - PHOTOCOPYING - | E101 | 5.40 |
| 10/15/08 | DI - FAX CHARGES - | E104 | 13.50 |
| 10/15/08 | DI - FAX CHARGES - | E104 | 16.50 |
| 10/15/08 | DI - FAX CHARGES - | E104 | 9.00 |
| 10/15/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 10/15/08 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 10/15/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 10/15/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 10/17/08 | DI - PHOTOCOPYING - | E101 | 2.20 |
| 10/17/08 | DI - PHOTOCOPYING - | E101 | 8.20 |
| 10/17/08 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 10/21/08 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 10/24/08 | DI - PHOTOCOPYING - | E101 | 0.10 |

{D0141799.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE                           MATTER:        100055.WRG01

November 14, 2008                                                            INVOICE:         228326

MATTER:  CLAIMANTS COMMITTEE                                          ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 10/28/08 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Roaming charges incurred while out of the country and participating in a court telephonic hearing with Judge Fitzgerald 9/29/08 | E124 | 559.19 |
| 10/30/08 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 10/31/08 | TRAVEL AND/OR HOTEL EXPS. - VENDOR: HORKOVICH, ROBERT M. Pittsburgh 10/27 re: conference call regarding Travelers & Hartford settlements | E110 | 90.00 |
| 10/31/08 | MEALS AWAY & TRAVEL EXP. - VENDOR: HORKOVICH, ROBERT M. Pittsburgh 10/27 re: conference call regarding Travelers & Hartford settlements | E111 | 12.55 |

**TOTAL COSTS:**                                                                                   **$837.84**

{D0141799.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 16

W.R. GRACE/CLAIMANTS COMMITTEE                        MATTER:        100055.WRG01

November 14, 2008                                                 INVOICE:             228326

MATTER:  CLAIMANTS COMMITTEE                                      ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|---|---|---:|
| FX | DI - FAX CHARGES - | 129.00 |
| LB | LIBRARY & LEGAL RESEARCH | 15.40 |
| TE | AP - TELEPHONE - | 559.19 |
| TR | TRAVEL AND/OR HOTEL EXPS. | 90.00 |
| TS | MEALS AWAY & TRAVEL EXP. | 12.55 |
| XE | DI - PHOTOCOPYING - | 31.70 |
|  | **TOTAL COSTS:** | **$837.84** |
|  | **TOTAL DUE:** | **$183,849.34** |

{D0141799.1 }