Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2008 through October 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| **Bradley Rapp - Senior Managing Director** | | | | | |
| 01-Oct-08 | BR | Telephone call with J Sinclair regarding status of Grace stock valuation and work to be done on the matter. | 0.40 | $ 565.00 | $ 226.00 |
| 01-Oct-08 | BR | Review and analysis of impact of financial markets turmoil on competitors of Grace and comparison with Grace's stock performance. | 3.50 | $ 565.00 | $ 1,977.50 |
| 03-Oct-08 | BR | Review of e-mail from N Finch concerning the reasons behind the precipitous drop in Grace's share price. | 0.10 | $ 565.00 | $ 56.50 |
| 03-Oct-08 | BR | Review of COFC's weekly update report. | 0.30 | $ 565.00 | $ 169.50 |
| 09-Oct-08 | BR | Telephone call with M Peterson re asset valuation to be used in calculation of initial recovery percentage. | 0.10 | $ 565.00 | $ 56.50 |
| 09-Oct-08 | BR | Review of Peterson calculation of initial recovery percentage. | 0.20 | $ 565.00 | $ 113.00 |
| 09-Oct-08 | BR | Review of Sinclair's update on Asarco environmental obligations status. | 0.10 | $ 565.00 | $ 56.50 |
| 10-Oct-08 | BR | Telephone call with P Cramp to discuss Grace valuation and communication to be made to M Peterson. | 0.10 | $ 565.00 | $ 56.50 |
| 13-Oct-08 | BR | Telephone call with J Sinclair to discuss impact of market conditions on valuation of assets for purpose of initial recovery percentage calculation. | 0.20 | $ 565.00 | $ 113.00 |
| 15-Oct-08 | BR | Telephone call with J Sinclair re current status of the reorganization. | 0.30 | $ 565.00 | $ 169.50 |
| 15-Oct-08 | BR | Conference call with J Sinclair and M Peterson to discuss the initial payment percentage calculation. | 0.30 | $ 565.00 | $ 169.50 |
| 15-Oct-08 | BR | Review of revised initial recovery percentage prepared by M Peterson. | 0.10 | $ 565.00 | $ 56.50 |
| 20-Oct-08 | BR | Review of weekly update report prepared by COFC. | 0.20 | $ 565.00 | $ 113.00 |
| 27-Oct-08 | BR | Review of weekly update report prepared by COFC. | 0.20 | $ 565.00 | $ 113.00 |
| 28-Oct-08 | BR | Review and analysis of Future Representative's proposed protocol for determining the initial payment percentage. | 0.50 | $ 565.00 | $ 282.50 |
| 28-Oct-08 | BR | Review of COFC analysis of discount rates in connection with asbestos liabilities in preparation for call with Sinclair to discuss Future Representatives proposed protocol for determining the initial payment percentage. | 0.60 | $ 565.00 | $ 339.00 |
| 28-Oct-08 | BR | Conference call with Sinclair and Cramp to discuss response to Future Representatives proposed protocol for determining the initial recovery | 0.40 | $ 565.00 | $ 226.00 |
| 30-Oct-08 | BR | Preparation of spreadsheet showing present value of deferred settlement payments at varying discount rates at request of counsel. | 0.60 | $ 565.00 | $ 339.00 |
| 31-Oct-08 | BR | Review of documents relating to Grace's motion to sell a real estate parcel located in California at request of counsel to the ACC. | 2.10 | $ 565.00 | $ 1,186.50 |
| | | Total B Rapp | 10.30 | | $ 5,819.50 |
| **James Sinclair - Senior Managing Director** | | | | | |
| 01-Oct-08 | JS | Review components of asset package to Asbestos Trust values, for purposes of advising ACC counsel for recovery and initial payment percentage (IPP) in accordance with TDP. | 2.80 | $ 565.00 | $ 1,582.00 |
| 03-Oct-08 | JS | Review, analyze Grace Monthly Financial Report for August and YTD 2008 for purposes of advising ACC counsel. | 2.90 | $ 565.00 | $ 1,638.50 |
| 03-Oct-08 | JS | Write report to ACC counsel regarding Grace's operating results, forecast and financial requirements for purposes of advising ACC counsel. | 2.70 | $ 565.00 | $ 1,525.50 |
| 13-Oct-08 | JS | Review pricing and related data for recovery analysis and for purposes of advising ACC counsel. | 0.70 | $ 565.00 | $ 395.50 |
| 13-Oct-08 | JS | Call with Brad Rapp to discuss planning of work and assignments. | 0.20 | $ 565.00 | $ 113.00 |
| 15-Oct-08 | JS | Review, determine asset values to Asbestos Trust in preparation for conference call with M Peterson for initial payment percentage in accordance with TDP. | 2.60 | $ 565.00 | $ 1,469.00 |
| 15-Oct-08 | JS | Conference call with M Peterson and Brad Rapp to discuss asset values and initial payment percentage in accordance with TDP. | 0.30 | $ 565.00 | $ 169.50 |
| 15-Oct-08 | JS | Review memorandum from M Peterson regarding initial payment percentage to ACC counsel for purposes of advising ACC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| 24-Oct-08 | JS | Review, analyze 3rd Quarter and 9 Months 2008 financial report, changes in accounting reporting, for valuation monitoring and for purposes of advising ACC counsel. | 2.60 | $ 565.00 | $ 1,469.00 |
| 24-Oct-08 | JS | Review, analyze 9 Months 2007 10-Q and 2007 10-K for impact of accounting changes, revise projections, for valuation monitoring and for purposes of advising ACC counsel. | 1.80 | $ 565.00 | $ 1,017.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2008 through October 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 24-Oct-08 | JS | Commence review and analysis of Motion of Debtors for Entry of Order Authorizing the Sale of Certain Assets to Alco Iron & Metal Co. ("Motion to Sell Darex Plant") for purposes of advising ACC counsel at counsel's request. | 2.50 | $ 565.00 | $ 1,412.50 |
| 24-Oct-08 | JS | Discuss with G Sinclair Grace's 3rd Quarter 2008 financial report, direct him to draft report on financial results for purposes of advising ACC counsel. | 0.30 | $ 565.00 | $ 169.50 |
| 27-Oct-08 | JS | Review counsel's inquiry regarding settlement package values, Cramp's pricing and valuation update, for purposes of advising ACC counsel. | 0.80 | $ 565.00 | $ 452.00 |
| 28-Oct-08 | JS | Review, analyze ACC counsel's inquiry (Inselbuch), materials regarding valuation of settlement package at time of agreement for purposes of advising counsel for IPP (Initial Payment Percentage) in accordance with Trust Distribution Procedures (TDP). | 2.80 | $ 565.00 | $ 1,582.00 |
| 28-Oct-08 | JS | Draft memorandum regarding methodology for valuing assets and claims for purposes of advising ACC counsel for IPP. | 2.60 | $ 565.00 | $ 1,469.00 |
| 28-Oct-08 | JS | Revise memorandum regarding methodology for valuing assets and claims for purposes of advising ACC counsel for IPP. | 0.90 | $ 565.00 | $ 508.50 |
| | | Total J Sinclair | 27.80 | | $ 15,707.00 |

Robert Lindsay - Director

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 16-Oct-08 | RL | Reviewed/edited bill draft and forwarded to counsel. | 0.30 | $ 425.00 | $ 127.50 |
| | | Total R Lindsay | 0.30 | | $ 127.50 |

Peter Cramp - Analyst

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 01-Oct-08 | PC | Review and analyze August 2008 Monthly Operating Report. | 2.10 | $ 210.00 | $ 441.00 |
| 06-Oct-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 2.10 | $ 210.00 | $ 441.00 |
| 06-Oct-08 | PC | Develop implied share price chart under various debt scenarios. | 4.10 | $ 210.00 | $ 861.00 |
| 07-Oct-08 | PC | Read news and message boards regarding the Debtor in response to its common stock price decline. | 1.70 | $ 210.00 | $ 357.00 |
| 09-Oct-08 | PC | Review various news articles on the specialty chemicals industry. | 1.00 | $ 210.00 | $ 210.00 |
| 13-Oct-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 210.00 | $ 336.00 |
| 13-Oct-08 | PC | Revise implied share price at various debt levels chart. | 1.60 | $ 210.00 | $ 336.00 |
| 14-Oct-08 | PC | Read news articles and message boards for due diligence. | 0.90 | $ 210.00 | $ 189.00 |
| 15-Oct-08 | PC | Call with M Peterson and B Rapp to discuss asset values and initial payment percentage. | 0.30 | $ 210.00 | $ 63.00 |
| 16-Oct-08 | PC | Review and analyze 3rd Quarter earnings report for guideline company for use in market multiple valuation. | 0.80 | $ 210.00 | $ 168.00 |
| 16-Oct-08 | PC | Update market multiple valuation and workbook. | 1.30 | $ 210.00 | $ 273.00 |
| 17-Oct-08 | PC | Review 2nd Quarter earnings report for guideline company for use in market multiple valuation. | 1.90 | $ 210.00 | $ 399.00 |
| 20-Oct-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.80 | $ 210.00 | $ 378.00 |
| 24-Oct-08 | PC | Commence review and analysis of Debtor's 3rd Quarter Earnings Report. | 1.80 | $ 210.00 | $ 378.00 |
| 27-Oct-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.20 | $ 210.00 | $ 252.00 |
| 27-Oct-08 | PC | Revise weekly share price update and settlement package valuation to reflection value at the date of agreement at the request of counsel. | 1.10 | $ 210.00 | $ 231.00 |
| 27-Oct-08 | PC | Further review and analysis of Debtor's 3rd Quarter Earnings Report. | 3.30 | $ 210.00 | $ 693.00 |
| 28-Oct-08 | PC | Review and analyze 3rd Quarter earnings report for guideline company for use in market multiple valuation. | 1.60 | $ 210.00 | $ 336.00 |
| | | Total P Cramp | 30.20 | | $ 6,342.00 |

Gibbons Sinclair - Analyst

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 16-Oct-08 | GS | Commence drafting September Fee Application. | 3.40 | $ 210.00 | $ 714.00 |
| 16-Oct-08 | GS | Finalize September Fee Application. | 0.60 | $ 210.00 | $ 126.00 |
| 17-Oct-08 | GS | Review and analyze recent analyst estimates for market multiple valuation. | 1.60 | $ 210.00 | $ 336.00 |
| 24-Oct-08 | GS | Draft memo regarding 3rd Quarter financial results. | 1.70 | $ 210.00 | $ 357.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2008 through October 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|------|-------|-------------|-------|-----------|--------|
|      |       | Total G Sinclair | 7.30 |  | $ 1,533.00 |
|      |       | **TOTAL** | 75.90 |  | $ 29,529.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2008 through October 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| **Asset Analysis and Recovery** | | | | | |
| 01-Oct-08 | JS | Review components of asset package to Asbestos Trust values, for purposes of advising ACC counsel for recovery and initial payment percentage (IPP) in accordance with TDP. | 2.80 | $ 565.00 | $ 1,582.00 |
| 13-Oct-08 | JS | Review pricing and related data for recovery analysis and for purposes of advising ACC counsel. | 0.70 | $ 565.00 | $ 395.50 |
| 15-Oct-08 | JS | Review memorandum from M Peterson regarding initial payment percentage to ACC counsel for purposes of advising ACC counsel. | 1.30 | $ 565.00 | $ 734.50 |
| 15-Oct-08 | PC | Call with M Peterson and B Rapp to discuss asset values and initial payment percentage. | 0.30 | $ 210.00 | $ 63.00 |
| 24-Oct-08 | JS | Commence review and analysis of Motion of Debtors for Entry of Order Authorizing the Sale of Certain Assets to Alco Iron & Metal Co. ("Motion to Sell Darex Plant") for purposes of advising ACC counsel at counsel's request. | 2.50 | $ 565.00 | $ 1,412.50 |
| | | Total Asset Analysis and Recovery | 7.60 | | $ 4,187.50 |
| **Business Operations** | | | | | |
| 01-Oct-08 | PC | Review and analyze August 2008 Monthly Operating Report. | 2.10 | $ 210.00 | $ 441.00 |
| 06-Oct-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 2.10 | $ 210.00 | $ 441.00 |
| 07-Oct-08 | PC | Read news and message boards regarding the Debtor in response to its common stock price decline. | 1.70 | $ 210.00 | $ 357.00 |
| 09-Oct-08 | PC | Review various news articles on the specialty chemicals industry. | 1.00 | $ 210.00 | $ 210.00 |
| 13-Oct-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.60 | $ 210.00 | $ 336.00 |
| 14-Oct-08 | PC | Read news articles and message boards for due diligence. | 0.90 | $ 210.00 | $ 189.00 |
| 20-Oct-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.80 | $ 210.00 | $ 378.00 |
| 24-Oct-08 | PC | Commence review and analysis of Debtor's 3rd Quarter Earnings Report. | 1.80 | $ 210.00 | $ 378.00 |
| 27-Oct-08 | PC | Prepare weekly share price and settlement package value update for E Inselbuch. | 1.20 | $ 210.00 | $ 252.00 |
| 27-Oct-08 | PC | Revise weekly share price update and settlement package valuation to reflection value at the date of agreement at the request of counsel. | 1.10 | $ 210.00 | $ 231.00 |
| 27-Oct-08 | PC | Further review and analysis of Debtor's 3rd Quarter Earnings Report. | 3.30 | $ 210.00 | $ 693.00 |
| | | Total Business Operations | 18.60 | | $ 3,906.00 |
| **Case Administration** | | | | | |
| 13-Oct-08 | JS | Call with B Rapp to discuss planning of work and assignments. | 0.20 | $ 565.00 | $ 113.00 |
| | | Total Case Administration | 0.20 | | $ 113.00 |
| **Fee Applications (Applicant)** | | | | | |
| 16-Oct-08 | RL | Reviewed/edited bill draft and forwarded to counsel. | 0.30 | $ 425.00 | $ 127.50 |
| 16-Oct-08 | GS | Commence drafting September Fee Application. | 3.40 | $ 210.00 | $ 714.00 |
| 16-Oct-08 | GS | Finalize September Fee Application. | 0.60 | $ 210.00 | $ 126.00 |
| | | Total Fee Applications (Applicant) | 4.30 | | $ 967.50 |
| **Asset Disposition** | | | | | |
| 31-Oct-08 | BR | Review of documents relating to Grace's motion to sell a real estate parcel located in California at request of counsel to the ACC. | 2.10 | $ 565.00 | $ 1,186.50 |
| | | Total Asset Disposition | 2.10 | | $ 1,186.50 |
| **Valuation** | | | | | |
| 01-Oct-08 | BR | Telephone call with J Sinclair regarding status of Grace stock valuation and work to be done on the matter. | 0.40 | $ 565.00 | $ 226.00 |
| 01-Oct-08 | BR | Review and analysis of impact of financial markets turmoil on competitors of Grace and comparison with Grace's stock performance. | 3.50 | $ 565.00 | $ 1,977.50 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2008 through October 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 03-Oct-08 | BR | Review of e-mail from N Finch concerning the reasons behind the precipitous drop in Grace's share price. | 0.10 | $ 565.00 | $ 56.50 |
| 03-Oct-08 | BR | Review of COFC's weekly update report. | 0.30 | $ 565.00 | $ 169.50 |
| 03-Oct-08 | JS | Review, analyze Grace Monthly Financial Report for August and YTD 2008 for purposes of advising ACC counsel. | 2.90 | $ 565.00 | $ 1,638.50 |
| 03-Oct-08 | JS | Write report to ACC counsel regarding Grace's operating results, forecast and financial requirements for purposes of advising ACC counsel. | 2.70 | $ 565.00 | $ 1,525.50 |
| 06-Oct-08 | PC | Develop implied share price chart under various debt scenarios. | 4.10 | $ 210.00 | $ 861.00 |
| 09-Oct-08 | BR | Telephone call with M Peterson re asset valuation to be used in calculation of initial recovery percentage. | 0.10 | $ 565.00 | $ 56.50 |
| 09-Oct-08 | BR | Review of Peterson calculation of initial recovery percentage. | 0.20 | $ 565.00 | $ 113.00 |
| 09-Oct-08 | BR | Review of Sinclair's update on Asarco environmental obligations status. | 0.10 | $ 565.00 | $ 56.50 |
| 10-Oct-08 | BR | Telephone call with P Cramp to discuss Grace valuation and communication to be made to M Peterson. | 0.10 | $ 565.00 | $ 56.50 |
| 13-Oct-08 | BR | Call with J Sinclair to discuss impact of market conditions on valuation of assets for purpose of initial recovery percentage calculation. | 0.20 | $ 565.00 | $ 113.00 |
| 13-Oct-08 | PC | Revise implied share price at various debt levels chart. | 1.60 | $ 210.00 | $ 336.00 |
| 15-Oct-08 | BR | Call with J Sinclair re current status of the reorganization. | 0.30 | $ 565.00 | $ 169.50 |
| 15-Oct-08 | BR | Conference call with J Sinclair and M Peterson to discuss the initial payment percentage calculation. | 0.30 | $ 565.00 | $ 169.50 |
| 15-Oct-08 | BR | Review of revised initial recovery percentage prepared by M Peterson. | 0.10 | $ 565.00 | $ 56.50 |
| 15-Oct-08 | JS | Review, determine asset values to Asbestos Trust in preparation for conference call with M Peterson for initial payment percentage in accordance with TDP. | 2.60 | $ 565.00 | $ 1,469.00 |
| 15-Oct-08 | JS | Conference call with M Peterson and B Rapp to discuss asset values and initial payment percentage in accordance with TDP. | 0.30 | $ 565.00 | $ 169.50 |
| 16-Oct-08 | PC | Review and analyze 3rd Quarter earnings report for guideline company for use in market multiple valuation. | 0.80 | $ 210.00 | $ 168.00 |
| 16-Oct-08 | PC | Update market multiple valuation and workbook. | 1.30 | $ 210.00 | $ 273.00 |
| 17-Oct-08 | PC | Review 2nd Quarter earnings report for guideline company for use in market multiple valuation. | 1.90 | $ 210.00 | $ 399.00 |
| 17-Oct-08 | GS | Review and analyse recent analyst estimates for market multiple valuation. | 1.60 | $ 210.00 | $ 336.00 |
| 20-Oct-08 | BR | Review of weekly update report prepared by COFC. | 0.20 | $ 565.00 | $ 113.00 |
| 24-Oct-08 | JS | Review, analyze 3rd Quarter and 9 Months 2008 financial report, changes in accounting reporting, for valuation monitoring and for purposes of advising ACC counsel. | 2.60 | $ 565.00 | $ 1,469.00 |
| 24-Oct-08 | JS | Review, analyze 9 Months 2007 10-Q and 2007 10-K for impact of accounting changes, revise projections, for valuation monitoring and for purposes of advising ACC counsel. | 1.80 | $ 565.00 | $ 1,017.00 |
| 24-Oct-08 | JS | Discuss with G Sinclair Grace's 3rd Quarter 2008 financial report, direct him to draft report on financial results for purposes of advising ACC counsel. | 0.30 | $ 565.00 | $ 169.50 |
| 24-Oct-08 | GS | Draft memo regarding 3rd Quarter financial results. | 1.70 | $ 210.00 | $ 357.00 |
| 27-Oct-08 | BR | Review of weekly update report prepared by COFC. | 0.20 | $ 565.00 | $ 113.00 |
| 27-Oct-08 | JS | Review counsel's inquiry regarding settlement package values, Cramp's pricing and valuation update, for purposes of advising ACC counsel. | 0.80 | $ 565.00 | $ 452.00 |
| 28-Oct-08 | BR | Review and analysis of Future Representative's proposed protocol for determining the initial payment percentage. | 0.50 | $ 565.00 | $ 282.50 |
| 28-Oct-08 | BR | Review of COFC analysis of discount rates in connection with asbestos liabilities in preparation for call with Sinclair to discuss Future Representatives proposed protocol for determining the intial payment percentage. | 0.60 | $ 565.00 | $ 339.00 |
| 28-Oct-08 | BR | Conference call with Sinclair and Cramp to discuss response to Future Representatives proposed protocol for determining the initial recovery | 0.40 | $ 565.00 | $ 226.00 |
| 28-Oct-08 | JS | Review, analyze ACC counsel's inquiry (Inselbuch), materials regarding valuation of settlement package at time of agreement for purposes of advising counsel for IPP (Initial Payment Percentage) in accordance with Trust Distribution Procedures (TDP). | 2.80 | $ 565.00 | $ 1,582.00 |
| 28-Oct-08 | JS | Draft memorandum regarding methodology for valuing assets and claims for purposes of advising ACC counsel for IPP. | 2.60 | $ 565.00 | $ 1,469.00 |
| 28-Oct-08 | JS | Revise memorandum regarding methodology for valuing assets and claims for purposes of advising ACC counsel for IPP. | 0.90 | $ 565.00 | $ 508.50 |
| 28-Oct-08 | PC | Review and analyze 3rd Quarter earnings report for guideline company for use in market multiple valuation. | 1.60 | $ 210.00 | $ 336.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2008 through October 31, 2008

| Date | Staff | Description | Hours | 2008 Rate | Amount |
|---|---|---|---|---|---|
| 30-Oct-08 | BR | Preparation of spreadsheet showing present value of deferred settlement payments at varying discount rates at request of counsel. | 0.60 | $ 565.00 | $ 339.00 |
| | | Total Valuation | 43.10 | | $ 19,168.50 |
| | | **TOTAL** | 75.90 | | $ 29,529.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Services Rendered during the Period October 1, 2008 through October 31, 2008
Summary of Professional Hours by Staff

| Professsional Staff | Hours | Rate | Amount |
|---|---|---|---|
| Bradley Rapp - Senior Managing Director | 10.30 | $ 565.00 | $ 5,819.50 |
| James Sinclair - Senior Managing Director | 27.80 | $ 565.00 | $ 15,707.00 |
| Robert Lindsay - Director | 0.30 | $ 425.00 | $ 127.50 |
| Peter Cramp - Analyst | 30.20 | $ 210.00 | $ 6,342.00 |
| Gibbons Sinclair - Analyst | 7.30 | $ 210.00 | $ 1,533.00 |
| Total Professional Hours and Fees | 75.90 | | $ 29,529.00 |

Charter Oak Financial Consultants, LLC - W.R. Grace
Summary of Expenses Incurred - October 1, 2008 through October 31, 2008

| Date | Description of Item | Amount |
|---|---|---|
| - | No Expenses for this period. | - |

Total Expenses October 1, 2008 through October 31, 2008     $0.00