## EXHIBIT A

### Case Administration (16.00 Hours; $ 9,207.00)

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 2.50 | $840 | 2,100.00 |
| Trevor W. Swett | 1.70 | $660 | 1,122.00 |
| Bernard Bailor | 6.80 | $630 | 4,284.00 |
| Rita C. Tobin | .40 | $530 | 212.00 |
| James P. Wehner | 1.70 | $475 | 807.50 |
| David B. Smith | 2.90 | $235 | 681.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/03/08 | PVL | 840.00 | 0.70 | Review Hurford memo (.1); review 56 miscellaneous filings (.5); teleconference Pacheco (.1). |
| 10/03/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and dockets re EI update (.2) |
| 10/07/08 | PVL | 840.00 | 0.30 | Review 11 miscellaneous filings (.1); review preliminary agenda and email (.2). |
| 10/08/08 | PVL | 840.00 | 0.20 | Teleconference Henry (claimant). |
| 10/09/08 | JPW | 475.00 | 0.60 | LTC update - review filings |
| 10/10/08 | TWS | 660.00 | 0.90 | Memo to Committee re Fresenius affiliate (.4); revise letter to Fresenius affiliate; e-mail to EI re same (.5) |
| 10/13/08 | TWS | 660.00 | 0.60 | Revise and transmit memo to Committee re proposed engagement; telephone conferences with T. Wilson re same and follow up |
| 10/17/08 | PVL | 840.00 | 0.30 | Review 12 miscellaneous filings (.1); teleconference Hurford (.1); review am agenda and COC re ZAI bar date (.1). |
| 10/17/08 | TWS | 660.00 | 0.20 | Conflicts Committee - Telephone conference with EI re Grace waiver; e-mail Committee members' counsel re proposed engagement |
| 10/17/08 | DBS | 235.00 | 1.20 | Review audio recording of EPA-SEB meeting and coordinate with court reporter to create transcript of recording. |
| 10/23/08 | PVL | 840.00 | 0.10 | Teleconference Lenow. |

{D0141802.1 }

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/24/08 | PVL | 840.00 | 0.10 | Review 4 miscellaneous filings. |
| 10/24/08 | JPW | 475.00 | 1.10 | Analyze settlement issues |
| 10/27/08 | BSB | 630.00 | 4.30 | Review FOIA materials |
| 10/27/08 | RCT | 530.00 | 0.20 | Review local counsel recommendations and docket re EI update (.2) |
| 10/28/08 | BSB | 630.00 | 0.40 | FOIA research |
| 10/28/08 | PVL | 840.00 | 0.40 | Review 19 miscellaneous filings (.2); teleconference Hurford (.2) |
| 10/28/08 | DBS | 235.00 | 1.70 | Compile transcript, audio files and affidavit to be sent to counsel re EPA-SEB meeting. |
| 10/29/08 | PVL | 840.00 | 0.20 | Teleconference Hurford. |
| 10/30/08 | BSB | 630.00 | 0.90 | Review memoranda from TWS |
| 10/30/08 | PVL | 840.00 | 0.10 | Review LTC settlement agmt. |
| 10/31/08 | BSB | 630.00 | 1.20 | FOIA matters |
| 10/31/08 | PVL | 840.00 | 0.10 | Review 6 miscellaneous filings. |

**Total Task Code .04        16.00**


**Claim Analysis Objection & Resolution (Asbestos) (1.20 Hours; $ 1,008.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 1.20 | $840 | 1,008.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/03/08 | PVL | 840.00 | 0.40 | Review Libby cls. stay opposition (.1); review Anderson recon motion re class cert. (.1); review Montana stay reply (.2). |
| 10/07/08 | PVL | 840.00 | 0.10 | Review Libby cls 2d motion to recon. |

| 10/13/08 | PVL | 840.00 | 0.20 | Review ct.opinion re CA pd claims. |
|---|---|---|---|---|
| 10/14/08 | PVL | 840.00 | 0.10 | Review opinion re Maserich claim. |
| 10/29/08 | PVL | 840.00 | 0.10 | Review Buckwalter op. re Montana stay motion. |
| 10/30/08 | PVL | 840.00 | 0.30 | Review ZAI cls class cert motion. |

**Total Task Code .05    1.20**

**Employment Applications, Others (.80 Hours; $ 546.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | .20 | $840 | 168.00 |
| Bernard Bailor | .60 | $630 | 378.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/07/08 | BSB | 630.00 | 0.60 | FOIA letter |
| 10/14/08 | PVL | 840.00 | 0.20 | Review Rich retention applic and motion to shorten notice. |

**Total Task Code .10    .80**

**Fee Applications, Applicant (4.70 Hours; $ 2,003.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 3.20 | $530 | 1,696.00 |
| Eugenia Benetos | 1.50 | $205 | 307.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/06/08 | RCT | 530.00 | 1.00 | Attend to issues re monthly fee application (1.0) |

| 10/07/08 | RCT | 530.00 | 0.50 | Review pre-bills (.5) |
| 10/16/08 | RCT | 530.00 | 0.50 | Review Exhibits (.5) |
| 10/21/08 | EB | 205.00 | 1.00 | Work on monthly/ interim fee application. (1) |
| 10/27/08 | RCT | 530.00 | 1.00 | Address fee issues (1.0) |
| 10/31/08 | RCT | 530.00 | 0.20 | Review fee application Schedules for November (.2) |
| 10/31/08 | EB | 205.00 | 0.50 | Prepare fee and expense report for fee application exhibit. (.5) |

**Total Task Code .12    4.70**


**Litigation and Litigation Consulting (109.30 Hours; $ 50,959.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Trevor W. Swett | .20 | $660 | 132.00 |
| Nathan D. Finch | 61.50 | $610 | 37,515.00 |
| Adam L. Vangrack | 24.90 | $320 | 7,968.00 |
| Andrew J. Sackett | .50 | $255 | 127.50 |
| Michael C. Greene | 22.20 | $235 | 5,217.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 08/20/08 | MCG | 235.00 | 0.70 | (Late Entry) Per A. Sackett, cite-check 50-state memorandum re wrongful death as a separate and distinct cause of action. |
| 08/21/08 | MCG | 235.00 | 6.50 | (Late Entry) Per A. Sackett, cite-check 50-state memorandum re wrongful death as a separate and distinct cause of action. |
| 08/22/08 | MCG | 235.00 | 3.00 | (Late Entry) Per A. Sackett, cite-check 50-state memorandum re wrongful death as a separate and distinct cause of action. |
| 08/25/08 | MCG | 235.00 | 6.50 | (Late Entry) Per A. Sackett, cite-check 50-state memorandum re wrongful death as a separate and distinct cause of action. |

| | | | | |
|---|---|---|---|---|
| 08/26/08 | MCG | 235.00 | 5.50 | (Late Entry) Per A. Sackett, cite-check 50-state memorandum re wrongful death as a separate and distinct cause of action. (5.5) |
| 10/01/08 | NDF | 610.00 | 1.50 | Work on plan confirmation issues. |
| 10/02/08 | NDF | 610.00 | 1.30 | Review and respond to emails re case issues. |
| 10/03/08 | NDF | 610.00 | 3.70 | Review financials, email to financial advisor re drastic decline in equity value and value of options, and respond to emails re same (1.2); draft and revise memo to EI re Libby issues for use with debtors' counsel next week (2.5). |
| 10/06/08 | NDF | 610.00 | 0.50 | Review and respond to emails about Libby issue. |
| 10/07/08 | NDF | 610.00 | 3.50 | Prepare for meeting with debtors' counsel re plan issues. |
| 10/08/08 | NDF | 610.00 | 4.70 | Prepare for meeting with debtors' counsel re plan confirmation issues (2.7); meet with debtors' counsel and FCR re plan issues (2.0). |
| 10/09/08 | NDF | 610.00 | 1.20 | Email to PVNL re Libby issues (0.5); review Grace financial information in light of credit crisis (0.5); confer with PVNL and RER re case issues and assignments (0.2). |
| 10/10/08 | NDF | 610.00 | 2.00 | Attention to plan confirmation issues. |
| 10/15/08 | NDF | 610.00 | 0.40 | Review email correspondence and respond to same. |
| 10/17/08 | NDF | 610.00 | 3.40 | Review disclosure statement objections. |
| 10/20/08 | NDF | 610.00 | 0.50 | Respond to emails re cooperation agreement (0.4); telephone conference with ACM re same (0.1). |
| 10/21/08 | NDF | 610.00 | 5.00 | Read Libby objections (1.0); draft outline to Libby claimants' objection to DS and Plan (3.5); dictate email to Horkovich and ACM re documents needed for PI trust (0.5). |
| 10/22/08 | NDF | 610.00 | 6.00 | Teleconference with plan proponents re DS objections (1.3); draft repsonse to Libby objections (3.8); dictate email to PVNL and JAL re DS objections and response to same (0.6); edit email to DS objections (0.3). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/22/08 | ALV | 320.00 | 2.90 | Review Libby Claimants relevant reports and pleadings; Review of Libby Claimants' Objections to Debtors Disclosure Statement for Joint Plain of Reorganization. |
| 10/23/08 | NDF | 610.00 | 0.70 | Read draft documents to be filed with court in advance of DS hearing. |
| 10/24/08 | NDF | 610.00 | 3.90 | Work on outline of response to Libby confirmation objections (2.4); meet with PVNL and JAL to discuss same (1.5). |
| 10/24/08 | ALV | 320.00 | 1.80 | Review case law argued within Libby Claimants' Objections to Debtors Disclosure Statement for Joint Plain of Reorganization. |
| 10/27/08 | NDF | 610.00 | 4.60 | Work on outline of response to Libby claimants' objections and evidence gathering to meet same. |
| 10/27/08 | ALV | 320.00 | 1.40 | Review Libby Claimants' Objections to Debtors Disclosure Statement for Joint Plain of Reorganization. |
| 10/28/08 | NDF | 610.00 | 4.00 | Work on plan confirmation trial plan re Libby issues. |
| 10/28/08 | ALV | 320.00 | 7.00 | Review Libby Claimants' Objections to Debtors Disclosure Statement for Joint Plain of Reorganization; case law research regarding response to Libby Claimants' Objections to Debtors Disclosure Statement for Joint Plain of Reorganization. |
| 10/29/08 | NDF | 610.00 | 2.90 | Confer with PVNL and EI re confirmation hearing planning (Libby) (1.7); work on outline of trial plan re same (1.2). |
| 10/30/08 | TWS | 660.00 | 0.20 | Read proposed LTC settlement agreement |
| 10/30/08 | NDF | 610.00 | 5.40 | Confer with JAL re confirmation hearing briefing and objections (1.5); telephone conference with PVNL and Horkovich re insurance issues (1.0); review memos re insurance issues (1.5); trial plan for estimation hearing (1.4). |
| 10/30/08 | ALV | 320.00 | 4.10 | Document, pleadings, and case review regarding response to Libby Claimants' Objections to Debtors Disclosure Statement for Joint Plain of Reorganization. |

| Date | Init | Rate | Hours | Narrative |
|---|---|---|---|---|
| 10/31/08 | NDF | 610.00 | 6.30 | Work on confirmation trial plan outline of testimony (4.5); get materials from EPA asbestos meeting to deal with Libby fiber type issue (1.0); draft suggested language for disclosure statement (0.5); email to PVNL re case issues (0.2); telephone conference with EI re same (0.1). |
| 10/31/08 | ALV | 320.00 | 7.70 | Meet with JAL and AJS to discuss response to Libby Claimants' Objections to Debtors Disclosure Statement for Joint Plain of Reorganization; case law research regarding response to Libby Claimants' Objections to Debtors Disclosure Statement for Joint Plain of Reorganization. |
| 10/31/08 | AJS | 255.00 | 0.50 | Meeting with JAL and ALV regarding response to objections to disclosure statement. |

**Total Task Code.16**          **109.30**


**Plan & Disclosure Statement (139.90 Hours; $ 94,894.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Elihu Inselbuch | 14.40 | $920 | 13,248.00 |
| Peter Van N. Lockwood | 52.50 | $840 | 44,100.00 |
| Ann C. McMillan | 16.60 | $580 | 9,628.00 |
| Jeffrey A. Liesemer | 56.40 | $495 | 27,918.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/01/08 | EI | 920.00 | 0.20 | Review Hurford memo. |
| 10/01/08 | JAL | 495.00 | 0.10 | Reviewed court's order shortening notice re: disclosure statement objections and setting hearing date. |
| 10/03/08 | PVL | 840.00 | 2.60 | Teleconference JAL (.1); review banks surreply (.1); teleconference EI (.3); review POR (1.1); review Grace surreply (.1); review voting motion (.2); review email (.5); review motion re PD FCR (.2). |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/03/08 | EI | 920.00 | 1.80 | T/c Bernick & memo to schedule meeting (.3); t/cs Hurford/Baer re: Libby objections (.3); t/c PVNL & memo to Committee re: Montana overtures (1.0); memo re: PD settlement (.2). |
| 10/03/08 | JAL | 495.00 | 0.10 | Tele. call w/PVNL re: developments and issues relating to plan documents. |
| 10/03/08 | JAL | 495.00 | 0.10 | Review memo from EI re: 524(g) plan issues. |
| 10/04/08 | PVL | 840.00 | 0.50 | Review revised POR corp docs. |
| 10/07/08 | EI | 920.00 | 0.10 | Memo to Baer. |
| 10/08/08 | PVL | 840.00 | 1.30 | Teleconference Horkovich (.8); review email and reply (.2); email Monaco (.1); teleconference Portner (.2). |
| 10/08/08 | EI | 920.00 | 2.40 | Meeting to review Libby issues with NDF, Bernick, Freedman, Equity Committee and Futures Rep (1.5); t/c Philips re: (vi) (.2); t/cs Florence and ACM re: same (.5); memo PVNL re: Montana (.2). |
| 10/08/08 | ACM | 580.00 | 2.10 | Teleconference EI re TDP issue (.2); exchange e-mails with S. Kazan, EI re same (.8); teleconference M. Peterson re payment percentage (.2); review files re same (.9). |
| 10/09/08 | PVL | 840.00 | 0.30 | Review NDF email and reply (.2); teleconference Horkovich (.1). |
| 10/09/08 | ACM | 580.00 | 0.30 | Exchange e-mails with Mark Peterson re TDP payment percentage. |
| 10/10/08 | PVL | 840.00 | 3.00 | Review NDF email and reply (.1); review Horkovich email (.2); teleconference Horkovich, Wyron and Frankel (2.4); teleconference Frankel and Wyron (.3). |
| 10/10/08 | JAL | 495.00 | 0.20 | Reviewed e-mail exchanges re: plan issues. |
| 10/10/08 | JAL | 495.00 | 0.40 | Review and revisions to draft Asbestos Insurance Transfer Agreement. |
| 10/10/08 | JAL | 495.00 | 0.10 | E-mail exchanges w/R. Wyron re: Asbestos Insurance Transfer Agreement. |
| 10/10/08 | JAL | 495.00 | 0.20 | Reviewed inquiries from insurers re: proposed plan and disclosure statement. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/10/08 | JAL | 495.00 | 0.20 | Drafted e-mail to PVNL re: Asbestos Insurance Assignment Transfer Agreement. |
| 10/13/08 | PVL | 840.00 | 0.20 | Teleconference Portner. |
| 10/13/08 | ACM | 580.00 | 0.10 | Exchange e-mails with JAL re Cooperation Agreement. |
| 10/13/08 | JAL | 495.00 | 0.10 | E-mail exchanges w/R. Wyron re: draft Cooperation Agreement. |
| 10/13/08 | JAL | 495.00 | 0.10 | E-mail exchange w/ACM re: draft Cooperation Agreement. |
| 10/14/08 | PVL | 840.00 | 0.10 | Review email. |
| 10/14/08 | EI | 920.00 | 0.20 | T/c Sinclair re: values (.2). |
| 10/14/08 | ACM | 580.00 | 0.60 | Exchange e-mails with R. Frankel re TDP (.3); exchange e-mails with JAL re Cooperation Agreement (.3). |
| 10/14/08 | JAL | 495.00 | 0.10 | Drafted e-mail to R. Wyron re: draft Cooperation Agreement. |
| 10/14/08 | JAL | 495.00 | 0.10 | Drafted e-mail to ACM re: Sealed Air's comments on draft TDP. |
| 10/14/08 | JAL | 495.00 | 0.20 | Meeting w/PVNL re: plan issues. |
| 10/14/08 | JAL | 495.00 | 2.90 | Review and analysis of Sealed Air's mark-up of the TDP, the Plan, and the Disclosure Statement. |
| 10/15/08 | EI | 920.00 | 0.90 | T/c Peterson re: status (.2); t/c Frankel re: IPP issues (.4); Wyron request (.1); memos re: PD status (.1); NDF Rich inquiry (.1). |
| 10/15/08 | ACM | 580.00 | 0.50 | Teleconference R. Wyron and e-mail exchanges with EI, NDF re Libby claimant issues regarding TDP. |
| 10/15/08 | JAL | 495.00 | 1.70 | Drafted and revised memo to PVNL re: Sealed Air's mark-up of the plan and disclosure statement. |
| 10/15/08 | JAL | 495.00 | 0.20 | Review and analysis of materials relating to plan issues. |
| 10/16/08 | EI | 920.00 | 0.40 | Memo re: Sealed Air TDP comments. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/16/08 | ACM | 580.00 | 0.50 | Review Sealed Air comments on TDP. |
| 10/16/08 | JAL | 495.00 | 0.20 | Exchange of e-mails w/L. Esayian re: revised draft of Asbestos Insurance Transfer Agreement. |
| 10/17/08 | PVL | 840.00 | 4.30 | Teleconference Hurford re DS objs (.1); review email re same (.5); review Scotts DS obj (.2); review MCC DS objs and indemnity agreement (.1); review Horkovich ins charts (.2); teleconference Horkovich, Wyron and Frankel (.3); teleconference Baer, Frankel, Wyron, Horkovich, et al (.5); teleconference Horkovich and Wyron (1.3); teleconference EI (.1); review misc DS objs (.5); review revised PRO drafts (.4); review email re same (.1). |
| 10/17/08 | EI | 920.00 | 0.70 | Memo re: IPP issues (.5); t/c PVNL re: Sealed Air comments (.2). |
| 10/17/08 | ACM | 580.00 | 1.30 | Exchange e-mails with C. Bruens, D. Pacheco re voting agent (.3); review Sealed Air comments on Trust Agreement (1.0). |
| 10/17/08 | JAL | 495.00 | 0.20 | Brief review of disclosure statement objections. |
| 10/19/08 | PVL | 840.00 | 6.10 | Review SA revised POR and JAL comments (.6); review SA revised DS and JAL comments (.7); review SA revised TDP and EI email (.2); review SA revised trust agreement (.5); review revised deferred pymt agmt (.2); review revised guarantee and share issuance agmts (.3) review DS objs of Kaneb (.2); BNSF (1.1); ERISA claimants (.1); UST (.1) Montana (.1); Canada (.2); FFIC (.4); CNA (.3); 5 miscellaneous insurers (.1); UCC (.4); Bank Lenders (.1); B of A (.3); Longacre (.1); review Scotts adv complaint (.1). |
| 10/20/08 | PVL | 840.00 | 3.70 | Review email and reply (.3); review SA revs to draft ins agmt (.1); review SA revised POR (.7); teleconference Hurford (.1); review Libby cls DS obj (.2); email Wyron (.1); teleconference EI (.2); teleconference Frankel, Wyron, JAL (2). |
| 10/20/08 | EI | 920.00 | 0.90 | Memo NDF re: cooperation agmt (.1); memo Cohn (.1); reviewed Libby memo (at home)(.7). |
| 10/20/08 | ACM | 580.00 | 0.20 | Teleconference N. Finch re Cooperation Agreement. |
| 10/20/08 | JAL | 495.00 | 1.90 | Tele. conf. w/PVNL and R. Wyron re: plan and disclosure statement issues. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/21/08 | PVL | 840.00 | 2.20 | Review mail and reply (.2); teleconference EI (.1); teleconference NDF (.1); review Libby cls DS obj (1.8). |
| 10/21/08 | EI | 920.00 | 1.10 | Reviewed Trust Agmt Sealed Air mark-ups (.7); memos PVNL (.2); t/c NDF re: Libby response (.2). |
| 10/21/08 | ACM | 580.00 | 1.80 | Review Sealed Air comments on TDP and Trust Agreement. |
| 10/21/08 | JAL | 495.00 | 0.30 | Office conf. w/NDF re: prep. of response to Libby disclosure statement and plan objections. |
| 10/21/08 | JAL | 495.00 | 0.20 | Brief review and analysis of Libby claimants' disclosure statement and plan objections. |
| 10/22/08 | PVL | 840.00 | 2.70 | Teleconference Freedman, Frankel et al. (1.4); review email (.2); teleconference Portner (.1); teleconference EI (.1); review draft chart re DS objs (.8); review draft POR and DS revs. (.1). |
| 10/22/08 | EI | 920.00 | 0.10 | Memos re: disclosure statement. |
| 10/22/08 | ACM | 580.00 | 1.20 | Exchange e-mails with B. Hurkovich re Cooperation Agreement (.5); review Sealed Air comments to Trust Agreement and send e-mail to EI, PVNL re same (.7). |
| 10/22/08 | JAL | 495.00 | 1.50 | Tele. conf. w/Plan Proponents' counsel re: plan and disclosure statement objections. |
| 10/22/08 | JAL | 495.00 | 0.20 | Office conf. w/NDF re: prep. of response to disclosure statement objections. |
| 10/22/08 | JAL | 495.00 | 0.20 | Brief review of disclosure statement objection filed by the Libby claimants. |
| 10/22/08 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges between PVNL and NDF re: disclosure statement objections. |
| 10/23/08 | PVL | 840.00 | 4.70 | Review draft DS reply brief (.8); teleconference Wyron (.7); teleconference Freedman, Baer, Boll, Esayian, Frankel, Wyron, JAL et al (2.4); confer JAL (.4); teleconference EI (.1); review email (.1); review POR revisions and email Wyron (.2). |
| 10/23/08 | JAL | 495.00 | 0.10 | Exchange of e-mails w/D. Felder re: revised draft of Asbestos Insurance Transfer Agreement. |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 10/23/08 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges between PVNL and NDF re: disclosure statement objections. |
| 10/23/08 | JAL | 495.00 | 1.10 | Review and analysis of materials relating to disclosure statement objections. |
| 10/23/08 | JAL | 495.00 | 0.70 | Further revisions and edits to Asbestos Insurance Transfer Agreement. |
| 10/23/08 | JAL | 495.00 | 2.50 | Conf. call w/Plan Proponents' counsel re: disclosure statement and plan objections. |
| 10/23/08 | JAL | 495.00 | 0.30 | Tele. call w/PVNL re: disclosure statement and plan confirmation issues. |
| 10/23/08 | JAL | 495.00 | 0.10 | Drafted e-mail to R. Horkovich re: Asbestos Insurance Transfer Agreement. |
| 10/23/08 | JAL | 495.00 | 0.30 | Tele. call w/M. Hurford re: disclosure statement objections and anticipated response. |
| 10/23/08 | JAL | 495.00 | 0.20 | Reviewed draft joinder and sent comments re: same to M. Hurford. |
| 10/23/08 | JAL | 495.00 | 0.40 | Reviewed Sealed Air's comments to Plan and Asbestos Insurance Transfer Agreement. |
| 10/24/08 | PVL | 840.00 | 3.40 | Review email and reply (.5); review final DS reply brief (.4); confer NDF and JAL (1.9); teleconference Freedman (.4); review revised POR corp docs (.2). |
| 10/24/08 | JAL | 495.00 | 1.30 | Review and analysis of Debtors' consolidated response to Disclosure Statement objections. |
| 10/24/08 | JAL | 495.00 | 0.20 | Drafted e-mail to PVNL re: issue related to Disclosure Statement. |
| 10/24/08 | JAL | 495.00 | 0.20 | Reviewed draft joinder to consolidated response and drafted e-mail to M. Hurford re: same. |
| 10/24/08 | JAL | 495.00 | 1.30 | Review and analysis of Libby claimants' objections to disclosure statement and plan. |
| 10/24/08 | JAL | 495.00 | 1.60 | Office conf. w/PVNL and NDF re: Libby claimants' objections to disclosure statement and plan. |
| 10/24/08 | JAL | 495.00 | 0.30 | Checked, finalized, and transmitted form of Asbestos Insurance Transfer Agreement to L. Esayian. |

| Date | Atty | Rate | Hours | Description |
|---|---|---|---|---|
| 10/24/08 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges between Debtor and Sealed Air re: Asbestos Insurance Transfer Agreement. |
| 10/26/08 | PVL | 840.00 | 1.60 | Prep for hearing (1.1); confer Frankel (.5). |
| 10/26/08 | ACM | 580.00 | 0.90 | Exchange e-mails with L. Busch re Plan deadlines (.3); review files re same (.6). |
| 10/26/08 | JAL | 495.00 | 3.70 | Review and analysis of disclosure statement objections. |
| 10/27/08 | PVL | 840.00 | 7.40 | Attend DS hearing (6.5); confer Wyron et al (.6); confer Wyron (.2); confer Frankel (.1). |
| 10/27/08 | EI | 920.00 | 1.00 | Frankel protocol review (.5); memos Sinclair, Rice and Frankel re: same (.5). |
| 10/27/08 | JAL | 495.00 | 6.70 | Appearance at hearing on approval of disclosure statement. |
| 10/27/08 | JAL | 495.00 | 0.60 | Meeting w/PVNL, R. Horkovich, R. Wyron, and M. Hurford re: disclosure statement issues. |
| 10/27/08 | JAL | 495.00 | 0.40 | Review and analysis of NDF's outline of response to Libby claimants' confirmation objections. |
| 10/27/08 | JAL | 495.00 | 0.10 | Drafted e-mail to M. Hurford re: disclosure statement matter. |
| 10/27/08 | JAL | 495.00 | 0.10 | Reviewed e-mail exchanges from PVNL and NDF re: Libby claimants' confirmation-related objections. |
| 10/27/08 | JAL | 495.00 | 2.60 | Review and analysis of materials relating to Libby claimants' confirmation-related objections. |
| 10/28/08 | PVL | 840.00 | 1.20 | Review emails (.1); teleconference Cobb (1.1). |
| 10/28/08 | EI | 920.00 | 0.90 | Memo Frankel (.2); t/c Sinclair (.2); conf. Rice and Cooney (.2) all re: values, setting Libby conf. call and reading NDF materials (.3). |
| 10/28/08 | ACM | 580.00 | 0.20 | Conference EI, J. Rice, J. Cooney, S. Baron re plan issues. |
| 10/28/08 | JAL | 495.00 | 1.30 | Review and analysis of materials relating to Libby Claimants' confirmation-related objections. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/28/08 | JAL | 495.00 | 0.90 | Legal research and analysis relating to Libby Claimants' confirmation-related objections. |
| 10/29/08 | PVL | 840.00 | 2.60 | Review emails and reply (.4); review draft PD CMO and order re deadlines (.2); review NDF memo regarding conf. issues (.3); teleconference with EI, NDF and JAL (.9); conference with NDF and JAL (.7); review revised POR Exh. 5 (.1). |
| 10/29/08 | EI | 920.00 | 3.30 | Conf. Frankel re: IPP (1.5); prep (.5); t/c Rice (.1); conf. hearing prep with PVNL, NDF and JAL (1.1); hearing memo (.1). |
| 10/29/08 | ACM | 580.00 | 2.10 | Conference call with B. Horkovich, D. Felder, J. Hughes, A. Running re Cooperation Agreement (.4); prepare for call (.3); review Plan and Disclosure Statement (1.4). |
| 10/29/08 | JAL | 495.00 | 0.10 | Office conference with AJS regarding objections related to Libby confirmation. |
| 10/29/08 | JAL | 495.00 | 4.40 | Legal research and analysis in connection with Libby Claimants' confirmation objections. |
| 10/29/08 | JAL | 495.00 | 0.40 | Review District Court's decision denying Montana's motion for stay pending appeal. |
| 10/29/08 | JAL | 495.00 | 1.70 | Conference with EI, PVNL and NDF regarding disclosure statement and plan confirmation issues. |
| 10/30/08 | PVL | 840.00 | 2.00 | Review email and reply (.3); review order re est of Libby claims (.1); review revised Exh 5 and email Horkovich (.1); review Baer email and reply (.2); confer NDF (.3); teleconference Horkovich and NDF (.9); review draft letter to insurers and email Horkovich (.1). |
| 10/30/08 | EI | 920.00 | 0.40 | Reviewed Sinclair materials (.2); t/c Kazan re: status (.1); t/c NDF re: briefing (.1). |
| 10/30/08 | ACM | 580.00 | 2.80 | Review Sealed Air comments on TDP, Trust Agreement and Plan. |
| 10/30/08 | JAL | 495.00 | 0.80 | Review and analysis of legal research in order to prepare response to Libby Claimants' confirmation-related objections. |

| Date | Initials | Rate | Hours | Description |
|---|---|---|---|---|
| 10/30/08 | JAL | 495.00 | 1.50 | Office conference with NDF regarding preparation of response to Libby Claimants' confirmation-related objections |
| 10/30/08 | JAL | 495.00 | 0.50 | Drafted and revised memo to ALV and AJS regarding preparation of response to Libby Claimants' objections. |
| 10/30/08 | JAL | 495.00 | 0.30 | Office conference with ALV regarding issues relating to Libby Claimants' objections. |
| 10/30/08 | JAL | 495.00 | 0.10 | Office conference with AJS regarding Libby Claimants' objections. |
| 10/30/08 | JAL | 495.00 | 0.40 | Reviewed e-mail exchanges between J. Baer, PVNL, et al., regarding Judge's rulings at Disclosure Statement hearing. |
| 10/30/08 | JAL | 495.00 | 1.20 | Review and analysis of materials related to confirmation objections raised by Libby Claimants. |
| 10/30/08 | JAL | 495.00 | 0.10 | Reviewed memo from M. Hurford regarding Disclosure Statement hearing. |
| 10/31/08 | PVL | 840.00 | 2.60 | Teleconference Wyron, Wallace, Felder and ACM (1.5); review email and reply (.1); review revised POR (.8); review NDF draft DS insert (.1); review revised voting proc (.1). |
| 10/31/08 | ACM | 580.00 | 2.00 | Teleconference PVNL, R. Wyron, M. Wallace re TDP and Trust Agreement (1.5); prepare for call (.5). |
| 10/31/08 | JAL | 495.00 | 0.20 | Review e-mail from R. Horkovich regarding plan-related insurance issues. |
| 10/31/08 | JAL | 495.00 | 5.20 | Review and analysis of materials relating to Libby Claimants' confirmation-related objections. |
| 10/31/08 | JAL | 495.00 | 0.50 | Office conference with ALV and AJS regarding legal research and drafting. |
| 10/31/08 | JAL | 495.00 | 0.20 | Drafted memos to ALV regarding issues relating to Libby Claimants' confirmation-related objections. |

**Total Task Code .17      139.90**

**Travel – Non Working (16.50 Hours; $ 5,837.50)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Peter Van N. Lockwood | 8.10 | $420 | 3,402.00 |
| Nathan D. Finch | 6.20 | $305 | 1,891.00 |
| Jeffrey A. Liesemer | 2.20 | $247.50 | 544.50 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/08/08 | NDF | 305.00 | 6.20 | Travel to New York for meeting with debtors' counsel (3.0); travel back to DC from New York meeting (3.2). |
| 10/26/08 | PVL | 420.00 | 2.60 | Travel to Pittsburgh. |
| 10/26/08 | JAL | 247.50 | 1.10 | Travel to Pittsburgh for disclosure statement hearing. |
| 10/27/08 | PVL | 420.00 | 5.50 | Travel to/from court; return travel to DC. |
| 10/27/08 | JAL | 247.50 | 1.10 | Travel from Pittsburgh to D.C., after disclosure statement hearing. |

**Total Task Code  .21**        **16.50**

**Fee Auditor Matters (2.20 Hours; $ 1,166.00)**

| Attorney | Number of Hours | Billing Rate | Value |
|---|---|---|---|
| Rita C. Tobin | 2.20 | $530 | 1,166.00 |

| Trans Date | Empl Init | Bill Rate | Billing Hours | Full Narrative |
|---|---|---|---|---|
| 10/02/08 | RCT | 530.00 | 0.70 | Address Fee Auditor issue (.7) |
| 10/08/08 | RCT | 530.00 | 0.50 | Address Fee Auditor issues (.5) |
| 10/28/08 | RCT | 530.00 | 1.00 | Address fee auditor issues (1.0) |

**Total Task Code .32**      **2.20**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 2,291.45 |
| Air Freight & Express Mail | 55.30 |
| Charge of Cell and/or Home Phone Useage | 3.07 |
| Conference Meals | 8.80 |
| Database Research | 827.20 |
| Long Distance-Equitrac In-House | 8.79 |
| Meals Related to Travel | 125.50 |
| Postage & Air Freight | 41.51 |
| Research Material | 20.32 |
| Travel Expenses - Ground Transportation | 713.91 |
| Travel Expenses - Hotel Charges | 393.06 |
| Xeroxing | 383.90 |
| **Total:** | **$ 4,872.81** |

{D0141802.1 }