**EXHIBIT B**

**Case Administration (16.00 Hours; $ 9,207.00)**

   Services rendered in this category pertain to the general administration of the bankruptcy case and coordination with local counsel to the Asbestos Committee on all pending matters.

**Total Task Code .04  16.00**


**Claim Analysis Objection & Resolution (Asbestos) (1.20 Hours; $ 1,008.00)**

   Services rendered in this category pertain to the review, analysis of and response to claims filed against the Debtor's estates.

**Total Task Code .05  1.20**


**Employment Applications, Others (.80 Hours; $ 546.00)**

   Services rendered in this category pertain to the review of the retention applications of professionals and experts other than Caplin & Drysdale.

**Total Task Code .10  .80**


**Fee Applications, Applicant (4.70 Hours; $ 2,003.50)**

   Services rendered in this category pertain to the preparation and review of Caplin & Drysdale's fee applications, including the fees and expenses of Caplin & Drysdale's special consultant, Professor Elizabeth Warren.

**Total Task Code .12  4.70**


**Litigation and Litigation Consulting (109.30 Hours; $ 50,959.50)**

   Services rendered in this category pertain to litigation regarding all matters other than insurance recovery and relief from the automatic stay.

**Total Task Code .16  109.30**


**Plan & Disclosure Statement (139.90 Hours; $ 94,894.00)**

Services rendered in this category pertain to efforts to the formulation of a reorganization plan and disclosure statement and selection of a representative for future claimants.

**Total Task Code .17        139.90**

**Travel – Non Working (16.50 Hours; $ 5,837.50)**

Services rendered in this category include nonworking time spent by Caplin & Drysdale attorneys traveling to hearings, conferences and Committee meetings. Such time is billed at one-half an attorney's usual hourly rate.

**Total Task Code .21        16.50**

**Fee Auditor Matters (2.20 Hours; $ 1,166.00)**

Services rendered in this category pertain to the review of and response to reports by the fee auditor.

**Total Task Code .32        2.20**