## **EXHIBIT C**

Other Charges:

| | |
|---|---:|
| Air & Train Transportation | 2,291.45 |
| Air Freight & Express Mail | 55.30 |
| Charge of Cell and/or Home Phone Useage | 3.07 |
| Conference Meals | 8.80 |
| Database Research | 827.20 |
| Long Distance-Equitrac In-House | 8.79 |
| Meals Related to Travel | 125.50 |
| Postage & Air Freight | 41.51 |
| Research Material | 20.32 |
| Travel Expenses - Ground Transportation | 713.91 |
| Travel Expenses - Hotel Charges | 393.06 |
| Xeroxing | 383.90 |
| **Total:** | **$ 4,872.81** |

{D0141804.1 }