**Client Number:  4642**          **Grace Asbestos Personal Injury Claimants**

**Matter      000**               **Disbursements**

Print Date/Time: 11/15/2008  8:42:49AM

Attn:

Invoice #

## PREBILL / CONTROL  REPORT

Trans Date Range:  1/1/1950  to: 10/31/2008

**Matter      000**
**Disbursements**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Bill Cycle: | Monthly | Style: | i1 | Start: | 4/16/2001 | Last Billed : | 10/24/2008 | 13,655 |

$3,181.68

Client Retainers Available                    Committed to Invoices:          $0.00        Remaining:        $3,181.68

$3,098,230.62

Total Expenses Billed To Date                    Billing Empl:        0120      Elihu  Inselbuch
Responsible Empl:    0120      Elihu  Inselbuch
Alternate Empl:      0120      Elihu  Inselbuch
Originating Empl:    0120      Elihu  Inselbuch

**Summary  by Employee**

| | | | ---------- A C T U A L ---------- | | ---------- B I L L I N G--------- | |
|---|---|---|---|---|---|---|
| Empl | Initials | Name | Hours | Amount | Hours | Amount |
| 0020 | PVL | Peter Van N Lockwood | 0.00 | 2,412.56 | 0.00 | 2,412.56 |
| 0120 | EI | Elihu  Inselbuch | 0.00 | 33.65 | 0.00 | 33.65 |
| 0187 | NDF | Nathan D Finch | 0.00 | 836.67 | 0.00 | 836.67 |
| 0220 | SKL | Suzanne K Lurie | 0.00 | 19.00 | 0.00 | 19.00 |
| 0232 | LK | Lauren  Karastergiou | 0.00 | 3.70 | 0.00 | 3.70 |
| 0237 | SRB | Sidney R Barnes | 0.00 | 31.20 | 0.00 | 31.20 |
| 0250 | JK | Jeanne  Katz | 0.00 | 2.70 | 0.00 | 2.70 |
| 0308 | DBS | David B Smith | 0.00 | 2.00 | 0.00 | 2.00 |
| 0317 | JAL | Jeffrey A Liesemer | 0.00 | 301.92 | 0.00 | 301.92 |
| 0363 | AJS | Andrew J Sackett | 0.00 | 7.00 | 0.00 | 7.00 |
| 0999 | C&D | Caplin &. Drysdale | 0.00 | 1,222.41 | 0.00 | 1,222.41 |
| **Total Fees** | | | **0.00** | **4,872.81** | **0.00** | **4,872.81** |

**Detail Time / Expense  by  Date**

| | | | | | ---------- A C T U A L ---------- | | | ---------- B I L L I N G--------- | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TransNo. | Description | | TransType | Trans Date | Work Empl | Rate | Hours | Amount | Rate | Hours | Amount | Cumulative |

{D0141805.1 }

**Grace Asbestos Personal Injury Claimants**

**Disbursements**

Attn:

Print Date/Time: 11/15/2008  8:42:49AM

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2292226 | Photocopy | E | 10/01/2008 | 0999 | C&D | 0.00 | $32.60 | 0.00 | $32.60 | 32.60 |
| 2292295 | Photocopy | E | 10/01/2008 | 0317 | JAL | 0.00 | $7.70 | 0.00 | $7.70 | 40.30 |
| 2292427 | Photocopy | E | 10/01/2008 | 0232 | LK | 0.00 | $3.30 | 0.00 | $3.30 | 43.60 |
| 2290760 | Equitrac - Long Distance to 2123199240 | E | 10/03/2008 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 43.70 |
| 2290802 | Equitrac - Long Distance to 7328556189 | E | 10/03/2008 | 0999 | C&D | 0.00 | $0.22 | 0.00 | $0.22 | 43.92 |
| 2293116 | Photocopy | E | 10/07/2008 | 0220 | SKL | 0.00 | $3.10 | 0.00 | $3.10 | 47.02 |
| 2290983 | Travel Expenses - Ground Transportation - Elite Limousine Plus - EI ground trnas to Penn Station for 9/29 trip to Wilmington for hearings. (Total charge divided between 2 clients). | E | 10/08/2008 | 0120 | EI | 0.00 | $17.34 | 0.00 | $17.34 | 64.36 |
| 2291028 | Equitrac - Long Distance to 2123199240 | E | 10/08/2008 | 0999 | C&D | 0.00 | $0.07 | 0.00 | $0.07 | 64.43 |
| 2291039 | Equitrac - Long Distance to 8054993572 | E | 10/08/2008 | 0999 | C&D | 0.00 | $0.27 | 0.00 | $0.27 | 64.70 |
| 2291040 | Equitrac - Long Distance to 2123199240 | E | 10/08/2008 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 64.79 |
| 2291041 | Equitrac - Long Distance to 7703147108 | E | 10/08/2008 | 0999 | C&D | 0.00 | $0.36 | 0.00 | $0.36 | 65.15 |
| 2293427 | Photocopy | E | 10/09/2008 | 0237 | SRB | 0.00 | $0.10 | 0.00 | $0.10 | 65.25 |
| 2291637 | Equitrac - Long Distance to 4098381000 | E | 10/10/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 65.31 |
| 2291643 | Equitrac - Long Distance to 2165750777 | E | 10/13/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 65.36 |
| 2291645 | Equitrac - Long Distance to 4098381000 | E | 10/13/2008 | 0999 | C&D | 0.00 | $0.30 | 0.00 | $0.30 | 65.66 |
| 2291687 | Federal Express to Katherine Hemming from EI on 9/23 | E | 10/14/2008 | 0120 | EI | 0.00 | $16.31 | 0.00 | $16.31 | 81.97 |
| | | | | | SRB | | | | | |

**Grace Asbestos Personal Injury Claimants**                                                           Page: 1

**Disbursements**                                                                     11/15/2008

Print Date/Time: 11/15/2008  8:42:49AM

Attn:

| | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|
| 2293580 | Photocopy | | E | 10/14/2008 | 0237 | | 0.00 | $21.70 | 0.00 | $21.70 | 103.67 |
| 2293629 | Photocopy | | E | 10/14/2008 | 0232 | LK | 0.00 | $0.10 | 0.00 | $0.10 | 103.77 |
| 2293725 | Photocopy | | E | 10/15/2008 | 0220 | SKL | 0.00 | $0.70 | 0.00 | $0.70 | 104.47 |
| 2293744 | Photocopy | | E | 10/15/2008 | 0232 | LK | 0.00 | $0.30 | 0.00 | $0.30 | 104.77 |
| 2292183 | ADA Travel  Refund issued on NDF 4/15 travel to NYC | NDF | E | 10/15/2008 | 0187 | | 0.00 | -$206.55 | 0.00 | -$206.55 | -101.78 |
| 2293829 | Petty Cash  Cab expenses for NDF on travel to NYC for meeting on 10/8 | NDF | E | 10/16/2008 | 0187 | | 0.00 | $35.00 | 0.00 | $35.00 | -66.78 |
| 2293830 | Petty Cash  Meal expenses for NDF on travel to NYC for meeting on 10/8 | NDF | E | 10/16/2008 | 0187 | | 0.00 | $12.00 | 0.00 | $12.00 | -54.78 |
| 2293877 | Federal Express to Inselbuch on 9/10/08 | C&D | E | 10/16/2008 | 0999 | | 0.00 | $38.99 | 0.00 | $38.99 | -15.79 |
| 2296602 | Equitrac - Long Distance to 2123199240 | C&D | E | 10/17/2008 | 0999 | | 0.00 | $0.46 | 0.00 | $0.46 | -15.33 |
| 2296604 | Equitrac - Long Distance to 3024261900 | C&D | E | 10/17/2008 | 0999 | | 0.00 | $0.19 | 0.00 | $0.19 | -15.14 |
| 2296902 | Photocopy | SRB | E | 10/17/2008 | 0237 | | 0.00 | $1.60 | 0.00 | $1.60 | -13.54 |
| 2296903 | Photocopy | SRB | E | 10/17/2008 | 0237 | | 0.00 | $2.20 | 0.00 | $2.20 | -11.34 |
| 2296905 | Photocopy | SRB | E | 10/17/2008 | 0237 | | 0.00 | $1.50 | 0.00 | $1.50 | -9.84 |
| 2296908 | Photocopy | DBS | E | 10/17/2008 | 0308 | | 0.00 | $0.10 | 0.00 | $0.10 | -9.74 |
| 2296613 | Postage | C&D | E | 10/20/2008 | 0999 | | 0.00 | $27.11 | 0.00 | $27.11 | 17.37 |
| 2298062 | Photocopy | SKL | E | 10/20/2008 | 0220 | | 0.00 | $5.30 | 0.00 | $5.30 | 22.67 |
| 2298107 | Photocopy | C&D | E | 10/20/2008 | 0999 | | 0.00 | $0.80 | 0.00 | $0.80 | 23.47 |
| 2298190 | Photocopy | JK | E | 10/21/2008 | 0250 | | 0.00 | $2.70 | 0.00 | $2.70 | 26.17 |

{D0141805.1 }

**Grace Asbestos Personal Injury Claimants**
Disbursements

Print Date/Time: 11/15/2008  8:42:49AM

Attn:

Invoice #

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2297103 | Conference Meals - NY Pty Cash re NDF Oct 8, lunch from Market Cafe while in NY Office for Grace meeting | E | 10/21/2008 | 0999 | C&D | 0.00 | $8.80 | 0.00 | $8.80 | 34.97 |
| 2297109 | Travel Expenses - Ground Transportation - EI for Sept 29 trip to Wilmington to attend hearings. (Divided among two clients $20) | E | 10/21/2008 | 0999 | C&D | 0.00 | $10.00 | 0.00 | $10.00 | 44.97 |
| 2297209 | Equitrac - Long Distance to 2123197125 | E | 10/21/2008 | 0999 | C&D | 0.00 | $0.09 | 0.00 | $0.09 | 45.06 |
| 2297240 | Premiere Global Svc., re: Conference Calls by JAL on 9/22/08 | E | 10/22/2008 | 0317 | JAL | 0.00 | $3.07 | 0.00 | $3.07 | 48.13 |
| 2297462 | Equitrac - Long Distance to 4098381000 | E | 10/22/2008 | 0999 | C&D | 0.00 | $0.11 | 0.00 | $0.11 | 48.24 |
| 2297464 | Equitrac - Long Distance to 9174450518 | E | 10/22/2008 | 0999 | C&D | 0.00 | $0.14 | 0.00 | $0.14 | 48.38 |
| 2297465 | Equitrac - Long Distance to 9735964879 | E | 10/22/2008 | 0999 | C&D | 0.00 | $0.05 | 0.00 | $0.05 | 48.43 |
| 2298297 | Photocopy | E | 10/22/2008 | 0317 | JAL | 0.00 | $5.10 | 0.00 | $5.10 | 53.53 |
| 2298394 | Photocopy | E | 10/23/2008 | 0237 | SRB | 0.00 | $4.10 | 0.00 | $4.10 | 57.63 |
| 2298414 | Photocopy | E | 10/23/2008 | 0999 | C&D | 0.00 | $8.20 | 0.00 | $8.20 | 65.83 |
| 2297878 | Equitrac - Long Distance to 5045698732 | E | 10/23/2008 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 66.01 |
| 2297881 | Equitrac - Long Distance to 3024261900 | E | 10/23/2008 | 0999 | C&D | 0.00 | $0.06 | 0.00 | $0.06 | 66.07 |
| 2297884 | Equitrac - Long Distance to 9174450518 | E | 10/23/2008 | 0999 | C&D | 0.00 | $0.29 | 0.00 | $0.29 | 66.36 |
| 2297908 | Equitrac - Long Distance to 4122817100 | E | 10/24/2008 | 0999 | C&D | 0.00 | $0.19 | 0.00 | $0.19 | 66.55 |
| 2297928 | Equitrac - Long Distance to 9173401387 | E | 10/24/2008 | 0999 | C&D | 0.00 | $0.68 | 0.00 | $0.68 | 67.23 |
| 2297493 | BostonCoach Corporation Car Svc. for NDF travel to NY, 10/8/08 | E | 10/24/2008 | 0187 | NDF | 0.00 | $277.22 | 0.00 | $277.22 | 344.45 |

{D0141805.1 }

Attn:

Invoice #

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 2297494 | BostonCoach Corporation Car Svc. for JAL travel to NY, 9/15/08 - 9/16/08 | E | 10/24/2008 | 0317 | JAL | 0.00 | $247.35 | 0.00 | $247.35 | 591.80 |
| 2298485 | Photocopy | E | 10/24/2008 | 0220 | SKL | 0.00 | $1.30 | 0.00 | $1.30 | 593.10 |
| 2298496 | Photocopy | E | 10/24/2008 | 0220 | SKL | 0.00 | $1.40 | 0.00 | $1.40 | 594.50 |
| 2298539 | Photocopy | E | 10/24/2008 | 0317 | JAL | 0.00 | $3.00 | 0.00 | $3.00 | 597.50 |
| 2300187 | Photocopy | E | 10/27/2008 | 0308 | DBS | 0.00 | $0.40 | 0.00 | $0.40 | 597.90 |
| 2300204 | Photocopy | E | 10/27/2008 | 0999 | C&D | 0.00 | $34.50 | 0.00 | $34.50 | 632.40 |
| 2300205 | Photocopy | E | 10/27/2008 | 0999 | C&D | 0.00 | $6.80 | 0.00 | $6.80 | 639.20 |
| 2300216 | Photocopy | E | 10/27/2008 | 0308 | DBS | 0.00 | $1.50 | 0.00 | $1.50 | 640.70 |
| 2298797 | Equitrac - Long Distance to 6144648322 | E | 10/28/2008 | 0999 | C&D | 0.00 | $2.18 | 0.00 | $2.18 | 642.88 |
| 2298849 | Pacer Svc. Center Research Charges, 7/1/08 - 9/30/08 | E | 10/29/2008 | 0999 | C&D | 0.00 | $20.32 | 0.00 | $20.32 | 663.20 |
| 2298874 | Peter Van N. Lockwood Travel to Pittsburgh, PA for Hearing, 10/26/08 - 10/27/0 -Meals | E | 10/29/2008 | 0020 | PVL | 0.00 | $113.50 | 0.00 | $113.50 | 776.70 |
| 2298875 | Peter Van N. Lockwood Travel to Pittsburgh, PA for Hearing, 10/26/08 - 10/27/0 -Omni William Penn Hotel Charge for (1) Night & Early Checkout Fee | E | 10/29/2008 | 0020 | PVL | 0.00 | $393.06 | 0.00 | $393.06 | 1,169.76 |
| 2298876 | Peter Van N. Lockwood Travel to Pittsburgh, PA for Hearing, 10/26/08 - 10/27/0 -Cab Fares & Parking at DCA Airport | E | 10/29/2008 | 0020 | PVL | 0.00 | $127.00 | 0.00 | $127.00 | 1,296.76 |
| 2299304 | Equitrac - Long Distance to 3024261900 | E | 10/29/2008 | 0999 | C&D | 0.00 | $0.29 | 0.00 | $0.29 | 1,297.05 |
| 2299325 | Equitrac - Long Distance to 2123199240 | E | 10/29/2008 | 0999 | C&D | 0.00 | $2.18 | 0.00 | $2.18 | 1,299.23 |
| 2299351 | ADA Travel, Inc. NDF Airfare to/from NYC, Delta Airlines Economy Class, 10/8/08 | E | 10/29/2008 | 0187 | NDF | 0.00 | $679.00 | 0.00 | $679.00 | 1,978.23 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 2299361 | ADA Travel, Inc. NDF Agency fee for Travel to/from NYC, Delta Airlines Economy Class, 10/8/08 | E | 10/29/2008 | 0187 | NDF | 0.00 | $40.00 | 0.00 | $40.00 | 2,018.23 |
| 2299380 | ADA Travel, Inc. PVNL Airfare to/from Pittsburgh, PA, US Airways Economy Class, 10/26/08 - 10/28/08 | E | 10/29/2008 | 0020 | PVL | 0.00 | $1,739.00 | 0.00 | $1,739.00 | 3,757.23 |
| 2299381 | ADA Travel, Inc. PVNL Agency Fee for Air Travel to/from Pittsburgh, PA, US Airways Economy Class, 10/26/08 - 10/28/08 | E | 10/29/2008 | 0020 | PVL | 0.00 | $40.00 | 0.00 | $40.00 | 3,797.23 |
| 2299702 | Postage | E | 10/29/2008 | 0999 | C&D | 0.00 | $14.40 | 0.00 | $14.40 | 3,811.63 |
| 2300424 | Photocopy | E | 10/29/2008 | 0317 | JAL | 0.00 | $3.40 | 0.00 | $3.40 | 3,815.03 |
| 2300427 | Photocopy | E | 10/29/2008 | 0317 | JAL | 0.00 | $21.00 | 0.00 | $21.00 | 3,836.03 |
| 2299742 | Equitrac - Long Distance to 2123199240 | E | 10/30/2008 | 0999 | C&D | 0.00 | $0.18 | 0.00 | $0.18 | 3,836.21 |
| 2300545 | Photocopy | E | 10/31/2008 | 0999 | C&D | 0.00 | $7.90 | 0.00 | $7.90 | 3,844.11 |
| 2300546 | Photocopy | E | 10/31/2008 | 0999 | C&D | 0.00 | $9.30 | 0.00 | $9.30 | 3,853.41 |
| 2300560 | Photocopy | E | 10/31/2008 | 0999 | C&D | 0.00 | $39.60 | 0.00 | $39.60 | 3,893.01 |
| 2300568 | Photocopy | E | 10/31/2008 | 0999 | C&D | 0.00 | $0.10 | 0.00 | $0.10 | 3,893.11 |
| 2300589 | Photocopy | E | 10/31/2008 | 0999 | C&D | 0.00 | $1.40 | 0.00 | $1.40 | 3,894.51 |
| 2300592 | Photocopy | E | 10/31/2008 | 0999 | C&D | 0.00 | $7.20 | 0.00 | $7.20 | 3,901.71 |
| 2300594 | Photocopy | E | 10/31/2008 | 0220 | SKL | 0.00 | $7.20 | 0.00 | $7.20 | 3,908.91 |
| 2300597 | Photocopy | E | 10/31/2008 | 0999 | C&D | 0.00 | $8.30 | 0.00 | $8.30 | 3,917.21 |
| | | | | | C&D | | | | | |

{D0141805.1 }

Attn:

Print Date/Time: 11/15/2008  8:42:49AM

| | | | | | | | | | | | Invoice # |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2300602 | Photocopy | E | 10/31/2008 | 0999 | | 0.00 | $3.00 | 0.00 | $3.00 | 3,920.21 |
| 2300609 | Photocopy | E | 10/31/2008 | 0999 | C&D | 0.00 | $20.70 | 0.00 | $20.70 | 3,940.91 |
| 2300610 | Photocopy | E | 10/31/2008 | 0999 | C&D | 0.00 | $4.20 | 0.00 | $4.20 | 3,945.11 |
| 2300633 | Photocopy | E | 10/31/2008 | 0317 | JAL | 0.00 | $11.30 | 0.00 | $11.30 | 3,956.41 |
| 2300636 | Photocopy | E | 10/31/2008 | 0363 | AJS | 0.00 | $7.00 | 0.00 | $7.00 | 3,963.41 |
| 2303711 | Database Research - Westlaw by JAL on 10/29 | E | 10/31/2008 | 0999 | C&D | 0.00 | $827.20 | 0.00 | $827.20 | 4,790.61 |
| 2303865 | NY Office Copy Charges for October 2008 | E | 10/31/2008 | 0999 | C&D | 0.00 | $43.30 | 0.00 | $43.30 | 4,833.91 |
| 2303866 | NY Office Copy Charges for October 2008 | E | 10/31/2008 | 0999 | C&D | 0.00 | $5.50 | 0.00 | $5.50 | 4,839.41 |
| 2303867 | NY Office Copy Charges for October 2008 | E | 10/31/2008 | 0999 | C&D | 0.00 | $1.20 | 0.00 | $1.20 | 4,840.61 |
| 2303870 | NY Office Copy Charges for October 2008 | E | 10/31/2008 | 0999 | C&D | 0.00 | $4.00 | 0.00 | $4.00 | 4,844.61 |
| 2303871 | NY Office Copy Charges for October 2008 | E | 10/31/2008 | 0999 | C&D | 0.00 | $28.00 | 0.00 | $28.00 | 4,872.61 |
| 2303875 | NY Office Copy Charges for October 2008 | E | 10/31/2008 | 0999 | C&D | 0.00 | $0.20 | 0.00 | $0.20 | 4,872.81 |

**Total Expenses**

| | | | | |
|---|---|---|---|---|
| | | $4,872.81 | | $4,872.81 |
| | 0.00 | | 0.00 | |
| Matter Total Fees | | 0.00 | | 0.00 |
| Matter Total Expenses | | 4,872.81 | | 4,872.81 |
| Matter Total | 0.00 | 4,872.81 | 0.00 | 4,872.81 |
| | | | | |
| Prebill Total Fees | | | | |
| Prebill Total Expenses | | $4,872.81 | | $4,872.81 |
| Prebill Total | 0.00 | $4,872.81 | 0.00 | $4,872.81 |

**Previous Billings**

| InvoiceNo | InvoiceDate | InvoiceTotal | OpenTotal |
|---|---|---|---|
| 47,114 | 09/30/2004 | 6,171.50 | 1,234.30 |
| 48,027 | 12/27/2004 | 1,419.00 | 283.80 |
| 50,276 | 06/27/2005 | 8,030.50 | 1,606.10 |

{D0141805.1 }

**Client Number:  4642**                    **Grace Asbestos Personal Injury Claimants**

**Matter      000**                          **Disbursements**                                                                    11/15/2008

Print Date/Time: 11/15/2008  8:42:49AM

Attn:

Invoice #

| | | | |
|---|---|---|---|
| 58,096 | 04/26/2007 | 333,488.50 | 5,124.57 |
| 59,278 | 07/23/2007 | 287,802.00 | 16,984.50 |
| 60,492 | 10/29/2007 | 472,128.75 | 10,377.15 |
| 61,476 | 01/24/2008 | 678,109.50 | 14,038.88 |
| 62,687 | 04/23/2008 | 773,798.25 | 6,479.82 |
| 63,204 | 05/29/2008 | 334,244.75 | 66,848.95 |
| 63,675 | 06/26/2008 | 58,919.50 | 11,783.90 |
| 63,976 | 07/25/2008 | 120,952.25 | 24,190.45 |
| 64,338 | 08/20/2008 | 157,703.00 | 31,540.60 |
| 64,939 | 09/29/2008 | 122,656.75 | 122,656.75 |
| 65,190 | 10/24/2008 | 135,237.93 | 135,237.93 |
| | | 3,490,662.18 | 448,387.70 |

{D0141805.1 }