## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

In re:                                   :
                                         :    Chapter 11
W.R. Grace & Co., et al.,                :
                                         :    Case No. 01-1139 (JKF)
                    Debtors.             :    (Jointly Administered)

### OBJECTION OF CERTAIN INSURERS TO DEBTORS'
### PROPOSED CASE MANAGEMENT ORDER [Docket No. 20186]

Federal Insurance Company, Arrowood Indemnity Company f/k/a Royal Indemnity

Company, Continental Casualty Company, Transportation Insurance Company and their

American insurance affiliates, Counsel for OneBeacon America Insurance Company, Seaton

Insurance Company, Government Employees Insurance Co. and Columbia Insurance Company

f/k/a Republic Insurance Company, Zurich Insurance Company, Zurich International (Bermuda)

Ltd., and Maryland Casualty Company, and Fireman's Fund Insurance Company and Allianz

S.p.A., f/k/a Riunione (the "Insurers") hereby object to the proposed case management order

submitted to this Court under a certification of counsel [Docket No. 20186] by the above-

captioned debtors (the "Debtors") in connection with the confirmation of the First Amended

Joint Plan of Reorganization, as amended (the "Plan"), jointly submitted by the Debtors together

with the Official Committee of Asbestos Personal Injury Claimants, the Official Committee of

Equity Security Holders, and the Asbestos PI Future Claimants' Representative.

### Background

1.    On November 24, 2008, the Court heard arguments and objections from

numerous parties with respect to the Debtors' proposed case management order. Various parties

pointed out that the schedule proposed by the Plan Proponents is incredibly aggressive with

expert reports due two weeks after the News Years Holiday and discovery for those parties

included in Phase I ending not long thereafter.  The Insurers further argued that unless the Plan
Proponents were required to produce certain basic documents that have already been produced to
the other parties to the confirmation proceedings at the outset of the discovery schedule they
would be severely prejudiced and their rights to due process impaired.

2.    Certain Insurers handed up to the Court a black line of the proposed case
management order.  Among other comments, the black line contained as paragraph 4 the request
that the Debtors be required to produce a discrete set of documents already provided to the other
parties prior to the deadline for the submission of expert reports.  Debtors' counsel voiced a
willingness to work with the insurers on the issue and report back to the Court on December 15.
Thereafter, the parties participated in a meet and confer on December 1 during which the insurers
proposed a confidentiality stipulation intended to resolve any issue with regard to the production
of documents.

3.    The form of case management order that the Debtors submitted to the Court, does
not contain paragraph 4 in the Insurers' case management order.[1]  Debtors' counsel told the
Court at the hearing on November 24 that they would report back to the Court on December 15
on this issue. They did not draw a ruling on the matter. They said they would report back.
Hence, the Insurers did not think that the Debtors would submit a proposed case management
order prior to the December 15, particularly in the absence of an agreement with respect to the
terms of the case management order.  Nor does the Debtors' form of case management order
address the issue of whether the Plan Proponents will produce these or any other documents prior
to the deadline that the Plan Proponents have imposed for the submission of expert reports.  The
other change requested by the Insurers is the insertion of a line noting that the Insurers' object to

---

[1] On December 1, 2008, the Debtors circulated a revised case management order to certain parties in
interest, and the Insurers requested that certain changes be made.  The Debtors subsequently made certain changes to
the case management order, and on December 3, 2008 submitted the case management order to this Court under a
certification of counsel, however not all of the Insurers' proposed changes were included.

entry of the case management order on the terms demanded by the Plan Proponents. The Insurers objected to separate phasing, the timetable proposed by Debtors and the entry of case management order until all the plan documents are filed and all the non-PD Disclosure Statement Objections are resolved.

     4.    The Insurers respectfully object to the Debtors' form of case management order and request that the Court delay entry of the case management order until the Debtors promised report to the Court on December 15 to permit the parties to address the contested issues therein or, alternatively, that the Court enter the Insurers' form of case management order. Further, delaying entry of the case management order will also permit the Court to hear the Debtors' report as to what documents they intend to produce. The Insurers object to entry of the proposed case management order, as submitted to the Court, and respectfully request that the Court enter an appropriate case management order, a clean and black line copy of which are attached as Exhibit "A," which is consistent with this Court's directives at the November 24, 2008 hearing.

     WHEREFORE, the Insurers respectfully request that the Court enter the case management order attached as Exhibit "A" hereto.

Dated: December 4, 2008          COZEN O'CONNOR

          /s/ Jeffrey R. Waxman
          Jeffrey R. Waxman (DE No. 4159)
          1201 N. Market Street, Suite 1400
          Wilmington, DE 19801
          Telephone: (302) 295-2000
          Facsimile: (302) 295-2013

               - and –

          William P. Shelley, Esquire
          Jacob C. Cohn, Esquire
          COZEN O'CONNOR
          1900 Market Street

3

Philadelphia, PA 19103
Telephone: (215) 665-2000
Facsimile: (215) 665-2013

Attorneys for Federal Insurance Company

BIFFERATO GENTILOTTI.LLC

/s/ Garvan McDaniel
Ian Connor Bifferato (DE No. 3273)
Garvan McDaniel (DE No. 4167)
800 N. King Street, First Floor
Wilmington, DE 19801
Telephone: (302) 792-7473
Facsimile: (302) 429-1900

     - and -

Carl J. Pernicone, Esquire
WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER, LLP
150 East 42nd Street
New York, NY 10017-5639
Telephone: (212) 490-3000

     -and-

Tancred Schiavoni, Esquire
Gary Svirsky, Esquire
O'MELVENY & MYERS LLP
7 Times Square
New York, New York
Telephone: (212) 326-2267

Counsel for Arrowood Indemnity Company, f/k/a
Royal Indemnity Company

GOODWIN PROCTER LLP

/s/ Daniel M. Glosband
Daniel M. Glosband (*pro hac vice*)
Brian H. Mukherjee (*pro hac vice*)
Exchange Place

4

Boston, Massachusetts 02109
Telephone: (617) 570-1000
Facsimile: (617) 523-1231

-and-

FORD MARRIN ESPOSITO WITMEYER
 & GLESER, L.L.P.
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, New York 10005-1875
Telephone: (212) 269-4900
Facsimile: (212) 344-4294

Counsel for Continental Casualty Company,
Transportation Insurance Company and their
American insurance affiliates


s/ Warren T. Pratt
Warren T. Pratt (DE Bar I.D. #4334)
David P. Primack (DE Bar I.D. #4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801-1243
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201

- and -

Michael F. Brown, Esquire
Jeffrey M. Boerger, Equire
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Facsimile:  (215) 988-2757

Counsel for OneBeacon America Insurance
Company, Seaton Insurance Company, Government
Employees Insurance Co. and Columbia Insurance
Company f/k/a Republic Insurance Company

5

CONNOLLY BOVE LODGE & HUTZ LLP

/s/ Jeffrey C. Wisler
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
1220 Market Street
P.O. Box 2207
Wilmington, DE  19899
(302) 658-9141 Telephone
(302) 658-0380 Facsimile

OF COUNSEL:

Edward J. Longosz, II
Laura G. Stover
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W.,
Suite 1200
Washington, DC  20006
(202) 659-6600 Telephone
(202) 659-6699 Facsimile

Richard A. Ifft
Karalee C. Morell
WILEY REIN LLP
1776 K Street, N.W.
Washington, D.C.  20006
(202) 719-7170 Telephone
(202) 719-7049 Facsimile

Attorneys for Zurich Insurance Company,
Zurich International (Bermuda) Ltd., and
Maryland Casualty Company

6

STEVENS & LEE, P.C.


 */s/ John D. Demmy.*
John D. Demmy (DE Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3308
Telecopier: (610) 371-8515
Email: jdd@stevenslee.com

-and-

Leonard P. Goldberger
Marnie E. Simon
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702
Telephone:  (215) 751-2864/2885
Telecopier:  (610) 371-7376/8505
Email: lpg@stevenslee.com
Email: mes@stevenslee.com

ATTORNEYS FOR FIREMAN'S FUND
INSURANCE COMPANY AND ALLIANZ
S.p.A., f/k/a RIUNIONE

7