**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et. al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | ) | Objection Deadline: November 26, 2008 |
| | ) | Hearing Date: December 15, 2008 @ 2:00 p.m. |
| | ) | |
| | ) | Re: Docket No. 19980 |

**CERTIFICATE OF NO OBJECTION REGARDING THE FIRST AND FINAL
APPLICATION OF CANADIAN ZAI CLAIMANTS PURSUANT TO 11 U.S.C.
§§ 503(b)(3)(D) AND (b)(4) FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES
INCURRED IN MAKING SUBSTANTIAL CONTRIBUTION [DOCKET NO. 19980]**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the *First and Final Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and (b) (4) for Allowance of Administrative Expenses Incurred in Making Substantial Contribution* [Docket No. 19980] (the "Application") filed on November 20, 2008. The undersigned further certifies that he has caused the Court's docket to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than November 26, 2008.

The undersigned submits that an Order approving the Application has already been entered by the Court [Docket No. 432], and a hearing on the Application is not necessary.

[Remainder of Page Intentionally Left Blank]

Therefore, the Canadian ZAI Claimants respectfully request that an order be entered for the allowance of payment of compensation in the amount of $321,109.00 and reimbursement of expenses in the amount of $11,566.90.

Dated: December 4, 2008

Respectfully submitted,

By: */s/Daniel K. Hogan*
Daniel K. Hogan (DE Bar No. 2814)
**THE HOGAN FIRM**
1311 Delaware Avenue
Wilmington, Delaware 19806
Telephone: (302) 656.7540
Facsimile: (302) 656.7599
E-Mail: dkhogan@dkhogan.com