**Exhibit IV**

**Fee Application for the period**

**September 1, 2008 through September 30, 2008**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re | ) | **Chapter 11** |
| | ) | |
| **W. R. Grace & Co. et al.**[1]; | ) | **Case No. 01-01139 (JKF)** |
| | ) | **Jointly Administered** |
| **Debtors.** | ) | |
| | ) | |

**Objection Deadline:**
December 15, 2008 at 4:00 p.m.
Hearing date:  To be scheduled only if objections
are timely filed and served.

**NOTICE OF FILING OF MONTHLY FEE APPLICATION**

To:  (1) The Debtors; (2) Counsel to the Debtors; (3) The Office of the United States Trustee; (4) Counsel to the
Official Committee of Asbestos Personal Injury Claimants; (5) Counsel to the Official Committee of Asbestos
Property Damage Claimants; (6) Counsel to the Official Committee of Equity Holders; and (7) Counsel to the
Debtors-in-Possession Lenders (8) the Fee Auditor:

Capstone Advisory Group, LLC ("Capstone"), financial advisors to the Official

Committee of Unsecured Creditors of the above captioned debtor and debtors in possession in

the above-captioned chapter 11 cases, filed and served its Fifty-Sixth Interim Application for

Allowance of Compensation and for Services Rendered and Reimbursement of Expenses

---

[1]    The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.
R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB
Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N
Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy
Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners
I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN
Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B
II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy
Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel
Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace
Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc.,
Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation,
Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation,
Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a
GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe
Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-
BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a
Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin
& Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Incurred for the period from September 1, 2008 through September 30, 2008 (the "Monthly Fee Application"). Capstone is seeking compensation in the amount of $90,547.20, representing 80% of $113,184.00, which is the total amount of fees incurred, and reimbursement for actual and actual and necessary expenses in the amount of $969.07.

Objections or responses to the Monthly Fee Application, if any, must be made in writing and filed with the United States Bankruptcy Court for the District of Delaware, Marine Midland Plaza, 824 Market Street, 3rd Floor, Wilmington, Delaware 19801, on or before **December 15, 2008 at 4:00 p.m.**

At the same time you must also serve a copy of the objections or responses, if any, upon the following: (i) co-counsel for the Debtors, James H.M. Sprayregen, Esquire, Kirkland & Ellis, 200 East Randolph Drive, Chicago, Illinois 60601 (fax number 312-861-2200), and Laura Davis Jones, Esquire, Pachulski, Stang, Ziehl, Young & Jones P.C., 919 North Market Street, Suite 1600, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801) (fax number 302-652-4400); (ii) co-counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Esquire, Stroock & Stroock & Lavan LLP, 180 Maiden Lane, New York, New York 10038-4982 (fax number 212-806-6006), and Michael R. Lastowski, Esquire, Duane Morris LLP, 1100 N. Market Street, Suite 1200, Wilmington, Delaware 19801-1246 (fax number 302-657-4901); (iii) co-counsel to the Official Committee of Asbestos Property Damage Claimants, Scott L. Baena, Esquire, Blizin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center, 200 South Biscayne Boulevard, Suite 2500, Miami, Florida 33131 (fax number 305-374-7593), and Michael B. Joseph, Esquire, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, Delaware 19899 (fax number 302-575-1714); (iv) co-counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch, Esquire, Caplin & Drysdale,

NY 71859156v1

399 Park Avenue, 36th Floor, New York, New York 10022 (fax number  212-644-6755) and

Mark Hurford, Esquire, Campbell & Levine, LLC, Chase Manhattan Centre, 15th Floor,

1201 Market Street, Suite 1500, Wilmington, Delaware 19801 (fax number 302-426-9947);

(v) co-counsel to the DIP Lender, J. Douglas Bacon, Esquire, Latham & Watkins , Sears Tower,

Suite 5800, Chicago, Illinois 60606 (fax number 312-993-9767), and Steven M. Yoder, Esquire,

The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. 25130, Wilmington, Delaware 19899

(fax number 302-658-6395); (vi) counsel to the Official Committee of Equity Holders, Thomas

Moers Mayer, Esquire, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York,

New York 10022 (fax number 212-715-8000);  and (vii) the Office of the United States Trustee,

Attn:  David Klauder, Esquire, 844 N. King Street, Wilmington, Delaware 19801 (fax number

302-573-6497); and (viii) the Fee Auditor, to Bobbi Ruhlander, Warren H. Smith and Associates,

Republic Center, 325 N. St. Paul, Suite 1275, Dallas, TX 75201.


(REMAINDER OF PAGE INTENTIONALLY LEFT BLANK)

Dated: November 25, 2008
      Wilmington, DE

                            **RESPECTFULLY SUBMITTED,**

                            *Michael R. Lastowski*

                            Michael R. Lastowski, Esq. (DE I.D. No. 3892)
                            DUANE MORRIS LLP
                            1100 North Market Street, Suite 1200
                            Wilmington, DE 19801
                            Telephone:    (302) 657-4900
                            Facsimile:    (302) 657-4901
                            E-mail:       mlastowski@duanemorris.com

                            William S. Katchen, Esquire (Admitted in NJ Only)
                            DUANE MORRIS LLP
                            One Riverfront Plaza
                            Newark, New Jersey 07102
                            Telephone:    (973) 424-2000
                            Facsimile:    (973) 424-2001
                            E-mail:       wskatchen@duanemorris.com

                                      and

                            Lewis Kruger, Esquire
                            STROOCK & STROOCK & LAVAN LLP
                            180 Maiden Lane
                            New York, New York 10038-4982
                            Telephone:    (212) 806-5400
                            Facsimile:    (212) 806-6006
                            E-mail:       lkruger@Stroock.com

                            Co-Counsel for the Official Committee of
                            Unsecured Creditors of W. R. Grace & Co., et al.

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & Co., et al., | ) | Case No.  01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors | ) | |
| | ) | |

**FIFTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008)**

| | |
|---|---|
| Name of Applicant: | Capstone Advisory Group, LLC (formerly known as Capstone Corporate Recovery, LLC) |
| Authorized to Provide Professional Services to: | The Official Committee of Unsecured Creditors |
| Date of Retention: | June 8, 2004 (nunc pro tunc to February 4, 2004) |
| Period for which compensation and reimbursement is sought: | September 1, 2008 through September 30, 2008 |
| Amount of Compensation sought as actual, reasonable and necessary (80% of $ 113,184.00 ): | $ 90,547.20 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary (100%): | 969.07 |
| Total Amount Due: | $ 91,516.27 |

Capstone replaced FTI Consulting, Inc. ("FTI") as financial advisors to the Official Committee of Unsecured Creditors, nunc pro tunc to February 4, 2004, so ordered by the Court on June 8, 2004.

The total time expended and included herein for the June, July, August monthly fee statements and the 18th Quarterly Fee Application is 17.90 hours and corresponding compensation requested is $4,630.00.

This is the Fifty – Sixth Interim Application filed by Capstone.  Disclosure for the current period and prior periods is as follows:

**FIFTY-SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008)**

### ATTACHMENT A
### TO FEE APPLICATION

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| June 10, 2004 | February 4, 2004 through February 29, 2004 | $94,882.00 | $3,932.07 | $75,905.60 |
| June 10, 2004 | March 1, 2004 through March 31,2004 | $136,415.50 | $1,819.00 | $109,132.40 |
| **Totals First Quarterly** | **February 4, 2004 through March 31, 2004** | **$231,297.50** | **$5,751.07** | **$185,038.00** |
| June 12, 2004 | April 1, 2004 through April 30, 2004 | $61,925.00 | $678.33 | $49,540.00 |
| July 13, 2004 | May 1, 2004 Through May 31, 2004 | $32,665.00 | $477.15 | $26,132.00 |
| August 5, 2004 | June 1, 2004 through June 30, 2004 | $106,470.50 | $1,119.63 | $85,176.40 |
| **Totals Second Quarterly** | **April 1, 2004 through June 30, 2004** | **$201,060.50** | **$2,275.11** | **$160,848.40** |
| August 31, 2004 | July 1, 2004 through July 31, 2004 | $68,533.50 | $667.60 | $54,826.80 |
| September 24, 2004 | August 1, 2004 through August 31, 2004 | $99,215.50 | $1,341.49 | $79,372.40 |
| October 28, 2004 | September 1, 2004 through September 30, 2004 | $44,918.25 | $658.72 | $35,934.60 |
| **Totals Third Quarterly** | **July 1, 2004 through September 30, 2004** | **$212,667.25** | **$2,667.81** | **$170,133.80** |

**FIFTY- SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| December 6, 2004 | October 1, 2004 through October 31, 2004 | $57,592.50 | 229.77 | $46,074.00 |
| December 22, 2004 | November 1, 2004 through November 30, 2004 | $84,366.50 | $745.91 | $67,493.20 |
| January 28, 2005 | December 1, 2004 Through December 31, 2004 | $82,351.00 | $ 1,943.96 | $65,880.80 |
| **Totals Fourth Quarterly** | **October 1, 2004 through December 31, 2004** | **$224,310.00** | **$2,919.64** | **$179,448.00** |
| February 25, 2005 | January 1, 2005 through January 31, 2005 | $69,477.00 | $276.18 | $55,581.60 |
| March 29, 2005 | February 1 through February 28, 2005 | $77,228.50 | $1,727.60 | $61,782.80 |
| May 6, 2005 | March 1, 2005 through March 31, 2005 | $126,012.00 | $ 494.94 | $100,809.60 |
| **Totals Fifth Quarterly** | **January 1, 2005 through March 31, 2005** | **$272,717.50** | **$2,498.72** | **$218,174,00** |
| June 3, 2005 | April 1, 2005 through April 30, 2005 | $ 87,936.00 | $ 435.16 | $ 70,348.80 |
| July 6, 2005 | May 1, 2005 through May 31, 2005 | $119,435.00 | $1,275.00 | $ 95,548.00 |
| July 15, 2005 | June 1, 2005 through June 30, 2005 | $89,859.00 | $542.69 | $71,887.20 |

**FIFTY- SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Sixth Quarterly** | **April 1, 2005 through June 30, 2005** | **$297,230.00** | **$2,252.85** | **$237,784.00** |
| September 19, 2005 | July 1, 2005 through July 31, 2005 | $90,014.50 | $621.03 | $72,011.60 |
| October 7, 2005 | August 1, 2005 through August 31, 2005 | $126,233.00 | $1,532.46 | $100,986.40 |
| October 31, 2005 | September 1, 2005 through September 30, 2005 | 75,983.50 | $482.03 | $60,786.80 |
| **Totals Seventh Quarterly** | **July 1, 2005 through September 30, 2005** | **$292,231.00** | **$2,635.52** | **$233,784.80** |
| December 16, 2005 | October 1, 2005 through October 31, 2005 | 95,742.50 | $750.36 | 76,594.00 |
| December 30, 2005 | November 1, 2005 through November 30, 2005 | $118,062.00 | $1,119.74 | $94,449.60 |
| February 9, 2006 | December 1, 2005 through December 31, 2005 | $122,018.50 | $938.82 | $97,614.80 |
| **Totals Eighth Quarterly** | **October 1, 2005 through December 31, 2005** | **$335,823.00** | **$2,808.92** | **$268,658.40** |
| March 21, 2006 | January 1, 2006 through January 31, 2006 | $85,745.00 | $631.01 | $68,596.00 |
| April 20, 2006 | February 1, 2006 through February 28, 2006 | $173,916.50 | $2,359.69 | $139,133.20 |

**FIFTY- SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| May 9, 2006 | March 1 through March 31, 2006 | $141,040.50 | $1,017.99 | $112,832.40 |
| **Totals Ninth Quarterly** | **January 1, 2006 through March 31, 2006** | **$400,702.00** | **$4,008.69** | **$320,561.60** |
| May 23, 2006 | April 1, 2006 through April 30, 2006 | $125,055.00 | $1,929.46 | $100,044.00 |
| June 21, 2006 | May 1, 2005 Through May 31, 2006 | $146,396.50 | $965.43 | $117,117.20 |
| July 20, 2006 | June 1, 2006 Through June 30, 2006 | $140,368.50 | $1,263.86 | $140,368.50 |
| **Totals Tenth Quarterly** | **April 1, 2006 through June 30, 2006** | **$411,820.00** | **$4,158.75** | **$329,456.00** |
| | Adjustment for July photocopies | | $(6.55) | |
| August 25, 2006 | July 1, 2006 through July 31, 2006 | $102,449.00 | $566.51 | $ 81,959.20 |
| October 2, 2006 | August 1, 2006 Through August 31, 2006 | $111,154.00 | $505.01 | $88,923.20 |
| November 13, 2006 | September 1, 2006 through September 30, 2006 | $75,103.50 | $633.57 | $ 60,082.80 |
| **Totals Eleventh Quarterly** | **July 1, 2006 through September 30, 2006** | **$288,706.50** | **$1,698.54** | **$230,965.20** |

**FIFTY- SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| January 22, 2007 | November 1, 2006 Through November 30, 2006 | $98,985.50 | $809.09 | $79,997.49 |
| March 20, 2007 | December 1, 2006 Through December 31, 2006 | $59,630.50 | $381.70 | $47, 704.40 |
| **Totals Twelfth Quarterly** | **October 1, 2006 through December 31, 2006** | **$221,771.50** | **$1,397.19** | **$177,417.20** |
| April 20, 2007 | January 1, 2007 through January 31, 2007 | $55,703.00 | $ 166.00 | $44,562.40 |
| April 20, 2007 | February 1, 2007 through February 28, 2007 | $87,120.50 | $ 344.89 | $69,696.40 |
| June 29, 2007 | March 1, 2007 through March 31, 2007 | $119,047.50 | $472.38 | $95,238.00 |
| **Totals Thirteenth Quarterly** | **January 1, 2007 through March 31, 2007** | **$261,871.00** | **$983.27** | **$209,496.80** |
| June 29, 2007 | April 1, 2007 through April 30, 2007 | $77,267.00 | $221.70 | $61,813.60 |
| July 3, 2007 | May 1, 2007 through May 31, 2007 | $101,181.00 | $838.49 | $80,944.80 |
| August 31, 2007 | June 1, 2007 through June 30, 2007 | $90,040.50 | $744.21 | $72,032.40 |
| **Totals Fourteenth Quarterly** | **April 1, 2007 Through June 30, 2007** | **$268,488.50** | **$1804.40** | **$214,790.80** |

**FIFTY- SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| October 23, 2007 | July 1, 2007 through July 31, 2007 | $78,971.00 | $636.29 | $63,176.80 |
| October 23, 2007 | August 1, 2007 through August 31, 2007 | $74,596.00 | $184.06 | $59,676.80 |
| November 7, 2007 | September 1, 2007 through September 30, 2007 | $78,887.50 | $396.82 | $63,110.00 |
| **Total Fifteenth Quarterly** | **July 1, 2007 through September 30, 2007** | **$232,454.50** | **$1217.17** | **$185,963.60** |
| January 23, 2008 | October 1, 2007 through October 31, 2007 | $51,391.50 | $293.56 | $41,113.20 |
| January 23, 2008 | November 1, 2007 through November 30, 2007 | $82,993.00 | $407.99 | $66,394.40 |
| February 7, 2008 | December 1, 2007 through December 31, 2007 | $53,730.50 | $308.15 | $42,984.40 |
| **Totals Sixteenth Quarterly** | **October 1, 2007 Through December 31, 2007** | **$188,115.00** | **$1009.70** | **$150,492.00** |
| March 4, 2008 | January 1, 2008 through January 31, 2008 | $62,899.50 | $174.14 | $50,319.60 |
| April 14, 2008 | February 1, 2008 through February 29, 2008 | $83,686.00 | $423.31 | $66,948.80 |
| May 23, 2008 | March 1, 2008 through March 31, 2008 | $88,842.50 | $442.15 | $64,674.00 |

**FIFTY- SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008)**

| Date Filed (on or about) | Period Covered | Fees (100%) | Expenses (100%) | Fees (80% of requested fees) |
|---|---|---|---|---|
| **Totals Seventeenth Quarterly** | **January 1, 2008 Through March 31, 2008** | **$227,428.00** | **$1,039.60** | **$181,942.40** |
| June 26, 2008 | April 1, 2008 through April 30, 2008 | $ 93,943.50 | $325.30 | $ 75,154.80 |
| July 10, 2008 | May 1, 2008 through May 31, 2008 | $ 56,076.00 | $167.26 | $ 44,860.80 |
| September 12, 2008 | June 1, 2008 through June 30, 2008 | $ 63,873.50 | $491.33 | $ 51,098.80 |
| **Totals Eighteenth Quarterly** | **April 1, 2008 Through June 30, 2008** | **$213,893.00** | **$983.89** | **$171,114.40** |
| September 25, 2008 | July 1, 2008 through July 31, 2008 | $ 57,490.50 | $210.86 | $ 45,992.40 |
| October 17, 2008 | August 1, 2008 through August 31, 2008 | $133,751.00 | $1,428.75 | $107,000.80 |
| November 20, 2008 | September 1, 2008 through September 30, 2008 | $113,184.00 | $969.07 | $90,547.20 |

**FIFTY- SIXTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC,
FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED
(FOR THE PERIOD FROM SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

## W.R. Grace & Co.
### Capstone Advisory Group, LLC
### Summary of Fees by Professional
### For the Period 9/1/08 through 9/30/08

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $650 | 17.50 | $11,375.00 |
| S. Cunningham | Member | $650 | 35.60 | $23,140.00 |
| R. Frezza | Consultant | $550 | 68.30 | $37,565.00 |
| J. Dolan | Consultant | $395 | 100.90 | $39,855.50 |
| M. Desalvio | Research | $165 | 1.50 | $247.50 |
| N. Backer | Paraprofessional | $110 | 9.10 | $1,001.00 |
| For the Period 9/1/08 through 9/30/08 | | | 232.90 | $113,184.00 |

Capstone Advisory Group, LLC
Invoice for the September 2008 Fee Application

Page 1 of 1

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 9/1/08 through 9/30/08**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant read and analyzed Asbestos term sheet and updated recovery analysis for various assumptions including warrant value and deferred obligation. Prepared debt capacity analyses and report to Committee thereon. | 25.80 | $12,825.00 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and debt capacity, reviewed recovery scenarios under various assumptions and prepared interest accrued scenarios, an NOL valuation and analyses of the PI/PD proposal. | 37.80 | $19,900.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports. | 7.1 | $3,368.00 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the February and March Fee Statements, as well as the 17th Quarterly Fee Application. | 17.90 | $4,630.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding Q1 results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports. A report to Committee was prepared thereon. | 42.30 | $20,278.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant prepared analyses to illustrate alternative POR scenarios and analyzed debt capacity under various scenarios. | 100.30 | $51,935.00 |
| 21. Research | During the Fee Application period, the Applicant researched interest rates for recovery analysis. | 1.50 | $247.50 |
| **For the Period 9/1/08 through 9/30/08** | | **232.90** | **$113,184.00** |

**Capstone Advisory Group, LLC**
**Invoice for the September 2008 Fee Application**

**Page 1 of 1**

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Detailed Time Description by Task Code
## For the Period 9/1/08 through 9/30/08

| Date | Professional | Hours | Detailed Time Description |
|---|---|---|---|
| 01. Acquisitions/Divestitures | | | |
| 9/3/2008 | J. Dolan | 1.10 | Read and analyzed Red Sox final motion and related exhibits and prepared report to the Committee thereon. |
| 9/4/2008 | J. Dolan | 0.90 | Read and analyzed License agreement related to Red Sox Motion. |
| 9/4/2008 | J. Dolan | 0.90 | Read and analyzed Joint Development Agreement related to Red Sox motion. |
| 9/4/2008 | J. Dolan | 1.10 | Read and analyzed Organization Agreement related to Red Sox Motion. |
| 9/4/2008 | J. Dolan | 1.00 | Read and analyzed Operating Agreement related to Red Sox motion. |
| 9/5/2008 | E. Ordway | 1.20 | Read and analyzed various information regarding Red Sox deal and gave staff list of follow-up items. |
| 9/5/2008 | S. Cunningham | 4.00 | Read and analyzed Red Sox information. |
| 9/8/2008 | R. Frezza | 1.80 | Read and analyzed Red Sox motion; prepared for call with Debtors. |
| 9/8/2008 | J. Dolan | 1.50 | Analyzed final projections related Red Sox motion. |
| 9/8/2008 | J. Dolan | 1.60 | Prepared report to the Committee regarding Red Sox acquisition. |
| 9/9/2008 | R. Frezza | 2.80 | Call with management regarding Red Sox motion, prepared report to the committee on matter. |
| 9/9/2008 | J. Dolan | 2.80 | Analyses and preparation of report to Committee related to Red Sox Motion. |
| 9/9/2008 | S. Cunningham | 1.30 | Read and analyzed Red Sox information. |
| 9/9/2008 | J. Dolan | 0.70 | Call with Debtor regarding Red Sox acquisition. |
| 9/10/2008 | R. Frezza | 1.70 | Finalized Red sox report to Committee and discussed with counsel. |
| 9/10/2008 | J. Dolan | 1.40 | Finalized Red Sox report to the Committee and distributed to counsel and committee. |
| Subtotal | | 25.80 | |

| Date | Professional | Hours | Detailed Time Description |
|------|------------|-------|---------------------------|
| 03. Claims Analysis & Valuation | | | |
| 9/8/2008 | E. Ordway | 2.10 | Read and analyzed pleadings regarding interest. |
| 9/8/2008 | J. Dolan | 1.40 | Read and analyzed Debtors brief on objection to default interest. |
| 9/8/2008 | R. Frezza | 2.10 | Read analyze Bernick Brief and related documents re: Post Petition interest objection. |
| 9/9/2008 | J. Dolan | 0.80 | Read and analyzed counsel's memo regarding property damage settlements. |
| 9/11/2008 | R. Frezza | 0.80 | Prepared counsel-requested interest analysis. |
| 9/11/2008 | J. Dolan | 2.30 | Prepared various interest scenarios and research of rates related to recovery. |
| 9/12/2008 | R. Frezza | 0.80 | Continued counsel-requested interest analysis. |
| 9/12/2008 | S. Cunningham | 3.00 | Read/analyzed additional interest scenarios requested by counsel. |
| 9/15/2008 | R. Frezza | 1.80 | Read/analyzed additional interest scenarios requested by counsel. |
| 9/16/2008 | J. Dolan | 1.80 | Prepared recovery analyses based on interest calculations. |
| 9/16/2008 | R. Frezza | 3.90 | Continued analysis of additional interest scenarios and discussions with counsel. |
| 9/16/2008 | J. Dolan | 3.10 | Prepared various analyses regarding interest rates, compounding, etc. |
| 9/16/2008 | S. Cunningham | 2.70 | Review of various interest calculations regarding default interest. |
| 9/17/2008 | J. Dolan | 1.40 | Prepared various scenarios related to interest and recovery. |
| 9/17/2008 | E. Ordway | 1.70 | Read and edited various analyses prepared by staff regarding interest. |
| 9/17/2008 | R. Frezza | 3.60 | Continued analysis of additional interest scenarios and discussions with counsel. |
| 9/18/2008 | R. Frezza | 2.60 | Continuation and finalization of interest scenarios in support of counsel litigation preparation. |
| 9/18/2008 | E. Ordway | 0.20 | Communications regarding interest issues. |
| 9/19/2008 | R. Frezza | 0.50 | Final review of the interest scenarios for counsel |
| 9/19/2008 | J. Dolan | 1.20 | Review of Grace interest rates calcs for recovery analysis. |
| Subtotal | | 37.80 | |

**Capstone Advisory Group, LLC**
**Invoice for the September 2008 Fee Application**

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| **04. Creditor Committee Matters** | | | |
| 9/3/2008 | J. Dolan | 1.20 | Read and analyzed recent docket submissions. |
| 9/8/2008 | J. Dolan | 1.80 | Read and analyzed pretrial memo. |
| 9/8/2008 | J. Dolan | 0.70 | Read and analyzed recent docket submissions. |
| 9/9/2008 | E. Ordway | 1.10 | Read counsel's report on pending motions. |
| 9/11/2008 | E. Ordway | 0.50 | Read counsel's memo on PRP settlement. |
| 9/11/2008 | J. Dolan | 0.60 | Read and analyzed counsel's memo regarding SC environmental settlement. |
| 9/22/2008 | E. Ordway | 0.30 | Read counsel's report regarding court hearing. |
| 9/23/2008 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| Subtotal | | 7.30 | |
| **07. Fee Applications & Invoices** | | | |
| 9/2/2008 | E. Ordway | 0.30 | Prepared fee application. |
| 9/5/2008 | J. Dolan | 0.70 | Prepared June fee application. |
| 9/5/2008 | J. Dolan | 1.00 | Prepared July fee application. |
| 9/8/2008 | N. Backer | 0.80 | Prepared the June 2008 fee statement. |
| 9/8/2008 | J. Dolan | 0.50 | Prepared June fee app. |
| 9/12/2008 | N. Backer | 1.10 | Prepared July fee statement. |
| 9/12/2008 | N. Backer | 0.90 | Prepared June fee statement. |
| 9/15/2008 | N. Backer | 0.50 | Prepared July fee statement. |
| 9/15/2008 | E. Ordway | 0.30 | Prepared fee application. |
| 9/15/2008 | J. Dolan | 0.30 | Prepared June fee app. |
| 9/18/2008 | N. Backer | 1.70 | Prepared the 18th Quarterly fee application. |
| 9/18/2008 | J. Dolan | 1.40 | Prepared July fee app. |
| 9/25/2008 | J. Dolan | 0.90 | Prepared July fee app. |
| 9/25/2008 | J. Dolan | 1.20 | Prepared 18th Qtrly fee app. |
| 9/25/2008 | N. Backer | 1.20 | Prepared 18th Quarterly fee application. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/25/2008 | N. Backer | 2.30 | Prepared August fee statement. |
| 9/29/2008 | J. Dolan | 0.90 | Prepared August fee app. |
| 9/30/2008 | J. Dolan | 0.60 | Prepared July fee app. |
| 9/30/2008 | N. Backer | 0.60 | Prepared August Fee application. |
| 9/30/2008 | J. Dolan | 0.70 | Prepared quarterly fee app. |
| Subtotal | | 17.90 | |

08. Financial Analysis - Schedules & Statements

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/4/2008 | J. Dolan | 3.10 | Prepared analyses and commentary for report to the Committee on 2Q08 results. |
| 9/5/2008 | R. Frezza | 1.30 | Read and analyzed Q2 results vs plan and prior year. |
| 9/5/2008 | J. Dolan | 2.10 | Read and analyzed July operating reports. |
| 9/8/2008 | S. Cunningham | 3.10 | Read and analyzed Q2 results vs plan and prior year. |
| 9/8/2008 | J. Dolan | 1.30 | Prepared analyses related to 2Q08 results and prepared report to the Committee thereon. |
| 9/9/2008 | J. Dolan | 3.90 | Prepared analyses related to 2Q08 results including gross margin analysis, cash flow analysis and peer related information for inclusion in report to Committee. |
| 9/11/2008 | S. Cunningham | 3.30 | Read and analyzed Q2 operating results and related analyses. |
| 9/11/2008 | J. Dolan | 0.90 | Prepared additional questions to Debtors regarding 2Q08 results. |
| 9/11/2008 | J. Dolan | 1.40 | Read and analyzed financial information related to 2Q08 results. |
| 9/11/2008 | J. Dolan | 2.40 | Read SEC filing 10Q related to 2Q08 results as well as peers. |
| 9/15/2008 | S. Cunningham | 2.30 | Reviewed Q2 results and related analyses. |
| 9/18/2008 | J. Dolan | 4.60 | Prepared 2Q08 report to the Committee including analyses and commentary. |
| 9/19/2008 | S. Cunningham | 2.20 | Reviewed report and analyses related to Q2 vs plan and prior yr. |
| 9/21/2008 | J. Dolan | 3.70 | Finalized 2Q08 report to the Committee and submitted to team for review. |
| 9/21/2008 | R. Frezza | 1.10 | Read and analyzed 2nd quarter report. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/25/2008 | J. Dolan | 1.30 | Review of additional information provided by the Debtors related to the 2Q08 and incorporated into report. |
| 9/25/2008 | R. Frezza | 2.70 | Prepared review 2q08 report on Grace performance for committee. |
| 9/26/2008 | J. Dolan | 1.60 | Final comments to 2Q08 report and submitted to counsel for comments. |
| Subtotal | | 42.30 | |

15. Plan & Disclosure Statement

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|--------------------------|
| 9/2/2008 | E. Ordway | 1.60 | Read transcripts from depositions. |
| 9/20/2008 | R. Frezza | 2.50 | Read and analyzed POR and disclosure statement. |
| 9/21/2008 | J. Dolan | 2.30 | Read and analyzed Debtors Disclosure Statement. |
| 9/22/2008 | E. Ordway | 1.80 | Read and analyzed disclosure statement. |
| 9/22/2008 | R. Frezza | 1.20 | Continued review of POR and related documents. |
| 9/22/2008 | J. Dolan | 2.10 | Read and analyzed Disclosure Statement and POR. |
| 9/23/2008 | J. Dolan | 3.80 | Read and analyzed Disclosure Statement and POR. |
| 9/23/2008 | R. Frezza | 2.10 | Continued review of POR, disclosure statement and related documents. |
| 9/23/2008 | R. Frezza | 4.60 | Review of Exhibits to the Disclosure statement. |
| 9/23/2008 | J. Dolan | 3.10 | Read and analyzed Disclosure Statement and POR. |
| 9/23/2008 | E. Ordway | 2.30 | Continued to read and analyze disclosure statement. |
| 9/24/2008 | R. Frezza | 6.40 | Read and analyzed Disclosure statement, POR and related documents; discussed preliminarily with counsel. |
| 9/24/2008 | J. Dolan | 3.90 | Read and analyzed Disc Stmt, POR and Exhibits and prepared report to the Committee. |
| 9/24/2008 | E. Ordway | 1.90 | Analyzed POR exhibits. |
| 9/24/2008 | J. Dolan | 2.20 | Analysis of Disclosure Statement and related claims. |
| 9/25/2008 | J. Dolan | 3.20 | Read and analyzed Exhibits to the Disclosure Statement. |
| 9/25/2008 | J. Dolan | 3.60 | Read and analyzed Disc Stmt, POR and Exhibits and prepared report to the Committee thereon. |

**Capstone Advisory Group, LLC**
**Invoice for the September 2008 Fee Application**

Page 5 of 6

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 9/25/2008 | R. Frezza | 5.20 | Read and analyze Disclosure statement, POR and related documents; discussed further with counsel. |
| 9/25/2008 | S. Cunningham | 5.10 | Read and analyzed POR and disclosure statement. |
| 9/26/2008 | E. Ordway | 1.20 | Directed staff in preparing a report to the committee regarding POR. |
| 9/26/2008 | J. Dolan | 1.00 | Call with Blackstone to discuss questions related to the Disclosure Stmt and POR. |
| 9/26/2008 | S. Cunningham | 4.40 | Read and analyzed POR and disclosure statement. |
| 9/26/2008 | R. Frezza | 3.20 | Continued review of POR and related docs; prep of report to committee on observations. |
| 9/26/2008 | R. Frezza | 3.70 | Discussions with Blackstone re: questions on POR docs; discussion with counsel regarding insolvency. |
| 9/29/2008 | E. Ordway | 0.40 | Analyzed liquidation analysis included in the plan. |
| 9/29/2008 | J. Dolan | 2.90 | Review of Exhibits to the Disclosure Statement including financial exhibits and liquidation analysis. |
| 9/29/2008 | S. Cunningham | 4.20 | Read and analyzed POR and disclosure statement. |
| 9/29/2008 | R. Frezza | 3.50 | Prepared detail report to Committee re: disclosure statement findings and observations and discussed with counsel. |
| 9/29/2008 | R. Frezza | 3.30 | Prepared detail report to Committee re: disclosure statement findings and observations. |
| 9/29/2008 | J. Dolan | 3.60 | Read and analyzed exhibits to the Disclosure Statement and prepared report to the Committee thereon. |
| 9/30/2008 | J. Dolan | 0.70 | Discussion with counsel regarding the disclosure statement. |
| 9/30/2008 | J. Dolan | 3.60 | Analysis of POR and report to the Committee thereon. |
| 9/30/2008 | E. Ordway | 0.60 | Discussion with counsel regarding the disclosure statement. |
| 9/30/2008 | R. Frezza | 5.10 | Prepared report on findings and observations re: Disclosure Stmt/POR/Related docs; discussed preliminary findings with counsel. |
| Subtotal | | 100.30 | |
| 21. Research | | | |
| 9/5/2008 | M. Desalvio | 1.50 | Grace Peer Analysis for 2Q08. |
| Subtotal | | 1.50 | |
| **Total Hours** | | **232.90** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 9/1/08 through 9/30/08

| Date | Professional | Detail | Amount |
|------|--------------|--------|--------|
| Capstone Expense | | | |
| 9/10/2008 | Postage/FedEx | FedEx | $12.37 |
| 9/16/2008 | Scans | September scans 373 @ 1.00 ea | $373.00 |
| 9/16/2008 | Copies | September copies 371 @ .10 ea | $37.10 |
| 9/17/2008 | Research | Bloomberg | $200.00 |
| 9/17/2008 | Research | Pacer | $98.56 |
| 9/23/2008 | Telecom | September telephone - Saddle Brook office | $248.04 |
| Subtotal - Capstone Expense | | | $969.07 |
| **For the Period 9/1/08 through 9/30/08** | | | $969.07 |

Capstone Advisory Group, LLC
Invoice for the September 2008 Fee Application

Page 1 of 1