# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** ) | **Chapter 11** |
| ) | |
| **W.R. GRACE & CO., et al.,**[1] ) | **Case No. 01-01139 (JKF)** |
| ) | **(Jointly Administered)** |
| **Debtors.** ) | |
| ) | **Re: Docket No. 20130** |

## DECLARATION OF SERVICE REGARDING:

## ORDER GRANTING RELIEF SOUGHT IN DEBTORS' AMENDED TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE AND NON-SUBSTANTIVE)
### [Re: Docket No. 19378]

I, Alex Cedeño, state as follows:

1. I am over eighteen years of age and I believe the statements contained herein are true based on my personal knowledge. My business address is c/o BMC Group, Inc. (f/k/a Bankruptcy Management Corporation), 444 North Nash Street, El Segundo, California 90245.

---

[1] The Debtors consist of the following 62 entities: W.R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

2. On November 26, 2008, at the direction of Pachulski, Stang, Ziehl & Jones, LLP., co-counsel to the debtors and debtors in possession in the above-captioned cases, I caused the document attached hereto as Exhibit 1 to be served on the Affected Parties referenced in Exhibit 2

3. All parties were served via first-class mail and deposited with the United States Postal Service with postage thereon fully prepaid.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: December 2, 2008
El Segundo, California

_____
Alex Cedeño

State of California       )
                          )
County of Los Angeles     )

On December 2, 2008 before me, James H. Myers, a Notary Public, personally appeared Alex Cedeño, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
James H. Myers

JAMES H. MYERS
Commission # 1589628
Notary Public - California
Los Angeles County
My Comm. Expires Jul 19, 2009

# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.* | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | Re: Docket No. 19378 |
| | | 11/24/08 Agenda Item No. 2 |

## ORDER GRANTING RELIEF SOUGHT IN DEBTORS' AMENDED TWENTY-FIFTH OMNIBUS OBJECTION TO CLAIMS (SUBSTANTIVE AND NON-SUBSTANTIVE)

Upon the Amended Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-Substantive) (the "Amended Twenty-Fifth Omnibus Objection") (Dkt. No. 19378) filed by the above captioned debtors and debtors in possession (collectively, the "Debtors"), seeking entry of an order disallowing and expunging, amending, reclassifying, reducing and allowing, as appropriate, certain claims (collectively, the "Claims" and, each a "Claim"); and no previous application having been made, and upon consideration of the matters set forth herein; and due and proper notice of the Amended Twenty-Fifth Omnibus Objection having been given, it is hereby

ORDERED that proofs of claim no. 12943 and 12944 filed by OldCastle APG Northeast Inc. in the amounts of $8,000,000.00 and $200,000.00, respectively, are disallowed and expunged for all purposes; and it is further

ORDERED that the Debtors are permitted to take whatever actions are necessary to make sure that proofs of claim no. 12943 and 12944 are disallowed and expunged for all purposes; and it is further

ORDERED that, the Objection to each of the Claims listed on <u>Exhibit A</u> to this Order under the heading "Continued" is continued to the December 15, 2008 omnibus hearing; and it is further

ORDERED that, this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.

Dated: November 24, 2008

*Judith K. Fitzgerald* **rmab**
Honorable Judith K. Fitzgerald
United States Bankruptcy Judge

## In re: W.R. GRACE & CO., et al
## OMNIBUS 25: EXHIBIT A - CONTINUED CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 1 | AKZO NOBEL SURFACE CHEMISTRY LLC<br>C/O BOB WAREHAM<br>RT 6 & TABLER RD<br>PO BOX 310<br>MORRIS, IL 60450 | 01-01140<br>W.R. GRACE & CO.-CONN. | 3344 | $129,500.00 | (U) | REDUCTION IS DUE TO A STIPULATION WITH CONTINENTAL CASUALTY COMPANY (CNA), APPROVED BY COURT ORDER (DKT. NO. 16912) WHERE CNA PAID THE CLAIM AND THE REDUCED AMOUNT OF THIS CLAIM OF $7,015.07 IS FOR THE DEDUCTIBLE AMOUNT OWED BY THE DEBTORS. |
| 2 | GRAU, JAMES AND ANNA<br>C/O RICHARD L FERRELL ESQ<br>425 WALNUT ST STE 1800<br>CINCINNATI, OH 45202 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9688 | $800,000.00 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 3 | HARRY GRAU & SONS INC<br>C/O RICHARD L FERRELL ESQ<br>TAFT STETTINIUS & HOLLISTER LLP<br>425 WALNUT ST STE 1800<br>CINCINNATI, OH 45202 | 01-01140<br>W.R. GRACE & CO.-CONN. | 9687 | $800,000.00 | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 4 | INDIANA DEPARTMENT OF REVENUE<br>100 N SENATE AVE<br>BANKRUPTCY SECTION ROOM N-203<br>INDIANAPOLIS, IN 46204 | 01-01139<br>W.R. GRACE & CO. | 15355 | $403,130.64<br>$40,348.43 | (P)<br>(U) | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 5 | INDIANA DEPARTMENT OF REVENUE<br>COMPLIANCE DIVISION ROOM N203 BANKRUPTCY SECTION<br>100 N SENATE AVE<br>INDIANAPOLIS, IN 46204-2253 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15369 | $9,619.24 | (A) | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 6 | MISSOURI DEPARTMENT OF REVENUE<br>BOX 475<br>JEFFERSON CITY, MO 65105 | 01-01140<br>W.R. GRACE & CO.-CONN. | 17719 | $43,337.71 | (U) | DEBTORS' BOOKS AND RECORDS SHOW THAT THE ONLY LIABILITY FOR THIS CLAIM IS $15,234.00. THEREFORE, THE CLAIM SHOULD BE ALLOWED IN THE AMOUNT OF $15,234.00. |
| 7 | MUNOZ, GLORIA<br>C/O ANTHONY S PETRU ESQ<br>HILDEBRAND MCLEOD AND NELSON INC<br>350 FRANK H OGAWA PLAZA 4TH FLR<br>OAKLAND, CA 94612-2006 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1959 | $100,000.00 | (U) | DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative        (S) - Secured
(P) - Priority        (U) - Unsecured

Page 1 of 3        11/21/2008 3:53:10 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 25: EXHIBIT A - CONTINUED CLAIMS

| | Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|---|
| 8 | NEW YORK STATE DEPT OF TAXATION & FINANCE<br>BANKRUPTCY SECTION<br>PO BOX 5300<br>ALBANY, NY 12205-0300 | 01-01188 | 2701 | $60,779.80<br>$2,330.97<br>$262.50 | (S)<br>(P)<br>(U) | INSUFFICIENT DOCUMENTATION ATTACHED TO SUPPORT CLAIM. |
| 9 | PA DEPT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPT 280946<br>HARRISBURG, PA 17128-0946 | 01-01144<br>AMICON, INC. | 318 | $3,576.00<br>$32,964.32<br>$2,023.60 | (S)<br>(P)<br>(U) | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |
| 10 | PA DEPT OF REVENUE<br>BUREAU OF COMPLIANCE<br>DEPT 280946<br>HARRISBURG, PA 17128-0946 | 01-01193<br>MRA STAFFING SYSTEMS, INC. | 407 | $2,703.00<br>$25,479.99<br>$266.00 | (S)<br>(P)<br>(U) | DEBTORS' BOOKS AND RECORDS SHOW NO LIABILITY FOR THIS CLAIM. |
| 11 | ROWE, RICHARD C<br>C/O STEPHEN R TETRO<br>233 S WACKER DR STE 5800<br>CHICAGO, IL 60606 | 01-01140<br>W.R. GRACE & CO.-CONN. | 14037 | UNKNOWN | (U) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 12 | ROWE, RICHARD C<br>PO BOX 27184<br>MEMPHIS, TN 38127 | 01-01140<br>W.R. GRACE & CO.-CONN. | 1641 | UNKNOWN | (S) | A REVIEW OF THE DEBTORS' RECORDS AND INFORMATION SHOWS NO BASIS FOR LIABILITY AND THE DOCUMENTS THAT WERE PROVIDED BY THE CLAIMANT WERE INSUFFICIENT TO ESTABLISH A BASIS OF LIABILITY. |
| 13 | SEATON INSURANCE COMPANY<br>DRINKER BIDDLE & REATH LLP<br>DAVID P PRIMACK<br>1100 N MARKET ST, STE 1000<br>WILMINGTON, DE 19801-1254 | 01-01140<br>W.R. GRACE & CO.-CONN. | 15531 | UNKNOWN<br>UNKNOWN | (S)<br>(U) | NO BASIS FOR SECURED CLAIM - SHOULD BE RECLASSIFIED AS UNSECURED. |
| 14 | WRIGHT, JIM<br>215 ROCK LEDGE DR<br>GLENWOOD SPRINGS, CO 81601 | 01-01140<br>W.R. GRACE & CO.-CONN. | 603 | $651,678.00 | (P) | DEBTORS HAVE NO LIABILITY FOR THIS CLAIM. |

**(A) - Administrative     (S) - Secured
  (P) - Priority            (U) - Unsecured

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

Page 2 of 3

11/21/2008 3:53:13 PM

In re: W.R. GRACE & CO., et al
OMNIBUS 25: EXHIBIT A - CONTINUED CLAIMS

| Creditor Name / Address | Case Number | Claim Number | Total Claim Dollars* | Claim Class** | Reason For Proposed Disallowance |
|---|---|---|---|---|---|
| | | Totals: | $67,058.80 | (S) | |
| | | | $9,619.24 | (A) | |
| | | | $1,115,583.92 | (P) | |
| | | | $1,915,738.24 | (U) | |

*Plus, in certain instances, additional contingencies, unliquidated amounts, interest, penalties and/or fees.

The classification of the claims set forth herein is the classification asserted on the filed proof of claim. The Debtors include such classification for the purpose of identifying the claim to which the objection applies. The inclusion of the classification shall not constitute an acknowledgement by the Debtors that such classification is correct or appropriate.

**(A) - Administrative    (S) - Secured
(P) - Priority           (U) - Unsecured

Page 3 of 3

11/21/2008 3:53:15 PM

**EXHIBIT 2**

# WR Grace & Co. et al

Total number of parties: 14

### Exhibit 2 - WR Grace & Co. et al

| Svc Lst | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 30710 | AKZO NOBEL SURFACE CHEMISTRY LLC, C/O BOB WAREHAM, RT 6 & TABLER RD, PO BOX 310, MORRIS, IL, 60450 | US Mail (1st Class) |
| 30710 | GRAU, JAMES AND ANNA, C/O RICHARD L FERRELL ESQ, 425 WALNUT ST STE 1800, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 30710 | HARY GRAU & SONS INC, C/O RICHARD L FERRELL ESQ, TAFT STETTINIUS & HOLLISTER LLP, 425 WALNUT ST STE 1800, CINCINNATI, OH, 45202 | US Mail (1st Class) |
| 30710 | INDIANA DEPARTMENT OF REVENUE, 100 N SENATE AVE, BANKRUPTCY SECTION ROOM N-203, INDIANAPOLIS, IN, 46204 | US Mail (1st Class) |
| 30710 | INDIANA DEPARTMENT OF REVENUE, COMPLIANCE DIVISION ROOM N203 BANKRUPTCY SECTION, 100 N SENATE AVE, INDIANAPOLIS, IN, 46204-2253 | US Mail (1st Class) |
| 30710 | MISSOURI DEPARTMENT OF REVENUE, BOX 475, JEFFERSON CITY, MO, 65105 | US Mail (1st Class) |
| 30710 | MUNOZ, GLORIA, C/O ANTHONY S PETRU ESQ, HILDEBRAND MCLEOD AND NELSON INC, 350 FRANK H OGAWA PLAZA 4TH FLR, OAKLAND, CA, 94612-2006 | US Mail (1st Class) |
| 30710 | NEW YORK STATE DEPT OF TAXATION & FINANCE, BANKRUPTCY SECTION, PO BOX 5300, ALBANY, NY, 12205-0300 | US Mail (1st Class) |
| 30710 | OLDCASTLE APG NORTHEAST INC, D/B/A FOSTER-SOUTHERN, 46 SPRING ST, HOLBROOK, MA, 02343 | US Mail (1st Class) |
| 30710 | PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, DEPT 280946, HARRISBURG, PA, 17128-0946 | US Mail (1st Class) |
| 30710 | ROWE, RICHARD C, PO BOX 27184, MEMPHIS, TN, 38127 | US Mail (1st Class) |
| 30710 | ROWE, RICHARD C, C/O STEPHEN R TETRO, 233 S WACKER DR STE 5800, CHICAGO, IL, 60606 | US Mail (1st Class) |
| 30710 | SEATON INSURANCE COMPANY, DRINKER BIDDLE & REATH LLP, DAVID P PRIMACK, 1100 N MARKET ST, STE 1000, WILMINGTON, DE, 19801-1254 | US Mail (1st Class) |
| 30710 | WRIGHT, JIM, 215 ROCK LEDGE DR, GLENWOOD SPRINGS, CO, 81601 | US Mail (1st Class) |

Subtotal for this group: 14