IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>                Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |

## NOTICE OF SERVICE

I, the undersigned, hereby certify that on this 4th day of December, 2008, a copy of the **Joinder of Zurich Insurance Company, Zurich International (Bermuda) Ltd., and Maryland Casualty Company in Certain Objectors' First Request for Production of Documents** was served up on the following parties-in-interest:

**BY HAND DELIVERY**
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl & Jones
919 North Market Street
16th Floor
Wilmington, DE 19801

**BY TELEFAX AND U.S. MAIL**
David M. Bernick, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601
Telefax: 312-861-2200

Dated: December 4, 2008
      Wilmington, Delaware

                      CONNOLLY BOVE LODGE & HUTZ LLP

                      _____
                      Jeffrey C. Wisler (#2795)
                      Marc J. Phillips (#4445)
                      1220 Market Street
                      P.O. Box 2207
                      Wilmington, DE 19899
                      (302) 658-9141 Telephone
                      (302) 658-0380 Facsimile

                      *OF COUNSEL:*
                      Edward J. Longosz, II
                      Laura G. Stover
                      Eckert Seamans Cherin & Mellott, LLC
                      1747 Pennsylvania Avenue, N.W.,
                      Suite 1200
                      Washington, DC 20006
                      (202) 659-6600 Telephone
                      (202) 659-6699 Facsimile

                      Richard A. Ifft
                      Karalee C. Morell
                      WILEY REIN LLP
                      1776 K Street, N.W.
                      Washington, D.C. 20006
                      (202) 719-7170 Telephone
                      (202) 719-7049 Facsimile

                      *Attorneys for Zurich Insurance Company,*
                      *Zurich International (Bermuda) Ltd., and*
                      *Maryland Casualty Company*

#650844