**FIFTY-SEVENTH INTERIM APPLICATION OF CAPSTONE ADVISORY GROUP, LLC, FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS, FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES INCURRED (FOR THE PERIOD FROM OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008)**

ATTACHMENT B

1. Summary of Fees by Professional
2. Summary of Fees by Task Code
3. Detailed Task Descriptions
4. Summary of Expenses

**W.R. Grace & Co.**
Capstone Advisory Group, LLC
Summary of Fees by Professional
For the Period 10/1/08 through 10/31/08

| Professional | Position | Billing Rate | Hours | Fees |
|---|---|---|---|---|
| E. Ordway | Member | $650 | 22.70 | $14,755.00 |
| S. Cunningham | Member | $650 | 39.00 | $25,350.00 |
| R. Frezza | Consultant | $550 | 56.70 | $31,185.00 |
| J. Dolan | Consultant | $395 | 72.00 | $28,440.00 |
| N. Backer | Paraprofessional | $110 | 1.60 | $176.00 |
| For the Period 10/1/08 through 10/31/08 | | | 192.00 | $99,906.00 |

Capstone Advisory Group, LLC
Invoice for the October 2008 Fee Application

Page 1 of 1

**W.R. Grace & Co.**
**Capstone Advisory Group, LLC**
**Summary of Fees by Task Code**
**For the Period 10/1/08 through 10/31/08**

| Task Code | Task Description | Hours | Fees |
|---|---|---|---|
| 01. Acquisitions/Divestitures | During the Fee Application period, the Applicant read and analyzed motion regarding asset sale, performed various analyses and prepared report to Committee thereon. | 12.90 | $5,932.50 |
| 03. Claims Analysis & Valuation | During the Fee Application period, the Applicant prepared various analyses of claims and prepared accrued interest and facility fee scenarios in relation to the POR and Disclosure Statement. | 25.60 | $13,197.00 |
| 04. Creditor Committee Matters | During the Fee Application period, the Applicant read and analyzed recent docket submissions and counsel reports regarding property damage settlements and objection issues and participated in Committee meetings. | 19.60 | $10,520.50 |
| 07. Fee Applications & Invoices | During the Fee Application Period, the Applicant prepared the August and September monthly fee statements. | 6.00 | $1,914.00 |
| 08. Financial Analysis - Schedules & Statements | During the Fee Application Period, the Applicant analyzed data regarding the August monthly and 3rd quarter results by comparing sales, EBIT, and gross margin to Plan and prior year, as well as a review of industry reports | 11.70 | $5,998.50 |
| 15. Plan & Disclosure Statement | During the Fee Application Period, the Applicant Read and analyzed the POR, Disclosure Statement And related exhibits and prepared numerous analyses Regarding claims.  Prepared objection points to the Disclosure statement, reviewed objection motion and Coordinated with counsel to file necessary documents. | 104.50 | $55,628.50 |
| 26. Meetings with Debtors/Advisors | During the Fee Application Period, the Applicant met with the Debtor and advisors to discuss interest claims. | 11.70 | $6,715.00 |
| **For the Period 10/1/08 through 10/31/08** | | **192.00** | **$99,906.00** |

Invoice for the October 2008 Fee Application

**W.R. Grace & Co.**
Capstone Advisory Group, LLC
Detailed Time Description by Task Code
For the Period 10/1/08 through 10/31/08

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 01. Acquisitions/Divestitures | | | |
| 10/23/2008 | R. Frezza | 2.20 | Read and analyzed motions entered regarding acquisitions. |
| 10/24/2008 | R. Frezza | 1.30 | Followed up on motions. Conferred with counsel on next steps. |
| 10/24/2008 | J. Dolan | 1.80 | Read and analyzed divestiture motion and related agreement. |
| 10/27/2008 | J. Dolan | 2.30 | Read and analyzed motion and agreement related to asset sale and prepared follow up questions for the Debtors. |
| 10/30/2008 | R. Frezza | 1.90 | Continued review of acquisition motion. Coordinated with counsel and company on Questions & Answers of management. |
| 10/30/2008 | J. Dolan | 1.00 | Prepared report to the Committee regarding asset sale. |
| 10/31/2008 | J. Dolan | 2.40 | Prepared analyses and report to the Committee regarding asset sale motion. |
| Subtotal | | 12.90 | |
| 03. Claims Analysis & Valuation | | | |
| 10/1/2008 | J. Dolan | 0.60 | Read and analyzed counsel's memo regarding property damage claim settlements. |
| 10/1/2008 | J. Dolan | 0.70 | Read and analyzed counsel's memo regarding Canadian ZAI claims. |
| 10/2/2008 | E. Ordway | 1.10 | Read and analyzed data regarding ZAI claims data. |
| 10/5/2008 | R. Frezza | 2.70 | Continued iteration of interest scenarios at counsel's request. |
| 10/5/2008 | J. Dolan | 1.70 | Prepared interest analysis at the request of counsel. |
| 10/5/2008 | J. Dolan | 1.20 | Prepared unsecured claim interest analysis. |
| 10/6/2008 | R. Frezza | 1.50 | Continued iteration of interest scenarios at counsel's request. |
| 10/7/2008 | R. Frezza | 4.20 | Continued iteration of interest scenarios in preparation of discussions with counsel. |
| 10/8/2008 | R. Frezza | 4.10 | Revised interest scenarios based on various assumptions. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/9/2008 | J. Dolan | 0.90 | Prepared interest and facility fee calculations for claims analysis. |
| 10/9/2008 | E. Ordway | 1.20 | Analyzed updated analysis regarding debt capacity. |
| 10/10/2008 | E. Ordway | 1.40 | Prepared analysis of cash and liquidity. |
| 10/10/2008 | J. Dolan | 0.40 | Prepared post petition interest analyses. |
| 10/13/2008 | J. Dolan | 1.70 | Prepared analysis of various interest scenarios and facility fee calculations. |
| 10/13/2008 | J. Dolan | 1.40 | Prepared support schedules for Blackstone meeting. |
| 10/20/2008 | E. Ordway | 0.80 | Analyzed select bond offerings over prior 6 months for pricing data. |
| Subtotal | | 25.60 | |

04. Creditor Committee Matters

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/1/2008 | E. Ordway | 0.90 | Read and analyzed property damage claims data and counsel's memo thereon. |
| 10/3/2008 | S. Cunningham | 1.00 | Participated in committee call regarding disclosure and plan summary. |
| 10/14/2008 | J. Dolan | 1.50 | Read and analyzed recent docket submissions. |
| 10/16/2008 | J. Dolan | 1.20 | Prepared for and participated in Committee call. |
| 10/16/2008 | S. Cunningham | 2.10 | Prepared for and participated in Committee call. |
| 10/16/2008 | E. Ordway | 0.70 | Prepared for committee call by reviewing notes from debtor meeting. |
| 10/16/2008 | E. Ordway | 0.90 | Participated in committee conference call. |
| 10/20/2008 | E. Ordway | 0.60 | Read counsel's memo regarding court hearing. |
| 10/22/2008 | S. Cunningham | 1.30 | Read counsels recent memos regarding settlements. |
| 10/23/2008 | J. Dolan | 1.10 | Read and analyzed recent docket submissions. |
| 10/23/2008 | J. Dolan | 2.30 | Read and analyzed Objection to the POR memo filed by counsel. |
| 10/27/2008 | J. Dolan | 0.80 | Read and analyzed recent docket submissions. |
| 10/27/2008 | R. Frezza | 4.60 | Read and analyzed various motions filed regarding asset sale. |
| 10/30/2008 | E. Ordway | 0.60 | Read counsel's report on recent court hearing. |
| Subtotal | | 19.60 | |

Capstone Advisory Group, LLC

Invoice for the October 2008 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 07. Fee Applications & Invoices | | | |
| 10/14/2008 | J. Dolan | 1.10 | Prepared August Fee Application. |
| 10/16/2008 | N. Backer | 1.20 | Prepared September fee statement. |
| 10/16/2008 | J. Dolan | 1.10 | Prepared September fee application. |
| 10/16/2008 | N. Backer | 0.40 | Prepared August fee statement. |
| 10/23/2008 | J. Dolan | 1.30 | Prepared September fee application. |
| 10/23/2008 | J. Dolan | 0.90 | Prepared August fee application. |
| Subtotal | | 6.00 | |
| 08. Financial Analysis - Schedules & Statements | | | |
| 10/1/2008 | E. Ordway | 0.70 | Analyzed latest operating report and summarized items for staff to investigate. |
| 10/2/2008 | E. Ordway | 1.00 | Continued reading latest operating report. |
| 10/3/2008 | J. Dolan | 2.20 | Read and analyzed August monthly operating reports. |
| 10/8/2008 | S. Cunningham | 3.20 | Read and analyzed recent monthly operating reports. |
| 10/15/2008 | E. Ordway | 0.50 | Read and analyzed latest monthly operating report. |
| 10/15/2008 | J. Dolan | 1.20 | Read and analyzed recent operating reports. |
| 10/23/2008 | J. Dolan | 1.20 | Performed final review and distribution of 2Q report to the committee. |
| 10/30/2008 | J. Dolan | 1.70 | Read and analyzed 3rd quarter press release and related exhibits. |
| Subtotal | | 11.70 | |
| 15. Plan & Disclosure Statement | | | |
| 10/1/2008 | S. Cunningham | 2.30 | Discussed analyses with team regarding the report to the Committee summarizing and evaluating the Disclosure Statement and POR. |
| 10/1/2008 | R. Frezza | 6.20 | Continued review and analysis of POR documents and report drafting to committee. |
| 10/1/2008 | J. Dolan | 1.70 | Prepared report to the Committee summarizing and evaluating the Disclosure Statement and POR. |
| 10/1/2008 | J. Dolan | 0.80 | Prepared for and participated in call with Blackstone regarding 524g trust. |

Capstone Advisory Group, LLC
Invoice for the October 2008 Fee Application

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/2/2008 | J. Dolan | 0.90 | Participated in call with counsel to discuss Disclosure Statement, POR and related analyses. |
| 10/2/2008 | J. Dolan | 2.70 | Prepared analyses and commentary for the report to the Committee regarding the Disclosure Statement and POR. |
| 10/2/2008 | J. Dolan | 1.60 | Prepared a comprehensive claims analysis from the Disclosure Statement including principal claims only. |
| 10/2/2008 | R. Frezza | 4.80 | Continued review of POR documents and report drafting to committee. |
| 10/3/2008 | R. Frezza | 1.20 | Prepared for and participated in Committee call. |
| 10/3/2008 | E. Ordway | 0.90 | Participated in conference call with the committee. |
| 10/3/2008 | R. Frezza | 3.20 | Finalized POR report drafting to committee and circulated to counsel. |
| 10/3/2008 | E. Ordway | 1.30 | Prepared for committee call by reviewing report on POR and preparing talking points. |
| 10/3/2008 | S. Cunningham | 3.30 | Read and analyzed Disclosure Statement and POR documents. Prepared for committee call. |
| 10/3/2008 | J. Dolan | 1.40 | Researched and analyzed interest rates per SEC filings for inclusion in report to the Committee. |
| 10/3/2008 | J. Dolan | 1.30 | Prepared analysis and commentary for report to the Committee regarding the POR and Disclosure Statement. |
| 10/6/2008 | J. Dolan | 0.70 | Prepared interest scenarios based on POR and Disclosure Statement. |
| 10/7/2008 | S. Cunningham | 3.10 | Read and analyzed current claims summary including interest calculations. |
| 10/8/2008 | J. Dolan | 1.10 | Participated for call with counsel to discuss claims analysis. |
| 10/9/2008 | J. Dolan | 2.60 | Prepared summary of objection points related to adequacy of financial disclosures in the POR. |
| 10/9/2008 | J. Dolan | 3.40 | Comprehensive claims analysis of principal and interest per the Disclosure Statement. |
| 10/9/2008 | S. Cunningham | 4.20 | Read and analyzed interest calculations in preparation for meeting with Blackstone. |
| 10/10/2008 | S. Cunningham | 1.30 | Read and analyzed recovery summary per POR. |
| 10/10/2008 | R. Frezza | 3.20 | Prepared memo and analyses for counsel regarding Disclosure Statement clarification motion. Revised interest scenarios. |
| 10/10/2008 | J. Dolan | 2.60 | Analyzed and summarized objection points to the Disclosure Statement and POR. |

| Date | Professional | Hours | Detailed Time Description |
|------|--------------|-------|---------------------------|
| 10/10/2008 | J. Dolan | 1.80 | Participated in discussions with counsel regarding objection points to the Disclosure Statement and POR. |
| 10/11/2008 | J. Dolan | 3.60 | Reported to counsel regarding objection points and requests for additional disclosure regarding Disclosure Statement and POR. |
| 10/11/2008 | R. Frezza | 2.30 | Prepared analysis to clarify Disclosure Statement for counsel to file motion. |
| 10/12/2008 | R. Frezza | 1.80 | Prepared analysis to clarify Disclosure Statement for counsel to file motion. |
| 10/13/2008 | E. Ordway | 1.90 | Prepared for meeting with debtor by reviewing reports and other documents. |
| 10/13/2008 | J. Dolan | 1.80 | Prepared for settlement meeting regarding POR. |
| 10/13/2008 | E. Ordway | 2.00 | Prepared/edited presentation to lender/committee regarding intent claim. |
| 10/13/2008 | S. Cunningham | 2.30 | Reviewed Disclosure Statement issues and analyzed items to be further explained. |
| 10/14/2008 | E. Ordway | 1.30 | Prepared for meeting by reviewing notes, documents. |
| 10/14/2008 | S. Cunningham | 3.10 | Reviewed Committee Report regarding POR and Disclosure Statement. |
| 10/14/2008 | J. Dolan | 0.70 | Revisions to the Committee report regarding Disclosure Statement. |
| 10/14/2008 | E. Ordway | 1.10 | Attended pre-meeting for debtor meeting. |
| 10/15/2008 | R. Frezza | 0.50 | Revisions to the Committee report regarding Disclosure Statement. |
| 10/15/2008 | E. Ordway | 0.20 | Communications regarding intent issues and meetings relating thereto. |
| 10/20/2008 | S. Cunningham | 2.30 | Reviewed Committee Report regarding POR and Disclosure Statement. |
| 10/21/2008 | S. Cunningham | 2.10 | Read draft of objection to the Disclosure Statement to be filed with the court. |
| 10/24/2008 | J. Dolan | 1.60 | Read and analyzed objection motion filed by the Committee. |
| 10/24/2008 | J. Dolan | 1.30 | Read and analyzed objection motion prepared by the Lender Group. |
| 10/27/2008 | E. Ordway | 0.80 | Read and analyzed debtors' response to various objections. |
| 10/27/2008 | J. Dolan | 1.20 | Read and analyzed Debtors' response to the Committee's objection. |
| 10/27/2008 | S. Cunningham | 1.70 | Read and analyzed objection memos to POR and open issues. |
| 10/28/2008 | R. Frezza | 2.10 | Continued review of motions and other filings. Debriefed with counsel on disclosure statement objection hearing. |
| 10/28/2008 | J. Dolan | 2.30 | Read and analyzed objection to POR and open issues. |

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/29/2008 | S. Cunningham | 1.30 | Read and analyzed issues related to Objections to the POR. |
| 10/29/2008 | J. Dolan | 3.20 | Read and analyzed objection to POR and open issues. |
| 10/30/2008 | S. Cunningham | 2.10 | Read and analyzed objection motion prepared by the Lender Group. |
| 10/31/2008 | S. Cunningham | 2.30 | Read and analyzed objection motion filed by the Committee. |
| Subtotal | | 104.50 | |

26. Meetings with Debtors/Advisors

| Date | Professional | Hours | Detailed Time Description |
|------|-------------|-------|---------------------------|
| 10/13/2008 | R. Frezza | 4.20 | Met with Grace advisors regarding interest calculations. Performed additional interest analyses in preparation for October 14 meeting. |
| 10/14/2008 | R. Frezza | 4.70 | Prepared for and participated in interest settlement negotiations with Company and counsel. Conferred with counsel on Disclosure Statement objection motion related to financial issues. |
| 10/14/2008 | E. Ordway | 2.80 | Participated in meeting with debtors regarding interest claim. |
| Subtotal | | 11.70 | |
| **Total Hours** | | **192.00** | |

# W.R. Grace & Co.
## Capstone Advisory Group, LLC
## Expense Detail
## For the Period 10/1/08 through 10/31/08

| Date | Professional | Detail | Amount |
|------|-------------|--------|--------|
| Capstone Expense | | | |
| 10/14/2008  Research | | Pacer | $25.84 |
| 10/15/2008  Telecom | | Telecom | $154.34 |
| Subtotal - Capstone Expense | | | $180.18 |
| E. Ordway | | | |
| 10/14/2008  Parking/Tolls | | NYC parking | $42.00 |
| Subtotal - E. Ordway | | | $42.00 |
| R. Frezza | | | |
| 10/13/2008  Parking/Tolls | | Parking - $25 Tolls - $8 Miles - $20 | $52.00 |
| 10/14/2008  Parking/Tolls | | Parking - $32 Tolls - $8 Miles - $20 | $60.00 |
| Subtotal - R. Frezza | | | $112.00 |
| For the Period 10/1/08 through 10/31/08 | | | $334.18 |