# EXHIBIT C

**WR GRACE & CO**

**SUMMARY OF FEES**

**JULY 1, 2008 - SEPTEMBER 30, 2008**

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Partners** | | | |
| DiBernardo, Ian G. | 6.4 | $720 | $    4,608.00 |
| Kruger, Lewis | 76.1 | 945 | 71,914.50 |
| Pasquale, Kenneth | 147.2 | 775 | 114,080.00 |
| Speiser, Mark A. | 2.0 | 875 | 1,750.00 |
| Welkis, Scott | 14.4 | 720 | 10,368.00 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 9.1 | 650 | 5,915.00 |
| Cutler, Ilana | 4.7 | 395 | 1,856.50 |
| Chaudhery, Kamilla A. | 54.7 | 475 | 25,982.50 |
| Gutierrez, James S. | 66.3 | 490 | 32,487.00 |
| Krieger, Arlene G. | 488.8 | 650 | 317,720.00 |
| Strauss, Joseph E. | 34.0 | 595 | 20,230.00 |
| | | | |
| **Paraprofessionals** | | | |
| Carrion, Carole | 16.9 | 225 | 3,802.50 |
| De Pinto, Lauren M. | 5.5 | 235 | 1,292.50 |
| Dhanraj, Judy N. | 0.2 | 200 | 40.00 |
| Holzberg, Ethel H. | 59.5 | 270 | 16,065.00 |
| Huang, Hang Qi | 6.5 | 165 | 1,072.50 |
| Mohamed, David | 132.3 | 175 | 23,152.50 |
| Rivera, Eddie M. | 3.4 | 235 | 799.00 |
| Serebryany, Yefim | 8.0 | 175 | 1,400.00 |
| | | | |
| **Sub Total** | **1,136.0** | | **$ 654,535.50** |
| **Less 50% Travel** | **(11.2)** | | **(9,033.00)** |
| **Total** | **1,124.8** | | **$ 645,502.50** |