# EXHIBIT D

NY 71869393v2

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**JULY 1, 2008 - SEPTEMBER 30, 2008**

| | |
|---|---:|
| Outside Messenger Service | $ 484.41 |
| Meals | 348.95 |
| Local Transportation | 1,359.97 |
| Long Distance Telephone | 432.01 |
| Duplicating Costs-in House | 409.50 |
| Filing Fees | 386.00 |
| Court Reporting Services | 685.25 |
| O/S Information Services | 359.52 |
| Word Processing | 18.00 |
| Lexis/Nexis | 657.46 |
| Travel Expenses - Transportation | 454.00 |
| Westlaw | 6,293.48 |
| | |
| **TOTAL** | **$ 11,888.55** |