# EXHIBIT A

**G** = Grace's proportionate share of liability for asbestos claims
**S** = Scotts' proportionate share of liability for asbestos claims
**L** = Litigation costs incurred by Settled Asbestos Insurance Companies in coverage litigation with Scotts

