## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., *et al.* | : | Case No. 01-01139 JKF |
| | : | |
| Debtors. | : | (Jointly Administered) |

### CERTIFICATE OF SERVICE

I, David P. Primack, hereby certify that on December 5, 2008, I caused a true and correct copy of the ***Supplement to the Joint Objection of Seaton Insurance Company and OneBeacon America Insurance Company to Debtors' Proposed Disclosure Statement*** to be served by operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the District of Delaware and upon the parties listed below in the manner indicated:

**Via US Mail**
Kirkland & Ellis LLP
Attn: David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601

**Via US Mail**
Caplin & Drysdale, Chartered
Attn: Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
One Thomas Circle, NW
Washington, DC 20005

**Via US Mail**
Kirkland & Ellis LLP
Attn: Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Citigroup Center
153 E. 53rd Street
New York, NY 10022

**Via US Mail**
Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch
375 Park Avenue
New York, NY 10152

**Via Hand Delivery**
Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones
James E. O'Neill
Timothy Cairns
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899

**Via Hand Delivery**
Campbell & Levine, LLC
Attn: Marla R. Eskin
Mark T. Hurford
800 King Street, Suite 300
Wilmington, DE 19801

**Via US Mail**
Orrick, Herrington & Sutcliffe LLP
Attn: Roger Frankel
Richard H. Wyron
Debra L . Felder
Columbia Center
1152 15th Street, NW
Washington, DC 20005

**Via Hand Delivery**
Phillips, Goldman & Spence, P.A.
Attn: John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806

**Via US Mail**
Kramer Levin Naftalis & Frankel LLP
Attn: Philip Bentley
Douglas Mannal
919 Third Avenue
New York, NY 10022

**Via Hand Delivery**
Buchanan, Ingersoll & Rooney PC
Attn: Teresa D. Currier
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

**Via Hand Delivery**
Attn: David Klauder, Esq.
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

Dated:  December 5, 2008

/s/ David P. Primack
David P. Primack (DE Bar I.D. #4449)
DRINKER BIDDLE & REATH LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801-1243
Telephone: (302) 467-4200
Facsimile:  (302) 467-4201