IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | Chapter 11 |
| W.R. GRACE & CO., ) | |
| *et al.*, ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Jointly-Administered |
| ) | |
| ) | **Re Docket No.:**_____ |

## ORDER GRANTING MOTION TO SHORTEN NOTICE IN CONNECTION WITH INSURERS MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

Upon the Insurers' Motion to Shorten Notice in Connection with Insurers' Motion for Entry of Confidentiality Order (the "Motion to Shorten Notice"), seeking entry of an Order pursuant to pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9006-1(e) of the Local Rules for the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), and from relief from this Court's case scheduling order, shortening notice of Insurers' Motion for Entry of Confidentiality Order (the "Motion For Entry of Confidentiality Order"); and it appearing that notice of the Motion to Shorten Notice was good and sufficient under the circumstances and that no other or further notice need be given; and the Court having considered the Motion to Shorten Notice and any Responses thereto; and this Court having determined that granting the relief requested is in the best interests of the Debtors' estates, their creditors, interest holders, and insurers; and after due deliberation thereon; and good and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Motion to Shortened Notice is hereby GRANTED;

2. Pursuant to Bankruptcy Rule 9006(c)(1) and Local Rule 9006-1(e), adequate notice of the Motion For Entry of Confidentiality Order was served upon all parties with an

NY1:1763616.1

interest in the matters set forth in the Motion For Entry of Confidentiality Order, as well as upon all parties requesting such notice under Fed. R. Bankr. P. 2002;

3. The Motion For Entry of Confidentiality Order shall be heard by the Court at the hearing scheduled on December 15, 2008, at 2:00 p.m.; and

4. The deadline for filing responses to the Motion For Entry of Confidentiality Order is hereby set for December 14, 2008 at 4:00 p.m. (prevailing Eastern Time).

5. The deadline for filing a reply to the Motion For Entry of Confidentiality Order is hereby set for December 13, 2008 at 2:30 p.m. (prevailing Eastern Time).

Dated: _____

_____
Hon. Judith K. Fitzgerald
UNITED STATES BANKRUPTCY JUDGE