IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**SECOND AMENDED NOTICE OF APPEARANCE, REQUEST FOR MATRIX ENTRY
AND REQUEST FOR SERVICE OF NOTICE AND DOCUMENTS**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rule 9010(b), the

undersigned appears as counsel for Defendant BNSF Railway Company ("BNSF").

PLEASE TAKE FURTHER NOTICE that, pursuant to Bankruptcy Rule 2002 (i),

the undersigned requests that Nina M. Varughese, Esq. be added to the official mailing matrix

and service lists in the above-captioned case.  In addition, said counsel request that copies of all

pleadings, motions, notices, and other papers, filed and/or served, in this case or any proceeding

therein, be served upon counsel at the following addresses:

Nina M. Varughese, Esq.
Edward C. Toole, Jr., Esq.
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 981-4000
Facsimile: (215) 981-4750
E-mail: varughesen@pepperlaw.com
         toolee@pepperlaw.com

Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
E-mail:  Meltzere@pepperlaw.com

PLEASE TAKE FURTHER NOTICE, that the foregoing request includes,

without limitation, all orders, notices, applications, motions, petitions, pleadings, requests,

complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs,

operating reports, plans of reorganization, disclosure statements, whether formal or informal,

whether written or oral and whether transmitted or conveyed by mail, electronic mail, hand delivery, telephone, telegraph, telex, telecopier or otherwise.

This Amended Notice Of Appearance, Request For Matrix Entry And Request For Service Of Notice And Documents shall not constitute, nor shall it be deemed to be, a voluntary or involuntary submission to the jurisdiction of the Bankruptcy Court for any purpose.

By:    /s/ Evelyn J. Meltzer

Evelyn J. Meltzer (DE No. 4581)
PEPPER HAMILTON LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
phone (302) 777-6500
fax    (302) 421-8390

Counsel for BNSF Railway Company

Dated:  December 8, 2008

-2-

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 8, 2008, a copy of the attached Second Amended Notice Of Appearance, Request For Matrix Entry And Request For Service Of Notice And Documents was served via first class mail, postage prepaid, upon the parties on the attached service list.

By:     /s/ Evelyn J. Meltzer
        Evelyn J. Meltzer (DE No. 4581)
        PEPPER HAMILTON LLP
        Hercules Plaza, Suite 5100
        1313 Market Street
        P.O. Box 1709
        Wilmington, DE  19899-1709
        phone (302) 777-6500
        fax     (302) 421-8390

        Counsel for BNSF Railway Company

Dated: December 8, 2008

W.R. Grace & Co. *et al.*
c/o James E. O'Neill, Esquire
Laura Davis Jones, Esquire
Pachulski Ziehl Stang Ziehl Young Jones
919 N. Market St.
16th Floor
Wilmington, DE 19899

W.R. Grace & Co. *et al.*
c/o Michael R. Lastowski, Esquire
Duane Morris LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801-1246

Official Committee of Unsecured Creditors
c/o  William K. Harrington, Esquire
Duane Morris, LLP
1100 North Market Street
Suite 1200
Wilmington, DE 19801

Official Committee of Unsecured Creditors
c/o William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ  07102-3889

Official Committee of Asbestos Property
Damage Claimants
c/o Lisa L. Coggins, Esquire
Ferry, Joseph & Pearce, P.A.
824 Market Street
Suite 904
Wilmington, DE 19801

Official Committee of Property Damage
Claimants
c/o Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price & Axelrod,
LLP
First Union Financial Center
200 S. Biscayne Boulevard
Suite 2500
Miami, FL  33131

Official Committee of Equity Security Holders
c/o Teresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney PC
1000 West St., Ste. 1410
Wilmington, DE 19801

Frank J. Perch III
Office of the U.S. Trustee
844 King Street, Suite 2207
Lock Box 35
Wilmington, DE 19801