## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

**Related to Docket No. 20213**

### JOINDER TO MOTION TO SHORTEN NOTICE IN CONNECTION WITH ROYAL INDEMNITY COMPANY'S MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

Fireman's Fund Insurance Company and Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta, hereby join the *Motion to Shorten Notice in Connection with Royal Indemnity Company's Motion for Entry of Confidentiality Order* [Docket No. 20213].

Dated: December 9, 2008
      Wilmington, Delaware

STEVENS & LEE, P.C.

 /s/ *John D. Demmy.*
John D. Demmy (DE Bar No. 2802)
1105 North Market Street, 7th Floor
Wilmington, DE 19801
Telephone: (302) 425-3308
Telecopier: (610) 371-8515
Email: jdd@stevenslee.com

and

Leonard P. Goldberger
Marnie E. Simon
(Members PA Bar)
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702
Telephone:  (215) 751-2864/2885
Telecopier:  (610) 371-7376/8505
Email: lpg@stevenslee.com
Email: mes@stevenslee.com

ATTORNEYS FOR FIREMAN'S FUND INSURANCE COMPANY AND ALLIANZ S.p.A., f/k/a RIUNIONE ADRIATICA DI SICURTA

SL1 889679v1/000000.00000