IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

| | |
|---|---|
| W.R. Grace & Co., *et al*.<br>Debtor(s) | Bankruptcy No. 01-1139<br>Jointly Administered |
| | Chapter 11<br>**Related to Doc. No. 20213, Motion to Shorten in Connection with Royal Indemnity Company's Motion for Entry of Confidentiality Order, filed at Doc. No. 20212** |

### ORDER GRANTING MOTION TO SHORTEN NOTICE WITH RESPECT TO MOTION FOR ENTRY OF CONFIDENTIALITY ORDER

**AND NOW**, this **8th** day of **December, 2008**, it is **ORDERED** that a hearing on Royal Indemnity Company's Motion for Entry of Confidentiality Order, filed at Doc. No. 20212, will be held on **December 15, 2008,** at **1:00 p.m.** in Courtroom A, 54th Floor, US Steel Building, 600 Grant Street, Pittsburgh, Pennsylvania.

It is **FURTHER ORDERED** that any objections or responses shall be filed and served **on or before 12:00 p.m., noon, December 10, 2008.**

It is **FURTHER ORDERED** that **NO** replies are permitted to be filed.

*Judith K. Fitzgerald*
Judith K. Fitzgerald
United States Bankruptcy Judge    **rmab**