IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |

CERTIFICATE OF SERVICE

    I, Daniel K Hogan, hereby certify that, on December 10, 2008, a true and correct copy of the *Limited Objection of Various Law Firms Representing Asbestos Personal Injury Claimants to Insurers' Motion for Entry of Confidentiality Order* was served via first-class mail, postage prepaid, upon all parties listed on the 2002 Service List.

                                                  */s/ Daniel K. Hogan*
                                                  Daniel K. Hogan (DE #2814)