IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | Related Docket Nos. 19581, 19620 |

**JOINDER BY ALLSTATE INSURANCE COMPANY, SOLELY AS SUCCESSOR-IN-INTEREST TO NORTHBROOK EXCESS AND SURPLUS INSURANCE COMPANY, FORMERLY NORTHBROOK INSURANCE COMPANY TO CERTAIN OBJECTORS' FIRST REQUEST FOR THE PRODUCTION OF DOCUMENTS**

Allstate Insurance Company, solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company (hereinafter referred to as "Northbrook"), hereby joins in Certain Objector Insurers' First Request for Production of Documents served upon W.R. Grace & Co., et al., dated November 25, 2008.

Northbrook requests that Debtors respond to the following requests for production of documents by producing all requested documents for inspection and copying within thirty (30) days of service of this request or sooner, at the offices of White & Williams, LLP, 824 N. Market Street, Suite 902, Wilmington, Delaware or at such other time and place as the parties may agree or as the Court may direct.

Respectfully submitted,

DATED: DECEMBER 10, 2008
      Wilmington, DE

White & Williams, LLP

BY: _____
JAMES S. YODER, ESQ. (DE #2643)
824 N. Market Street, Suite 902
P.O. Box 709
Wilmington, DE 19899
(302) 467-4524

PHLDMS1 4907888v.1

-and-

Stefano Calogero, Esq.
Andrew K. Craig, Esq.
CUYLER BURK, P.C.
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054
(973) 734-3200

Counsel for Allstate Insurance Company, solely as successor-in-interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company