**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.*, | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | | Related to Docket Nos. 20212, 20225 |

**<u>JOINDER TO MOTIONS FOR ENTRY OF CONFIDENTIALITY ORDER</u>**

    Allstate Insurance Company, solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company, hereby joins (i) *Motion for Entry of Confidentiality Order* [Docket No. 20212] (the "Motion") and (ii) *Limited Joinder of Continental Casualty Company to Motion for Entry of Confidentiality Order* [Docket No. 20225] (the "CCC Joinder"); and hereby request entry of the form of confidentiality order contemplated by the Motion as modified by the CCC Joinder.

                                            Respectfully submitted,

Dated: DECEMBER 10, 2008
          Wilmington, Delaware          White & Williams, LLP

                                         By: _____
                                               JAMES S. YODER, ESQ. (DE #2643)
                                               824 N. Market Street, Suite 902
                                               P.O. Box 709
                                               Wilmington, DE 19899
                                               (302) 467-4524

                                               -and-

                                               Stefano Calogero Esq.
                                               Andrew K. Craig, Esq.
                                               CUYLER BURK, P.C.
                                               Parsippany Corporate Center
                                               Four Century Drive
                                               Parsippany, NJ 07054

(973) 734-3200

Counsel for Allstate Insurance Company, solely as successor in interest to Northbrook Excess and Surplus Insurance Company, formerly Northbrook Insurance Company

2

PHLDMS1 4909323v.1