IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| Debtors. | ) | |
| | | Objection Deadline: December 30, 2008 at 4:00 p.m. |

**FEE DETAIL FOR NELSON MULLINS RILEY &
SCARBOROUGH, LLP'S MONTHLY FEE APPLICATION FOR THE
PERIOD FROM OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

November 5, 2008
Invoice 902854  Page  1

| | | |
|---|---|---|
| Our Matter # | 02399/06032 | For Services Through 10/31/08 |
| WR Grace # | 063-KL-721490-01-0501221 | |
| Name of Matter: | Charleston | |

| Date | Description | | | |
|---|---|---|---|---|
| 10/17/08 | Review draft VCC from City and DHEC (0.4); message from Mr. Bucens regarding call on same and various messages from team (0.2); conference call with team on VCC draft, status of issues (0.7); review notes and attempt to contact Ms. Dickman at DHEC counsel office (0.3).<br>N.J. SMITH | 1.60 hrs. | 320.00/hr | $512.00 |
| 10/20/08 | Review various emails, information and certification form and prepare for conference call (0.3); conference call with City and Grace team on comments to VCC for DHEC (0.4).<br>N.J. SMITH | 0.70 hrs. | 320.00/hr | $224.00 |
| 10/21/08 | Message from Mr. Bucens with draft PSA, begin review of same (0.7); complete review of PSA, mark comments (0.4).<br>N.J. SMITH | 1.10 hrs. | 320.00/hr | $352.00 |
| 10/22/08 | Review condemnation statute (0.3); conference call with team on PSA from City (2.0); complete revisions to PSA based on call comments, and additional drafting of environmental provisions, compare to City original and distribute to team (2.2).<br>N.J. SMITH | 4.50 hrs. | 320.00/hr | $1,440.00 |
| 10/23/08 | Review comments from Mr. Bucens and Ms. Duff, discuss and incorporate into draft (1.1); various messages regarding City response and contact with DHEC and follow up with legal and technical staff of same (0.3).<br>N.J. SMITH | 1.40 hrs. | 320.00/hr | $448.00 |
| 10/23/08 | Review and edit draft purchase and sale agreement at request of Attorney Smith.<br>R.T. CARLISLE | 0.60 hrs. | 280.00/hr | $168.00 |
| 10/24/08 | Follow up with Ms. Dickman on VCC and Consent Agreement issues (0.2); telephone conference with Mr. Bucens on coordination in efforts to get responses from DHEC to clarify responsibilities under Consent Agreement and VCC (0.2); telephone conference with Ms. Dickman regarding VCC issues (0.4); telephone conference with Mr. Bucens, then prepare message to team on status and recommendations for Monday (0.4).<br>N.J. SMITH | 1.20 hrs. | 320.00/hr | $384.00 |
| 10/26/08 | Revise VCC to address consent issues, review notes on same.<br>N.J. SMITH | 0.40 hrs. | 320.00/hr | $128.00 |

W. R. Grace & Co.

November 5, 2008
Invoice 902854  Page 2

| Date | Description | | | |
|---|---|---|---|---|
| 10/27/08 | Telephone conference with Mr. Bucens regarding VCC language, coordination with City and DHEC, and provide draft revised section of VCC (0.3); message from Mr. Bucens with DHEC messages attached, review same (0.2); review materials and prepare for and participate in conference call with team to prepare for call with City (0.9); conference call with City to review VCC and PSA, discuss all issues and plan for next steps to secure agreement (1.7); draft addition to PSA as discussed (0.3). | | | |
| | N.J. SMITH | 3.40 hrs. | 320.00/hr | $1,088.00 |
| 10/28/08 | Review disclosure statement and research status of hearing on same (0.5); message from DHEC with revised VCC, review same (0.4); telephone conference with Mr. Shissias regarding VCC draft, and issues to resolve (0.2); follow up with Mr. Bucens and then Ms. Duff on outstanding issues, strategy for discussion with Ms. Dickman and Mr. Stewart on same (0.3). | | | |
| | N.J. SMITH | 1.40 hrs. | 320.00/hr | $448.00 |
| 10/29/08 | Office conference with Ms. Dickman regarding various VCC issues (0.3); message to Mr. Bucens and Ms. Duff regarding DHEC status on outstanding issues (0.2); message from and reply to Mr. Shissias regarding DHEC bankruptcy claim, provide copy of same (0.2). | | | |
| | N.J. SMITH | 0.70 hrs. | 320.00/hr | $224.00 |
| 10/30/08 | Message from Mr. Bucens, reply regarding DHEC meeting | | | |
| | N.J. SMITH | 0.20 hrs. | 320.00/hr | $64.00 |

**Total Fees for Legal Services** .................................................................... **$5,480.00**

### BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| N.J. SMITH | 16.60 | 320.00 | 5,312.00 |
| R.T. CARLISLE | 0.60 | 280.00 | 168.00 |
| TOTAL | 17.20 | $318.60 | $5,480.00 |

### CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| 10/17/2008 | Telephone 1-888-543-4442 | 17.53 |
|---|---|---|
| 10/28/2008 | Telephone 1-617-899-0354 | 0.75 |
| **Total Charges for Other Services Provided/Expenses Incurred** | | **$18.28** |

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Telephone | 18.28 |
| TOTAL | $18.28 |

**Net current billing for this invoice**............................................................ **$5,498.28**

**GRAND TOTAL** ............................................................................................... **$5,498.28**

W. R. Grace & Co.

November 5, 2008
Invoice 902854  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 10/31/08

W. R. Grace & Co.
Charleston
Our Matter # 02399/06032

| | |
|---|---|
| Fees for Professional Services | $5,480.00 |
| Charges for Other Services Provided/Expenses Incurred | $18.28 |
| **Net current billing for this invoice** | **$5,498.28** |
| **GRAND TOTAL** | **$5,498.28** |

| **Terms of Payment: Balance due within thirty days of invoice date** |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
Receiving Bank: Columbus Bank & Trust (CB&T)
ABA Number: 061100606
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC 29151-1798
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

**FOREIGN WIRING INSTRUCTIONS**
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC 29151-1798
ABA Number: 053200666
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

# Nelson Mullins

Nelson Mullins Riley & Scarborough LLP
Attorneys and Counselors at Law
Tax ID No. 57-0215445
Post Office Box 11070 / Columbia, South Carolina 29211
Tel: 803.799.2000

W. R. Grace & Co.
ATTN: Lydia Duff, Esq.
Senior Environmental Counsel
7500 Grace Drive
Columbia, MD  21044

November 5, 2008
Invoice 902855  Page  1

Our Matter #         02399/06091                                For Services Through 10/31/08
Name of Matter:      Fee Applications

| Date | Description | | | |
|---|---|---|---|---|
| 10/08/08 | Research status of quarterly fee applications and follow up with local counsel on same. B.J. BURN | 0.50 hrs. | 240.00/hr | $120.00 |
| 10/08/08 | Draft 29th interim fee application, draft and prepare September 2008 fee application and update chart information. B.A. WRIGHT | 2.70 hrs. | 120.00/hr | $324.00 |
| 10/09/08 | Search for approval of 26th, 27th and 28th interim fee applications and update charts and revise fee applications. B.A. WRIGHT | 0.80 hrs. | 120.00/hr | $96.00 |
| 10/10/08 | Review, edit, and approve monthly fee application. B.J. BURN | 0.30 hrs. | 240.00/hr | $72.00 |
| 10/10/08 | Review, edit and approve quarterly fee application. B.J. BURN | 0.30 hrs. | 240.00/hr | $72.00 |
| 10/10/08 | Edit changes to September 2008 fee application and to 29th interim fee application. B.A. WRIGHT | 0.30 hrs. | 120.00/hr | $36.00 |
| 10/20/08 | Follow-up on Nelson Mullins quarterly fee application for the 29th period (April – June 2008) and forward copy of same to Warren H. Smith & Associates per their e-mail request. B.F. HAWKINS, JR. | 0.30 hrs. | 320.00/hr | $96.00 |

**Total Fees for Legal Services** ........................................................................................... **$816.00**

## BILLING SUMMARY

|  | Hours | Rate/Hr | Dollars |
|---|---|---|---|
| B.F. HAWKINS, JR. | 0.30 | 320.00 | 96.00 |
| B.J. BURN | 1.10 | 240.00 | 264.00 |
| B.A. WRIGHT | 3.80 | 120.00 | 456.00 |
| TOTAL | 5.20 | 156.92 | 816.00 |

## CHARGES FOR OTHER SERVICES PROVIDED/EXPENSES INCURRED

| | | |
|---|---|---|
| 10/22/2008 | VENDOR: PACER Service Center; INVOICE#: 110308; DATE: 10/22/2008 - On - Line Services Quarterly Billing (07/00/08- | 27.44 |

W. R. Grace & Co.

November 5, 2008
Invoice 902855  Page 2

09/30/08)
**Total Charges for Other Services Provided/Expenses Incurred** ................................... **$27.44**

### DISBURSEMENT SUMMARY

| Description | Dollars |
|---|---|
| Outside Services | 27.44 |
| TOTAL | $27.44 |

**Net current billing for this invoice** ................................................................ **$843.44**

**GRAND TOTAL** ................................................................................... **$843.44**

W. R. Grace & Co.

November 5, 2008
Invoice 902855  Page 3

## REMITTANCE COPY

Please Return With Your Payment To:

ATTN: Accounts Receivable
Nelson Mullins Riley & Scarborough LLP
Post Office Drawer 11009
Columbia, South Carolina 29211
Telephone (803) 799-2000

For Services Through 10/31/08

W. R. Grace & Co.
Fee Applications
Our Matter # 02399/06091

| | |
|---|---:|
| Fees for Professional Services | $816.00 |
| Charges for Other Services Provided/Expenses Incurred | $27.44 |
| **Net current billing for this invoice** | **$843.44** |
| **GRAND TOTAL** | **$843.44** |

| Terms of Payment: Balance due within thirty days of invoice date |
|---|

**DOMESTIC WIRING INSTRUCTIONS**
Receiving Bank: Columbus Bank & Trust (CB&T)
ABA Number: 061100606
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC 29151-1798
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701

**FOREIGN WIRING INSTRUCTIONS**
Beneficiary Bank: National Bank of SC, PO Box 1798, Sumter SC 29151-1798
ABA Number: 053200666
Beneficiary Customer: Nelson Mullins Riley & Scarborough, LLP Operating Account
Beneficiary Account Number: 00322407701