IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-1139 (JKF) |
| | : | |
| Debtors. | : | (Jointly Administered) |

## **CERTIFICATE OF NO OBJECTION (RE: DOCKET NO. 20068)**

On November 18, 2008, Kramer, Levin, Naftalis & Frankel LLP, ("Kramer Levin"), co-counsel to the Official Committee of Equity Holders, filed its Twenty Sixth Quarterly Fee Application of Kramer, Levin, Naftalis & Frankel LLP , Co-Counsel to the Official Committee of Equity Holders, for Compensation and Reimbursement of Expenses for the Period from July 1, 2008 through September 30, 2008 (the "Application"). The Notice of Application provided an objection deadline of 4:00 p.m. (Eastern Standard Time) on December 8, 2008. The undersigned hereby certifies that no answer, objection or any responsive pleading with respect to the Application has been filed with the Court.

WHEREFORE, Kramer Levin respectfully requests that the Court enter an order approving this Application at its earliest convenience.

                                          BUCHANAN INGERSOLL & ROONEY PC

                                          By:   /s/ Teresa K.D. Currier
                                                     Teresa K. D. Currier (No. 3080)
                                                     The Brandywine Building
                                                     1000 West St. - Suite 1410
                                                     Wilmington, DE 19801

                                                             -and-

KRLS/Wilm 58403v1

|  |  |
|---|---|
|  | Kramer Levin Naftalis & Frankel LLP<br>Philip Bentley, Esquire<br>Douglas H. Mannal, Esquire<br>1177 Avenue of the Americas<br>New York, NY 10036 |
| Dated: December 10, 2008 | Co-Counsel to the Official Committee of Equity Holders |

KRLS/Wilm 58403v1
#1014028-v1