```
Date: 12/08/08            Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 1


                     W. R. Grace, Inc. % Elihu Inselbuch
                     Caplin & Drysdale
                     399 Park Avenue, 27th Floor
                     New York, New York 10022


Date/Slip# Description                                     HOURS/RATE   AMOUNT
------------------------------------------------------------------------------
 10/09/08  Peterson  / (05) Claims Anal Objectn/Resolutn (Asbest)  0.3   240.00
 #7307     Telephone Rapp re: asset assumptions for payment      800.00
           percentage calculation
```

{D0142447.1 }

```
Date: 12/08/08            Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 2

                   W. R. Grace


Date/Slip# Description                                         HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 10/08/08  Peterson  / (07) Committee, Creditors'                     0.5    400.00
 #7303     Telephone McMillan re: payment percentage               800.00

 10/15/08  Peterson  / (07) Committee, Creditors'                     3.3   2640.00
 #7311     Review forecasts, calculate payment percentage and      800.00
           send memo to Inselbuch
```

{D0142447.1 }

```
Date: 12/08/08            Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 3

                      W. R. Grace


Date/Slip# Description                                      HOURS/RATE   AMOUNT
-------------------------------------------------------------------------------
 10/08/08  Peterson  / (16) Plan and Disclosure Statement        0.3    240.00
 #7302     Telephone Relles re: TDP status                     800.00

 10/08/08  Peterson  / (16) Plan and Disclosure Statement        3.3   2640.00
 #7305     Review TDP issues                                   800.00

 10/08/08  Relles    / (16) Plan and Disclosure Statement        0.3    142.50
 #7501     Telephone Peterson re: TDP status                   475.00

 10/08/08  Relles    / (16) Plan and Disclosure Statement        2.0    950.00
 #7502     Investigate effects of delay on TDP liabilities     475.00
```

{D0142447.1 }

```
Date: 12/08/08           Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 4

                    W. R. Grace


Date/Slip# Description                                     HOURS/RATE     AMOUNT
-------------------------------------------------------------------------------
 10/01/08  Peterson   / (28) Data Analysis                        3.6    2880.00
 #7301     Review forecasts and issues in calculating payment   800.00
           percentage

 10/08/08  Peterson   / (28) Data Analysis                        2.3    1840.00
 #7304     Review forecast of trust liability                   800.00

 10/09/08  Peterson   / (28) Data Analysis                        3.8    3040.00
 #7306     Work on payment percentage calculation; review       800.00
           forecasts

 10/10/08  Peterson   / (28) Data Analysis                        2.1    1680.00
 #7308     Compare trust and tort forecasts and liabilities    800.00

 10/13/08  Peterson   / (28) Data Analysis                        2.5    2000.00
 #7309     Review estimation materials                          800.00

 10/15/08  Peterson   / (28) Data Analysis                        0.4     320.00
 #7310     Telephone Charter Oaks re: asset estimate            800.00
-------------------------------------------------------------------------------
```

{D0142447.1 }

```
Date: 12/08/08            Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 5

                    W. R. Grace

              Summary Of Time Charges, By Month and Activity
                       October 2008 - October 2008

   MONTH       ACTIVITY                                      HOURS      AMOUNT
   ---------------------------------------------------------------------------
   October   - (05) Claims Anal Objectn/Resolutn (Asbest)      0.3      240.00
   October   - (07) Committee, Creditors'                      3.8     3040.00
   October   - (16) Plan and Disclosure Statement              5.9     3972.50
   October   - (28) Data Analysis                             14.7    11760.00
   October   - (99) Total                                     24.7    19012.50

   Total     - (05) Claims Anal Objectn/Resolutn (Asbest)      0.3      240.00
   Total     - (07) Committee, Creditors'                      3.8     3040.00
   Total     - (16) Plan and Disclosure Statement              5.9     3972.50
   Total     - (28) Data Analysis                             14.7    11760.00
   Total     - (99) Total                                     24.7    19012.50

   ---------------------------------------------------------------------------
```

{D0142447.1 }

```
Date: 12/08/08           Legal Analysis Systems, Inc.
Time: 2:00pm                                                              Page 6

                 W. R. Grace

              Summary Of Time Charges, By Month and Person
                      October 2008 - October 2008

     MONTH      PERSON                                          HOURS     AMOUNT
     ---------------------------------------------------------------------------
     October  - Relles                                            2.3    1092.50
     October  - Peterson                                         22.4   17920.00
     October  - Total                                            24.7   19012.50

     Total    - Relles                                            2.3    1092.50
     Total    - Peterson                                         22.4   17920.00
     Total    - Total                                            24.7   19012.50

     ---------------------------------------------------------------------------
```

{D0142447.1 }

```
Date: 12/08/08            Legal Analysis Systems, Inc.
Time: 2:00pm                                                          Page 7

              W. R. Grace

         Summary Of Time Charges, By Activity, Month, and Person
                       October 2008 - October 2008

 MONTH       PERSON                                 HOURS    RATE      AMOUNT
 ----------------------------------------------------------------------------
 (05) Claims Anal Objectn/Resolutn (Asbest)

 October   - Peterson                                 0.3    800.      240.00

 (07) Committee, Creditors'

 October   - Peterson                                 3.8    800.     3040.00

 (16) Plan and Disclosure Statement

 October   - Relles                                   2.3    475.     1092.50
 October   - Peterson                                 3.6    800.     2880.00

 (28) Data Analysis

 October   - Peterson                                14.7    800.    11760.00

 ----------------------------------------------------------------------------
```

{D0142447.1 }