## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 12/30/08 |
| | § | Hearing Date: 1/14/2009 (if needed) |

### SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR COMPENSATION FOR SERVICES AND REIMBURSEMENT OF EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS AND HOLDERS OF DEMANDS FOR THE THIRD MONTHLY INTERIM PERIOD FROM NOVEMBER 1, 2008 THROUGH NOVEMBER 31, 2008

Name of Applicant:                                  Alan B. Rich, Esq.

Authorized to Provide Services To:          Hon. Alexander M. Sanders, Jr.,
                                                                    Legal Representative for Future Asbestos-
                                                                    Related Property Damage Claimants
                                                                    and Holders of Demands

Date of Retention:                                   September 29, 2008 (*nunc pro tunc*)

Period for Which Compensation
and Reimbursement is Sought:              November 1, 2008 through November 30, 2008

Amount of Fees Sought as Actual
Reasonable and Necessary:                   $35,326.00

Amount of Expenses Sought as
Actual, Reasonable and Necessary:       $4,010.79

This is a(n):   ☒Monthly       ☐Interim       ☐Final Application

-1-

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | CNO Filed | CNO Filed |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | No Objections Received | No Objections Received |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Alan B. Rich is the only attorney providing services in this Fee Application period. Mr. Rich has practiced law for 24 years, and his billing rate is $575 per hour. In this Application period Mr. Rich billed 76.6 hours[2], for a total amount billed of $44,045.00, of which 80% is currently sought, in the amount of $35,326.00.

---

[1] At 80% of the total incurred.

[2] Non-Productive travel time is including in this figure, but at 50% of the actual time.

As stated above, this is the Third application for monthly fees and expenses. The time for preparation of this Application is approximately 1.5 hours, for which $862.50 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 56 | $32,200.00 |
| Travel | 38.2 | $10,982.50 |
| Fee Applications | 1.5 | $862.50 |
| TOTAL | 95.7 | $44,045.00 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $4010.79 |
| TOTAL | $4010.79 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

-3-

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Main Street, Suite 1910, LB 201
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

I certify that on the 11th day of December, this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____

-4-

# EXHIBIT A

## ALAN B. RICH

*Attorney and Counselor*
One Main Place
1201 Main Street
Suite 1910, LB 201
Dallas, Texas 75202-3909
Telephone 214.532.4437
Fax 214.749.0325
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (November, 2008)

**Client**

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

**Matter**

***In re W. R. Grace***, No. 01-1139 (Bankr. D. Del)

| Date | Services Performed | Time |
|------|--------------------|------|
| 11/2/2008 | Prepare Memo to FCR re ZAI issues | 1.5 |
| 11/2/2008 | Review and analysis of Debtors' disclosure statement exhibits pertaining to PD issues | 0.8 |
| 11/3/2008 | Meeting with the PD FCR, Debtors and with ZAI class counsel regarding ZAI issues | 4.0 |
| 11/3/2008 | Travel to and from Charleston, SC (non-productive) (9.0 hrs @ 50%) | 4.5 |
| 11/4/2008 | Email correspondence to and from client regarding ZAI issues, and to PD Committee counsel re status | 0.3 |
| 11/5/2008 | Email correspondence to and from client regarding ZAI issues | 0.2 |
| 11/5/2008 | Review documents received from counsel for the PD Committee | 1.5 |

| | | |
|---|---|---|
| 11/5/2008 | Travel to Charleston, SC (non-productive) (3.2 hrs. @ 50%) | 1.6 |
| 11/6/2008 | Conference with client and PD Committee re status and strategy | 6.0 |
| 11/6/2008 | Review ZAI Term Sheet from Debtors and conferences with client and ZAI counsel re same | 0.6 |
| 11/6/2008 | Travel from Charleston to DFW (non-productive) (5.4 hrs @ 50%) | 2.7 |
| 11/7/2008 | Conference with PD committee counsel re PD related plan issues | 0.3 |
| 11/7/2008 | Conference call with Debtor re ZAI issues | 1.3 |
| 11/7/2008 | Conference call with ZAI counsel re ZAI issues | 0.3 |
| 11/7/2008 | Review of emails from PD Committee Counsel to Debtor regarding comments to PD CMO | 0.1 |
| 11/7/2008 | Email correspondence with Debtors' counsel re PD CMO | 0.1 |
| 11/8/2008 | Review Supplemental Limited Objection of the PD Committee | 0.2 |
| 11/8/2008 | Review Amended Disclosure Statement | 1.5 |
| 11/8/2008 | Draft objections to the Disclosure Statement | 0.5 |
| 11/9/2008 | Continued Review of Amended Disclosure Statement, Amended Plan and Ameded Voting Procedures | 2.0 |
| 11/9/2008 | Drafting and revising objections to Disclosure Statement | 1.5 |
| 11/9/2008 | Review Sealed Air comments to confidential PD CMO | 0.2 |
| 11/9/2008 | Emails to and PD Committee Counsel, ZAI counsel and client re potential Disclosure Statement Objections | 0.4 |
| 11/9/2008 | Review material re potential PD Trust provisions | 0.3 |
| 11/10/2008 | Conferences with client and PD Committee re revisions to Disclosure statement objections and strategy | 0.4 |
| 11/10/2008 | Revise and attend to filing of PD FCR's preliminary objections to disclosure statement | 0.3 |

| | | |
|---|---|---|
| 11/10/2008 | Review and analysis of ZAI document and email correspondence to and from client and ZAI counsel re same | 0.4 |
| 11/10/2008 | Conference and emails with ZAI counsel re ZAI testing issues | 0.4 |
| 11/10/2008 | Conference with Debtors and Debtors' and ZAI counsels re ZAI issues | 1.3 |
| 11/10/2008 | Emails to and from Debtors and other counsel re Section 11.17 of the Plan | 0.2 |
| 11/10/2008 | Revise Draft of proposed traditional PD Plan provision | 0.3 |
| 11/11/2008 | Email correspondence to and from counsel for PD committee re PD plan proposal | 0.3 |
| 11/11/2008 | Revise Draft of proposed traditional PD Plan provision | 0.2 |
| 11/11/2008 | Email Correspondence from Debtor re November 13 hearing date and re PD issues | 0.2 |
| 11/11/2008 | Review proposed revisions by ZAI counsel re documents re ZAI issues | 0.4 |
| 11/11/2008 | Teleconference with PD Claimants' counsel re traditional PD plan proposal | 0.3 |
| 11/11/2008 | Review Amended Disclosure Statement Exhibits and procedures motion and exhibits and supplemental objections by various parties in interest | 2.0 |
| 11/11/2008 | Conference call with Debtors' counsel and ZAI counsel re ZAI issues | 0.8 |
| 11/12/2008 | Email from Debtors' counsel re Nov. 13 and 14 hearings and review of agenda re hearings | 0.2 |
| 11/13/2008 | Travel to Pittsburgh (non-productive) (5.0 hrs @ 50%) | 2.5 |
| 11/13/2008 | Conference with R. Frankel re Trust agreement issue | 0.2 |
| 11/13/2008 | Conference with client re status | 0.2 |
| 11/13/2008 | Conferences with ZAI counsel re status; Review of ZAI counsel revisions to documents | 0.6 |
| 11/13/2008 | Conference call with Debtors' counsel and ZAI counsel re ZAI issues | 1.2 |
| 11/13/2008 | Review Omnibus hearing agenda | 0.1 |
| 11/13/2008 | Preparation of first and second monthly fee applications | 2.5 |

| | | |
|---|---|---|
| 11/14/2008 | Attend continuation of Disclosure Statement hearing and discussion with Debtors' counsel re status | 3.0 |
| 11/14/2008 | Review and revise revised ZAI documents received from ZAI counsel | 0.5 |
| 11/14/2008 | Review District Court Anderson Memorial Opinion on Motion for Reconsideration | 0.5 |
| 11/14/2008 | Travel to Dallas (non-productive) (5.6 hrs. @ 50%) | 2.8 |
| 11/17/2008 | Draft and file certification of counsel regarding monthly fee applications | 0.2 |
| 11/17/2008 | Review proposed ZAI Term Sheet, Revisions to proposed Term Sheet and conferences with client and ZAI counsel re same | 1.0 |
| 11/17/2008 | Review 11-24 Agenda | 0.2 |
| 11/18/2008 | Review changes to ZAI term Sheet and email from Debtors' counsel re same | 0.3 |
| 11/18/2008 | Review Order of Retention and correspondence to client re same | 0.2 |
| 11/18/2001 | Review Order approving a PD settlements with Children's Hospital and Univ of California | 0.1 |
| 11/18/2001 | Email correspondence with Debtors' counsel re PD issues | 0.1 |
| 11/18/2008 | Review latest amendments to Plan and Disclosure Statement | 1.2 |
| 11/19/2008 | Email from Debtors' counsel re confirmation CMO | 0.1 |
| 11/19/2008 | Review proposed changes to CMO from insurance group | 0.1 |
| 11/19/2008 | Email to and from PD committee counsel re status of proposal | 0.1 |
| 11/19/2008 | Review latest revisions to proposal re ZAI and make PD FCR's revisions to proposal and email to ZAI counsel re same | 0.5 |
| 11/20/2008 | Conferences with ZAI counsel and Debtors' counsel re revisions to ZAI proposal and further revisions by FCR | 1.3 |
| 11/20/2008 | Conference call with various counsel (20+) regarding proposed confirmation CMO | 1.5 |
| 11/20/2008 | Review PD Committee Revisions to potential proposal re PD claims | 0.3 |

| | | |
|---|---|---|
| 11/20/2008 | Review Debtors' Anderson Memorial Status Report | 0.2 |
| 11/21/2008 | Review final revisions to ZAI Term Sheet; conferences with ZAI counsel re ZAI Term Sheet | 1.0 |
| 11/21/2008 | Review of revision to proposed CMO and Conference call with various counsel (20+) regarding proposed confirmation CMO | 1.2 |
| 11/21/2008 | Email correspondence with PD Committee Counsel re PD issues | 0.2 |
| 11/23/2008 | Email correspondence from PD Committee Counsel re CMO issues | 0.1 |
| 11/23/2008 | Travel to Pittsburgh (non-productive) (5.0 hrs. @ 50%) | 2.5 |
| 11/23/2008 | Review materials for November Omnibus (Agenda; Revised CMOs; revisions and inserts and COC re Disclosure Statement) | 2.5 |
| 11/24/2008 | Attend November Omnibus Hearing | 4.2 |
| 11/24/2008 | Travel to DFW (non-productive) (5.0 hrs. @ 50%) | 2.5 |
| 11/25/2008 | Email correspondence to and from co-consel and to and from opposing counsel re property damage meeting, ZAI issues and PIQ protective orders | 0.5 |
| 11/25/2008 | Email from R. Finke re ZAI Term Sheet | 0.1 |
| 11/26/2008 | Emails to and from co-counsel and debtors' counsel re PD meeting | 0.1 |
| 11/30/2008 | Email from co-counsel regarding PD meeting | 0.1 |

Total: 76.6 hours @ $575.00/hour = $44,045.00

Expenses:   Travel Expenses (Detail on Exhibit 1)  $4010.79

**Total Fees and Expenses Due:**        **$48,055.79**

EXPENSES FOR NOVEMBER, 2008                                                    EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 11/3/2008 | RT Coach Airfare (DFW-Charleston, SC) (ZAI Mtg) | 446.5 |
| 11/3/2008 | Airport Transportation (Charleston) | 58 |
| 11/3/2008 | Airport Parking (DFW) | 17 |
| | | |
| 11/5/2008 | RT Coach Airfare (DFW-Charleston, SC) (ZAI Mtg) | 446.5 |
| 11/5/2008 | Charleston Resort & Marina Hotel | 249.19 |
| 11/5/2008 | Airport Transportation (Charleston) | 54 |
| 11/5/2008 | Dinner | 37 |
| 11/6/2008 | Airport Parking (DFW) | 19 |
| | | |
| 11/13/2008 | RT Coach Airfare (DFW-PIT) (Disclosure Statement) | 805 |
| 11/13/2008 | Renaissance Hotel | 340.86 |
| 11/13/2008 | Dinner | 43.67 |
| 11/13/2008 | Water | 2.99 |
| 11/13/2008 | Copies | 3.24 |
| 11/14/2008 | Taxis (Pittsburgh) | 61 |
| 11/14/2008 | Lunch | 11.91 |
| 11/14/2008 | Airport Parking (DFW) | 38 |
| | | |
| 11/23/2008 | RT Coach Airfare (Pittsburgh Omnibus) | 726 |
| 11/23/2008 | Renaissance Hotel | 340.86 |
| 11/23/2008 | Dinner | 49.73 |
| 11/24/2008 | Taxi Transportation in Pittsburgh | 95 |
| 11/24/2008 | Lunch | 8.83 |
| 11/24/2008 | Dinner | 8.51 |
| 11/23/2008 | DFW Airport Transportation | 148 |
| | | |
| | TOTAL EXPENSES | 4010.79 |