IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors | ) | |

**FEE DETAIL FOR WOODCOCK WASHBURN'S MONTHLY FEE APPLICATION FOR THE PERIOD OCTOBER 1, 2008, THROUGH OCTOBER 31, 2008**

## WRG-0081
## HIGH YIELD SPRAY APPLICATION
## FOR CEMENTITIOUS FIRE PROOFING MATERIALS

| 10/27/2008 | NG | Review of references received from client and preparation of Information Disclosure Statement for filing with the United States Patent and Trademark Office and forwarding to appropriate attorney for review and signature. | 1.00 |
|---|---|---|---|

|  | SERVICES | | | | $ | 195.00 |

| | NG | NOREEN GARONSKI | 1.0 | hours @ | $195.00 |
|---|---|---|---|---|---|

**INVOICE TOTAL**                                          $       **195.00**

## WRG-0088
## STUDY OF THIRD-PARTY PATENT RELATING TO POLYMERIZING PROCESS AND SECTION 271(f) ISSUE RELATING TO CATALYST

| 10/02/2008 | GHL | Continued case analysis and work on 271(f) memorandum for Mr. Maggio; | 3.80 |
|---|---|---|---|
| 10/06/2008 | GHL | Continued preparation of memorandum for Mr. Maggio regarding 35 U.S.C. §271(f) and attendance to dispatch of the memorandum to Mr. Maggio. | 4.00 |

                                  SERVICES      $    4,446.00

| | GHL | GARY H. LEVIN | 7.80 | hours @ | $570.00 |
|---|---|---|---|---|---|

                      **INVOICE TOTAL**      $    **4,446.00**

## WRG-0089
## STUDY OF THIRD-PARTY PATENT RELATED
## TO OLEFIN POLYMERIZATION CATALYST

| 10/24/2008 | GHL | Begin preparation of opinion of invalidity of third-party patent relating to olefin polymerization catalyst, including review of the patent and prior art references as received from Mr. Maggio, review of prosecution history, consideration of scope of claims of the patent at issue and comparison of references to claims, and begin claim chart; | 2.80 |
|---|---|---|---|
| 10/27/2008 | GHL | Further work on opinion of invalidity, including review of references cited during prosecution and further work on claim chart; | 4.00 |
| 10/28/2008 | GHL | Continued work on invalidity opinion; | 4.30 |
| 10/30/2008 | DBH | Office conference with Mr. Levin regarding project relating to summarization of prosecution history of subject patent. | 0.30 |

SERVICES $ 6,415.50

|  | GHL | GARY H. LEVIN | 11.10 | hours @ | $570.00 |
|---|---|---|---|---|---|
|  | DBH | DAVID B. HOFFMAN | 0.30 | hours @ | $295.00 |

**INVOICE TOTAL** $ **6,415.50**