IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| W. R. GRACE & CO.., et al., | Case No. 01-1139 (JKF) |
| | Jointly Administered |
| Debtors. / | |

## PROOF OF SERVICE

The undersigned hereby certifies that on December 11, 2008, a copy of the **Preliminary Objection of the Michigan Department of Treasury to the First Amended Joint Plan of Reorganization for W.R. Grace & Co. and its Affiliates Under Chapter 11 of the Bankruptcy Code** was served upon the following party(s) either electronically or by depositing said copies in the U.S. Mail, postage prepaid:

See attached list

I declare that the statements above are true to the best of my information, knowledge and belief.

/s/ Patricia Game
Patricia Game, Secretary to
Deborah B. Waldmeir
Assistant Attorney General

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| W. R. GRACE & CO.., et al., | Case No. 01-1139 (JKF) |
| Debtors. | Jointly Administered |

_____/

## ATTACHMENT TO PROOF OF SERVICE

W.R. Grace & Co.
Attn: General Counsel
7500 Grace Drive
Columbia, MD 21044

Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022

Pachulski, Stang, Ziel & Jones LLP
Attn: Laura Dave Jones/James E. O'Neill
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705

Caplin & Drysdale, Chartered
Attn: Peter Lockwood/Ronald Reinsel
One Thomas Circle, NW, Suite 1100
Washington, DC 20005

Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152

2

W.R. Grace & Co., et al
POS
Page 2

Bilzin Sumberg Baena Price & Axelrod LLP
Attn: Scott L. Baena/Jay M. Sakalo/Minda A. Mora
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131-5340

David T. Austern
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042-0683

Orrick, Herrington & Sutcliffe LLP
Attn: Roger Frankel
1152 15th Street, NW
Washington, D.C. 20005-1706

United States Trustee
David Klauder, Esq.
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801