## **CERTIFICATE OF SERVICE**

**I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made on December 12, 2008 via US MAIL upon:**

## **SEE ATTACHED SERVICE LIST**

Under penalty of perjury, I declare that the foregoing is true and correct.


____12/12/2008_____          __/s/ Heidi E Sasso_____
Date                                                   Heidi E. Sasso

Document #: 370
WCSR  3648202v1