IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Objection Deadline: December 11, 2008 at 4:00 p.m.** |
| | ) | **Hearing Date: April 1, 2009 at 10:30 a.m.** |

## CERTIFICATE OF NO OBJECTION
## REGARDING DOCKET NO. 20120

      The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Twenty-Fifth Interim Quarterly Fee Application of Hamilton, Rabinovitz & Alschuler, Inc. (the "Applicant") for Compensation for Services Rendered and Reimbursement of Expenses as Consultants to the Official Committee of Asbestos Property Damage Claimants for the Period of July 1, 2008 through September 30, 2008 ("the Application").  The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon.  Pursuant to the Notice of Application, objections to the Application were to be filed and served no later than December 11, 2008[1] at 4:00 p.m.

Dated: December 12, 2008                          Scott L. Baena, Esquire
                                                               Jay M. Sakalo, Esquire
                                                                BILZIN SUMBERG BAENA PRICE
                                                                   & AXELROD, LLP
                                                                2500 Wachovia Financial Center
                                                                200 South Biscayne Boulevard
                                                                 Miami, FL 33131-2336
                                                                 (305) 374-7580

                                                                 -and-

---

[1] The applicant may have received informal comments from the fee auditor, but has not yet received the final report from the fee auditor.

                FERRY, JOSEPH & PEARCE, P.A.

                /s/ Lisa L. Coggins
                Michael B. Joseph (No. 392)
                Theodore J. Tacconelli (No. 2678)
                Lisa L. Coggins (No. 4234)
                824 Market Street, Suite 904
                P.O. Box 1351
                Wilmington, DE 19899
                (302) 575-1555

*Co-Counsel to the Official Committee of Asbestos Property Damage Claimants*