IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

**NOTICE OF PROPOSED SALE OF CERTAIN ASSETS OF DEBTORS'
ASBESTOS AND LEAD ABATEMENT BUSINESS PURSUANT TO ORDER
ESTABLISHING PROCEDURES FOR THE SALE OF DE MINIMIS ASSETS**

PLEASE TAKE NOTICE that the Debtors propose to sell and license certain

assets of its asbestos and lead abatement business (the "Sale") for no more than $442,000.

Pursuant to that certain *Order Establishing Procedures for the Sale or Abandonment of De*

*Minimis Assets* dated August 2, 2001 (the "Order") [Docket No. 833], the Debtors may sell

assets with a de minimis value up to $5 million which, in the Debtors' judgment, are no longer

---

[1]     The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W.
R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon,
Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc.,
Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC
(f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a
Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC
Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities
Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary
Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe,
Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc.
(f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace
Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc.,
W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-
Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai
Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH,
Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings
Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA
Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental
Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin &
Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country
Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

necessary to the operation of their businesses. In accordance with the Order, the Debtors provide the following information in connection with the Sale:

1.      **Description of the Assets**. The assets being sold are most of the on-hand inventory and intellectual property (the "Assets") that are used in the Debtors' asbestos and lead abatement business (the "Abatement Business") as more fully described in **Attachment 1** hereto.

2.      **Proposed Purchaser/Purchase Price/Terms**. The Debtors propose to sell the Assets to Fiberlock Technologies, Inc., with a principal address at 150 Dascomb Road, Andover, Massachusetts 01810 ("Fiberlock"), for $400,000 payable in cash on the closing date, plus a sum not to exceed $42,000 for inventory on hand on the closing date. A more detailed description of the Sale is attached in **Attachment 1** hereto.

3.      **The Sale is in the Best Interest of their Estates**. The Debtors have determined in the reasonable exercise of their business judgment that sound business reasons justify the Sale. The Sale is being made in furtherance of the Debtors' efforts to monetize poorly performing assets and focus their businesses on their core competencies. The Debtors do not consider the Abatement Business to be a strategic or core business. The market for the Abatement Business is small and appears to be shrinking, as the instances of lead paint and asbestos needing abatement are diminishing. Thus, the Debtors consider the Abatement Business a depreciating asset. The Debtors believe that the limited resources devoted to the Abatement Business and the cash to be gained by this sale can be better put to use in the Debtors' core businesses.

4.      **Marketing Efforts**. In or about January 2008, the Debtors were approached by Fiberlock to purchase the Abatement Business. Due to shrinking sales and uncertain market conditions, the Debtors decided to entertain a bid for this product line,

2

assuming it was reasonable. The Debtors engaged in arm's-length, good faith negotiations with Fiberlock over the terms of the Sale over the course of almost a year. Based on comparable internal and external analysis, the Debtors have determined that the offer is reasonable. A more detailed description of the marketing of the Assets is attached in **Attachment 1** hereto.

5.     Based on their analysis of the market, the value of the Assets, and the benefits of focusing their business efforts on their core competencies, all which is supported by the Affidavit of Paul W. Hanlon which is attached hereto, the Debtors believe that the Sale is in the best interests of their estates.

PLEASE TAKE FURTHER NOTICE THAT this notice of Sale is being served via facsimile on (i) United States Trustee, Attn: David Klauder, 844 N. King Street Suite 2207, Lock Box 35, Wilmington, DE 19801; (ii) counsel to DIP Lender, J. Douglas Bacon and Jeff Moran, Latham & Watkins, Sears Tower, Suite 5800, 233 South Wacker Drive, Chicago, IL 60606; and Steven M. Yoder, The Bayard Firm, 222 Delaware Avenue, Suite 900, P.O. Box 25130, Wilmington, DE 19899 (iii) counsel to The Chase Manhattan Bank, as agent for the Debtors' prepetition lenders, Mark D. Collins and Deborah Spivack, Richards, Layton & Finger, P.A. One Rodney Square, P.O. Box 551, Wilmington, DE 19899; (iv) counsel to the Official Committee of Unsecured Creditors, Lewis Kruger, Kenneth Pasquale and Arlene Krieger, Stroock & Stroock & Lavan, 180 Maiden Lane, New York, NY 10038-4982; Michael R. Lastowski, Duane, Morris & Heckscher, LLP, 1100 N. Market Street, Suite 1200, Wilmington, DE 19801-1246; and William S. Katchen, Duane Morris LLP 744 Broad Street Suite 1200, Newark, NJ 07102-3889; (v) counsel to the Official Committee of Property Damage Claimants, Scott L. Baena, Bilzin, Sumberg, Dunn, Baena, Price & Axelrod, First Union Financial Center,

91100-001\DOCS_DE:143039.1

200 South Biscayne Boulevard, Suite 2500, Miami, FL 33131; and Theodore Tacconelli, Ferry & Joseph, P.A., 824 Market Street, Suite 904, P.O. Box 1351, Wilmington, DE 19899; (vi) counsel to the Official Committee of Asbestos Personal Injury Claimants, Elihu Inselbuch and Rita Tobin, Caplin & Drysdale, 375 Park Avenue, 35th Floor, New York, NY 10152; Mark Hurford, Campbell & Levine, LLC, Chase Manhattan Center, 1201 Market Street, 15th Floor, Wilmington, DE 19899; and Peter Van N. Lockwood and Christoper Rizek, Caplin & Drysdale, Chartered, One Thomas Circle, N.W., Washington, DC 20005; (vii) counsel to the Official Committee of Equity Holders, Thomas Moers Mayer, Kramer Levin Naftalis & Frankel LLP, 919 Third Avenue, New York, NY 10022 (fax 212-715-8000), and Robert A. Forsten, Klett Rooney Lieber & Schorling, 1000 West Street, Suite 1410, P.O. Box 1397, Wilmington, DE 198801; (viii) counsel to the Asbestos Personal Injury Future Claimants' Representative, Roger Frankel, Richard H. Wyron and Deborah Felder, Orrick, Herrington & Sutcliffe LLP, Washington Harbour, 3050 K Street, N.W., Washington, DC 20007-5135, and John C. Phillips, Jr., Phillips, Goldman & Spence, P.A., 1200 North Broom Street, Wilmington, DE 19806; and counsel to the Asbestos Property Damage Future Claimants' Representative, Alan B. Rich, One Main Place, 1201 Main Street, Suite 1910, LB 201.Dallas, Texas 75202 (collectively, the "Sale Notice Parties").

PLEASE TAKE FURTHER NOTICE THAT any party wishing to submit an alternative bid for the Abatement Business must serve its bid in writing upon (i) counsel for the Debtors: (i) Pachulski, Stang, Ziehl & Jones LLP, Attn: James E. O'Neill, 919 Market Street, 17th Floor, P.O. Box 8705, Wilmington, DE 19899-8705 (Courier 19801), and (ii) Kirkland & Ellis LLP, Attn: Janet S. Baer, 200 East Randolph Drive, Chicago, IL 60601 (collectively,

4

"Debtors' Counsel"), and (ii) the Sale Notice Parties, so that it is **received** on or before

**December 19, 2008**. Such alternative bid must be for a higher dollar amount than $400,000,

plus a sum not to exceed $42,000 for inventory on hand on the closing date, and must be on

terms that are otherwise equivalent or superior to the terms of the Sale.

PLEASE TAKE FURTHER NOTICE that objections, if any, to the Sale must be

in writing and served upon Debtors' Counsel so that they are **received** on or before **December**

**29, 2008**. In the event that the Debtors do not receive any written objections to the Sale or

qualifying Alternative Bids on or before such date, the Debtors are authorized to proceed with

the Sale without further approval of the Court.

Dated: December 12, 2008                 Respectfully submitted,

                                         KIRKLAND & ELLIS
                                         Janet S. Baer
                                         200 East Randolph Drive
                                         Chicago, IL 60601
                                         (312) 861-2000

                                         and

                                         PACHULSKI, STANG, ZIEHL & JONES LLP

                                         Laura Davis Jones (Bar No. 2436)
                                         James E. O'Neill (Bar No. 4042)
                                         Kathleen P. Makowski (Bar No. 3648)
                                         Timothy P. Cairns (Bar No. 4228)
                                         919 North Market Street, 16th Floor
                                         P.O. Box 8705
                                         Wilmington, Delaware 19899-8705 (Courier 19801)
                                         Telephone: (302) 652-4100
                                         Facsimile (302) 652-4400

                                         Co-Counsel for the Debtors and
                                         Debtors-In-Possession

91100-001\DOCS_DE:143039.1