IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*,[1] | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| Debtors | ) | **Related Docket No. 20222** |

## AMENDED NOTICE OF AGENDA OF MATTERS SCHEDULED FOR HEARING ON DECEMBER 15, 2008, AT 1:00 P.M. BEFORE THE HONORABLE JUDITH K. FITZGERALD IN PITTSBURGH, PENNSYLVANIA

**PARTIES WISHING TO PARTICIPATE TELEPHONICALLY MUST MAKE ARRANGEMENTS THROUGH COURTCALL BY TELEPHONE (866-582-6878) OR FACSIMILE (866-533-2946), NO LATER THAN NOON ON THURSDAY, DECEMBER 11, 2008 AND OTHERWISE COMPLY WITH THE *AMENDED ORDER ESTABLISHING CASE MANAGEMENT PROCEDURES AND HEARING SCHEDULE* [DOCKET NO. 7709]**

## CONTINUED MATTERS

1. Debtors' Objection to Claim Filed By Massachusetts Department of Revenue [Filed: 1/28/08] (Docket No. 17905)

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

Related Documents:

a.    [Signed] Order Continuing to December 15, 2008, omnibus hearing Debtors'
      Objection to Claim Filed by Massachusetts Department of Revenue. [Entered:
      11/24/08] (Docket No. 20129)

Response Deadline: April 13, 2007, at 4:00 p.m.

Responses Received:

a.    Response in Opposition By Commissioner of Massachusetts Department of
      Revenue to Debtors' Objection to the Claim Filed By Massachusetts Department
      of Revenue [Filed: 4/13/07] (Docket No. 15170)

Status: This matter is continued to January 26, 2009, at 10:30 a.m.

2.    Amended Debtors' Twenty-Fifth Omnibus Objection to Claims (Substantive and Non-
      Substantive) [Filed: 8/26/08] (Docket No. 19378)

Related Documents:

a.    [Signed] Order Granting Relief Sought in Debtors' Amended Twenty-Fifth
      Omnibus Objection to Claims and continuing certain objections to December 15,
      2008 [Filed: 11/24/08] (Docket No. 20130)

Response Deadline: September 12, 2008, at 4:00 p.m. *(extended until September 26, 2008
for A/N)*

Responses Received:

a.    Response of Seaton Insurance Company to Debtors' Amended Twenty-Fifth
      Omnibus Objection to Claims (Substantive and Non-Substantive) [Filed: 9/4/08]
      (Docket No. 19461)

b.    Response By New York State Department of Taxation and Finance to Debtors'
      Twenty Fifth Omnibus Objection to Claims [Filed: 9/5/08] (Docket No. 19469)

c.    Response of Commonwealth of Pennsylvania, Department of Revenue to
      Debtor's Twenty-Fifth Omnibus Objection to Claims [Filed: 9/11/08] (Docket
      No. 19523)

d.    Missouri Department of Revenue's Response to Debtors' Twenty-Fifth Omnibus
      Objection to Claims [Filed: 9/11/08] (Docket No. 19524)

e.    Indiana Department of Revenue's (IDR) Response to Objection to Claim [Filed:
      9/17/08] (Docket No. 19554)

f.    Creditor Gloria Munoz's Response to Debtors' Twenty-Fifth Omnibus Objection
      to Claims (Substantive and Non-Substantive) and Memorandum in Support of
      Thereof [Filed: 9/17/08] (Docket No. 19557)

Status: This matter is continued to January 26, 2009, at 10:30 a.m.

## QUARTERLY FEE APPLICATIONS

3.    Twenty-Ninth Quarterly Interim Applications of Counsel to the Debtors, the Statutory Committees, and the Future Claimants' Representative for Compensation for Services Rendered and Reimbursement of Expenses for the Period April 1, 2008 through June 30, 2008.

Related Documents:

a.    Certification of Counsel Regarding Twenty-Ninth Quarter Project Category Summary **[Filed: 12/12/08] (Docket No. 20261)**

b.    Certification of Counsel Regarding Order Approving Quarterly Fee Applications for the Twenty-Ninth Period **[Filed: 12/12/08] (Docket No. 20264)**

Status:  This matter will go forward.


## UNCONTESTED MATTERS

4.    Motion of Debtors for Entry of an Order Approving the Stipulation Resolving Proof of Claim #12789 [Filed: 11/10/08] (Docket No. 19983)

Related Documents:

a.    [Proposed] Order Approving Stipulation Resolving Proof of Claim No. 12789 [Filed: 11/10/08] (Docket No. 19983, Exhibit B)

b.    Certification of No Objection Regarding Motion of Debtors for Entry of an Order Approving the Stipulation Resolving Proof of Claim #12789 [Filed: 12/5/08] (Docket No. 20209)

c.    **[Signed] Order Approving Stipulation Resolving Proof of Claim No. 12789 [Entered: 12/10/08] (Docket No. 20241)**

Response Deadline:  November 26, 2008, at 4:00 p.m. *(extended until December 3, 2008 for the Official Committee of Unsecured Creditors)*

Responses Received: None as of the date of this Notice of Agenda.

**Status: An order has been entered resolving this matter.**

5.    Motion of Debtors for Entry of Order Authorizing the Sale of Certain Real Property to the City of Charleston, South Carolina [Filed: 11/10/08] (Docket No. 19984)

Related Documents:

a.    [Proposed] Order Authorizing the Sale of Certain Real Property to the City of Charleston, South Carolina [Filed: 11/10/08] (Docket No. 19984)

b.    Certification of No Objection Regarding Motion of Debtors for Entry of Order Authorizing the Sale of Certain Real Property to the City of Charleston, South Carolina [Filed: 12/5/08] (Docket No. 20210)

Response Deadline: November 26, 2008, at 400 p.m. *(extended until December 3, 2008 for the Official Committee of Unsecured Creditors)*

Responses Received: None as of the date of this Notice of Agenda.

Status: A certification of no objection has been filed.

6.    Debtors' Motion for Entry of an Order Authorizing the Sale of Debtors' Limited Partnership Interests in Colowyo Coal Company L.P. [Filed: 11/10/08] (Docket No. 19985)

Related Documents:

    a.    [Proposed] Order Authorizing the Sale of Debtors' Limited Partnership Interests in Colowyo Coal Company L.P. [Filed: 11/10/08] (Docket No. 19985, Exhibit C)

    **b.    Certificate of Counsel Regarding Revised Order Authorizing Sale of Debtors' Limited Partnership Interests in Colowyo Coal Company L.P. [Filed: 12/12/08] (Docket No. 20259)**

Response Deadline: November 26, 2008, at 4:00 p.m. *(extended until December 3, 2008 for the Official Committee of Unsecured Creditors and until December 5, 2008 for the Bank of New York Mellon, as trustee (the "Trustee") pursuant to the Trust Indenture dated as of December 6, 1994 (the "Indenture") among Colowyo Funding, Colowyo Coal Company L.P. and the Trustee).*

Responses Received:

    a.    The Bank of New York Mellon's Limited Objection to Debtor's Motion for Entry of an Order Authorizing Sale of Debtors' Limited Partnership Interests in Colowyo Coal Company L.P. [Filed: 12/5/08] (Docket No. 20205)

    **Status: A certification of counsel has been filed. The Debtors request entry of the revised form of order attached to the certification.**

7.    First and Final Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses Incurred in Making Substantial Contribution [Filed: 11/10/08] (Docket No. 19980)

Related Documents:

    a.    [Proposed] Order Granting the First and Final Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses Incurred in Making Substantial Contribution for the Period from June 22, 2006 through August 31, 2008 [Filed: 11/10/08] (Docket No. 19980)

    b.    Certification of No Objection Regarding the First and Final Application of Canadian ZAI Claimants Pursuant to 11 U.S.C. §§ 503(b)(3)(D) and (b)(4) for Allowance of Administrative Expenses Incurred in Making Substantial Contribution [Filed: 12/4/08] (Docket No. 20190)

Response Deadline: November 26, 2008

Responses Received: None as of the date of this Notice of Agenda.

Status: A certification of no objection has been filed.

8.    Motion of Debtors for Entry of an Order Declaring as Void *Ab Initio* Any and All Actions Taken by Maricopa County, Arizona, First Liberty National Bank and Maricopa County Superior Court with Respect to Debtors' Real Property in Maricopa County [Filed: 11/24/08] (Docket No. 20127)

Related Documents:

a.    [Proposed] Order Declaring as Void *Ab Initio* Any and All Actions Taken by Maricopa County, Arizona, First Liberty National Bank and Maricopa County Superior Court with Respect to Debtors' Real Property in Maricopa County [Filed: 11/24/08] (Docket No. 20127)

b.    Debtors' Motion for Leave From This Court's Scheduling Order and to Shorten Notice Period on Debtors' Motion for Entry of an Order Declaring as Void *Ab Initio* Any and All Actions Taken by Maricopa County, Arizona, First Liberty National Bank and Maricopa County Superior Court with Respect to Debtors' Real Property in Maricopa County [Filed: 11/24/08] (Docket No. 20128)

c.    [Proposed] Order for Leave from Scheduling Order and to Shorten Notice Period on Debtors' Motion for Entry of an Order Declaring as Void *Ab Initio* Any and All Actions Taken by Maricopa County, Arizona, First Liberty National Bank and Maricopa County Superior Court with Respect to Debtors' Real Property in Maricopa County

d.    [Signed] Order for Leave From Scheduling Order and to Shorten Notice Period on Debtors' Motion for Entry of an Order Declaring as Void *Ab Initio* Any and All Actions Taken by Maricopa County, Arizona, First Liberty National bank and Maricopa County Superior Court with Respect to Debtors' Real Property in Maricopa County [Filed: 12/5/08] (Docket No. 20206)

e.    Certificate of Counsel Regarding Stipulation Continuing Debtors' Motion to Declare Void Actions Taken with Respect to Debtors' Property in Maricopa County and Agreement Not to Disturb Debtors' Use and Enjoyment of the Property [Filed: 12/8/08] (Docket No. 20220)

Response Deadline: December 5, 2008, at 4:00 p.m.

Responses Received: None as of the date of this Notice of Agenda.

Status: This matter has been continued to the omnibus hearing on January 26, 2009 pursuant to the terms of the Stipulation.

## **CONTESTED MATTERS (Status Conferences)**

9.    Motion of The Scotts Company Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay [Filed: 11/15/04] (Docket No. 323) *W. R. Grace & Co., et al. v. Margaret Chakarian, et al. and John Does 1 - 1000 [Adv. Pro. No. 01-771]*.

Response Deadline: December 15, 2004 at 4:00 p.m.

Responses Received:

a.    Objection of Maryland Casualty Company to Motion of the Scotts Company
      Pursuant to Federal Rule of Civil Procedure 60(b) and Federal Rule of
      Bankruptcy Procedure 9024 for Relief to the Extent Necessary from the Modified
      Preliminary Injunction Order Dated January 22, 2002 and/or the Automatic Stay
      [Filed: 2/11/05] (Adv. Pro. No. 01-771, Docket No. 355)

b.    Response of One Beacon America Insurance Company and Seaton Insurance
      Company to the Motion of the Scotts Company Pursuant to Federal Rule of Civil
      Procedure 60(b) and Federal Rule of Bankruptcy Procedure 9024 for Relief to the
      Extent Necessary From the Modified Preliminary Injunction Order Dated January
      22, 2002 and/or the Automatic Stay [Filed: 2/11/05] (Adv. Pro. No. 04-55083,
      Docket No. 14)

c.    Objection of Continental Casualty Company and Boston Old Colony Insurance
      Company to the Scotts Company's Motion Seeking Relief From the Automatic
      Stay and the Modified Preliminary Junction Order Dated January 22, 2002 [Filed:
      2/18/05] (Adv. Pro. No. 01-771, Docket No. 356)

Status: A status conference will go forward on this matter.

10.    Motion of the City of Charleston, South Carolina for Relief from the Automatic Stay
       [Filed: 12/21/07] (Docket No. 17685)

Related Documents:

a.    [Proposed] Order Granting  Motion of City of Charleston, South Carolina for
      Relief From the Automatic Stay [Filed: 12/21/07] (Docket No. 17685)

Response Deadline: January 11, 2008, at 4:00 p.m.

Responses Received:

a.    Debtors' Objection to the Motion of the City of Charleston, South Carolina for
      Relief From the Automatic Stay [Filed: 1/11/08] (Docket No. 17807)

Status: The Debtors will move for dismissal of this motion as moot in the event the Court
enters the Order on Agenda Item No. 5 above related to the sale of property to the City of
Charleston.

## MATTERS RELATING TO ASBESTOS PD CLAIMS

11.    Debtors' Motion and Memorandum for an Order Pursuant to F.R.B.P. 7056 Disallowing
       and Expunging Eighty-Eight (88) Time-Barred Canadian Asbestos Property Damage
       Claims [Filed: 2/16/07] (Docket No. 14597)

Post-Hearing Briefing:

a.    Anderson Memorial Hospital's Supplemental Post-Hearing Memorandum Re:
      Canadian Statute of Limitations [Filed: 10/12/07] (Docket No. 17059)

b.    Debtors' Reply to Anderson Memorial Hospital's Supplemental Post-Hearing Memorandum Re: Canadian Statute of Limitations [Filed: 10/26/07] (Docket No. 17171)

Status: This matter will go forward as a status conference.

## DISCLOSURE STATEMENT AND SOLICITATION (CONTINUED FROM 11/14/08)[2]

12.    Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 9/19/08] (Docket No. 19581)

Related Documents:

a.    Joint Plan of Reorganization Under Chapter 11 Plan of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 9/19/08] (Docket No. 19579)

   (i)    Notice of Filing of Amendment to Disclosure Statement Objection Chart, Blackline of Plan of Reorganization and Blackline of Disclosure Statement [Filed: 11/10/08] (Docket No. 19988)

   (ii)    Certification of Counsel Regarding Further Amendments to Disclosure Statement, Plan of Reorganization, Solicitation Materials and Certain Exhibits [Filed: 11/21/08] (Docket No. 20121)

b.    Exhibit Book [Filed: 9/19/08] (Docket No. 19580)

   (i)    Notice of Filing of Revised and New Exhibits to Disclosure Statement Exhibit Book [Filed: 11/10/08] (Docket No. 19989)

   (ii)    Exhibit 5 Exhibit Book Revised Schedule of Settlement Asbestos Insurance Companies [Filed: 11/13/08] (Docket No. 20026)

c.    Amended Notice of Hearing to Consider Approval of Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code [Filed: 10/2/08] (Docket No. 19695)

d.    Declaration of Service of the BMC Group Regarding Exhibit Book to Disclosure Statement; Debtors' Disclosure Statement; Notice of Hearing to Consider Approval of Disclosure Statement Pursuant to Section 1125 of the Bankruptcy Code [Filed: 10/3/08] (Docket No. 19699)

e.    Exhibit 5 to Exhibit Book Asbestos Insurance Policy Schedule [Filed: 10/23/08] (Docket No. 19849)

---

[2] Pleadings filed 11/7/2008-11/10/2008 were provided to the Court in the Supplement Binder. Pleadings filed 11/21/2008 were provided to the Court in the Second Supplemental Binder.

f.       Exhibit 6 to Exhibit Book Asbestos Insurance Transfer Agreement [Filed: 10/24/08] (Docket No. 19866)

g.       Initial Case Management Order Related to the First Amended Joint Plan of Reorganization [Entered: 12/5/08] (Docket No. 20204)

    (i)      Objection of Certain Insurers to Debtors' Proposed Case Management Order [Filed: 12/4/08] (Docket No. 20188)

Response Deadline: October 17, 2008, at 4:00 p.m.

Responses Received:

a.       Objection of Maryland Casualty Company to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders [Filed: 10/17/08] (Docket No. 19777)

b.       Objection of the Official Committee of Unsecured Creditors to the Debtors' Motion for an Order Approving Debtors' Disclosure Statement for the Joint Plan of Reorganization Dated as of September 19, 2008, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19779)

c.       Objections and Reservation of Rights of CNA Companies to (A) Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and (B) Debtors' Disclosure Statement for the Joint Plan of Reorganization Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19780)

d.       United States Trustee's Objection to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dates as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19781)

e.       Joint Objection of Seaton Insurance Company and OneBeacon America Insurance Company to Debtors' Proposed Disclosure Statement [Filed 10/17/08] (Docket No. 19783)

f.       Objection of BNSF Railway Company to Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19784)

g.       ERISA Plaintiff's Objection to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of

Equity Security Holders Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19785)

h.   Objection of Bank Lender Group to Debtors' Motion for Entry of an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19786)

i.   Objections and Reservation of Rights of Fireman's Fund Insurance Company, Riunione Adriatica Di Sicurta, and Possibly Other Related Insurance Companies to Debtors' Motion for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19787)

j.   Objection of Century Indemnity Company et al. to Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19788)

k.   Objection of Zurich Insurance Company and Zurich International (Bermuda) LTD. To the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/17/08] (Docket No. 19789)

l.   Joinder of JPMorgan Chase Bank, N.A. in the Objection of Bank Lender Group to Debtors' Motion for Entry of an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19790)

m.   Objection of Her Majesty the Queen in Right of Canada to (I) the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders and (II) Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19791)

n.   Joint Objection of Bank of America, N.A., Morgan Stanley Senior Funding, Inc. and Tempo Master Fund LP to Approval of Disclosure Statement Regarding Joint Plan of Reorganization in Respect of the Debtors, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative and the Official Committee of Equity Security Holders [Filed: 10/17/08] (Docket No. 19792)

o.   Federal Insurance Company's Objection and Joinder in the Objections and Reservations of Rights to Debtors' Motion for Approval of Disclosure Statement, Solicitation, Confirmation Procedures and Confirmation Schedule for Joint Plan of Reorganization Dated as of September 19, 2008 of the CNA Companies and of Fireman's Fund Insurance Company [Filed: 10/17/08] (Docket No. 19793)

p.    Objection of the State of Montana to (I) the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders and (II) Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19795)

q.    Limited Objection of the Official Committee of Asbestos Property Damage Claimants to Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19800)

r.    Arrowood Indemnity Company's Joinder in the Objections and Reservation of Rights of the CNA Companies and the Fireman's Fund Insurance Companies to Debtors' Motion for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19801)

s.    Libby Claimants' Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization and Approval Motion [Filed: 10/17/08] (Docket No. 19803)

      (i)    Motion of Libby Claimants' for Leave to Exceed Page Limitation Rule for Libby Claimants' Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization [Filed: 10/17/08] (Docket No. 19804)

      (ii)   [Proposed] Order Approving Motion for Leave to Exceed Page Limitation Rule for Libby Claimants' Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization [Filed: 10/17/08] (Docket No. 19804)

t.    Objection of Longacre Master Fund, Ltd. to Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/16/08] (Docket No. 19761)

u.    Kaneb Pipeline Operating Partnership, L.P. and Support Terminal Services, Inc. Objection to Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders Dated as of September 19, 2008 [Filed: 10/16/08] (Docket No. 19770)

v.    Objection of the Scotts Company LLC and Certain of Its Related Entities to the Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/16/08] (Docket No. 19772)

w.    Arrowood Indemnity Company's Joinder in the Objection of Maryland Casualty Company to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos

Future Claimants' Representative, and the Official Committee of Equity Security Holders [Filed: 10/21/08] (Docket No. 19824)

x.      Supplemental Limited Objection of the Official Committee of Asbestos Property Damage Claimants to Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Procedures, Confirmation Schedule, and Related Relief [Filed: 11/7/08] (Docket No. 19966)

y.      Preliminary Objection of Alexander M. Sanders, Jr., Property Damage Future Claims Representative Future Property Damage Claimants to Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 11/10/08] (Docket No. 19970)

z.      Supplemental Joint Objection of Bank of America, N.A., and Morgan Stanley Senior Funding, Inc. to Disclosure Statement to the First Amended Joint Plan of Reorganization [Filed: 11/10/08] (Docket No. 19975)

aa.     Supplemental Objection of the State of Montana to (I) the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders and (II) the Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 11/10/08] (Docket No. 19977)

bb.     Protective Objection of Maryland Casualty Company to the Debtors' Disclosure Statement for the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders [Filed: 11/10/08] (Docket No. 19982)

cc.     Royal's (I) Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization and Approval Motion; and (II) Request for an Adjournment [Filed: 11/10/08] (Docket No. 19991) *[This Objection has been withdrawn]*

dd.     Supplement to the Joint Objection of Seaton Insurance Company and OneBeacon America Insurance Company to Debtors' Proposed Disclosure Statement [Filed: 12/5/08] (Docket No. 20211)

ee.     **Joinder by Allstate Insurance Company, Solely as Successor-in-Interest to Northbrook Excess and Surplus Insurance Company, Formerly Northbrook Insurance Company to Certain Objectors' First Request for the Production of Documents [Filed: 12/10/08] (Docket No. 20236)**

ff.     **Joinder of Continental Casualty Company to Supplement to the Joint Objection of Seaton Insurance and OneBeacon America Insurance Company to Debtors' Proposed Disclosure Statement [Filed: 12/11/08] (Docket No. 20257)**

Replies Received:

a.       Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/23/08] (Docket No. 19848)

b.       The Official Committee of Asbestos Personal Injury Claimants' Joinder in Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/24/08] (Docket No. 19855)

c.       The Official Committee of Equity Holders' Joinder to the Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and to the Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/24/08] (Docket No. 19859)

d.       Joinder of David T. Austern, Asbestos PI Future Claimants' Representative, In Support of Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and Debtors' Consolidated Response to Disclosure Statement Objections [Filed: 10/24/08] (Docket No. 19863)

e.       Reply of Maryland Casualty Company to Certain Objections to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders [Filed: 10/23/08] (Docket No. 19846)

f.       Arrowood Indemnity Company's Joinder in the Reply of Maryland Casualty Company to Certain Objections to the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., et al., the Official Committee of Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders [Filed: 10/24/08] (Docket No. 19862)

Status:  The Debtors will advise the Court on progress since the November 24, 2008 hearing.  The Court will address the Certain Insurer's request for additional language as drafted in the Order attached to their Objection (Docket No. 20188).

13.     Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 9/25/08] (Docket No. 19620)

Related Documents:

a.       [Proposed] Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 9/25/08] (Docket No. 19620, Exhibit A)

b.       [Signed] Order for Leave From Scheduling Order and to Shorten Notice Period on Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation

and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/1/08] (Docket No. 19662)

c.   Notice of Filing Amendments to Proposed Confirmation and Solicitation Procedures [Filed: 11/10/08] (Docket No. 19990)

d.   Certification of Counsel Regarding Further Amendments to Disclosure Statement, Plan of Reorganization, Solicitation Materials and Certain Exhibits [Filed: 11/21/08] (Docket No. 20121)

Response Deadline: October 17, 2008, at 4:00 p.m.

Responses Received: (See also responses to Agenda No. 1 above.)

a.   Acting United States Trustee's Objection to Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/17/08] (Docket No. 19782)

Replies Received:

a.   Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/23/08] (Docket No. 19848)

b.   The Official Committee of Equity Holders' Joinder to the Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and to the Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/24/08] (Docket No. 19859)

c.   The Official Committee of Asbestos Personal Injury Claimants' Joinder in Debtors' Consolidated Response to Objections to Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief [Filed: 10/24/08] (Docket No. 19855)

d.   Joinder of David T. Austern, Asbestos PI Future Claimants' Representative, In Support of Motion of the Debtors for an Order Approving Disclosure Statement, Solicitation and Confirmation Procedures, Confirmation Schedule and Related Relief and Debtors' Consolidated Response to Disclosure Statement Objections [Filed: 10/24/08] (Docket No. 19863)

Status: This motion is resolved in principle but is listed here for status only.

14.   Motion of the United States Trustee for Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. [Filed: 8/24/07] (Docket No. 16626)

Related Documents:

a.   [Signed] Order Granting Motion of the United States Trustee for the Appointment of an Examiner Pursuant to 11 U.S.C. § 1104(c) Related to the Conduct of L. Tersigni Consulting, P.C. [Filed: 11/13/07] (Docket No. 17352)

b.     Seventeenth Claim Settlement Notice [Filed: 10/30/08] (Docket No. 19921)

c.     Certification of Counsel Regarding Order Vacating Order Granting Motion of United States Trustee for the Appointment of an Examiner Related to the Conduct of L. Tersigni Consulting, P.C. [Filed: 12/1/08] (Docket No. 20158)

d.     [Proposed] Order Vacating Order Granting Motion of United States Trustee for the Appointment of an Examiner Related to the Conduct of L. Tersigni Consulting, P.C. [Filed: 12/1/08] (Docket No. 20158)

e.     **[Signed] Order Vacating Order Granting Motion of United States Trustee for the Appointment of an Examiner Related to the Conduct of L. Tersigni Consulting, P.C. [Entered: 12/10/08] (Docket No. 20240)**

Response Deadline: None.

Responses Received: None as of the date of this Notice of Agenda.

**Status:** The Debtors and the Office of the United States Trustee have agreed on a form of order vacating the appointment of the examiner. **An order has been entered resolving this matter.**

15.    Motion for Entry of Confidentiality Order Filed by Arrowood Indemnity Company [Filed: 12/5/08] (Docket No. 20212)

Related Documents:

a.     [Proposed] Confidentiality Stipulation and Consent Order [Filed: 12/5/08] (Docket No. 20212)

b.     Motion to Shorten Notice in Connection with Royal Indemnity Company's Motion for Entry of Confidentiality Order [Filed: 12/5/08] (Docket No. 20213)

c.     [Proposed] Order Granting Motion to Shorten Notice in Connection with Insurers Motion for Entry of Confidentiality Order [Filed: 12/5/08] (Docket No. 20213)

d.     **[Signed] Order Granting Motion to Shorten Notice with Respect to Motion for Entry of Confidentiality Order [Entered: 12/10/08] (Docket No. 20230)**

e.     **Limited Joinder of Continental Casualty Company to Motion for Entry of Confidentiality Order [Filed: 12/9/08] (Docket No. 20225)**

f.     **Joinder to Motions for Entry of Confidentiality Order [Filed: 12/9/08] (Docket No. 20226)**

g.     **Joinder to Motion to Shorten Notice in Connection with Royal Indemnity Company's Motion for Entry of Confidentiality Order [Filed: 12/9/08] (Docket No. 20227)**

h.     **Joinder to Motions for Entry of Confidentiality Order [Filed: 12/10/08] (Docket No. 20237)**

i.     **Joinder to Motion for Entry of Confidentiality Order [Filed: 12/12/08] (Docket No. 20263)**

**Response Deadline:** December 10, 2008 at 12:00 p.m., noon

**Reply Deadline:** Not permitted by Order.

Responses Received:

a.   Debtors' Response to Insurers' Motion for Entry of Confidentiality Order and
Debtors' Revised Order [Filed: 12/8/08] (Docket No. 20221)

b.   **Limited Objection of Various Law Firms Representing Asbestos Personal
Injury Claimants to Insurers' Motion for Entry of Confidentiality Order
[Filed: 12/10/08] (Docket No. 20233)**

c.   **Response and Objection of MMWR Firms to Insurers' Motion for Entry of
Confidentiality Order [Filed: 12/10/08] (Docket No. 20234)**

d.   **Joinder of Motley Rice LLC in the Limited Objection of Various Law Firms
Representing Asbestos Personal Injury Claimants to Insurers' Motion for
Entry of Confidentiality Order [Filed: 12/12/08] (Docket No. 20265)**

Status: This matter will go forward.


Dated: December _12_ , 2008

KIRKLAND & ELLIS LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL  60601
Telephone:  (312) 861-2000
Facsimile:  (312) 861-2200

–and–

PACHULSKI STANG ZIEHL & JONES LLP

_James E. O'Neill_

Laura Davis Jones (Bar No. 2436)
James E. O'Neill (Bar No. 4042)
Kathleen P. Makowski (Bar No. 3648)
Timothy P. Cairns (Bar No. 4228)
919 North Market Street, 17th Floor
Wilmington, DE  19801
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400

Co-Counsel for the Debtors and Debtors in Possession