IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | In proceedings for a |
| W. R. GRACE & COMPANY, ) | Reorganization under |
| ) | Chapter 11 |
| Debtor. ) | |
| ) | Case No. 01-1139-JKF |
| ) | Additional Docket No.: 12400 |

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

N. Calhoun Anderson, Jr., being first duly sworn, hereby deposes and states as follows:

1.  I am an attorney with N. Calhoun Anderson, Jr., P.C., at the address of 340 Eisenhower Drive, Building 300, P. O. Box 13823, Savannah, GA 31416.

2.  This Verified Statement is filled in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated July 31, 2006 (the "Revised Order").

3.  The law firm of N. Calhoun Anderson, Jr., P.C. has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors names and addresses is attached hereto on two sets of compact discs.

4.  The order signed certifies that each creditor named on the attached list has executed a power of attorney authorizing N. Calhoun Anderson, Jr. to represent the creditor in bankruptcy proceedings. A blank, exemplar copy of this power of attorney is included on the compact discs hereto submitted.

5.  The address of each Creditor for purposes hereof is as set forth in the exhibit list.

6. The Creditors hold claims in varying amounts for monetary damages due to the fact that each has been diagnosed with an asbestos related disease after working in trades that were daily exposed to asbestos containing products manufactured and/or distributed by the Debtor. Pursuant to the Revised Order, all of the relevant information identifying the Creditors and the nature and amount of their claim is contained in exhibits which have not been scanned, but available upon motion and order of the Court.

7. The Law Offices of N. Calhoun Anderson, Jr. does not hold any claims against or interest in the Debtor.

8. The Law Offices of N. Calhoun Anderson, Jr. will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

Dated: December 15th, 2008

Respectfully submitted,

_____
N. Calhoun Anderson, Jr.
N. Calhoun Anderson, Jr., P.C.
340 Eisenhower Drive, Bldg 300
P. O. Box 13823
Savannah, GA 31416

Sworn to before me this 15th day of December, 2008.

_____
Jennifer A. Sims
Notary Public

My Commission Expires
the 6th day of April 2012



## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties in the foregoing matter with this document by depositing a copy of same in the United States Mail in envelopes with adequate postage thereon, addressed as follows:

Laura Davis Jones, Esquire
James O'Neill, Esquire.
Pachulski, Stang, Ziehl, & Jones
919 North Market Street
17th Floor
Wilmington, DE 19899-8705

William H. Sudell, Jr., Esquire
Eric D. Schwartz, Esquire
Morris, Nichols Arsht & Tunnell
1201 N. Market Street, 18th Floor
P.O. Box 1347
Wilmington, DE 19899-1347

Mark D. Collins, Esquire
Deborah E. Spivak, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
Wilmington, DE 19899

Jeffrey C. Wisler, Esquire
Michelle McMahon, Esquire
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

Carmella Keener, Esquire
Rosenthal, Monhait, Gross & Goddess, P.A.
919 Market Street, Suite 1401
Wilmington, DE 19899

Kathryn Sallie, Esquire
Bayard, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899

Joseph Grey, Esquire
Stevens & Lee
1105 N. Market St. – Ste 700
Wilmington, DE 19801-1270

Francis A. Monaco, Jr., Esquire
Womble Carlyle
222 Delaware Avenue, 15th Floor
Wilmington, DE 19801

Mark S. Chehi, Esquire
Kevin Brady, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
Wilmington, DE 19801

Robert Jacobs, Esquire
Jacobs & Crumplar, PA
Two East 7th Street
Wilmington, DE 19801

Kathleen M. Miller, Esquire
Smith, Katzenstein & Furlow LLP
The Corporate Plaza
800 Delaware Ave., 7th Floor
Wilmington, DE 19899

Theresa K.D. Currier, Esquire
Buchanan Ingersoll & Rooney, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

David Klauder, Esquire
Office of the United States Trustee
844 King St., 2nd Floor
Wilmington, DE 19801

William D. Sullivan, Esquire
Sullivan Hazeltine Allinson
4 East 8th Street, Suite 400
Wilmington, DE 19801

Michael R. Lastowski, Esquire
Duane Morris LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

Michael B. Joseph, Esquire
Ferry & Joseph, P.A.
824 N. Market Street, Suite 904
Wilmington, DE 19801

J. Douglas Bacon, Esquire
David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

D. J. Baker, Esquire
Sheila Birnbaum, Esquire
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY 10036

Nancy Worth Davis, Esquire
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC 29465

Securities & Exchange Commission
15th & Pennsylvania Ave. N.W.
Washington, DC 20020

District Director
IRS
409 Silverside Road
Wilmington, DE 19809

Securities & Exchange Commission
Atlanta Regional Office Branch/Reorganization
3475 Lenox Road, NE, Suite 100
Atlanta, GA 30326-1232

Secretary of Treasurer
P.O. Box 7040
Dover, DE 19903

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE 19903

James D. Freeman, Esquire
Jerel L. Ellington, Esquire
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout Street – 8th Floor
Denver, CO 80294

Martin J. Bienenstock, Esquire
Judy G.Z. Liu, Esquire
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153

David S. Rosenbloom, Esquire
Jeffrey E. Stone, Esquire
Lewis S. Rosenbloom, Esquire
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

Brad Rogers, Esquire
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

Patrick L. Hughes, Esquire
Haynes & Boone LLP
1 Houston Center
1221 McKinney, Suite 2100
Houston, TX 77010

Elio Battista, Jr., Esquire
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

David S. Heller, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL 60606

Stephen H. Case, Esquire
Nancy L. Lazar, Esquire
David D. Tawil, Esquire
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017

Jan M. Hayden, Esquire
William H. Patrick, Esquire
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Joseph F. Rice, Esquire
Ness, Motley, Loadholt, Richardson & Poole
28 Bridgeside Blvd.
P.O. Box 1792
Mt. Pleasant, SC 29465

Attn.: Meridee Moore & Kirsten Lynch
Farallon Capital Management LLC
One Maritime Plaza
Suite 1325
San Francisco, CA 94111

John M. Klamann, Esquire
Klamann & Hubbard
7101 College Blvd., Suite 120
Overland Park, KS 66210

Hamid R. Rafatjoo, Esquire
Pachulski, Stang, Ziehl, & Jones LLP
10100 Santa Monica Boulevard
Los Angeles, CA 90067-4100

Charles E. Boulbol, Esquire
26 Broadway, 17th Floor
New York, NY 10004

Matthew Grimshaw, Esquire
Rutan & Tucker
611 Anton Boulevard
Suite 1400
Costa Mesa, California 92626-1931

Steven T. Baron, Esquire
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

W.J. Winterstein, Jr., Esquire
John J. Winter, Esquire
William M. Aukamp, Esquire
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

Richard S. Cobb, Esquire
Megan N. Harper, Esquire
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

Margery N. Reed, Esquire
Duane Morris LLP
4200 One Liberty Place
Philadelphia, PA 19103-7396

Elizabeth S. Kardos, Esquire
Gibbons, Del Deo, Dolan, Griffinger
& Vecchione, PC
One Riverfront Plaza
Newark, NJ 07102-5497

Thomas J. Noonan, Jr.
c/o R & S Liquidation Company
Five Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

James A. Sylvester, Esquire
Intercat, Inc.
P.O. Box 412
Sea Girt, NJ 08750

Alan R. Brayton, Esquire
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Jonathan W. Young, Esquire
T. Kellan Grant, Esquire
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Steven J. Johnson, Esquire
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Russell W. Budd, Esquire
Alan B. Rich, Esquire
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

Shelby A. Jordan, Esquire
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Charlotte Klenke, Esquire
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI 54306

Courtney M. Labson, Esquire
The Mills Corporation
Legal Department
1300 Wilson Boulevard, Suite 400
Arlington, VA 22209

Ira S. Greene, Esquire
Squadron, Ellenoff, Plesent & Sheinfeld, LLP
551 Fifth Avenue
New York, NY 10176-0001

Joseph T. Kremer, Esquire
Lipsiptz, Green, Fahringer, Roll, Salisbury
  & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY 14202

Paul M. Matheny, Esquire
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Road
Baltimore, MD 21214

Paul D. Henderson, Esquire
Paul D. Henderson, P.C.
712 Division Avenue
Orange, TX 77630

Michael J. Urbis, Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

David B. Siegel
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Mary A. Coventry
Sealed Air Corporation
Park 80 East
Saddle Brook, NJ 07663

David Bernick, Esquire
Janet S. Baer, Esquire
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Elizabeth J. Cabraser, Esquire
Richard M. Heimann, Esquire
Lieff Cabraser Heimann & Bernstein LLP
275 Battery Street, 30th Floor
San Francisco, CA 94111

Derrick Tay, Esquire
Meighen Demers
Suite 1100, Box 11, Merrill Lynch Can.Tower
Sun Life Center, 200 Kint Street West
Toronto, Ontario M5H 3T4
CANADA

Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
P.O. Box 1709
Wilmington, DE 19899-1709

Scott L. Baena, Esquire
Bilzin Sumberg Dunn Baena Price
  & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

Edward W. Westbrook, Esquire  
Robert M. Turkewitz, Esquire  
Richardson, Patrick, Westbrook & Brickman  
174 East Bay Street  
Charleston, SC 29401  

Elihu Inselbuch, Esquire  
Rita Tobin, Esquire  
Caplin & Drysdale, Chartered  
375 Park Avenue, 35th Floor  
New York, NY 10152-3500  

Peter Van N. Lockwood, Esquire  
Nathan D. Finch, Esquire  
Caplin & Drysdale, Chartered  
One Thomas Circle, N.W.  
Washington, DC 20005  

Todd Meyer, Esquire  
Kilpatrick Stockton  
1100 Peachtree Street  
Atlanta, GA 30309  

Bernice Conn, Esquire  
Robins, Kaplan, Miller & Ciresi LLP  
2049 Century Park East, Suite 3700  
Los Angeles, CA 90067  

Cindy Schultz  
Ingersoll-Rand Fluid Products  
One Aro Center  
P. O. Box 151  
Bryan, OH 43506  

Peter A. Chapman, Esquire  
572 Fernwood Lane  
Fairless Hills, PA 19030  

Michael B. Schaedle, Esquire  
Blank Rome LLP  
One Logan Square  
130 North 18th Street  
Philadelphia, PA 19103  

Hal Pitkow, Esquire  
The Falls at Lambertville  
351 South Main Street  
Lambertville, NJ 08530  

Alan Kolod, Esquire  
Moses & Singer LLP  
The Chrysler Building  
405 Lexington Avenue  
NY, NY 10174-1299  

Mr. Thomas Moskie  
Bankers Trust Company  
Four Albany Street, 4th Floor  
New York, NY 10006  

Charles E. Gibson, III, Esquire  
Gibson Law Firm  
447 Northpark Drive  
Ridgeland, MS 39157-5109  

John P. Dillman, Esquire  
Linebarger Heard Goggan Blair  
Graham Peña & Sampson, LLP  
P. O. Box 3064  
Houston, TX 77253-3064  

Steven J. Kherkher, Esquire  
Laurence G. Tien, Esquire  
Williams Kherkher Hart & Boundas, LLP  
8441 Gulf Freeway, Suite #600  
Houston, TX 77017  

Steven T. Hoort, Esquire  
Ropes & Gray  
One International Place  
Boston, MA 02110-2624  

Patrick J. Reilly, Esquire  
Cole, Schotz, Meisel, Forman & Leonard, P.A.  
1000 N. West Street  
Suite 1200  
Wilmington, DE 19801  

Paul M. Baisier, Esquire  
SEYFARTH SHAW  
1545 Peachtree Street, Suite 700  
Atlanta, GA 30309  

William S. Katchen, Esquire  
Duane, Morris LLP  
744 Broad Street, Suite 1200  
Newark, NJ 07102-3889

Sander L. Esserman, Esquire
Stutzman, Bromberg, Esserman & Plifka
2323 Bryan Street
Suite 2200
Dallas, TX 75201-2689

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD 21226-1595

Paul D. Henderson, Esquire
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX 77630

Tara L. Lattomus, Esquire
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE 19801

Todd C. Meyers, Esquire
Kilpatrick Stockton, LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309-4530

Peter S. Goodman, Esquire
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, New York 10017

Brad N. Friedman, Esquire
Rachel S. Fleishman, Esquire
Milberg Weiss Bershad Hynes & Learch
One Pennsylvania Plaza
New York, NY 10019

Lewis Kruger, Esquire
Robert Raskin, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

C. Randall Bupp, Esquire
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA 94903

Thomas J. Noonan, Jr.
Herman's Sporting Goods in Liquidation
C/o R&S Liquidation Company, Inc.
5 Lyons Mall PMB #530
Basking Ridge, NJ 07920-1928

William E. Frese, Esquire
Attn: Sheree L. Kelly, Esquire
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ 07101

Damon J. Chargois, Esquire
Emerg' Soft
524 E. Lamar Blvd. – Ste 200
Arlington, TX 76011

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
101 E. Town Street, Second Floor
Columbus, OH 43215

Dorine Vork, Esquire
Stibbe, P.C.
350 Park Avenue
New York, New York 10022

Jonathan H. Alden, Esquire
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, Florida 32399-3000

Credit Lyonnais
1301 Avenue of the Americas
New York, New York 10019-0602

Randall A. Rios, Esquire
Floyd Isgur Rios & Wahrlich, P.D.
700 Louisiana, Suite 4600
Houston, TX 77002

Anton Volovsek
Rt2 – Box 200 #42
Kamiah, Idah 83536-9229

Paul G. Sumers, Esquire
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN 37202-0207

General Counsel
Enron Energy Services
1400 Smith Street
EB 0889
Houston, TX 77002

Harry Lee, Esquire
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC 20036

Thomas O. Bean, Esquire
Eric P. Magnuson, Esquire
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA 02210

Allan M. McGarvey, Esquire
Jon L. Heberling, Esquire
Roger M. Sullivan, Esquire
McGarvey Heberling Sullivan & McGarvey
745 South Main
Kalispell, MT 59901

Neil Berger, Esquire
Togut Segal & Segal LLP
One Penn Plaza, Suite 3335
New York, NY 10119

Deirdre Woulfe Pacheo, Esquire
Wilentz Goldman & Spitzer
P.O. Box 10
Woodbridge Center Drive
Woodbridge, NJ 07095

John G. Stoia, Jr., Esquire
Timothy G. Blood, Esquire
Lerach Coughlin Stoia Geller Rudman & Robbins LLP
655 West Broadway, Suite 1900
San Diego, CA 92101

Philip Bentley, Esquire
Gary M. Becker, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103

Ralph R. Mabey, Esquire
Penrod W. Keith, Esquire
LeBoeuf Lamb Greene & MacRae LLP
1000 Kearns Building
Salt Lake City, UT 84101

James Sottile, Esquire
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036-5802

Richard S. Lewis, Esquire
Cohen Milstein Hausfeld & Toll, PLLC
1100 New York Avenue, N.W.
West Tower, Suite 500
Washington, DC 20005

Marsha A. Penn, Esquire
P.O. Box 3725
Houston, TX 77253

Darrell W. Scott, Esquire
The Scott Law Group, P.S.
926 W. Sprague Avenue, Suite 583
Spokane, WA 99201

Thomas M., Esquire
Hagens Berman Sobol Shapiro LLP
One Main Street
4th Floor
Cambridge, MA 02142

Robert J. Dehney, Esquire
Morris Nicholas Arsht & Tunnell
1201 N. Market Street
Wilmington, DE 19899

David Pastor, Esquire
Edward L. Manchur, Esquire
Gilman & Pastor LLP
225 Franklin Street, 16th Floor
Boston, MA 02110

Thomas G. Macauley, Esquire
Zuckerman Spaeder LLP
919 Market Street, Suite 990
PO Box 1028
Wilmington, DE 19899

Mark Minuti, Esquire
Saul Ewing LLP
222 Delaware Avenue
P.O. Box 1266
Wilmington, DE 19899

Thomas G. Whalen, Esquire
Stevens & Lee
1105 North Market Street, 7th Floor
Wilmington, DE 19801

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

Attn: Ted Weschler
Peninsula Capital, L.P.
404B East Main Street, 2nd Floor
Charlottesville, VA 22902

Jordan N. Malz, Esquire
Simpson Thacher & Bartlett
425 Lexington Avenue
New York, NY 10017

Richard D. Trenk, Esquire
Henry M. Karkowski, Esquire
Trenk, DiPasquale, Webster, Della Fera & Sodono P.C.
347 Mt. Pleasant Avenue
Suite 300
West Orange, New Jersey 07052-3317

Vahe Melkonian, President
Newco Management Company LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA 91367

Christopher R. Momjian, Esquire
Senior Deputy Attorney General
Office of the Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA 19107

Janet M. Weiss, Esquire
Gibson Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166

Joseph L. Schwartz, Esquire
Curtis M. Plaza, Esquire
Craig T. Moran, Esquire
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza, 1 Speedwell Avenue
Morristown, NJ 07962

Mr. Harvey Schultz
The Schultz Organization
Woodbridge, NJ 07095
900 Route 9 North

Charles L. Finke, Assistant Attorney General
Brad Rogers, Attorney
Pension Benefit Guarantee Corporation
Office of the General Counsel
1200 K Street, NW
Washington, DC 20005-4026

Richard A. O'Halloran, Esquire
BURNS, WHITE & HICKTON, LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA 19462

W. Wallace Finlator, Jr.
Assistant Attorney General
N.C. Department of Justice
Post Office Box 629
Raleigh, NC 27602-0629

Daniel C. Cohn, Esquire
Christopher M. Candon
Cohn & Whitesell LLP
101 Arch Street, Suite 1605
Boston, MA 02110

Steven K. Kortanek, Esquire
Joanne B. Wills, Esquire
Klehr, Harrison, Harvey, Branzburg & Ellers
919 Market Street, Suite 1000
Wilmington, DE 19801

William P. Bowden, Esquire
Amanda M. Winfree, Esquire
Ashby & Geddes, P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899

Jeffrey L. Roelofs, Esquire
Anderson & Kreiger, LLP
43 Thorndike Street
Cambridge, MA 02141

John V. Fiorella, Esquire
Archer & Greiner, P.C.
1300 North Market Street
Suite 700
Wilmington, DE 19801

Thomas Tew, Esquire
Tew Cardenas L.L.P.
Four Seasons Tower, 15th Floor
1441 Brickell Avenue
Miami, Florida 33131-3407

James E. Wimberley, Esquire
McPherson, Monk, Hughes, Bradley & Wimberley, L.L.P.
3120 Central Mall Drive
Port Arthur, TX 77642

Marc Abrams, Esquire
Willkie, Farr & Gallagher
787 Seventh Avenue
New York, NY 10019-6099

Citadel Investment Group, L.L.C.
Attn: S. Jay Novatney
131 South Dearborn Street, 36th Floor
Chicago, IL 60603

Kirk A. Patrick III, Esquire
Donohue Patrick
1500 Bank One Centre-North Tower
PO Box 1629
Baton Rouge, LA 70821-1629

Anne McGinness Kearse, Esquire
Motley Rice LLC
28 Bridgeside Blvd.
PO Box 1792
Mt. Pleasant, SC 29465

Roger W. Hammond
Kforce Inc.
1001 East Palm Avenue
Tampa, FL 33605

Mr. Eugene Paul Sullivan
29-B Plaza Delas Flores
Freehold, NJ 07728

Todd C. Schiltz, Esquire
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street, Suite 1001
Wilmington, DE 19801

Bruce D. Levin, Esquire
Peter B. McGlynn, Esquire
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA 02110

Frederick P. Furth, Esquire
Michael P. Lehmann, Esquire
Christopher L. Lebsock, Esquire
The Furth Firm LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe LLP
The Washington Harbour
3050 K Street, NW, Ste 200
Washington, DC 20007