IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | Objection Deadline: January 2, 2009 at 4:00 p.m. |
| | ) | Hearing Date: January 13, 2009 at 9:00 a.m. |

## NOTICE OF MOTION

ZAI Claimants have filed the attached *ZAI Claimants' Motion for Order of Preliminary Approval of Class Settlement and Certification of the U.S. ZAI Class* (the "Motion"), as well as the *ZAI Claimant's Memorandum in Support of Preliminary Approval of Class Settlement and Certification of the U.S. ZAI Class* (the "Memorandum") and *Appendix of Exhibits.*

The Motion and Memorandum seek an order from the Court Preliminarily Approving the Class Settlement and Certifying the U.S. ZAI Class.

If you wish to file a response to the Motion, you must do so on or before January 2, 2009 at 4:00 p.m. EDT.

At the same time, you must also serve a copy of the response upon Movant's attorneys at the addresses set forth in the signature block below.

HEARING ON THE MOTION will be held on **January 13, 2009 at 9:00 a.m. EDT, before the Honorable Judith K. Fitzgerald, United States Bankruptcy Judge, in her Courtroom in the United States Bankruptcy Court for the Western District of Pennsylvania, 5464 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.**

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELEIF DEMANDED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

*(signature block on following page)*

Dated: December 15, 2008
      Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William D. Sullivan*
William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-- and --

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
926 W. Sprague Avenue
Chronicle Building, Suite 680
Spokane, WA 99201
Telephone: (509) 455-3966

-- and --

RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
Edward J. Westbrook
Robert M. Turkewitz
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC 29464
Telephone: (843) 727-6500

*Special Counsel for ZAI Claimants*