IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: D.I.** |
| | ) | |

## ORDER GRANTING ZAI CLAIMANTS' MOTION FOR ORDER OF PRELIMINARY APPROVAL OF CLASS SETTLEMENT AND CERTIFICATION OF THE U.S. ZAI CLASS

Upon the *ZAI Claimants' Motion for Order of Preliminary Approval of Class Settlement and Certification of the U.S. ZAI Class* (the "Motion"), and any response thereto by the Debtors or any other party in interest, and it being found that this Court has jurisdiction, and it appearing that good and sufficient notice of the Motion having been given and no further notice of the Motion or entry of this Order need be provided, and the Court having held a hearing on the Motion, and upon the hearing and the entire record and after due deliberation thereon, and good and sufficient cause appearing therefore, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The Motion is hereby GRANTED in all respects.

2. The ZAI class settlement is within the range of reasonableness and preliminary approval of the ZAI class settlement is warranted.

3. The U.S. ZAI Class is hereby provisionally certified pursuant to Fed. R. Civ. P. 23(a) and 23(b)(3), and Marco Barbanti and Ralph Busch are appointed as class representatives for the U.S. ZAI Class.

4. Notice in the form attached to the Motion and Memorandum in Support of the Motion as Appendix B shall be sent to individual class members notifying them of

preliminary approval of the ZAI Class Settlement, the certification of the U.S. ZAI Class, and of their rights in respect of the class and the class settlement.

5.   This Court shall retain jurisdiction over the enforcement of this Order.

IT IS SO ORDERED, this _____ day of _____, 2008.

 

Honorable Judith K. Fitzgerald
United States Bankruptcy Judge