## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

|  |  |
|---|---|
| In Re: W. R. GRACE & CO., et al., | ) Chapter 11 |
|  | ) Bankruptcy No. 01-01139 (JKF) |
|  | ) (Jointly Administered) |
|  | ) |
| DEBTORS. | ) **Re: D.I. 20276** |

### NOTICE OF WITHDRAWAL OF
### DECLARATION OF EDWARD J. WESTBROOK, ESQ. (D.I. 20276)

**PLEASE TAKE NOTICE** that Docket No. 20276, the **Declaration of Edward J. Westbrook, Esq.** (the "Declaration") was entered in error. A correct version of the Declaration has been filed on December 16, 2008 at Docket No. 20277.

Dated: December 16, 2008
Wilmington, Delaware

SULLIVAN · HAZELTINE ALLINSON LLC

*/s/ William D. Sullivan*

William D. Sullivan (2820)
Elihu E. Allinson, III (3476)
4 East 8th Street, Suite 400
Wilmington, Delaware 19801
Telephone: (302) 428-8191

-- and --

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
926 W. Sprague Avenue
Chronicle Building, Suite 680
Spokane, Washington 99201
Telephone: (509) 455-3966

-- and --

RICHARDSON, PATRICK, WESTBROOK &
BRICKMAN, LLC
Edward J. Westbrook
Robert M. Turkewitz
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, South Carolina 29464
Telephone: (843) 727-6500

*Counsel for ZAI Claimants*