**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: D.I. 20275, 20276, 20277, and 20278** |
| | ) | |

## DECLARATION OF SERVICE

I, Heidi M. Coleman, declare as follows:

1.    I am over the age of 18 years and not a party to the within action.

2.    I am employed by Sullivan Hazeltine Allinson LLC, 4 East 8th Street, Suite 400, Wilmington, DE 19801.

3.    On the 15th of December, 2008 under my direction and supervision, service of the following documents were served upon the parties listed on the attached Service List ("Exhibit A") in the manner indicated:

a.    Motion to Approve Class Settlement and Certification of the U.S. ZAI Class with related Attachments (D.I. 20275);

b.    Declaration of Edward J. Westbrook, Esq. (D.I. 20276);

4.    On the 16th of December, 2008 under my direction and supervision, service of the following documents were served upon the parties listed on the attached Service List ("Exhibit A") in the manner indicated:

a.    Declaration of Edward J. Westbrook, Esq. (D.I. 20277); and

b.    Notice of Withdrawal of Declaration of Edward J. Westbrook, Esq. (D.I. 20276).

I declare under penalty of perjury that the foregoing is true and correct.

Date:    December 16, 2008                     By: Heidi M. Coleman
        Wilmington, Delaware                        Heidi M. Coleman