**Attachment B**
**To Fee Application**
Summary of PwC's Fees By Professional
October 2008

**Professional Profiles**
**WR Grace Time Tracking - Audit**
**For the Month Ended October 31, 2008**

| Name of Professional | Position with the Firm | Number of Years in Profession | Project | Hourly Bill Rate | Total Hours | Total Compensation |
|---|---|---|---|---|---|---|
| William Bishop | Audit Partner | 27 | Integrated Audit | $698.50 | 28.2 | $ 19,697.70 |
| George Baccash | Tax Partner | 30 | Integrated Audit | $588.00 | 9.0 | $ 5,292.00 |
| John Newstead | Audit Partner | 10+ | Integrated Audit | $647.70 | 6.2 | $ 4,015.74 |
| Robert Eydt | Audit Partner | 25+ | Integrated Audit | $990.60 | 1.0 | $ 990.60 |
| Thomas Smith | Audit Partner | 21 | Integrated Audit | $698.50 | 15.0 | $ 10,477.50 |
| Thomas Kalinosky | Director | 25+ | Integrated Audit | $624.84 | 2.0 | $ 1,249.68 |
| Rafael Garcia | Director | 15 | Integrated Audit | $414.75 | 24.5 | $ 10,161.38 |
| Jesse Tracey | Director | 11 | Integrated Audit | $552.45 | 1.0 | $ 552.45 |
| Jeffrey Rosenberg | Director | 20 | Integrated Audit | $645.75 | 1.0 | $ 645.75 |
| Paul Francis | Director | 13 | Integrated Audit | $793.75 | 1.0 | $ 793.75 |
| Seshadri Venkiteswaran | Audit Senior Manager | 10 | Integrated Audit | $410.21 | 29.0 | $ 11,896.09 |
| Mark Solak | Audit Senior Manager | 12 | Integrated Audit | $717.55 | 5.5 | $ 3,946.53 |
| Martin Burkard | Audit Manager | 5 | Integrated Audit | $297.18 | 67.2 | $ 19,970.50 |
| Justin Bray | Audit Senior Manager | 7 | Integrated Audit | $410.21 | 89.3 | $ 36,631.75 |
| Juei Ping Joanna Own | Tax Manager | 4 | Integrated Audit | $283.50 | 15.7 | $ 4,450.95 |
| Scott Dillow | Tax Manager | 6 | Integrated Audit | $552.45 | 1.5 | $ 828.68 |
| Stephanie Jones | Tax Manager | 7 | Integrated Audit | $414.75 | 1.0 | $ 414.75 |
| Benjamin Harder | Advisory Senior Associate | 5 | Integrated Audit | $330.20 | 8.0 | $ 2,641.60 |
| Craig Chu | Tax Senior Associate | 3 | Integrated Audit | $349.25 | 2.6 | $ 908.05 |

| Name | Title | Years | Project | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| Jacqueline Calvo | Tax Senior Associate | 3 | Integrated Audit | $199.50 | 25.2 | $ 5,027.40 |
| Molly McCall | Audit Associate | 1 | Integrated Audit | $175.26 | 148.1 | $ 25,956.01 |
| Erica Margolius | Audit Senior Associate | 4 | Integrated Audit | $227.33 | 98.9 | $ 22,482.94 |
| Todd Chesla | Tax Senior Associate | 1 | Integrated Audit | $199.50 | 30.8 | $ 6,144.60 |
| Ana Panton | Tax Associate | <1 | Integrated Audit | $147.00 | 2.0 | $ 294.00 |
| Elizabeth Sama | Tax Associate | 2 | Integrated Audit | $147.00 | 2.5 | $ 367.50 |
| Gerald Gugerty | Audit Associate | 1 | Integrated Audit | $170.18 | 12.0 | $ 2,042.16 |
| Julia Bashyrov | Audit Associate | 2 | Integrated Audit | $175.26 | 120.3 | $ 21,083.78 |
| Alex DiZio | Audit Associate | 1 | Integrated Audit | $129.54 | 37.2 | $ 4,818.89 |
| Phillip Crosby | Audit Associate | 3 | Integrated Audit | $175.26 | 94.2 | $ 16,509.49 |
| Andrew Tremble | Audit Associate | 2 | Integrated Audit | $170.18 | 63.5 | $ 10,806.43 |
| Jian Hui Lee | Advisory Associate | 1 | Integrated Audit | $298.45 | 1.0 | $ 298.45 |
| Lynda Keorlet | Audit Senior Associate | 3 | Integrated Audit | $209.55 | 140.3 | $ 29,399.87 |
| Shahin Rahmani | Audit Associate | 1 | Integrated Audit | $156.21 | 135.0 | $ 21,088.35 |
| Karen Geung | Senior Associate | 3 | Integrated Audit | $223.52 | 37.7 | $ 8,426.70 |
| Pavel Katsiak | Audit Associate | 2 | Integrated Audit | $156.21 | 163.8 | $ 25,587.20 |
| Adam Lueck | Audit Associate | 2 | Integrated Audit | $156.21 | 172.3 | $ 26,914.98 |
| Kristina Johnson | Audit Associate | 2 | Integrated Audit | $123.19 | 121.9 | $ 15,016.86 |
| Pailin Chaiprasertsiti | Audit Associate | <1 | Integrated Audit | $153.67 | 140.9 | $ 21,652.10 |
| | | | **TOTAL** | | 1,856.3 | $ 399,483.16 |

**Time Spent Preparing this Fee Application for Reporting to the U.S. Bankruptcy Court (refer to attached file for details)**

| | | | | | | |
|---|---|---|---|---|---|---|
| **Totals** | | 23.2 | | | | **$3,484.76** |

**Summary of PwC's Fees By Project Category:
October 2008**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| 01-Assets Analysis and Recovery | | |
| 02-Asset Disposition | | |
| 03-Business Operations | | |
| 04-Case Administration | | |
| 05-Claim Analysis Objection & Resolution (Asbestos) | | |
| 06-Claim Analysis Objection & Resolution (Non-asbestos) | | |
| 07-Committee, Creditors', Noteholders', or Equity Holders' | | |
| 08-Employee Benefits/Pension | | |
| 09-Employee Applications, Applicant | | |
| 10-Employment Applications, Others | | |
| 11-Financing | | |
| 12-Fee Applications, Others | 23.2 | $3,484.76 |
| 13-Financing | | |
| 14-Hearings | | |
| 15-Litigation and Litigation Consulting | | |
| 16-Plan and Disclosure Statement | | |
| 17-Relief from Stay Proceedings | | |
| 18-Tax Issues | | |
| 19-Tax Litigation | | |
| 20-Travel- Non-working | | |
| 21-Valuation | | |
| 22-ZAI Science Trial | | |
| 23-ZAI Science Trial-Expenses | | |
| 24-Other | | |
| 25-Accounting/Auditing | 1,856.3 | $399,483.16 |
| 26-Business Analysis | | |

| | | |
|---|---|---|
| **27-Corporate Finance** | | |
| **28-Data Analysis** | | |
| **TOTAL:** | **1,879.5** | **$402,967.92** |

**Expense Summary**
**October 2008**

| Expense Category | Service Provider | Total Expenses |
|---|---|---|
| **Transportation** | N/A | $8,926.23 |
| **Lodging** | N/A | $2,002.49 |
| **Sundry** | N/A | $150.31 |
| **Business Meals** | N/A | $869.21 |
| **TOTAL:** | | $11,948.24 |