# EXHIBIT - B

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended October 31 , 2008**

| Personnel | | Date | Transportation | | Lodging | |
|---|---|---|---|---|---|---|
| George Baccash | Integrated Audit | 10/9/08 | | | | |
| | Integrated Audit | 10/9/08 | $ | 52.66 | | |
| | Integrated Audit | 10/16/08 | $ | 40.96 | | |
| Justin Bray | Integrated Audit | 10/1/08 | $ | 21.06 | | |
| | Integrated Audit | 10/6/08 | $ | 22.82 | | |
| | Integrated Audit | 10/13/08 | $ | 21.06 | | |
| | Integrated Audit | 10/16/08 | $ | 21.06 | | |
| | Integrated Audit | 10/20/08 | $ | 22.82 | | |
| | Integrated Audit | 10/22/08 | $ | 21.06 | | |
| | Integrated Audit | 10/23/08 | $ | 22.82 | | |
| | Integrated Audit | 10/27/08 | $ | 22.82 | | |
| | Integrated Audit | 10/28/08 | $ | 21.06 | | |
| Pavel Katsiak | Integrated Audit | 9/23/08 | $ | 676.00 | | |
| | Integrated Audit | 9/27/08 | $ | 22.24 | | |
| | Integrated Audit | 9/27/08 | | | | |
| | Integrated Audit | 9/27/08 | | | | |
| | Integrated Audit | 9/28/08 | | | | |
| | Integrated Audit | 9/28/08 | | | | |
| | Integrated Audit | 9/29/08 | $ | 15.00 | | |
| | Integrated Audit | 9/29/08 | | | | |
| | Integrated Audit | 9/29/08 | $ | 147.45 | | |
| | Integrated Audit | 9/30/08 | | | $ | 317.00 |
| | Integrated Audit | 9/30/08 | | | | |
| | Integrated Audit | 10/1/08 | $ | 16.35 | | |
| | Integrated Audit | 10/1/08 | $ | 30.93 | | |
| | Integrated Audit | 10/2/08 | $ | 30.93 | | |
| | Integrated Audit | 10/3/08 | $ | 30.93 | | |
| | Integrated Audit | 10/6/08 | $ | 30.93 | | |
| | Integrated Audit | 10/7/08 | $ | 30.93 | | |
| | Integrated Audit | 10/8/08 | $ | 30.93 | | |
| | Integrated Audit | 10/9/08 | $ | 30.93 | | |
| | Integrated Audit | 10/10/08 | $ | 418.79 | | |
| | Integrated Audit | 10/13/08 | $ | 30.93 | | |
| | Integrated Audit | 10/14/08 | $ | 30.93 | | |
| | Integrated Audit | 10/15/08 | $ | 30.93 | | |
| | Integrated Audit | 10/16/08 | $ | 30.93 | | |
| | Integrated Audit | 10/17/08 | $ | 30.93 | | |
| | Integrated Audit | 10/19/08 | $ | 31.59 | | |
| | Integrated Audit | 10/19/08 | | | | |
| | Integrated Audit | 10/20/08 | | | | |
| | Integrated Audit | 10/20/08 | | | | |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Integrated Audit | 10/21/08 | $ | 25.92 |  |
|  | Integrated Audit | 10/21/08 |  |  |  |
|  | Integrated Audit | 10/21/08 |  |  |  |
|  | Integrated Audit | 10/21/08 | $ | 16.47 |  |
|  | Integrated Audit | 10/21/08 | $ | 194.35 |  |
|  | Integrated Audit | 10/21/08 |  |  |  |
|  | Integrated Audit | 10/22/08 |  |  | $ 563.63 |
|  | Integrated Audit | 10/22/08 | $ | 30.93 |  |
|  | Integrated Audit | 10/23/08 | $ | 30.93 |  |
|  | Integrated Audit | 10/24/08 | $ | 30.93 |  |
|  | Integrated Audit | 10/27/08 | $ | 30.93 |  |
|  | Integrated Audit | 10/28/08 | $ | 30.93 |  |
|  | Integrated Audit | 10/29/08 | $ | 30.93 |  |
|  | Integrated Audit | 10/30/08 | $ | 30.93 |  |
|  | Integrated Audit | 10/31/08 | $ | 39.86 |  |
| **Gerald Gugerty** | Integrated Audit | 10/14/08 |  |  |  |
|  | Integrated Audit | 10/20/08 | $ | 29.26 |  |
|  | Integrated Audit | 10/21/08 | $ | 29.26 |  |
| **Molly McCall** | Integrated Audit | 10/3/08 | $ | 42.12 |  |
|  | Integrated Audit | 10/6/08 | $ | 42.12 |  |
|  | Integrated Audit | 10/7/08 | $ | 42.12 |  |
|  | Integrated Audit | 10/10/08 | $ | 42.12 |  |
|  | Integrated Audit | 10/13/08 | $ | 42.12 |  |
|  | Integrated Audit | 10/14/08 | $ | 42.12 |  |
|  | Integrated Audit | 10/20/08 | $ | 42.12 |  |
|  | Integrated Audit | 10/21/08 | $ | 42.12 |  |
|  | Integrated Audit | 10/23/08 | $ | 42.12 |  |
|  | Integrated Audit | 10/24/08 | $ | 42.12 |  |
|  | Integrated Audit | 10/27/08 | $ | 42.12 |  |
|  | Integrated Audit | 10/28/08 | $ | 42.12 |  |
|  | Integrated Audit | 10/29/08 | $ | 42.12 |  |
|  | Integrated Audit | 10/30/08 | $ | 42.12 |  |
|  | Integrated Audit | 10/31/08 | $ | 42.12 |  |
| **Phillip Crosby** | Integrated Audit | 10/3/08 | $ | 40.96 |  |
|  | Integrated Audit | 10/7/08 | $ | 40.96 |  |
|  | Integrated Audit | 10/10/08 | $ | 40.96 |  |
|  | Integrated Audit | 10/14/08 | $ | 40.96 |  |
|  | Integrated Audit | 10/17/08 | $ | 40.96 |  |
|  | Integrated Audit | 10/21/08 | $ | 40.96 |  |
|  | Integrated Audit | 10/24/08 | $ | 40.96 |  |
|  | Integrated Audit | 10/28/08 | $ | 40.96 |  |
|  | Integrated Audit | 10/30/08 | $ | 40.96 |  |
|  | Integrated Audit | 10/31/08 | $ | 40.96 |  |
| **Erica Margolius** | Integrated Audit | 10/16/2008 | $ | 18.14 |  |
|  | Integrated Audit | 10/17/2008 | $ | 18.14 |  |
|  | Integrated Audit | 10/20/2008 | $ | 18.14 |  |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Integrated Audit | 10/22/2008 | $ | 18.14 | | |
| | Integrated Audit | 10/23/2008 | $ | 18.14 | | |
| | Integrated Audit | 10/24/2008 | $ | 18.14 | | |
| | Integrated Audit | 10/27/2008 | $ | 18.14 | | |
| | Integrated Audit | 10/28/2008 | $ | 18.14 | | |
| | Integrated Audit | 10/29/2008 | $ | 18.14 | | |
| | Integrated Audit | 10/30/2008 | $ | 18.14 | | |
| | Integrated Audit | 10/31/2008 | $ | 18.14 | | |
| **Adam Lueck** | Integrated Audit | 10/2/08 | $ | 377.00 | | |
| | Integrated Audit | 10/7/08 | | | | |
| | Integrated Audit | 10/7/08 | | | | |
| | Integrated Audit | 10/7/08 | | | | |
| | Integrated Audit | 10/7/08 | | | $ | 366.00 |
| | Integrated Audit | 10/7/08 | | | $ | 35.00 |
| | Integrated Audit | 10/7/08 | | | $ | 43.56 |
| | Integrated Audit | 10/7/08 | | | $ | 12.82 |
| | Integrated Audit | 10/7/08 | | | | |
| | Integrated Audit | 10/8/08 | $ | 58.00 | | |
| | Integrated Audit | 10/9/08 | | | | |
| | Integrated Audit | 10/9/08 | $ | 197.06 | | |
| | Integrated Audit | 10/9/08 | | | | |
| | Integrated Audit | 10/9/08 | $ | 16.97 | | |
| | Integrated Audit | 10/3/08 | $ | 19.31 | | |
| | Integrated Audit | 10/24/2008 | $ | 765.75 | | |
| | Integrated Audit | 10/24/2008 | | | | |
| | Integrated Audit | 10/30/2008 | | | | |
| | Integrated Audit | 10/30/2008 | | | | |
| | Integrated Audit | 10/31/2008 | $ | 58.65 | | |
| | Integrated Audit | 10/31/2008 | | | $ | 95.00 |
| | Integrated Audit | 10/31/2008 | | | $ | 4.99 |
| | Integrated Audit | 10/31/2008 | | | $ | 3.80 |
| | Integrated Audit | 10/31/2008 | | | $ | 3.80 |
| | Integrated Audit | 10/31/2008 | $ | 40.00 | | |
| | Integrated Audit | 10/31/2008 | | | | |
| | Integrated Audit | 10/31/2008 | | | | |
| | Integrated Audit | 10/31/2007 | $ | 378.48 | | |
| | Integrated Audit | 10/31/2008 | | | $ | 26.92 |
| **Jacqueline Calvo** | Integrated Audit | 10/13/08 | | | | |
| **Julia Bashyrov** | Integrated Audit | 10/13/08 | $ | 17.56 | | |
| | Integrated Audit | 10/14/08 | $ | 17.56 | | |
| | Integrated Audit | 10/15/08 | $ | 17.56 | | |
| | Integrated Audit | 10/16/08 | $ | 17.56 | | |
| | Integrated Audit | 10/17/08 | $ | 17.56 | | |
| | Integrated Audit | 10/20/08 | $ | 17.56 | | |
| | Integrated Audit | 10/21/08 | $ | 17.56 | | |
| | Integrated Audit | 10/23/08 | $ | 17.56 | | |
| | Integrated Audit | 10/24/08 | $ | 17.56 | | |
| | Integrated Audit | 10/27/08 | $ | 17.56 | | |
| | Integrated Audit | 10/28/08 | $ | 17.56 | | |
| | Integrated Audit | 10/29/08 | $ | 17.56 | | |
| | Integrated Audit | 10/30/08 | $ | 17.56 | | |
| | Integrated Audit | 10/31/08 | $ | 17.56 | | |
| **Pailin Chaiprasertsiti** | Integrated Audit | 10/13/08 | $ | 43.30 | | |
| | Integrated Audit | 10/14/08 | $ | 43.30 | | |

| | | | | |
|---|---|---|---|---|
| | Integrated Audit | 10/15/08 | $ | 43.30 |
| | Integrated Audit | 10/16/08 | $ | 43.30 |
| | Integrated Audit | 10/17/08 | $ | 43.30 |
| | Integrated Audit | 10/20/08 | $ | 43.30 |
| | Integrated Audit | 10/21/08 | $ | 43.30 |
| | Integrated Audit | 10/23/08 | $ | 43.30 |
| | Integrated Audit | 10/24/08 | $ | 43.30 |
| | Integrated Audit | 10/27/08 | $ | 43.30 |
| | Integrated Audit | 10/28/08 | $ | 43.30 |
| | Integrated Audit | 10/29/08 | $ | 43.30 |
| | Integrated Audit | 10/30/08 | $ | 43.30 |
| | Integrated Audit | 10/31/08 | $ | 43.30 |
| **Shahin Rahmani** | Integrated Audit | 10/1/08 | $ | 5.86 |
| | Integrated Audit | 10/2/08 | $ | 5.86 |
| | Integrated Audit | 10/3/08 | $ | 5.86 |
| | Integrated Audit | 10/6/08 | $ | 5.86 |
| | Integrated Audit | 10/8/08 | $ | 5.86 |
| | Integrated Audit | 10/9/08 | $ | 5.86 |
| | Integrated Audit | 10/10/08 | $ | 5.86 |
| | Integrated Audit | 10/13/08 | $ | 5.86 |
| | Integrated Audit | 10/14/08 | $ | 5.86 |
| | Integrated Audit | 10/15/08 | $ | 5.86 |
| | Integrated Audit | 10/16/08 | $ | 5.86 |
| | Integrated Audit | 10/17/08 | $ | 5.86 |
| | Integrated Audit | 10/20/08 | $ | 5.86 |
| | Integrated Audit | 10/22/08 | $ | 5.86 |
| | Integrated Audit | 10/23/08 | $ | 5.86 |
| | Integrated Audit | 10/24/08 | $ | 5.86 |
| | Integrated Audit | 10/27/08 | $ | 5.86 |
| | Integrated Audit | 10/28/08 | $ | 5.86 |
| | Integrated Audit | 10/29/08 | $ | 5.86 |
| | Integrated Audit | 10/30/08 | $ | 5.86 |
| | Integrated Audit | 10/31/08 | $ | 39.78 |
| **Kristina Johnson** | Integrated Audit | 10/1/08 | $ | 37.44 |
| | Integrated Audit | 10/2/08 | $ | 37.44 |
| | Integrated Audit | 10/6/08 | $ | 37.44 |

| | | | | |
|---|---|---|---|---|
| Integrated Audit | 10/7/08 | $ 207.50 | | |
| Integrated Audit | 10/7/08 | | | |
| Integrated Audit | 10/7/08 | | $ | 183.00 |
| Integrated Audit | 10/7/08 | | $ | 21.78 |
| Integrated Audit | 10/7/08 | | $ | 6.41 |
| Integrated Audit | 10/8/08 | | $ | 183.00 |
| Integrated Audit | 10/8/08 | | $ | 21.78 |
| Integrated Audit | 10/8/08 | | $ | 6.41 |
| Integrated Audit | 10/9/08 | | | |
| Integrated Audit | 10/9/08 | | | |
| Integrated Audit | 10/9/08 | $ 215.50 | | |
| Integrated Audit | 10/9/08 | $ 52.55 | | |
| Integrated Audit | 10/10/08 | $ 37.44 | | |
| Integrated Audit | 10/13/08 | $ 37.44 | | |
| Integrated Audit | 10/14/08 | $ 39.20 | | |
| Integrated Audit | 10/16/08 | $ 37.44 | | |
| Integrated Audit | 10/20/08 | $ 37.44 | | |
| Integrated Audit | 10/22/08 | $ 37.44 | | |
| Integrated Audit | 10/23/08 | $ 37.44 | | |
| Integrated Audit | 10/24/08 | $ 37.44 | | |
| Integrated Audit | 10/27/08 | $ 37.44 | | |
| Integrated Audit | 10/28/08 | $ 37.44 | | |
| Integrated Audit | 10/29/08 | $ 37.44 | | |
| Integrated Audit | 10/30-31/2008 | $ 47.39 | | |
| Integrated Audit | 10/30/08 | | | |
| Integrated Audit | 10/31/08 | | | |
| Integrated Audit | 10/31/08 | | | |
| Integrated Audit | 10/30/08 | | $ | 95.00 |
| Integrated Audit | 10/30/08 | | $ | 4.99 |
| Integrated Audit | 10/30/08 | | $ | 3.80 |
| Integrated Audit | 10/30/08 | | $ | 3.80 |
| Integrated Audit | 10/30/08 | $ 765.75 | | |
| Integrated Audit | 10/31/08 | $ 12.00 | | |
| Integrated Audit | 10/31/08 | $ 398.00 | | |

| Summary | | Total | Transportation | Lodging |
|---|---|---|---|---|
| | $ | 11,948.24 | $ 8,926.23 | $ 2,002.49 |

| Sundry | Business Meals and Entertainment |
|---|---|
| | $          90.62 |
| | $          45.50 |
| | $          10.73 |
| | $          81.88 |
| | $          41.65 |
| | $           8.41 |
| | $          16.96 |
| | $          49.26 |
| | $           6.74 |
| | $          49.26 |

$       7.73
$       8.87

$       32.45

$     98.31

| | | |
|---|---|---|
| | $ | 5.80 |
| | $ | 48.62 |
| | $ | 77.86 |
| | $ | 10.93 |
| | $ | 15.47 |
| | $ | 2.01 |
| $ 12.00 | | |
| | $ | 38.57 |
| | $ | 3.29 |
| | $ | 97.18 |
| | $ | 1.69 |
| | $ | 84.42 |

$         12.91

$          1.65
$         13.79

$          3.06
$          1.90
$    40.00

| Sundry | Business Meals | |
|--------|----------------|---|
| $ 150.31 | $ | 869.21 |

**Description**

Lunch meeting with Alan Gibbons-WR Grace  and Andree Clark-WR Grace, Joanna Own-PwC to discuss Q3 issues including the emergence plan, FIN 48, IRS refund and Interest calc, IFRS
90 miles roundtrip Miami to WR Grace in Boca Raton and return.  Meeting with Alan Gibbons-WR Grace  and Andree Clark-WR Grace, Joanna Own-PwC to discuss Q3 issues including the emergence plan, FIN 48, IRS refund and Interest calc, IFRS (90 miles *$0.505)
70 miles roundtrip Plantation to WR Grace in Boca Raton and return.
Q3 tax provision review with Alan Gibbons - WR Grace (90 miles * $.585)


Mileage to Grace - roundtrip (less normal commute)(36 miles * $0.585)
Mileage to Grace from office (less normal commute)(39 miles * $0.585)
Mileage to Grace - roundtrip (less normal commute)(36 miles * $0.585)
Mileage to Grace - roundtrip (less normal commute)(36 miles * $0.585)
Mileage to Grace from office (less normal commute)(39 miles * $0.585)
Mileage to Grace - roundtrip (less normal commute)(36 miles * $0.585)
Mileage to Grace from office (less normal commute)(39 miles * $0.585)
Mileage to Grace from office (less normal commute)(39 miles * $0.585)
Mileage to Grace - roundtrip (less normal commute)(36 miles * $0.585)


Airfare for traveling BWI to Chattanooga, round trip, TN for inventory Observation
Taxi charges to the Reagan airport (travel to Chattanooga, TN)
Lunch when traveling to Chattanooga, TN for inventory observation (1 person, self)
Dinner when traveling to Chattanooga, TN for inventory observation (1 person, self)
Group dinner (P. Katsiak, N. Johnson, 2 people) while on inventory at Chattanooga, TN
Group lunch (P. Katsiak, N. Johnson, 2 people) while on inventory at Chattanooga, TN
Additional airline charge for luggage
Group breakfast while on inventory in Chattanooga, TN for inventory observation (charge is for self)
Rental car when on inventory at Chattanooga, TN
Hotel charges when in Chattanooga, TN for inventory observation (2 night stay @ $124.0 rate/ day, $11.47 state tax/ day, $9.92 city tax/ day, $13.11 parking /day)
Dinner while on inventory in Chattanooga, TN (self= 1 person)
Taxi charges from the Reagan airport (travel from Chattanooga, TN)
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Airfare for traveling BWI to Chicago for inventory Observation (roundtrip)
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.4 miles one way from Arlington, VA to Columbia, MD (26.4 * 2 (roundtrip) * $0.5858)
Mileage in excess over regular commute of 26.4 miles one way from Arlington, VA to Columbia, MD (26.4 * 2 (roundtrip) * $0.5858)
Mileage in excess over regular commute of 54 miles from Arlington, VA to Dulles, VA driving to Dulles airport when traveling for Chicago Dispensers Inventory (54 miles * $0.5858)
Dinner while in Chicago for inventory count (self)
Breakfast while in Chicago for inventory count (self)
Dinner while in Chicago for inventory count(self)

Taxi when returning from inventory count in Chicago
Breakfast while in Chicago for inventory count (self)
Lunch while on inventory count in Chicago (self)
Fuel for a rental car when in Chicago for inventory count
Rental car while in Chicago on inventory count
Dinner while in Chicago for inventory count(self)
Hotel while in Chicago for inventory count (2 night stay @ $197 rate/day, $6.9 city at/ day, $23.44 state tax/ day, $48 parking/ day, $12.95 internet charge)
Mileage in excess over regular commute of 26.4 miles one way from Arlington, VA to Columbia, MD (26.4 * 2 (roundtrip) * $0.5858)
Mileage in excess over regular commute of 26.4 miles one way from Arlington, VA to Columbia, MD (26.4 * 2 (roundtrip) * $0.5858)
Mileage in excess over regular commute of 26.4 miles one way from Arlington, VA to Columbia, MD (26.4 * 2 (roundtrip) * $0.5858)
Mileage in excess over regular commute of 26.4 miles one way from Arlington, VA to Columbia, MD (26.4 * 2 (roundtrip) * $0.5858)
Mileage in excess over regular commute of 26.4 miles one way from Arlington, VA to Columbia, MD (26.4 * 2 (roundtrip) * $0.5858)
Mileage in excess over regular commute of 26.4 miles one way from Arlington, VA to Columbia, MD (26.4 * 2 (roundtrip) * $0.5858)
Mileage in excess over regular commute of 26.4 miles one way from Arlington, VA to Columbia, MD (26.4 * 2 (roundtrip) * $0.5858)
Mileage in excess over regular commute rount trip, 34.07 miles one way * 2= 68.14* .585 rate per mile (Arlington, VA to Curtis Bay, MD)

Steel toe boots required for admittance to manufacturing facilities.
=(27 miles - 2 miles of normal commute * .5852 ) * 2 Round trip
=(27 miles - 2 miles of normal commute * .5852 ) * 2 Round trip

Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].

Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)
Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)
Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)
Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)
Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)
Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)
Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)
Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)
Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)
Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)

Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters

Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters

Round trip airfare from Baltimore to Chicago, economy class
Individual travel breakfast - Baltimore, MD to Chicago, IL.
PwC group travel meal - lunch for two people while in Chicago, IL
PwC group travel meal - dinner for two people while in Chicago, IL
Two night hotel fees, Chicago, IL, 10/7-10/8 ($183 per night * 2 night)
Hotel parking fees
State hotel tax - Two nights, $21.78 per night
City hotel tax - Two nights, $6.41 per night
PwC group travel meal - breakfast for two people while in Chicago, IL
Three days airport parking fees.
PwC group travel meal - lunch for two people while in Chicago, IL
Three days of rental car and fuel fees.
Individual travel dinner - traveling from Chicago, IL to Baltimore, MD
Excess mileage (72.5 miles) less normal commute (44 miles) at $.59 per mile
Excess mileage (77 miles) less normal commute (44 miles) at $.59 per mile
Round trip airfare from Baltimore, MD to Lake Charles, LA economy class
Amex travel fee.
PwC group travel meal - lunch for two people while traveling from Baltimore to Lake Charles, LA
PwC individual breakfast - while in Lake Charles, LA
Two days of rental car and fuel fees.
One night hotel stay, Lake Charles, LA 10/31; room rate 1 night= $95
County hotel tax, 1 night
Occupancy sales tax, 1 night
State occupancy tax, 1 night
Two days airport parking fees
PwC group travel meal - dinner for two people while in Lake Charles, LA
PwC individual breakfast traveling from Lake Charles, LA to Baltimore, MD
Airfare fees to chage flight from Lake Charles, LA to Baltimore based on revised Grace schedule
Excess mileage (90 miles) less normal commute (44 miles) at $.59 per mile

Lunch, Travel - Jackie Calvo, PwC, Todd Chesla, PwC, Joanna Own, PwC

Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].

Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.585].

Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$0.585].

Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.85
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.85
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.85
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Curtis Bay Headquarters is 54 miles (34 excess miles * $.585 = $19.89)
Round trip cost = $39.78

82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44

Airfare from Philadelphia, PA to Chicago, IL
Dinner on the way to Chicago, IL (1 person)
Hotel stay in Chicago, IL (1 night)
State tax on hotel in Chicago, IL
City tax on hotel in Chicago, IL
Hotel stay in Chicago, IL (1 night)
State tax on hotel in Chicago, IL
City tax on hotel in Chicago, IL
Snack at the airport on the way back to Washington DC
Dinner at the airport for A. Lueck and I (2 people)
Airfare from Chicago, IL to Washington DC
Cab ride from the airport to home
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
85 miles to and from client (starting at Tyson's office) - 18 miles normal commute to the office = 67 miles every day excess * .585=39.20.
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
99 miles to client, then airport, then home - 18 miles normal commute to the office =81 miles every day excess * .585=47.39
Snack at the airport
Snack at the airport
Parking at the airport from 10/30 to 10/31.
Hotel stay in Lake Charles, LA (1 night)
County tax on 1 night hotel stay in Lake Charles, LA
Occupancy sales tax on 1 night hotel stay in Lake Charles, LA
State occupancy tax on 1 night hotel stay in Lake Charles, LA
Airfare from Baltimore, MD to Lake Charles, LA and return from Houston, TX to Baltimore, MD
American express travel service charge
One way airfare from Lake Charles, LA to Houston, TX

**CONSOLIDATED AUDIT**
**EXPENSE DETAIL**
**For the Month Ended October 31, 2008**

| Personnel | Date | Title | Expense |
|---|---|---|---|
| **George Baccash** | 10/9/08 | Tax Partner | $ 90.62 |
| | 10/9/08 | Tax Partner | $ 52.66 |
| | 10/16/08 | Tax Partner | $ 40.96 |
| | | | **$ 184.24** |
| **Justin Bray** | 10/1/08 | Audit Senior Manager | $ 21.06 |
| | 10/6/08 | Audit Senior Manager | $ 22.82 |
| | 10/13/08 | Audit Senior Manager | $ 21.06 |
| | 10/16/08 | Audit Senior Manager | $ 21.06 |
| | 10/20/08 | Audit Senior Manager | $ 22.82 |
| | 10/22/08 | Audit Senior Manager | $ 21.06 |
| | 10/23/08 | Audit Senior Manager | $ 22.82 |
| | 10/27/08 | Audit Senior Manager | $ 22.82 |
| | 10/28/08 | Audit Senior Manager | $ 21.06 |
| | | | **$ 196.58** |
| **Pavel Katsiak** | 9/23/08 | Audit Associate | $ 676.00 |
| | 9/27/08 | Audit Associate | $ 22.24 |
| | 9/27/08 | Audit Associate | $ 45.50 |
| | 9/27/08 | Audit Associate | $ 10.73 |
| | 9/28/08 | Audit Associate | $ 81.88 |
| | 9/28/08 | Audit Associate | $ 41.65 |
| | 9/29/08 | Audit Associate | $ 15.00 |
| | 9/29/08 | Audit Associate | $ 8.41 |
| | 9/29/08 | Audit Associate | $ 147.45 |
| | 9/30/08 | Audit Associate | $ 317.00 |
| | 9/30/08 | Audit Associate | $ 16.96 |
| | 10/1/08 | Audit Associate | $ 16.35 |
| | 10/1/08 | Audit Associate | $ 30.93 |
| | 10/2/08 | Audit Associate | $ 30.93 |
| | 10/3/08 | Audit Associate | $ 30.93 |
| | 10/6/08 | Audit Associate | $ 30.93 |
| | 10/7/08 | Audit Associate | $ 30.93 |
| | 10/8/08 | Audit Associate | $ 30.93 |
| | 10/9/08 | Audit Associate | $ 30.93 |
| | 10/10/08 | Audit Associate | $ 418.79 |
| | 10/13/08 | Audit Associate | $ 30.93 |
| | 10/14/08 | Audit Associate | $ 30.93 |
| | 10/15/08 | Audit Associate | $ 30.93 |
| | 10/16/08 | Audit Associate | $ 30.93 |

|  | 10/17/08 | Audit Associate | $ | 30.93 |
|---|---|---|---|---|
|  | 10/19/08 | Audit Associate | $ | 31.59 |
|  | 10/19/08 | Audit Associate | $ | 49.26 |
|  | 10/20/08 | Audit Associate | $ | 6.74 |
|  | 10/20/08 | Audit Associate | $ | 49.26 |
|  | 10/21/08 | Audit Associate | $ | 25.92 |
|  | 10/21/08 | Audit Associate | $ | 7.73 |
|  | 10/21/08 | Audit Associate | $ | 8.87 |
|  | 10/21/08 | Audit Associate | $ | 16.47 |
|  | 10/21/08 | Audit Associate | $ | 194.35 |
|  | 10/21/08 | Audit Associate | $ | 32.45 |
|  | 10/22/08 | Audit Associate | $ | 563.63 |
|  | 10/22/08 | Audit Associate | $ | 30.93 |
|  | 10/23/08 | Audit Associate | $ | 30.93 |
|  | 10/24/08 | Audit Associate | $ | 30.93 |
|  | 10/27/08 | Audit Associate | $ | 30.93 |
|  | 10/28/08 | Audit Associate | $ | 30.93 |
|  | 10/29/08 | Audit Associate | $ | 30.93 |
|  | 10/30/08 | Audit Associate | $ | 30.93 |
|  | 10/31/08 | Audit Associate | $ | 39.86 |
|  |  |  | **$** | **3,431.85** |
| Gerald Gugerty | 10/14/08 | Audit Associate | $ | 98.31 |
|  | 10/20/08 | Audit Associate | $ | 29.26 |
|  | 10/21/08 | Audit Associate | $ | 29.26 |
|  |  |  | **$** | **156.83** |
| Molly McCall | 10/3/08 | Audit Associate | $ | 42.12 |
|  | 10/6/08 | Audit Associate | $ | 42.12 |
|  | 10/7/08 | Audit Associate | $ | 42.12 |
|  | 10/10/08 | Audit Associate | $ | 42.12 |
|  | 10/13/08 | Audit Associate | $ | 42.12 |
|  | 10/14/08 | Audit Associate | $ | 42.12 |
|  | 10/20/08 | Audit Associate | $ | 42.12 |
|  | 10/21/08 | Audit Associate | $ | 42.12 |
|  | 10/23/08 | Audit Associate | $ | 42.12 |
|  | 10/24/08 | Audit Associate | $ | 42.12 |
|  | 10/27/08 | Audit Associate | $ | 42.12 |
|  | 10/28/08 | Audit Associate | $ | 42.12 |
|  | 10/29/08 | Audit Associate | $ | 42.12 |
|  | 10/30/08 | Audit Associate | $ | 42.12 |
|  | 10/31/08 | Audit Associate | $ | 42.12 |
|  |  |  | **$** | **631.80** |

| Phillip Crosby | 10/3/08 | Audit Associate | $ | 40.96 |
|---|---|---|---|---|
| | 10/7/08 | Audit Associate | $ | 40.96 |
| | 10/10/08 | Audit Associate | $ | 40.96 |
| | 10/14/08 | Audit Associate | $ | 40.96 |
| | 10/17/08 | Audit Associate | $ | 40.96 |
| | 10/21/08 | Audit Associate | $ | 40.96 |
| | 10/24/08 | Audit Associate | $ | 40.96 |
| | 10/28/08 | Audit Associate | $ | 40.96 |
| | 10/30/08 | Audit Associate | $ | 40.96 |
| | 10/31/08 | Audit Associate | $ | 40.96 |
| | | | **$** | **409.60** |
| | | | | |
| Erica Margolius | 10/16/2008 | Senior Associate | $ | 18.14 |
| | 10/17/2008 | Senior Associate | $ | 18.14 |
| | 10/20/2008 | Senior Associate | $ | 18.14 |
| | 10/22/2008 | Senior Associate | $ | 18.14 |
| | 10/23/2008 | Senior Associate | $ | 18.14 |
| | 10/24/2008 | Senior Associate | $ | 18.14 |
| | 10/27/2008 | Senior Associate | $ | 18.14 |
| | 10/28/2008 | Senior Associate | $ | 18.14 |
| | 10/29/2008 | Senior Associate | $ | 18.14 |
| | 10/30/2008 | Senior Associate | $ | 18.14 |
| | 10/31/2008 | Senior Associate | $ | 18.14 |
| | | | **$** | **199.49** |
| | | | | |
| Adam Lueck | 10/2/08 | Audit Associate | $ | 377.00 |
| | 10/7/08 | Audit Associate | $ | 5.80 |
| | 10/7/08 | Audit Associate | $ | 48.62 |
| | 10/7/08 | Audit Associate | $ | 77.86 |
| | 10/7/08 | Audit Associate | $ | 366.00 |
| | 10/7/08 | Audit Associate | $ | 35.00 |
| | 10/7/08 | Audit Associate | $ | 43.56 |
| | 10/7/08 | Audit Associate | $ | 12.82 |
| | 10/7/08 | Audit Associate | $ | 10.93 |
| | 10/8/08 | Audit Associate | $ | 58.00 |
| | 10/9/08 | Audit Associate | $ | 15.47 |
| | 10/9/08 | Audit Associate | $ | 197.06 |
| | 10/9/08 | Audit Associate | $ | 2.01 |
| | 10/9/08 | Audit Associate | $ | 16.97 |
| | 10/3/08 | Audit Associate | $ | 19.31 |
| | 10/24/2008 | Audit Associate | $ | 765.75 |
| | 10/24/2008 | Audit Associate | $ | 12.00 |
| | 10/30/2008 | Audit Associate | $ | 38.57 |
| | 10/30/2008 | Audit Associate | $ | 3.29 |
| | 10/31/2008 | Audit Associate | $ | 58.65 |
| | 10/31/2008 | Audit Associate | $ | 95.00 |
| | 10/31/2008 | Audit Associate | $ | 4.99 |
| | 10/31/2008 | Audit Associate | $ | 3.80 |
| | 10/31/2008 | Audit Associate | $ | 3.80 |
| | 10/31/2008 | Audit Associate | $ | 40.00 |
| | 10/31/2008 | Audit Associate | $ | 97.18 |
| | 10/31/2008 | Audit Associate | $ | 1.69 |
| | 10/31/2008 | Audit Associate | $ | 378.48 |
| | 10/31/2008 | Audit Associate | $ | 26.92 |

|  |  |  | $ | 2,816.53 |
|---|---|---|---|---|
| **Jacqueline Calvo** | 10/13/08 | Senior Associate | $ | 84.42 |
|  |  |  | $ | **84.42** |
| **Julia Bashyrov** | 10/13/08 | Audit Associate | $ | 17.56 |
|  | 10/14/08 | Audit Associate | $ | 17.56 |
|  | 10/15/08 | Audit Associate | $ | 17.56 |
|  | 10/16/08 | Audit Associate | $ | 17.56 |
|  | 10/17/08 | Audit Associate | $ | 17.56 |
|  | 10/20/08 | Audit Associate | $ | 17.56 |
|  | 10/21/08 | Audit Associate | $ | 17.56 |
|  | 10/23/08 | Audit Associate | $ | 17.56 |
|  | 10/24/08 | Audit Associate | $ | 17.56 |
|  | 10/27/08 | Audit Associate | $ | 17.56 |
|  | 10/28/08 | Audit Associate | $ | 17.56 |
|  | 10/29/08 | Audit Associate | $ | 17.56 |
|  | 10/30/08 | Audit Associate | $ | 17.56 |
|  | 10/31/08 | Audit Associate | $ | 17.56 |
|  |  |  | $ | **245.84** |
| **Pailin Chaiprasertsiti** | 10/13/08 | Audit Associate | $ | 43.30 |
|  | 10/14/08 | Audit Associate | $ | 43.30 |
|  | 10/15/08 | Audit Associate | $ | 43.30 |
|  | 10/16/08 | Audit Associate | $ | 43.30 |
|  | 10/17/08 | Audit Associate | $ | 43.30 |
|  | 10/20/08 | Audit Associate | $ | 43.30 |
|  | 10/21/08 | Audit Associate | $ | 43.30 |
|  | 10/23/08 | Audit Associate | $ | 43.30 |
|  | 10/24/08 | Audit Associate | $ | 43.30 |
|  | 10/27/08 | Audit Associate | $ | 43.30 |
|  | 10/28/08 | Audit Associate | $ | 43.30 |
|  | 10/29/08 | Audit Associate | $ | 43.30 |
|  | 10/30/08 | Audit Associate | $ | 43.30 |
|  | 10/31/08 | Audit Associate | $ | 43.30 |
|  |  |  | $ | **606.20** |
| Shahin Rahmani | 10/1/08 | Audit Associate | $ | 5.86 |
|  | 10/2/08 | Audit Associate | $ | 5.86 |
|  | 10/3/08 | Audit Associate | $ | 5.86 |
|  | 10/6/08 | Audit Associate | $ | 5.86 |
|  | 10/8/08 | Audit Associate | $ | 5.86 |
|  | 10/9/08 | Audit Associate | $ | 5.86 |
|  | 10/10/08 | Audit Associate | $ | 5.86 |
|  | 10/13/08 | Audit Associate | $ | 5.86 |
|  | 10/14/08 | Audit Associate | $ | 5.86 |

| | | | | |
|---|---|---|---|---|
| | 10/15/08 | Audit Associate | $ | 5.86 |
| | 10/16/08 | Audit Associate | $ | 5.86 |
| | 10/17/08 | Audit Associate | $ | 5.86 |
| | 10/20/08 | Audit Associate | $ | 5.86 |
| | 10/22/08 | Audit Associate | $ | 5.86 |
| | 10/23/08 | Audit Associate | $ | 5.86 |
| | 10/24/08 | Audit Associate | $ | 5.86 |
| | 10/27/08 | Audit Associate | $ | 5.86 |
| | 10/28/08 | Audit Associate | $ | 5.86 |
| | 10/29/08 | Audit Associate | $ | 5.86 |
| | 10/30/08 | Audit Associate | $ | 5.86 |
| | 10/31/08 | Audit Associate | $ | 39.78 |
| | | | $ | **156.98** |
| **Kristina Johnson** | 10/1/08 | Audit Associate | $ | 37.44 |
| | 10/2/08 | Audit Associate | $ | 37.44 |
| | 10/6/08 | Audit Associate | $ | 37.44 |
| | 10/10/08 | Audit Associate | $ | 37.44 |
| | 10/13/08 | Audit Associate | $ | 37.44 |
| | 10/14/08 | Audit Associate | $ | 39.20 |
| | 10/16/08 | Audit Associate | $ | 37.44 |
| | 10/20/08 | Audit Associate | $ | 37.44 |
| | 10/22/08 | Audit Associate | $ | 37.44 |
| | 10/23/08 | Audit Associate | $ | 37.44 |
| | 10/24/08 | Audit Associate | $ | 37.44 |
| | 10/27/08 | Audit Associate | $ | 37.44 |
| | 10/28/08 | Audit Associate | $ | 37.44 |
| | 10/29/08 | Audit Associate | $ | 37.44 |
| | 10/30-31/2008 | Audit Associate | $ | 47.39 |
| | 10/7/08 | Audit Associate | $ | 207.50 |
| | 10/7/08 | Audit Associate | $ | 12.91 |
| | 10/7/08 | Audit Associate | $ | 183.00 |
| | 10/7/08 | Audit Associate | $ | 21.78 |
| | 10/7/08 | Audit Associate | $ | 6.41 |
| | 10/8/08 | Audit Associate | $ | 183.00 |
| | 10/8/08 | Audit Associate | $ | 21.78 |
| | 10/8/08 | Audit Associate | $ | 6.41 |
| | 10/9/08 | Audit Associate | $ | 1.65 |
| | 10/9/08 | Audit Associate | $ | 13.79 |
| | 10/9/08 | Audit Associate | $ | 215.50 |
| | 10/9/08 | Audit Associate | $ | 52.55 |
| | 10/30/08 | Audit Associate | $ | 3.06 |
| | 10/30/08 | Audit Associate | $ | 1.90 |
| | 10/31/08 | Audit Associate | $ | 40.00 |

| Date | Role | | Amount |
|---|---|---|---|
| 10/30/08 | Audit Associate | $ | 95.00 |
| 10/30/08 | Audit Associate | $ | 4.99 |
| 10/30/08 | Audit Associate | $ | 3.80 |
| 10/30/08 | Audit Associate | $ | 3.80 |
| 10/30/08 | Audit Associate | $ | 765.75 |
| 10/31/08 | Audit Associate | $ | 12.00 |
| 10/31/08 | Audit Associate | $ | 398.00 |
| | | $ | **2,827.88** |
| | | $ | - |
| | | $ | 11,948.24 |

**Description**

Lunch meeting with Alan Gibbons-WR Grace  and Andree Clark-WR Grace, Joanna Own-PwC to discuss Q3 issues including the emergence plan, FIN 48, IRS refund and Interest calc, IFRS
90 miles roundtrip Miami to WR Grace in Boca Raton and return.  Meeting with Alan Gibbons-WR Grace  and Andree Clark-WR Grace, Joanna Own-PwC to discuss Q3 issues including the emergence plan, FIN 48, IRS refund and Interest calc, IFRS (90 miles *$0.505)
70 miles roundtrip Plantation to WR Grace in Boca Raton and return.
Q3 tax provision review with Alan Gibbons - WR Grace (90 miles * $.585)


Mileage to Grace - roundtrip (less normal commute)(36 miles * $0.585)
Mileage to Grace from office (less normal commute)(39 miles * $0.585)
Mileage to Grace - roundtrip (less normal commute)(36 miles * $0.585)
Mileage to Grace - roundtrip (less normal commute)(36 miles * $0.585)
Mileage to Grace from office (less normal commute)(39 miles * $0.585)
Mileage to Grace - roundtrip (less normal commute)(36 miles * $0.585)
Mileage to Grace from office (less normal commute)(39 miles * $0.585)
Mileage to Grace from office (less normal commute)(39 miles * $0.585)
Mileage to Grace - roundtrip (less normal commute)(36 miles * $0.585)


Airfare for traveling BWI to Chattanooga, round trip, TN for inventory Observation
Taxi charges to the Reagan airport (travel to Chattanooga, TN)
Lunch when traveling to Chattanooga, TN for inventory observation (1 person, self)
Dinner when traveling to Chattanooga, TN for inventory observation (1 person, self)
Group dinner (P. Katsiak, N. Johnson, 2 people) while on inventory at Chattanooga, TN
Group lunch (P. Katsiak, N. Johnson, 2 people) while on inventory at Chattanooga, TN
Additional airline charge for luggage
Group breakfast while on inventory in Chattanooga, TN for inventory observation (charge is for self)

Rental car when on inventory at Chattanooga, TN
Hotel charges when in Chattanooga, TN for inventory observation (2 night stay @ $124.0 rate/ day, $11.47 state tax/ day, $9.92 city tax/ day, $13.11 parking /day)
Dinner while on inventory in Chattanooga, TN (self= 1 person)
Taxi charges from the Reagan airport (travel from Chattanooga, TN)
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Airfare for traveling BWI to Chicago for inventory Observation (roundtrip)
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.4 one way* .585 * 2 (roundtrip) from Arlington, VA to Columbia, MD
Mileage in excess over regular commute of 26.4 miles one way from Arlington, VA to Columbia, MD (26.4 * 2 (roundtrip) * $0.5858)

Mileage in excess over regular commute of 26.4 miles one way from Arlington, VA to Columbia, MD (26.4 * 2 (roundtrip) * $0.5858)

Mileage in excess over regular commute of 54 miles from Arlington, VA to Dulles, VA driving to Dulles airport when traveling for Chicago Dispensers Inventory (54 miles * $0.5858)

Dinner while in Chicago for inventory count (self)
Breakfast while in Chicago for inventory count (self)
Dinner while in Chicago for inventory count(self)
Taxi when returning from inventory count in Chicago
Breakfast while in Chicago for inventory count (self)
Lunch while on inventory count in Chicago (self)
Fuel for a rental car when in Chicago for inventory count
Rental car while in Chicago on inventory count
Dinner while in Chicago for inventory count(self)
Hotel while in Chicago for inventory count (2 night stay @ $197 rate/day, $6.9 city at/ day, $23.44 state tax/ day, $48 parking/ day, $12.95 internet charge)

Mileage in excess over regular commute of 26.4 miles one way from Arlington, VA to Columbia, MD (26.4 * 2 (roundtrip) * $0.5858)

Mileage in excess over regular commute of 26.4 miles one way from Arlington, VA to Columbia, MD (26.4 * 2 (roundtrip) * $0.5858)

Mileage in excess over regular commute of 26.4 miles one way from Arlington, VA to Columbia, MD (26.4 * 2 (roundtrip) * $0.5858)

Mileage in excess over regular commute of 26.4 miles one way from Arlington, VA to Columbia, MD (26.4 * 2 (roundtrip) * $0.5858)

Mileage in excess over regular commute of 26.4 miles one way from Arlington, VA to Columbia, MD (26.4 * 2 (roundtrip) * $0.5858)

Mileage in excess over regular commute of 26.4 miles one way from Arlington, VA to Columbia, MD (26.4 * 2 (roundtrip) * $0.5858)

Mileage in excess over regular commute of 26.4 miles one way from Arlington, VA to Columbia, MD (26.4 * 2 (roundtrip) * $0.5858)

Mileage in excess over regular commute rount trip, 34.07 miles one way * 2= 68.14* .585 rate per mile (Arlington, VA to Curtis Bay, MD)


Steel toe boots required for admittance to manufacturing facilities.
=(27 miles - 2 miles of normal commute * .5852 ) * 2 Round trip
=(27 miles - 2 miles of normal commute * .5852 ) * 2 Round trip


Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].
Mileage in excess of daily commute [(88 miles - 16 normal commute miles)*$0.585].

Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)
Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)
Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)
Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)
Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)
Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)
Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)
Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)
Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)
Transportation from Arlington, VA - Columbia, MD (43.5 miles - 8.5 miles Arlington - Tyson's office = 35 miles each way)


Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters
Mileage in excess of normal commute (60.2-29.2 miles * $.585/mile) Roundtrip to Columbia Headquarters


Round trip airfare from Baltimore to Chicago, economy class
Individual travel breakfast - Baltimore, MD to Chicago, IL.
PwC group travel meal - lunch for two people while in Chicago, IL
PwC group travel meal - dinner for two people while in Chicago, IL
Two night hotel fees, Chicago, IL, 10/7-10/8 ($183 per night * 2 night)
Hotel parking fees
State hotel tax - Two nights, $21.78 per night
City hotel tax - Two nights, $6.41 per night
PwC group travel meal - breakfast for two people while in Chicago, IL
Three days airport parking fees.
PwC group travel meal - lunch for two people while in Chicago, IL
Three days of rental car and fuel fees.
Individual travel dinner - traveling from Chicago, IL to Baltimore, MD
Excess mileage (72.5 miles) less normal commute (44 miles) at $.59 per mile
Excess mileage (77 miles) less normal commute (44 miles) at $.59 per mile
Round trip airfare from Baltimore, MD to Lake Charles, LA economy class
Amex travel fee.
PwC group travel meal - lunch for two people while traveling from Baltimore to Lake Charles, LA
PwC individual breakfast - while in Lake Charles, LA
Two days of rental car and fuel fees.
One night hotel stay, Lake Charles, LA 10/31; room rate 1 night= $95
County hotel tax, 1 night
Occupancy sales tax, 1 night
State occupancy tax, 1 night
Two days airport parking fees
PwC group travel meal - dinner for two people while in Lake Charles, LA
PwC individual breakfast traveling from Lake Charles, LA to Baltimore, MD
Airfare fees to change flight from Lake Charles, LA to Baltimore based oin revised Grace schedule
Excess mileage (90 miles) less normal commute (44 miles) at $.59 per mile

Lunch; travel - Jackie Calvo, PwC, Todd Chesla, PwC, Joanna Own, PwC

Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].
Mileage in excess of daily commute [(50 miles - 20 normal commute miles)*$0.585].

Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$.585].
Mileage in excess of daily commute [(76 miles - 2 normal commute miles)*$.585].

Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.85
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.85
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.85
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86

Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Columbia Headquarters is 25 miles (5 excess miles * $.585 = $2.925)
Round trip cost = $5.86
Miles from Home to Tyson's is 20 miles; Home to Curtis Bay Headquarters is 54 miles (34 excess miles * $.585 = $19.89)
Round trip cost = $39.78


82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
85 miles to and from client (starting at Tyson's office) - 18 miles normal commute to the office = 67 miles every day excess
* .585=39.20.
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
82 miles to and from client - 18 miles normal commute to the office = 64 miles every day excess * .585=37.44
99 miles to client, then airport, then home - 18 miles normal commute to the office =81 miles every day excess *
.585=47.39
Airfare from Philadelphia, PA to Chicago, IL
Dinner on the way to Chicago, IL (1 person)
Hotel stay in Chicago, IL (1 night)
State tax on hotel in Chicago, IL
City tax on hotel in Chicago, IL
Hotel stay in Chicago, IL (1 night)
State tax on hotel in Chicago, IL
City tax on hotel in Chicago, IL
Snack at the airport on the way back to Washington DC
Dinner at the airport for A. Lueck and I (2 people)
Airfare from Chicago, IL to Washington DC
Cab ride from the airport to home
Snack at the airport
Snack at the airport
Parking at the airport from 10/30 to 10/31.

Hotel stay in Lake Charles, LA (1 night)
County tax on 1 night hotel stay in Lake Charles, LA
Occupancy sales tax on 1 night hotel stay in Lake Charles, LA
State occupancy tax on 1 night hotel stay in Lake Charles, LA
Airfare from Baltimore, MD to Lake Charles, LA and return from Houston, TX to Baltimore, MD
American express travel service charge
One way airfare from Lake Charles, LA to Houston, TX