IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: D.I. 20275** |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on December 15, 2008, the U.S. ZAI Claimants filed a *Motion to Approve Class Settlement and Certification of the U.S. ZAI Claimants* (D.I. 20275) (the "Motion"). The ZAI Class Settlement Agreement (the "Agreement") attached as Appendix A to the Memorandum in Support of Motion, was signed only by counsel to the U.S. ZAI Claimants. A fully executed copy of the Agreement including the signature of the Debtor, W. R. Grace & Co., is attached hereto as Exhibit A.

Dated: December 16, 2008
Wilmington, Delaware

SULLIVAN · HAZELTINE · ALLINSON LLC

*/s/ William D. Sullivan/*

William D. Sullivan (No. 2820)
William A. Hazeltine (No. 3294)
Elihu E. Allinson, III (No. 3476)
4 East 8th Street, Suite 400
Wilmington, DE 19801
Tel: (302) 428-8191
Fax: (302) 428-8195

-- and --

THE SCOTT LAW GROUP, P.S.
Darrell W. Scott
926 W. Sprague Avenue
Chronicle Building, Suite 680
Spokane, WA 99201
Telephone: (509) 455-3966

-- and --

RICHARDSON, PATRICK,
WESTBROOK & BRICKMAN, LLC
Edward J. Westbrook
Robert M. Turkewitz
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC 29464
Telephone: (843) 727-6500

*Special Counsel for ZAI Claimants*