IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | **Re: D.I. 20282** |
| | ) | |

## DECLARATION OF SERVICE

I, Heidi M. Coleman, declare as follows:

1. I am over the age of 18 years and not a party to the within action.

2. I am employed by Sullivan Hazeltine Allinson LLC, 4 East 8th Street, Suite 400, Wilmington, DE 19801.

3. On the 17th of December, 2008 under my direction and supervision, service of the ZAI Claimant's *Notice of Filing Regarding D.I. 20275* was served upon the parties listed on the attached Service List ("Exhibit A") in the manner indicated.

I declare under penalty of perjury that the foregoing is true and correct.

Date:  December 17, 2008       By: *Heidi M. Coleman*
       Wilmington, Delaware              Heidi M. Coleman