IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., et al.,[1] | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |

Objection Deadline: January 7, 2009 at 4:00 p.m.
Hearing Date: TBD only if necessary

## FEE DETAIL FOR CASNER & EDWARDS, LLP'S
## EIGHTY-FIFTH MONTHLY FEE APPLICATION
## FOR THE PERIOD FROM OCTOBER 1, 2008 THROUGH OCTOBER 31, 2008

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food>N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## **EXHIBIT A**
### (Fee Detail)

## FEES

| LITIGATION AND LITIGATION CONSULTING | |
|---|---|
| • asbestos matters (52000.43)     $191,963.00 | |
| • non-asbestos matters (2725.40)     $ 13,071.00 | |
| TOTAL LITIGATION AND LITIGATION CONSULTING | $205,034.00 |
| FEE APPLICATION – APPLICANT | $1,056.00 |
| TOTAL FEES | $206,090.00 |

# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 11, 2008
Bill Number  103392
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

THROUGH OCTOBER 31, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/01/08 | MTM | Review documents for product information. | 8.60 Hrs | 2,365.00 |
| 10/01/08 | ARA | Review documents for product information. | 8.80 Hrs | 1,056.00 |
| 10/01/08 | KF | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 10/01/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/01/08 | JP | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 10/01/08 | RK | Review documents for product information. | 7.50 Hrs | 900.00 |
| 10/01/08 | BB | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/01/08 | IK | Review documents for product information. | 7.80 Hrs | 936.00 |
| 10/01/08 | CK | Review documents for product information. | 8.30 Hrs | 996.00 |
| 10/01/08 | JT | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 10/01/08 | JA | Review documents for product information. | 9.00 Hrs | 1,080.00 |
| 10/01/08 | NL | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/02/08 | RAM | Telephone conference with in-house counsel re: whether existing authorization includes current work (yes). | 0.20 Hrs | 64.00 |

WARNER & EDWARDS, LLP

F.I.N. 04-2778062

Mark A. Shelnitz

Re:    Litigation and Litigation Consulting


THROUGH OCTOBER 31, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/02/08 | MTM | Review documents for product information. | 8.20 Hrs | 2,255.00 |
| 10/02/08 | ARA | Review documents for product information (8.6). Per MTM's request, retrieve former employee's deposition for K&E counsel (.4). | 9.00 Hrs | 1,080.00 |
| 10/02/08 | KF | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/02/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/02/08 | JP | Review documents for product information. | 9.00 Hrs | 1,080.00 |
| 10/02/08 | RK | Review documents for product information. | 7.50 Hrs | 900.00 |
| 10/02/08 | BB | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/02/08 | IK | Review documents for product information. | 8.70 Hrs | 1,044.00 |
| 10/02/08 | CK | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/02/08 | JT | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 10/02/08 | JA | Review documents for product information. | 7.00 Hrs | 840.00 |
| 10/02/08 | NL | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/03/08 | RAM | Telephone conference with in-house counsel re: particular documents he wants to review re: criminal case; conferences with MTM and ARA re: searching for same (.1). Review transcript of expert's deposition for any mention of documents; messages to MTM and DMB re: same (.2). | 0.30 Hrs | 96.00 |
| 10/03/08 | MTM | Review documents for product information. | 6.30 Hrs | 1,732.50 |
| 10/03/08 | ARA | Review documents for product information (7.4). Per RAM's request, search for, locate and review expert's binder for any interviews with former medical director (1.3). | 8.70 Hrs | 1,044.00 |
| 10/03/08 | KF | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/03/08 | JM | Review documents for product information. | 7.00 Hrs | 840.00 |
| 10/03/08 | JP | Review documents for product information. | 5.70 Hrs | 684.00 |
| 10/03/08 | RK | Review documents for product information. | 7.70 Hrs | 924.00 |
| 10/03/08 | BB | Review documents for product information. | 7.70 Hrs | 924.00 |
| 10/03/08 | IK | Review documents for product information. | 7.70 Hrs | 924.00 |
| 10/03/08 | CK | Review documents for product information. | 7.70 Hrs | 924.00 |
| 10/03/08 | JT | Review documents for product information. | 8.00 Hrs | 960.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:  Litigation and Litigation Consulting

THROUGH OCTOBER 31, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/03/08 | JA | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 10/03/08 | NL | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/06/08 | MTM | Review documents for product information (2.5); locate deposition/background materials on former Grace medical director, per request of in-house counsel (.9); telephone call and letter to in-house counsel re: same (.3). | 3.70 Hrs | 1,017.50 |
| 10/06/08 | ARA | Review documents for product information. | 8.20 Hrs | 984.00 |
| 10/06/08 | KF | Review documents for product information. | 9.00 Hrs | 1,080.00 |
| 10/06/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/06/08 | JP | Review documents for product information. | 8.70 Hrs | 1,044.00 |
| 10/06/08 | RK | Review documents for product information. | 7.50 Hrs | 900.00 |
| 10/06/08 | BB | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 10/06/08 | IK | Review documents for product information. | 7.30 Hrs | 876.00 |
| 10/06/08 | CK | Review documents for product information. | 6.00 Hrs | 720.00 |
| 10/06/08 | JT | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/06/08 | JA | Review documents for product information. | 9.00 Hrs | 1,080.00 |
| 10/06/08 | NL | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/07/08 | MTM | Review documents for product information (5.4). Telephone call from in-house counsel re: New Jersey workers compensation claim (.1). | 5.50 Hrs | 1,512.50 |
| 10/07/08 | ARA | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 10/07/08 | KF | Review documents for product information. | 8.70 Hrs | 1,044.00 |
| 10/07/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/07/08 | RK | Review documents for product information. | 7.50 Hrs | 900.00 |
| 10/07/08 | BB | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 10/07/08 | IK | Review documents for product information. | 7.70 Hrs | 924.00 |
| 10/07/08 | CK | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/07/08 | JT | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/07/08 | JA | Review documents for product information. | 9.00 Hrs | 1,080.00 |
| 10/07/08 | NL | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/08/08 | MTM | Review documents for product information. | 7.50 Hrs | 2,062.50 |

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH OCTOBER 31, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/08/08 | ARA | Review documents for product information. | 9.30 Hrs | 1,116.00 |
| 10/08/08 | KF | Review documents for product information. | 8.80 Hrs | 1,056.00 |
| 10/08/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/08/08 | JP | Review documents for product information. | 7.50 Hrs | 900.00 |
| 10/08/08 | RK | Review documents for product information. | 5.00 Hrs | 600.00 |
| 10/08/08 | BB | Review documents for product information. | 7.50 Hrs | 900.00 |
| 10/08/08 | IK | Review documents for product information. | 7.00 Hrs | 840.00 |
| 10/08/08 | CK | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/08/08 | JT | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/08/08 | JA | Review documents for product information. | 9.00 Hrs | 1,080.00 |
| 10/08/08 | NL | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/09/08 | MTM | Review documents for product information. | 7.80 Hrs | 2,145.00 |
| 10/09/08 | ARA | Review documents for product information. | 9.40 Hrs | 1,128.00 |
| 10/09/08 | KF | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 10/09/08 | JM | Review documents for product information. | 6.30 Hrs | 756.00 |
| 10/09/08 | JP | Review documents for product information. | 7.00 Hrs | 840.00 |
| 10/09/08 | RK | Review documents for product information. | 7.50 Hrs | 900.00 |
| 10/09/08 | BB | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/09/08 | CK | Review documents for product information. | 7.50 Hrs | 900.00 |
| 10/09/08 | JT | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/09/08 | JA | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/09/08 | NL | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/10/08 | MTM | Review documents for product information (7.7). Receipt and review of email from K&E counsel re: draft cooperation agreement (.2). | 7.90 Hrs | 2,172.50 |
| 10/10/08 | ARA | Review documents for product information. | 8.30 Hrs | 996.00 |
| 10/10/08 | KF | Review documents for product information. | 5.00 Hrs | 600.00 |
| 10/10/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/10/08 | JP | Review documents for product information. | 7.00 Hrs | 840.00 |
| 10/10/08 | RK | Review documents for product information. | 6.50 Hrs | 780.00 |
| 10/10/08 | BB | Review documents for product information. | 3.50 Hrs | 420.00 |

CASNER & EDWARDS, LLP

F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH OCTOBER 31, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/10/08 | CK | Review documents for product information. | 7.50 Hrs | 900.00 |
| 10/10/08 | JT | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/10/08 | JA | Review documents for product information. | 5.00 Hrs | 600.00 |
| 10/10/08 | NL | Review documents for product information. | 7.50 Hrs | 900.00 |
| 10/14/08 | MTM | Telephone call from Reed Smith counsel re: product information (.3); receipt and review of revised draft cooperation agreement (.8); review documents for product information (5.6); conference call re: draft cooperation agreement with K&E and in-house counsel (.5); work on draft cooperation agreement issues (.6). | 7.80 Hrs | 2,145.00 |
| 10/14/08 | ARA | Review documents for product information. | 8.70 Hrs | 1,044.00 |
| 10/14/08 | KF | Review documents for product information. | 8.20 Hrs | 984.00 |
| 10/14/08 | JM | Review documents for product information. | 7.20 Hrs | 864.00 |
| 10/14/08 | JP | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 10/14/08 | RK | Review documents for product information. | 7.20 Hrs | 864.00 |
| 10/14/08 | BB | Review documents for product information. | 7.50 Hrs | 900.00 |
| 10/14/08 | JT | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 10/14/08 | JA | Review documents for product information. | 6.50 Hrs | 780.00 |
| 10/14/08 | NL | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 10/15/08 | RAM | Read updated bankruptcy court docket entries to select documents to read (.2). Conference with MTM re: Trust Cooperation Agreement (.1); read draft Agreement and comments (.3). | 0.60 Hrs | 192.00 |
| 10/15/08 | MTM | Review documents for product information (6.7); telephone call from in-house counsel re: draft cooperation agreement (.3); work on draft cooperation agreement issues (.4). | 7.40 Hrs | 2,035.00 |
| 10/15/08 | ARA | Review documents for product information. | 9.00 Hrs | 1,080.00 |
| 10/15/08 | JM | Review documents for product information. | 7.50 Hrs | 900.00 |
| 10/15/08 | JP | Review documents for product information. | 7.70 Hrs | 924.00 |
| 10/15/08 | RK | Review documents for product information. | 7.50 Hrs | 900.00 |
| 10/15/08 | BB | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/15/08 | CK | Review documents for product information. | 8.00 Hrs | 960.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting


THROUGH OCTOBER 31, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/15/08 | JT | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 10/15/08 | JA | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 10/15/08 | NL | Review documents for product information. | 7.00 Hrs | 840.00 |
| 10/16/08 | RAM | Read selected documents filed in bankruptcy court. | 1.10 Hrs | 352.00 |
| 10/16/08 | MTM | Review documents for product information. | 7.50 Hrs | 2,062.50 |
| 10/16/08 | ARA | Review documents for product information. | 9.10 Hrs | 1,092.00 |
| 10/16/08 | KF | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 10/16/08 | JM | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/16/08 | JP | Review documents for product information. | 8.50 Hrs | 1,020.00 |
| 10/16/08 | RK | Review documents for product information. | 7.30 Hrs | 876.00 |
| 10/16/08 | BB | Review documents for product information. | 7.00 Hrs | 840.00 |
| 10/16/08 | CK | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/16/08 | JT | Review documents for product information. | 9.00 Hrs | 1,080.00 |
| 10/16/08 | JA | Review documents for product information. | 9.00 Hrs | 1,080.00 |
| 10/16/08 | NL | Review documents for product information. | 9.00 Hrs | 1,080.00 |
| 10/17/08 | MTM | Review documents for product information (6.2); work on draft cooperation agreement (.9). | 7.10 Hrs | 1,952.50 |
| 10/17/08 | ARA | Review documents for product identification (8.5). Identify boxes of documents for delivery to 10 Winthrop Square for review re: government exhibit project (.5). | 9.00 Hrs | 1,080.00 |
| 10/17/08 | KF | Review documents for product information. | 5.50 Hrs | 660.00 |
| 10/17/08 | JM | Review documents for product information. | 5.50 Hrs | 660.00 |
| 10/17/08 | JP | Review documents for product information. | 7.80 Hrs | 936.00 |
| 10/17/08 | RK | Review documents for product information. | 6.70 Hrs | 804.00 |
| 10/17/08 | BB | Review documents for product information. | 5.70 Hrs | 684.00 |
| 10/17/08 | CK | Review documents for product information. | 8.00 Hrs | 960.00 |
| 10/17/08 | JT | Review documents for product information. | 7.00 Hrs | 840.00 |
| 10/17/08 | JA | Review documents for product information. | 6.50 Hrs | 780.00 |
| 10/17/08 | NL | Review documents for product information. | 7.00 Hrs | 840.00 |

CASNER & EDWARDS, LLP

F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH OCTOBER 31, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/20/08 | MTM | Review documents for product information (4.2). Meeting with staff at Winthrop Square re: earliest date project for criminal matter (1.7) | 5.90 Hrs | 1,622.50 |
| 10/20/08 | ARA | Review documents for product identification (4.5). Document control (3.9). | 8.40 Hrs | 1,008.00 |
| 10/20/08 | KF | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 10/20/08 | JM | Work on criminal defense project for K&E (4.3). Review documents for product information (2.7). | 7.00 Hrs | 840.00 |
| 10/20/08 | JT | Work on criminal defense project for K&E (2.3). Review documents for product information (5.7). | 8.00 Hrs | 960.00 |
| 10/20/08 | JA | Work on criminal defense project for K&E (5.6). Review documents for product information (.4). | 6.00 Hrs | 720.00 |
| 10/21/08 | RAM | Read updated bankruptcy court docket entries to select documents to read. | 0.20 Hrs | 64.00 |
| 10/21/08 | MTM | Review documents for product information. | 3.60 Hrs | 990.00 |
| 10/21/08 | ARA | Review documents for product identification (2.5). Work on criminal defense project for K&E (5.5). | 8.00 Hrs | 960.00 |
| 10/21/08 | KF | Work on criminal defense project for K&E. | 5.50 Hrs | 660.00 |
| 10/21/08 | JM | Work on criminal defense project for K&E (6.2). Review documents for product information (.8). | 7.00 Hrs | 840.00 |
| 10/21/08 | JT | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 10/21/08 | JA | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 10/22/08 | RAM | Read selected documents filed in bankruptcy court. | 0.40 Hrs | 128.00 |
| 10/22/08 | MTM | Review documents for product information. | 1.60 Hrs | 440.00 |
| 10/22/08 | ARA | Work on criminal defense project for K&E (8.7). Review documents for product identification (.3). | 9.00 Hrs | 1,080.00 |
| 10/22/08 | SES | Review documents for product information. | 2.50 Hrs | 300.00 |
| 10/22/08 | KF | Work on criminal defense project for K&E. | 8.80 Hrs | 1,056.00 |

F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

## THROUGH OCTOBER 31, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/22/08 | JM | Work on criminal defense project for K&E (7.0). Review documents for product information (1.0). | 8.00 Hrs | 960.00 |
| 10/22/08 | JT | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 10/22/08 | JA | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 10/23/08 | RAM | Read selected documents filed in bankruptcy court. | 0.60 Hrs | 192.00 |
| 10/23/08 | MTM | Work on earliest date project for criminal matter (2.6). Review documents for product information (2.3) | 4.90 Hrs | 1,347.50 |
| 10/23/08 | ARA | Work on criminal defense project for K&E. | 9.00 Hrs | 1,080.00 |
| 10/23/08 | SES | Review documents for product information. | 0.80 Hrs | 96.00 |
| 10/23/08 | KF | Work on criminal defense project for K&E (6.3). Review documents for product information (1.7). | 8.00 Hrs | 960.00 |
| 10/23/08 | JM | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 10/23/08 | JT | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 10/23/08 | JA | Work on criminal defense project for K&E (7.2). Review documents for product information (1.3). | 8.50 Hrs | 1,020.00 |
| 10/24/08 | MTM | Review documents for product information (3.6). Work on earliest date project re: criminal matter (3.5). | 7.10 Hrs | 1,952.50 |
| 10/24/08 | ARA | Work on criminal defense project for K&E. | 9.30 Hrs | 1,116.00 |
| 10/24/08 | KF | Work on criminal defense project for K&E (7.8). Review documents for product information (.9) | 8.70 Hrs | 1,044.00 |
| 10/24/08 | JM | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 10/24/08 | JT | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 10/24/08 | JA | Work on criminal defense project for K&E. | 8.50 Hrs | 1,020.00 |
| 10/27/08 | RAM | Read updated bankruptcy court docket entries to select documents to read (.1). Read selected documents filed in bankruptcy court (.4). | 0.50 Hrs | 160.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:   Litigation and Litigation Consulting

THROUGH OCTOBER 31, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/27/08 | MTM | Review documents for product information (2.8). Telephone call from in-house counsel re: draft cooperation agreement (.1). | 2.90 Hrs | 797.50 |
| 10/27/08 | SES | Review documents for product information. | 5.60 Hrs | 672.00 |
| 10/27/08 | KF | Work on criminal defense project for K&E. | 8.50 Hrs | 1,020.00 |
| 10/27/08 | JM | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 10/27/08 | JT | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 10/27/08 | JA | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 10/28/08 | MTM | Review documents re: product information. | 1.70 Hrs | 467.50 |
| 10/28/08 | SES | Review documents for product information. | 4.70 Hrs | 564.00 |
| 10/28/08 | KF | Work on criminal defense project for K&E. | 7.50 Hrs | 900.00 |
| 10/28/08 | JM | Work on criminal defense project for K&E. | 7.50 Hrs | 900.00 |
| 10/28/08 | JT | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 10/28/08 | JA | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 10/29/08 | MTM | Telephone call from in-house counsel re: document subpoena for sales records. | 0.10 Hrs | 27.50 |
| 10/29/08 | ARA | Work on criminal defense project for K&E. | 5.00 Hrs | 600.00 |
| 10/29/08 | SES | Review documents for product information. | 4.10 Hrs | 492.00 |
| 10/29/08 | KF | Work on criminal defense project for K&E. | 8.50 Hrs | 1,020.00 |
| 10/29/08 | JM | Work on criminal defense project for K&E. | 7.50 Hrs | 900.00 |
| 10/29/08 | JT | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 10/29/08 | JA | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 10/30/08 | MTM | Work on earliest date project re: criminal matter (.3). Review documents for product information (2.5). | 2.80 Hrs | 770.00 |
| 10/30/08 | ARA | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |
| 10/30/08 | KF | Work on criminal defense project for K&E. | 4.00 Hrs | 480.00 |
| 10/30/08 | JM | Work on criminal defense project for K&E. | 4.50 Hrs | 540.00 |
| 10/30/08 | JT | Work on criminal defense project for K&E. | 7.00 Hrs | 840.00 |
| 10/30/08 | JA | Work on criminal defense project for K&E. | 5.00 Hrs | 600.00 |
| 10/31/08 | MTM | Work on earliest date project re: criminal matter. | 0.30 Hrs | 82.50 |

GASNER & EDWARDS, LLP

F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

THROUGH OCTOBER 31, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/31/08 | ARA | Work on criminal defense project for K&E (7.3). Document control (.7). | 8.00 Hrs | 960.00 |
| 10/31/08 | JT | Work on criminal defense project for K&E. | 8.00 Hrs | 960.00 |

TOTAL LEGAL SERVICES     $191,963.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 3.90 | 320.00 | 1,248.00 |
| Matthew T. Murphy | 116.20 | 275.00 | 31,955.00 |
| Angela R. Anderson | 170.70 | 120.00 | 20,484.00 |
| Sara E. Streeter | 17.70 | 120.00 | 2,124.00 |
| Kristina da Fonseca | 154.20 | 120.00 | 18,504.00 |
| Jeremy McHugh | 155.00 | 120.00 | 18,600.00 |
| Joseph Palazzo | 85.90 | 120.00 | 10,308.00 |
| Richard Knapp | 85.40 | 120.00 | 10,248.00 |
| Brian Benestad | 87.90 | 120.00 | 10,548.00 |
| Inessa Karen | 46.20 | 120.00 | 5,544.00 |
| Cynthia Kopka | 85.00 | 120.00 | 10,200.00 |
| Jared Tanz | 177.00 | 120.00 | 21,240.00 |
| Jehan Allen | 163.00 | 120.00 | 19,560.00 |
| Nancy Leon | 95.00 | 120.00 | 11,400.00 |
| | 1,443.10 | | $191,963.00 |

TOTAL THIS BILL     $191,963.00



## CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 11, 2008
Bill Number  103391
File Number  02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA  02140

**FOR PROFESSIONAL SERVICES**

Re:    241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

THROUGH OCTOBER 31, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 06/16/08 | RAM | Telephone conference with J. Hughes re: new complaint alleging failure of waterproofing system in building in Wayland. | 0.10 Hrs | 32.00 |
| 06/17/08 | RAM | Read complaint and attached correspondence (.4); telephone conference with J. Hughes re: same (.4). Read product brochure (.2). | 1.00 Hrs | 320.00 |
| 06/18/08 | RAM | Conference with MLL re: drafting Answer. | 0.10 Hrs | 32.00 |
| 06/19/08 | MLL | Review complaint and attachments (.4). Draft answer and affirmative defenses (1.0). | 1.40 Hrs | 350.00 |
| 06/23/08 | RAM | Review and comment on draft Answer. | 0.30 Hrs | 96.00 |
| 06/26/08 | MLL | Further draft answer | 0.30 Hrs | 75.00 |
| 06/27/08 | RAM | Telephone conference with J. Hughes re: case (.5). Review and revise draft Answer (.5); conference with MLL re: same (.1); send final draft Answer to J. Hughes (.1). | 1.20 Hrs | 384.00 |
| 06/30/08 | RAM | Telephone conference with J. Hughes; OK to file Answer. | 0.10 Hrs | No Charge |
| 07/11/08 | RAM | Receive plaintiff's discovery requests. | 0.10 Hrs | No Charge |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.


THROUGH OCTOBER 31, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 07/11/08 | MLL | Receipt and review of interrogatories and request for documents to be answered by Grace. | 0.20 Hrs | 50.00 |
| 07/15/08 | RAM | Read discovery requests served on Grace (.2); conference with MLL re: same; send requests to J. Hughes (.1). | 0.30 Hrs | 96.00 |
| 07/21/08 | RAM | Telephone conference with J. Hughes re: plaintiff's discovery requests. | 0.10 Hrs | No Charge |
| 07/22/08 | RAM | Telephone conference with J. Hughes re: discovery requests and arranging meeting to discuss same. | 0.10 Hrs | 32.00 |
| 07/23/08 | RAM | Emails from/to J. Hughes to arrange meeting to discuss case. | 0.10 Hrs | 32.00 |
| 07/25/08 | RAM | Telephone conference with and emails from/to J. Hughes to schedule meeting to discuss plaintiff's discovery requests. | 0.10 Hrs | 32.00 |
| 07/30/08 | RAM | Read answer and cross claim of co-defendant Gleeson Powers. | 0.20 Hrs | 64.00 |
| 07/30/08 | MLL | Receipt and review of Gleeson answer and cross-claims (.2). Draft answer and affirmative defenses to cross-claim (.6). Draft cross-claim (1.0). | 1.80 Hrs | 450.00 |
| 07/31/08 | MLL | Receipt and review of 2d set of interrogatories and requests for documents to Grace and discovery from plaintiff to Gleeson. | 0.20 Hrs | 50.00 |
| 08/01/08 | RAM | Read plaintiff's second set of discovery requests to Grace and first set of discovery requests to Gleeson. | 0.20 Hrs | 64.00 |
| 08/04/08 | RAM | Read pleadings, correspondence and product information to prepare for tomorrow's meeting with representatives of client. | 1.30 Hrs | 416.00 |
| 08/04/08 | MLL | Prepare for meeting. | 0.60 Hrs | 150.00 |
| 08/05/08 | RAM | Meet with J. Hughes, Ritucci, DiGiovanni, Grimaldi and MLL to discuss case and discovery requests. | 2.50 Hrs | 800.00 |
| 08/05/08 | MLL | Travel home to Cambridge for meeting to office (.5) (billed at half time); meet with clients and RAM (2.5). | 3.00 Hrs | 750.00 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re:    241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

THROUGH OCTOBER 31, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 08/06/08 | RAM | Telephone conference with J. Hughes re: electronic discovery (.1). Conference with MLL re: responding to discovery requests (.1). Write memo re: yesterday's meeting (.2). Telephone calls to Attorneys Nathanson and Machanic to request additional time to respond to discovery; leave messages (.1). Telephone conference with Attorney Machanic who agrees to 45 additional days; advise J. Hughes and MLL of same (.2). Email to litigation department requesting information on opposing counsel and attorneys for co-defendant (.1). | 0.80 Hrs | 256.00 |
| 08/06/08 | MLL | Review notes and draft answers to interrogatories/objections (1.2), document responses/objections (1.2) and answers to second set of discovery requests (.4). | 2.80 Hrs | 700.00 |
| 08/12/08 | MLL | Further draft answer to cross-claim and Grace cross-claim; answers to interrogatories | 1.00 Hrs | 250.00 |
| 08/14/08 | RAM | Review draft Answer (to Gleeson) and Counterclaim; revise same. | 0.20 Hrs | 64.00 |
| 08/15/08 | MLL | Finalize answer and cross-claim; draft filing letter re: same. | 0.30 Hrs | 75.00 |
| 08/20/08 | RAM | Read "as filed" Answer (to Gleeson) and Counterclaim. | 0.10 Hrs | 32.00 |
| 08/21/08 | MLL | Receipt and review of second set of discovery requests from plaintiff to Gleeson. | 0.10 Hrs | 25.00 |
| 08/22/08 | RAM | Read supplemental interrogatories and requests to produce served on co-defendant by plaintiff. | 0.10 Hrs | 32.00 |
| 08/22/08 | MLL | Further draft answers to first and second sets of interrogatories and first and second sets of document requests. | 1.70 Hrs | 425.00 |
| 08/29/08 | RAM | Review and revise draft responses to discovery requests. | 0.50 Hrs | 160.00 |
| 09/04/08 | RAM | Work on response to J. Hughes re: cross-claim information for his report. | 0.20 Hrs | 64.00 |
| 09/09/08 | RAM | Telephone conference with J. Hughes re: discovery responses and electronic document search. | 0.10 Hrs | 32.00 |

W.R. Grace & Co. - Conn.
Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.


THROUGH OCTOBER 31, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/11/08 | RAM | Telephone conference with J. Hughes re: discovery issues. | 0.20 Hrs | 64.00 |
| 09/16/08 | RAM | Read email from J. Hughes re: status of search for responsive documents. | 0.10 Hrs | 32.00 |
| 09/16/08 | MLL | Add further objections and responses to 1st and 2nd sets of interrogatories and requests for production of documents. | 0.60 Hrs | 150.00 |
| 09/17/08 | RAM | Conference with MLL re: documents sent by client. | 0.10 Hrs | 32.00 |
| 09/17/08 | MLL | Receipt and review of discovery of Gleeson and notice of deposition. | 0.30 Hrs | 75.00 |
| 09/18/08 | MLL | Review and revise Grace discovery responses; account for new documents and client changes. | 1.30 Hrs | 325.00 |
| 09/20/08 | RAM | Work on responses to requests for production; review documents. | 0.20 Hrs | 64.00 |
| 09/22/08 | RAM | Read emails and documents to respond to discovery requests. | 0.40 Hrs | 128.00 |
| 09/23/08 | RAM | Email from J. Hughes re: additional documents being sent (.1). Review documents and work on discovery responses (1.1). Conference with MLL re: discovery responses (.1). | 1.30 Hrs | 416.00 |
| 09/24/08 | RAM | Read second set of discovery requests (.1). Telephone conference with J. Hughes and MLL re: discovery responses (.3). | 0.40 Hrs | 128.00 |
| 09/24/08 | MLL | Conference call with J. Hughes and RAM (.3). Receipt and review of additional documents and search web site for waterproofing literature (1.6). | 1.90 Hrs | 475.00 |
| 09/25/08 | RAM | Telephone conference with MLL re: documents received from client today. Telephone call to J. Hughes; leave message. | 0.10 Hrs | 32.00 |
| 09/25/08 | MEV | Review documents from the client in preparation for response to request for production of documents. | 4.00 Hrs | 500.00 |

CASNER & EDWARDS, LLP

F.I.N. 04-2778062

W.R. Grace & Co. - Conn.

Re:  241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.


THROUGH OCTOBER 31, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 09/26/08 | RAM | Conference with MLL and J. Hughes re: documents and discovery responses (.5). Arrange for copying of documents to send to Mr. Hughes (.4). | 0.90 Hrs | 288.00 |
| 09/26/08 | MLL | Conference call with Jay Hughes and RAM (.5). Review and revise Grace discovery responses; account for new documents and client changes 2.0) | 2.50 Hrs | 625.00 |
| 09/27/08 | RAM | Work on responses to discovery requests. | 1.60 Hrs | 512.00 |
| 09/29/08 | RAM | Work on responses to discovery requests. | 0.90 Hrs | 288.00 |
| 09/30/08 | RAM | Work on responses to discovery requests (2.0). Read email from J. Hughes re: additional documents to be sent (.1). | 2.10 Hrs | 672.00 |
| 09/30/08 | MEV | Review documents and prepare same to be produced. | 0.40 Hrs | 50.00 |
| 10/01/08 | RAM | Conference with MLL (.1); work on responses to discovery requests (.6); emails to/from J. Hughes re: same (.1). Quick review of additional documents sent by client (.2). | 1.00 Hrs | 320.00 |
| 10/01/08 | MLL | Finalize and serve discovery responses. | 1.00 Hrs | 250.00 |
| 10/02/08 | RAM | Read documents sent by client (.3). Review and revise second set of discovery responses (.2). | 0.50 Hrs | 160.00 |
| 10/03/08 | RAM | Review responses to second set of discovery requests; conference with MLL and telephone conference with J. Hughes re: same (.4). Email list to J. Hughes requesting a redacted version (.1). | 0.50 Hrs | 160.00 |
| 10/03/08 | MLL | Receipt and review of additional documents from client re: product materials (.3). Further draft supplemental document responses (.3). Further draft  answers to 2d interrogatories and response to 2d requests for documents (.3). Receipt and review of additional documents from client; reconcile with earlier produced product literature and draft supplement document response (.8). Conference with RAM and J. Hughes (.2) | 1.90 Hrs | 475.00 |
| 10/09/08 | MLL | Receipt of demand for discovery of plaintiff to Gleeson. | 0.10 Hrs | 25.00 |

KASNER & EDWARDS, LLP
F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.


THROUGH OCTOBER 31, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/10/08 | MLL | Receipt/review of answer to cross-claim. | 0.20 Hrs | 50.00 |
| 10/15/08 | RAM | Read pleadings of plaintiff and co-defendant. | 0.10 Hrs | 32.00 |
| 10/22/08 | RAM | Read Gleeson Powers discovery requests to plaintiff (.2). Conference with MLL re: deposition of Buchman (.1). | 0.30 Hrs | 96.00 |
| 10/23/08 | MLL | Prepare briefly for plaintiff's deposition (.8); telephone call with Atty. Snell re: status of deposition and discovery responses (.1) | 0.90 Hrs | 225.00 |
| 10/28/08 | RAM | Read re-notice of deposition of J. Buchman; send it to J. Hughes. | 0.10 Hrs | 32.00 |
| 10/30/08 | RAM | Telephone calls from and to W. Sparks re: authorization. | 0.10 Hrs | No Charge |

**TOTAL LEGAL SERVICES**   $13,071.00


**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 20.30 | 320.00 | 6,496.00 |
| Matthew L. Lunenfeld | 24.10 | 250.00 | 6,025.00 |
| Marci Van der Heide | 4.40 | 125.00 | 550.00 |
| Robert A. Murphy | 0.40 | 320.00 | No Charge |
| | 49.20 | | $13,071.00 |


**TOTAL THIS BILL**   $13,071.00

# CASNER & EDWARDS, LLP

### A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 11, 2008
Bill Number  103411
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Fee Applications, Applicant

**LEGAL SERVICES**

THROUGH OCTOBER 31, 2008

| Date | Atty | Description | Time | Amount |
|------|------|-------------|------|--------|
| 10/02/08 | RAM | Send letter to Fee Auditor with August fee application. | 0.10 Hrs | 32.00 |
| 10/22/08 | RAM | Work on September fee application. | 0.60 Hrs | 192.00 |
| 10/23/08 | RAM | Work on September fee application (1.9). Send fee application to in-house counsels to review (.2). | 2.10 Hrs | 672.00 |
| 10/27/08 | RAM | Emails from/to in-house counsel that fee application may be filed. | 0.05 Hrs | No Charge |
| 10/30/08 | RAM | Finalize September fee application and send it to Delaware counsel to file (.2). Begin work on October fee application (.3). | 0.50 Hrs | 160.00 |

TOTAL LEGAL SERVICES          $1,056.00

**LEGAL SERVICES SUMMARY**

| Attorney Name | Hrs | Rate | Amount |
|---------------|-----|------|--------|
| Robert A. Murphy | 3.30 | 320.00 | 1,056.00 |

MASNER & EDWARDS LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Fee Applications, Applicant

| Robert A. Murphy | 0.05 | 320.00 | No Charge |
|---|---|---|---|
| | 3.35 | | $1,056.00 |

TOTAL THIS BILL            $1,056.00

## EXHIBIT B
### (Expense Detail)

## EXPENSES

| | |
|---|---|
| **LITIGATION AND LITIGATION CONSULTING** | |
| &bull;   asbestos matters (52000.43)      $16,624.86 | |
| &bull;   non-asbestos matters (2725.40)    $   506.32 | |
| **TOTAL LITIGATION AND LITIGATION CONSULTING** | $17,131.18 |
| **FEE APPLICATION – APPLICANT** | $18.88 |
| **TOTAL EXPENSES** | $17,150.06 |



# CASNER & EDWARDS, LLP

A T T O R N E Y S   A T   L A W

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 12, 2008
Bill Number  103425
File Number  52000.00043

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

## FOR PROFESSIONAL SERVICES

Re:    Litigation and Litigation Consulting

## LEGAL SERVICES

## COSTS

THROUGH OCTOBER 31, 2008

EXCESS POSTAGE

| | | | |
|---|---|---|---|
| 10/31/08 | EXCESS POSTAGE | 1.51 | |
| | | | $1.51 |

FEDERAL EXPRESS

| | | | |
|---|---|---|---|
| 10/16/08 | FEDERAL EXPRESS CORPORATION: To 62 Whittemore Avenue, W R Grace Co. from Casner and Edwards on October 6, 2008. | 22.40 | |
| 10/29/08 | FEDERAL EXPRESS CORPORATION: To W R Grace from Casner and Edwards on September 2, 2008. | 73.73 | |
| 10/29/08 | FEDERAL EXPRESS CORPORATION: To W R Grace from Casner and Edwards on October 16, 2008. | 75.89 | |
| | | | $172.02 |

PACER ONLINE SEARCH

| | | | |
|---|---|---|---|
| 10/20/08 | Delaware Bankruptcy Court | 85.92 | |
| 10/20/08 | Delaware Bankruptcy Court | 2.64 | |
| | | | $88.56 |

CASNER & EDWARDS, LLP
F.I.N. 04-2778062

Mark A. Shelnitz
Re:    Litigation and Litigation Consulting

## COSTS

THROUGH OCTOBER 31, 2008

OUTSIDE PHOTOCOPYING
| | | | |
|---|---|---|---|
| 10/31/08 | OUTSIDE PHOTOCOPYING | 438.95 | |
| | | | $438.95 |

PHOTOCOPYING
| | | | |
|---|---|---|---|
| 10/01/08 | 18 copies at $.10 per copy | 1.80 | |
| 10/03/08 | 4 copies at $.10 per copy | 0.40 | |
| 10/06/08 | 168 copies at $.10 per copy | 16.80 | |
| 10/08/08 | 30 copies at $.10 per copy | 3.00 | |
| 10/09/08 | 74 copies at $.10 per copy | 7.40 | |
| 10/09/08 | 18 copies at $.10 per copy | 1.80 | |
| 10/09/08 | 36 copies at $.10 per copy | 3.60 | |
| 10/15/08 | 2 copies at $.10 per copy | 0.20 | |
| 10/15/08 | 3 copies at $.10 per copy | 0.30 | |
| 10/23/08 | 94 copies at $.10 per copy | 9.40 | |
| 10/27/08 | 2 copies at $.10 per copy | 0.20 | |
| | | | $44.90 |

RENT REIMBURSEMENT
| | | | |
|---|---|---|---|
| 10/31/08 | RENT REIMBURSEMENT | 13,290.72 | |
| | | | $13,290.72 |

MISCELLANEOUS
| | | | |
|---|---|---|---|
| 10/03/08 | Laptop rentals for document reviewers. | 1,572.50 | |
| 10/09/08 | RECORDKEEPER ARCHIVE CENTERS: Storage 10/01/08 through 10/31/08. | 460.70 | |
| 10/20/08 | WILLIAM WALSH, INC.: Move boxes of documents from Grace, Cambridge to Winthrop Square for review. | 555.00 | |
| | | | $2,588.20 |

|  | TOTAL COSTS | $16,624.86 |
|---|---|---|
|  | TOTAL THIS BILL | $16,624.86 |



# CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 12, 2008
Bill Number  103424
File Number  02725.00040

W.R. Grace & Co. - Conn.
c/o Jay W. Hughes, Jr.
Senior Litigation Counsel
62 Whittemore Avenue
Cambridge, MA  02140

**FOR PROFESSIONAL SERVICES**

Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**LEGAL SERVICES**

**COSTS**

THROUGH OCTOBER 31, 2008

EXCESS POSTAGE
| | | | |
|---|---|---|---|
| 10/31/08 | EXCESS POSTAGE | 13.96 | |
| | | | $13.96 |

FEDERAL EXPRESS
| | | | |
|---|---|---|---|
| 10/31/08 | FEDERAL EXPRESS | 81.27 | |
| | | | $81.27 |

TRAVEL
| | | | |
|---|---|---|---|
| 08/07/08 | MATT LUNENFELD-Round trip travel to Grace for meetings on 8/05/08; 20 miles x .585 = $10.70; Parking Boston $14.00 | 24.70 | |
| 08/12/08 | ROBERT A MURPHY - Private auto-Home to Grace, Cambridge to home for meeting with Grace Counsel and Reps to discuss case.  54 mi. @ .585/mi=$31.59 + $1.00 Toll = $32.59 | 32.59 | |
| | | | $57.29 |

OUTSIDE PHOTOCOPYING
| | | | |
|---|---|---|---|
| 10/31/08 | OUTSIDE PHOTOCOPYING | 275.40 | |
| | | | $275.40 |

**CASNER & EDWARDS, LLP**

F.I.N. 04-2778062

W.R. Grace & Co. - Conn.
Re:   241 Boston Post Road, LLC v. W.R. Grace & Co.-Conn., et al.

**COSTS**

THROUGH OCTOBER 31, 2008

PHOTOCOPYING

| | | | |
|---|---|---|---|
| 09/22/08 | PHOTOCOPYING | 129 copies at $.10 per copy | 12.90 |
| 09/23/08 | PHOTOCOPYING | 311 copies at $.10 per copy | 31.10 |
| 09/24/08 | PHOTOCOPYING | 85 copies at $.10 per copy | 8.50 |
| 10/06/08 | PHOTOCOPYING | 259 copies at $.10 per copy | 25.90 |

$78.40

TOTAL COSTS          $506.32

TOTAL THIS BILL          $506.32



CASNER & EDWARDS, LLP

ATTORNEYS AT LAW

303 Congress Street
Boston, Massachusetts 02210

Telephone (617) 426-5900
Facsimile (617) 426-8810
www.casneredwards.com

December 12, 2008
Bill Number  103426
File Number  52000.00057

Mark A. Shelnitz
Vice President, General Counsel and Corporate Secretary
W.R. Grace & Co.
7500 Grace Drive
Columbia, MD  21044

**FOR PROFESSIONAL SERVICES**

Re:    Fee Applications, Applicant

**LEGAL SERVICES**

**COSTS**

THROUGH OCTOBER 31, 2008

FEDERAL EXPRESS

| 10/16/08 | FEDERAL EXPRESS CORPORATION: To 919 N Market St, Pachulski Stang Ziehl & Jones, Patricia Cuniff from Casner and Edwards on September 30, 2008. | 18.88 |
|---|---|---|

$18.88

TOTAL COSTS                $18.88

TOTAL THIS BILL           $18.88