# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Ref. Nos. 19581, 19620 & 20204 |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 19th day of December, 2008, true and correct copies of the *Libby Claimants' First Request for Production of Documents by Debtors in Conjunction with Plan Confirmation* were caused to be served on the parties on the service list attached hereto in the manner as indicated.

Dated: December 19, 2008
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri Mumford*

Adam G. Landis (No. 3407)
Rebecca L. Butcher (No. 3816)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for the Libby Claimants*

393.001-23560.DOC

*Hand Delivery*
(Counsel to Debtors)
Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*First Class Mail & Email*
(Counsel to Debtors)
Janet S. Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

*First Class Mail*
(Counsel to Debtors)
David M. Bernick
Theodore L. Freedman
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022

*First Class Mail*
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)
Peter Lockwood
Ronald Reinsel
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005

*First Class Mail*
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)
Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

*First Class Mail*
(Counsel to the Asbestos PI Future Claimants' Representative)
Roger Frankel
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

*First Class Mail*
(Counsel to the Official Committee of Equity Security Holders)
Phillip Bentley
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036