IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-01139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | **Re: D.I. 19579** |
| | ) | |

## PRELIMINARY OBJECTION OF LLOYD'S UNDERWRITERS

Lloyd's Underwriters, by their undersigned counsel, hereby submit this Preliminary Objection to confirmation of the First Amended Joint Plan of Reorganization, as amended (the "Plan") in accordance with the Initial Case Management Order. In support thereof, Lloyd's Underwriters states as follows:

1. The Debtors and Lloyd's Underwriters are parties to a Settlement Agreement and Mutual Release (the "Agreement") which was approved by the Court on November 20, 2006 [D.I. 13727]. Paragraph VIII.A. of the Agreement provides that

> Lloyd's Underwriters, at their sole option, may terminate [the] Agreement and render [the] Agreement null and void by providing written notice of termination to the Grace Parties and all of the Grace Committees within one-hundred twenty (120) days of the occurrence of any of the below described conditions ...
>
> 4. the Confirmation Order has not been entered by the Bankruptcy Court by close of business on December 31, 2008, or such later date to which the parties agree.

Settlement Agreement at VIII.A. Confirmation Order is defined by paragraph I.I. of the Agreement to mean:

> an order entered by the Bankruptcy Court in the Chapter 11 Reorganization Cases confirming the Plan, together with any order of the District Court issued pursuant to section 524(g)(3)(A) of the Bankruptcy Code confirming or affirming such order.

2. There has been no agreement between the parties to extend the date for entry of the Confirmation Order.

3. Although the event giving rise to the right to terminate has not yet occurred, it appears to be a certainty that the right to terminate will arise on the close of business on December 31, 2008 as the Case Management Order clearly reflects that confirmation will not occur by that date. Lloyd's Underwriters have made no determination as to whether they will exercise their right to terminate the Agreement once that right arises but wish to expressly preserve that right. Accordingly, Lloyd's Underwriters submit this Preliminary Objection in order to advise all parties that they are preserving their right to terminate the Agreement which will arise at the close of business on December 31, 2008.

WHEREFORE, Lloyd's Underwriters preliminarily object to the confirmation of the Plan to the extent that confirmation would in any way affect their right to terminate the Agreement and respectfully request that the Court enter such relief as is necessary, proper and just.

Dated: December 19, 2008

ZUCKERMAN SPAEDER LLP

_____
Thomas G. Macauley (ID No. 3411)
Virginia Whitehill Guldi (ID No. 2792)
919 Market Street, Suite 990
Wilmington, DE 19801
Telephone: (302) 427-0400
Facsimile: (302) 427-8242

– and –

James Sottile, Esquire
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036
Telephone: (202)778-1800
Facsimile: (202)822-8106

Attorneys for Lloyd's Underwriters

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2008, a true and correct copy of the foregoing was served by regular first class mail, postage prepaid, on:

W.R. Grace & Co.
Attn General Counsel
7500 Grace Drive
Columbia, MD 21044

Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899

Peter Lockwood, Esquire
Ronald Reinsel, Esquire
Caplin & Dryesdale, Chartered
One Thomas Circle, N.W., Suite 1100
Washington, DC 20005

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Minda A. Mora, Esquire
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

David T. Austern
3110 Fairview Park Drive
Suite 200
Falls Church, VA 22042

Roger Frankel, Esquire
Orrick Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005

David Klauder, Esquire
Office of the United States Trustee
844 King Street, Suite 2207
Wilmington, DE 19801

_____
Virginia W. Guldi (ID No. 3792)

2081002.1