IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:                                                     Chapter 11

W.R. Grace & Co.                          Case No. 01-1139 (JKF)

Debtors

## VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY F.R.B.P. RULE 2019

I, Tom B. Scott, III, being first duly sworn, hereby deposes and states as follows:

1. I am an attorney of Scott & Scott, Ltd., 5 Old River Place, Suite 204, Jackson, Mississippi 39202. I am a member in good standing of the Bar of the State of Mississippi, Mississippi Bar No. 6578.

2. The Verified Statement is filed in accordance with Rule 2019 of the Federal Rules of Bankruptcy Procedure and in accordance with that certain Amended Order Requiring Filing of Statements Pursuant to Fed.R.Bankr.P. 2019 dated August 27th, 2004.

3. The law firm of Scott & Scott, Ltd. has been retained as counsel for individual creditors in the above-referenced bankruptcy. The list of each of these creditors' names and addresses is attached hereto.

4. The order signed certifies that each creditor named on the attached list has a executed a Power of Attorney or Contract authorizing Tom B, Scott, III to represent the creditor in bankruptcy proceedings.

5. The address of each Creditor for purposes hereof is as set forth in the exhibit list.

6. The Creditors hold claims in varying amounts for monetary damages due to exposure to asbestos-containing products manufactured, marketed, distributed, sold, installed, or produced by the above-referenced debtors. Pursuant to the Amendatory Order, all of the relevant information identifying the Creditors, the nature and amount of their claim is

contained in exhibits, which have not been scanned, but available upon motion and order of the Court.

7. The Law Office of Scott & Scott, Ltd., does not hold any claims or interest in the Debtor.

8. The Law Office of Scott & Scott, Ltd., will file an amended and supplemental statement setting forth any material changes in the facts contained in this Verified Statement, should any such changes occur.

*[signature: Tom B. Scott III]*

TOM B. SCOTT, III

Sworn to before me this 15 day Of Dec, 2008.

*[signature: Janada Johnson]*
Notary Public

MISSISSIPPI STATEWIDE NOTARY PUBLIC
MY COMMISSION EXPIRES MAY 1, 2011
BONDED THRU _____ NOTARY SERVICE

*[Notary Seal: JANADA JOHNSON, NOTARY PUBLIC, HINDS COUNTY, MS — My Commission Expires May 1 2011]*