**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

_____

| | | |
|---|---|---|
| | ) | |
| In re: | ) | **Chapter 11** |
| | ) | |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (JKF)** |
| | ) | |
| **Debtors.** | ) | Objection Deadline: December 18, 2008 at 4:00 p.m. |
| _____ | ) | Ref. No. 20153 |

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 20153**
**(NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, she has received no answer,

objection or other responsive pleading to the Thirty-Third Monthly Interim Application for

Compensation for Services Rendered and Reimbursement of Expenses (the "Application") of

Orrick, Herrington & Sutcliffe LLP ("Orrick"), Bankruptcy Counsel to David T. Austern, Future

Claimants' Representative, for the period from October 1, 2008 though October 31, 2008 (the

"Period"), filed with the Court on November 28, 2008, and entered on the Court's docket as

Docket No. 20153.  The undersigned further certifies that she has caused the Court's docket in

this case to be reviewed and no answer, objection or other responsive pleading to the Application

appears thereon.  Pursuant to the Application, objections to the Application were to be filed no

later than December 18, 2008.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing

Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and

Official Committee Members entered April 17, 2002, amending the Court's Administrative

Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of Professionals entered May 3, 2001, the Debtors are authorized to pay Orrick $305,132.20 (80% of $381,415.25) and expenses in the amount of $58,638.65, for a total amount of $363,770.85 requested in the Application for the Period upon the filing of this Certification and without the need for entry of a Court order approving the Application.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:*/S/ DEBRA L. FELDER*
    Roger Frankel, admitted *pro hac vice*
    Richard H. Wyron, admitted *pro hac vice*
    Debra L. Felder, admitted *pro hac vice*
    Columbia Center
    1152 15th Street, N.W.
    Washington, DC  20005-1706
    (202) 339-8400
    (202) 339-8500 (fax)

—and—

    PHILLIPS, GOLDMAN & SPENCE, P.A.
    John C. Phillips, Jr. (#110)
    1200 North Broom Street
    Wilmington, DE 19806
    (302) 655-4200
    (302) 655-4210 (fax)

    *Co-Counsel to David T. Austern,*
    *Future Claimants' Representative*

Dated: December 19, 2008