**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| W.R. GRACE & CO., et al. | ) | Case No. 01-1139 (JKF) |
| Debtors. | ) | Objection Deadline: March 13, 2009 at 4:00 p.m. |
| | ) | Hearing: April 1, 2009 at 10:30 a.m. |

**COVER SHEET TO FIFTEENTH QUARTERLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, FUTURE CLAIMANTS' REPRESENTATIVE FOR
COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
JULY 1, 2008 THROUGH SEPTEMBER 30, 2008**

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of October 29, 2004 (pursuant to this Court's Order entered December 21, 2004) |
| Period for which compensation is sought: | July 1, 2008 through September 30, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $38,079.50 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $    64.95 |

This is an:    X    interim         monthly         final application.

**COMPENSATION SUMMARY**
**July 1, 2008 through September 30, 2008**

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (23 years) FCAS | $650 | 18.50 | $12,025.00 |
| Julianne Callaway | Analyst (5 years) ACAS | $325 | 4.70 | $1,527.50 |
| Bryan Gillespie | Consulting Actuary (3 years) FCAS | $410 | 11.50 | $4,715.00 |
| Jeffrey Kimble | Consulting Actuary (7 years) ACAS | $400 | 42.30 | $16,920.00 |
| Ken Leonard | Analyst (3 years) | $410 | 1.30 | $533.00 |
| Brent Petzoldt | Analyst (2 years) | $240 | 7.10 | $1,704.00 |
| David Powell | Consulting Actuary (23 years) ACAS | $700 | 0.50 | $350.00 |
| Rhamonda Riggins | Analyst (6 years) | $305 | 1.00 | $305.00 |
| **Total Blended Rate: $438.20** | | | **86.90** | **$38,079.50** |

**COMPENSATION BY PROJECT CATEGORY**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | **86.90** | **$38,079.50** |

**EXPENSE SUMMARY**

| Expense Category | Total |
|---|---|
| To obtain article requested by Jenni Biggs for the Grace project | $35.00 |
| Whitehouse American Journal of Industrial Medicine article re: Libby meso cases | $29.95 |
| **Total Expenses** | **$64.95** |

| **July – September 2008 – Grand Total** | **$38,144.45** |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: */S/ JENNIFER L. BIGGS*
    Jennifer L. Biggs, FCAS, MAAA
    101 S. Hanley Rd.
    St. Louis, MO 63105
    (314) 719-5843

Dated: December 16, 2008

2