**CERTIFICATE OF SERVICE**

I, Heidi E. Sasso, certify that I am not less than 18 years of age, and that service of the foregoing document was made via electronic delivery, hand delivery or United States Mail on December 22, 2008 on:

| | |
|---|---|
| David M. Bernick, P.C.<br>Janet S. Baer, Esq.<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, IL 60601<br>dbernick@kirkland.com<br>jbaer@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Theodore L. Freedman, Esq.<br>Deanna D. Boll, Esq.<br>Craig A. Bruens, Esq.<br>Kirkland & Ellis LLP<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022<br>tfreedman@kirkland.com<br>dboll@kirkland.com<br>cbruens@kirkland.com<br><br>*Counsel to the Debtors and Debtors in Possession* |
| Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>Timothy Cairns, Esq.<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899<br>ljones@pszjlaw.com<br>joneill@pszjlaw.com<br>tcairns@pszjlaw.com<br><br>*Counsel to the Debtors and Debtors in Possession* | Peter Van N. Lockwood, Esq.<br>Ronald Reinsel, Esq.<br>Jeffrey Liesemer, Esq.<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, NW<br>Washington, DC 20005<br>pvnl@capdale.com<br>rer@capdale.com<br>jl@capdale.com<br><br>*Counsel to the ACC* |
| Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>375 Park Avenue<br>New York, NY 10152<br>ei@capdale.com<br><br>*Counsel to the ACC* | Marla R. Eskin, Esq.<br>Mark T. Hurford, Esq.<br>Campbell & Levine, LLC<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br>meskin@camlev.com<br>mhurford@camlev.com<br><br>*Counsel to the ACC* |

17 175/2
10/17/2008 10042060.1

Roger Frankel, Esq.  
Richard H. Wyron, Esq.  
Debra L. Felder, Esq.  
Orrick, Herrington & Sutcliffe LLP  
Columbia Center  
1152 15th Street, NW  
Washington, DC 20005  
rfrankel@orrick.com  
rwyron@orrick.com  
dfelder@orrick.com  

*Counsel to the Asbestos PIFCR*

John C. Phillips, Jr., Esq.  
Phillips, Goldman & Spence, P.A.  
1200 North Broom Street  
Wilmington, DE 19806  
jcp@pgslaw.com  

*Counsel to the Asbestos PIFCR*

Philip Bentley, Esq.  
Douglas Mannal, Esq.  
Kramer Levin Naftalis & Frankel LLP  
919 Third Avenue  
New York, NY 10022  
pbentley@kramerlevin.com  
dmannal@kramerlevin.com  

*Counsel to the Equity Committee*

Teresa D. Currier, Esq.  
Buchanan, Ingersoll & Rooney PC  
The Brandywine Building  
1000 West Street, Suite 1410  
Wilmington, DE 19801  
teresa.currier@bipc.com  

*Counsel to the Equity Committee*

Office of the United States Trustee  
Attn: David Klauder, Esq.  
844 King Street, Suite 2313  
Wilmington, DE 19801  

*United States Trustee*

Christopher M. Candon, Esq.  
Daniel c. Cohn, Esq.  
Cohn Whitesell & Goldberg  
101 Arch Street  
Boston, MA 02110  
*Counsel for Libby Claimants*

-2-

      Adam Landis, Esq.
      Kerri Mumford, Esq.
      Landis Rath & Cobb
      919 Market Street, Suite 1800
      Wilmington, DE 19801

      Under penalty of perjury, I declare that the foregoing is true and correct.

__ 12/22/2008 _____      _____ /s/ Heidi E. Sasso
Date                                    Heidi E. Sasso

-3-

WCSR 4040699v1