IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re | : |
| | : Chapter 11 |
| W.R. GRACE & CO., et al., | : |
| | : Case No. 01-01139 (JKF) |
| Debtors. | : |
| | : Jointly Administered |
| | : |
| | : |
| | : Re: Dkt. Nos. 20186, 20204 |

## PRELIMINARY OBJECTIONS OF THE SCOTTS COMPANY LLC TO CONFIRMATION OF THE FIRST AMENDED JOINT PLAN OF REORGANIZATION, AS AMENDED

In accordance with the Initial Case Management Order dated December 5, 2008 ("CMO") related to the First Amended Joint Plan of Reorganization ("Plan"), and without prejudice to the inclusion of new objections after the completion of discovery, The Scotts Company LLC and certain of its related entities (collectively, "Scotts"), by and through its undersigned counsel, hereby sets forth its preliminary objections to the Plan as follows:

### Preliminary Plan Objections

- The Plan is unconfirmable because it does not comply with the applicable provisions of the Bankruptcy Code, including, but not limited to Sections 524(g)(1)(B), 524(g)(2)(B)(ii)(V), 524(g)(4)(A)(ii)(III), 524(g)(4)(B).

- The Plan is unconfirmable to the extent that the injunctions and/or releases contained therein seek to protect non-debtor entities who have failed to make a substantial financial contribution to the Plan, or who are not within the proper scope of protected parties under Section 524(g) of the Bankruptcy Code.

- The Plan is unconfirmable because it improperly seeks to channel and enjoin non-derivative insurance coverage claims and/or demands of Scotts against non-debtor insurers, in contravention of Sections 524(g) and 105(a) of the Bankruptcy Code.

- The Plan is unconfirmable because it improperly classifies certain of Scotts' claims in a class with claims that are not substantially similar in violation of Section 1122(a) of the Bankruptcy Code.

RLF1-3352801-1

- The Plan is unconfirmable because it provides different treatment to claims in the same class.

- The Plan is unconfirmable because it is not proposed in good faith as required by Section 1129(a)(3) of the Bankruptcy Code.

- In the event that Class 6 votes against the Plan, the Plan is unconfirmable because it discriminates unfairly and is not fair and equitable with respect to Class 6.

- Scotts incorporates by reference any preliminary objections of other parties in interest that are not inconsistent with Scotts' preliminary objections set forth herein.

- Scotts expressly reserves its right to amend, delete, or add to the preliminary objections stated herein.

- 

Dated: December 22, 2008
Wilmington, Delaware

**RICHARDS, LAYTON & FINGER, P.A.**

*/s/ Robert J. Stearn*

Robert J. Stearn, Jr. (No. 2915)
Cory D. Kandestin (No. 5025)
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701
-and-
Robert J. Sidman (Ohio Bar #0017390)
(admitted *pro hac vice*)
Tiffany Strelow Cobb
 (Ohio Bar #0067516)
(admitted *pro hac vice*)
VORYS, SATER, SEYMOUR AND PEASE LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215
Telephone: (614) 464-6400
Facsimile: (614) 719-4663

Attorneys for The Scotts Company LLC,
and certain of its related entities