**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al*.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>(Jointly Administered) |

**CERTIFICATE OF SERVICE**

      I, Ira M. Levee, of full age, certify that on December 22, 2008, I caused to be served a copy of ERISA Plaintiffs' Preliminary Objection to the First Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of W. R. Grace & Co., Inc., *et al*., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants; Representative, and the Official Committee of Equity Security Holders via first class mail on the parties listed on Exhibit A.

Dated:  December 22, 2008

LOWENSTEIN SANDLER PC


By: /s/ Ira M. Levee
65 Livingston Avenue
Roseland, NJ 07068
Tel.:  973.597.2480
Fax:  973.597.2481

*Bankruptcy Counsel for the ERISA Plaintiffs*

### EXHIBIT A TO CERTIFICATE OF SERVICE

David M. Bernick, P.C.
Theodore L. Freedman, Esq.
Janet S. Baer, Esq.
Deanna D. Boll, Esq.
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022

*Counsel for the Debtors and
Debtors in Possession*

Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Timothy Cairns, Esq.
Pachulski Stang Ziehl & Jones
LLP
919 North Market Street, 17th
Floor
P.O. Box 8705
Wilmington, DE 19899

*Counsel for the Debtors and
Debtors in Possession*

Elihu Inselbuch, Esq.
Caplin & Drysdale, Chartereda
375 Park Avenue
New York, NY 10152

*Counsel for the Official Committee
of Asbestos Personal Injury
Claimants*

Peter Van N. Lockwood, Esq.
Ronald Reinsel, Esq.
Jeffrey Liesemer, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

*Counsel for the Official
Committee of Asbestos Personal
Injury Claimants*

Marla R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

*Counsel for the Official Committee
of Asbestos Personal Injury
Claimants*

-3-

Roger Frankel, Esq.
Richard H. Wyron, Esq.
Debra L. Felder, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005

*Counsel for David T. Austern,*
*Asbestos PI Future Claimants:*
*Representative*

Philip Bentley, Esq.
Douglas Mannal, Esq.
Kramer Levin Naftalis & Frankel
LLP
1177 Avenue of the Americas
New York, NY 10036

*Counsel for the Official Committee*
*of Equity Security Holders*

Office of the United States Trustee
Attn:  David Klauder, Esq.
844 King Street, Suite 2313
Wilmington, DE 19801

*United States Trustee*

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*Counsel for David T. Austern,*
*Asbestos PI Future Claimants:*
*Representative*

Teresa D. Currier, Esq.
Buchanan, Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

*Counsel for the Official Committee*
*of Equity Security Holders*