**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al*.,<br><br>                Debtors. | Chapter 11<br><br>Case No. 01-1139 (JKF)<br><br>(Jointly Administered) |

**PRELIMINARY OBJECTION OF THE DOW CHEMICAL COMPANY AND AFFILIATES TO THE FIRST AMENDED JOINT PLAN OF REORGANIZATION**

The Dow Chemical Company ("Dow") and its affiliates including but not limited to Union Carbide Corporation and Hampshire Chemical Corp. (collectively, "Dow") hereby files this preliminary objection out of an abundance of caution and expressly reserves all of its rights to object to confirmation of the First Amended Plan of Reorganization (the "Plan") on any and all grounds including those set forth in the Preliminary Objection to the Plan filed by the Official Committee of Unsecured Creditors [Docket No. 20308].

Dated: December 22, 2008

DILWORTH PAXSON LLP

By: /s/ Martin J. Weis
    Martin J. Weis
    One Customs House – Suite 500
    704 King Street
    P.O. Box 1031
    Wilmington, Delaware 19801
    Telephone: (302) 571-9800
    Facsimile: (302) 571-8875

    - and -

By: /s/ Anne Marie P. Kelley
    Anne Marie P. Kelley
    Scott J. Freedman
    LibertyView – Suite 700
    457 Haddonfield Road
    Cherry Hill, New Jersey 08002
    Telephone: (856) 675-1962
    Facsimile: (856) 675-1862

*Attorneys for The Dow Chemical Company and Affiliates*