IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

## AFFIDAVIT OF SERVICE

STATE OF DELAWARE    )
                     ) SS
NEW CASTLE COUNTY    )

      Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 22nd day of December, 2008, she caused a copies of the following:

**LIBBY CLAIMANTS' PRELIMINARY OBJECTIONS TO
FIRST AMENDED JOINT CHAPTER 11 PLAN**

to be served upon the parties on the attached list via first class mail or in the manner as indicated.

*Cathy A. Adams*
Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 22nd day of December, 2008.

*Kimberly A. Becker*
Notary Public

KIMBERLY A. BECKER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 23, 2010

393.001-23589.DOC

*Via* **First Class Mail**

(Counsel to Debtors)
David M. Bernick, P.C.
Janet S. Baer, Esquire
*Kirkland & Ellis LLP*
200 East Randolph Drive
Chicago, IL 60601

*Via* **Hand Delivery**

(Counsel to Debtors)
Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy P. Cairns, Esquire
*Pachulski Stang Ziehl & Jones LLP*
919 North Market Street, 17th Floor
Wilmington, DE 19801

*Via* **First Class Mail**

(Counsel to the ACC)
Elihu Inselbuch, Esquire
*Caplin & Drysdale, Chartered*
375 Park Avenue
New York, NY 10152

*Via* **First Class Mail**

(Counsel to Asbestos PI FCR)
Roger Frankel, Esquire
Richard H. Wyron, Esquire
Deborah L. Felder, Esquire
*Orrick, Herrington & Sutcliffe LLP*
Columbia Center
1152 15th Street, NW
Washington, DC 20005

*Via* **First Class Mail**

(Counsel to Equity Committee)
Philip Bentley, Esquire
Douglas Mannual, Esquire
*Kramer Levin Naftalis & Frankel LLP*
919 Third Avenue
New York, NY 10022

*Via* **First Class Mail**

(Counsel to Debtors)
Theodore L. Freedman, Esquire
Deanna D. Boll, Esquire
*Kirkland & Ellis LLP*
Citigroup Center
153 East 53rd Street
New York, NY 10022-4611

*Via* **First Class Mail**

(Counsel to the ACC)
Peter Van N. Lockwood, Esquire
Ronald Reinsel, Esquire
Jeffrey Liesemer, Esquire
*Caplin & Drysdale, Chartered*
One Thomas Circle, NW
Washington, DC 20005

*Via* **Hand Delivery**

(Counsel to the ACC)
Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
*Campbell & Levine, LLC*
800 King Street, Suite 300
Wilmington, DE 19801

*Via* **First Class Mail**

(Counsel to Asbestos PI FCR)

John C. Phillips, Jr., Esquire
*Phillips, Goldman & Spence, P.A.*
1200 North Broom Street
Wilmington, DE 19806

*Via* **Hand Delivery**

(Counsel to the Equity Committee)
Teresa D. Currier, Esquire
*Buchanan, Ingersoll & Rooney PC*
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

*Via* **Hand Delivery**

David Klauder, Esquire
*Office of the United States Trustee*
844 King Street, Suite 2313
Wilmington, DE 19801

*Via* **Hand Delivery**

(Counsel to Official Committee
of Unsecured Creditors)
Michael R. Lastowski, Esquire
*Duane, Morris & Heckscher LLP*
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

*Via* **First Class Mail**

(Official Committee of Unsecured Creditors)
Lewis Kruger, Esquire
*Stroock & Stroock & Lavan LLP*
180 Maiden Lane
New York, NY 10038-4982