**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF SERVICE**

    I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on December 22, 2008, I caused a copy of *Official Committee of Asbestos Personal Injury Claimants' First Set of Requests for the Production of Documents and the First Set of Interrogatories Directed to the Libby Claimants*, as well as the *Notice of Service*, to be served upon the individuals on the attached Exhibit A, in the manner indicated.

    In addition, I caused a copy of this *Notice of Service* to be served upon the individuals on the attached Exhibit B, via first class mail, unless otherwise indicated.

Dated: December 22, 2008        **CAMPBELL & LEVINE, LLC**

        /s/ Mark T. Hurford_____
        Mark T. Hurford (No. 3299)
        800 N. King Street, Suite 300
        Wilmington, DE 19801
        mhurford@camlev.com
        Telephone: (302) 426-1900
        Telefax: (302) 426-9947

{D0143422.1 }