# EXHIBIT A

{D0129677.1 }

Jeffrey C. Wisler, Esquire
Marc J. Phillips, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
jwisler@cblh.com
mphillips@cblh.com
*Counsel for Maryland Casualty Co., Zurich Insurance Company and Zurich International (Bermuda) Ltd*

Edward B. Rosenthal, Esquire
Rosenthal, Monhait & Goddess PA
919 North Market Street
Suite 1401
Wilmington, DE 19801
erosenthal@rmgglaw.com
*Counsel for Continental Casualty Co., Transportation Insurance Co., and their American Insurance Affiliates*

Elizabeth DeCristofaro, Esquire
Ford Marrin Esposito Witmeyer & Gleser LLP
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875
emdecristofaro@fmew.com
*Counsel for Continental Casualty Co., Transportation Insurance Co., and their American Insurance Affiliates*

Michael F. Brown, Esquire
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996
Michael.Brown@dbr.com
*Counsel for Seaton Insurance Company and OneBeacon America Insurance, Government Employees Insurance Company and Columbia Insurance Company f/k/a Republic Insurance Company*

Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W.
Suite 1200
Washington, DC 20006
elongosz@eckertseamans.com
lstover@eckertseamans.com
*Counsel for Maryland Casualty Co.*

Daniel M. Glosband, Esquire
Brian H. Mukherjee, Esquire
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
dglosband@goodwinprocter.com
bmukherjee@goodwinprocter.com
*Counsel for Continental Casualty Co., Transportation Insurance Co., and their American Insurance Affiliates*

Warren T. Pratt, Esquire
David P. Primack, Esquire
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
David.primack@dbr.com
Warren.pratt@dbr.com
*Counsel for Seaton Insurance Company and OneBeacon America Insurance, Government Employees Insurance Company and Columbia Insurance Company f/k/a Republic Insurance Company*

John D. Demmy, Esquire
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801
jdd@stevenslee.com
*Counsel to Fireman's Fund Insurance Company and Riunione Adriatica Di Sicorta*

Leonard P. Goldberger, Esquire
Marnie E. Simon, Esquire
Stevens & Lee PC
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702
lpg@stevenslee.com
mes@stevenslee.com
*Counsel to Fireman's Fund Insurance Company and Riunione Adriatica Di Sicorta*

Joseph G. Gibbons, Esquire
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
gibbonsj@whiteandwilliams.com
*Counsel for Century Indemnity Company, et al.*

Robert Horkovich, Esquire
Robert Chung, Esquire
Anderson Kill & Olick
1251 Avenue of the Americas
New York, NY 10020
Rhorkovich@andersonkill.com
Rchung@andersonkill.com
*Counsel to the Official Committee of Asbestos Personal Injury Claimants*

Jeffrey R. Waxman, Esquire
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE 19801
jwaxman@cozen.com
*Counsel for Federal Insurance Company*

Marc S. Casarino, Esquire
White and Williams LLP
824 North Market Street
Suite 902
PO Box 709
Wilmington, DE 19899-0709
casarinom@whiteandwilliams.com
*Counsel for Century Indemnity Company, et al.*

Edward J. Longosz, II, Esquire
Laura G. Stover, Esquire
Eckert Seamans Cherin & Mellott LLC
1747 Pennsylvania Avenue, NW
Suite 1200
Washington, DC 20006
elongosz@eckertseamans.com
lstover@eckertseamans.com
*Counsel to Zurich Insurance Company and Zurich International (Bermuda) Ltd.*

Richard A. Ifft, Esquire
Karalee C. Morell, Esquire
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
rifft@wileyrein.com
kmorell@wileyrein.com
*Counsel to Zurich Insurance Company and Zurich International (Bermuda) Ltd.*

William P. Shelley, Esquire
Jacob C. Cohn, Esquire
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
wshelley@cozen.com
jcohn@cozen.com
*Counsel to Federal Insurance Company*

Ian Conner Bifferato, Esquire
Garvan F. McDaniel, Esquire
Bifferato Gentilotti, LLC
800 King Street, First Floor
Wilmington, DE 19801
cbifferato@bglawde.com
gmcdaniel@bglawde.com
*Counsel to Royal Indemnity Company, Arrowood Indemnity Company*

Paul R. Koepff, Esquire
Tancred V. Schiavoni, Esquire
Gary Svirsky, Esquire
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY 10036
pkoepff@omm.com
tschiavoni@omm.com
gsvirsky@omm.com
*Counsel to Royal Indemnity Company, Arrowood Indemnity Company*

James O'Neill, Esquire
Pachulski, Stang, Ziehl & Jones
919 N. Market Street, 17th Floor
Wilmington, DE 19801
joneill@pszjlaw.com
*Counsel to Debtor*

Andrew K. Craig, Esquire
Cuyler Burk, P.C.
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054
acraig@cuyler.com
*Counsel to Allstate Insurance Company*

Carl J. Pericone, Esquire
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639
Carl.pernicone@wilsonelser.com
*Counsel to Royal Indemnity Company, Arrowood Indemnity Company*

David M. Bernick, Esquire
Janet S. Baer, Esquire
Lisa Esayian, Esquire
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
dbernick@kirkland.com
jbaer@kirkland.com
lesayian@kirkland.com
*Counsel to Debtor*

James S. Yoder, Esquire
White and Williams, LLP
824 N. Market Street, Suite 902
PO Box 709
Wilmington, DE 19899
yoderj@whiteandwilliams.com
*Counsel to Allstate Insurance Company*

Scott Baena, Esquire
Jay Sakalo, Esquire
Sumberg, Dunn, Baena, Price & Axelrod
First Union Financial Center
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131
sbaena@bilzin.com
jsakalo@bilzin.com
*Counsel to the Official Committee of PD Damage Claimants*

Theodore Tacconelli, Esquire
Ferry & Joseph, P.A.
824 Market Street
Suite 904
PO Box 1351
Wilmington, DE 19899
ttacconelli@ferryjoseph.com
*Counsel to the Official Committee of PD Damage Claimants*

Kenneth Pasquale, Esquire
Arlene Krieger, Esquire
Strock & Strock & Lavan
180 Maiden Lane
New York, NY 10038-4982
kpasquale@stroock.com
akrieger@stroock.com
*Counsel to the Official Committee of Unsecured Creditors*

Michael R. Lastowski, Esquire
Duane Morris & Heckscher LLP
1100 N. Market Street, Suite 1200
Newark, NJ 07102-3889
mlastowski@duanemorris.com
*Counsel to Official Committee of Unsecured Creditors*

William S. Katchen, Esquire
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ 07102-3889
WSKatchen@duanemorris.com
*Counsel to Official Committee of Unsecured Creditors*

Phillip Bentley, Esquire
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
pbentley@kramerlevin.com
*Counsel to the Official Committee of Equity Holders*

Richard A. Forsten, Esquire
Klett Rooney Lieber & Schorling
1000 West Street, Suite 1410
PO Box 1397
Wilmington, DE 19801
Richard.forsten@bipc.com
*Counsel to the Official Committee of Equity Holders*

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Deborah Felder, Esquire
Orrick, Herrington & Sutcliffe LLP
Washington Harbour
3050 K Street, NW
Washington, DC 20007-5135
rfrankel@orrick.com
rwyron@orrick.com
dfelder@orrick.com
*Counsel to Asbestos PI Future Claimants Representative*

John C. Phillips, Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
jcp@pgslaw.com
*Counsel to Asbestos PI Future Claimants Representative*

| | |
|---|---|
| Alan B. Rich, Esquire<br>One Main Place<br>1201 Main Street, Suite 1910<br>LB 201<br>Dallas, TX 75202<br>arich@alanrichlaw.com<br>*Counsel to Asbestos PD Future Claimants' Representative* | Daniel C. Cohn, Esquire<br>Christopher M. Candon, Esquire<br>Cohn Whitesell & Goldberg LLP<br>101 Arch Street<br>Boston, MA 02110<br>cohn@cwg11.com<br>candon@cwg11.com<br>*Counsel to the Libby Claimants* |
| Jon L. Heberling, Esquire<br>McGarvey, Heberling, Sullivan & McGarvey, P.C.<br>745 South Main<br>Kalispell, MT 59901<br>jheberling@mcgarveylaw.com<br>*Counsel to the Libby Claimants* | Tom L. Lewis, Esquire<br>Lewis, Slovak & Kovacich, P.C.<br>725 Third Avenue North<br>P.O. Box 2325<br>Great Falls, Montana 5940<br>tom@lsklaw.net<br>*Counsel to the Libby Claimants* |
| Adam G. Landis, Esquire<br>Kerri K. Mumford, Esquire<br>Landis Rath & Cobb LLP<br>919 Market Street, Suite 1800<br>P.O. Box 2087<br>Wilmington, DE 19801<br>landis@lrclaw.com<br>mumford@lrclaw.com<br>*Counsel to the Libby Claimants* | Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152<br>ei@capdale.com<br>*Counsel to the Official Committee of Asbestos Personal Injury Claimants* |
| Peter Lockwood, Esquire<br>Nathan D. Finch, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, NW, Suite 1100<br>Washington, DC 20005<br>Pvnl@capdale.com<br>ndf@capdale.com<br>*Counsel to the Official Committee of Asbestos Personal Injury Claimants* | Francis A. Monaco, Jr., Esquire<br>Kevin J. Mangan, Esquire<br>Womble Carlyle Sandridge & Rice<br>222 Delaware Avenue, Suite 1501<br>Wilmington, DE 19801<br>fmonaco@wcsr.com<br>kmangan@wcsr.com<br>*Counsel for the State of Montana* |

Robert J. Stearn, Jr., Esquire
Cory D. Kandestin, Esquire
Richards, Layton & Finger, P.A.
One Rodney Square
920 North King Street
Wilmington, DE 19801
stearn@rlf.com
kandestin@rlf.com
*Counsel to the Scotts Company LLC, successor by merger to The Scotts Company, and certain of its related entities.*

Evelyn J. Meltzer, Esquire
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
Meltzere@pepperlaw.com
*Counsel to BNSF Railway Company and its predecessors, the Great Northern Railway Company, the Burlington Northern Railroad Company, and The Burlington Northern & Santa Fe Railway Company*

Robert J. Sidman, Esquire
Tiffany Strelow Cobb
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215
rjsidman@vorys.com
*Counsel to the Scotts Company LLC, successor by merger to The Scotts Company, and certain of its related entities.*

{D0143201.1 }