# EXHIBIT A

**Libby, Montana Assbetos Litigation - 00300**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
|---|---|---|---|---|---|---|
| | | | April | May | June | |
| Coggon, Katheryn | Special Counsel | $ 375.00 | 0 | 2.3 | 0 | $ 862.50 |
| Enriquez, Theresa | Practice Support | $ 75.00 | 0 | 0 | 1 | $ 75.00 |
| TOTAL | | | $ - | $ - | 1.00 | $ 937.50 |

### Libby, Montana Asbestos Litigation - 00300

| Description | April | May | June | Total |
|---|---|---|---|---|
| Parking | $ - | $ - | $ - | $ - |
| Photocopies | $ - | $ - | $ - | $ - |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ 2.10 | $ - | $ 2.10 |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Overtime | $ - | $ - | $ - | $ - |
| Other Expenses | $ 429.07 | $ - | $ 222.51 | $ 651.58 |
| Lexis | $ - | $ 19.97 | $ - | $ 19.97 |
| Federal Express | $ - | $ - | $ - | $ - |
| Westlaw | $ - | $ - | $ - | $ - |
| Velo Binding | $ - | $ - | $ - | $ - |
| Color Copies | $ - | $ - | $ - | $ - |
| Outside Reproduction | $ - | $ - | $ - | $ - |
| Document Production | $ - | $ - | $ - | $ - |
| Tab Stock | $ - | $ - | $ - | $ - |
|  |  |  |  | $ - |
| **TOTAL** | **$ 429.07** | **$ 22.07** | **$ 222.51** | **$ 673.65** |

Holme Roberts & Owen LLP

May 9, 2008

W.R. Grace

Page 5
Invoice No.: 804860
Client No.: 04339
Matter No.: 00300

**Regarding: Libby, Montana Asbestos**

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 04/14/08 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: LD15099; Monthly Storage | $ 215.87 |
| 04/14/08 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: LK00075; Monthly Storage | 213.20 |
| | | **Total Disbursements:** | **$ 429.07** |

### Disbursement Summary

| Other Expense | $ | 429.07 |
|---|---|---|
| **Total Disbursements:** | **$** | **429.07** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |
| | *Outstanding Balance on Invoice 661254:* | | *$ 219.96* |
| 679369 | 09/24/04 | Bill | 12,289.68 |
| | 01/04/05 | Cash Receipt | -9,856.58 |
| | 04/22/05 | Cash Receipt | -2,362.76 |
| | *Outstanding Balance on Invoice 679369:* | | *$ 70.34* |
| 684108 | 11/01/04 | Bill | 12,357.10 |
| | 01/04/05 | Cash Receipt | -9,653.46 |
| | 04/22/05 | Cash Receipt | -2,432.16 |

Holme Roberts & Owen LLP

June 30, 2008

W.R. Grace

Page: 5
Invoice No.: 810366
Client No.: 04339
Matter No.: 00300

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/12/08 | KJC | Research re activity based sampling. | 0.30 | $ 112.50 |
| 05/20/08 | KJC | Research re ABS results. | 0.70 | 262.50 |
| 05/21/08 | KJC | Research re ABS results. | 0.80 | 300.00 |
| 05/27/08 | KJC | Research re ABS. | 0.50 | 187.50 |
| | | Total Fees Through May 31, 2008: | 2.30 | $ 862.50 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| KJC | Katheryn J. Coggon | Special Counsel | $375.00 | 2.30 | $ 862.50 |
| | | Total Fees: | | 2.30 | $ 862.50 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/12/08 | | Long Distance Telephone: 4 Mins., TranTime:10:00 | $ 0.40 |
| 05/20/08 | | Long Distance Telephone: 17 Mins., TranTime:13:34 | 1.70 |
| 05/21/08 | 1 | Lexis | 19.97 |
| | | Total Disbursements: | $ 22.07 |

### Disbursement Summary

| | | |
|---|---|---|
| Long Distance Telephone | $ | 2.10 |
| Lexis | | 19.97 |
| Total Disbursements: | $ | 22.07 |

Holme Roberts & Owen LLP

July 17, 2008

W.R. Grace

| | |
|---|---|
| Page | 5 |
| Invoice No.: | 812333 |
| Client No.: | 04339 |
| Matter No.: | 00300 |

**Regarding: Libby, Montana Asbestos**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/02/08 | TME | Prepare, scan, QC and import images into IPRO. | 1.00 | $ 75.00 |
| | | Total Fees Through June 30, 2008: | 1.00 | $ 75.00 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| TME | Theresa M Enriquez | Practice Support | $75.00 | 1.00 | $ 75.00 |
| | | | Total Fees: | 1.00 | $ 75.00 |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 06/11/08 | | Other Expense: VENDOR: IRON MOUNTAIN; INVOICE#: LT44839; Monthly Storage | $ 222.51 |
| | | Total Disbursements: | $ 222.51 |

### Disbursement Summary

| | | |
|---|---|---|
| Other Expense | $ | 222.51 |
| Total Disbursements: | $ | 222.51 |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 661254 | 03/15/04 | Bill | 6,411.60 |
| | 05/24/04 | Cash Receipt | -4,937.89 |
| | 10/19/04 | Cash Receipt | -1,253.75 |

**Bankruptcy Matters - 00390**

| Name | Position | Hourly Rate | TOTAL HOURS BILLED | | | Total Comp. |
| --- | --- | --- | --- | --- | --- | --- |
| | | | April | May | June | |
| Flaagan, Elizabeth | Partner | $ 400.00 | 0 | 0.3 | 0.2 | $ 200.00 |
| Haag, Susan | Paralegal | $ 175.00 | 0 | 0 | 0 | $ - |
| | | | | | 0 | |
| TOTAL | | | 0 | 0.3 | 0.2 | $ 200.00 |

**Bankruptcy Matters - 00390**

| Description | April | May | June | Total |
|---|---|---|---|---|
| Photocopies | $ - | $ - | $ - | |
| Facsimilies | $ - | $ - | $ - | $ - |
| Long Distance Telephone | $ - | $ - | $ - | $ - |
| Outside Courier | $ - | $ - | $ - | $ - |
| Travel Expenses | $ - | $ - | $ - | $ - |
| Lexis | $ - | $ - | $ - | $ - |
| Federal Express | $ - | $ - | $ - | $ - |
| Meal Expenses | $ - | $ - | $ - | $ - |
| Research Services | $ - | $ - | $ - | $ - |
| Professional Services | $ 2,127.42 | $ 749.54 | $ - | $ 2,876.96 |
| Postage | $ - | $ - | $ - | $ - |
| | | | | |
| **TOTAL** | $ 2,127.42 | $ 749.54 | $ - | $ 2,876.96 |

Holme Roberts & Owen LLP

May 9, 2008

W.R. Grace

Page              9
Invoice No.:   804860
Client No.:    04339
Matter No.:    00390

**Regarding: Bankruptcy Matters**

### Itemized Disbursements

| Date | Qty | Description | | Amount |
|---|---|---|---|---|
| 04/17/08 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 313806; DATE: 4/17/2008 - Professional Services | $ | 2,127.42 |
| | | **Total Disbursements:** | $ | 2,127.42 |

### Disbursement Summary

| | | |
|---|---|---|
| Consulting Fee | $ | 2,127.42 |
| **Total Disbursements:** | $ | 2,127.42 |

### Accounts Receivable Detail

| Invoice | Date | Description | | Amount |
|---|---|---|---|---|
| 658429 | 02/16/04 | Bill | | 475.61 |
| | 05/24/04 | Cash Receipt | | -366.31 |
| | 10/19/04 | Cash Receipt | | -92.89 |
| | | *Outstanding Balance on Invoice 658429:* | $ | *16.41* |
| 661254 | 03/15/04 | Bill | | 2,580.71 |
| | 05/24/04 | Cash Receipt | | -2,131.18 |
| | 10/19/04 | Cash Receipt | | -382.44 |
| | | *Outstanding Balance on Invoice 661254:* | $ | *67.09* |
| 679369 | 09/24/04 | Bill | | 1,618.52 |
| | 01/04/05 | Cash Receipt | | -1,526.52 |
| | 04/22/05 | Cash Receipt | | -89.34 |
| | | *Outstanding Balance on Invoice 679369:* | $ | *2.66* |
| 684108 | 11/01/04 | Bill | | 1,924.09 |
| | 01/04/05 | Cash Receipt | | -1,506.75 |

Holme Roberts & Owen LLP

June 30, 2008

W.R. Grace

Page 10
Invoice No.: 810366
Client No.: 04339
Matter No.: 00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 05/05/08 | EKF | Review and revise March 2008 prebills/invoices for compliance with US Trustee Guidelines. | 0.30 | $ 120.00 |
| | | **Total Fees Through May 31, 2008:** | **0.30** | **$ 120.00** |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth K. Flaagan | Partner | $400.00 | 0.30 | $ 120.00 |
| | | | **Total Fees:** | **0.30** | **$ 120.00** |

### Itemized Disbursements

| Date | Qty | Description | Amount |
|---|---|---|---|
| 05/09/08 | | Consulting Fee: VENDOR: Morris James LLP; INVOICE#: 314368; DATE: 5/9/2008 - Professional Services through April 30, 2008 | $ 749.54 |
| | | **Total Disbursements:** | **$ 749.54** |

### Disbursement Summary

| Consulting Fee | $ | 749.54 |
|---|---|---|
| **Total Disbursements:** | **$** | **749.54** |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |

Holme Roberts & Owen LLP

July 17, 2008

W.R. Grace

Page                10
Invoice No.:   812333
Client No.:    04339
Matter No.:    00390

**Regarding: Bankruptcy Matters**

### Itemized Services

| Date | Tkpr | Description | Hours | Value |
|---|---|---|---|---|
| 06/19/08 | EKF | Review and revise May 2008 prebills/invoices for compliance with US Trustee Guidelines (.2). | 0.20 | $ 80.00 |
| | | Total Fees Through June 30, 2008: | 0.20 | $ 80.00 |

### Timekeeper Rate Summary

| Initials | Name | Rank | Rate | Hours | Value |
|---|---|---|---|---|---|
| EKF | Elizabeth K. Flaagan | Partner | $400.00 | 0.20 | $ 80.00 |
| | | Total Fees: | | 0.20 | $ 80.00 |

### Accounts Receivable Detail

| Invoice | Date | Description | Amount |
|---|---|---|---|
| 658429 | 02/16/04 | Bill | 475.61 |
| | 05/24/04 | Cash Receipt | -366.31 |
| | 10/19/04 | Cash Receipt | -92.89 |
| | *Outstanding Balance on Invoice 658429:* | | $ *16.41* |
| 661254 | 03/15/04 | Bill | 2,580.71 |
| | 05/24/04 | Cash Receipt | -2,131.18 |
| | 10/19/04 | Cash Receipt | -382.44 |
| | *Outstanding Balance on Invoice 661254:* | | $ *67.09* |
| 679369 | 09/24/04 | Bill | 1,618.52 |
| | 01/04/05 | Cash Receipt | -1,526.52 |
| | 04/22/05 | Cash Receipt | -89.34 |

# EXHIBIT B

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Elizabeth K. Flaagan | Partner | Bankruptcy | $400.00 | 0.5 | $200.00 |
| Katheryn Coggon | Sp. Counsel | Environmental | $375.00 | 2.3 | $862.50 |
| Susan Haag | Paralegal | Bankruptcy | $175.00 | 0.0 | $0.00 |
| Theresa Enriquez | Pact. Support | Environmental | $75.00 | 1.0 | $75.00 |
| **TOTAL** | | | | **3.8** | **$1,137.50** |

# EXHIBIT C

| DESCRIPTION | TOTAL |
|---|---:|
| Photocopies | $0.00 |
| Facsimiles | $0.00 |
| Long Distance Telephone | $2.10 |
| Other Expenses | $651.58 |
| Meal Expenses | $0.00 |
| Lexis | $19.97 |
| Federal Express | $0.00 |
| Color Copies | $0.00 |
| Professional Billable Services | $2,876.96 |
| Velo Binding | $0.00 |
| **TOTALS** | **$3,550.61** |