**UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
|  | : | Chapter 11 |
|  | : |  |
| In re: | : | Case No. 01-01139 (JKF) |
|  | : |  |
| W. R. GRACE & CO., *et al*. | : | **RE: D.I. 19579, 20204** |
| Debtors. | : |  |
|  | : |  |

**OWENS-ILLINOIS, INC.'S PRELIMINARY OBJECTION TO THE
JOINT PLAN OF REORGANIZATION UNDER CHAPTER 11**

Owens-Illinois, Inc. ("Owens-Illinois"), pursuant to 11 U.S.C. § 1129, hereby files its Preliminary Objection (the "Objection") to the Joint Plan of Reorganization under Chapter 11 [D.I. #19579] (hereinafter the "Plan"). In support of its Objection, Owens-Illinois respectfully asserts as follows:

1. Pursuant to the Scheduling Order [D.I. #20204] entered on December 5, 2008, Owens-Illinois hereby provides its preliminary objections to the Plan in bullet-point form:

   - Owens-Illinois objects to the volitional delay provisions contained in the Plan, and the documents incorporated therein, including the Trust Agreement and the TDP: Section 5.1 of the TDP provides asbestos claimants with up to three years to file their claims with the 524(g) Trust, which is a longer period than most applicable state statute of limitations periods. Section 6.3 of the TDP then permits claimants to withdraw or defer their timely-filed claims for three (3) or more years. The combination of these provisions has the effect of enlarging the recovery for asbestos claimants while reducing the state law and common law rights of contribution, indemnification, and set-off which would ordinarily be available to asbestos co-defendants.

2. Contemporaneously herewith, Owens-Illinois will be serving discovery on all Plan Proponents, and hereby reserves the right to raise additional objections to confirmation of the Plan.

WHEREFORE, for the reasons stated herein, as well as any subsequent objection filed by Owens-Illinois, Owens-Illinois respectfully requests that the Court deny confirmation of the Plan.

        McCarter & English, LLP

        /s/ Katharine L. Mayer
        Katharine L. Mayer (DE #3758)
        Daniel M. Silver (DE #4758)
        Renaissance Centre
        405 N. King Street, 8th Floor
        Wilmington, DE 19899
        (302) 984-6300 - Telephone
        (302) 984-6399 - Facsimile
        kmayer@mccarter.com
        dsilver@mccarter.com

        Attorneys for Owens-Illinois, Inc.

Dated: December 22, 2008