**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| | : | Chapter 11 |
| In re: | : | Case No. 01-01139 (JKF) |
| W. R.  GRACE & CO., *et al*. | : | |
| Debtors. | : | |

**NOTICE OF SERVICE**

I, Katharine L. Mayer, Esquire, hereby certify that a true and correct copy of Owen-Illinois, Inc.'s First Set of Requests for Admission, Interrogatories, and Requests for Production of Documents and this Notice of Service were caused to be served on December 22, 2008 via the method indicated upon the parties listed on attached service list.

MCCARTER & ENGLISH, LLP

/s/ Katharine L. Mayer
Katharine L. Mayer (DE Bar #3758)
Daniel M. Silver (DE #4758)
Renaissance Centre
405 N. King Street, 8th Floor
Wilmington, DE 19801
(302) 984-6300
(302) 984-6399 Facsimile
kmayer@mccarter.com
dsilver@mccarter.com
*Attorneys for Owens-Illinois, Inc.*

Dated: December 22, 2008

ME1 7985918v.1

**SERVICE LIST**

**VIA FACSIMILE**
David M. Bernick, P.C.
Theodore L. Freedman
Janet S. Baer
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile:  (212) 446-4900


**VIA HAND DELIVERY**
Laura Davis Jones (#2436)
James E. O'Neill (#4042)
PACHULSKI STANG ZIEHL
& JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
*Counsel for the Debtors and Debtors in*
*Possession*


**VIA FACSIMILE**
Roger Frankel
Richard H. Wyron
ORRICK, HERRINGTON
& SUTCLIFFE LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile:(202) 339-8500


**VIA HAND DELIVERY**
John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
*Counsel for David T. Austern,*
*Asbestos PI Future Claimants'*
*Representative*

**VIA FACSIMILE**
Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

**VIA FACSIMILE**
Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301


**VIA HAND DELIVERY**
Marla R. Eskin (#2989)
Mark T. Hurford (#3299)
CAMPBELL & LEVINE, LLC
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
*Counsel for the Official Committee of*
*Asbestos Personal Injury Claimants*
Philip Bentley


**VIA FACSIMILE**
Douglas Mannal
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

ME1 7985918v.1

## SERVICE LIST

**<u>VIA HAND DELIVERY</u>**
Teresa K.D. Currier (#3080)
BUCHANAN INGERSOLL
& ROONEY PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: (302) 552-4200
*Counsel for the Official Committee of Equity*
*Security Holders*

ME1 7985918v.1