**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

**NOTICE OF SERVICE**

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on December 22, 2008, I caused a copy of *Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Request to The Scotts Company, LLC for the Production of Documents and Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Set of Interrogatories Directed to The Scotts Company LLC*, as well as the *Notice of Service*, to be served upon the individuals on the attached Exhibit A, in the manner indicated.

In addition, I caused a copy of this *Notice of Service* to be served upon the individuals on the attached Exhibit B, via first class mail, unless otherwise indicated.

Dated: December 22, 2008                **CAMPBELL & LEVINE, LLC**


  /s/ Mark T. Hurford
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
mhurford@camlev.com
Telephone: (302) 426-1900
Telefax: (302) 426-9947

{D0143412.1 }