## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re** : | : Chapter 11 |
| **W.R. GRACE & CO., et al.,** : | : Case No. 01-01139 (JKF) |
| **Debtors.** : | : Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE     :
                      : SS.
NEW CASTLE COUNTY     :

      Yvonne A. Dalton, being duly sworn according to law, deposes and says that she is a paralegal employed by the law firm of Richards, Layton & Finger, P.A., and that on December 22, 2008, she caused copies of the following to be served in the manner indicated on the attached service list:

- Preliminary Objections of the Scotts Company LLC to Confirmation of the First Amended Joint Plan of Reorganization, as Amended [Docket No. 20306]

Dated: December 22, 2008
     Wilmington, Delaware

Yvonne A. Dalton, Paralegal
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700

SWORN TO AND SUBSCRIBED before me this 22nd day of December, 2008.

Notary Public

ANN JEROMINSKI
Notary Public - State of Delaware
My Comm. Expires Feb. 14, 2010

RLF1-3353043-1

## SERVICE LIST

**VIA HAND DELIVERY**
Pachulski Stang Ziehl & Jones LLP
Attn: Laura Davis Jones
James E. O'Neill
Timothy Cairns
919 North Market Street, 16th Floor
Wilmington, DE 19801
*Counsel to Debtors*

Campbell & Levine, LLC
Attn: Marla R. Eskin
Mark T. Hurford
800 King Street, Suite 300
Wilmington, DE 19801
*Counsel to ACC*

Phillips, Goldman & Spence, P.A.
Attn: John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806
*Counsel to the Asbestos PI FCR*

Buchanan, Ingersoll & Rooney PC
Attn: Teresa D. Currier
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
*Counsel to the Equity Committee*

Office of the United States Trustee
Attn: David Klauder, Esquire
844 King Street, Suite 2313
Wilmington, DE 19801

**VIA FEDERAL EXPRESS**
Kirkland & Ellis LLP
Attn: David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601
*Counsel to Debtors*

Kirkland & Ellis LLP
Attn: Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Citigroup Center
153 E. 53rd Street
New York, NY 10022
*Counsel to Debtors*

Caplin & Drysdale, Chartered
Attn: Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
One Thomas Circle, NW
Washington, DC 20005
*Counsel to ACC*

Caplin & Drysdale, Chartered
Attn: Elihu Inselbuch
375 Park Avenue
New York, NY 10152
*Counsel to ACC*

Kramer Levin Naftalis & Frankel LLP
Attn: Philip Bentley
Douglas Mannal
919 Third Avenue
New York, NY 10022
*Counsel to the Equity Committee*

Orrick, Herrington & Sutcliffe LLP
Attn: Roger Frankel
Richard H. Wyron
Debra L. Felder
Columbia Center
1152 15th Street, NW
Washington, DE 20005
*Attorneys to the Asbestos PI FCR*

RLF1-3353043-1

Christopher M. Candon, Esq.
Daniel C. Cohn, Esq.
Cohn Whitesell & Goldberg
101 Arch Street
Boston, MA 02110
*Counsel to Libby Claimant*

RLF1-3353043-1