# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W.R. GRACE & CO., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered<br><br>Ref. Nos. 19581, 19620 & 20204 |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 22nd day of December, 2008, true and correct copies of the *Libby Claimants' First Interrogatories Propounded Upon Plan Proponents* were caused to be served via electronic mail on the parties on the attached service list.

Dated: December 22, 2008
       Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri Mumford*
Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for the Libby Claimants*

(Counsel to Debtors)
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Email: joneill@pszjlaw.com

(Counsel to Debtors)
David M. Bernick
Janet S. Baer
Lisa Esayian
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Email: dbernick@kirkland.com
   jbaer@kirkland.com
   lesayian@kirkland.com

(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
Email: ei@capdale.com

(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Peter Lockwood
Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Email: pvnl@capdale.com
   ndf@capdale.com

(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Robert Horkovich
Robert Chung
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Email: rhorkovich@andersonkill.com
   rchung@andersonkill.com

(Counsel to the Official Committee of Asbestos Personal Injury Claimants)
Marla Rosoff Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

(Counsel to Asbestos PI Future Claimants' Representative)
John C. Phillips
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Email: jcp@pgslaw.com

(Counsel to Asbestos PI Future Claimants' Representative)
Roger Frankel
Richard H. Wyron
Deborah Felder
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
Email: rfrankel@orrick.com
   rwyron@orrick.com
   dfelder@orrick.com

(Counsel to Official Committee of Equity Security Holders)
Phillip Bentley
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Email: pbently@kramerlevin.com

(Counsel to Official Committee of Equity Security Holders)
Richard A. Forsten
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801
Email: richard.forsten@bipc.com

(Counsel to Official Committee of PD Claimants)
Scott L. Baena
Jay Sakalo
Bilzin Sumberg Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131
Email: sbaena@bilzin.com
　　　　jsakalo@bilzin.com

(Counsel to Asbestos PD Future Claimants' Representative)
Alan B. Rich
One Main Place
1201 Main Street, Suite 1910
LB 201
Dallas, TX 75202
Email: arich@alanrichlaw.com

(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ 07102-3889
Email: wskatchen@duanemorris.com

(Counsel to Official Committee of PD Claimants)
Theodore Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899
Email: ttacconelli@ferryjoseph.com

(Counsel to Official Committee of Unsecured Creditors)
Kenneth Pasquale
Arlene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
Email: kpasquale@stroock.com
　　　　akrieger@streoock.com

(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Email: mlastowski@duanemorris.com

(Counsel to the State of Montana)
Francis A. Monaco, Jr.
Kevin J. Mangan
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Ste. 1501
Wilmington, DE 19801
Email: fmonaco@wcsr.com
　　　　kmangan@wcsr.com

(Counsel to Maryland Casualty Company, Zurich Insurance Company and Zurich International (Bermuda) Ltd)
Jeffrey C. Wisler
Mark J. Phillips
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 N. Orange Street
P.O. Box 2207
Wilmington, DE 19899
Email: jwisler@cblh.com
　　　　mphillips@cblh.com

(Counsel to Maryland Casualty Company, Zurich Insurance Company and Zurich International (Bermuda) Ltd)
Edward J. Longosz, II
Laura G. Stover
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC 20006
Email: elongosz@eckertseamans.com
　　　　lstover@eckertseamans.com

(Counsel to Continental Casualty Company, Transportation Insurance Co., and their American Insurance Affiliates)
Edward B. Rosenthal
Rosenthal, Monhait, & Goddess, P.A.
919 Market Street
Mellon Bank Center, Suite 1401
Wilmington, DE 19801
Email: erosenthal@rmgglaw.com

(Counsel to Continental Casualty Company, Transportation Insurance Co., and their American Insurance Affiliates)
Daniel M. Glosband
Brian H. Mukherjee
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
Email: dglosband@goodwinprocter.com
bmukherjee@goodwinprocter.com

(Counsel to Continental Casualty Company, Transportation Insurance Co., and their American Insurance Affiliates)
Elizabeth DeCristofaro
Ford Marrin Esposito Witmeyer & Gleser, L.L.P.
Wall Street Plaza, 23rd Floor
New York, NY 10005-1875
Email: emdecristofaro@fmew.com

(Counsel to Royal Indemnity Company, Arrowood Indemnity Company)
Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 North King Street, First Floor
Wilmington, DE 19801
Email: cbifferator@bglawde.com
gmcdaniel@bglawde.com

(Counsel to Royal Indemnity Company, Arrowood Indemnity Company)
Carl J. Pernicone
Wilson, Elser, Moskowitz, Edelman & Dicker LLP
150 East 42nd Street
New York, NY 10017-5639
Email: carl.pernicone@wilsonelser.com

(Counsel to Royal Indemnity Company, Arrowood Indemnity Company)
Paul R. Koepff
Tancred V. Schiavoni
Gary Svirsky
O'Melveny & Myers, LLP
Times Square Tower
7 Times Square
New York, NY 10036
Email: pkoepff@omm.com
tschiavoni@omm.com
gsvirsky@omm.com

(Counsel to Allstate Insurance Company)
James S. Yoder
White and Williams, LLP
824 N. Market Street, Suite 902
Wilmington, DE 19801
Email: yoderj@whiteandwilliams.com

(Counsel to Allstate Insurance Company)
Andrew K. Craig
Cuyler Burk, P.C.
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ 07054
Email: acraig@cuyler.com

(Counsel for Seaton Insurance Company and OneBeacon America Insurance, Government Employees Insurance Company and Columbia Insurance Company f/k/a Republic Insurance Company)
Warren T. Pratt
David P. Primack
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE 19801
Email: warren.pratt@dbr.com
david.primack@dbr.com

(Counsel for Seaton Insurance Company and OneBeacon America Insurance, Government Employees Insurance Company and Columbia Insurance Company f/k/a Republic Insurance Company)
Michael F. Brown
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Email: michael.brown@dbr.com

(Counsel for Fireman's Fund Insurance Company and Riumione Adriatica Di Sicorta)
John D. Demmy
Stevens & Lee, P.C.
1105 N. Market Street, 7th Floor
Wilmington, DE 19801
Email: jdd@stevenslee.com

(Counsel for Fireman's Fund Insurance Company and
Riumione Adriatica Di Sicorta)
Leonard P. Goldberger
Marnie E. Simon
Stevens & Lee PC
1818 Market Street, 29th Floor
Philadelphia, PA 19103-1702
Email: lpg@stevenslee.com
      mes@stevenslee.com

(Counsel for Century Indemnity Company, et al.)
Marc S. Casarino
White and Williams, LLP
824 N. Market Street, Suite 902
Wilmington, DE 19801
Email: casarinom@whiteandwilliams.com

(Counsel for Century Indemnity Company, et al.)
Joseph G. Gibbons
White and Williams LLP
1800 One Liberty Place
Philadelphia, PA 19103-7395
Email: gibbonsj@whiteandwilliams.com

(Counsel to Zurich Insurance Company and Zurich
International (Bermuda) Ltd.)
Richard A. Ifft
Karalee C. Morell
Wiley Rein LLP
1776 K Street, NW
Washington, DC 20006
Email: rifft@wileyrein.com
      kmorell@wileyrein.com

(Counsel to Federal Insurance Company)
Jeffrey R. Waxman
Cozen O'Connor
1201 N. Market Street
Suite 1400
Wilmington, DE 19801
Email: jwaxman@cozen.com

(Counsel to Federal Insurance Company)
William P. Shelley
Jacob C. Cohn
Cozen O'Connor
1900 Market Street
Philadelphia, PA 19103
Email: wshelley@cozen.com
      jcohn@cozen.com

(Counsel to the Scotts Company LLC, successer by merger to
The Scotts Company, and certain of its related entities)
Robert J. Stearn, Jr.
Cory D. Kandestin
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
P.O. Box 551
Wilmington, DE 19801
Email: stearn@rlf.com
      kandestin@rlf.com

(Counsel to the Scotts Company LLC, successer by merger to
The Scotts Company, and certain of its related entities)
Robert J. Sidman
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215
Email: rjsidman@vorys.com

(Counsel to BNSF Railway Company)
Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
PO Box 1709
Wilmington, DE 19899-1709
Email: meltzere@pepperlaw.com