# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I, David M. Fournier, do hereby certify that on the 22nd day of December, 2008, I did serve the foregoing Longacre Master Fund Ltd.'s Preliminary Objections To Confirmation Of First Amended Joint Plan Of Reorganization by causing a true and correct copy thereof to be served upon the attached service list in the manner indicated thereon.

/s/ David M. Fournier
David M. Fournier (DE No. 2812)

#10383010 v1

**VIA FACSIMILE**
David M. Bernick, P.C.
Theodore L. Freedman
Janet S. Baer
KIRKLAND & ELLIS LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022
Telephone: (212) 446-4800
Facsimile: (212) 446-4900

**VIA HAND DELIVERY**
Laura Davis Jones (#2436)
James E. O'Neill (#4042)
PACHULSKI STANG ZIEHL
& JONES LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
*Counsel for the Debtors and Debtors in Possession*

**VIA FACSIMILE**
Roger Frankel
Richard H. Wyron
ORRICK, HERRINGTON
& SUTCLIFFE LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005-1706
Telephone: (202) 339-8400
Facsimile:(202) 339-8500

**VIA HAND DELIVERY**
John C. Phillips, Jr. (#110)
PHILLIPS, GOLDMAN & SPENCE, P.A.
1200 North Broom Street
Wilmington, DE 19806
Telephone: (302) 655-4200
*Counsel for David T. Austern, Asbestos PI Future Claimants' Representative*

**VIA FACSIMILE**
Elihu Inselbuch
CAPLIN & DRYSDALE, CHARTERED
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Facsimile: (212) 644-6755

**VIA FACSIMILE**
Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, NW
Washington, DC 20005
Telephone: (202) 862-5000
Facsimile: (202) 429-3301

**VIA HAND DELIVERY**
Marla R. Eskin (#2989)
Mark T. Hurford (#3299)
CAMPBELL & LEVINE, LLC
800 King Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 426-1900
*Counsel for the Official Committee of Asbestos Personal Injury Claimants*
Philip Bentley

**VIA FACSIMILE**
Douglas Mannal
KRAMER LEVIN NAFTALIS &
FRANKEL LLP
1177 Avenue of the Americas
New York, NY 10036
Telephone: (212) 715-9100
Facsimile: (212) 715-8000

ME1 7975112v.1

**VIA HAND DELIVERY**
Teresa K.D. Currier (#3080)
BUCHANAN INGERSOLL
& ROONEY PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Telephone: (302) 552-4200
*Counsel for the Official Committee of Equity Security Holders*

ME1 7975112v.1