**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

|  |  |
|---|---|
| In Re: ) | **Chapter 11** |
| ) |  |
| **W.R. GRACE & CO., et al.,** ) | |
| ) | |
| Debtors. ) | **Case No. 01-1139 (JKF)** |
| ) | **Jointly Administered** |

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF NOTICES AND DOCUMENTS**

**PLEASE TAKE NOTICE** that Certain London Market Insurance Companies identified on attachment "A" hereto ("London Market Insurance Companies"), hereby appear by their counsel, Mendes & Mount LLP; such counsel hereby enters its appearance pursuant to Section 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 9010 (b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"); and such counsel hereby requests, pursuant to Bankruptcy Rules 2002, 3017 and 9007 and Sections 342 and 1109(b) of the Bankruptcy Code, that copies of all notices and pleadings given or filed in the above-captioned cases be given and served upon the following persons at the following address, telephone and facsimile number:

>Alexander J. Mueller, Esq.
>Thomas J. Quinn, Esq.
>Mendes & Mount, LLP
>750 Seventh Avenue
>New York, New York 10019-6829
>Tel: (212) 261-8000
>Fax: (212) 261-8750

Counsel authorizes service by email to the following email addresses: alexander.mueller@mendes.com and thomas.quinn@mendess.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules and sections of the Bankruptcy Code specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise, filed or made with regard to the above-captioned case and proceeding therein.

This Notice of Appearance and Request for Service of Notices and Documents shall not be deemed or construed to be a waiver of London Market Insurance Companies' right: (i) to have final orders in noncore matters entered only after *de novo* review by a District Judge, (ii) to trial by jury in any proceeding so triable in this case or any case, controversy or proceedings related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to contend that jurisdiction or venue in this Court is improper or inappropriate; or (v) of any other rights, claims, actions, defenses, setoffs or recoupments to which London Market Insurance Companies may be entitled, in law or in equity, all of which rights, claims,

actions, defenses, setoffs and recoupments London Market Insurance Companies expressly reserve.

Dated: December 23, 2008
       New York, New York

                                Respectfully submitted,

                                MENDES & MOUNT LLP

                                /s/ Alexander J. Mueller
                                _____
                                Alexander Mueller
                                Thomas J. Quinn
                                Mendes & Mount, LLP
                                750 Seventh Avenue
                                New York, NY  10019
                                212-261-8000
                                alexander.mueller@mendes.com
                                thomas.quinn@mendes.com

                                ATTORNEYS FOR
                                LONDON MARKET INSURANCE
                                COMPANIES

## ATTACHMENT A

**London Market Insurance Companies Which are Appearing as Interested Parties**[*]

World Auxiliary Insurance Corp., Ltd.
River Thames Insurance Company, Ltd.
Excess Insurance Company, Ltd.
Home & Overseas Insurance Company, Ltd.
London & Edinburgh General Insurance Company, Ltd. ("WM" A/C)
Edinburgh Assurance Company (No. 2 A/C)
Dominion Insurance Company, Ltd.
Stronghold Insurance Company, Ltd.
Terra Nova Insurance Co., Ltd.
London & Edinburgh General Insurance Company Ltd. (per Tower Underwriting
    Management Ltd.)
National Casualty Company of America Ltd.
Accident & Casualty Insurance Company of Winterthur (2 A/C)
Argonaut Northwest Insurance Co., Ltd.
St. Katherine Insurance Co., Ltd.
Turegrum Insurance Company
Yasuda Fire and Marine Insurance Company of Europe Limited
St. Katherine Ins. Co. Ltd. (X A/C)
Assicurazioni Generali Di Trieste E. Veuezia
CNA Reinsurance of London Ltd.
Winterthur Swiss Insurance Co.
Compagne D'Assurances Maritimes Aeriennes & Terrestres Societe Anonyme
Ancon (UK)
Alba General Insurance Co. Ltd. (per R.W. Gibbon and Son (Underwriting Agencies), Ltd.)
Fidelidade Insurance Company of Lisbon (per R.W. Gibbon and Son (Underwriting Agencies),
    Ltd.)
Helvetia Accident Swiss Insurance Company (per R.W. Gibbon and Son (Underwriting
    Agencies), Ltd.
Sphere Drake Insurance Company
Eagle Star Insurance Company (as successor in interest to British Northwestern Insurance
    Company

---

[*] This list is based upon currently available information and is meant to only include solvent and represented London Market Companies. London Market Insurance Companies expressly reserve the right to amend this list upon receipt of additional information. This list does not contain the names of those companies that allegedly subscribed to certain policies of insurance issued to W.R. Grace herein that are now insolvent, in personal liquidation or in other similar proceedings. This appearance is not being made on behalf of those companies.

## CERTIFICATE OF SERVICE

   I hereby certify that on December 23, 2008, a true and correct copy of the foregoing was served by regular first class mail, postage prepaid, on:

| | |
|---|---|
| W.R. Grace & Co.<br>Attn: General Counsel<br>7500 Grace Drive<br>Columbia, MD 21044 | Elihu Inselbuch, Esq.<br>Caplin & Drysdale, Chartered<br>375 Park Avenue, 35th Floor<br>New York, NY 10152 |
| Kirkland & Ellis LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022 | Scott L. Baena, Esq.<br>Jay M. Sakalo, Esq.<br>Minda M. Mora, Esq.<br>200 South Biscayne Blvd., Suite 2500<br>Miami, FL 33131 |
| Laura Davis Jones, Esq.<br>James E. O'Neill, Esq.<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 | David T. Austern<br>3110 Fairview Park Drive<br>Suite 200<br>Falls Church, VA 22042 |
| Peter Lockwood, Esq.<br>Ronald Reinsel, Esq.<br>Caplin & Dryesdale, Chartered<br>One Thomas Circle, N.W., Suite 1100<br>Washington, D.C. 20005 | Roger Frankel, Esq.<br>Orrick, Herrington & Sutcliffe LLP<br>1152 15th Street, NW<br>Washington, DC 20005 |
| | David Klauder, Esq.<br>Office of the United States Trustee<br>844 King Street, Suite 2207<br>Wilmington, DE 19801 |

                /s/ Alexander J. Mueller
                  Alexander J. Mueller