**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., *et al.* | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |

## NOTICE OF SERVICE

I, Mark T. Hurford, of Campbell & Levine, LLC, hereby certify that on December 22, 2008, I caused a copy of the following documents, to be served upon the individuals on the attached Exhibit A, in the manner indicated:

1. *Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Request to BNSF for the Production of Documents.*

2. *Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Set of Interrogatories Directed to BNSF.*

3. *Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Request to MCC for the Production of Documents.*

4. *Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Set of Interrogatories Directed to MCC.*

5. *Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Request to CNA for the Production of Documents.*

6. *Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Set of Interrogatories Directed to CNA.*

{D0143531.1 }

7. *Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Request to Fireman's Fund for the Production of Documents.*

8. *Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Set of Interrogatories Directed to Fireman's Fund.*

9. *Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Request to Arrowood for the Production of Documents.*

10. *Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Set of Interrogatories Directed to Arrowood.*

11. *Debtors', Asbestos PI Future Claimants' Representatives', and Official Committee of Asbestos Personal Injury Claimants' First Request to Federal for the Production of Documents.*

12. *Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Set of Interrogatories Directed to Federal.*

13. *Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Request to Zurich for the Production of Documents.*

14. *Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Set of Interrogatories Directed to Zurich.*

*15. Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Request to Century for the Production of Documents.*

*16. Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Set of Interrogatories Directed to Century.*

*17. Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Request to Seaton for the Production of Documents.*

*18. Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Set of Interrogatories Directed to Seaton.*

In addition, I caused a copy of this *Notice of Service* to be served on December 23, 2008, on the individuals on the attached Exhibit B, via first class mail, unless otherwise indicated.

Dated: December 23, 2008            **CAMPBELL & LEVINE, LLC**

*/s/ Mark T. Hurford*
Mark T. Hurford (No. 3299)
800 N. King Street, Suite 300
Wilmington, DE 19801
mhurford@camlev.com
Telephone: (302) 426-1900
Telefax: (302) 426-9947

{D0143531.1 }