## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-1139 (JKF) |
| Debtors. | (Jointly Administered)<br>RE: Docket No. 20311 |

## CERTIFICATE OF SERVICE

Scott J. Freedman hereby certifies that a true and correct copy of the Preliminary Objection of The Dow Chemical Company and its Affiliates to the First Amended Plan of Reorganization was served on December 22, 2008 via facsimile upon the parties listed on the attached service list.

Dated: December 22, 2008

/s/ Scott J. Freedman
Scott J. Freedman
LibertyView – Suite 700
457 Haddonfield Road
Cherry Hill, New Jersey 08002
Telephone: (856) 675-1962
Facsimile: (856) 675-1862

*Attorneys for The Dow Chemical Company
and Affiliates*

## Service List

David M. Bernick, P.C.
Theodore L. Freedman
Janet S. Baer
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NU 10022
Facsimile: (212) 446-4900

Laura Davis Jones (#2436)
James E. O'Neill (#4042)
Pachulski Stang Ziehl & Jones LLP
919 North market Street, 17th Floor
Wilmington, DE 19801
Facsimile: (302) 652-4400

Roger Frankel
Richard H. Wyron
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005-1706
Facsimile: (202) 339-8500

Marla R. Eskin (#2989)
Mark T. Hurford (#3299)
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801
Facsimile: (302) 426-9947

John C. Phillips, Jr. (#110)
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Facsimile: (302) 655-4210

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Facsimile: (212) 644-6755

Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005
Facsimile: (202) 429-3301

Douglas Mannal
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Facsimile: (212) 715-8000

Teresa K.D. Currier (#3080)
Buchanan Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801
Facsimile: (302) 552-4295

190184_1