# EXHIBIT A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.  R.  GRACE & CO., et al., | ) | Case No.  01-01139 (JKF) |
| | ) | (Jointly Administered) |
| Debtors. | ) | |
| | ) | Related to Docket No. 15421 |

## ORDER DENYING MOTION TO ALTER OR AMEND AS MOOT

AND NOW, this __ day of _____, 2008, it is ORDERED, ADJUDGED and

DECREED that the Motion to Alter or Amend the Court's Order and Memorandum Opinion

Disallowing and Expunging 71 Claims Entered on April 17, 2007 [Docket No. 15421], filed by

Speights & Runyan on April 27, 2007, is hereby denied as moot.

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Judge