IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. Grace & Co., et. al., | ) | Case No. 01-1139 (JFK) (Jointly Administered) |
| | ) | |
| | ) | |
| Debtors. | ) | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE

The United States of America hereby appears on behalf of the United States Department of Justice, and requests that all notices given or required to be given and all papers served or required to be served in this case be given to and served upon its attorney, Seth B. Shapiro, at the addresses (including his electronic mail address) and telephone numbers set forth below:

If served by regular mail:

> Seth B. Shapiro
> Trial Attorney
> U.S. Department of Justice - Civil Division
> Commercial Litigation Branch
> P.O. Box 875
> Ben Franklin Station
> Washington, D.C. 20044
> Tel: (202) 514-7164
> Fax: (202) 307-0494
> seth.shapiro@usdoj.gov

If served by hand delivery or overnight mail:

>Seth B. Shapiro
>Trial Attorney
>U.S. Department of Justice - Civil Division
>Commercial Litigation Branch
>1100 L Street, N.W.
>Room 10012
>Washington, DC 20005
>Tel: (202) 514-7164
>Fax: (202) 307-0494
>seth.shapiro@usdoj.gov

Date: December 23, 2008

>Respectfully submitted:
>
>**GREGORY G. KATSAS**
>Assistant Attorney General
>
>**DAVID WEISS**
>Acting United States Attorney
>
>**ELLEN W. SLIGHTS**
>Assistant United States Attorney
>
>/s/ Seth B. Shapiro
>J. CHRISTOPHER KOHN
>TRACY J. WHITAKER
>SETH B. SHAPIRO
>Attorneys, Civil Division
>U.S. Department of Justice
>P.O. Box 875
>Ben Franklin Station
>Washington, D.C. 20044
>Tel: (202) 514-7164
>Fax: (202) 307-0494
>
>Attorneys for the United States of America