IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | |
| Debtors. ) | Jointly Administered |
| ) | |
| ) | |

## NOTICE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on December 22, 2008, true and correct copies of BNSF Railway Company's Request For Production Of Documents Addressed To Debtors were served upon the following persons in the manner indicated:

| Via First Class Mail | Via First Class Mail |
|---|---|
| David M. Bernick, P. C.<br>Janet S. Baer, Esquire<br>Kirkland & Ellis<br>200 E. Randolph Drive<br>Chicago, IL  60601 | Theodore L. Freedman, Esquire<br>Deanna D. Boll, Esquire<br>Craig A. Bruens, Esquire<br>Kirkland & Ellis LLP<br>Citigroup Center, 153 E. 53rd Street<br>New York, NY 10022 |
| Via First Class Mail<br>Laura Davis Jones, Esquire<br>James E. O'Neill, Esquire<br>Timothy Cairns, Esquire<br>Pachulski Ziehl Stang Ziehl Young Jones<br>919 N. Market Street, 16th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899 | |

-2-

Dated:  December 22, 2008
       Wilmington, Delaware

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750
Counsel for BNSF Railway Company

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
Counsel for BNSF Railway Company