## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

### NOTICE OF SERVICE

I, Evelyn J. Meltzer, hereby certify that on December 22, 2008, true and correct copies of BNSF Railway Company's Request For Production Of Documents were served upon the attached service list by United States first class mail, postage pre-paid.

Dated:  December 22, 2008
        Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone:  (302) 777-6500
Facsimile:  (302) 421-8390
Counsel for BNSF Railway Company

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750
Counsel for BNSF Railway Company

(Counsel to American Employers Insurance Company, Employers Commercial Union n/k/a OneBeacon America Insurance Company; Unigard Insurance Company; Seaton Insurance Company)
David P. Primack, Esquire
Drinker Biddle & Reath, LLP
1100 N. Market Street
Suite 1000
Wilmington, DE  19801-1254

(Counsel to Maryland Casualty Company, Zurich American Insurance Company, and Zurich International (Bermuda) Ltd.)
Jeffrey C. Wisler, Esquire
Connolly Bove Lodge & Hutz LLP
The Nemours Building
1007 North Orange Street
P.O. Box 2207
Wilmington, DE  19899-2207

(Counsel to Continental Casualty Company)
Daniel M. Glosband, Esquire
Goodwin Proctor LLP
Exchange Place
Boston, MA  02109

(Counsel to Continental Casualty Company)
Edward B. Rosentahl, Esquire
Rosenthal Monhait & Goddess
919 Market Street, Suite 1401
Wilmington, DE  19899-1070

(Counsel to Continental Casualty Company)
Elizabeth DeCristofaro, Esquire
Ford Marrin Esposito Witmeyer & Gleser, LLP
Wall Street Plaza, 23rd Floor
New York, NY  10005-1875

(Counsel to Royal Insurance)
Megan N. Harper, Esquire
Bifferato Bifferato & Gentilotti
1308 Delaware Avenue
PO Box 2165
Wilmington, DE  19899

(Counsel to Fireman's Fund Insurance Company)
Leonard P. Goldberger, Esquire
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702

(Counsel to Fireman's Fund Insurance Co.)
Thomas G. Whalen, Esquire
Stevens & Lee, PC
1105 N. Market Street
7th Floor
Wilmington, DE  19801

(Counsel to McKinley Insurance Company f/k/a Gilbraltar Insurance Company)
Brian Lucian Kasprzak, Esquire
Marks O'Neill O'Brien & Courtn
913 North Market Street, #800
Wilmington, DE  19801

(Counsel to Century Indemnity Company, et al.)
Linda Marie Carmichael, Esquire
White And Williams, LLP
824 Market Street, Suite 902
Wilmington, DE  19801