IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

### FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM AUGUST 1, 2008 THROUGH AUGUST 31, 2008 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing); Hayden-Gulch West Coal Company; H-G Coal Company.

W JDR 152170 v1
2850487-000001 10/3/2008

*EXHIBIT B*

## AUGUST 2008 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
| --- | --- | --- |
| 8/5 | 2 | Continue to monitor asbestos ban legislation in House Energy and commerce Committee for potential impacts for Grace |
| 8/6 | 1 | Continue to monitor asbestos ban legislation in House Energy and commerce Committee for potential impacts for Grace |
| 8/12 | 2 | Monitor prioritization of environmental issues in both Democrat and Republican campaigns having impact on Grace |
| 8/14 | 2 | Monitor prioritization of issues from interest groups (industry and environmental organizations) that will possibly have an impact on Grace |
| 8/19 | 2 | Monitor prioritization of environmental issues in both Democrat and Republican campaigns having impact on Grace |
| 8/20 | 2 | Continue to follow events associated with Grace's Libby, MT facility both at state and federal agency level and within the judicial system |
| 8/26 | 2 | Monitor prioritization of environmental issues in both Democrat and Republican campaigns having impact on Grace |

W JDR 152170 v1
2850487-000001 10/3/2008

## AUGUST 2008 EXPENSES FOR JAMES D. RANGE

### No Expenses for August

W JDR 152170 v1
2850487-000001 10/3/2008