IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

**FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS
FOR THE PERIOD FROM SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008
FOR LEGISLATIVE AFFAIRS SERVICES**

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 152181 v1
2850487-000001 10/6/2008

**EXHIBIT B**

## SEPTEMBER 2008 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|---|---|---|
| 9/8 | 3 | Work with Grace official on a number of informational issues, in particular, follow progress of asbestos ban legislation in the House Energy and Commerce Committee and the Senate Environmental Committee |
| 9/10 | 2 | Telephone calls to Congressional staff of both House Energy & Commerce Committee and Senate Energy Committee to monitor the organization of hearing on asbestos ban legislation |
| 9/16 | 2 | Monitor Hearing in House Committee; review of legislative language and hearing record for possible implications impacting Grace's liability and other business interests |
| 9/17 | 1 | Telephone calls to Congressional staff of both House Energy & Commerce Committee and Senate Energy Committee to monitor the organization of hearing on asbestos ban legislation |
| 9/18 | 1 | Review activities in response to Congressional action on the asbestos ban legislation; |
| 9/23 | 2 | Review scientific input of EPA into House hearing process |
| 9/24 | 1 | Continue review scientific input of EPA into House hearing process |
| 9/25 | 3 | Review EPA's responses during actions by the House Energy & Commerce Committee for implications in Grace's liability and future business |
| 9/26 | 1 | Continue to review EPA's responses during actions by the House Energy & Commerce Committee for implications in Grace's liability and future business |

## SEPTEMBER 2008 EXPENSES FOR JAMES D. RANGE

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 09/30/08**

| Description | Date | Amount |
|---|---|---|
| Long Distance Charge | 8/11/2008 | $0.70 |
| Long Distance Charge | 8/18/2008 | $0.35 |
| Long Distance Charge | 8/28/2008 | $0.35 |
| Long Distance Charge | 9/2/2008 | $4.20 |
| Photo Reproduction Charge | 9/3/2008 | $20.60 |
| Shipping Expense | 9/3/2008 | $15.01 |
| Long Distance Charge | 9/4/2008 | $4.55 |
| Shipping Expense | 9/8/2008 | $14.86 |
| **Itemized Totals** | | **$60.62** |

| Summarized: | Amount |
|---|---|
| Long Distance Charge | $10.15 |
| Photo Reproduction Charge | $20.60 |
| Shipping Expense | $29.87 |
| **Summarized Totals** | **$60.62** |

W JDR 152181 v1
2850487-000001 10/6/2008