IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R.GRACE & CO., et al.[1] | ) | Case No. 01-01139 (JKF) |
| | ) | (Jointly Administered) |
| | ) | |

### FEE DETAIL FOR BAKER, DONELSON'S MONTHLY FEE AND EXPENSE APPLICATIONS FOR THE PERIOD FROM NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008 FOR LEGISLATIVE AFFAIRS SERVICES

---

[1] The Debtors consist of the following 62 entities: W.R. Grade & Co. (f/k/a Grace Specialty Chemicals, Inc.). W.R. Grace & Co.-Conn, A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a/ Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc. Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd;, G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (fka Grace Cocoa management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B (( Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc, Grace H-Gm II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W.R. Grace Capital Corporation, W.R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenni Development Company, L B Realty, Inc.,Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolity Enterprises Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, In.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Copr., Emerson & Cuming, Inc.), Sourhern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

W JDR 152946 v1
2850487-000001 12/15/2008

**EXHIBIT B**

## NOVEMBER 2008 FEES FOR JAMES D. RANGE

| Date | Hours | Description |
|------|-------|-------------|
| 11/4 | 2 | Monitor lame duck session regarding issues of importance to Grace |
| 11/5 | 2 | Monitor lame duck session regarding issues of importance to Grace |
| 11/11 | 2 | Monitor transition process within those agencies and departments that have authorities and issues with Grace |
| 11/12 | 2 | Monitor transition process within those agencies and departments that have authorities and issues with Grace |
| 11/19 | 2 | Monitor transition process within those agencies and departments that have authorities and issues with Grace |
| 11/20 | 2 | Monitor transition process within those agencies and departments that have authorities and issues with Grace |
| 11/24 | 1 | Monitor transition process within those agencies and departments that have authorities and issues with Grace |

## NOVEMBER 2008 EXPENSES FOR JAMES D. RANGE

**W.R. Grace Expenses**
**Client #2850487-000001**
**Itemized and summarized through 11/30/08**

| Description | Date | Amount |
|---|---|---|
| Transporation | 9/30/2008 | $30.38 |
| Long Distance Charge | 10/6/2008 | $2.45 |
| Long Distance Charge | 10/7/2008 | $0.35 |
| Computer Research | 10/14/2008 | $69.18 |
| Long Distance Charge | 10/20/2008 | $0.35 |
| Long Distance Charge | 11/5/2008 | $0.35 |
| Long Distance Charge | 11/18/2008 | $0.35 |
| **Itemized Totals** | | **$103.41** |

| Summarized: | Amount |
|---|---|
| Transportation | $30.38 |
| Long Distance Charge | $3.85 |
| Computer Research | $69.18 |
| **Summarized Totals** | **$103.41** |

....................