# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br><br>Jointly Administered<br>**Ref. No. 19067** |

## AMENDED AND RESTATED VERIFIED STATEMENT IN CONNECTION WITH THE REPRESENTATION OF CREDITORS AS REQUIRED BY FED. R. BANKR. P. 2019

Richard S. Cobb on behalf of Landis Rath & Cobb LLP ("LRC"), as attorneys for (i) Anchorage Advisors, LLC; (ii) Avenue Capital Group; (iii) Bass Companies; (iv) Caspian Capital Advisors, LLC; (v) Catalyst Investment Management Co., LLC; (vi) Intermarket Corp.; (vii) JD Capital Management, LLC; (viii) JP Morgan Chase, N.A. Credit Trading Group; (ix) Loeb Partners Corporation; (x) MSD Capital, L.P.; (xi) Babson Capital Management, Inc.; (xii) Normandy Hill Capital, L.P.; (xiii) Ore Hill Partners, LLC; (xiv) P. Schoenfeld Asset Management, LLC; (xv) Restoration Capital Management, LLC (xvi) D.E. Shaw Laminar Portfolios, LLC; (xvii) Cetus Capital LLC; and (xviii) Royal Bank of Scotland, PLC, (collectively, the "Bank Debt Holders"); and (a) JPMorgan Chase Bank as Administrative Agent for the Credit Agreement dated as of May 14, 1998; and (b) JPMorgan Chase Bank as Administrative Agent for the 364-Day Credit Agreement dated as of May 5, 1999 (collectively, the "Administrative Agent"), interested parties in the above-referenced cases, makes the following supplemental statement:

1. This Amended and Restated Verified Statement is filed in accordance with Fed. R. Bankr. 2019 and in accordance with that certain Revised Order Requiring Filing of Statements Pursuant to Fed. R. Bankr. P. 2019 dated October 22, 2004 [Docket No. 6715] (the "2019 Order").

672.001-23555.doc

2.    Cohn & Whitesell LLP and LRC are counsel for the Libby Claimants (the "Libby Claimants") in the above-captioned cases, as reflected in the previously filed Seventh Amended and Restated Verified Statement in Connection with the Representation of Creditors as Required by Fed. R. Bankr. P. 2019 [Docket No. 19664] (the "2019 Statement").

3.    LRC also is Delaware counsel to Campbell-Cherry-Harrison-Davis-Dove, P.C. ("Campbell Cherry"), which likewise is reflected in the 2019 Statement.

4.    LRC also is Delaware counsel to ICI Americas, a division of Akzo Nobel ("ICI"), which likewise is reflected in the 2019 Statement.

5.    LRC now has been engaged by the Bank Debt Holders[1] to represent them in their capacities as members of an informal group of holders of the claims (or as managers or advisors to such holders).

6.    LRC also now has been engaged by the Administrative Agent.

7.    LRC has fully advised the Clients with respect to this concurrent representation. The Clients each have (a) consented to such representation and (b) requested that LRC represent them in this case.

---

[1] The Libby Claimants, Campbell Cherry, ICI, Bank Debt Holders and Administrative Agent are collectively referred to herein as the "Clients."

2

672.001-23555.doc

8. LRC does not possess any claims against or interests in the Debtors.

Dated: December 24, 2008
      Wilmington, Delaware

LANDIS RATH & COBB LLP

_____
Adam G. Landis (No. 3407)
Richard S. Cobb (No. 3157)
James S. Green, Jr. (No. 4406)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450