IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>W. R. GRACE & CO., et al.<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>Jointly Administered |

**CERTIFICATION OF NO OBJECTION**
**REGARDING DOCKET NO. 19583**

The undersigned hereby certifies that, as of the date hereof, he has received no answer, objection or other responsive pleading to the **Twenty-Ninth Quarterly Fee Application of Duane Morris LLP for Compensation for Services Rendered and Reimbursement of Expenses as Counsel to the Official Committee of Unsecured Creditors for the Period From April 1, 2008 Through June 30, 2008** (the "Application") [Docket No. 19583] filed on September 22, 2008.

The undersigned further certifies that he has reviewed the Court's docket in this case and that no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Notice of Filing of the Twenty-Ninth Quarterly Fee Application, objections to the Application were to be filed and served no later than November 26, 2008 at 4:00 p.m.

Dated: December 24, 2008
Wilmington, Delaware

/s/ Michael R. Lastowski
Michael R. Lastowski (DE 3892)
Richard W. Riley (DE 4052)
DUANE MORRIS LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302)-657-4942
Facsimile:    (302)-657-4901
Email:          mlastowski@duanemorris.com
                    rwriley@duanemorris.com

*Co-Counsel for the Official*
*Committee of Unsecured Creditors*

DM3\883442.1