**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

_____

|                          |   |                                                         |
|--------------------------|---|---------------------------------------------------------|
| **In re:**               | ) | **Chapter 11**                                          |
|                          | ) |                                                         |
| **W.R. GRACE & CO., et al.,** | ) | **Case No. 01-1139 (JKF)**                         |
|                          | ) |                                                         |
| **Debtors.**             | ) | Objection Deadline: December 22, 2008 at 4:00 p.m.      |
|                          | ) | Ref. No. 20171                                          |

_____

**CERTIFICATION OF NO OBJECTION REGARDING DOCKET NO. 20171
(NO ORDER REQUIRED)**

The undersigned hereby certifies that, as of the date hereof, she has received no answer, objection or other responsive pleading to the Forty-Eighth Monthly Interim Application (the "Application") of David T. Austern, Future Claimants' Representative ("FCR") for the period from October 1, 2008 through October 31, 2008 (the "Period") filed with the Court on December 2, 2008 and entered on the Court's docket as Docket No. 20171. The undersigned further certifies that she has caused the Court's docket in this case to be reviewed and no answer, objection or other responsive pleading to the Application appears thereon. Pursuant to the Application, objections to the Application were to be filed no later than December 22, 2008.

Pursuant to the Administrative Order Under 11 U.S.C. §§ 105(a) and 331 Establishing Procedures for Interim Compensation and Reimbursement for Expenses for Professionals and Official Committee Members signed April 17, 2002, amending the Court's Administrative Order Pursuant to Sections 105(a) and 331 of the Bankruptcy Code Establishing Procedures for

Allowance and Payment of Monthly Interim Compensation and Reimbursement of Expenses of

Professionals, entered May 3, 2001, the Debtors are authorized to pay the FCR $6,040.00 (80%

of $7,550.00) in fees and no expenses for a total of $6,040.00 requested in the Application for

the Period upon the filing of this Certification and without the need for entry of a Court order

approving the Application.

ORRICK, HERRINGTON & SUTCLIFFE LLP

By:/S/ DEBRA L. FELDER
    Roger Frankel, admitted *pro hac vice*
    Richard H. Wyron, admitted *pro hac vice*
    Debra L. Felder, admitted *pro hac vice*
    Columbia Center
    1152 15th Street, NW
    Washington, DC  20005
    (202) 339-8400
    (202) 339-8500 (fax)

—and—

    PHILLIPS, GOLDMAN & SPENCE, P.A.
    John C. Phillips, Jr. (#110)
    1200 North Broom Street
    Wilmington, DE 19806
    (302) 655-4200
    (302) 655-4210 (fax)

    *Counsel to David T. Austern, Asbestos PI*
    *Future Claimants' Representative*

Dated: December 23, 2008