REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number     1796653
One Town Center Road                      Invoice Date       12/24/08
Boca Raton, FL   33486                    Client Number        172573



=====================================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

         Fees                            1,534.50
         Expenses                            0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $1,534.50
                                                           ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1796653 |
| Invoice Date | 12/24/08 |
| Client Number | 172573 |
| Matter Number | 60026 |

==========================================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 11/04/08 | Ament | E-mails with K. Love re: 10/27/08 hearing (.10); circulate 10/27/08 transcript to team (.10); meeting re: November hearing preparation for K&E (.10). | .30 |
| 11/05/08 | Ament | E-mails re: 11/13 and 11/14 hearing to assist K&E with logistics for hearing preparation. | .40 |
| 11/06/08 | Ament | Various e-mails and telephone calls to assist K&E with logistics for hearing preparation for 11/13 and 11/14 hearings. | .20 |
| 11/10/08 | Ament | Various e-mails, meetings and telephone calls to coordinate logistics for hearing preparation for K&E re: 11/13 and 11/14 hearings. | .50 |
| 11/11/08 | Ament | Various e-mails, telephone calls and meetings to assist K&E with logistics for hearing preparation for 11/13 and 11/14 hearings. | .80 |
| 11/12/08 | Ament | Telephone call from J. O'Neill re: hearing binders (.10); various e-mails and telephone calls to assist K&E with logistics for hearing preparation (.50); various e-mails and meetings with K. Love to assist with hearing preparation (.50); meet with D. Cameron re: | 2.00 |

172573 W. R. Grace & Co.                          Invoice Number  1796653
60026  Litigation and Litigation Consulting       Page    2
December 24, 2008


         Date    Name                                              Hours
        -------- -----------                                       -----

                            hearings (.10); update hearing
                            binders per J. O'Neill request
                            (.40); various e-mails and
                            telephone calls re: same (.30);
                            hand deliver hearing binders to
                            Judge Fitzgerald (.10).

     11/13/08 Ament         Various e-mails and meetings to           .40
                            assist K&E with hearing
                            preparation relating to 11/14
                            hearing (.20); assist K&E with
                            logistics for hearing preparation
                            relating to 11/24 and 12/15
                            hearings (.20).

     11/14/08 Ament         Various e-mails, meetings and             .70
                            telephone calls to assist K&E and
                            Pachulski with hearing preparation.

     11/17/08 Ament         Meet with D. Cameron re: Nov. and         .20
                            Dec. omnibus hearings (.10);
                            respond to e-mail from K. Love re:
                            11/24/08 hearing (.10).

     11/18/08 Ament         Various e-mails and telephone             .50
                            calls to assist K&E with logistics
                            for hearing preparation relating
                            to 11/24/08 hearing.

     11/19/08 Ament         Various e-mails and meetings to           .50
                            assist K&E with logistics for
                            hearing preparation relating to
                            11/24/08 omnibus hearing.

     11/21/08 Ament         Various e-mails, meetings and             .70
                            telephone calls to assist K&E with
                            logistics for 11/24/08 hearing
                            preparation.

     11/24/08 Ament         Various e-mails, meetings and            1.60
                            telephone calls to assist K&E with
                            hearing preparation (1.50); meet
                            with T. Rea re: hearing (.10).

     11/25/08 Ament         Various e-mails, meetings and             .50
                            telephone calls with chambers and
                            counsel re: 11/24/08 hearing.

                                                                  ------
                                              TOTAL HOURS           9.30

172573 W. R. Grace & Co.                          Invoice Number  1796653
60026  Litigation and Litigation Consulting       Page    3
December 24, 2008

| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Sharon A. Ament | 9.30 at $ 165.00 = | | 1,534.50 |
| | CURRENT FEES | | 1,534.50 |
| | | | ------------ |
| | TOTAL BALANCE DUE UPON RECEIPT | | $1,534.50 |
| | | | ============= |

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                    Invoice Number      1796656
5400 Broken Sound Blvd., N.W.                  Invoice Date      12/24/08
Boca Raton, FL 33487                           Client Number       172573



========================================================================================

Re: W. R. Grace & Co.


(60027)   Travel-Nonworking

         Fees                              1,040.00
         Expenses                              0.00

                         TOTAL BALANCE DUE UPON RECEIPT        $1,040.00
                                                              ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


| W. R. Grace | Invoice Number | 1796656 |
|---|---|---|
| 5400 Broken Sound Blvd., N.W. | Invoice Date | 12/24/08 |
| Boca Raton, FL 33487 | Client Number | 172573 |
| | Matter Number | 60027 |


=========================================================================

Re: (60027)  Travel-Nonworking

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2008

| Date | Name | | Hours |
|---|---|---|---|
| 11/24/08 | Rutkowski | Automobile travel from Richmond to Washington D.C. to work on cross-examination project (one-half non-work travel time). | 1.00 |
| 11/25/08 | Rutkowski | Automobile travel from Washington D.C. from Richmond to work on cross-examination project (one-half non-work travel time). | 1.60 |
| | | TOTAL HOURS | 2.60 |


| TIME SUMMARY | Hours | Rate | Value |
|---|---|---|---|
| Margaret Rutkowski | 2.60  at  $  400.00  = | | 1,040.00 |

CURRENT FEES                                         1,040.00


TOTAL BALANCE DUE UPON RECEIPT          $1,040.00
==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                              Invoice Number      1796657
5400 Broken Sound Blvd., N.W.            Invoice Date      12/24/08
Boca Raton, FL 33487                     Client Number       172573



===============================================================================

Re:  W. R. Grace & Co.


(60028)   ZAI Science Trial

          Fees                              6,439.50
          Expenses                              0.00

                    TOTAL BALANCE DUE UPON RECEIPT          $6,439.50
                                                       ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                     Invoice Number      1796657
5400 Broken Sound Blvd., N.W.                   Invoice Date       12/24/08
Boca Raton, FL 33487                            Client Number        172573
                                                Matter Number         60028


===============================================================================

Re: (60028)  ZAI Science Trial

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 10/27/08 | Samuel | Further legal research re ZAI claims. | 1.10 |
| 10/28/08 | Samuel | Draft email re research to T. Rea | .50 |
| 10/31/08 | Samuel | Review memo in preparation for meeting with T. Rea (.6); meet with T. Rea re updates to research (.2); review cases (.3). | 1.10 |
| 11/03/08 | Rea | Research re: ZAI claims. | .70 |
| 11/03/08 | Samuel | Review additional cases per T. Rea email (.7); email to T. Rea re same (.2). | .90 |
| 11/07/08 | Rea | Analysis of ZAI claims. | 2.60 |
| 11/10/08 | Rea | Call with K&E re: ZAI claim. | .30 |
| 11/10/08 | Restivo | Emails and telephone calls re: ZAI. | .50 |
| 11/11/08 | Rea | Reviewed ZAI claim material. | 1.20 |
| 11/13/08 | Rea | Call with K&E re: ZAI claims. | .30 |
| 11/13/08 | Restivo | Update Status Report and open issues. | .50 |
| 11/17/08 | Rea | Review, analyze and comments on ZAI aspects of issue in plan documents. | 5.90 |

```
172573 W. R. Grace & Co.                    Invoice Number  1796657
60028  ZAI Science Trial                    Page    2
December 24, 2008
```

```
       Date   Name                                         Hours
     -------- -----------                                  -----

     11/25/08 Rea            Call with M. Dierkes re: ZAI     .10
                             claims.

                                                           ------
                                          TOTAL HOURS       15.70
```

```
     TIME SUMMARY              Hours        Rate         Value
     -----------------------   ----------------------   -------
     James J. Restivo Jr.       1.00  at  $  675.00  =    675.00
     Traci Sands Rea           11.10  at  $  435.00  =  4,828.50
     Alexandria C. Samuel       3.60  at  $  260.00  =    936.00

                               CURRENT FEES                        6,439.50


                                                           ------------
                    TOTAL BALANCE DUE UPON RECEIPT           $6,439.50
                                                           ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                  Invoice Number      1796658
5400 Broken Sound Blvd., N.W.                Invoice Date        12/24/08
Boca Raton, FL 33487                         Client Number        172573


================================================================================

Re:  W. R. Grace & Co.


(60029)   Fee Applications-Applicant

         Fees                         5,472.50
         Expenses                         0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $5,472.50
                                                         ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                                    Invoice Number      1796658
5400 Broken Sound Blvd., N.W.                  Invoice Date       12/24/08
Boca Raton, FL 33487                           Client Number       172573
                                               Matter Number        60029


==========================================================================

Re:  (60029)   Fee Applications-Applicant

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 11/03/08 | Ament | Attend to billing matters (.10); meet with A. Muha re: same (.10); e-mails with D. Cameron re: same (.10). | .30 |
| 11/04/08 | Ament | Attend to billing matters (.20); various e-mails, meetings and telephone calls re: same (.30). | .50 |
| 11/05/08 | Ament | E-mails re: billing matters (.10); calculate fees and expenses re: 30th quarterly fee application (1.60); continue preparation of spreadsheet re: same (.50); revisions to narrative re: 30th quarterly fee application (.10); e-mails with J. Lord re: Oct. monthly fee application (.10); meet with A. Muha re: same (.10). | 2.50 |
| 11/06/08 | Ament | E-mails and meet with A. Muha re: consultant fee for Oct. (.10); arrange for payment to Environ relating to June and July consultant fees (.20). | .30 |
| 11/06/08 | Muha | E-mails re: consultant fee for October 2008. | .10 |
| 11/07/08 | Muha | Review report from Fee Auditor and e-mail to D. Cameron re: same. | .20 |

172573 W. R. Grace & Co.                    Invoice Number  1796658
60029   Fee Applications-Applicant         Page    2
December 24, 2008


        Date    Name                                            Hours
        ------- -----------                                     -----

    11/09/08 Ament          Continue calculating fees and        1.00
                            expenses for 30th quarterly fee
                            application (.80); revisions to
                            quarterly and narrative re: same
                            (.20).

    11/10/08 Muha           E-mails to/from T. Klapper re:       2.40
                            additional information to
                            supplement fee and expense detail
                            on grand jury matters (.4); review
                            and revise fee and expense detail
                            in Oct. 2008 fee application
                            materials, and research on various
                            entries to supplement fee and
                            expense detail entries (1.8);
                            e-mails with consultant re:
                            expenses for Oct. 2008 (.2).

    11/11/08 Ament          Attend to billing matters relating   1.00
                            to consultant fees (.20); meet
                            with A. Muha re: billing matters
                            (.10); complete calculations of
                            fees and expenses for 30th
                            quarterly fee application (.30);
                            revisions to narrative and summary
                            for quarterly fee application
                            (.30); provide same to A. Muha
                            (.10).

    11/11/08 Muha           Review, analyze and revise 30th      1.00
                            quarterly fee application.

    11/12/08 Ament          Review and respond to e-mail from     .60
                            J. Lord re: 30th quarterly fee
                            application (.10); various e-mails
                            and meetings with A. Muha re: same
                            (.10); finalize summary and
                            narrative re: same (.30); e-mail
                            same to J. Lord for DE filing
                            (.10).

    11/12/08 Lord           Revise and prepare Reed Smith 30th   1.50
                            quarterly fee application for
                            e-filing and service (1.4);
                            communicate with S. Ament re: same
                            (.1).

    11/13/08 Lord           Revise, e-file and perfect service    .80
                            of Reed Smith quarterly fee
                            application.

172573 W. R. Grace & Co.                          Invoice Number   1796658
60029  Fee Applications-Applicant                 Page    3
December 24, 2008

|            Date    Name                                                  | Hours |
| -------- | ------ |

| 11/14/08 Muha | Continue review and revisions to Oct. 2009 monthly fee application, including supplementation of expense entry detail, and calls/emails with S. Greives re: details for legal research expenses. | 1.20 |
| 11/17/08 Muha | Review and make additional changes to October 2008 fee and expense details for fee application. | 1.00 |
| 11/18/08 Ament | E-mails re: Oct. monthly fee application. | .10 |
| 11/19/08 Ament | Begin reviewing invoices for Oct. monthly fee application and calculating fees and expenses re: same (1.30); prepare spreadsheet re: same (.70); draft Oct. monthly fee application (.50); e-mails re: same (.10); provide fee application to A. Muha (.10). | 2.70 |
| 11/20/08 Ament | Meet with A. Muha re: Oct. monthly fee application (.10); finalize same (.20); e-mail same to J. Lord for DE filing (.10); e-mails and meet with D. Cameron re: billing matters (.10). | .50 |
| 11/20/08 Muha | Make final review of and revisions to Oct. 2008 monthly fee application materials and conferences with S. Ament re: filing. | 1.10 |
| 11/21/08 Lord | Communicate with S. Ament re: Reed Smith October monthly fee application. | .20 |
| 11/24/08 Lord | Research docket and draft CNO for Reed Smith September monthly fee application (.4); revise and prepare Reed Smith October monthly fee application for e-filing and service (.7); e-mail to S. Ament re: same (.2). | 1.30 |

```
172573 W. R. Grace & Co.                    Invoice Number  1796658
60029  Fee Applications-Applicant           Page    4
December 24, 2008
```

| Date | Name | | Hours |
|------|------|--|-------|

| Date | Name | | Hours |
|------|------|--|-------|
| 11/25/08 | Ament | Various e-mails with J. Lord re: filing of Oct. monthly fee application (.20); e-mail to D. Cameron and A. Muha re: same (.10); meet with A. Muha re: same (.10); finalize fee application in preparation for 11/28/08 filing (.20). | .60 |
| 11/25/08 | Lord | E-file and perfect service of CNO to Reed Smith September monthly fee application (.3); prepare correspondence to Grace re: same (.2); communicate with S. Ament re: Reed Smith October fee application (.1). | .60 |
| 11/26/08 | Ament | E-mails re: Oct. monthly fee application. | .10 |
| 11/28/08 | Ament | File Oct. monthly fee application per D. Cameron request (.20); perfect service of same (.20); various e-mails re: same (.10). | .50 |

```
                                                    ------
                                    TOTAL HOURS      22.10
```

| TIME SUMMARY | Hours | | Rate | | Value |
|--------------|-------|--|------|--|-------|
| Andrew J. Muha | 7.00 | at $ | 385.00 | = | 2,695.00 |
| John B. Lord | 4.40 | at $ | 230.00 | = | 1,012.00 |
| Sharon A. Ament | 10.70 | at $ | 165.00 | = | 1,765.50 |

```
                CURRENT FEES                              5,472.50


                                                    ------------
                TOTAL BALANCE DUE UPON RECEIPT          $5,472.50
                                                    ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                         Invoice Number      1796659
One Town Center Road                     Invoice Date       12/24/08
Boca Raton, FL    33486                  Client Number        172573



===================================================================================

Re:  W. R. Grace & Co.


(60030)  Hearings

         Fees                                11,472.00
         Expenses                                 0.00

                    TOTAL BALANCE DUE UPON RECEIPT        $11,472.00
                                                         ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1796659 |
| Invoice Date | 12/24/08 |
| Client Number | 172573 |
| Matter Number | 60030 |

===============================================================================

Re:  (60030)  Hearings

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2008

| Date | Name | | Hours |
|---|---|---|---|
| 11/12/08 | Cameron | Review materials relating to hearing and emails re:  same. | 1.30 |
| 11/14/08 | Cameron | Meet with R. Finke and K&E regarding hearing. | .50 |
| 11/24/08 | Rea | Preparation for, attendance at and participation in Omnibus Hearing and Canadian argument. | 8.00 |
| 11/24/08 | Restivo | Prepare for re-argument (2.8) ;Omnibus Hearing and re-argument at same (6.7); telephone call with R. Finke (0.3); meetings with D. Speights (0.4). | 10.20 |

TOTAL HOURS    20.00

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 1.80 | at | $ 615.00 | = | 1,107.00 |
| James J. Restivo Jr. | 10.20 | at | $ 675.00 | = | 6,885.00 |
| Traci Sands Rea | 8.00 | at | $ 435.00 | = | 3,480.00 |

CURRENT FEES                                        11,472.00


TOTAL BALANCE DUE UPON RECEIPT          $11,472.00

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                           Invoice Number     1796660
One Town Center Road                       Invoice Date      12/24/08
Boca Raton, FL   33486                     Client Number      172573


================================================================================

Re:  W. R. Grace & Co.


(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                             48,253.50
         Expenses                              0.00

                       TOTAL BALANCE DUE UPON RECEIPT        $48,253.50
                                                            ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                              Invoice Number      1796660
One Town Center Road                          Invoice Date       12/24/08
Boca Raton, FL    33486                       Client Number        172573
                                              Matter Number         60033


==============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 11/02/08 | Cameron | Review materials for P.D. claims and CMO. | .90 |
| 11/03/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 11/03/08 | Restivo | Review new correspondence, pleadings, and communications for period 10/21 to 11/4. | 2.30 |
| 11/04/08 | Ament | Assist team with various issues relating to PD claims (.10); e-mail to team re: same (.10). | .20 |
| 11/04/08 | Restivo | Review recent correspondence, pleadings, and memos (.9); telephone conference with S. Mandelsberg (.4). | 1.30 |
| 11/05/08 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 11/05/08 | Cameron | Review materials from J. Restivo. | .60 |
| 11/05/08 | Rea | Emails re:  DGS appeal. | .30 |
| 11/06/08 | Ament | Assist team with various issues relating to PD claims. | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1796660
60033  Claim Analysis Objection Resolution        Page    2
       & Estimation (Asbestos)
December 24, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 11/06/08 | Cameron | Prepare for (0.3) and meet with J. Restivo and T. Rea regarding open issues (0.8); follow-up from meetings (0.8). | 1.90 |
| 11/06/08 | Rea | Conference and follow-up re: outstanding property damage claims. | 1.70 |
| 11/06/08 | Restivo | Strategy meeting with Rea and Cameron. | .70 |
| 11/07/08 | Cameron | Attention to ZAI proofs of claim and next steps (1.4); attention to CMO (.9). | 2.30 |
| 11/07/08 | Garlitz | Assist team with various issues relating to PD claims (.20); E-mail to team re: same (1.0). | .30 |
| 11/07/08 | Rea | Settlement discussions. | .20 |
| 11/09/08 | Cameron | Attention to CMO and ZAI claim issues. | 1.60 |
| 11/10/08 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 11/10/08 | Cameron | Attention to ZAI proof of claims issues (0.9); attention to Canadian claims (0.7). | 1.60 |
| 11/10/08 | Restivo | Telephone conference with Mandelsberg. | .30 |
| 11/11/08 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 11/11/08 | Cameron | Telephone call with R. Finke regarding multiple open issues (0.7); summary memo regarding same (0.6); review materials from K&E (1.8) | 3.10 |
| 11/12/08 | Ament | Assist team with various issues relating to PD claims (.30); e-mails re: same (.10). | .40 |
| 11/12/08 | Cameron | Attention to open issues and ZAI claims review. | 1.70 |