172573 W. R. Grace & Co.                          Invoice Number  1796660
60033  Claim Analysis Objection Resolution        Page    3
       & Estimation (Asbestos)
December 24, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 11/12/08 | Restivo | Emails with K&E re:  various agendas and CMO material. | .40 |
| 11/13/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 11/13/08 | Cameron | Attention to ZAI claim issues. | .60 |
| 11/13/08 | Restivo | Update Status Report and open issues. | 1.00 |
| 11/14/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 11/14/08 | Cameron | Attention to remaining PD claims and appeals (0.4); attention to Canadian claims argument preparation (0.9). | 1.30 |
| 11/14/08 | Rea | Reviewed Anderson Memorial opinion. | .60 |
| 11/16/08 | Cameron | Attention to materials for Canadian claims motion for summary judgment argument. | 1.10 |
| 11/17/08 | Ament | Assist team with various issues relating to PD claims. | .30 |
| 11/17/08 | Cameron | Review summary judgment argument materials. | 1.50 |
| 11/17/08 | Restivo | Receipt and review of Disclosure Statement and Plan of Reorganization with attention to PD claims issues (.9); update status report (.5). | 1.40 |
| 11/18/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 11/18/08 | Cameron | Attention to preparation materials for Canadian claims summary judgment argument (1.1); attention to ZAI proofs of claim (0.8). | 1.90 |
| 11/18/08 | Rea | Reviewed plan for issues re: PD claims (.6); preparation for argument on Canadian Statute of Limitation (2.8). | 3.40 |

```
172573 W. R. Grace & Co.                    Invoice Number  1796660
60033  Claim Analysis Objection Resolution  Page   4
       & Estimation (Asbestos)
December 24, 2008
```

| Date | Name | | Hours |
|------|------|---|-------|
| 11/19/08 | Ament | Assist team with various issues relating to PD claims (.60); various e-mails and meetings with team re: same (.20). | .80 |
| 11/19/08 | Cameron | Prepare for and meet with J. Restivo regarding preparation for argument on Canadian claims summary judgment motion (1.1); review briefs and summary judgment record regarding same (2.6). | 3.70 |
| 11/19/08 | Rea | Preparation for Canadian Argument. | .30 |
| 11/19/08 | Restivo | Prepare for re-argument on Canadian statute of limitations. | 4.60 |
| 11/20/08 | Ament | Assist team with various issues relating to PD claims (.60); various e-mails re: same (.20). | .80 |
| 11/20/08 | Cameron | Prepare for and meet with T. Rea and J. Restivo regarding summary judgment argument preparation (1.8); follow-up from meeting, including brief, case law and record review (1.9). | 3.70 |
| 11/20/08 | Rea | Continue preparation for Canadian Summary Judgment argument. | 5.90 |
| 11/20/08 | Restivo | Prepare for re-argument re: Canadian claims (4.8); telephone calls with client and D. Speights (1.3); emails with K&E re: Omnibus Hearing (.4). | 6.50 |
| 11/21/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 11/21/08 | Cameron | Review draft argument and briefing regarding Canadian claims argument (1.40); prepare for and participate in argument prep call (1.20); follow-up from call (.30). | 2.90 |
| 11/21/08 | Rea | Continue preparation for Canadian Summary Judgment argument. | 2.30 |

172573 W. R. Grace & Co.                          Invoice Number  1796660
60033  Claim Analysis Objection Resolution        Page   5
       & Estimation (Asbestos)
December 24, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 11/21/08 | Restivo | Prepare for re-argument re: Canadian claims (3.5); telephone calls with D. Speights, R. Finke and T. Rea (1.0). | 4.50 |
| 11/22/08 | Cameron | E-mails regarding summary judgment argument. | .80 |
| 11/22/08 | Rea | Continue preparation for Canadian Summary Judgment argument. | 3.00 |
| 11/23/08 | Cameron | Continued emails re: summary judgment argument. | .90 |
| 11/24/08 | Ament | Assist team with various issues relating to PD claims. | .10 |
| 11/24/08 | Cameron | Emails regarding summary judgment argument (.60); e-mails regarding ZAI claims (.20). | .80 |
| 11/25/08 | Ament | Access Grace database and assist T. Rea with various issues relating to PD claims (.50); various e-mails and meetings re: same (.10). | .60 |
| 11/25/08 | Rea | Follow-up from Canadian argument. | 2.00 |
| 11/25/08 | Restivo | Correspondence and meetings re: Manitolia P.D. claim (.9); review CMO and other new filings (.6). | 1.50 |
| 11/26/08 | Ament | Assist team with various issues relating to PD claims. | .20 |
| 11/26/08 | Rea | Review of plan documents re: property damage claims (2.9); draft of consent order re: alter and amend claims (1.3); discussions re: omnibus agenda (.5). | 4.70 |

                                                            ------
                                          TOTAL HOURS       87.00


| TIME SUMMARY | Hours | Rate | Value |
|--------------|-------|------|-------|
| Douglas E. Cameron | 32.90 at $ 615.00 = | | 20,233.50 |

172573 W. R. Grace & Co.                          Invoice Number  1796660
60033  Claim Analysis Objection Resolution        Page    6
       & Estimation (Asbestos)
December 24, 2008


    James J. Restivo Jr.      24.50  at  $  675.00  =   16,537.50
    Traci Sands Rea           24.40  at  $  435.00  =   10,614.00
    Sharon A. Ament            4.90  at  $  165.00  =      808.50
    Margaret A. Garlitz        0.30  at  $  200.00  =       60.00

                         CURRENT FEES                   48,253.50


                                                     ------------
                         TOTAL BALANCE DUE UPON RECEIPT   $48,253.50
                                                     ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number    1796661
One Town Center Road                    Invoice Date      12/24/08
Boca Raton, FL    33486                 Client Number      172573

=================================================================================

Re: W. R. Grace & Co.

(60035)  Grand Jury Investigation

        Fees                        185,537.50
        Expenses                         0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $185,537.50
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1796661
One Town Center Road                      Invoice Date     12/24/08
Boca Raton, FL   33486                    Client Number      172573
                                          Matter Number       60035

===============================================================================

Re: (60035)  Grand Jury Investigation

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2008

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 10/29/08 | Rutkowski | Work on regulatory analysis. | 3.40 |
| 10/31/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .60 |
| 11/01/08 | Klapper | Continue work on regulatory and state of the art issues, drafting white paper analysis. | 5.30 |
| 11/02/08 | Klapper | Continue work on regulatory and state of the art issues, drafting white paper analysis. | 6.30 |
| 11/02/08 | Rutkowski | Emails with Mr. Klapper re: research project for asbestos and legislation (.2); research on asbestos project (.9). | 1.10 |
| 11/03/08 | Burns | Confer with attorney regarding index of documents and prepare email to B. Stansbury with attached index. | .20 |
| 11/03/08 | Cameron | Review materials relating to expert reports. | 1.90 |
| 11/03/08 | Chernin | Researched legislative history and decisions re: decisions re: regulatory issues pertaining to asbestos-containing products. | 1.70 |
| 11/03/08 | Klapper | Complete draft of regulatory issue outlines. | 8.20 |

172573 W. R. Grace & Co.                    Invoice Number  1796661
60035  Grand Jury Investigation             Page   2
December 24, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 11/03/08 | Rutkowski | Emails with librarian on research project for asbestos (.8); review materials on asbestos project (.9); emails with Mr. Klapper on asbestos research project (.2); emails with librarians on other parts of asbestos research projects (.5). | 2.40 |
| 11/03/08 | Stirling | Received Exhibit documents from regulatory agency and prepared them for review by T. Klapper. | 1.50 |
| 11/03/08 | Young-Jones | Research re: legislative materials requested by T. Klapper. | .80 |
| 11/04/08 | Cameron | Review materials from RJ Lee Group regarding database (1.7); e-mails regarding same (0.2). | 1.90 |
| 11/04/08 | Chernin | Researched legislative history and decisions re: decisions re: regulatory issues pertaining to asbestos-containing products. | 1.80 |
| 11/04/08 | Klapper | Continue work on expert cross outlines. | 7.40 |
| 11/05/08 | Cameron | Multiple e-mails regarding criminal case issues. | .90 |
| 11/05/08 | Chernin | Phone conferences regarding enforcement of statute, and further research re: same. | .50 |
| 11/05/08 | Klapper | Participate on calls re regulatory issues (1.4); continue work on expert cross outlines (5.3). | 6.70 |
| 11/05/08 | Rutkowski | Conference call with Mr. Klapper, Ms. Sanner, Ms. Taylor Payne regarding cross-examination project (.6); review materials regarding cross-examination project (3.5); emails with librarians regarding research on asbestos projects (.3). | 4.40 |
| 11/05/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.00 |

172573 W. R. Grace & Co.                           Invoice Number  1796661
60035 Grand Jury Investigation                     Page   3
December 24, 2008


| Date | Name | | Hours |
|------|------|---|-------|
| 11/05/08 | Young-Jones | Research re: legislative materials requested by T. Klapper. | .20 |
| 11/06/08 | Cameron | Review materials relating to EPA database and rebuttal expert materials. | 1.90 |
| 11/06/08 | Klapper | Prepare for meeting with expert (1.9); meet with expert re state of the art and regulatory issues (6.6). | 8.50 |
| 11/06/08 | Rutkowski | Emails to and with multiple local counsel regarding information on plaintiffs' experts for cross-examination in case (.6); review topics for cross-examination (.5); review emails from Mr. Klapper, Ms. Sanner, Ms. Taylor-Payne (.2). | 1.30 |
| 11/06/08 | Sanner | Review regulatory issues (.3); email correspondence with J. Taylor-Payne re same (.1). | .40 |
| 11/06/08 | Stirling | Continue research and compilation of key government documents. | 4.50 |
| 11/06/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.80 |
| 11/07/08 | Cameron | Attention to RJ Lee Group materials. | 1.20 |
| 11/07/08 | Klapper | Go over historical governmental issues with consultants (1.0); continue expert cross examination project (2.2). | 3.20 |
| 11/07/08 | Rutkowski | Multiple extensive emails with local counsel on transcripts of experts for cross-examination (1.1); emails with librarians regarding research on asbestos(.2); work on review of cross-examination outlines of experts for trial (4.7). | 6.00 |
| 11/07/08 | Salzberg | Research publications by expert witnesses. | 1.00 |

172573 W. R. Grace & Co.                          Invoice Number  1796661
60035 Grand Jury Investigation                    Page   4
December 24, 2008

|   Date   | Name        |                                                                                              | Hours |
| -------- | ----------- | -------------------------------------------------------------------------------------------- | ----- |
| 11/07/08 | Sanner      | Email correspondence with M. Stirling, J. Taylor-Payne and M. Rutkowski re transcript collection issues. | .90   |
| 11/07/08 | Stirling    | Continue research and compilation of key government documents.                               | 5.00  |
| 11/07/08 | Taylor-Payne | Continue research and compilation of key governmental documents.                            | 2.30  |
| 11/08/08 | Cameron     | Attention to expert work.                                                                    | 1.10  |
| 11/09/08 | Rutkowski   | Emails with local counsel re: transcripts for experts (.2).                                  | .20   |
| 11/10/08 | Cameron     | Review materials for meeting with R.J. Lee Group (0.9); attention to EPA database issues (0.8). | 1.70  |
| 11/10/08 | Klapper     | Continue work on expert cross outlines.                                                      | 4.30  |
| 11/10/08 | Rutkowski   | Emails with local counsel on transcripts of experts(.4); working on expert cross project (4.1). | 4.50  |
| 11/10/08 | Sanner      | Work on expert cross issues, including email correspondence with T. Klapper.                 | .20   |
| 11/10/08 | Stirling    | Continue research and compilation of key government documents.                               | 1.80  |
| 11/10/08 | Taylor-Payne | Continue research and compilation of key governmental documents.                            | .80   |
| 11/11/08 | Cameron     | Attention to materials for meeting with expert.                                              | 1.10  |
| 11/11/08 | Klapper     | Continue work on expert cross outlines.                                                      | 6.20  |
| 11/11/08 | Rutkowski   | Work on expert cross project (4.5); emails with local counsel on transcripts (.3).           | 4.80  |
| 11/11/08 | Salzberg    | Research publications by expert witnesses.                                                   | 1.20  |

172573 W. R. Grace & Co.                          Invoice Number  1796661
60035  Grand Jury Investigation                   Page    5
December 24, 2008

| Date | Name | | Hours |
|------|------|---|-------|
| 11/11/08 | Stirling | Continue research and compilation of key government documents. | 5.00 |
| 11/11/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.00 |
| 11/12/08 | Rutkowski | Work on expert cross-project (5.2); emails and calls with Ms. Sanner re: same (.3); emails with local counsel on expert project (.2). | 5.70 |
| 11/12/08 | Sanner | Work on transcript collection issues (.1); conference with M. Stirling re same (.3); email correspondence with A. Klapper re same (.1). | .50 |
| 11/12/08 | Stirling | Continue research and compilation of key government documents. | 5.00 |
| 11/13/08 | Cameron | Multiple calls and emails with R. Finke re: open issues (.80); prepare for and participate in call with K&E and R. Finke and follow-up for expert witness (1.40); review multiple reports and publications to prepare for expert witness meeting (2.90). | 5.10 |
| 11/13/08 | Klapper | Prepare for meeting with consultant (1.5); meet with consultant re regulatory and state of the art issues (6.8); follow-up on regulatory issues based on meeting (1.2); participate in joint defense call (.8). | 10.30 |
| 11/13/08 | Rutkowski | Work on cross-examination questions from experts (5.6); emails from Mr. Klapper re: specific questions from K&E (.3). | 5.90 |
| 11/13/08 | Sanner | Review themes of trial materials to prepare for cross examination of government experts. | 2.70 |
| 11/13/08 | Stirling | Continue research and compilation of key government documents. | 4.80 |

172573 W. R. Grace & Co.                    Invoice Number  1796661
60035 Grand Jury Investigation              Page    6
December 24, 2008


| Date | Name | | Hours |
|------|------|--|-------|

| 11/13/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.40 |
| 11/14/08 | Cameron | Prepare for and meet with R. Finke and expert witnesses (3.2); follow-up from meeting (0.6). | 3.80 |
| 11/14/08 | Klapper | Continue work on expert cross examination outlines. | 6.40 |
| 11/14/08 | Rutkowski | Work on expert cross-examination outlines (.8); conference call with Ms. Sanner, Mr. Klapper and Ms. Taylor-Payne (.5); emails with Ms. Taylor-Payne regarding status of expert information retrieval (.2); finalize information for Mr. Klapper on section of cross-examination questions (2.3); review information on four experts and email Mr. Klapper re: pertinent information for review (4.5). | 8.30 |
| 11/14/08 | Sanner | Telephone conference with A. Klapper re project contours (.1); conference with M. Rutkowski re transcript (.4); conference with M. Stirling re IDEX issues (.2); conference with M. Rutkowski, J. Taylor-Payne, and A. Klapper re cross-examination project (.5). | 1.20 |
| 11/14/08 | Stirling | Continue research and compilation of key government documents. | 5.00 |
| 11/14/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 3.50 |
| 11/15/08 | Cameron | Follow-up from expert witness meetings. | 1.90 |
| 11/15/08 | Rutkowski | Work on expert cross-examination questions. | 2.20 |
| 11/16/08 | Cameron | Review expert report materials. | 1.40 |
| 11/16/08 | Rutkowski | Work on expert cross-examination outlines. | 5.30 |

172573 W. R. Grace & Co.                    Invoice Number  1796661
60035  Grand Jury Investigation            Page   7
December 24, 2008

| Date | Name | | Hours |
|------|------|--|-------|
| 11/17/08 | Cameron | Follow-up from expert witness meetings and review of reports and publications. | 2.90 |
| 11/17/08 | Klapper | Continue work on cross examination project. | 4.30 |
| 11/17/08 | Rutkowski | Emails and conference calls regarding formation of additional cross-examination issues (.6); discussions with Ms. Sanner re: scope of project (.2). | .80 |
| 11/17/08 | Salzberg | Research articles by expert witness. | .30 |
| 11/17/08 | Sanner | Review historical data for use in expert defense strategy. | 2.50 |
| 11/17/08 | Stirling | Continue research and compilation of key government documents. | 4.00 |
| 11/17/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 2.10 |
| 11/18/08 | Cameron | Review materials from expert. | 1.20 |
| 11/18/08 | Klapper | Continue work on cross examination project. | 5.80 |
| 11/18/08 | Rutkowski | Work on cross-examination project (10.3); discussion with librarians on cross-examination project (.5); discussions with Ms. Sanner on cross-examination project (.3). | 11.10 |
| 11/18/08 | Salzberg | Research expert witnesses. | .80 |
| 11/18/08 | Sanner | Conference with M. Rutkowski re trial prep work assigned by A. Klapper. | .50 |
| 11/18/08 | Stirling | Continue research and compilation of key government documents. | 5.00 |
| 11/18/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.90 |
| 11/19/08 | Cameron | Attention to publications and reports from experts. | 2.90 |

172573 W. R. Grace & Co.                          Invoice Number  1796661
60035 Grand Jury Investigation                    Page    8
December 24, 2008

| Date | Name | | Hours |
|------|------|------|------|
| 11/19/08 | Klapper | Continue work on cross examination project. | 6.20 |
| 11/19/08 | Rutkowski | Work on cross-examination project (8.3); emails with Mr. Klapper, Ms. Sanner re: cross-examination project (.2); emails with librarian re: research on cross-examination project (.2). | 8.70 |
| 11/19/08 | Salzberg | Research cases re: expert witnesses for M. Rutkowski. | .50 |
| 11/19/08 | Sanner | Continue review of historical materials in connection with trial prep work assigned by A. Klapper. | 4.50 |
| 11/19/08 | Stirling | Continue research and compilation of key government documents. | 1.50 |
| 11/19/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .80 |
| 11/20/08 | Cameron | Review and comment on expert materials. | 1.10 |
| 11/20/08 | Klapper | Continue work on cross examination project. | 5.30 |
| 11/20/08 | Rutkowski | Work on cross-examination project (3.4); work on expert challenge project (2.1). | 5.50 |
| 11/20/08 | Sanner | Work on new trial issues as requested by A. Klapper. | 7.40 |
| 11/20/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 1.10 |
| 11/21/08 | Cameron | Review revised materials from experts. | 1.80 |
| 11/21/08 | Klapper | Continue work on cross examination project (6.7); meet with consultants re regulatory project (1.0). | 7.70 |

```
172573 W. R. Grace & Co.                    Invoice Number  1796661
60035  Grand Jury Investigation             Page   9
December 24, 2008
```

| Date | Name | | Hours |
|------|------|------|-------|
| 11/21/08 | Rutkowski | Work on expert background project (6.5); telephone conferences and emails with Mr. Klapper re: expert projects (.7); emails and telephone conference with librarian Ms. Salzberg re: expert project (.4). | 7.60 |
| 11/21/08 | Salzberg | Research state trial court appearances by expert witnesses. | 1.80 |
| 11/21/08 | Stirling | Continue research and compilation of key government documents. | 1.00 |
| 11/21/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | .50 |
| 11/22/08 | Klapper | Continue work on cross examination project. | 6.20 |
| 11/22/08 | Rutkowski | Work on expert background project. | 2.30 |
| 11/23/08 | Klapper | Continue work on cross examination project. | 5.70 |
| 11/23/08 | Rutkowski | Work on expert background project. | 1.20 |
| 11/24/08 | Klapper | Continue work on cross examination outlines. | 8.70 |
| 11/24/08 | Masal | Research hearing transcript per request of T. Klapper. | 2.50 |
| 11/24/08 | Rutkowski | Work on cross-examination project for Mr. Klapper (6.2); emails and conference call with librarian regarding finding information on experts (.3). | 6.50 |
| 11/24/08 | Salzberg | Research state trial court appearances by expert witnesses. | 2.40 |
| 11/24/08 | Sanner | Email correspondence with A. Klapper re TSCA 8(e) issues. | .40 |
| 11/25/08 | Klapper | Continue work on cross examination outlines. | 9.20 |

172573 W. R. Grace & Co.
60035 Grand Jury Investigation
December 24, 2008

Invoice Number  1796661
Page  10

| Date | Name | | Hours |
|------|------|---|-------|

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/25/08 | Rutkowski | Work on cross-examination project for criminal trial with Mr. Klapper (7.9); emails and telephone conference with librarian regarding research issues for cross-examination project (.3); emails and telephone calls with Ms. Taylor-Payne regarding cross-examination project (.4). | 8.60 |
| 11/25/08 | Taylor-Payne | Continue research and compilation of key governmental documents. | 4.00 |
| 11/26/08 | Cameron | Emails regarding RJ Lee Group work. | 1.30 |
| 11/26/08 | Klapper | Meet with consultants regarding regulatory issues (3.3); continue work on cross examination project (5.2) | 8.50 |
| 11/26/08 | Rutkowski | Discussion with Mr. Klapper regarding research on regulations (.2); finish work on expert project regarding prior cases (2.5). | 2.70 |
| 11/26/08 | Taylor-Payne | Continue research and compilation of key governmental documents | .30 |
| 11/27/08 | Klapper | Continue work on cross examination project. | 4.30 |
| 11/28/08 | Klapper | Continue work on cross examination project. | 5.10 |
| 11/29/08 | Cameron | Review RJ Lee Group materials. | 1.30 |
| 11/29/08 | Klapper | Continue work on cross examination project. | 6.20 |
| 11/29/08 | Rutkowski | Work on cross-examination for experts. | 1.90 |
| 11/30/08 | Klapper | Continue work on cross examination project. | 4.30 |
| 11/30/08 | Rutkowski | Work on cross-examination for experts. | 7.50 |

------

172573 W. R. Grace & Co.
60035 Grand Jury Investigation
December 24, 2008

Invoice Number  1796661
Page  11

TOTAL HOURS    422.70

| TIME SUMMARY | Hours | | Rate | | Value |
|---|---|---|---|---|---|
| Douglas E. Cameron | 36.40 | at $ | 615.00 | = | 22,386.00 |
| Antony B. Klapper | 160.30 | at $ | 575.00 | = | 92,172.50 |
| Margaret L. Sanner | 21.20 | at $ | 445.00 | = | 9,434.00 |
| Margaret Rutkowski | 119.90 | at $ | 400.00 | = | 47,960.00 |
| Yovana A. Burns | 0.20 | at $ | 210.00 | = | 42.00 |
| Jennifer L. Taylor-Payne | 25.10 | at $ | 200.00 | = | 5,020.00 |
| Mark C. Stirling | 44.10 | at $ | 130.00 | = | 5,733.00 |
| Anne L. Salzberg | 8.00 | at $ | 180.00 | = | 1,440.00 |
| Aleksandra Chernin | 4.00 | at $ | 185.00 | = | 740.00 |
| Julie K. Masal | 2.50 | at $ | 170.00 | = | 425.00 |
| Marguerita T. Young-Jones | 1.00 | at $ | 185.00 | = | 185.00 |

CURRENT FEES                                185,537.50

                                            ------------
TOTAL BALANCE DUE UPON RECEIPT              $185,537.50
                                            ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W.R. Grace & Co.                          Invoice Number      1796662
One Town Center Road                      Invoice Date      12/24/08
Boca Raton, FL   33486                    Client Number       172573


================================================================================

Re: W. R. Grace & Co.


(60038)  Property Damage Claim Appeals

        Fees                          2,523.00
        Expenses                          0.00

                    TOTAL BALANCE DUE UPON RECEIPT      $2,523.00
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                       Invoice Number    1796662
One Town Center Road                   Invoice Date      12/24/08
Boca Raton, FL    33486                Client Number      172573
                                       Matter Number       60038

========================================================================

Re: (60038)  Property Damage Claim Appeals

FOR PROFESSIONAL SERVICES PROVIDED THROUGH NOVEMBER 30, 2008

| Date | Name | | Hours |
| --- | --- | --- | --- |
| 11/10/08 | Rea | Received materials for appeals. | .40 |
| 11/11/08 | Rea | Reviewed materials for appeal. | 2.50 |
| 11/12/08 | Rea | Reviewed appeal information. | 1.60 |
| 11/13/08 | Rea | Reviewed material for appeals. | .50 |
| 11/20/08 | Rea | Reviewed mediation order. | .20 |
| 11/25/08 | Rea | Call with S. Mendelsburg re: appeal. | .10 |
| 11/28/08 | Rea | Review of prior mediation statement and order re: mediation. | .50 |

                                                        ------
                                       TOTAL HOURS       5.80

| TIME SUMMARY | Hours | Rate | Value |
| --- | --- | --- | --- |
| Traci Sands Rea | 5.80 at $ 435.00 = | | 2,523.00 |
| | CURRENT FEES | | 2,523.00 |

                                                     ------------
                    TOTAL BALANCE DUE UPON RECEIPT     $2,523.00
                                                     ============