REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1796749 |
| Invoice Date | 12/24/08 |
| Client Number | 172573 |

===============================================================================

Re: W. R. Grace & Co.


(60026)  Litigation and Litigation Consulting

| | |
|---|---|
| Fees | 0.00 |
| Expenses | 2,012.17 |

TOTAL BALANCE DUE UPON RECEIPT          $2,012.17
=============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number       1796749
One Town Center Road                      Invoice Date        12/24/08
Boca Raton, FL    33486                   Client Number        172573
                                          Matter Number         60026

===============================================================================

Re: Litigation and Litigation Consulting


FOR COSTS ADVANCED AND EXPENSES INCURRED:

        IKON Copy Services                      33.30
        PACER                                    0.80
        Duplicating/Printing/Scanning          413.80
        Courier Service - Outside              450.70
        Secretarial Overtime                   472.50
        Parking/Tolls/Other Transportation      13.75
        Mileage Expense                         35.10
        Meal Expense                           522.72
        General Expense                         69.50

                     CURRENT EXPENSES                      2,012.17
                                                       - - - - - - - - - - - - -

                     TOTAL BALANCE DUE UPON RECEIPT        $2,012.17
                                                       =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                        Invoice Number     1796749
One Town Center Road                    Invoice Date       12/24/08
Boca Raton, FL   33486                  Client Number        172573
                                        Matter Number         60026

=============================================================================

Re: (60026)  Litigation and Litigation Consulting

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| Date | Description | Amount |
|---|---|---|
| 10/01/08 | PACER | .80 |
| 10/26/08 | Secretarial Overtime: Assist and prepare K&E for omnibus hearing. | 232.50 |
| 10/26/08 | Secretarial Overtime: Secretarial assistance to K&E for hearing prep. | 180.00 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to TED FREEDMAN KIRKLAND & ELLIS (NEW YORK NY 10022). | 13.54 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to JANET BAER KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to LISA ESAYRAN KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |

172573 W. R. Grace & Co.                          Invoice Number  1796749
60026  Litigation and Litigation Consulting       Page   2
December 24, 2008


| | | |
|---|---|---|
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to CRAIG BRUENS KIRKLAND & ELLIS (NEW YORK NY 10022). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to JAMES E. O'NEILL PACHULSKI STANG ZIEHL JONES (WILMINGTON DE 19801). | 21.36 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Courier Service - UPS - Shipped from Debbie Steinmeyer Reed Smith LLP - Pittsburgh to KIMBERLY LOVE KIRKLAND & ELLIS (CHICAGO IL 60601). | 34.65 |
| 10/27/08 | Secretarial Overtime: Assisted Kirkland & Ellis at court. | 30.00 |
| 10/27/08 | Secretarial Overtime: Secretarial assistance to K&E for hearing prep. | 30.00 |
| 11/03/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/03/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1796749
60026  Litigation and Litigation Consulting       Page    3
December 24, 2008

| Date | Description | Amount |
|---|---|---|
| 11/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/06/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | General Expense - - VENDOR: JAMES J. RESTIVO,<br>JR.  - TWO COURT CALLS FOR W.R. GRACE OMNIBUS<br>HEARINGS | 69.50 |
| 11/10/08 | Meal Expense - - THE BAGEL FACTORY - Breakfast<br>for 8 attorneys and 2 paralegals on 11/13/08<br>for Kirkland preparation for hearing. | 159.98 |
| 11/10/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 11/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1796749
60026  Litigation and Litigation Consulting       Page    4
December 24, 2008


| 11/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/10/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPY | 1.20 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/12/08 | IKON Copy Services - - VENDOR: IKON OFFICE<br>SOLUTIONS, INC. - COPYING | 33.30 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1796749
60026  Litigation and Litigation Consulting       Page    5
December 24, 2008

| 11/12/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
|----------|------------------------------------------------------|-----|
| 11/12/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning ATTY # 4810; 42 COPIES | 4.20 |
| 11/12/08 | Duplicating/Printing/Scanning ATTY # 4810; 170 COPIES | 17.00 |
| 11/12/08 | Duplicating/Printing/Scanning ATTY # 4810; 45 COPIES | 4.50 |
| 11/12/08 | Duplicating/Printing/Scanning ATTY # 4810; 16 COPIES | 1.60 |
| 11/12/08 | Duplicating/Printing/Scanning ATTY # 4810; 55 COPIES | 5.50 |
| 11/12/08 | Duplicating/Printing/Scanning ATTY # 4810; 65 COPIES | 6.50 |
| 11/12/08 | Duplicating/Printing/Scanning ATTY # 4810; 144 COPIES | 14.40 |
| 11/12/08 | Duplicating/Printing/Scanning ATTY # 4810; 14 COPIES | 1.40 |
| 11/12/08 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning ATTY # 4810; 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning ATTY # 4810; 39 COPIES | 3.90 |
| 11/12/08 | Duplicating/Printing/Scanning ATTY # 4810; 38 COPIES | 3.80 |

172573 W. R. Grace & Co.                        Invoice Number  1796749
60026  Litigation and Litigation Consulting     Page   6
December 24, 2008

| | | |
|---|---|---:|
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 80 COPIES | 8.00 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 42 COPIES | 4.20 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 2 COPIES | .20 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 7 COPIES | .70 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 150 COPIES | 15.00 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 66 COPIES | 6.60 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 90 COPIES | 9.00 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 15 COPIES | 1.50 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 18 COPIES | 1.80 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 35 COPIES | 3.50 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 14 COPIES | 1.40 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 85 COPIES | 8.50 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |

172573 W. R. Grace & Co.                          Invoice Number  1796749
60026  Litigation and Litigation Consulting        Page    7
December 24, 2008

| Date | Description | Amount |
|---|---|---|
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 3 COPIES | .30 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 8 COPIES | .80 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 9 COPIES | .90 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 19 COPIES | 1.90 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 475 COPIES | 47.50 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 46 COPIES | 4.60 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 48 COPIES | 4.80 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 59 COPIES | 5.90 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 24 COPIES | 2.40 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 84 COPIES | 8.40 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 20 COPIES | 2.00 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 4 COPIES | .40 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 2.50 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 75 COPIES | 7.50 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 75 COPIES | 7.50 |

172573 W. R. Grace & Co.
60026  Litigation and Litigation Consulting
December 24, 2008

Invoice Number  1796749
Page    8

| Date | Description | Amount |
|---|---|---|
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 2.50 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 17 COPIES | 1.70 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 64 COPIES | 6.40 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 324 COPIES | 32.40 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 9 COPIES | .90 |
| 11/19/08 | Meal Expense - -  Lunch for 8 attorneys and 2<br>paralegals on 11/13/08 for Kirkland preparation<br>for hearing. | 158.55 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                              Invoice Number  1796749
60026  Litigation and Litigation Consulting           Page    9
December 24, 2008


| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
|----------|---------------------------------------------------------|-----|
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1796749
60026  Litigation and Litigation Consulting       Page  10
December 24, 2008

| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Mileage Expense - - VENDOR: TERESA A. MARTIN  -<br>ASSIST K&E FOR HEARING | 35.10 |
| 11/21/08 | Parking/Tolls/Other Transportation - - VENDOR:<br>TERESA A. MARTIN  - ASSIST K&E FOR HEARING | 13.75 |
| 11/23/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 762 COPIES | 76.20 |
| 11/23/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 33 COPIES | 3.30 |
| 11/23/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 49 COPIES | 4.90 |
| 11/24/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 100 COPIES | 10.00 |
| 11/24/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 12 COPIES | 1.20 |
| 11/24/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 11/24/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 334 COPIES | 33.40 |
| 11/24/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 6 COPIES | .60 |
| 11/24/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 11/25/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 75 COPIES | 7.50 |

172573 W. R. Grace & Co.                          Invoice Number  1796749
60026  Litigation and Litigation Consulting       Page  11
December 24, 2008


| 11/28/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/30/08 | Meal Expense - - Drinks for 10 people during<br>hearing preparation meeting, 11/13/08. | 16.00 |
| 11/30/08 | Meal Expense - -  EADIES KITCHEN & MARKET OF<br>PIT - Lunch for 6 attorneys and 1 paralegal on<br>11/14/08 relating to hearing. | 101.32 |
| 11/30/08 | Meal Expense - - EADIES KITCHEN & MARKET OF PIT<br>- Breakfast for 6 attorneys and 1 paralegal on<br>11/14/08 relating to hearing. | 86.87 |

                        CURRENT EXPENSES                    2,012.17
                                                          ------------
                        TOTAL BALANCE DUE UPON RECEIPT     $2,012.17
                                                          ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630


W. R. Grace                          Invoice Number      1796750
5400 Broken Sound Blvd., N.W.        Invoice Date        12/24/08
Boca Raton, FL 33487                 Client Number        172573


==================================================================================

Re: W. R. Grace & Co.


(60028)  ZAI Science Trial

        Fees                              0.00
        Expenses                      1,186.09

                    TOTAL BALANCE DUE UPON RECEIPT        $1,186.09
                                                      =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W. R. Grace                          Invoice Number      1796750
5400 Broken Sound Blvd., N.W.        Invoice Date        12/24/08
Boca Raton, FL 33487                 Client Number        172573
                                     Matter Number         60028

===============================================================================

Re: ZAI Science Trial


    FOR COSTS ADVANCED AND EXPENSES INCURRED:

        Telephone Expense                        0.55
        Duplicating/Printing/Scanning           33.90
        Westlaw                              1,151.64

                    CURRENT EXPENSES                     1,186.09
                                                    -------------

                    TOTAL BALANCE DUE UPON RECEIPT       $1,186.09
                                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA 15251-6074
Tax ID# 25-0749630

W. R. Grace                              Invoice Number      1796750
5400 Broken Sound Blvd., N.W.            Invoice Date       12/24/08
Boca Raton, FL 33487                     Client Number       172573
                                         Matter Number        60028

================================================================================

Re: (60028)  ZAI Science Trial


FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 10/21/08 | Westlaw A. Samuel research re: ZAI claims issues. | 150.60 |
| 10/22/08 | Westlaw A. Samuel research re: ZAI claims issues. | 486.36 |
| 10/23/08 | Westlaw A. Samuel research re: ZAI claims issues. | 166.38 |
| 10/24/08 | Westlaw A. Samuel research re: ZAI claims issues. | 348.30 |
| 11/03/08 | Duplicating/Printing/Scanning ATTY # 0349; 330 COPIES | 33.00 |
| 11/03/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/03/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/10/08 | Telephone Expense 312-861-2353/CHICAGO, IL/8 | .35 |
| 11/13/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/17/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/17/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |

```
172573 W. R. Grace & Co.                      Invoice Number  1796750
60028  ZAI Science Trial                      Page    2
December 24, 2008
```

| Date | Description | Amount |
|---|---|---|
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/25/08 | Telephone Expense<br>212-478-7360/NEW YORK, NY/5 | .20 |

```
                          CURRENT EXPENSES              1,186.09
                                                     ------------
                          TOTAL BALANCE DUE UPON RECEIPT   $1,186.09
                                                     ============
```

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1796751
One Town Center Road                      Invoice Date      12/24/08
Boca Raton, FL    33486                   Client Number      172573

=================================================================================

Re: W. R. Grace & Co.

(60033)  Claim Analysis Objection Resolution & Estimation
         (Asbestos)

         Fees                             0.00
         Expenses                       712.78

                     TOTAL BALANCE DUE UPON RECEIPT          $712.78
                                                      ==============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

| W.R. Grace & Co. | | |
|---|---|---|
| One Town Center Road | Invoice Number | 1796751 |
| Boca Raton, FL   33486 | Invoice Date | 12/24/08 |
| | Client Number | 172573 |
| | Matter Number | 60033 |

==============================================================================

Re: Claim Analysis Objection Resolution & Estimation
    (Asbestos)


    FOR COSTS ADVANCED AND EXPENSES INCURRED:

|  |  |
|---|---|
| Telephone Expense | 4.45 |
| PACER | 2.56 |
| Duplicating/Printing/Scanning | 33.90 |
| Westlaw | 366.00 |
| Meal Expense | 305.87 |
| CURRENT EXPENSES | 712.78 |
| | ------------- |
| TOTAL BALANCE DUE UPON RECEIPT | $712.78 |
| | ============= |