REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number     1796751
One Town Center Road                      Invoice Date    12/24/08
Boca Raton, FL   33486                    Client Number     172573
                                          Matter Number      60033

===============================================================================

Re: (60033)  Claim Analysis Objection Resolution & Estimation
             (Asbestos)


     FOR COSTS ADVANCED AND EXPENSES INCURRED:

     10/31/08    PACER                                          2.56

     11/04/08    Duplicating/Printing/Scanning                   .30
                 ATTY # 0349; 3 COPIES

     11/04/08    Duplicating/Printing/Scanning                   .20
                 ATTY # 0559; 2 COPIES

     11/05/08    Telephone Expense                               .20
                 212-478-7360/NEW YORK, NY/4

     11/06/08    Duplicating/Printing/Scanning                   .10
                 ATTY # 000559: 1 COPY

     11/10/08    Duplicating/Printing/Scanning                   .20
                 ATTY # 0559; 2 COPIES

     11/11/08    Telephone Expense                              1.65
                 410-531-4355/COLUMBIA, MD/33

     11/12/08    Duplicating/Printing/Scanning                   .20
                 ATTY # 0559; 2 COPIES

     11/12/08    Duplicating/Printing/Scanning                   .10
                 ATTY # 0559; 1 COPY

     11/12/08    Duplicating/Printing/Scanning                   .40
                 ATTY # 0559; 4 COPIES

     11/12/08    Duplicating/Printing/Scanning                   .20
                 ATTY # 0559; 2 COPIES

     11/12/08    Duplicating/Printing/Scanning                   .30
                 ATTY # 0559; 3 COPIES

172573 W. R. Grace & Co.                          Invoice Number  1796751
60033  Claim Analysis Objection Resolution        Page    2
       & Estimation (Asbestos)
December 24, 2008

| | | |
|---|---|---|
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 1 COPIES | .10 |
| 11/13/08 | Telephone Expense<br>302-652-4100/WILMINGTON, DE/2 | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 20 COPIES | 2.00 |
| 11/17/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 6 COPIES | .60 |
| 11/17/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 11/18/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 11/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 121 COPIES | 12.10 |
| 11/20/08 | Telephone Expense<br>410-531-4355/COLUMBIA, MD/39 | 1.95 |
| 11/20/08 | Telephone Expense<br>843-987-0794/LOWCOUNTRY, SC/8 | .40 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPIES | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

```
172573  W. R. Grace & Co.                      Invoice Number   1796751
60033  Claim Analysis Objection Resolution     Page    3
       & Estimation (Asbestos)
December 24, 2008
```

| Date | Description | Amount |
|---|---|---|
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 11/20/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 3 COPIES | .30 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 1398; 2 COPIES | .20 |
| 11/21/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 25 COPIES | 2.50 |
| 11/21/08 | Westlaw  - T. Rea research | 366.00 |
| 11/24/08 | Meal Expense - - VENDOR: EADIES KITCHEN &<br>MARKET OF PIT - HEARING W/ CO-COUNSEL-FOR 17<br>PEOPLE AT USS TOWER 32B (DURING PD CLAIM<br>HEARING) | 140.21 |
| 11/24/08 | Meal Expense - - VENDOR: EADIES KITCHEN &<br>MARKET OF PIT - HEARING W/ CO-COUNSEL- FOR 17<br>PEOPLE AT USS TOWER 32B (DURING PD CLAIM<br>HEARING) | 88.40 |
| 11/24/08 | Meal Expense - - VENDOR: EADIES KITCHEN &<br>MARKET OF PIT - BREAKFAST ITEMS FOR 17 PEOPLE<br>FOR MEETING BEFORE HEARING IN CONF RM 1F | 77.26 |
| 11/24/08 | Telephone Expense<br>561-362-1533/BOCA RATON, FL/3 | .15 |
| 11/24/08 | Duplicating/Printing/Scanning<br>ATTY # 0349; 20 COPIES | 2.00 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
December 24, 2008

| Date | Description | Amount |
|------|-------------|-------:|
| 11/24/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/24/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/24/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/24/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/25/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 11/25/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 1 COPY | .10 |
| 11/25/08 | Duplicating/Printing/Scanning<br>ATTY # 4810; 79 COPIES | 7.90 |
| 11/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/26/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.
60033  Claim Analysis Objection Resolution
       & Estimation (Asbestos)
December 24, 2008

Invoice Number  1796751
Page   5

| 11/26/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/28/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |

CURRENT EXPENSES                         712.78
                                    ------------
TOTAL BALANCE DUE UPON RECEIPT          $712.78
                                    ============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.                          Invoice Number    1796752
One Town Center Road                      Invoice Date      12/24/08
Boca Raton, FL    33486                   Client Number      172573

================================================================================

Re: W. R. Grace & Co.

(60035)  Grand Jury Investigation

      Fees                              0.00
      Expenses                     62,995.60

           TOTAL BALANCE DUE UPON RECEIPT      $62,995.60
                                    =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL   33486

| | |
|---|---|
| Invoice Number | 1796752 |
| Invoice Date | 12/24/08 |
| Client Number | 172573 |
| Matter Number | 60035 |

================================================================================

Re: Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | |
|---|---|
| Telephone Expense | 0.95 |
| Telecopy Expense | 1.00 |
| Documentation Charge | 186.50 |
| Duplicating/Printing/Scanning | 191.80 |
| Lexis | 191.75 |
| Westlaw | 866.41 |
| Postage Expense | 0.42 |
| Express Mail Service | 73.76 |
| Courier Service | 6.35 |
| Consulting Fees | 61,175.37 |
| Courier Service - Outside | 129.77 |
| Library External Charges | 10.41 |
| Outside Duplicating | 5.00 |
| Telephone - Outside | 15.84 |
| General Expense | 140.27 |

CURRENT EXPENSES              62,995.60
                           -------------

TOTAL BALANCE DUE UPON RECEIPT     $62,995.60
                           =============

REED SMITH LLP
PO Box 360074M
Pittsburgh, PA  15251-6074
Tax ID# 25-0749630

W.R. Grace & Co.
One Town Center Road
Boca Raton, FL    33486

| | |
|---|---|
| Invoice Number | 1796752 |
| Invoice Date | 12/24/08 |
| Client Number | 172573 |
| Matter Number | 60035 |

===============================================================================

Re: (60035)  Grand Jury Investigation

FOR COSTS ADVANCED AND EXPENSES INCURRED:

| | | |
|---|---|---|
| 10/14/08 | General Expense - Charges for copying documents from repository/document retrieval service. | 84.27 |
| 10/20/08 | Courier Service | 6.35 |
| 10/21/08 | Documentation Charge - - retrieval of toxicology article. | 31.50 |
| 10/22/08 | Westlaw - A. Avita legal research for work on criminal trial. | 69.60 |
| 10/22/08 | Courier Service - Outside Courier Service - Outside - Return Book | 11.75 |
| 10/24/08 | Westlaw - A. Denniston legal research for work on criminal trial. | 87.33 |
| 10/28/08 | Courier Service - Outside 00843 UPS - Shipped from Paige Sheffield Superior Document Services, to Tony Klapper Reed Smith (FALLS CHURCH VA 22042). | 118.02 |
| 10/29/08 | Express Mail Service | 36.88 |
| 10/31/08 | Dialog Data Base Expense | 10.41 |
| 10/31/08 | Express Mail Service | 36.88 |
| 11/03/08 | Telephone Expense 518-474-4785/ALBANY, NY/11 | .55 |
| 11/03/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                              Invoice Number  1796752
60035  Grand Jury Investigation                       Page    2
December 24, 2008

| Date | Description | Amount |
|---|---|---|
| 11/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/03/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/04/08 | Duplicating/Printing/Scanning<br>ATTY # 7015; 1207 COPIES | 120.70 |
| 11/04/08 | Westlaw - A. Chernin legal research for work on<br>criminal trial. | 16.21 |
| 11/04/08 | Westlaw - A. Chernin legal research for work on<br>criminal trial. | 19.83 |
| 11/04/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Telephone Expense<br>717-783-3281/HARRISBURG, PA/3 | .15 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

```
172573 W. R. Grace & Co.                    Invoice Number  1796752
60035  Grand Jury Investigation             Page    3
December 24, 2008
```

| Date | Description | Amount |
|---|---|---|
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/05/08 | Postage Expense | .42 |
| 11/06/08 | Documentation Charge - - material from state<br>archives. | 115.00 |
| 11/06/08 | Telephone Expense<br>410-385-3596/BALTIMORE, MD/3 | .15 |
| 11/06/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                        Invoice Number  1796752
60035  Grand Jury Investigation                 Page    4
December 24, 2008


11/06/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPY

11/06/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPY

11/07/08    Telephone Expense                                .10
            202-693-2350/WASHINGTON, DC/2

11/07/08    Telecopy Expense                                1.00
            Fax Number: 12026931648

11/07/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPY

11/07/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPY

11/07/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPY

11/07/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPY

11/07/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPY

11/07/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPY

11/07/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPY

11/07/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPY

11/07/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPY

11/07/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPY

11/07/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPY

11/07/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPY

11/07/08    Duplicating/Printing/Scanning                    .10
            ATTY # 000559: 1 COPY

172573 W. R. Grace & Co.                        Invoice Number  1796752
60035  Grand Jury Investigation                 Page    5
December 24, 2008

| | | |
|---|---|---|
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/07/08 | Lexis - A. Salzberg legal research for work on<br>criminal trial. | 10.00 |
| 11/07/08 | Lexis - A. Salzberg legal research for work on<br>criminal trial. | 10.75 |
| 11/07/08 | Lexis  - A. Salzberg legal research for work on<br>criminal trial. | 171.00 |
| 11/10/08 | Westlaw - T. Klapper legal research for work on<br>criminal trial. | 123.04 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/11/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/12/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                          Invoice Number  1796752
60035  Grand Jury Investigation                   Page    6
December 24, 2008


| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
|----------|-------------------------------------------------------|-----|
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/13/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 231 COPY | 23.10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |

172573 W. R. Grace & Co.                      Invoice Number  1796752
60035  Grand Jury Investigation               Page    7
December 24, 2008

| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/14/08 | Duplicating/Printing/Scanning<br>ATTY # 0559; 4 COPIES | .40 |
| 11/17/08 | Telephone - Outside - - VENDOR: DOUGLAS E.<br>CAMERON  - CONFERENCE CALL WITH R. FINKE AND<br>EXPERTS | 15.84 |
| 11/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/17/08 | Duplicating/Printing/Scanning<br>ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Documentation Charge - - material from state<br>archives. | 10.00 |

172573 W. R. Grace & Co.                    Invoice Number  1796752
60035  Grand Jury Investigation             Page    8
December 24, 2008


11/18/08   Documentation Charge - - retrieval of material       30.00
           from state archieve.

11/18/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

11/18/08   Duplicating/Printing/Scanning                         1.00
           ATTY # 000559: 10 COPIES

11/18/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

11/18/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

11/18/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

11/18/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

11/18/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

11/18/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

11/18/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

11/18/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

11/18/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

11/18/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

11/18/08   Duplicating/Printing/Scanning                         1.00
           ATTY # 000559: 10 COPY

11/18/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

11/18/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

11/18/08   Duplicating/Printing/Scanning                          .10
           ATTY # 000559: 1 COPY

172573 W. R. Grace & Co.                    Invoice Number  1796752
60035  Grand Jury Investigation            Page    9
December 24, 2008


| 11/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/18/08 | Westlaw -  A. Salzberg legal research for work on criminal trial. | 257.10 |
| 11/19/08 | Duplicating/Printing/Scanning ATTY # 000559: 10 COPIES | 1.00 |
| 11/19/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/19/08 | Westlaw -  A. Salzberg legal research for work on criminal trial. | 34.80 |
| 11/20/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/20/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Outside Duplicating - - CD CONTAINING REQUESTED RECORDS | 5.00 |

172573  W. R. Grace & Co.                          Invoice Number  1796752
60035  Grand Jury Investigation                    Page  10
December 24, 2008

| 11/21/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
|---|---|---|
| 11/21/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/21/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/24/08 | General Expense - Charges for copying documents from repository/document retrieval service. | 5.00 |
| 11/24/08 | Westlaw -  A. Salzberg legal research for work on criminal trial. | 51.00 |
| 11/24/08 | Westlaw -  A. Salzberg legal research for work on criminal trial. | 207.50 |
| 11/25/08 | General Expense - Charges for copying documents from repository/document retrieval service. | 51.00 |
| 11/25/08 | Duplicating/Printing/Scanning ATTY # 7015; 326 COPIES | 32.60 |
| 11/25/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/25/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 11/25/08 | Duplicating/Printing/Scanning ATTY # 000559: 1 COPY | .10 |
| 12/18/08 | Consulting Fees - - VENDOR: ENVIRON INT'L CORPORATION - Consultant fees for work on Grand Jury/Criminal Matter in November 2008, including analysis and evaluation of statutes and regulations applicable to Grace operations. | 61175.37 |

                          CURRENT EXPENSES                62,995.60
                                                        ------------
                          TOTAL BALANCE DUE UPON RECEIPT   $62,995.60
                                                        ============