# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0311−1 | User: Theresa | Date Created: 12/29/2008 |
| Case: 01−01139−JKF | Form ID: ntc | Total: 27 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
ust        united states trustee
aty        Lawrence A Kalina
                                              TOTAL: 2

**Recipients of Notice of Electronic Filing:**
ust        Frank J. Perch III        frank.j.perch@usdoj.gov
aty        Daniel K. Hogan        dkhogan@dkhogan.com, keharvey@dkhogan.com
aty        Paul W. Turner        pturner@carlilelawfirm.com
aty        Richard Allen Keuler, Jr.        rkeuler@reedsmith.com
aty        Richard F. Rescho        rrescho2001@yahoo.com
aty        Rosalie L. Spelman        rspelman@potteranderson.com, bankruptcy@potteranderson.com
aty        Stuart B. Drowos        stuart.drowos@state.de.us
                                              TOTAL: 7

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db        W.R. GRACE &CO.        7500 Grace Drive        Columbia, MD 21044
aty        Curtis A. Hehn        Pachulski Stang Ziehl &Jones LLP        919 N. Market Street        17th Floor        Wilmington, DE 19801
aty        Curtis A. Hehn        Pachulski Stang Ziehl Young Jones &Wein        919 N. Market Street        16th Floor        Wilmington, DE 19801
aty        David W. Carickhoff, Jr        Blank Rome LLP        Chase Manhattan Centre        1201 Market Street, Suite 800        Wilmington, DE 19801
aty        David W. Carickhoff, Jr        Blank Rome LLP        Chase Manhattan Centre        1201 Market Street, Suite 800        Wilmington, DE 19801
aty        David W. Carickhoff, Jr        Pachulski Ziehl Stang Ziehl Young Jones        919 N. Market St.        16th Floor        Wilmington, DE 19899
aty        James E. O'Neill        Pachulski Stang Ziehl &Jones LLP        919 North Market Street, 17th Floor        PO Box 8705        Wilmington, DE 19899−8705
aty        James E. O'Neill        Pachulski Stang Ziehl &Jones LLP        919 North Market Street, 17th Floor        P.O. Box 8705        Wilmington, DE 19899−8705
aty        Kathleen P. Makowski        Pachulski Stang Ziehl &Jones LLP        919 North Market Street, 17th Floor        P.O. Box 8705        Wilmington, DE 19899
aty        Kathleen P. Makowski        Pachulski Stang Ziehl &Jones LLP        919 North Market Street, 17th Floor        P.O. Box 8705        Wilmington, DE 19899
aty        Laura Davis Jones        Pachulski Stang Ziehl &Jones LLP        919 North Market Street        17th Floor        Wilmington, DE 19899−8705
aty        Laura Davis Jones        Pachulski Stang Ziehl &Jones LLP        919 N. Market Street        17th Floor        Wilmington, DE 19899−8705
aty        Michael R. Lastowski        Duane Morris LLP        1100 North Market Street        Suite 1200        Wilmington, DE 19801−1246
aty        Paula Ann Galbraith        211 East Ohio # 2618        Chicago, IL 60611
aty        Robert J. Dehney        Morris, Nichols, Arsht &Tunnell        1105 N. Market Street        P. O. Box 1347        Wilmington, DE 19899−1347
aty        Timothy P. Cairns        Pachulski Stang Ziehl &Jones LLP        919 N. Market St., Suite 1700        Wilmington, DE 19899
aty        Timothy P. Cairns        Pachulski Stang Ziehl Young Jones        919 N. Market Street        17th Floor        Wilmington, DE 19801
aty        William E. Chipman, Jr.        Edwards Angell Palmer &Dodge        919 North Market Street        Suite 1500        Wilmington, DE 19801
                                              TOTAL: 18