# EXHIBIT A
# ORRICK, HERRINGTON & SUTCLIFFE LLP
# INVOICES FOR THE TIME PERIOD
# NOVEMBER 1-30, 2008



# ORRICK

ORRICK, HERRINGTON & SUTCLIFFE LLP
COLUMBIA CENTER
1152 15TH STREET, NW
WASHINGTON, D.C. 20005-1706

tel +1-202-339-8400
fax +1-202-339-8500

WWW.ORRICK.COM

David Austern, Futures Claims Representative for
W.R. Grace & Co.
c/o Claims Resolution Management Corp.
3110 Fairview Park Drive, Suite 200
Falls Church, VA 22042

December 22, 2008
Client No. 17367
Invoice No. 1165629

Orrick Contact: Roger Frankel

For Legal Services Rendered Through November 30, 2008 in Connection With:

**Matter: 2 - Case Administration**

| | | | |
|---|---|---|---|
| 11/13/08 | D. Fullem | Prepare docket updates to main and adversary cases; circulate same to group and other interested parties. | 0.50 |

|  | | |
|---|---|---|
| Total Hours | 0.50 | |
| Total For Services | | $122.50 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 0.50 | 245.00 | 122.50 |
| Total All Timekeepers | 0.50 | $245.00 | $122.50 |

Disbursements
| | |
|---|---|
| Color Document Reproduction | 15.60 |
| Express Delivery | 23.63 |
| Outside Services | 884.88 |
| Postage | 0.42 |
| Secretarial/Staff Overtime | 76.92 |
| Telephone | 1.08 |
| Total Disbursements | $1,002.53 |

**Total For This Matter**                      **$1,125.03**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 2

December 22, 2008
Invoice No. 1165629

For Legal Services Rendered Through November 30, 2008 in Connection With:

**Matter:  7 - Insurance Matters**

| | | | |
|---|---|---|---|
| 11/02/08 | R. Wyron | Review outlines for demands. | 0.30 |
| 11/03/08 | P. Mahaley | Analyze and revise draft settlement demand letter (.4); draft memorandum summarizing settlement assumptions and allocations to prepare for development of going-forward settlement strategy (2.2). | 2.60 |
| 11/03/08 | R. Wyron | Review issues for call with R. Horkovich. | 0.30 |
| 11/04/08 | P. Mahaley | Draft memorandum to prepare for development of going-forward settlement strategy. | 3.40 |
| 11/05/08 | P. Mahaley | Confer with R. Wyron re open questions re history of insurance recovery (1.0); revise memorandum re strategy for insurance recovery accordingly (3.5). | 4.50 |
| 11/05/08 | R. Wyron | Confer with P. Mahaley on open issues and summary analysis, and follow-up (1.2); review Royal agreement and issues, and e-mails re same (1.3). | 2.50 |
| 11/06/08 | P. Mahaley | Review Royal Indemnity settlement agreement and related correspondence (1.5); confer with R. Horkovich, P. Lockwood and R. Wyron re response to counsel for Royal (.4). | 1.90 |
| 11/06/08 | R. Wyron | Continue review of insurance settlement demands (.4); call with B. Horkovich re insurance issues, and follow-up (1.1). | 1.50 |
| 11/07/08 | P. Mahaley | Review communications among R. Horkovich, J. Posner, L. Esayian and R. Wyron re developing response to insurer (1.3); analyze past settlement agreement provisions (.8); review draft plan documents (.1). | 2.20 |
| 11/07/08 | R. Wyron | Review Royal issues and follow-up (.6); call with R. Horkovich and L. Esayian regarding Royal and follow-up (.9); call with Royal's counsel and follow-up (1.1). | 2.60 |
| 11/08/08 | R. Wyron | Continue review of Royal issue and e-mails re same, and respond. | 0.60 |
| 11/10/08 | P. Mahaley | Analyze proposed changes to language of Disclosure Statement re insurance coverage issues. | 0.20 |
| 11/10/08 | R. Wyron | Review insurance language in plan and disclosure; follow-up e-mail re same. | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 3

December 22, 2008
Invoice No. 1165629

| Date | Person | Description | Hours |
|---|---|---|---|
| 11/11/08 | P. Mahaley | Prepare for and conduct telephone conference with R. Horkovich, along with R. Wyron, re preparation of settlement demands for various insurers (.7); analyze existing data re remaining insurance coverage for settlement demand purposes (.8); confer with R. Wyron re claims estimation methodology (.6); analyze correspondence re Libby vermiculite exposure (.4). | 2.50 |
| 11/11/08 | R. Wyron | Review demands analysis and follow-up (.8); conference with R. Horkovich regarding demands and Royal, and follow-up e-mails re same (1.1); review BNSF letter and follow-up with R. Horkovich (.2). | 2.10 |
| 11/11/08 | R. Frankel | Review with R. Wyron issues re demand letters, claims issues. | 0.50 |
| 11/12/08 | P. Mahaley | Analyze Exhibit 5 (.4); review final draft of settlement demand letter and discuss with R. Wyron (.3); analyze allocation assumptions (.4); analysis of current settlement status and remaining available coverage (.8). | 1.90 |
| 11/12/08 | R. Wyron | Call with R. Horkovich on settlement demands and follow-up e-mails (.8); conference call with P. Mahaley and follow-up (.4); review settlement e-mails and conference call with D. Austern (.4); call with L. Esayian and follow-up e-mails (.4). | 2.00 |
| 11/12/08 | R. Frankel | Review issues with R. Wyron re Royal, other carriers; notes re same. | 0.60 |
| 11/13/08 | P. Mahaley | Analyze remaining insurance policy limits. | 6.50 |
| 11/13/08 | R. Wyron | Review insurer objections and organize notes for hearing (.6); review settlement demands (.5). | 1.10 |
| 11/13/08 | M. Plumer | Review memorandum from P. Mahaley re current status of insurance negotiations. | 0.70 |
| 11/14/08 | P. Mahaley | Analyze status of past Grace settlements. | 3.90 |
| 11/14/08 | R. Wyron | Review strategy with Debtors and ACC and follow-up e-mail (.4); confer with insurers' counsel (.5). | 0.90 |
| 11/16/08 | R. Wyron | Review e-mails on discovery and respond (.4); review insurance issues to prepare for 11/18 discussion (.6). | 1.00 |
| 11/17/08 | P. Mahaley | Confer with R. Wyron and M. Plumer re insurance settlement demands (.7); analyze insurance settlement agreements (2.6). | 3.30 |
| 11/17/08 | R. Wyron | Organize notes for meeting on insurance issues (.6); meet with M. Plumer and P. Mahaley on insurance proposal and status (.8). | 1.40 |
| 11/17/08 | M. Plumer | Office conference with R. Wyron and P. Mahaley re discussion on underlying facts, as developed, and going forward strategy for monetizing insurance asset. | 1.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -  
17367  
page 4

December 22, 2008  
Invoice No. 1165629

| | | | |
|---|---|---|---|
| 11/18/08 | K. Suomela | Office conference with P. Mahaley regarding development of costs and insurance allocations. | 0.50 |
| 11/18/08 | P. Mahaley | Analyze insurer objections and insurer-proposed revisions to Disclosure Statement (.5); telephone conference with R. Horkovich and L. Esayian and R. Wyron re insurer objections to Disclosure Statement and Exhibit 5 (.8); analyze insurer agreements re remaining coverage and prepare summary of same (5.7). | 7.00 |
| 11/19/08 | P. Mahaley | Plan analysis of insurer settlements (.8); analyze Seaton/Unigard objections to wording of Exhibit 5 to disclosure statement (1.8); respond to L. Esayian proposal for amendment of wording of Exhibit 5 to Disclosure Statement (.3); analyze insurer settlement agreements (4.1). | 7.00 |
| 11/19/08 | R. Wyron | Review e-mails on possible insurance settlements and follow-up with P. Mahaley (.7); continue review of insurance analysis (.8). | 1.50 |
| 11/20/08 | P. Mahaley | Review insurer settlement demands (1.6); review and revise Exhibit 5 to Disclosure Statement (2.1); review settlement agreements (.9). | 4.60 |
| 11/20/08 | R. Wyron | Work on Exhibit 5 issues raised by Seaton/One Beacon and follow-up e-mails re same (.8); calls with P. Mahaley on insurance issues and follow-up (.6). | 1.40 |
| 11/21/08 | P. Mahaley | Analyze scope of release and indemnity in insurer's settlement agreements (1.3); review insurer settlement agreements (2.3). | 3.60 |
| 11/21/08 | R. Wyron | Review e-mails on insurance status with various insurers and follow-up (.6); review Maryland Casualty issues and follow-up (.3). | 0.90 |
| 11/22/08 | K. Suomela | Review expert reports by M. Peterson and J. Biggs. | 1.50 |
| 11/23/08 | K. Suomela | Review expert reports by M. Peterson and J. Biggs. | 1.50 |
| 11/24/08 | P. Mahaley | Analyze insurer settlement demand. | 0.40 |
| 11/25/08 | K. Suomela | Office conference with P. Mahaley regarding expert reports. | 1.00 |
| 11/25/08 | P. Mahaley | Review expert analyses re pending and future asbestos PI claims values (1.8); confer with K. Suomela re appropriate present value analysis (.3); participate in telephone conference with R. Horkovich, P. Lockwood, R. Wyron and L. Esayian re proposed revisions to Exhibit 5 to Disclosure Statement (.7). | 2.80 |
| 11/25/08 | R. Wyron | Call with Debtors and ACC on Exhibit 5 and follow-up notes. | 0.60 |
| 11/28/08 | K. Suomela | Review expert report by J. Biggs. | 1.20 |
| 11/30/08 | K. Suomela | Review expert report by M. Peterson. | 2.00 |
| 11/30/08 | R. Wyron | Review e-mails regarding Seaton/Uniguard objection to Exhibit 5 and scope of release. | 0.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 5

December 22, 2008
Invoice No. 1165629

|                        | Total Hours | 90.60 |              |
|------------------------|-------------|-------|--------------|
|                        | Total For Services |   | $54,849.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|--------------------|-------|------|--------|
| Roger Frankel | 1.10 | 875.00 | 962.50 |
| Peri N. Mahaley | 58.30 | 575.00 | 33,522.50 |
| Mark J. Plumer | 1.70 | 795.00 | 1,351.50 |
| Kirt D. Suomela | 7.70 | 275.00 | 2,117.50 |
| Richard H. Wyron | 21.80 | 775.00 | 16,895.00 |
| Total All Timekeepers | 90.60 | $605.40 | $54,849.00 |

Disbursements

| Document Reproduction | 16.70 | |
|------------------------|-------|---|
| Telephone | 3.15 | |
| Total Disbursements | | $19.85 |

**Total For This Matter**      **$54,868.85**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 6

December 22, 2008
Invoice No. 1165629

For Legal Services Rendered Through November 30, 2008 in Connection With:

**Matter: 8 - Litigation**

| | | | |
|---|---|---|---|
| 11/03/08 | D. Felder | Review M. Peterson estimation expert report regarding various issues. | 1.00 |
| 11/05/08 | D. Felder | Review pleadings in preparation for November omnibus hearing. | 1.50 |
| 11/06/08 | R. Wyron | Review hearing agenda for November 13th and 14th, and calendar for November 24th hearing. | 0.30 |
| 11/07/08 | J. Guy | Telephone conference with ACC re confirmation hearing and discovery preparation. | 0.50 |
| 11/07/08 | J. Guy | Telephone conference with insurer and R. Wyron (separate - various occasions) re objections to disclosure statement and related concerns (.5); review insurer objections/reservations of rights (.5). | 1.00 |
| 11/07/08 | R. Wyron | Calls regarding document review and organization for discovery, and follow-up e-mails re same. | 0.60 |
| 11/07/08 | R. Frankel | Review agendas for November 13-14 hearings. | 0.30 |
| 11/07/08 | R. Frankel | Telephone conference with N. Finch, P. Lockwood, R. Wyron, J. Guy re Libby issues (.8); notes re same (.3). | 1.10 |
| 11/07/08 | R. Frankel | Review Summary Report of ATSDR of October 29, 2008. | 1.30 |
| 11/07/08 | R. Frankel | Review PD committee supplemental objection to disclosure. | 0.40 |
| 11/08/08 | R. Frankel | Review draft CMO from N. Finch re Grace confirmation trial (.3); edits re same (.5). | 0.80 |
| 11/10/08 | D. Fullem | Review e-mail from R. Frankel regarding 10-Q recently filed by Grace; research same. | 0.30 |
| 11/10/08 | J. Guy | Attention to discovery issues and CMO. | 1.50 |
| 11/10/08 | R. Frankel | Review PD FCR's objection to Disclosure Statement. | 0.40 |
| 11/10/08 | R. Frankel | Review supplemental objections to disclosure from Montana, Bank of America, Md. Casualty (1.3); prepare notes re disclosure (.3). | 1.60 |
| 11/11/08 | J. Guy | Attention to CMO issues. | 0.40 |
| 11/11/08 | J. Guy | Attention to potential plan discovery. | 0.30 |
| 11/11/08 | R. Frankel | Telephone conference re disclosure hearings (.4); review series of e-mails re disclosure (.4). | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -           December 22, 2008
17367                                                                          Invoice No. 1165629
page 7

| 11/12/08 | J. Guy | Telephone conference to/from J. Baer and B. Harding re CMO (.2); conference with D. Felder re same (.2); review proposed CMO from ACC (.2); analyze CMO-related issues (.3); e-mail to plan proponents re CMO (.1); strategize re discovery and confirmation issues (.7). | 1.70 |
|---|---|---|---|
| 11/12/08 | R. Wyron | Review draft CMO and respond to e-mails re same. | 0.60 |
| 11/13/08 | J. Guy | Attention to insurer and claimant discovery issues. | 0.50 |
| 11/13/08 | R. Frankel | Review draft CMO for discovery, objections, confirmation hearing (.5); review e-mail discovery issues for D. Austern, draft from D. Felder (.4). | 0.90 |
| 11/14/08 | J. Guy | Attention to Grace plan, CMO and discovery issues. | 1.20 |
| 11/17/08 | D. Felder | Review recently filed pleadings for November and December omnibus hearings. | 2.40 |
| 11/17/08 | D. Felder | Attention to confidentiality issues regarding expert reports and conference with R. Wyron regarding same. | 0.80 |
| 11/17/08 | R. Wyron | Review confidentiality issues on Tillinghast reports and follow-up e-mails (.9); review e-mails from insurers and follow-up (.6). | 1.50 |
| 11/18/08 | D. Felder | Telephone conference with J. Radecki regarding Colowyo motion and update regarding same. | 0.10 |
| 11/18/08 | J. Guy | Analyze issues surrounding discovery of expert materials. | 0.50 |
| 11/18/08 | J. Guy | Review CMO and discovery-related materials and correspondence. | 0.50 |
| 11/18/08 | R. Wyron | Review CMO and organize comments (.6); review additional confidentiality issues re Tillinghast (.7). | 1.30 |
| 11/19/08 | D. Felder | Review motions and related pleadings regarding November and December omnibus hearings. | 1.60 |
| 11/19/08 | R. Wyron | Review CMO and proposed changes, and respond to e-mails re same. | 0.60 |
| 11/19/08 | R. Frankel | Review series of e-mails re CMO in connection with confirmation hearing. | 0.60 |
| 11/20/08 | D. Felder | Review motions and related pleadings for December omnibus hearing. | 2.60 |
| 11/20/08 | J. Guy | Attention to CMO, fact and expert discovery. | 0.80 |
| 11/20/08 | J. Guy | Telephone call with parties regarding proposed CMO. | 0.50 |
| 11/20/08 | J. Guy | Attention to CMO and expert discovery issues. | 0.70 |
| 11/20/08 | R. Wyron | Review e-mails re CMO and changed provisions, and respond to e-mails re same (.5); organize discovery issues outline (.4). | 0.90 |
| 11/20/08 | R. Frankel | Review revised draft CMO from insurers (.8); review draft revised CMO from Libby (.9). | 1.70 |
| 11/20/08 | R. Frankel | Review CMO chart from D. Felder, consider CMO, discovery issues (.7); series of e-mails re same (.4). | 1.10 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 8

December 22, 2008
Invoice No. 1165629

| 11/21/08 | J. Guy | Conference with D. Felder, R. Wyron and R. Frankel (separate and various occasions) regarding CMO and discovery issues. | 1.70 |
|---|---|---|---|
| 11/21/08 | J. Guy | Attention to CMO and discovery issues in connection with Plan. | 0.80 |
| 11/21/08 | J. Guy | Telephone call with Plan Proponents and others regarding CMO. | 1.30 |
| 11/21/08 | R. Wyron | Review CMO and follow-up with J. Guy. | 0.30 |
| 11/21/08 | R. Frankel | Confer with R. Wyron, J. Guy re CMO (.4); telephone conference with Debtors, et al. re CMO (1.0); notes re same (.1). | 1.50 |
| 11/21/08 | R. Frankel | Confer with J. Guy, R. Wyron, D. Felder re litigation strategy, staffing. | 1.10 |
| 11/21/08 | R. Frankel | Series of e-mails re Libby issues. | 0.70 |
| 11/24/08 | D. Felder | Telephonic participation in omnibus hearing (5.3); e-mail follow-up with Orrick team regarding same (.4). | 5.70 |
| 11/24/08 | J. Guy | Attention to CMO and related discovery issues. | 0.90 |
| 11/24/08 | R. Frankel | Review revised CMO in preparation for hearing (1.0); confer with D. Bernick, P. Lockwood, T. Freedman in preparation for hearing (1.6). | 2.60 |
| 11/25/08 | D. Felder | Review recently filed pleadings for December omnibus hearing. | 1.80 |
| 11/26/08 | R. Wyron | Begin review of discovery requests (.8); organize notes on estimation litigation discovery and follow-up (.9). | 1.70 |
| 11/27/08 | R. Frankel | Review Request for Admissions and Request for Production for Royal & Certain Objectors (1.0); prepare notes re discovery issues (.2). | 1.20 |

|  | Total Hours | 58.50 |  |
|---|---|---|---|
|  | Total For Services |  | $42,412.00 |

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 17.50 | 560.00 | 9,800.00 |
| Roger Frankel | 18.10 | 875.00 | 15,837.50 |
| Debra O. Fullem | 0.30 | 245.00 | 73.50 |
| Jonathan P. Guy | 14.80 | 720.00 | 10,656.00 |
| Richard H. Wyron | 7.80 | 775.00 | 6,045.00 |
| Total All Timekeepers | 58.50 | $724.99 | $42,412.00 |

Disbursements



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -     December 22, 2008
17367                                                                   Invoice No. 1165629
page 9

| | | |
|---|---|---|
| Document Reproduction | 1.80 | |
| Express Delivery | 11.73 | |
| Local Taxi Expense | 48.96 | |
| Outside Services | 476.00 | |
| Telephone | 0.54 | |
| Total  Disbursements | | $539.03 |

**Total For This Matter**                                               **$42,951.03**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 10

December 22, 2008
Invoice No. 1165629

For Legal Services Rendered Through November 30, 2008 in Connection With:

**Matter: 9 - Plan & Disclosure Statement**

| | | | |
|---|---|---|---|
| 11/02/08 | R. Wyron | Organize agenda for meeting with D. Austern. | 0.50 |
| 11/02/08 | R. Frankel | Begin review of revised plan documents received from Kirkland. | 1.40 |
| 11/03/08 | K. Thomas | Prepare summary of status of BNSF and Montana matters (3.2); send same to R. Wyron and D. Felder for review (.1). | 3.30 |
| 11/03/08 | D. Felder | Review amended plan and disclosure statement insert from Kirkland (1.5); review memorandum regarding Libby issues (.2); conference with Orrick team and D. Austern regarding strategy and next steps (1.9). | 3.60 |
| 11/03/08 | M. Wallace | Review correspondence regarding debtors' revisions to disclosure. | 0.10 |
| 11/03/08 | M. Wallace | Review revised plan. | 2.50 |
| 11/03/08 | M. Wallace | Prepare for meeting with client regarding open plan issues. | 0.50 |
| 11/03/08 | M. Wallace | Discuss status of documents and filing schedule with R. Wyron. | 0.10 |
| 11/03/08 | M. Wallace | Meet with D. Austern and OHS team regarding recent events and next steps. | 1.90 |
| 11/03/08 | J. Guy | Attention to plan objections. | 1.00 |
| 11/03/08 | J. Guy | Meet with D. Austern and Orrick Grace team regarding plan confirmation, objections and potential discovery. | 1.80 |
| 11/03/08 | R. Wyron | Call to D. Cohn re 2019 (.2); prepare agenda for D. Austern meeting and follow-up (.3); review Disclosure Statement language on Libby issues and follow-up (.3); review plan and disclosure statement revision from the Debtors (2.9); meet with D. Austern and follow-up (1.6); confer with R. Frankel re strategy (.4). | 5.70 |
| 11/03/08 | R. Frankel | Review revised plan of reorganization from K&E (1.8); review Disclosure insert re indirect asbestos claims during travel to DC (.9). | 2.70 |
| 11/03/08 | R. Frankel | Review deal document open issues chart (1.0); prepare notes re same (.3). | 1.30 |
| 11/03/08 | R. Frankel | Review issues in preparation for meeting with D. Austern (.4); prepare agenda for meeting (.6); confer with R. Wyron in preparation for meeting (.4). | 1.40 |
| 11/03/08 | R. Frankel | Confer with D. Austern, R. Wyron, J. Guy, D. Felder, M. Wallace re plan, disclosure, confirmation issues (1.8); notes re same (.4). | 2.20 |



ORRICK

| David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367 page 11 | | | December 22, 2008 Invoice No. 1165629 |
|---|---|---|---|
| 11/04/08 | J. Burke | Research re exculpation clauses. | 2.70 |
| 11/04/08 | K. Thomas | Review comments from R. Wyron and incorporate same and update draft of memorandum re National Union (.2); conference with R. Wyron re same (.1); revise memorandum based on further comments and forward to J. Kimble (.2); review and respond to e-mail from D. Felder re National Union claim transfer (.2); conference with R. Wyron re same (.2). | 0.90 |
| 11/04/08 | D. Felder | Attention to litigation issues in preparation for confirmation (.5); telephone conference with R. Horkovitz, N. Finch, A. Running and Grace regarding cooperation agreement and documents available to the Asbestos PI Trust (.5); review plan and disclosure statement drafts from Kirkland (3.5); conference with R. Wyron and M. Wallace regarding same (1.1); review documents and follow-up regarding same (2.1); conference with J. Burke regarding research issues (.8). | 8.50 |
| 11/04/08 | Z. Finley | Conference with R. Frankel, R. Wyron and R. Smith regarding open issues in deferred payment documents. | 1.00 |
| 11/04/08 | M. Wallace | Meet with R. Wyron and D. Felder regarding plan comments and disclosure statement insert. | 0.80 |
| 11/04/08 | M. Wallace | Conference call with P. Lockwood regarding plan comments and disclosure statement insert. | 0.70 |
| 11/04/08 | M. Wallace | Review of plan revisions and prepare for internal discussion regarding same. | 1.90 |
| 11/04/08 | M. Wallace | Review correspondence regarding plan comments. | 0.10 |
| 11/04/08 | M. Wallace | Review revised disclosure statement. | 1.50 |
| 11/04/08 | J. Guy | Attention to plan objections. | 0.50 |
| 11/04/08 | R. Smith | Conference call with R. Frankel, R. Wyron and Z. Finley regarding open issues on transaction documents (1.0); prepare for same (.3); conference with Z. Finley regarding same (.2). | 1.50 |
| 11/04/08 | R. Wyron | Review open issues on deal documents (.6); call with R. Smith and Z. Finley on open issues, and follow-up notes (1.4); continue work on plan documents and language changes (2.7); meet with OHS team and follow-up (1.6). | 6.30 |
| 11/04/08 | R. Frankel | Review notices of non-voting class status, non-voting claim status. | 0.70 |
| 11/04/08 | R. Frankel | Review revised disclosure statement. | 4.20 |
| 11/04/08 | R. Frankel | Telephone conference with R. Smith, Z. Finley re deal document open issues (.8); prepare notes re same (.3). | 1.10 |
| 11/05/08 | J. Burke | Draft memorandum exculpation clauses (3.4); draft e-mail to D. Felder re same (.6). | 4.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 12

December 22, 2008
Invoice No. 1165629

| Date | Name | Description | Hours |
|------|------|-------------|-------|
| 11/05/08 | K. Thomas | Legal research re plan confirmation issues (.3); conference with R. Wyron re withdrawal of claims (.1); coordinate with D. Spicuzza re same (.1). | 0.50 |
| 11/05/08 | D. Felder | Attention to insurance neutrality issues (.3); review memorandum from J. Burke regarding exculpation issues and conference regarding same (.8); review revisions to same (.3); review revised disclosure statement from Kirkland and prepare comments to J. Baer and D. Boll regarding same (1.1). | 2.50 |
| 11/05/08 | Z. Finley | E-mail to G. Bolding regarding withholding tax provisions in deferred payment documents. | 0.20 |
| 11/05/08 | M. Wallace | Review disclosure statement. | 0.80 |
| 11/05/08 | M. Wallace | Review correspondence regarding risk factors for disclosure. | 0.10 |
| 11/05/08 | M. Wallace | Draft comments to A. McMillan regarding trust agreement. | 0.10 |
| 11/05/08 | J. Guy | Attention to plan objections. | 0.40 |
| 11/05/08 | J. Guy | Telephone call with insurer regarding plan objections. | 0.20 |
| 11/05/08 | J. Guy | Attention to insurer plan objections. | 0.20 |
| 11/05/08 | G. Bolding | Review revised deferred payment agreement (1.0); e-mail to Z. Finley regarding tax matters (.3). | 1.30 |
| 11/05/08 | R. Smith | Call with R. Wyron regarding open issues (.1); attention to e-mail messages (.1); call with R. Frankel (.1); review and revise issues chart (3.0). | 3.30 |
| 11/05/08 | R. Wyron | Continue review of plan and disclosure statement drafts and provide comments to Debtors (2.1); review issues chart on deal documents and provide comments re same (.8); call with R. Smith and follow-up (.4); call with P. Lockwood on comments to plan and follow-up (.6); review legal research on plan issues from J. Burke and follow-up (.4). | 4.30 |
| 11/05/08 | R. Frankel | Telephone conference with E. Inselbuch re payment percentage, plan issues (.9); review e-mail, attachment from A. McMillan (.3). | 1.20 |
| 11/05/08 | R. Frankel | Review Deferred Payment Agreement draft (.7); telephone conference with D. Austern, R. Wyron re open issues (.6). | 1.30 |
| 11/05/08 | R. Frankel | Telephone conferences with T. Freedman re plan documents. | 0.40 |
| 11/05/08 | R. Frankel | Review with R. Wyron issues re plan documents; notes re same. | 0.50 |
| 11/05/08 | R. Frankel | Review chart in preparation for meeting with T. Freedman (1.7); telephone conference with R. Smith re chart (.4). | 2.10 |
| 11/06/08 | J. Burke | Research plan confirmation issues. | 1.40 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 13

December 22, 2008
Invoice No. 1165629

| 11/06/08 | D. Felder | Review revised draft plan documents and blacklines regarding same (5.5); telephone conference with M. Hurford regarding disclosure statement hearing and update (.4); review memorandum from D. Cohn regarding disclosure statement issues (.1); review e-mail correspondence from R. Wyron and P. Lockwood regarding plan and disclosure statement issues (.5). | 6.50 |
|---|---|---|---|
| 11/06/08 | M. Wallace | Review and respond to correspondence regarding Edwards judgment. | 0.10 |
| 11/06/08 | M. Wallace | Review correspondence from Libby claimants regarding injunction issues. | 0.30 |
| 11/06/08 | M. Wallace | Review revised redline of plan changes from last reviewed draft. | 0.30 |
| 11/06/08 | M. Wallace | Review revised Plan. | 1.20 |
| 11/06/08 | J. Guy | Attention to specific insurer objections to plan. | 0.70 |
| 11/06/08 | J. Guy | Attention to plan objections. | 0.80 |
| 11/06/08 | R. Smith | Call with R. Frankel and R. Wyron (.2); review open issues (.2). | 0.40 |
| 11/06/08 | R. Wyron | Review new draft language and follow-up. | 0.60 |
| 11/06/08 | R. Frankel | Review revised chart from R. Smith re open issues with commercial documents in preparation for T. Freedman meeting. | 2.20 |
| 11/06/08 | R. Frankel | Confer with T. Freedman re open issues at K&E (2.2); telephone conference with R. Wyron, R. Smith re same (.4). | 2.60 |
| 11/07/08 | J. Burke | Research Plan confirmation issues (.4); e-mail to R. Wyron re same (.8). | 1.20 |
| 11/07/08 | K. Thomas | Legal research re confirmation issues (1.3); review cases re same (.8). | 2.10 |
| 11/07/08 | D. Felder | Review memorandum from K. Thomas regarding Alabama and Texas asbestos settlements (.1); telephone conference with Orrick and Caplin teams regarding Libby issues (1.0); telephone conference with T. Schiavoni regarding update (.1); telephone conference with J. Guy regarding same (.1); review proposed case management order for confirmation hearing (.2); telephone conference with Grace, Caplin and Kirkland regarding cooperation agreement and access to documents for Asbestos PI Trust (.8); review notes and prepare follow-up e-mail correspondence to R. Wyron regarding same (.2). | 2.50 |
| 11/07/08 | M. Wallace | Discuss status of filing/documents with D. Felder. | 0.10 |
| 11/07/08 | M. Wallace | Confirm status of documents and review of same for accuracy and completeness and correspond with R. Wyron regarding same. | 1.20 |
| 11/07/08 | M. Wallace | Review PD objection to disclosure statement timing. | 0.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 14

December 22, 2008
Invoice No. 1165629

| | | | |
|---|---|---|---|
| 11/07/08 | M. Wallace | Review correspondence regarding Scotts' comments to disclosure statement. | 0.10 |
| 11/07/08 | R. Wyron | Review materials on Libby issues (.4) call with ACC to begin planning for confirmation hearing, and follow-up (1.1); call with R. Frankel on open issues, strategy and follow-up (.3); begin review of plan language for the Debtors (.8). | 2.60 |
| 11/07/08 | R. Frankel | Prepare annotated chart based on meeting with T. Freedman, T. Christopher. | 2.20 |
| 11/07/08 | R. Frankel | Review D. Cohn memo re suggested changes to the injunction. | 0.80 |
| 11/08/08 | R. Wyron | Review last draft from Debtors of plan, disclosure statement, notices, trust agreement and TDP (4.1); review Scotts' comments for discussion with ACC counsel (.4); review Libby comments for discussion with ACC counsel (.6). | 5.10 |
| 11/08/08 | R. Frankel | Review proposed language from Scotts Company re disclosure and plan. | 0.90 |
| 11/09/08 | M. Wallace | Review correspondence regarding additional plan, disclosure issues and arranging conference call to discuss. | 0.10 |
| 11/09/08 | R. Wyron | Review e-mails from J. Baer on further plan changes and follow-up (.5); review comments on open issues on deal documents (.3); review analysis from J. Burke on release and exculpation issues (.4). | 1.20 |
| 11/10/08 | J. Burke | Research plan confirmation issues (3.8); draft sections of memorandum re same (2.6). | 6.40 |
| 11/10/08 | C. Clark | Conference with R. Wyron regarding insurance neutrality issues. | 0.10 |
| 11/10/08 | K. Thomas | Review case confirmation issues (1.0); conference with R. Wyron re same (.1); review e-mail from D. Felder re Bank of America supplemental objection and review same (.2). | 1.30 |
| 11/10/08 | D. Felder | Review e-mails and related attachments regarding plan and disclosure statement issues (.8); telephone conference with Orrick team and P. Lockwood regarding plan issues (1.0); review supplemental objections to disclosure statement (.7); conference with R. Frankel, R. Wyron and J. Guy regarding confirmation issues and follow-up regarding same (1.9). | 4.40 |
| 11/10/08 | M. Wallace | Meet with R. Wyron regarding open objections to disclosure and plan changes. | 0.30 |
| 11/10/08 | M. Wallace | Review, analyze and organize outstanding plan and disclosure statement objections/proposals. | 2.20 |
| 11/10/08 | M. Wallace | Conference call on Libby claimants' issues with the channeling injunction. | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -                    December 22, 2008
17367                                                                                    Invoice No. 1165629
page 15

| | | | |
|---|---|---|---|
| 11/10/08 | R. Wyron | Multiple calls with P. Lockwood and OHS team on insurer objections, plan and disclosure statement language changes, Libby comments and overall status, and follow-up e-mails (2.3); OHS team status call and follow-up (.6). | 2.90 |
| 11/10/08 | R. Frankel | Review PD deferred payment documents, share issuance agreement. | 1.60 |
| 11/10/08 | R. Frankel | Telephone conference with D. Austern re status. | 0.30 |
| 11/10/08 | R. Frankel | Telephone conferences with D. Felder, R. Wyron re plan issues, PD FCR's objection. | 0.70 |
| 11/10/08 | R. Frankel | Telephone conference with P. Lockwood, R. Wyron re disclosure statement issues. | 0.90 |
| 11/10/08 | R. Frankel | Telephone conference with P. Lockwood, T. Freedman, J. Baer, R. Wyron re plan, disclosure hearing. | 0.90 |
| 11/10/08 | R. Frankel | Telephone conference with Grace internal team re preparation for disclosure hearing, plan and discovery issues. | 0.80 |
| 11/11/08 | J. Burke | Research confirmation issues (4.2); draft section of memorandum re same (1.5). | 5.70 |
| 11/11/08 | K. Thomas | Review case re unequal treatment. | 0.10 |
| 11/11/08 | D. Felder | Review M. Peterson report and e-mail to R. Wyron regarding same (.2); attention to confirmation research issues (2.1); review proposed confirmation CMO and related documents and follow-up e-mail to N. Finch and J. Guy regarding same (1.5); conference with J. Burke regarding confirmation issues and research (.5); conference with J. Guy regarding proposed CMO and related issues and follow-up regarding same (.7). | 5.00 |
| 11/11/08 | M. Wallace | Review correspondence regarding plan filing. | 0.10 |
| 11/11/08 | M. Wallace | Review correspondence regarding delay of hearing and opposition to same. | 0.10 |
| 11/11/08 | R. Wyron | Review plan language changes and follow-up e-mails on Royal (.6); work on open plan issues and respond to e-mails re same (1.8). | 2.40 |
| 11/11/08 | R. Frankel | Review draft deferred payment agreement, open issues during travel to DC. | 1.30 |
| 11/11/08 | R. Frankel | Review with R. Wyron issues in preparation for disclosure hearing (.4); notes re same (.2). | 0.60 |
| 11/11/08 | R. Frankel | Review revised plan and disclosure filed November 10. | 2.20 |
| 11/12/08 | J. Burke | Revise section of confirmation issues memorandum. | 0.30 |
| 11/12/08 | D. Felder | E-mail correspondence to and from J. Guy and N. Finch regarding proposed CMO (.4); conference with J. Guy regarding same (.5); conference with J. Burke regarding research issues and review issues regarding same (.8); attention to confirmation issues (3.2). | 4.90 |



ORRICK

| | | | |
|---|---|---|---|
| 11/12/08 | M. Wallace | Review correspondence regarding Bank of America claims. | 0.10 |
| 11/12/08 | M. Wallace | Review correspondence regarding conference call to respond to Sealed Air comments. | 0.10 |
| 11/12/08 | R. Wyron | Review revisions to Plan language and follow-up e-mails re same (1.2); review Maryland Casualty, Montana and Scotts' language and revise notes (1.1); begin organizing materials for hearing (1.3); review SA comments on Trust Agreement and TDP, and call with A. McMillan re same (.8). | 4.40 |
| 11/12/08 | R. Frankel | Review A. Rich e-mail, Trust Agreement re FCR professionals (.6); confer with R. Wyron re same (.3). | 0.90 |
| 11/12/08 | R. Frankel | Confer with R. Wyron re plan, disclosure, insurance issues. | 0.60 |
| 11/12/08 | R. Frankel | Series of e-mails re open disclosure issues. | 0.50 |
| 11/12/08 | R. Frankel | Review, consider revised default language in Deferred Purchase Agreement (.9); telephone conference with R. Wyron re same (.3). | 1.20 |
| 11/12/08 | R. Frankel | Review revised Plan documents, objections. | 1.80 |
| 11/13/08 | J. Burke | Draft section of confirmation issues. | 1.60 |
| 11/13/08 | D. Felder | Review case law regarding confirmation issues and continue preparing and revising memorandum regarding same (4.2); review blacklines of draft plan and disclosure statement and e-mail correspondence from J. Baer regarding same (.4). | 4.60 |
| 11/13/08 | R. Smith | Call with R. Frankel regarding deferred payment agreement issues (.2); attention to e-mail messages (.1). | 0.30 |
| 11/13/08 | R. Wyron | Review plan issues and organize notes for hearing and negotiations (3.4); review plan issues with R. Frankel and P. Lockwood and follow-up (1.2); review e-mail on language changes for Debtors (.8). | 5.40 |
| 11/13/08 | R. Frankel | Review plan documents in preparation for hearing on disclosure during travel to Pittsburgh. | 2.40 |
| 11/13/08 | R. Frankel | Confer with R. Wyron in preparation for hearing (.4); confer with P. Lockwood, R. Wyron in preparation for hearing (1.0). | 1.40 |
| 11/13/08 | R. Frankel | Review proposed changes in plan and disclosure statement from Sealed Air (.9); telephone conference with R. Wyron re same (.4). | 1.30 |
| 11/14/08 | J. Burke | Case law and treatise research on confirmation issues (4.0); draft section of memorandum re same (1.9). | 5.90 |
| 11/14/08 | C. Clark | Research insurance neutrality issues. | 0.20 |
| 11/14/08 | K. Thomas | Draft summary of Libby issue (2.8); conference with D. Felder re conducting additional research into other classification issues (.1). | 2.90 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 17

December 22, 2008
Invoice No. 1165629

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/14/08 | D. Felder | Telephonic participation in disclosure statement hearing (2.2); attention to confirmation issues and conferences with J. Burke and K. Thomas regarding same (3.4); draft memorandum regarding same (1.4). | 7.00 |
| 11/14/08 | R. Wyron | Meet with Debtors and ACC on plan issues (1.6); follow-up discussion on language issues (.3); attend disclosure statement hearing (1.8); confer with D. Cohn and follow-up (.4); meet with Scotts' counsel on plan language issues (.8); confer with Debtors on plan changes and exhibits (.4); confer with P. Lockwood on plan issues and strategy, and follow-up (.6); review plan changes and follow-up e-mails (.8). | 6.70 |
| 11/14/08 | R. Frankel | Confer with T. Freedman, P. Lockwood, R. Wyron in preparation for hearing. | 1.80 |
| 11/14/08 | R. Frankel | Attend hearing on disclosure statement, meetings re same. | 3.10 |
| 11/14/08 | R. Frankel | Review file, prepare notes post-hearing re disclosure, plan issues. | 1.60 |
| 11/16/08 | R. Wyron | Review hearing notes (.6); prepare for Sealed Air call on 11/17 (.5). | 1.10 |
| 11/17/08 | D. Felder | Review e-mail correspondence regarding confirmation discovery issues. | 0.50 |
| 11/17/08 | Z. Finley | Draft form of assignment and assumption agreement for deferred payment agreement. | 1.10 |
| 11/17/08 | R. Wyron | Review Sealed Air comments and organize notes (.8); call with Sealed Air on Trust Agreement, TDP and plan comments and follow-up (1.2); organize objections and proposed language changes to respond (1.4). | 3.40 |
| 11/17/08 | R. Frankel | Series of e-mails with J. Radecki, R. Wyron re plan status (.4); telephone conference with D. Austern re same (.2). | 0.60 |
| 11/18/08 | K. Thomas | Review cases and summarize case law on unequal treatment issue for Libby Claimants and send same to D. Felder and R. Wyron. | 3.70 |
| 11/18/08 | D. Felder | Review amended disclosure statement from Debtors (6.2); conference with R. Wyron regarding same (.2); prepare mark-up regarding same (.4); attention to confidentiality issues regarding expert reports and conference with R. Wyron regarding same (.5). | 7.30 |
| 11/18/08 | Z. Finley | Revise form of assignment and assumption agreement for deferred payment agreement (.2); review plan and disclosure statement (.3). | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 18

December 22, 2008
Invoice No. 1165629

| Date | Name | Description | Hours |
|---|---|---|---|
| 11/18/08 | R. Wyron | Numerous calls with ACC counsel and Grace counsel on plan language, exhibit 5, disclosure statement issues and insurer objections and follow-up (1.7); review deal document issues (.6); call to J. Radecki re financial information and follow-up (.6); work on Sealed Air changes (.4); review insurer objections and organize issues list (1.1); review Scotts' issues and follow-up (.8). | 5.20 |
| 11/18/08 | R. Frankel | Review, edit draft confirmation memo from D. Felder, J. Burke (1.5); notes re open issues (.3). | 1.80 |
| 11/18/08 | R. Frankel | Review issues raised by J. Radecki; prepare notes re market issues. | 0.80 |
| 11/19/08 | D. Felder | Review draft amended plan and disclosure statement and provide comments to Debtors regarding same (1.0); conferences with R. Wyron regarding same (.2); review comments from Sealed Air to plan and disclosure statement (.2); conference with J. Burke regarding confirmation issues research (.2). | 1.60 |
| 11/19/08 | M. Wallace | Review correspondence regarding plan and procedures. | 0.30 |
| 11/19/08 | R. Smith | Exchange of messages with R. Wyron regarding internal meeting scheduling. | 0.10 |
| 11/19/08 | R. Wyron | Review Sealed Air comments and prepare for call (.4); call with Sealed Air on plan, trust agreement and TDP comments and follow-up notes (1.1); calls with ACC counsel re same (.6); continue review of suggested language changes to plan and disclosure statement and follow-up e-mails (2.2). | 4.30 |
| 11/19/08 | R. Frankel | Confer with R. Wyron re plan issues, hearing on 11/24. | 0.50 |
| 11/19/08 | R. Frankel | Review revised drafts of plan and disclosure statement from Kirkland. | 2.30 |
| 11/20/08 | D. Felder | Review proposed case management orders from Debtors, Libby and insurers and prepare summary chart regarding same (1.1); conference with R. Wyron regarding update (.1); telephone conference with plan proponents and others regarding case management order for confirmation hearing (1.5); follow-up e-mail correspondence with Orrick team regarding same (.5). | 3.20 |
| 11/20/08 | Z. Finley | Review draft Plan and Disclosure Statement. | 0.50 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 19

December 22, 2008
Invoice No. 1165629

| 11/20/08 | R. Wyron | Review e-mails and draft comments on plan and disclosure language and respond (1.9); call with T. Cobb on Scotts' language and e-mails re same (.4); follow-up on open items with L. Esayian and e-mails re same (.8); call with P. Lockwood on open issues and follow-up (.6); review further revised Disclosure Statement language and respond to e-mails re same (.8); review Sealed Air changes on Trust Agreement and organize issues list (.8); confer with M. Wallace and follow-up e-mails (.9); organize outline for meeting with D. Austern (.6). | 6.80 |
| --- | --- | --- | --- |
| 11/20/08 | R. Frankel | Telephone conference with R. Wyron re plan, related issues; notes re same. | 0.50 |
| 11/21/08 | J. Burke | Attend case status and strategy meeting with R. Frankel, R. Wyron, J. Guy and D. Felder. | 1.30 |
| 11/21/08 | D. Felder | Review revised proposed case management order regarding confirmation (.3); telephone conference with plan proponents and others regarding same and follow-up with Orrick team (1.4); telephone conference with M. Hurford regarding update (.1); conference with Orrick team regarding strategy and next steps regarding confirmation issues (1.8); follow-up regarding same (.9); conference with A. Thorp regarding discovery issues (.1); attention to confirmation memorandum and related issues and conference with J. Burke regarding same (.8). | 5.40 |
| 11/21/08 | Z. Finley | Review and comment on Plan and Disclosure Statement (2.9); internal e-mails regarding same (.3). | 3.20 |
| 11/21/08 | M. Wallace | Review correspondence regarding insurer exhibit to the Plan. | 0.10 |
| 11/21/08 | M. Wallace | Review correspondence regarding CMO and related comments. | 0.20 |
| 11/21/08 | R. Wyron | Review multiple e-mails on plan issues and disclosure statement language from Maryland Casualty, Seaton and Scotts, and organize issues (1.2); calls with L. Esayian, P. Lockwood, T. Freedman and J. Baer on plan and disclosure issues and follow-up (1.7); strategy conference with OHS team on plan, disclosure, insurance, ligation, TDP and confirmation issues (1.3). | 4.20 |
| 11/21/08 | R. Frankel | Review, comments to confirmation memo (.8); confer with D. Felder, J. Burke re same (.8). | 1.60 |
| 11/22/08 | R. Frankel | Review files, including early versions of plan documents. | 1.20 |
| 11/22/08 | R. Frankel | Review deal document chart re open issues. | 0.90 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 20

December 22, 2008
Invoice No. 1165629

| Date | Timekeeper | Description | Hours |
|------|-----------|-------------|-------|
| 11/23/08 | R. Wyron | Review revised draft Plan, Disclosure Statement and solicitation documents (2.1); review e-mails and objections from Seaton, Maryland Casualty, Libby and Scotts, and organize outline of open issues (2.6). | 4.70 |
| 11/23/08 | R. Frankel | Review revised plan and disclosure statement in preparation for hearing. | 1.80 |
| 11/24/08 | D. Felder | Review Debtors' revised case management order regarding confirmation hearing and e-mail correspondence regarding same. | 0.40 |
| 11/24/08 | M. Wallace | Review correspondence regarding CMO comments. | 0.10 |
| 11/24/08 | M. Wallace | Review Libby claimants' counsel's correspondence regarding plan documents. | 0.10 |
| 11/24/08 | M. Wallace | Review ZAI term sheet. | 0.40 |
| 11/24/08 | M. Wallace | Review correspondence regarding hearing results and confirmation/discovery schedule. | 0.10 |
| 11/24/08 | R. Wyron | Review e-mails on plan terms and changes (.2); review revised draft PI and PD deal documents (.6); review notes re objections for meeting with Debtors and ACC (.4); calls to J. Radecki and T. Schiavoni, and e-mails re same (.2); confer with ACC counsel re strategy and follow-up e-mails (.5); meet with Debtors' counsel regarding open plan issues and hearing strategy, and follow-up notes (1.4); attend omnibus hearing on disclosure issues (3.2); confer with insurers' counsel and Libby counsel, and follow-up (.6); confer with Debtors' counsel on open issues (.4); review deal issues for 11/25 meeting (.6). | 8.10 |
| 11/24/08 | R. Frankel | Review ZAI Term Sheet, revised TDP, issues re liquidated claims during travel to Pittsburgh (2.2); confer with P. Lockwood during travel (.7). | 2.90 |
| 11/24/08 | R. Frankel | Attend omnibus hearing, continued hearing on disclosure statement in Pittsburgh. | 4.70 |
| 11/25/08 | D. Felder | Telephone conference with J. Radecki and Orrick team regarding plan and financial issues (1.4); follow-up with R. Wyron regarding same (.2). | 1.60 |
| 11/25/08 | J. Guy | Attention to Plan confirmation issues. | 0.80 |
| 11/25/08 | R. Smith | Call with R. Frankel, R. Wyron and J. Radecki (.4); prepare for same (.5). | 0.90 |



**ORRICK**

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 21

December 22, 2008
Invoice No. 1165629

| Date | Timekeeper | Description | Hours |
|---|---|---|---|
| 11/25/08 | R. Wyron | Review new deal provisions (.4); review Piper presentation (.6); call with J. Radecki, R. Smith, D. Felder and R. Frankel on Grace financials, plan issues, EBITDA test and follow-up e-mails (1.8); review e-mails on Sealed Air comments (.3); call with P. Lockwood on indemnity claims and other open plan issues and e-mail re same (.7); confer with R. Frankel (several times) on strategy and follow-up (.7); call with D. Austern on open issues (.5). | 5.00 |
| 11/25/08 | R. Frankel | Review revised plan documents from K&E (DPA, Guarantee, Reg. Rights). | 2.20 |
| 11/25/08 | R. Frankel | Review financial presentation from J. Radecki and Piper Jaffray. | 1.10 |
| 11/25/08 | R. Frankel | Telephone conference with J. Radecki, Piper Jaffray, R. Wyron, D. Felder re plan, feasibility issues. | 1.20 |
| 11/25/08 | R. Frankel | Telephone conference with D. Austern, R. Wyron re plan, confirmation issues (.4); confer with R. Wyron re plan, TDP issues (.4). | 0.80 |
| 11/26/08 | R. Smith | Exchange of e-mail messages with R. Frankel. | 0.10 |
| 11/26/08 | R. Wyron | Review notes and organize agenda for D. Austern meeting (.9); review revised deal documents from Kirkland (1.2). | 2.10 |
| 11/26/08 | R. Frankel | Review, consider open issues (.8); review early PD plan documents (.9). | 1.70 |
| 11/28/08 | R. Frankel | Review files, including prior drafts of plans. | 1.30 |
| 11/30/08 | R. Smith | E-mail to Z. Finley regarding deal documents. | 0.10 |
| 11/30/08 | R. Wyron | Review J. Biggs report and outline issues (1.1); review schedule and case calendar (.3); review analysis of pre-petition liquidated claims (.2). | 1.60 |

Total Hours 333.00

Total For Services $227,602.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Grady M. Bolding | 1.30 | 750.00 | 975.00 |
| James W. Burke | 30.50 | 285.00 | 8,692.50 |
| Charity R. Clark | 0.30 | 470.00 | 141.00 |
| Debra Felder | 69.50 | 560.00 | 38,920.00 |
| Zachary S. Finley | 6.50 | 570.00 | 3,705.00 |
| Roger Frankel | 83.00 | 875.00 | 72,625.00 |
| Jonathan P. Guy | 6.40 | 720.00 | 4,608.00 |
| Richard V. Smith | 6.70 | 775.00 | 5,192.50 |
| Katherine S. Thomas | 14.80 | 500.00 | 7,400.00 |
| Mary A. Wallace | 19.40 | 620.00 | 12,028.00 |
| Richard H. Wyron | 94.60 | 775.00 | 73,315.00 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 22

December 22, 2008
Invoice No. 1165629

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Total All Timekeepers | 333.00 | $683.49 | $227,602.00 |

Disbursements

| | |
|---|---|
| Color Document Reproduction | 0.40 |
| Document Reproduction | 264.80 |
| Image Printing/Blowback | 61.00 |
| Lexis Research | 1,395.63 |
| Local Taxi Expense | 319.15 |
| Out of Town Business Meals | 549.26 |
| Outside Reproduction Services | 3.30 |
| Outside Services | 217.52 |
| Parking Expense | 42.00 |
| Telephone | 17.73 |
| Travel Expense, Air Fare | 1,375.00 |
| Travel Expense, Local | 5.62 |
| Travel Expense, Out of Town | 4,666.32 |
| Westlaw Research | 2,735.95 |

|  | Total Disbursements | $11,653.68 |
|---|---|---|

**Total For This Matter**          **$239,255.68**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 23

December 22, 2008
Invoice No. 1165629

For Legal Services Rendered Through November 30, 2008 in Connection With:

**Matter: 11 - Compensation of Professionals - Other**

| | | | |
|---|---|---|---|
| 11/04/08 | D. Fullem | Prepare CNO for Piper's August monthly fee application; coordinate filing and service of same. | 0.50 |
| 11/05/08 | D. Fullem | Review D. Felder e-mail regarding status of filing and docket numbers for Piper and Tre Angeli CNOs on August fee applications. | 0.20 |
| 11/06/08 | D. Fullem | Review e-mail from D. Felder regarding status of CNOs for Tre Angeli and Tillinghast fee apps for August 2008 and procedure for monitoring objection deadines (.1); research CNOs (.3); prepare e-mail to and review response from C. Hartman regarding CNOs sent for filing, status of same (.2); prepare e-mail to D. Felder and R. Wyron regarding status (.2); forward docket numbers for CNOs to D. Felder (.1). | 0.90 |
| 11/06/08 | D. Fullem | Prepare notices for filing of D. Austern's August and September 2008 fee applications (.4); coordinate signatures on same by D. Felder (.1); finalize pleadings for filing and service (.2); e-mail to C. Hartman for filing (.2); prepare e-mails for service copies (.1); coordinate with D. Spicuzza regarding service (.1). | 1.10 |
| 11/06/08 | D. Fullem | Review and respond to e-mails from C. LaRuffa regarding status of Tre Angeli's October 2008 fee application. | 0.20 |
| 11/18/08 | D. Fullem | Telephone call from J. Radecki regarding timing/filing of Tre Angeli October fee application. | 0.10 |
| 11/18/08 | D. Felder | Review CNOs for Tre Angeli and Tillinghast. | 0.10 |
| 11/21/08 | D. Fullem | Two phone calls from J. Radecki regarding status of timing and filing of Tre Angeli quarterly for Jul-Sep 08 period and October monthly. | 0.20 |
| 11/24/08 | D. Fullem | Review and respond to e-mail from C. LaRuffa regarding Tre Angeli quarterly for period July-Sept 08. | 0.50 |
| 11/24/08 | D. Felder | Review Piper Jaffray's notice of filing quarterly fee application and e-mail correspondence with D. Fullem regarding same. | 0.10 |
| 11/25/08 | D. Fullem | Prepare final versions of Piper Jaffray and Tre Angeli Jul-Sept 08 quarterly and October monthly. | 2.00 |
| 11/25/08 | D. Fullem | Prepare CNOs for D. Austern's August and September fee applications. | 0.50 |

Total Hours          6.40



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 24

December 22, 2008
Invoice No. 1165629

Total For Services $1,631.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 0.20 | 560.00 | 112.00 |
| Debra O. Fullem | 6.20 | 245.00 | 1,519.00 |
| Total All Timekeepers | 6.40 | $254.84 | $1,631.00 |

Disbursements
    Document Reproduction        26.40
    Express Delivery        270.04
    Outside Services        53.84

Total Disbursements $350.28

**Total For This Matter** **$1,981.28**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 25

December 22, 2008
Invoice No. 1165629

For Legal Services Rendered Through November 30, 2008 in Connection With:

**Matter: 12 - Retention of Professionals - Orrick**

| | | | |
|---|---|---|---|
| 11/18/08 | D. Fullem | Research information on conflict lists for disclosure (.3); review/respond to e-mails from R. Wyron (.2); review information disclosed in previous declarations in support of Orrick's application to employ (.2); update R. Wyron regarding information (.1). | 0.80 |
| 11/24/08 | D. Fullem | Review docket to confirm J. Guy admitted pro hac vice. | 0.20 |
| 11/24/08 | D. Fullem | Review and respond to e-mail from D. Felder regarding J. Guy admission pro hac vice. | 0.20 |

Total Hours 1.20
Total For Services $294.00

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra O. Fullem | 1.20 | 245.00 | 294.00 |
| Total All Timekeepers | 1.20 | $245.00 | $294.00 |

Disbursements
Outside Services 20.88
Total Disbursements $20.88

**Total For This Matter** **$314.88**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. - 17367
page 26

December 22, 2008
Invoice No. 1165629

For Legal Services Rendered Through November 30, 2008 in Connection With:

## Matter: 13 - Compensation of Professionals - Orrick

| | | | |
|---|---|---|---|
| 11/03/08 | D. Fullem | Confer with R. Wyron regarding fee auditor's initial report for 29th interim period (.1); begin draft of response to initial report (.8); review of certain receipts on taxi charges from accounting (.3); confer with R. Wyron regarding same (.1); prepare e-mail to J. Cangialosi regarding additional detail, review his response to same, update R. Wyron (.3). | 1.60 |
| 11/03/08 | D. Fullem | Confer with D. Felder and R. Wyron regarding fee auditor's initial report for April-June 2008 time period. | 0.20 |
| 11/03/08 | D. Fullem | Review e-mail from R. Wyron regarding October 2008 fee application. | 0.10 |
| 11/04/08 | D. Fullem | Research interim compensation order; check timing for filing of monthly interim fee applications; e-mail to and discuss with R. Wyron; discuss timing with R. Wyron of filing of October 08 fee application. | 0.80 |
| 11/04/08 | D. Fullem | Confer with D. Felder regarding timing of filing October fee applications; prepare e-mails to and from C. Hartman to discuss timing and filing of October fee applications. | 0.40 |
| 11/04/08 | D. Fullem | Review administrative order on compensation and deadlines for filing monthly fee applications; forward same to D. Felder and R. Wyron with e-mail of dates/deadlines. | 0.40 |
| 11/04/08 | D. Fullem | Prepare CNO for Orrick's August monthly fee application; coordinate filing and service of same. | 0.50 |
| 11/04/08 | D. Fullem | Prepare e-mail to W. Sparks at Grace regarding copy of CNO on August fee application and payment due. | 0.20 |
| 11/04/08 | R. Wyron | Follow-up with Grace on fee issues and filing dates. | 0.30 |
| 11/05/08 | D. Felder | Review Orrick's October prebill. | 1.30 |
| 11/06/08 | D. Fullem | Review e-mails from R. Wyron and D. Felder, and prepare responses to same relating to process and timing of filing October 2008 fee application; e-mail to C. Hartman regarding process, timing, schedule of same. | 0.80 |
| 11/06/08 | D. Fullem | Review October prebill. | 1.10 |
| 11/06/08 | D. Fullem | Confer with D. Felder regarding filing of October 08 fee application. | 0.20 |
| 11/06/08 | D. Fullem | Prepare charts of taxi, meal, and air/travel expenses with additional detail as requested by fee auditor in initial report for the April-June 08 time period (1.8); prepare updates to draft reply letter to fee auditor regarding same (.5). | 2.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 27

December 22, 2008
Invoice No. 1165629

| 11/07/08 | D. Fullem | Review and respond to e-mail from J. Guy regarding July, August and September invoices; forward same to J. Guy. | 0.30 |
|---|---|---|---|
| 11/07/08 | D. Fullem | Prepare updates to Orrick reply to fee auditor letter regarding April-June 08 invoices (.8); review of receipts and other detailed backup (1.5); prepare charts (1.2); provide final draft of reply letter to D. Felder and R. Wyron for review/comment (.2). | 3.70 |
| 11/07/08 | D. Felder | Complete review of October prebill and conference with P. Reyes regarding same (.2); review response to Fee Auditor regarding Orrick's 29th interim fee application (.5). | 0.70 |
| 11/07/08 | R. Wyron | Review open issues on September pre-bill and e-mails re same. | 0.30 |
| 11/08/08 | R. Wyron | Review draft response to fee auditor's report and follow-up e-mails re same. | 0.40 |
| 11/10/08 | D. Fullem | Prepare various edits to reply letter to fee auditor initial report and charts supporting same; discuss with R. Wyron and D. Felder; finalize same for review. | 2.50 |
| 11/10/08 | D. Felder | Review revised letter to Fee Auditor regarding Orrick's 29th interim fee application and conferences with D. Fullem regarding same. | 0.50 |
| 11/11/08 | D. Fullem | Prepare final edits to charts to attach to reply letter to fee auditor final report on Apr-Jun 08 quarterly time period. | 0.80 |
| 11/11/08 | D. Fullem | Prepare revisions to Orrick's reply to fee auditor report; forward reply letter and charts along with e-mail to B. Ruhlander. | 0.90 |
| 11/14/08 | D. Fullem | Confer with P. Reyes regarding status of final October invoices. | 0.10 |
| 11/14/08 | D. Fullem | Prepare e-mail to D. Spicuzza regarding status of October invoices and timing of filing October fee application. | 0.20 |
| 11/14/08 | D. Fullem | Prepare e-mail to R. Wyron and D. Felder regarding status of October invoices and timing of filing of October monthly fee application next week. | 0.10 |
| 11/18/08 | D. Fullem | Prepare draft of Orrick quarterly for period July-September 2008. | 1.10 |
| 11/19/08 | D. Fullem | Continue preparation of quarterly for July-September 2008 time period. | 1.00 |
| 11/20/08 | D. Fullem | Review fee auditor final report as to Orrick's quarterly for the period April-June 2008; confer with R. Wyron and D. Felder regarding same. | 0.50 |
| 11/20/08 | D. Fullem | Continue preparation of quarterly for the period July-September 2008 and prepare for R. Wyron and D. Felder review and comment. | 2.00 |
| 11/20/08 | D. Felder | Review Fee Auditor's final report (.1); review and revise Orrick's 11th quarterly fee application (.7). | 0.80 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 28

December 22, 2008
Invoice No. 1165629

| | | | |
|---|---|---|---|
| 11/20/08 | R. Wyron | Review draft Quarterly Fee Application. | 0.40 |
| 11/21/08 | D. Fullem | Revise Orrick's quarterly for Jul-Sep 08 time period as per D. Felder's comments. | 0.70 |
| 11/21/08 | D. Fullem | Review draft Orrick October fee application; prepare edits; confer with D. Spicuzza regarding same. | 0.60 |
| 11/21/08 | D. Fullem | Prepare update to fee/expense spreadsheets. | 0.20 |
| 11/24/08 | D. Fullem | Review status of filings of Orrick's October monthly and quarterly for Jul-Sep 08. | 0.20 |
| 11/24/08 | D. Felder | Review and revise October fee application. | 0.70 |
| 11/25/08 | D. Fullem | Prepare final versions of Orrick's Jul-Sept 08 quarterly and October monthly. | 1.20 |
| 11/25/08 | D. Fullem | Update fee/expense spreadsheets. | 0.50 |
| 11/25/08 | D. Felder | Review Orrick's October fee application. | 0.30 |
| 11/25/08 | R. Wyron | Review revised fee application. | 0.20 |
| 11/26/08 | D. Fullem | Review and respond to e-mail from R. Wyron regarding status of October monthly and quarterly fee applications. | 0.10 |
| 11/26/08 | R. Wyron | Review Grace fee application status. | 0.20 |

Total Hours    31.40
Total For Services    $10,001.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 4.30 | 560.00 | 2,408.00 |
| Debra O. Fullem | 25.30 | 245.00 | 6,198.50 |
| Richard H. Wyron | 1.80 | 775.00 | 1,395.00 |
| Total All Timekeepers | 31.40 | $318.52 | $10,001.50 |

Disbursements
| | |
|---|---|
| Document Reproduction | 595.40 |
| Express Delivery | 42.72 |
| Outside Services | 46.16 |
| Postage | 298.54 |
| Total Disbursements | $982.82 |

**Total For This Matter**    **$10,984.32**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 29

December 22, 2008
Invoice No. 1165629

For Legal Services Rendered Through November 30, 2008 in Connection With:

**Matter:  14 - Trust Distribution Procedures**

| | | | |
|---|---|---|---|
| 11/04/08 | M. Wallace | Discuss Section 2.4 of Trust Agreement with R. Wyron. | 0.20 |
| 11/04/08 | M. Wallace | Correspond with ACC counsel regarding Section 2.4 of trust agreement and Section 5.6(a) of TDP. | 0.20 |
| 11/04/08 | R. Frankel | Telephone conference with E. Inselbuch re payment percentage (.4); series of e-mails re same (.3); telephone conference with D. Austern (.2); review issue with R. Wyron (.3). | 1.20 |
| 11/05/08 | M. Wallace | Review revised trust agreement. | 0.90 |
| 11/05/08 | M. Wallace | Draft e-mail with suggested language changes to amendment provision of trust agreement. | 0.20 |
| 11/05/08 | M. Wallace | Review and respond to various correspondence from R. Wyron regarding trust agreement and TDP. | 0.20 |
| 11/05/08 | M. Wallace | Review revised TDP. | 1.30 |
| 11/05/08 | M. Wallace | Draft list of issues and language changes for revised TDP. | 0.40 |
| 11/05/08 | M. Wallace | Draft comments to A. McMillan regarding TDP. | 0.30 |
| 11/06/08 | D. Felder | Review e-mail correspondence from M. Wallace and A. McMillian and draft TDP regarding same. | 0.50 |
| 11/06/08 | M. Wallace | Review correspondence regarding disclosure statement revisions to TDP description. | 0.10 |
| 11/06/08 | M. Wallace | Review revised trust agreement. | 0.30 |
| 11/06/08 | M. Wallace | Correspond with A. McMillan regarding revised trust agreement. | 0.10 |
| 11/06/08 | M. Wallace | Review and respond to correspondence as to open issues in TDP, including review of impacted provisions of TDP. | 0.40 |
| 11/06/08 | R. Wyron | Review TDP comments and follow-up (.3); call with ACC regarding liquidated claims issues and follow-up (.4). | 0.70 |
| 11/06/08 | R. Frankel | Review marked version of TDP from C&D (.8); review series of e-mails re same (.4). | 1.20 |
| 11/07/08 | D. Felder | Review e-mail correspondence from A. McMillian regarding TDP and Trust Agreement and attachments regarding same. | 0.60 |
| 11/07/08 | R. Wyron | Review e-mails on TDP issues and open language (.6); follow-up with R. Frankel and ACC (.3); finalize TDP comments (.2). | 1.10 |
| 11/07/08 | R. Frankel | Telephone conference with R. Wyron re final changes to TDP, open issues (.5); review revised TDP from McMillan (.8). | 1.30 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 30

December 22, 2008
Invoice No. 1165629

| 11/08/08 | R. Frankel | Review Tillinghast's Report re claims. | 1.20 |
|---|---|---|---|
| 11/11/08 | D. Felder | Review Sealed Air's comments to TDP and Trust Agreement. | 0.20 |
| 11/11/08 | M. Wallace | Review Sealed Air comments to revised trust agreement and TDP. | 0.30 |
| 11/12/08 | D. Felder | Conference with M. Wallace regarding Sealed Air's comments to TDP and Trust Agreement and review same. | 0.50 |
| 11/12/08 | M. Wallace | Discuss review of tax provisions in trust agreement with D. Felder. | 0.10 |
| 11/12/08 | M. Wallace | Conference call with A. McMillan regarding Sealed Air comments. | 0.30 |
| 11/12/08 | M. Wallace | Prepare for conference call with ACC regarding Sealed Air comments to trust agreement and TDP. | 0.20 |
| 11/13/08 | R. Frankel | Telephone conference with A. Rich re certain provisions in PI TDP (.4); review latest version of TDP (.4). | 0.80 |
| 11/18/08 | R. Wyron | Review Libby data and follow-up with Tillinghast. | 0.80 |
| 11/19/08 | M. Wallace | Review correspondence regarding Sealed Air response to Section 2.4 of trust agreement. | 0.10 |
| 11/20/08 | M. Wallace | Discuss results of conference call with ACC on trust agreement issues with R. Wyron. | 0.10 |
| 11/20/08 | M. Wallace | Research Sealed Air Settlement Agreement for consent rights with respect to the form of trust agreement. | 0.30 |
| 11/20/08 | M. Wallace | Draft e-mail describing Sealed Air consent rights on trust agreement. | 0.10 |
| 11/20/08 | M. Wallace | Research and respond to inquiry from P. Lockwood regarding scope of obligations of the ACC under the Sealed Air Settlement Agreement. | 1.20 |
| 11/20/08 | M. Wallace | Review Sealed Air comments to Section 2.4 of the Trust Agreement against Annex II and Sealed Air Settlement Agreement, respectively, for consistency and issues. | 2.50 |
| 11/20/08 | M. Wallace | Mark up Trust Agreement insert from Skadden to reflect comments and results of internal discussions of same. | 0.60 |
| 11/20/08 | M. Wallace | Discuss issues in Section 2.4 of the Trust Agreement with R. Wyron. | 0.20 |
| 11/20/08 | R. Wyron | Review proposed TDP changes and organize notes (.8); review redline of TDP and e-mails re same (.9); confer with A. McMillian and P. Lockwood on TDP issues and follow-up (.6); call to P. Lockwood on TDP changes (.3). | 2.60 |
| 11/21/08 | M. Wallace | Continue considering parity issues regarding suggested compliance language from Sealed Air for trust agreement. | 0.50 |
| 11/21/08 | M. Wallace | Review revised TDP and consider changes/impact. | 0.30 |
| 11/21/08 | M. Wallace | Review correspondence regarding issues in revised TDP. | 0.10 |
| 11/21/08 | M. Wallace | Review correspondence regarding additional changes and finalizing TDP. | 0.20 |



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 31

December 22, 2008
Invoice No. 1165629

| 11/21/08 | R. Wyron | Review and resolve TDP issues (.8); call with ACC re same (.3); call with J. Kimble on analysis (.6). | 1.70 |
|---|---|---|---|
| 11/23/08 | R. Wyron | Draft memo for D. Austern on TDP changes proposed by ACC. | 0.60 |
| 11/24/08 | M. Wallace | Review and respond to inquiries regarding Sealed Air Settlement Agreement requirements. | 0.30 |
| 11/24/08 | M. Wallace | Prepare comments for distribution to Skadden regarding trust agreement revisions requested by Sealed Air. | 0.10 |
| 11/24/08 | M. Wallace | Review revisions to the TDP requested by Sealed Air. | 0.10 |
| 11/25/08 | M. Wallace | Review correspondence regarding additional Sealed Air comments to TDP. | 0.10 |
| 11/25/08 | M. Wallace | Distribute comments to Skadden on Trust Agreement Section 2.4. | 0.10 |
| 11/25/08 | R. Wyron | Review Sealed Air comments on TDP and follow-up e-mails re same. | 0.80 |
| 11/25/08 | R. Frankel | Confer with R. Wyron re liquidated claims issues, TDP changes; notes re same. | 0.50 |

Total Hours                28.70
Total For Services                $20,553.50

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Debra Felder | 1.80 | 560.00 | 1,008.00 |
| Roger Frankel | 6.20 | 875.00 | 5,425.00 |
| Mary A. Wallace | 12.40 | 620.00 | 7,688.00 |
| Richard H. Wyron | 8.30 | 775.00 | 6,432.50 |
| Total All Timekeepers | 28.70 | $716.15 | $20,553.50 |

**Total For This Matter**                **$20,553.50**



ORRICK

David Austern, Futures Claims Representative for W.R. Grace & Co. -
17367
page 32

December 22, 2008
Invoice No. 1165629

For Legal Services Rendered Through November 30, 2008 in Connection With:

**Matter: 15 - Travel Time (Non-Working)**

| | | | |
|---|---|---|---|
| 11/03/08 | R. Frankel | Travel to DC. | 0.80 |
| 11/05/08 | R. Frankel | Travel to NY. | 1.80 |
| 11/11/08 | R. Frankel | Travel to DC from NY. | 1.80 |
| 11/13/08 | R. Wyron | Travel to Pittsburgh for disclosure statement hearing. | 3.00 |
| 11/13/08 | R. Frankel | Travel to Pittsburgh. | 1.60 |
| 11/14/08 | R. Wyron | Return from disclosure statement hearing in Pittsburgh. | 3.00 |
| 11/14/08 | R. Frankel | Travel to DC. | 2.40 |
| 11/24/08 | R. Wyron | Travel to Pittsburgh (.6); return to DC (3.0). | 3.60 |
| 11/24/08 | R. Frankel | Travel to/from Pittsburgh. | 2.70 |

Total Hours                20.70
Total For Services                            $8,576.25

| Timekeeper Summary | Hours | Rate | Amount |
|---|---|---|---|
| Roger Frankel | 11.10 | 437.50 | 4,856.25 |
| Richard H. Wyron | 9.60 | 387.50 | 3,720.00 |
| Total All Timekeepers | 20.70 | $414.31 | $8,576.25 |

**Total For This Matter**                            **$8,576.25**

**\* \* \* COMBINED TOTALS \* \* \***

Total Hours                571.00
Total Fees, all Matters                            $366,041.75
Total Disbursements, all Matters                    $14,569.07
Total Amount Due                                    $380,610.82