IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| | ) | |
| Debtors. | ) | Objection Date: January 19, 2009 at 4:00 p.m. |
| | ) | Hearing: Scheduled if Necessary (Negative Notice) |

**THIRTY-FOURTH MONTHLY INTERIM APPLICATION OF PIPER JAFFRAY & CO., FINANCIAL ADVISOR TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE, FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008**

| | |
|---|---|
| Name of Applicant: | Piper Jaffray & Co. |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative |
| Date of Retention: | February 13, 2006 |
| Period for which compensation and reimbursement is sought: | November 1, 2008 – November 30, 2008 |
| 80% of Compensation sought as actual, reasonable and necessary: | $40,000.00 |
| 100% of Expense Reimbursement sought as actual, reasonable and necessary: | $0.00 |

This is a _x_ monthly __ interim ____ final application

## COMPENSATION BY PROJECT CATEGORY (Exhibit A, Time Detail)

### NOVEMBER 1-30, 2008

| Project Category | Total Hours | Total Fees[1] |
|---|---|---|
| Business Operations Related | 63.0 | NA |
| Case Administration Related | 4.3 | NA |
| Financial Analysis Related | 212.1 | NA |
| Hearings | 2.0 | NA |
| **TOTAL** | **281.4** | **NA** |

## EXPENSE SUMMARY (Exhibit B, Expense Detail)

Out-of-Pocket Expenses *(November 1, 2008 – November 30, 2008):*

**TOTAL Out-of-Pocket Expenses:**               $0.00

Respectfully submitted,

PIPER JAFFRAY & CO.

By: */S/ JASON SOLGANICK*
    Jason Solganick
    150 East 42nd St.
    New York, New York 10017
    (212) 284-9586
    Financial Advisor to David T. Austern, Asbestos PI
    Future Claimants' Representative

Dated: December 19, 2008

---

[1] Piper Jaffray & Co. does not bill on an hourly basis; therefore, a calculation of total fees by hour, by category is not applicable.

2