# EXHIBIT A

## W.R. Grace
### PJC Time Records
#### November-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Bryan Clones | 11/3/2008 | 8.5 | Financial Analysis | Security spread analysis |
| Jason Solganick | 11/3/2008 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 11/3/2008 | 10.0 | Financial Analysis | Security spread analysis |
| Bryan Clones | 11/4/2008 | 10.0 | Financial Analysis | Security spread analysis |
| Jason Solganick | 11/4/2008 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 11/4/2008 | 11.0 | Financial Analysis | Security spread analysis |
| Bryan Clones | 11/5/2008 | 9.5 | Financial Analysis | Security spread analysis |
| Jason Solganick | 11/5/2008 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 11/5/2008 | 11.5 | Financial Analysis | Security spread analysis |
| Bryan Clones | 11/6/2008 | 5.5 | Financial Analysis | Security spread analysis |
| Desiree Davis | 11/6/2008 | 3.0 | Financial Analysis | Security spread analysis |
| Jason Solganick | 11/6/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/6/2008 | 2.0 | Financial Analysis | Review of security spread analysis |
| Pei Huang | 11/6/2008 | 5.5 | Financial Analysis | Security spread analysis |
| Bryan Clones | 11/7/2008 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Clones | 11/7/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 11/7/2008 | 1.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 11/7/2008 | 1.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 11/7/2008 | 1.5 | Financial Analysis | Security spread analysis |
| Jason Solganick | 11/7/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/7/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 11/7/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 11/7/2008 | 2.5 | Financial Analysis | Review of security spread analysis |
| Pei Huang | 11/7/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 11/7/2008 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Clones | 11/10/2008 | 2.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 11/10/2008 | 1.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 11/10/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/10/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 11/10/2008 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Bryan Clones | 11/11/2008 | 2.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Desiree Davis | 11/11/2008 | 1.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 11/11/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/11/2008 | 1.5 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Pei Huang | 11/11/2008 | 3.0 | Financial Analysis | Review of earnings of comparable company and related analyses |
| Jason Solganick | 11/12/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/13/2008 | 0.3 | Case Administration | Review court docket |
| Bryan Clones | 11/14/2008 | 7.5 | Financial Analysis | Coal pricing analysis |
| Desiree Davis | 11/14/2008 | 2.0 | Financial Analysis | Coal pricing analysis |
| Jason Solganick | 11/14/2008 | 0.3 | Case Administration | Review court docket |
| Jason Solganick | 11/14/2008 | 1.0 | Financial Analysis | Review of coal pricing analysis |
| Jason Solganick | 11/14/2008 | 2.0 | Hearings | Telephonic disclosure statement hearing |
| Pei Huang | 11/14/2008 | 2.0 | Financial Analysis | Coal pricing analysis |
| Jason Solganick | 11/17/2008 | 0.3 | Case Administration | Review court docket |
| Bryan Clones | 11/18/2008 | 6.0 | Financial Analysis | Valuation analysis for client |
| Jason Solganick | 11/18/2008 | 0.3 | Case Administration | Review court docket |
| Pei Huang | 11/18/2008 | 12.0 | Financial Analysis | Valuation analysis for client |
| Bryan Clones | 11/19/2008 | 11.0 | Financial Analysis | Valuation analysis for client |
| Desiree Davis | 11/19/2008 | 2.0 | Financial Analysis | Valuation analysis for client |
| Jason Solganick | 11/19/2008 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 11/19/2008 | 12.0 | Financial Analysis | Valuation analysis for client |

# EXHIBIT A

## W.R. Grace
### PJC Time Records
### November-08

| Professional | Date | Hours | Category | Description |
|---|---|---|---|---|
| Bryan Clones | 11/20/2008 | 0.5 | Business Operations | Grace earnings call |
| Bryan Clones | 11/20/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Clones | 11/20/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Clones | 11/20/2008 | 5.0 | Financial Analysis | Valuation analysis for client |
| Desiree Davis | 11/20/2008 | 0.5 | Business Operations | Grace earnings call |
| Desiree Davis | 11/20/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 11/20/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 11/20/2008 | 2.5 | Financial Analysis | Valuation analysis for client |
| Jason Solganick | 11/20/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/20/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 11/20/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 11/20/2008 | 0.5 | Business Operations | Grace earnings call |
| Pei Huang | 11/20/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 11/20/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 11/20/2008 | 8.0 | Financial Analysis | Valuation analysis for client |
| Bryan Clones | 11/21/2008 | 8.0 | Financial Analysis | Valuation analysis for client |
| Desiree Davis | 11/21/2008 | 2.0 | Financial Analysis | Valuation analysis for client |
| Jason Solganick | 11/21/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/21/2008 | 3.5 | Financial Analysis | Review of valuation analysis for client |
| Pei Huang | 11/21/2008 | 10.0 | Financial Analysis | Valuation analysis for client |
| Bryan Clones | 11/24/2008 | 8.0 | Business Operations | Presentation preparation for client and other related analyses |
| Bryan Clones | 11/24/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 11/24/2008 | 2.0 | Business Operations | Presentation preparation for client and other related analyses |
| Desiree Davis | 11/24/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 11/24/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/24/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 11/24/2008 | 10.0 | Business Operations | Presentation preparation for client and other related analyses |
| Pei Huang | 11/24/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Clones | 11/25/2008 | 3.0 | Business Operations | Presentation preparation for client and other related analyses |
| Bryan Clones | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Clones | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Clones | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 11/25/2008 | 2.5 | Business Operations | Presentation preparation for client and other related analyses |
| Desiree Davis | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 11/25/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 11/25/2008 | 4.5 | Business Operations | Presentation preparation for client and other related analyses |
| Pei Huang | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 11/25/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Bryan Clones | 11/26/2008 | 8.0 | Business Operations | Presentation preparation for client and other related analyses |
| Bryan Clones | 11/26/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Desiree Davis | 11/26/2008 | 2.0 | Business Operations | Presentation preparation for client and other related analyses |
| Desiree Davis | 11/26/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 11/26/2008 | 3.0 | Business Operations | Review of presentation prepared for client and other related analyses |
| Jason Solganick | 11/26/2008 | 0.2 | Case Administration | Review court docket |
| Jason Solganick | 11/26/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Pei Huang | 11/26/2008 | 10.5 | Business Operations | Presentation preparation for client and other related analyses |
| Pei Huang | 11/26/2008 | 0.2 | Financial Analysis | Review of 8-K for comparable company |
| Jason Solganick | 11/27/2008 | 0.2 | Case Administration | Review court docket |
| Bryan Clones | 11/28/2008 | 2.0 | Business Operations | Presentation preparation for client and other related analyses |
| Desiree Davis | 11/28/2008 | 1.0 | Business Operations | Presentation preparation for client and other related analyses |
| Jason Solganick | 11/28/2008 | 0.2 | Case Administration | Review court docket |
| Pei Huang | 11/28/2008 | 5.0 | Business Operations | Presentation preparation for client and other related analyses |