# EXHIBIT B

W.R. Grace
Detail of expenses (November 1, 2008 – November 30, 2008)

**TOTAL EXPENSES:** $0.00