IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 11 |
| W.R. GRACE & CO., et al. | ) Case No. 01-1139 (JKF) |
| Debtors. | ) Objection Deadline: January 19, 2009 at 4:00 p.m. |
| | ) Hearing: Scheduled if Necessary (Negative Notice) |

COVER SHEET TO FORTY-SECOND MONTHLY APPLICATION OF
TOWERS PERRIN TILLINGHAST, ACTUARIAL CONSULTANTS
TO DAVID T. AUSTERN, ASBESTOS PI FUTURE CLAIMANTS' REPRESENTATIVE
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR THE PERIOD
NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008

| | |
|---|---|
| Name of Applicant: | Towers Perrin Tillinghast |
| Authorized to Provide Professional Services to: | David T. Austern, Asbestos PI Future Claimants' Representative (the "FCR") |
| Date of Retention: | As of November 29, 2004 (pursuant to this Court's Order entered February 21, 2004) |
| Period for which compensation is sought: | November 1, 2008 through November 30, 2008 |
| Amount of Compensation (100%) sought as actual, reasonable, and necessary: | $8,110.00 |
| 80% of fees to be paid: | $6,488.00 |
| Amount of Expense Reimbursement sought as actual, reasonable and necessary: | $ 0.00 |
| Total Fees @ 80% and 100% Expenses: | $6,488.00 |

This is an: ___ interim   X   monthly   ___ final application.

## COMPENSATION SUMMARY
### November 2008

| Name of Professional Person | Position of Applicant, No. of Years in Position, Prior Relevant Experience, Year Obtained License to Practice, Area of Expertise | Hourly Billing Rate (including changes) | Total Billed Hours | Total Compensation |
|---|---|---|---|---|
| Jenni Biggs | Consulting Actuary (23 years) FCAS | $650 | 4.10 | $2,665.00 |
| Julianne Callaway | Analyst (5 years) ACAS | $325 | 2.80 | $910.00 |
| Jeffrey Kimble | Consulting Actuary (7 years) ACAS | $400 | 9.90 | $3,960.00 |
| Adam Luechtefeld | Analyst (5 years) | $250 | 1.00 | $250.00 |
| Sarah Maune | Analyst (1 year) | $205 | 1.00 | $205.00 |
| Brent Petzoldt | Analyst (2 years) ACAS | $240 | 0.50 | $120.00 |
| **Total Blended Rate: $420.21** | | | **19.30** | **$8,110.00** |

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Data Analysis | 19.30 | $8,110.00 |

## EXPENSE SUMMARY

| Expense Category | Total |
|---|---|
| No Expenses | $0.00 |

| November 2008 – Grand Total | $8,110.00 |
|---|---|

Respectfully submitted,

TOWERS PERRIN TILLINGHAST

By: /S/ JENNIFER L. BIGGS
  Jennifer L. Biggs, FCAS, MAAA
  101 S. Hanley Rd.
  St. Louis, MO 63105
  (314) 719-5843

Dated: December 11, 2008

2