# EXHIBIT A

**WR Grace**
**November 2008 Time**

| Day/Date | Action | Time |
|---|---|---|
| Mon 3 | Prepare/research spread analysis | 2.1 |
| | Review docket | 0.5 |
| Tue 4 | Prepare/research spread analysis | 2.0 |
| | Review docket | 0.4 |
| Wed 5 | Review docket | 0.7 |
| Thu 6 | Comm w/Orrick (Dfe) re Disc Stmt hearings | 0.3 |
| | Review docket | 1.0 |
| Fri 7 | Review docket | 0.6 |
| Mon 10 | Prepare/research spread analysis | 2.3 |
| | Review docket | 0.5 |
| Tues 11 | Review docket | 0.3 |
| Wed 12 | Comm w/Orrick (Dfe) re Disc Stmt hearings | 0.3 |
| | Comm w/Orrick (RF) re DPA default provisions | 0.3 |
| | Comm w/BS (MB) re Colowyo sale | 0.2 |
| | Review docket | 1.1 |
| Thu 13 | Review/analyze Colowyo sale info | 1.5 |
| | Comm w/Orrick (RF) re DPA default mechanism | 1.0 |
| | Review docket | 1.1 |
| Fri 14 | Disc Stmt hearing | 1.5 |
| | Review docket | 0.9 |
| Mon 17 | Comm w/Orrick (RW) re DPA | 0.6 |
| | Review/analyze blackline DPA | 3.2 |
| | Comm w/ FCR re market, exit finc | 0.5 |
| | Comm w/BS (MB) re earnings call | 0.2 |
| | Comm w/Orrick (RF) re DPA, FCR mtg, market | 0.5 |
| | Review docket | 0.7 |
| Tue 18 | Review earnings book | 1.4 |
| | Prep presentation for FCR | 3.1 |
| | Comm w/Orrick (RW) re DPA covenants | 1.0 |
| | Review docket | 1.2 |
| Wed 19 | Prep for Colowyo sale call | 0.9 |
| | Colowyo sale call | 1.0 |
| | Comm w/Orrick (RW) re FCR mtg | 0.4 |
| | Review docket | 0.8 |
| Thu 20 | Prep for earnings call | 0.8 |
| | Earnings call | 1.0 |
| | Comm w/BS (JO) re equity | 0.2 |
| | Prep presentation for FCR | 3.5 |
| | Prep Oct 08 fee app | 1.5 |
| | Comm w/Orrick (Dfu) re Oct fee app | 0.2 |
| | Review docket | 0.3 |
| Fri 21 | Prep presentation for FCR | 2.9 |
| | Comm w/Orrick (Dfu) re Jul-Sept fee app | 0.2 |
| | Prep July-Sept fee app | 1.5 |
| | Review docket | 0.7 |
| Mon 24 | Omnibus hearing | 5.0 |
| | Comm/Orrick (RW) re meeting | 0.3 |
| | Review docket | 0.9 |
| Tue 25 | Review Colowyo info/analysis | 0.7 |
| | Presentation to FCR counsel | 1.5 |
| | Review CMO schedule | 0.5 |
| | Review docket | 0.5 |
| Wed 26 | Review/analyze new DPA blackline | 1.9 |
| | Review docket | 0.8 |
| | Prep revised FCR presentation materials | 2.1 |
| Fri 28 | Review market materials | 1.7 |
| | Review comp trading values | 0.5 |
| | Prep revised FCR presentation materials | 2.0 |
| | Review docket | 1.5 |
| Sat 29 | Review final FCR presentation | 1.0 |

| TOTAL TIME (hrs) | | 67.8 |
|---|---|---|