# EXHIBIT B

<u>W.R. Grace</u>
<u>Detail of expenses (November 1, 2008 – November 30, 2008)</u>

<u>Communication</u>
Telephone                                             $234.52
Express Mail                                          $ 52.68
         **Total Communication:**                          <u>**$287.20**</u>

**TOTAL EXPENSES:**                                   $287.20