IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| W.R. GRACE & CO., et al., | ) | Case No. 01-1139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | RE:  Docket No. 20309 |

## CERTIFICATE OF SERVICE

I, Evelyn J. Meltzer, do hereby certify that on the 22nd day of December, 2008, I did serve BNSF's Preliminary Objections To Confirmation Of First Amended Joint Plan Of Reorganization [Docket No. 20309] by causing a true and correct copy thereof to be served upon the individuals on the attached service list via United States mail, first class, postage pre-paid.

Dated: December 29, 2008
Wilmington, Delaware

PEPPER HAMILTON LLP

/s/ Evelyn J. Meltzer
Evelyn J. Meltzer (DE No. 4581)
Hercules Plaza, Suite 5100
1313 North Market Street
P.O. Box 1709
Wilmington, DE 19899-1709
(Courier No. 19801)
Telephone: (302) 777-6500
Facsimile: (302) 421-8390
Counsel for BNSF Railway Company

Of Counsel:

Edward C. Toole, Jr.
Linda J. Casey
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103
Tel: (215) 981-4000
Fax: (215) 981-4750
Counsel for BNSF Railway Company

#10381240 v1

David M. Bernick, P. C.
Janet S. Baer, Esquire
Kirkland & Ellis
200 E. Randolph Drive
Chicago, IL  60601

Theodore L. Freedman, Esquire
Deanna D. Boll, Esquire
Craig A. Bruens, Esquire
Kirkland & Ellis LLP
Citigroup Center, 153 E. 53rd Street
New York, NY 10022

Laura Davis Jones, Esquire
James E. O'Neill, Esquire
Timothy Cairns, Esquire
Pachulski Ziehl Stang Ziehl Young Jones
919 N. Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899

David Klauder, Esquire
Office of the United States Trustee
844 King Street
Suite 2207
Wilmington, DE  19801

Peter Van N. Lockwood, Esquire
Ronald Reinsel, Esquire
Jeffrey Liesemer, Esquire
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Elihu Inselbuch, Esquire
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
Campbell & Levine, LLC
800 King Street, Suite 300
Wilmington, DE 19801

Roger Frankel, Esquire
Richard H. Wyron, Esquire
Debra L. Felder, Esquire
Orrick, Herrington & Sutcliffe LIP
Columbia Center
1152 15th Street, N.W.
Washington, DC  20005-1706

John C. Phillips, Jr., Esquire
Phillips Goldman & Spence, PA
1200 North Broom Street
Wilmington, DE  19806

Philip Bentley, Esquire
Douglas Mannal, Esquire
Kramer Levine Naftalis & Frankel, LLP
1177 Avenue of the Americas
New York, NY  10036

Teresa D. Currier, Esquire
Buchanan, Ingersoll & Rooney PC
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19899-1397

#10381731 v1

Scott L. Baena, Esquire
Jay M. Sakalo, Esquire
Mindy A. Mora, Esquire
Bilzin Sumberg Baena Price & Axelrod, LLP
200 South Biscayne Boulevard
Suite 2500
Miami, FL 33131-5340

Lewis Kruger, Esquire
Arlene Krieger, Esquire
Kenneth Pasquale, Esquire
Stroock & Stroock & Lavan, LLP
180 Maiden Lane
New York, NY 10038-4982

Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ 07407
Attn: General Counsel

D. J. Baker, Esquire
Skadden Arps Slate Meagher & Flom, LLP
Four Times Square
New York, NY 10036

David S. Rosenbloom, Esquire
McDermott Will & Emery
227 W. Monroe
Suite 4400
Chicago, IL 60606