## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

IN RE:

W.R. Grace & Co., *et al.*,

                Debtors.

Chapter 11

Case No. 01-01139 (JKF)
(Jointly Administered)

**Ref. No. _____**

## ORDER GRANTING LIBBY CLAIMANTS' MOTION TO COMPEL DEBTORS TO RESPOND TO LIBBY CLAIMANTS' DOCUMENT REQUEST

Upon the Libby Claimants' Motion to Compel Debtors to Respond to Libby Claimants' Document Request (the "Motion"); [1] and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Debtors shall fully respond to the Libby Claimants' First Request for Production of Documents by Debtors in Conjunction with Plan Confirmation no later than January 20, 2009.

Dated: January _____, 2009
       Wilmington, Delaware

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

---

[1] All capitalized terms not herein defined shall have the same meaning ascribed to them in the Motion.

393.001-23668.doc