IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **In re** | ) | Chapter 11 |
| | ) | |
| **W. R. GRACE & CO.,** *et al.*[1] | ) | Case No. 01-1139 (JKF) |
| | ) | Jointly Administered |
| **Debtors.** | ) | |
| | ) | **Related Docket No. 20204** |
| | ) | |
| | ) | |

## PLAN PROPONENTS' DESIGNATION OF CONFIRMATION ISSUES

The Debtors, the Official Committee of Asbestos Personal Injury Claimants, the Asbestos PI Future Claimants' Representative, and the Official Committee of Equity Security Holders (collectively, the "Plan Proponents") hereby jointly propose the following issues for Phases I and II of the confirmation hearing, along with issues related to confirmation of the Plan Proponents' First Amended Plan of Reorganization (the "Plan"):

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc.), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., GPC Thomasville Corp., Gloucester New Communities Company, Inc., Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp., Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

## PHASE I CONFIRMATION ISSUES

Issues to be addressed in Phase I of the confirmation hearing include:

1. Impairment of Class 9 creditors; and

2. Insurance neutrality.

## PHASE II CONFIRMATION ISSUES

All remaining confirmation issues not identified above and resolved during Phase I shall be reserved for Phase II of the confirmation hearing. The following issues should also be addressed during Phase II of the confirmation hearing:

1. Scotts' rights under vendor endorsements; and

2. The scope of indemnity provisions in settlement agreements with insurers in relation to tort claims against those insurers at Libby.

*Remainder of this page left intentionally blank.*

Dated: December 29, 2008  
Wilmington, Delaware

Respectfully submitted,

| | |
|---|---|
| David M. Bernick, P.C.<br>Theodore L. Freedman<br>Janet S. Baer<br>Deanna D. Boll<br>KIRKLAND & ELLIS LLP<br>Citigroup Center<br>153 East 53rd Street<br>New York, NY 10022<br>Telephone: (212) 446-4800<br><br>and<br><br>*/s/ James E. O'Neill*<br>Laura Davis Jones (#2436)<br>James E. O'Neill (#4042)<br>Timothy Cairns (#4228)<br>PACHULSKI STANG ZIEHL & JONES LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 (Courier 19801)<br>Telephone: (302) 652-4100<br><br>*Counsel for the Debtors and Debtors in Possession* | Roger Frankel<br>Richard H. Wyron<br>Debra L. Felder<br>ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Columbia Center<br>1152 15th Street, NW<br>Washington, DC 20005-1706<br>Telephone: (202) 339-8400<br><br>John C. Phillips, Jr. (#110)<br>PHILLIPS, GOLDMAN & SPENCE, P.A.<br>1200 North Broom Street<br>Wilmington, DE 19806<br>Telephone: (302) 655-4200<br><br>*Counsel for David T. Austern,*<br>*Asbestos PI Future Claimants' Representative* |
| Elihu Inselbuch<br>CAPLIN & DRYSDALE, CHARTERED<br>375 Park Avenue, 35th Floor<br>New York, NY 10152-3500<br>Telephone: (212) 319-7125<br><br>Peter Van N. Lockwood<br>Ronald Reinsel<br>Jeffrey Liesemer<br>CAPLIN & DRYSDALE, CHARTERED<br>One Thomas Circle, NW<br>Washington, DC 20005<br>Telephone: (202) 862-5000<br><br>Marla R. Eskin (#2989)<br>Mark T. Hurford (#3299)<br>CAMPBELL & LEVINE, LLC<br>800 King Street, Suite 300<br>Wilmington, DE 19801<br>Telephone: (302) 426-1900<br><br>*Counsel for the Official Committee of*<br>*Asbestos Personal Injury Claimants* | Philip Bentley<br>Douglas Mannal<br>KRAMER LEVIN NAFTALIS & FRANKEL LLP<br>1177 Avenue of the Americas<br>New York, NY 10036<br>Telephone: (212) 715-9100<br><br>Teresa K.D. Currier (#3080)<br>BUCHANAN INGERSOLL & ROONEY PC<br>The Brandywine Building<br>1000 West Street, Suite 1410<br>Wilmington, DE 19801<br>Telephone: (302) 552-4200<br><br>*Counsel for the Official Committee of Equity*<br>*Security Holders* |

K&E LEGAL:13897977.6