IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) Jointly Administered |
| Debtors. | Hearing Date: January 14, 2009 at 9:00 a.m. Response Deadline: January 7, 2009 |
| | Ref. No. 20204 |

## NOTICE OF MOTION

TO:   The Debtors; Counsel to the Debtors; the Office of the United States Trustee for the District of Delaware; and all parties on the attached service list.

The Libby Claimants have filed the **Libby Claimants' Motion to Compel Asbestos PI Committee to Respond to Libby Claimants' Interrogatories** (the "Motion"), a copy of which is attached hereto.

Responses, if any, to the relief requested in the Motion must be filed with the United States Bankruptcy Court for the District of Delaware, 824 North Market Street, 3rd Floor, Wilmington, Delaware 19801 on or before **January 7, 2009.**

At the same time, you must also serve a copy of the response upon the undersigned counsel so as to be received on **January 7, 2009.**

A HEARING ON THE MOTION, IF NECESSARY, WILL BE HELD BEFORE THE HONORABLE JUDITH K. FITZGERALD, UNITED STATES BANKRUPTCY JUDGE, UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, 5464 U.S. STEEL TOWER, 600 GRANT STREET, PITTSBURGH, PENNSYLVANIA 15219 ON **JANUARY 14, 2009 AT 9:00 A.M.**

393.001-23671.DOC

IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

Dated: December 29, 2008
      Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri Mumford*

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for the Libby Claimants*

2