IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. Grace & Co., *et al.*,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JKF)<br>(Jointly Administered)<br><br>Ref. No. _____ |

## ORDER GRANTING LIBBY CLAIMANTS' MOTION TO COMPEL ASBESTOS PI COMMITTEE TO RESPOND TO LIBBY CLAIMANTS' INTERROGATORIES

Upon the Libby Claimants' Motion to Compel Asbestos PI Committee to Respond to Libby Claimants' Interrogatories (the "Motion");[1] and due and proper notice of the Motion having been given, and cause appearing for the relief sought in the Motion, it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Asbestos PI Committee shall fully respond to the Libby Claimants' Second Interrogatories Propounded Upon Asbestos PI Committee no later than January 23, 2009.

Dated: January _____, 2009
Wilmington, Delaware

_____
The Honorable Judith K. Fitzgerald
United States Bankruptcy Court Judge

---

[1] All capitalized terms not herein defined shall have the same meaning ascribed to them in the Motion.

393.001-23669.doc