# Exhibit A

## DuaneMorris

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
SINGAPORE
LOS ANGELES
CHICAGO
HOUSTON
HANOI
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BALTIMORE
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE
HO CHI MINH CITY

December 4, 2008

CHARLES FREEDGOOD
MANAGING DIRECTOR
JP MORGAN CHASE & CO.
380 MADISON AVENUE
NEW YORK, NY 10017

W.R. GRACE & CO.

File# K0248-00001        Invoice# 1439737                              IRS# 23-1392502

FOR PROFESSIONAL SERVICES RECORDED
THROUGH 11/30/2008 IN CONNECTION
WITH THE ABOVE-CAPTIONED MATTER.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| MR LASTOWSKI | PARTNER | 1.20 | hrs. at | $645.00 | /hr. = | $774.00 | |
| RW RILEY | PARTNER | 0.20 | hrs. at | $520.00 | /hr. = | $104.00 | |
| WS KATCHEN | OF COUNSEL | 16.10 | hrs. at | $705.00 | /hr. = | $11,350.50 | |
| BA GRUPPO | PARALEGAL | 0.80 | hrs. at | $250.00 | /hr. = | $200.00 | |
| TJ SANTORELLI | PARALEGAL | 1.50 | hrs. at | $145.00 | /hr. = | $217.50 | |
| EM O'BYRNE | PARALEGAL | 9.40 | hrs. at | $195.00 | /hr. = | $1,833.00 | |
| | | | | | | | $14,479.00 |

DISBURSEMENTS
POSTAGE                                           2.17
PRINTING & DUPLICATING                           52.35
TRAVEL - LOCAL                                   151.52
TRAVEL AWAY FROM HOME                            32.09
TOTAL DISBURSEMENTS                                              $238.13

BALANCE DUE THIS INVOICE                                         $14,717.13

PREVIOUS BALANCE                                                $108,947.90

TOTAL BALANCE DUE                                              $123,665.03

File # K0248-00001                                                      INVOICE # 1439737
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 10/31/2008 | 004 | EM O'BYRNE | REVIEW DOCKET, DOWNLOAD DOCUMENTS AND DOCKET AND FORWARD TO W KATCHEN | 0.40 | $78.00 |
| 11/3/2008 | 004 | EM O'BYRNE | REVIEW, DOWNLOAD AND FORWARD DOCKET TO W KATCHEN | 0.20 | $39.00 |
| 11/4/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 11/4/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 11/5/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 11/5/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DAILY DOCKET, FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 11/6/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 11/6/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 11/7/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 11/7/2008 | 004 | EM O'BYRNE | REVIEW AND DOWNLOAD DOCKET SHEET FROM BANKRUPTCY COURT, FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 11/10/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY BANKRUPTCY COURT DOCKET FOR REVIEW BY W KATCHEN; DOWNLOAD SPECIFIC DOCUMENTS REQUESTED AND FORWARD TO SAME | 0.40 | $78.00 |
| 11/11/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 11/11/2008 | 004 | EM O'BYRNE | REVIEW DOCKET; DOWNLOAD AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 11/12/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET SHEET, REVIEW AND FORWARD TO W KATCHEN | 0.20 | $39.00 |

Duane Morris
December 4, 2008
Page 3

File # K0248-00001                                          INVOICE # 1439737
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|---|-------|-------|
| 11/13/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 11/13/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 11/14/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 11/17/2008 | 004 | EM O'BYRNE | REVIEW DOCKET SHEET AND DOWNLOAD; EMAIL TO W KATCHEN; DOWNLOAD VARIOUS PLEADINGS AT THE REQUEST OF W KATCHEN AND SEND SAME TO HIM | 1.00 | $195.00 |
| 11/18/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET ENTRIES AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 11/19/2008 | 004 | EM O'BYRNE | MONITOR AND DOWNLOAD NEW ENTRIES ON THE DOCKET SHEET; FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 11/20/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 11/21/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET SHEET AND DOCUMENT AND FORWARD TO W KATCHEN | 0.30 | $58.50 |
| 11/24/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET SHEET AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 11/25/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 11/25/2008 | 004 | EM O'BYRNE | DOWNLOAD DAILY DOCKET FROM BANKRUPTCY COURT SITE AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| 11/26/2008 | 004 | BA GRUPPO | RECEIPT & REVIEW OF ONLINE WWW SUBSCRIPTIONS -- COPYING OF ASBESTOS-RELATED ITEMS AS REQUESTED AND FORWARDING SAME TO W.KATCHEN | 0.10 | $25.00 |
| 11/26/2008 | 004 | EM O'BYRNE | DOWNLOAD DOCKET SHEET FROM BANKRUPTCY COURT AND FORWARD TO W KATCHEN | 0.20 | $39.00 |
| | | | Code Total | 5.90 | $1,194.50 |

Duane Morris
December 4, 2008
Page 4

File # K0248-00001                                         INVOICE # 1439737
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/5/2008 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO PD SETTLEMENTS. | 0.20 | $141.00 |
| 11/10/2008 | 007 | WS KATCHEN | REVIEW PD COMMITTEE SUPPLEMENTAL OBJECTION. | 0.10 | $70.50 |
| 11/12/2008 | 007 | WS KATCHEN | ANALYSIS STROOCK EMAIL. | 0.10 | $70.50 |
| 11/17/2008 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO RE: TERSIGRIE SETTLEMENT. | 0.10 | $70.50 |
| 11/20/2008 | 007 | WS KATCHEN | REVIEW COMMITTEE MEMO. | 0.10 | $70.50 |
| 11/25/2008 | 007 | WS KATCHEN | TELEPHONE CONFERENCE WITH COMMITTEE MEMBER - UPDATE. | 0.30 | $211.50 |
| 11/25/2008 | 007 | WS KATCHEN | 2ND TELEPHONE CALL RE: COMMITTEE MEMBER UPDATE. | 0.20 | $141.00 |
| | | | Code Total | 1.10 | $775.50 |

Duane Morris
December 4, 2008
Page 5

File # K0248-00001                                          INVOICE #  1439737
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|--|-------|-------|
| 11/11/2008 | 009 | EM O'BYRNE | PREPARE EIGHTIETH FEE APPLICATION AND CERTIFICATE OF SERVICE FOR DUANE MORRIS FOR THE PERIOD SEPTEMBER 1, 2008 THROUGH SEPTEMBER 30, 2008 (1.0); SCAN AND EFILE (.2); COPY AND SERVE (.2) | 1.40 | $273.00 |
| 11/11/2008 | 009 | RW RILEY | REVIEWING AND EXECUTING DUANE MORRIS FEE APPLICATION | 0.20 | $104.00 |
| | | | Code Total | 1.60 | $377.00 |

Duane Morris
December 4, 2008
Page 6

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1439737

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 11/7/2008 | 012 | EM O'BYRNE | PREPARE CERTIFICATION OF NO OBJECTION TO DUANE MORRIS' 79TH FEE APPLICATION FOR AUGUST 2008 (.3); EFILE WITH COURT (.1) | 0.40 | $78.00 |
| 11/17/2008 | 012 | EM O'BYRNE | BEGIN DRAFTING DUANE MORRIS' EIGHTY FIRST FEE APPLICATION FOR OCTOBER 2008 | 1.00 | $195.00 |
| | | | Code Total | 1.40 | $273.00 |

Duane Morris
December 4, 2008
Page 7

File # K0248-00001
  W.R. GRACE & CO.

INVOICE # 1439737

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 11/6/2008 | 013 | EM O'BYRNE | SCAN STROOCK & STROOCK & LAVAN'S 90TH FEE APPLICATION FOR SEPTEMBER 2008 INTO SYSTEM; EFILE WITH COURT | 0.50 | $97.50 |
| 11/13/2008 | 013 | EM O'BYRNE | PREPARE CAPSTONE'S 55TH FEE APPLICATION FOR AUGUST 2008 FOR FILING (.3); EFILE WITH COURT (.2) | 0.50 | $97.50 |
| 11/25/2008 | 013 | EM O'BYRNE | PREPARE CAPSTONE'S FIFTY-SIXTH FEE APPLICATION FOR FILING (.3); EFILE WITH COURT (.2) | 0.50 | $97.50 |
| | | | Code Total | 1.50 | $292.50 |

File # K0248-00001                                        INVOICE # 1439737
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|------------|--|-------|-------|
| 11/24/2008 | 017 | MR LASTOWSKI | REVIEW STATUS OF DISCLOSURE STATEMENT OBJECTIONS | 1.20 | $774.00 |
| | | | Code Total | 1.20 | $774.00 |

December 4, 2008
Page 9

File # K0248-00001                                                    INVOICE # 1439737
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|------|------|-----------|---|-------|-------|
| 10/31/2008 | 025 | WS KATCHEN | RESEARCH FOR PENDING PLAN OBJECTION ISSUES. | 1.40 | $987.00 |
| 10/31/2008 | 025 | WS KATCHEN | SCOTTS CO. OBJECTION. | 0.20 | $141.00 |
| 10/31/2008 | 025 | WS KATCHEN | REVIEW CLAIM SETTLEMENT NOTICE AND SETTLEMENT AGREEMENT RE: TERSIGNI. | 0.20 | $141.00 |
| 10/31/2008 | 025 | WS KATCHEN | REVIEW BNSF OBJECTION. | 0.20 | $141.00 |
| 11/3/2008 | 025 | WS KATCHEN | REVIEW US ZONO LITE CLAIMANTS' MOTION FOR CLASS CERTIFICATION. | 0.60 | $423.00 |
| 11/4/2008 | 025 | WS KATCHEN | UPDATE DOCKET. | 0.10 | $70.50 |
| 11/7/2008 | 025 | WS KATCHEN | UPDATE DOCKET AGENDA. | 0.20 | $141.00 |
| 11/10/2008 | 025 | WS KATCHEN | ADDITIONAL ATTENTION CONFIRMATION ISSUE. | 0.70 | $493.50 |
| 11/10/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH M. LASTOWSKI - REPLY TO OPEN ISSUE. | 0.20 | $141.00 |
| 11/10/2008 | 025 | WS KATCHEN | REVIEW CAPSTONE ANALYSIS ALCO SALES. | 0.20 | $141.00 |
| 11/12/2008 | 025 | WS KATCHEN | REVIEW AMENDED PLAN MATERIALS. | 2.30 | $1,621.50 |
| 11/12/2008 | 025 | WS KATCHEN | REVIEW DISCLOSURE STATEMENT OBJECTION CLIENT. | 0.60 | $423.00 |
| 11/14/2008 | 025 | TJ SANTORELLI | LEGAL RESEARCH - PULL CASES FOR W. KATCHEN RE: ROYAL'S OBJECTION TO DISCLOSURE STATEMENT FOR JOINT PLAN | 1.50 | $217.50 |
| 11/14/2008 | 025 | WS KATCHEN | REVIEW DISCLOSURE STATEMENT OBJECTION CLIENT. | 0.10 | $70.50 |
| 11/14/2008 | 025 | WS KATCHEN | REVIEW ROYAL'S SUGGESTED REVISIONS TO DISCLOSURE STATEMENT. | 0.30 | $211.50 |
| 11/14/2008 | 025 | WS KATCHEN | REVIEW AUTHORITIES CITED BY ROYAL. | 0.80 | $564.00 |
| 11/14/2008 | 025 | WS KATCHEN | REVIEW ARROOWOOD INDEMNITY CO., (ROYAL'S) OBJECTION TO DISCLOSURE STATEMENT. | 1.10 | $775.50 |
| 11/17/2008 | 025 | WS KATCHEN | REVIEW SUPPLEMENTAL OBJECTION BANK OF AMERICA/MORGAN STANLEY SR. FUNDING. | 0.20 | $141.00 |
| 11/17/2008 | 025 | WS KATCHEN | REVIEW CANADIAN ZAI CLAIMANT'S SECTION 503(B)(3)(D) AND (B)(4) APPLICATION. | 0.30 | $211.50 |
| 11/17/2008 | 025 | WS KATCHEN | REVIEW AMENDED PLAN MATERIALS. | 1.60 | $1,128.00 |
| 11/18/2008 | 025 | WS KATCHEN | REVIEW BALLOTS - CLASS 9 POTENTIAL ISSUE. | 0.30 | $211.50 |
| 11/18/2008 | 025 | WS KATCHEN | TELEPHONE CONFERENCE WITH K. PASQUALE ON CLASS 9 BALLOTS POTENTIAL ISSUE. | 0.20 | $141.00 |
| 11/18/2008 | 025 | WS KATCHEN | REVIEW FINANCIAL DATA - EXHIBIT 12 TO DISCLOSURE STATEMENT BOOK. | 0.60 | $423.00 |

File # K0248-00001                                                        INVOICE # 1439737
    W.R. GRACE & CO.

| DATE | TASK | TIMEKEEPER | | HOURS | VALUE |
|---|---|---|---|---|---|
| 11/18/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO SELL CHARLESTON, S.C., PROPERTY AND CONTRACT OF PURCHASE AND SALE (PARAGRAPH 5.09 POST CLOSING OBLIGATION). | 0.30 | $211.50 |
| 11/18/2008 | 025 | WS KATCHEN | REVIEW MOTION OF DEBTOR RE: CLAIM # 12789. | 0.20 | $141.00 |
| 11/18/2008 | 025 | WS KATCHEN | REVIEW STROOCK MEMO. | 0.10 | $70.50 |
| 11/18/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S MOTION TO SELL LTD., PARTNERSHIP INTERESTS IN COLOWO COAL CO., L.P. | 0.20 | $141.00 |
| 11/19/2008 | 025 | WS KATCHEN | REVIEW DOCKET. | 0.20 | $141.00 |
| 11/19/2008 | 025 | WS KATCHEN | REVIEW D. CT. MEMO OPINION - ANDERSON MEMORIAL HOSPITAL. | 0.40 | $282.00 |
| 11/19/2008 | 025 | WS KATCHEN | REVIEW PRELIMINARY OBJECTION BY A. SANDERS, JR. FUTURES REP. P.D. CLAIMS. | 0.10 | $70.50 |
| 11/19/2008 | 025 | WS KATCHEN | REVIEW SUPPLEMENTAL OBJECTION - STATE OF MONTANA TO DISCLOSURE STATEMENT. | 0.20 | $141.00 |
| 11/19/2008 | 025 | WS KATCHEN | REVIEW STATUS REPORT RE: CLASS PROOFS OF CLAIMS - ANDERSON MEMORIAL HOSPITAL. | 0.10 | $70.50 |
| 11/20/2008 | 025 | WS KATCHEN | UPDATE DOCKET/CASE STATUS (.3); 2 TELEPHONE CONFERENCES WITH M. LASTOWSKI (.2). | 0.50 | $352.50 |
| 11/21/2008 | 025 | WS KATCHEN | DOCKET ENTRY UPDATE. | 0.10 | $70.50 |
| 11/24/2008 | 025 | WS KATCHEN | REVIEW DEBTOR'S STATUS REPORT - ANDERSON MEMORIAL HOSPITAL. | 0.10 | $70.50 |
| 11/24/2008 | 025 | WS KATCHEN | REVIEW CERTIFICATE OF COUNSEL RE: REVISED SALE ORDER (ALCO IRON & METAL). | 0.10 | $70.50 |
| | | | Code Total | 16.50 | $10,792.50 |

Duane Morris

Case 01-01139-AMC    Doc 20382-1    Filed 12/30/08    Page 12 of 14

December 4, 2008
Page 11

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1439737

|                | | |
| --- | --- | --- |
| TOTAL SERVICES | 29.20 | $14,479.00 |

DUANE MORRIS LLP

File # K0248-00001                                          INVOICE #  1439737
    W.R. GRACE & CO.

| DATE | DISBURSEMENTS | | AMOUNT |
|------|---------------|---|--------|
| 11/30/2008 | POSTAGE | | 2.17 |
| | | Total: | $2.17 |
| 11/30/2008 | TRAVEL - LOCAL | | 151.52 |
| | | Total: | $151.52 |
| 11/30/2008 | TRAVEL AWAY FROM HOME | | 32.09 |
| | | Total: | $32.09 |
| 10/31/2008 | PRINTING & DUPLICATING | | 21.75 |
| 11/30/2008 | PRINTING & DUPLICATING | | 30.60 |
| | | Total: | $52.35 |
| | TOTAL DISBURSEMENTS | | $238.13 |

File # K0248-00001
    W.R. GRACE & CO.

INVOICE # 1439737

**TIMEKEEPER**

| NO. | NAME | CLASS | HOURS | RATE | VALUE |
|-----|------|-------|-------|------|-------|
| 02394 | MR LASTOWSKI | PARTNER | 1.20 | 645.00 | 774.00 |
| 02585 | RW RILEY | PARTNER | 0.20 | 520.00 | 104.00 |
| 02602 | WS KATCHEN | OF COUNSEL | 16.10 | 705.00 | 11,350.50 |
| 02279 | BA GRUPPO | PARALEGAL | 0.80 | 250.00 | 200.00 |
| 03829 | TJ SANTORELLI | PARALEGAL | 1.50 | 145.00 | 217.50 |
| 04442 | EM O'BYRNE | PARALEGAL | 9.40 | 195.00 | 1,833.00 |
| | | | 29.20 | | $14,479.00 |