# EXHIBIT A

NY 71900137v1

**WR GRACE & CO**

**COMPENSATION BY PROJECT CATEGORY**

**NOVEMBER 1, 2008 - NOVEMBER 30, 2008**

| Matter Code | Project Category | Hours | Amount |
|---|---|---|---|
| 0003 | Claim Analysis Objection, Resolution & Estimation (Asbestos) | 1.1 | 715.00 |
| 0009 | Asset Dispositions, Sales, Uses and Leases (Section 363) | 16.3 | 10,595.00 |
| 0014 | Case Administration | 42.3 | 9,530.50 |
| 0015 | Claims Analysis/Objections/Administration (Non-Asbestos) | 2.3 | 1,731.00 |
| 0017 | Committee, Creditors', Noteholders', or Equity Holders' | 40.8 | 26,608.50 |
| 0018 | Fee Application, Applicant | 28.5 | 11,884.50 |
| 0019 | Creditor Inquiries | 0.7 | 517.50 |
| 0020 | Fee Application, Others | 5.0 | 1,540.00 |
| 0022 | Environmental Matters/Regulations/Litigation | 18.6 | 12,090.00 |
| 0035 | Travel - Non Working | 24.1 | 16,165.00 |
| 0036 | Plan and Disclosure Statement | 109.6 | 75,811.50 |
| 0037 | Hearings | 32.5 | 23,901.00 |
| 0047 | Tax Issues | 2.3 | 1,635.00 |
|  |  |  |  |
|  | **Sub Total** | **324.1** | **$ 192,724.50** |
|  | **Less 50% Travel** | **(12.1)** | **(8,082.50)** |
|  | **Total** | **312.0** | **$ 184,642.00** |

# STROOCK

## INVOICE

| DATE | December 15, 2008 |
|---|---|
| INVOICE NO. | 461607 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD  21044-4098 |

FOR PROFESSIONAL SERVICES RENDERED in the captioned matter for the period through November 30, 2008, including:

| RE | Claim Analysis Objection, Resolution & Estimation (Asbestos) 699843  0003 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/03/2008 | Attend to ZAI claims motion for class certification. | Krieger, A. | 0.3 |
| 11/05/2008 | Attend to ZAI motion for class certification. | Krieger, A. | 0.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.1 | $ 650 | $ 715.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 715.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 715.00 |
|---|---|

# STROOCK

| RE | Asset Dispositions, Sales, Uses and Leases (Section 363) 699843 0009 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/03/2008 | Exchanged memoranda with J. Dolan re asset sale to Alco Iron (.3); preparation for 11/4/08 conf call re Alco Iron sale motion (.7). | Krieger, A. | 1.0 |
| 11/04/2008 | Conf call V. Finkelstein, L. Duff, J. Yoder, other Grace and Blackstone representatives re asset sale to Alco Iron  (.7); follow-up t/c R. Frezza, J. Dolan re same (.2); memorandum to J. Baer re extension of Committee's time to respond to motion (.1); exchanged memorandum with M. Berg re motion (.1). | Krieger, A. | 1.1 |
| 11/10/2008 | Exchanged memoranda with Capstone personnel re Grace intention to sell property in Howard County, Maryland. | Krieger, A. | 0.2 |
| 11/11/2008 | T/c R. Frezza, J. Dolan re change to the Alco Iron transaction modification (.2); memorandum to J. Baer re transaction modification (.1); t/c J. Baer re Alco transaction, open issues and process for obtaining court approval (.2); memorandum to R. Frezza, J. Dolan re same (.2); exchanged memoranda with J. McFarland re Colowyo transaction (.2); exchanged memoranda with J. Dolan re sale of property (.1). | Krieger, A. | 1.0 |
| 11/12/2008 | Attend to J. Baer message re amended purchase and sale agreement and memorandum to J. Baer re same (.1); t/c R. Frezza re Alco Iron transaction (.1); exchanged memoranda with R. Frezza, J. Dolan and with J. McFarland re conf call with J. McFarland to discuss Colowyo transaction (.3); attend to motion re Colowyo transaction (.6). | Krieger, A. | 1.1 |
| 11/13/2008 | Attend to Colowyo documents and preparation for conf call with J. McFarland; exchanged memos with R. Frezza re Committee matters (.4); extended conference call with J. McFarland, R. Frezza re Colowyo transaction | Krieger, A. | 1.8 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (1.2); exchanged memoranda with R. Frezza re documentation (.2). | | |
| 11/15/2008 | Attend to Colowyo motion and related documents including Limited Partnership Agreement. | Krieger, A. | 1.6 |
| 11/16/2008 | Attend to Colowyo Agreements (1.3); attend to motion for approval of sale of property to City of Charleston and settlement agreement (.7). | Krieger, A. | 2.0 |
| 11/17/2008 | Memoranda to R. Frezza, J. Dolan re Colowyo transaction call, Alco Iron transaction information, sale of property to City of Charleston (.4); exchanged memoranda with J. Baer re Alco Iron amendment (.1); t/c R. Frezza, J. Dolan re Alco Iron, City of Charleston and Colowyo matters and information (.2); further memoranda with J. Dolan re Colowyo matter (.1); attend to memorandum from J. McFarland re selected provisions from the Trust Indenture and memo to R. Frezza, J. Dolan re same (.2). | Krieger, A. | 1.0 |
| 11/18/2008 | Attend to Trust Indenture provisions forwarded by J. McFarland (.3); exchanged memoranda with J. Dolan re Colowyo matter and tax issues call (.2); memorandum to M. Greenberg re same (.1). | Krieger, A. | 0.6 |
| 11/19/2008 | Attend to amendment to Alco Iron settlement agreement and underlying agreement (.9); separate memoranda to MB, R. Frezza, J. Dolan and J. Baer re Alco Agreement Amendment changes and impact on Debtors' obligations (.7); exchanged memoranda with MG, J. Dolan re 11/21/08 conference call on Colowyo tax issues (.2); memorandum to R. Frezza, J. Dolan re financial information for assessing City of Charleston motion (.1). | Krieger, A. | 1.9 |
| 11/20/2008 | Exchanged memoranda with J. Baer re: Alco Iron amendment (.2); telephone conference R. Frezza, J. Dolan re: Alco amendment terms (.2); attend to additional memorandum re: Alco transaction amendment provisions (.9); exchanged memoranda with Capstone re: call (.2); conference call with J. Baer, L. Duff, R. | Krieger, A. | 3.0 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | Frezza, M. Berg re: amendments to the Alco Iron transaction (.6); follow-up telephone conference MB re: same (.2); follow-up telephone conference R.  Frezza, J. Dolan re: view of the transaction and revised memorandum to the Committee discussing same (.3); memorandum to J. Baer, L. Duff re: conference call(s) on 11/25/08 to discuss Tyco Healthcare and City of Charleston inquiries (.1); exchanged new memoranda with M.B. re: same (.1); exchanged memoranda with Capstone, M. Greenberg re: call on Colowyo transaction (.2). | | |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|-----------------|-------|------|-------|
| Krieger, Arlene G. | 16.3 | $ 650 | $ 10,595.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 10,595.00 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 10,595.00 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71900137v1

# STROOCK

| RE | Case Administration |
|----|----|
|    | 699843  0014 |

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/03/2008 | Reviewed Legal Docket and retrieved and distributed Pleadings to update status. | Holzberg, E. | 3.1 |
| 11/04/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); obtain certain documents for attorney review (.4). | Mohamed, D. | 1.3 |
| 11/05/2008 | Exchanged memorandum re travel arrangements for disclosure statement hearing. | Krieger, A. | 0.3 |
| 11/05/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.5); review adv. pro. case docket no. 01-771 (.2); review court of appeals case docket no. 08-2069 (.2); review district court case docket no. 08-250 (.2). | Mohamed, D. | 1.4 |
| 11/06/2008 | Attend to travel arrangements for disclosure statement hearing. | Krieger, A. | 0.3 |
| 11/06/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); prepare documents for attorney review (.6). | Mohamed, D. | 1.6 |
| 11/07/2008 | Reviewed Legal Docket to update status(1.6); t/c court call to arrange for LK to attend the hearings on 11/13 and 11/14 telephonically (.4). | Holzberg, E. | 2.0 |
| 11/07/2008 | O/c EH re court call arrangements for LK for disclosure statement hearings. | Krieger, A. | 0.1 |
| 11/07/2008 | Review and update case docket no. 01-1139 (.2); retrieve and distribute recently filed pleadings in main case (.8); review case file documents (1.3); review adv. pro. case docket no. 01-771 (.2); review district court case | Mohamed, D. | 2.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | docket no. 08-250 (.2); review court of appeals case docket no. 08-2069 (.2). | | |
| 11/10/2008 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.0 |
| 11/10/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.9); review adv. pro. case no. 01-771 (.2); review district court no. 08-250 (.2); review court of appeals case no. 08-2069 (.2); attention to retrieval of certain documents for attorney review (.5). | Mohamed, D. | 2.3 |
| 11/11/2008 | Attend to modified travel arrangements. | Krieger, A. | 0.2 |
| 11/12/2008 | Attend to revised travel arrangements for 11/14/08 hearing. | Krieger, A. | 0.3 |
| 11/12/2008 | Review and update case docket no. 01-1139 (.4); retrieve and distribute recently filed pleadings in main case (1.5); review adv. pro. case docket no. 01-771 (.2); review district court case docket no. 08-250 (.2); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 2.5 |
| 11/13/2008 | Review and update case docket no. 01-1139 (.3); obtain and circulate recently filed pleadings in main case (.8). | Mohamed, D. | 1.1 |
| 11/14/2008 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.8 |
| 11/14/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); retrieve and distribute recently filed pleadings re adv. pro. case no. 07-771 (.3); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2). | Mohamed, D. | 1.7 |
| 11/17/2008 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.2 |
| 11/17/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.6); review adv pro case no. 01-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2). | Mohamed, D. | 1.5 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/18/2008 | Attend to travel arrangements for 11/24/08 hearing (.3); exchanged memoranda with DM re request for newly filed pleading (.2); o/c EH re court call arrangements for 11/24/08 hearing (.1). | Krieger, A. | 0.6 |
| 11/18/2008 | Obtain and circulate recently filed pleadings (.7); prepare documents for attorney review (.5). | Mohamed, D. | 1.2 |
| 11/19/2008 | Attend to 2009 hearing dates. | Krieger, A. | 0.3 |
| 11/19/2008 | Review and update case docket no. 01-1139 (.2); retrieve and distribute recently filed pleadings in main case (.5); review adv pro case no. 07-771 (.2); review court of appeals case no. 08-2069 (.2); review district court case no. 08-250 (.2). | Mohamed, D. | 1.3 |
| 11/20/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.7); prepare documents for attorney review (.4). | Mohamed, D. | 1.4 |
| 11/21/2008 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.0 |
| 11/21/2008 | Memorandum to J. Baer re extension of Committee's time to respond to Charleston and Tyco motions. | Krieger, A. | 0.1 |
| 11/21/2008 | Review and update case docket no. 01-1139 (.3); retrieve and distribute recently filed pleadings in main case (.8); review adv. pro. case no. 01-771 (.2); review district court case no. 08-250 (.2); review court of appeals case no. 08-2069 (.2); review case file documents (1.7). | Mohamed, D. | 3.4 |
| 11/24/2008 | Reviewed Legal Docket to update status. | Holzberg, E. | 1.3 |
| 11/24/2008 | Review and update case docket no. 01-1139 (.4); obtain and circulate recently filed pleadings in main case (1.4); review adv. pro. case docket no. 01-771 (.2); review district court case docket no. 08-250 (.2); review court of appeals case docket no. 08-2069 (.2). | Mohamed, D. | 2.4 |
| 11/25/2008 | Review and update case docket no. 01-1139 | Mohamed, D. | 1.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | (.3); retrieve and distribute recently filed pleadings in main case (.5); prepare certain documents for attorney review (.6). | | |
| 11/26/2008 | Review and update case docket no. 01-1139 (.3); retrieve and circulate recently filed pleadings in main case (.4); review adv. pro. case docket no. 01-771 (.2); review court of appeals case docket no. 08-2069 (.2); review district court case docket no. 08-250 (.2). | Mohamed, D. | 1.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 11.4 | $ 270 | $ 3,078.00 |
| Krieger, Arlene G. | 2.2 | 650 | 1,430.00 |
| Mohamed, David | 28.7 | 175 | 5,022.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 9,530.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 9,530.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71900137v1

# STROOCK

| RE | Claims Analysis/Objections/Administration (Non-Asbestos)<br>699843  0015 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/03/2008 | Attend to 9/29/08 hearing (.6); memorandum to Debtors' counsel re further information with respect to Tersigni Settlement Agreement (.3). | Krieger, A. | 0.9 |
| 11/03/2008 | Review memo to committee re Tersighi settlement. | Kruger, L. | 0.2 |
| 11/05/2008 | Review memo to committee re Tersighi. | Kruger, L. | 0.6 |
| 11/06/2008 | Exchanged memoranda with J. Baer re inquiries re the proposed Tersigni settlement. | Krieger, A. | 0.3 |
| 11/07/2008 | T/c counsel for Exxon re late proof of claim filing. | Krieger, A. | 0.3 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.5 | $ 650 | $ 975.00 |
| Kruger, Lewis | 0.8 | 945 | 756.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,731.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,731.00 |
|---|---|

# STROOCK

| RE | Committee, Creditors', Noteholders', or Equity Holders'<br>699843  0017 |
|----|------|

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/03/2008 | Revised memorandum for the Committee re pending property damage claim settlements (.5); memorandum to the Committee re Tersigni settlement (1.4). | Krieger, A. | 1.9 |
| 11/03/2008 | Review memo to committee re PD settlement. | Kruger, L. | 0.2 |
| 11/05/2008 | Memorandum to the Committee re PD Settlement motions (.3); attend to memorandum to the Committee re proposed settlement of Tersigni claims (1.6). | Krieger, A. | 1.9 |
| 11/05/2008 | Review memo to committee re PD settlements. | Kruger, L. | 0.1 |
| 11/06/2008 | Attend to Committee memorandum re Tersigni settlement. | Krieger, A. | 0.6 |
| 11/07/2008 | Exchanged memoranda with R. Frezza, J. Dolan re Committee memorandum on the asset sale to Alco Iron. | Krieger, A. | 0.3 |
| 11/09/2008 | Exchanged memoranda with J. Dolan re memo for the Committee re asset sale to Alco Iron (.1); memo to M. Berg re same (.1); attend to review of Committee memo and memorandum to J. Dolan, R. Frezza, M. Berg re comments and draft Committee memo (2.1); exchanged further memoranda with J. Dolan, M. Berg re Committee memo (.2). | Krieger, A. | 2.5 |
| 11/10/2008 | Attend to revised memorandum of the Committee re asset sale to Alco Iron (.2); attend to Committee memorandum re Tersigni settlement (.8). | Krieger, A. | 1.0 |
| 11/12/2008 | Prepare memorandum for the Committee re revised plan documents, status of Committee's objections and disclosure statement hearings (.8); memorandum to Committee member re | Krieger, A. | 1.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | solicitation procedures (.4). | | |
| 11/13/2008 | Exchanged memoranda with R. Frezza re supplemental memorandum for the Committee re Alco Iron transaction (.2); attend to memorandum for the Committee re Tersigni settlement (.3). | Krieger, A. | 0.5 |
| 11/17/2008 | Memorandum to the Committee re Tersigni settlement (.4); memorandum to the Committee re 11/14/08 hearing(1.8). | Krieger, A. | 2.2 |
| 11/18/2008 | Memorandum to the Committee re disclosure statement hearings and status (.4); prepare memorandum re change to Alco Iron transaction and exchanged memoranda with R. Frezza, J. Dolan re same (1.6). | Krieger, A. | 2.0 |
| 11/19/2008 | Attend  to revised memoranda for the Committee re Alco Iron transaction. | Krieger, A. | 1.3 |
| 11/20/2008 | Revise and forward Committee memo re: Alco transaction amendment (1.1); prepare memorandum to the  Committee re: City of Charleston Motion (3.2). | Krieger, A. | 4.3 |
| 11/21/2008 | Attend to memorandum re City of Charleston transaction and Tyco claim stipulation. | Krieger, A. | 2.5 |
| 11/23/2008 | Attend to memorandum to the Committee re: pending motions. | Krieger, A. | 1.5 |
| 11/24/2008 | Attend to memorandum to the Committee re: pending motions. | Krieger, A. | 0.8 |
| 11/25/2008 | Attend to Capstone's draft memorandum to the Committee re: Colowyo transaction (.8); attend to memorandum re: pending motions (3.6); telephone conference J. Dolan re: Capstone memorandum (.5); attend to further revised Capstone memorandum to the Committee (.3). | Krieger, A. | 5.2 |
| 11/26/2008 | Memorandum to J. Dolan re comments on further revised memorandum to the Committee (.2); attend to memorandum re pending motions (.5); memorandum to the Committee re 11/24/08 hearings (2.1); exchanged memoranda with J. Dolan re Capstone analysis | Krieger, A. | 3.0 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71900137v1

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | of the ZAI Term Sheet (.2). | | |
| 11/28/2008 | Attend to memorandum for the Committee re City of Charleston sale and Tyco claim settlement. | Krieger, A. | 5.6 |
| 11/30/2008 | Attend to MB comments to memorandum discussing Charleston and Tyco motions, review underlying material and revise memorandum (1.6); memoranda to MB re modifications (.6). | Krieger, A. | 2.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 40.5 | $ 650 | $ 26,325.00 |
| Kruger, Lewis | 0.3 | 945 | 283.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 26,608.50 |
|-------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 26,608.50 |
|------------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71900137v1

# STROOCK

| | | |
|---|---|---|
| RE | Fee Application, Applicant | |
| | 699843 0018 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/04/2008 | Completed 90th Monthly Fee Application. | Holzberg, E. | 2.0 |
| 11/05/2008 | Review Stroock's ninetieth monthly fee statement in preparation for filing (.7); prepare affidavit of service re same and forward to local counsel for filing (.6). | Mohamed, D. | 1.3 |
| 11/06/2008 | Prepare and effectuate service re Stroock's ninetieth monthly fee statement. | Mohamed, D. | 0.6 |
| 11/10/2008 | Attend to July SSL fee statements in preparation for preparing 30th quarterly fee application. | Krieger, A. | 2.1 |
| 11/11/2008 | Worked on 91st Monthly Fee Application for October. | Holzberg, E. | 1.2 |
| 11/14/2008 | Worked on 91st Monthly Fee Application for the month of October. | Holzberg, E. | 2.1 |
| 11/17/2008 | Started to work on 30th Quarterly Fee Application. | Holzberg, E. | 1.4 |
| 11/17/2008 | Attend to Oct 2008 fee statement. | Krieger, A. | 1.2 |
| 11/18/2008 | Worked on 91st Monthly Application (1.3); worked on 30th Quarterly Application (1.1). | Holzberg, E. | 2.4 |
| 11/18/2008 | Attend to October 2008 fee statement (.2); o/c EH re expense information for October 2008 statement and preparation of charts for quarterly (.1). | Krieger, A. | 0.3 |
| 11/21/2008 | Worked on 91st Monthly Fee Application (.8); worked on 30th Quarterly Application (.9). | Holzberg, E. | 1.7 |
| 11/24/2008 | Worked on 91st Monthly Fee Application (1.1); worked on 30 Quarterly Fee Application (.8). | Holzberg, E. | 1.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/25/2008 | Worked on 30th Quarterly Fee Application and Charts (1.1); worked on 91st Monthly Fee Application for October time (1.3). | Holzberg, E. | 2.4 |
| 11/25/2008 | Office conferences EH re: October 2008 fee statement, 30th quarterly (.2); attend to October 2008 fee statement (.4). | Krieger, A. | 0.6 |
| 11/26/2008 | Attend to preparation of quarterly fee application. | Krieger, A. | 4.7 |
| 11/30/2008 | Attend to 30th quarterly fee application. | Krieger, A. | 2.6 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Holzberg, Ethel H. | 15.1 | $ 270 | $ 4,077.00 |
| Krieger, Arlene G. | 11.5 | 650 | 7,475.00 |
| Mohamed, David | 1.9 | 175 | 332.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 11,884.50 |
|------------------------------------------|-------------|

| TOTAL FOR THIS MATTER | $ 11,884.50 |
|-----------------------|-------------|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71900137v1

# STROOCK

| RE | Creditor Inquiries |
|---|---|
| | 699843  0019 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/17/2008 | T/c creditor re disclosure statement hearing, credit issues. | Krieger, A. | 0.1 |
| 11/18/2008 | Telephone conference T. Schiavone re POR issues. | Pasquale, K. | 0.5 |
| 11/19/2008 | T/c creditor re exit financing. | Krieger, A. | 0.1 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 0.2 | $ 650 | $ 130.00 |
| Pasquale, Kenneth | 0.5 | 775 | 387.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 517.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 517.50 |
|---|---|

# STROOCK

| RE | Fee Application, Others |
|---|---|
| | 699843  0020 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/05/2008 | Attend to other professionals' fee applications. | Krieger, A. | 0.4 |
| 11/06/2008 | Attend to other professionals' fee applications. | Krieger, A. | 0.2 |
| 11/07/2008 | Attend to other professionals' fee applications. | Krieger, A. | 0.4 |
| 11/12/2008 | Review Capstone's 55th monthly fee statement in preparation for filing (.5); Prepare notice and affidavit of service re same and forward to local counsel for filing (.7). | Mohamed, D. | 1.2 |
| 11/13/2008 | Prepare and effectuate service re Capstone's 55th monthly fee statement. | Mohamed, D. | 0.6 |
| 11/20/2008 | Attend to other professionals' fee applications. | Krieger, A. | 0.4 |
| 11/25/2008 | Review Capstone's 56th monthly fee statement in preparation for filing (.5); prepare notice and affidavit of service re same and forward to local counsel for filing (.7); prepare and effectuate service re fee statement (.6). | Mohamed, D. | 1.8 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 1.4 | $ 650 | $ 910.00 |
| Mohamed, David | 3.6 | 175 | 630.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,540.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,540.00 |
|---|---|

# STROOCK

| RE | Environmental Matters/Regulations/Litigation |
| --- | --- |
| | 699843 0022 |

| DATE | DESCRIPTION | NAME | HOURS |
| --- | --- | --- | --- |
| 11/04/2008 | Conf. call with company, A. Krieger re: San Leandro asset sale. | Berg, M. | 0.4 |
| 11/09/2008 | Review and edit the memo prepared by Capstone summarizing the transaction for the Committee. | Berg, M. | 0.9 |
| 11/17/2008 | Attend to memorandum to M. Berg re City of Charleston Sale motion and environmental issues. | Krieger, A. | 0.5 |
| 11/18/2008 | Review motion and agreement related to sale of Charleston property to City (1.0); email with comments and questions (.2); emails to A. Krieger and research into SC Voluntary Cleanup Program (.5). | Berg, M. | 1.7 |
| 11/18/2008 | Exchanged memoranda with M. Berg re environmental liabilities and questions, review of State's voluntary cleanup program material (.8); memorandum to J. Baer re questions on City of Charleston motion (.2); memorandum to M. Berg re Tyco health care settlement (.2). | Krieger, A. | 1.2 |
| 11/19/2008 | Review and comment on Tyco settlement and motion and respond to questions posed by A. Krieger about the agreement (1.6); review and comment on amendment to Alco sale agreement, compare amendment to original document (.6). | Berg, M. | 2.2 |
| 11/19/2008 | Attend to Debtors' motion approving resolution of Tyco Healthcare's claims and related documentation (2.0); prepared memorandum re outstanding questions (1.4); exchanged memoranda with MB re same (.4); memoranda to J. Baer re Alco amended transaction concerns and questions (.6); memoranda to J. Baer re inquiry on Tyco Healthcare | Krieger, A. | 5.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | environmental issues (.2); exchanged further memoranda with MB re City of Charleston and Tyco Healthcare environmental questions (.8). | | |
| 11/20/2008 | Conf. call with Company counsel re: Alco sale motion. | Berg, M. | 0.6 |
| 11/21/2008 | Memorandum to J. Baer re request for additional information on Tyco motion (proof of claim) and Charleston motion (appraisal). | Krieger, A. | 0.1 |
| 11/25/2008 | Telephone conversation with A. Krieger re: followup on Tyco and Charleston motions (.1); review prior correspondence re: questions on these matters (.1). | Berg, M. | 0.2 |
| 11/25/2008 | Memorandum to J. Baer re: conference call to discuss Tyco and City of Charleston matters (.1); exchanged memoranda with V. Finkelstein, J. Baer L. Duff, M. Berg re: scheduling of conference calls (.2); telephone conference and memorandum/M. Berg re: scheduling (.2); exchanged memorandum w/J. Dolan re: inquiry on City of Charleston matter (.1); attend to inquiry (.1). | Krieger, A. | 0.7 |
| 11/26/2008 | Conf. Call with A. Krieger and Company attorneys  re: Tyco and Charleston motions. | Berg, M. | 1.0 |
| 11/26/2008 | Extended conference call with M. Berg, J. Baer, V. Finkelstein, P. Bucens and M. Obradovic re environmental issues re City of Charleston and Tyco settlements. | Krieger, A. | 1.2 |
| 11/29/2008 | Review and comment on Krieger memo on Tyco and Charleston motions. | Berg, M. | 1.8 |
| 11/30/2008 | Respond to A. Krieger's comments on draft memo. | Berg, M. | 0.7 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Berg, Madelaine | 9.5 | $ 650 | $ 6,175.00 |
| Krieger, Arlene G. | 9.1 | 650 | 5,915.00 |

# STROOCK

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 12,090.00 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 12,090.00 |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71900137v1

# STROOCK

| | |
|---|---|
| RE | Expenses<br>699843 0024 |

| | |
|---|---|
| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 0.00 |

MATTER DISBURSEMENT SUMMARY

| | |
|---|---|
| Outside Messenger Service | $ 76.36 |
| Local Transportation | 288.70 |
| Long Distance Telephone | 103.01 |
| Duplicating Costs-in House | 59.50 |
| Miscellaneous | 9.95 |
| Word Processing | 48.00 |
| Lexis/Nexis | 86.75 |
| Travel Expenses - Transportation | 2918.50 |
| Travel Expenses - Lodging | 1013.59 |
| Travel Expenses - Meals | 343.33 |
| Westlaw | 922.55 |

| | |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 5,870.24 |

| | |
|---|---|
| TOTAL FOR THIS MATTER | $ 5,870.24 |

# STROOCK

| RE | Travel - Non Working<br>699843  0035 |
|---|---|

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/13/2008 | Travel to Pittsburgh for November 14, 2008 disclosure statement hearing. | Krieger, A. | 4.5 |
| 11/13/2008 | Travel to Pittsburgh, PA for court hearing. | Pasquale, K. | 4.0 |
| 11/14/2008 | Return travel to New York (substantial plane delays due to weather conditions). | Krieger, A. | 8.2 |
| 11/24/2008 | Travel to Pittsburgh for continued disclosure statement hearing, omnibus hearing (3.3); return travel to New York from Pittsburgh hearing (4.1). | Krieger, A. | 7.4 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Krieger, Arlene G. | 20.1 | $ 650 | $ 13,065.00 |
| Pasquale, Kenneth | 4.0 | 775 | 3,100.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 16,165.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 16,165.00 |
|---|---|

# STROOCK

| | | |
|---|---|---|
| RE | Plan and Disclosure Statement 699843 0036 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/02/2008 | Review amended plan. | Krieger, A. | 5.1 |
| 11/02/2008 | Review redlined plan, solicitation procedure, ballot from debtors. | Pasquale, K. | 1.5 |
| 11/03/2008 | Attend to revised plan and voting procedures, class 9 ballot (4.4); exchanged memoranda with Debtors' counsel re circulation of additional solicitation materials (.1); o/c KP and exchanged memoranda with Debtors' counsel re conf call to discuss comments (.2). | Krieger, A. | 4.7 |
| 11/03/2008 | Review revised POR and DS. | Kruger, L. | 2.8 |
| 11/03/2008 | Review of revised POR and DS. | Pasquale, K. | 2.2 |
| 11/04/2008 | Attend to revised Disclosure Statement (3.1); extended o/c KP re comments to revised plan (1.8); attend to revised new solicitation materials (.6); extended conf call with counsel re comments on revised Disclosure Statement and Plan Documents (1.6). | Krieger, A. | 7.1 |
| 11/04/2008 | Review revised DS (1.3); o/c with KP re revision to DS (.2); review language for DS (.3). | Kruger, L. | 1.8 |
| 11/04/2008 | Review of revised DS, POR and confer A. Krieger re same (3.2); conference call with debtors' counsel (1.5); drafted language for DS (1.4). | Pasquale, K. | 6.1 |
| 11/05/2008 | Research re: plan issue for A. Krieger. | Harris, D. | 1.8 |
| 11/05/2008 | Attend to proposed inserts for Disclosure Statement and Plan and forward same to Debtors' counsel (3.1); t/c C. Bruens re solicitation materials (.6). | Krieger, A. | 3.7 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| 11/05/2008 | Reviewed proposed inserts for DS. | Kruger, L. | 0.5 |
| 11/06/2008 | Attend to further amended disclosure statement, plan and voting procedures (5.1); o/c KP re same (.1); o/c D. Harris re plan related research (.2). | Krieger, A. | 5.4 |
| 11/06/2008 | Review further revised POR and DS. | Pasquale, K. | 2.2 |
| 11/07/2008 | Research re: plan issue for A. Krieger. | Harris, D. | 2.3 |
| 11/07/2008 | Attend to inserts to plan documents (.8); extended o/c KP re plan (.8); attend to memorandum to Debtors' counsel re comments on revised plan, disclosure statement and voting procedures and forward to Debtors' counsel (2.6); exchanged memoranda with R. Frezza re plan issues (.3); o/c D. Harris re research on plan issues (.1); memorandum to C. Bruens re Class 9 Ballot and related notices (.1); attend to DH memo re plan issues and review case law (.8); attend to additional revised solicitation materials (.7). | Krieger, A. | 6.2 |
| 11/07/2008 | Review revised POR and DS and voting procedure. | Kruger, L. | 1.2 |
| 11/07/2008 | Confer A. Krieger re latest versions of plan and DS (1.0); review blacklines of most recent plan, DS, most recent voting procedures, revisions (2.6). | Pasquale, K. | 3.6 |
| 11/09/2008 | Attend to J. Baer memoranda re responses to 11/7/08 plan and disclosure statement comments and exchanged memoranda with J. Baer thereon (.2); attend to further revised Disclosure Statement order and related notices and prepare comments thereon (2.2); attend to T. Freedman and KP memoranda and memoranda to KP re same (.2). | Krieger, A. | 2.6 |
| 11/10/2008 | Attend to 11/7/08 drafts of voting procedures, disclosure statement order various other DS and Plan related materials and forward comments on same to Debtors' counsel (1.7); exchanged further memoranda with D. Ball re proposed revised language (.1); o/c KP and then t/c M. Phillips re voting procedures (.2); | Krieger, A. | 5.4 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | t/cs C. Bruens re additional modifications to the DS, Plan and solicitation materials and memorandum thereon (.7); exchanged memoranda with M. Phillips re revised solicitation material (.1); attend to additional memoranda re revised DS, Plan and solicitation materials (2.4); o/c KP and then LK re cancellation of 11/13/08 hearing, Committee's position on revised dissolution provisions (.2). | | |
| 11/11/2008 | Attend to revised DS, Plan and related documents and solicitation materials (7.4); t/cs M. Phillips re 11/14 and 15 hearings and plan provisions (.2); memorandum to R. Frezza, J. Dolan re amended  Disclosure Statement (.1); o/cs KP re plan documents and disclosure statement hearings (.3); o/c MAS re plan provisions (.3); attend to memoranda regarding cancellation of 11/14/08 hearing date and status of 11/15/08 hearing (.1). | Krieger, A. | 8.4 |
| 11/11/2008 | Review revised DS & POR and related documents and voting materials. | Kruger, L. | 3.4 |
| 11/11/2008 | Review debtors' revised DS, chart and related documents filed with court (1.8); emails re same (.4). | Pasquale, K. | 2.2 |
| 11/11/2008 | O/c A. Krieger re plan issues. | Speiser, M. | 0.4 |
| 11/12/2008 | Attend to mark up of plan documents (.4); t/c C. Bruens re Plan provisions and other modifications to related documents (.6); memorandum and then o/c KP re disclosure statement hearing issues and substance of conversation with C. Bruens (.4); t/c M. Phillips re Plan provisions and 11/14/08 hearing (.3); attend to supplemental objections to the disclosure statement (3.4). | Krieger, A. | 5.1 |
| 11/12/2008 | Revise objection to the DS (1.1); revise memo to committee re revised POR, status of committee objection and DS hearing (.3); review agenda for 11/14 hearing (.3). | Kruger, L. | 1.7 |
| 11/13/2008 | Research re: standing. | Lawrence, A. | 2.5 |
| 11/17/2008 | Attend to J. Baer email and 11/17/08 revised | Krieger, A. | 0.9 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | plan and disclosure statement. | | |
| 11/18/2008 | O/c KP re revised plan and disclosure statement (.1); attend to 11/17/08 draft of disclosure statement (1.0);  attend to Plan issue raised by counsel (.8); memorandum to J. Baer re additional comment to 11/17/08 revised drafts of the Plan and Disclosure Statement (.3); attend to confirmation-related issues (1.7); memorandum to R. Frezza, J. Dolan re plan documents (.2); attend to memoranda re conference call to discuss proposed CMO (.3). | Krieger, A. | 4.4 |
| 11/19/2008 | O/c KP re: CMO provisions, comments on revised Plan documents (.2); attend to article re plan-related issues and o/c KP re same (.3); attend to memoranda re 11/20/08 meet and confer on CMO for confirmation issues (.1); t/c C. Bruens re: comments to further revised Plan and solicitation documents (.3); attend to J. Cohn email re: revised proposed CMO on confirmation discovery and schedule (.1). | Krieger, A. | 1.0 |
| 11/19/2008 | Review revised POR and DS. | Kruger, L. | 0.8 |
| 11/20/2008 | Telephone conference M. Phillips re: CMO discussions and drafts from Libby and Insurers (.3); review Libby Claimants' CMO (.1); exchange memoranda with KP re: terms of CMO (.3); extended  conference call with all parties re: CMO for confirmation (1.5). | Krieger, A. | 2.2 |
| 11/20/2008 | E-mails KP re: CMO and 11/24 hearing. | Kruger, L. | 0.3 |
| 11/20/2008 | Prep for and conference call with all parties re confirmation hearing and proposed CMO. | Pasquale, K. | 2.0 |
| 11/21/2008 | Preparation for and attend conf call representatives for all parties re CMO to govern confirmation litigation (1.4); attend to revised solicitation materials (1.0); exchanged memorandum with KP re preliminary plan objection  (.1); memorandum to R. Frezza, J. Dolan re article on plan related matter (.1); preparation for 11/24/08 hearing (.8). | Krieger, A. | 3.4 |
| 11/21/2008 | Review revised POR and DS. | Kruger, L. | 0.6 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/21/2008 | Attention to debtors' revised draft CMO (.3); conference call with all parties re same (1.1); attention to further revised POR and DS (1.0). | Pasquale, K. | 2.4 |
| 11/24/2008 | Attention to further revised draft CMO's (.6); attention to settlement ZAI term sheet (.6). | Pasquale, K. | 1.2 |
| 11/25/2008 | Office conference CMO provisions and Committee's response (.2); attend to ZAI term sheet (.1). | Krieger, A. | 0.3 |
| 11/25/2008 | Confer A. Krieger re confirmation issues and CMO. | Pasquale, K. | 0.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Harris, Daniel J. | 4.1 | $ 295 | $ 1,209.50 |
| Krieger, Arlene G. | 65.9 | 650 | 42,835.00 |
| Kruger, Lewis | 13.1 | 945 | 12,379.50 |
| Lawrence, Anna M | 2.5 | 295 | 737.50 |
| Pasquale, Kenneth | 23.6 | 775 | 18,290.00 |
| Speiser, Mark A. | 0.4 | 900 | 360.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 75,811.50 |
|---|---|

| TOTAL FOR THIS MATTER | $ 75,811.50 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71900137v1

# STROOCK

| | | |
|---|---|---|
| RE | Hearings | |
| | 699843  0037 | |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/07/2008 | Attend to PD Committee's supplemental limited objection to Disclosure Statement (.1); attend to agenda notice for 11/13-14/08 hearings (.1). | Krieger, A. | 0.2 |
| 11/12/2008 | Attend to J. Baer memorandum re 11/13/08 hearing (.1); memorandum to J. Baer re 10/27/08 transcript (.1); attend to transcript of 10/27/08 hearing (.3); preparation for 11/14/08 hearings (.8). | Krieger, A. | 1.3 |
| 11/13/2008 | Preparation for 11/14/08 hearing (2.9); attend to amended agenda for 11/14/08 hearing (.1). | Krieger, A. | 3.0 |
| 11/13/2008 | Prepare for disclosure statement court hearing. | Pasquale, K. | 1.2 |
| 11/14/2008 | Attended Disclosure Statement hearing (3.0) and o/c KP re same (.5); memorandum to LK re hearing (.4). | Krieger, A. | 3.9 |
| 11/14/2008 | Attend court hearing by phone. | Kruger, L. | 1.9 |
| 11/14/2008 | Participated in Court hearings. | Pasquale, K. | 4.0 |
| 11/18/2008 | Attend to agenda notice and exchanged memoranda with KP re status conference on bank claims litigation and related matters. | Krieger, A. | 0.5 |
| 11/18/2008 | Attention to agenda for Nov 24 hearing and emails re same. | Pasquale, K. | 0.3 |
| 11/20/2008 | Telephone conference J. Baer (left message) re: inquiry regarding status conference on Bank Claims litigation and attend to exchange of memoranda with KP re: same. | Krieger, A. | 0.1 |
| 11/23/2008 | Review of latest filed plan, disclosure statement and solicitation materials and preparation for 11/24/08 hearing (3.0); | Krieger, A. | 3.2 |

# STROOCK

| DATE | DESCRIPTION | NAME | HOURS |
|------|-------------|------|-------|
| | exchanged memoranda with KP re: revised CMO (.2). | | |
| 11/24/2008 | Attend continued disclosure statement hearing, omnibus hearing, CMO on confirmation, other matters. | Krieger, A. | 5.3 |
| 11/24/2008 | Attend court hearing by telephone (3.2); review revised CMO (.2). | Kruger, L. | 3.4 |
| 11/24/2008 | Prep for and participated by phone in omnibus court hearing. | Pasquale, K. | 4.2 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|------------------|-------|------|-------|
| Krieger, Arlene G. | 17.5 | $ 650 | $ 11,375.00 |
| Kruger, Lewis | 5.3 | 945 | 5,008.50 |
| Pasquale, Kenneth | 9.7 | 775 | 7,517.50 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 23,901.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 23,901.00 |
|---|---|

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71900137v1

# STROOCK

| RE | Tax Issues |
|---|---|
| | 699843 0047 |

| DATE | DESCRIPTION | NAME | HOURS |
|---|---|---|---|
| 11/17/2008 | Memorandum to M. Greenberg re Colowyo transaction and tax aspects. | Krieger, A. | 0.5 |
| 11/21/2008 | Call re: proposed sale JV interest and review materials re: same. | Greenberg, M. | 0.8 |
| 11/21/2008 | Preparation for Colowyo call and conf call with M. Greenberg, C. Finke, E. Filon, J. Dolan re Colowyo transaction (.8); follow-up memo to MG re Colowyo and case status (.2). | Krieger, A. | 1.0 |

| SUMMARY OF HOURS | HOURS | RATE | TOTAL |
|---|---|---|---|
| Greenberg, Mayer | 0.8 | $ 825 | $ 660.00 |
| Krieger, Arlene G. | 1.5 | 650 | 975.00 |

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 1,635.00 |
|---|---|

| TOTAL FOR THIS MATTER | $ 1,635.00 |
|---|---|

| TOTAL FOR PROFESSIONAL SERVICES RENDERED | $ 192,724.50 |
|---|---|
| TOTAL DISBURSEMENTS/CHARGES | $ 5,870.24 |
| TOTAL BILL | $ 198,594.74 |

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.