# EXHIBIT B

NY 71900137v1

**WR GRACE & CO**
**SUMMARY OF FEES**
**NOVEMBER 1, 2008 - NOVEMBER 30, 2008**

|  | Hours | Rate | Amount |
|---|---:|---:|---:|
| **Partners** | | | |
| Greenberg, Mayer | 0.8 | $ 825 | $ 660.00 |
| Kruger, Lewis | 19.5 | 945 | 18,427.50 |
| Pasquale, Kenneth | 37.8 | 775 | 29,295.00 |
| Speiser, Mark A. | 0.4 | 900 | 360.00 |
| | | | |
| **Associates** | | | |
| Berg, Madelaine | 9.5 | 650 | 6,175.00 |
| Harris, Daniel J. | 4.1 | 295 | 1,209.50 |
| Krieger, Arlene G. | 188.8 | 650 | 122,720.00 |
| Lawrence, Anna M | 2.5 | 295 | 737.50 |
| | | | |
| **Paraprofessionals** | | | |
| Holzberg, Ethel H. | 26.5 | 270 | 7,155.00 |
| Mohamed, David | 34.2 | 175 | 5,985.00 |
| | | | |
| **Sub Total** | **324.1** | | **$ 192,724.50** |
| **Less 50% Travel** | **(12.1)** | | **(8,082.50)** |
| **Total** | **312.0** | | **$ 184,642.00** |