# EXHIBIT C

NY 71900137v1

**WR GRACE & CO**
**DISBURSEMENT SUMMARY**
**NOVEMBER 1, 2008 - NOVEMBER 30, 2008**

| | |
|---|---:|
| Outside Messenger Service | $ 76.36 |
| Local Transportation | 288.70 |
| Long Distance Telephone | 103.01 |
| Duplicating Costs-in House | 59.50 |
| Miscellaneous | 9.95 |
| Word Processing | 48.00 |
| Lexis/Nexis | 86.75 |
| Travel Expenses - Transportation | 2,918.50 |
| Travel Expenses - Lodging | 1,013.59 |
| Travel Expenses - Meals | 343.33 |
| Westlaw | 922.55 |
| | |
| | |
| | |
| **TOTAL** | **$ 5,870.24** |

NY 71900137v1

# STROOCK

## Disbursement Register

| | |
|---|---|
| DATE | December 15, 2008 |
| INVOICE NO. | 461607 |
| CLIENT | W R Grace & Co |
| | 7500 Grace Drive |
| | Columbia, MD 21044-4098 |

FOR EXPENSES INCURRED in the captioned matter for the period through November 30, 2008, including:

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| **Outside Messenger Service** | | |
| 11/11/2008 | VENDOR: UPS; INVOICE#: 0000010X827458; DATE: 11/08/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270191044294 on 11/06/2008 | 7.51 |
| 11/11/2008 | VENDOR: UPS; INVOICE#: 0000010X827458; DATE: 11/08/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq. Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270191685913 on 11/06/2008 | 10.65 |
| 11/11/2008 | VENDOR: UPS; INVOICE#: 0000010X827458; DATE: 11/08/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270194148686 on 11/06/2008 | 7.51 |
| 11/11/2008 | VENDOR: UPS; INVOICE#: 0000010X827458; DATE: 11/08/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270194588700 on 11/06/2008 | 7.51 |
| 11/19/2008 | VENDOR: UPS; INVOICE#: 0000010X827468; DATE: 11/15/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David Klauder Esq. Office of the United States, 844 N. King Street Suite 2311, WILMINGTON, DE 19801 Tracking #:1Z10X8270195338040 on 11/13/2008 | 7.51 |

NY 71900137v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/19/2008 | VENDOR: UPS; INVOICE#: 0000010X827468; DATE: 11/15/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO David B. Siegal W.R. Grace & Co., Senior Vice President and, COLUMBIA, MD 21044 Tracking #:1Z10X8270195621457 on 11/13/2008 | 7.51 |
| 11/19/2008 | VENDOR: UPS; INVOICE#: 0000010X827468; DATE: 11/15/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Elizabeth M. O'Byrne Duane Morris LLP, 1100 North Market Street, WILMINGTON, DE 19801 Tracking #:1Z10X8270195743236 on 11/13/2008 | 7.51 |
| 11/19/2008 | VENDOR: UPS; INVOICE#: 0000010X827468; DATE: 11/15/2008; FROM David Mohamed, 180 Maiden Lane, New York, NY TO Bobbi Ruhlander Esq Warren H. Smith and Associa, Republic Center, DALLAS, TX 75201 Tracking #:1Z10X8270197909465 on 11/13/2008 | 10.65 |
| 11/25/2008 | VENDOR: UPS; INVOICE#: 0000010X827478; DATE: 11/22/2008; FROM BOBBI RUHLANDER ESQ, REPUBLIC CENTER 325 N. ST. PAU, DALLAS, TX TO WARREN H. SMITH AND ASSOCIA, 325 N ST PAUL ST, DALLAS, TX 75201 Tracking #:1Z10X8270197909465 on 11/15/2008 | 10.00 |

**Outside Messenger Service Total**     76.36

**Local Transportation**

| | | |
|---|---|---|
| 10/01/2008 | VENDOR: NYC Taxi; Invoice#: 842810; Invoice Date: 09/26/2008; Voucher #: 88854; Kenneth Pasquale 09/16/2008 00:01 from 180 MAIDEN LANE MANHATTAN NY to SUMMIT NJ | 99.72 |
| 11/10/2008 | VENDOR(EE): DJHARRIS: 10/07/08 - 10/07/08; DATE: 11-10-2008; Taxi from office to home 10/7. | 20.47 |
| 11/11/2008 | VENDOR(EE): KPASQUALE: 11/04/08 - 11/04/08; DATE: 11-11-2008; Parking (in lieu of car service) - worked late 11/4. | 30.00 |
| 11/18/2008 | VENDOR: NYC Taxi; Invoice#: 845562; Invoice Date: 10/24/2008; Voucher #: 89005; Arlene Krieger 10/16/2008 20:15 from 180 MAIDEN LANE MANHATTAN NY to 112 E 80 ST MANHATTAN NY | 38.01 |
| 11/21/2008 | VENDOR: NYC Taxi; Invoice#: 847591; Invoice Date: 11/14/2008; Voucher #: 99969; Arlene Krieger 11/04/2008 22:00 from 180 MAIDEN LA MANHATTAN NY to 80 E 80 ST MANHATTAN NY | 37.50 |
| 11/21/2008 | VENDOR: NYC Taxi; Invoice#: 847591; Invoice Date: 11/14/2008; Voucher #: 812399064; Kenneth Pasquale 11/04/2008 20:49 from 180 | 63.00 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| | MAIDEN LA MANHATTAN NY to HOBOKEN NJ | |
| | **Local Transportation Total** | **288.70** |
| **Long Distance Telephone** | | |
| 11/07/2008 | EXTN.5544, TEL.201-968-0001, S.T.16:40, DUR.00:01:06 | 0.94 |
| 11/10/2008 | "EXTN.795562, TEL.2156652147, S.T.17:07, DUR.00:04:37" | 4.17 |
| 11/11/2008 | "EXTN.795562, TEL.3027776565, S.T.17:25, DUR.00:00:26" | 0.83 |
| 11/12/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-100508; DATE: 10/5/2008  -  Teleconference    10-03-08 | 33.53 |
| 11/12/2008 | "EXTN.795544, TEL.2015877123, S.T.10:03, DUR.00:02:32" | 2.50 |
| 11/13/2008 | "EXTN.795885, TEL.4122813700, S.T.14:13, DUR.00:03:53" | 3.34 |
| 11/13/2008 | "EXTN.795475, TEL.3026574900, S.T.17:30, DUR.00:01:51" | 1.67 |
| 11/13/2008 | "EXTN.795475, TEL.3026574955, S.T.11:25, DUR.00:02:57" | 2.50 |
| 11/14/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 212806-5400-101208; DATE: 10/12/2008  -  Teleconference    10/08/08 | 11.15 |
| 11/17/2008 | "EXTN.795544, TEL.2019680001, S.T.16:55, DUR.00:00:26" | 0.83 |
| 11/17/2008 | "EXTN.795544, TEL.2019680001, S.T.16:56, DUR.00:00:07" | 0.83 |
| 11/17/2008 | "EXTN.795544, TEL.2019680001, S.T.16:57, DUR.00:05:23" | 5.00 |
| 11/17/2008 | "EXTN.795544, TEL.2015877123, S.T.12:05, DUR.00:10:38" | 9.17 |
| 11/19/2008 | VENDOR: Soundpath Legal Conferencing; INVOICE#: 2128065400-101908; DATE: 10/19/2008  -  Teleconference    10-16-08 | 14.05 |
| 11/19/2008 | "EXTN.795562, TEL.2156652147, S.T.12:14, DUR.00:09:45" | 8.34 |
| 11/20/2008 | "EXTN.795544, TEL.2015877123, S.T.13:07, DUR.00:00:19" | 0.83 |
| 11/20/2008 | "EXTN.795544, TEL.2015877123, S.T.15:32, DUR.00:00:26" | 0.83 |
| 11/20/2008 | "EXTN.795544, TEL.2015877123, S.T.15:41, DUR.00:00:38" | 0.83 |
| 11/20/2008 | "EXTN.795544, TEL.3128612162, S.T.09:48, DUR.00:01:26" | 1.67 |
| | **Long Distance Telephone Total** | **103.01** |
| **Duplicating Costs-in House** | | |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71900137v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/06/2008 | | 13.40 |
| 11/06/2008 | | 16.80 |
| 11/06/2008 | | 0.40 |
| 11/11/2008 | | 21.60 |
| 11/13/2008 | | 2.20 |
| 11/21/2008 | | 1.10 |
| 11/25/2008 | | 0.30 |
| 11/25/2008 | | 0.10 |
| 11/26/2008 | | 3.60 |
| | **Duplicating Costs-in House Total** | **59.50** |

**Miscellaneous**

| | | |
|---|---|---|
| 11/04/2008 | VENDOR(EE): KPASQUALE: 10/26/08 - 10/27/08; DATE: 11-04-2008; Internet expense for court hearing in Pittsburgh, PA10/26-10/27. | 9.95 |
| | **Miscellaneous Total** | **9.95** |

**Lexis/Nexis**

| | | |
|---|---|---|
| 11/07/2008 | Research on 11/07/2008 | 86.75 |
| | **Lexis/Nexis Total** | **86.75** |

**Travel Expenses - Transportation**

| | | |
|---|---|---|
| 11/04/2008 | VENDOR(EE): AKRIEGER: 10/26/08 - 10/27/08; DATE: 11-04-2008; Taxi from LaGuardia Airport home - $21.40 (fare), $5.00 (toll), $4.60 (tip) - 10/27/08 | 31.00 |
| 11/04/2008 | VENDOR(EE): AKRIEGER: 10/26/08 - 10/27/08; DATE: 11-04-2008; US Airways baggage fee - $15.00 - 10/27/08 | 15.00 |
| 11/04/2008 | VENDOR(EE): KPASQUALE: 10/26/08 - 10/27/08; DATE: 11-04-2008; Taxis to and from home to airport and to and from hotel to court for hearing | 245.00 |
| 11/04/2008 | VENDOR(EE): AKRIEGER: 10/26/08 - 10/27/08; DATE: 11-04-2008; Taxi from hotel to Pittsburgh airport- $36.60, surcharge $1.10, tip $5.30 -  10/27/08 | 43.00 |
| 11/07/2008 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; KRIEGER/ARLENE PIT LGA on 10/16/2008 | 314.50 |
| 11/07/2008 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; KRIEGER/ARLENE LGA PIT on 10/16/2008 | 134.50 |
| 11/07/2008 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; KRIEGER/ARLENE on 10/16/2008 | 32.25 |

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/07/2008 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; KRIEGER/ARLENE PIT LGA on 10/24/2008 | 858.50 |
| 11/07/2008 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH EWR PIT on 10/16/2008 | 134.50 |
| 11/07/2008 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH on 10/16/2008 | 32.25 |
| 11/07/2008 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH PIT EWR on 10/16/2008 | 404.50 |
| 11/07/2008 | VENDOR: AMEX; INVOICE #: N/A; INVOICE DATE: N/A; PASQUALE/KENNETH PIT EWR on 10/24/2008 | 469.50 |
| 11/13/2008 | VENDOR: Lawyers Travel; INVOICE#: 040608; DATE: 4/6/2008  - after hours svcs call for April 2008 K Pasquale 4/6 | 18.00 |
| 11/13/2008 | VENDOR: Lawyers Travel; INVOICE#: 040608A; DATE: 4/6/2008 -  after hours svcs call for April 2008 A Krieger 4/6 &4/7 | 54.00 |
| 11/17/2008 | VENDOR(EE): KPASQUALE: 11/13/08 - 11/14/08; DATE: 11-17-2008; Taxis to and from airport to hotel, court to airport re court hearings | 87.00 |
| 11/17/2008 | VENDOR(EE): KPASQUALE: 11/13/08 - 11/14/08; DATE: 11-17-2008; Additional airline charge fee | 5.00 |
| 11/25/2008 | VENDOR(EE): AKRIEGER: 11/13/08 - 11/14/08; DATE: 11-25-2008; Taxi from LaGuardia to Home  ($24.50 fare, $0.50 evening surcharge, $5.00 tolls + $5.00 tip) | 35.00 |
| 11/25/2008 | VENDOR(EE): AKRIEGER: 11/13/08 - 11/14/08; DATE: 11-25-2008; Additional Airplane-Change seat fee-11/13/08 | 5.00 |
| | **Travel Expenses - Transportation Total** | **2,918.50** |

**Travel Expenses - Lodging**

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 11/04/2008 | VENDOR(EE): AKRIEGER: 10/26/08 - 10/27/08; DATE: 11-04-2008; Omni Hotel- Room Charge $169.00/County & State Taxes $23.66 - for court hearing - 10/26/08 – 10/27/08 | 192.66 |
| 11/04/2008 | VENDOR(EE): KPASQUALE: 10/26/08 - 10/27/08; DATE: 11-04-2008; Omni Hotel expense for court hearing in Pittsburgh, PA10/26-10/27. | 192.66 |
| 11/17/2008 | VENDOR(EE): KPASQUALE: 11/13/08 - 11/14/08; DATE: 11-17-2008; Westin Hotel expense for court hearing 11/13/08-11/14/08 | 316.61 |

stroock & stroock & lavan llp · new york · los angeles · miami
180 maiden lane, new york, ny 10038-4982 tel 212.806.5400 fax 212.806.6006 www.stroock.com
NY 71900137v1

# STROOCK

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 11/25/2008 | VENDOR(EE): AKRIEGER: 11/13/08 - 11/14/08; DATE: 11-25-2008; Westin Hotel charge for Court hearing in Pittsburgh - Room Charge $269.00, plus taxes - 11/13-11/14 | 311.66 |
| | **Travel Expenses - Lodging Total** | **1,013.59** |
| **Travel Expenses - Meals** | | |
| 11/04/2008 | VENDOR(EE): KPASQUALE: 10/26/08 - 10/27/08; DATE: 11-04-2008; Meals for court hearing in Pittsburgh, PA for K. Pasquale and A. Krieger (Breakfasts, Lunches, Dinners) | 159.17 |
| 11/04/2008 | VENDOR(EE): AKRIEGER: 10/26/08 - 10/27/08; DATE: 11-04-2008; Dinner at airport - $10.69 (meal),  $2.31 (tip) - 10/27/08 | 13.00 |
| 11/17/2008 | VENDOR(EE): KPASQUALE: 11/13/08 - 11/14/08; DATE: 11-17-2008; Meals for Kenneth Pasquale and Arlene Krieger for court hearing in Pittsburgh PA ( 4 Dinners, 2 Lunches) | 142.50 |
| 11/25/2008 | VENDOR(EE): AKRIEGER: 11/13/08 - 11/14/08; DATE: 11-25-2008; Meal (Breakfast at the Hotel) trip to Pittsburgh  -11/13-11/14 | 18.55 |
| 11/25/2008 | VENDOR(EE): AKRIEGER: 11/13/08 - 11/14/08; DATE: 11-25-2008; Dinner at the Airport - 11/14/08 | 10.11 |
| | **Travel Expenses - Meals Total** | **343.33** |
| **Westlaw** | | |
| 11/06/2008 | Transactional Search by Harris, Daniel J. | 304.93 |
| 11/07/2008 | Transactional Search by Harris, Daniel J. | 213.25 |
| 11/13/2008 | Transactional Search by Lawrence, Anna M | 404.37 |
| | **Westlaw Total** | **922.55** |
| **Word Processing - Logit** | | |
| 11/09/2008 | | 6.00 |
| 11/23/2008 | | 24.00 |
| 11/23/2008 | | 6.00 |
| 11/30/2008 | | 12.00 |
| | **Word Processing - Logit Total** | **48.00** |

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71900137v1

# STROOCK

### BILL DISBURSEMENT SUMMARY

| | |
|---|---:|
| Outside Messenger Service | $ 76.36 |
| Local Transportation | 288.70 |
| Long Distance Telephone | 103.01 |
| Duplicating Costs-in House | 59.50 |
| Miscellaneous | 9.95 |
| Word Processing | 48.00 |
| Lexis/Nexis | 86.75 |
| Travel Expenses - Transportation | 2918.50 |
| Travel Expenses - Lodging | 1013.59 |
| Travel Expenses - Meals | 343.33 |
| Westlaw | 922.55 |

### TOTAL DISBURSEMENTS/CHARGES          $ 5,870.24

Any disbursement balances shown are compiled from original sources as entered on our records to the billing date shown. Any disbursements/charges invoiced to us or posted by us subsequent to that date will be reflected in future billing.

STROOCK & STROOCK & LAVAN LLP · NEW YORK · LOS ANGELES · MIAMI
180 MAIDEN LANE, NEW YORK, NY 10038-4982 TEL 212.806.5400 FAX 212.806.6006 WWW.STROOCK.COM
NY 71900137v1