

December 30, 2008

WR Grace-The Official Committee of Property Damage Claimants

Invoice #   149793

FOR PROFESSIONAL SERVICES RENDERED
    THROUGH November 30, 2008

### CLIENT SUMMARY

**BALANCE AS OF- 11/30/08**

| MATTERS | TIME | COSTS | TOTAL |
|---|---|---|---|
| 01- Case Administration - .15537 | $227.00 | $28,816.90 | $29,043.90 |
| 02 - Debtors' Business Operations - .15538 | $136.50 | $0.00 | $136.50 |
| 03 - Creditors Committee - .15539 | $3,415.50 | $0.00 | $3,415.50 |
| 07 - Applicant's Fee Application - .15543 | $3,184.00 | $0.00 | $3,184.00 |
| 08 - Hearings - .15544 | $11,365.00 | $0.00 | $11,365.00 |
| 09 - Claims Analysis, Objection, Resolution & Estimation (asbestos) - .15545 | $974.00 | $0.00 | $974.00 |
| 10 - Travel - .15546 | $9,093.75 | $0.00 | $9,093.75 |
| 18 - Plan & Disclosure Statement - .15554 | $46,106.00 | $0.00 | $46,106.00 |
| 30 - Fee Application of Others - .17781 | $1,348.00 | $0.00 | $1,348.00 |
| 38 - ZAI Science Trial - .17905 | $1,687.50 | $0.00 | $1,687.50 |
| *Client Total* | *$77,537.25* | *$28,816.90* | *$106,354.15* |

| CLIENT SUMMARY OF PROFESSIONAL SERVICES THIS PERIOD | | | |
|---|---|---|---|
| **TIMEKEEPER** | **HOURS** | **RATE** | **AMOUNT** |
| Baena, Scott L | 47.50 | $608.21 | $28,890.00 |
| Flores, Luisa M | 12.60 | $200.00 | $2,520.00 |
| Sakalo, Jay M | 64.10 | $407.09 | $26,094.25 |
| Snyder, Jeffrey I | 7.30 | $275.00 | $2,007.50 |
| Kramer, Matthew I | 34.00 | $296.18 | $10,070.00 |
| Schubauer, David | 9.10 | $325.00 | $2,957.50 |
| Rojas, Susana | 0.50 | $185.00 | $92.50 |
| Botros, Paul M | 1.80 | $310.00 | $558.00 |
| Haligman, Ronald S | 3.70 | $390.00 | $1,443.00 |
| Slanker, Jeffrey | 15.70 | $185.00 | $2,904.50 |
| *TOTAL PROFESSIONAL FEES THIS PERIOD* | | | ***$77,537.25*** |

| CLIENT SUMMARY OF COSTS ADVANCED | |
|---|---|
| Airfare | $6,423.50 |
| Fares, Mileage, Parking | $237.72 |
| Long Distance Telephone | $271.05 |
| Long Distance Telephone-Outside Services | $1,266.53 |
| Lodging | $1,105.58 |
| Meals | $250.49 |
| Miscellaneous Costs | $17,366.50 |
| Parking | $150.00 |
| Travel Expenses | $140.00 |
| Westlaw-Online Legal Research | $777.73 |
| Copies | $827.80 |
| *TOTAL COSTS ADVANCED THIS PERIOD* | ***$28,816.90*** |
| **TOTAL BALANCE DUE THIS PERIOD** | **$106,354.15** |

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15537**

RE:  **01- Case Administration**

| | | | | |
|---|---|---|---|---|
| 11/12/08 | MIK | 0.30 | 114.00 | Review docket. |
| 11/13/08 | MIK | 0.20 | 76.00 | Review docket. |
| 11/20/08 | SR | 0.20 | 37.00 | Review court docket and analyze various documents. |

**PROFESSIONAL SERVICES**                                                                                        **$227.00**

### COSTS ADVANCED

| | | |
|---|---|---|
| 09/29/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/26/08-10/28/08; DATE: 10/28/2008  -  Acct. #5306-2200-2539-5504 | 38.00 |
| 10/01/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/26/08-10/28/08; DATE: 10/28/2008  -  Acct. #5306-2200-2539-5504 | 25.00 |
| 10/01/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/26/08-10/28/08; DATE: 10/28/2008  -  Acct. #5306-2200-2539-5504 | 109.50 |
| 10/01/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/26/08-10/28/08; DATE: 10/28/2008  -  Acct. #5306-2200-2539-5504 | 116.00 |
| 10/01/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/26/08-10/28/08; DATE: 10/28/2008  -  Acct. #5306-2200-2539-5504 | 116.00 |
| 10/01/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/26/08-10/28/08; DATE: 10/28/2008  -  Acct. #5306-2200-2539-5504 | 116.00 |
| 10/01/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/26/08-10/28/08; DATE: 10/28/2008  -  Acct. #5306-2200-2539-5504 | 122.50 |
| 10/07/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817070227; DATE: 11/1/2008  -  Account# 5306-2200-2539-5504 | 29.39 |
| 10/10/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01844546; DATE: 10/31/2008  - Account# 306300 | 34.31 |
| 10/10/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817070227; DATE: 11/1/2008  -  Account# 5306-2200-2539-5504 | 29.02 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 10/12/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817070227; DATE: 11/1/2008  -  Account# 5306-2200-2539-5504 | 50.14 |
| 10/12/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817070227; DATE: 11/1/2008  -  Account# 5306-2200-2539-5504 | 232.93 |
| 10/13/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817070227; DATE: 11/1/2008  -  Account# 5306-2200-2539-5504 | 20.87 |
| 10/13/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817070227; DATE: 11/1/2008  -  Account# 5306-2200-2539-5504 | 182.78 |
| 10/13/08 | Long Distance Telephone-Outside Services CURT CALLS - VENDOR: DINERS CLUB; INVOICE#: 09/26/08-10/28/08; DATE: 10/28/2008  -  Acct. #5306-2200-2539-5504 | 31.50 |
| 10/14/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817070227; DATE: 11/1/2008  -  Account# 5306-2200-2539-5504 | 41.52 |
| 10/14/08 | Long Distance Telephone-Outside Services CURT CALLS - VENDOR: DINERS CLUB; INVOICE#: 09/26/08-10/28/08; DATE: 10/28/2008  -  Acct. #5306-2200-2539-5504 | 51.00 |
| 10/15/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817070227; DATE: 11/1/2008  -  Account# 5306-2200-2539-5504 | 63.73 |
| 10/15/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817070227; DATE: 11/1/2008  -  Account# 5306-2200-2539-5504 | 52.69 |
| 10/16/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01844546; DATE: 10/31/2008  -  Account# 306300 | 46.35 |
| 10/16/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01844546; DATE: 10/31/2008  -  Account# 306300 | 24.25 |
| 10/16/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817070227; DATE: 11/1/2008  -  Account# 5306-2200-2539-5504 | 37.30 |
| 10/16/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817070227; DATE: 11/1/2008  -  Account# 5306-2200-2539-5504 | 9.61 |
| 10/17/08 | Airfare Travel to Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 09/26/08-10/28/08; DATE: 10/28/2008  -  Acct. #5306-2200-2539-5504 | 577.50 |

| 10/17/08 | Airfare Travel to Philadelphia - VENDOR: DINERS CLUB; INVOICE#: 09/26/08-10/28/08; DATE: 10/28/2008  -  Acct. #5306-2200-2539-5504 | 253.00 |
|---|---|---|
| 10/20/08 | Fares, Mileage, Parking VENDOR: KING LIMOUSINE AND TRANSPORTATION SERVIC; INVOICE#: 111671; DATE: 10/26/2008  -  Clients | 108.00 |
| 10/20/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01844546; DATE: 10/31/2008  -  Account# 306300 | 9.59 |
| 10/20/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817070227; DATE: 11/1/2008  -  Account# 5306-2200-2539-5504 | 21.64 |
| 10/21/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/26/08-10/28/08; DATE: 10/28/2008  -  Acct. #5306-2200-2539-5504 | 129.00 |
| 10/23/08 | Westlaw-Online Legal Research VENDOR: DINERS CLUB; INVOICE#: 817070227; DATE: 11/1/2008  -  Account# 5306-2200-2539-5504 | 6.11 |
| 10/23/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/26/08-10/28/08; DATE: 10/28/2008  -  Acct. #5306-2200-2539-5504 | 38.00 |
| 10/23/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/26/08-10/28/08; DATE: 10/28/2008  -  Acct. #5306-2200-2539-5504 | 38.00 |
| 10/23/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/26/08-10/28/08; DATE: 10/28/2008  -  Acct. #5306-2200-2539-5504 | 38.00 |
| 10/23/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/26/08-10/28/08; DATE: 10/28/2008  -  Acct. #5306-2200-2539-5504 | 44.50 |
| 10/23/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/26/08-10/28/08; DATE: 10/28/2008  -  Acct. #5306-2200-2539-5504 | 44.50 |
| 10/23/08 | Long Distance Telephone-Outside Services COURT CALL - VENDOR: DINERS CLUB; INVOICE#: 09/26/08-10/28/08; DATE: 10/28/2008  -  Acct. #5306-2200-2539-5504 | 44.50 |
| 10/26/08 | Meals Travel to Pittsburgh  - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/27/08; DATE: 10/27/2008  -  Client - 15537 | 40.00 |
| 10/26/08 | Parking Airport parking - Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/27/08; DATE: 10/27/2008  -  Client - 15537 | 60.00 |
| 10/26/08 | Fares, Mileage, Parking Travel to Airport - Travel to Pittsburgh - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/27/08; DATE: 10/27/2008  -  Client - 15537 | 18.72 |



| 10/27/08 | Airfare Airfare to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/27/08-A; DATE: 10/27/2008  -  Client - 15537 | 1,903.50 |
| 10/27/08 | Travel Expenses Agency fee - Airfare to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/27/08-A; DATE: 10/27/2008  -  Client - 15537 | 35.00 |
| 10/27/08 | Lodging Travel  to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/27/08-A; DATE: 10/27/2008  -  Client - 15537 | 370.50 |
| 10/27/08 | Parking Airport parking - Travel  to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/27/08-A; DATE: 10/27/2008  -  Client - 15537 | 30.00 |
| 10/27/08 | Meals Travel  to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/27/08-A; DATE: 10/27/2008  -  Client - 15537 | 11.43 |
| 10/27/08 | Fares, Mileage, Parking Taxi fares - Travel  to Pittsburgh - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-10/27/08-A; DATE: 10/27/2008  -  Client - 15537 | 81.00 |
| 10/27/08 | Airfare Airfare Miami to Charlotte, NC - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/27/08; DATE: 10/27/2008  -  Client - 15537 | 523.50 |
| 10/27/08 | Airfare Airfare Charlotte/Pittsburgh/Charlotte/Miami - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/27/08; DATE: 10/27/2008  -  Client - 15537 | 1,922.50 |
| 10/27/08 | Lodging Lodging travel to Pittsburgh  - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/27/08; DATE: 10/27/2008  -  Client - 15537 | 370.50 |
| 10/27/08 | Meals Travel to Pittsburgh  - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/27/08; DATE: 10/27/2008  -  Client - 15537 | 44.00 |
| 10/27/08 | Meals Travel to Pittsburgh  - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/27/08; DATE: 10/27/2008  -  Client - 15537 | 9.82 |
| 10/27/08 | Meals Travel to Pittsburgh  - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/27/08; DATE: 10/27/2008  -  Client - 15537 | 4.97 |
| 10/27/08 | Travel Expenses Agency fee - Travel to Pittsburgh  - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/27/08; DATE: 10/27/2008  -  Client - 15537 | 35.00 |
| 10/27/08 | Travel Expenses Agency fee - Travel to Charlotte, NC  - VENDOR: JAY M. SAKALO; INVOICE#: JMS-10/27/08; DATE: 10/27/2008  -  Client - 15537 | 35.00 |
| 10/28/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01844546; DATE: 10/31/2008  -  Account# 306300 | 27.57 |

| 10/30/08 | Long Distance Telephone-Outside Services VENDOR: Premiere Global Services; INVOICE#: 01844546; DATE: 10/31/2008 - Account# 306300 | 22.46 |
|---|---|---|
| 11/03/08 | Long Distance Telephone 1(212)656-3000; 1 Mins. | 2.78 |
| 11/03/08 | Long Distance Telephone 1(240)386-4700; 1 Mins. | 1.39 |
| 11/03/08 | Long Distance Telephone 1(212)656-3000; 6 Mins. | 9.73 |
| 11/06/08 | Airfare Airfare to Charleston, SC - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-11/06/08; DATE: 11/6/2008 - Client - 15537 | 1,243.50 |
| 11/06/08 | Travel Expenses Agency fee - Airfare to Charleston, SC - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-11/06/08; DATE: 11/6/2008 - Client - 15537 | 35.00 |
| 11/06/08 | Lodging Travel to Charleston, SC - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-11/06/08; DATE: 11/6/2008 - Client - 15537 | 193.44 |
| 11/06/08 | Fares, Mileage, Parking Taxi fares - Travel to Charleston, SC - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-11/06/08; DATE: 11/6/2008 - Client - 15537 | 30.00 |
| 11/06/08 | Meals Travel to Charleston, SC - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-11/06/08; DATE: 11/6/2008 - Client - 15537 | 80.27 |
| 11/06/08 | Parking Airport parking -Travel to Charleston, SC - VENDOR: SCOTT L. BAENA; INVOICE#: SLB-11/06/08; DATE: 11/6/2008 - Client - 15537 | 30.00 |
| 11/07/08 | Long Distance Telephone 1(843)524-5708; 1 Mins. | 1.39 |
| 11/07/08 | Long Distance Telephone 1(843)524-5708; 32 Mins. | 44.48 |
| 11/07/08 | Long Distance Telephone 1(214)532-4437; 17 Mins. | 23.63 |
| 11/10/08 | Long Distance Telephone 1(803)943-4444; 3 Mins. | 4.17 |
| 11/10/08 | Long Distance Telephone 1(803)943-4444; 3 Mins. | 4.17 |
| 11/10/08 | Long Distance Telephone 1(803)943-4444; 6 Mins. | 8.34 |
| 11/11/08 | Long Distance Telephone 1(214)532-4437; 11 Mins. | 16.68 |
| 11/11/08 | Long Distance Telephone 1(202)862-5065; 1 Mins. | 1.39 |
| 11/11/08 | Long Distance Telephone 1(202)339-8513; 1 Mins. | 1.39 |
| 11/11/08 | Long Distance Telephone 1(212)446-4934; 5 Mins. | 8.34 |
| 11/11/08 | Long Distance Telephone 1(843)987-0794; 31 Mins. | 43.09 |
| 11/11/08 | Long Distance Telephone 1(843)987-0794; 9 Mins. | 13.90 |
| 11/14/08 | Long Distance Telephone 1(214)532-4437; 2 Mins. | 2.78 |
| 11/16/08 | Lodging Travel to Charleston, SC - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-11/16/08; DATE: 11/16/2008 - Client - 15537 | 171.14 |
| 11/16/08 | Meals Travel to Charleston, SC - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-11/16/08; DATE: 11/16/2008 - Client - 15537 | 60.00 |
| 11/16/08 | Parking Airport parking - Travel to Charleston, SC - VENDOR: Matthew Kramer, P.A.; INVOICE#: MIK-11/16/08; DATE: 11/16/2008 - Client - 15537 | 30.00 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 11/19/08 | Long Distance Telephone 1(803)943-4444; 22 Mins. | 31.97 |
| 11/20/08 | Long Distance Telephone 1(803)943-4444; 11 Mins. | 15.29 |
| 11/21/08 | Long Distance Telephone 1(212)446-4934; 2 Mins. | 4.17 |
| 11/21/08 | Long Distance Telephone 1(843)727-6513; 1 Mins. | 1.39 |
| 11/21/08 | Long Distance Telephone 1(843)727-6513; 1 Mins. | 1.39 |
| 11/21/08 | Long Distance Telephone 1(843)727-6500; 1 Mins. | 1.39 |
| 11/21/08 | Long Distance Telephone 1(843)727-6500; 1 Mins. | 2.78 |
| 11/21/08 | Long Distance Telephone 1(843)987-0794; 13 Mins. | 19.46 |
| 11/25/08 | Long Distance Telephone 1(843)987-3805; 3 Mins. | 5.56 |
| 11/30/08 | Miscellaneous Costs Professional/Expert Fees to PD Estimation for November 2008 $ 17,366.50 | 17,366.50 |
| 11/11/08 | Copies 81 pgs @ 0.10/pg | 8.10 |
| 11/11/08 | Copies 424 pgs @ 0.10/pg | 42.40 |
| 11/05/08 | Copies 152 pgs @ 0.10/pg | 15.20 |
| 11/05/08 | Copies 65 pgs @ 0.10/pg | 6.50 |
| 11/07/08 | Copies 864 pgs @ 0.10/pg | 86.40 |
| 11/20/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/18/08 | Copies 308 pgs @ 0.10/pg | 30.80 |
| 11/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/19/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 11/19/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/19/08 | Copies 51 pgs @ 0.10/pg | 5.10 |
| 11/20/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/20/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/20/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/20/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/20/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/20/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/20/08 | Copies 27 pgs @ 0.10/pg | 2.70 |
| 11/20/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/21/08 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 11/21/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 11/21/08 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 11/21/08 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 11/21/08 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 11/21/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/21/08 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 11/21/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/21/08 | Copies 120 pgs @ 0.10/pg | 12.00 |
| 11/21/08 | Copies 10 pgs @ 0.10/pg | 1.00 |

 BILZIN SUMBERG BAENA PRICE & AXELROD LLP

| 11/21/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/21/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/21/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/21/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 11/21/08 | Copies 188 pgs @ 0.10/pg | 18.80 |
| 11/21/08 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 11/21/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/21/08 | Copies 36 pgs @ 0.10/pg | 3.60 |
| 11/21/08 | Copies 34 pgs @ 0.10/pg | 3.40 |
| 11/21/08 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 11/21/08 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 11/21/08 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 11/21/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 11/21/08 | Copies 30 pgs @ 0.10/pg | 3.00 |
| 11/21/08 | Copies 58 pgs @ 0.10/pg | 5.80 |
| 11/21/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/21/08 | Copies 82 pgs @ 0.10/pg | 8.20 |
| 11/21/08 | Copies 146 pgs @ 0.10/pg | 14.60 |
| 11/21/08 | Copies 122 pgs @ 0.10/pg | 12.20 |
| 11/21/08 | Copies 120 pgs @ 0.10/pg | 12.00 |
| 11/21/08 | Copies 138 pgs @ 0.10/pg | 13.80 |
| 11/21/08 | Copies 10 pgs @ 0.10/pg | 1.00 |
| 11/21/08 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 11/21/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 11/21/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/21/08 | Copies 32 pgs @ 0.10/pg | 3.20 |
| 11/21/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 11/21/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/21/08 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 11/21/08 | Copies 40 pgs @ 0.10/pg | 4.00 |
| 11/21/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/21/08 | Copies 42 pgs @ 0.10/pg | 4.20 |
| 11/21/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/21/08 | Copies 46 pgs @ 0.10/pg | 4.60 |
| 11/21/08 | Copies 76 pgs @ 0.10/pg | 7.60 |
| 11/21/08 | Copies 72 pgs @ 0.10/pg | 7.20 |
| 11/21/08 | Copies 12 pgs @ 0.10/pg | 1.20 |
| 11/21/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/21/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/21/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/21/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/24/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/24/08 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 11/07/08 | Copies 7 pgs @ 0.10/pg | 0.70 |

| | | |
|---|---|---|
| 11/07/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/07/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/07/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/07/08 | Copies 187 pgs @ 0.10/pg | 18.70 |
| 11/07/08 | Copies 25 pgs @ 0.10/pg | 2.50 |
| 11/07/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/07/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/07/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/07/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/07/08 | Copies 19 pgs @ 0.10/pg | 1.90 |
| 11/07/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 11/07/08 | Copies 18 pgs @ 0.10/pg | 1.80 |
| 11/10/08 | Copies 224 pgs @ 0.10/pg | 22.40 |
| 11/10/08 | Copies 7 pgs @ 0.10/pg | 0.70 |
| 11/10/08 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/05/08 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/05/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/06/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/06/08 | Copies 48 pgs @ 0.10/pg | 4.80 |
| 11/06/08 | Copies 177 pgs @ 0.10/pg | 17.70 |
| 11/06/08 | Copies 31 pgs @ 0.10/pg | 3.10 |
| 11/06/08 | Copies 224 pgs @ 0.10/pg | 22.40 |
| 11/03/08 | Copies 151 pgs @ 0.10/pg | 15.10 |
| 11/04/08 | Copies 14 pgs @ 0.10/pg | 1.40 |
| 11/04/08 | Copies 48 pgs @ 0.10/pg | 4.80 |
| 11/04/08 | Copies 5 pgs @ 0.10/pg | 0.50 |
| 11/04/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/04/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/04/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/04/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/04/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/11/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/11/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/11/08 | Copies 78 pgs @ 0.10/pg | 7.80 |
| 11/11/08 | Copies 180 pgs @ 0.10/pg | 18.00 |
| 11/11/08 | Copies 229 pgs @ 0.10/pg | 22.90 |
| 11/11/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/12/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/12/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/12/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/12/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/12/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/12/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/12/08 | Copies 2 pgs @ 0.10/pg | 0.20 |

| | | |
|---|---|---|
| 11/12/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/13/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/14/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/14/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/17/08 | Copies 17 pgs @ 0.10/pg | 1.70 |
| 11/17/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/17/08 | Copies 837 pgs @ 0.10/pg | 83.70 |
| 11/17/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/17/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/17/08 | Copies 2 pgs @ 0.10/pg | 0.20 |
| 11/17/08 | Copies 128 pgs @ 0.10/pg | 12.80 |
| 11/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/17/08 | Copies 6 pgs @ 0.10/pg | 0.60 |
| 11/17/08 | Copies 22 pgs @ 0.10/pg | 2.20 |
| 11/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/17/08 | Copies 39 pgs @ 0.10/pg | 3.90 |
| 11/17/08 | Copies 26 pgs @ 0.10/pg | 2.60 |
| 11/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/17/08 | Copies 4 pgs @ 0.10/pg | 0.40 |
| 11/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/17/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/17/08 | Copies 109 pgs @ 0.10/pg | 10.90 |
| 11/17/08 | Copies 9 pgs @ 0.10/pg | 0.90 |
| 11/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/17/08 | Copies 180 pgs @ 0.10/pg | 18.00 |
| 11/17/08 | Copies 171 pgs @ 0.10/pg | 17.10 |
| 11/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/17/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/18/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 11/18/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 11/18/08 | Copies 16 pgs @ 0.10/pg | 1.60 |
| 11/18/08 | Copies 501 pgs @ 0.10/pg | 50.10 |

| 11/18/08 | Copies 420 pgs @ 0.10/pg | 42.00 |
| 11/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/18/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/18/08 | Copies 1 pgs @ 0.10/pg | 0.10 |
| 11/18/08 | Copies 3 pgs @ 0.10/pg | 0.30 |
| 11/18/08 | Copies 2 pgs @ 0.10/pg | 0.20 |

**TOTAL COSTS ADVANCED**                                                     **$28,816.90**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Kramer, Matthew I | 0.50 | $380.00 | $190.00 |
| Rojas, Susana | 0.20 | $185.00 | $37.00 |
| *TOTAL* | *0.70* | | *$227.00* |

### MATTER SUMMARY OF COSTS ADVANCED

| | |
|---|---|
| Airfare | $6,423.50 |
| Fares, Mileage, Parking | $237.72 |
| Long Distance Telephone | $271.05 |
| Long Distance Telephone-Outside Services | $1,266.53 |
| Lodging | $1,105.58 |
| Meals | $250.49 |
| Miscellaneous Costs | $17,366.50 |
| Parking | $150.00 |
| Travel Expenses | $140.00 |
| Westlaw-Online Legal Research | $777.73 |
| Copies | $827.80 |
| *TOTAL* | *$28,816.90* |

**CURRENT BALANCE DUE THIS MATTER**                                          **$29,043.90**



**BILZIN SUMBERG BAENA PRICE & AXELROD LLP**

**Atty – SLB**
**Client No.: 74817/15538**

**RE: 02 - Debtors' Business Operations**

11/13/08    JMS    0.30    136.50    E-mail from S. Arnold regarding proposed business transactions.

**PROFESSIONAL SERVICES** $136.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Sakalo, Jay M | 0.30 | $455.00 | $136.50 |
| *TOTAL* | *0.30* | | *$136.50* |

**CURRENT BALANCE DUE THIS MATTER** $136.50

**Atty – SLB**
**Client No.: 74817/15539**

**RE:  03 - Creditors Committee**

| | | | | |
|---|---|---|---|---|
| 11/11/08 | SLB | 0.80 | 540.00 | Attention to organization of 11/12 committee meeting (.5); emails from and to J. Brandis (.3). |
| 11/12/08 | SLB | 1.20 | 810.00 | Prepare for and conduct special committee meeting (1.2). |
| 11/12/08 | JMS | 0.80 | 364.00 | Committee call. |
| 11/12/08 | MIK | 0.40 | 152.00 | Partially attend Committee call. |
| 11/20/08 | SLB | 1.20 | 810.00 | Prepare for and conduct meeting (1.2). |
| 11/20/08 | JMS | 0.80 | 364.00 | Prepare for and attend Committee call. |
| 11/20/08 | JIS | 1.20 | 330.00 | Weekly committee call and follow up discussion to same |
| 11/25/08 | JMS | 0.10 | 45.50 | E-mail to Committee regarding transcript. |

PROFESSIONAL SERVICES                                                                                      $3,415.50

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 3.20 | $675.00 | $2,160.00 |
| Sakalo, Jay M | 1.70 | $455.00 | $773.50 |
| Kramer, Matthew I | 0.40 | $380.00 | $152.00 |
| Snyder, Jeffrey I | 1.20 | $275.00 | $330.00 |
| *TOTAL* | *6.50* | | *$3,415.50* |

CURRENT BALANCE DUE THIS MATTER                                                                $3,415.50

**Atty – SLB**
**Client No.: 74817/15543**

**RE:  07 - Applicant's Fee Application**

| | | | | |
|---|---|---|---|---|
| 11/03/08 | LMF | 0.90 | 180.00 | Meet with accounting regarding payments received and disbursements to professionals. |
| 11/04/08 | LMF | 1.10 | 220.00 | Review draft of quarterly application. |
| 11/04/08 | JS | 3.70 | 684.50 | Prepare quarterly fee application |
| 11/06/08 | LMF | 0.70 | 140.00 | Prepare and submit notice, summary and Bilzin Sumberg's statement for month of September to co-counsel for filing. |
| 11/11/08 | LMF | 0.70 | 140.00 | Attend to quarterly application. |
| 11/12/08 | JIS | 1.20 | 330.00 | Review and revise October prebill. |
| 11/13/08 | JIS | 0.80 | 220.00 | Further review of October prebill and conference with L. Flores regarding same (0.4); follow up with M. Kramer thereon (0.1); conference with J. Slanker thereon (0.2); follow up email to M. Kramer thereon (0.1). |
| 11/14/08 | LMF | 0.70 | 140.00 | Review draft of quarterly application for Hamilton Rabinovitz. |
| 11/17/08 | LMF | 0.60 | 120.00 | Attend to edits to quarterly fee application. |
| 11/17/08 | JIS | 0.80 | 220.00 | Review and revise 30th quarterly fee application. |
| 11/18/08 | JIS | 0.20 | 55.00 | Finalize comments to 30th quarterly fee application and confer with L. Flores thereon. |
| 11/19/08 | LMF | 1.10 | 220.00 | Attend to edits to quarterly application and submit to local counsel for filing. |
| 11/19/08 | LMF | 0.40 | 80.00 | Meet with accounting regarding revisions to October. |
| 11/19/08 | JIS | 0.50 | 137.50 | Finalize revisions to October prebill and briefly confer with L. Flores in connection with same (0.4); brief conference with L. Flores regarding changes to 30th quarterly fee application (0.1). |
| 11/24/08 | LMF | 0.70 | 140.00 | Submit Bilzin Sumberg's October fees and costs to local counsel for filing. |
| 11/24/08 | JS | 0.70 | 129.50 | Prepare fee application. |
| 11/25/08 | JIS | 0.10 | 27.50 | Read fee auditor's final report for 29th interim period. |

**PROFESSIONAL SERVICES**                                                                                **$3,184.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Snyder, Jeffrey I | 3.60 | $275.00 | $990.00 |
| Flores, Luisa M | 6.90 | $200.00 | $1,380.00 |
| Slanker, Jeffrey | 4.40 | $185.00 | $814.00 |
| *TOTAL* | *14.90* | | *$3,184.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                          **$3,184.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15544**

RE:  08 - Hearings

| | | | | |
|---|---|---|---|---|
| 11/07/08 | LMF | 0.50 | 100.00 | Review all attendees for Disclosure hearing and work with J. Slanker in setting up. |
| 11/07/08 | JS | 0.30 | 55.50 | Set up court call appearances for 11/13 omnibus hearing |
| 11/07/08 | JS | 0.70 | 129.50 | Organize court call appearance confirmations and confirm with court call status of confirmations for 11/13 Omnibus hearing |
| 11/11/08 | LMF | 0.20 | 40.00 | Review courtcall confirmations to confirm inclusion of all parties. |
| 11/11/08 | JS | 0.30 | 55.50 | Review and organize pleadings for J. Sakalo and S. Baena for 11/13-11/14 Omnibus hearings |
| 11/12/08 | SLB | 0.60 | 405.00 | Email exchange with J. Baer et al regarding disclosure statement hearing dates, etc. (.3); attention to 11/14 hearing agenda (.2); telephone call from P. Lockwood regarding same (.1). |
| 11/12/08 | JS | 1.20 | 222.00 | Confirm with J. Sakalo telephonic appearences for 11/14 hearing, coordinate with court call on setup of attorneys for 11/14 hearing and on cancellations for rescheduled 11/13 hearing, and email all attorneys confirmations for telephonic appearance |
| 11/14/08 | SLB | 2.30 | 1,552.50 | Attend disclosure statement hearing telephonically and follow up to same (2.3). |
| 11/14/08 | MIK | 1.90 | 722.00 | Attend disclosure statement hearing telephonically. |
| 11/18/08 | LMF | 0.30 | 60.00 | Meet with project assistant regarding agenda and court calls. |
| 11/18/08 | JS | 0.10 | 18.50 | Review agenda for 11/24 hearing and edit list of court call attendees |
| 11/19/08 | JS | 0.70 | 129.50 | Set up telephonic appearances with court call and confirm hearing time and date |
| 11/20/08 | LMF | 0.30 | 60.00 | Review emails and confirm scheduling of all attendees for court call. |
| 11/20/08 | JS | 0.50 | 92.50 | Email court call confirmations for 11/24 hearing. |
| 11/21/08 | JMS | 1.50 | 682.50 | Prepare for 11/24 omnibus hearing. |
| 11/21/08 | JS | 2.00 | 370.00 | Discuss 11/24 hearing with J. Sakalo and email S. Baena (.1) prepare hearing notebooks for S. Baena and J. Sakalo for same (1.9). |
| 11/24/08 | SLB | 5.50 | 3,712.50 | Attend [telephonically] omnibus hearing and hearings on Speights & Runyan claims(5.5). |
| 11/24/08 | JMS | 6.50 | 2,957.50 | Prepare for and attend hearing. |

PROFESSIONAL SERVICES                                                                $11,365.00

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 8.40 | $675.00 | $5,670.00 |
| Sakalo, Jay M | 8.00 | $455.00 | $3,640.00 |
| Kramer, Matthew I | 1.90 | $380.00 | $722.00 |
| Flores, Luisa M | 1.30 | $200.00 | $260.00 |
| Slanker, Jeffrey | 5.80 | $185.00 | $1,073.00 |
| *TOTAL* | *25.40* | | **$11,365.00** |

CURRENT BALANCE DUE THIS MATTER                                                     $11,365.00



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15545**

**RE:  09 - Claims Analysis, Objection, Resolution & Estimation (asbestos)**

| | | | | |
|---|---|---|---|---|
| 11/06/08 | JS | 0.80 | 148.00 | Attention to district court and review docket transcript of March 2007 hearing in front of Judge Buckwalter |
| 11/10/08 | SR | 0.30 | 55.50 | Attention to reviewing claims database per J. Sakalo. |
| 11/14/08 | JMS | 0.60 | 273.00 | Review J. Buchwalter memorandum opinion regarding Anderson motion for reconsideration. |
| 11/20/08 | SLB | 0.40 | 270.00 | Telephone call from A. Runyan et al regarding historical background information (.4). |
| 11/20/08 | JMS | 0.50 | 227.50 | Review Debtors' status report regarding Anderson. |

**PROFESSIONAL SERVICES**                                                                 **$974.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.40 | $675.00 | $270.00 |
| Sakalo, Jay M | 1.10 | $455.00 | $500.50 |
| Rojas, Susana | 0.30 | $185.00 | $55.50 |
| Slanker, Jeffrey | 0.80 | $185.00 | $148.00 |
| *TOTAL* | *2.60* | | *$974.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                     **$974.00**

BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/15546**

**RE: 10 - Travel**

| | | | | |
|---|---|---|---|---|
| 11/05/08 | SLB | 5.00 | 1,687.50 | Non-working travel to Charleston for meeting with Judge Sanders, et al (5.0). |
| 11/05/08 | JMS | 3.60 | 819.00 | Non-working travel. |
| 11/05/08 | MIK | 7.00 | 1,330.00 | Travel to meeting with FCR and committee members (7.0). |
| 11/06/08 | SLB | 4.40 | 1,485.00 | Non-working travel - return to Miami (4.4). |
| 11/06/08 | JMS | 3.40 | 773.50 | Non-working return travel. |
| 11/06/08 | MIK | 8.00 | 1,520.00 | Travel from meeting with FCR and committee members (8.0). |
| 11/24/08 | JMS | 6.50 | 1,478.75 | Non-working travel to/from Pittsburgh. |

**PROFESSIONAL SERVICES**                                                    **$9,093.75**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 9.40 | $337.50 | $3,172.50 |
| Sakalo, Jay M | 13.50 | $227.50 | $3,071.25 |
| Kramer, Matthew I | 15.00 | $190.00 | $2,850.00 |
| *TOTAL* | *37.90* | | *$9,093.75* |

**CURRENT BALANCE DUE THIS MATTER**                                          **$9,093.75**

**Atty – SLB**
**Client No.: 74817/15554**

RE: **18 - Plan & Disclosure Statement**

| Date | Atty | Hours | Amount | Description |
|---|---|---|---|---|
| 11/03/08 | SLB | 1.30 | 877.50 | Interoffice conference with J. Sakalo and M. Kramer regarding objection to disclosure statement (1.3). |
| 11/03/08 | JMS | 2.20 | 1,001.00 | E-mails to A. Rich regarding various documents from the case (.5); conference with P. Botros regarding summary of PD provisions (.4); conference with S. Baena, M. Kramer regarding PD CMO matters (.6); analysis of plan issues (.7). |
| 11/03/08 | JIS | 1.30 | 357.50 | Conference with S. Baena, J. Sakalo, and M. Kramer regarding CMO and disclosure statement and strategy in respect of same. |
| 11/03/08 | MIK | 1.10 | 418.00 | Review CMO (.4); interoffice conference with S. Baena, J. Sakalo regarding same (.7). |
| 11/03/08 | DS | 6.40 | 2,080.00 | Review Joint Plan of Reorganization and related Disclosure Statement. |
| 11/03/08 | PMB | 1.80 | 558.00 | Prepare summary of plan relating to PD claims for committee member. |
| 11/03/08 | JS | 0.10 | 18.50 | Email P. Botros copies of the disclosure statement, plan, and exhibit book to plan |
| 11/04/08 | JMS | 1.50 | 682.50 | E-mail to Committee regarding PD provisions summary (.3); review District Court memorandum denying injunction regarding Montana (.6); review status of objection to disclosure statement (.6). |
| 11/04/08 | DS | 2.70 | 877.50 | Review Joint Plan of Reorganization and related Disclosure Statement. |
| 11/05/08 | JMS | 2.60 | 1,183.00 | Prepare for plan meeting in Charleston (2.4); e-mail from M. Dies regarding meeting (.2). |
| 11/05/08 | JS | 0.20 | 37.00 | Organize copy of disclosure statement for J. Sakalo |
| 11/06/08 | SLB | 6.40 | 4,320.00 | Pre-metting conference with D. Scott and J. Sakalo (1.0); conference with Judge Sanders, et al regarding plan and related matters (4.8); email exchange with T. Freedman et al regarding PD CMO (.2); email exchange with committee regarding same (.2); telephone call from D. Speights regarding meeting with J. Sanders (.2). |
| 11/06/08 | JMS | 6.70 | 3,048.50 | Pre-meeting conference with S. Baena, D. Scott (1.0); meeting with PD FCR and counsel (4.8); brief review of revised disclosure statement (.4); conference with S. Baena regarding responses to CMO (.5). |
| 11/06/08 | MIK | 4.80 | 1,824.00 | Meeting with FCR and committee members (4.8). |
| 11/07/08 | SLB | 2.70 | 1,822.50 | Interoffice conference with J. Sakalo and M. Kramer and telephone conference with D. Speights et al regarding PD CMO and 11/13 hearing, draft and circulate memo to committee regarding same, emails from and to committee members regarding same (1.9); email to and from L. Essayian regarding proposed amended order (.2); preparation of supplemental limited objection and transmittal (.6). |
| 11/07/08 | JMS | 2.70 | 1,228.50 | Conference with S. Baena regarding supplemental limited objection and response to Debtors (.8); work on memorandum to Committee (1.2); telephone conference with D. Speights regarding CMO questions (.3); review Sealed Air comments to draft CMO (.2); e-mail to D. Rosenbloom regarding supplemental objection (.2). |
| 11/07/08 | MIK | 1.70 | 646.00 | Interoffice conference with S. Baena, J. Sakalo regarding CMO and telephone call with D. Speights regarding same (1.6); review Sealed Air CMO comments (.1). |
| 11/08/08 | SLB | 0.70 | 472.50 | Memo to committee regarding disclosure statement objection (.2); email from and to D. Speights regarding same (.1); telephone call from D. Speights regarding same (.3); email to A. Rich regarding same (.1). |
| 11/09/08 | JMS | 2.00 | 910.00 | E-mail exchange with S. Baena, A. Rich regarding objections to disclosure statement (1.3); e-mail to A. Rich regarding treatment of PD (.7). |
| 11/10/08 | SLB | 1.50 | 1,012.50 | Email exchange with A. Rich and interoffice conference with J. Sakalo and M. Kramer (1.1); telephone call from D. Speights regarding status, etc. (.4). |
| 11/10/08 | JMS | 0.80 | 364.00 | Conference with S. Baena regarding disclosure statement concerns. |



| 11/10/08 | MIK | 0.30 | 114.00 | E-mail S. Baena and J. Sakalo regarding plan. |
|---|---|---|---|---|
| 11/10/08 | MIK | 0.80 | 304.00 | Review revised plan and disclosure statement and office conference with S. Baena and J. Sakalo regarding same. |
| 11/10/08 | RSH | 2.50 | 975.00 | Review Disclosure Statement and Plan or Reorganization. |
| 11/11/08 | SLB | 3.70 | 2,497.50 | Attention to emails and proposed plan revisions from A. Rich including telephone conference with A. Rich regarding same (1.5); memo to committee regarding same (.4); telephone conference with D. Speights regarding same (.5); telephone call to T. Freedman regarding disclosure statement and hearing (.3); emails from J. Baer regarding hearing (.1); email to committee in follow up to memo (.1); attention to revised proposal from A. Rich and emails to and from A. Rich regarding same (.6); email from and to M. Dies regarding same (.2). |
| 11/11/08 | JMS | 5.10 | 2,320.50 | Review e-mails regarding filings made by Debtors on 11/10 (1.4); conference with S. Baena regarding consideration of proposal (1.3); telephone conference with D. Speights regarding same (.4); telephone conference with S. Baena, A. Rich regarding same (.4); telephone conference with S. Baena, R. Frankel (.4); telephone conference with S. Baena, T. Freedman regarding hearing on 11/13 (.3); e-mail from J. Baer regarding same (.2); e-mail from K. Pasquale and D. Bernick thereon (.2); review S&R status report (.3); telephone conference with D. Speights regarding call with counsel (.2). |
| 11/11/08 | MIK | 5.60 | 2,128.00 | Review revised plan and exhibits. |
| 11/11/08 | RSH | 1.20 | 468.00 | Review bankruptcy documents in connection with securities issues. |
| 11/12/08 | JMS | 0.60 | 273.00 | E-mails from J. Baer regarding hearings (.3); e-mails with Committee members thereon (.3). |
| 11/14/08 | SLB | 0.60 | 405.00 | Interoffice conference with M. Kramer regarding pass through provisions proposed by FCR and background (.6). |
| 11/14/08 | JMS | 2.40 | 1,092.00 | Attend disclosure statement hearing. |
| 11/17/08 | SLB | 2.20 | 1,485.00 | Review and revise proposed pass through provisions for A. Rich and telephone call to A. Rich regarding same (1.0); email from M. Kramer regarding same (.1); revise provisions based on comments received and circulate to committee members (.9); email to J. Sakalo and M. Kramer regarding proposed CMO, etc. (.2). |
| 11/17/08 | JMS | 2.80 | 1,274.00 | Review and comment on draft plan language regarding treatment of PD claims and conference with S. Baena thereon (1.2); review further drafts of plan and disclosure statement received from J. Baer (1.6). |
| 11/17/08 | MIK | 1.10 | 418.00 | Review and edit plan treatment of PD Claims. |
| 11/17/08 | JS | 2.00 | 370.00 | Review updated exhibits to exhibit book for plan, amended joint plan and disclosure statement, update disclosure statement and plan notebooks of S. Baena and J. Sakalo and create disclosure statement and plan notebook for M. Kramer |
| 11/18/08 | SLB | 0.20 | 135.00 | Email exchange with various counsel regarding proposed CMO (.2). |
| 11/18/08 | JS | 0.60 | 111.00 | Review further amended disclosure statement and plan and update the files of S. Baena, J. Sakalo and M. Kramer with the amended versions |
| 11/19/08 | SLB | 2.10 | 1,417.50 | Telephone call from D. Speights regarding pass through provision and circulate same to committee (.7); email from and to A. Rich regarding same (.1); attention to recent decisional law (.3); review of plan materials and response to D. Speights regarding inquiry in respect of same (.8); interoffice conference with J. Sakalo regarding call from D. Speights (.2). |
| 11/19/08 | JMS | 0.70 | 318.50 | Review e-mails regarding confirmation CMO conference call and brief telephone conference with S. Baena thereon (.4); telephone conference with S. Baena regarding language for treatment of PD (.3). |
| 11/20/08 | SLB | 0.80 | 540.00 | Revise and send to A. Rich pass through language (.8). |
| 11/20/08 | JMS | 2.20 | 1,001.00 | All hands telephone conference with parties regarding confirmation CMO (1.5); conference with S. Baena thereon (.3); e-mail from C. Plaza regarding plan language (.2); conference with S. Baena regarding same (.2). |



| 11/20/08 | MIK | 0.80 | 304.00 | Attend partial plan CMO call (.8). |
|---|---|---|---|---|
| 11/21/08 | SLB | 0.70 | 472.50 | Emails from and to A. Rich and telephone call to D. Speights regarding traditional PD (.7). |
| 11/21/08 | JMS | 3.00 | 1,365.00 | Telephone conference with T. Freedman regarding PD-related issues for 11/24 hearing (.2); e-mail to Committee thereon (.1); review redrafted CMO (.4); all hands telephone conference regarding same (1.2); e-mail from/to A. Rich regarding plan discussions and telephone conference with S. Baena regarding same (.8); e-mails regarding additional comments (.3). |
| 11/24/08 | SLB | 1.20 | 810.00 | Email from and to M. Dies regarding status (.2); review ZAI term sheet, email to R. Fink, circulate to PD committee (.7); email exchange with J. Sakalo regarding same (.3). |
| 11/25/08 | SLB | 0.50 | 337.50 | Emails from and to A. Rich and telephone call from D. Speights regarding meeting with Grace (.4); email to M. Dies regarding same (.1). |
| 11/25/08 | JMS | 0.80 | 364.00 | E-mail exchange regarding meeting with Debtors and telephone conference with D. Speights thereon (.6); e-mails to R. Ramphal thereon (.2). |
| 11/26/08 | JMS | 1.20 | 546.00 | E-mails with S. Baena, A. Rich regarding meeting in Atlanta (.4); e-mails with R. Ramphal regarding logistics and setup (.4); telephone conference with D. Speights regarding same (.4). |
| 11/27/08 | SLB | 0.30 | 202.50 | Email from and to M. Dies regarding unresolved PD claims (.3). |
| 11/27/08 | JMS | 0.30 | 136.50 | E-mails regarding treatment of PD. |
| 11/30/08 | JMS | 0.40 | 182.00 | E-mail to D. Bernick, S. Baena, et al. regarding meeting in Atlanta (.2); e-mail to M. Dies regarding open PD claims (.2). |

**PROFESSIONAL SERVICES**                                                                                  **$46,106.00**

### MATTER SUMMARY OF PROFESSIONAL SERVICES

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 24.90 | $675.00 | $16,807.50 |
| Sakalo, Jay M | 38.00 | $455.00 | $17,290.00 |
| Kramer, Matthew I | 16.20 | $380.00 | $6,156.00 |
| Haligman, Ronald S | 3.70 | $390.00 | $1,443.00 |
| Snyder, Jeffrey I | 1.30 | $275.00 | $357.50 |
| Schubauer, David | 9.10 | $325.00 | $2,957.50 |
| Botros, Paul M | 1.80 | $310.00 | $558.00 |
| Slanker, Jeffrey | 2.90 | $185.00 | $536.50 |
| *TOTAL* | *97.90* | | *$46,106.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                          **$46,106.00**



BILZIN SUMBERG BAENA PRICE & AXELROD LLP

**Atty – SLB**
**Client No.: 74817/17781**

**RE: 30 - Fee Application of Others**

| | | | | |
|---|---|---|---|---|
| 11/05/08 | LMF | 0.80 | 160.00 | Compile all invoices and begin preparating quarterly applications for Hilsoft and Hamilton Rabinovitz. |
| 11/06/08 | LMF | 0.90 | 180.00 | Prepare response to fee auditor's interim report regarding expenses for the Scott Law Group. |
| 11/14/08 | JS | 1.20 | 222.00 | Review docket for monthly fee applications of Hilsoft and Rabinovitz, and prepare fee application for Rabinovitz |
| 11/17/08 | SLB | 0.20 | 135.00 | Review fee application of Canadian ZAI counsel (.2). |
| 11/17/08 | LMF | 0.90 | 180.00 | Meet with accounting regarding disbursements to PD committee professionals. |
| 11/18/08 | LMF | 0.80 | 160.00 | Submit disbursements to professionals. |
| 11/19/08 | LMF | 0.60 | 120.00 | Finalize quarterly application for Hamilton Rabinovitz and submit to local counsel for filing. |
| 11/24/08 | LMF | 0.40 | 80.00 | Submit monthly statement for Hamilton Rabinovitz to local counsel for filing. |
| 11/24/08 | JS | 0.60 | 111.00 | Prepare Hamilton Rabinovitz fee application. |

**PROFESSIONAL SERVICES**                                                                 **$1,348.00**

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 0.20 | $675.00 | $135.00 |
| Flores, Luisa M | 4.40 | $200.00 | $880.00 |
| Slanker, Jeffrey | 1.80 | $185.00 | $333.00 |
| *TOTAL* | *6.40* | | *$1,348.00* |

**CURRENT BALANCE DUE THIS MATTER**                                                      **$1,348.00**

**Atty – SLB**
**Client No.: 74817/17905**

**RE: 38 - ZAI Science Trial**

| | | | | |
|---|---|---|---|---|
| 11/10/08 | JMS | 0.20 | 91.00 | Telephone conference with S. Kraus regarding ZAI questions. |
| 11/21/08 | SLB | 1.00 | 675.00 | Telephone call from E. Westbrook regarding ZAI (.4); memo to committee regarding same (.3); telephone call from D. Speights regarding same (.3). |
| 11/21/08 | JMS | 0.60 | 273.00 | E-mail from J. Snyder regarding call with E. Westbrook on ZAI (.3); e-mail exchange with S. Baena thereon (.3). |
| 11/21/08 | JIS | 1.20 | 330.00 | Call with E. Westbrook and S. Baena regarding US ZAI settlement, draft summary email regarding same, and follow up regarding same (0.7); call with S. Baena, J. Sakalo, and D. Speights regarding same (0.2); work with S. Baena on email to committee regarding ZAI settlement (0.3). |
| 11/24/08 | JMS | 0.70 | 318.50 | Conference with E. Westbrook regarding ZAI settlement (.4); conference with D. Speights regarding same (.3). |

**PROFESSIONAL SERVICES** $1,687.50

**MATTER SUMMARY OF PROFESSIONAL SERVICES**

| TIMEKEEPER | HOURS | RATE | AMOUNT |
|---|---|---|---|
| Baena, Scott L | 1.00 | $675.00 | $675.00 |
| Sakalo, Jay M | 1.50 | $455.00 | $682.50 |
| Snyder, Jeffrey I | 1.20 | $275.00 | $330.00 |
| *TOTAL* | *3.70* | | *$1,687.50* |

**CURRENT BALANCE DUE THIS MATTER** $1,687.50

BILZIN SUMBERG BAENA PRICE & AXELROD LLP