## *Ferry, Joseph & Pearce, P.A.*
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

Ph:    (302) 575-1555        Fax:    (302) 575-1714

WR Grace PD Committee                                November 1, 2008 to November 30, 2008

Invoice No. 29324

**RE:**    WR Grace PD Committee

## SUMMARY BY TASK

| Task | | Hours | Amount |
|---|---|---|---|
| B14 | Case Administration - | 19.60 | 4,413.50 |
| B17 | Committee, Creditors', Noteholders' or Equity | 4.20 | 1,176.00 |
| B18 | Fee Applications, Others - | 4.60 | 601.00 |
| B2 | Claims Analysis Obj. & Res. (Asbestos) | 12.00 | 2,937.00 |
| B25 | Fee Applications, Applicant - | 5.60 | 745.00 |
| B3 | Claims Analysis Obj. & Res. (Non-Asb) - | 1.00 | 280.00 |
| B36 | Plan and Disclosure Statement - | 28.30 | 7,917.50 |
| B37 | Hearings - | 12.00 | 3,360.00 |
| B40 | Employment Applications, Others - | 0.20 | 56.00 |
| | **Total** | **87.50** | **$21,486.00** |
| | **Grand Total** | **87.50** | **$21,486.00** |

## SUMMARY BY TIMEKEEPER

| Timekeeper | Rate | Hours | Amount |
|---|---|---|---|
| Lisa L. Coggins | 215.00 | 2.20 | 473.00 |
| Steven G. Weiler | 190.00 | 6.30 | 1,197.00 |
| Theodore J. Tacconelli | 280.00 | 66.20 | 18,536.00 |
| Legal Assistant - MH | 100.00 | 10.80 | 1,080.00 |
| Legal Assistant - NMC | 100.00 | 2.00 | 200.00 |
| **Total** | | **87.50** | **$21,486.00** |

## DISBURSEMENT SUMMARY

**Total Disbursements**                                                                $2,600.59

| | | | |
|---|---|---|---|
| **Invoice No. 29324** | **Page 2 of 13** | | **December 30, 2008** |

| Date | Description | Hours | Lawyer |
|---|---|---|---|
| Nov-01-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review US ZAI claimants' memorandum in support of motion for class certification | 1.00 | TJT |
| | *Case Administration* - Review debtors' 17th claim settlement notice with attachments | 0.60 | TJT |
| | *Case Administration* - Review Reed Smith Sept. Fee Application | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re committee meeting | 0.10 | TJT |
| Nov-02-08 | *Case Administration* - Review debtors' 29th quarterly asset sale notice | 0.10 | TJT |
| | *Case Administration* - Review debtors' 29th quarterly notice of settlements | 0.10 | TJT |
| | *Case Administration* - Review BMC Group Quarterly Fee Application for 29th interim period | 0.10 | TJT |
| | *Case Administration* - Review debtors' monthly operating report for Sept. 08 | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review proposed PD CMO | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review draft of amended order re PD claim resolution | 0.50 | TJT |
| Nov-03-08 | *Fee Applications, Others* - Confer with T. Tacconelli re certain professional Fee Applications | 0.10 | LLC |
| | *Case Administration* - Obtain and send debtors' informational brief from first-day pleadings to co-counsel and advise T. Tacconelli re same | 0.20 | SGW |
| | *Case Administration* - 10/29/08 hearing follow-up and advise T. Tacconelli re same | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review appendix to USA ZAI claimants' motion for class certification | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Macerich designation of issues/record on appeal | 0.20 | TJT |
| | *Case Administration* - Review K&E Sept. Fee Application | 0.10 | TJT |
| | *Case Administration* - Review docket in L. Tersigni bankruptcy case | 0.10 | TJT |
| | *Case Administration* - Review e-mail from J. Sakalo re debtors' informational brief | 0.10 | TJT |
| | *Case Administration* - Confer with S. Weiler re debtors' informational brief | 0.10 | TJT |
| | *Hearings* - Prepare for 11/13 and 11/14 hearings | 0.20 | TJT |
| | *Case Administration* - e-mail from S. Weiler re 10/27/08 hearing transcript; download same | 0.10 | MH |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | NMC |
| Nov-04-08 | *Case Administration* - Review entry of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review memorandum opinion from district court denying State of Montana's motion for stay pending appeal | 0.60 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re memorandum opinion denying State of Montana's motion for stay pending appeal | 0.20 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |

| Date | Description | Hours | Initials |
|---|---|---|---|
| | *Case Administration* - Review entry of appearance by Aon Consulting and forward to paralegal | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 10/27/08 hearing transcript re disclosure statement issues | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review disclosure statement materials prepared by Bilzin | 0.50 | TJT |
| | *Case Administration* - calculate payments re Jan.-Mar. 08 holdback and June, July & Aug. fee/expense; submit supporting documents to T. Tacconelli | 0.30 | MH |
| Nov-05-08 | *Case Administration* - Review various settlement agreements in L. Tersigni bankruptcy case | 0.50 | TJT |
| Nov-06-08 | *Case Administration* - Review entry of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Review agenda for 11/13 and 11/14 hearings | 0.10 | LLC |
| | *Case Administration* - Review entry of appearance by Arrowood Indemnity Co. and forward to paralegal | 0.10 | TJT |
| | *Committee, Creditors', Noteholders' or* - Attend committee meeting | 3.30 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re amended disclosure statement and plan | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Sakalo re amended disclosure statement and plan | 0.10 | TJT |
| | *Case Administration* - Review docket re case status for week ending 10/31/08, memo to T. Tacconelli and L. Coggins re same | 0.40 | MH |
| Nov-07-08 | *Case Administration* - Review case status memo for week ending 10/31/08 | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' counter designation of record on appeal re California Dept. of General Services | 0.10 | TJT |
| | *Case Administration* - Review case status memo for week ending 10/31/08 | 0.10 | TJT |
| | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
| | *Case Administration* - Review FCR Aug. and Sept. Fee Applications | 0.10 | TJT |
| | *Hearings* - Review amended agendas for 11/13/08 hearing and 11/14/08 hearing | 0.10 | TJT |
| | *Hearings* - Correspond with S. Baena re agendas for 11/13 and 11/14 hearings | 0.30 | TJT |
| | *Hearings* - Prepare for 11/24/08 hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from S. Baena re disclosure statement | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from committee member re disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - work on supplemental limited objection to disclosure statement, correspond with S. Baena re same, confer with paralegal re filing and service | 1.30 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from S. Baena to opposing counsel re disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Correspond with S. Baena re supplemental limited objection to disclosure statement | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Prepare correspondence to debtors' counsel re supplemental limited objection to disclosure statement | 0.10 | TJT |
| Nov-08-08 | *Plan and Disclosure Statement* - Review draft of blacklined first amended disclosure statement | 1.80 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from S. Baena re supplemental limited objection to disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review draft of voting procedures | 0.40 | TJT |
| Nov-09-08 | *Plan and Disclosure Statement* - Review first amended joint plan | 1.30 | TJT |
| Nov-10-08 | *Case Administration* - Review entry of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Others* - Review Fee Auditor's Report re Hilsoft and forward to M. Hedden | 0.10 | LLC |
| | *Fee Applications, Others* - Review Bilzin Sept. 08 Fee Application for filing | 0.10 | LLC |
| | *Plan and Disclosure Statement* - Confer with T. Tacconelli re possible filing | 0.10 | LLC |
| | *Case Administration* - Review W. Smith & Assoc. Sept. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review preliminary objection by PDFCR to motion to approve disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Prepare correspondence to S. Baena re preliminary objection filed by PDFCR | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from S. Baena re objection by PDFCR to disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Confer with L. Coggins re disclosure statement objections | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Correspond with S. Baena re supplemental objection to disclosure statement | 0.10 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's Sept. 08 Fee Application and related documents, prepare Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file and serve Bilzin's Sept. 08 Fee Application | 0.40 | MH |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.50 | NMC |
| Nov-11-08 | *Case Administration* - Confer with T. Tacconelli re certain filings of debtors | 0.10 | LLC |
| | *Case Administration* - Confer with T. Tacconelli re postponement of upcoming hearing | 0.10 | LLC |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review revised protective objection by MMC to disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review supplemental objection by Bank of America to disclosure statement | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Correspond with J. Sakalo re disclosure statement objections | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review supplemental objection by State of Montana to disclosure statement with attachments | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review numerous correspondence from | 0.50 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | debtors' counsel and other parties in case re disclosure statement hearings this week and related issues | | |
| Nov-12-08 | *Committee, Creditors', Noteholders' or* - Review e-mail from S. Baena re committee meeting | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re 10/27/08 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Review amended agenda for 11/14/08 hearing | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from S. Baena re disclosure statement hearing | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review plan documents | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from S. Baena and opposing counsel and committee members re disclosure statement scheduling and related issues | 0.40 | TJT |
| | *Plan and Disclosure Statement* - Review e-mail from J. Baer re proposed PD CMO | 0.10 | TJT |
| | *Case Administration* - download corrected 10/27/08 hearing transcripts | 0.10 | MH |
| | *Case Administration* - voluminous updates to 2002 lists and labels documents | 0.50 | MH |
| Nov-13-08 | *Fee Applications, Others* - Review Certificate of No Objection re CDG 25th Quarterly Fee Application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Research re PD claim issues | 0.40 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review Anderson Memorial Hospital status report re class action claims | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review proposed PD CMO | 0.20 | TJT |
| | *Case Administration - Case Administration* - Review docket re case status for week ending 11/7/08, memo to T. Tacconelli and L. Coggins re same | 0.20 | MH |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - Prepare Certificate of No Objection and Certificate of Service re CDG's 25th Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Others* - review docket, prepare for filing, and e-file and serve   Certificate of No Objection re CDG's 25th Quarterly Fee Application | 0.30 | MH |
| | *Fee Applications, Applicant* - Perform calculations re Ferry, Joseph & Pearce's 30th quarterly period; draft Fee Application, Notice and Certificate of Service re same | 2.90 | MH |
| Nov-14-08 | *Case Administration* - Review case status memo for week ending 11/7/08 | 0.10 | LLC |
| | *Fee Applications, Applicant* - Review 30th Quarterly Fee Application for filing and confer with M. Hedden re same | 0.20 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Research re PD claim issues | 0.20 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review 11/13/08 memorandum opinion re Anderson Memorial Hospital and forward same to interested parties and advise T. Tacconelli re same | 0.40 | SGW |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review memorandum opinion denying Anderson Memorial Hospital's motion for reconsideration in appeal 08-118 | 0.70 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re district court opinion re Anderson | 0.20 | TJT |
| | *Case Administration* - Review case status memo for week ending 11/7/08 | 0.10 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Case Administration* - Review Certificate of Counsel re 2009 hearing dates | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 2.30 | TJT |
| | *Plan and Disclosure Statement* - Review debtors' revised disclosure statement chart | 0.70 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Applicant* - Prepare for e-filing, e-file Ferry, Joseph & Pearce's 30th Quarterly Fee Application and Notice thereof; serve Fee Application; arrange for service of Notice on 2002 service list | 1.00 | MH |
| Nov-15-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review motion to approve settlement of proof of claim filed by Tico Healthcare with attachment | 0.80 | TJT |
| | *Case Administration* - Review motion to approve sale of real estate to City of Charleston with attachment | 0.70 | TJT |
| | *Case Administration* - Review debtors' motion to sell Colowyo Coal Co., L.P. with attachments | 0.50 | TJT |
| | *Case Administration* - Review Nelson Mullins' 29th Quarterly Fee Application | 0.10 | TJT |
| | *Hearings* - 11/14/08 hearing follow-up | 0.20 | TJT |
| Nov-16-08 | *Case Administration* - Review Fee Auditor's Final Report re Campbell Levine 29th interim period | 0.10 | TJT |
| | *Case Administration* - Review application by Can. ZAI claimants' counsel for administrative expense claim with attachments | 1.20 | TJT |
| | *Case Administration* - Review Beveridge and Diamond 13th Quarterly Fee Application | 0.10 | TJT |
| Nov-17-08 | *Case Administration* - 11/14/08 hearing follow-up | 0.30 | SGW |
| | *Case Administration* - Review D&T 5th Quarterly Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review objection by Royal Ins. Co. to disclosure statement without exhibits | 0.80 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.40 | NMC |
| Nov-18-08 | *Case Administration* - Review agenda re 11/24/08 hearing | 0.10 | LLC |
| | *Case Administration* - Review case status memo for week ending 11/14/08 | 0.10 | LLC |
| | *Case Administration* - obtain and review settlement orders and modified retention order entered on 11/18/08 and send to interested parties and advise T. Tacconelli re same | 0.30 | SGW |
| | *Case Administration* - Correspond with S. Weiler re orders entered today | 0.10 | TJT |
| | *Hearings* - Review agenda for 11/24/08 hearing | 0.20 | TJT |
| | *Hearings* - Review correspondence from J. Sakalo re 11/24/08 hearing coverage | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re amended disclosure statement | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review various e-mails re conference re confirmation CMO | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review 11/17/08 draft of revised disclosure statement | 0.80 | TJT |
| | *Case Administration* - Review docket re case status for week ending 11/7/08, memo to T. Tacconelli and L. Coggins re same | 0.70 | MH |
| Nov-19-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Research re PD claim issues and confer with T. Tacconelli re same | 3.70 | SGW |

|  |  | | |
|---|---|---|---|
|  | *Case Administration* - Review 3 miscellaneous Certificates of No Objection filed by debtors | 0.10 | TJT |
|  | *Case Administration* - Review case status memo for week ending 11/14/08 | 0.10 | TJT |
|  | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
|  | *Case Administration* - Review Olgivey Renault Oct. Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review Certificate of Counsel filed by counsel for PDFCR | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re Hilsoft for 29th interim period | 0.10 | TJT |
|  | *Case Administration* - Review Fee Auditor's Final Report re BIR 29th interim period | 0.10 | TJT |
|  | *Case Administration* - Review transmittal to district of appeal by California Dept. of General Services | 0.10 | TJT |
|  | *Employment Applications, Others* - Review modified order approving retention of A. Rich to represent to PDFCR and confer with S. Weiler re same | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review blacklined plan dated 11/17/08 | 0.50 | TJT |
|  | *Plan and Disclosure Statement* - Review exhibits to objection by Royal Ins. Co. to disclosure statement | 0.80 | TJT |
|  | *Plan and Disclosure Statement* - Review revised exhibit 5 to exhibit book for plan | 0.20 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from J. Baer re confirmation CMO | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from S. Baena re plan issues and plan document | 0.30 | TJT |
| Nov-20-08 | *Case Administration* - Review Fee Auditor's Final Report re Bilzin and forward to M. Hedden | 0.10 | LLC |
|  | *Fee Applications, Others* - Review and send Fee Auditor's Final Report re Bilzin's 29th Quarterly Fee Application to co-counsel and advise T. Tacconelli re same | 0.20 | SGW |
|  | *Case Administration* - Review Reed Smith 30th Quarterly Fee Application | 0.10 | TJT |
|  | *Case Administration* - Review correspondence from Fee Auditor re PD committee expenses | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Review e-mail from J. Sakalo re committee meeting | 0.10 | TJT |
|  | *Committee, Creditors', Noteholders' or* - Prepare for and attend committee meeting | 0.60 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence from Federal Ins. Co. re insurer's proposed confirmation CMO and review same | 0.30 | TJT |
|  | *Plan and Disclosure Statement* - Review e-mail from counsel for Libby Claimants re Libby proposed CMO and review same | 0.60 | TJT |
|  | *Plan and Disclosure Statement* - Review correspondence re confirmation CMO process | 0.10 | TJT |
|  | *Plan and Disclosure Statement* - Attend conference call re plan CMO | 1.50 | TJT |
|  | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
|  | *Fee Applications, Applicant* - Prepare Certificate of No Objection and Certificate of Service re Ferry, Joseph & Pearce's Sept. 08 Fee | 0.30 | MH |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Fee Applications, Applicant* - review docket, prepare for filing, and e-file and serve Certificate of No Objection re Ferry, Joseph & Pearce's Sept. 08 Fee Application | 0.30 | MH |
| Nov-21-08 | *Fee Applications, Others* - Review Bilzin's 30th Quarterly Fee Application for filing | 0.10 | LLC |
| | *Fee Applications, Others* - Review HRA 25th Quarterly Fee Application for filing | 0.10 | LLC |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review debtors' status report re Anderson Memorial Hospital class claim with attachments | 0.50 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Prepare correspondence to S. Baena re debtors' status report re Anderson Memorial Hospital class claim issues | 0.20 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of docketing record on appeal in district court re California Dept. of General Services | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order authorizing settlement with Children's Hosp. of Pittsburgh | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Reed Smith 29th interim period | 0.10 | TJT |
| | *Case Administration* - Review proposed hearing dates for 2009 and correspond with J. Sakalo re same | 0.20 | TJT |
| | *Case Administration* - Review amended agenda for 11/24/08 hearing | 0.20 | TJT |
| | *Case Administration* - Review W. Smith and Assoc. Oct. Fee Application | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re revised plan CMO and review same | 0.30 | TJT |
| | *Plan and Disclosure Statement* - Attend conference call re plan CMO | 1.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Sakalo re PD disclosure statement issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from various counsel re proposed plan CMO | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review revised exhibits 2, 4, 6 and 12 to disclosure statement | 0.80 | TJT |
| | *Plan and Disclosure Statement* - Review notice of amendments to proposed confirmation and solicitation procedures with attachments | 0.70 | TJT |
| | *Case Administration* - update fee app/cno filed chart | 0.10 | MH |
| | *Fee Applications, Others* - download, review and revise Bilzin's 29th Quarterly Fee Application and supporting documents, prepare Notice and Certificate of Service re same | 0.50 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file Bilzin's 29th Quarterly Fee Application and Notice thereof; serve Fee Application; arrange for service of Notice on 2002 service list | 0.70 | MH |
| | *Fee Applications, Others* - download, review and revise HRA's 25th Quarterly Fee Application and supporting documents, prepare Notice and Certificate of Service re same | 0.40 | MH |
| | *Fee Applications, Others* - Prepare for e-filing, e-file HRA's 25th Quarterly Fee Application and Notice thereof; serve Fee Application; arrange for service of Notice on 2002 service list | 0.50 | MH |
| Nov-22-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review correspondence from S. Baena re ZAI issues | 0.30 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review order approving settlement with Regents of University of California | 0.10 | TJT |
| | *Case Administration* - Memo to S. Weiler re California Dept. of General Services appeal in district court | 0.10 | TJT |
| | *Case Administration* - Review Certificate of Counsel re debtors' motion to approve sale with Alco Iron with attachment | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Certificate of Counsel by debtors re revised disclosure statement procedures, etc. | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from Libby Claimants' counsel re proposed change to disclosure statement language | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review revised disclosure statement and plan | 1.80 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re revised plan CMO and review same | 0.20 | TJT |
| Nov-23-08 | *Case Administration* - Review K&E 30th Quarterly Fee Application | 0.20 | TJT |
| | *Hearings* - Review matters on agenda for 11/24/08 hearing | 2.50 | TJT |
| Nov-24-08 | *Case Administration* - Review notice of withdrawal of appearance and forward to M. Hedden | 0.10 | LLC |
| | *Case Administration* - e-mail from B. Ruhlander re address change and forward same to M. Hedden | 0.10 | LLC |
| | *Case Administration* - Obtain 10/24/05 hearing materials and send to interested parties (.1); 11/24/08 at 1:00 p.m. hearing follow-up and advise T. Tacconelli (.2); send 11/14/08 hearing materials to co-counsel and interested parties and advise T. Tacconelli re same | 0.40 | SGW |
| | *Case Administration* - Review e-mail from B. Ruhlander re change of address for fee auditor | 0.10 | TJT |
| | *Case Administration* - Review Latham & Watkins 29th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review 10th amended 2019 statement by Motley Rice | 0.10 | TJT |
| | *Hearings* - Attend Bankruptcy Court | 5.30 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re second revised plan CMO | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review second revised plan CMO | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review Libby Claimants' additional revised language to assert in disclosure statement and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Confer with M. Joseph re confirmation issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from Libby Claimants re comments on second revised plan CMO with requested changes and review same | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from J. Baer re 3rd revised plan CMO and review same | 0.20 | TJT |
| | *Case Administration* - Review docket re status of pending 3rd circuit, district court and adversary proceedings, memos to T. Tacconelli re same | 0.70 | NMC |
| Nov-25-08 | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order continuing claim objection re Mass. Dept. of Revenue claim | 0.10 | TJT |
| | *Case Administration* - Review order authorizing sale to Alco Iron | 0.10 | TJT |
| | *Case Administration* - Review notice of withdrawal of appearance by State of Minnesota and forward to paralegal | 0.10 | TJT |

| Invoice No. 29324 | Page 10 of 13 | | December 30, 2008 |
|---|---|---|---|
| | *Case Administration* - Review Fee Auditor's Final Report re Olgivey Renault 29th interim period | 0.10 | TJT |
| | *Case Administration* - Review memos from paralegal re status of pending 3rd circuit, district court and adversary proceedings | 0.20 | TJT |
| | *Hearings* - Review correspondence from S. Weiler re 11/14/08 hearing follow-up | 0.10 | TJT |
| | *Hearings* - Review e-mail from J. Sakalo re disclosure statement hearing issues | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 11/24 hearing notes re plan issues | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Prepare memo to committee member re results of hearing yesterday re plan issues | 0.50 | TJT |
| | *Plan and Disclosure Statement* - Review correspondence from various counsel re plan CMO | 0.20 | TJT |
| Nov-26-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review notice of transmittal of record to district court re Macerich appeal | 0.10 | TJT |
| | *Claims Analysis Obj. & Res. (Asbestos)* - Review ZAI settlement term sheet | 0.80 | TJT |
| | *Claims Analysis Obj. & Res. (Non-Asb)* - Review order re 25th omnibus objection to claims | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to shorten notice re motion to enforce stay against Maricopa County | 0.10 | TJT |
| | *Case Administration* - Review debtors' motion to enforce stay against Maricopa County with attachments | 1.30 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re Bilzin 29th interim period | 0.10 | TJT |
| | *Case Administration* - Review four miscellaneous Certificates of No Objection filed by PI Committee | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Reports re Duane Morris and Orrick for 29th interim period | 0.10 | TJT |
| | *Fee Applications, Applicant* - Review and revise Ferry, Joseph & Pearce's Oct. prebill | 0.90 | TJT |
| Nov-27-08 | *Case Administration* - Review 5th Quarterly Fee Application of Charter Oak | 0.10 | TJT |
| | *Case Administration* - Review Fee Auditor's Final Report re no objections for 29th interim period | 0.20 | TJT |
| | *Case Administration* - Review amended 2019 statement by Barron and Budd | 0.10 | TJT |
| | *Case Administration* - Review Casner Edwards 28th Quarterly Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Correspond with M. Dies re special counsel fees | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Review 11/14 transcript re plan issues | 0.50 | TJT |
| Nov-28-08 | *Case Administration* - Review Caplin Drysdale 30th Quarterly Fee Application | 0.10 | TJT |
| | *Fee Applications, Others* - Correspond with M. Dies re special counsel Fee Application | 0.20 | TJT |
| | *Plan and Disclosure Statement* - Review revised PI TDPs | 0.70 | TJT |
| | *Plan and Disclosure Statement* - Review revised proposed order approving disclosure statement and related documents | 0.50 | TJT |

| Date | Description | Hours | Atty |
|---|---|---|---|
| | *Plan and Disclosure Statement* - Review revised voting documents | 0.40 | TJT |
| Nov-29-08 | *Case Administration* - Review PI committee members' 13th Quarterly Fee Application re expenses | 0.10 | TJT |
| | *Case Administration* - Review LAS 30th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Tri Angeli Oct. Fee Application | 0.10 | TJT |
| | *Hearings* - Correspond with committee member re 11/24/08 hearing transcript | 0.10 | TJT |
| | *Plan and Disclosure Statement* - Research re voting procedures and related issues | 0.80 | TJT |
| Nov-30-08 | *Claims Analysis Obj. & Res. (Asbestos)* - Review Can. ZAI claims bar date notice package | 0.80 | TJT |
| | *Case Administration* - Review Anderson Kill 13th Quarterly Fee Application | 0.10 | TJT |
| | *Case Administration* - Review Orrick Oct. Fee Application | 0.10 | TJT |
| | *Hearings* - e-mail to S. Weiler re 11/24/08 hearing follow-up | 0.10 | TJT |
| | Totals | 87.50 | |

## DISBURSEMENTS

| Date | Description | Amount |
|---|---|---|
| Nov-02-08 | Photocopy Cost | 1.00 |
| Nov-04-08 | Tristate Courier & Carriage - delivery charge (Inv # 28217) | 6.50 |
| Nov-06-08 | Blue Marble - copies 4.50, service 11.60 (Inv # 28461) | 16.10 |
| Nov-07-08 | Photocopy Cost | 0.70 |
| | Photocopy Cost | 3.60 |
| | Blue Marble - hand deliveries (Inv # 10472) | 28.00 |
| | Blue Marble - copies 4.50; service 11.60 | 16.10 |
| Nov-08-08 | Photocopy Cost | 5.80 |
| | Photocopy Cost | 3.00 |
| | Photocopy Cost | 7.60 |
| | Photocopy Cost | 16.40 |
| Nov-09-08 | Photocopy Cost | 2.50 |
| | Photocopy Cost | 5.80 |
| | Photocopy Cost | 5.90 |
| | Photocopy Cost | 11.70 |
| Nov-10-08 | Photocopy Cost | 7.50 |
| | Photocopy Cost | 1.80 |
| | Blue Marble - copies 146.20; service 434.21 (Inv # 28481) | 580.41 |
| Nov-11-08 | Photocopy Cost | 0.80 |
| | Photocopy Cost | 1.20 |
| | Blue Marble - copies 4.50; service 11.60 (Inv # 28483) | 16.10 |
| Nov-12-08 | Photocopy Cost | 0.50 |
| | Blue Marble - hand deliveries (Inv # 10418) | 56.00 |
| Nov-13-08 | Photocopy Cost | 1.10 |
| | Photocopy Cost | 1.20 |
| | Photocopy Cost | 1.10 |
| | Photocopy Cost | 1.00 |

**Invoice No. 29324**  **Page 12 of 13**  **December 30, 2008**

|  |  |  |
|---|---|---|
|  | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 1.40 |
|  | Photocopy Cost | 1.30 |
| Nov-14-08 | Photocopy Cost | 16.20 |
|  | Photocopy Cost | 2.20 |
|  | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 2.20 |
| Nov-17-08 | Photocopy Cost | 0.50 |
|  | Blue Marble - copies 9.00; service 11.60 (Inv # 28596) | 20.60 |
| Nov-18-08 | Photocopy Cost | 1.30 |
|  | Photocopy Cost | 2.00 |
|  | Photocopy Cost | 5.40 |
|  | Photocopy Cost | 2.50 |
|  | Photocopy Cost | 2.50 |
|  | Photocopy Cost | 5.10 |
|  | Photocopy Cost | 1.20 |
|  | Photocopy Cost | 1.60 |
|  | Photocopy Cost | 1.10 |
|  | Photocopy Cost | 1.20 |
| Nov-20-08 | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 1.30 |
|  | Photocopy Cost | 0.50 |
|  | J&J Court Transcribers | 1,396.80 |
| Nov-21-08 | Photocopy Cost | 6.60 |
|  | Photocopy Cost | 22.80 |
|  | Photocopy Cost | 1.30 |
|  | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 1.90 |
|  | Photocopy Cost | 1.70 |
|  | Photocopy Cost | 1.80 |
|  | Photocopy Cost | 0.50 |
|  | Photocopy Cost | 0.70 |
|  | Photocopy Cost | 1.30 |
|  | Photocopy Cost | 1.00 |
|  | Photocopy Cost | 1.00 |
|  | Blue Marble - hand deliveries (Inv # 10543) | 20.00 |
| Nov-22-08 | Photocopy Cost | 5.10 |
|  | Photocopy Cost | 5.10 |
|  | Photocopy Cost | 2.70 |
|  | Photocopy Cost | 5.10 |
|  | Photocopy Cost | 5.10 |
|  | Photocopy Cost | 5.10 |
|  | Photocopy Cost | 1.80 |
| Nov-23-08 | Photocopy Cost | 0.90 |
| Nov-24-08 | Photocopy Cost | 0.50 |

| **Invoice No. 29324** | **Page 13 of 13** | **December 30, 2008** |
|---|---|---|
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 0.90 |
| | Photocopy Cost | 0.80 |
| | Photocopy Cost | 0.60 |
| | Photocopy Cost | 1.40 |
| Nov-25-08 | Wilmington Trust - court call 10/27/08 | 213.50 |
| Nov-26-08 | Blue Marble - copies 5.20; service 10.48 (Inv #28927) | 15.68 |
| Nov-29-08 | Photocopy Cost | 3.40 |
| | Totals | $2,600.59 |
| | **Total Fees & Disbursements** | **$24,086.59** |
| | **Balance Due Now** | **$24,086.59** |