UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Case No. 01-01139 ( JKF) |
| W.R. Grace & Co., *et al.*, | (Jointly Administered) |
| Debtors. | Chapter 11 |

NOTICE OF APPEARANCE OF COUNSEL ON BEHALF OF
UNITED STATES OF AMERICA AND REQUEST FOR SERVICE

The United States of America, through the Department of Agriculture, Forest Service, hereby notices, through undersigned counsel, the appearance of Beth E. Cook. This appearance does not displace or amend any other entries of appearance on behalf of the United States.

In support of this motion, Ms. Cook avers that she is a member in good standing of the bar and eligible to practice in the courts of the District of Columbia (admitted 1988). She also has practiced in numerous federal courts in connection with her representation of the United States through the Department of Justice.

Pursuant to Bankruptcy Rules 2002 and 9007, the undersigned also requests that an entry be made on the Clerk's Matrix System and that all notices, given or required to be given and all documents, served or required to be served, in this case be given to and served upon:

> Beth E. Cook
> Trial Attorney
> Department of Justice
> Commercial Litigation Branch
> (202) 616-2265 telephone
> (202) 514-9163 facsimile

if by regular mail to:

> P.O. Box 875
> Ben Franklin Station
> Washington, D.C. 20044

if by express delivery or courier to:

        1100 L Street, N.W.
        Room 10056
        Washington, DC 20005

                Respectfully submitted,

                GREGORY KATSAS
                Assistant Attorney General

                COLM F. CONNOLLY
                United States Attorney


                 /s/ Beth E. Cook
                J. CHRISTOPHER KOHN
                TRACY J. WHITAKER
                BETH E. COOK
                Attorneys, Civil Division
                United States Department of Justice
                P.O. Box 875
                Ben Franklin Station
                Washington, DC 20044-0874
                (202) 616-2265
                beth.cook@usdoj.gov

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on December 30, 2008, by electronic service through the office of the clerk or by facsimile/electronic mail on the following:

Edward J. Westbrook
Robert M. Turkewitz
Richardson, Patrick, Westbrook &
Brickman, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC 29464

Darrell W. Scott
The Scott Law Group, P.S.
926 W. Sprague Avenue
Chronicle Building, Suite 680
Spokane, WA 99201

William D. Sullivan
William A. Hazeltine
Elihu E. Allinson, III
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

United States Trustee
844 King Street
Room 2207
Wilmington, DE 19899

David M. Bernick, P.C.
Theodore L. Freedman
Janet S. Baer
Deanna D. Boll
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022

Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

/s/ Beth E. Cook
Beth E. Cook