# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. Grace & Co., et al., | : | Case No. 01-1139 (JKF) |
| | : | Jointly Administered |
| Debtors. | : | |
| | : | |

## NOTICE OF ENTRY OF APPEARANCE AND REQUEST
## FOR SERVICE OF NOTICES AND DOCUMENTS

Pursuant to rule 9010(b) of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), Eileen McCabe and Anna Newsom of the firm of Mendes & Mount, LLP, whose office address and telephone numbers are set forth below, do hereby enter their appearance as counsel for AXA Belgium, as Successor to Royale Belge SA ("AXA Belgium") in the above-styled bankruptcy action.

Pursuant to sections 342 and 1109(b) of Title 11 of the United States Code (the "Bankruptcy Code") and Bankruptcy Rules 2002, 3017 and 9007, the above-named parties request that copies of all notices and pleadings given or filed in this case be served upon its counsel at the following address and telephone numbers:

Eileen McCabe, Esq.
Anna Newsom, Esq.
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY 10019
Telephone: (212) 261-8000
Facsimile: (212) 261-8750
email: Eileen.McCabe@mendes.com
email: Anna.Newsom@mendes.com

Neither this Entry of Appearance and Request for Service of Notices and Documents, nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall constitute a waiver by AXA Belgium of any:

675665.1 Notice of Appearance   12/30/2008 10:41 AM
2408

(a) right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

(b) right to trial by jury in any proceeding as to any and all matters so triable therein, whether or not the same be designated legal or private rights, or in any case, controversy or proceeding related hereto, whether or not such jury trial right is pursuant to statute or the United States Constitution;

(c) right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; or

(d) other rights, claims, actions, defenses, setoffs, recoupments or other matters to which this party is entitled under any agreements or at law or in equity or under the United States Constitution.

All of the above rights are expressly reserved and preserved unto these parties without exception and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other participation in this matter.

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code, the foregoing request includes not only notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any other notice, application, complaint, demand, motion, petition, monthly operating report, pleading or request, whether formal or informal, written or oral, and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to this case and any proceedings herein.

JOHN SHEEHAN SPADARO, LLC

/s/ John S. Spadaro
John S. Spadaro (No. 3155)
724 Yorklyn Road, Suite 375
Hockessin, DE 19707
Telephone: (302) 235-7745
Facsimile: (302) 235-2536
jspadaro@johnsheehanspadaro.com
Counsel for AXA Belgium

Dated: December 30, 2008