**W. R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2008**

| | Alewife Boston Ltd. | Five Alewife Boston Ltd. | GN Holdings, Inc. | MRA Holdings Corp. | MRA Intermedco, Inc. | MRA Staffing Systems, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Investment securities | - | - | - | - | - | - |
| Cash value of life insurance policies, net of policy loans | | | | | | |
| Accounts and other receivables, net | | | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | (2,143,580) | - | (57,817,172) | (110) | (330) | (26,161) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | (2,143,580) | - | (57,817,172) | (110) | (330) | (26,161) |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of life insurance policies, net of policy loans | | | | | | |
| Deferred income taxes | | | | | | |
| Asbestos-related insurance receivable | | | | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | | | | | | |
| Investment in filing and non-filing entities | - | | 34,053,467 | 54,500,000 | 54,500,000 | 56,011,577 |
| Overfunded defined benefit pension plans | | | | | | |
| Other assets | | | | | | |
| **Total Assets** | $ (2,143,580) | $ - | $ (23,763,706) | $ 54,499,890 | $ 54,499,670 | $ 55,985,416 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Minority interest in consolidated entities | - | - | - | - | - | - |
| Underfunded defined benefit pension plans | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | | - | | | |
| Drawn letters of credit plus accrued interest | | | | | | |
| Income tax contingencies | (210) | - | - | (110) | (330) | (7,489) |
| Asbestos-related contingences | - | | - | - | | - |
| Environmental contingences | - | | - | - | | - |
| Postretirement benefits | - | | - | - | | - |
| Other liabilities and accrued interest | - | | - | - | | - |
| **Total Liabilities Subject to Compromise** | (210) | - | - | (110) | (330) | (7,489) |
| **Total Liabilities** | (210) | - | - | (110) | (330) | (7,489) |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred stock | - | | | - | | |
| Common stock | - | - | 931,540 | 1 | 130 | 130 |
| Paid in capital | - | | 9,408,460 | 54,499,999 | 54,499,870 | 54,499,870 |
| (Accumulated deficit)/Retained earnings | (2,143,370) | - | (34,103,706) | - | - | 1,492,905 |
| Treasury stock, at cost | | | | | | |
| Accumulated other comprehensive (loss) income | | | | | | |
| Deferred compensation trust | | | | | | |
| **Total Shareholders' Equity (Deficit)** | (2,143,370) | - | (23,763,706) | 54,500,000 | 54,500,000 | 55,992,905 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (2,143,580) | $ - | $ (23,763,706) | $ 54,499,890 | $ 54,499,670 | $ 55,985,416 |

**Note #3**
Certain contingent liabilities of divested businesses are included on the balance sheet of W. R. Grace & Co. - Conn as it is not practical to determine which Debtor bears the ultimate obligation.

**W. R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2008**

| | Kootenai Development Company | CB Biomedical, Inc. | Amicon, Inc. | Grace Environmental, Inc. | Grace Chemical Company of Cuba | Southern Oil, Resin & Fiberglass, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ 33,081 | $ - | $ - | $ - | $ - | $ - |
| Investment securities | - | - | - | | | |
| Cash value of life insurance policies, net of policy loans | | | | | | |
| Accounts and other receivables, net | - | - | - | - | | |
| Receivables from/(payables to) filing and non-filing entities, net | (10,483) | (26,614,022) | 57,347,191 | (7,283,826) | - | |
| Inventories | - | - | - | - | | |
| Deferred income taxes | - | - | - | - | | |
| Other current assets | 7,535 | - | - | - | | |
| **Total Current Assets** | 30,132 | (26,614,022) | 57,347,191 | (7,283,826) | - | - |
| | | | | | | |
| Properties and equipment, net | 15,386 | - | - | - | | |
| Goodwill | - | - | - | - | | |
| Cash value of life insurance policies, net of policy loans | | | | | | |
| Deferred income taxes | - | - | - | - | | |
| Asbestos-related insurance receivable | - | - | - | - | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | | |
| Investment in filing and non-filing entities | - | - | - | - | | |
| Overfunded defined benefit pension plans | - | - | - | - | | |
| Other assets | - | - | - | - | | |
| **Total Assets** | $ 45,519 | $ (26,614,022) | $ 57,347,191 | $ (7,283,826) | $ - | $ - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | | |
| Income taxes payable | - | - | - | - | | |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | | |
| Other current liabilities | - | - | - | - | | |
| **Total Current Liabilities** | - | - | - | - | | |
| | | | | | | |
| Debt payable after one year | - | - | - | - | | |
| Deferred income taxes | - | - | - | - | | |
| Minority interest in consolidated entities | - | 5,000 | - | - | | |
| Underfunded defined benefit pension plans | - | - | - | - | | |
| Other liabilities | - | - | - | - | | |
| **Total Liabilities Not Subject to Compromise** | - | 5,000 | - | - | | |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | | |
| Drawn letters of credit plus accrued interest | - | - | - | - | | |
| Income tax contingencies | (440,385) | (195) | 10,346,794 | (230) | - | |
| Asbestos-related contingences | - | - | - | - | | |
| Environmental contingences | - | - | - | - | | |
| Postretirement benefits | - | - | - | - | | |
| Other liabilities and accrued interest | - | - | - | - | | |
| **Total Liabilities Subject to Compromise** | (440,385) | (195) | 10,346,794 | (230) | - | - |
| **Total Liabilities** | (440,385) | 4,805 | 10,346,794 | (230) | - | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred stock | - | - | - | - | | |
| Common stock | - | - | - | 5,150 | | |
| Paid in capital | 1,303,954 | 859,233 | 3,671,658 | 5,144,850 | | |
| (Accumulated deficit)/Retained earnings | (818,050) | (27,478,060) | 43,427,950 | (12,433,596) | | |
| Treasury stock, at cost | - | - | - | - | | |
| Accumulated other comprehensive (loss) income | - | - | - | (99,212) | | |
| Deferred compensation trust | - | - | - | - | | |
| **Total Shareholders' Equity (Deficit)** | 485,904 | (26,618,827) | 47,000,396 | (7,283,596) | - | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 45,519 | $ (26,614,022) | $ 57,347,191 | $ (7,283,826) | $ - | $ - |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W. R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2008**

| | Guanica-Caribe Land Development Corporation | Dewey & Almy, LLC | A-1 Bit & Tool Co., Inc. | Grace Tarpon Investors, Inc. | G C Limited Partners I, Inc. | Monolith Enterprises, Incorporated |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Investment securities | - | | | - | | - |
| Cash value of life insurance policies, net of policy loans | | | | | | |
| Accounts and other receivables, net | - | | | - | | |
| Receivables from/(payables to) filing and non-filing entities, net | 5,824,284 | (102,989) | (1,119,103) | 10,284,124 | 330 | (2,417,714) |
| Inventories | - | | | - | | - |
| Deferred income taxes | - | | | - | | - |
| Other current assets | - | | | - | | - |
| **Total Current Assets** | 5,824,284 | (102,989) | (1,119,103) | 10,284,124 | 330 | (2,417,714) |
| | | | | | | |
| Properties and equipment, net | - | | | - | | - |
| Goodwill | - | | | - | | - |
| Cash value of life insurance policies, net of policy loans | | | | | | |
| Deferred income taxes | - | | | - | | - |
| Asbestos-related insurance receivable | - | | | - | | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | | | - | | - |
| Investment in filing and non-filing entities | - | 94,022 | | - | | - |
| Overfunded defined benefit pension plans | - | | | - | | - |
| Other assets | - | | | - | | - |
| **Total Assets** | $ 5,824,284 | $ (8,966) | $ (1,119,103) | $ 10,284,124 | $ 330 | $ (2,417,714) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | | | - | | - |
| Income taxes payable | - | | | - | | - |
| Asbestos-related liability expected to be disbursed within one year | - | | | - | | - |
| Other current liabilities | - | | | - | 3 | - |
| **Total Current Liabilities** | - | - | - | 3 | - | - |
| | | | | | | |
| Debt payable after one year | - | | | - | | - |
| Deferred income taxes | - | | | - | | - |
| Minority interest in consolidated entities | - | | | - | | - |
| Underfunded defined benefit pension plans | - | | | - | | - |
| Other liabilities | - | | | - | | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | 3 | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | | | - | - | |
| Drawn letters of credit plus accrued interest | | | | | | |
| Income tax contingences | (110) | | (110) | (560) | (560) | (450) |
| Asbestos-related contingences | - | | - | - | | |
| Environmental contingences | - | | - | - | | |
| Postretirement benefits | - | | | - | | |
| Other liabilities and accrued interest | - | | | | | |
| **Total Liabilities Subject to Compromise** | (110) | - | (110) | (560) | (560) | (450) |
| **Total Liabilities** | (110) | - | (110) | (557) | (560) | (450) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred stock | - | | | - | | - |
| Common stock | 1,000 | 2,000 | 29,000 | 1,000 | 1,000 | 26,000 |
| Paid in capital | 5,823,446 | - | - | 3,136,087 | - | 9,988,414 |
| (Accumulated deficit)/Retained earnings | (52) | (10,966) | (1,147,993) | 7,147,595 | (110) | (12,431,678) |
| Treasury stock, at cost | | | | | | |
| Accumulated other comprehensive (loss) income | | | | | | |
| Deferred compensation trust | | | | | | |
| **Total Shareholders' Equity (Deficit)** | 5,824,394 | (8,966) | (1,118,993) | 10,284,682 | 890 | (2,417,264) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 5,824,284 | $ (8,966) | $ (1,119,103) | $ 10,284,124 | $ 330 | $ (2,417,714) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W. R. Grace & Co. - Chapter 11 Filing Entities**
Combining Balance Sheet
MOR - 3
November 30, 2008

| | Grace Culinary Systems, Inc. | Grace Hotel Services Corporation | Monroe Street, Inc. | Grace H-G Inc. | Hanover Square Corporation | Ecarg, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Investment securities | - | | - | | | |
| Cash value of life insurance policies, net of policy loans | | | | | | |
| Accounts and other receivables, net | - | | - | - | | |
| Receivables from/(payables to) filing and non-filing entities, net | (26,312,455) | (5,132,933) | (3,350,634) | (2,509,849) | 840 | (1,230,613) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | | - | | - | |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | (26,312,455) | (5,132,933) | (3,350,634) | (2,509,849) | 840 | (1,230,613) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | |
| Goodwill | - | | - | - | | |
| Cash value of life insurance policies, net of policy loans | | | | | | |
| Deferred income taxes | - | - | - | - | | |
| Asbestos-related insurance receivable | - | - | - | - | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | | |
| Investment in filing and non-filing entities | - | - | - | - | | |
| Overfunded defined benefit pension plans | | | | | | |
| Other assets | - | - | - | - | - | |
| **Total Assets** | $ (26,312,455) | $ (5,132,933) | $ (3,350,634) | $ (2,509,849) | $ 840 | $ (1,230,613) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | |
| Deferred income taxes | - | - | - | - | - | |
| Minority interest in consolidated entities | - | - | - | - | - | |
| Underfunded defined benefit pension plans | - | - | - | - | - | |
| Other liabilities | - | - | - | - | - | |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | |
| Drawn letters of credit plus accrued interest | - | - | - | - | - | |
| Income tax contingences | - | (818) | (110) | (210) | (110) | (30) |
| Asbestos-related contingences | - | - | - | - | - | |
| Environmental contingences | - | - | - | - | - | |
| Postretirement benefits | - | - | - | - | - | |
| Other liabilities and accrued interest | - | - | - | - | - | |
| **Total Liabilities Subject to Compromise** | - | (818) | (110) | (210) | (110) | (30) |
| **Total Liabilities** | - | (818) | (110) | (210) | (110) | (30) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred stock | - | - | - | - | - | |
| Common stock | - | - | 1,000 | 1,000 | 1,000 | 50 |
| Paid in capital | - | - | - | - | - | 50 |
| (Accumulated deficit)/Retained earnings | (26,312,455) | (5,132,115) | (3,351,524) | (2,510,639) | (50) | (1,230,683) |
| Treasury stock, at cost | - | - | - | - | - | |
| Accumulated other comprehensive (loss) income | - | - | - | - | - | |
| Deferred compensation trust | - | - | - | - | - | |
| **Total Shareholders' Equity (Deficit)** | (26,312,455) | (5,132,115) | (3,350,524) | (2,509,639) | 950 | (1,230,583) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ (26,312,455) | $ (5,132,933) | $ (3,350,634) | $ (2,509,849) | $ 840 | $ (1,230,613) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W. R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2008**

| | W. R. Grace Land Corporation | G C Management, Inc. | Water Street Corporation | Del Taco Restaurants, Inc. | W. R. Grace Capital Corporation | Gloucester New Communities Company, Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ 500 |
| Investment securities | - | | - | | | - |
| Cash value of life insurance policies, net of policy loans | | | | | | |
| Accounts and other receivables, net | - | | | - | - | 91,572 |
| Receivables from/(payables to) filing and non-filing entities, net | 36,708,315 | - | (73,061) | (12,559,518) | (264,688) | (19,555,815) |
| Inventories | - | | - | | - | - |
| Deferred income taxes | - | | - | | | - |
| Other current assets | - | - | - | | - | - |
| **Total Current Assets** | 36,708,315 | - | (73,061) | (12,559,518) | (264,688) | (19,463,742) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | 438,445 | - |
| Goodwill | - | - | - | - | | - |
| Cash value of life insurance policies, net of policy loans | | | | | | |
| Deferred income taxes | - | | - | - | - | |
| Asbestos-related insurance receivable | - | | - | - | - | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | | - | - | - | |
| Investment in filing and non-filing entities | 6,284,806 | | - | - | - | - |
| Overfunded defined benefit pension plans | | | | | | |
| Other assets | - | | - | - | - | 4,066 |
| **Total Assets** | $ 42,993,121 | $ - | $ (73,061) | $ (12,559,518) | $ 173,757 | $ (19,459,676) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | | - | - | - | 4,066 |
| Income taxes payable | - | | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | 199 | - |
| **Total Current Liabilities** | - | - | - | - | 199 | 4,066 |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Minority interest in consolidated entities | - | - | - | - | - | - |
| Underfunded defined benefit pension plans | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | 199 | 4,066 |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Drawn letters of credit plus accrued interest | - | - | - | - | - | - |
| Income tax contingencies | (821) | - | (110) | (265) | (759) | - |
| Asbestos-related contingencies | - | - | - | - | - | - |
| Environmental contingencies | - | - | - | - | - | - |
| Postretirement benefits | - | - | - | - | - | - |
| Other liabilities and accrued interest | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (821) | - | (110) | (265) | (759) | - |
| **Total Liabilities** | (821) | - | (110) | (265) | (560) | 4,066 |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred stock | - | - | - | - | - | - |
| Common stock | 5,000 | - | 1,000 | 85,539 | 1,000 | 5,000 |
| Paid in capital | 19,577,160 | - | - | 6,541,055 | 4,000 | 6,000,000 |
| (Accumulated deficit)/Retained earnings | 23,411,782 | - | (73,951) | (19,185,847) | 169,317 | (25,468,742) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive (loss) income | - | - | - | - | - | - |
| Deferred compensation trust | | | | | | |
| **Total Shareholders' Equity (Deficit)** | 42,993,942 | - | (72,951) | (12,559,253) | 174,317 | (19,463,742) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 42,993,121 | $ - | $ (73,061) | $ (12,559,518) | $ 173,757 | $ (19,459,676) |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W. R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2008**

| | Creative Food N' Fun Company | Grace PAR Corporation | Grace A-B Inc. | Homco International, Inc. | GPC Thomasville Corp. | Grace Ventures Corp. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Investment securities | - | - | - | - | - | - |
| Cash value of life insurance policies, net of policy loans | - | - | - | - | - | - |
| Accounts and other receivables, net | - | - | - | - | - | - |
| Receivables from/(payables to) filing and non-filing entities, net | 23,478,717 | 6,345,361 | 810,265 | (59,581,637) | (185) | (86,721) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 23,478,717 | 6,345,361 | 810,265 | (59,581,637) | (185) | (86,721) |
| | | | | | | |
| Properties and equipment, net | - | - | - | - | - | - |
| Goodwill | - | - | - | - | - | - |
| Cash value of life insurance policies, net of policy loans | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Asbestos-related insurance receivable | - | - | - | - | - | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | - | - | - |
| Investment in filing and non-filing entities | - | - | - | - | - | - |
| Overfunded defined benefit pension plans | - | - | - | - | - | - |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 23,478,717 | $ 6,345,361 | $ 810,265 | $ (59,581,637) | $ (185) | $ (86,721) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | - | - |
| Income taxes payable | - | - | - | - | - | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | - | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | - | - |
| Minority interest in consolidated entities | - | - | - | - | - | - |
| Underfunded defined benefit pension plans | - | - | - | - | - | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | - | - |
| Drawn letters of credit plus accrued interest | - | - | - | - | - | - |
| Income tax contingencies | (1,432) | (300) | (335) | (405) | (185) | (110) |
| Asbestos-related contingencies | - | - | - | - | - | - |
| Environmental contingencies | - | - | - | - | - | - |
| Postretirement benefits | - | - | - | - | - | - |
| Other liabilities and accrued interest | - | - | - | - | - | - |
| **Total Liabilities Subject to Compromise** | (1,432) | (300) | (335) | (405) | (185) | (110) |
| **Total Liabilities** | (1,432) | (300) | (335) | (405) | (185) | (110) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred stock | - | - | - | - | - | - |
| Common stock | 1,090,000 | 1,000 | 1,000 | 303,000 | - | - |
| Paid in capital | 33,631,999 | 18,090,032 | - | 37,765,000 | - | 1,900,000 |
| (Accumulated deficit)/Retained earnings | (11,241,851) | (11,745,371) | 809,600 | (97,649,232) | - | (1,986,611) |
| Treasury stock, at cost | - | - | - | - | - | - |
| Accumulated other comprehensive (loss) income | - | - | - | - | - | - |
| Deferred compensation trust | - | - | - | - | - | - |
| **Total Shareholders' Equity (Deficit)** | 23,480,148 | 6,345,661 | 810,600 | (59,581,232) | - | (86,611) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 23,478,717 | $ 6,345,361 | $ 810,265 | $ (59,581,637) | $ (185) | $ (86,721) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W. R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2008**

| | Grace Energy Corporation | GEC Management Corporation | Grace Offshore Company | Coalgrace, Inc. | Grace A-B II Inc. | Grace H-G II Inc. |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - | $ - |
| Investment securities | - | | - | | | |
| Cash value of life insurance policies, net of policy loans | | | - | | | |
| Accounts and other receivables, net | - | | - | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 352,712,699 | 4,389,612 | (15,750,664) | 5,296,839 | 875,359 | (5,314) |
| Inventories | - | - | - | - | - | - |
| Deferred income taxes | - | - | - | - | | - |
| Other current assets | - | - | - | - | - | - |
| **Total Current Assets** | 352,712,699 | 4,389,612 | (15,750,664) | 5,296,839 | 875,359 | (5,314) |
| | | | | | | |
| Properties and equipment, net | - | | - | - | | |
| Goodwill | - | | - | - | | |
| Cash value of life insurance policies, net of policy loans | | | | | | |
| Deferred income taxes | - | | - | | | |
| Asbestos-related insurance receivable | | | - | | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | (35,903,123) | (14,135,725) | - | | | |
| Investment in filing and non-filing entities | 187,272,210 | - | - | | | |
| Overfunded defined benefit pension plans | | | - | | | |
| Other assets | - | - | - | - | - | - |
| **Total Assets** | $ 504,081,786 | $ (9,746,113) | $ (15,750,664) | $ 5,296,839 | $ 875,359 | $ (5,314) |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | - | | - |
| Income taxes payable | - | - | - | - | | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | - | - | | - |
| Other current liabilities | - | - | - | - | - | - |
| **Total Current Liabilities** | - | - | - | - | - | - |
| | | | | | | |
| Debt payable after one year | - | - | - | - | | - |
| Deferred income taxes | - | - | - | - | | - |
| Minority interest in consolidated entities | - | - | - | - | | - |
| Underfunded defined benefit pension plans | - | - | - | - | | - |
| Other liabilities | - | - | - | - | - | - |
| **Total Liabilities Not Subject to Compromise** | - | - | - | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | - | | - | - | |
| Drawn letters of credit plus accrued interest | - | - | | - | - | |
| Income tax contingences | (119) | (110) | - | (360) | (310) | (260) |
| Asbestos-related contingences | - | - | | - | - | |
| Environmental contingences | - | - | | - | - | |
| Postretirement benefits | - | - | | - | - | |
| Other liabilities and accrued interest | - | - | - | - | | |
| **Total Liabilities Subject to Compromise** | (119) | (110) | - | (360) | (310) | (260) |
| **Total Liabilities** | (119) | (110) | - | (360) | (310) | (260) |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred stock | - | | | | - | |
| Common stock | 1,000 | 1,000 | (114,960) | 100 | 1,000 | 1,000 |
| Paid in capital | 451,425,156 | (2,089,027) | 34,215,000 | - | | |
| (Accumulated deficit)/Retained earnings | 52,655,749 | (7,657,976) | (49,850,704) | 5,297,099 | 874,669 | (6,054) |
| Treasury stock, at cost | | | | | | |
| Accumulated other comprehensive (loss) income | | | | | | |
| Deferred compensation trust | | | | | | |
| **Total Shareholders' Equity (Deficit)** | 504,081,905 | (9,746,003) | (15,750,664) | 5,297,199 | 875,669 | (5,054) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 504,081,786 | $ (9,746,113) | $ (15,750,664) | $ 5,296,839 | $ 875,359 | $ (5,314) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W. R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2008**

| | Coalgrace II, Inc. | Gracoal II, Inc. | Gracoal, Inc. | Grace Drilling Company | Grace Petroleum Libya Incorporated | Axial Basin Ranch Company |
|---|---|---|---|---|---|---|
| **ASSETS** | | | | | | |
| **Current Assets** | | | | | | |
| Cash and cash equivalents | $          - | $          - | $          - | $          - | $          - | $          - |
| Investment securities | - | | | - | - | - |
| Cash value of life insurance policies, net of policy loans | | | | | | |
| Accounts and other receivables, net | - | | - | | | |
| Receivables from/(payables to) filing and non-filing entities, net | 108,080 | 130,215,533 | 145,239,206 | (81,115,113) | 47,407,796 | - |
| Inventories | - | | - | - | - | |
| Deferred income taxes | - | | - | | | |
| Other current assets | - | | - | | | |
| **Total Current Assets** | 108,080 | 130,215,533 | 145,239,206 | (81,115,113) | 47,407,796 | - |
| | | | | | | |
| Properties and equipment, net | - | | - | - | | - |
| Goodwill | - | | - | - | | |
| Cash value of life insurance policies, net of policy loans | | | | | | |
| Deferred income taxes | - | | - | - | | |
| Asbestos-related insurance receivable | - | | - | - | | |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | | - | - | | |
| Investment in filing and non-filing entities | - | | - | - | | |
| Overfunded defined benefit pension plans | | | | | | |
| Other assets | - | | - | - | | |
| **Total Assets** | $    108,080 | $ 130,215,533 | $ 145,239,206 | $ (81,115,113) | $  47,407,796 | $          - |
| | | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | |
| **Current Liabilities** | | | | | | |
| Debt payable within one year | $          - | $          - | $          - | $          - | $          - | $          - |
| Accounts payable | - | | - | - | | |
| Income taxes payable | - | | - | | | |
| Asbestos-related liability expected to be disbursed within one year | - | | - | | | |
| Other current liabilities | - | | - | | | |
| **Total Current Liabilities** | - | | - | | | - |
| | | | | | | |
| Debt payable after one year | - | | - | - | | |
| Deferred income taxes | - | 25,064,465 | 25,064,465 | - | | |
| Minority interest in consolidated entities | - | | - | - | | |
| Underfunded defined benefit pension plans | - | | - | - | | |
| Other liabilities | - | | - | - | | |
| **Total Liabilities Not Subject to Compromise** | - | 25,064,465 | 25,064,465 | - | - | - |
| | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | |
| Debt, pre-petition plus accrued interest | - | | - | - | | |
| Drawn letters of credit plus accrued interest | - | | - | - | | |
| Income tax contingences | (360) | 3,962,996 | 3,963,171 | (480) | (110) | |
| Asbestos-related contingences | - | | - | - | | |
| Environmental contingences | - | | - | - | | |
| Postretirement benefits | - | | - | - | | |
| Other liabilities and accrued interest | - | | - | - | | |
| **Total Liabilities Subject to Compromise** | (360) | 3,962,996 | 3,963,171 | (480) | (110) | - |
| **Total Liabilities** | (360) | 29,027,461 | 29,027,636 | (480) | (110) | - |
| | | | | | | |
| **Shareholders' Equity (Deficit)** | | | | | | |
| Preferred stock | - | | - | - | | |
| Common stock | 1,000 | 1,000 | 100 | 124,473 | 1,000 | - |
| Paid in capital | - | 30,293,750 | 13,880,108 | 51,173,713 | 7,308,934 | - |
| (Accumulated deficit)/Retained earnings | 107,440 | 70,893,322 | 102,331,362 | (132,412,819) | 40,097,972 | - |
| Treasury stock, at cost | - | | - | - | | |
| Accumulated other comprehensive (loss) income | - | | - | - | | |
| Deferred compensation trust | - | | - | - | | |
| **Total Shareholders' Equity (Deficit)** | 108,440 | 101,188,072 | 116,211,570 | (81,114,633) | 47,407,906 | - |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $    108,080 | $ 130,215,533 | $ 145,239,206 | $ (81,115,113) | $  47,407,796 | $          - |

Note #3
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W. R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2008**

| | Hayden-Gulch West Coal Company | H-G Coal Company | Eliminations between Filing Entities | Conversion to Equity Method | Reporting Reclasses |
|---|---|---|---|---|---|
| **ASSETS** | | | | | |
| **Current Assets** | | | | | |
| Cash and cash equivalents | $ - | $ - | $ - | $ - | $ - |
| Investment securities | - | - | - | | - |
| Cash value of life insurance policies, net of policy loans | | | | | |
| Accounts and other receivables, net | - | - | - | | - |
| Receivables from/(payables to) filing and non-filing entities, net | - | - | - | - | 200,000 |
| Inventories | - | - | - | | - |
| Deferred income taxes | - | - | - | - | (5,449,795) |
| Other current assets | - | - | - | | - |
| **Total Current Assets** | - | - | - | - | (5,249,795) |
| | | | | | |
| Properties and equipment, net | - | - | - | | - |
| Goodwill | - | - | - | - | - |
| Cash value of life insurance policies, net of policy loans | | | | | |
| Deferred income taxes | - | - | - | - | (293,628,687) |
| Asbestos-related insurance receivable | - | - | - | | - |
| Loans receivable from/(payable to) filing and non-filing entities, net | - | - | - | | - |
| Investment in filing and non-filing entities | - | - | (1,323,802,717) | (42,251,392) | 1,800,000 |
| Overfunded defined benefit pension plans | | | | | |
| Other assets | | | (1,201,282) | | |
| **Total Assets** | $ - | $ - | $ (1,325,003,999) | $ (42,251,392) | $ (297,078,482) |
| | | | | | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | |
| **Current Liabilities** | | | | | |
| Debt payable within one year | $ - | $ - | $ - | $ - | $ - |
| Accounts payable | - | - | - | | - |
| Income taxes payable | - | - | - | | - |
| Asbestos-related liability expected to be disbursed within one year | - | - | | | - |
| Other current liabilities | - | - | 100,000 | - | 1,067,991 |
| **Total Current Liabilities** | - | - | 100,000 | - | 1,067,991 |
| | | | | | |
| Debt payable after one year | - | - | - | | - |
| Deferred income taxes | - | - | - | - | (293,628,687) |
| Minority interest in consolidated entities | - | - | - | | - |
| Underfunded defined benefit pension plans | - | - | - | | - |
| Other liabilities | - | - | 200,000 | | - |
| **Total Liabilities Not Subject to Compromise** | - | - | 300,000 | - | (292,560,696) |
| | | | | | |
| **Liabilities Subject to Compromise** | | | | | |
| Debt, pre-petition plus accrued interest | - | - | - | - | |
| Drawn letters of credit plus accrued interest | - | - | | | |
| Income tax contingencies | - | - | - | - | |
| Asbestos-related contingences | - | - | - | | |
| Environmental contingences | - | - | | | |
| Postretirement benefits | - | - | | | |
| Other liabilities and accrued interest | - | - | - | - | (12,317,786) |
| **Total Liabilities Subject to Compromise** | - | - | - | - | (12,317,786) |
| **Total Liabilities** | - | - | 300,000 | - | (304,878,482) |
| | - | - | | | |
| **Shareholders' Equity (Deficit)** | | | | | |
| Preferred stock | - | - | | | - |
| Common stock | - | - | (86,493,960) | - | - |
| Paid in capital | - | - | (1,222,770,000) | - | - |
| (Accumulated deficit)/Retained earnings | - | - | (30,240,039) | 9,960,071 | 2,000,000 |
| Treasury stock, at cost | - | - | | | - |
| Accumulated other comprehensive (loss) income | - | - | 14,200,000 | (52,211,464) | 5,800,000 |
| Deferred compensation trust | - | - | | | - |
| **Total Shareholders' Equity (Deficit)** | - | - | (1,325,303,999) | (42,251,392) | 7,800,000 |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ - | $ - | $ (1,325,003,999) | $ (42,251,392) | $ (297,078,482) |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R. Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

**W. R. Grace & Co. - Chapter 11 Filing Entities**
**Combining Balance Sheet**
**MOR - 3**
**November 30, 2008**

| | COMBINED FILING ENTITIES |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| Cash and cash equivalents | $ 169,652,949 |
| Investment securities | $ 27,473,189 |
| Cash value of life insurance policies, net of policy loans | $ 26,019,256 |
| Accounts and other receivables, net | $ 124,372,164 |
| Receivables from/(payables to) filing and non-filing entities, net | $ 96,023,824 |
| Inventories | $ 158,915,592 |
| Deferred income taxes | $ 35,987,104 |
| Other current assets | $ 18,056,106 |
| **Total Current Assets** | $ 656,500,184 |
| | |
| Properties and equipment, net | $ 407,824,607 |
| Goodwill | $ 25,420,411 |
| Cash value of life insurance policies, net of policy loans | $ 4,173,469 |
| Deferred income taxes | $ 711,495,235 |
| Asbestos-related insurance receivable | $ 500,000,000 |
| Loans receivable from/(payable to) filing and non-filing entities, net | $ 360,959,332 |
| Investment in filing and non-filing entities | $ 488,888,411 |
| Overfunded defined benefit pension plans | $ 141,309 |
| Other assets | $ 90,633,784 |
| **Total Assets** | **$ 3,246,036,742** |
| | |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | |
| **Liabilities Not Subject to Compromise** | |
| **Current Liabilities** | |
| Debt payable within one year | $ 166,133 |
| Accounts payable | $ 70,251,440 |
| Income taxes payable | $ 268 |
| Asbestos-related liability expected to be disbursed within one year | $ - |
| Other current liabilities | $ 147,503,275 |
| **Total Current Liabilities** | $ 217,921,116 |
| | |
| Debt payable after one year | $ 433,660 |
| Deferred income taxes | $ - |
| Minority interest in consolidated entities | $ 63,142,659 |
| Underfunded defined benefit pension plans | $ 159,628,510 |
| Other liabilities | $ 33,856,017 |
| **Total Liabilities Not Subject to Compromise** | $ 474,981,962 |
| | |
| **Liabilities Subject to Compromise** | |
| Debt, pre-petition plus accrued interest | $ 821,037,537 |
| Drawn letters of credit plus accrued interest | $ 29,496,251 |
| Income tax contingences | $ 107,430,967 |
| Asbestos-related contingences | $ 1,700,000,000 |
| Environmental contingences | $ 146,886,458 |
| Postretirement benefits | $ 151,597,351 |
| Other liabilities and accrued interest | $ 117,517,834 |
| **Total Liabilities Subject to Compromise** | $ 3,073,966,398 |
| **Total Liabilities** | $ 3,548,948,360 |
| | |
| **Shareholders' Equity (Deficit)** | |
| Preferred stock | $ 112 |
| Common stock | $ 838,044 |
| Paid in capital | $ 434,891,066 |
| (Accumulated deficit)/Retained earnings | $ (291,896,259) |
| Treasury stock, at cost | $ (57,401,894) |
| Accumulated other comprehensive (loss) income | $ (389,342,687) |
| Deferred compensation trust | $ 703,100 |
| **Total Shareholders' Equity (Deficit)** | $ (302,911,618) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | **$ 3,246,036,742** |

**Note #3**
Certain contingent liabilities of divested businesses are included on
the balance sheet of W. R.Grace & Co. - Conn as it is not practical
to determine which Debtor bears the ultimate obligation.

Chart 5

| W. R. Grace & Co. - Conn<br>Status of Postpetition Taxes<br>MOR-4<br>November 30, 2008 | | | | |
|---|---|---|---|---|
| | Beginning<br>Tax<br>Liability | Amount<br>Withheld or<br>Accrued | Amount<br>Paid | Ending<br>Tax<br>Liability |
| | A | B | = C-A-B | C |
| **Federal** | | | | |
| Withholding | $ (3,211) | $ 1,981,330 | $ (1,981,330) | $ (3,211) |
| FICA - Employee | 13,068 | 893,948 | (893,729) | 13,287 |
| FICA and payroll- Employer | 3,655,795 | 896,661 | (902,887) | 3,649,569 |
| Unemployment | - | 811 | (811) | - |
| Other | - | 2,967 | (2,967) | - |
| Total Federal Taxes | $ 3,665,652 | $ 3,775,717 | $ (3,781,724) | $ 3,659,645 |
| **State and Local** | | | | |
| Withholding | $ 62,868 | $ 676,410 | $ (676,410) | $ 62,868 |
| Sales & Use | 849,155 | 272,664 | (723,783) | 398,036 |
| Property Taxes | 2,624,603 | 910,846 | (1,157,133) | 2,378,316 |
| Other | - | 97,968 | (97,968) | - |
| Total State and Local | $ 3,536,626 | $ 1,957,888 | $ (2,655,294) | $ 2,839,220 |
| Total Taxes | $ 7,202,278 | $ 5,733,605 | $ (6,437,018) | $ 6,498,865 |

---

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| Remedium Group, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>November 30, 2008 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| | A | B | = C-A-B | C |
| **Federal** | | | | |
| Withholding | $         (283) | $        6,776 | $      (6,776) | $         (283) |
| FICA - Employee | - | 1,016 | (1,016) | - |
| FICA and payroll- Employer | - | 1,016 | (1,016) | - |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $         (283) | $        8,808 | $      (8,808) | $         (283) |
| **State and Local** | | | | |
| Withholding | $            - | $          739 | $        (739) | $            - |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
| Total State and Local | $            - | $          739 | $        (739) | $            - |
| Total Taxes | $         (283) | $        9,547 | $      (9,547) | $         (283) |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

Chart 5

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
|---|---|---|---|---|
| **Grace Washington, Inc.** | | | | |
| **Status of Postpetition Taxes** | | | | |
| **MOR-4** | | | | |
| **November 30, 2008** | | | | |
| | A | B | = C-A-B | C |
| **Federal** | | | | |
| Withholding | $ 2,582 | $ 5,290 | $ (5,290) | $ 2,582 |
| FICA - Employee | 141 | 284 | (284) | 141 |
| FICA and payroll- Employer | 139 | 284 | (284) | 139 |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $ 2,862 | $ 5,858 | $ (5,858) | $ 2,862 |
| **State and Local** | | | | |
| Withholding | $ 532 | $ 1,092 | $ (1,092) | $ 532 |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
| Total State and Local | $ 532 | $ 1,092 | $ (1,092) | $ 532 |
| Total Taxes | $ 3,394 | $ 6,950 | $ (6,950) | $ 3,394 |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 5*

| L B Realty, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>November 30, 2008 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| | A | B | = C-A-B | C |
| **Federal** | | | | |
| Withholding | $          - | $          - | $          - | $          - |
| FICA - Employee | - | - | - | - |
| FICA and payroll- Employer | - | - | - | - |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
|   Total Federal Taxes | $          - | $          - | $          - | $          - |
| **State and Local** | | | | |
| Withholding | $          - | $          - | $          - | $          - |
| Sales & Use | - | - | - | - |
| Property Taxes | - | - | - | - |
| Other | - | - | - | - |
|   Total State and Local | $          - | $          - | $          - | $          - |
| Total Taxes | $          - | $          - | $          - | $          - |

| Note #4 |
|---|
| Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations. |

*Chart 5*

| Darex Puerto Rico, Inc.<br>Status of Postpetition Taxes<br>MOR-4<br>November 30, 2008 | | | | |
|---|---|---|---|---|
| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Ending Tax Liability |
| | A | B | = C-A-B | C |
| **Federal** | | | | |
| Withholding | $          - | $          - | $          - | $          - |
| FICA - Employee | - | 680 | (680) | - |
| FICA and payroll- Employer | - | 680 | (680) | - |
| Unemployment | - | - | - | - |
| Other | - | - | - | - |
| Total Federal Taxes | $          - | $     1,360 | $    (1,360) | $          - |
| **State and Local** | | | | |
| Withholding | $          - | $     1,136 | $    (1,136) | $          - |
| Sales & Use | (215) | (188) | - | (403) |
| Property Taxes | 278,987 | 2,900 | - | 281,887 |
| Other | - | - | - | - |
| Total State and Local | $   278,772 | $     3,848 | $    (1,136) | $   281,484 |
| Total Taxes | $   278,772 | $     5,208 | $    (2,496) | $   281,484 |

**Note #4**

Grace's information systems do not provide the detailed nature of invoices in Accounts Payable. See Debtor Questionnaire (Chart 7, MOR – 5) for attestation related to accounts payable and tax obligations.

*Chart 6*

## W. R. Grace & Co. - Conn
## Accounts Receivable Reconciliation and Aging
## MOR-5
## November 2008

### Trade Accounts Receivable Reconciliation

| | | |
|---|---|---:|
| Trade accounts receivable, beginning of month, gross | $ | 119,143,567 |
| Amounts billed during the period | $ | 79,696,581 |
| Amounts collected during the period | $ | (107,363,312) |
| Other | $ | 27,521,074 |
| Trade accounts receivable at the end of month, gross | $ | 118,997,910 |

### Trade Accounts Receivable Aging

| | | |
|---|---|---:|
| Current | $ | 95,105,000 |
| 1-30 days past due | $ | 19,518,900 |
| 31-60 days past due | $ | 3,303,720 |
| +61 days past due | $ | 1,070,290 |
| Trade accounts receivable, gross | $ | 118,997,910 |
| Allowance for doubtful accounts | $ | (1,119,346) |
| Trade accounts receivable, net | $ | 117,878,565 |

### Notes and Accounts Receivable Reconciliation

| | | |
|---|---|---:|
| Trade accounts receivable, net | $ | 117,878,565 |
| Customer notes and drafts receivable | $ | 765,432 |
| Pending customer credit notes | $ | 711,319 |
| Advances and deposits | $ | 2,162,335 |
| Nontrade receivables, net | $ | 921,516 |
| Total notes and accounts receivable, net | $ | 122,439,167 |

*Chart 6*

| Darex Puerto Rico, Inc. Accounts Receivable Reconciliation and Aging MOR-5 November 2008 | | |
|---|---|---|
| **Trade Accounts Receivable Reconciliation** | | |
| Trade accounts receivable, beginning of month, gross | $ | 1,944,410 |
| Amounts billed during the period | | 288,585 |
| Amounts collected during the period | | (271,384) |
| Other | | 5,607 |
| Trade accounts receivable at the end of month, gross | $ | 1,967,217 |
| **Trade Accounts Receivable Aging** | | |
| Current | $ | 971,374 |
| 1-30 days past due | | 183,082 |
| 31-60 days past due | | 236,830 |
| +61 days past due | | 575,931 |
| Trade accounts receivable, gross | | 1,967,217 |
| Allowance for doubtful accounts | | (203,202) |
| Trade accounts receivable, net | $ | 1,764,015 |

| **Notes and Accounts Receivable Reconciliation** | | |
|---|---|---|
| Trade accounts receivable, net | $ | 1,764,015 |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | - |
| Advances and deposits | | - |
| Nontrade receivables, net | | - |
| Total notes and accounts receivable, net | $ | 1,764,015 |

*Chart 6*

| Remedium Group, Inc. Accounts Receivable Reconciliation and Aging MOR-5 November 2008 | | |
|---|---|---|
| **Trade Accounts Receivable Reconciliation** | | |
| Trade accounts receivable, beginning of month, gross | $ | - |
| Amounts billed during the period | | - |
| Amounts collected during the period | | - |
| Other | | - |
| Trade accounts receivable at the end of month, gross | $ | - |
| **Trade Accounts Receivable Aging** | | |
| Current | $ | - |
| 1-30 days past due | | - |
| 31-60 days past due | | - |
| +61 days past due | | - |
| Trade accounts receivable, gross | | - |
| Allowance for doubtful accounts | | - |
| Trade accounts receivable, net | $ | - |

| Notes and Accounts Receivable Reconciliation | | |
|---|---|---|
| Trade accounts receivable, net | $ | - |
| Customer notes and drafts receivable | | - |
| Pending customer credit notes | | - |
| Advances and deposits | | - |
| Nontrade receivables, net | | - |
| Total notes and accounts receivable, net | $ | - |

*Chart 6*

## Gloucester New Communities Company, Inc.
## Accounts Receivable Reconciliation and Aging
## MOR-5
## November 2008

| Trade Accounts Receivable Reconciliation | |
|---|---:|
| Trade accounts receivable, beginning of month, gross | $        - |
| Amounts billed during the period | - |
| Amounts collected during the period | - |
| Other | - |
| Trade accounts receivable at the end of month, gross | $        - |

| Trade Accounts Receivable Aging | |
|---|---:|
| Current | $        - |
| 1-30 days past due | - |
| 31-60 days past due | - |
| +61 days past due | - |
| Trade accounts receivable, gross | - |
| Allowance for doubtful accounts | - |
| Trade accounts receivable, net | $        - |

| Notes and Accounts Receivable Reconciliation | |
|---|---:|
| Trade accounts receivable, net | $        - |
| Customer notes and drafts receivable | - |
| Pending customer credit notes | - |
| Advances and deposits | - |
| Nontrade receivables, net | 91,572 |
| Total notes and accounts receivable, net | $   91,572 |

*Chart 6*

| Grace Europe, Inc.<br>Accounts Receivable Reconciliation and Aging<br>MOR-5<br>November 2008 | |
|---|---|
| **Trade Accounts Receivable Reconciliation** | |
| Trade accounts receivable, beginning of month, gross | $ - |
| Amounts billed during the period | - |
| Amounts collected during the period | - |
| Other | - |
| Trade accounts receivable at the end of month, gross | $ - |
| **Trade Accounts Receivable Aging** | |
| Current | $ - |
| 1-30 days past due | - |
| 31-60 days past due | - |
| +61 days past due | - |
| Trade accounts receivable, gross | - |
| Allowance for doubtful accounts | - |
| Trade accounts receivable, net | $ - |

| **Notes and Accounts Receivable Reconciliation** | |
|---|---|
| Trade accounts receivable, net | $ - |
| Customer notes and drafts receivable | - |
| Pending customer credit notes | - |
| Advances and deposits | - |
| Nontrade receivables, net | 77,410 |
| Total notes and accounts receivable, net | $ 77,410 |

*Chart 7*

| W.R. Grace & Co., et al<br>Debtor Questionnaire<br>MOR - 5<br>November 30, 2008 | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of<br>     business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession<br>     account for this reporting period?  If yes, provide an explanation below. | | See Note #5 below |
| 3.  Have all postpetition tax returns been timely filed?<br>     If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability and other necessary insurance<br>     coverages in affect?  If no, provide and explanation below. | X | |
| 5.  Are post-petition accounts payable and tax obligations current and paid to date?<br>     If no, provide an explanation. | X<br>(unless disputed in<br>normal course of<br>business) | |

**Note #5**
As part of the first day orders submitted to the court on April 2, 2001, an application for the Debtors to (a) continue and maintain their consolidated cash management system, (b) continue and maintain their existing bank accounts and (c) continue to use existing business forms and granting related relief was included.  The Debtors have continued to use their existing bank accounts and no new debtor in possession accounts have been established.

| List assets sold/transferred outside the normal course of business over $25,000:<br>Description of Asset | Sale Date | Proceeds |
|---|---|---|
| | | |

**Combined Chapter 11 Filing Entity Statements**

Chart 8

| W. R. Grace & Co. - Chapter 11 Filing Entities<br>Combined Statement of Operations | | | | |
|---|---|---|---|---|
| | Month Ended November 30, | | Eleven Months Ended November 30, | |
| In millions | 2008 | 2007 | 2008 | 2007 |
| Net sales to third parties | $      80.0 | $      83.7 | $      970.3 | $      946.9 |
| Net sales to non-filing entities | 35.4 | 29.8 | 468.4 | 431.1 |
| Interest and royalties from non-filing entities | 11.8 | 11.7 | 75.2 | 45.8 |
| | 127.2 | 125.2 | 1,513.9 | 1,423.8 |
| Cost of goods sold to third parties | 58.0 | 55.9 | 672.3 | 630.7 |
| Cost of goods sold to non-filing entities | 29.4 | 32.9 | 375.6 | 343.3 |
| Selling, general and administrative expenses | 20.2 | 20.5 | 270.7 | 280.5 |
| Depreciation and amortization | 4.5 | 4.9 | 52.1 | 50.4 |
| Research and development expenses | 3.3 | 3.6 | 39.9 | 39.8 |
| Net pension expense | 3.5 | 3.3 | 38.9 | 37.3 |
| Interest expense | 3.5 | 5.1 | 49.7 | 67.4 |
| Other (income) expense, net | (2.5) | (1.2) | 1.3 | (10.1) |
| Provision for asbestos-related litigation, net of estimated insurance recovery | - | - | - | - |
| Provision for environmental remediation | 0.1 | - | 8.9 | 12.0 |
| Chapter 11 expenses, net of interest income | 7.3 | 8.8 | 59.0 | 78.4 |
| | 127.3 | 133.8 | 1,568.4 | 1,529.7 |
| Income (loss) before income taxes and equity in net income of non-filing entities | (0.1) | (8.6) | (54.5) | (105.9) |
| Benefit from (provision for) income taxes | (0.6) | 1.9 | (8.2) | 11.5 |
| Income (loss) before equity in net income of non-filing entities | (0.7) | (6.7) | (62.7) | (94.4) |
| Equity in net income of non-filing entities | (0.3) | 9.0 | 139.0 | 153.6 |
| Net income (loss) | $      (1.0) | $      2.3 | $      76.3 | $      59.2 |

| W. R. Grace & Co. - Chapter 11 Filing Entities<br>Combined Functional Basis Statement of Cash Flows | | |
|---|---|---|
| amounts in millions | Month Ended<br>30-Nov<br>2008 | Year to Date<br>30-Nov<br>2008 |
| **Core operations cash flow** | | |
| Pre-tax income from core operations | $          14.7 | $          118.1 |
| Depreciation and amortization | 4.5 | 52.1 |
| | 19.2 | 170.2 |
| Contributions to defined benefit pension plans | (0.4) | (53.7) |
| Change in Non-Filing entity operating loans and Investment | 16.7 | 151.4 |
| Changes in all core assets/liabilities and other | (4.1) | (7.3) |
| | 31.4 | 260.6 |
| Dividends paid to minority interests in consolidated entities | - | 0.0 |
| Capital expenditures | (7.0) | (65.5) |
| **Core Pre-tax Operating Cash Flow** | 24.4 | 195.1 |
| **Charges against core reserves** | | |
| Deferred compensation | - | (0.2) |
| Self insurance | - | (1.2) |
| **Total Spending Against Core Reserves** | - | (1.4) |
| **Core Cash Flow** | 24.4 | 193.7 |
| **Noncore cash flow** | | |
| Proceeds from asset sales | - | 0.0 |
| Investments in short term debt securities | - | 0.0 |
| Sales of investment securities | - | 66.2 |
| Cash paid to resolve contingencies subject to Chapter 11 | - | (252.0) |
| Legal Fees | (0.6) | (20.5) |
| Other noncore pretax cash flow | (0.6) | (11.3) |
| **Noncore Pre-tax Cash Flow** | (1.2) | (217.6) |
| **Charges against noncore reserves** | | |
| Environmental remediation | (0.4) | (4.5) |
| Retained obligations and other | (0.5) | (0.7) |
| Postretirement benefits | (0.3) | (5.6) |
| | (1.2) | (10.8) |
| **Noncore Cash Flow** | (2.4) | (228.4) |
| **Total Pre-tax/Pre-interest/Pre-Chapter 11 Cash Flow** | 22.0 | (34.7) |
| Cash paid for taxes, net of refunds | 22.0 | 18.6 |
| Cash paid for interest | 0.1 | (28.0) |
| Chapter 11 reorganization expenses paid | (3.6) | (65.2) |
| Interest income on filing entity cash balances | (1.5) | (1.6) |
| **Cash Flow before Strategic Investments** | 39.0 | (110.9) |
| **Strategic Investments** | | |
| Purchase of equity investment | - | (3.0) |
| Short-term investment in unconsolidated affiliate | - | - |
| Dividends received | - | 16.9 |
| Proceeds from sale of product line | - | - |
| Proceeds from exercise of stock options | - | 9.6 |
| **Cash used for Strategic Investments** | - | 23.5 |
| **Cash Flow After Strategic Investments** | 39.0 | (87.4) |
| Borrowings (repayments) under DIP facility | (0.2) | (2.1) |
| Net (investing)/financing activities under life insurance policies | 4.6 | 52.4 |
| **Net Cash Flow** | $          43.4 | $          (37.1) |

Chart 10

| W. R. Grace & Co. - Chapter 11 Filing Entities Combined Balance Sheet | | | |
|---|---|---|---|
| Amounts in millions | November 30, 2008 | December 31, 2007 | April 2, 2001 |
| **ASSETS** | | | |
| **Current Assets** | | | |
| Cash and cash equivalents | $ 169.7 | $ 206.8 | $ 8.6 |
| Investment Securities | 27.5 | 98.3 | - |
| Cash value of life insurance policies, net of policy loans | 26.0 | 77.1 | - |
| Trade accounts receivable, less allowance of $1.3 (2007 - $1.7, Filing Date - $0.7) | 121.1 | 108.3 | 32.3 |
| Receivables from non-filing entities, net | 96.0 | 103.2 | 51.2 |
| Inventories | 158.9 | 136.7 | 80.6 |
| Deferred income taxes | 36.0 | 22.3 | 80.9 |
| Asbestos-related insurance expected to be realized within one year | - | - | 17.0 |
| Other current assets | 21.3 | 24.8 | 33.4 |
| **Total Current Assets** | 656.5 | 777.5 | 304.0 |
| Properties and equipment, net | 407.8 | 403.8 | 400.4 |
| Goodwill | 25.4 | 25.4 | 13.6 |
| Cash value of life insurance policies, net of policy loans | 4.2 | 3.9 | 64.1 |
| Deferred income taxes | 711.5 | 725.6 | 401.0 |
| Asbestos-related insurance expected to be realized after one year | 500.0 | 500.0 | 323.4 |
| Loans receivable from non-filing entities, net | 361.0 | 524.2 | 387.5 |
| Investment in non-filing entities | 488.8 | 400.8 | 121.0 |
| Overfunded defined benefit pension plans | 0.2 | 1.5 | - |
| Deferred pension costs | - | - | 236.0 |
| Other assets | 90.5 | 52.3 | 72.5 |
| **Total Assets** | $ 3,245.9 | $ 3,415.0 | $ 2,323.5 |
| **LIABILITIES AND SHAREHOLDERS' EQUITY (DEFICIT)** | | | |
| **Liabilities Not Subject to Compromise** | | | |
| **Current Liabilities** | | | |
| Debt payable within one year | $ 0.2 | $ - | $ - |
| Accounts payable | 70.3 | 63.5 | - |
| Other current liabilities | 147.3 | 160.5 | - |
| **Total Current Liabilities** | 217.8 | 224.0 | - |
| Debt payable after one year | 0.4 | - | - |
| Minority interest in consolidated entities | 63.1 | 64.5 | 0.3 |
| Underfunded defined benefit pension plans | 159.6 | 159.6 | - |
| Other liabilities | 33.8 | 39.0 | 31.5 |
| **Total Liabilities Not Subject to Compromise** | 474.7 | 487.1 | 31.8 |
| **Liabilities Subject to Compromise** | | | |
| Pre-petition bank debt plus accrued interest | 821.0 | 783.0 | 511.5 |
| Drawn letters of credit plus accrued interest | 29.5 | 26.9 | - |
| Income tax contingencies | 107.4 | 89.3 | 242.1 |
| Asbestos-related contingencies | 1,700.0 | 1,700.0 | 1,002.8 |
| Environmental contingencies | 146.9 | 368.6 | 164.8 |
| Postretirement benefits | 151.6 | 172.7 | 256.2 |
| Other liabilities and accrued interest | 117.6 | 137.0 | 188.6 |
| **Total Liabilities Subject to Compromise** | 3,074.0 | 3,277.5 | 2,366.0 |
| **Total Liabilities** | 3,548.7 | 3,764.6 | 2,397.8 |
| **Shareholders' Equity (Deficit)** | | | |
| Common stock | 0.8 | 0.8 | 0.8 |
| Paid in capital | 434.9 | 431.5 | 432.6 |
| Accumulated deficit | (291.8) | (368.1) | (201.8) |
| Treasury stock, at cost | (57.4) | (63.7) | (136.4) |
| Accumulated other comprehensive loss | (389.3) | (350.1) | (169.5) |
| **Total Shareholders' Equity (Deficit)** | (302.8) | (349.6) | (74.3) |
| **Total Liabilities and Shareholders' Equity (Deficit)** | $ 3,245.9 | $ 3,415.0 | $ 2,323.5 |

The Notes to Combined Financial Statements are an integral part of these statements.

> # W. R. Grace & Co.
> ## Filing Entity Supplemental Financial Information
> ### November 30, 2008

## Basis of Presentation

The interim Combined Financial Statements presented herein represent the results of operations, cash flows and financial position of the Debtors. These financial statements pertain to periods beginning with, and subsequent to, the Filing Date and have been prepared in conformity with requirements of the Bankruptcy Court.   Consequently, these financial statements do not purport to present the financial performance of W. R. Grace & Co. in conformity with U.S. generally accepted accounting principles which would require the consolidation of all controlled subsidiaries and more extensive notes and analysis related to the worldwide operations of W. R. Grace & Co. Financial activity of non-Debtor entities is not presented herein. However, all non-Debtor entities are either directly or indirectly controlled by the Debtors and, accordingly, non-Debtor financial results are reflected under the equity method of accounting. These financial statements are unaudited and should be read in conjunction with the consolidated financial statements presented in the Company's 2007 Annual Report on Form 10-K and other periodic filings with the U.S. Securities and Exchange Commission.

These interim Combined Financial Statements reflect all adjustments that, in the opinion of management, are necessary for a fair presentation of the results of the interim periods presented under U.S. generally accepted accounting principles; all such adjustments are of a normal recurring nature.  All significant inter-Debtor accounts and transactions have been eliminated. Transactions and balances with non-Debtor entities are separately disclosed.

In the third quarter of 2008, Grace changed its method of accounting for the cost of its U.S inventories from the last-in/first-out method, or LIFO, to the first-in/first-out method, or FIFO. Grace decided to make this change in order to achieve a consistent inventory costing method for both U.S. and non-U.S. inventories. Grace has retrospectively restated the prior periods' financial statements for all periods presented herein to account for all inventories using FIFO in compliance with Statement of Financial Accounting Standards ("SFAS") 154.

The results of operations for the eleven-month interim period ended November 30, 2008 are not necessarily indicative of the results of operations for the year ending December 31, 2008.

## Other Balance Sheet Accounts

| (In millions) | November 30, 2008 | | Filing Date | |
|---|---|---|---|---|
| **Inventories** | | | | |
| Raw materials | $ | 28.8 | $ | 20.3 |
| In process | | 25.7 | | 16.2 |
| Finished products | | 92.0 | | 63.8 |
| General merchandise | | 12.4 | | 9.6 |
| Less: Adjustment of certain inventories to a last-in/first-out (LIFO) basis | | -- | | (29.3) |
| | $ | 158.9 | $ | 80.6 |
| **Other Assets** | | | | |
| Deferred charges | | 25.0 | | 40.4 |
| Long-term receivables | | 0.3 | | 1.9 |
| Long-term investments | | 3.0 | | 2.1 |
| Patents, licenses and other intangible assets, net | | 18.9 | | 25.2 |
| Fair value of foreign currency exchange rate forward contracts | | 42.4 | | -- |
| Other assets | | 1.0 | | 2.9 |
| | $ | 90.6 | $ | 72.5 |
| **Other Current Liabilities** | | | | |
| Accrued compensation | $ | 42.0 | $ | -- |
| Accrued commissions | | 5.0 | | -- |
| Customer programs | | 20.7 | | -- |
| Accrued freight | | 7.7 | | -- |
| Accrued reorganization fees | | 21.3 | | -- |
| Other accrued liabilities | | 50.8 | | -- |
| | $ | 147.5 | $ | -- |
| **Other Liabilities** | | | | |
| Deferred royalty income – non-filing entities | $ | -- | $ | 31.5 |
| Accrued compensation | | 9.2 | | -- |
| Other accrued liabilities | | 24.7 | | -- |
| | $ | 33.9 | $ | 31.5 |
| **Other Liabilities Subject to Compromise** | | | | |
| Accrued interest on pre-petition liabilities | | 42.9 | | -- |
| Accounts payable | | 31.2 | | 43.0 |
| Retained obligations of divested businesses | | 30.2 | | 43.5 |
| Other accrued liabilities | | 13.2 | | 102.1 |
| | $ | 117.5 | $ | 188.6 |

Accrued compensation in the table above includes salaries and wages as well as estimated current amounts due under the annual and long-term incentive programs.

## Life Insurance

Grace is the beneficiary of corporate-owned life insurance ("COLI") policies on certain current and former employees with a net cash surrender value of $30.2 million at November 30, 2008. The policies were acquired to fund various employee benefit programs and other long-term liabilities and are structured to provide cash flow (primarily tax-free) over an extended number of years.

The following table summarizes the components of net cash value at November 30, 2008 and Filing Date:

| Components of Net Cash Value<br>(In millions) | November 30, 2008 | Filing Date |
|---|---|---|
| Gross cash value | $      76.0 | $      453.7 |
| Principal – policy loans | (45.0) | (390.3) |
| Accrued interest – policy loans | (0.8) | 0.7 |
| Total net cash value | 30.2 | 64.1 |
| Less: current portion | (26.0) | -- |
| Net cash value – long term | $        4.2 | $        64.1 |
| Insurance benefits in force | $    118.9 | $    2,286.0 |

Grace's financial statements display income statement activity and balance sheet amounts on a net basis, reflecting the contractual interdependency of policy assets and liabilities.

In August 2008, Grace received proceeds of $40.0 million through a loan against the cash value of its life insurance policies. In June 2008 and November 2008, Grace surrendered and terminated life insurance policies and received approximately $8.1 million and $4.6 million, respectively, of net cash value from the terminations. As a result of the terminations, gross cash value of the policies was reduced by approximately $12.7 million. Grace's insurance benefits in force was reduced by approximately $23.5 million.

## Debt

On November 30, 2008 and the Filing Date, Grace's debt was as follows:

| Components of Debt<br>(In millions) | November 30, 2008 | Filing Date |
|---|---|---|
| **Debt payable within one year** | | |
| DIP facility | $        -- | $        -- |
| Other short-term borrowings and related fees payable | -- | -- |
| | $        -- | $        -- |
| **Debt payable after one year** | | |
| DIP facility | $        -- | $        -- |
| Other long-term borrowings | -- | -- |
| | $        -- | $        -- |
| **Debt Subject to Compromise** | | |
| Bank borrowings | $    500.0 | $    500.0 |
| Accrued interest on bank borrowings | 321.0 | |
| Drawn letters of credit | 25.2 | -- |
| Accrued interest on drawn letters of credit | 4.3 | -- |
| 8.0% Notes Due 2004 | -- | 5.7 |
| 7.75% Notes Due 2002 | -- | 2.0 |
| Other borrowings | -- | 1.2 |
| Accrued interest | -- | 2.6 |
| | $    850.5 | $    511.5 |
| Annualized weighted average interest rates on total debt | 5.2% | 6.1% |

The Debtors have entered into a debtor-in-possession post-petition loan and security agreement, or DIP facility, with a syndicate of lenders that, as amended effective April 1, 2008, provides for up to $165 million of revolving loans and face amount of letters of credit. The DIP facility is secured by a priority lien on substantially all assets of the Debtors with the exclusion of the capital stock of non-U.S. subsidiaries, and bears interest based on the London Interbank Offered Rate (LIBOR). The term of the DIP facility ends on the earlier of April 1, 2010 or the Debtors' emergence from Chapter 11. The DIP facility permits the increase of commitments of existing lenders and/or commitments by new lenders up to an aggregate maximum of $250 million.

As of November 30, 2008, the Debtors had no revolving loans and $65.7 million of standby letters of credit issued and outstanding under the DIP facility. These letters of credit and other holdback provisions reduced the

aggregate unused availability for revolving loans and letters of credit, as of the April 1, 2008 effective date of the amended DIP facility, to $97.6 million. The letters of credit were issued mainly for trade-related matters such as performance bonds, as well as certain insurance and environmental matters.