## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) |
| Debtors. | Jointly Administered |

### AFFIDAVIT OF SERVICE

STATE OF DELAWARE   )
                           ) SS
NEW CASTLE COUNTY   )

      Cathy A. Adams, being duly sworn according to law, deposes and says that she is employed by the law firm of Landis Rath & Cobb LLP, attorneys for the Libby Claimants in the above-referenced cases, and on the 29th day of December, 2008, she caused a copies of the following:

**LIBBY CLAIMANTS' MOTION TO COMPEL DEBTORS TO RESPOND TO LIBBY CLAIMANTS' DOCUMENT REQUEST [Docket No. 20378]**

**LIBBY CLAIMANTS' MOTION TO COMPEL ASBESTOS PI COMMITTEE TO RESPOND TO LIBBY CLAIMANTS' INTERROGATORIES [Docket No. 20380]**

to be served upon the parties on the attached list via first class mail or in the manner as indicated.

*Cathy A. Adams*
Cathy A. Adams

SWORN TO AND SUBSCRIBED before me this 30th day of December, 2008.

*Kimberly A. Becker*
Notary Public

KIMBERLY A. BECKER
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires July 23, 2010

**W.R. GRACE & CO., et al.**
**Case No. 08-01139 (JKF)**

**Supplemental Service re: Motion to Compel**

(Counsel for Zurich Insurance Company, Zurich
International (Bermuda) Ltd., and Maryland Casualty
Company)
Richard A. Ifft
Karalee C. Morell
Wiley Rein LLP
1776 K Street, N.W.
Washington, DC  20006

(Counsel for Continental Casualty Company, Transportation
Insurance Company and their American insurance affiliates)
Elizabeth DeCristofara
Ford Marrin Esposito Witmeyer & Gleser, L.L.P.
Wall Street Plaza, 23rd Floor
New York, NY  10005-1875

Natalie Ramsey
Montgomery McCracken Walker & Rhoads, LLP
123 South Broad Street, Suite 2538
Philadelphia, PA  19109

*Hand Delivery*
(Counsel for Federal Insurance Company)
Jeffrey R. Waxman
Cozen O'Connor
1201 N. Market Street, Suite 1400
Wilmington, DE  19801

(Counsel for Celotex Trust)
Daniel J. Donnellon
Keating Muething and Klekamp PLL
One East Fourth Street
Suite 1400
Cincinnati, OH  45202

(Counsel for Fireman's Fund Insurance Company and
Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta)
Leonard P. Goldberger
Marnie E. Simon
Stevens & Lee, P.C.
1818 Market Street, 29th Floor
Philadelphia, PA  19103-1702

Kathy Byrne
Cooney & Conway
120 N. LaSalle
Chicago, IL  60602

(Counsel for Zurich Insurance Company, Zurich
International (Bermuda) Ltd., and Maryland Casualty
Company)
Edward J. Longosz, II
Laura G. Stover
Eckert Seamans Cherin & Mellott, LLC
1747 Pennsylvania Avenue, N.W., Suite 1200
Washington, DC  20006

Brian Kenney
Early Ludwick & Sweeney, LLC
One Century Tower
11th Floor
265 Church Street
New Haven, CT  06508

Jennifer Peachy
Edward O. Moody, PA
801 W. 4th Street
Little Rock, AR  72201

Alwyn H. Luckey
2016 Bienville Blvd.
Ocean Springs, MS  39566

David Jagolinzer
Ferraro & Associates, PA
200 S. Biscayne Blvd.
Suite 3800
Miami, FL  33131

Scott Nelson
Maples & Lomax, PA
2502 Market Street
Pascagoula, MS  39568

Steven Kazan
Kazan, McClain, Abrams, Fernandez, Lyons, Farrise, &
Greenwood, PC
171 Twelfth Street
Third Floor
Oakland, CA  94607

John Baden
Motley Rice, LLC
28 Bridgeside Blvd.
Mount Pleasant, SC  29464

Thomas Wilson
Kelley & Ferraro, LLP
1901 Penton Media Building
1300 East Ninth Street
Cleveland, OH  44114

Philip A. Harley
Paul, Hanley & Harley, LLP
1608 Fourth Street
Suite 300
Berkley, CA  94710

J. Burton LeBlanc
6955 Perkins Road
Suite 100
Baton Rouge, LA  70808

Chris Portner
Reaud Morgan & Quinn
801 Laurel Street
Beaumont, TX  77720

Michael Hanners
Silber Pearlman, LLP
The Centrum
3102 Oak Lawn Avenue
Suite 400
Dallas, TX 75219

(Counsel for DII Industries, LLC)
Beth Bivans
Hughes & Luce LLP
1717 Main Street, Suite 2800
Dallas, TX 75201

Stephen M. Tigerman
The Wartnick Law Firm
650 California
Fifteenth Floor
San Francisco, CA 94108

Goldberg, Persky, Jennings & White, P.C.
1030 Fifth Avenue, 3rd Floor
Pittsburgh, PA 15219-6295

Peter Kraus
Waters & Kraus, LLP
3219 McKinney Avenue
Suite 3000
Dallas, TX 75204

Ian P. Cloud
Robins, Cloud, Greenwood & Lubel
910 Travis, Suite 2020
Houston, TX 77002

Arthur Luxenburg
Weitz & Luxenburg, PC
180 Maiden Lane
New York, NY 10038

Hissey, Kientz & Herron, P.L.L.C.
16800 Imperial Valley Drive
Suite 130
Houston, TX 77060

Robert Shuttlesworth
Williams Bailey Law Firm, LLP
8441 Gulf Freeway
Suite 600
Houston, TX 77017

The Law Offices of David M. Lipman, P.A.
5901 S.W. 74th St., Suite 304
Miami, FL 33143

Williams Kherkher
8441 Gulf Freeway, Suite 600
Houston, TX  77017-5051

Harowitz & Tigerman, LLP
Attorneys at Law
450 Sansome Street, 3rd Floor
San Francisco, CA  94111

Early & Strauss, LLC
360 Lexington Avenue, 20th Floor
New York, NY  10017

**W.R. GRACE & CO., et al.**
**Case No. 01-01139 (JKF)**

**2002 SERVICE LIST**

*Hand Delivery*
(Counsel for the Debtors)
Laura Davis Jones
James O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

*Hand Delivery*
(Copy Service)
Parcels, Inc.
Vito I. DiMaio
10th & King Streets
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Ad Hoc Committee of
Equity Security Holders)
Neil B. Glassman
Steven M. Yoder
Kathryn D. Sallie
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Asbestos PI Committee)
Marla Eskin
Mark Hurford
Campbell & Levine, LLC
800 N. King Street
#300
Wilmington, DE 19801

(Counsel for the Debtors)
David M. Bernick
Theodore L. Freedman
Kirkland & Ellis LLP
Citigroup Center
153 East 53rd Street
New York, NY 10022

*Hand Delivery*
(Counsel to Travelers Casualty
and Surety Company)
Robert J. Dehney
Michael G. Busenkell
Morris, Nichols, Arsht & Tunnell LLP
1201 N. Market Street
P.O. Box 1347
Wilmington, DE 19899

*Hand Delivery*
(Counsel to The Chase Manhattan Bank)
Mark D. Collins
Deborah E. Spivack
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE 19899

*Hand Delivery*
(Counsel for Zurich Insurance Company, Zurich
International (Bermuda) Ltd., and Maryland Casualty
Company)
Jeffrey C. Wisler
Marc J. Phillips
Connolly Bove Lodge & Hutz LLP
1220 Market Street, 10th Floor
Wilmington, DE 19899

*Hand Delivery*
(Counsel for the State of Montana)
Francis A. Monaco, Jr.
Kevin J. Mangan
Womble Carlyle Sandridge & Rice
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801

*Hand Delivery*
(Counsel to the Scotts Co.)
Robert J. Stearn, Jr.
Cory D. Kandestin
Richards, Layton & Finger, P.A.
One Rodney Square
P.O. Box 551
Wilmington, DE  19899

*Hand Delivery*
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

*Hand Delivery*
(Counsel to First Union Leasing)
(Counsel for Fireman's Fund Insurance Company and
Allianz S.p.A., f/k/a Riunione Adriatica Di Sicurta)
(Counsel to Mark Hankin and HanMar Associates)
Joseph Grey
John D. Demmy
Thomas G. Whalen
Stevens & Lee, P.C.
1105 North Market Street, 7th Floor
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Official Committee
of Unsecured Creditors)
Michael R. Lastowski
Duane Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246

*Hand Delivery*
Laurie Selber Silverstein
Potter Anderson & Corroon LLP
1313 N. Market Street, 6th Floor
P.O. Box 951
Wilmington, DE  19899

*Hand Delivery*
Michael B. Joseph
Ferry & Joseph, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE  19899

*Hand Delivery*
(Counsel for General Electric Corporation)
Todd C. Schiltz
Wolf, Block, Schorr and Solis-Cohen LLP
Wilmington Trust Center
1100 N. Market Street
Suite 1001
Wilmington, DE  19801

*Hand Delivery*
Kathleen Miller
Smith, Katzenstein & Furlow LLP
800 Delaware Avenue
P.O. Box 410
Wilmington, DE  19899

*Hand Delivery*
(Counsel to Century Indemnity Company)
(Counsel to Allstate Insurance Company)
Curtis Crowther
James S. Yoder
White and Williams LLP
824 North Market Street, Suite 902
P.O. Box 709
Wilmington, DE  19801

*Hand Delivery*
David Klauder
Office of the United States Trustee
844 King Street, Suite 2311
Wilmington, DE  19801

*Hand Delivery*
(Zonolite Attic Litigation Plaintiffs)
William D. Sullivan
Buchanan Ingersoll PC
The Nemours Building
1007 North Orange Street, 11th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to the Libby Mine Claimants)
Steven K. Kortanek
Klehr, Harrison, Harvey, Branzburg & Ellers, LLP
919 Market Street, Suite 1000
Wilmington, DE 19801

*Hand Delivery*
(Counsel to Equity Committee)
Teresa K.D. Currier
Buchanan Ingersoll & Rooney, P.C.
1000 West Street, Suite 1410
P.O. Box 1397
Wilmington, DE 19899-1397

*Hand Delivery*
(L.A. Unified School District)
William F. Taylor, Jr.
McCarter & English, LLP
405 North King Street, 8th Floor
Wilmington, Delaware 19899

*Hand Delivery*
(Counsel to Union Tank Car Company)
Rachel B. Mersky
Monzack Mersky McLaughlin and Browder, P.A.
1201 N. Orange Street, Suite 400
Wilmington, DE 19801

*Hand Delivery*
Frederick B. Rosner
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, Delaware 19801-1246

*Hand Delivery*
(Counsel to The Delaware Division of Revenue)
Allison E. Reardon
Delaware Division of Revenue
820 N. French Street
8th Floor
Wilmington, DE 19801

*Hand Delivery*
(Counsel to American Premier Underwriters, Inc.)
Elio Battista, Jr.
Blank Rome LLP
1201 Market Street, Suite 800
Wilmington, DE 19801-4226

*Hand Delivery*
(Counsel to Gamma Holding, NV)
David E. Wilks
Buchanan Ingersoll PC
The Nemours Building
1007 N. Orange Street, Suite 1110
Wilmington, DE 19801

*Hand Delivery*
(Counsel for David T. Austern)
John C. Phillips, Jr.
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

*Hand Delivery*
Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806


*Hand Delivery*
(Counsel to Everest Reinsurance Company and Mt.
McKinley Insurance Company)
Brian L. Kasprzak
Marks, O'Neill, O'Brien and Courtney, P.C.
913 North Market Street
Suite 800
Wilmington, DE  19801

*Hand Delivery*
(Counsel to Peters, Smith and Company)
Brian A. Sullivan
Amy D. Brown
Werb & Sullivan
300 Delaware Avenue, 13th Floor
P.O. Box 25046
Wilmington, DE  19899


*Foreign First Class Mail*
(Counsel to the Canadian ZAI Claimants)
Yves Lauzon
Michel Bélanger
Lauzon Bélanger, Inc.
286, rue St-Paul Quest, Bureau 100
Montreal Quebec


(Counsel to Asbestos PI Committee)
Elihu Inselbuch
Rita Tobin
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY  10152-3500


*Hand Delivery*
(Counsel for Government Employees Insurance Company
and Columbia Insurance Company f/k/a Republic Insurance
Company)
Warren T. Pratt
David P. Primack
Drinker Biddle & Reath LLP
1100 N. Market Street, Suite 1000
Wilmington, DE  19801-1254

*Hand Delivery*
(Counsel to U.S. Fire Insurance Company)
(Counsel for Arrowood Indemnity Company, f/k/a
Royal Indemnity Company)
Ian Connor Bifferato
Garvan F. McDaniel
Bifferato Gentilotti LLC
800 North King Street
P.O. Box 2165
Wilmington, DE  19899


*Hand Delivery*
(Counsel to Macerich Fresno Limited Partners)
William P. Bowden
Amanda M. Winfree
Ashby & Geddes P.A.
500 Delaware Avenue, 8th Floor
Wilmington, DE  19801


*Hand Delivery*
(Counsel to the Canadian ZAI Claimants)
Daniel K. Hogan
The Hogan Firm
1311 Delaware Avenue
Wilmington, DE  19806


*Foreign First Class Mail*
(Canadian Counsel to Debtor)
Derrick Tay
Ogilvy-Renault
200 Bay Street
Suite 3800
Royal Bank Plaza, South Tower
Toronto, Ontario M5J2Z4

(Official Committee of Unsecured Creditors)
Lewis Kruger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982

(Counsel to Debtor)
James H.M. Sprayregen
James Kapp, III
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601

(Official Committee of Property Damage Claimants)
Scott L. Baena
Bilzin Sumberg Dunn Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131

(W. R. Grace & Co.)
Mark Shelnitz
W.R. Grace and Co.
7500 Grace Drive
Columbia, MD  21044

(Counsel to Equity Committee)
Philip Bentley
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

Nancy Worth Davis
John Herrick
Motley Rice LLC
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

D. J. Baker
Sheila Birnbaum
Skadden, Arps, Slate, Meagher & Flom LLP
Four Times Square
New York, NY  10036

Todd Meyers
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA  30309

Secretary of Treasurer
P.O. Box 7040
Dover, DE  19903

Securities & Exchange Commission
Atlanta Regional Office
Branch/Reorganization
3475 Lenox Road, N.E., Suite 100
Atlanta, GA  30326-1232

Secretary of State
Division of Corporations
Franchise Tax
P.O. Box 7040
Dover, DE  19903

Internal Revenue Service
Attn: Insolvency
31 Hopkins Plaza, Room 1150
Baltimore, MD 21201

James D. Freeman
Jerel Ellington
U.S. Department of Justice
Environmental Enforcement Section
1961 Stout St, 8th Floor
Denver, CO  80294-1961

Michael A. Berman
Securities and Exchange Commission
450 Fifth Street, N.W. (Mail Stop 6-6)
Washington, D.C.  20549

Jon L. Heberling
McGarvey, Heberling, Sullivan & McGarvey PC
745 South Main Street
Kalispel, MT  59901

(Counsel to DIP Lender)
David S. Heller
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606

Patrick L. Hughes
Haynes & Boone LLP
1 Houston Ctr.
1221 McKinney, Suite 2100
Houston, TX  77010

Charles E. Boulbol
26 Broadway, 17th Floor
New York, NY  10004

Charlotte Klenke
Schneider National, Inc.
P.O. Box 2545
3101 S. Packerland
Green Bay, WI  54306

Ira S. Greene
Hogan & Hartson LLP
875 Third Avenue
New York, NY  10022-6225

David S. Rosenbloom
Jeffrey E. Stone
Lewis S. Rosenbloom
McDermott, Will & Emery
227 West Monroe Street
Chicago, IL 60606-5096

James A. Sylvester
Intercat, Inc.
2399 Highway 34 #C1
Manasquan, NJ 08736

Charles L. Finke, Assistant General Counsel
Brad Rogers
Office of the General Counsel
Pension Benefit Guaranty Corp
1200 K. Street, N. W.
Washington, D.C. 20005-4026

Steven J. Johnson
Gibson, Dunn & Crutcher LLP
1530 Page Mill Road
Palo Alto, CA 94304-1125

Pamela Zilly
Richard Shinder
David Blechman
Michael Alexander
The Blackstone Group
345 Park Avenue
New York, NY 10154

(Counsel to Asbestos Claimants)
Steven T. Baron
Member
Silber Pearlman, LLP
2711 North Haskell Avenue, 5th Floor, LLP
Dallas, TX 75204

Jan M. Hayden
William H. Patrick
Heller, Draper, Hayden, Patrick & Horn, L.L.C.
650 Poydras Street, Suite 2500
New Orleans, LA 70130-6103

Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA 31208-3708

Russell W. Budd
Alan B. Rich
Natalie Duncan
Baron & Budd, P.C.
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219

(Attorneys for PPG Industries, Inc.)
W.J. Winterstein, Jr.
John J. Winter
William M. Aukamp
Eleven Penn Center, 29th Floor
1835 Market Street
Philadelphia, PA 19103

Shelby A. Jordan
Nathaniel Peter Holzer. Esquire
Jordan, Hyden, Womble & Culbreth, P.C.
500 N. Shoreline Blvd., Suite 900
Corpus Christi, TX 78471

Alan R. Brayton
Brayton & Purcell
222 Rush Landing Road
Novato, CA 94945

Courtney M. Labson
Ontario Mills LP
The Mills Corporation
225 W. Washington St.
Indianapolis, IN 46204-3435

Jonathan W. Young
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

T. Kellan Grant
Wildman, Harrold, Allen & Dixon
225 West Wacker Drive, Suite 3000
Chicago, IL 60606-1229

Alan Kolod
Moses & Singer LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299

Cindy Schultz
Ingersoll-Rand Fluid Products
One Aro Center
P.O. Box 151
Bryan, OH 43506

John P. Dillman
Linebarger Heard Goggan Blair
Graham Peña & Sampson, LLP
P.O. Box 3064
Houston, TX 77253-3064

Christopher L. Beard
The Beard Group
502 W. Patrick Street
Frederick, MD 21701-4002

Charles E. Gibson, III
Attorney at Law
447 Northpark Drive
Ridgeland, MS 39157

Bernice Conn
Robins, Kaplan, Miller & Ciresi LLP
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208

Paul M. Baisier
SEYFARTH SHAW
1545 Peachtree Street
Suite 700
Atlanta, GA  30309

Steven R. Schlesinger
Jaspan Schlesinger Hoffman LLP
300 Garden City Plaza
Garden City, NY  11530

Delta Chemical Corporation
2601 Cannery Avenue
Baltimore, MD  21226-1595

Steven J. Kherkher
Laurence G. Tien
Williams Kherkher Hart & Boundas, LLP
8441 Gulf Freeway, Suite #600
Houston, TX  77017

Steven T. Hoort
Ropes & Gray
One International Place
Boston, MA  02110-2624

Kimberly W. Osenbaugh
Preston Gates & Ellis LLP
925 4th Avenue
Suite 2900
Seattle, WA  98104-1158

Peter Van N. Lockwood
Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC  20005

Michael J. Urbis
Jordan, Hyden, Womble & Culbreth, P.C.
1534 E 6th St, Suite 104
Brownsville, TX  78520

Peter A. Chapman
572 Fernwood Lane
Fairless Hills, PA  19030

Katherine White
Sealed Air Corporation
200 Riverfront Boulevard
Elmwood Park, NJ  07407

Paul M. Matheny
The Law Offices of Peter G. Angelos, P.C.
5905 Harford Rd.
Baltimore, MD  21214

John M. Klamann
Dirk L. Hubbard
Klamann & Hubbard, P.A.
929 Walnut Street, Suite 800
Kansas City, MO  64106

Robert Jacobs
Jacobs & Crumplar, P.A.
Two East 7th Street
P.O. Box 1271
Wilmington, DE  19899

Joseph T. Kremer
Lipsiptz, Green, Fahringer, Roll,
Salisbury & Cambria, LLP
42 Delaware Avenue, Suite 300
Buffalo, NY  14202

Elizabeth S. Kardos
Gibbons, Del Deo, Dolan Griffinger
& Vecchione, PC
One Riverfront Plaza
Newark, NJ  07102-5497

Paul D. Henderson
Dies, Dies & Henderson
1009 W. Green Avenue
Orange, TX  77630

Thomas J. Noonan, Jr.
c/o R& S Liquidation Company
5 Lyons Mall PMB #530
Basking Ridge, NJ  07920-1928

(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen
Duane Morris LLP
744 Broad Street
Suite 1200
Newark, NJ  07102-3889

Harry Lee
Steptoe & Johnson LLP
1330 Connecticut Avenue, N.W.
Washington, DC  20036

(Tennessee Department of Environment and
Conservation – Superfund)
Paul G. Sumers
TN Attorney General's Office, Bankr. Unit
P.O. Box 20207
Nashville, TN  37202-0207

(Counsel to Public Service Electric and Gas Company)
William E. Frese
Attn:  Sheree L. Kelly
80 Park Plaza, T5D
P.O. Box 570
Newark, NJ  07101

(Counsel to numerous asbestos claimants)
Scott Wert
Foster & Sear, LLP
524 E. Lamar Blvd., Suite 200
Arlington, TX  76011

(Counsel to Weatherford U.S. Inc., and Weatherford
International Inc.)
Peter S. Goodman
Andrews & Kurth LLP
450 Lexington Avenue, 15th Floor
New York, NY  10017

(Counsel to Berry & Berry)
C. Randall Bupp
Plastiras & Terrizzi
24 Professional Center Parkway
Suite 150
San Rafael, CA  94903

Jonathan H. Alden
Assistant General Counsel
3900 Commonwealth Boulevard, MS 35
Tallahassee, FL  32399-3000

(Counsel to SAP America, Inc.)
Stephanie Nolan Deviney
Brown & Connery, LLP
360 Haddon Avenue
P.O. Box 539
Westmont, NJ  08108

State Library of Ohio
c/o Michelle T. Sutter
Revenue Recovery
274 East 1st Avenue
Columbus, OH  43201

Barbara M. Cook, County Solicitor
Katherine L. Taylor, Senior Assistant County Solicitor
Howard County Office of Law
George Howard Building
3430 Courthouse Drive
Ellicott City, MD  21043

Rosa Dominy
Bankruptcy Administration
IOS Capital, Inc.
1738 Bass Road
P.O. Box 13708
Macon, GA  31208-3708

Danice Sims
P.O. Box 66658
Baton Rouge, LA  70896

Greif, Inc.
Attn:  Credit Department
366 Greif Parkway
Delaware, OH  43015

M. Diane Jasinski
Michael D. Hess
Corporation Counsel of the City of New York
100 Church Street, Room 6-127
New York, NY  10007

Russell W. Savory
Gotten, Wilson & Savory, PLLC
88 Union Avenue, 14th Floor
Memphis, TN  38103

Janet Napolitano
Robert R. Hall
Russell W. Savory
1275 West Washington Street
Phoenix, AZ  85007-1278

Credit Manager
Belz Enterprises
100 Peabody Place, Suite 1400
Memphis, TN  38103

Andrea L. Hazzard
Hughes Hubbard & Reed LLP
One Battery Park Plaza
New York, NY  10004-1482

James P. Ruggeri
Scott A. Shail
Hogan & Harton L.L.P.
555 Thirteenth Street,.N.W.
Washington, D.C.  20004-1109

Authur Stein
1041 W. Lacey Road
P.O. Box 1070
Forked River, NJ  08731-6070

Steven R. Bourne
Nutter, McClennen & Fish, LLP
155 Seaport Blvd
Boston, MA  02210-2604

Robert H. Rosenbaum
M. Evan Meyers
Meyers, Rodbell & Rosenbaum, P.A.
Berkshire Building
6801 Kenilworth Avenue, Suite 400
Riverdale, MD 20737-1385

Daniel H. Slate
Hughes Hubbard & Reed LLP
350 South Grand Avenue
Los Angeles, CA 90071-3442

Maggie De La Rosa
Colin Moore
Provost Umphrey, LLP
490 Park Street
Beaumont, TX 77704

Kevin James
Deputy Attorney General
1515 Clay Street, 20th Floor
Oakland, CA 94612-1413

Anne Marie P. Kelley
Dilworth Paxson, LLP
LibertyView – Suite 700
457 Haddonfield Road
P.O. Box 2570
Cherry Hill, NJ 08034

Dorine Vork
Stibbe, P.C.
350 Park Avenue
New York, NY 10022

Robert Cimino
Suffolk County Attorney
Attn: Diane Leonardo Beckmann, Asst. County
H. Lee Dennison Building
100 Veterans Memorial Highway
P.O. Box 6100
Hauppauge, NY 11788-0099

Suexirda Prayaga
7365 MacLeod Lane
Ofallon, MO 63366

(Counsel to Toyota Motor Credit)
Robert T. Aulgur, Jr.
P.O. Box 617
Odessa, DE 19730

Bart Hartman
Treasurer – Tax Collector
Attn: Elizabeth Molina
1600 Pacific Highway, Room 162
San Diego, CA 92101

(Counsel to Dow Chemical Company, Hampshire
Chemical Corporation and Union
Carbide Corporation)
Kathleen Maxwell
Legal Department
The Dow Chemical Company
2030 Dow Center/Office 732
Midland, MI  48674

David Aelvoet
Linebarger Goggan Blair Graham Pena & Sampson,
LLP
Travis Park Plaza Building
711 Navarro, Suite 300
San Antonio, TX  78205

(Counsel to General Electric Capital Corporation)
Ronald S. Beacher
Pitney, Hardin, Kipp & Szuch LLP
7 Times Square
New York, NY  10036-6524

Attn: Diane Stewart
Peoples First Community Bank
P.O. Box 59950
Panama City, FL  32412-0950

E. Katherine Wells
South Carolina Department of Health and Environmental
Control
2600 Bull Street
Columbia, SC  29201-1708

Gina Baker Hantel
Attorney General Office
Bankruptcy Division
State of Tennessee
425 5th Avenue North, Floor 2
Nashville, TN  37243

James M. Garner
Sher Garner Cahill Richter Klein & Hilbert, L.L.C.
909 Poydras Street, Suite 2800
New Orleans, LA  70112

Jeffrey L. Glatzer
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY  10020-1182

William H. Johnson
Norfolk Southern Corporation
Law Department
Three Commercial Place
Norfolk, VA  23510-9242

Attn: Ted Weschler
Peninsula Capital Advisors, L.L.C.
404 East Main Street
Second Floor
Charlottesville, VA  22902

(Counsel to Wells Fargo Bank Minnesota, National Association)
Pillsbury Winthrop LLP
1540 Broadway #9
New York, NY  10036-4039

(Counsel to Aldine Independent School District)
Aldine Independent School District
Jonathan C. Hantke
Pamela H. Walters
14910 Aldine-Westfield Road
Houston, TX  77032

(Counsel to Wells Fargo Bank Minnesota, National Association)
Craig Barbarosh
Pillsbury Winthrop LLP
650 Town Center Drive, 7th Floor
Costa Mesa, CA  92626-7122

DAP Products, Inc.
c/o Julien A. Hecht
2400 Boston Street, Suite 200
Baltimore, MD  21224

(Counsel to Occidental Permian, Ltd.)
John W. Havins
Burt Barr Havins & O'Dea, L.L.P.
1001 McKinney, Suite 500
Houston, TX  77002

Steven B. Flancher
Assistant Attorney General
Department of Attorney General
Revenue Division
First Floor Treasury Building
Lansing, MI  48992

(Counsel to The Texas Comptroller
of Public Accounts)
Mark Browning
Assistant Attorney General
c/o Sherri K. Simpson, Legal Assistant
Office of the Attorney General
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

(Counsel to Asbestos Claimants)
Deirdre Woulfe Pacheco
Wilentz, Goldman & Spitzer
90 Woodbridge Center Drive
P.O. Box 10
Woodbridge, NJ  07095

(Counsel to Century Indemnity Company)
White & Williams LLP
1800 One Liberty Place
Philadelphia, PA  19103-7395

(Counsel to Anderson Memorial Hospital)
Daniel A. Speights
Speights & Runyan
200 Jackson Avenue, East
P.O. Box 685
Hampton, SC  29924

(Comptroller of Public Accounts of
the State of Texas)
Kay D. Brock
Bankruptcy & Collections Division
P.O. Box 12548
Austin, TX  78711-2548

(Counsel to WESCO Distribution, Inc.)
Julie Quagliano
Quagliano Seeger PC
2620 P Street, NW
Washington, DC  20007-3062

Cynthia C. Hemme
Senior Counsel
Nortel Networks, Inc.
4010 E. Chapel Hill-Nelson Hwy.
Research Triangle Park, NC  27709

General Motors Acceptance Corporation
P.O. Box 5055
Troy, MI  48007-5055

(Counsel to Potash Corp.)
David W. Wirt
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601

(Counsel to Amalgamated Industries and Service
Workers Benefit Fund)
Judith Greenspan , Associate Counsel
The Amalgamated Industries and
Service Workers Benefit Fund
730 Broadway, Tenth Floor
New York, NY  10003-9511

(Counsel to Certain PI Law Firms)
Sandy Esserman
Stutzman Bromberg, Esserman & Plifka, PC
2323 Bryan Street
Suite 2200
Dallas, TX  75201

Donna J. Petrone
ExxonMobil Chemical Company
Law Department – Bankruptcy
13501 Katy Freeway, Room W1-562
Houston, TX  77079-1398

(Counsel to Huntsman Corporation)
Randall A. Rios
Floyd, Isgur, Rios & Wahrlich, P.C.
700 Louisiana, Suite 4600
Houston, TX  77002

(Zonolite Attic Litigation Plaintiffs)
Thomas M. Sobol
Hagens Berman LLP
One Main Street, 4th Floor
Cambridge, Massachusetts 02142

(Zonolite Attic Litigation Plaintiffs)
Elizabeth J. Cabraser
Lieff, Cabraser, Heimann & Bernstein, LLP
Embacadero Center West, 30th Floor
275 Battery Street
San Francisco, CA  94111

(Zonolite Attic Litigation Plaintiffs)
Robert M. Fishman
Shaw Gussis Domanskis Fishman & Glantz
321 N. Clark Street
Suite 800
Chicago, Illinois 60610

(Missouri Department of Revenue)
Missouri Department of Revenue
Bankruptcy Unit
Gary L. Barnhart
PO Box 475
Jefferson City, MO  65105-0475

*Hand Delivery*
(Counsel for Sealed Air Corporation)
Mark S. Chehi
Skadden, Arps, Slate, Meagher & Flom LLP
One Rodney Square
P.O. Box 636
Wilmington, DE  19899-0636

(Peters, Smith & Company)
Mr. Charles C. Trascher III
Snellings, Breard, Sartor, Inabnett & Trascher, LLP
PO Box 2055
Monroe, LA  71207

Coudert Brothers
Attn:  Joseph D. Farrell  and Edward H. Tillinghast, III
1114 Avenue of the Americas
New York, NY  10036

(Attorney General of PA(Commonwealth of PA, Dept.
of Revenue)
Christopher R. Momjian
Senior Deputy Attorney General
I.D. No.  057482
Office of Attorney General
21 S. 12th Street, 3rd. Floor
Philadelphia, PA  19107-3603

(Counsel to Marco Barbanti)
Darrell W. Scott
The Scott Law Group
926 W. Sprague Ave., Suite 680
Spokane, WA  99201

Denise A.Kuhn
Office of Attorney General
21 S. 12th Street, 3rd Floor
Philadelphia, PA  19107-3603

(Snack, Inc.)
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY  10166

(Hearthside Residential Corp.)
Allan H. Ickowitz
Nossaman, Guthner, Knox & Elliott, LLP
445 South Figueroa Street, 31st Floor
Los Angeles,CA  90071

(Snack, Inc.)
Vahe Melkonian
Newco Management Company, LLC
6320 Canoga Avenue, Suite 1430
Woodland Hills, CA  91367

(Georgia Department of Revenue)
Oscar B. Fears, III
Assistant Attorney General
40 Capitol Square, S.W.
Atlanta, GA  30334

*Hand Delivery*
(Counsel to AON Consulting, Inc.)
Tara L. Lattomus
Eckert Seamans Cherin & Mellott, LLC
300 Delaware Avenue, Suite 1210
Wilmington, DE  19801

Philip J. Ward
Victoria Radd Rollins
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC  20005

(Counsel to AON Consulting, Inc.)
Barry D. Kleban
Eckert Seamans Cherin & Mellott, LLC
Two Liberty Place
50 South 16th Street, 22nd Floor
Philadelphia, PA  19102

Steven J. McCardell
Jared Inouye
Durham Jones & Pinegar
111 E. Broadway #900
Salt Lake City, UT  84111

Michael Selig
Westover Investments, L.L.C.
555 Old Garth Road
Charlottesville, VA  22901

Margaret A. Holland
Deputy Attorney General
New Jersey Attorney General's Office
Division of Law
R.J. Hughes Justice Complex
P.O. Box 106
Trenton, NJ  08625

Craig A. Slater
Harter, Secrest & Emery LLP
Twelve Fountain Plaza
Suite 400
Buffalo, NY  14202

Mr. Mark Hankin
HanMar Associates, M.L.P.
P.O. Box 26767
Elkins Park, PA 19027

Rachel Jeanne Lehr
Deputy Attorney General
Office of the Attorney General
R.J.Hughes Justice Complex
P.O. Box 093
Trenton, NJ  08625

(Counsel to Travelers Casualty and Surety Company)
Lynn K. Neuner
Simpson, Thacher, & Bartlett
425 Lexington Avenue
New York, NY  10017-3954

Larry A. Feind
133 Peachtree Street, N.E.
7th Floor
Atlanta ,GA  30303

(Counsel to Kaneb Pipe Line Operating Partnership LP
and Support Terminal Services, Inc.)
Gerald G. Pecht
Fulbright & Jaworski, LLP
1301 McKinney, Suite 5100
Houston, TX  77010-3095

Bryan Shapiro
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, NY  10179

Jonathan D. Berger
Russell Henkin
Berger & Montague, P.C.
1622 Locust Street
Philadelphia, PA  19103-6365

(Counsel to County Of Dallas)
Elizabeth Weller
Linebarger Goggan Blair & Sampson, LLP
2323 Bryan Street, Suite 1720
Dallas, TX  75201-2691

(Counsel to Louis S. Robles  and Robles Law Center,
P.A.)
Nicholas J. LePore, III
Schnader Harrison Segal & Lewis LLP
Suite 3600, 1600 Market Street
Philadelphia, PA  19103

(Counsel to Novak Landfill RD/RA Group)
Laurie A. Krepto
Richard G. Placey
Montgomery, McCracken, Walker & Rhoads LLP
1105 North Market Street, Suite 1500
Wilmington, DE  19801

(Counsel to National Union Fire Insurance
Co. of Pittsburgh, PA)
Michael S. Davis
Zeichner Ellman & Krause
575 Lexington Avenue
New York, NY 10022

Julie Bubnack
Debt Acquisition Company of America V, LLC
1565 Hotel Circle South
Suite 310
San Diego, CA 92108

(Counsel to The Burlington Northern and Santa Fe
Railway Company)
Richard A. O'Halloran
Burns, White & Hickton, LLC
531 Plymouth Road, Suite 500
Plymouth Meeting, PA 19462

(Counsel to Lawson Electric Co.)
Ronald D. Gorsline
Chambliss, Bahner, & Stophel, P.C.
1000 Tallan Building, Ste. 1000
Two Union Square
Chattanooga, TN 37402-2552

(Counsel to Crossroads Industrial Park, Inc. and
Weedsport Associates, LLC)
Scott Estelle, President
Crossroads Industrial Park, Inc.
P.O. Box 220
Weedsport, NY 13166

Jon Bauer
Contrarian Capital Management, LLC
411 West Putnam Avenue, Suite 225
Greenwich, CT 06830

(Counsel to the City of Knoxville)
Hillary Browning-Jones
Assistant City Attorney
P.O. Box 1631
Knoxville, TN 37901

(Counsel to County of San Diego)
Martha E. Romero
Law Offices of Martha E. Romero and Associates
6516 Bright Ave.
Whittier, CA 90602

(Counsel to Westcor)
Don C. Fletcher
The Cavanagh Firm, P.A.
1850 North Central Avenue
Suite 2400
Phoenix, AZ 85004

(Carteret Venture)
Mr. Harvey Schultz
The Schultz Organization
4 Woods End
Ocean, NJ 07712-4181

(Counsel to Union Tank Car Company)
Deborah L. Thorne
FabelHaber LLC
55 East Monroe Street, 40th Floor
Chicago, IL  60603

(Counsel to State of New York,
Dept. of Taxation and Finance)
Barbara G. Billet
Elaine Z. Cole
New York State Department of Taxation and Finance
340 E. Main Street
Rochester, NY  14604

Jenny J. Hyun
Weingarten Realty Investors
2600 Citadel Plaza Drive
Houston, TX  77008

(Special Counsel to Debtors)
James J. Restivo
Reed Smith LLP
435 Sixth Avenue
Pittsburgh, PA  15219

Brad N. Friedman
Rachel Fleishman
Milberg Weiss Bershad Hynes & Lerach LLP
One Pennsylvania Plaza
New York, NY  10119-0165

(Counsel to West Group)
Michael S. Sandberg
Hellmuth & Johnson, PLLC
10400 Viking Drive, Suite 560
Eden Prairie, MN  55344

(Counsel to Cornell University)
Anthony F. Parise
Cornell University
Office of University Counsel
300 CCC Building, Garden Avenue
Ithaca, NY  14853-2601

(Counsel to Certain Underwriters
at Lloyd's London)
Thomas J. Quinn
Mendes & Mount, LLP
750 Seventh Avenue
New York, NY  10019-6829

(Counsel to Citadel Investment Group, LLC)
Citadel Investment Group, L.L.C.
Attn:  S. Jay Novatney
131 South Dearborn Street, 36th Floor
Chicago, IL  60603

Xerox Capital Services, LLC
800 Carillon Parkway
St. Petersburg, FL  33716-9876

(Inventory Attorneys on behalf of all clients
of the Robles law firm)
Thomas Tew
Jeffrey Tew
Tew Cardenas LLP
Four Seasons Towers, 15th Floor
1441 Brickell Avenue
Miami, FL  33131

(Counsel for Arrowood Indemnity Company, f/k/a
Royal Indemnity Company)
Carl J. Pernicone
Wilson Elser Moskowitz Edelman & Dicker LLP
150 East 42nd Street
New York, NY  10019-5639

(Counsel to Town of Acton, MA)
Thomas O. Bean
Nutter, McClennen & Fish, LLP
World Trade Center West
155 Seaport Blvd.
Boston, MA  02210

(Counsel to James Grau, Anna Grau
and Harry Grau & Sons, Inc.)
Edward L. Jacobs
Bankemper & Jacobs
The Shaw House
26 Audubon Place
P.O. Box 70
Fort Thomas, KY  41075-0070

Trade-Debt.Net
281 Tresser Boulevard, Suite 1501
Stamford, CT  060901

(Counsel to Ben Bolt-Palito-Blanco ISD, Brownsville
ISD, Cameron County, Hildalgo County, Orange Grove,
Orange Grove ISD, Premont ISD)
Lori Gruver Robertson
Linebarger Goggan Blair Pena & Sampson, LLP
1949 South I.H. 35 (78741)
P.O. Box 17428
Austin, TX  78760

(Counsel for State Street Global Advisors)
(Counsel to CNA Financial Corporation)
(Counsel for Continental Casualty Company, Transportation
Insurance Company and their American insurance affiliates)
Daniel M. Glosband
Brian H. Mukherjee
Goodwin Procter LLP
Exchange Place
Boston, MA  02109

(Counsel to Carrollton-Farmers Branch Independent
School District)
Andrea Sheehan
Law Offices Of Robert E. Luna, P.C.
4411 North Central Expressway
Dallas, TX  75205

John Preefer
60 East 42nd Street, Suite 1201
New York, NY  10165

(Counsel for Federal Insurance Company)
William P. Shelley
Jacob C. Cohn
Cozen O'Connor
1900 Market Street
Philadelphia, PA  19103

Michael B. Schaedle
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA  19103

Contrarian Capital Trade Claims LP
Attn:  Alisa Minsch
411 W. Putnam Ave. S-225
Greenwich, CT  06830-6263

(Counsel to Ancel Abadic and 410 additional claimants)
Julie Ardoin
Julie Ardoin, LLC
2200 Veterans Memorial Boulevard, Suite 210 Kenner,
LA  70062-4032

Longacre Master Fund Ltd.
Attn:  Maurie Shalome
810 7th Avenue, 22nd Fl.
New York, NY  10019-5818

(Counsel to Allstate Insurance Company)
Stefano Calogero
Andrew K. Craig
Cuyler Burk, P.C.
Parsippany Corporate Center
Four Century Drive
Parsippany, NJ  07054

Sierra Asset Management LLC
2699 White Rd., Ste. 225
Irvine, CA  92614-6264

(Counsel to Citicorp Del-Lease, Inc. d/b/a Citicorp
Dealer Finance)
Sergio I. Scuteri
Capehart & Scatchard, P.A.
8000 Midlantic Drive, Suite 300 S
Mount Laurel, NJ  08054

Peter B. McGlynn
Bruce D. Levin
Bernkopf Goodman LLP
125 Summer Street, Suite 1300
Boston, MA  02110

(Counsel to Everest Reinsurance Company and Mt.
McKinley Insurance Company)
Mark D. Plevin
Leslie A. Epley
Crowell & Moring LLP
1001 Pennsylvania Avenue, N.W.
Washington, DC  20004-2595

(Counsel for David T. Austern, Asbestos PI Future
Claimants' Representative)
Roger Frankel
Richard H. Wyron
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, N.W.
Washington, D.C. 20005-1706

(Counsel to The Van Cott, Bagley, Cornwall &
McCarthy 401(K) Profit Sharing Plan)
J. Robert Nelson
Van Cott, Bagley, Cornwall & McCarthy
50 South Main Street, #1600
P.O. Box 45340
Salt Lake City, UT  84145

Lauren Holzman
Claims Processor
Euler Hermes ACI
800 Red Brook Boulevard
Owings Mills, MD  21117

(Transfer Agent)
DK Acquisition Partners
Attn:  Michael J. Leffell
885 Third Ave., Ste 3300
New York, NY  10022

(Counsel to Keri Evans, on behalf of herself and all
others similarly situated as Plaintiff in ERISA litigation,
Civil Action No. 04-11380)
Michael S. Etkin
Ira M. Levee
Lowenstein Sandler PC
65 Livingston Avenue
Roseland, NJ  07068

(Counsel to Macerich Fresno Limited Partners)
M. David Minnick
Michael P. Ellis
Gerald F. George
Pillsbury Winthrop Shaw Pittman LLP
50 Fremont Street
San Francisco, CA  94105-2228

(Counsel to Charlotte Transit Center, Inc.)
Amy Pritchard-Williams
Margaret R. Westbrook
Kennedy Covington Lobdell & Hickman, LLP
Hearst Tower, 47th Floor
214 N. Tryon Street
Charlotte, NC  28202

**Hand Delivery**
(Counsel for BNSF Railway Company)
Evelyn J. Meltzer
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market Street
Wilmington, DE  19801

(Counsel to Claimants, American Legion, Catholic Diocese of Little Rock, City of
Barnesville, Cherry Hill Plaza, Church of the Most Holy Redeemer, Church of St.
Joseph, Church of St. Luke, Church of St. Helena, Church of St. Leo the Great, First
United Methodist Church, Fargo Housing Authority, Alvin Foss, State of
Washington and Port of Seattle)
Joseph F. Rice
Anne McGinness Kearse
Motley Rice LLC
28 Bridgeside Blvd.,
P.O. Box 1792
Mt. Pleasant, SC  29465

(Counsel to Ad Hoc Committee of
Equity Security Holders)
Martin J. Bienenstock
Judy G.Z. Liu
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY  10153

(Counsel for Government Employees Insurance Company
and Columbia Insurance Company f/k/a Republic Insurance
Company)
Michael F. Brown
Jeffrey M. Boerger
Drinker Biddle & Reath LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA  19103-6996

(Counsel to Ad Hoc Committee of
Equity Security Holders)
Ralph I. Miller
Weil, Gotshal & Manges LLP
200 Crescent Court, Suite 300
Dallas, TX 75201

(Counsel to U.S. Fire Insurance Company)
George R. Calhoun
March D. Coleman
Steptoe & Johnson LLP
1330 Connecticut Avenue, NW
Washington, DC 20036

*Hand Delivery*
(Counsel for The Prudential Insurance
Company of America)
Laurie Schenker Polleck
Jaspan Schlesinger Hoffman LLP
913 Market Street, 12th Floor
Wilmington, DE 19801

(Counsel to American Premier Underwriters, Inc.)
Matthew J. Siembieda
Benjamin G. Stonelake
Scott E. Coburn
Blank Rome LLP
One Logan Square
130 North 18th Street
Philadelphia, PA 19103

(Counsel for The Scotts Company LLC)
Robert J. Sidman
Tiffany Strelow Cobb
Vorys, Sater, Seymour, and Pease LLP
52 East Gay Street
Columbus, OH 43215

(Counsel to Certain Underwriters at Lloyd's
London and Certain London Market Companies)
Mary K. Warren
Brenda D. DiLuigi
Linklaters
1345 Avenue of the Americas, 19th Floor
New York, NY 10105

(Cartus Corporation, f/k/a Cendant Mobility Services
Corporation)
Mr. Wayne Rigie
Credit Manager
Cartus Corporation
40 Apple Ridge Rd.
Danbury, CT 06810

(Transfer Agent)
Fair Harbor Capital LLC
875 Avenue of the Americas, Ste. 2305
New York, NY 10001

Fred DaVeiga
Chief Financial Administrative Officer
LabVantage Solutions, Inc.
1160 U.S. Highway 22 East
Bridgewater, NJ 08807

John Waters
Iowa Department of Revenue
Collections Section
P.O. Box 10457
Des Moines, Iowa 50306

(Counsel for the Bank Debt Holders)
Andrew N. Rosenberg
Margaret A. Phillips
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY  10019-6064

(Counsel to Ad Hoc Committee of
Equity Security Holders)
David A. Hickerson
M. Jarrad Wright
Weil, Gotshal & Manges LLP
1300 Eye Street N.W., Suite 900
Washington D.C.  20005

(Counsel for the U.S. Dept. of Health & Human Services, Center
for Medicaid and Medicare Services)
Peter D. Keisler
J. Christopher Kohn
Cathy J. Burdette
Department of Justice
Civil Division
Ben Franklin Station
P.O. Box 875
Washington, DC  20044-0875

(Counsel for The Prudential Insurance
Company of America)
Joseph L. Schwartz
Curtis M. Plaza
Craig T. Moran
Riker Danzig Scherer Hyland & Perretti LLP
Headquarters Plaza, 1 Speedwell Avenue
Morristown, NJ  07962-1981

(ZAI Claimants)
Edward J. Westbrook
Richardson, Patrick, Westbrook & Brickman, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC  29464

(Counsel for Oracle USA, Inc.,
f/k/a Siebel Systems, Inc.)
John Wadsworth
Oracle USA, Inc.
500 Oracle Parkway
MS 5op772
Redwood Shores, CA  94065

(Counsel for Arrowood Indemnity Company
f/k/a Royal Indemnity Company)
Tancred Schiavoni
Gary Svirsky
O'Melveny & Myers, LLP
7 Times Square
New York, NY  10036

District Director
Internal Revenue Service
1352 Marrows Rd.
Newark, DE  19711-5475

(Counsel for BNSF Railway Company)
Nina M. Varughese
Edward C. Toole, Jr.
Pepper Hamilton, LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA  19103-2799

Nancy Worth Davis
Ness, Motley, Loadhold, Richardson & Poole
28 Bridgeside Boulevard
P.O. Box 1792
Mount Pleasant, SC  29465

(Counsel for Aon Consulting)
Brian W. Bisignani
Post & Schell, P.C.
17 North 2nd Street, 12th Floor
Harrisonburg, PA  17101-1601

(Certain Asbestos Property Damage Claimants)
Richard Levy, Jr.
Pryor Cashman LLP
410 Park Avenue
New York, NY  10022-4441

Via Electronic Mail:
aaronsona@pepperlaw.com,acraig@cuyler.com,akrieger@stroock.com,
arich@alanrichlaw.com,arosenberg@paulweiss.com,
belais@omm.com,beth.bivans@hughesluce.com,bkenney@elslaw.com,
bleblanc@baronbudd.com,bmukherjee@goodwinprocter.com,
carignanj@pepperlaw.com,casarinom@whiteandwilliams.com,
caseyl@pepperlaw.com,Catherine.Chen@wilsonelser.com,
cbruens@kirkland.com,cgreco@kirkland.com,cmoore@provostumphrey.com,
collins@rlf.com,cportner@rnqlawfirm.com,daj@ferrarolaw.com,
david.klauder@usdoj.gov,david.primack@dbr.com,
david.turetsky@skadden.com,dbernick@kirkland.com,ddonnellon@kmklaw.com,
dfelder@orrick.com,dglosband@goodwinprocter.com,DJ.Baker@skadden.com,
dmannal@kramerlevin.com,dpastor@gilmanpastor.com,drosenbloom@mwe.com,
dspeights@speightsrunyan.com,ealcabes@stblaw.com,
elongosz@eckertseamans.com,emdecristofaro@fmew.com,
erosenthal@rmgglaw.com,esserman@sbep-law.com,ewestbrook@rpwb.com,
ewolfe@skfdelaware.com,fmonaco@wcsr.com,fournierd@pepperlaw.com,
gcalhoun@steptoe.com,gibbonsj@whiteandwilliams.com,
gmcdaniel@bglawde.com,green@lrclaw.com,gsvirsky@omm.com,
hertzbergr@pepperlaw.com,ilevee@lowenstein.com,jal@capdale.com,
James.Freeman2@usdoj.gov,jbaden@motleyrice.com,jbaer@kirkland.com,
jcohn@cozen.com,jdd@stevenslee.com,jeff.friedman@kattenlaw.com,
jguy@orrick.com,jmeltzer@sbtklaw.com,john.mcfarland@grace.com,
JOneill@pszjlaw.com,jpeachey@edmoodylaw.com,jpruggeri@hhlaw.com,
jsakalo@bilzin.com,jwaxman@cozen.com,jwisler@cblh.com,kandestin@rlf.com,
kbornstein@sbtklaw.com,kbyrne@cooneyconway.com,klove@kirkland.com,
kmangan@wcsr.com,kmiller@skfdelaware.com,kpasquale@stroock.com,
Kraus@waterskraus.com,lbusby@mmwr.com,lepley@crowell.com,
lesayian@kirkland.com,lkruger@stroock.com,
locasaleg@whiteandwilliams.com,lpg@stevenslee.com,
lstover@eckertseamans.com,madigan.andrea@epa.gov,madron@rlf.com,
mark.shelnitz@grace.com,maward@wcsr.com,mdavis@zeklaw.com,
meltzere@pepperlaw.com,merritt.pardini@kattenlaw.com,mes@stevenslee.com,
metkin@lowenstein.com,mgiannotto@goodwinprocter.com,
mhanners@baronbudd.com,mhurford@camlev.com,michael.brown@dbr.com,
miller@skfdelaware.com,mjoseph@ferryjoseph.com,mkramer@bilzin.com,
mlastowski@duanemorris.com,mlscott@cableone.net,mphillips@cblh.com,
mphillips@paulweiss.com,mpiropato@stblaw.com,mwallace@orrick.com,
nancy.manzer@wilmer.com,ndf@capdale.com,nduncan@baronbudd.com,
noah.heller@kattenlaw.com,nramsey@mmwr.com,Pbentley@kramerlevin.com,
perniconec@wilsonelser.com,pmatheny@lawpga.com,ppantaleo@stblaw.com,
pvnl@capdale.com,ramos@rlf.com,reynolds@rlf.com,rfrankel@orrick.com,
rhorkovich@andersonkill.com,richard.finke@grace.com,
rifft@wileyrein.com,rjsidman@vorys.com,RWRiley@duanemorris.com,
rwyron@orrick.com,sbaena@bilzin.com,speirce@fulbright.com,
sshimshak@paulweiss.com,stearn@rlf.com,swspencer@fmew.com,
tfreedman@kirkland.com,toolee@pepperlaw.com,tschiavoni@omm.com,
tscobb@vorys.com,ttacconelli@ferryjoseph.com,twilson@kelley-ferraro.com,
ustpregion03.wl.ecf@usdoj.gov,wrussell@stblaw.com,wshelley@cozen.com
cc: candon@cwg11.com,cohn@cwg11.com,landis@lrclaw.com,mumford@lrclaw.com

393.001-23700.DOC