# Exhibit A

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., et al.,[1] | Case No. 01-01139 (JKF)<br>(Jointly Administered) |
| Debtors. | |

**FEE DETAIL FOR FOLEY HOAG LLP'S MONTHLY FEE APPLICATION FOR THE PERIOD OF NOVEMBER 1, 2008 THROUGH NOVEMBER 30, 2008**

---

[1] The Debtors consist of the following 62 entities: W. R. Grace & Co. (f/k/a Grace Specialty Chemicals, Inc.), W. R. Grace & Co.-Conn., A-1 Bit & Tool Co., Inc., Alewife Boston Ltd., Alewife Land Corporation, Amicon, Inc., CB Biomedical, Inc. (f/k/a Circe Biomedical, Inc.), CCHP, Inc., Coalgrace, Inc., Coalgrace II, Inc., Creative Food 'N Fun Company, Darex Puerto Rico, Inc., Del Taco Restaurants, Inc., Dewey and Almy, LLC (f/k/a Dewey and Almy Company), Ecarg, Inc., Five Alewife Boston Ltd., G C Limited Partners I, Inc. (f/k/a Grace Cocoa Limited Partners I, Inc. ), G C Management, Inc. (f/k/a Grace Cocoa Management, Inc.), GEC Management Corporation, GN Holdings, Inc., CPC Thomasville Corp., Gloucester New Communities Company, Inc. Grace A-B Inc., Grace A-B II Inc., Grace Chemical Company of Cuba, Grace Culinary Systems, Inc., Grace Drilling Company, Grace Energy Corporation, Grace Environmental, Inc., Grace Europe, Inc., Grace H-G Inc., Grace H-G II Inc., Grace Hotel Services Corporation, Grace International Holdings, Inc. (f/k/a Dearborn International Holdings, Inc.), Grace Offshore Company, Grace PAR Corporation, Grace Petroleum Libya Incorporated, Grace Tarpon Investors, Inc., Grace Ventures Corp, Grace Washington, Inc., W. R. Grace Capital Corporation, W. R. Grace Land Corporation, Gracoal, Inc., Gracoal II, Inc., Guanica-Caribe Land Development Corporation, Hanover Square Corporation, Homco International, Inc., Kootenai Development Company, L B Realty, Inc., Litigation Management, Inc. (f/k/a GHSC Holding, Inc., Grace JVH, Inc., Asbestos Management, Inc.), Monolith Enterprises, Incorporated, Monroe Street, Inc., MRA Holdings Corp. (f/k/a Nestor-BNA Holdings Corporation), MRA Intermedco, Inc. (f/k/a Nestor-BNA, Inc.), MRA Staffing Systems, Inc. (f/k/a British Nursing Association, Inc.), Remedium Group, Inc. (f/k/a Environmental Liability Management, Inc., E&C Liquidating Corp., Emerson & Cuming, Inc.), Southern Oil, Resin & Fiberglass, Inc., Water Street Corporation, Axial Basin Ranch Company, CC Partners (f/k/a Cross Country Staffing), Hayden-Gulch West Coal Company, H-G Coal Company.

**Matter 88 – Acton Site OU3**

**Fees**

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 2.2 | $1,243.00 |
| | | | | | |
| **TOTAL** | | | | **2.2** | **$1,243.00** |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

December 29, 2008
Invoice No.: 429575
Matter No.: 08743.00088

**Re:    Acton Site OU3**

For Professional Services rendered through November 30, 2008

| | |
|---|---|
| Fees | $1,243.00 |
| **Total Fees and Disbursements** | **$1,243.00** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 429575
December 29, 2008
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 11/06/08 | Jaffe | Review, revise, draft response to EPA regarding sediment cleanup issues and emails with team regarding same (0.8). | 0.8 |
| 11/10/08 | Jaffe | Review sediment cleanup issues and telephone call with Ms. John regarding same (0.6). | 0.6 |
| 11/11/08 | Jaffe | Telephone call and email with Ms. Johns regarding sediment issues and revise letter to EPA regarding same (0.8). | 0.8 |
| | | **Total Hours** | **2.2** |

Matter No.: 08743.00088
Re: Acton Site OU3

Invoice No.: 429575
December 29, 2008
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|---|---|
| Jaffe | 2.2 |

| | |
|---|---|
| **Total Fees** | **$1,243.00** |

| | |
|---|---|
| **Total Fees** | **$1,243.00** |
| **Total Fees and Disbursements** | **$1,243.00** |

 **FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 29, 2008
Invoice No.: 429575
Matter No.: 08743.00088

Re:   **Acton Site OU3**

**Total Fees and Disbursements**      **$1,243.00**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:** <br> Citizens Bank <br> 1 Citizens Drive <br> Providence, RI 02915 | ABA: 011500120 <br> Swift #: CTZIUS33 <br> Account # 1133945993 <br> Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00088, **Invoice #:** 429575
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

## Matter 101 – Bankruptcy Matters

### Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 1.1 | $621.50 |
| Adam P. Kahn | Partner | Environmental | $565.00 | 1.1 | $621.50 |
| | | | | | |
| TOTAL | | | | 2.2 | $1,243.00 |

### Expenses

| Description | Total |
|---|---|
| Photocopies | $53.04 |
| | |
| TOTAL | $53.04 |


# FOLEY HOAG LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

December 29, 2008
Invoice No.: 429574
Matter No.: 08743.00101

**Re:    Bankruptcy Matters**

For Professional Services rendered through November 30, 2008

| | |
|---|---:|
| Fees | $1,243.00 |
| Disbursements | 53.04 |
| **Total Fees and Disbursements** | **$1,296.04** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00101

Re: Bankruptcy Matters

Invoice No.: 429574

December 29, 2008

Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 11/06/08 | Jaffe | Quarterly fee application preparation (1.1). | 1.1 |
| 11/06/08 | Kahn | Attention to quarterly filing (0.7). | 0.7 |
| 11/13/08 | Kahn | Attention to quarterly filing (0.4). | 0.4 |
| | | **Total Hours** | **2.2** |

Matter No.: 08743.00101
Re: Bankruptcy Matters

Invoice No.: 429574
December 29, 2008
Page 3

### TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Kahn | 1.1 |
| Jaffe | 1.1 |

| | |
|---|---|
| **Total Fees** | **$1,243.00** |

### Disbursement Summary

| Date | | Amount |
|------|---|--------|
| 11/30/08 | In-House Photocopying | 53.04 |

| | |
|---|---|
| **Total Disbursements** | **$53.04** |

| | |
|---|---|
| **Total Fees** | **$1,243.00** |
| **Total Disbursements** | **53.04** |
| **Total Fees and Disbursements** | **$1,296.04** |



FOLEY
HOAG LLP

Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 29, 2008
Invoice No.: 429574
Matter No.: 08743.00101

**Re:   Bankruptcy Matters**

**Total Fees and Disbursements**          **$1,296.04**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt Account |

Reference
Information:

**Client/Matter #:** 08743.00101, **Invoice #:** 429574
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company

**Matter 102 - Blackburn and Union Privileges Superfund Site, Walpole, Mass**

Fees

| Name of Professional Person | Position | Department | Hourly Billing Rate | Total Hours Billed | Total Compensation |
|---|---|---|---|---|---|
| Seth D. Jaffe | Partner | Environmental | $565.00 | 2.6 | $1,469.00 |
| Jacob N. Polatin | Partner | Real Estate | $565.00 | 1.3 | $  734.50 |
|  |  |  |  |  |  |
| **TOTAL** |  |  |  | **3.9** | **$2,203.50** |

Expenses

| Description | Total |
|---|---|
| Photocopies | $1.68 |
| Document Preparation | $9.00 |
|  |  |
| **TOTAL** | **$10.68** |



**FOLEY HOAG** LLP

Adam P. Kahn
617-832-1206
Boston

W.R. Grace & Co.

December 29, 2008
Invoice No.: 429573
Matter No.: 08743.00102

**Re:     Blackburn and Union Privileges Superfund Site, Walpole, Mass**

For Professional Services rendered through November 30, 2008

| | |
|---|---|
| Fees | $2,203.50 |
| Disbursements | 10.68 |
| **Total Fees and Disbursements** | **$2,214.18** |

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000

BOSTON        WASHINGTON        EMERGING ENTERPRISE CENTER        FOLEYHOAG.COM

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 429573
December 29, 2008
Page 2

| Date | Timekeeper | Narrative | Hours |
|------|-----------|-----------|-------|
| 11/03/08 | Jaffe | Review asbestos research and emails with team regarding same (0.4). | 0.4 |
| 11/10/08 | Jaffe | Review draft stipulation filing and emails with Ms. Duff regarding same (0.8). | 0.8 |
| 11/19/08 | Polatin | Correspondence to M. Loria regarding title searches (0.5). | 0.5 |
| 11/21/08 | Jaffe | Emails with client regarding Covidien stipulation (0.2). | 0.2 |
| 11/24/08 | Jaffe | Emails with Ms. Johns and J. Polatin regarding deed restriction (0.3); review, revise, draft response to creditors regarding Covidien settlement and emails with team regarding same (0.9). | 1.2 |
| 11/24/08 | Polatin | Revise Deed (0.6); check title status (0.2). | 0.8 |
|  |  | **Total Hours** | **3.9** |

Matter No.: 08743.00102
Re: Blackburn and Union Privileges Superfund Site, Walpole, Mass

Invoice No.: 429573
December 29, 2008
Page 3

## TIMEKEEPER SUMMARY

| Timekeeper | Hours |
|------------|-------|
| Polatin    | 1.3   |
| Jaffe      | 2.6   |

| Total Fees | $2,203.50 |
|------------|-----------|

## Disbursement Summary

| Date | | Amount |
|------|------|--------|
| 11/30/08 | In-House Photocopying | 1.68 |
| 11/30/08 | Document Preparation | 9.00 |

| Total Disbursements | $10.68 |
|---------------------|--------|

| Total Fees | $2,203.50 |
|------------|-----------|
| Total Disbursements | 10.68 |
| Total Fees and Disbursements | $2,214.18 |



Adam P. Kahn
617-832-1206
Boston

# REMITTANCE PAGE

**To ensure proper payment to your account, please include this page with your payment.**

W.R. Grace & Co.

December 29, 2008
Invoice No.: 429573
Matter No.: 08743.00102

**Re:** **Blackburn and Union Privileges Superfund Site, Walpole, Mass**

**Total Fees and Disbursements**          **$2,214.18**

**Remittance Address:**
Foley Hoag LLP
Box 83176
Woburn, MA 01813-3176

**Fed-Ex Remittance Address:**
Foley Hoag LLP
Box 83176
100 Maple Street
Stoneham, MA 02180-3125

| Federal Tax ID : 04-2150535 | |
|---|---|
| **Wire Instructions:**<br>Citizens Bank<br>1 Citizens Drive<br>Providence, RI 02915 | ABA: 011500120<br>Swift #: CTZIUS33<br>Account # 1133945993<br>Beneficiary: Foley Hoag LLP – Wire Receipt<br>Account |

Reference
Information:

**Client/Matter #:** 08743.00102, **Invoice #:** 429573
**Billing Attorney:** Adam P. Kahn
**Wire Originator:** W.R. Grace & Company