## CERTIFICATE OF SERVICE

      I, Ann C. Cordo, certify that I am not less than 18 years of age, and that service of the **Travelers Casualty And Surety Company's Preliminary Bullet Point Objections To Confirmation Of First Amended Joint Plan Of Reorganization** was caused to be made on December 31, 2008, in the manner indicated upon the parties identified on the attached service list.

      Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: December 31, 2008

                                                                Ann C. Cordo (No. 4817)

2647086.2