# SERVICE LIST

**VIA HAND DELIVERY**

Teresa D. Currier
Buchanin Ingersoll & Rooney PC
The Brandywine Building
1000 West Street
Suite 1410
Wilmington, DE  19801

Marla R. Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 King Street
Suite 300
Wilmington, DE  19801

Michael R. Lastowski
Duane Morris LLP
1100 N. Market Street
Suite 1200
Wilmington, DE  19801

David Klauder
Office of the United States Trustee
Federal Building
844 King Street, Suite 2313
Wilmington, DE  19801

Laura Davis Jones
James E. O'Neill
Timothy Cairns
Pachulski Stang Ziehl & Jones LLP
919 N. Market Street
16th Floor
Wilmington, DE  19801

John C. Phillips, Jr.
Phillips Goldman & Spence, PA
1200 N. Broom Street
Wilmington, DE  19801

**VIA FIRST CLASS MAIL**

Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC  20005

Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue
New York, NY  10153

David M. Bernick, P.C.
Janet S. Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL  60601

Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY  10022

Philip Bentley
Douglas Mannal
Kramer Levin Naftalis & Frankel LLP
919 Third Avenue
New York, NY  10022

Roger Frankel
Richard H. Wyron
Debra L. Felder
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC  20005

Kenneth Pasquale
Arlene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY  10038-4982