**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al.*, | : | Case No. 01-01139 (JKF) |
| | : | Jointly Administered |
| Debtors in Possession. | : | |

## NOTICE OF SERVICE OF EXPERT WITNESS REPORTS

Pursuant to the Court's Initial Case Management Order related to the First Amended Joint Plan of Reorganization, the Official Committee of Asbestos Personal Injury Claimants (ACC) hereby gives notice that the expert reports of Laura Welch, M.D. and Dr. William Longo were served by electronic mail and first class mail on the parties identified in the attached Exhibit A. Each report (or its attachments) sets forth a complete statement of all opinions to be expressed by the witness and the basis and reasons therefor; a list of the data or other information relied upon or considered by the witness in forming the opinions; the qualifications of each witness, including a list of all publications authored by the witness within the past 10 years, if any; and a listing of cases in which the witness has testified as an expert within the past four years.

The ACC believes that these two expert reports are relevant only to Phase II Confirmation Hearing issues. However, for the avoidance of doubt, to the extent that any of the matters addressed in these reports are determined by the Court to be relevant to Phase I Confirmation Hearing issues these reports are designated for Phase I as well.

The ACC reserves the right to provide supplemental or rebuttal reports from these or other experts in connection with Phase II proceedings to address any and all issues raised by

parties who oppose confirmation of the First Amended Joint Plan of Reorganization. The ACC further reserves the right to provide expert reports from these or other experts in connection with Phase I of the Confirmation Hearing, either as initial reports or supplemental/rebuttal reports.

|  |  |
|---|---|
|  | **CAMPBELL & LEVINE, LLC** |
| December 31, 2008 | /s/ Marla R. Eskin |
|  | Marla R. Eskin (No. 2989) |
|  | Mark T. Hurford (No. 3299) |
|  | 800 N. King Street, Suite 300 |
|  | Wilmington, DE 19801 |
|  | Telephone: (302) 426-1900 |
|  | Telefax: (302) 426-9947 |
|  | meskin@camlev.com |
|  | mhurford@camlev.com |

**CAPLIN & DRYSDALE, CHARTERED**
Elihu Inselbuch
375 Park Avenue, 35th Floor
New York, NY 10152-3500
Telephone: (212) 319-7125
Telefax: (212) 644-6755

Peter Van N. Lockwood
Nathan D. Finch
Jeffrey A. Liesemer
One Thomas Circle, N.W.
Washington, D.C. 20005
Telephone: (202) 862-5000
Telefax: (202) 429-3301

*Counsel for the Official Committee*
*of Asbestos Personal Injury Claimants*

{D0143766.1 }