**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| W.R. GRACE & CO., *et al*., | : | Case No. 01-01139 (JKF) |
| | : | Jointly Administered |
| Debtors in Possession. | : | |

## **CERTIFICATE OF SERVICE**

I, Marla Rosoff Eskin, of Campbell & Levine, LLC, hereby certify that on December 31, 2008 I caused a copy of the *Notice of Service of Expert Witness Reports* to be served upon the individuals on the attached 2002 service list via first-class mail unless otherwise indicated.

Dated:  December 31, 2008          */s/Marla Rosoff Eskin*
                                                              Marla Rosoff Eskin (DE No. 2989)

{D0143803.1 }