IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. GRACE & CO., *et al.*, | Case No. 01-01139 (JKF) <br> Jointly Administered |
| Debtors. | Ref. No. 20204 |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that on the 31st day of December, 2008, true and correct copies of the Expert Reports listed on the attached Exhibit A were caused to be served on the parties on the service list attached hereto as Exhibit B in the manner as indicated.

Dated: December 31, 2008
Wilmington, Delaware

**LANDIS RATH & COBB LLP**

*/s/ Kerri Mumford*

Adam G. Landis (No. 3407)
Kerri K. Mumford (No. 4186)
919 Market Street, Suite 1800
Wilmington, DE 19801
Telephone: (302) 467-4400
Facsimile: (302) 467-4450

- and -

Daniel C. Cohn
Christopher M. Candon
**COHN WHITESELL & GOLDBERG LLP**
101 Arch Street
Boston, MA 02110
Telephone: (617) 951-2505
Facsimile: (617) 951-0679

*Counsel for the Libby Claimants*