**Exhibit A**
**List of Expert Reports**

(a) Expert Report by Dr. Alan C. Whitehouse, dated December 29, 2008

(b) Expert Report of Dr. Arthur Frank, dated December 19, 2008

(c) Experts Report of Dr. Terry Spear, dated December 29, 2008