**Exhibit B**
**Service List**

***Via Electronic Mail (Text Reports Only)***

(Counsel to Debtors)
James E. O'Neill
Timothy P. Cairns
Kathleen P. Makowski
PACHULSKI STANG ZIEHL & JONES LLP
Email:  joneill@pszjlaw.com
         tcairns@pszjlaw.com
         kmakowski@pszjlaw.com

(Counsel to Debtors)
Janet S. Baer
David M. Bernick
Lisa G. Esayian
Christopher T. Greco
KIRKLAND & ELLIS LLP
Email:  jbaer@kirkland.com
         dbernick@kirkland.com
         lesayian@kirkland.com
         cgreco@kirkland.com

(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Elihu Inselbuch
Jeffrey A. Leisemer
Peter Lockwood
Nathan D. Finch
CAPLIN & DRYSDALE, CHARTERED
Email:  ei@capdale.com
         jal@capdale.com
         pvnl@capdale.com
         ndf@capdale.com

(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Robert Horkovich
Robert Chung
ANDERSON, KILL & OLICK, P.C.
Email:  rhorkovich@andersonkill.com
         rchung@andersonkill.com

(Counsel to the Official Committee of Asbestos Personal Injury Claimants)
Marla Rosoff Eskin
Mark T. Hurford
CAMPBELL & LEVINE, LLC
Email:  meskin@camlev.com
         mhurford@camlev.com

(Counsel to Asbestos PI Future Claimants' Representative)
John C. Phillips
PHILLIPS, GOLDMAN & SPENCE, P.A.
Email: jcp@pgslaw.com

(Counsel to Asbestos PI Future Claimants' Representative)
Roger Frankel
Richard H. Wyron
Deborah Felder
ORRICK, HERRINGTON & SUTCLIFFE LLP
Email: rfrankel@orrick.com
       rwyron@orrick.com
       dfelder@orrick.com

(Counsel to Official Committee of Equity Security Holders)
Phillip Bentley
Douglas Mannal
KRAMER LEVIN NAFTALIS & FRANKEL LLP
Email: pbently@kramerlevin.com
       dmannal@kramerlevin.com

(Counsel to Official Committee of Equity Security Holders)
Richard A. Forsten
Teresa K.D. Currier
BUCHANAN INGERSOLL & ROONEY PC
Email: richard.forsten@bipc.com
       Teresa.currier@bipc.com

(Counsel to Official Committee of Unsecured Creditors)
Lewis Kruger
Kenneth Pasquale
Arlene Krieger
STROOCK & STROOCK & LAVAN LLP
Email: lkruger@stroock.com
       kpasquale@stroock.com
       akrieger@streoock.com

(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen
Michael R. Lastowski
Richard W. Riley
DUANE MORRIS LLP
Email: wskatchen@duanemorris.com
       mlastowski@duanemorris.com
       rwriley@duanemorris.com

(Counsel to Official Committee of PD Claimants)
Scott L. Baena
Jay Sakalo
Matthew I. Kramer
BILZIN SUMBERG BAENA PRICE & AXELROD LLP
Email:  sbaena@bilzin.com
        jsakalo@bilzin.com
        mkramer@bizin.com

(Counsel to Official Committee of PD Claimants)
Michael B. Joseph
Theodore Tacconelli
FERRY, JOSEPH & PEARCE, P.A.
Email:  mjoseph@ferryjoseph.com
        ttacconelli@ferryjoseph.com

(Counsel to Asbestos PD Future
Claimants' Representative)
Alan B. Rich
ALAN RICH LAW
Email:  arich@alanrichlaw.com

Roberta A. Deangelis
Acting United States Trustee
Email:  david.klauder@usdoj.gov
        ustpregion03.wl.ecf@usdoj.gov

(Counsel to the State of Montana)
Francis A. Monaco, Jr.
Kevin J. Mangan
Matthew P. Ward
WOMBLE CARLYLE SANDRIDGE & RICE, PLLC
Email:  fmonaco@wcsr.com
        kmangan@wcsr.com
        maward@wcsr.com

Mark D. Collins
Jason M. Madron
Robert J. Stearn, Jr.
Cory D. Kandestin
RICHARDS, LAYTON & FINGER, P.A.
Email:  collins@rlf.com
        madron@rlf.com
        stearn@rlf.com
        kandestin@rlf.com

David M. Fournier
James C. Carignan
Robert S. Hertzberg
Evelyn J. Meltzer
Edward C. Toole, Jr.
PEPPER HAMILTON LLP
Email:  fournierd@pepperlaw.com
    carignanj@pepperlaw.com
    hertzbergr@pepperlaw.com
    meltzere@pepperlaw.com
    toolee@pepperlaw.com

Michael S. Etkin
Ira M. Levee
LOWENSTEIN SANDLER PC
Email:  metkin@lowenstein.com
    ilevee@lowenstein.com

David Pastor
GILMAN & PASTOR, LLP
Email:  dpastor@gilmanpastor.com

Noah Heller
Merritt A. Pardini
Jeff Friedman
KATTEN MUCHIN ROSENMAN LLP
Email:  noah.heller@kattenlaw.com
    merritt.pardini@kattenlaw.com
    jeff.friedman@kattenlaw.com

(Counsel for Zurich Insurance Company, Zurich International (Bermuda) Ltd., and Maryland Casualty Company)
Edward J. Longosz, II
Laura G. Stover
ECKERT SEAMANS CHERIN & MELLOTT, LLC
Email:  elongosz@eckertseamans.com
    lstover@eckertseamans.com

(Counsel for Continental Casualty Company, Transportation Insurance Company and their American insurance affiliates)
Elizabeth DeCristofara
Shayne W. Spencer
FORD MARRIN ESPOSITO WITMEYER & GLESER, L.L.P.
Email:  emdecristofaro@fmew.com
    swspencer@fmew.com

(Counsel for Zurich Insurance Company, Zurich International (Bermuda) Ltd., and Maryland Casualty Company)
Richard A. Ifft
WILEY REIN LLP
Email:  rifft@wileyrein.com

393.001-23699.DOC

(Counsel for Federal Insurance Company)
Jeffrey R. Waxman
William P. Shelley
Jacob C. Cohen
COZEN O'CONNOR
Email:  jwaxman@cozen.com
		wshelley@cozen.com
		jcohn@cozen.com

Marc S. Casarino
Joseph Gibbons
Gregory T. LoCasale
WHITE AND WILLIAMS, LLP
Email:  casarinom@whiteandwilliams.com
		gibbonsj@whiteandwilliams.com
		locasaleg@whiteandwilliams.com

Warren T. Pratt
David P. Primack
DRINKER BIDDLE & REATH LLP
Email:  warren.pratt@dbr.com
		david.primack@dbr.com

(Counsel for Fireman's Fund Insurance Company and Riumione Adriatica Di Sicorta)
John D. Demmy
Leonard P. Goldberger
Marnie E. Simon
STEVENS & LEE, P.C.
Email:  jdd@stevenslee.com
		lpg@stevenslee.com
		mes@stevenslee.com

Stephan J. Shimshak
Andrew N. Rosenberg
Margaret A. Phillips
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
Email:  sshimshak@paulweiss.com
		arosenberg@paulweiss.com
		mphillips@paulweiss.com

(Counsel to Royal Indemnity Company, Arrowood Indemnity Company)
Ian Connor Bifferato
Garvan F. McDaniel
BIFFERATO GENTILOTTI LLC
Email:  cbifferator@bglawde.com
		gmcdaniel@bglawde.com

(Counsel to Royal Indemnity Company, Arrowood Indemnity Company)
Carl J. Pernicone
Catherine Chen
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
Email:  carl.pernicone@wilsonelser.com
        Catherine.chen@wilsonelser.com

Peter V. Pantaleo
William T. Russell, Jr.
Marissa A. Piropato
Elisa Alcabes
SIMPSON THACHER & BARTLETT LLP
Email:  ppantaleo@stblaw.com
        wrussell@stblaw.com
        ealcabes@stblaw.com

George R. Calhoun V.
STEPTOE & JOHNSON LLP
Email:  gcalhoun@steptoe.com

David Turetsky
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Email:  david.turetsky@skadden.com

Andrew K. Craig
CUYLER BURK P.C.
Email:  acraig@cuyler.com

Michael S. Davis
ZEICHNER ELLMAN & KRAUSE LLP
Email:  mdavis@zeklaw.com

***Via Hand Delivery (Reports and Reliance Material CDs)***

(Counsel to Debtors)
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

(Counsel to the Official Committee of Asbestos Personal Injury Claimants)
Marla Rosoff Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801

(Counsel to Asbestos PI Future Claimants' Representative)
John C. Phillips
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

(Counsel to Official Committee of Equity Security Holders)
Richard A. Forsten
Teresa K.D. Currier
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801

(Counsel to Official Committee of Unsecured Creditors)
Michael R. Lastowski
Duane Morris LLP
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246

(Counsel to Official Committee of PD Claimants)
Theodore Tacconelli
Ferry, Joseph & Pearce, P.A.
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19899

***Via Federal Express (Reports and Reliance Material CDs)***

(Counsel to Debtors)
Janet S. Baer
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601

(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005

(Counsel to Asbestos PI Future Claimants' Representative)
Roger Frankel
Orrick Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC  20005

(Counsel to Official Committee of Equity Security Holders)
Phillip Bentley
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY  10036

(Counsel to Official Committee of Unsecured Creditors)
William S. Katchen
Duane Morris LLP
744 Broad Street, Suite 1200
Newark, NJ  07102-3889

(Counsel to Official Committee of Unsecured Creditors)
Kenneth Pasquale
Arlene Krieger
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

(Counsel to Official Committee of PD Claimants)
Scott L. Baena
Jay Sakalo
Bilzin Sumberg Baena Price & Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

(Counsel to Asbestos PD Future Claimants' Representative)
Alan B. Rich
One Main Place
1201 Main Street, Suite 1910
LB 201
Dallas, TX  75202

393.001-23699.DOC