UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 ( JKF) <br> (Jointly Administered) |
| Debtors. | Objection Deadline: January 2, 2009 at 4:00 p.m. <br> Hearing Date: January 13, 2009 at 9:00 a.m. |

**OBJECTION OF THE UNITED STATES TO
ZAI CLAIMANT'S MOTION FOR ORDER OF PRELIMINARY APPROVAL
OF CLASS SETTLEMENT AND CERTIFICATION OF THE U.S. ZAI CLASS**

Because the United States cannot be included in a class represented by private class counsel without its consent, the United States of America, on behalf of the Department of Agriculture, Forest Service, hereby objects to the ZAI Claimant's Motion for Order of Preliminary Approval of Class Settlement and Certification of the U.S. ZAI Class. In support of this objection, the United States states as follows:

1. On or before the bar date for filing ZAI proof of claim forms, October 31, 2008, the United States Department of Agriculture, Forest Service, filed its ZAI proofs of claim asserting property damage claims against the Debtor(s).

2. The Class Settlement Agreement, Appendix A to ZAI Claimants' Memorandum in Support of Preliminary Approval of Class Settlement and Certification of the U.S. ZAI Class, defines the "Class" as "all holders of U.S. ZAI Claims that were filed with the Bankruptcy Court on or before the U.S. ZAI Bar Date." (Class Settlement Agreement at 1, ¶ g.)

3. The Class Settlement Agreement's definition of the Class is objectionable because it would include the United States. The United States, however, cannot by law be a member of a class represented by private counsel, without its consent, which is given only in exceptional

circumstances not present here. Federal law provides that "the conduct of litigation in which the United States, an agency, or the officer thereof is a party, or is interested . . . is reserved to officers of the Department of Justice, under the direction of the Attorney General." 28 U.S.C. § 516. In addition, 28 U.S.C. § 519 states that "[e]xcept as otherwise authorized by law, the Attorney General shall supervise all litigation to which the United States, an agency, or officer thereof is a party . . . ." Thus, a class represented by private counsel cannot, as a matter of law, include the United States or any of its agencies as a class member because private counsel is not authorized to represent the United States and cannot bind the United States.

4. The United States objects to the Class Settlement Agreement only to the extent that the definition of the "Class" includes the United States. If the United States is expressly excluded as a Class member without prejudice to its underlying claims, then the United States would withdraw its objection to the ZAI Claimant's Motion for Order of Preliminary Approval of Class Settlement and Certification of the U.S. ZAI Class.

Dated: January 2, 2009

Respectfully submitted,

GREGORY KATSAS
Assistant Attorney General

COLM F. CONNOLLY
United States Attorney

  /s/ Beth E. Cook
J. CHRISTOPHER KOHN
TRACY J. WHITAKER
BETH E. COOK
Attorneys, Civil Division
United States Department of Justice
P.O. Box 875
Ben Franklin Station

Washington, DC 20044-0874
Telephone: (202) 616-2265
Facsimile: (202) 514-9163
beth.cook@usdoj.gov

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on January 2, 2009, by electronic service through the office of the clerk or by facsimile on the following:

Edward J. Westbrook
Robert M. Turkewitz
Richardson, Patrick, Westbrook &
Brickman, LLC
1037 Chuck Dawley Blvd., Bldg. A
Mt. Pleasant, SC 29464

Darrell W. Scott
The Scott Law Group, P.S.
926 W. Sprague Avenue
Chronicle Building, Suite 680
Spokane, WA 99201

William D. Sullivan
William A. Hazeltine
Elihu E. Allinson, III
Sullivan Hazeltine Allinson LLC
4 East 8th Street, Suite 400
Wilmington, DE 19801

David M. Bernick, P.C.
Theodore L. Freedman
Janet S. Baer
Deanna D. Boll
Kirkland & Ellis LLP
153 East 53rd Street
New York, NY 10022

Laura Davis Jones
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899-8705

/s/ Beth E. Cook
Beth E. Cook