## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | **Chapter 11** |
| | § | |
| **W. R. GRACE & CO., et al.,** | § | **Case No. 01-01139 (JKF)** |
| | § | |
| *Debtors.* | § | **Jointly Administered** |
| | § | |
| | § | Objection Deadline: 1/23/08 |
| | § | Hearing Date: TBD (if needed) |

**SUMMARY OF APPLICATION OF ALAN B. RICH, ESQ. FOR
COMPENSATION FOR SERVICES AND REIMBURSEMENT OF
EXPENSES AS COUNSEL TO THE LEGAL REPRESENTATIVE FOR
FUTURE ASBESTOS-RELATED PROPERTY DAMAGE CLAIMANTS
AND HOLDERS OF DEMANDS FOR THE FOURTH MONTHLY INTERIM
<u>PERIOD FROM DECEMBER 1, 2008 THROUGH DECEMBER 31, 2008</u>**

| | |
|---|---|
| Name of Applicant: | Alan B. Rich, Esq. |
| Authorized to Provide Services To: | Hon. Alexander M. Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands |
| Date of Retention: | September 29, 2008 (*nunc pro tunc*) |
| Period for Which Compensation and Reimbursement is Sought: | December 1, 2008 through December 31, 2008 |
| Amount of Fees Sought as Actual Reasonable and Necessary: | $18,510.00 |
| Amount of Expenses Sought as Actual, Reasonable and Necessary: | $1,482.39 |

This is a(n):   ☒ Monthly      ☐ Interim      ☐ Final Application

-1-

PRIOR APPLICATIONS

| Date Filed | Period Covered | Requested Fees[1] | Requested Expenses | Status of Fees | Status of Expenses |
|---|---|---|---|---|---|
| 11/15/2008 | 9/29/2008 to 9/30/2008 | $5,796.00 | $693.50 | CNO Filed | CNO Filed |
| 11/15/2008 | 10/1/2008 to 10/30/2008 | $24,380.00 | $3,821.18 | CNO Filed | CNO Filed |
| 12/11/2008 | 11/1/2008 to 11/30/2008 | $35,326.00 | $4,010.79 | CNO Filed | CNO Filed |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

Alan B. Rich is the only attorney providing services in this Fee Application period.  Mr. Rich has practiced law for 24 years, and his billing rate is $575 per hour.  In this Application period Mr. Rich billed 38.9 hours[2], for a total amount billed of $22,367.50, of which 80% is

---

[1] At 80% of the total incurred.

[2] Non-Productive travel time is including in this figure, but at 50% of the actual time.

currently sought, in the amount of $18,510.00.

As stated above, this is the Fourth application for monthly fees and expenses.  The time for preparation of this Application is approximately 1.5 hours, for which $862.50 will be requested in a future application.

## COMPENSATION BY PROJECT CATEGORY

| Project Category | Hours | Amount |
|---|---|---|
| Disclosure Statement and Confirmation | 27.2 | $15,640.00 |
| Travel | 20.4 | $5,865.00 |
| Fee Applications | 1.5 | $862.50 |
| TOTAL | 49.1 | $22,367.50 |

## EXPENSE SUMMARY

| Description | Expense |
|---|---|
| Travel | $1,482.39 |
| TOTAL | $1,482.39 |

Detail of the fees and expenses billed is attached hereto as Exhibit A.

## CERTIFICATION OF COUNSEL PURSUANT TO LOCAL RULE 2016-2(f)

I, Alan B. Rich, a professional person seeking approval of this Monthly Fee Application, and having reviewed the requirements of Local Rule 2016-2, hereby certify that in my opinion, this Monthly Fee Application complies with Local Rule 2016-2.

Respectfully Submitted,

_____
Alan B. Rich, Esq.
Texas Bar No. 16842350
1201 Main Street, Suite 1910, LB 201
Dallas, Texas 75202
(214) 532-4437
arich@alanrichlaw.com

COUNSEL TO HON. ALEXANDER
M. SANDERS, JR., LEGAL
REPRESENTATIVE FOR FUTURE
ASBESTOS-RELATED PROPERTY
DAMAGE CLAIMANTS AND HOLDERS
OF DEMANDS

## CERTIFICATE OF SERVICE

    I certify that on the 2nd day of January, 2009,  this document was served through the ECF system on all persons who have requested notice through the ECF system.

_____

# EXHIBIT A

# Alan B. Rich

*Attorney and Counselor*
One Main Place
1201 Main Street
Suite 1910, LB 201
Dallas, Texas 75202-3909
Telephone 214.532.4437
Fax 214.749.0325
E-mail: arich@alanrichlaw.com

## INVOICE FOR PROFESSIONAL SERVICES (December, 2008)

### Client

**Hon. Alexander M. Sanders, Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands**

### Matter

***In re W. R. Grace**, No. 01-1139 (Bankr. D. Del)*

| Date | Services Performed | Time |
|------|--------------------|------|
| 12/1/2008 | Review Order setting 2009 Omnibus hearing dates | 0.2 |
| 12/1/2008 | Correspondence to local counsel regarding engagement letter | 0.2 |
| 12/1/2008 | Review email correspondence among counsel re confirmation CMO | 0.2 |
| 12/2/2008 | Telephone conference with Ted Freedman re status | 0.3 |
| 12/2/2008 | Emails from Richard Finke (Grace) and ZAI counsel re documentation | 0.1 |
| 12/2/2008 | Emails to and from various counsel regarding CMO | 0.2 |
| 12/3/2008 | Meeting with Debtors and Debtors' counsel and PD Committee regarding PD issues and preparation of internal memorandum re meeting issues | 3.5 |

| | | |
|---|---|---|
| 12/3/2008 | Emails to and from local counsel and review of retention agreement and declaration | 0.3 |
| 12/3/2008 | Travel to and from Atlanta for meeting with Debtors and PD committee regarding PD CMO issues (8.6 hrs. non-productive) | 4.3 |
| 12/4/2008 | Review emails to and from various counsel re CMO; conference with client re local counsel retention | 0.2 |
| 12/5/2008 | Review objections to CMO filed by insurers | 0.3 |
| 12/5/2008 | Review ZAI draft class action settlement papers | 0.5 |
| 12/5/2008 | Review Interim CMO entered by Court | 0.1 |
| 12/5/2008 | Draft and file CNO for 1st Monthly Fee Application | 0.1 |
| 12/5/2008 | Draft Application to retain local counsel | 0.5 |
| 12/5/2008 | Review Insurers Motion re confidentiality of documents | 0.2 |
| 12/7/2008 | Email from Debtors' counsel re ZAI Class Settlement | 0.1 |
| 12/8/2008 | Emails to and from Debtors' counsel re meeting re ZAI documentation | 0.1 |
| 12/8/2008 | Conference with ZAI counsel re status | 0.1 |
| 12/9/2008 | Conference with client regarding status of PD issues | 0.2 |
| 12/9/2008 | Review Agenda for 12-15 Omnibus | 0.1 |
| 12/9/2008 | Review Insurers Proposed confidentiality stipulation and Motion thereon and Grace's response thereto | 0.5 |
| 12/9/2008 | Review executed retention agreement of Local Counsel and revision of and filing of application to retain local counsel | 0.3 |
| 12/9/2008 | Conference with Debtors' counsel and ZAI counsel re procedures | 0.8 |
| 12/9/2008 | Prepare Memorandum to client regarding PD proposal | 1.5 |
| 12/9/2008 | Telephone conference with Ted Freedman re status of ZAI related documents | 0.1 |
| 12/9/2008 | Prepare third monthly fee applicaton | 1.5 |

| | | |
|---|---|---|
| 12/10/2008 | Review objections to Insurers motion re confidential doucments | 0.2 |
| 12/10/2008 | Telephone conference with Dan Speights regarding status of PD issues | 0.4 |
| 12/11/2008 | Review Libby revisions to confidentiality order and email from Debtors' counsel re same | 0.2 |
| 12/11/2008 | Telephone conference with Ted Freedman re status | 0.1 |
| 12/12/2008 | Review ZAI new draft class action settlement papers | 1.0 |
| 12/13/2008 | Revise Memorandum to Judge Sanders re PD issues | 0.5 |
| 12/14/2008 | Review Grace's changes to draft class action settlement papers | 0.5 |
| 12/14/2008 | Travel to Pittsburgh for Omnibus hearing (5.0 hrs, non-productive) | 2.5 |
| 12/15/2008 | Review revisions to disclosure statement and plan | 1.0 |
| 12/15/2008 | Attend Omnibus hearing in Pittsburgh | 4.0 |
| 12/15/2008 | Travel to Dallas from Pittsburgh Omnibus hearing (6.8 hrs, non-productive) | 3.4 |
| 12/16/2008 | Review Signatures circulated re ZAI class settlement | 0.1 |
| 12/16/2008 | Email to local counsel re status | 0.1 |
| 12/16/2008 | Review comparison drafts of Libby and Insurer protective orders | 0.2 |
| 12/17/2008 | Correspondence from Ted Freedman re status and Telephone conference with S. Baena re same | 0.2 |
| 12/17/2008 | Review Protective Order re insurers and draft protective order re Libby claimants | 0.3 |
| 12/17/2008 | Review revisions to disclosure statement and plan re indirect PI claims | 0.2 |
| 12/18/2008 | Emails to and from Ted Freedman re PD issues | 0.1 |
| 12/18/2008 | Emails to and from S. Baena re PD issues | 0.1 |
| 12/18/2008 | Conference with client regarding status of PD issues | 0.2 |
| 12/22/2008 | Email from S. Baena re status | 0.1 |

| | | |
|---|---|---|
| 12/22/2008 | Review preliminary plan objections of Montana, BNSF, Scotts Co., ERISA plaintiffs, Lloyds, Libby, UST, Longacre, OI, Bank Lenders, Kaneb | 1.0 |
| 12/23/2008 | Review Certification of Counsel re revisions to plan including PD CMO | 2.0 |
| 12/23/2008 | Review Revised confirmation CMO | 0.2 |
| 12/24/2008 | Review Disclosure Statement and Phase I discovery of the Plan Proponents to Libby claimants, Scotts, Montana, FFIC, Arrowood, CNA, Seaton, Federal, BNSF, Zurich, MCC, Century | 1.5 |
| 12/27/2008 | Correspondence to client re status | 0.1 |
| 12/27/2008 | Review Libby discovery and amended discovery to Plan Proponents | 0.4 |
| 12/28/2008 | Prepare and file CNO for Doc. 20046 | 0.2 |
| 12/29/2008 | Review Motion to Compel re Libby | 0.1 |
| 12/30/2008 | Emails to and from Debtors' counsel re status of PD issues | 0.1 |
| 12/30/2008 | Review Plan Proponents designation of confirmation issues | 0.1 |
| 12/30/2008 | Review objection to ZAI preliminary class certification | 0.1 |
| 12/30/2008 | Review COC regarding S&R PD claims | 0.1 |
| 12/31/2008 | Review Travelers Objections to Plan | 0.1 |
| 12/31/2008 | Review Expert reports of Longo and Welch | 1.0 |

Total: 38.9 hours @ $575.00/hour = $22,367.50

Expenses:  Travel Expenses (Detail on Exhibit 1)  $1,482.39

**Total Fees and Expenses Due**:        **$23,849.89**

EXPENSES FOR NOVEMBER, 2008                                                    EXHIBIT 1

| DATE | DESCRIPTION OF EXPENSE | AMOUNT |
|------|------------------------|--------|
| 12/3/2008 | Lunch | 16.56 |
| 12/3/2008 | Airport Parking | 21 |
| 12/3/2008 | RT Coach Airfare (Atlanta) | 309 |
| | | |
| 12/14/2008 | RT Coach Airfare (Pittsburgh) | 770.5 |
| 12/14/2008 | Dinner | 14.53 |
| 12/14/2008 | Taxi | 44 |
| 12/15/2008 | Lunch | 23.14 |
| 12/15/2008 | Parking DFW | 34 |
| 12/15/2008 | Omni Hotel (Pittsburgh) for Omnibus hearing | 249.66 |
| | | |
| | TOTAL EXPENSES | 1482.39 |