**EXHIBIT A**

**KRAMER LEVIN NAFTALIS & FRANKEL** LLP
1177 AVENUE OF THE AMERICAS
NEW YORK, NY 10036
PHONE 212.715.9100
FAX 212.715.8000

December 30, 2008

W.R. GRACE & CO. EQUITY COMMITTEE

When remitting,
please reference:
Invoice Number: 509451
056772

---

### CLIENT SUMMARY - 056772 - W.R. GRACE & CO. EQUITY COMMITTEE

#### 056772-00001/CASE ADMINISTRATION

| | |
|---|---:|
| FEES | $4,628.00 |
| DISBURSEMENTS | 1,464.93 |
| MATTER TOTAL | $6,092.93 |

#### 056772-00002/CREDITOR COMMITTEE

| | |
|---|---:|
| FEES | $5,401.50 |
| DISBURSEMENTS | 519.25 |
| MATTER TOTAL | $5,920.75 |

#### 056772-00005/BANKR. MOTIONS

| | |
|---|---:|
| FEES | $630.00 |
| DISBURSEMENTS | 0.00 |
| MATTER TOTAL | $630.00 |

#### 056772-00007/REORGANIZATION PLAN

| | |
|---|---:|
| FEES | $32,717.50 |
| DISBURSEMENTS | 903.81 |
| MATTER TOTAL | $33,621.31 |

---

Amounts due may be remitted by wire transfer.

| | |
|---|---|
| To: | Citibank, N.A.<br>Citicorp Center 153 E. 53rd Street NY, N.Y. 10043<br>ABA #021000089 |
| Account: | Kramer Levin Naftalis & Frankel LLP Money Market A\C 37613572 |
| By Order of: | Invoice No. 509451 |
| Citibank Contact: | Deborah Hosking (212) 559-8634 |

TIME AND DISBURSEMENT AMOUNTS POSTED AFTER THE BILLING PERIOD SHOWN
ON THIS INVOICE WILL APPEAR ON A SUBSEQUENT INVOICE.

DUE AND PAYABLE UPON RECEIPT. THE LEGAL RATE OF INTEREST WILL BE
CHARGED FOR BALANCES OUTSTANDING OVER 30 DAYS.
TAX ID# 13-1944339

KL4 2240112.2

### 056772-00008/FEE APPLICATIONS, APPLICANT

| | |
|---|---:|
| FEES............................................................................................................. | $4,621.00 |
| DISBURSEMENTS ..................................................................................... | 34.01 |
| MATTER TOTAL......................................................................................... | $4,655.01 |

### 056772-00012/CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

| | |
|---|---:|
| FEES............................................................................................................. | $245.00 |
| DISBURSEMENTS ..................................................................................... | 0.00 |
| MATTER TOTAL......................................................................................... | $245.00 |

### 056772-00015/PLAN AND DISCLOSURE STATEMENT

| | |
|---|---:|
| FEES............................................................................................................. | $17,486.00 |
| DISBURSEMENTS ..................................................................................... | 563.00 |
| MATTER TOTAL......................................................................................... | $18,049.00 |

### 056772-00019/HEARINGS

| | |
|---|---:|
| FEES............................................................................................................. | $2,228.00 |
| DISBURSEMENTS ..................................................................................... | 1,530.70 |
| MATTER TOTAL......................................................................................... | $3,758.70 |

### 056772-00022/TAX ISSUES

| | |
|---|---:|
| FEES............................................................................................................. | $1,272.00 |
| DISBURSEMENTS ..................................................................................... | 0.00 |
| MATTER TOTAL......................................................................................... | $1,272.00 |

### 056772-00028/TRAVEL\NON-WORKING

| | |
|---|---:|
| FEES............................................................................................................. | $3,507.50 |
| DISBURSEMENTS ..................................................................................... | 0.00 |
| MATTER TOTAL......................................................................................... | $3,507.50 |

| | |
|---|---:|
| CLIENT GRAND TOTAL............................................................................ | $77,752.20 |

## CASE ADMINISTRATION

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/17/08 | MARTORANA, KEITH R | Draft W.R. Grace exit memo. | 3.80 | 1,596.00 |
| 11/18/08 | WIERMAN, LAUREN E | Prepared Exit Memo binders for D Mannal from K Martorana | 3.00 | 780.00 |
| 11/21/08 | MANNAL, DOUGLAS | tel w/equity holders re status of case | 0.50 | 302.50 |
| 11/25/08 | MANNAL, DOUGLAS | Meet with D Blabey re case status and disclosure statement and plan (.7); tel with equity holder re same (.4). | 1.10 | 665.50 |
| 11/25/08 | BLABEY, DAVID E | Review docket to monitor developments (.2); review Martorana exit memo to gain familiarity with case issues (.8); review Martorana memo on pendency interest rates (.3). | 1.30 | 695.50 |
| 11/25/08 | BLABEY, DAVID E | Conversations w/D. Mannal re fee apps (.3) and disclosure statement (.4). | 0.70 | 374.50 |
| 11/26/08 | BLABEY, DAVID E | Review Martorana memo re pendency interest and associated cases to familiarize with issues at play. | 0.40 | 214.00 |
| **TOTAL HOURS AND FEES** | | | **10.80** | **$4,628.00** |

KL4 2240112.2

Kramer Levin Naftalis & Frankel LLP

Page No. 4

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00001

December 30, 2008
Invoice No. 509451

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---:|
| VELOBINDINGS | 22.50 |
| TABS | 27.00 |
| PHOTOCOPYING | 131.10 |
| MANUSCRIPT SERVICE | 0.00 |
| CAB FARES | 32.64 |
| MEALS/IN-HOUSE | 23.91 |
| OUT-OF-TOWN TRAVEL | 577.98 |
| TRANSCRIPT FEES | 649.80 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$1,464.93** |
| **TOTAL FOR THIS MATTER** | **$6,092.93** |

KL4 2240112.2

Kramer Levin Naftalis & Frankel LLP                                       Page No. 5

W.R. GRACE & CO. EQUITY COMMITTEE                                         December 30, 2008
056772-00002                                                              Invoice No. 509451

## CREDITOR COMMITTEE

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/10/08 | MARTORANA, KEITH R | Draft talking points memo re: November 13 Creditor Committee Call. | 2.70 | 1,134.00 |
| 11/11/08 | MARTORANA, KEITH R | Revise talking points memo for November 13th Committee Call. | 0.30 | 126.00 |
| 11/11/08 | BENTLEY, PHILIP | Prepare for upcoming Committee call, and review and comment on memo re same | 0.50 | 362.50 |
| 11/12/08 | BENTLEY, PHILIP | Discs Ted Weschler re prep for tomorrow's Committee call; TC with equity holder | 0.50 | 362.50 |
| 11/12/08 | MARTORANA, KEITH R | O/C and conference call with T. Weschler, P. Bentley and D. Mannal re: upcoming committee call (.7); research and summarize traditional PD issues (2.2). | 2.90 | 1,218.00 |
| 11/13/08 | BENTLEY, PHILIP | Committee call (1.4), and discs Doug Mannal, Keith Martorana and voicemail re same (.3). | 1.70 | 1,232.50 |
| 11/13/08 | MARTORANA, KEITH R | Prepare for and attend Equity Committee Call (1.4); Revise talking points for Equity Committee Call (.9). | 2.30 | 966.00 |

**TOTAL HOURS AND FEES**                                                  **10.90**   **$5,401.50**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| OUT-OF-TOWN TRAVEL | 519.25 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                  **$519.25**

**TOTAL FOR THIS MATTER**                                                  **$5,920.75**

KL4 2240112.2

Kramer Levin Naftalis & Frankel LLP                                                              Page No. 6

W.R. GRACE & CO. EQUITY COMMITTEE                                                    December 30, 2008
056772-00005                                                                                    Invoice No. 509451

## BANKR. MOTIONS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/03/08 | MARTORANA, KEITH R | Review L. Tersigni settlement and summarize in e-mail to T. Weschler. | 1.50 | 630.00 |
| **TOTAL HOURS AND FEES** | | | **1.50** | **$630.00** |

**TOTAL FOR THIS MATTER**                                                                           **$630.00**

KL4 2240112.2

Kramer Levin Naftalis & Frankel LLP                                    Page No. 7

W.R. GRACE & CO. EQUITY COMMITTEE                                      December 30, 2008
056772-00007                                                           Invoice No. 509451

## REORGANIZATION PLAN

## DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/03/08 | BENTLEY, PHILIP | TC Ted Weschler, and confs Tom Mayer, Doug Mannal and Keith Martorana, and trade emails, re PPI and other plan issues | 1.80 | 1,305.00 |
| 11/03/08 | MARTORANA, KEITH R | Review updated version of Grace Plan blackline (1.8); O/C with P. Bentley and D. Mannal re: Grace Plan (.8). | 2.60 | 1,092.00 |
| 11/04/08 | BENTLEY, PHILIP | TCs Ted Weschler and Doug Mannal re plan issues | 0.30 | 217.50 |
| 11/04/08 | MARTORANA, KEITH R | Review current versions of Grace Plan and ancillary documents (4.9); O/C with D. Mannal re: same (1.0). | 5.90 | 2,478.00 |
| 11/05/08 | BENTLEY, PHILIP | TC Doug Mannal re plan issues | 0.10 | 72.50 |
| 11/05/08 | MARTORANA, KEITH R | Review Grace Plan and Disclosure Statement (2), e-mail comments of Equity Committee to Debtors (.8). | 2.80 | 1,176.00 |
| 11/05/08 | MANNAL, DOUGLAS | o/c w/KM re modification of plan re death trap provision (.5); research re same (1.8) | 2.30 | 1,391.50 |
| 11/06/08 | BENTLEY, PHILIP | Discs Doug Mannal and Keith Martorana, and review emails, re plan issues | 0.30 | 217.50 |
| 11/06/08 | MARTORANA, KEITH R | Conversations with C. Bruens re: Equity Committee suggestions re: Plan treatement to GUCs; internal conversations re: same. | 1.70 | 714.00 |
| 11/07/08 | BENTLEY, PHILIP | Discs Kirkland & Ellis, Doug Mannal and Keith Martorana re plan issues | 0.80 | 580.00 |
| 11/07/08 | MARTORANA, KEITH R | Legal research re: 3018 and Plan feasibility. | 4.50 | 1,890.00 |
| 11/10/08 | MARTORANA, KEITH R | Legal research on three issues re: W.R. Grace Plan (3018, feasibility, "2nd look" issues) (1), and draft memo re: same (3.2). | 4.20 | 1,764.00 |
| 11/11/08 | MARTORANA, KEITH R | Review "as filed" amended Plan and Disclosure Statement, including chart of Disclosure Statement Objections; summarize same and e-mail issues memo to T. Weschler (3.0); Finalize research regarding 3018, feasibility, and "2nd look" issues and finish memo re: same (3.4). | 6.40 | 2,688.00 |
| 11/11/08 | BENTLEY, PHILIP | Discs Doug Mannal and Keith Martorana, and | 0.50 | 362.50 |

KL4 2240112.2

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | trade emails, re plan issues | | |
| 11/12/08 | BENTLEY, PHILIP | Discs Ted Weschler, Doug Mannal and Keith Martorana re plan issues | 0.70 | 507.50 |
| 11/13/08 | BENTLEY, PHILIP | TCs with equity holder and Ted Weschler re PPI issues | 0.60 | 435.00 |
| 11/14/08 | BENTLEY, PHILIP | Trade emails and voicemails re today's hearing | 0.20 | 145.00 |
| 11/17/08 | MARTORANA, KEITH R | Draft and revise memo to T. Weschler re: 11/14/08 Plan Proponent meeting and Disclosure Statement Hearing. | 2.30 | 966.00 |
| 11/17/08 | BENTLEY, PHILIP | Trade emails | 0.10 | 72.50 |
| 11/18/08 | BENTLEY, PHILIP | TC Ted Weschler and Doug Mannal, and trade emails, re plan issues | 0.50 | 362.50 |
| 11/18/08 | MANNAL, DOUGLAS | attn to Grace plan and DS comments (3.1); email to TW re same (.2); o/c with KM re case status (.3); emails and o/c w/PB re same (.2) | 3.80 | 2,299.00 |
| 11/19/08 | BENTLEY, PHILIP | Trade emails | 0.10 | 72.50 |
| 11/19/08 | MANNAL, DOUGLAS | attn to CMO and discovery requests | 1.10 | 665.50 |
| 11/20/08 | WIERMAN, LAUREN E | Created calendar of CMO dates (.4) for discussion during conference call (1.6). | 2.00 | 520.00 |
| 11/20/08 | MANNAL, DOUGLAS | attend conf call re confirmation schedule (1.6); email to T Weschler re same (.2); review and comment on proposed changes to plan and disclosure statement (1.5) | 3.30 | 1,996.50 |
| 11/20/08 | BENTLEY, PHILIP | Review and comment on draft ZAI term sheet, and trade emails re same | 0.90 | 652.50 |
| 11/21/08 | WIERMAN, LAUREN E | Prepare for and attend conference call regarding the Case Management Order dates to be scheduled regarding hearing. | 1.40 | 364.00 |
| 11/21/08 | BENTLEY, PHILIP | Trade emails re ZAI term sheet and other plan issues | 0.20 | 145.00 |
| 11/21/08 | MANNAL, DOUGLAS | attend conf call re CMO for confirmation (1.1); review same and email to TW (.3) | 1.40 | 847.00 |
| 11/23/08 | MANNAL, DOUGLAS | review revised plan and disclosure stmt in prep for 11/24 hearing (2.3); review CMO (.2); attn emails from Libby plaintiffs re plan modifications (.2) | 2.70 | 1,633.50 |
| 11/24/08 | MANNAL, DOUGLAS | prep for and attend DS and property damage hearing | 5.90 | 3,569.50 |
| 11/24/08 | BENTLEY, PHILIP | Conf David Blabey re plan status and case background (.8); discs Doug Mannal and trade emails re today's hearing (.2); review multiple | 1.40 | 1,015.00 |

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| | | emails re CMO and today's hearing (.4). | | |
| 11/24/08 | BLABEY, DAVID E | Conf w/P. Bentley re case background. | 0.80 | 428.00 |
| 11/25/08 | BENTLEY, PHILIP | Trade emails | 0.10 | 72.50 |

**TOTAL HOURS AND FEES**                                           **63.70**    **$32,717.50**

**SUMMARY OF DISBURSEMENTS AND OTHER CHARGES**

| DESCRIPTION | AMOUNT |
|---|---|
| PHOTOCOPYING | 151.70 |
| DOCUMENT PREP. | 50.00 |
| LEXIS/NEXIS ON-LINE RESEARCH | 27.27 |
| CAB FARES | 570.55 |
| MEALS/IN-HOUSE | 26.84 |
| OUT-OF-TOWN TRAVEL | 55.00 |
| MEALS/T & E | 22.45 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                          **$903.81**

**TOTAL FOR THIS MATTER**                                          **$33,621.31**

Kramer Levin Naftalis & Frankel LLP                                                Page No. 10

W.R. GRACE & CO. EQUITY COMMITTEE                                      December 30, 2008
056772-00008                                                           Invoice No. 509451

## FEE APPLICATIONS, APPLICANT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/12/08 | WIERMAN, LAUREN E | Worked on 26th Quarterly Fee Application | 5.00 | 1,300.00 |
| 11/17/08 | MARTORANA, KEITH R | Review and edit October 2008 invoice. | 1.40 | 588.00 |
| 11/17/08 | WIERMAN, LAUREN E | Prepared 26th quarterly fee app to be sent to local counsel | 1.00 | 260.00 |
| 11/19/08 | MANNAL, DOUGLAS | attn to fee app | 0.80 | 484.00 |
| 11/25/08 | BLABEY, DAVID E | Review and edit fee application for October (.6). | 0.60 | 321.00 |
| 11/26/08 | WIERMAN, LAUREN E | Organized information for 86th monthly fee app to send to D Blabey for review | 2.00 | 520.00 |
| 11/26/08 | BLABEY, DAVID E | Review and edit October fee application and supporting documentation and prepare for filing (1.6); conference with D Mannal and L Wierman re same (.2). | 1.80 | 963.00 |
| 11/26/08 | MAKINDE, MICHAEL A | Fed Ex'd Fee Application for D. E. Blabey. | 0.30 | 78.00 |
| 11/28/08 | BLABEY, DAVID E | Emails with local counsel re filing of October fee application. | 0.20 | 107.00 |

**TOTAL HOURS AND FEES**                                                        **13.10**    **$4,621.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MESSENGER/COURIER | 34.01 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**                                       **$34.01**

**TOTAL FOR THIS MATTER**                                                       **$4,655.01**

KL4 2240112.2

Kramer Levin Naftalis & Frankel LLP

Page No. 11

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00012

December 30, 2008
Invoice No. 509451

## CLAIM ANALYSIS OBJECTION & RESOLUTION(ASBESTOS)

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/21/08 | BALDINGER, LAURIE | Organize, index, & maintain various documents. | 1.00 | 245.00 |
| **TOTAL HOURS AND FEES** | | | **1.00** | **$245.00** |

**TOTAL FOR THIS MATTER**            **$245.00**

KL4 2240112.2

Kramer Levin Naftalis & Frankel LLP                                Page No. 12

W.R. GRACE & CO. EQUITY COMMITTEE                                  December 30, 2008
056772-00015                                                       Invoice No. 509451

## PLAN AND DISCLOSURE STATEMENT

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/03/08 | MANNAL, DOUGLAS | o/c with KM and PB re proposed plan and disclosure statement modifications (1.1); attn same (1.2); attn to Teraghi settlement (.3) | 2.60 | 1,573.00 |
| 11/04/08 | MANNAL, DOUGLAS | tel/email with KM re comments to plan and disclosure statement (.3); attn same (1.2) | 1.50 | 907.50 |
| 11/07/08 | MANNAL, DOUGLAS | review DS and Plan modifications (1.8); o/c w/KM re same (.3); conf call with P Bentley and KM re upcoming Cmtee mtg (.4) | 2.50 | 1,512.50 |
| 11/10/08 | MANNAL, DOUGLAS | Attn to Grace plan and disclosure statement (2.5); email with Kirkland re proposed modifications to same (.2). | 2.70 | 1,633.50 |
| 11/11/08 | MANNAL, DOUGLAS | revise draft talking points for cmtee meeting (.7); o/c w/KM re recent objections and modifications to DS and plan (.3); attn to same (1.1); review research memo re plan feasibility and voting (2.5); email with KM re same (.3); review memo for 11/13 meeting (1.0) | 5.90 | 3,569.50 |
| 11/12/08 | MANNAL, DOUGLAS | prep for and attend conf call with TW and PB re upcoming cmtee call (3.5); review talking points memo re same (2.5) | 6.00 | 3,630.00 |
| 11/13/08 | MANNAL, DOUGLAS | prep for and attend Equity Cmtee call w/PB and KM (2.2); review issues memo re same (.5) | 2.70 | 1,633.50 |
| 11/13/08 | MANNAL, DOUGLAS | review proposed changes to DS and plan by SA (.3); email with KM re same (.2) | 0.50 | 302.50 |
| 11/14/08 | MANNAL, DOUGLAS | tel/email w/KM re DS hearing | 0.50 | 302.50 |
| 11/17/08 | MANNAL, DOUGLAS | attn to plan and DS modifications (1.3); email with Ted W re same (.3); o/c w/KM re hearing summary memo (.2) | 1.80 | 1,089.00 |
| 11/18/08 | MAYER, THOMAS MOERS | Emails to/from Phil Bentley, Doug Mannal re possible rights offering alternative to existing plan. | 0.30 | 262.50 |
| 11/24/08 | BLABEY, DAVID E | Review modified draft disclosure statement (1.9); review ZAI Settlement term sheet (.1). | 2.00 | 1,070.00 |
| **TOTAL HOURS AND FEES** | | | **29.00** | **$17,486.00** |

KL4 2240112.2

Kramer Levin Naftalis & Frankel LLP

Page No. 13

W.R. GRACE & CO. EQUITY COMMITTEE
056772-00015

December 30, 2008
Invoice No. 509451

## SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| CAB FARES | 374.34 |
| MEALS/IN-HOUSE | 35.08 |
| OUT-OF-TOWN TRAVEL | 5.00 |
| MEALS/T & E | 148.58 |
| **TOTAL DISBURSEMENTS AND OTHER CHARGES** | **$563.00** |
| **TOTAL FOR THIS MATTER** | **$18,049.00** |

KL4 2240112.2

Kramer Levin Naftalis & Frankel LLP                                    Page No. 14

W.R. GRACE & CO. EQUITY COMMITTEE                                      December 30, 2008
056772-00019                                                           Invoice No. 509451

## HEARINGS

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/14/08 | MARTORANA, KEITH R | Attended Disclosure Statement hearing (2.5); Attended Plan Proponent meeting (2.0). | 4.50 | 1,890.00 |
| 11/17/08 | WIERMAN, LAUREN E | Corresponded with transcription agency to located document from hearing on 9/29 | 1.00 | 260.00 |
| 11/20/08 | WIERMAN, LAUREN E | Prepared check requisition for transcript invoice | 0.30 | 78.00 |

**TOTAL HOURS AND FEES**                                                     **5.80**   **$2,228.00**

### SUMMARY OF DISBURSEMENTS AND OTHER CHARGES

| DESCRIPTION | AMOUNT |
|---|---|
| MANUSCRIPT SERVICE | 0.00 |
| CAB FARES | 236.38 |
| OUT-OF-TOWN TRAVEL | 1,057.66 |
| MEALS/T & E | 96.26 |
| TRANSCRIPT FEES | 140.40 |

**TOTAL DISBURSEMENTS AND OTHER CHARGES**           **$1,530.70**

**TOTAL FOR THIS MATTER**                           **$3,758.70**

KL4 22401 12.2

Kramer Levin Naftalis & Frankel LLP                                          Page No. 15

W.R. GRACE & CO. EQUITY COMMITTEE                                            December 30, 2008
056772-00022                                                                 Invoice No. 509451

## TAX ISSUES

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/24/08 | KOLEVZON, PETER S. | Read new versions of Deferred Payment Agreement (.50) Guarantee (.40) and Registration Rights Agreement (.30) and draft memo of comments to D. Manual (.40) | 1.60 | 1,272.00 |

**TOTAL HOURS AND FEES**                                                      **1.60**    **$1,272.00**

**TOTAL FOR THIS MATTER**                        **$1,272.00**

KL4 2240112.2

Kramer Levin Naftalis & Frankel LLP                                      Page No. 16

W.R. GRACE & CO. EQUITY COMMITTEE                         December 30, 2008
056772-00028                                                              Invoice No. 509451

## TRAVEL\NON-WORKING

### DETAIL OF SERVICES

| DATE | TIMEKEEPER | DESCRIPTION | HOURS | AMOUNT |
|---|---|---|---|---|
| 11/13/08 | MARTORANA, KEITH R | Travel to Disclosure Statement Hearing in Pittsburgh. | 3.80 | 798.00 |
| 11/14/08 | MARTORANA, KEITH R | Travel from Pittsburgh to NY (including delays). | 5.70 | 1,197.00 |
| 11/24/08 | MANNAL, DOUGLAS | travel to/from NY/Pittsburgh to attend DS and property damage hearing | 5.00 | 1,512.50 |
| **TOTAL HOURS AND FEES** | | | **14.50** | **$3,507.50** |

**TOTAL FOR THIS MATTER**                                  **$3,507.50**

KL4 2240112.2