# EXHIBIT B

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE     1
                                                   *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/30/2008 11:33:15

Matter No: 056772-00001                        Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:     2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CASE ADMINISTRATION              Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                    Status      : ACTIVE

Special Billing Instructions: reduce tele. 1.00/photo. 0.10/w/o manu. services
-------------------------------------------------------------------------------------------------------------------------
                                            PRE-BILLING SUMMARY REPORT
-------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                              TO:
              UNBILLED DISB FROM:    11/13/2008               TO:    11/28/2008
-------------------------------------------------------------------------------------------------------------------------
                                        FEES                           COSTS
                                        ------                         -----------
        GROSS BILLABLE AMOUNT:                    0.00                    1,464.93
        AMOUNT WRITTEN DOWN:        _____              _____
                    PREMIUM:        _____              _____
           ON ACCOUNT BILLED:        _____              _____
   DEDUCTED FROM PAID RETAINER:      _____              _____
              AMOUNT BILLED:        _____              _____
                  THRU DATE:                                        11/28/2008
  CLOSE MATTER/FINAL BILLING?    YES   OR   NO
  EXPECTED DATE OF COLLECTION:   _____

     BILLING PARTNER APPROVAL:                                  _____
                                 BENTLEY PHILIP - 02495         WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
             BILLING COMMENTS:
```

```
-------------------------------------------------------------------------------------------------------------------------
                            ACCOUNTS RECEIVABLE TOTALS                          UNAPPLIED CASH
                            --------------------------                          ----------------
                 FEES:                    0.00
         DISBURSEMENTS:                1,464.93      UNIDENTIFIED RECEIPTS:        0.00
          FEE RETAINER:                    0.00         PAID FEE RETAINER:        0.00
         DISB RETAINER:                    0.00        PAID DISB RETAINER:        0.00
     TOTAL OUTSTANDING:                1,464.93     TOTAL AVAILABLE FUNDS:        0.00
                                                           TRUST BALANCE:
                                            BILLING HISTORY
                                            ----------------
      DATE OF LAST BILL:         11/24/08          LAST PAYMENT DATE:       07/29/08
      LAST BILL NUMBER:           504971  ACTUAL FEES BILLED TO DATE:    311,745.50
                                          ON ACCOUNT FEES BILLED TO DATE:       0.00
                                          TOTAL FEES BILLED TO DATE:    311,745.50
   LAST BILL THRU DATE:         10/31/08  FEES WRITTEN OFF TO DATE:       81,887.50
FOR ACCTG USE ONLY:                       COSTS WRITTEN OFF TO DATE:       20,329.74
                                 Write Down/Up Reason Codes:
                                 --------------------------
       (1) Exceeded Fixed Fee      (4) Excessive Legal Time    (7) Fixed Fee
       (2) Late Time & Costs Posted (5) Business Development    (8) Premium
       (3) Pre-arranged Discount    (6) Summer Associate        (9) Rounding         (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    2
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/30/2008 11:33:15


Matter No: 056772-00001                                      Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE              Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                           Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                                 Status    : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                            Oldest      Latest        Total
                                             Entry       Entry         Amount
----  -----------------------------          ------      ------        -----------
0816  VELOBINDINGS                           11/18/08    11/18/08            22.50
0817  TABS                                   11/18/08    11/18/08            27.00
0820  PHOTOCOPYING                           11/18/08    11/18/08           131.10
0840  MANUSCRIPT SERVICE                     11/13/08    11/14/08             0.00
0940  CAB FARES                              11/17/08    11/17/08            32.64
0942  MEALS/IN-HOUSE                         11/23/08    11/23/08            23.91
0950  OUT-OF-TOWN TRAVEL                     11/28/08    11/28/08           577.98
0980  TRANSCRIPT FEES                        11/17/08    11/17/08           649.80


        Total                                                             1,464.93


U N B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee        Date          Amount      Index# Batch No Batch Date
-----------------------------------------    --------        ------        ----------   ------- -------- ----------


MANUSCRIPT SERVICE 0840
      MANUSCRIPT SERVICE                     TAYLOR, P       11/13/08          0.00      8524400  642838   11/17/08
      MANUSCRIPT SERVICE                     TAYLOR, P       11/14/08          0.00      8525728  643179   11/17/08
CAB FARES 0940
      CAB FARES                              MARTORANA, K R  11/17/08         32.64      8550200  655823   12/11/08
      CAB FARES - ODYSSEY
TRANSCRIPT FEES 0980
      TSG REPORTING                          WIERMAN, L E    11/17/08        649.80      8530953  645539   11/20/08
      TSG REPORTING
VELOBINDINGS 0816
      VELOBINDINGS                           WIERMAN, L E    11/18/08         22.50      8529401  645137   11/20/08
      WIERMAN  LAUREN E    17062   BINDING
TABS 0817
      TABS                                   WIERMAN, L E    11/18/08         27.00      8529362  645134   11/20/08
      WIERMAN  LAUREN E    17062   TABS
PHOTOCOPYING 0820
      PHOTOCOPYING                           WIERMAN, L E    11/18/08         43.30      8537606  648621   11/26/08
      PHOTOCOPYING                           WIERMAN, L E    11/18/08         87.80      8528386  645121   11/20/08
      WIERMAN  LAUREN E
MEALS/IN-HOUSE 0942
      MEALS/IN-HOUSE                         MARTORANA, K R  11/23/08         23.91      8538629  650605   12/01/08
      IN-HOUSE/MEALS
OUT-OF-TOWN TRAVEL 0950
      DINERS CLUB CITICORP DIN               MANNAL, D M     11/28/08        192.66      8538509  650483   12/02/08
      OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
      CITICORP DINERS CLUB
      MANNAL/DOUGLAS 10/26/2008 OMNI HOTELS PA
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    3
                                                          *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/30/2008 11:33:15

Matter No: 056772-00001                              Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:      2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CASE ADMINISTRATION                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                           Employee          Date           Amount        Index# Batch No  Batch Date
--------------------------------------     --------          ------         -----------   ------- --------  ----------

    DINERS CLUB CITICORP DIN               MARTORANA, K R    11/28/08       385.32        8538512  650483    12/02/08
    OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
    CITICORP DINERS CLUB
    MARTORANA/KEITH 10/26/2008 OMNI HOTELS PA


        Costs Total :                                                     1,464.93
```

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    4
                                                         *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/30/2008 11:33:15

Matter No: 056772-00001                                   Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:      2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE           Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CASE ADMINISTRATION                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status        : ACTIVE

BILLING   INSTRUCTIONS  FOR  UNBILLED   COSTS  SUMMARY
Code Description           Amount        Bill      W/o / W/u     Transfer  To   Clnt/Mtr    Carry Forward
------------------------   ----------    --------  ------------  ----------------------------  ---------------

0816 VELOBINDINGS              22.50     _____  _____   _____   _____

0817 TABS                      27.00     _____  _____   _____   _____

0820 PHOTOCOPYING             131.10     _____  _____   _____   _____

0840 MANUSCRIPT SERVICE  .       0.00    _____  _____   _____   _____

0940 CAB FARES                 32.64     _____  _____   _____   _____

0942 MEALS/IN-HOUSE            23.91     _____  _____   _____   _____

0950 OUT-OF-TOWN TRAVEL       577.98     _____  _____   _____   _____

0980 TRANSCRIPT FEES          649.80     _____  _____   _____   _____


          Costs Total :     1,464.93     _____  _____   _____   _____
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    5
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/30/2008 11:33:15

Matter No: 056772-00002                                  Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                             Status      : ACTIVE

Special Billing Instructions:
----------------------------------------------------------------------------------------------------------------------------------
                                               PRE-BILLING SUMMARY REPORT
----------------------------------------------------------------------------------------------------------------------------------
                 UNBILLED TIME FROM:                               TO:
                 UNBILLED DISS FROM:    11/28/2008                 TO:     11/28/2008
----------------------------------------------------------------------------------------------------------------------------------
                                        FEES                            COSTS
                                        ------                          ------------
          GROSS BILLABLE AMOUNT:                    0.00                           519.25
          AMOUNT WRITTEN DOWN:        _____                _____
                       PREMIUM:       _____                _____
             ON ACCOUNT BILLED:       _____                _____
    DEDUCTED FROM PAID RETAINER:      _____                _____
                 AMOUNT BILLED:       _____                _____
                     THRU DATE:                                               11/28/2008
   CLOSE MATTER/FINAL BILLING?     YES   OR   NO
   EXPECTED DATE OF COLLECTION:      _____

      BILLING PARTNER APPROVAL:      _____  _____
                                     BENTLEY PHILIP - 02495              WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:

----------------------------------------------------------------------------------------------------------------------------------
                                ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                                ---------------------------                        ---------------
                      FEES:                     0.00
              DISBURSEMENTS:                   519.25        UNIDENTIFIED RECEIPTS:          0.00
               FEE RETAINER:                     0.00           PAID FEE RETAINER:          0.00
              DISB RETAINER:                     0.00          PAID DISB RETAINER:          0.00
           TOTAL OUTSTANDING:                  519.25       TOTAL AVAILABLE FUNDS:          0.00
                                                                     TRUST BALANCE:
                                               BILLING HISTORY
                                               ---------------
           DATE OF LAST BILL:      10/23/08          LAST PAYMENT DATE:       12/29/08
           LAST BILL NUMBER:          502428   ACTUAL FEES BILLED TO DATE:   358,982.50
                                            ON ACCOUNT FEES BILLED TO DATE:        0.00
                                               TOTAL FEES BILLED TO DATE:   358,982.50
        LAST BILL THRU DATE:      09/30/08   FEES WRITTEN OFF TO DATE:      22,515.50
                                             COSTS WRITTEN OFF TO DATE:      1,724.60
FOR ACCTG USE ONLY:                Write Down/Up Reason Codes:
                                   --------------------------
         (1) Exceeded Fixed Fee      (4) Excessive Legal Time    (7) Fixed Fee
         (2) Late Time & Costs Posted (5) Business Development    (8) Premium
         (3) Pre-arranged Discount   (6) Summer Associate         (9) Rounding              (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                      KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE    6
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/30/2008 11:33:15

Matter No: 056772-00002                              Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                      Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                  Oldest     Latest        Total
                                    Entry      Entry        Amount
----  ----------------------------- ------     ------    -----------
0950  OUT-OF-TOWN TRAVEL           11/28/08   11/28/08       519.25

          Total                                              519.25


U N B I L L E D   C O S T S   D E T A I L
Description/Code                        Employee        Date       Amount     Index#  Batch No  Batch Date
------------------------------------    --------        ------    -----------  ------- --------- ----------

OUT-OF-TOWN TRAVEL 0950
    DINERS CLUB CITICORP DIN             MANNAL, D M    11/28/08      519.25   8538521  650483   12/02/08
    OUT-OF-TOWN TRAVEL - VENDOR- DINERS CLUB
    CITICORP DINERS CLUB
    MANNAL/DOUGLAS 11/24/2008 LGA TO PIT TO LGA


          Costs Total :                                              519.25
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                        PAGE    7
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/30/2008 11:33:15

Matter No: 056772-00002                         Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:    2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : CREDITOR COMMITTEE                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                              Status     : ACTIVE

BILLING   INSTRUCTIONS  FOR  UNBILLED   COSTS  SUMMARY
Code Description              Amount        Bill        W/o / W/u        Transfer  To   Clnt/Mtr      Carry Forward
----------------------  -------------------  -----------  ---------------  ------------------------------- ----------------

0950 OUT-OF-TOWN TRAVEL         519.25      _____  _____  _____ _____


              Costs Total :    519.25      _____  _____  _____ _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    8
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/30/2008 11:33:15

Matter No: 056772-00007                                Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE        Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : REORGANIZATION PLAN                      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

Special Billing Instructions:
------------------------------------------------------------------------------------------------------------------------------
                                          PRE-BILLING SUMMARY REPORT
------------------------------------------------------------------------------------------------------------------------------
                 UNBILLED TIME FROM:                            TO:
                 UNBILLED DISB FROM:    11/04/2008              TO:    11/24/2008
------------------------------------------------------------------------------------------------------------------------------
                                          FEES                         COSTS
                                          ------                       -----------
           GROSS BILLABLE AMOUNT:                     0.00                     903.81
           AMOUNT WRITTEN DOWN:         _____          _____
                       PREMIUM:         _____          _____
              ON ACCOUNT BILLED:        _____          _____
     DEDUCTED FROM PAID RETAINER:       _____          _____
                 AMOUNT BILLED:         _____          _____
                     THRU DATE:         _____                  11/24/2008
    CLOSE MATTER/FINAL BILLING?   YES   OR   NO
      EXPECTED DATE OF COLLECTION:      _____

        BILLING PARTNER APPROVAL:       _____          _____
                                        BENTLEY PHILIP - 02495        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
            BILLING COMMENTS:

------------------------------------------------------------------------------------------------------------------------------
                                  ACCOUNTS RECEIVABLE TOTALS                         UNAPPLIED CASH
                                  ---------------------------                        ----------------
                      FEES:                        0.00
              DISBURSEMENTS:                      903.81      UNIDENTIFIED RECEIPTS:       0.00
               FEE RETAINER:                        0.00          PAID FEE RETAINER:       0.00
              DISB RETAINER:                        0.00         PAID DISB RETAINER:       0.00
           TOTAL OUTSTANDING:                     903.81     TOTAL AVAILABLE FUNDS:       0.00
                                                                    TRUST BALANCE:
                                                    BILLING HISTORY
                                                    ----------------
            DATE OF LAST BILL:              11/24/08         LAST PAYMENT DATE:      12/29/08
            LAST BILL NUMBER:            504971 ACTUAL FEES BILLED TO DATE:     423,366.00
                                                ON ACCOUNT FEES BILLED TO DATE:         0.00
                                                TOTAL FEES BILLED TO DATE:     423,366.00
         LAST BILL THRU DATE:              10/31/08    FEES WRITTEN OFF TO DATE:         0.00
                                                COSTS WRITTEN OFF TO DATE:       2,111.95
FOR ACCTG USE ONLY:                     Write Down/Up Reason Codes:
                                        ---------------------------
          (1) Exceeded Fixed Fee        (4) Excessive Legal Time      (7) Fixed Fee
          (2) Late Time & Costs Posted  (5) Business Development       (8) Premium
          (3) Pre-arranged Discount     (6) Summer Associate          (9) Rounding         (10) Client Arrangement

 BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    9
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/30/2008 11:33:15

Matter No: 056772-00007                               Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE       Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : REORGANIZATION PLAN                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                        Status    : ACTIVE
```

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------

| Code | Description | Oldest Entry | Latest Entry | Total Amount |
|------|-------------|--------|--------|--------|
| 0820 | PHOTOCOPYING | 11/23/08 | 11/23/08 | 151.70 |
| 0842 | DOCUMENT PREP. | 11/23/08 | 11/23/08 | 50.00 |
| 0921 | LEXIS/NEXIS ON-LINE RESEARCH | 11/07/08 | 11/07/08 | 27.27 |
| 0940 | CAB FARES | 11/04/08 | 11/24/08 | 570.55 |
| 0942 | MEALS/IN-HOUSE | 11/23/08 | 11/23/08 | 26.84 |
| 0950 | OUT-OF-TOWN TRAVEL | 11/24/08 | 11/24/08 | 55.00 |
| 0951 | MEALS/T & E | 11/24/08 | 11/26/08 | 22.45 |
| | Total | | | 903.81 |

U N B I L L E D   C O S T S   D E T A I L

| Description/Code | Employee | Date | Amount | Index# | Batch No | Batch Date |
|------------------|----------|------|--------|--------|----------|------------|
| CAB FARES 0940 | | | | | | |
| JULIET RAMDIN, CASHIER | MARTORANA, K R | 11/04/08 | 9.00 | 8529525 | 645209 | 11/20/08 |
| JULIET RAMDIN, CASHIER | | | | | | |
| LEXIS/NEXIS ON-LINE RESEARCH 0921 | | | | | | |
| LEXIS/NEXIS ON-LINE | MARTORANA, K R | 11/07/08 | 27.27 | 8540939 | 651690 | 12/02/08 |
| PHOTOCOPYING 0820 | | | | | | |
| PHOTOCOPYING | MANNAL, D M | 11/23/08 | 102.30 | 8536413 | 648541 | 11/26/08 |
| MANNAL DOUGLAS | | | | | | |
| PHOTOCOPYING | MANNAL, D M | 11/23/08 | 49.40 | 8537611 | 648621 | 11/26/08 |
| DOCUMENT PREP. 0842 | | | | | | |
| DOCUMENT PREP. | HYATT, N H | 11/23/08 | 50.00 | 8532547 | 646542 | 11/24/08 |
| D. Mannal | | | | | | |
| CAB FARES 0940 | | | | | | |
| CAB FARES | MANNAL, D M | 11/23/08 | 140.76 | 8550201 | 655823 | 12/11/08 |
| CAB FARES - ODYSSEY | | | | | | |
| MEALS/IN-HOUSE 0942 | | | | | | |
| MEALS/IN-HOUSE | MANNAL, D M | 11/23/08 | 26.84 | 8538630 | 650605 | 12/01/08 |
| IN-HOUSE/MEALS | | | | | | |
| CAB FARES 0940 | | | | | | |
| DOUGLAS MANNAL | MANNAL, D M | 11/24/08 | 100.00 | 8549892 | 655555 | 12/11/08 |
| Cab Fare | | | | | | |
| CAB FARES | MANNAL, D M | 11/24/08 | 165.75 | 8550202 | 655823 | 12/11/08 |
| CAB FARES - ODYSSEY | | | | | | |
| CAB FARES | MANNAL, D M | 11/24/08 | 155.04 | 8555652 | 658372 | 12/17/08 |
| CAB FARES - ODYSSEY | | | | | | |
| OUT-OF-TOWN TRAVEL 0950 | | | | | | |
| DOUGLAS MANNAL | MANNAL, D M | 11/24/08 | 55.00 | 8549895 | 655555 | 12/11/08 |
| From: Pittsburgh; To: NY; Date(s): 11/24/08 | | | | | | |

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE    10
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/30/2008 11:33:15

Matter No: 056772-00007                              Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:     2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : REORGANIZATION PLAN                    Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status     : ACTIVE

U N B I L L E D    C O S T S    D E T A I L
Description/Code                           Employee            Date          Amount      Index#  Batch No  Batch Date
--------------------------------------     --------            ------        ----------- ------- --------- ----------

MEALS/T & E 0951
    DOUGLAS MANNAL                          MANNAL, D M        11/24/08         4.42     8549893   655555    12/11/08
    Establishment: Breakfast Dunkin Donut; Guests: M
    annal; Affiliation: ,; Business Discussed: ,
    DOUGLAS MANNAL                          MANNAL, D M        11/24/08        18.03     8549894   655555    12/11/08
    Establishment: Dinner - Heather (Pittsburgh); Gu
    ests: Mannal; Affiliation: ,; Business Discussed
    : ,


            Costs Total :                                                      903.81
```

alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    11
                                                           *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 12/30/2008 11:33:15

Matter No: 056772-00007                                    Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : REORGANIZATION PLAN                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                           Status     : ACTIVE

B I L L I N G    I N S T R U C T I O N S    F O R    U N B I L L E D    C O S T S    S U M M A R Y
Code Description              Amount          Bill        W/o / W/u        Transfer  To    Clnt/Mtr    Carry Forward
-----------------------  --------------   ----------- ---------------  ------------------------------- -----------------

0820 PHOTOCOPYING              151.70      _____ _____    _____  _____

0842 DOCUMENT PREP.             50.00      _____ _____    _____  _____

0921 LEXIS/NEXIS ON-LINE RESEA  27.27      _____ _____    _____  _____

0940 CAB FARES                 570.55      _____ _____    _____  _____

0942 MEALS/IN-HOUSE             26.84      _____ _____    _____  _____

0950 OUT-OF-TOWN TRAVEL         55.00      _____ _____    _____  _____

0951 MEALS/T & E                22.45      _____ _____    _____  _____


        Costs Total :          903.81      _____ _____    _____  _____

```
alp_132r: Matter Detail                              KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE   12
                                                       *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/30/2008 11:33:15

Matter No: 056772-00008                              Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:    2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE      Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT            Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                       Status     : ACTIVE

Special Billing Instructions:
----------------------------------------------------------------------------------------------------------------------------
                                             PRE-BILLING SUMMARY REPORT
----------------------------------------------------------------------------------------------------------------------------
                 UNBILLED TIME FROM:                            TO:
                 UNBILLED DISB FROM:    10/29/2008              TO:      11/26/2008
----------------------------------------------------------------------------------------------------------------------------
                                        FEES                            COSTS
                                        ------                          -----------
        GROSS BILLABLE AMOUNT:                       0.00                         34.01
         AMOUNT WRITTEN DOWN:         _____              _____
                     PREMIUM:         _____              _____
            ON ACCOUNT BILLED:        _____              _____
    DEDUCTED FROM PAID RETAINER:      _____              _____
               AMOUNT BILLED:         _____              _____
                   THRU DATE:                                                11/26/2008
    CLOSE MATTER/FINAL BILLING?       YES   OR   NO
    EXPECTED DATE OF COLLECTION:      _____

       BILLING PARTNER APPROVAL:      _____              _____
                                      BENTLEY PHILIP - 02495          WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
            BILLING COMMENTS:

----------------------------------------------------------------------------------------------------------------------------
                             ACCOUNTS RECEIVABLE TOTALS                       UNAPPLIED CASH
                             ---------------------------                      ----------------
                  FEES:                           0.00
          DISBURSEMENTS:                         34.01    UNIDENTIFIED RECEIPTS:           0.00
          FEE RETAINER:                           0.00        PAID FEE RETAINER:           0.00
          DISB RETAINER:                          0.00       PAID DISB RETAINER:           0.00
       TOTAL OUTSTANDING:                        34.01    TOTAL AVAILABLE FUNDS:           0.00
                                                              TRUST BALANCE:
                                              BILLING HISTORY
                                              ----------------
       DATE OF LAST BILL:                     11/24/08      LAST PAYMENT DATE:      12/29/08
       LAST BILL NUMBER:                      504971 ACTUAL FEES BILLED TO DATE:   177,175.00
                                                     ON ACCOUNT FEES BILLED TO DATE:       0.00
                                                     TOTAL FEES BILLED TO DATE:    177,175.00
       LAST BILL THRU DATE:                   10/31/08  FEES WRITTEN OFF TO DATE:   18,580.00
                                                       COSTS WRITTEN OFF TO DATE:      500.51
FOR ACCTG USE ONLY:                          Write Down/Up Reason Codes:
                                             ---------------------------
            (1) Exceeded Fixed Fee           (4) Excessive Legal Time    (7) Fixed Fee
            (2) Late Time & Costs Posted      (5) Business Development     (8) Premium
            (3) Pre-arranged Discount         (6) Summer Associate         (9) Rounding            (10) Client Arrangement

  BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                      PAGE   13
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/30/2008 11:33:15

Matter No: 056772-00008                                  Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:        2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT                Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                                         Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                        Oldest      Latest         Total
                                         Entry       Entry          Amount
----  ------------------------------     ------      ------     -----------
0930  MESSENGER/COURIER                  10/29/08    11/26/08        34.01

         Total                                                       34.01


U N B I L L E D   C O S T S   D E T A I L
Description/Code                                  Employee        Date       Amount     Index#  Batch No  Batch Date
-----------------------------------------------  --------        ------     --------    ------  --------  ----------

MESSENGER/COURIER 0930
     FEDERAL EXPRESS CORPORAT                     WIERMAN, L E    10/29/08      8.57     8530057  645294   11/20/08
     Buchanan Ingersoll & Rooney
     FEDERAL EXPRESS CORPORAT                     WIERMAN, L E    11/17/08     16.77     8535597  648185   11/26/08
     Buchanan Ingersoll & Rooney
     FEDERAL EXPRESS CORPORAT                     MAKINDE, M A    11/26/08      8.67     8555487  658347   12/17/08
     Buchanan Ingersoll & Rooney



         Costs Total :                                                        34.01
```

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                              PAGE   14
                                                 *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/30/2008 11:33:15


Matter No: 056772-00008                        Orig Prtnr : CRED. RGTS  - 06975       Proforma Number:     2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE    Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : FEE APPLICATIONS, APPLICANT      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 07/27/2001                                                            Status      : ACTIVE

B I L L I N G   I N S T R U C T I O N S   F O R   U N B I L L E D   C O S T S   S U M M A R Y
Code Description            Amount       Bill       W/o / W/u       Transfer  To   Clnt/Mtr      Carry Forward
----------------------  -----------------  -----------  --------------  -------------------------------  ----------------

0930 MESSENGER/COURIER          34.01      _____  _____  _____  _____



        Costs Total :           34.01      _____  _____  _____  _____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE  15
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/30/2008 11:33:15

Matter No: 056772-00015                          Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:    2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE  Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT      Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                     Status     : ACTIVE

Special Billing Instructions:
-----------------------------------------------------------------------------------------------------------------------------
                                             PRE-BILLING SUMMARY REPORT
-----------------------------------------------------------------------------------------------------------------------------
              UNBILLED TIME FROM:                              TO:
              UNBILLED DISB FROM:    10/26/2008                TO:    10/27/2008
-----------------------------------------------------------------------------------------------------------------------------
                                            FEES                            COSTS
                                            ------                          -----------
            GROSS BILLABLE AMOUNT:                    0.00                           563.00
            AMOUNT WRITTEN DOWN:       _____       _____
                       PREMIUM:       _____       _____
              ON ACCOUNT BILLED:      _____       _____
    DEDUCTED FROM PAID RETAINER:      _____       _____
                 AMOUNT BILLED:       _____       _____
                     THRU DATE:       _____                10/27/2008
    CLOSE MATTER/FINAL BILLING?       YES   OR   NO
     EXPECTED DATE OF COLLECTION:     _____

        BILLING PARTNER APPROVAL:     _____       WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
                                      BENTLEY PHILIP - 02495
              BILLING COMMENTS:       _____
                                      _____

-----------------------------------------------------------------------------------------------------------------------------
                                      ACCOUNTS RECEIVABLE TOTALS                   UNAPPLIED CASH
                                      ----------------------------                 ----------------
                         FEES:                    0.00
                DISBURSEMENTS:                   563.00
                 FEE RETAINER:                     0.00          UNIDENTIFIED RECEIPTS:        0.00
                DISB RETAINER:                     0.00             PAID FEE RETAINER:         0.00
            TOTAL OUTSTANDING:                   563.00            PAID DISB RETAINER:         0.00
                                                              TOTAL AVAILABLE FUNDS:          0.00
                                                                      TRUST BALANCE:
                                                     BILLING HISTORY
                                                     ----------------
            DATE OF LAST BILL:       11/24/08            LAST PAYMENT DATE:       12/29/08
            LAST BILL NUMBER:        504971 ACTUAL FEES BILLED TO DATE:        85,349.50
                                            ON ACCOUNT FEES BILLED TO DATE:         0.00
                                            TOTAL FEES BILLED TO DATE:        85,349.50
          LAST BILL THRU DATE:       10/31/08  FEES WRITTEN OFF TO DATE:       1,303.50
                                            COSTS WRITTEN OFF TO DATE:           639.99
FOR ACCTG USE ONLY:                  Write Down/Up Reason Codes:
                                     --------------------------
            (1) Exceeded Fixed Fee           (4) Excessive Legal Time      (7) Fixed Fee
            (2) Late Time & Costs Posted      (5) Business Development       (8) Premium
            (3) Pre-arranged Discount         (6) Summer Associate          (9) Rounding            (10) Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                          KRAMER LEVIN NAFTALIS & FRANKEL LLP                                               PAGE   16
                                                     *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/30/2008 11:33:15

Matter No: 056772-00015                                       Orig Prtnr : CRED. RGTS  - 06975             Proforma Number:     2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE               Bill Prtnr : BENTLEY PHILIP - 02495          Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                 Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ----------------
Code  Description                        Oldest       Latest          Total
                                         Entry        Entry           Amount
----  ----------------------------       ------       ------       -----------
0940  CAB FARES                          10/26/08     10/27/08         374.34
0942  MEALS/IN-HOUSE                     10/26/08     10/26/08          35.08
0950  OUT-OF-TOWN TRAVEL                 10/26/08     10/26/08           5.00
0951  MEALS/T & E                        10/26/08     10/27/08         148.58

          Total                                                       563.00


U N B I L L E D   C O S T S   D E T A I L
Description/Code                         Employee            Date           Amount       Index# Batch No  Batch Date
-----------------------------------      --------            ------         ----------   ------- --------- ----------


CAB FARES 0940
    CAB FARES                            MARTORANA, K R      10/26/08        51.00        8521915   641158  11/11/08
    CAB FARES - ODYSSEY
    CAB FARES                            MANNAL, D M         10/26/08       164.22        8521916   641158  11/11/08
    CAB FARES - ODYSSEY
MEALS/IN-HOUSE 0942
    MEALS/IN-HOUSE                       MARTORANA, K R      10/26/08        19.78        8523287   641938  11/13/08
    IN-HOUSE/MEALS
    MEALS/IN-HOUSE                       MARTORANA, K R      10/26/08        15.30        8523288   641938  11/13/08
    IN-HOUSE/MEALS
OUT-OF-TOWN TRAVEL 0950
    DOUGLAS MANNAL                       MANNAL, D M         10/26/08         5.00        8534638   647605  11/25/08
    From: NEW YORK; To: PITTSBURGH; Date(s): 10/26
MEALS/T & E 0951
    DOUGLAS MANNAL                       MANNAL, D M         10/26/08        57.14        8534639   647605  11/25/08
    Establishment: Dinner Jet Rock Bar & Grill; Gues
    ts: Mannal; Affiliation: ,; Business Discussed:

CAB FARES 0940
    CAB FARES                            MANNAL, D M         10/27/08       159.12        8521917   641158  11/11/08
    CAB FARES - ODYSSEY
MEALS/T & E 0951
    DOUGLAS MANNAL                       MANNAL, D M         10/27/08         5.83        8534640   647605  11/25/08
    Establishment: Breakfast Starbucks; Guests: Mann
    al; Affiliation: ,; Business Discussed: ,
    DOUGLAS MANNAL                       MANNAL, D M         10/27/08         7.68        8534641   647605  11/25/08
    Establishment: Lunch Au Bon Pain; Guests: Mannal
    ; Affiliation: ,; Business Discussed: ,
    DOUGLAS MANNAL                       MANNAL, D M         10/27/08        77.93        8534642   647605  11/25/08
    Establishment: Dinner SSP Americs; Guests: Manna
    l, Martorana; Affiliation: ,; Business Discussed
    : ,
```

alp_132r: Matter Detail                                    KRAMER LEVIN NAFTALIS & FRANKEL LLP                                    PAGE    17
                                                              *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 12/30/2008 11:33:15

Matter No: 056772-00015                                            Orig Prtnr : CRED. RGTS  - 06975         Proforma Number:        2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                    Bill Prtnr : BENTLEY PHILIP - 02495      Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT                        Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                                 Status       : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                         Employee        Date              Amount       Index# Batch No  Batch Date
-----------------------------------------   --------        ------         -----------    ------- --------- ----------


          Costs Total :                                                    563.00

alp_132r: Matter Detail

KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*

PAGE    18

Run Date & Time: 12/30/2008 11:33:15

Matter No: 056772-00015                                    Orig Prtnr : CRED. RGTS  - 06975        Proforma Number:      2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495     Bill Frequency: M
Matter Name : PLAN AND DISCLOSURE STATEMENT               Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/28/2001                                                                         Status        : ACTIVE

BILLING   INSTRUCTIONS FOR UNBILLED COSTS SUMMARY
Code Description              Amount        Bill      W/o / W/u        Transfer  To   Clnt/Mtr    Carry Forward
------------------------   ---------------  ---------- --------------- ----------------------------- ----------------

0940 CAB FARES                  374.34

0942 MEALS/IN-HOUSE              35.08

0950 OUT-OF-TOWN TRAVEL           5.00

0951 MEALS/T & E                148.58


        Costs Total :           563.00

```
alp_132r: Matter Detail                        KRAMER LEVIN NAFTALIS & FRANKEL LLP                                        PAGE   19
                                                  *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/30/2008 11:33:15

Matter No: 056772-00019                                        Orig Prtnr : CRED. RGTS  - 06975          Proforma Number:    2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                Bill Prtnr : BENTLEY PHILIP - 02495       Bill Frequency: M
Matter Name : HEARINGS                                         Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                               Status     : ACTIVE

Special Billing Instructions:
--------------------------------------------------------------------------------------------------------------------------------
                                               PRE-BILLING SUMMARY REPORT
--------------------------------------------------------------------------------------------------------------------------------
                  UNBILLED TIME FROM:                                    TO:
                  UNBILLED DISB FROM:    11/11/2008                      TO:    11/26/2008
--------------------------------------------------------------------------------------------------------------------------------
                                        FEES                              COSTS
                                        ------                            -----------
       GROSS BILLABLE AMOUNT:                      0.00                            1,530.70
       AMOUNT WRITTEN DOWN:                                                              .
                   PREMIUM:          _____                       _____
          ON ACCOUNT BILLED:        _____                       _____
    DEDUCTED FROM PAID RETAINER:    _____                       _____
             AMOUNT BILLED:         _____                       _____
                 THRU DATE:                                                     11/26/2008
    CLOSE MATTER/FINAL BILLING?      YES   OR   NO
    EXPECTED DATE OF COLLECTION:

    BILLING PARTNER APPROVAL:
                                    _____        WRITE OFF APPROVAL (necessary for write downs over $2,000.00)
              BILLING COMMENTS:      BENTLEY PHILIP - 02495
                                    _____
                                    _____

--------------------------------------------------------------------------------------------------------------------------------
                                        ACCOUNTS RECEIVABLE TOTALS              UNAPPLIED CASH
                                        ---------------------------            ----------------
                       FEES:                        0.00
               DISBURSEMENTS:                   1,530.70     UNIDENTIFIED RECEIPTS:      0.00
               FEE RETAINER:                        0.00         PAID FEE RETAINER:      0.00
               DISB RETAINER:                       0.00        PAID DISB RETAINER:      0.00
           TOTAL OUTSTANDING:                   1,530.70     TOTAL AVAILABLE FUNDS:      0.00
                                                                     TRUST BALANCE:
                                               BILLING HISTORY
                                               ----------------
          DATE OF LAST BILL:             11/24/08       LAST PAYMENT DATE:      12/29/08
           LAST BILL NUMBER:             504971 ACTUAL FEES BILLED TO DATE:   339,619.00
                                               ON ACCOUNT FEES BILLED TO DATE:      0.00
                                               TOTAL FEES BILLED TO DATE:     339,619.00
        LAST BILL THRU DATE:             10/31/08   FEES WRITTEN OFF TO DATE:   10,068.18
                                               COSTS WRITTEN OFF TO DATE:       1,350.35
FOR ACCTG USE ONLY:                     Write Down/Up Reason Codes:
                                        ---------------------------
          (1) Exceeded Fixed Fee        (4) Excessive Legal Time    (7) Fixed Fee
          (2) Late Time & Costs Posted  (5) Business Development     (8) Premium
          (3) Pre-arranged Discount     (6) Summer Associate         (9) Rounding              (10) Client Arrangement

    BILL NUMBER:_____DATE OF BILL:_____Processed by:_____FRC:_____CRC:_____
```

```
alp_132r: Matter Detail                         KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE   20
                                                    *PRIVILEGED AND CONFIDENTIAL*
Run Date & Time: 12/30/2008 11:33:15


Matter No: 056772-00019                                         Orig Prtnr : CRED. RGTS  - 06975            Proforma Number:      2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE                 Bill Prtnr : BENTLEY PHILIP - 02495         Bill Frequency: M
Matter Name : HEARINGS                                          Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                                  Status      : ACTIVE

U N B I L L E D   C O S T S   S U M M A R Y ------------- Total Unbilled ---------------
Code  Description                     Oldest       Latest          Total
                                      Entry        Entry           Amount
----  ----------------------------    ------       ------       -----------
0840  MANUSCRIPT SERVICE              11/17/08     11/17/08            0.00
0940  CAB FARES                       11/12/08     11/14/08          236.38
0950  OUT-OF-TOWN TRAVEL              11/11/08     11/14/08        1,057.66
0951  MEALS/T & E                     11/13/08     11/14/08           96.26
0980  TRANSCRIPT FEES                 11/26/08     11/26/08          140.40


        Total                                                     1,530.70


U N B I L L E D   C O S T S   D E T A I L
Description/Code                         Employee           Date          Amount        Index# Batch No  Batch Date
----------------------------------       --------           ------        -----------   ------- --------- ----------

OUT-OF-TOWN TRAVEL 0950
    KEITH R MARTORANA                    MARTORANA, K R     11/11/08        42.00        8534674  647605   11/25/08
    From: .; To: .; Date(s): .
    KEITH R MARTORANA                    MARTORANA, K R     11/11/08       659.00        8534675  647605   11/25/08
    From: New York; To: Pittsburgh; Date(s): 11/13/0
    8
CAB FARES 0940
    KEITH R MARTORANA                    MARTORANA, K R     11/12/08        50.00        8534676  647605   11/25/08
    Cab Fare
    CAB FARES                            MARTORANA, K R     11/13/08        61.71        8542011  652814   12/04/08
    CAB FARES - ODYSSEY
MEALS/T & E 0951
    KEITH R MARTORANA                    MARTORANA, K R     11/13/08        23.78        8534677  647605   11/25/08
    Establishment: L-Jet Rock Bar & Grill; Guests: K
    eith Martorana; Affiliation: --; Business Discus
    sed: --
    KEITH R MARTORANA                    MARTORANA, K R     11/13/08        51.44        8534678  647605   11/25/08
    Establishment: D-Sonoma Grill; Guests: Keith Mar
    torana; Affiliation: --; Business Discussed: --
CAB FARES 0940
    KEITH R MARTORANA                    MARTORANA, K R     11/14/08        47.00        8534681  647605   11/25/08
    Cab Fare
    CAB FARES                            MARTORANA, K R     11/14/08        77.67        8555653  658372   12/17/08
    CAB FARES - ODYSSEY
OUT-OF-TOWN TRAVEL 0950
    KEITH R MARTORANA                    MARTORANA, K R     11/14/08        50.00        8534679  647605   11/25/08
    From: .; To: .; Date(s): .
    KEITH R MARTORANA                    MARTORANA, K R     11/14/08       306.66        8534680  647605   11/25/08
    Name: Westin Convertion Center; City: Pittsburgh
    ; Date(s): 11/14/08
```

alp_132r: Matter Detail
KRAMER LEVIN NAFTALIS & FRANKEL LLP
*PRIVILEGED AND CONFIDENTIAL*
PAGE    21

Run Date & Time: 12/30/2008 11:33:15

Matter No: 056772-00019                                    Orig Prtnr : CRED. RGTS  - 06975           Proforma Number:    2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE            Bill Prtnr : BENTLEY PHILIP - 02495        Bill Frequency: M
Matter Name : HEARINGS                                     Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                            Status      : ACTIVE

U N B I L L E D   C O S T S   D E T A I L
Description/Code                              Employee         Date          Amount     Index#  Batch No  Batch Date
-----------------------------------------    --------         ------      -----------   ------- --------- ----------

MEALS/T & E 0951
    KEITH R MARTORANA                         MARTORANA, K R   11/14/08        9.92     8534682  647605   11/25/08
    Establishment: L-Au Bon Pain; Guests: Keith Mart
    orana; Affiliation: --; Business Discussed: --
    KEITH R MARTORANA                         MARTORANA, K R   11/14/08       11.12     8534683  647605   11/25/08
    Establishment: D-Pizza Hut; Guests: Keith Martor
    ana; Affiliation: --; Business Discussed: --
MANUSCRIPT SERVICE 0840
    MANUSCRIPT SERVICE                        TAYLOR, P        11/17/08        0.00     8527612  644156   11/19/08
TRANSCRIPT FEES 0980
    ELAINE M. RYAN                            WIERMAN, L E     11/26/08      140.40     8536135  648529   11/26/08
    ELAINE M. RYAN


              Costs Total :                                                 1,530.70

alp_132r: Matter Detail                                KRAMER LEVIN NAFTALIS & FRANKEL LLP                                              PAGE    22
                                                         *PRIVILEGED AND CONFIDENTIAL*

Run Date & Time: 12/30/2008 11:33:15

Matter No: 056772-00019                                  Orig Prtnr : CRED. RGTS  - 06975              Proforma Number:      2683060
Client Name : W.R. GRACE & CO. EQUITY COMMITTEE          Bill Prtnr : BENTLEY PHILIP - 02495           Bill Frequency: M
Matter Name : HEARINGS                                   Supv Prtnr : MAYER THOMAS MOERS - 03976
Matter Opened : 09/06/2002                                                                             Status     : ACTIVE

BILLING   INSTRUCTIONS   FOR   UNBILLED   COSTS   SUMMARY
Code Description                Amount        Bill       W/o / W/u       Transfer  To   Clnt/Mtr    Carry Forward
------------------------    ---------------   ---------  --------------  ------------------------------  ----------------

0840 MANUSCRIPT SERVICE             0.00

0940 CAB FARES                    236.38

0950 OUT-OF-TOWN TRAVEL         1,057.66

0951 MEALS/T & E                   96.26

0980 TRANSCRIPT FEES              140.40


        Costs Total :          1,530.70