## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :     DECEMBER 16, 2008
MATTER :   0066609-000002
INVOICE :  10170017

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08    6548

RE: ASSET DISPOSITION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/12/08 | TC | Reviewed Motion of Debtors For Entry Of Order Authorizing The Sale Of Certain Real Property to The City Of Charleston, South Carolina Filed by W.R. Grace & Co., et al and all attachments | .50 |
| 11/13/08 | TC | Reviewed Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Settlement of an Asbestos Property Damage Claim filed by Children's Hospital of Pittsburgh Represented by Speights & Runyan | .20 |
| 11/13/08 | TC | Reviewed Certificate of No Objection Regarding Motion of Debtors for Entry of an Order Authorizing the Settlement of Asbestos Property Damage Claims Filed by Regents of the University of California | .10 |
| 11/13/08 | TC | Reviewed Debtors' Motion For Entry Of An Order Authorizing The Sale Of Debtors' Limited Partnership Interests In Colowyo Coal Company L.P. Filed by W.R. Grace & Co., et al. and all attachments | .60 |

### TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T. Currier | 515.00 | 1.40 | 721.00 |
| TOTALS |  | 1.40 | 721.00 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE : DECEMBER 16, 2008
MATTER : 0066609-000002
INVOICE : 10170017

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08    6548

RE:   ASSET DISPOSITION

TOTAL FEES :            721.00

TOTAL DUE :             721.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : DECEMBER 16, 2008
MATTER  : 0066609-000004
INVOICE : 10170018

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08    6548

RE: CASE ADMINISTRATION

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/03/08 | TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .40 |
| 11/03/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/04/08 | TC | Reviewed all ecf filings and distributed to all team counsel and paralegals | .40 |
| 11/04/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/05/08 | TC | Reviewed all incoming ecf fiilngs and distributed to team counsel and paralegals | .50 |
| 11/06/08 | TC | Reviewed all incoming ecf filings and distributed to counsel and paralegals | .40 |
| 11/07/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/10/08 | TC | Reviewed filed final report by fee auditor; communications with fee auditor re report | .40 |
| 11/10/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : DECEMBER 16, 2008
MATTER  : 0066609-000004
INVOICE : 10170018

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08    6548

RE:  CASE ADMINISTRATION

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/11/08 | TC | Reviewed all ecf filings; distributed to team counsel and paralegals | .70 |
| 11/11/08 | TC | Conference with paralegal about finishing case in general | .40 |
| 11/11/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/12/08 | TC | Reviewed all ecf filings and distributed to team counsel and paralegals | .60 |
| 11/12/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 11/12/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/13/08 | TC | Reviewed all ecf filings; distributed to appropriate team counsel and paralegals | .50 |
| 11/13/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/14/08 | TC | Reviewed all incoming ecf filings; distributed relevant pleadings to team counsel and paralegals | .70 |
| 11/14/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    DECEMBER 16, 2008
                                              MATTER :  0066609-000004
                                              INVOICE : 10170018

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08    6548

RE:  CASE ADMINISTRATION

| Date | Initials | Description | Hours |
|---|---|---|---|
| 11/17/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 11/17/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/18/08 | TC | Reviewed all ecf filings and distributed relevant ones to team counsel and paralegals | .70 |
| 11/18/08 | MNF | Docketing litigation events in computerized docketing system | .50 |
| 11/19/08 | TC | Reviewed all ecf filings and distributed to appropriate team counsel and paralegals. | .50 |
| 11/19/08 | TC | Reviewed updated docket | .40 |
| 11/19/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/20/08 | TC | Reviewed all ecf filings; distributed pertinent filings to team counsel and paralegals | .50 |
| 11/20/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/21/08 | TC | Reviewed all ecf filings and distributed relevant pleadings to counsel and paralegals | .50 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 16, 2008
MATTER :  0066609-000004
INVOICE : 10170018

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08    6548

RE:  CASE ADMINISTRATION

| Date | Atty | Description | Hours |
|---|---|---|---|
| 11/21/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/24/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/25/08 | MNF | Reviewed all ECF filings in the case as part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |
| 11/26/08 | MNF | Reviewed all ECF filings in the case of part of docket control; review all agenda and notices of agenda to prepare for hearings; reviewed and calendar all objections and hearing dates | .50 |

## TIME SUMMARY

|            | RATE   | HOURS | TOTALS  |
|------------|--------|-------|---------|
| T. Currier | 515.00 | 7.60  | 3914.00 |
| M. Flores  | 175.00 | 9.00  | 1575.00 |
| TOTALS     |        | 16.60 | 5489.00 |

TOTAL FEES :                                    5,489.00

TOTAL DUE :                                     5,489.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS    DATE    : DECEMBER 16, 2008
                                        MATTER  : 0066609-000005
                                        INVOICE : 10170019

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08    6548

RE: CLAIM ANALYSIS OBJ. & RESOLUTION (ASBESTOS)

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 11/14/08 | TC | Reviewed Status Report re Class Proofs of Claim (#9911 and #9914) Filed by Anderson Memorial Hospital and all attachments thereto | .50 |
| 11/18/08 | TC | Reviewed Order Authorizing the Settlement of Asbestos Property Damage Claims Filed by Regents of the University of California | .10 |
| 11/18/08 | TC | Reviewed Order Authorizing the Settlement of an Asbestos Property Damage Claim Filed by Children's Hospital of Pittsburgh | .10 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | .70 | 360.50 |
| TOTALS |  | .70 | 360.50 |

TOTAL FEES :                                              360.50

TOTAL DUE  :                                              360.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS            DATE :    DECEMBER 16, 2008
                                                MATTER :  0066609-000006
                                                INVOICE : 10170020

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08   6548

   RE:  CLAIM ANALYSIS OBJ. & RESOLUTION (NON-ASBESTOS)


 DATE    ATTY   DESCRIPTION OF SERVICES RENDERED                           HOURS
 ----    ----   -------------------------------                            -----

11/11/08  TC    Motion for Payment of Administrative                        .70
                Expenses/Claims of Canadian ZAI Claimants
                Pursuant to 11 U.S.C. Sections 503(b)(3)(D) and
                (b)(4) for Allowance of Administrative Expenses
                Incurred in Making Substantial Contribution
                Filed by Canadian ZAI Claimants

11/11/08  TC    Reviewed Motion Of Debtors For Entry Of An                  .60
                Order Approving Stipulation Resolving Proof of
                Claim #12789 Filed by W.R. Grace & Co., et
                al.., and all attached documents


                        T I M E   S U M M A R Y
                        -----------------------

                                RATE      HOURS           TOTALS
                                ----      -----           ------

 T. Currier                     515.00    1.30            669.50
                        TOTALS            1.30            669.50


                        TOTAL FEES :                               669.50


                        TOTAL DUE  :                               669.50


California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC
_____
                                            TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    DECEMBER 16, 2008
                                             MATTER : 0066609-000007
                                             INVOICE : 10170021

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08    6548

    RE:  COMMITTEE, CREDITORS', NOTEHOLDERS', OR
         EQUITY HOLDERS'

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/13/08 | TC | Reviewed materials for today's conference call meeting | .60 |
| 11/13/08 | TC | Conference call meeting of equity committee | 1.20 |

                         T I M E   S U M M A R Y

|             |        | RATE   | HOURS | TOTALS |
|-------------|--------|--------|-------|--------|
| T. Currier  |        | 515.00 | 1.80  | 927.00 |
|             | TOTALS |        | 1.80  | 927.00 |

                    TOTAL FEES :                           927.00

                    TOTAL DUE  :                           927.00

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE :    DECEMBER 16, 2008
MATTER :  0066609-000010
INVOICE : 10170022

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08    6548

RE:  EMPLOYMENT APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|------|------|----------------------------------|-------|
| 11/18/08 | TC | Reviewed MODIFIED Order Authorizing Retention Nunc Pro Tunc of Alan B. Rich Esq., as Counsel to Hon. Alexander Sanders, Jr., Legal Representative for Future Asbestos-Related Property Damage Claimants and Holders of Demands | .10 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|--|------|-------|--------|
| T. Currier | 515.00 | .10 | 51.50 |
| TOTALS |  | .10 | 51.50 |

TOTAL FEES :                                                        51.50

TOTAL DUE :                                                         51.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

```
OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE :    DECEMBER 16, 2008
                                              MATTER :  0066609-000011
                                              INVOICE : 10170023

    FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08   6548

    RE:  FEE APPLICATIONS, APPLICANT


  DATE    ATTY    DESCRIPTION OF SERVICES RENDERED                         HOURS
  ----    ----    -------------------------------                          -----

11/10/08  MNF     Draft 30th Quarterly fee request of BIR for               2.00
                  July-Sept 2008 (1.5); Draft Notice re: same(.5)

11/11/08  MNF     Edits to 30th Quarterly fee request of BIR                 .50

11/12/08  MNF     E-file and serve 30th Quarterly Fee Request of            1.00
                  BIR for July-Sept 2008

11/18/08  MNF     Review/make edits to October 2008 prebills                 .50

11/19/08  MNF     Review docket re; objections to 83rd monthly               .50
                  fee app of BIR(.1); Draft CNO re: 83rd Monthly
                  fee app of BIR (.4)

11/20/08  MNF     E-file and serve CNO re: 8rd monthly fee app of            .80
                  BIR

11/24/08  MNF     Draft/Prepare 84th monthly fee app of BIR for             1.80
                  October 2008 (1.5); Finalize bills and send
                  same to accting(.3)


                     T I M E   S U M M A R Y
                     -----------------------

                            RATE      HOURS         TOTALS
                            ----      -----         ------

M. Flores                 175.00       7.10         1242.50
                  TOTALS                7.10         1242.50

                         TOTAL FEES :                         1,242.50
```

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : DECEMBER 16, 2008
MATTER  : 0066609-000011
INVOICE : 10170023

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08    6548

RE:  FEE APPLICATIONS, APPLICANT

TOTAL DUE :                                          1,242.50

**Buchanan Ingersoll & Rooney PC**
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS          DATE   :   DECEMBER 16, 2008
                                              MATTER :   0066609-000012
                                              INVOICE:   10170024

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08    6548

RE: FEE APPLICATIONS, OTHERS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 11/17/08 | MNF | Draft Notice re: 26th Quarterly fee request of Kramer Levin | .50 |
| 11/18/08 | TC | Reviewed kramer levin fee application (quarterly fee application); reviewed notice to go with same; prepared all for filing | .40 |
| 11/18/08 | MNF | E-file and serve 26th quarterly fee request of Kramer Levin | 1.00 |
| 11/19/08 | MNF | Review docket re; objections to 85th monthly fee app of Kramer (.1); Draft CNO re: 85th Monthly fee app of Kramer Levin(.4) | .50 |
| 11/20/08 | TC | Reviewed fee auditor report about Duane morris | .20 |
| 11/20/08 | TC | Reviewed fee auditor report about Orrick,Herrington & Sutcliffe | .30 |
| 11/20/08 | TC | Reviewed Fee Auditor's Final Report Regarding Fee Application of Bilzin Sumberg Baena Price & Axelrod LLP For The Twenty-Ninth Interim Period to stay abreast of fee auditor's observations and requirements | .30 |
| 11/20/08 | TC | Reviewed Fee Auditor's Final Report Regarding Fee Application of Duane Morris to stay abreast of fee auditor's observations and requirements | .30 |
| 11/20/08 | MNF | E-file and serve CNO re: 85th monthly fee app of Kramer Levin | .80 |
| 11/21/08 | TC | Helped bobbie ruhlander with kramer levin fee issue; communications with paralegal re same | .30 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS              DATE   : DECEMBER 16, 2008
                                                   MATTER : 0066609-000012
                                                   INVOICE : 10170024

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08   6548

RE:  FEE APPLICATIONS, OTHERS

11/21/08 TC   Reviewed fee auditor reports on othr firms                      .50

TIME SUMMARY

|              | RATE    | HOURS | TOTALS  |
|--------------|---------|-------|---------|
| T. Currier   | 515.00  | 2.30  | 1184.50 |
| M. Flores    | 175.00  | 2.80  | 490.00  |
| TOTALS       |         | 5.10  | 1674.50 |

TOTAL FEES :                                                            1,674.50

TOTAL DUE  :                                                            1,674.50

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchaningersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS      DATE :    DECEMBER 16, 2008
                                          MATTER :  0066609-000014
                                          INVOICE : 10170025

   FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08    6548

   RE:  HEARINGS

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 11/10/08 | TC | Reviewed Notice of Agenda of Matters Scheduled for Hearing on November 13, 2008 at 2:00 p.m. and November 14, 2008 at 9:00 a.m. Regarding Disclosure Statement Issues and Anderson Memorial Claims Issues | .40 |
| 11/11/08 | TC | Reviewed certification of counsel re hearing dates; calendared same | .40 |
| 11/13/08 | TC | Reviewed Amended Notice of Agenda of Matters Scheduled for Hearing on November 14, 2008 from 10:00 a.m. until 4:00 p.m. Before the Honorable Judith K. Fitzgerald Filed by W.R. GRACE & CO | .30 |
| 11/13/08 | TC | Reviewed Certification of Counsel (Revised) re: 2009 Omnibus Hearing Dates; calendared revised dates | .20 |
| 11/17/08 | TC | Revewed Notice of Agenda of Matters Scheduled for Hearing Before the Honorable Judith K. Fitzgerald Filed by W.R. Grace & Co., et al | .40 |

              T I M E   S U M M A R Y

                       RATE       HOURS        TOTALS

T. Currier             515.00      1.70        875.50
            TOTALS                 1.70        875.50

                  TOTAL FEES :                                875.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : DECEMBER 16, 2008
MATTER  : 0066609-000014
INVOICE : 10170025

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08    6548

RE:   HEARINGS

TOTAL DUE  :                               875.50

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS        DATE    :   DECEMBER 16, 2008
                                            MATTER  :   0066609-000015
                                            INVOICE :   10170026

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08    6548

RE:  LITIGATION AND LITIGATION CONSULTING

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 11/10/08 | TC | Reviewed Appellee Designation of Additional Items for Inclusion in Record of Appeal | .50 |
| 11/14/08 | TC | Reviewed Memorandum Denying Anderson Memorial's Motion for Leave to Appeal | .60 |
| 11/14/08 | TC | Reviewed Order Denying Anderson Memorial Hospital's Motion to Reconsider Denial of Motion for Leave to Appeal | .10 |

### TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | 1.20 | 618.00 |
| TOTALS |  | 1.20 | 618.00 |

TOTAL FEES :                                                618.00

TOTAL DUE  :                                                618.00

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : DECEMBER 16, 2008
MATTER  : 0066609-000016
INVOICE : 10170027

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08    6548

RE: PLAN AND DISCLOSURE STATEMENT

| DATE | ATTY | DESCRIPTION OF SERVICES RENDERED | HOURS |
|---|---|---|---|
| 11/10/08 | TC | Reviewed First Objection to Disclosure Statement and Exhibits Filed by Alexander M. Sanders, Jr. | .20 |
| 11/10/08 | TC | Reviewed Supplemental Limited Objection To Motion Of The Debtors For An Order Approving Disclosure Statement, Solicitation And Confirmation Procedures, Confirmation Schedule, And Related Relief Filed by Official Committee of Asbestos Property Damage Claimants | .30 |
| 11/10/08 | TC | Reviewed Joint Objection (Supplemental) of Bank of America, N.A., and Morgan Stanley Senior Funding, Inc. to Disclosure Statement to the First Amended Joint Plan of Reorganization Filed by Bank of America, N.A., Morgan Stanley Senior Funding, Inc. | .50 |
| 11/11/08 | TC | Reviewed Protective Objection of Maryland Casualty Company to the Debtors' Disclosure Statement for the First Amended Joint Plan of Reoganization Under Chapter 11 of the Bankruptcy Code of W.R. Grace & Co., et al., the Official Committee of Asbestos Personal Injury Claimants, the Asbestos Future Claimants' Representative, and the Official Committee of Equity Security Holders Filed by Maryland Casualty Company | .20 |
| 11/11/08 | TC | Reviewed Supplemental Objection of the State of Montana to (i) the Debtors' Disclosure Statement for the Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code of WR Grace & Co., et al., The Official Committee of | .40 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID. 25-1381032 :: INCORPORATED IN PENNSYLVANIA

## Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041

www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS         DATE :    DECEMBER 16, 2008
                                             MATTER : 0066609-000016
                                             INVOICE : 10170027

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08    6548

RE:  PLAN AND DISCLOSURE STATEMENT

   Asbestos Personal Injury Claimants, the
   Asbestos PI Future Claimant's Representative,
   and the Official Committee of Equity Security
   Holders and (ii) the Motion of the Debtors for
   an Order Approving Disclosure Statement,
   Solicitation and Confirmation Procedures,
   Confirmation Schedule and Related Relief Filed
   by State of Montana

| Date | | Description | Hours |
|---|---|---|---|
| 11/12/08 | TC | Reviewed amended disclosure statement, chart, objections | 1.50 |
| 11/14/08 | TC | Reviewed Notice of Withdrawal of the Objection to (i) Debtors' Disclosure Statement for Joint Plan of Reorganization and Approval of Motion; and (ii) Request for an Adjournment | .10 |
| 11/14/08 | TC | Reviewed Royal's (i) Objection to Debtors' Disclosure Statement for Joint Plan of Reorganization and Approval Motion; and (ii) Request for an Adjournment | .30 |

TIME SUMMARY

|  | RATE | HOURS | TOTALS |
|---|---|---|---|
| T. Currier | 515.00 | 3.50 | 1802.50 |
| TOTALS |  | 3.50 | 1802.50 |

TOTAL FEES :                                                       1,802.50

TOTAL DUE :                                                        1,802.50

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA

Case 01-01139-AMC    Doc 20410-1    Filed 01/05/09    Page 20 of 20

# Buchanan Ingersoll & Rooney PC
Attorneys & Government Relations Professionals

One Oxford Centre
301 Grant Street, 20th Floor
Pittsburgh, PA 15219-1410

T 412 562 8800
F 412 562 1041
www.buchananingersoll.com

OFFICIAL COMMITTEE OF EQUITY HOLDERS

DATE    : DECEMBER 16, 2008
MATTER  : 0066609-001000
INVOICE : 10170028

FOR PROFESSIONAL SERVICES RENDERED THROUGH: 11/30/08    6548

RE:    EXPENSES

| DESCRIPTION OF EXPENSE ADVANCES | AMOUNT |
|---|---|
| 10/23/08 Messenger/Delivery Service - Parcels #135577 | 5.00 |
| 11/04/08 Photocopies M. Flores | 9.20 |
| 11/04/08 Photocopies M. Flores | 2.40 |
| 11/07/08 Photocopies M. Flores | 2.70 |
| 11/14/08 Photocopies M. Flores | 1.80 |
| 11/20/08 Photocopies M. Flores | 0.20 |
| 11/20/08 Messenger/Delivery Service - Parcels #141453 | 7.50 |
| 11/25/08 Photocopies M. Flores | 9.60 |
| 11/26/08 Photocopies M. Flores | 9.20 |
| TOTAL EXPENSE ADVANCES : | 47.60 |
| TOTAL DUE : | 47.60 |

California :: Delaware :: Florida :: New Jersey :: New York :: Pennsylvania :: Virginia :: Washington, DC

TAX ID 25-1381032 :: INCORPORATED IN PENNSYLVANIA