UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| W.R. Grace & Co., *et al.*, | Case No. 01-01139 ( JKF)<br>(Jointly Administered) |
| Debtors. | |

**CERTIFICATION BY GOVERNMENT COUNSEL**
**PURSUANT TO BANKRUPTCY LOCAL RULE 9010**

Pursuant to Local Rule 9010-1(e)(i) of the Bankruptcy Court for the District of Delaware, I certify that I am eligible for admission to this Court; am admitted, practicing and in good standing as a member of the Bar of the District of Columbia; and submit to the disciplinary jurisdiction of this Court for any alleged misconduct that occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules.

Dated: January 5, 2009         Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/ Beth E. Cook
　　　　　　　　　　　　　　　　　　　　　BETH E. COOK
　　　　　　　　　　　　　　　　　　　　　Attorney, Civil Division
　　　　　　　　　　　　　　　　　　　　　United States Department of Justice
　　　　　　　　　　　　　　　　　　　　　P.O. Box 875
　　　　　　　　　　　　　　　　　　　　　Ben Franklin Station
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20044-0874
　　　　　　　　　　　　　　　　　　　　　Telephone: (202) 616-2265
　　　　　　　　　　　　　　　　　　　　　Facsimile: (202) 514-9163
　　　　　　　　　　　　　　　　　　　　　beth.cook@usdoj.gov

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing was served on January 5, 2009, by electronic service through the Court's Electronic Case Filing ("ECF") system and served by first class mail, postage prepaid, on the following parties:

| | |
|---|---|
| Office of the United States Trustee<br>844 King Street<br>Room 2207<br>Wilmington, DE 19801 | David M. Bernick, P.C.<br>Theodore L. Freedman<br>Janet S. Baer<br>Deanna D. Boll<br>Kirland & Ellis LLP<br>153 East 53rd Street<br>New York, NY 10022 |
| Laura David Jones<br>James E. O'Neill<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street, 17th Floor<br>P.O. Box 8705<br>Wilmington, DE 19899-8705 | |

/s/ Beth E. Cook
Beth E. Cook