CHRISTOPHER E. GRELL (No. 88498)
RICHARD F. RESCHO (No. 108086)
LAW OFFICES OF
CHRISTOPHER E. GRELL
The Leamington
1814 Franklin Street, Suite 501
Oakland, CA 94612
Telephone: (510) 832-2980
Fax: (510) 832-2986

Attorneys for Plaintiffs

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: | Chapter 11 |
| W.R. Grace, | Bankruptcy No: 01-01139-JKF |
| Debtor(s) | |

## NOTICE OF CHANGE OF ADDRESS

TO: THE CLERK OF THE COURT AND ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:

NOTICE IS HEREBY GIVEN that the Law Offices of Christopher E. Grell, counsel for Claimants, will, effective December 2, 2008, change its mailing address to:

LAW OFFICES OF CHRISTOPHER E. GRELL
1814 Franklin Street, Suite 501
Oakland, CA 94612

The telephone number (510) 832-2980 and telecopier number (510) 832-2986, will remain the same. The e-mail address is grell@lawofficeofcgrell.com.

Dated: December __, 2008        LAW OFFICES OF CHRISTOPHER E. GRELL

By_____
Christopher E. Grell
Attorneys for Claimants

-1-

Notice of Change of Address

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE:<br><br>W.R. GRACE & CO., et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 01-01139 (JFK)<br>(Jointly Administered)<br><br>Hea |

**CERTIFICATE OF SERVICE**

I, KARA AU-YOUNG, hereby certify that I caused a true and correct copy of the within: **Notice of Change of Address** for the within asbestos claimants Ellen Ashdown (Decedent Gary Smith), Franklin Castleman, Edwin Conway, Sharon Doughty, Henry Enos, Candice Fleming, Eleanor Franer, Nancy Kearny, Agnes Klassen, Yvonne Mager, Curtis Neal, II, Gordon Nurse, Sandra Odegaard, Frances Rongstad, Rhee Michelle Smith, Graydon Simpson, Ernest P. Snyder, Mary Ann Market, Joyce Lopez and Tracie Webber, to be sent on January 5, 2009 to those on the attached list.

By: _/s/ Kara Au-Young_
KARA AU-YOUNG
Office Manager
LAW OFFICES OF CHRISTOPHER E. GRELL
The Leamington
1814 Franklin Street, Suite 501
Oakland, CA 94612
(510) 832-2980

Laura Davis Jones, Esq.
James O'Neill, Esq.
Pachulski, Stang, Ziehl, Young
919 No. Market Street, 17th Floor
Wilmington, DE 19899-8705

David Klauder
Office of the United States Trustee
844 King Street, 2nd Floor
Wilmington, DE 19801

Marla R. Eskin, Esq.
Mark T. Hurford, Esq.
Campbell & Levine
800 N. King Street, Suite 300
Wilmington, DE 19801

David B. Siegel
WR Grace and Co.
7500 Grace Drive
Columbia, MD 21044

Elihu Insselbuch, Esq.
Rita Tobin, Esq.
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152-3500

Philip Bentley, Esq.
Gary M. Becker, Esq.
Thomas M. Mayer, Esq.
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036

Theresa K.D. Currier, Esq.
Klett Rooney Lieber & Schorling, P.C.
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

Michael B. Joseph, Esq.
Ferry & Joseph, P.A.
824 N. Market Street, Suite 904
Wilmington, DE 19801

Barbara Harding, Esq.
Kirkland & Ellils, LLP
655 Fifteenth Street, NW Suite 1200
Washington, DC 20005-5793

Scott L. Baena, Esq.
Bilzin Sumberg Dunn Baena Price
First Union Financial Center
200 So. Biscayne Blvd., Suite 2500
Miami, FL 33131

Lewis Kruger, Esq.
Robert Raskin, Esq.
Strook & Stoock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982

Barbara Harding, Esq.
Kirkland & Ellis, LLP
655 Fifteenth Street, NW Suite 1200
Washington, DC 20005-5793

Michael R. Lastowski, Esq.
Duane Morris & Hecksher LLP
1100 N. Market Street, Suite 1200
Wilmington, DE 19801

John C. Phillips, Jr., Esq.
Phillips, Goldman & Spence, P.A.
1200 N. Broom Street
Wilmington, DE 19806

David Bernick, Esq.
Janet S. Baer, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Peter Van N. Lockwood, Esq.
Julie W. Davis, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, N.W.
Washington, DC 20005

Rrchard H. Wyron, Esq.
Swidler Berlin Scherff Friedman, LLP
3000 K Street, NW, Suite 300
Washington, DC 20007