## CERTIFICATE OF SERVICE

I, Edward B. Rosenthal, hereby certify that on this 5th day of January, 2009, that a copy of the foregoing *Preliminary Objections of CNA Companies to the First Amended Joint Plan of Reorganization* to be served by the CM/ECF System for the United States Bankruptcy Court for the District of Delaware and in the manner indicated to the individuals listed on the attached service list.

Edward B. Rosenthal (Bar No. 3131)

**Via U.S. Mail**
Kirkland & Ellis LLP
Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Citigroup Center
153 E. 53rd Street
New York, NY 10022

**Via Hand Delivery**
Pachulski Stang Ziehl & Jones LLP
Laura Davis Jones
James E. O'Neill
Kathleen P. Makowski
Timothy Cairns
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, DE 19899

**Via U.S. Mail**
Kirkland & Ellis LLP
David M. Bernick, P.C.
Janet S. Baer
200 East Randolph Drive
Chicago, IL 60601

**Via U.S. Mail**
Caplin & Drysdale, Chartered
Elihu Inselbuch
375 Park Avenue
New York, NY 10152

**Via Hand Delivery**
Campbell & Levin, LLC
Marla R. Eskin
Mark T. Hurford
800 King Street, Suite 300
Wilmington, DE 19801

**Via U.S. Mail**
Kramer Levin Naftalis & Frankel LLP
Philip Bentley
Douglas Mannal
919 Third Avenue
New York, NY 10022

**Via U.S Mail**
Orrick, Herrington & Sutcliffe LLP
Roger Frankel
Richard H. Wyron
Debra L. Felder
Columbia Center
1152 15th Street, NW
Washington, DC 20005

**Via U.S. Mail**
Caplin & Drysdale, Chartered
Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
One Thomas Circle, NW
Washington, DC 20005

**Via Hand Delivery**
David Klauder, Esquire
Office of the U.S. Trustee
844 King Street, Room 2313
Wilmington, DE 19801

**Via Hand Delivery**
Phillips, Goldman & Spence, P.A.
John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806

**Via Hand Delivery**
Buchanan, Ingersoll & Rooney PC
Teresa D. Currier
The Brandywine Building
1000 West Street, Suite 1410
Wilmington, DE 19801

**Via Hand Delivery**
Drinker Biddle & Reath LLP
David P. Primack
1100 N. Market Street, Suite 1000
Wilmington, DE 19801-1243

**Via Hand Delivery**
Duane Morris LLP
Michael R. Lastowski
1000 North Market Street
Suite 1200
Wilmington, DE 19801

**Via U.S. Mail**
Bilzin Sumberg Baena Price & Axelrod LLP
Scott L. Baena
Jay Sackalo
200 South Biscayne Blvd., Suite 2500
Miami, FL 33131

**Via Hand Delivery**
Ferry, Joseph & Pearce, P.A.
Theodore Tacconelli
824 Market Street, Suite 904
P.O. Box 1351
Wilmington, DE 19801

**Via U.S. Mail**
Stroock & Stroock & Lavan LLP
Kenneth Pasquale
Arlene Krieger
180 Maiden Lane
New York, NY 10038-4982

**Via U.S. Mail**
Skadden, Arps, Slate, Meagher & Flom LLP
D. J. Baker
Four Times Square
New York, NY 10036

**Via U.S. Mail**
McDermott, Will & Emery
David S. Rosenbloom
227 W. Monroe, Suite 4400
Chicago, IL 60606