IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF SERVICE

I, the undersigned, hereby certify that on this 5th day of January, 2009, a copy of the (i) **Joinder of Maryland Casualty Company in the Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Request to the Scotts Company LLC for the Production of Documents**, and (ii) **Joinder of Maryland Casualty Company in the Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Set of Interrogatories Directed to the Scotts Company LLC** was served upon the following counsel.

**BY HAND DELIVERY**
Robert J. Stearn, Jr., Esq.
Cory D. Kandestin, Esq.
Richards Layton & Finger P.A.
920 N. King Street
Wilmington, DE 19801

**VIA TELEFAX AND U.S. MAIL**
Robert J. Sidman, Esq.
Tiffany Strelow Cobb, Esq.
Vorys, Sater, Seymour and Pease LLP
52 East Gay Street
P.O. Box 1008
Columbus, OH 43215

Dated: January 5, 2009
Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Counsel for Maryland Casualty Company

#655463