IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | |
| ) | **Chapter 11** |
| **W.R. GRACE & CO.,** *et al.,* ) | **Case No. 01-01139 (JKF)** |
| ) | **(Jointly Administered)** |
| Debtors. ) | |

**NOTICE OF SERVICE OF DISCOVERY CNA COMPANIES' FIRST SET OF REQUESTS
FOR PRODUCTION OF DOCUMENTS DIRECTED TO THE DEBTORS**

PLEASE TAKE NOTICE that on January 5, 2009, copies of *CNA Companies' First Set of Requests for Production of Documents Directed to the Debtors* was served in the manner indicated upon the following:

**VIA E-MAIL and FEDERAL EXPRESS**
David M. Bernick, P.C.
Janet S. Baer
Kirland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
e-mail: dbernick@kirkland.com
e-mail: jbaer@kirkland.com

Theodore L. Freedman
Deanna D. Boll
Craig A. Bruens
Kirkland & Ellis LLP
153 E. 53rd Street
New York, NY 10022
e-mail: tfreedman@kirkland.com
e-mail: dboll@kirkland.com
e-mail: cbruens@kirkland.com

**VIA E-MAIL and HAND DELIVERY**
Laura Davis Jones
James E. O'Neill
Timothy Cairns
Kathleen P. Makowski
Pachulski Stang Ziehl & Jones, LL:
919 Market Street, 16th Floor
Wilmington, DE 19801
e-mail: ljones@pszjlaw.com
e-mail: joneill@pszjlaw.com
e-mail: tcairns@pszjlaw.com
e-mail: kmakowski@pszjlaw.com

ROSENTHAL MONHAIT & GODDESS

By: _____
Edward B. Rosenthal, Bar No. 3131
P.O. Box 1070
Wilmington, DE 19899
Telephone (302) 656-4433
Facsimile (302) 658-7567

GOODWIN PROCTER LLP
Daniel M. Glosband (*pro hac vice*)
Brian H. Mukherjee (*pro hac vice*)
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
Telephone (617) 570-1000
Facsimile (617) 523-1231

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, NY 10005
Telephone (212) 269-4900
Facsimile (212) 344-4294

WILDMAN, HARROLD, ALLEN &
DIXON LLP
Jonathan W. Young
Jeff Chang
225 West Wacker Drive
Chicago, IL 60606
Telephone (312) 201-2662
Facsimile (312) 416-4524

*Counsel for Continental Casualty Company,*
*Transportation Insurance Company*
*and their American Insurance Affiliates*