IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF SERVICE

I, the undersigned, hereby certify that on this 5th day of January, 2009, a copy of the (i) **Joinder of Maryland Casualty Company in the Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Request to BNSF for the Production of Documents,** and (ii) **Joinder of Maryland Casualty Company in the Debtors', Asbestos PI Future Claimants' Representative's, and Official Committee of Asbestos Personal Injury Claimants' First Set of Interrogatories Directed to BNSF** was served upon the following counsel.

**BY HAND DELIVERY**
Evelyn J. Meltzer, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
Wilmington, DE 19801

**VIA TELEFAX AND U.S. MAIL**
Edward C. Toole, Jr., Esq.
Anne Marie Aaronson, Esq.
Pepper Hamilton LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA 19103

Dated: January 5, 2009
      Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____
    Jeffrey C. Wisler (#2795)
    Marc J. Phillips (#4445)
    The Nemours Building
    1007 North Orange Street
    P. O. Box 2207
    Wilmington, DE 19899
    (302) 658-9141
    Counsel for Maryland Casualty Company

#655455