# **CERTIFICATE OF SERVICE**

John D. Demmy hereby certifies that on this 5th day of January, 2009, in addition to the service provided under the Court's CM/ECF system, true and correct copies of the foregoing *Preliminary Objections To Confirmation Of The First Amended Plan Of Reorganization* were served upon the parties listed below via first class United States mail, postage prepaid.

| | |
|---|---|
| David M. Bernick, Esquire<br>Janet S. Baer, Esquire<br>Kirkland & Ellis LLP<br>200 East Randolph Drive<br>Chicago, Illinois 60601<br>*Counsel to the Debtors and Debtors in Possession* | James E. O'Neill, Esquire<br>Timothy Cairnes, Esquire<br>Pachulski Stang Ziehl Young Jones & Weintraub LLP<br>919 North Market Street<br>16th Floor, P.O. Box 8705<br>Wilmington, DE 19899-8705<br>*Counsel to the Debtors and Debtors in Possession* |
| Theodore L. Freedman, Esquire<br>Deanna D. Boll, Esquire<br>Kirkland & Ellis, LLP<br>Citigroup Center<br>153 E. 53rd Street<br>New York, NY 10022<br>*Counsel to the Debtors and Debtors in Possession* | Peter Van L. Lockwood, Esquire<br>Jeffrey Liesemer, Esquire<br>Ronald Reinsel, Esquire<br>Caplin & Drysdale, Chartered<br>One Thomas Circle, NW<br>Washington, DC 20005<br>*Counsel to the ACC* |
| Elihu Inselbuch, Esquire<br>Caplin & Drysdale, Chartered<br>375 Park Avenue<br>New York, NY 10152<br>*Counsel to the ACC* | Gary Becker, Esquire<br>Kramer Levin Naftalis & Frankel, LLP<br>919 Third Avenue<br>New York, NY 10036<br>*Counsel to the Equity Committee* |

SL1 892657v1/021630.00003

Mark T. Hurford, Esquire
Marla Eskin, Esquire
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801
*Counsel to the ACC*

Teresa K.D. Currier, Esquire
Buchanan, Ingersoll & Rooney, P.C.
1000 West Street
Suite 1410, P.O. Box 1397
Wilmington, DE 19801
*Counsel to the Equity Committee*

David Klauder, Esquire
Office of the United States Trustee
844 N. King Street, Suite 2313
Wilmington, DE 19801

W.R. Grace
Attn: David B. Siegel
Senior VP and General Counsel
7500 Grace Drive
Columbia, MD  21044

Michael R. Lastowski, Esquire
Duane, Morris & Heckscher LLP
1100 North Market Street, Suite 1200
Wilmington, DE  19801-1246
*Counsel to Official Committee of Unsecured Creditors*

Lewis Kruger, Esquire
Kenneth Pasquale, Esquire
Arlene G. Krieger, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038-4982
*Counsel to the Official Committee of Unsecured Creditors*

Richard H. Wyron, Esquire
Orrick, Herrington & Sutcliffe, LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20007
*Counsel to the Asbestos PI FCR*

John C. Phillips, Jr., Esquire
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
*Counsel to the Asbestos PI FCR*

J. Douglas Bacon, Esquire
Latham & Watkins
Sears Tower, Suite 5800
Chicago, IL  60606
*Counsel to DIP Lender*

Scott L. Baena, Esquire
Richard M. Dunn, Esquire
Bilzin Sumberg Dunn Baena Price &
Axelrod LLP
First Union Financial Center
200 South Biscayne Blvd, Suite 2500
Miami, FL  33131
*Counsel to the Official Committee of Property Damage Claimants*

Neil B. Glassman, Esquire
Kate Sallie, Esquire
The Bayard Firm
222 Delaware Avenue, Suite 900
Wilmington, DE  19899
*Counsel to the Post-Petition Lender*

M. Jarrad Wright, Esquire
Weil, Gotshal & Manges LLP
1300 Eye Street, NW
Suite 900
Washington, DC 20005
*Counsel to the Post-Petition Lender*

2

Alan B. Rich, Esquire
1201 Main St., Ste. 1910, LB 201
Dallas, TX 75202
*Counsel To Alexander M. Sanders, Jr.,*
*Proposed Legal Representative For Future*
*Asbestos-Related Property Damage Claimants*
*And Holders Of Demands*

                                               */s/ John D. Demmy*
                                               John D. Demmy