IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF SERVICE

I, the undersigned, hereby certify that on this 5th day of January, 2009, a copy of the (i) **Joinder of Maryland Casualty Company in the Official Committee of Asbestos Personal Injury Claimants' First Set of Requests for the Production of Documents Directed to the Libby Claimants**, and (ii) **Joinder of Maryland Casualty Company in the Official Committee of Asbestos Personal Injury Claimants' First Set of Interrogatories Directed to the Libby Claimants** was served upon the following counsel.

**BY HAND DELIVERY**
Adam G. Landis, Esq.
Kerri K. Mumford, Esq.
Landis Rath & Cobb LLP
919 Market Street, Suite 600
Wilmington, DE 19801

**VIA TELEFAX AND U.S. MAIL**
Daniel C. Cohn, Esq.
Christopher M. Candon, Esq.
Cohn Whitesell & Goldberg LLP
101 Arch Street
Boston, PA 02110

Dated: January 5, 2009
Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Counsel for Maryland Casualty Company

#655461