IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| **W.R. GRACE & CO.**, *et al.*, | ) | **Case No. 01-01139 (JKF)** |
| | ) | **(Jointly Administered)** |
| Debtors. | ) | |

## NOTICE OF SERVICE OF CNA COMPANIES' FIRST SET OF REQUESTS FOR ADMISSIONS DIRECTED TO THE OFFICIAL COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS

PLEASE TAKE NOTICE that on January 5, 2009, copies of *CNA Companies' First Set of Requests for Admissions Directed to the Official Committee of Asbestos Personal Injury Claimants* was served in the manner indicated upon the following:

**VIA E-MAIL and FEDERAL EXPRESS**
Caplin & Drysdale, Chartered
Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
One Thomas Circle, NW
Washington, DC 20005
e-mail: pvnl@capdale.com
e-mail: jal@capdale.com
e-mail: rr@capdale.com

Caplin & Drysdale, Chartered
Elihu Inselbuch
375 Park Avenue
New York, NY 10152
e-mail: ei@capdale.com

**VIA E-MAIL and HAND DELIVERY**
Campbell & Levine, LLC
Marla R. Eskin
Mark T. Hurford
800 King Street, Suite 300
Wilmington, DE 19801
e-mail: meskin@camlev.com
e-mail: mhurford@camlev.com

ROSENTHAL MONHAIT & GODDESS

By: _____
Edward B. Rosenthal, Bar No. 3131
P.O. Box 1070
Wilmington, DE 19899
Telephone (302) 656-4433
Facsimile (302) 658-7567

GOODWIN PROCTER LLP
Daniel M. Glosband (*pro hac vice*)
Brian H. Mukherjee (*pro hac vice*)
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
Telephone (617) 570-1000
Facsimile (617) 523-1231

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, NY 10005
Telephone (212) 269-4900
Facsimile (212) 344-4294

WILDMAN, HARROLD, ALLEN &
DIXON LLP
Jonathan W. Young
Jeff Chang
225 West Wacker Drive
Chicago, IL 60606
Telephone (312) 201-2662
Facsimile (312) 416-4524

*Counsel for Continental Casualty Company,
Transportation Insurance Company
and their American Insurance Affiliates*