IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | )    **Chapter 11** |
| W.R. GRACE & CO., *et al.*, | )    **Case No. 01-01139 (JKF)** |
| | )    **(Jointly Administered)** |
| Debtors. | ) |

**NOTICE OF SERVICE OF CNA COMPANIES' FIRST SET OF
INTERROGATORIES DIRECTED TO THE OFFICIAL
COMMITTEE OF ASBESTOS PERSONAL INJURY CLAIMANTS**

PLEASE TAKE NOTICE that on January 5, 2009, copies of *CNA Companies' First Set of Interrogatories Directed to The Official Committee of Asbestos Personal Injury Claimants* was served in the manner indicated upon the following:

**VIA E-MAIL and FEDERAL EXPRESS**
Caplin & Drysdale, Chartered
Peter Van N. Lockwood
Ronald Reinsel
Jeffrey Liesemer
One Thomas Circle, NW
Washington, DC 20005
e-mail: pvnl@capdale.com
e-mail: jal@capdale.com
e-mail: rr@capdale.com

Caplin & Drysdale, Chartered
Elihu Inselbuch
375 Park Avenue
New York, NY 10152
e-mail: ei@capdale.com

**VIA E-MAIL and HAND DELIVERY**
Campbell & Levine, LLC
Marla R. Eskin
Mark T. Hurford
800 King Street, Suite 300
Wilmington, DE 19801
e-mail: meskin@camlev.com
e-mail: mhurford@camlev.com

ROSENTHAL MONHAIT & GODDESS

By: _____
Edward B. Rosenthal, Bar No. 3131
P.O. Box 1070
Wilmington, DE 19899
Telephone (302) 656-4433
Facsimile (302) 658-7567

GOODWIN PROCTER LLP
Daniel M. Glosband (*pro hac vice*)
Brian H. Mukherjee (*pro hac vice*)
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
Telephone (617) 570-1000
Facsimile (617) 523-1231

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, NY 10005
Telephone (212) 269-4900
Facsimile (212) 344-4294

WILDMAN, HARROLD, ALLEN &
DIXON LLP
Jonathan W. Young
Jeff Chang
225 West Wacker Drive
Chicago, IL 60606
Telephone (312) 201-2662
Facsimile (312) 416-4524

*Counsel for Continental Casualty Company,
Transportation Insurance Company
and their American Insurance Affiliates*