IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF SERVICE

I, the undersigned, hereby certify that on this 5th day of January, 2009, a copy of the (i) **Joinder of Zurich Insurance Company and Zurich International (Bermuda) Ltd. in the CNA Companies' First Set of Interrogatories Directed to the Debtors**, (ii) **Joinder of Zurich Insurance Company and Zurich International (Bermuda) Ltd. in the CNA Companies' First Set of Requests for the Production of Documents Directed to the Debtors**, and (iii) **Joinder of Zurich Insurance Company and Zurich International (Bermuda) Ltd. in the CNA Companies' First Set of Requests for Admissions Directed to the Debtors** was served upon the following counsel.

**BY HAND DELIVERY**
Laura Davis Jones, Esq.
James E. O'Neill, Esq.
Pachulski, Stang, Ziehl, & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801

**VIA TELEFAX AND U.S. MAIL**
David M. Bernick, Esq.
Janet S. Baer, Esq.
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL 60601

Dated: January 5, 2009
Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Counsel for Zurich Insurance Company and Zurich International (Bermuda) Ltd.

#655664