IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

## NOTICE OF SERVICE

I, the undersigned, hereby certify that on this 5th day of January, 2009, a copy of the (i) **Joinder of Zurich Insurance Company and Zurich International (Bermuda) Ltd. in the CNA Companies' First Set of Interrogatories Directed to the Future Claimants' Representative**, (ii) **Joinder of Zurich Insurance Company and Zurich International (Bermuda) Ltd. in the CNA Companies' First Set of Requests for the Production of Documents Directed to the Future Claimants' Representative**, and (iii) **Joinder of Zurich Insurance Company and Zurich International (Bermuda) Ltd. in the CNA Companies' First Set of Requests for Admissions Directed to the Future Claimants' Representative** was served upon the following counsel.

**VIA TELEFAX AND U.S. MAIL**
John C. Phillips, Esq.
Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806

Roger Frankel, Esq.
Richard H. Wryon, Esq.
Debra L. Felder, Esq.
Orrick, Herrington & Sutcliffe LLP
Columbia Center
1152 15th Street, NW
Washington, DC 20005

Dated: January 5, 2009
Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____
Jeffrey C. Wisler (#2795)
Marc J. Phillips (#4445)
The Nemours Building
1007 North Orange Street
P. O. Box 2207
Wilmington, DE 19899
(302) 658-9141
Counsel for Zurich Insurance Company and Zurich International (Bermuda) Ltd.

#655685