## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 01-01139 (JKF) |
| W.R. GRACE & CO., et al., | ) | (Jointly Administered) |
| | ) | |
| Debtors. | ) | |

### NOTICE OF SERVICE

I, the undersigned, hereby certify that on this 5th day of January, 2009, a copy of the (i) **Joinder of Zurich Insurance Company and Zurich International (Bermuda) Ltd. in the CNA Companies' First Set of Interrogatories Directed to the Official Committee of Asbestos Personal Injury Claimants, (ii) Joinder of Zurich Insurance Company and Zurich International (Bermuda) Ltd. in the CNA Companies' First Set of Requests for the Production of Documents Directed to the Official Committee of Asbestos Personal Injury Claimants, and (iii) Joinder of Zurich Insurance Company and Zurich International (Bermuda) Ltd. in the CNA Companies' First Set of Requests for Admissions Directed to the Official Committee of Asbestos Personal Injury Claimants** was served upon the following counsel.

**BY HAND DELIVERY**
Marla Eskin, Esq.
Campbell & Levine, LLC
800 N. King Street, Suite 300
Wilmington, DE 19801

**VIA TELEFAX AND U.S. MAIL**

Elihu Inselbuch, Esq.
Caplin & Drysdale
375 Park Avenue
New York, NY 10152

Peter Van N. Lockwood, Esq.
Nathan D. Finch, Esq.
Caplin & Drysdale, Chartered
One Thomas Circle, NW
Washington, DC 20005

Dated: January 5, 2009
      Wilmington, Delaware

CONNOLLY BOVE LODGE & HUTZ LLP

By: _____
    Jeffrey C. Wisler (#2795)
    Marc J. Phillips (#4445)
    The Nemours Building
    1007 North Orange Street
    P. O. Box 2207
    Wilmington, DE 19899
    (302) 658-9141
    Counsel for Zurich Insurance Company and Zurich
    International (Bermuda) Ltd.

#655674