IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | |
| | ) | **Chapter 11** |
| W.R. GRACE & CO., *et al.*, | ) | **Case No. 01-01139 (JKF)** |
| | ) | (Jointly Administered) |
| Debtors. | ) | |

### NOTICE OF SERVICE OF CNA COMPANIES' FIRST SET OF INTERROGATORIES DIRECTED TO THE FUTURE CLAIMANTS REPRESENTATIVE

PLEASE TAKE NOTICE that on January 5, 2009, copies of *CNA Companies' First Set of Interrogatories Directed to the Future Claimants Representative* was served in the manner indicated upon the following:

**VIA E-MAIL and FEDERAL EXPRESS**
Orrick Herrington & Sutcliffe LLP
Attn: Roger Frankel
Richard H. Wyron
Debra L. Felder
Columbia Center
1152 15th Street, NW
Washington, DC 20005
e-mail: rfrankel@orrick.com
e-mail: rwyron@orrick.com
e-mail: dfelder@orrick.com

**VIA E-MAIL and HAND DELIVERY**
Phillips Goldman & Spence, P.A.
Attn: John C. Phillips, Jr.
1200 North Broom Street
Wilmington, DE 19806
e-mail: jcp@pgslaw.com

ROSENTHAL MONHAIT & GODDESS

By: _____
Edward B. Rosenthal, Bar No. 3131
P.O. Box 1070
Wilmington, DE 19899
Telephone (302) 656-4433
Facsimile (302) 658-7567

GOODWIN PROCTER LLP
Daniel M. Glosband (*pro hac vice*)
Brian H. Mukherjee (*pro hac vice*)
Goodwin Procter LLP
Exchange Place
Boston, MA 02109
Telephone (617) 570-1000
Facsimile (617) 523-1231

FORD MARRIN ESPOSITO WITMEYER
& GLESER, L.L.P.
Elizabeth DeCristofaro (*pro hac vice*)
Wall Street Plaza, 23rd Floor
New York, NY 10005
Telephone (212) 269-4900
Facsimile (212) 344-4294

*Counsel for Continental Casualty Company,*
*Transportation Insurance Company*
*and their American Insurance Affiliates*