UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| W. R. GRACE & CO., *et al.*, | ) | Case No. 01-01139 (JKF) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |

## NOTICE OF SERVICE

**PLEASE TAKE NOTICE** that on January 5, 2009 Federal Insurance Company through its counsel served two copies of the following discovery requests upon the parties identified on the service list attached hereto as Exhibit "A" via the manner indicated thereon:

- Federal Insurance Company's First Set of Interrogatories Directed to the Plan Proponents.

- Federal Insurance Company's First Set of Requests for Admissions Directed to the Plan Proponents.

- Federal Insurance Company's First Set of Requests for Production of Documents directed to the Plan Proponents.

Dated: January 5, 2009

COZEN O'CONNOR

/s/ Jeffrey R. Waxman

Jeffrey R. Waxman (DE No. 4159)
1201 N. Market Street, Suite 1400
Wilmington, DE 19801
(302) 295-2000 Telephone
(302) 295-2013 Facsimile

- and –

William P. Shelley (PA ID 40875)
Jacob C. Cohn (PA ID 54139)
1900 Market Street
Philadelphia, PA 19103
(215) 665-2000 Telephone
(215) 665-2013 Facsimile

Attorneys for Federal Insurance Company

# EXHIBIT "A"

**VIA E-MAIL AND HAND DELIVERY**
(Counsel to Debtors)
James E. O'Neill
Pachulski Stang Ziehl & Jones LLP
919 North Market Street, 17th Floor
Wilmington, DE 19801
Email: joneill@pszjlaw.com

**VIA E-MAIL AND U.S. MAIL**
(Counsel to Debtors)
David M. Bernick
Janet S. Baer
Lisa Esayian
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, IL 60601
Email: dbernick@kirkland.com
    jbaer@kirkland.com
    lesayian@kirkland.com

**VIA E-MAIL AND U.S. MAIL**
(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Elihu Inselbuch
Caplin & Drysdale, Chartered
375 Park Avenue, 35th Floor
New York, NY 10152
Email: ei@capdale.com

**VIA E-MAIL AND U.S. MAIL**
(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Peter Lockwood
Nathan D. Finch
Caplin & Drysdale, Chartered
One Thomas Circle, NW, Suite 1100
Washington, DC 20005
Email: pvnl@capdale.com
    ndf@capdale.com

**VIA E-MAIL AND U.S. MAIL**
(Counsel to Official Committee of Asbestos Personal Injury Claimants)
Robert Horkovich
Robert Chung
Anderson, Kill & Olick, P.C.
1251 Avenue of the Americas
New York, NY 10020-1182
Email: rhorkovich@andersonkill.com
    rchung@andersonkill.com

**VIA E-MAIL AND HAND DELIVERY**
(Counsel to the Official Committee of Asbestos Personal Injury Claimants)
Marla Rosoff Eskin
Mark T. Hurford
Campbell & Levine, LLC
800 North King Street, Suite 300
Wilmington, DE 19801
Email: meskin@camlev.com
    mhurford@camlev.com

**VIA E-MAIL AND HAND DELIVERY**
(Counsel to Asbestos PI Future Claimants' Representative)
John C. Phillips
Phillips, Goldman & Spence, P.A.
1200 North Broom Street
Wilmington, DE 19806
Email: jcp@pgslaw.com

**VIA E-MAIL AND U.S. MAIL**
(Counsel to Asbestos PI Future Claimants' Representative)
Roger Frankel
Richard H. Wyron
Deborah Felder
Orrick, Herrington & Sutcliffe LLP
1152 15th Street, NW
Washington, DC 20005
Email: rfrankel@orrick.com
    rwyron@orrick.com
    dfelder@orrick.com

**VIA E-MAIL AND U.S. MAIL**
(Counsel to Official Committee of Equity Security Holders)
Phillip Bentley
Kramer Levin Naftalis & Frankel LLP
1177 Avenue of the Americas
New York, NY 10036
Email: pbently@kramerlevin.com

**VIA E-MAIL AND HAND DELIVERY**
(Counsel to Official Committee of Equity Security Holders)
Richard A. Forsten
Buchanan Ingersoll & Rooney PC
1000 West Street, Suite 1410
Wilmington, DE 19801
Email: richard.forsten@bipc.com