## EXHIBIT A

World Auxiliary Insurance Corp., Ltd.
River Thames Insurance Company, Ltd.
Excess Insurance Company, Ltd.
Home & Overseas Insurance Company, Ltd.
London & Edinburgh General Insurance Company, Ltd. ("WM" A/C)
Edinburgh Assurance Company (No. 2 A/C)
Dominion Insurance Company, Ltd.
Stronghold Insurance Company, Ltd.
Terra Nova Insurance Co., Ltd.
London & Edinburgh General Insurance Company Ltd. (per Tower Underwriting
    Management Ltd.)
National Casualty Company of America Ltd.
Accident & Casualty Insurance Company of Winterthur (2 A/C)
Argonaut Northwest Insurance Co., Ltd.
St. Katherine Insurance Co., Ltd.
Turegum Insurance Company
Yasuda Fire and Marine Insurance Company of Europe Limited
St. Katherine Ins. Co. Ltd. (X A/C)
Assicurazioni Generali Di Trieste E. Veuezia
CNA Reinsurance of London Ltd.
Winterthur Swiss Insurance Co.
Compagne D'Assurances Maritimes Aeriennes & Terrestres Societe Anonyme
Ancon (UK)
Alba General Insurance Co. Ltd. (per R.W. Gibbon and Son (Underwriting Agencies), Ltd.)
Fidelidade Insurance Company of Lisbon (per R.W. Gibbon and Son (Underwriting
Agencies),
    Ltd.)
Helvetia Accident Swiss Insurance Company (per R.W. Gibbon and Son (Underwriting
    Agencies), Ltd.
Sphere Drake Insurance Company
Eagle Star Insurance Company (as successor in interest to British Northwestern Insurance
    Company

2415

5