EXHIBIT B

**W.R. Grace**
**Hours by Each Professional**
**June 1 - 30, 2008 (Deloitte Tax LLP)**

|  | Position | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|
| MCALONAN, RICHARD J | Director | 5.00 | $ 680 | $ 3,400 |
| STEINSALTZ, MICHAEL E | Partner | 17.50 | $ 680 | $ 11,900 |
| GORDON, JARED H | Principal | 15.70 | $ 570 | $ 8,949 |
| BOOTH, IAN P | Senior Manager | 20.50 | $ 480 | $ 9,840 |
| GRANT, NICHOLAS C | Senior | 6.50 | $ 290 | $ 1,885 |
| **IP Migration** |  | **65.20** |  | **$ 35,974** |
| COSELLA, KERRIE A |  | 2.80 | $ 70 | $ 196 |
| **Total Administrative Services Fees** |  | **2.80** |  | **$ 196** |

| | | | |
|---|---|---|---|
| **Subtotal Deloitte Tax LLP Fees for June 2008** | **68.00** | **$** | **36,170** |
| **Out of Pocket Expenses Deloitte Tax LLP for June 2008** | | **$** | **975** |
| **Total Deloitte Tax LLP Fees for June 2008** | | **$** | **37,145** |