EXHIBIT C

**W.R. Grace**
**Daily Detail**
**June 1 - 30, 2008 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 6/9/2008 | Richard McAlonan | IP Migration | Meeting w/ Phil West, Mike Durst, Mark Silverman, Lisa Zarlenga, Mike Steinsaltz, Jared Gurdon; Meeting to kick off intangibles migration project | 3.70 | $ 680 | $ 2,516 |
| 6/11/2008 | Richard McAlonan | IP Migration | Conf call w/ client & Steptoe to discuss scope of project | 1.30 | $ 680 | $ 884 |
| 6/3/2008 | Michael Steinsaltz | IP Migration | Read Bankruptcy submissions - prep for S&J meeting | 1.00 | $ 680 | $ 680 |
| 6/4/2008 | Michael Steinsaltz | IP Migration | Email to R. Young re: engagement letter guidelines | 0.50 | $ 680 | $ 340 |
| 6/5/2008 | Michael Steinsaltz | IP Migration | Contact for D. Poole in Morocco | 0.20 | $ 680 | $ 136 |
| 6/5/2008 | Michael Steinsaltz | IP Migration | Call with Roland Young re: engagement letter guidelines | 0.50 | $ 680 | $ 340 |
| 6/5/2008 | Michael Steinsaltz | IP Migration | Review email from D. Poole with background info prep for S&J meeting | 2.20 | $ 680 | $ 1,496 |
| 6/9/2008 | Michael Steinsaltz | IP Migration | Meeting with Steptoe to discuss W.R. Grace; including travel | 5.00 | $ 680 | $ 3,400 |
| 6/11/2008 | Michael Steinsaltz | IP Migration | Draft Kovel letter ; II Migration and General Administration | 0.40 | $ 680 | $ 272 |
| 6/11/2008 | Michael Steinsaltz | IP Migration | WR Grace Status call - call with Steptoe | 1.00 | $ 680 | $ 680 |
| 6/13/2008 | Michael Steinsaltz | IP Migration | Meeting with Durst | 1.00 | $ 680 | $ 680 |
| 6/13/2008 | Michael Steinsaltz | IP Migration | Grace email notes to Silverman | 2.00 | $ 680 | $ 1,360 |
| 6/17/2008 | Michael Steinsaltz | IP Migration | call with Lerner re: Kovel | 0.60 | $ 680 | $ 408 |
| 6/19/2008 | Michael Steinsaltz | IP Migration | 2.9 -Meeting with S&J and EF in Columbia; .2 read and respond to follow-up e-mails | 3.10 | $ 680 | $ 2,108 |
| 6/5/2008 | Jared Gordon | IP Migration | call with roland young and mike steinsaltz to discuss kovel arrangement | 0.40 | $ 570 | $ 228 |
| 6/8/2008 | Jared Gordon | IP Migration | review of documents | 0.40 | $ 570 | $ 228 |
| 6/9/2008 | Jared Gordon | IP Migration | travel to DC for meeting with Steptoe | 2.60 | $ 570 | $ 1,482 |
| 6/9/2008 | Jared Gordon | IP Migration | meeting with Steptoe to discuss scope of work, responsibilities, kovel arrangement | 3.10 | $ 570 | $ 1,767 |
| 6/18/2008 | Jared Gordon | IP Migration | prep for meeting | 0.70 | $ 570 | $ 399 |
| 6/19/2008 | Jared Gordon | IP Migration | meeting with elyse filon & steptoe to discuss transfer pricing, IP migration in Columbia MD | 2.90 | $ 570 | $ 1,653 |
| 6/19/2008 | Jared Gordon | IP Migration | travel to/from meeting | 4.50 | $ 570 | $ 2,565 |

EXHIBIT C

**W.R. Grace**
**Daily Detail**
**June 1 - 30, 2008 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 6/30/2008 | Jared Gordon | IP Migration | Administrative matters; projects; accounting for IP sale | 1.10 | $ 570 | $ 627 |
| 6/9/2008 | Ian Booth | IP Migration | Meeting at Steptoe Johnson with Deloitte & Steptoe - DC | 4.00 | $ 480 | $ 1,920 |
| 6/10/2008 | Ian Booth | IP Migration | Meeting Notes from Prior Meeting | 1.50 | $ 480 | $ 720 |
| 6/11/2008 | Ian Booth | IP Migration | Call with Steptoe & Grace, re: Following Week Meeting | 2.00 | $ 480 | $ 960 |
| 6/12/2008 | Ian Booth | IP Migration | Prep for Friday Meeting w/Mike Durst - Model & Info Request, Notes from Wednesday Call | 2.00 | $ 480 | $ 960 |
| 6/13/2008 | Ian Booth | IP Migration | 1.0 - Meeting at Deloitte w/Mike Durst; Revise Info Request | 2.00 | $ 480 | $ 960 |
| 6/16/2008 | Ian Booth | IP Migration | Information Request Tailoring (for 6/19 meeting in Md) | 1.50 | $ 480 | $ 720 |
| 6/19/2008 | Ian Booth | IP Migration | 4.5 Hours Travel Time; 2.9 Hours - Meeting in MD with WRG/Steptoe Personnel - Info Request | 7.40 | $ 480 | $ 3,552 |
| 6/23/2008 | Ian Booth | IP Migration | IP migration | 0.10 | $ 480 | $ 48 |
| 6/19/2008 | Nicholas Grant | IP Migration | research reading 10K and previous report | 2.50 | $ 290 | $ 725 |
| 6/23/2008 | Nicholas Grant | IP Migration | discussions with ahmad on approach and going through information | 1.50 | $ 290 | $ 435 |
| 6/24/2008 | Nicholas Grant | IP Migration | conference call and going through data | 2.50 | $ 290 | $ 725 |
| 6/3/2008 | Kerrie Cosella | Administrative Services | preparation for set up of WBS code and discussions | 0.50 | $ 70 | $ 35 |
| 6/9/2008 | Kerrie Cosella | Administrative Services | set up WBS code | 0.80 | $ 70 | $ 56 |
| 6/10/2008 | Kerrie Cosella | Administrative Services | file management | 0.50 | $ 70 | $ 35 |
| 6/11/2008 | Kerrie Cosella | Administrative Services | create billing file | 0.20 | $ 70 | $ 14 |
| 6/18/2008 | Kerrie Cosella | Administrative Services | follow up on WBS | 0.80 | $ 70 | $ 56 |
| | | | | **68.00** | | **$ 36,170** |