# EXHIBIT D

**W.R. Grace**
**Expenses**
**June 1 - 30, 2008 (Deloitte Tax LLP)**

| Date | Name | Expenses Incurred | Description |
|---|---|---|---|
| 6/14/2008 | BOOTH, IAN P | $ 202 | TrvlExp-Oth Grnd Trn - Philadelphia to Washington D.C. |
| 6/14/2008 | BOOTH, IAN P | $ 10 | Traveling Exp-for parking garage in Washington D.C. |
| 6/24/2008 | BOOTH, IAN P | $ 64 | TrvlExp-Oth Grnd Trn- Return Train from Baltimore to Washington D.C. |
| 6/28/2008 | BOOTH, IAN P | $ 100 | TrvlExp-Oth Grnd Trn- Baltimore to Washington D.C. |
| 6/28/2008 | BOOTH, IAN P | $ 8 | Traveling Exp-Parking Garage in Wilmington Delaware |
| 6/23/2008 | GORDON, JARED H | $ 512 | Travel to and from Philadelphia to Washington DC, travel to and from Columbia Maryland to office visit with Elyse Filon |
| 6/23/2008 | GORDON, JARED H | $ 18 | taxi from Steptoe Offices to Train |
| 6/23/2008 | GORDON, JARED H | $ 16 | Travel Exp-Meal Exp Cosi in Philadelphia and Starbucks in Bala Cynwd, PA |
| 6/28/2008 | GORDON, JARED H | $ 45 | taxi from Steptoe Offices to Train |

**$ 975**