EXHIBIT B

**W.R. Grace**
**Hours by Each Professional**
**July 1 - 31, 2008 (Deloitte Tax LLP)**

| | Position | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|
| COLLINS, BRYAN P | Partner | 5.50 | $ 680 | $ 3,740 |
| **10 year Carryback Rule Issue** | | **5.50** | | **$ 3,740** |
| | | | | |
| KESHK, AHMAD G | Director | 42.65 | $ 680 | $ 29,002 |
| STEINSALTZ, MICHAEL E | Partner | 1.00 | $ 680 | $ 680 |
| GORDON, JARED H | Principal | 0.10 | $ 570 | $ 57 |
| GRANT, NICHOLAS C | Senior | 21.75 | $ 290 | $ 6,308 |
| **IP Migration** | | **65.50** | | **$ 36,047** |
| | | | | |
| STEINSALTZ, MICHAEL E | Partner | 3.00 | $ 680 | $ 2,040 |
| GORDON, JARED H | Principal | 0.50 | $ 570 | $ 285 |
| ALEX, ANU T | Assistant Manager | 4.00 | $ 400 | $ 1,600 |
| **Administrative Matters incl. billing** | | **7.50** | | **$ 3,925** |
| | | | | |
| BIZIC, MARK G | Tax Processing | 1.00 | $ 70 | $ 70 |
| PROUTY, JOAN T | Paraprofessional | 2.40 | $ 70 | $ 168 |
| REED, VALERIE R | Administrative Ass't | 1.00 | $ 70 | $ 70 |
| **Administrative Services** | | **4.40** | | **$ 308** |

**Subtotal Deloitte Tax LLP Fees for July 2008**     82.90     $ 44,020

**Out of Pocket Expenses Deloitte Tax LLP for July 2008**     $760

**Total Deloitte Tax LLP Fees for July 2008**     $ 44,780