EXHIBIT C

**W.R. Grace**
**Daily Detail**
**July 1 - 31, 2008 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 7/15/2008 | Bryan Collins | 10 year Carryback Rule Issue | NOL Carryback | 2.00 | $ 680 | $ 1,360 |
| 7/16/2008 | Bryan Collins | 10 year Carryback Rule Issue | NOL Carryback | 1.00 | $ 680 | $ 680 |
| 7/22/2008 | Bryan Collins | 10 year Carryback Rule Issue | Preparation for IRS Meeting | 1.00 | $ 680 | $ 680 |
| 7/31/2008 | Bryan Collins | 10 year Carryback Rule Issue | Appeals Mtg with IRS | 1.50 | $ 680 | $ 1,020 |
| 7/7/2008 | Ahmad Keshk | IP Migration | analyze financial data sent by client re german operations and transfer pricing | 3.24 | $ 680 | $ 2,203 |
| 7/8/2008 | Ahmad Keshk | IP Migration | read and analyze intercompany agreements, royalty agreements, service agreements | 3.23 | $ 680 | $ 2,196 |
| 7/9/2008 | Ahmad Keshk | IP Migration | set up and review preliminary financial model for ip transfer | 2.24 | $ 680 | $ 1,523 |
| 7/10/2008 | Ahmad Keshk | IP Migration | meeting mwith michael and Nick to discuss analysis and approach | 3.20 | $ 680 | $ 2,176 |
| 7/11/2008 | Ahmad Keshk | IP Migration | telephone call with deborah pool re data on Grace Construction | 0.24 | $ 680 | $ 163 |
| 7/14/2008 | Ahmad Keshk | IP Migration | review the model, and plan and the finanical analysis | 2.20 | $ 680 | $ 1,496 |
| 7/15/2008 | Ahmad Keshk | IP Migration | review the model, and plan and the finanical analysis | 2.50 | $ 680 | $ 1,700 |
| 7/16/2008 | Ahmad Keshk | IP Migration | review the model, and plan and the finanical analysis | 1.50 | $ 680 | $ 1,020 |
| 7/17/2008 | Ahmad Keshk | IP Migration | review the model, and plan and the finanical analysis | 1.00 | $ 680 | $ 680 |
| 7/18/2008 | Ahmad Keshk | IP Migration | review the model, and plan and the finanical analysis | 0.50 | $ 680 | $ 340 |
| 7/21/2008 | Ahmad Keshk | IP Migration | review the model, and plan and the finanical analysis | 3.50 | $ 680 | $ 2,380 |
| 7/22/2008 | Ahmad Keshk | IP Migration | review additional client data | 2.20 | $ 680 | $ 1,496 |
| 7/23/2008 | Ahmad Keshk | IP Migration | coference call with client | 0.50 | $ 680 | $ 340 |
| 7/24/2008 | Ahmad Keshk | IP Migration | Team meeting to go over the results of the model | 3.20 | $ 680 | $ 2,176 |
| 7/25/2008 | Ahmad Keshk | IP Migration | fiancial modelling and analysis | 5.20 | $ 680 | $ 3,536 |
| 7/28/2008 | Ahmad Keshk | IP Migration | fiancial modelling and analysis | 2.20 | $ 680 | $ 1,496 |
| 7/29/2008 | Ahmad Keshk | IP Migration | fiancial modelling and analysis | 1.40 | $ 680 | $ 952 |
| 7/30/2008 | Ahmad Keshk | IP Migration | fiancial modelling and analysis | 2.40 | $ 680 | $ 1,632 |

**EXHIBIT C**

**W.R. Grace**
**Daily Detail**
**July 1 - 31, 2008 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 7/31/2008 | Ahmad Keshk | IP Migration | fiancial modelling and analysis | 2.20 | $ 680 | $ 1,496 |
| 7/1/2008 | Michael Steinsaltz | Administrative Matters incl. billing | Call to review Kovel letter terms, revising the Kovel engagement letter, meetings with Bill Ceisar and Roland Young to discuss the revised terms of the Kovel engagmeent letter | 0.50 | $ 680 | $ 340 |
| 7/1/2008 | Michael Steinsaltz | Administrative Matters incl. billing | Administrative matters; projects; accounting for IP sale | 0.90 | $ 680 | $ 612 |
| 7/5/2008 | Michael Steinsaltz | Administrative Matters incl. billing | Reviewing and revising the kovel engagement letter; sent email to Lerner & Finke to discuss the revised terms | 0.40 | $ 680 | $ 272 |
| 7/5/2008 | Michael Steinsaltz | Administrative Matters incl. billing | Reviewing and revising the kovel engagement letter; sent email to Lerner & Finke to discuss the revised terms | 0.40 | $ 680 | $ 272 |
| 7/18/2008 | Michael Steinsaltz | Administrative Matters incl. billing | Reviewing and Revising the Grace Kovel engagement letter, completing adminstrative tasks related to the IT Migration project, completing acceptance procedures. | 0.20 | $ 680 | $ 136 |
| 7/22/2008 | Michael Steinsaltz | Administrative Matters incl. billing | Call with M. Lerner to discuss the open items related to the Kovel Engagement letter. Reviewed and discussed the Kovel Engagement Letter. | 0.50 | $ 680 | $ 340 |
| 7/22/2008 | Michael Steinsaltz | IP Migration | Call with D. Poole, A. Gibbons, M. Fisher re: Income Tax Accounting for IP Migration | 1.00 | $ 680 | $ 680 |
| 7/28/2008 | Michael Steinsaltz | Administrative Matters incl. billing | Grace Kovel letter email to finalize | 0.10 | $ 680 | $ 68 |
| 7/24/2008 | Jared Gordon | IP Migration | accounting for IP sale | 0.10 | $ 570 | $ 57 |
| 7/29/2008 | Jared Gordon | Administrative Matters incl. billing | grace germany opinion conference call to discuss billing | 0.50 | $ 570 | $ 285 |
| 7/30/2008 | Anu Alex | Administrative Matters incl. billing | call, follow up emails/talking with Jared about bill | 2.50 | $ 400 | $ 1,000 |
| 7/31/2008 | Anu Alex | Administrative Matters incl. billing | preparing for call | 1.50 | $ 400 | $ 600 |
| 7/7/2008 | Nicholas Grant | IP Migration | WR grace - reading and analyzing client data, including agreements, R&D data, and IP data | 5.30 | $ 290 | $ 1,537 |
| 7/8/2008 | Nicholas Grant | IP Migration | WR Grace looking over Sales data | 0.70 | $ 290 | $ 203 |
| 7/10/2008 | Nicholas Grant | IP Migration | Meeting with Mike and discussion with ahmad | 2.80 | $ 290 | $ 812 |

## EXHIBIT C

**W.R. Grace**
**Daily Detail**
**July 1 - 31, 2008 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 7/15/2008 | Nicholas Grant | IP Migration | putting together model for perpetuity | 1.50 | $ 290 | $ 435 |
| 7/17/2008 | Nicholas Grant | IP Migration | reviewing data | 0.25 | $ 290 | $ 73 |
| 7/18/2008 | Nicholas Grant | IP Migration | model and discussion with ahmad | 1.40 | $ 290 | $ 406 |
| 7/24/2008 | Nicholas Grant | IP Migration | conf call and modelling | 3.30 | $ 290 | $ 957 |
| 7/25/2008 | Nicholas Grant | IP Migration | model checking and redoing | 3.50 | $ 290 | $ 1,015 |
| 7/28/2008 | Nicholas Grant | IP Migration | WRG call | 1.00 | $ 290 | $ 290 |
| 7/29/2008 | Nicholas Grant | IP Migration | call with Mike and modelling | 1.00 | $ 290 | $ 290 |
| 7/31/2008 | Nicholas Grant | IP Migration | meeting with Ahmad and call with mike | 1.00 | $ 290 | $ 290 |
| 7/7/2008 | Mark Bizic | Administrative Services | PHOTOCOPY WORKPAPERS & SET UP WORKPAPER BINDERS | 1.00 | $ 70 | $ 70 |
| 7/1/2008 | Joan Prouty | Administrative Services | transfer pricing research, editing and/or proofing of reports. | 1.50 | $ 70 | $ 105 |
| 7/7/2008 | Joan Prouty | Administrative Services | transfer pricing research, editing and/or proofing of reports. | 0.30 | $ 70 | $ 21 |
| 7/8/2008 | Joan Prouty | Administrative Services | transfer pricing research, editing and/or proofing of reports. | 0.20 | $ 70 | $ 14 |
| 7/9/2008 | Joan Prouty | Administrative Services | transfer pricing research, editing and/or proofing of reports. | 0.40 | $ 70 | $ 28 |
| 7/1/2008 | Valerie Reed | Administrative Services | Mike's time report | 0.10 | $ 70 | $ 7 |
| 7/21/2008 | Valerie Reed | Administrative Services | Mike's time report | 0.10 | $ 70 | $ 7 |
| 7/28/2008 | Valerie Reed | Administrative Services | Engagement Letter | 0.50 | $ 70 | $ 35 |
| 7/30/2008 | Valerie Reed | Administrative Services | Email to Margaret Kelly with client contact infor for FIN48/FAS 109 training in Amsterdam | 0.10 | $ 70 | $ 7 |
| 7/30/2008 | Valerie Reed | Administrative Services | Set up this division for this WBS | 0.20 | $ 70 | $ 14 |
| | | | | **82.90** | | **$ 44,020** |