## EXHIBIT D

**W.R. Grace**
**Expenses**
**July 1 - 31, 2008 (Deloitte Tax LLP)**

| Date | Name | Expenses Incurred | Description |
|---|---|---|---|
| 7/7/2008 | PROUTY, JOAN T | $ 707 | Akeshk airline flights on Spirit and US Airways, to and from Washington D.C. and client location in Miami, Florida |
| 7/13/2008 | Bryan Collins | $ 52 | Business Meal for meeting with the IRS, Bryan Collins |
| | | **$ 760** | |