## EXHIBIT B

**W.R. Grace**
**Hours by Each Professional**
**August 1 - 31, 2008 (Deloitte Tax LLP)**

| | Position | Hours | Billing Rate | | Professional Fees |
|---|---|---|---|---|---|
| COLLINS, BRYAN P | Partner | 22.00 | $ 680 | | 14,960 |
| **10 year Carryback Rule Issue** | | **22.00** | | | **$ 14,960** |
| KESHK, AHMAD G | Director | 1.20 | $ 680 | | 816 |
| STEINSALTZ, MICHAEL E | Partner | 0.50 | $ 680 | | 340 |
| GORDON, JARED H | Principal | 0.40 | $ 570 | | 228 |
| GRANT, NICHOLAS C | Senior | 11.95 | $ 400 | * | 4,038 |
| **IP Migration** | | **14.05** | **$ 290** | | **5,422** |
| COLLINS, BRYAN P | Partner | 0.50 | $ 680 | | 340 |
| STEINSALTZ, MICHAEL E | Partner | 4.80 | $ 680 | | 3,264 |
| ALEX, ANU T | Assistant Manager | 7.60 | $ 400 | | 3,040 |
| SHAH, DANIEL T | Consultant | 5.80 | $ 290 | | 1,682 |
| **304 Transaction & other Misc consulting** | | **18.70** | | | **8,326** |
| STEINSALTZ, MICHAEL E | Partner | 0.30 | $ 680 | | 204 |
| **Administrative Matters incl. billing** | | **0.30** | | | **204** |
| REED, VALERIE R | Administrative Ass't | 1.20 | $ 70 | | 84 |
| **Total Administrative Services Fees** | | **1.20** | | | **$ 84** |
| **Subtotal Deloitte Tax LLP Fees for August 2008** | | **56.25** | | | **$ 28,996** |
| **Out of Pocket Expenses Deloitte Tax LLP for August 2008** | | | | | **$ 390** |
| **Total Deloitte Tax LLP Fees for August 2008** | | | | | **$ 29,386** |

** 6.75 Hours @ $290, 5.20 Hours @ $400*