# EXHIBIT C

**W.R. Grace**
**Daily Detail**
**August 1 - 31, 2008 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 8/18/2008 | Bryan Collins | 10 year Carryback Rule Issue | Appeals Mtg with IRS (Newark) | 11.00 | $ 680 | $ 7,480 |
| 8/19/2008 | Bryan Collins | 10 year Carryback Rule Issue | Appeals Mtg with IRS (Newark) | 9.00 | $ 680 | $ 6,120 |
| 8/21/2008 | Bryan Collins | 10 year Carryback Rule Issue | Appeals with IRS (Followup) | 0.50 | $ 680 | $ 340 |
| 8/28/2008 | Bryan Collins | 10 year Carryback Rule Issue | 10 year Carryback | 1.50 | $ 680 | $ 1,020 |
| 8/28/2008 | Bryan Collins | 304 Transaction & other Misc consulting | call with Mike | 0.50 | $ 680 | $ 340 |
| 8/1/2008 | Ahmad Keshk | IP Migration | IP Migration | 1.20 | $ 680 | $ 816 |
| 8/5/2008 | Michael Steinsaltz | Administrative Matters incl. billing | German opinion coordination call with Alan Gibbons | 0.30 | $ 680 | $ 204 |
| 8/20/2008 | Michael Steinsaltz | IP Migration | WR Grace internal discussion - initial info gathering | 0.50 | $ 680 | $ 340 |
| 8/27/2008 | Michael Steinsaltz | 304 Transaction & other Misc consulting | Call with A. Gibbons re: 304 | 0.50 | $ 680 | $ 340 |
| 8/28/2008 | Michael Steinsaltz | 304 Transaction & other Misc consulting | Discuss issue with Anu to draft memo | 0.40 | $ 680 | $ 272 |
| 8/28/2008 | Michael Steinsaltz | 304 Transaction & other Misc consulting | Call with B. Collins re: 304 issue | 0.50 | $ 680 | $ 340 |
| 8/28/2008 | Michael Steinsaltz | 304 Transaction & other Misc consulting | Call with S. Goldstein re: ODL issue | 0.60 | $ 680 | $ 408 |
| 8/29/2008 | Michael Steinsaltz | 304 Transaction & other Misc consulting | Call with A. Gibbons on 304 issue | 0.40 | $ 680 | $ 272 |
| 8/29/2008 | Michael Steinsaltz | 304 Transaction & other Misc consulting | Review/edit 304 memo | 2.40 | $ 680 | $ 1,632 |
| 8/5/2008 | Jared Gordon | IP Migration | discussions, emails re: transfer pricing | 0.40 | $ 570 | $ 228 |
| 8/12/2008 | Anu Alex | 304 Transaction & other Misc consulting | reading emails from Ian, understanding txn, and following up with Jared, emails | 1.80 | $ 400 | $ 720 |
| 8/28/2008 | Anu Alex | 304 Transaction & other Misc consulting | reading emails from Ian, understanding txn, and following up with Jared, emails | 4.60 | $ 400 | $ 1,840 |

## EXHIBIT C

**W.R. Grace**
**Daily Detail**
**August 1 - 31, 2008 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 8/29/2008 | Anu Alex | 304 Transaction & other Misc consulting | reading emails from Ian, understanding txn, and following up with Jared, emails | 1.20 | $ 400 | $ 480 |
| 8/26/2008 | Nicholas Grant | IP Migration | discussion with Ahmad on Debra's email and revising model | 1.10 | $ 400 | $ 440 |
| 8/27/2008 | Nicholas Grant | IP Migration | call with Mike, modelling and discussions with Ahmad | 1.70 | $ 400 | $ 680 |
| 8/28/2008 | Nicholas Grant | IP Migration | conference call and work on model | 1.40 | $ 400 | $ 560 |
| 8/29/2008 | Nicholas Grant | IP Migration | conference call | 1.00 | $ 400 | $ 400 |
| 8/1/2008 | Nicholas Grant | IP Migration | conference | 0.50 | $ 290 | $ 145 |
| 8/4/2008 | Nicholas Grant | IP Migration | creating model and draftine emails to debra and mike | 1.90 | $ 290 | $ 551 |
| 8/5/2008 | Nicholas Grant | IP Migration | conference call | 1.30 | $ 290 | $ 377 |
| 8/12/2008 | Nicholas Grant | IP Migration | work on model | 1.00 | $ 290 | $ 290 |
| 8/13/2008 | Nicholas Grant | IP Migration | conference call and discussion with Ahmad | 1.25 | $ 290 | $ 363 |
| 8/22/2008 | Nicholas Grant | IP Migration | conference call and reading article sent by Eugen | 0.80 | $ 290 | $ 232 |
| 8/28/2008 | Daniel Tushar Shah | 304 Transaction & other Misc consulting | Shepardizing documents, grace deemed 351 transaction research for anu | 4.80 | $ 290 | $ 1,392 |
| 8/29/2008 | Daniel Tushar Shah | 304 Transaction & other Misc consulting | form 926 issue for anu | 1.00 | $ 290 | $ 290 |
| 8/4/2008 | Valerie Reed | Administrative Services | Mike's time report | 0.10 | $ 70 | $ 7 |
| 8/4/2008 | Valerie Reed | Administrative Services | Grace Kovel Letter - finalize, copy, distribute | 1.00 | $ 70 | $ 70 |
| 8/7/2008 | Valerie Reed | Administrative Services | Corrections to Grace Kovel letter | 0.10 | $ 70 | $ 7 |
| | | | | **56.25** | | **$ 28,996** |