## EXHIBIT D

**W.R. Grace**
**Expenses**
**August 1 - 31, 2008 (Deloitte Tax LLP)**

| Date | Name | Expenses Incurred | Description |
|---|---|---|---|
| 8/9/2008 | Steinsaltz, Michael E | $ 5 | Taxi From Steptoe's offices to 555 12th & Market |
| 8/9/2008 | Steinsaltz, Michael E | $ 275 | TrvlExp-Oth Grnd Trn - To and From Philadelphia to Baltimore and To and From Baltimore to Washington D.C. |
| 8/9/2008 | Steinsaltz, Michael E | $ 90 | Travel Expenses-To and From BWI to Grace's offices |
| 8/9/2008 | Steinsaltz, Michael E | $ 20 | Parking Garage, Philadelphia Amtrak Station |

$ 390