## EXHIBIT A

## VERIFICATION OF JARED GORDON

PHILADELPHIA

COMMONWEALTH OF PENNSYLVANIA:

Jared Gordon, after being duly sworn according to law, deposes and says:

a) I am a principal with the applicant firm of Deloitte Tax LLP.

b) I have personal knowledge of Deloitte Tax LLP's retention as tax service providers to the Debtors in these Chapter 11 cases.

c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have been informed of Del.Bankr.LR 2016-2 and the 'Amended Administrative Order Under 11 U.S.C. §§105(a) and 331 Establishing Revised Procedures for Interim Compensation and Reimbursement of Expenses for Professionals and Official Committee Members', signed April 17, 2002, and submit that the Application substantially complies with such Rule and Order.

_____
Jared Gordon
Principal

SWORN AND SUBSCRIBED
before me this 31st day of December 2008

_____
Notary Public
My Commission Expires: December 11, 2011

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
NILDA J. ROSADO, Notary Public
City of Philadelphia, Phila. County
My Commission Expires December 11, 2011

4