EXHIBIT B

**W.R. Grace**
**Hours by Each Professional**
**September 1 - 30, 2008 (Deloitte Tax LLP)**

| | Position | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|
| COLLINS, BRYAN P | Partner | 1.00 | $ 680 | $ 680 |
| **10 year Carryback Rule Issue** | | **1.00** | | **$ 680** |
| | | | | |
| KESHK, AHMAD G | Director | 13.60 | $ 680 | $ 9,248 |
| GRANT, NICHOLAS C | Senior | 2.80 | $ 400 | $ 1,120 |
| **IP Migration** | | **16.40** | | **$ 10,368** |
| | | | | |
| CRYAN, THOMAS M | Director | 0.50 | $ 680 | $ 340 |
| GOLDSTEIN, SETH B | Principal | 2.20 | $ 680 | $ 1,496 |
| GORDON, JARED H | Principal | 5.40 | $ 680 | $ 3,672 |
| STEINSALTZ, MICHAEL E | Partner | 5.60 | $ 680 | $ 3,808 |
| ALEX, ANU T | Assistant Manager | 22.00 | $ 400 | $ 8,800 |
| WAXMAN, SCOTT B | Consultant | 11.00 | $ 290 | $ 3,190 |
| **Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting** | | **46.70** | | **$ 21,306** |
| | | | | |
| GORDON, JARED H | Principal | 0.50 | $ 680 | $ 340 |
| **Administrative Matters incl. billing** | | **0.50** | | **$ 340** |
| | | | | |
| COSELLA, KERRIE A | Administrative Ass't | 1.00 | $ 70 | $ 70 |
| **Total Administrative Services Fees** | | **1.00** | | **$ 70** |

**Subtotal Deloitte Tax LLP Fees for September 2008**  65.60  $ 32,764

**Out of Pocket Expenses Deloitte Tax LLP for September 2008**  $ 20

**Total Deloitte Tax LLP Fees for September 2008**  $ 32,784