EXHIBIT C

**W.R. Grace**
**Daily Detail**
**September 1 - 30, 2008 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 9/25/2008 | Bryan Collins | 10 year Carryback Rule Issue | Preparation to discuss views of the merits of the 10-year issue | 0.50 | $ 680 | $ 340 |
| 9/30/2008 | Bryan Collins | 10 year Carryback Rule Issue | 10-Year Carryback | 0.50 | $ 680 | $ 340 |
| 9/4/2008 | Thomas Cryan | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | WR Grace", call with client, Seth ,and Michael Steinsaltz to discuss amended return for foreign tax credit. | 0.50 | $ 680 | $ 340 |
| 9/4/2008 | Seth Goldstein | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | Phone call regarding 905(c), 1248/304, ODL, HTKO, and emails , foreign tax credit carryback, and statue of limitations. | 1.60 | $ 680 | $ 1,088 |
| 9/11/2008 | Seth Goldstein | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | CFC netting question related to whether | 0.60 | $ 680 | $ 408 |
| 9/5/2008 | Jared Gordon | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | Conference call w/MS and AG regarding: 904(g) in conjunction with 1.904-4 and 904(g) regs, Section 6511(d)(3) and 1995 FSA Lexis 55, FAS109 (9(e)) regarding xfr of IP | 0.60 | $ 680 | $ 408 |
| 9/8/2008 | Jared Gordon | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | Conference calls with AG re interest netting rules of 1.861-10 and review of gain recognition agreement | 1.30 | $ 680 | $ 884 |
| 9/9/2008 | Jared Gordon | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | Phone Conferences with AG: reviewing 861-10(e) netting rule, GRA statement 1.367(a)-8T, 304. Emails w/SG and SF | 1.10 | $ 680 | $ 748 |
| 9/10/2008 | Jared Gordon | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | Calls w/AA. and AG relating to: 304/367 as well as application of 1.861-10, Follow up emails with SG and CT in WNT. | 0.60 | $ 680 | $ 408 |
| 9/11/2008 | Jared Gordon | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | emails, calls and research on Netting rule | 1.80 | $ 680 | $ 1,224 |
| 9/25/2008 | Jared Gordon | Administrative Matters incl. billing | Billing | 0.50 | $ 680 | $ 340 |

EXHIBIT C

**W.R. Grace**
**Daily Detail**
**September 1 - 30, 2008 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 9/1/2008 | Ahmad Keshk | IP Migration | company data, Discussions with Grace German Counsel re value of intangible property to be transferred/German rules regarding transfer of intangible property, Revison of financial model to reflect Grace's German counsel comments | 1.50 | $ 680 | $ 1,020 |
| 9/5/2008 | Ahmad Keshk | IP Migration | company data, Discussions with Grace German Counsel re value of intangible property to be transferred/German rules regarding transfer of intangible property, Revison of financial model to reflect Grace's German counsel comments | 1.50 | $ 680 | $ 1,020 |
| 9/9/2008 | Ahmad Keshk | IP Migration | company data, Discussions with Grace German Counsel re value of intangible property to be transferred/German rules regarding transfer of intangible property, Revison of financial model to reflect Grace's German counsel comments | 2.20 | $ 680 | $ 1,496 |
| 9/10/2008 | Ahmad Keshk | IP Migration | company data, Discussions with Grace German Counsel re value of intangible property to be transferred/German rules regarding transfer of intangible property, Revison of financial model to reflect Grace's German counsel comments | 2.10 | $ 680 | $ 1,428 |
| 9/11/2008 | Ahmad Keshk | IP Migration | Discussion with Steptoe and Johson regarding finaancial transfer pricing model and assumptions used therein | 2.10 | $ 680 | $ 1,428 |
| 9/12/2008 | Ahmad Keshk | IP Migration | Analysis of historical growth data in the chemicals industry/analysis of reports prepared by equity analysts and various associations regarding the future of the growth in the chemical/petrolium derivative industries | 2.10 | $ 680 | $ 1,428 |
| 9/13/2008 | Ahmad Keshk | IP Migration | Conference calls with client regarding discount rate to be used, growth rate to be used and profit percentages to apply in modeling transfer price of intangible property potntially to be transferred from Germany | 2.10 | $ 680 | $ 1,428 |
| 9/2/2008 | Michael Steinsaltz | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | Gibbons regarding 6511 carryback, FAS 109 (9e) question regarding taking currently for sale of IP to Germany, .3 time for call with AG reagarding 904g ODL rules in conjuction with high tax kick out, notes for MS | 1.00 | $ 680 | $ 680 |

EXHIBIT C

**W.R. Grace**
**Daily Detail**
**September 1 - 30, 2008 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 9/3/2008 | Michael Steinsaltz | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | Voicemail from A. Gibbons re: 1248; review slides; email, discussed the interaction of 1248 and 304 rules, discussed a potential 1248 model. | 0.60 | $ 680 | $ 408 |
| 9/4/2008 | Michael Steinsaltz | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | Call with Seth Goldstein re: Amended Returns - FTC | 0.50 | $ 680 | $ 340 |
| 9/4/2008 | Michael Steinsaltz | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | Call with Seth Goldstein re: Amended Returns - FTC, 6511 and statute of limitations and foreign tax credit carryback | 0.70 | $ 680 | $ 476 |
| 9/4/2008 | Michael Steinsaltz | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | Review ODL email and examples - email to A. Gibbons | 1.30 | $ 680 | $ 884 |
| 9/5/2008 | Michael Steinsaltz | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | Follow-up call with A. Alex and A. Gibbons regarding 6511 carryback, FAS 109 (9e) question regarding taking currently for sale of IP to Germany, .3 time for call with AG reagarding 904g ODL rules in conjuction with high tax kick out, notes for MS | 1.00 | $ 680 | $ 680 |
| 9/29/2008 | Michael Steinsaltz | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | Call re: stock option, review stock option plan presented by AG | 0.50 | $ 680 | $ 340 |
| 9/2/2008 | Anu Alex | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | Call/304 prep for call/pulling odl ordering rules following call | 1.80 | $ 400 | $ 720 |
| 9/3/2008 | Anu Alex | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | reading leg history on odl/high tax kick out, call w/alan gibons, morning discussion of high tax kick out with MS, discussion about 1248/ 304 rules with MS at night, | 7.00 | $ 400 | $ 2,800 |
| 9/4/2008 | Anu Alex | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | Call w/ Alan, call before and after with SG, revisions to email, inputting revisions from MS, slide for SG and JG | 3.40 | $ 400 | $ 1,360 |

EXHIBIT C

**W.R. Grace**
**Daily Detail**
**September 1 - 30, 2008 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 9/5/2008 | Anu Alex | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | .6 time phone conf w/ AG, JG and MS, regarding 6511 carryback, FAS 109 (9e) question regarding taking currently for sale of IP to Germany, .3 time for call with AG reagarding 904g ODL rules in conjuction with high tax kick out, notes for MS | 1.10 | $ 400 | $ 440 |
| 9/8/2008 | Anu Alex | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | 861-10 question (including phone call), 367, 1.367(a)-8T (GRA work, reviwing language from AG and preparing form in accordance w/ DT stds) | 2.30 | $ 400 | $ 920 |
| 9/9/2008 | Anu Alex | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | phone conferences: reviewing netting rule, | 2.90 | $ 400 | $ 1,160 |
| 9/10/2008 | Anu Alex | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | Calls w/ JG, and AG relating to: 304/367 as well as the application of 1.861-10, follow up research points | 2.40 | $ 400 | $ 960 |
| 9/11/2008 | Anu Alex | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | phone cal w/ AG and SG, review notes | 1.10 | $ 400 | $ 440 |
| 9/5/2008 | Nicholas Grant | IP Migration | call and research on growth rates | 1.30 | $ 400 | $ 520 |
| 9/8/2008 | Nicholas Grant | IP Migration | call and research on growth rates | 1.50 | $ 400 | $ 600 |
| 9/29/2008 | Scott Waxman | Amended return, Section 304 transaction, foreign tax credit issues & miscellaneous consulting | misc research support | 11.00 | $ 290 | $ 3,190 |
| 9/5/2008 | Kerrie Cosella | Administrative Services | Engagement Letter | 0.20 | $ 70 | $ 14 |
| 9/9/2008 | Kerrie Cosella | Administrative Services | run DPS report | 0.30 | $ 70 | $ 21 |
| 9/9/2008 | Kerrie Cosella | Administrative Services | run DPS report | 0.30 | $ 70 | $ 21 |
| 9/10/2008 | Kerrie Cosella | Administrative Services | run DPS report | 0.20 | $ 70 | $ 14 |
| | | | | **65.60** | | **$ 32,764** |