## EXHIBIT D

**W.R. Grace**
**Expenses**
**September 1 - 30, 2008 (Deloitte Tax LLP)**

| Date | Name | Expenses Incurred | Description |
|---|---|---|---|
| 9/2/2008 | GORDON, JARED H | $ 20 | Traveling Exp-Pking |
| | | $ 20 | |