EXHIBIT B

**W.R. Grace**
**Hours by Each Professional**
**October 1 - 31, 2008 (Deloitte Tax LLP)**

| | Position | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|
| COLLINS, BRYAN P | Partner | 20.50 | $ 680 | $ 13,940 |
| **10-Year Carryback Rule Issue Fees** | | **20.50** | | **$ 13,940** |
| | | | | |
| GRANT, NICHOLAS C | Senior | 3.90 | $ 400 | $ 1,560 |
| **IP Migration** | | **3.90** | | **$ 1,560** |
| | | | | |
| ALEX, ANU T | Assistant Manager | 1.00 | $ 400 | $ 400 |
| WAXMAN, SCOTT B | Consultant | 12.00 | $ 290 | $ 3,480 |
| **Adminstrative matters incl. billing** | | **13.00** | | **$ 3,880** |
| | | | | |
| PROUTY, JOAN T | Paraprofessional | 1.20 | $ 70 | $ 84 |
| REED, VALERIE R | Administrative Ass't | 1.20 | $ 70 | $ 84 |
| **Total Administrative Services Fees** | | **2.40** | | **$ 168** |
| | | | | |
| **Total Deloitte Tax LLP Fees for October 2008** | | **39.80** | | **$ 19,548** |