**EXHIBIT C**

**W.R. Grace**
**Daily Detail**
**October 1 - 31, 2008 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|---|---|---|---|---|---|---|
| 10/1/2008 | Bryan Collins | 10-Year Carryback Rule Issue | 10-Year Carryback | 2.50 | $ 680 | $ 1,700 |
| 10/6/2008 | Bryan Collins | 10-Year Carryback Rule Issue | Talking points re IRS Appeals Strategy | 1.00 | $ 680 | $ 680 |
| 10/10/2008 | Bryan Collins | 10-Year Carryback Rule Issue | Notice to Disclose June 15, 2006 IRS Chief Counsel Memorandum | 3.00 | $ 680 | $ 2,040 |
| 10/13/2008 | Bryan Collins | 10-Year Carryback Rule Issue | Notice to Disclose June 15, 2006 IRS Chief Counsel Memorandum | 1.00 | $ 680 | $ 680 |
| 10/14/2008 | Bryan Collins | 10-Year Carryback Rule Issue | Memo on 10 year carryback | 1.00 | $ 680 | $ 680 |
| 10/21/2008 | Bryan Collins | 10-Year Carryback Rule Issue | Draft Bulletpoints for Discussion During Call on | 1.00 | $ 680 | $ 680 |
| 10/22/2008 | Bryan Collins | 10-Year Carryback Rule Issue | IRS June 15, 2006 memorandum | 1.50 | $ 680 | $ 1,020 |
| 10/23/2008 | Bryan Collins | 10-Year Carryback Rule Issue | IRS June 15, 2006 memorandum | 7.00 | $ 680 | $ 4,760 |
| 10/28/2008 | Bryan Collins | 10-Year Carryback Rule Issue | Talking points re IRS Appeals Strategy | 1.00 | $ 680 | $ 680 |
| 10/31/2008 | Bryan Collins | 10-Year Carryback Rule Issue | Talking points re IRS Appeals Strategy | 1.50 | $ 680 | $ 1,020 |
| 10/16/2008 | Anu Alex | Adminstrative matters incl. billing | prep for call admin billing | 1.00 | $ 400 | $ 400 |
| 10/14/2008 | Nicholas Grant | IP Migration | internal conference call | 1.00 | $ 400 | $ 400 |
| 10/27/2008 | Nicholas Grant | IP Migration | conf call with Deb and Steptoe | 1.50 | $ 400 | $ 600 |
| 10/29/2008 | Nicholas Grant | IP Migration | searching for agreements | 1.40 | $ 400 | $ 560 |
| 10/2/2008 | Scott Waxman | Adminstrative matters incl. billing | File, QAR procedures, admin | 3.00 | $ 290 | $ 870 |
| 10/3/2008 | Scott Waxman | Adminstrative matters incl. billing | File, QAR procedures, admin | 2.00 | $ 290 | $ 580 |
| 10/7/2008 | Scott Waxman | Adminstrative matters incl. billing | File, QAR procedures, admin | 2.00 | $ 290 | $ 580 |
| 10/8/2008 | Scott Waxman | Adminstrative matters incl. billing | File, QAR procedures, admin | 3.00 | $ 290 | $ 870 |
| 10/10/2008 | Scott Waxman | Adminstrative matters incl. billing | File, QAR procedures, admin | 2.00 | $ 290 | $ 580 |
| 10/21/2008 | Joan Prouty | Administrative Services | transfer pricing research, editing and/or proofing of reports. | 1.00 | $ 70 | $ 70 |

**EXHIBIT C**

**W.R. Grace**
**Daily Detail**
**October 1 - 31, 2008 (Deloitte Tax LLP)**

| Date | Name | Project Category | Description | Hours | Billing Rate | Professional Fees |
|------|------|------------------|-------------|-------|--------------|-------------------|
| 10/22/2008 | Joan Prouty | Administrative Services | transfer pricing research, editing and/or proofing of reports. | 0.20 | $ 70 | $ 14 |
| 10/1/2008 | Valerie Reed | Administrative Services | Scanning, saving and filing engagement letter | 0.30 | $ 70 | $ 21 |
| 10/10/2008 | Valerie Reed | Administrative Services | Mike's time reports | 0.30 | $ 70 | $ 21 |
| 10/13/2008 | Valerie Reed | Administrative Services | Mike's time report | 0.30 | $ 70 | $ 21 |
| 10/20/2008 | Valerie Reed | Administrative Services | Scanning and filing procedures | 0.30 | $ 70 | $ 21 |
| | | | | **39.80** | | **$ 19,548** |