## EXHIBIT D

**No expenses were incurred by Deloitte Tax LLP during the monthly period of October 1, 2008 through October 31, 2008.**