BAUMANN, DOYLE, PAYTAS & BERNSTEIN, P.A.
ATTORNEYS AT LAW
Michael J. Doyle SBN # 009446
Gary T. Doyle SBN # 015033
2929 North 44th Street, Suite 120
Phoenix, Arizona 85018
Telephone: (602) 952-8500
Facsimile: (602) 667-6552
Attorneys for Plaintiff

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: ) | Chapter 11 |
| ) | |
| W.R. GRACE & CO., et al., ) | Case No. 01-1139 (JKF) |
| ) | |
| ) | |
| Debtors. ) | |
| ) | |

**FIRST LIBERTY BANK'S JOINDER IN CORRECTED MARICOPA COUNTY'S RESPONSE TO MOTION FOR ENTRY OF AN ORDER DECLARING AS VOID AB INITIO ANY AND ALL ACTIONS TAKEN BY MARICOPA COUNTY, ARIZONA, FIRST LIBERTY NATIONAL BANK AND MARICOPA COUNTY SUPERIOR COURT WITH RESPECT TO DEBTOR'S <u>REAL PROPERTY IN MARICOPA COUNTY.</u>**

First Liberty Bank, through counsel undersigned, herewith joins in the Corrected Maricopa County's Response to Motion for Entry of an Order Declaring as Void Ab Initio Any and All Actions Taken by Maricopa County, Arizona, First Liberty National Bank and Maricopa County Superior Court with Respect to Debtor's <u>Real Property in Maricopa County</u> to the extent that it is applicable to First Liberty Bank and it's interest in the subject.

I.  BACKGROUND FACTS

On or about January 8, 2008 and prior to the initiation of any foreclosure, undersigned sent thirty (30) day pre-litigation notices to W.R. Grace, Ari-zonlite and Current Residence on January 8, 2008. These notices were sent to the owner's of record according to the Maricopa County Assessor and Maricopa County Treasurer's Office. A copy of the notices and printouts are attached hereto as Exhibit "A".

After waiting the Arizona statutorily mandated 30 days, First Liberty's counsel obtained a full blown Litigation Guarantee in an attempt to verify ownership of the property as there was certainly conflicting information that had been provided to the Maricopa County Assessor and Maricopa County Treasurer's Offices. A copy of that Litigation Guarantee is attached hereto as Exhibit "B" which indicates that the legal title owner of the property was "Ari-zonolite Co., an Illinois corporation" as of March 7, 2008. Additional "bring downs" or updates to the litigation guarantee were also obtained during the pendency of the foreclosure, and all such updates continued to confirm that Ari-zonlite was the owner of the subject property. Attached hereto as Exhibit "C" are copies of those bring downs.

II.    ARGUMENT

W.R. Grace & Co., alleges that First Liberty Bank proceeded to foreclosure on the subject property even though they had knowledge of W.R. Grace's bankruptcy. First Liberty acknowledges that it had notice of W.R. Grace's bankruptcy; however, First Liberty on numerous occasions attempted to determine why the bankruptcy would be applicable to the subject property as the owner of record was not W.R. Grace's but rather Ari-zonlite.

It was not until November 20, 2008, that undersigned was aware of any Deed conveying the property to W.R. Grace. Counsel for W.R. Grace sent undersigned a copy of a *unrecorded Deed* dated sometime in December of 1974 (attached hereto as Exhibit "D"). This is the first time undersigned had any proof of ownership from W. R. Grace.

As late as May or June, 2008, W.R. Grace had the Maricopa County Treasurer's Office records modified at its own request to reflect that the owner of the subject property was **Ari-zonlite** in care of Terry Puglisi who now appears to have been an employee of W.R. Grace. Attached hereto as Exhibit "E" is a copy of the Maricopa County Treasurer's Office Current Mailing Name & Address of owner indicating Ari-zonolite Co.

Based upon the foregoing, all of the problems and confusion that have arisen with

respect to ownership of the subject property were due to W.R. Grace's either negligence for failure to record their 30 year old Deed or their apparent attempt to intentionally conceal W.R. Grace's ownership of the subject property from the Maricopa County Treasurer's Office, persons who would rely upon the records of the Maricopa County Treasurer's Office, Assessor's Office and Recorder's Office and ultimately this United States Bankruptcy Court.

III.     CONCLUSION

Based upon the foregoing, it is respectfully requested that W.R. Grace's Motion for Entry of an Order Declaring as Void Ab Initio any and All Actions be denied and title to the subject property affirmed in First Liberty Bank or if this court determines that the previously issued Treasurer's Deed and Judgment out of the Maricopa County Superior Court are void.  In the alternative, First Liberty requests that W.R. Grace be held liable and responsible for all monetary damages incurred by First Liberty Bank by reason of W.R. Grace's conduct in this matter.

DATED THIS DATE:_____

BAUMANN, DOYLE, PAYTAS & BERNSTEIN, P.A.

Michael J. Doyle, Esq.
Attorney for First Liberty Bank

Original filed with the court and copies mailed
this __ day of December to:

Douglas Metcalf
Lewis & Roca, LLP
One South Church Avenue, Suite 700
Tucson, AZ 85701-1611
Attorneys for W.R. Grace & Co.-Conn

By: C. Murphy

3