Exhibit "A"

## NOTICE OF INTENT TO FILE FORECLOSURE ACTION

Notice is hereby given that the holder of that certain Treasurer's Certificate of Purchase identified below will commence foreclosure proceedings on said Certificate in connection with the tax parcel described below on or after the date indicated.

DATE:  January 8, 2008

PROPERTY OWNER'S NAME:

W R Grace & Company
PO Box 3247
Lake Charles, LA 70602

MARICOPA TAX PARCEL IDENTIFICATION NUMBER:

107-02-065B

CERTIFICATE OF PURCHASE NUMBER: 1001946

LEGAL DESCRIPTION:

SANTA FE-PHOENIX INDUSTRIAL 1 S 200' OF TH PT LOT 6 LY S OF S LN N2 N2 SW4 EX W 12.5' RR AS ORIG CONV P/D 5051/265 , Maricopa County, Arizona.

PROPOSED DATE OF FILING: February 8, 2008

All Inquires May Be Made To:

Maricopa Treasurer's Office: 602-506-3976

Mooring



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Maricopa County Treasurer's Office
301 West Jefferson
Phoenix, Arizona 85003

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X

B. Received by ( Printed Name )    C. Date of Delivery

JAN
11
2008

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)

2. Article Number
(Transfer from service label)

7006 3450 0000 4938 0571

PS Form 3811, February 2004    Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

W R Grace & Company
PO Box 3247
Lake Charles, LA 70602

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

B. Received by ( Printed Name )    C. Date of Delivery

D. Is delivery address different from item 1?    ☐ Yes
If YES, enter delivery address below:    ☐ No

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered    ☐ Return Receipt for Merchandise
☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
(Transfer from service label)

7006 3450 0000 4938 0588

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

## NOTICE OF INTENT TO FILE FORECLOSURE ACTION

Notice is hereby given that the holder of that certain Treasurer's Certificate of Purchase identified below will commence foreclosure proceedings on said Certificate in connection with the tax parcel described below on or after the date indicated.

DATE:  January 8, 2008

PROPERTY OWNER'S NAME:

      Ari-Zonolite Co
      PO Box 122283
      Fort Worth, TX 76116

MARICOPA TAX PARCEL IDENTIFICATION NUMBER:

      107-02-065B

CERTIFICATE OF PURCHASE NUMBER: 1001946

LEGAL DESCRIPTION:

      SANTA FE-PHOENIX INDUSTRIAL 1 S 200' OF TH PT LOT 6 LY S OF S LN N2 N2 SW4 EX W 12.5' RR AS ORIG CONV P/D 5051/265 , Maricopa County, Arizona.

PROPOSED DATE OF FILING: February 8, 2008

All Inquires May Be Made To:

      Maricopa Treasurer's Office: 602-506-3976

Mooring





CERTIFIED MAIL

7006 3450 0000 4938

RECEIVED
FEB 13 2008
BKDPB

Ari-Zonolite Co
PO Box 122283
Fort Worth, TX 76116

2929 N. 44th St. Ste. 120
Phoenix, Arizona 85018

U.S. POSTAGE
$005.21
USTALIA 310875
0000000231

PHOENIX
JAN -9.08
AZ

NAME
1ST NOTICE
2ND NOTICE
RETURN

NIXIE    760    DE    1        00    02/08/09

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 85018723945    *1614-07142-09-37

## NOTICE OF INTENT TO FILE FORECLOSURE ACTION

Notice is hereby given that the holder of that certain Treasurer's Certificate of Purchase identified below will commence foreclosure proceedings on said Certificate in connection with the tax parcel described below on or after the date indicated.

DATE:  January 8, 2008

PROPERTY OWNER'S NAME:

    Current Resident
    4637 N. 42nd Ave.
    Phoenix, AZ 85019

MARICOPA TAX PARCEL IDENTIFICATION NUMBER:

    107-02-065B

CERTIFICATE OF PURCHASE NUMBER: 1001946

LEGAL DESCRIPTION:

    SANTA FE-PHOENIX INDUSTRIAL 1 S 200' OF TH PT LOT 6 LY S OF S LN
    N2 N2 SW4 EX W 12.5' RR AS ORIG CONV P/D 5051/265 , Maricopa County,
    Arizona.

PROPOSED DATE OF FILING: February 8, 2008

All Inquires May Be Made To:

    Maricopa Treasurer's Office: 602-506-3976

Moori





2929 N. 44th St. Ste. 120
Phoenix, Arizona 85018

CERTIFIED MAIL

7006 3450 0000 4938 0610

JAN 14 2008

Current Resident
4637 N. 42nd Ave.
Phoenix, AZ 85019

85019+3003100 7239

NIXIE       850    DE    1          DO   01/12/08

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD

BC: 85018723945        *2014-08049-09-35

PHOENIX
AZ
JAN -9.08

# 0000000233

U.S. POSTAGE
0.521
POSTALIA 310075

Maricopa County Tax Statements

# Maricopa County
## Treasurer's Office

| Tax Bill | Tax Summary | Pay Online! | Valuations | Home |
|---|---|---|---|---|
| Tax Lien Summary | Update Address | Activities | Tax Receipt | New Parcel |

## 2007 Property Tax Statement - Parcel 107-02-065B 2

### Tax Bill Summary

| 2007 Assessed Value | Totals | 2007 Tax Amount |
|---|---|---|
| $218,097 | Primary (Limited) | $13,826.48 |
| $238,146 | Secondary (Full Cash) | $12,417.58 |
| | Special Districts | $0.00 |
| Delinquent Back Taxes Are Owed On This Parcel | Full Year Amount* | $26,244.06 |
| $13,122.03 | <1st   Due each half   2nd> | $13,122.03 |
| Area Code: 681300 | Total Payments Made | $26,244.06 |

\* The Full Year Amount is for the current tax year only.  It does NOT include late payment interest charges or delinquent prior year taxes.  The statement is for 2007 only.  To view the Total Amount Due including interest and penalties Click Here. The first half payment is due 1 Oct 2007, and the second half is due 1 Mar 2008.

Please call (602) 506-8511 for any questions concerning the Statement or Amount Due.  Include a Tax Stub with your check.

Redemption Statement    Tax History    New Parcel    Treasurer's Home Page    Current Assessed Value    Parcel Map

## Property Information

### Legal Description

| Section/Lot | Township/Block | Range/Tract |
|---|---|---|
| 6 | | |
| | SANTA FE-PHOENIX INDUSTRIAL 1 S 200' OF TH PT | |
| | LOT 6 LY S OF S LN N2 N2 SW4 EX W 12.5' RR AS | |
| | ORIG CONV P/D 5051/265 | |

### Current Mailing Name & Address

| W R GRACE & COMPANY |
|---|
| PO BOX 3247 |
| LAKE CHARLES LA 706023247 |

Request Name/Mailing Address Changes
or call the Treasurer at (602)506-8511.
Top

## 2007 Primary (Limited) Assessed Values - Parcel 107-02-065B

| Assessment Type | Limited Value | Assessment Ratio | Assessed Value |
|---|---|---|---|
| Land/Bldg/Improvements | $652,802 | 24% | $156,672 |
| Personal Property | $255,929 | | $61,425 |
| **Primary Assessed Totals** | **$908,731** | | **$218,097** |

## 2007 Primary (Limited) Tax Amounts

| Tax District | Phone | Rate/100 | 2007 Tax | 2006 Tax |
|---|---|---|---|---|
| County Primary Tax | 602-506-8511 | 1.1046 | $2,409.10 | $1,717.94 |
| County Educational Equalization Tax | 602-506-8511 | 0.0000 | $0.00 | $0.00 |
| CITY OF PHOENIX | 602-262-7166 | 0.8042 | $1,753.94 | $1,231.28 |
| State Aid Credit | | | $0.00 | $0.00 |

### School District

| Tax District | Phone | Rate/100 | 2007 Tax | 2006 Tax |
|---|---|---|---|---|
| ALHAMBRA ELEMENTARY | 602-336-2920 | 0.8588 | $1,873.01 | $4,023.77 |
| PHOENIX HIGH SCHOOL | 602-764-1100 | 2.7474 | $5,992.00 | $4,337.24 |
| COMMUNITY COLLEGE DIST | 480-731-8621 | 0.8246 | $1,798.43 | $1,284.01 |

### Primary Tax Totals

| | | Rate/100 | 2007 Tax | 2006 Tax |
|---|---|---|---|---|
| | | 6.3396 | $13,826.48 | $12,594.24 |

Top

## 2007 Secondary (Full Cash) Assessed Values - Parcel 107-02-065B

| Assessment Type | Full Cash Value | Assessment Ratio | Assessed Value |
|---|---|---|---|
| Land/Bldg/Improvements | $736,336 | 24% | $176,721 |
| Personal Property | $255,929 | | $61,425 |
| **Secondary Assessed Totals** | **$992,265** | | **$238,146** |

## 2007 Secondary (Full Cash) Tax Amounts

| Tax District | Phone | Rate/100 | 2007 Tax | 2006 Tax |
|---|---|---|---|---|
| Flood Control | 602-506-1501 | 0.1533 | $270.92 | $336.28 |
| Central Arizona Water Conservation | 623-869-2333 | 0.1000 | $238.14 | $197.46 |
| Fire | 602-506-8511 | 0.0053 | $12.62 | $11.20 |
| Library | 602-652-3000 | 0.0391 | $93.12 | $83.42 |
| Health Care | 602-344-5978 | 0.0935 | $222.68 | $194.82 |

### Overrides

| Tax District | Phone | Rate/100 | 2007 Tax | 2006 Tax |
|---|---|---|---|---|
| County Overrides | 602-506-8511 | 0.0000 | $0.00 | $0.00 |
| City Overrides | 602-262-7166 | 0.0000 | $0.00 | $0.00 |
| Elementary School Overrides | 602-336-2920 | 1.9337 | $4,605.03 | $3,578.57 |
| High School Overrides | 602-764-1100 | 0.3147 | $749.45 | $623.11 |
| Community College Overrides | 480-731-8621 | 0.0000 | $0.00 | $0.00 |

### Bonds

| Tax District | Phone | Rate/100 | 2007 Tax | 2006 Tax |
|---|---|---|---|---|
| County Bonds | 602-506-8511 | 0.0000 | $0.00 | $0.00 |
| City Bonds | 602-262-7166 | 1.0158 | $2,419.09 | $1,603.77 |

| | | | | |
|---|---|---|---|---|
| Elementary School A Bonds | 602-336-2920 | 1.0918 | $2,600.08 | $1,690.82 |
| Elementary School B Bonds | 602-336-2920 | 0.0000 | $0.00 | $0.00 |
| High School A Bonds | 602-764-1100 | 0.2478 | $590.13 | $458.57 |
| High School B Bonds | 602-764-1100 | 0.1074 | $255.77 | $248.95 |
| Community College Bonds | 480-731-8621 | 0.1514 | $360.55 | $301.27 |
| **Secondary Tax Totals** | | | | |
| | | **Rate/100** | **2007 Tax** | **2006 Tax** |
| | | 5.2538 | $12,417.58 | $9,328.24 |

Top

No Special Districts

Top    New Parcel    Home



QUICK LINKS ...                        Home Contacts  *Parcel Search:

Advanced Search Options          *Market Overview  *Residential Similar Property
        No Parcel Number? Use
        Advanced Search Options.          *(A parcel number is needed to use these

New Search      Printer Friendly Version
## Property Information
**Parcel #:** 107-02-065-B                    **Subdivision Name:** SANTA-FE-PHOENIX INDUSTRIAL UNIT 1
**MCR #:** 10106                              **Lot #:** 6
**Property Address:** 4637 N 42ND AVE
PHOENIX 85019
**Property Description:** SANTA FE-PHOENIX INDUSTRIAL 1 S 200' OF TH PT LOT 6 LY S OF S LN N2 N2 SW4 EX W 12.5' RR AS OR 5051/265
**Section Township Range:** 22 2N 2E              **Associated Parcel:**

## Owner Information
                                                                                View
**Owner:** ARI-ZONOLITE CO
**In Care Of:**
**Mailing Address:** PO BOX 122283
FT WORTH TX 761160000 USA
**Deed #:** 05051-0265                                        **Sales**
**Deed Date:** 12/25/1958                                     **Sales**

## Valuation Information
                                                                                View
| Tax Year: | 2008 | 2007 |
|---|---|---|
| Full Cash Value (FCV): | $831,615 | $736,336 |
| Limited Property Value (LPV): | $718,082 | $652,802 |
| Notice: The values displayed on this page may not reflect constitutional or statutory adjustments. | | |
| Legal Class: | 1 | 1 |
| Assessment Ratio: | 23.0% | 24.0% |
| Assessed FCV: | $191,271 | $176,721 |
| Assessed LPV: | $165,159 | $156,672 |
| Property Use Code: | 3020 | 3020 |
| Tax Area Code: | 681300 | 681300 |

## Additional Component Information (for this parcel)
                      Valuation    Characteristics

New Search
                         Helpful Information:
                      recorder  glossary  forms

**Disclaimer**
The data contained in this database is deemed reliable but not guaranteed. This information should be used for informational use only and does not constitute a legal document for the description of these properties. Every effort has been made to insure the accuracy of this data; however, this material may be slightly dated which would have an impact on its accuracy. The Maricopa County Assessor's Office disclaims any responsibility or liability for any direct or indirect damages resulting from the use of this data.

                                                        ©2007 Maricopa Cour

Maricopa Home      Legal Information      Privacy/Security Policies

                Maricopa County Assessor || 301 W. Jefferson St. || Phoenix, AZ 85003

Exhibit "B"

# WESTERN NATIONAL TITLE AGENCY

March 14, 2008

Baumann, Kelly, Doyle, Paytas & Bernstein
Atten: Carolyn Murphy
2929 N. 44th Street, Suite 100
Phoenix, AZ 85018

**GUARANTEE NO: LG-1-AZ1004-7**
**YOUR REF:    APN 107-02-065B**
**OUR NO.:      00061358-099-**

Attached is your Litigation Guarantee, per your instructions.
Sincerely,

Deb Wright, CTO

Western National Title Agency, Inc.

Phone:    • Fax:

## LITIGATION GUARANTEE

## SCHEDULE A

Liability Amount: $11,364.00

Effective Date:   March 7, 2008at 5:00pm

Order Number: 00061358-099-
Guarantee

No.  LG-1-AZ1004-7

1.      Assured:

MICHAEL DOYLE, Attorney at Law and

FIRST LIBERTY NATIONAL BANK

2.      The estate or interest in the Land which is covered by this guarantee is:

**A FEE**

3.      Title to the estate or interest in the Land is vested in:

ARI-ZONOLITE CO., an Illinois corporation

4.      The land referred to in this Guarantee is situated in the County of Maricopa, State of ARIZONA, and is described in Exhibit "A" attached hereto and made a part hereof.

5.      Nature of Action:

Foreclose Certificate of Purchase   APN 107-02-065B

Order Number: 00061358-099-

## Exhibit "A"

The South 200 feet of Lot 6, of the SANTA FE-PHOENIX INDUSTRIAL UNIT NO. 1, a subdivision of a portion of the West half of Section 22, Township 2 North, Range 2 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, as said Lot 6 is shown on Map filed December 14, 1962, in the office of the County Recorder of said County, in Book 101 of Maps, page 6.

# SCHEDULE B

## (All recording data refer to records in the office of the County Recorder in the County in which the land is situated.)

1.      TAXES AND ASSESSMENTS collectible by the County Treasurer, a lien not yet due and payable for the following year:

     2008

2.      A SALE OF SAID LAND by the County Treasurer, evidenced by Certificate of Purchase issued by reason of the non-payment of taxes for the:

Year     2001

Certificate of Purchase No.          01001946

3.      OBLIGATIONS imposed upon said land by its inclusion within any district formed pursuant to Title 48, Arizona Revised Statutes, excluding however Municipal or County Improvement Districts.

4.      THE LIABILITIES, OBLIGATIONS AND BURDENS imposed upon said land by reason of inclusion within the Salt River Project Agricultural Improvement and Power District and Agricultural Improvement Districts.

5.      EASEMENTS as shown on the recorded plat of said subdivision in Book 101 of Maps, page 6.

6.      RESERVATIONS, exceptions, covenants, conditions, easements and rights reserved or imposed in Deed from Santa Fe Land Improvement Company:

Recorded in Docket     5051
Page                           265

7.      THE EFFECT OF ANY ACT OF CONGRESS of the United States of America, any Statute of the State of Arizona, or of any decision of any court of competent jurisdiction, limiting or purporting to limit the right of a railroad corporation to dispose of any of its operative property.

8.      EASEMENT and rights incident thereto, as set forth in instrument:

Recorded in Docket     5170
Page                           321
Purpose                      Power Line

9.      RIGHTS OF PARTIES IN POSSESSION on month to month tenancy or under written but unrecorded leases.

10.     ANY BANKRUPTCY PROCEEDING that is not disclosed by a filing where transfer of such real property may be recorded to perfect such transfer pursuant to Section 549(c) of the Bankruptcy Reform Act 1978, as amended.

Order Number: 00061358-099-

## SCHEDULE C

The necessary parties (other than those having a claim or interest by reason of matters shown in Exceptions numbered 1 through 10) to be made defendants in an action to be brought by

MICHAEL DOYLE, attorney at law and
FIRST LIBERTY NATIONAL BANK

as plaintiff, are as follows:

ARI-ZONOLITE CO., an Illinois corporation (Record Owner)

Additional defendants whose interests may appear subsequent to the date of this report and prior to the recordation of a Lis Pendens.

(ADDRESSES, IF ANY, SHOWN IN THIS GUARANTEE WERE OBTAINED FROM THE RECORDED INSTRUMENT CREATING THE INTEREST AND NO LIABILITY IS ASSUMED AS TO THEIR ACCURACY OR SUFFICIENCY FOR SERVICE IN CONNECTION WITH THE PROPOSED ACTION)

TAX PARCEL NO. 107-02-065B

Exhibit "C"

1  BAUMANN, KELLY, DOYLE, PAYTAS & BERNSTEIN, P.A.
   ATTORNEYS AT LAW
2  Gary T. Doyle, SBN # 015033
   2929 North 44th Street, Suite 120
3  Phoenix, Arizona 85018
   Telephone: (602) 952-8500
4  Facsimile: (602) 667-6552
   Attorney for Plaintiff
5
                IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
6
                     IN AND FOR THE COUNTY OF MARICOPA
7
   FIRST LIBERTY NATIONAL BANK,            )   NO. CV2008-006088
8                                          )
                        Plaintiff,         )
9  vs.                                     )   **NOTICE OF FILING LITIGATION**
                                           )   **GUARANTEE**
10 ARI-ZONOLITE CO, an Illinois corporation; et al;)
                                           )
11                      Defendants.        )

12        Plaintiff, through counsel undersigned, herewith files the attached copy of the

13 Litigation Guarantee prepared by Westcor Land Title Insurance Company obtained in

14 connection with the above-captioned matter.

15        DATED this 14th day of August, 2008.

16
                                     BAUMANN, KELLY, DOYLE,
17                                   PAYTAS & BERNSTEIN, P.A.

18

19                                   Michael J. Doyle, Esq.
                                     Attorney for Plaintiff
20

21

22
   Z:\Shared\MyFiles\Land\mooring financial\Ari-Zonolite\notice of filing litigation guarantee.wpd
23

24

25

26

27

28



**Westcor**
Land Title Insurance Company

GUARANTEE NO.

LG-1-AZ1004-7

## WESTCOR LAND TITLE
## INSURANCE COMPANY

# LITIGATION GUARANTEE

SUBJECT TO THE EXCLUSIONS FROM COVERAGE, THE LIMITS OF LIABILITY AND THE OTHER PROVISIONS OF THE GUARANTEE CONDITIONS AND STIPULATIONS HEREOF, WESTCOR LAND TITLE INSURANCE COMPANY, A CALIFORNIA CORPORATION, herein called the Company,

Guarantees the Assured named herein against loss, not exceeding the liability amount stated in Schedule A, which the Assured shall sustain by reason of any incorrectness in the assurance which the Company hereby gives that, according to public records, on the date stated on Schedule A,

1. The title to the herein described estate or Interest was vested in the vestee named, subject to the matters shown as Exceptions herein, which exceptions are not necessarily shown in the order of their priority;

2. The necessary parties defendant, in an action of the type shown in Schedule A herein, are as herein stated.

IN WITNESS WHEREOF, **WESTCOR LAND TITLE INSURANCE COMPANY** has caused its corporate name and seal to be hereunto affixed by its duly authorized officers.

Issued By:

Western National Title Agency, Inc.
4500 S. Lakeshore Drive
Suite 515
Tempe, AZ 85282

WESTCOR LAND TITLE INSURANCE COMPANY

By: _Mary O'Donnell_
President

Attest: _Patricia N Power_
Secretary

## GUARANTEE CONDITIONS AND STIPULATIONS

1. **DEFINITION OF TERMS- The following terms when used in the Guarantee mean:**

    (a) "the Assured": the party or parties named as the Assured in this Guarantee, or on a supplemental writing executed by the Company.

    (b) "land": the land described or referred to in Schedule (A)(C) or in Part 2, and improvements affixed thereto which by law constitute real property. The term "land" does not include any property beyond the lines of the area described or referred to in Schedule (A)(C) or in Part 2, nor any right, title, interest, estate or easement in abutting streets, roads, avenues, alleys, lanes, ways or waterways.

    (c) "mortgage": mortgage, deed of trust, trust deed, or other security instrument.

    (d) "public records": records established under state statutes at Date of Guarantee for the purpose of imparting constructive notice of matters relating to real property to purchasers for value and without knowledge.

    (e) "date": the effective date.

2. **EXCLUSIONS FROM COVERAGE OF THIS GUARANTEE**

    (a) Taxes or assessments which are not shown as existing by the records of any taxing authority that levies taxes or assessments on real property or by the public records.

    (b) Unpatented mining claims; reservations or exceptions in patents or in Acts authorizing the issuance thereof, water rights, claims or title to water.

    (c) Title to any property beyond the lines of the land expressly described in the description set forth in this Guarantee, or title to streets, roads, avenues, lanes, ways or waterways on which such land abuts, or the right to maintain therein vaults, tunnels, ramps or any other structure or improvement; or any rights or easements therein unless such property, rights or easements are expressly and specifically set forth in said description.

    (d) Defects, liens, encumbrances, adverse claims against the title as guaranteed or other matters (1) created, suffered, assumed or agreed to by one or more of the Assured; or (2) resulting in no loss to the Assured.

3. **PROSECUTION OF ACTIONS**

    (a) The Company shall have the right at its own cost to institute and prosecute any action or proceeding or do any other act which in its opinion may be necessary or desirable to establish or confirm the matters herein guaranteed; and the Company may take any appropriate action under the terms of this Guarantee whether or not it shall be liable thereunder and shall not thereby concede liability or waive any provision hereof.

    (b) In all cases where the Company does so institute and prosecute any action or proceeding, the Assured shall permit the Company to use, at its option, the name of the Assured for such purpose. Whenever requested by the Company, the Assured shall give the Company all reasonable aid in prosecuting such action or proceeding, and the Company shall reimburse the Assured for any expense so incurred.

### 4. NOTICE OF LOSS-LIMITATION OF ACTION

A statement in writing of any loss or damage for which it is claimed the Company is liable under this Guarantee shall be furnished to the Company within sixty days after such loss or damage shall have been determined, and no right of action shall accrue to the Assured under this Guarantee until thirty days after such statement shall have been furnished, and no recovery shall be had by the Assured under this Guarantee unless action shall be commenced thereon within two years after expiration of said thirty day period. Failure to furnish such statement of loss or damage or to commence such action with the time herein before specified, shall be a conclusive bar against maintenance by the assured of any action under this Guarantee.

### 5. OPTION TO PAY, SETTLE OR COMPROMISE CLAIMS

The Company shall have the option to pay or settle or compromise for or in the name of the Assured any claim which could result in loss to the Assured within the coverage or this Guarantee, or, if this Guarantee is issued for the benefit of a holder of a mortgage, the Company shall have the option to purchase the indebtedness secured by said mortgage. Such purchase, payment or tender of payment of the full amount of the Guarantee shall terminate all liability of the Company hereunder. In the event after notice of claim has been given to the Company by the Assured the Company offers to purchase said indebtedness, the owner of such indebtedness shall transfer and assign said indebtedness and the mortgage securing the same to the Company upon payment of the purchase price.

### 6. LIMITATION OF LIABILITY-PAYMENT OF LOSS

(a) The liability of the Company under this Guarantee shall be limited to the amount of actual loss sustained by the Assured because of reliance upon the assurances herein set forth, but in no event shall such liability exceed the amount of the liability stated on the face page hereof.

(b) The company will pay all costs imposed upon the Assured in litigation carried on by the Company for the Assured, and all costs and attorney's fees in litigation carried on by the Assured with the written authorization of the Company.

(c) No claim for damages shall arise or be maintainable under this Guarantee (1) if the Company after having received notice of an alleged defect, lien or encumbrance not shown as an Exception or excluded herein, removes such defect, lien or encumbrance within a reasonable time after receipt of such notice, or (2) for liability voluntarily assumed by the Assured in settling any claim or suit without written consent of the Company.

(d) All payments under this Guarantee, except for attorneys' fees as provided for in paragraph 6(b) hereof, shall reduce the amount of the liability hereunder pro tanto, and no payment shall be made without producing this Guarantee for endorsement of such payment unless the Guarantee be lost or destroyed, in which case proof of such loss or destruction shall be furnished to the satisfaction of the Company.

(e) When liability has been definitely fixed in accordance with the conditions of this Guarantee, the loss or damage shall be payable within thirty days thereafter.

## 7. SUBROGATION UPON PAYMENT OR SETTLEMENT

Whenever the company shall have settled a claim under this Guarantee, all right of subrogation shall vest in the Company unaffected by any act of the Assured, and it shall be subrogated to and be entitled to all rights and remedies which the Assured would have had against any person or property in respect to such claim had this Guarantee not been issued. If the payment does not cover the loss of the Assured, the Company shall be subrogated to such rights and remedies in the proportion which said payment bears to the amount of said loss. The Assured if requested by the Company, shall transfer to the Company all rights and remedies against any person or property necessary in order to perfect such right of subrogation, and shall permit the Company to use the name of the Assured in any transaction or litigation involving such rights or remedies.

## 8. GUARANTEE ENTIRE CONTRACT

Any action or actions or rights of action that the Assured may have or may bring against the Company arising out of the subject matter hereof must be based on the provisions of this Guarantee.

No provision or condition of this Guarantee can be waived or changed except by a writing endorsed or attached hereto signed by the President, a Vice President, the Secretary, an Assistant Secretary or other validating officer of the Company.

## 9. NOTICES, WHERE SENT

ALL notices required to be given the Company and any statement in writing required to be furnished the Company shall include the number of this Guarantee and shall be addressed to: Westcor Land Title Insurance Company, 201 N. New York Avenue, Ste. 200, Winter Park, Florida 32789.

## 10. FEE

The fee specified on Schedule A of this Guarantee is the total fee for title search and examination and for this Guarantee.

**WESTCOR LAND**
TITLE INSURANCE COMPANY

LITIGATION
GUARANTEE

**HOME OFFICE**
201 N. New York Avenue, Suite 200
Winter Park, Florida 32789
Telephone: (407) 629-5842

# LITIGATION GUARANTEE

## SCHEDULE A

Liability Amount:  $11,364.00

Effective Date:  March 7, 2008at 5:00pm

Order Number: 00061358-099-
Guarantee No.  LG-1-AZ1004-7

1. Assured:

   MICHAEL DOYLE, Attorney at Law and

   FIRST LIBERTY NATIONAL BANK

2. The estate or interest in the Land which is covered by this guarantee is:

   **A FEE**

3. Title to the estate or interest in the Land is vested in:

   ARI-ZONOLITE CO., an Illinois corporation

4. The land referred to in this Guarantee is situated in the County of Maricopa, State of ARIZONA, and is described in Exhibit "A" attached hereto and made a part hereof.

5. Nature of Action:

   Foreclose Certificate of Purchase   APN 107-02-065B

## Exhibit "A"

The South 200 feet of Lot 6, of the SANTA FE-PHOENIX INDUSTRIAL UNIT NO. 1, a subdivision of a portion of the West half of Section 22, Township 2 North, Range 2 East of the Gila and Salt River Base and Meridian, Maricopa County, Arizona, as said Lot 6 is shown on Map filed December 14, 1962, in the office of the County Recorder of said County, in Book 101 of Maps, page 6.

## SCHEDULE B

**(All recording data refer to records in the office of the County Recorder in the County in which the land is situated.)**

1.      TAXES AND ASSESSMENTS collectible by the County Treasurer, a lien not yet due and payable for the following year:

      2008

2.      A SALE OF SAID LAND by the County Treasurer, evidenced by Certificate of Purchase issued by reason of the non-payment of taxes for the:

Year    2001

Certificate of Purchase No.        01001946

3.      OBLIGATIONS imposed upon said land by its inclusion within any district formed pursuant to Title 48, Arizona Revised Statutes, excluding however Municipal or County Improvement Districts.

4.      THE LIABILITIES, OBLIGATIONS AND BURDENS imposed upon said land by reason of inclusion within the Salt River Project Agricultural Improvement and Power District and Agricultural Improvement Districts.

5.      EASEMENTS as shown on the recorded plat of said subdivision in Book 101 of Maps, page 6.

6.      RESERVATIONS, exceptions, covenants, conditions, easements and rights reserved or imposed in Deed from Santa Fe Land Improvement Company:

      Recorded in Docket        5051
      Page                              265

7.      THE EFFECT OF ANY ACT OF CONGRESS of the United States of America, any Statute of the State of Arizona, or of any decision of any court of competent jurisdiction, limiting or purporting to limit the right of a railroad corporation to dispose of any of its operative property.

8.      EASEMENT and rights incident thereto, as set forth in instrument:

      Recorded in Docket        5170
      Page                              321
      Purpose                        Power Line

9.      RIGHTS OF PARTIES IN POSSESSION on month to month tenancy or under written but unrecorded leases.

10.      ANY BANKRUPTCY PROCEEDING that is not disclosed by a filing where transfer of such real property may be recorded to perfect such transfer pursuant to Section 549(c) of the Bankruptcy Reform Act 1978, as amended.

# SCHEDULE C

The necessary parties (other than those having a claim or interest by reason of matters shown in Exceptions numbered 1 through 10) to be made defendants in an action to be brought by

MICHAEL DOYLE, attorney at law and
FIRST LIBERTY NATIONAL BANK

as plaintiff, are as follows:

ARI-ZONOLITE CO., an Illinois corporation  (Record Owner)

Additional defendants whose interests may appear subsequent to the date of this report and prior to the recordation of a Lis Pendens.

(ADDRESSES, IF ANY, SHOWN IN THIS GUARANTEE WERE OBTAINED FROM THE RECORDED INSTRUMENT CREATING THE INTEREST AND NO LIABILITY IS ASSUMED AS TO THEIR ACCURACY OR SUFFICIENCY FOR SERVICE IN CONNECTION WITH THE PROPOSED ACTION)

TAX PARCEL NO. 107-02-065B

# WESTERN NATIONAL TITLE AGENCY

March 14, 2008

Baumann, Kelly, Doyle, Paytas & Bernstein
Atten: Carolyn Murphy
2929 N. 44th Street, Suite 100
Phoenix, AZ 85018

**GUARANTEE NO: LG-1-AZ1004-7**
**YOUR REF:        APN 107-02-065B**
**OUR NO.:          00061358-099~**

Attached is your Litigation Guarantee, per your instructions.
Sincerely,

Deb Wright, CTO

Western National Title Agency, Inc.

Exhibit "D"



## Michael J. Doyle

**From:** Metcalf, Doug [DMetcalf@lrlaw.com]

**Sent:** Thursday, November 20, 2008 10:31 AM

**To:** mdoyle@BKDPBLAW.com

**Subject:** WR Grace property, parcel #107–02-065B

To: Michael Doyle, attorney for First Liberty National Bank

Mr. Doyle, attached per your request is a copy of the deed showing the conveyance of the property from Ari-Zonolite Co. to W.R. Grace in 1974.

As we discussed, you will consult with your client, First Liberty National Bank, to determine whether they are interested in a monetary settlement in lieu of WR Grace having to file a motion to set aside the default judgment in Maricopa County Superior Court and pursuing the matter in U.S. Bankruptcy Court for the District of Delaware.

---

**D. Douglas Metcalf**
**Lewis and Roca, LLP**
**One South Church Ave., Suite 700**
**Tucson, Arizona 85701**
**DMetcalf@lrlaw.com**
**T: (520) 629-4404**
**F: (520) 879-4733**

----

For more information about Lewis and Roca LLP, please go to
www.lewisandroca.com.

Phoenix (602) 262-5311
Tucson (520) 622-2090
Las Vegas (702) 949-8200
Reno (775) 823-2900
Minden (775) 586-9500
Albuquerque (505) 764-5400

This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this E-Mail by return E-Mail or by telephone.

In accordance with Internal Revenue Service Circular 230, we advise you that if this email contains any tax advice, such tax advice was not intended or written to be used, and it cannot be used, by any taxpayer for the purpose of avoiding penalties that may be imposed on the taxpayer.

11/20/2008

<u>DEED</u>

THIS WARRANTY DEED made this <u>31st</u> day of December, 1974 by ARI-ZONOLITE CO., an Illinois corporation, hereinafter called the Grantor, to W. R. GRACE & CO., a Connecticut corporation, hereinafter called Grantee.

STATE OF MASSACHUSETTS  )
                        )  SS.
COUNTY OF MIDDLESEX      )

KNOW ALL MEN BY THESE PRESENTS:

That ARI-ZONOLITE CO., a corporation, Grantor, for and in consideration of the sum of one (1) dollar and other good and valuable consideration to it in hand paid by W. R. GRACE & CO., a corporation, Grantee, does hereby grant, sell, and convey into Grantee a parcel of land, and all buildings and improvements thereupon situated, in the City of Phoenix, County of Maricopa, State of Arizona, described as follows:

The south 200 feet of Lot 6 of the Santa Fe-Phoenix Industrial Unit No. 1, a subdivision of a portion of the West Half of Section 22, Township 2 North, Range 2 East, G. & S.R.M., as said Lot 6 is shown on map filed December 14, 1962, in the office of the County Recorder of said County, in Book 101 of Maps, Page 6; containing an area of 2.0831 acres, more or less;

SUBJECT TO all assessments, conditions, easements, reservations, restrictions, and rights of way of record as of the date of this Instrument;

together with all rights and privileges appurtenant or to become appurtenant to said land by virtue of the subscribtion of said land for a share of the capital stock of the Salt River Valley Water Users' Association, or by virtue of any Water Right Application for Water Rights for all or any portion of said land in the Salt River Project of the United States Reclamation Service, and subject to all terms, conditions and liabilities incident thereto, and subject to any liabilities or obligations imposed

upon said land by reason of the inclusion thereof within the
boundaries of the Salt River Project Agricultural Improvement
and Power District.

AND, ARI-ZONOLITE CO. does warrant the title against
all persons whomsoever, subject to the matters above set forth.

DATED as of the day and year first hereinabove written.

ARI-ZONOLITE CO.

[Seal]

By _____
President

ATTEST:

_____
Secretary

COMMONWEALTH OF MASSACHUSETTS  )
                               )  SS.
COUNTY OF MIDDLESEX            )

This instrument was acknowledged before me this
_____ day of _____, 197_, by R. M. VINING, as President,
and O. M. FAVORITO, as Secretary of ARI-ZONOLITE CO., a
corporation.

_____
Notary Public

My commission expires _____

Exhibit "E"



| Tax Bill | Tax Summary | Pay Online! | Valuations | Home |
|----------|-------------|-------------|------------|------|
| Tax Lien Summary | Update Address | Activities | Tax Receipt | New Parcel |

| **2007 Property Tax Statement - Parcel 107-02-065B 2** | | |
|---|---|---|
| **Tax Bill Summary** | | |
| **2007 Assessed Value** | **Totals** | **2007 Tax Amount** |
| $218,097 | **Primary (Limited)** | $13,826.48 |
| $238,146 | **Secondary (Full Cash)** | $12,417.58 |
| | **Special Districts** | $0.00 |
| **Delinquent Back Taxes Are Owed On This Parcel** | **Full Year Amount*** | $26,244.06 |
| $13,122.03 | **<1st   Due each half   2nd>** | $13,122.03 |
| Area Code: 681300 | **Total Payments Made** | $26,244.06 |

\* The Full Year Amount is for the current tax year only.  It does NOT include late payment interest charges or delinquent prior year taxes.  The statement is for 2007 only.  To view the Total Amount Due including interest and penalties Click Here. The first half payment is due 1 Oct 2007, and the second half is due 1 Mar 2008.

Please call (602) 506-8511 for any questions concerning the Statement or Amount Due.  Include a Tax Stub with your check.

Redemption Statement    Tax History    New Parcel    Treasurer's Home Page    Current Assessed Value    Parcel Map

| **Property Information** | | |
|---|---|---|
| **Legal Description** | | |
| Section/Lot | Township/Block | Range/Tract |
| 6 | | |
| SANTA FE-PHOENIX INDUSTRIAL 1 S 200' OF TH PT | | |
| LOT 6 LY S OF S LN N2 N2 SW4 EX W 12.5' RR AS | | |
| ORIG CONV P/D 5051/265 | | |
| | | |
| **Current Mailing Name & Address** | | |
| ARI-ZONOLITE CO | | |
| TERRY PUGLISI | | |
| 7500 GRACE DR | | |
| COLUMBIA MD 210444009 | | |

Request Name/Mailing Address Changes
or call the Treasurer at (602)506-8511.
Top

## 2007 Primary (Limited) Assessed Values - Parcel 107-02-065B

| Assessment Type | Limited Value | Assessment Ratio | Assessed Value |
|---|---|---|---|
| Land/Bldg/Improvements | $652,802 | 24% | $156,672 |
| Personal Property | $255,929 | | $61,425 |
| Primary Assessed Totals | $908,731 | | $218,097 |

## 2007 Primary (Limited) Tax Amounts

| Tax District | Phone | Rate/100 | 2007 Tax | 2006 Tax |
|---|---|---|---|---|
| County Primary Tax | 602-506-8511 | 1.1046 | $2,409.10 | $1,717.94 |
| County Educational Equalization Tax | 602-506-8511 | 0.0000 | $0.00 | $0.00 |
| CITY OF PHOENIX | 602-262-7166 | 0.8042 | $1,753.94 | $1,231.28 |
| State Aid Credit | | | $0.00 | $0.00 |
| Elderly Assistance | | | $0.00 | $0.00 |
| **School District** | | | | |
| Tax District | Phone | Rate/100 | 2007 Tax | 2006 Tax |
| ALHAMBRA ELEMENTARY | 602-336-2920 | 0.8588 | $1,873.01 | $4,023.77 |
| PHOENIX HIGH SCHOOL | 602-764-1100 | 2.7474 | $5,992.00 | $4,337.24 |
| COMMUNITY COLLEGE DIST | 480-731-8621 | 0.8246 | $1,798.43 | $1,284.01 |
| **Primary Tax Totals** | | | | |
| | | Rate/100 | 2007 Tax | 2006 Tax |
| | | 6.3396 | $13,826.48 | $12,594.24 |

Top

## 2007 Secondary (Full Cash) Assessed Values - Parcel 107-02-065B

| Assessment Type | Full Cash Value | Assessment Ratio | Assessed Value |
|---|---|---|---|
| Land/Bldg/Improvements | $736,336 | 24% | $176,721 |
| Personal Property | $255,929 | | $61,425 |
| Secondary Assessed Totals | $992,265 | | $238,146 |

## 2007 Secondary (Full Cash) Tax Amounts

| Tax District | Phone | Rate/100 | 2007 Tax | 2006 Tax |
|---|---|---|---|---|
| Flood Control | 602-506-1501 | 0.1533 | $270.92 | $336.28 |
| Central Arizona Water Conservation | 623-869-2333 | 0.1000 | $238.14 | $197.46 |
| Fire | 602-506-8511 | 0.0053 | $12.62 | $11.20 |
| Library | 602-652-3000 | 0.0391 | $93.12 | $83.42 |
| Health Care | 602-344-5978 | 0.0935 | $222.68 | $194.82 |
| **Overrides** | | | | |
| Tax District | Phone | Rate/100 | 2007 Tax | 2006 Tax |
| County Overrides | 602-506-8511 | 0.0000 | $0.00 | $0.00 |
| City Overrides | 602-262-7166 | 0.0000 | $0.00 | $0.00 |
| Elementary School Overrides | 602-336-2920 | 1.9337 | $4,605.03 | $3,578.57 |
| High School Overrides | 602-764-1100 | 0.3147 | $749.45 | $623.11 |
| Community College Overrides | 480-731-8621 | 0.0000 | $0.00 | $0.00 |
| **Bonds** | | | | |

Exhibit "F"



| home | site map | contact u |

# Maricopa County
## Treasurer's Office

| Tax Bill | Tax Summary | Pay Online! | Valuations | Home |
|---|---|---|---|---|
| Tax Lien Summary | Update Address | Activities | Tax Receipt | New Parcel |

## 2006 Property Tax Statement - Parcel 107-02-065B 2

### Tax Bill Summary

| 2006 Assessed Value | Totals | 2006 Tax Amount |
|---|---|---|
| $145,662 | Primary (Limited) | $12,594.24 |
| $164,540 | Secondary (Full Cash) | $9,328.24 |
| | Special Districts | $0.00 |
| Delinquent Back Taxes Are Owed On This Parcel | Full Year Amount* | $21,922.48 |
| $10,961.24 | <1st    Due each half    2nd> | $10,961.24 |
| Area Code: 681300 | Total Payments Made | $21,922.48 |

\* The Full Year Amount is for the current tax year only.   It does NOT include late payment interest charges or delinquent prior year taxes.   The statement is for 2006 only.   To view the Total Amount Due including interest and penalties Click Here. The first half payment is due 1 Oct 2006, and the second half is due 1 Mar 2007.

Please call (602) 506-8511 for any questions concerning the Statement or Amount Due.  Include a Tax Stub with your check.

Redemption Statement    Tax History    New Parcel    Treasurer's Home Page    Current Assessed Value    Parcel Map

### Property Information

#### Legal Description

| Section/Lot | Township/Block | Range/Tract |
|---|---|---|
| 6 | | |
| | SANTA FE-PHOENIX INDUSTRIAL 1 S 200' OF TH PT | |
| | LOT 6 LY S OF S LN N2 N2 SW4 EX W 12.5' RR AS | |
| | ORIG CONV P/D 5051/265 | |

#### Current Mailing Name & Address

| W R GRACE & COMPANY |
|---|
| PO BOX 3247 |
| LAKE CHARLES LA 70602 |

Request Name/Mailing Address Changes
or call the Treasurer at (602)506-8511.

Top

## 2006 Primary (Limited) Assessed Values - Parcel 107-02-065B

| Assessment Type | Limited Value | Assessment Ratio | Assessed Value |
|---|---|---|---|
| Land/Bldg/Improvements | $593,456 | 24.5% | $145,397 |
| Personal Property | $1,079 | | $265 |
| **Primary Assessed Totals** | **$594,535** | | **$145,662** |

### 2006 Primary (Limited) Tax Amounts

| Tax District | Phone | Rate/100 | 2006 Tax | 2005 Tax |
|---|---|---|---|---|
| County Primary Tax | 602-506-8511 | 1.1794 | $1,717.94 | $1,614.60 |
| County Educational Equalization Tax | 602-506-8511 | 0.0000 | $0.00 | $587.79 |
| CITY OF PHOENIX | 602-262-7166 | 0.8453 | $1,231.28 | $1,157.78 |
| State Aid Credit | | | $0.00 | $0.00 |

#### School District

| Tax District | Phone | Rate/100 | 2006 Tax | 2005 Tax |
|---|---|---|---|---|
| ALHAMBRA ELEMENTARY | 602-336-2921 | 2.7624 | $4,023.77 | $3,379.86 |
| PHOENIX HIGH SCHOOL | 602-764-1500 | 2.9776 | $4,337.24 | $4,073.12 |
| COMMUNITY COLLEGE DIST. | 480-731-8621 | 0.8815 | $1,284.01 | $1,205.25 |

#### Primary Tax Totals

| | | Rate/100 | 2006 Tax | 2005 Tax |
|---|---|---|---|---|
| | | 8.6462 | $12,594.24 | $12,018.40 |

Top

### 2006 Secondary (Full Cash) Assessed Values - Parcel 107-02-065B

| Assessment Type | Full Cash Value | Assessment Ratio | Assessed Value |
|---|---|---|---|
| Land/Bldg/Improvements | $670,512 | 24.5% | $164,275 |
| Personal Property | $1,079 | | $265 |
| **Secondary Assessed Totals** | **$671,591** | | **$164,540** |

### 2006 Secondary (Full Cash) Tax Amounts

| Tax District | Phone | Rate/100 | 2006 Tax | 2005 Tax |
|---|---|---|---|---|
| Flood Control | 602-506-1501 | 0.2047 | $336.28 | $285.80 |
| Central Arizona Water Conservation | 623-869-2333 | 0.1200 | $197.46 | $161.86 |
| Fire | 602-506-8511 | 0.0068 | $11.20 | $9.30 |
| Library | 602-652-3000 | 0.0507 | $83.42 | $70.28 |
| Health Care | 602-344-5978 | 0.1184 | $194.82 | $162.66 |

#### Overrides

| Tax District | Phone | Rate/100 | 2006 Tax | 2005 Tax |
|---|---|---|---|---|
| County Overrides | 602-506-8511 | 0.0000 | $0.00 | $0.00 |
| City Overrides | 602-262-7166 | 0.0000 | $0.00 | $0.00 |
| Elementary School Overrides | 602-336-2921 | 2.1749 | $3,578.57 | $2,710.33 |
| High School Overrides | 602-764-1500 | 0.3787 | $623.11 | $524.13 |
| Community College Overrides | 480-731-8621 | 0.0000 | $0.00 | $0.00 |

#### Bonds

| Tax District | Phone | Rate/100 | 2006 Tax | 2005 Tax |
|---|---|---|---|---|
| County Bonds | 602-506-8511 | 0.0000 | $0.00 | $0.00 |
| City Bonds | 602-262-7166 | 0.9747 | $1,603.77 | $1,296.97 |

| | | | | |
|---|---|---|---|---|
| Elementary School A Bonds | 602-336-2921 | 1.0276 | $1,690.82 | $1,924.14 |
| Elementary School B Bonds | 602-336-2921 | 0.0000 | $0.00 | $0.00 |
| High School A Bonds | 602-764-1500 | 0.2787 | $458.57 | $479.89 |
| High School B Bonds | 602-764-1500 | 0.1513 | $248.95 | $145.93 |
| Community College Bonds | 480-731-8621 | 0.1831 | $301.27 | $185.99 |
| **Secondary Tax Totals** | | | | |
| | | **Rate/100** | **2006 Tax** | **2005 Tax** |
| | | **5.6696** | **$9,328.24** | **$7,957.28** |

Top

No Special Districts

Top    New Parcel    Home