# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                           EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 1

| | |
|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: 100055.WRG01 |
| December 10, 2008 | INVOICE: 228666 |
| MATTER: CLAIMANTS COMMITTEE | ROBERT M. HORKOVICH |
| c/o Peter Van N. Lockwood, Esq.<br>Caplin & Drysdale<br>One Thomas Circle<br>Washington, DC 20005 | DATE: December 10, 2008<br>MATTER: 100055.WRG01<br>INVOICE: 228666 |

**PROFESSIONAL SERVICES through 11/30/08**

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/02/08 | Continued review and analysis of issues related to Plan objections. | W001 | RYC | 1.50 |
| 11/03/08 | Analysis of selected liability policies re: "follow form" and "loss payable" issues (2.50); analysis of insurance policies re: asbestos premises coverage issues (1.90); review of CNA settlement agreement/related documents re: exhaustion status of policies (.70). | W001 | GFF | 5.10 |
| 11/03/08 | Additional Settlement Agreement research and review in response to latest Exhibit 5 queries. | W001 | HEG | 1.50 |
| 11/03/08 | Reviewed and studied CNA Settlement Agreement re: three excess policies and remaining limits available. | W001 | IF | 1.50 |
| 11/03/08 | Continued to review Grace insurance policies re: "follow form" and "Defense costs." | W001 | IF | 3.00 |
| 11/03/08 | Attention to cooperation agreement with Grace (1.00). Confer with co-counsel (.30). | W001 | RMH | 1.30 |
| 11/03/08 | Attention to recovery issues resulting from third party beneficiaries (2.20); Analysis of remaining insurance company liability structure (2.20). | W001 | RYC | 4.40 |
| 11/04/08 | Document breakdown to R. Horkovich and update monitoring chart (.30); begin reviewing bill (.90). | W011 | AHP | 1.20 |
| 11/04/08 | Analysis of Royal settlement re: indemnity and other issues (1.30); analysis of selected insurance policies re: "follow form" and "loss payable" issues (2.10); insurance policy analysis re: asbestos premises coverage issues (1.80). | W001 | GFF | 5.20 |
| 11/04/08 | Review Royal agreement scope of release per R. Horkovich request. | W001 | HEG | 3.50 |
| 11/04/08 | Reviewed Grace Settlement Agreement with Royal re: "Release" and "Indemnification" and prepared analysis. | W001 | IF | 2.20 |

{D0143868.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 2

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:     100055.WRG01

December 10, 2008                                      INVOICE:       228666

MATTER:  CLAIMANTS COMMITTEE                           ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/04/08 | Searched files and in-house database resources re: Grace solvent unsettled insurance company background. | W001 | IF | 2.80 |
| 11/04/08 | Conference call regarding cooperation provision (.30). Prepare for same (.70). | W001 | RMH | 1.00 |
| 11/04/08 | Work on remaining coverage analysis (2.70); research and analysis re: issues concerning partial settlement of policies and draft analysis (3.10). | W001 | RYC | 5.80 |
| 11/05/08 | Continue to review and revise time and expense entries (.90) | W011 | AHP | 0.90 |
| 11/05/08 | Insurance policy analysis re: "follow form" and "loss payable" issues. | W001 | GFF | 3.10 |
| 11/05/08 | Assist with determination of insurance company proper notice contact research. | W001 | HEG | 3.00 |
| 11/05/08 | Reviewed and prepared information re: insurance companies for Settlement Demand. | W001 | IF | 4.00 |
| 11/05/08 | Continued to review information re: Transit Casualty Company Settlement and further disbursements. | W001 | IF | 1.00 |
| 11/05/08 | Attention to Exhibit 5 (1.50). Attention to Royal's criticism (1.20). Attention to non-products' claims (1.30). | W001 | RMH | 4.00 |
| 11/05/08 | Research and analysis re: issues relating to breadth of underlying coverage settlements (5.60); review and edit summary of pre-Plan insurance recovery options (1.00). | W001 | RYC | 6.60 |
| 11/06/08 | Revise monitoring chart. | W011 | AHP | 0.20 |
| 11/06/08 | Analysis of Royal Insurance policies/related documents re: products and premises coverage issues (1.90); review of selected insurance policies re: "follow form" and "loss payable" issues (1.60). | W001 | GFF | 3.50 |
| 11/06/08 | Continued research and discussions regarding Royal Settlement Agreement Scope of Release issues. | W001 | HEG | 3.00 |
| 11/06/08 | Reviewed Maryland Casualty policy information per R. Horkovich request. | W001 | IF | 0.50 |
| 11/06/08 | Reviewed and prepared information re: Royal Settlement Agreement and "Release" and "Asbestos-related claims." | W001 | IF | 2.00 |

{D0143868.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 3

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

December 10, 2008                             INVOICE:       228666

MATTER: CLAIMANTS COMMITTEE                   ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/06/08 | Attention to products versus non-products coverage (.60). Attention to Libby objections to disclosure (1.10). Attention to AIG request for information (1.00). Attention to Royal objection to disclosure statement (.70). Conference call regarding same (.60). | W001 | RMH | 4.00 |
| 11/06/08 | Revise analysis and follow-up issues re: breadth of underlying coverage settlement (3.70); revise analysis of third-party insured issues (2.10); attention to recent Libby insurance issues (.90). | W001 | RYC | 6.70 |
| 11/07/08 | Analysis of selected insurance company settlement agreements/related policies re: remaining coverage issues. | W001 | GFF | 5.40 |
| 11/07/08 | Review settlement agreements and prior analyses for scope of release issues and remaining coverage determinations and chart findings per R. Horkovich request. | W001 | HEG | 4.50 |
| 11/07/08 | Reviewed and studied status of each insurance policy. | W001 | IF | 3.50 |
| 11/07/08 | Reviewed Royal Settlement Agreement. | W001 | IF | 0.60 |
| 11/07/08 | Reviewed remaining limits information for specific insurance companies. | W001 | IF | 0.50 |
| 11/07/08 | Reviewed proposed response to specific insurance company re: Settlement Offer. | W001 | IF | 0.20 |
| 11/07/08 | Review updated "allocation, remaining limits and impairment" information. | W001 | IF | 0.50 |
| 11/07/08 | Review allocation to respond to inquiry re: past due amounts. | W001 | MG | 0.80 |
| 11/07/08 | Attention to cooperation provision (1.60). Attention to release of Royal coverage (1.70). Attention to Exhibit 5 (1.70). | W001 | RMH | 5.00 |
| 11/07/08 | Follow-up re: fee application status. | W011 | RYC | 0.10 |
| 11/07/08 | Work on Settlement Agreement status and analysis (1.80); revise proposed exhibit to Plan (1.20); follow-up re: legal issues, concerns, settlement agreements (2.50); draft analysis of Royal Indemnity settlement issues (1.00); attention to Libby insurance issues (.30). | W001 | RYC | 6.80 |

{D0143868.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                             EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 4

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| December 10, 2008 | INVOICE: | 228666 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/09/08 | Research statutes in New York and Montana re: third party beneficiary to insurance related issues. | W001 | KES | 2.10 |
| 11/09/08 | Research re: impact of third party claimants on insurance recovery (1.20); Review and analysis of Libby issues relating to insurance company inquiries (1.20). | W001 | RYC | 2.40 |
| 11/10/08 | Begin drafting new e-mail per R. Horkovich request. | W011 | AHP | 0.70 |
| 11/10/08 | Review settlement agreements/related policies re: remaining coverage issues. | W001 | GFF | 2.50 |
| 11/10/08 | Review and discuss CIP Agreements to determine release vs. claim submission issues and terminology used in Disclosure Statement (3.00); Additional agreements reviewed and analyzed for "Scope of Release" document (1.50); Royal policy participation queries (1.00). | W001 | HEG | 5.50 |
| 11/10/08 | Began to review and prepare information re: available excess insurance policies. | W001 | IF | 1.00 |
| 11/10/08 | Began to review and prepare information re: status of each insurance policy. | W001 | IF | 3.50 |
| 11/10/08 | Work on revision to allocation model. | W001 | MG | 1.50 |
| 11/10/08 | Attention to BNSF claim to coverage (1.00). Attention to Royal's objections to disclosure (1.00). | W001 | RMH | 2.00 |
| 11/10/08 | Draft response to BNSF objection to Plan (2.80); Prepare and revise response to insurance company inquiries re: Libby (2.50); Due diligence of insurance coverage documentation thus far received (1.00). | W001 | RYC | 6.30 |
| 11/11/08 | Prepared policies for W.R. Grace Insurance Company. | W001 | CKN | 2.00 |
| 11/11/08 | Analysis of selected insurance policies/settlement agreements re: remaining asbestos coverage issues. | W001 | GFF | 2.90 |

{D0143868.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 5

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| December 10, 2008 | | INVOICE: | | 228666 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/11/08 | Continued review and edit of individual insurance company policy listings and parent company information to accompany insurance company NPV demands (3.50); Assisted R. Chung with policy participation issues (1.50); Additional "Scope of Release" determination analysis (1.00); continued discussions regarding appropriate Disclosure Statement terminology (1.00). | W001 | HEG | 7.00 |
| 11/11/08 | Reviewed Grace CIP Settlement Agreements re: "types of claims to be paid." | W001 | IF | 3.50 |
| 11/11/08 | Reviewed and studied updated insurance company NPV information. | W001 | IF | 1.00 |
| 11/11/08 | Revise and prepare new allocations for all solvent insurance companies. | W001 | MG | 3.00 |
| 11/11/08 | Draft letter to BNSF requesting information regarding coverage demand (.50). Develop settlement demands on insurance companies (2.00). Conference call with FCR counsel regarding same (1.00). Attention to Royal's objection (2.00). | W001 | RMH | 5.50 |
| 11/11/08 | Analysis of disclosure statement revisions (1.30); Work on settlement demands against remaining carriers (1.90). Attention to objections to plan by potential insurance claimants (3.30). | W001 | RYC | 6.50 |
| 11/12/08 | Analysis of selected insurance policies/settlement agreements re: remaining asbestos coverage issues (2.30); insurance policy analysis re: asbestos premises coverage issues (2.20). | W001 | GFF | 4.50 |
| 11/12/08 | Continued edit of policy listings as part of assist with insurance company NPV demand request mailings (2.50); Analyze and discuss responses to requests for assistance with Disclosure Statement terminology (1.50); Continued work on "Scope of Release" determinations (1.00). | W001 | HEG | 5.00 |
| 11/12/08 | Reviewed and studied Grace CIP Settlement Agreements re: "coverage available to be paid from CIPs." | W001 | IF | 3.50 |
| 11/12/08 | Reviewed AIG CIP Agreement re: "claims paying mechanism and timing." | W001 | IF | 1.00 |
| 11/12/08 | Work on and revise allocation at fixed level. | W001 | MG | 2.20 |

{D0143868.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 6

W.R. GRACE/CLAIMANTS COMMITTEE              MATTER:      100055.WRG01

December 10, 2008                                          INVOICE:         228666

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/12/08 | Research case materials from records and PACER database for attorney review. | W001 | NJB | 3.00 |
| 11/12/08 | Develop and transmit settlement demands to numerous insurance companies. | W001 | RMH | 7.00 |
| 11/12/08 | Finalize settlement demands to selected carriers (5.70); Follow-up re: Plan revisions and counter-proposals (1.20). | W001 | RYC | 6.90 |
| 11/13/08 | E-mail update to R. Horkovich (.60); e-mail to W. Sparks with new request (1.00). | W011 | AHP | 1.60 |
| 11/13/08 | Review and respond to R. Horkovich e-mails. | W011 | AHP | 0.80 |
| 11/13/08 | Review Royal's objections (with related documents) to Grace Disclosure Statement (1.90); analysis of selected insurance policies re: asbestos premises coverage issues (1.70); review selected insurance settlements re: remaining coverage issues (1.10). | W001 | GFF | 4.70 |
| 11/13/08 | Royal exhaustion issues reviewed and discussed (1.50); work on potential CIP submission for certain Premises claims (1.00); additional Disclosure Statement wording analysis (1.00); continued scope of release determinations (.50). | W001 | HEG | 4.00 |
| 11/13/08 | Reviewed Royal insurance policies and settlement agreement re: Libby Montana Limits (1.50). Review Royal Objections to Grace Disclosure Statement (1.00). | W001 | IF | 2.50 |
| 11/13/08 | Reviewed information re: Grace CIP Settlement Agreements and "coverage availability." | W001 | IF | 2.50 |
| 11/13/08 | Attention to Royal's comments regarding Exhibit 5 (2.30). Resolve objections to Disclosure Statement (2.20). | W001 | RMH | 4.50 |
| 11/13/08 | Due diligence of materials related to Grace coverage and underlying claims related to deficiencies (1.70); revise Libby response letter re: insurance company inquiries (3.10); Follow-up research of support for insurance company settlement demands (1.40). | W001 | RYC | 6.20 |
| 11/13/08 | Review and comment upon fee application. | W011 | RYC | 0.70 |
| 11/14/08 | Review, revise and release time and expense entries. | W011 | AHP | 1.50 |

{D0143868.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                    EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 7

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

December 10, 2008                                 INVOICE:        228666

MATTER: CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/14/08 | Reviewed Court Docket Sheet and downloaded copies of Expert Reports of Dr. Mark Peterson, Stephen M. Snyder and Dr. Peterson's rebuttal. | W001 | DF | 1.00 |
| 11/14/08 | Analysis of selected insurance settlements/related policies for scope of release exhibit. | W001 | GFF | 5.30 |
| 11/14/08 | Additional discussion and edits on response to proper Disclosure Statement coverage references (2.00); continued analysis and discussions re: proper "Scope of Release for all Grace policies under various CIPs and settlement agreements (2.50). | W001 | HEG | 4.50 |
| 11/14/08 | Reviewed and prepared information re: American Reinsurance, Allstate and Eagle Star CIP Settlements. | W001 | IF | 2.00 |
| 11/14/08 | Reviewed Grace insurance policies re: "coverage availability for disclosure statement." | W001 | IF | 2.20 |
| 11/14/08 | Work on Midland claim. | W001 | MG | 1.00 |
| 11/14/08 | Hearing with Judge Fitzgerald re: disclosure statement (2.50). Meeting with Debtor, FCR and Scott's counsel (2.00); Communicate with insurance company re: settlement (2.00). Attention to discovery from insurance companies (1.00). | W014 | RMH | 7.50 |
| 11/14/08 | Travel to and from Pittsburgh (Half time). | W019 | RMH | 2.00 |
| 11/14/08 | Follow-up on due diligence deficiencies (1.50); Work on estimation and allocation support for settlements (2.80); Research and analysis for additional settlement demand letters (2.20). | W001 | RYC | 6.50 |
| 11/14/08 | Review fee auditor comments. | W011 | RYC | 0.20 |
| 11/16/08 | Settlement communications with insurance company (.80). Attention to drafting discovery of insurance companies (.20). | W001 | RMH | 1.00 |
| 11/16/08 | Work out settlement issues regarding remaining carriers (1.00). Attention to Plan treatment of post-bankruptcy recoverable insurance (2.20). Review and analysis of insurance company Plan objections (1.80). | W001 | RYC | 5.00 |
| 11/17/08 | Set-up Interim Calendar for 2009. | W011 | AHP | 0.40 |
| 11/17/08 | Continue to draft/revise e-mail per R. Horkovich request. | W011 | AHP | 0.70 |

{D0143868.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
(212) 278-1000                                                                EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 8

W.R. GRACE/CLAIMANTS COMMITTEE                             MATTER:        100055.WRG01

December 10, 2008                                                          INVOICE:           228666

MATTER:  CLAIMANTS COMMITTEE                                             ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/17/08 | Analysis of selected insurance policies re: "follow form" and "loss payable" issues (1.80; insurance policy analysis re: asbestos bodily injury coverage issues (1.30). | W001 | GFF | 3.10 |
| 11/17/08 | Midland specific policy listing queries. | W001 | HEG | 1.00 |
| 11/17/08 | Reviewed and studied Grace Settlement Agreements re:  "availability of BI and PD Premises coverage." | W001 | IF | 1.50 |
| 11/17/08 | Attention to providing material to insurance companies in support of settlement discussions. | W001 | RMH | 1.00 |
| 11/17/08 | Attention to and analysis of correspondence regarding potential settlement with insurance companies (2.20). Analysis of potential discovery against insurance carriers (2.80). Research regarding insurance company issues regarding objection to Plan (1.90). | W001 | RYC | 6.90 |
| 11/18/08 | Continue to draft/revise status e-mail. | W011 | AHP | 1.20 |
| 11/18/08 | Analysis of selected insurance policies re: "follow form" and "loss payable" issues. | W001 | GFF | 2.10 |
| 11/18/08 | Prepare for and participate in conference call regarding various Exhibit 5 insurance company issues. | W001 | HEG | 1.50 |
| 11/18/08 | Preparation and meeting re:  Status of Exhibit 5 Settlement Agreements and Maryland Casualty status. | W001 | IF | 2.00 |
| 11/18/08 | Attention to proposed revisions of Exhibit 5 (1.00). Conference call regarding same (.50). Attention to cooperation agreement (1.00). Attention to proposed settlement (1.00). | W001 | RMH | 3.50 |
| 11/18/08 | Review and analysis of insurance policy inclusion for 524(g) (3.80).  Analysis in connection with potentially settling insurance companies (3.10). | W001 | RYC | 6.90 |
| 11/19/08 | Conference with R. Pajooh (.20); Telephone conversation with K. Hemming (.30); Reviewed historical e-mails and pleadings for bankruptcy application rules (2.30). | W011 | AHP | 2.80 |
| 11/19/08 | Updated status e-mail. | W011 | AHP | 0.90 |
| 11/19/08 | Analysis of selected settlement agreements/related policies re: scope of release issues. | W001 | GFF | 2.20 |

{D0143868.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                              EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 9

| | | | | |
|---|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | | 100055.WRG01 |
| December 10, 2008 | | INVOICE: | | 228666 |
| MATTER: CLAIMANTS COMMITTEE | | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/19/08 | Review Unigard agreement coverage issues and draft email response to same. | W001 | HEG | 2.00 |
| 11/19/08 | Helped to review Unigard insurance company Settlement Agreements re: "scope of release." | W001 | IF | 0.50 |
| 11/19/08 | Work with future claimants committee regarding insurance coverage inquiries (1.80). Review and analysis of insurance coverage issues in connection with Plan (1.50). Analysis of settlements in connection with Plan (1.00). Analysis of recovery efforts from remaining insolvent insurance carriers (2.70). | W001 | RYC | 7.00 |
| 11/19/08 | Attention to fee application issues. | W011 | RYC | 0.20 |
| 11/20/08 | Draft e-mail per R. Horkovich request (2.00); e-mail to local counsel to confirm dates filed (.20); research and try to obtain copy of signed order (1.60); review order and document findings (.80); finalize part one of e-mail per R. Horkovich request (.30). | W011 | AHP | 4.90 |
| 11/20/08 | Update and finalize status e-mail. | W011 | AHP | 1.70 |
| 11/20/08 | Discussion with A. Pelton re: obtaining a document from Pacer and search Pacer re: same. | W001 | DMB | 0.20 |
| 11/20/08 | Analysis of selected insurance settlement agreements/related policies re: scope of release issues. | W001 | GFF | 3.60 |
| 11/20/08 | Continued review, discuss and respond to various insurance company queries regarding scope of release and Exhibit 5 language (2.70); Assisted with collecting and forwarding certain settlement agreements and responding to other allocation questions from Future's Committee Counsel (1.30). | W001 | HEG | 4.00 |
| 11/20/08 | Reviewed and updated information about Exhibit 5 and Maryland Casualty, Admiral and Unigard. | W001 | IF | 2.00 |
| 11/20/08 | Conference with P. Mahaley re: allocation and e-mail R. Horkovich re: same | W001 | MG | 0.70 |
| 11/20/08 | Obtain documents from court website. | W001 | NJB | 2.00 |
| 11/20/08 | Edit Exhibit 5 (2.00). CMO conference call (.50). | W001 | RMH | 2.50 |

{D0143868.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                               EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 10

| W.R. GRACE/CLAIMANTS COMMITTEE | MATTER: | 100055.WRG01 |
|---|---|---|
| December 10, 2008 | INVOICE: | 228666 |
| MATTER: CLAIMANTS COMMITTEE | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/20/08 | Research and prepare written discovery against third party coverage claimants (1.00). Research and analysis in connection with insurance provisions in Plan of Reorganization (4.80). Attention to insurance company inquiries regarding underlying claims (1.40). | W001 | RYC | 7.20 |
| 11/21/08 | Analysis of various insurance settlement agreements/related policies re: scope of release issues. | W001 | GFF | 3.70 |
| 11/21/08 | Continued to assist in responding to various insurance company queries as part of Exhibit 5 edit and update project. | W001 | HEG | 3.00 |
| 11/21/08 | Conference call regarding CMO (1.20). Attention to CNA (.80). Attention to Exhibit 5 (2.00). Confer with insurance company counsel regarding settlement (1.00). Confer with insurance company counsel regarding materials needed for settlement evaluation (1.00). | W001 | RMH | 6.00 |
| 11/21/08 | Work on settlement demands against insolvent insurance carriers (0.80). Work on insurance issues regarding Plan (6.20). | W001 | RYC | 7.00 |
| 11/23/08 | Analysis and research regarding objections to Plan. | W001 | RYC | 3.60 |
| 11/24/08 | Analysis of selected settlement agreements/related insurance policies re: various coverage issues. | W001 | GFF | 2.50 |
| 11/24/08 | Additional Exhibit 5 queries (.50); Zurich response research (.50); general Future's Committee allocation and policy limit queries (.50). | W001 | HEG | 1.50 |
| 11/24/08 | Work on policy inquiries. | W001 | MG | 1.00 |
| 11/24/08 | Travel to and from Pittsburgh (Half-Charge). | W001 | RMH | 2.00 |
| 11/24/08 | Hearing with Judge Fitzgerald (5.20). Prepare for same and follow-up (4.00). | W014 | RMH | 9.20 |
| 11/24/08 | Work on follow-up due diligence concerns regarding insurance coverage supporting documents (2.70). Attention to insurance company issues in connection with pre-Plan settlement (4.40). | W001 | RYC | 7.10 |
| 11/25/08 | Attention to settlement issues. | W001 | EJS | 0.30 |
| 11/25/08 | Assist R. Chung with Grace/Integrity POC background research. | W001 | HEG | 0.50 |

{D0143868.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 11

| | | | |
|---|---|---|---|
| W.R. GRACE/CLAIMANTS COMMITTEE | | MATTER: | 100055.WRG01 |
| December 10, 2008 | | INVOICE: | 228666 |
| MATTER: CLAIMANTS COMMITTEE | | | ROBERT M. HORKOVICH |

| DATE | DESCRIPTION OF SERVICES | ACTIVITY | INIT | HOURS |
|---|---|---|---|---|
| 11/25/08 | Confer with Debtor, FCR regarding Exhibit 5. | W001 | RMH | 1.00 |
| 11/25/08 | Analysis of Objection to Plan in connection with insurance issues (3.50). Research regarding potential impediments or defenses to settlement of claims (3.40). | W001 | RYC | 6.90 |
| 11/26/08 | Review insurance company correspondence and attention to settlement and coverage issues. | W001 | EJS | 1.10 |
| 11/26/08 | Attention to discovery sought by the insurance companies. | W001 | RMH | 2.00 |
| 11/26/08 | Research regarding potential insurance coverage issues for pre-Plan settlement negotiations (2.80). Prepare analysis of potential discovery regarding Plan objections (3.50). | W001 | RYC | 6.30 |
| 11/28/08 | Draft and analysis regarding discovery in connection with objections to Plan. | W001 | RYC | 6.70 |
| 11/30/08 | Draft and research regarding discovery regarding objection to Plan. | W001 | RYC | 5.40 |

**TOTAL FEES:**                                                                 **$188,466.50**

{D0143868.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas,  New York, New York 10020-1182**
**(212) 278-1000**                                              **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 12

W.R. GRACE/CLAIMANTS COMMITTEE                         MATTER:     100055.WRG01

December 10, 2008                                      INVOICE:         228666

MATTER:  CLAIMANTS COMMITTEE                                ROBERT M. HORKOVICH

**FEE SUMMARY**

|  | RATE | HOURS | TOTALS |
|---|---:|---:|---:|
| Arline H Pelton | 220.00 | 19.50 | 4,290.00 |
| Corina K Nastu | 200.00 | 2.00 | 400.00 |
| Dale M Brown | 230.00 | 0.20 | 46.00 |
| Donald Flynn | 250.00 | 1.00 | 250.00 |
| Edward J Stein | 545.00 | 1.40 | 763.00 |
| Glenn F Fields | 295.00 | 59.40 | 17,523.00 |
| Harris E Gershman | 245.00 | 55.00 | 13,475.00 |
| Izak Feldgreber | 255.00 | 51.00 | 13,005.00 |
| Kenneth E. Sharperson | 395.00 | 2.10 | 829.50 |
| Mark Garbowski | 520.00 | 10.20 | 5,304.00 |
| Nicholas J Balsdon | 185.00 | 5.00 | 925.00 |
| Robert M Horkovich | 790.00 | 72.00 | 56,880.00 |
| Robert Y Chung | 520.00 | 143.80 | 74,776.00 |
| **TOTAL FEES:** |  |  | **$188,466.50** |

{D0143868.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000                                          EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 13

W.R. GRACE/CLAIMANTS COMMITTEE                MATTER:    100055.WRG01

December 10, 2008                             INVOICE:        228666

MATTER: CLAIMANTS COMMITTEE                             ROBERT M. HORKOVICH

**SUMMARY OF SERVICES BY ACTIVITY**
**THIS BILLING PERIOD**

ACTIVITY CODE: W001   Asset Analysis and Recovery

|  | HOURS | TOTALS |
|---|---|---|
| Corina K Nastu | 2.00 | 400.00 |
| Donald Flynn | 1.00 | 250.00 |
| Dale M Brown | 0.20 | 46.00 |
| Edward J Stein | 1.40 | 763.00 |
| Glenn F Fields | 59.40 | 17,523.00 |
| Harris E Gershman | 55.00 | 13,475.00 |
| Izak Feldgreber | 51.00 | 13,005.00 |
| Kenneth E. Sharperson | 2.10 | 829.50 |
| Mark Garbowski | 10.20 | 5,304.00 |
| Nicholas J Balsdon | 5.00 | 925.00 |
| Robert M Horkovich | 53.30 | 42,107.00 |
| Robert Y Chung | 142.60 | 74,152.00 |
| **TOTAL:** | **383.20** | **$168,779.50** |

ACTIVITY CODE: W011   Fee Applications (Applicant)

|  | HOURS | TOTALS |
|---|---|---|
| Arline H Pelton | 19.50 | 4,290.00 |
| Robert Y Chung | 1.20 | 624.00 |
| **TOTAL:** | **20.70** | **$4,914.00** |

ACTIVITY CODE: W014   Hearing

|  | HOURS | TOTALS |
|---|---|---|
| Robert M Horkovich | 16.70 | 13,193.00 |
| **TOTAL:** | **16.70** | **$13,193.00** |

ACTIVITY CODE: W019   Travel (non-working)

|  | HOURS | TOTALS |
|---|---|---|
| Robert M Horkovich | 2.00 | 1,580.00 |
| **TOTAL:** | **2.00** | **$1,580.00** |

{D0143868.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas,  New York, New York 10020-1182
(212) 278-1000                                     EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 14

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:     100055.WRG01

December 10, 2008                                 INVOICE:         228666

MATTER:  CLAIMANTS COMMITTEE                              ROBERT M. HORKOVICH

**COSTS through 11/30/08**

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---:|
| 10/21/08 | AIRFARE/RAIL EXPS. Ticket #: 8147994682 For: ROBERT HORKOVICH on 10/21/2008 Carrier Code: XD to AGENT FEE Invoice # 356717 | E110 | 30.00 |
| 10/21/08 | AIRFARE/RAIL EXPS. Ticket #: 7373243602 For: ROBERT HORKOVICH on 10/21/2008 Carrier Code: US to LGA PIT Invoice # 356717 | E110 | 169.50 |
| 10/21/08 | AIRFARE/RAIL EXPS. Ticket #: 7373243603 For: ROBERT HORKOVICH on 10/21/2008 Carrier Code: AA to PIT.DFW LAX Invoice # 356718 | E110 | 615.00 |
| 11/03/08 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 11/03/08 | DI - PHOTOCOPYING - | E101 | 10.40 |
| 11/05/08 | DI - FAX CHARGES - | E104 | 6.00 |
| 11/05/08 | DI - PHOTOCOPYING - | E101 | 0.80 |
| 11/05/08 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 11/06/08 | DI - PHOTOCOPYING - | E101 | 1.50 |
| 11/06/08 | DI - PHOTOCOPYING - | E101 | 4.40 |
| 11/06/08 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 11/07/08 | AIRFARE/RAIL EXPS. Ticket #: 7373243648 For: ROBERT HORKOVICH on 11/7/2008 Carrier Code: US to LGA PIT Invoice # 356787 | E110 | 87.50 |
| 11/07/08 | AIRFARE/RAIL EXPS. Ticket #: 8147994710 For: ROBERT HORKOVICH on 11/7/2008 Carrier Code: XD to AGENT FEE Invoice # 356788 | E110 | 30.00 |
| 11/07/08 | AIRFARE/RAIL EXPS. Ticket #: 7373243649 For: ROBERT HORKOVICH on 11/7/2008 Carrier Code: AA to PIT LGA Invoice # 356788 | E110 | 149.50 |
| 11/11/08 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 298920233 Tracking Number: 790132191713 Reference: 100055 wrg01 02 594  Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Evelyn J Meltzer, Pepper Hamilton LLP, Hercules Plz Ste 5100, WILMINGTON, DE, 19801, US | E107 | 8.46 |

{D0143868.1 }

# Anderson Kill & Olick, P.C.

1251 Avenue of the Americas, New York, New York 10020-1182
(212) 278-1000  EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 15

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:      100055.WRG01

December 10, 2008                                 INVOICE:          228666

MATTER: CLAIMANTS COMMITTEE                       ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 11/11/08 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 298920233 Tracking Number: 790132194642 Reference: 100055 wrg01 02 594  Billing Note:  From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Edward C Toole Jr, Pepper Hamilton LLP, 3000 Two Logan Square, PHILADELPHIA, PA, 19103, US | E107 | 8.46 |
| 11/11/08 | DI - PHOTOCOPYING - | E101 | 1.60 |
| 11/12/08 | LOCAL TRAVEL - VENDOR: EXPRESS LIMOUSINE SERVICE, INC. Inv.# K0382954 Local travel expenses for Horkovich on 10/27/08 | E109 | 201.50 |
| 11/12/08 | DI - POSTAGE - | E108 | 7.00 |
| 11/12/08 | DI - POSTAGE - | E108 | 1.26 |
| 11/12/08 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Court Call Telephonic hearing appearance 9/26/08 | E124 | 148.50 |
| 11/12/08 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Court Call Telephonic hearing appearance 10/1/08 | E124 | 25.00 |
| 11/12/08 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Court Call Telephonic hearing appearance 10/13/08 | E124 | 25.00 |
| 11/12/08 | AP - TELEPHONE - VENDOR: HORKOVICH, ROBERT M. Court Call Telephonic hearing appearance 10/20/08 | E124 | 25.00 |
| 11/12/08 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 11/12/08 | DI - PHOTOCOPYING - | E101 | 2.70 |
| 11/12/08 | DI - PHOTOCOPYING - | E101 | 2.70 |
| 11/12/08 | DI - PHOTOCOPYING - | E101 | 1.80 |
| 11/12/08 | DI - PHOTOCOPYING - | E101 | 3.60 |
| 11/12/08 | DI - PHOTOCOPYING - | E101 | 1.00 |
| 11/12/08 | DI - PHOTOCOPYING - | E101 | 3.00 |
| 11/13/08 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 11/13/08 | DI - PHOTOCOPYING - | E101 | 1.60 |
| 11/13/08 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 11/13/08 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 11/14/08 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 11/17/08 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 11/17/08 | DI - PHOTOCOPYING - | E101 | 0.30 |

{D0143868.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
(212) 278-1000                                            EIN: 13-2743351
E-Mail: Accounting@andersonkill.com

Page 16

W.R. GRACE/CLAIMANTS COMMITTEE               MATTER:    100055.WRG01

December 10, 2008                             INVOICE:       228666

MATTER:  CLAIMANTS COMMITTEE                  ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 11/17/08 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 11/17/08 | DI - PHOTOCOPYING - | E101 | 0.70 |
| 11/17/08 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 11/17/08 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 11/18/08 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 299776464 Tracking Number: 791186800379 Reference: 100055 wrg01 02 594  Billing Note:  From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: James C  Owen, Esq, McCarthy, Leonard, Kaemmerer,, 400 S Woods Mill Rd Ste 250, CHESTERFIELD, MO, 63017, US | E107 | 12.25 |
| 11/18/08 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 11/18/08 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 11/19/08 | AIRFARE/RAIL EXPS. - VENDOR: HORKOVICH, ROBERT M. Pittsburgh 11/14 re: hearing with Judge Fitzgerald regarding disclosure statement | E110 | 224.50 |
| 11/19/08 | DI - FAX CHARGES - | E104 | 7.50 |
| 11/19/08 | AP - TELEPHONE - VENDOR: AT&T TELECONFERENCE SERVICES  5197521500001 Teleconference | E124 | 65.28 |
| 11/19/08 | AP - TELEPHONE - VENDOR: AT&T TELECONFERENCE SERVICES  5197521500001 Teleconference | E124 | 83.83 |
| 11/19/08 | TRAVEL AND/OR HOTEL EXPS. - VENDOR: HORKOVICH, ROBERT M. Pittsburgh 11/14 re: hearing with Judge Fitzgerald regarding disclosure statement | E110 | 45.00 |
| 11/19/08 | MEALS AWAY & TRAVEL EXP. - VENDOR: HORKOVICH, ROBERT M. Pittsburgh 11/14 re: hearing with Judge Fitzgerald regarding disclosure statement | E111 | 13.83 |
| 11/19/08 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 11/19/08 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 11/20/08 | DI - FAX CHARGES - | E104 | 6.00 |
| 11/20/08 | DI - FAX CHARGES - | E104 | 6.00 |
| 11/20/08 | DI - PHOTOCOPYING - | E101 | 1.90 |

{D0143868.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                          **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 17

W.R. GRACE/CLAIMANTS COMMITTEE                          MATTER:        100055.WRG01

December 10, 2008                                       INVOICE:           228666

MATTER: CLAIMANTS COMMITTEE                             ROBERT M. HORKOVICH

| DATE | DESCRIPTION OF COSTS | | AMOUNT |
|---|---|---|---|
| 11/21/08 | AIRFREIGHT FedEx#: 0100-3528-7 Invoice: 899673353 Tracking Number: 790135435548 Reference: 100055 wrg01 02 594 Billing Note: From: Robert M Horkovich, Anderson Kill & Olick, P C, 1251 Avenue of the Americas, NEW YORK CITY, NY, 10020, US To: Mr Andrew K Craig, Cuyler Burk, P C, 4 Century Dr Ste 7, PARSIPPANY, NJ, 07054, US | E107 | 8.46 |
| 11/21/08 | DI - PHOTOCOPYING - | E101 | 2.00 |
| 11/24/08 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 11/25/08 | DI - PHOTOCOPYING - | E101 | 0.40 |
| 11/25/08 | DI - PHOTOCOPYING - | E101 | 0.20 |
| 11/25/08 | DI - PHOTOCOPYING - | E101 | 0.30 |
| 11/25/08 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 11/25/08 | DI - PHOTOCOPYING - | E101 | 14.60 |
| 11/25/08 | DI - PHOTOCOPYING - | E101 | 0.10 |
| 11/25/08 | DI - PHOTOCOPYING - | E101 | 0.20 |

**TOTAL COSTS:**                                                                                      **$2,073.83**

{D0143868.1 }

# Anderson Kill & Olick, P.C.

**1251 Avenue of the Americas, New York, New York 10020-1182**
**(212) 278-1000**                                         **EIN: 13-2743351**
**E-Mail: Accounting@andersonkill.com**

Page 18

W.R. GRACE/CLAIMANTS COMMITTEE                    MATTER:    100055.WRG01

December 10, 2008                                 INVOICE:        228666

MATTER:  CLAIMANTS COMMITTEE                               ROBERT M. HORKOVICH

| WORK | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| AF | AIRFREIGHT | 37.63 |
| AR | AIRFARE/RAIL EXPS. | 1,306.00 |
| FX | DI - FAX CHARGES - | 25.50 |
| LT | LOCAL TRAVEL | 201.50 |
| PG | DI - POSTAGE - | 8.26 |
| TE | AP - TELEPHONE - | 372.61 |
| TR | TRAVEL AND/OR HOTEL EXPS. | 45.00 |
| TS | MEALS AWAY & TRAVEL EXP. | 13.83 |
| XE | DI - PHOTOCOPYING - | 63.50 |
|    | **TOTAL COSTS:** | **$2,073.83** |
|    | **TOTAL DUE:** | **$190,540.33** |

{D0143868.1 }